# EXHIBIT 4

Smith, Ruth (Smith) 4/12/2007 9:09:00 AM

## Page 1

```
         UNITED STATES DISTRICT COURT
         DISTRICT OF MASSACHUSETTS
         MDL DOCKET NO. 1629

In re: NEURONTIN MARKETING, )
                            )
SALES PRACTICES AND PRODUCTS )  DEPOSITION UPON
                            )   ORAL EXAMINATION
LIABILITY LITIGATION.       )        OF
                            )   RUTH B. SMITH
                            )
                            )   VOLUME 1
                            )
```

TRANSCRIPT of the stenographic notes of JANE LORFING COLWELL, a Certified Shorthand Reporter and Notary Public of the State of New Jersey, taken at the Four Points by Sheraton Newark Airport, 901 Spring Street, Elizabeth, New Jersey, on Thursday, April 12, 2007, commencing at 9:09 a.m.

REPORTING SERVICES ARRANGED THROUGH:
VERITEXT REPORTING COMPANY
25B Vreeland Road, Suite 301
Florham Park, New Jersey 07932

## Page 2

APPEARANCES:

FINKELSTEIN & PARTNERS, LLP
436 Robinson Avenue
Newburgh, New York 12550
(800) LAW-AMPM
BY: ANDREW G. FINKELSTEIN, ESQ.
    afinkelstein@lawampm.com
For the Plaintiffs Smith

CLARK, THOMAS & WINTERS, A PROFESSIONAL CORPORATION
300 West 6th Street, 15th Floor
P.O. Box 1148
Austin, Texas 78767
(512) 472-8800
BY: KENNETH J. FERGUSON, ESQ.
    kjf@ctw.com
For the Defendants Pfizer and Warner-Lambert

ALSO PRESENT:

Daniel McClutchy, Videographer

## Page 3

INDEX

| WITNESS | PAGE |
|---|---|
| RUTH B. SMITH | |
| Direct examination by Mr. Ferguson | 5 |

EXHIBITS

| EXHIBIT | DESCRIPTION | MARKED |
|---|---|---|
| 1 | Copy of Medical Records with Handwritten Notations | 4 |
| 2 | Page from Questionnaire | 100 |
| 3 | Eckerd Rx Advisor | 142 |
| 4 | Letter Written by Dr. Wood | 159 |
| 5 | Copy of Handwritten Note | 182 |

## Page 4

(Exhibit 1, Copy of Medical Records with Handwritten Notations, marked for identification.)

THE VIDEOGRAPHER: Good morning. My name is Daniel McClutchy of Veritext/New Jersey. The date today is April 12, 2007, and the time is approximately 9:09 a.m.

This deposition is being held at the Four Points Sheraton in Elizabeth, New Jersey, 901 Spring Street. The caption of this case is In re: Neurontin Marketing, Sales Practices and Products Liability Litigation in the U.S. District Court, District of Massachusetts, Docket No. 1629, Master File No. 04109811. The name of the witness is Ruth B. Smith.

At this time the attorneys will identify themselves and the parties they represent, after which our court reporter, Jane Colwell, will swear in the witness and we can proceed.

MR. FINKELSTEIN: On behalf of Richard Smith, Ruth Smith, and the Smith family, Andrew Finkelstein, Finkelstein Partners.

MR. FERGUSON: Ken Ferguson, Clark, Thomas & Winters, in Austin, Texas, representing Warner-Lambert and Pfizer.

Page 25

1 ancient when we made that trip -- and drove into Los
2 Angeles and then caught a bus there to Sacramento,
3 and that's where we stayed for -- we stayed in
4 Sacramento -- stayed there a couple of months
5 probably, came back to Nashville.
6    Q   So after -- and he was in a number of
7 stations in the last months of his service, was
8 discharged at Mather Air Force Base in Sacramento,
9 and then --
10    A   In Sacramento, he was discharged at
11 Mather Air Force in Sacramento. Is that what you
12 said?
13    Q   Yes, ma'am. That's what I said. That's
14 what I understood you to tell me.
15    A   I did.
16    Q   After staying for a couple of months in
17 Sacramento, you all moved to Nashville; is that
18 right?
19    A   That's right.
20    Q   Did you stay in Nashville for the
21 duration, or did you move other places?
22    A   We stayed here.
23    Q   By "here" you mean Nashville?
24    A   Well, Nashville. We stayed in
25 Nashville.

Page 26

1    Q   I didn't think you lived in the New
2 Jersey area.
3    A   No. My heart's still in Nashville.
4    Q   I understand.
5       So from 1946 at some point up until
6 today, you have lived in Nashville; right?
7    A   Yes.
8    Q   Let me talk a bit about Richard's work
9 history after you got back to Nashville.
10    A   Okay.
11    Q   Once he got -- once you moved to
12 Nashville in 1946, what kind of work did he go into?
13    A   Office machines.
14    Q   And when you say he went into business
15 in office machines, did he go to work for an existing
16 company in office machines or did he start his own
17 company, or what happened?
18    A   He went to work for an existing company.
19    Q   What was the name of that company?
20    A   Nashville Office Machines.
21    Q   How long did he work for that company?
22    A   Well, started in 1947. And basically he
23 stayed there the duration.
24    Q   Was he still working part-time at
25 Nashville Office Machines at the time of his death?

Page 27

1    A   Yes.
2    Q   When he started with Nashville Office
3 Machines, kind of what generally was he doing?
4    A   Well, he was on the GI bill of rights,
5 and back then typewriters and things were very
6 archaic for what they finally became, so he was
7 working on typewriters basically.
8    Q   How big a company was that when he
9 started there?
10    A   It was a small company. Mom and pop
11 type of --
12    Q   Did it grow over the years?
13    A   Yes.
14    Q   So in, say, the early 2000s, how big a
15 company was it in terms of how many employees? Any
16 idea?
17    A   I don't really know, but from pictures I
18 have seen, probably at least 20 people under Richard.
19    Q   So he was working when he started there
20 as --
21    A   An apprentice.
22    Q   And as a mechanic working on typewriters
23 and similar --
24    A   Training.
25    Q   Then what kind of position did he

Page 28

1 advance to there?
2    A   Service manager.
3    Q   When did he become service manager?
4    A   I don't know. I honestly do not know.
5    Q   Can you give me any idea about whether
6 that's in the '40s, '50s, '60s, '70s? Again, if you
7 know. I am not asking you to guess.
8    A   I don't know. I don't recall.
9    Q   At what point in his life did he go from
10 working full-time at Nashville Office Machines to
11 working part-time?
12    A   His part-time was probably -- his
13 part-time -- probably in about March. He worked --
14 probably in March of 2004, somewhere along there.
15 March or April.
16    Q   So he was working full-time, as you
17 recall, at Nashville Office Machines up until March
18 or so of 2004?
19    A   Yeah, because he had had some surgery
20 so, you know, recovery period, and so he -- far as I
21 can remember, it was about in April or March. It's
22 hard to keep those things in mind.
23    Q   And why did he move to part-time at that
24 time?
25    A   His health.

**Page 33**

1  there to the other one and stayed three years, and so
2  that would have been 1959 to about 1962. 1962.
3  Q    And what was the name of the church, the
4  first one?
5  A    The first one -- now you -- don't laugh.
6  Q    No, ma'am, I won't.
7  A    Bearwallow Church of Christ.
8  B-E-A-R-W-A-L-L-O-W.
9  Q    Sounds like a nice name for a church.
10 A    The reason for that, the bears used to
11 wallow in that road.
12 Q    All right. After Bearwallow -- let me
13 ask you about this: With the Bearwallow
14 congregation, was he an assistant minister; was he
15 the minister?
16 A    He was the minister.
17 Q    How big a congregation was that?
18 A    When we first went there, probably about
19 50 people. It was an old country white clapboard
20 building, pot belly stove in it. The linoleum would
21 blow up off the floor. So we first built classrooms
22 on, and from the classrooms we had to tear down the
23 building and build a new building. It ended up about
24 350. That was the second time we went there, though.
25 In the ten years we were there it grew like that.

**Page 34**

1  The first time we was there it was just three years,
2  and then went to Cheap Hill Church of Christ. Cheap
3  Hill. And that was in 1962.
4        The reason I can recall these dates, our
5  oldest daughter was born in 1955. We went there in
6  1956 when she was just a baby. And then Gayle was
7  born there in 1957. And when we left there, we went
8  to the Cheap Hill, and that's where our Cindy was
9  born. She was born in 1959.
10 Q    Okay. So Bearwallow from about '56 to
11 '59. And Cheap Hill from about '59 to '62.
12 A    Right.
13 Q    And again, at Cheap Hill, was he paid
14 some amount?
15 A    That's where they just paid then $10.
16 He went -- probably got increases as we stayed there,
17 but that's what it started out at. In fact, what
18 they took up in the collection plate at Bearwallow is
19 what they paid him, but was probably not much because
20 they were farmers. They were rural people.
21 Q    And at Cheap Hill, how big was that
22 congregation?
23 A    Oh, it was probably -- the time we left
24 there it was over a hundred.
25 Q    And did he go into another ministry

**Page 35**

1  after Cheap Hill?
2  A    When we left Cheap Hill, we went back to
3  Scottsboro where he was youth minister right out of
4  service, and we stayed there about -- '62. We stayed
5  there probably -- it's hard for me to remember those
6  days. We stayed there several years, though. That's
7  when Bearwallow called us and wanted him to come
8  back.
9  Q    So the place he had been youth minister
10 was Scottsboro?
11 A    Yes.
12 Q    You all were there for a few years and
13 then went back to Bearwallow?
14 A    If you want to start from the very
15 first, okay. When Richard got out of service and we
16 had this little invalid child, his mother went to
17 what they call Bordeaux Church of Christ, and that's
18 where he started his youth ministry, because mama
19 kept us -- take care of Jimmy, our son Jimmy. And
20 the elders at Bordeaux Church of Christ asked Richard
21 if he would go to Scottsboro Church of Christ as
22 minister, or song leader, actually, just a social
23 minister. He was a great song leader.
24       And when we went there, we started
25 worship in a basement building. And while Rich was

**Page 36**

1  there, we built an auditorium upstairs, and we stayed
2  there until -- that's when we stayed there until
3  1955, and that's when a minister friend of ours asked
4  Rich if he would be interested in being full-time
5  minister. And that was when we went to Bearwallow
6  Church of Christ when Sherri was just a baby in 1956.
7        So it was Bordeaux, Scottsboro,
8  Bearwallow and Cheap Hill, back to Scottsboro, and
9  then back to Bearwallow.
10 Q    And how long were you all at Bearwallow
11 the second time?
12 A    About ten and a half years. By the time
13 we left there in 1976. I believe I am correct on
14 that.
15 Q    And when he was at Bearwallow, let's say
16 in the couple of years before you all left there in
17 '76, what was he being paid? In other words, was it
18 still sort of gas money, or was he getting paid a
19 salary?
20 A    I honestly do not remember. Probably a
21 couple, $300 a month. Not much. Almost like a
22 mission figure.
23 Q    And did you all go to another
24 congregation after '76?
25 A    Uh-huh.

**Page 37**

1  Q  Where was that?
2  A  Went to opposite end of the -- through
3  the town, went to -- slipping my mind right now.
4  Q  It's okay. Take your time, or we can
5  skip it and come back to it and do it later.
6  A  Gilroy. Went to Gilroy Church of
7  Christ.
8  Q  How long were you at Gilroy?
9  A  That was in 1976 we went there, and we
10  left in 1982, I believe is correct.
11  Q  At Gilroy was he an assistant minister,
12  the minister?
13  A  He was pulpit minister.
14  Q  How big a congregation was that?
15  A  First went there was probably 90. We
16  doubled the size of the building. Probably grew to
17  around 400 or more.
18  Q  How many hours -- talking about when he
19  was at Gilroy -- how many hours a week would he have
20  to dedicate to his work at the church?
21  A  Well, he wasn't set hours because
22  Richard still worked full-time at Nashville Office
23  Machines. And he studied a lot. He put a lot of
24  preparation in what he did. I would know him to go
25  to the hospitals and stay until maybe four, five

**Page 38**

1  o'clock in the morning, come home and shower and go
2  do his regular job. He was just that kind of man.
3  Q  And that's what I was trying to figure
4  out, if he was working 40 hours a week at Nashville
5  Office Machines, was he working another 40 hours a
6  week at -- in his ministry?
7  A  Well, he's just a very industrious man.
8  When he was on call, he did counseling, just various
9  things, when people would come to him with marital
10  problems or whatever.
11  Q  I assume, although I haven't done it,
12  that in a church of 400 people or so, there would be
13  a lot of administrative duties in addition to helping
14  the sick people and studying. Who would handle those
15  administrative issues?
16  A  I don't know whether you are familiar
17  with Churches of Christ or not. Are you?
18  Q  Grew up in a Church of Christ town,
19  ma'am.
20  A  Okay. The Churches of Christ are
21  governed by their elders. And the Deacon -- the
22  elders oversee the spiritual part of the work. The
23  deacons do the work. That's kind of the way it's
24  based. So even though Richard did a lot -- people
25  still depend on ministers, they think, but even so,

**Page 39**

1  he would do a lot of visiting and stuff. Still, the
2  elders and all took care of all the elder types of
3  things that came about.
4  Q  So after Gilroy Church of Christ, in
5  about 1982 what congregation did you all go to next?
6  A  Well, we went to Jackson Park Church of
7  Christ just to sort of retire, but they didn't want
8  him to retire. So there was a man that went to the
9  Trinity Lane Church of Christ that asked Richard if
10  he would be interested in coming there and being
11  their song leader -- Richard was a very good song
12  leader -- and being the youth minister there, even
13  though he was the age he was. So even though he was
14  youth minister, he taught the adult class. And we
15  stayed there 12 and a half years.
16  Q  So it was Jackson Park Church of Christ
17  you were 12 and a half years or Trinity Lane?
18  A  Trinity Lane.
19  Q  Okay. Was that from about 1982, then,
20  until about '94 or so?
21  A  We left Trinity Lane in '97. I believe
22  I'm correct in that.
23  Q  At Trinity Lane he was song leader and
24  youth minister and taught an adult class. He wasn't
25  the head minister?

**Page 40**

1  A  Right.
2  Q  And was he paid for his work?
3  A  Yes.
4  Q  Do you know what he was paid?
5  A  I do not.
6  Q  Do you know how he was paid? Was it a
7  regular paycheck like he got from Nashville Office
8  Machines?
9  A  Uh-huh. He got a check.
10  Q  So in 1997, you said you left Trinity
11  Lane. Where did you go next?
12  A  Back to Jackson Park.
13  Q  When you all went back to Jackson Park
14  Church of Christ in '97 or so, what was Richard's
15  position there?
16  A  Well, he just went there -- we just
17  placed our membership there. They would call on him
18  sometime to teach a class or to lead singing.
19  Nothing regular and no pay. It was just a member.
20  Q  So starting in '97 or so when you went
21  back, you joined -- rejoined Jackson Park Church of
22  Christ, and Richard would do volunteer activities.
23  A  Right.
24  Q  But wasn't in a regular position there
25  at the church.

**Page 73**

1  A   He didn't complain about a chronic pain.
2  You know how some people get a pulled muscle or
3  something. I just remember one time him having that
4  kind of a thing. But bedrest he was over. You know,
5  he didn't stop working. He just would go and work,
6  and he just got over it. It wasn't chronic.
7  Q   And you only recall that on one
8  occasion?
9  A   Just that one occasion. That happened.
10 That was right after church. And what caused it, he
11 stooped down to pick up Gayle and just, I guess,
12 pulled a muscle or something.
13 Q   So again, at least until the early to
14 mid-'80s -- and we'll talk about other periods as we
15 go through -- but he didn't have at least what you
16 perceived as an unusual amount of pain?
17 A   No.
18 Q   Did he have any other health problems,
19 any other health issues -- and I am looking at like,
20 say, the '45 to '85 time frame -- significant health
21 problems that would have required him to go to the
22 hospital or go to see a doctor on a regular basis.
23 A   Up through '85?
24 Q   Yes, ma'am.
25 A   Nothing particularly at all.

**Page 74**

1  Q   Did your husband, to your knowledge,
2  ever have any treatment for any psychiatric illness?
3  A   No.
4  Q   Psychological problem?
5  A   No.
6  Q   Did he ever go to a mental healthcare
7  counselor, ever in his life, that you are aware of?
8  A   No.
9  Q   To your knowledge, did any doctor ever
10 diagnose him with depression?
11 A   I -- as far as I know of a doctor
12 diagnosing him with depression, I don't -- I am not
13 aware of that.
14 Q   Do you know about when he first started
15 having severe knee problems?
16 A   When he first had that first surgery,
17 probably. The cartilage problem. But I don't know
18 why, other than I was telling you about the garage
19 incident, what caused any of that.
20 Q   Do you know when he had his first knee
21 replacement?
22 A   It might have been at '88. I am
23 actually not sure right now at this point.
24 Q   According -- 76  23.
25     Again, according to my notes, it looks

**Page 75**

1  like he may have had that first knee replacement
2  surgery in '93. Does that sound consistent?
3  A   That sounds more like it.
4  Q   And I think there may have been a
5  cartilage surgery back in '88 or so.
6  A   Right.
7  Q   That sounds right to you?
8  A   Exactly.
9  Q   And was that a Dr. Stowers who did that?
10 A   Dr. Stowers, S-T-O-W-E-R-S.
11 Q   Dr. Stowers noted in September of '93
12 that Mr. Smith was complaining of severe left knee
13 problems. Is that your recollection, that leading up
14 to that knee replacement of the left knee he was
15 having severe pain in the knee?
16 A   Yes.
17 Q   Was that knee pain interfering with his
18 work at all?
19 A   Well, he didn't let it.
20 Q   What do you mean by that? Tell me.
21 A   Well, he continued to work.
22 Q   Mr. Smith sounds like someone who
23 generally enjoyed his work.
24 A   He did enjoy -- he tolerated pain every
25 day quite well.

**Page 76**

1  Q   As far as you could tell from your
2  observations of him and your discussions with him,
3  could you tell whether that knee pain back in '93
4  leading up to the knee replacement interfered with
5  his ability to enjoy his work?
6  A   It did not.
7  Q   Once that surgery, the left knee
8  replacement, was performed -- was trying to give you
9  a date -- looks like November of '93, did his left
10 knee problem get better as far as you could observe?
11 A   The '93, yes, as far as I could observe.
12 Q   Do you know whether he would go in to
13 the doctor and still have some problems with pain in
14 the left knee even after the surgery? I am talking
15 about in the mid-'90s time frame.
16 A   Of that same knee?
17 Q   Yes, ma'am.
18 A   You know, if he did, I just don't recall
19 all of that.
20 Q   Let me ask you this: And during this
21 time frame, during the 1990s -- and I have the
22 advantage of having some notes on the medicals --
23 A   Right.
24 Q   -- did you ever go on those doctor
25 visits with him?

Page 145

1  and he had never even talked about anything like
2  this. He said -- we sat at the dinette table. We
3  were eating lunch, I think. And he said, "Honey, do
4  you think God would forgive me if I just do away with
5  myself."
6       And I said, "Honey, what on earth are
7  you talking about? Do you realize what a burden that
8  would leave on your family?" Of course I didn't
9  think anything about the connection of Neurontin or
10 the connection with even him maybe being serious,
11 taking his life.
12      And the only other time that I recall
13 was we had left church, and we were going to eat or
14 something, and he looked over at me and he said,
15 "Honey, I don't know what's wrong with me. There's
16 something wrong with my mind. I don't think like I
17 used to." And that's the things that he said to me.
18 And I didn't connect it with Neurontin. I didn't
19 connect it with -- I just thought connecting with his
20 pain that he felt that way.
21    Q    And the two conversations you just told
22 us about, he didn't connect it with Neurontin either.
23    A    No.
24    Q    And I'll come back to these in just a
25 minute, but what I am trying to understand is did you

Page 146

1  ever have a conversation with him where he connected
2  any feelings he was having with Neurontin himself?
3     A    No. Not -- not myself that I recall.
4  You know.
5     Q    And tell me, let's talk about these two
6  episodes that you talked about. You said one was,
7  you said, three weeks. Is that --
8     A    I am going to say about three weeks
9  before.
10    Q    Three weeks before his death?
11    A    Yes. Uh-huh.
12    Q    So three weeks before his death you all
13 were sitting, the two of you --
14    A    Uh-huh.
15    Q    -- sitting at the dining table?
16    A    Yes.
17    Q    And he asked if you thought God would
18 forgive him if he did away with himself?
19    A    Right.
20    Q    And you pointed out that that would
21 leave a huge burden for his family to deal with.
22    A    Sure.
23    Q    What further conversation took place
24 there?
25    A    I guess it just sort of ended with that.

Page 147

1  I mean, you know, I didn't belabor over it.
2     Q    Do you know one way or the other whether
3  he was or was not taking Neurontin at this time,
4  about three weeks before his death?
5     A    He was taking it.
6     Q    How do you know that?
7     A    Well, Dr. McCombs had given him samples
8  of it, and he also told my son-in-law, Wes Carnahan,
9  that on May the 8th, and the reason I remember it was
10 the weekend that Cindy's birthday, and we always get
11 together, and he related to Wes that he was -- felt
12 loopy, like, was the word he used.
13    Q    This conversation with Wes was the
14 weekend of May 8?
15    A    Yes.
16    Q    And Wes's last name is?
17    A    Carnahan, C-A-R-N-A-H-A-N.
18    Q    He told Wes that he felt loopy?
19    A    He told him he was on -- he stated, "I'm
20 on Neurontin, and it makes me feel loopy."
21    Q    Was loopy a term he used other times,
22 other context?
23    A    Probably.
24    Q    From your knowledge of him in using that
25 term before, what did he mean by that?

Page 148

1     A    I guess sort of -- I honestly don't know
2  what he meant by it.
3     Q    The episode at the kitchen table about
4  three weeks before his death, nothing else about that
5  other than his comment and your comment that we have
6  talked about?
7     A    It was so -- off the cuff that I just
8  said what I just told you. And that was just end of
9  it.
10    Q    Did you report that comment to your
11 daughters?
12    A    Yes, I'm sure I did.
13    Q    What was their response?
14    A    I don't know what they thought then, but
15 when we look back, hindsight's a lot different. They
16 said they wished that they had paid more attention or
17 something to that effect.
18    Q    And the other episode, and I forget if
19 you told me when that happened, when he said "I don't
20 know what's wrong with me," when was that one?
21    A    That was one Sunday after church when we
22 were going out to eat lunch.
23    Q    When was that in relationship to the
24 time of his death?
25    A    I don't really recall the exact date,

### Page 153

1. A   Well, I don't know, so there's no way
2. for me to manufacture something.
3.       MR. FINKELSTEIN: Just don't guess.
4. Q   None of us want you to guess or
5. manufacture anything. Just trying to get your best
6. recollection, and sometimes that recollection may not
7. come directly from you but may come from your
8. daughter or your husband. And I am trying to get
9. those communications. Not any communications with
10. your lawyers. That's none of my business. Okay.
11.      Was your husband, say in the last
12. several months before his death, he was never treated
13. for anxiety or depression to your knowledge; correct?
14. A   That's correct.
15. Q   To your knowledge, he never took any
16. medication to treat depression and anxiety.
17. A   To my knowledge.
18. Q   What was his reaction, if you recall, to
19. being told he just needed to manage his pain?
20. A   Well --
21.      MR. FINKELSTEIN: Can we just get a time
22. frame on that?
23.      MR. FERGUSON: Sure.
24. Q   I am talking in this time period from
25. March 31 of 2004 up until the time of his death. What

### Page 154

1. was his reaction to being told by Dr. McCombs he just
2. needed to manage his pain?
3. A   Well, I don't know his actual thoughts.
4. Q   And I understand you can't know his
5. thoughts, but I am trying to think of what he may
6. have expressed to you, if anything.
7. A   I don't think he expressed anything.
8. Q   What was the date of your husband's
9. death?
10. A   May the 13th, 2004.
11. Q   Do you know if at that time he was
12. continuing to take Neurontin?
13. A   I do.
14. Q   And how do you know that?
15. A   Just know that he was taking it, and
16. also from conversations that he had with his
17. son-in-law that he was taking it, and also with his
18. dentist, Dr. Wood, Chris Wood, on May the 10th.
19. Q   Was he on any other medications?
20. A   He was probably on pain medicine.
21. That's the only thing I know of.
22. Q   Did any doctor or medical practitioner
23. ever indicate to you during your husband's lifetime
24. why he was prescribed Neurontin, what the purpose of
25. the Neurontin was?

### Page 155

1. A   No.
2. Q   How about since your husband's death,
3. have you had any discussions with any of his doctors
4. regarding Neurontin?
5. A   I haven't.
6. Q   Have any of your daughters?
7. A   No. To my knowledge.
8. Q   Have any of your family members?
9. A   No.
10. Q   Have you tried to contact any of your
11. husband's treating doctors since his death to talk to
12. them about Neurontin or what perhaps caused his
13. death?
14. A   I haven't, no.
15. Q   Let's talk about the visit with
16. Dr. Wood. Dr. Wood is your -- was Richard's dentist;
17. correct?
18. A   Yes.
19. Q   And had he been someone Richard had
20. known for a long period of time?
21. A   Yes.
22. Q   Apparently he went to see the dentist on
23. Monday, May 10; correct?
24. A   That's correct.
25. Q   And there's a letter that you have seen

### Page 156

1. from Dr. Wood which was written after your husband's
2. death; correct?
3. A   That is right.
4. Q   In that letter Dr. Wood indicates
5. "Mr. Smith was still troubled by back pain and
6. immediately told me that an end to pain seemed to be
7. hopeless."
8.       Do you recall reading that in that
9. letter?
10. A   Yes.
11. Q   Do you recall your husband ever telling
12. you that he thought an end to his pain seemed
13. hopeless?
14. A   I don't remember him just saying that.
15. More likely he possibly did.
16. Q   Certainly that was similar to what he
17. told you at the dining room table when he said --
18. asked if God would forgive him if he took his own
19. life because of the pain?
20.      MR. FINKELSTEIN: Objection.
21. A   I cannot assume that.
22. Q   Okay.
23.      MR. FINKELSTEIN: Try to keep your voice
24. up.
25.      THE WITNESS: I don't talk loud very

### Page 185

1 correct pain in legs; is that correct?
2  A   Uh-huh.
3  Q   Yes?
4  A   That's what he's saying there.
5  Q   And again, we have talked about him
6 having back problems that led to pain in his legs.
7  A   Yes.
8  Q   And again, we talked about the fact that
9 although he mentioned surgery, the doctors had said
10 surgery couldn't help him.
11  A   That's right.
12  Q   And he goes on to say, "Forgive me. I
13 cannot go on like this."
14      Did he ever use that phrase with you,
15 that he couldn't go on?
16  A   No.
17  Q   He said, "I cannot have my body, the
18 temple of the holy spirit, cut on anymore." Correct?
19  A   Yes.
20  Q   Had you and he had a discussion about
21 that before, about the fact he didn't want to have
22 his body cut on?
23  A   No. No.
24  Q   And finally he says, "I have talked to
25 God all night, and he understands." Correct?

### Page 186

1  A   Yes.
2  Q   Obviously Mr. Smith was a very spiritual
3 and religious man; correct?
4  A   He was. But --
5  Q   You were telling us earlier that you had
6 called your daughter. I forget which one you called
7 first.
8  A   Sherri.
9  Q   You called Sherri. And she was getting
10 ready to go teach her classes. And what did you tell
11 her?
12  A   I just -- I was hoping that her husband
13 would answer the phone. I just blurted out that
14 "Sherri, Daddy has shot himself." Of course, I don't
15 know what took place in their house, only what she
16 told me. Of course, Buford couldn't believe it, and
17 Katie, the granddaughter, she was very close to her
18 pop pop. And she really hasn't -- Katie hasn't even
19 been able to really talk about it to me until I think
20 recently, you know. I'll say something to her.
21  Q   Did you call your other daughters?
22  A   I tried to call Gayle and could not get
23 her, and I called Cindy. I usually -- one of the
24 others called the oldest and the youngest. I had the
25 operator to break through the line some way. I don't

### Page 187

1 know how she got -- I think Sherri got Gayle, but it
2 was just such confusion getting everybody, and our
3 Donna that was experiencing cancer, not knowing that
4 it was Richard that really did this, she just -- and
5 her husband had just left for his hospital duties.
6 And we did catch him, though, and he came a little
7 later. But Donna, having cancer, she just beat on
8 her steering wheel, she told me, all the way over
9 there. "Daddy, why did you do this to us?" And we
10 thought it was crazy at the time, but it wasn't.
11  Q   Why did you say that?
12  A   We just felt it was not him. It was the
13 medication that made him -- that it was just not his
14 character at all.
15  Q   And what medication are you referring
16 to?
17  A   Well, as of now I am referring to the
18 Neurontin.
19  Q   Why do you believe -- and again, when I
20 ask you these kind of questions, I don't want to know
21 and can't know anything, communication you have
22 gotten from your attorney or anyone from their
23 office.
24  A   Right.
25  Q   But you made the comment that it wasn't

### Page 188

1 him, it was the medication, the Neurontin that caused
2 this. And I want to know what your understanding is,
3 if you have an understanding independent of your
4 attorneys, about why Neurontin is somehow connected
5 to your husband's death.
6  A   Well, the main thing I think is since
7 all of this happened, and I did -- after the fact
8 some things started being published, and our
9 son-in-law, Donna's husband, is a doctor,
10 pharmacology. He made mention to Cindy that, "Cindy,
11 I think you need to look into this." And with all
12 the stuff they get, so Cindy began to search it. I
13 really didn't start searching anything until probably
14 February and --
15      MR. FINKELSTEIN: February of what year?
16      THE WITNESS: Of 2004 -- 2005. February
17 of 2005.
18  A   And as she looked into it, she saw a lot
19 of information, and some way Finkelstein & Partners
20 came up, and she got in touch with their office.
21 Cindy handled so much of this herself. We got
22 everything together that we possibly could to send to
23 Finkelstein & Partners.
24  Q   Okay. I really -- I don't want to hear,
25 again, about what you gathered to send to your