# EXHIBIT 5

Hoskins, Buford (Smith)  10/24/2007  12:55:00 PM

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE:  NEURONTIN MARKETING, SALES )

PRACTICES AND PRODUCTS LIABILITY  )

LITIGATION                )

                    )

_____  )

                )

                )

) CASE NO.

) 04-10981

THIS DOCUMENT RELATES TO:        )

                )

RUTH SMITH, Individually and as   )

Widow for the use and benefit of  )

herself and the next of kin of    )

Richard Smith, deceased.        )

                )

05-CV-11515        )

                )

VIDEOTAPED DEPOSITION OF

BUFORD HOSKINS

Taken on Behalf of the Defendant

October 24, 2007

---

**Page 2**

1   APPEARANCES:
2   For the Plaintiff:
3       KENNETH S. SOH
        Lanier Law Firm
4       6810 F.M. 1960 West
        Houston, Texas 77069
5       713.659.5200
        713.659.6416
6       wml@lanierlawfirm.com
        kss@lanierlawfirm.com
7       mck@lanierlawfirm.com
8
    For the Defendant:
9
        KENNETH J. FERGUSON
10      Clark, Thomas & Winters
        P.O. Box 1148
11      Austin, Texas 78767
        512.472.8800
12      512.474.1129
        kjf@ctw.com
13
14  Also Present:  Amanda Martin, Videographer
15
16
17
18
19
20
21
22
23
24
25

---

**Page 3**

1           I N D E X
2   WITNESS: BUFORD HOSKINS
3           INDEX OF EXAMINATIONS
4               Page/Line
5   By Mr. Ferguson ...................   6    5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**Page 4**

1
2           The videotaped deposition of
3   BUFORD HOSKINS, taken on behalf of the Defendant,
4   on the 24th day of October, 2007, in the John Hood
5   Conference Room of Sheraton Music City Hotel,
6   777 McGavock Pike, Nashville, Tennessee, for all
7   purposes under the Federal Rules of Civil
8   Procedure.
9           The formalities as to notice,
10  caption, certificate, et cetera, are waived.  All
11  objections, except as to the form of the
12  questions, are reserved to the hearing.
13          It is agreed that Elisabeth A.
14  Miller, being a Notary Public and Court Reporter
15  for the State of Tennessee, may swear the witness,
16  and that the reading and signing of the completed
17  deposition by the witness are waived.
18
19
20
21              * * *
22
23
24
25

41

1 among the family members about whether or not an
2 autopsy would be performed?
3 A.   I did not overhear any of them, no.
4 Q.   Okay.  Were you aware of whether or not
5 Mrs. Smith or the rest of the family took a
6 position as to whether an autopsy should be
7 performed or not?
8 A.   Yes, I do know that they -- they wanted --
9 they did not want one.
10 Q.   And then how do you know that?
11 A.   I knew they were discussing that with the
12 police officer.
13 Q.   Do you know from these discussions why
14 they did not want an autopsy?
15 A.   Not -- not particularly, no.
16 Q.   Was this something they were discussing
17 with David Crowder or another police officer?
18 A.   I believe it was with the lead police
19 investigator there.
20 Q.   Okay.  Was that Detective Satterfield, if
21 you know?
22 A.   I believe that's his name, yes.
23 Q.   Did you ever at any time either that day
24 or subsequently have any discussion with
25 Ruth Smith or your wife or any of her sisters

42

1 about why you believed that Mr. Smith had -- had
2 taken this act -- action?
3 A.   I'm sorry.  Could you --
4 Q.   Sure.
5 A.   -- be a little more clear about it.
6 Q.   Did y'all talk about why he had committed
7 suicide?
8 A.   I'm sure we discussed it.  I just don't
9 recall any of the conversations, no.
10 Q.   Do you recall why you thought he had
11 committed suicide, if you -- if you had any
12 thoughts?
13 A.   I had -- I had -- the only thoughts I had
14 were I was just confused by all of it.
15 Q.   Okay.  Why was that?
16 A.   It was just not like Mr. Smith to do
17 something like that.
18 Q.   In what way?
19 A.   Well, he was a very spiritual-minded man.
20 He was the spiritual leader of our family.  He
21 would not have done anything to hurt himself or
22 his family or his grandchildren.  That's just --
23 was very confusing about what had happened.
24 Q.   When you say that he would not have done
25 anything to hurt his family, I mean, you're taking

43

1 that from all your past contacts with him, what
2 you knew about him?
3 A.   Just not his character, Ken.
4 Q.   Have you ever looked at the medical
5 records regarding Mr. Smith's treatment over the
6 last year or so of his life?
7 A.   Over the last year of his life?
8 Q.   Yes, sir.
9 A.   No.
10 Q.   Have you ever looked at any medical
11 records regarding treatment of Mr. Smith by any
12 medical care practitioners?
13 A.   No, I haven't.
14 Q.   Other than what you and I have discussed
15 today and excluding anything that you may have
16 discussed with Mr. Soh, do you have any knowledge
17 about what the medical records show over the last
18 several months of his life regarding the -- the
19 intensity and the type of pain he was having?
20 A.   No, I don't.
21 Q.   And -- and other than, again, what we have
22 discussed today and what you may have discussed
23 with Mr. Soh, you're not aware of what the medical
24 records say with -- regarding to any depression
25 that was reported in relation to Mr. Smith or

44

1 statements about possible suicide?
2        MR. SOH:  Objection, form.
3        THE WITNESS:  Could you rephrase
4 that, Ken?
5 BY MR. FERGUSON:
6 Q.   Sure.
7 A.   I'm not sure I understand what you're
8 talking about.
9 Q.   Whatever the medical records say or don't
10 say about depression of Mr. Smith or comments he
11 made about wanting to die, you're not aware of any
12 of that, other than what you and I have talked
13 about today?
14 A.   That's right.
15 Q.   Did you ever look at his -- the note he
16 left when he committed suicide?
17 A.   Yes, I've read the note.
18 Q.   And just -- let me show you a copy of
19 that.  I'll represent to you that's a photocopy of
20 the -- the note that was found in the bedroom when
21 Mr. Smith died.  Does that appear to be the note
22 you've seen previously?
23 A.   Yes, it is.
24 Q.   And did that note help clear up any of the
25 confusion that you talked about with regard to why