EXHIBIT 7

Stowers, Stewart (Smith) 6/28/2007 5:27:00 PM

```
                                                                    3
IN THE UNITED STATES DISTRICT COURT      1             I N D E X
   FOR THE DISTRICT OF MASSACHUSETTS     2     WITNESS: STEWART STOWERS
IN RE: NEURONTIN MARKETING, SALES )      3        INDEX OF EXAMINATIONS
PRACTICES AND PRODUCTS LIABILITY  )      4              Page/Line
LITIGATION                        )      5     By Mr. Evans ................  5   9
                                  )      6     By Mr. Soh ..................  52  2
_____         )      7        INDEX OF EXHIBITS
                                  )      8              Page/Line
                                  )      9     No. 1 Late Filed ............  8   5
                    ) CASE NO.          10     No. 2 .......................  9   9
                    ) 04-10981          11
THIS DOCUMENT RELATES TO:   )           12
                            )           13
RUTH SMITH, Individually and as  )      14
Widow for the use and benefit of )      15
herself and the next of kin of   )      16
Richard Smith, deceased.         )      17
                                 )      18
                                        19
05-CV-11515                      )      20
                                 )      21
VIDEOTAPED DEPOSITION OF                22
STEWART STOWERS, M.D.                   23
Taken on Behalf of the Defendant        24
June 28, 2007                           25
```

```
                                                 2                                                      4
1   APPEARANCES:                                     1
2   For the Plaintiff:                               2          The videotaped deposition of
3      KENNETH S. SOH                                3   STEWART STOWERS, M.D., taken on behalf of the
       Lanier Law Firm                               4   Defendant, on the 28th day of June, 2007, in the
4      6810 F.M. 1960 West                           5   offices of Tennessee Orthopedic Alliance, 301 21st
       Houston, Texas 77069                          6   Avenue North, Nashville, Tennessee, for all
5      713.659.5200                                  7   purposes under the Federal Rules of Civil
       713.659.6416                                  8   Procedure.
6      wml@lanierlawfirm.com                         9          The formalities as to notice,
       kss@lanierlawfirm.com                        10   caption, certificate, et cetera, are waived. All
7                                                   11   objections, except as to the form of the
8   For the Defendant:                              12   questions, are reserved to the hearing.
9      CEDRIC E. EVANS                              13          It is agreed that Elisabeth A.
       Clark, Thomas & Winters                      14   Miller, being a Notary Public and Court Reporter
10     P.O. Box 1148                                15   for the State of Tennessee, may swear the witness,
       Austin, Texas 78767                          16   and that the reading and signing of the completed
11     512.472.8800                                 17   deposition by the witness are waived.
       512.474.1129                                 18
12     kjf@ctw.com                                  19
       cee@ctw.com                                  20
13                                                  21            . . .
14  Also Present: Jason Powers, Videographer        22
15                                                  23
16                                                  24
17                                                  25
18
19
20
21
22
23
24
25
```

Stowers, Stewart (Smith) 6/28/2007 5:27:00 PM

### Page 53

1  that was an orthopedic surgeon that I at least
2  knew roughly -- somewhat about, so we always had a
3  fairly nice visit inside -- I remember him better
4  than most patients, plus I saw him many times over
5  many years, so . . .
6  Q.    Did you know that he was a retired
7  minister?
8  A.    You know, I did not notice that.
9  Q.    You did not notice that? Okay. That was
10 in Dr. Regen's notes. I just wanted to --
11 A.    Yeah.
12 Q.    -- share that.
13       Did you also -- did you know that he
14 enjoyed cutting his lawn, mowing his lawn like a
15 lot of retirees do?
16 A.    No, I didn't.
17 Q.    Did you see that on Dr. Regen's notes?
18 A.    No.
19 Q.    Okay. Would that surprise you, he's a
20 retired minister, he enjoyed cutting his lawn?
21 A.    No.
22 Q.    You replaced his knee in 1993?
23 A.    Correct.
24 Q.    You followed -- most of your visits over
25 that 12-, 13-year period dealt with that knee

### Page 54

1  operation that you did?
2  A.    That knee and his arthritic ankle, the hip
3  bursitis is a common thing for people with knee
4  arthritis to have also.
5        So all these things are pretty much
6  related or -- or all these things are not an
7  uncommon scenario for someone who's 68 or in their
8  70s to have. And like I said, rotator cuff
9  disease is so incredibly common. That -- that was
10 not bizarre for him to have that problem either.
11 Q.    I'm just going to go through these
12 questions really quickly, and then we can wrap
13 things up fast.
14       You replaced his knee in 1993 and followed
15 up with him for a couple years, correct?
16 A.    Yes.
17 Q.    Your partner replaced his other knee in
18 1996, and you sort of followed up on that as well,
19 correct?
20 A.    Ultimately I did follow him for both,
21 that's correct.
22 Q.    Okay. And then your partner also replaced
23 his hip in 1998, correct?
24 A.    Correct.
25 Q.    And you sort of followed up with him

### Page 55

1  whenever you would visit with him on that as well?
2  A.    That's correct.
3  Q.    Would you consider those surgeries all a
4  success?
5  A.    I think so. I mean, he had obviously some
6  chronic discomfort in that left knee. But I --
7  he -- he had full motion, would walk in here
8  without any assistive devices and I think lived a
9  pretty normal life.
10 Q.    Most of your patients that have a knee
11 replacement or hip replacement -- most of your
12 patients that have a knee replacement or a hip
13 replacement are in chronic pain prior to the
14 surgery?
15 A.    Yes, you wouldn't do either of those
16 operations if they were not. That's correct.
17 Q.    And the -- these -- the two knee
18 replacements and the hip replacement that
19 Richard Smith went through helped relief --
20 relieve him from this chronic pain?
21 A.    Yes.
22 Q.    All right. I believe you characterized
23 Richard Smith as a fairly healthy guy for his knee
24 replacement in his late 60s in 1993?
25 A.    You know, I don't really remember that.

### Page 56

1  Again, subjectively I would say yes. I can look
2  back at my -- at my hospital records where I would
3  have outlined his ongoing medical problems, but --
4  but I think he had some -- some prostate issues
5  and things like that.
6        But for the most part, I think he was a
7  pretty healthy 68-year-old.
8  Q.    Your prior testimony -- that was -- those
9  were your words you used prior in this deposition
10 that you thought he was a relatively -- a fairly
11 healthy guy at his knee replacement in 1993; is
12 that correct?
13 A.    That's correct.
14 Q.    I'm just going to let you know,
15 Richard Smith died on May 4 of 2004 -- I'm sorry,
16 May 13, 2004. Okay?
17 A.    Uh-huh.
18 Q.    Your last visit to him -- he last saw you
19 on July 19, 2002. You don't need to look at your
20 chart.
21 A.    Okay.
22 Q.    Just from rough math, that's -- you saw
23 him about 21 months before he passed away.
24 A.    Okay.
25 Q.    All right. Does that sound about right?