EXHIBIT 11

3

```
 1
 2                 I N D E X
 3
 4   WITNESS                  DIRECT
 5   PROFESSOR MICHAEL TRIMBLE
 6
 7     Ms. McGroder              6
 8
 9              E X H I B I T S
10
11   NUMBER    DESCRIPTION              PAGE
12   TRIMBLE
13
14   Exhibit 1    Declaration            37
15   Exhibit 2    Aid memoir             37
16   Exhibit 3    Fromson letter         40
17   Exhibit 4    Table 15 & pg 37 of report  89
18   Exhibit 5    Table 7.20              95
19   Exhibit 6    Graphic                 97
20   Exhibit 7    Article                112
21   Exhibit 8    Literature             113
22   Exhibit 9    Notes                  117
23
24
25
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                    Videotape

NEURONTIN MARKETING, SALES  :   Deposition of:

PRACTICES AND PRODUCTS    :

LIABILITY LITIGATION    :   MICHAEL TRIMBLE

                         :

———————————

THIS DOCUMENT RELATES TO:

Smith, et al. v Pfizer, et al.

Case No. 05-cv-11515-PBS

        TRANSCRIPT of testimony as taken by and

before PATRICIA A. SANDS, a Shorthand Reporter

and Notary Public of the States of New York and

New Jersey, at the offices of Lanier Law Firm,

126 East 56th Street, New York, New York, on

Tuesday, September 2, 2008, commencing at 9:15

in the forenoon.

        REPORTING SERVICES ARRANGED THROUGH:

        VERITEXT/NEW JERSEY REPORTING COMPANY

        25B Vreeland Road, Suite 301

        Florham Park, New Jersey 07932

Phone: (973) 410-4040    Fax: (973) 410-1313

2

```
 1   A P P E A R A N C E S:
 2
 3   FINKELSTEIN & PARTNERS
     436 Robinson Avenue
     Newburgh, New York 12550
 4   BY:  ANDREW G. FINKELSTEIN, ESQ.
     For the Plaintiff
 5   800 634-1212
 6
 7   THE LANIER LAW FIRM
     Tower 56
 8   126 East 56th Street, 6th Floor
     New York, New York 10022
 9   BY:  KENNETH SOH, ESQ.
     For the Plaintiff
10   212 421-2800
11
     SHOOK, HARDY & BACON, LLP
12   2555 Grand Boulevard
     Kansas City, Missouri 64108-2613
13   BY:  LORI CONNORS McGRODER, ESQ.
     For the Defendant
14   816 474-6550
15
16   ALSO PRESENT:
17     Adam DiCola, Videographer
18
19
20
21
22
23
24
25
```

4

```
 1           E X H I B I T S, continued.
 2
 3   NUMBER    DESCRIPTION              PAGE
 4   TRIMBLE
 5
 6   Exhibit 10    Expert reports         128
 7   Exhibit 11    Gabapentin papers      129
 8   Exhibit 12    Questionaire           130
 9   Exhibit 13    Re GABA receptors      132
10   Exhibit 14    PubMed article         134
11   Exhibit 15    Questionaire           140
12   Exhibit 16    APA Guidelines         214
13   Exhibit 17    Cato's medical records  286
14   Exhibit 18    McComb's records       311
15
16
17
18
19
20
21
22
23
24
25
```

342

```
1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE DISTRICT OF MASSACHUSETTS
3                  Continued
4    IN RE:       Videotape
5    NEURONTIN MARKETING, SALES : Deposition of:
6    PRACTICES AND PRODUCTS    :
7    LIABILITY LITIGATION     : MICHAEL TRIMBLE
8                       :
9
10   ------------------------
11   THIS DOCUMENT RELATES TO:
12   Smith, et al. v Pfizer, et al.
13   Case No. 05-cv-11515-PBS
14       TRANSCRIPT of testimony as taken by and
     before PATRICIA A. SANDS, a Shorthand Reporter
15   and Notary Public of the States of New York and
     New Jersey, at the offices of Lanier Law Firm,
16   126 East 56th Street, New York, New York, on
     Wednesday, September 3, 2008, commencing at
17   9:16 in the forenoon.
18       REPORTING SERVICES ARRANGED THROUGH:
19       VERITEXT/NEW JERSEY REPORTING COMPANY
20       25B Vreeland Road, Suite 301
21       Florham Park, New Jersey 07932
22   Phone: (973) 410-4040   Fax: (973) 410-1313
23
24
25
```

342

```
1                  I N D E X
2
3
4    WITNESS              DIRECT
5    PROFESSOR MICHAEL TRIMBLE
6
7    Ms. McGroder         344
8
9            E X H I B I T S
10
11   NUMBER   DESCRIPTION         PAGE
12   TRIMBLE
13
14   EXHIBIT 19   Shell report        352
15   EXHIBIT 20   Neurogurgical records   399
16   EXHIBIT 21   UMC notes           404
17   EXHIBIT 22   Juurlink article    455
18   EXHIBIT 23   Police report       482
19   EXHIBIT 24   Medical examiner's report  489
20   EXHIBIT 25   Suicide note        497
21   EXHIBIT 26   Photo               508
22   EXHIBIT 27   Wood letter         539
23
24
25
```

341

```
1    A P P E A R A N C E S :
2
3    FINKELSTEIN & PARTNERS
     436 Robinson Avenue
4    Newburgh, New York 12550
     BY: ANDREW G. FINKELSTEIN, ESQ.
5    For the Plaintiff
     800 634-1212
6
7    THE LANIER LAW FIRM
     Tower 56
8    126 East 56th Street, 6th Floor
     New York, New York 10022
9    BY: KENNETH SOH, ESQ.
     For the Plaintiff
10   212 421-2800
11
     SHOOK, HARDY & BACON, LLP
12   2555 Grand Boulevard
     Kansas City, Missouri 64108-2613
13   BY: LORI CONNORS McGRODER, ESQ.
     For the Defendant
14   816 474-6550
15
16
17   ALSO PRESENT:
18    Adam DiCola, Videographer
19
20
21
22
23
24
25
```

343

```
1    P R O F. M I C H A E L  T R I M B L E ,
2    Institute of Neurology
     Queen Square
3    London WCIN3CB,
     having been previously sworn, was
4    examined and testified as follows:
5
6        THE VIDEO OPERATOR: Please standby.
7    We are on the record. My name is
8    Adam DiCola of Veritext Corporate
9    Services. The date today is September 3,
10   2008, and the time is approximately
11   9:16 a.m. This deposition is being held
12   in the office of Lanier Law Firm, located
13   at 126 East 56th Street, New York, New
14   York.
15       The caption of this case is Smith, et
16   al., versus Pfizer, et al., in the United
17   States District Court, District of
18   Massachusetts, Case Number
19   05-CV-11515-PBS.
20       The name of the witness is Professor
21   Michael Trimble.
22       At this time the attorneys will
23   identify themselves and the parties they
24   represent, after which our court reporter,
25   Patricia Sands, will swear in the witness
```

9

1    so, but sure, I'll --
2         THE WITNESS:  Well, the one related
3    to suicidal behavior, and the other
4    related to impulsivity in the same
5    sentence.
6    BY MS. McGRODER:
7         Q   Well, is it your opinion that Mr.
8    Smith's suicidal behavior was impulsive?
9         A   Yes.
10        Q   Okay, so my question is:  Is there
11   any peer reviewed published literature in the
12   world that demonstrates or states that
13   Neurontin causes impulsive suicidal behavior?
14        A   Yes.
15        Q   And can you please identify for me
16   what literature you're referring to?
17        A   If you look in my report, I cite
18   several references that have to do with
19   impulsive aggressive behavior in patients
20   receiving Gabapentin.
21        Q   And did those patients commit suicide
22   in the literature to which you are referring?
23        A   Those patients committed aggressive
24   acts.  I haven't read those reports recently, I
25   don't believe they related directly to suicide,

10

1    but your question was to do with impulsivity.
2         Q   No my question now is with respect to
3    the literature to which you're referring, did
4    the patients -- recorded in those literature
5    articles to which you are referring, did they
6    commit suicide?
7         A   In those articles I don't believe
8    there was a case of suicide.
9         Q   Okay, what literature are you
10   referring to?
11        A   It's all in my original report, maybe
12   five or six papers which are quoted that have
13   to do with release of aggressive behavior in
14   people placed on Gabapentin.
15        Q   As you sit here today, can you
16   identify one peer reviewed published article
17   that demonstrates that Gabapentin causes
18   aggressive behavior in humans?
19        A   Well, I've just cited to you, because
20   I don't have my original report here, but they
21   are all quoted.  And they, in fact, they came,
22   in part, from a symposium that was specifically
23   set up to look at the effects of Gabapentin
24   going back about 10 years ago.  But it's all in
25   my original report.

11

1         Q   I know -- I know that's your
2    position, but I need to know to what you're
3    referring.
4         Can you tell me today, as you sit here, to
5    which articles you are referring when you state
6    that there is peer reviewed published
7    literature which demonstrates that Gabapentin
8    causes aggressive behavior in humans?
9         A   Could you please produce for me, a
10   copy of my original report which was, of
11   course, the report for the generic aspect of
12   this case, that's why I don't have it with me.
13   Then I will just show you the references,
14   because they are all in there.
15        Q   You can't think of one as you sit
16   here right now?
17        A   Well, I --
18        MR. SOH:  Objection to form.
19        THE WITNESS:  I haven't got the names
20   on the top of my head.
21   BY MS. McGRODER: ^
22        Q   Can you think of a year?
23        A   The --
24        Q   Can you think of a journal article?
25        A   They were largely published in

12

1    Epilepsia, which is the number one epilepsy
2    journal, and I think we are referring to 1995,
3    maybe '97.
4         Q   And the articles that you're thinking
5    of, do they conclude that Neurontin causes
6    aggressive behavior in humans?
7         A   That is the conclusion that is drawn
8    from the publications.  That's why they, they
9    were published to demonstrate potential warning
10   that there are people who get spontaneous
11   release of aggressive behavior with Gabapentin.
12        Q   And are those articles dealing with
13   patients with epilepsy?
14        A   Those are articles dealing with
15   patients with epilepsy, correct.
16        Q   And are those articles dealing with
17   pediatric patients with epilepsy?
18        A   Some were pediatric, some were not
19   pediatric.
20        Q   And, again, as you sit here today,
21   you cannot identify for me to which articles
22   you are referring?
23        MR. FINKELSTEIN:  Objection.
24        MR. SOH:  Objection.
25        Asked and answered for seven times

29

1     A   Okay.
2     Q   At this point. What literature do
3   you rely on for the statement that the majority
4   of suicidal acts are impulsive?
5     A   I rely really on my clinical
6   experience of dealing with people who have high
7   risk for suicide over 35 years --
8     Q   Let me stop you there.
9         MR. FINKELSTEIN: Can you just let
10  him finish and not stop him.
11        MS. McGRODER: Well, he is not really
12  answering my question.
13        MR. FINKELSTEIN: It doesn't matter.
14  Look, you can't interrupt the witness.
15        MS. McGRODER: Well --
16        MR. FINKELSTEIN: I expect the same
17  courtesy --
18        MS. McGRODER: Do you want this to go
19  all day tomorrow?
20        MR. FINKELSTEIN: I don't care how
21  long it goes. But I expect the same
22  courtesy that I gave to your witnesses,
23  that you give to Professor Trimble, and
24  allow him simply to answer the question.
25        You can ask as many questions as you

30

1   want, just allow him to complete his
2   answer.
3         MS. McGRODER: My --
4         MR. FINKELSTEIN: Just don't cut him
5   off.
6         MS. McGRODER: -- witnesses actually
7   answered your questions, so that's
8   different.
9         MR. FINKELSTEIN: I don't believe
10  they did. That's an opinion of you. I
11  had to ask them questions all day because
12  they wouldn't answer my questions.
13  BY MS. McGRODER:
14    Q   Doctor Trimble, is the clinical
15  experience that you're describing related to
16  your practice in treating epileptic patients?
17    A   Correct.
18    Q   And so you do not rely on any peer
19  reviewed published literature for the
20  proposition that the majority of suicidal acts
21  are impulsive?
22    A   If you would let me finish, I was
23  going on to say that if you read standard works
24  on suicide, which I have, of course, been
25  doing, it is clear that committing suicide,

31

1   when it occurs, is rather like predicting the
2   weather in England. That the variables move
3   constantly, and determining when the storm is
4   about to break is something which
5   suicidologists are unable to do.
6         And so the pre-suicidal moment, if I can
7   put it like that, is the impulse, is when the
8   idea becomes the act, that very often is
9   totally unpredictable and, therefore, I would
10  say "impulsive."
11        That's how I read it.
12    Q   I'm sorry, Dr. Trimble, my question
13  related to the peer reviewed literature.
14    A   Okay.
15    Q   Are you now saying that you do rely
16  on peer reviewed literature for the opinion
17  that the majority of suicidal acts are
18  impulsive?
19    A   Yes.
20    Q   And what literature is that?
21    A   Well, if you refer to -- I can refer
22  you to the very latest up-to-date textbook of
23  the American Psychiatric Association on
24  psychiatry, runs some 1500, 1800 pages. There
25  is a chapter on suicide there by one of

32

1   predominant suicidologists called Simon,
2   Dr. Simon.
3     Q   Do you know the name of this
4   textbook?
5     A   I just said, it's the American
6   Psychiatric Association's textbook on
7   psychiatry.
8     Q   Textbook on psychiatry?
9     A   Yes, it was published, I believe, in
10  2007.
11    Q   Okay, other than the chapter by Simon
12  in the American Psychiatric Association
13  textbook on psychiatry --
14    A   Yes.
15    Q   Is there any other peer reviewed --
16  well, let me restate that.
17    A   Yes.
18    Q   Apart from your reliance on the Simon
19  chapter in the APA's text on psychiatry --
20    A   Yes.
21    Q   -- is there any peer reviewed
22  published literature that you rely on for your
23  opinion that the majority of suicides are
24  impulsive?
25    A   There is a suicide expert not far

Trimble, Michael MD (F&P Expert) 9/2/2008 9:15:00 AM

57

1    formed yesterday; correct?
2        A    That's correct.  That he was working
3    part-time.
4        Q    Did you have an opinion, Dr. Trimble,
5    or Professor Trimble, whether Mr. Smith was
6    working full-time or part-time until March
7    of 2004?
8        A    It is most likely that at some point
9    before March, or in March, because of his
10   physical problems, he was working part-time,
11   not full-time.
12       Q    If you turn to page 5 of your report
13   you have a section entitled "Past Medical
14   Histor."
15       A    Yes.
16       Q    What is the importance of this
17   section to your opinion?
18       A    Well, first of all, any medical
19   report, particularly legal medical, well, any
20   medical report, would review a patient's past
21   medical history.
22           And in particular, when I doing an
23   anamnesis, gathering of history of what's going
24   on, I'm looking for indicators that might be
25   relevant to the end point.  In this case which

58

1    was Mr. Smith's suicide.  And it was important
2    to document psychiatric and physical problems
3    that Mr. Smith has had in his past.  So this is
4    just part of an ordinary medical anamnesis.
5        Q    I believe you said that this section
6    provides indicators relevant to the end point.
7            This section obviously deals with
8    Mr. Smith's physical condition over time;
9    correct?
10       A    That is correct.
11       Q    How is that relevant to the end point
12   in your opinion?
13       A    With this particular case it is not.
14   It is not relevant, but it can be in other
15   cases.  So that's why part of the regular
16   medical history is taken.
17       Q    So is it your opinion, Professor
18   Trimble, that Mr. Smith's history of surgical
19   treatments for osteoarthritis, are not relevant
20   to the end point of his suicide?
21       A    That's correct.
22       Q    You are aware that Mr. Smith had
23   osteoarthritis?
24       A    He had osteoarthritis.
25       Q    And you are aware that he had chronic

59

1    pain?
2        A    He had chronic pain from his
3    osteoarthritis.
4        Q    Were you aware that Richard Smith was,
5    continually on analgesics from 1993 until the
6    time of his suicide?
7        A    Correct.
8        Q    Are you aware that these analgesics
9    included hydrocodone, medrol dose pack, and
10   oxycodone?
11       A    I am aware.
12       Q    Are you aware that from time to time
13   Mr. Smith also received epidural steroid
14   injections into his spine for his pain?
15       A    I am aware.
16       Q    And you are aware that in 1992
17   Richard Smith was diagnosed with severe
18   degenerative arthritis in both knees?
19       A    That is correct.
20       Q    Are you aware that in 1996 Richard
21   Smith reported low back pain and underwent a
22   total hip replacement?
23       A    That's two questions.
24       Q    It's one question.
25       A    He reported lower back pain and he

60

1    had a hip replacement.
2        Q    Are you aware that by 1998 Mr. Smith
3    had total knee replacements in both knees?
4        A    Correct.
5        Q    Are you aware that subsequent to 1998
6    Richard Smith returned to work only half time?
7        A    I am not aware that he returned to
8    work half time at that point.
9        Q    Are you aware that in 1999 Richard
10   Smith began to report rib and shoulder pain?
11       A    He had some problems, I am
12   aware of that, yes, that is correct.
13       Q    Are you aware that in 2000 Richard
14   Smith was diagnosed with lumbar syndrome?
15       A    Never heard of that syndrome.
16       Q    So you're not aware?
17       A    I'm not aware.  He had back ache.  I
18   don't know that term.
19       Q    You are a neurologist; correct?  Or
20   you are not a neurologist?
21       A    I'm a neurologist who deals with the
22   brain, but if there was a DSM4 equivalent in
23   physical medicine, I don't think there was such
24   a thing as a lumbar syndrome.
25       Q    I'm sorry, you said if there was a

61

1    DSM4 equivalent in -- I missed what you said.
2        A   Well, in other words -- I'll say it
3    again. Lumbar syndrome sounds to me rather
4    like a lay term, and not a professional
5    orthopedic diagnosis.
6        Q   So you're not aware of lumbar
7    syndrome as an orthopedic diagnosis?
8        A   Correct.
9        Q   Did you deal with patients in chronic
10   pain in your clinical practice when you were
11   practicing?
12       A   In my very early days, I ran a
13   chronic pain clinic at the National Hospital
14   for Neurology and Neurosurgery.
15       Q   For how long did you do that?
16       A   Four or five years.
17       Q   What years were those, do you recall?
18       A   '74, '75 to maybe 1980, '81 around
19   about that.
20       Q   And following that, your clinical
21   practice was largely focused on epileptics?
22       A   Epilepsy and movement disorders
23   particularly, that is correct.
24       Q   Are movement disorders conditions
25   such as Parkinson?

62

1        A   Correct.
2        Q   When is the last time that you had a
3    clinical practice?
4        A   I still have a clinical practice.
5        Q   Today you are treating patients?
6        A   I have a private practice. I'm --
7    let me be quite clear, and not be misleading --
8    I have resigned my position in the National
9    Health Service.
10       Q   And when did you resign your position
11   in the National Health Service?
12       A   Four years ago, four and a half years
13   ago. This would be like somebody resigning the
14   VA system here and moving into private
15   practice.
16       Q   I see. And your private practice,
17   again, is that focused on the treatment of
18   epilepsy and movement disorders?
19       A   In my private practice, that is true
20   to some extent. But I deal with a lot of
21   people with head injuries, and the psychiatric
22   consequences of head injury. But I still do a
23   lot of movement disorder work.
24       Q   Do you consider yourself a practicing
25   psychiatrist?

63

1        A   I am a practicing neuropsychiatrist.
2    My special interest, I'm sure you have read my
3    CV, is in neuropsychology and behavioral
4    neurology.
5        Q   So do you treat patients who are
6    depressed?
7        A   Sure.
8        Q   And you treat patients with other
9    mood disorders?
10       A   Yes. Bipolar disorder, if that's
11   what you mean bipolar disorder, yes.
12       Q   And any other mood disorders?
13       A   Yes.
14       Q   How many patients do you see a week
15   currently?
16       A   About -- well, just last week I saw
17   two patients. When I'm in London, it can be
18   two to four, sometimes five patients. But I
19   travel a lot, so.
20       Q   And for what period of time have you
21   treated approximately two to four patients per
22   week?
23       A   What period of time?
24       Q   Yeah, like I can probably ask that
25   more clearly -- so withdrawn.

64

1    From the time that you left the National
2    Health Service have you seen approximately two
3    to four patients per week in your private
4    practice?
5        A   Yes.
6        Q   So over the last four or five years?
7        A   Yes.
8        Q   Okay, thank you.
9        A   Yeah.
10       Q   Are you aware that in 2001 Richard
11   Smith was noted to have a rotator cuff tear as
12   well as degenerative joint disease of the
13   spine?
14       A   Yes.
15       Q   Are you also aware that in 2001
16   Richard Smith began to report neck pain, chest
17   pain and poor sleep?
18       A   Yes.
19       Q   Is it fair to say that Mr. Smith had
20   a number of orthopedic surgeries?
21       A   Yes.
22       Q   And he had some surgeries that
23   weren't orthopedic in nature, as well; correct?
24       A   That is correct.
25       Q   Is it fair to say, then, Mr. Smith

Trimble, Michael MD (F&P Expert) 9/2/2008 9:15:00 AM

73

1       A   Depression or anxiety as a
2   psychiatric illness, I did not.
3       Q   And when you say as a psychiatric
4   illness, I'm not sure I understand what you
5   mean by that.
6       MR. FINKELSTEIN:  Is that a question?
7       A   The term --
8       MR. FINKELSTEIN:  Sorry, I don't
9   think there is a question pending.
10      Are you asking him to define anxiety
11  as a psychiatric illness?  Because --
12      MS. McGRODER:  I'm asking him --
13      MR. FINKELSTEIN:  You just said I
14  don't understand what you mean.
15      MS. McGRODER:  Exactly.  So can you
16  please explain it to me what you mean.
17      MR. FINKELSTEIN:  By what?  Because
18  he -- I'm not trying to be difficult,
19  because he said anxiety --
20      MS. McGRODER:  Please, can you read
21  my original question.
22      (The pending question was read back
23  by the reporter.)
24      MR. FINKELSTEIN:  That's not a
25  question.

74

1   BY MS. McGRODER:
2       Q   What do you mean by that?
3       A   A illness of severity to require the
4   intervention of a psychiatrist and not the use
5   of depression or anxiety in a lay sense.
6       Q   Would --
7       A   So many people use the term
8   "depression" as an expression of some kind of
9   day-to-day upset.  But I'm really referring
10  there to a psychiatric illness, as might be
11  defined in DSM4, the Diagnostic and Statistical
12  Manual of the American Psychiatric Association.
13      Q   Would a, an illness such as
14  depression or anxiety that requires
15  intervention by way of prescribing an
16  antidepressant, for example --
17      A   Yes.
18      Q   Would that constitute a psychiatric
19  illness?
20      A   Possibly.
21      Q   Just so I understand your answer.
22      Are you saying there are times when an
23  individual may be prescribed an antidepressant
24  for depression, but in your view that doesn't
25  constitute a psychiatric illness?

75

1       A   That is correct.
2       Q   Was Mr. Smith ever prescribed an
3   antidepressant?
4       A   He was prescribed amitryptyline.
5   Which is commonly prescribed in people with
6   pain disorders.  And is commonly prescribed to
7   aid sleep.  And my belief is that he was
8   prescribed it for both of those conditions.
9       Q   For pain and difficulty sleeping?
10      A   Difficulty sleeping, yes.
11      Q   And when was he prescribed the
12  amitryptyline?
13      A   Well, that's in my report.  The 6th
14  of -- I'm sorry -- the 5th of June 2001.
15      Q   And amitryptyline is a tricyclic
16  antidepressant?
17      A   It is a tricyclic drug which is used
18  in the treatment of depression.
19      Q   Other than amitryptyline, was
20  Mr. Smith ever prescribed any other
21  antidepressant medication?
22      A   Not to my knowledge.
23      Q   And did you review the records with
24  an aim to identifying that, if it had occurred?
25      A   Yes.

76

1       Q   Is amitryptyline ever used to treat
2   symptoms of depression?
3       A   Yes.
4       Q   Is insomnia a symptom of depression?
5       A   Yes.
6       Q   You say in the last paragraph on
7   page 6 that no other CNS psychotropic drugs
8   were prescribed for him until he received
9   Gabapentin on March 9, 2004.
10      Do you see that?
11      A   I do.
12      Q   And that's apart from the
13  amitryptyline that we just talked about?
14      A   That's correct.
15      Q   What is your definition of CNS
16  psychotropic drugs?
17      A   A drug which is psychoactive that is
18  used by psychiatrists to treat psychiatric
19  disorder.
20      Q   Can a CNS psychotropic drug be used
21  to treat depressive symptoms?
22      A   Well, an antidepressant I would rate
23  in that category of a CNS psychoactive drug,
24  yes.
25      Q   Is it your opinion that Mr. Smith

Trimble, Michael MD (F&P Expert)  9/2/2008  9:15:00 AM

85

1    Q   When did you meet with
2    Dr. Hesdorffer?
3    A   Well, she is on the epilepsy circuit,
4    so I -- we are writing some papers together and
5    had a lot of contact.
6    Q   What do you mean "on the epilepsy
7    circuit"?
8    A   There is a group of people who go to
9    international conferences, and write papers and
10   do research in the field of epilepsy.
11       And it so happens that epidemiology is
12   important for the psychiatric aspects.
13   Q   When is it that you met with
14   Dr. Hesdorffer to discuss your relative risk
15   calculations for dose response relationship
16   with respect to Neurontin?
17   A   Well, after I was at an earlier
18   deposition here, I was chastised for not having
19   done the statistics.
20   Q   So did you meet with Dr. Hesdorffer
21   sometime between February of 2008 and today?
22   A   Correct, yes.
23   Q   When?
24   A   But I can't say exactly to when I got
25   these done exactly.  I don't know.

86

1    Q   Did you meet with Mr. Hesdorffer
2    before you testified at the Daubert hearing?
3    A   Yes.
4    Q   How long before the Daubert hearing
5    did you meet with Dr. Hesdorffer?
6    A   Several days.
7    Q   And how long was your meeting?
8    A   Ah, I don't recall.  But it wasn't
9    specifically to do with that, it was to do with
10   other epilepsy matters.
11       But she has on computer program to do
12   the analyses, so I took the opportunity to do
13   the analyses.
14   Q   So you met with Dr. Hesdorffer
15   sometime in June of 2008, before the first day
16   of the Daubert hearing?
17       MR. FINKELSTEIN: Objection.
18       THE WITNESS: I don't know, but
19   round about then, yes.
20   BY MS. McGRODER:
21   Q   Well, several days before the Daubert
22   hearing would have been sometime in June of
23   2008; correct?
24   A   Yes.
25   Q   And did Dr. Hesdorffer actually run

87

1    these calculations for you?
2    A   She helped me put the right figures
3    into the right places into the computer
4    program, that's correct.
5    Q   Were there any notes generated from
6    this session with Dr. Hesdorffer --
7    A   No.
8    Q   -- to calculate relative risks?
9    A   No.
10   Q   And is your opinion in the Smith
11   matter that there was a dose relationship
12   between the dose that Mr. Smith was taking and
13   his impulsive suicide act?
14   A   Dose by itself -- let me be clear.
15       What you take in through the mouth, does
16   not tell you how much you get in the brain,
17   okay.
18       But those data that you have brought to my
19   attention are important in terms of Bradford
20   Hill criteria for establishing, scientifically,
21   a pharmacological relationship.
22       In other words, dose response, increasing
23   dose, increasing side effect, is a very, very
24   important criteria used in pharmacology.
25   Q   And so --

88

1    A   So, but the dose you take doesn't
2    actually tell you what's going on in the brain.
3       So Mr. Smith, taking his 900 milligrams a
4    day, doesn't tell you how much penetrated his
5    brain.  And this is very complicated, but I
6    will make easy.
7    Q   Well, I didn't ask --
8       MR. FINKELSTEIN: Let him finish.
9    Q   I didn't ask you that, yet.
10      MR. FINKELSTEIN: Let him finish.
11   Q   I promise you, you will get to talk
12   about that.  We will get there.
13      MR. FINKELSTEIN: Just finish your
14   answer.
15   A   That being an elderly person, his
16   brain would be more susceptible to the drugs
17   and the drug levels than a younger person.
18   Q   And what do you rely on for the
19   statement that being elderly means that your
20   brain is more susceptible to -- I'm sorry, what
21   was the end of that sentence?
22   A   To the effects of the drug.
23   Q   To the effects of any drug?
24   A   Any drug that crosses into the brain,
25   yes.  That's -- that's just clinical knowledge.

101

1      MR. FINKELSTEIN: Yeah, why don't we
2   spread this out. Or why don't you give
3   those to me, and I'll just stack them up
4   here.
5      MS. McGRODER: Actually I need them
6   here. Thanks.
7      MR. FINKELSTEIN: Okay, fine.
8   BY MS. McGRODER:
9      Q   Before we discuss this article,
10  Professor Trimble --
11     A   Yes.
12     Q   I note in the stack, that you have a
13  number of additional articles.
14     A   Correct.
15     Q   Related to suicide.
16     A   Correct.
17     Q   These are published journal articles
18  or textbook chapters --
19     A   That's correct.
20     Q   That you, yourself, copied?
21     A   Yes.
22     Q   Did you --
23     A   Or my PA did.
24     Q   Okay. Did you, yourself, search for
25  and identify the literature that is in this

102

1   stack?
2      A   I specifically pulled out the
3   literature in the stack for -- yeah, some of it
4   was done on a Medline and some of it done
5   directly from books.
6      Q   Were any of the literature articles
7   that are included in the stack provided to you
8   by Mr. Finkelstein, or his law firm?
9      A   The only material -- may I just have
10  them?
11     Q   Sure.
12     A   The only material which I requested
13  from Mr. Finkelstein was these photocopies from
14  this book by Dr. Jacobs, who is a suicide
15  expert, and whose book I have not been able to
16  access. But Mr. Finkelstein has this copy.
17     Q   And so this is -- what you're
18  referring to now is a document called "Suicide
19  Understanding and Responding Harvard Medical
20  School Perspectives" edited by Douglas Jacobs,
21  MD, and Herbert N. Brown, MD; correct?
22     A   That is correct. It was not
23  available to me in the UK. The other one that
24  I specifically requested, because of not
25  knowing Dr. Maris, was to read Dr. Maris's

103

1   book, and to ask for two or three pages to be
2   photocopied.
3      The rest were photocopied --
4      Q   I'm sorry, can I interrupt you --
5      A   I'm sorry.
6      Q   Real quickly. So did you ask
7   Mr. Finkelstein or his office to copy a certain
8   chapter out of Dr. Maris's book?
9      A   The pages you have in front of me.
10     Q   Okay, how did you identify the
11  chapter that you wanted?
12     A   I went through the book.
13     Q   Okay, and the book is called
14  "Assessment and Prediction of Suicide?"
15     A   Correct.
16     Q   So you had the book?
17     A   No, Mr. Finkelstein's office had the
18  book. I was unable to get the book. You, you
19  understand me --
20     Q   And so how did you identify -- where
21  did you look at the book so that you were in a
22  position to identify the chapter that you
23  wanted?
24     A   Here.
25     Q   When was that?

104

1      A   Yesterday.
2      Q   Okay. So you selected this chapter
3   yesterday?
4      A   I selected the book, those two books,
5   the importance of those two books is that both
6   those people are suicidologists giving expert
7   reports in this case, and I wanted to review
8   their view on matters; and, therefore, I asked
9   to see those two books.
10     Q   Okay, so for Dr. Maris's textbook,
11  you copied pages 643 to 646; correct?
12     A   Correct.
13     Q   And the headings for those are
14  "Comorbidity and Multivariate Interdisciplinary
15  Models and Timing Issues".
16     A   Correct.
17     Q   Was all of that significant to your
18  opinion in the Smith case?
19     A   Yes.
20     Q   Thank you. Keep going.
21     A   Well, the rest I brought with me.
22  There was one paper that I was unable to
23  access. But again, it was printed out for me
24  here. The reason I couldn't access it was that
25  in the UK, I think it was this one, the

105

1 "American Journal of Geriatric Psychiatry", I
2 couldn't printout from the Medline source. So
3 I respectfully asked if it could be printed out
4 for me here.
5     Q   And the article --
6     A   The rest I brought with me.
7     Q   And the article to which you're
8 referring is called "Risk Factors for Late Life
9 Suicide, a Prospective, Community-Based Study"
10 by Caroline L. Turvey, among others; correct?
11    A   Correct.
12    Q   Published in the "American Journal of
13 Geriatric Psychiatry", July\August 2002.
14    A   Yes, that's correct.
15    Q   And that one was provided to you by
16 Mr. Finkelstein?
17    A   No. No, no, I asked him to -- I had
18 the reference. And I had the summary, but I
19 couldn't get access to it, because it's a rare
20 journal and it somehow wouldn't print out on my
21 computer.
22    Q   By what process did you go in order
23 to identify this literature that you brought
24 with you here today?
25    A   I have been reviewing literature on

106

1 suicide for the last three weeks.
2     Q   Okay. And so did you conduct a
3 PubMed search, or what kind of searching did
4 you do to find the articles that you brought
5 here today?
6     A   I have access to a number of
7 psychiatric textbooks. I have already referred
8 you to the major textbook of the American
9 Psychiatric Association. And I conducted
10 PubMed line searches, and I have my own small
11 library where I was able to look up papers
12 related to suicide.
13    Q   Do you have a printout, or any kind
14 of notes of all of the literature that you
15 identified in response to your search, from
16 which you pulled these articles?
17    A   No.
18    Q   Are these all of the articles that
19 you looked at?
20    A   No.
21    Q   Are there any articles in this stack
22 that you actually reviewed before you prepared
23 your report some time prior to October 2007 in
24 the Smith case?
25    A   I can't answer that.

107

1     Q   Because you don't know?
2     A   I just don't know.
3     Q   When was the first time that you did
4 a search for suicide in connection with your
5 litigation work related to Neurontin?
6     A   Well, I have been involved in other
7 cases previously, and would have done -- you
8 know, I just don't know the answer to that
9 question. This is not a new issue, suicide.
10    Q   Have you been involved in other cases
11 previously that dealt with suicide and a
12 pharmacologic agent?
13    A   No.
14    Q   Okay, so is the first time that you
15 conducted a review of suicide literature in
16 connection with your opinions in Neurontin
17 litigation?
18    A   Correct.
19    Q   And is the first time that you did
20 that prior to or after your report marked as
21 Exhibit 1 in this case?
22    A   No, it would have been during my
23 preparation of the report on Mr. Smith.
24    Q   Is there any way for you to tell me,
25 as you look at this stack of literature, which

108

1 of these articles you used to form your
2 opinions that are expressed in your report in
3 this case?
4     A   Yeah, I think that the majority of
5 the ones in front of you are ones that I have
6 printed off and have -- and will use to support
7 my views in this case today. To support them
8 in greater -- to support them with greater
9 robustness.
10    Q   Well, you didn't refer to any of this
11 literature in the report you prepared in the
12 Smith case?
13    A   The Smith case, if you read it,
14 refers back to my generic report for
15 references.
16    Q   So is your testimony that all of the
17 literature in this stack is referenced in your
18 original general causation report?
19    A   It is not.
20    Q   Okay, so this report doesn't appear
21 on any list of materials that you've considered
22 or relied on in giving your opinion in the
23 Smith case; is that correct?
24    A   Could you repeat the question.
25    Q   These literature articles before us

Trimble, Michael MD (F&P Expert) 9/2/2008 9:15:00 AM

137

1    to past psychiatric history, before the
2    material events that relate to this claim.
3    That's all.
4        Q  Okay, so the material events start in
5    January of 2003?
6        A  That is where I had begun the story
7    which leads eventually to Mr. Smith's suicide.
8        Q  So you agree that Mr. Smith had a
9    psychiatric history in at least February of
10   2003; correct?
11       A  No.
12       Q  Well, how could that be?  In the
13   medical records in 2003, there is a report of
14   depression because of pain and lack of sleep,
15   how is that not a psychiatric history in
16   February of 2003?
17       A  My belief is that that was using
18   "depressed" in a lay sense.  Dr. Berklacich is
19   not a psychiatrist, and I do not believe that
20   that reflected depression in a psychiatric
21   sense.
22       Q  Is the diagnosis of depression
23   limited to psychiatrists -- let me rephrase.
24       Are psychiatrists the only physicians
25   capable of diagnosing depression?

139

1        A  Correct.
2        Q  -- because Mr. Smith put himself in
3    the middle on a 10-point rating scale of
4    coping?
5        A  Correct.
6        Q  In that record of Dr. Berklacich in
7    February of 2003, does he ever say I don't
8    think Mr. Smith is depressed, because he gave
9    himself a 5 on a 10-point coping scale?
10       A  No.
11       Q  Does he say Mr. Smith is depressed?
12       A  He uses the word "depressed", but I
13   can't accept it's used in the psychiatric
14   sense.
15       Q  And you cannot accept that because he
16   is not a psychiatrist?
17       A  No, because we know we was coping,
18   which goes against a diagnosis of depression.
19   And the evidence in the -- the evidence in the
20   depositions from the family were that he was
21   never depressed.  And that's a lay opinion.
22   But other people who knew him said that he was
23   never depressed.
24       Q  So you do distinguish between the
25   opinions of Mr. Smith's family members that

138

1        A  No.
2        Q  How do you support your opinion that
3    Dr. Berklacich's opinion regarding depression
4    in the notes in February of 2003 were lay
5    opinions and not medical opinions of
6    depression?
7        A  If you read the next sentence, it's
8    helpful.
9        Q  What's your answer?
10       A  It's partly contained in the next
11   sentence.
12       Q  "Some secondary anxiety was also
13   noted"?
14       A  And if you read on.
15       Q  "However, at this time, Mr. Smith
16   filled out a 10-point rating scale, which had
17   to do with coping.  He scored right in the
18   middle average.  There was no suggestion at
19   that point in time that he was not managing to
20   cope with his symptoms".
21       A  Correct.
22       Q  So it's your opinion that
23   Dr. Berklacich, when he referred to Mr. Smith's
24   pain and depression in February 2003, was not
25   clinical depression --

140

1    Mr. Smith was not depressed, those are lay
2    opinions compared to the opinion of
3    Dr. Berklacich that he was depressed.  That's
4    not a lay opinion; correct?
5        A  It's not a lay opinion.  It's not a
6    lay opinion.
7        MS. McGRODER:  Let's mark this as
8    Exhibit 16 -- 15.
9        (Exhibit 15 marked for
10   identification.)
11   BY MS. McGRODER:
12       Q  I'm handing you, Professor Trimble,
13   the New Patient Medical Questionnaire of
14   Neurological Surgeons, with Bates number 52FMB
15   00035 through 52.  This is Exhibit 15.  And I
16   want to you look, in particular, at page 43.
17       A  Thank you.  Could I have a dating
18   when this was done?
19       Q  I'm not sure.
20       A  Twenty-eighth of February 2003.
21       Q  It's the questionnaire you're
22   referring to in your report; right?
23       A  If that's the one, yes.
24       Q  Well, your report says February 28,
25   2003; right?

141

1   A   Okay, this is the one, right.
2   Q   Okay.
3   A   Thank you.  Page 3.
4   Q   Page 43, I think you're on it.
5   A   This one.
6   Q   At the bottom there is a coping
7   scale; right?
8   A   Yes.
9   Q   Do you know whether this was
10  completed by Mr. Smith?
11  A   My belief is it's filled out by the
12  person himself, but I have no proof of that.
13  Q   And so this cope -- on this coping
14  scale completed by Mr. Smith, it's a 0 to 10
15  scale.  And the 0 says "cope very well";
16  correct?
17  A   Correct.
18  Q   And the 10 says "totally unable to
19  cope"?
20  A   Correct.
21  Q   Correct.  And Mr. Smith checks the 5
22  box?
23  A   Correct.
24  Q   Straight in the middle; right?
25  A   Average, correct.

142

1   Q   So he's neither coping very well, nor
2   totally unable to cope in his own personal
3   view; correct?
4   A   Yes.
5   Q   It's kind of a wash; isn't it?
6   A   Well, I said average.  He is in the
7   middle, yeah.
8   Q   Well, it would be accurate that if he
9   is in middle there, he is neither coping very
10  well nor totally unable to cope; correct?
11      MR. FINKELSTEIN:  Objection.
12      THE WITNESS:  I agree that there is
13  an ambiguity to how you could interpret
14  that.
15  BY MS. McGRODER:
16  Q   Okay.  So one way to interpret it
17  would be it's neither of those, he's neither
18  coping very well, nor totally unable to cope?
19  A   Correct.
20  Q   Okay.  And is it your opinion, based
21  on what you wrote in your report under
22  "Material Events" that that check box, that
23  rating of 5 negates the conclusion that he was
24  depressed in February of 2003?
25  A   If he was suffering from a depressive

143

1   illness, psychiatric illness, he would be
2   unable to cope.  Failure to cope is one of the
3   symptoms of -- early symptoms of a depression.
4   Q   So in order for him to have
5   depression in February of 2003, he would have
6   had to check the 10 box, "totally unable to
7   cope"?
8   A   Nine or ten.
9   Q   Anything short of nine or ten means
10  he is not depressed?
11      MR. FINKELSTEIN:  Objection.
12      THE WITNESS:  That would be my view.
13  BY MS. McGRODER:
14  Q   And if you look back on page 38, when
15  Mr. Smith completes the form under "General".
16  A   (Referring to document.)  Yes.
17  Q   The third line down there is a check
18  that Mr. Smith put next to "any change in
19  mood".
20  A   Yes.
21  Q   And he writes in the box "depressed
22  because of pain and look of sleep"; right?
23  A   That's what's in my report, yes.
24  Q   And you noted that in your report?
25  A   Yes.  Yes.

144

1   Q   And so the reason why, in your view,
2   that notation by Mr. Smith where he self
3   reports "I am depressed because of pain and
4   lack of sleep", that's negated by the coping
5   factor scale --
6   A   I think so.
7   Q   -- that we just talked about?
8   A   I think so.
9   Q   You think so, or --
10  A   That's my view.
11  Q   -- you know so?
12  A   That's my view.
13  Q   That's your opinion?
14  A   Yes.
15  Q   As a psychiatrist?
16  A   It's a lay opinion about his mental
17  state.
18  Q   It's a lay opinion, because it's
19  coming from Mr. Smith?
20  A   That would be correct.
21  Q   Did Dr. Berklacich ever state that
22  Mr. Smith was depressed?
23  A   Well, I can't say that he did.
24  Q   If Dr. Berklacich --
25  A   If Dr. Smith -- if Mr. Smith wrote

Trimble, Michael MD (F&P Expert)  9/2/2008  9:15:00 AM

145

1     that himself.
2        Q    If Dr. Berklacich had noted in a
3     medical record that depression, ah, Mr. Smith
4     is here for an office visit, he's depressed
5     because of pain and lack of sleep, would it
6     then rise from a lay opinion to a medical
7     opinion?
8        A    It would have more weight, I suspect.
9        Q    It wouldn't be depression in the lay
10    sense; right?
11       A    Correct.
12       Q    Okay, just since we are on this
13    document.
14       A    Yes.
15       Q    On the same page, in the bottom right
16    corner.
17       A    Yes. Page? Sorry.
18       Q    Page 38.
19       A    Page --
20       Q    The page where Mr. Smith says he is
21    depressed.
22       A    Yes.
23       Q    Do you see where it says "still
24    working" at the bottom?
25       A    Yes.

146

1        Q    At least at this time in February
2     of 2003 he marks "part-time retired"; right?
3        A    That's correct.
4        Q    So he wasn't working full-time in
5     2003?
6        A    At that point it's clear he wasn't.
7        Q    Okay. It's true, Professor Trimble,
8     that you have no formal education or training
9     in the area of suicidology?
10            MR. FINKELSTEIN: Objection.
11       Asked and answered.
12            THE WITNESS: I have no formal
13       training in suicidology.
14    BY MS. McGRODER:
15       Q    And you have not performed any
16    research in the area of suicidology?
17       A    I have performed research into the
18    effects of antiepileptic drugs on the mood and
19    behavior of patients taking those drugs, which
20    includes mood disorders, such as depression and
21    suicide attempts and acts. Acts of self harm.
22       Q    And what research are you referring
23    to?
24       A    A research which goes back for, ah,
25    over 20 years on the effects of antiepileptic

147

1     drugs on the mental state and behavior.
2        Q    Well, are you --
3        A    We have recently published data on
4     this very matter.
5        Q    And are those clinical studies?
6        A    Correct.
7        Q    And what pharmacologic agents are
8     those studies using?
9        A    We've looked at the majority of
10    antiepileptic drugs over time.
11       Q    Oh, I'm sorry, I think I
12    misunderstood you.
13       A    The majority of antiepileptic drugs
14    have been examined by me over time.
15       Q    You have not -- I think I
16    misunderstood your original answer.
17            Have you or have you not done research on
18    antidepressant drugs?
19       A    Oh, sorry. I thought you said
20    antiepileptic -- yeah, antiepileptic drugs.
21            MR. FINKELSTEIN: Why don't you start
22       again.
23            MS. McGRODER: Yeah, I'm sorry.
24    BY MS. McGRODER:
25       Q    You have not done research on

148

1     antidepressant drugs and suicide; correct?
2        A    Correct.
3        Q    All of your research pertains to
4     antiepileptic drugs?
5        A    I will accept that.
6        Q    Okay. And have you done research
7     specifically to determine whether antiepileptic
8     drugs increase the risk of suicide in humans?
9        A    Antiepileptic drugs?
10       Q    Yes.
11       A    Antiepileptic drugs increase the risk
12    of suicide in humans, correct.
13       Q    You yourself have done research on
14    whether antiepileptic drugs increase the risk
15    of suicide in humans?
16       A    Of suicidal behavior in humans,
17    correct.
18       Q    And what research are you referring
19    to?
20       A    We recently published a paper on
21    Levetaricetam, L-E-V-E-T-A-R-I-C-E-T-A-M, on
22    aggressive hostile behavior following
23    prescription of that drug.
24       Q    Well, now -- well, first, has that
25    research been published?

149
1     A   It was -- it has just been published,
2   yes.
3     Q   Where?
4     A   In, ah, one of the epilepsy journals,
5   "Epilepsy and Behavior", I believe.
6     Q   Are you the first author on this?
7     A   No, Marco Mula, Dr. Mula, M-U-L-A.
8   Dr. Mula.
9     Q   How do you spell it?
10    A   M-U-L-A.  He comes from my group,
11  and --
12    Q   Are you listed as an author on this
13  paper?
14    A   I am listed as acknowledgment on this
15  paper.
16    Q   So not as an author?
17    A   Not as a direct author on that
18  particular paper, but the data is data which
19  comes from my group.
20    Q   Well, did you author the article or
21  did you not?
22    A   I did not author that particular
23  article.
24    Q   And you said that the article is on
25  aggressive and hostile behavior; correct?

150
1     A   Yes.  Yes.
2     Q   Were those the end points that you
3   were looking at?
4     A   Those were the end points that we
5   looked at, yes.
6     Q   And how many patients?
7     A   Well, we had 4 out of -- 4 out of,
8   a -- I haven't got the figures in front of me,
9   maybe 4 out of 300 people who committed quite
10  serious aggressive acts on that particular
11  drug.
12    Q   And was your result statistically
13  significant?
14    A   No, these --
15    Q   Or the result of this paper, since
16  you weren't an author.
17    A   These were four case histories from a
18  larger cohort on which we published papers
19  which I was the author.
20    Q   So this is a case series?
21    A   Correct.
22    Q   Authored by someone else about four
23  cases --
24    A   Correct.
25    Q   -- of aggressive acts with

151
1   Levetaricetam?
2     A   Correct.
3     Q   And were any of those aggressive acts
4   suicide?
5     A   Yes.
6     Q   How many?
7     A   Well, attempts.  I don't recall.  I
8   don't recall.  The papers just come out.  I
9   don't recall.  I don't have it in front of me.
10  I just don't recall.
11    Q   Well, it's only four patients,
12  Dr. Trimble, you don't know?
13    A   Well, it's a little difficult
14  sometimes to determine when an aggressive act
15  is a suicidal act.  Suicide act.
16    Q   Do the authors of this paper state
17  that Levetaricetam caused suicide in any of
18  these four?
19    A   No, they are not completed suicides.
20  They are aggressive acts of self harm.
21    Q   All four were acts of aggressive self
22  harm?
23    A   Correct.
24    Q   Other than that article, which you
25  did not author, have you, yourself, conducted

152
1   any research on human suicide behavior?
2   Clinical studies?
3     A   Only in relationship to hostility and
4   depression in relationship to antiepileptic
5   drugs.
6     Q   So hostility and depression were the
7   end points you were looking at?
8     A   Correct.
9     Q   And none of those studies deal with
10  Neurontin; correct?
11    A   We have not specifically studied
12  Neurontin.
13    Q   You have not done any research, you,
14  yourself, have not done any clinical research
15  or Neurontin; correct?
16    A   Correct.
17    Q   Have you, Professor Trimble, authored
18  any peer reviewed publications in the
19  specialized area of suicidology?
20    A   No.
21    Q   And you are not a member of the
22  American Association of Suicidology; correct?
23    A   Correct.
24    Q   And you don't attend the
25  association's meetings; correct?

153

```
1       A   Correct.
2       Q   Are you familiar with American
3   Psychiatric Association's practice guidelines
4   for the assessment and treatment of patients
5   with suicidal behaviors?
6       A   I have read them.
7       Q   Do you ascribe to the principles set
8   out in the APA guidelines on assessment and
9   treatment of suicide?
10      A   I accept them.
11      Q   Do you use the APA guidelines in your
12  clinical practice?
13      A   No.
14      Q   Do you have any patients currently
15  with active suicidality?
16      A   No.
17      Q   When was the last time you treated a
18  patient who had suicidality?
19      A   Probably when I was working within
20  the National Health Service, so we are talking
21  four or five years ago.
22      Q   And I take it the focus of your
23  practice at the National Health Service was not
24  on patients with active suicidality?
25      A   Well, we had people with epilepsy
```

154

```
1   with serious psychiatric disorders which are
2   risk factors for suicide.
3       Q   Sure.
4       A   So, well aware of assisting that.
5       Q   Sure, but they're coming -- those
6   patients at the National Health Service came to
7   see you, Professor Trimble, for your expertise
8   in epilepsy; correct?
9       A   Epilepsy and psychiatric disorders
10  combined; correct.
11      Q   If you had a patient with active
12  suicidality, did you typically refer that
13  patient to a psychiatrist?
14      A   No, I had beds, my own beds. I would
15  admit them to the neuropsychiatry ward, which I
16  had access to.
17      Q   So is it like in the US, where you
18  have admitting privileges?
19      A   Correct.
20      Q   And you're admitting them into the,
21  uhm, for lack of a better term, government
22  hospital in England?
23      A   Correct.
24      Q   Okay. And during your years at the
25  National Health Service, did you, was your
```

155

```
1   practice solely as an inpatient physician?
2   Where you a hospital doctor?
3       A   I was a hospital doctor with
4   inpatient and outpatient practice.
5       Q   Okay. So when would you refer a
6   patient to a psychiatrist?
7       A   Well, I am personally a psychiatrist
8   as well as a neurologist. So the only time
9   would be if that -- if we were unable to cope,
10  on our ward, with the hostile aggressive or
11  suicidal behavior of a particular patient, then
12  we would refer to a more secure unit.
13      Q   What about in your outpatient
14  practice, I'm not clear on what your outpatient
15  practice was. What was it?
16      A   Assessing people largely with
17  neurological disturbances who had psychiatric
18  comorbidities.
19      Q   In a clinic?
20      A   Correct.
21      Q   A hospital clinic?
22      A   Correct.
23      Q   Okay. So did you have primarily --
24  well, let me say it this way:
25      Unlike a private practice, such as the one
```

156

```
1   you have now, patients that would come to the
2   clinic were not, quote unquote, your patients,
3   did you have your own stable of patients that
4   saw you repeatedly for psychiatric care, or
5   were they people who came into a clinic and had
6   a psychiatric disturbance or a neurologic
7   disturbance and they were hospitalized?
8       A   No, I saw and followed up many
9   patients for many years as outpatients.
10      Q   So they would just come back to see
11  you at the clinic?
12      A   Correct.
13      Q   Okay, I see. So were you actively
14  treating patients in psychiatry with
15  psychiatric illness?
16      A   Correct.
17      Q   And diagnosing people with
18  depression?
19      A   Correct.
20      Q   And prescribing antidepressants?
21      A   Correct.
22      Q   And did you use the DSM4 to diagnose
23  depression?
24      A   As a clinician I don't need a
25  cookbook to instruct me how to make a clinical
```

157

1    diagnosis.
2    Q   So in your view the DSM4 is a bit of
3    a cookbook?
4    A   It is a cookbook.
5    Q   And clinicians -- is it your view
6    that clinicians don't typically rely on the
7    DSM4 in diagnosing mood disorders such as
8    depression?
9    A   In the United kingdom they do not
10   rely on an American diagnostic manual.
11   Q   So you, yourself, have never used the
12   DSM4 in terms of diagnosing patients with
13   depression?
14   A   Well, I have, but I prefer not to.
15   Q   Well, when have you?
16   A   Uhm, many settings -- well, a few --
17   the courts in England have got quite, uhm, ah,
18   tied into DSM4. So one is often asked for a
19   DSM4 diagnosis. So I would use a DSM4
20   diagnosis.
21   Q   So you use a DSM4 diagnosis only when
22   you're preparing to testify in court?
23   A   No, no, but sometimes insurance
24   companies want it, sometimes other agencies
25   want it. But, again, just to be very clear, in

158

1    Europe it's the International Classification of
2    Diseases, the ICD 10, which is favored. Which
3    is usually used.
4    Q   And does it, like the DSM4, have
5    certain criteria that need to be satisfied in
6    order to, for example, diagnose --
7    A   That's correct.
8    Q   -- somebody with major depression?
9    A   That's correct.
10   Q   Okay. Is the ICD 10 a cookbook?
11   A   Correct.
12   Q   Do you question the validity or
13   reliability of either the DSM4 or the ICD 10?
14   A   Yes.
15   Q   Both?
16   A   No, DSM4 has reliability, but very
17   little validity, since you've asked the
18   question. DSM4 has reliability, but little
19   validity. V-A-L, validity.
20   Q   Is the same true of the ICD 10?
21   A   Correct.
22   Q   Can a person be clinically depressed
23   and, for a number of different reasons, say,
24   lack of psychiatric care, not be diagnosed with
25   a DSM4 mood disorder?

159

1    A   Could you repeat the question.
2    Q   Sure. Can a person be clinically
3    depressed, and for a number of different
4    reasons -- well, you can think of them, as well
5    as I -- they might not be diagnosed with a DSM4
6    mood disorder?
7    A   Correct.
8    Q   Which antidepressants do you
9    prescribe in your clinical practice?
10   A   Mainly -- are you familiar with the
11   terminology? Mainly SSRIs.
12   Q   Yes.
13   A   Is that acceptable?
14   Q   Yes.
15   A   And we use a drug, I think it's
16   called Effexor, in this country, but
17   Venlafaxine. Effexor, I think in this country
18   is Venlafaxine.
19   Q   Yes.
20   A   E-F-F-E-X-O-R. And the company, the
21   chemical name is Venlafaxine,
22   V-E-N-L-A-F-A-X-I-N-E.
23   Q   Is Effexor a tricyclic?
24   A   No, it's a variant of an SSRI.
25   Q   Is it an SNRI?

160

1    A   Correct. You have the terminology
2    correct. It's SNRI. Capital S, capital N,
3    capital R, capital I.
4    Q   What other antidepressants do you
5    prescribe?
6    A   Well, not many, because with the
7    neurological population there are certain
8    limits to the antidepressants that can be used
9    securely or safely.
10   Q   And are you referring there to
11   suicide risk?
12   A   No.
13   Q   What are you referring to?
14   A   Seizure risk.
15   Q   So the risk of seizure in epileptic
16   patients limits the kinds of antidepressants
17   you can use?
18   A   We tend to avoid tricyclic agents.
19   Q   Is the same concept true for pain --
20   obviously not with respect to seizures -- but
21   are there certain pain medications that are not
22   appropriate for certain patient populations,
23   because they, for example, increase the risk of
24   addiction?
25   A   Pain medications used by people with

161

1    pain?
2    Q   Right.
3    A   Ah, that's not an area of my
4    speciality so I can't answer that.
5    Q   You don't typically treat people in
6    chronic pain?
7    A   I have mentioned that I did, but I no
8    longer have a chronic pain clinic.
9    Q   Did you treat individuals with
10   osteoarthritis?
11   A   Not specifically.
12   Q   Have you ever provided psychotherapy
13   to a patient?
14   A   Yes.
15   Q   You're smiling. Why are you smiling
16   about that?
17   A   Psychotherapy is not a very well
18   formulated part of English psychiatric
19   practice. It's very well engrained in American
20   psychiatric practice. I came to the Johns
21   Hopkins Hospital in Baltimore as a resident
22   specifically to get my training in
23   psychotherapy.
24   Q   So psychotherapy is not used much in
25   England?

162

1    A   Much less than in the United States.
2    Q   The treatment is more geared toward
3    pharmacologics?
4        MR. FINKELSTEIN: Objection.
5        THE WITNESS: That's correct.
6    BY MS. McGRODER:
7    Q   Have you ever conducted a suicide
8    assessment of a patient with active
9    suicidality?
10   A   Yes.
11   Q   When was the last time you did that?
12   A   Maybe, five, five or six years ago,
13   when I was in the National Health Service
14   practice.
15   Q   What percentage of your patient
16   population when you were treating patients had
17   a diagnosis of depression?
18   A   Probably about 40 percent, I would
19   think.
20   Q   Do you know what percent of patients
21   who complete suicide have a diagnosable mental
22   disorder?
23   A   Not off the top of my head, no.
24   Q   Do you know the percentage of
25   patients who are actually diagnosed and treated

163

1    appropriately -- well, let me restate that.
2    Q   Do you know the percentage of patients who
3    are suicidal who are actually diagnosed with
4    depression or another mental disorder, and who
5    get treatment for it?
6        MR. FINKELSTEIN: Where? Just if you
7    can define the geography. Worldwide? New
8    York?
9        MS. McGRODER: It's United States.
10       MR. FINKELSTEIN: Only because he has
11   made reference to London and Europe.
12       MS. McGRODER: Right.
13       MR. FINKELSTEIN: That's the only
14   reason why.
15       MS. McGRODER: That's a good
16   question.
17   A   Then the answer is in the United
18   States, no.
19   Q   Do you know what percentage of people
20   among the general population make contact with
21   their primary care providers within the week
22   prior to suicide?
23   A   No.
24   Q   Would it surprise you that only about
25   half of individuals who complete suicide

164

1    actually received a diagnosis and were treated?
2    A   Not at all.
3    Q   Do you know what percentage of people
4    among the general population make contact with
5    their primary care providers within the month
6    prior to suicide?
7    A   This is United States data, I have no
8    idea at all.
9    Q   Well, Professor Trimble, you're
10   offering an opinion in a United States case
11   about whether a drug caused suicide in a United
12   States citizen, have you looked at the
13   literature on the prevalence of suicide in the
14   United States?
15   A   I have looked at the literature on
16   the prevalence of suicide in the United States.
17   Q   Let's say -- I want you to assume
18   that the percentage of people who make contact
19   with a primary care provider within the month
20   prior to suicide is about 40 percent.
21       Do you know whether that percentage is
22   higher or lower among the elderly?
23   A   No.
24   Q   Are you aware that 70 percent of
25   older people visit their doctor within the

Neurontin Track One (Plaintiff / Prescriber / Expert Depos)                    Page  161 - 164

165

1     month prior to their suicide, and have
2     unrecognized suicide risk by their treating
3     physician?
4        A   No.
5        Q   Does that surprise you?
6        A   That it's unrecognized?
7        Q   Right.
8        A   Well, it's obvious, I suppose.  If it
9     was recognized, then prevention would be --
10    prevention measures would be put in action.
11       Q   Why do you think the elderly often
12    have unrecognized depression or risk of
13    suicide?
14       A   They have greater chance of risk
15    factors for suicide, perhaps.
16       Q   You don't know for sure?
17       A   Well, I think the situation is
18    changing, you see.  I think that in the last
19    few years many more younger people,
20    particularly teenagers, are committing suicide.
21    So I think the picture is changing.
22       Q   Yeah, and just setting aside who the
23    group is, just thinking only about the elderly,
24    do you know why it is that the elderly are less
25    often diagnosed with suicide risk compared to

166

1     any other populations of people?
2        MR. FINKELSTEIN:  Objection.
3        THE WITNESS:  I think I could only
4     respond in the United Kingdon that elderly
5     people tend to be less attractive for
6     physicians to spend time with.
7     BY MS. McGRODER:
8        Q   Do you agree that under detection and
9     under treatment of depression in older people
10    is considered a major public health problem?
11       A   Yes.
12       Q   Do you agree that untreated or
13    inadequately treated depression in primary care
14    plays a role in the suicide of older people?
15       A   I suspect it does.
16       Q   Do you agree that suicidality is
17    complex to recognize in older persons, because
18    of comorbidities and infrequency of contact
19    with mental health specialists?
20       A   May I ask you to break that down into
21    one question at a time.
22       Q   Sure.  Fair.  Do you agree that
23    suicidality is complex to recognize in older
24    persons because of their comorbidities?
25       A   Possibly.

167

1        Q   Do you agree that suicidality is
2     complex to recognize in older persons because
3     of the infrequency of contact with mental
4     health specialists?
5        A   Yes.
6        Q   Do you think a large percentage of
7     elderly people are somewhat resistant to
8     psychiatric treatment?
9        A   Certainly an older generation at this
10    point in time who have grown-up with different
11    ethics, the answer would be yes.
12       Q   And does Mr. Smith fit that category?
13       A   I suspect so, yes.
14       Q   You agree that chronic illnesses
15    increase the likelihood of depression and
16    suicide?
17       A   Could we have one question at a time,
18    please?
19       Q   Sure.  Do you agree that chronic
20    illnesses increase the likelihood of suicide?
21       A   Chronic illness, in and of itself, is
22    not a risk factor for suicide.
23       Q   And you're referring back to the
24    literature that you identified in Exhibit 8 for
25    that statement?

168

1        A   That would be correct.  Yes.
2        Q   Okay.  Do you agree that chronic
3     illnesses increase the likelihood of
4     depression?
5        A   Yes.
6        Q   Do you agree that chronic illnesses
7     make it harder to diagnose depression,
8     especially in the elderly?
9        A   I think that's the case, yes.
10       Q   Do you know the overall prevalence of
11    suicide in the United States?
12       A   I have a figure written down, it's
13    something like ten, 100,000.  Around.
14       Q   Do you have a figure written down
15    with you here today?
16       A   Well, it's in these reference books
17    here.
18       Q   Okay.
19       A   Those kind of figures I don't bother
20    my head with.
21       Q   Okay.  I take it, then, you would not
22    be able to tell me the overall prevalence of
23    suicide ideation in the United States?
24       A   Whatever figure you have would be
25    guesswork.

169

1    Q  Okay.  Have you looked at that
2    specifically?
3    A  I have a figure.  I have a figure,
4    it's 10 times greater than those that commit
5    the acts.  But I'm afraid people just don't
6    tell you about these things, even if you ask
7    them.
8    Q  So suicide ideation may be even
9    higher than ten times greater --
10    A  Correct.
11    Q  -- than actually suicides?
12    A  Correct.
13    Q  What is the rate of suicide in
14    patients with chronic pain?
15    A  I don't know.
16    Q  Do you know the rate of suicide in
17    patients with low back pain?
18    A  The rate of suicide in people with
19    only low back pain, I would, I don't know
20    exactly, but there is so much low back pain in
21    the world that I would think it's utterly
22    negligible.
23    Q  So you don't think there's an
24    increased risk of suicide in patients with low
25    back pain?

170

1    A  Low back pain, in and of itself, does
2    not increase the risk of suicide.
3    Q  And that's your opinion today?
4    A  That's correct.
5    Q  And what do you rely on for that
6    opinion?
7    A  The fact that low back pain is one of
8    the commonest physical problems that orthopedic
9    surgeons and others deal with.  And suicide, in
10    and of itself, is rare.  So there can be no
11    direct relationship.
12    However, within the papers that I have
13    brought with me, again, low back pain does not
14    feature as a risk factor for suicide.
15    Q  Have you studied the literature on
16    low back pain in suicide?
17    A  I have just done that in the last two
18    weeks to make sure that I understand the
19    relationship between low back pain and suicide.
20    Q  So it's your opinion that low back
21    pain does not have a higher rate of suicide
22    than the general population?
23    A  Low back pain, in and of itself, is
24    not a risk factor for suicide.
25    Q  Okay, my question was a little

171

1    different.  Is it your opinion that low back
2    pain does not have a higher rate of suicide
3    than in the general population?
4    A  People would complain of low back
5    pain do not have an increased risk of suicide
6    solely on account of low back pain.
7    Q  But you don't know the rate of
8    suicide in individuals with low back pain, as
9    reported in the peer reviewed literature?
10    A  I couldn't give you a figure.
11    Q  Okay.  And so you don't know whether
12    it's higher than in the general population?
13    A  I -- no.
14    Q  Are there risk factors associated
15    with suicide as recognized by the APA, the
16    America Psychiatric Association?
17    A  The risk -- there may well be risk
18    factors associated with suicide in the APA
19    literature.
20    Q  Have you looked at the APA guidelines
21    for the risk factors associated with suicide
22    identified there?
23    A  Not in the guidelines, which have
24    more to do with prevention, but I will refer
25    you to the textbook of Dr. Simon, which is the

172

1    APA textbook of psychiatry.  Which is 2007.
2    Q  And do you have that chapter with you
3    from Dr. Simon?
4    A  Well, it's in the list.
5    Q  In Exhibit 8?
6    A  In the bundle that you have.
7    Q  Okay.  And is that it that you're
8    looking at right now?
9    A  Yeah.  And he lists suicide risks
10    associated with various mental and physical
11    disorders.  And you will not find low back pain
12    in that list.
13    Q  Oh, okay.  My question was:  Have you
14    looked at the risk factors for suicide apart
15    from physical illnesses -- is that list
16    physical illnesses from Simon's chapter?
17    A  Correct.
18    Q  Okay, may I see that for one second?
19    A  Yes.
20    Q  My question was more general.
21    A  Well, it was about APA, if I may say
22    so.
23    Q  Right.  My question was:  Have you
24    looked at the APA guidelines on the risk
25    factors for suicide, generally?

Trimble, Michael MD (F&P Expert)  9/2/2008  9:15:00 AM

173

1      A   Not specifically for this.  They were
2   published 2005, I think.  I have gone to the
3   expert, and the latest publication I could
4   find.
5      Q   Just so I'm clear:  So you did look
6   at the APA guidelines for the treatment and
7   assessment of suicide?
8      A   Previously, but not specifically in
9   relationship to this deposition.
10      Q   Okay.  When is the last time you
11   looked at those?
12      A   Oh, probably when I was doing the
13   original report for Mr. Smith.
14      Q   So sometime before October of 2007?
15      A   Correct.
16      Q   Okay.  Now the Simon article that you
17   showed me, or this chapter in the APA textbook,
18   this was in response to your query whether
19   there are certain physical illnesses that
20   increase the risk of suicide?
21      A   Correct.
22      Q   Okay.  We'll take a closer look at
23   this.  Put it back in the stack.  Thank you.
24         Is depression a risk factor for suicide?
25      A   It is.

175

1   reported in Mr. Smith's records would not
2   provide me with evidence to retrospectively
3   make a diagnosis of depression.
4      Q   Do you think it would be unreliable
5   to make a diagnosis of depression based on a
6   retrospective review of Mr. Smith's medical
7   records?
8      A   Yes.
9      Q   So you made no effort to do that?
10      A   No, I did.  But there is not enough
11   information there to come to any conclusion.
12      Q   And, therefore, you have not
13   concluded that Mr. Smith suffered from any DSM4
14   disorder?
15         MR. FINKELSTEIN:  Objection.
16         THE WITNESS:  If you read my report,
17   you will see I have done a differential
18   diagnosis, and I exclude evidence that
19   Mr. Smith had a depressive illness in the
20   time immediately preceding his suicidal
21   act.
22   BY MS. McGRODER:
23      Q   And what time frame are you ascribing
24   to "immediately preceding"?
25      A   Well, in the two or three months

174

1      Q   Do you know what percentage of
2   patients with depressive disorders have
3   thoughts of suicide?
4      A   Very high.
5      Q   More than half?
6      A   Oh, undoubtedly, yes.
7      Q   And do you know what percentage of
8   patients with depressive disorders will die by
9   suicide?
10      A   Much less.  A small, a relatively
11   small percentage of people with depressive
12   disorders, specifically, will die of, by
13   suicide.
14      Q   What about people with depressive
15   symptoms, are people with depressive symptoms
16   at an increased risk of suicide?
17      A   Probably.  Well, again, it's a matter
18   of the definition of "depressive symptoms".  I
19   don't know that that's ever been looked at it,
20   it may well be.  But we're really talking about
21   DSM4 for depressive illness.
22      Q   Did you do an analysis to determine
23   whether Mr. Smith fit any DSM4 diagnostic
24   category for mood disorder?
25      A   The number of depressive symptoms

176

1   before.
2      Q   So back to February of 2004?
3         MR. FINKELSTEIN:  Objection.
4   BY MS. McGRODER:
5      Q   Approximately?
6         MS. McGRODER:  What's your objection
7   to form?
8         MR. FINKELSTEIN:  As to the time
9   frame.
10         MS. McGRODER:  I think you're right.
11         MR. FINKELSTEIN:  You haven't
12   established the date of death, I mean.
13   BY MS. McGRODER:
14      Q   You excluded that Mr. Smith had a
15   depressive illness in the two to three months
16   before his suicide on May --
17      A   Yes.
18      Q   -- 13th, 2004.
19      A   Let me be even clearer, to settle
20   this for you.
21      Q   Sure.
22      A   I don't believe Mr. Smith ever
23   suffered from the psychiatric DSM4 classifiable
24   diagnosis of a mood disorder.  Ever.
25      Q   And what, what have you done to come

Trimble, Michael MD (F&P Expert) 9/2/2008 9:15:00 AM

---

177

1  to the conclusion to support the opinion that
2  Mr. Smith never suffered from DSM4 diagnosable
3  mood disorder?
4    A   Well, I've been through the medical
5  records, and I have been through all of the
6  depositions.
7    Q   For what period of time did you go
8  through the records, you know, in Mr. Smith's
9  medical history? Where did you start, where
10 did you stop?
11   A   Well, we have them here, you've got
12 them in front of you to view.
13   Q   So go ahead and look at them and tell
14 me where you started, in terms of Mr. Smith's
15 medical records, what was the earliest record
16 you reviewed and what's the last record you
17 reviewed? Just give me that time frame.
18   A   Well, it's all in my report, but,
19 uhm --
20   Q   You can refer to your report, if you
21 prefer.
22   A   Sorry, I need the bundle of records.
23   Q   Exhibit 12.
24   A   But uhm, you know, my understanding
25 of these medical records is that there

---

178

1  is information here going back to when he had
2  his appendix removed in 1939.
3    Q   You have records from 1939?
4    A   No.
5      MR. FINKELSTEIN: He said
6  information.
7    A   There's information in these records.
8    Q   Oh, reported medical history?
9    A   Yes.
10   Q   Okay.
11   A   Going back to 1939.
12   Q   My question is different. I would
13 like to know what are the span of records that
14 you actually reviewed.
15     What's the earliest record -- what's the
16 date of the earliest record you reviewed and
17 what's the date of the last record you
18 reviewed?
19   A   Well, I would need some time to go
20 through these records, so as not to give you
21 false information. But the -- simply because
22 getting the dates sorted out is a bit
23 complicated, but I can do that if you want me
24 to.
25   Q   Okay, let's come back to it.

---

179

1  Do you think you reviewed records before
2  2003 in Mr. Smith's medical history?
3    A   I think probably not. These extant
4  records probably date from about that time.
5    Q   Okay, and so the references in your
6  report to medical history that preceded
7  approximately 2003, you, you obtained that
8  information by the medical histories in this
9  set of records that comprises Exhibit 12?
10   A   That is correct.
11   Q   Okay. You didn't actually review
12 records prior to 2003?
13   A   That is correct.
14   Q   Do you think Mr. Smith suffered from
15 any -- well, let's put it this way:
16     Did Mr. Smith suffer from depression that
17 may not have classified under the cookbook
18 criteria of a DSM4?
19     MR. FINKELSTEIN: Objection.
20     THE WITNESS: By definition he
21 wouldn't, therefore, have suffered from
22 depression. Because in this country, to
23 suffer from depression, you have to have a
24 DSM4 diagnosis. So if he didn't fulfill
25 the DSM4 criteria, by definition he didn't

---

180

1  have depression.
2  BY MS. McGRODER:
3    Q   Now recognizing you are not a
4  psychiatrist in the US, and you're not
5  qualified to practice psychiatry in the US;
6  correct?
7    A   Correct.
8    Q   So you couldn't treat patients in the
9  US; correct?
10   A   Correct.
11   Q   Recognizing that, are there patients
12 in the US who are treated for depression who do
13 not have a DSM4 diagnosis?
14   A   I have no idea.
15   Q   Can patients be prescribed
16 antidepressants, notwithstanding the lack of a
17 DSM4 diagnosis?
18   A   Antidepressants are prescribed in
19 many conditions other than depression.
20   Q   That would be off-label use; right?
21     MR. FINKELSTEIN: Objection.
22     THE WITNESS: No -- well, I don't
23 know the guidelines in this country, but
24 amitryptyline, for example, is often used
25 to treat, say, migraine.

---

Trimble, Michael MD (F&P Expert) 9/2/2008 9:15:00 AM

---

181

1    BY MS. McGRODER:
2       Q    Is amitryptyline approved for the use
3    of migraine?
4       A    In your -- in this; in America, I
5    don't know.
6       Q    Let's say it's not.
7       A    Okay.
8       Q    Let's say it's not.
9       A    Okay.
10      Q    So amitryptyline used often for the
11   treatment of migraine is an off-label use;
12   correct?
13          MR. FINKELSTEIN: Objection.
14          THE WITNESS: I can't answer that.
15   BY MS. McGRODER:
16      Q    Just assume with me. Assume with me
17   that amitryptyline is not approved by the FDA
18   for the treatment of migraine. It's a
19   tricyclic antidepressant being used off-label
20   to treat migraine; is that correct?
21          MR. FINKELSTEIN: Objection.
22          THE WITNESS: Well, I'm referring to
23      the United Kingdom.
24   BY MS. McGRODER:
25      Q    Okay, well, let's pretend like we're

---

182

1    in the United States, since we are.
2          (Reporter clarification.)
3          THE WITNESS: My answer is I can only
4       refer to the United kingdom. I don't know
5       about the United States. But let me give
6       you a clearer example, the SSRIs are used
7       to treat obsessive compulsive disorder.
8    BY MS. McGRODER:
9       Q    But some SSRIs --
10      A    Not off-label.
11      Q    Right. Because some SSRIs are
12   approved for the treatment of obsessive
13   compulsive disorder; correct?
14      A    But they are referred to as
15   antidepressants.
16      Q    Okay, my question is different.
17   Assume with me, if you will, that there
18   are certain SSRIs that are not approved for
19   obsessive compulsive disorder, okay? Assume
20   that?
21      A    Um hum.
22      Q    And that a physician nevertheless
23   prescribes an SSRI for obsessive compulsive
24   disorder. Are you with me?
25      A    Yes.

---

183

1       Q    That would be off-label use; correct?
2    Using a drug in a circumstance for which
3    it is not FDA approved is off-label use;
4    correct? You know that, right?
5       A    Could you repeat the question.
6       Q    Sure. If you assume that an SSRI is
7    not approved for obsessive compulsive disorder,
8    and yet a physician prescribes it to a patient
9    for obsessive compulsive disorder, the
10   physician is using that antidepressant
11   off-label; correct?
12      A    I believe all of the SSRIs are
13   approved.
14      Q    I want you to assume they are not.
15          MR. FINKELSTEIN: She's just asking
16      you a hypothetical question.
17   BY MS. McGRODER:
18      Q    It's a hypothetical question.
19      A    Well --
20          MR. FINKELSTEIN: A hypothetical
21      question for which the foundation is
22      truthful.
23      A    If physician is prescribing a drug
24   for a condition that is not approved, that is
25   called off-label prescribing.

---

184

1       Q    Sure. That's all I'm asking, right.
2    And there is nothing wrong with that; correct?
3          MR. FINKELSTEIN: Objection.
4          THE WITNESS: Nothing wrong with
5       off-label prescribing?
6          MS. McGRODER: Right.
7          THE WITNESS: I think there are legal
8       requirements that hang around prescribing
9       on and off-label, but it does alter from
10      country to country.
11   BY MS. McGRODER:
12      Q    In the United States, since that's
13   where this case is pending, is there any
14   prohibition of a physician to prescribe a drug
15   for an off-label use? Is there any? Is there
16   any?
17      A    I suspect he does so at his peril
18   that if something goes wrong, there will be
19   some comeuppance.
20      Q    Okay. My question is: Is there any
21   prohibition to physician in the United States
22   prescribing a drug off-label -- and let me tell
23   you this, I know you don't practice in the
24   United States, so if you don't know, you don't
25   know -- but I still put the question to you, is

---

185

1  there any prohibition?
2      A   I say I don't know.
3      Q   Is hopelessness a risk factor for
4  suicide?
5      A   Well, one of the papers that you have
6  to read at your leisure there will say that
7  hopelessness is a long-term risk factor of a
8  suicide, but not a short-term.  In other words,
9  hopelessness preceding the act is not the
10  predictor.  The predictor is long-term
11  hopelessness.  So it does vary in terms of time
12  before the act.
13      Q   And to what are you -- strike that.
14      What are you relying on for your opinion
15  that hopelessness is a long-term but not a
16  short-term risk factor?
17      A   One of the papers that is in the
18  bundle that you have -- where is the bundle?
19  There's the bundle.  And the relevant author of
20  that is, uhm (Reviewing document.)  The Fawcett
21  paper.  F-A-W-C-E-T-T.
22      Q   May I see it, please.  Thanks.  And
23  that's "Time Related Predictors of Suicide in
24  Major Affective Disorder" by Jan Fawcett in the
25  American Journal of Psychiatry, September 1990.

186

1      Is there anything else that you rely on
2  for your opinion that hopelessness is not a
3  short-term risk factor?
4      A   Hopelessness, in and of itself, is
5  not a short-term risk factor for suicide.
6      Q   And my question is:  Other than this
7  paper as part of Exhibit 8, is there anything
8  else that you rely on for that opinion?
9      A   No, I rely on that paper.
10      Q   Okay, thank you.  In general, do you
11  agree that patients with high levels of
12  hopelessness have an increased risk for future
13  suicide?
14      A   The paper you've just referred to
15  does refer to future suicide; namely, as a
16  long-term risk factor rather than as a
17  short-term risk factor.
18      Q   Does hopelessness predict suicide
19  ideation better than depression?
20      A   I don't know.
21      Q   Did you look at the literature on
22  that?
23      A   No.
24      Q   Do you agree that for patients with
25  depression, hopelessness has been suggested to

187

1  be the factor that explains why some patients
2  choose suicide whereas others do not?
3      A   Again, could you break it down in two
4  questions, please.
5      Q   No, I can't.  Do you agree that for
6  patients with depression, hopelessness is
7  suggested as the factor that explains why some
8  patients choose suicide and others do not?
9      A   I would accept that, yes.
10      Q   Do you agree that hopelessness often
11  occurs in concert with depression as a state
12  dependent characteristic?
13      A   Yes.
14      Q   Do you agree that some individuals
15  experience hopelessness on a primary and more
16  enduring basis?
17      A   Yes.
18      Q   Do you agree that hopelessness
19  represents a distinct phenomenon that can arise
20  separately from mood disorders and occurs
21  across psychiatric diagnoses?
22      A   Yes.
23      Q   Do you agree that problematic coping
24  skills are common among those who die by
25  suicide?

188

1      A   Can you just say that again.  Or read
2  that back.
3      Q   Do you agree that problematic coping
4  skills are common among those who die by
5  suicide?
6      A   May I ask you what you mean by
7  "problematic"?
8      Q   Difficulty coping.
9      A   Difficultly coping, probably yes.
10      Q   It would be more likely than not;
11  correct?
12      A   Suicide suggests that, yes.
13      Q   Is low self-esteem a risk factor for
14  suicide?
15      A   Not to my knowledge.
16      Q   Did you look at the literature on
17  that?
18      A   Well, it may relate more to the
19  younger suicides really than the older
20  suicides, but I did not specifically look at
21  the literature on that.
22      Q   Is unemployment a risk factor for
23  suicide?
24      A   Yes.
25      Q   Is chronic pain a risk factor for

Trimble, Michael MD (F&P Expert) 9/2/2008 9:15:00 AM

189

1    suicide?
2        MR. FINKELSTEIN: Objection.
3        Asked and answered.
4        THE WITNESS: Unemployment, in and of
5    itself, is not a risk factor for suicide.
6    And chronic pain, in and of itself, is not
7    a risk factor for suicide.
8    BY MS. McGRODER:
9        Q    Did you look at the literature on
10   unemployment and suicide in order for you to
11   give the opinion that unemployment is not, in
12   and of itself, a risk factor for suicide?
13       A    I looked at the literature on risk
14   factors for suicide.
15       Q    And employment is not listed?
16       A    Unemployment, in and of itself, does
17   not emerge as a risk factor for suicide.
18       Q    And that's your opinion also about
19   chronic pain, chronic pain is not, in and of
20   itself, a risk factor for suicide?
21       A    I will repeat. Chronic pain, in and
22   of itself, is not a risk factor for suicide.
23       Q    Are you aware that consistent
24   psychological themes emerge in suicide notes?
25       A    Themes?

190

1        Q    Yes.
2        A    Yes.
3        Q    Are you aware that the clearest of
4    these themes is "I can't stand the pain any
5    longer"?
6        A    No.
7        Q    Does that surprise you?
8        A    Well, do you think that's referring
9    to physical pain or to mental pain?
10       Q    Do you know?
11       A    No.
12       Q    Is being an elderly white male a risk
13   factor for suicide?
14       A    In and of itself, being an elderly
15   white male is not a risk factor for suicide.
16       Q    And you know that how?
17       A    There are a large number of elderly
18   white males alive and well, and not going to
19   commit suicide in the United States.
20       Q    Have you looked at the APA guidelines
21   on a risk factors for suicide with respect to
22   demographic characteristics like elderly white
23   male?
24       A    I'm aware of that.
25       Q    So do you disagree that elderly white

191

1    males are at an increased risk of suicide?
2        A    Being an elderly white male, in and
3    of itself, does not increase the risk of
4    suicide.
5        Q    Is the suicide rate for elderly males
6    higher or lower than other age groups?
7        A    It's actually higher, but this
8    picture may be changing, as I've already
9    emphasized. But it is higher.
10       MR. FINKELSTEIN: I'm not cutting you
11   off, it's just that we're going an hour,
12   if you only have a few more, because we're
13   going to break for lunch -- I just see a
14   big stack in front of you.
15       MS. McGRODER: Yeah, let's go ahead
16   and break.
17       THE VIDEO OPERATOR: Please standby.
18   We are going off the record; the time
19   is 1:13 p.m. This concludes videotape
20   number 3.
21       (Lunch recess.)
22       THE VIDEO OPERATOR: Standby.
23   We are back on the record, the time
24   is now 2:07 p.m. This is the beginning of
25   tape number 4.

192

1    BY MS. McGRODER:
2        Q    Professor Trimble, would you agree
3    that individuals with the characteristics of
4    elderly, white and male have a higher rate of
5    suicide than people who do not have those
6    characteristics?
7        A    There is more suicide in elderly
8    white males than in the rest of the population,
9    yes.
10       Q    Do you know what percent of
11   individuals over the age of 65 who complete
12   suicide are male?
13       A    What percentage? Uhm, it's greater
14   than female, that age group. But I don't know
15   the exact percentage.
16       Q    Did you know that 80 percent of those
17   over the age of 65 who commit suicide are male?
18       A    That's probably the figure that I
19   would accept, yes.
20       Q    Do older individuals make more or
21   less suicide attempts per completed suicide?
22       A    They -- than?
23       Q    Than the general population?
24       A    Who don't -- who don't commit
25   suicide. Could you repeat the question.

193

1    Q   Do older individuals make more or
2   less -- well, actually it wouldn't be the
3   general population.
4   Do older individuals make more or less
5   suicide attempts per completed suicide?
6    A   Than --
7    Q   Than other individuals who make
8   suicide attempts?
9    A   The answer would be yes.
10   Q   And so older individuals have fewer
11   attempts per completed suicide; correct?
12   A   Uhm --
13   Q   Older individuals less often attempt
14   suicide --
15   A   Oh, yes, of course.
16   Q   -- before they complete suicide?
17   A   Yes, of course.  Yes.
18   Q   Are older individuals more or less
19   likely to directly communicate their intent to
20   die compared to other age groups?
21   A   No.
22   Q   And so you agree that older
23   individuals are less likely to directly
24   communicate their intent to die?
25   A   Yes.

194

1    Q   Are older individuals more or less
2   likely to use violent and potentially deadly
3   means for suicide?
4    A   Ah --
5    Q   Are there, are --
6    A   I'm sorry, suicide is a deadly event,
7   so I don't understand the question.
8    Q   You don't.  Do you understand the
9   differences between or do you see a difference
10   between suicide by overdose, for example, or
11   suicide by gunshot wound to the head?
12   MR. FINKELSTEIN:  Objection as to
13   form.
14   THE WITNESS:  Well, yes.  Well, I can
15   see there is a difference.  But I don't
16   think that was inherent in the question
17   you asked, as you put it.
18   BY MS. McGRODER:
19   Q   Is one of those more violent and
20   aggressive than the other?
21   A   It's more violent.
22   Q   Gunshot wound to the head is more
23   violent than an overdose?
24   A   Yes.
25   Q   So are older individuals more or less

195

1   likely to use violent means than other
2   individuals who complete suicide?
3    A   That is correct.
4    Q   Do you agree that older people who
5   commit suicide give fewer warnings to others of
6   their plans; do you agree?
7    A   Yes.
8    Q   Do you agree that older people who
9   commit suicide use more violent and potentially
10   deadly methods; you agree?
11   A   We just answered that.
12   Q   And so you agree; correct?
13   A   Yes.
14   Q   And do you agree that older
15   individuals apply those more violent methods
16   with greater planning and resolve?
17   MR. FINKELSTEIN:  Objection.
18   THE WITNESS:  I disagree with that.
19   BY MS. McGRODER:
20   Q   Why do you disagree with that?
21   A   Because it doesn't make any sense.
22   Q   Have you looked at the literature on
23   the, ah -- have you looked at the suicide
24   literature on elderly individuals as a
25   particular category of the population?

196

1    A   At the --
2    Q   As a, have you have looked at the --
3   have you reviewed the literature on suicide in
4   the elderly as a particular subgroup in a
5   population?
6   MR. FINKELSTEIN:  Objection.
7   Asked and answered.
8   THE WITNESS:  I have.
9   BY MS. McGRODER:
10   Q   And have you studied whether elderly
11   more often than not plan their suicides?
12   A   That has not been part of the reading
13   that I have come across.
14   Q   So you just haven't looked at it?
15   A   No, I have been reading on suicide in
16   the elderly, but I haven't come across that.
17   Q   Just so I'm clear:  Was your search
18   for literature in this subpopulation of elderly
19   people with respect to suicide, was that
20   limited to or focused solely on physical
21   illness in the elderly?
22   A   No.
23   Q   Or was it broader than that?
24   A   Broader than that.
25   Q   So what was it, what was your search?

197

1     A   Do you want me to go back to where we
2   were earlier on this morning?
3     Q   Well, before I asked you generally,
4   now I'm asking you with respect to the elderly
5   in particular.
6     A   Well, I have looked at the major
7   textbook of psychiatry, which is from the
8   American Psychiatric Association published
9   2007. I have done Medline or PubMed searches
10  specifically in relationship to suicide in the
11  elderly, I have seen textbooks which have been
12  edited or written by people such as Dr. Jacobs.
13  Ah, I have read, uhm, my own file, if you like,
14  on papers on suicide, and you have seen a
15  number of them placed before you.
16     And that's fairly sufficient; isn't it?
17     Q   Well, my question was -- and that's
18  the same answer you gave this morning:
19     A   Precisely.
20     Q   With the exception of one, one small
21  thing, and that is the characterization of your
22  PubMed search.
23     My question is with respect to the
24  subpopulation of elderly people --
25     A   Correct.

198

1     Q   -- in connection with suicide in the
2   elderly, did you do a search that was different
3   to just look at the literature on suicides in
4   the elderly?
5     Did you do a PubMed search to look at
6   information on suicides in the elderly?
7     A   Yes.
8     Q   Okay.
9     A   Yes, I did.
10     Q   And do any of the articles that
11  comprise Exhibit 8 pertain to suicide in the
12  elderly?
13     A   Yes.
14     Q   Okay.  Is having access to firearms a
15  risk factor for suicide?
16     A   Yes.
17     Q   What percentages -- I'm sorry.  What
18  percentage of suicides occurred by firearm in
19  the US general population?
20     A   I don't know.
21     Q   Do you agree that men are more likely
22  than women to use a violent method of suicide,
23  like firearms?
24     A   Yes.
25     Q   Do you know what percentage of men

199

1   who complete suicide use firearms?
2     A   No.
3     Q   Are firearms the weapon of choice for
4   older suicides?
5     A   I have no idea.
6     Q   I'm going to rephrase that question,
7   just because I don't like it.
8     Are firearms the weapon of choice for
9   suicides by elderly individuals?
10     A   That I just don't know.  I don't
11  know.  I mean, presumably worldwide, are we
12  talking about?  Or within certain populations?
13     Q   Do you know one way or another?
14     A   Well, in the United Kingdom people
15  don't have firearms, so it wouldn't be the
16  case.
17     Q   Okay, what about the US?
18     A   That I don't know.
19     Q   Do you agree that the presence of a
20  gun in the home is highly predictive of its use
21  for completed suicide?
22     A   The presence of a gun in the home, in
23  and of itself, is not a risk factor for
24  suicide.
25     Q   I think you might have misunderstood

200

1   my question.
2     A   Okay.
3     Q   I'm not asking about a risk factor.
4   The question is:  Do you agree that presence of
5   a gun in the home is predictive of use of a gun
6   for a completed suicide?
7     A   I don't know.
8     Q   Is a recent stressful life event a
9   risk factor for suicide?
10     A   Yes.
11     Q   Is it possible for a person to have a
12  number of suicide risk factors and never commit
13  suicide?
14     A   Yes.
15     Q   What about the converse, do some
16  patients with very few risk factors attempt or
17  commit suicide?
18     A   Yes.
19     Q   Do you agree that while risk factors
20  for suicide can be additive, they can also be
21  synergistic?
22     A   Would you please explain the
23  distinction between "additive" and
24  "synergistic."
25     Q   Well, "additive" would be one risk

205

1  tend to be against somebody, ah, killing
2  themselves.
3      Q    And where did you get the
4  preventative factors?
5      A    That would have come from the chapter
6  by Dr. Simon.  And then I don't think there
7  is any more on risk factor -- oh, here's
8  risk -- well, that's just on Mr. Smith's own
9  case.
10     Q    And the risk factors on page 11 from
11 Mr. Smith's own case, how did you derive those
12 risk factors?
13     A    Well, these are from his notes.
14     Q    Mr. Smith's notes?
15     A    Yeah.  Well, I mean in terms of what
16 other risk factors that he did or didn't have.
17     Q    That you took from his medical
18 records do you mean?  I guess I'm not --
19     A    From my knowledge of Mr. Smith's
20 history.
21     Q    Okay.
22     A    And his medical notes.
23     Q    When you say his notes, what are you
24 referring to?
25     A    Medical notes.

206

1      Q    Okay.
2      Q    And then the deposition.
3      Q    The medical records?
4      A    Yes.
5      Q    Okay.
6      A    Okay, so you asked me a question.  I
7  would answer as follows, from Dr. Jacobs
8  report:
9         "The scientific community widely
10 recognizes a variety of risk factors for
11 suicide, including prior suicidal behavior,
12 evidence of hopelessness, advanced age, family
13 history of suicide, family history of mental
14 illness, evidence of impulsiveness, panic
15 attacks, anxiety, presence of psychiatric
16 illness with particular attention to mood
17 disorders, schizophrenia, substance use
18 disorders, anxiety disorders, personality
19 disorder, medical conditions including nervous
20 system disorders, chronic pain, psychosocial
21 stressors or trigger events, such as real or
22 perceived interpersonal losses, financial
23 difficulties, change of socioeconomic status,
24 family discord, domestic violence, past or
25 current sexual or physical abuse or neglect."

207

1      I make that 21 risk factors.  The ones
2  that apply to Mr. Smith are hopelessness --
3      Q    Can I borrow that?  Thank you.
4      A    -- chronic pain, and the fact that he
5  is of advanced age.  Which I, so I make it 3
6  out of, it could be 20 or 21 of the risk
7  factors in Dr. Jacobs's own report relate to
8  Mr. Smith.
9      Q    In your opinion?
10     A    Well, I've read the risk factors from
11 Dr. Jacobs's report, and in my opinion those
12 are the only ones I can find of that list that
13 apply to Mr. Smith.
14     Q    Okay, so you do recognize chronic
15 pain as a risk factor for suicide?
16     A    It is on that list as a risk factor
17 for chronic pain.  In and of itself it is not a
18 predictor of suicide.
19     Q    And when you're saying -- again, I
20 don't mean to quibble with the words -- but
21 when you're saying it's not a predictor of
22 suicide, you're also saying, you're using that
23 synonymously with risk factor for suicide?
24     A    Correct.
25     Q    It's your opinion that chronic pain

208

1  is not, in and of itself --
2      A    In and of itself.
3      Q    -- a risk factor for suicide?
4      A    Correct.
5      Q    At the time that you prepared your
6  report, did you conduct that same analysis?
7      A    When I prepared my report, I also
8  looked for protective factors.
9      Q    No -- yes, but my question relates to
10 risk factors.
11     A    Yes.
12     Q    Where is that kind of analysis in
13 your report?  Show me what page that analysis
14 is on.
15     A    That particular analysis is not
16 outlined in this report.
17     Q    And that's because you just did it
18 last weekend; correct?
19     A    No, no, no, I'm perfectly well aware
20 of conditions that are linked with suicide.
21 And if you look at my differential diagnosis --
22     Q    What page is that?
23     A    Oh, sorry, if you haven't read this,
24 but it turns out at page 11, 12 and 13, and I
25 go through factors that are interlinked with

209

1  suicide.
2      Q   I do not see the words "differential
3  diagnosis" on page 11 of your report.
4      A   If you start at page 12, I go through
5  the medical conditions that are interlinked
6  with suicide, and I rule out medical ones. I
7  then look at psychiatric ones and then discuss
8  Mr. Smith's mental state immediately prior to
9  the act. I discuss whether or not he developed
10  DSM4DSM4 classifiable psychiatric disorder, and
11  I put in good reasons why he had protective
12  factors against suicide.
13      Q   And so is your testimony today that
14  the differential diagnosis that you conducted
15  is covered on pages 11, 12, and 13 of your
16  report?
17      A   Correct.
18      Q   Okay, and do the words "differential
19  diagnosis" appear anywhere in this report?
20      A   Not specifically an a heading, but in
21  medicine, differential diagnosis is going
22  through the possible conditions. Which is
23  quite clear that I do that.
24      Q   My question was, do the words
25  "differential --

210

1      A   No.
2      Q   -- diagnosis" appear in this report?
3      A   Not exactly in those terms.
4      Q   Well, not at all; correct? The words
5  "differential diagnosis" do not appear in this
6  report; correct?
7      A   Correct.
8      Q   On page 11, where you discuss people
9  at higher risk of suicide.
10      A   Uhm hmm.
11      Q   You state: "Those at higher risk
12  are, one, people who live alone; two, those
13  with alcohol or drug dependence; three, those
14  with known severe psychiatric disorders, such
15  as major depressive disorder or schizophrenia;
16  and four, those who have had previous attempts
17  to harm themselves, so-called parasuicide."
18      A   Correct.
19      Q   Then you state: "None of these
20  features are present in the past history of
21  Richard Smith"; correct?
22      A   Correct.
23      Q   You list four risk factors on
24  page 11; correct?
25      A   Correct. Correct.

211

1      Q   Are those the only four risk factors
2  that you ruled out in your differential
3  diagnosis at the time that you wrote this
4  report?
5      A   Those are the risk factors which are
6  perpetually repeated in review articles. These
7  are the highest risk factors.
8      Q   So living alone is the highest risk
9  factor for suicide in the literature?
10      A   Well, not in order, I don't think I
11  put them in order of severity, actually.
12      Q   Well, you said these are the highest
13  risk factors in the literature.
14      A   Yes.
15      Q   So all four of these --
16      A   Yes.
17      Q   -- in your opinion are the highest
18  risk factors for suicide?
19      A   Yes, but not in order as given.
20      Q   Okay, so these are the top four?
21      A   Yes.
22      Q   What order would you attribute to
23  these?
24      A   Probably -- well, let me be more
25  specific. Previous attempts would go at the

212

1  top of the list.
2      Q   So that's number one?
3      A   Yes. And then major psychiatric
4  disorder, number two; alcohol, drug dependence,
5  three; and then loneliness and living alone,
6  four.
7      Q   I just don't remember if you answered
8  my question. I apologize.
9      And so, at the time that you wrote this
10  report, at some point prior to October of 2007,
11  did you look at and consider and rule out any
12  risk factors other than these top four?
13      A   If you turn to my differential
14  diagnosis on the next page, I rule out a number
15  of other risk -- medical and psychiatric risk
16  factors.
17      Q   And tell me, give me the list of
18  exactly what you ruled out.
19      A   Okay, I rule out --
20      Q   Are we talking on page 12?
21      A   I rule out prior psychiatric
22  disorder, previous history of suicide, alcohol
23  and drug abuse, dementia; ah, head injury --
24  well, cerebral vascular disease, because it was
25  said he had some hypertension. And then

Trimble, Michael MD (F&P Expert) 9/2/2008 9:15:00 AM

277

1   enough?
2          MR. FINKELSTEIN: Objection.
3          THE WITNESS: In my opinion, one
4       dose -- well, you asked when you get the
5       biological effects, and you begin to get
6       them after one dose.
7   BY MS. McGRODER:
8      Q   Well, my question was slightly
9   different from biological effects, because
10  my -- my question included suicide at the end,
11  which I assume you would consider a clinical
12  effect; would you not?
13     A   No, it's a direct end point of
14  altering CNS chemistry, which is the biology.
15  The trigger that changes a, this man's behavior
16  at the time that it did. So that's a
17  biological effect.
18     Q   Okay, so if one dose is enough, then
19  why did Mr. Smith not commit suicide after his
20  first dose of Neurontin?
21     A   Well, he clearly committed suicide
22  after several weeks on this medication. And it
23  may well be that the effects were magnified
24  when the dose was increased, which is often the
25  case. That it's the change of dose which leads

278

1   to an alteration of the amount of change within
2   the central nervous system. Which is fairly
3   obvious, I suppose.
4      Q   So --
5      A   But he had the dose change, which may
6   well have been an important factor.
7      Q   So is your opinion in this case that
8   the dose change on March 24, 2004 is what
9   caused Mr. Smith to commit suicide?
10         MR. FINKELSTEIN: Objection.
11         THE WITNESS: That was contributing,
12      in my belief, to the alteration of his
13      mental state, which was driven by
14      alteration of cerebral chemistry, yes.
15  BY MS. McGRODER:
16     Q   It's a simple "yes" or "no" question,
17  Doctor, Professor, excuse me, was the dose
18  change on March 24, 2004, the event that caused
19  Mr. Smith to commit suicide?
20         MR. FINKELSTEIN: Objection.
21  BY MS. McGRODER:
22     Q   In your opinion?
23     A   The dose change may have been
24  instrumental in altering his mental state
25  further. The increasing dose leading to a

279

1   change of the chemical effect and, therefore, a
2   change of the clinical effect.
3      Q   Well, your answer says "may have
4   been." I need to know right now, Professor -
5   Trimble, if that's your opinion?
6      A   It is.
7      Q   Is it your opinion that the dose
8   change did cause Mr. Smith's suicide or did
9   not?
10         MR. FINKELSTEIN: Objection.
11      You're asking a question that may not
12      have the definitive yes/no answer.
13         THE WITNESS: We know that he was on
14      Gabapentin, we know he started on
15      300 milligrams twice a day, we know he
16      increased the dose.
17      With many drugs, if you increase the
18      dose, you increase the effect. Indeed, it
19      is the case with Gabapentin. So if you
20      have a patient with a seizure disorder who
21      is not responding and you increase the
22      dose, you will improve the anti-epileptic
23      effect. If you can improve the
24      anti-epileptic effect, then there's good
25      reason to believe that you can also

280

1      increase the potential for a side effect.
2      So in answer to your question, there
3      is good reason to believe that increasing
4      the dose was instrumental in altering this
5      man's cerebral chemistry, leading to the
6      ultimate suicidal act.
7          MS. McGRODER: Object and move to
8      strike.
9   BY MS. McGRODER:
10     Q   My question is not whether there is
11  good reason to believe it or not good reason to
12  believe it.
13     My question is: What's your opinion? Is
14  your opinion that the dosage change on
15  March 24th caused Mr. Smith's suicide?
16         MR. FINKELSTEIN: Objection.
17         THE WITNESS: I can't answer that
18      question.
19  BY MS. McGRODER:
20     Q   You don't know one way or the other?
21     A   Well, I have explained the relative
22  nature of the ans -- of the question.
23     Q   Well, I'm not asking for a relative
24  nature, I'm asking for your opinion. And I'm
25  entitled to your opinions during this

Trimble, Michael MD (F&P Expert)  9/2/2008  9:15:00 AM

313

```
 1      Q   And Dr. McCombs says: "I have
 2   recommended operative intervention in the form
 3   of a decompressive lumbar laminectomy and
 4   fusion"; right?
 5      A   That's right.
 6      Q   So Mr. Smith tried conservative
 7   therapy for all of one week before he went back
 8   in and said I need surgery?
 9      A   Correct.
10      Q   What did Mr. Smith report about his
11   symptoms at this time?
12      A   That they were unchanged.
13      Q   If you look on page DPM 012.
14      A   012.  (Referring to document.)  Okay,
15   11, 11 doesn't follow.
16      Q   Oh, I'm sorry.
17      A   8, ah, 23.
18      Q   It's about 8 from the back.  They're
19   just a -- when you get to the notes that say
20   "Neurosurgical Associates", they follow a
21   chronologic order.
22      A   Okay, 012, I have that, yes.
23      Q   Okay, so in the same time frame, you
24   know, the week preceding where he first sees
25   Dr. McCombs --
```

314

```
 1      A   Yes.
 2      Q   He states that the pain currently
 3   significantly encroaches on his work and
 4   lifestyle.  Do you see that?
 5      A   Yes, correct.
 6      Q   And right above there:
 7      "The pain originates in his back and
 8   radiates into both lower extremities.  His pain
 9   is worsened by walking, and is improved with
10   rest."
11      A   Correct.
12      Q   Okay, and so Dr. McCombs recommends
13   surgery, a lumbar laminectomy; right?
14      A   That's correct.
15      Q   When does Mr. Smith have the lumbar
16   laminectomy?
17      A   Well, it's fairly immediately
18   afterwards.
19      Q   April 1, right?
20      A   Yeah, it's all arranged fairly
21   rapidly.
22      Q   And how soon after the lumbar
23   laminectomy is Mr. Smith, again, reporting
24   pain?
25      A   Uhm, he doesn't report -- well, he
```

315

```
 1   goes back to Dr. McCombs and says he's doing
 2   well, and is pleased with the result of his
 3   operation on several occasions.
 4      Q   All right, are there any occasions
 5   where he reports to Dr. McCombs and says he is
 6   not doing well and he's in a lot of pain?
 7      A   Well, immediately afterwards he may
 8   have done.  But the general impression is that
 9   over the next several months, not only did he
10   get better, but he came off his escitalopram,
11   and was doing well.
12      Q   And are those the facts that you have
13   summarized on this second paragraph of page 8
14   of your report?
15      A   Ah --
16      Q   I'm sorry.
17      A   Ah, track here on pieces of paper.
18      Q   It's probably in that stack.
19      A   Maybe.  It's probably here.  I have
20   it.  Oh, no, no.
21      Q   We've got to have some better
22   organization to these exhibits.  I thought you
23   had it out.  Here we go.
24      A   You got it there somewhere?  Okay,
25   terrific.  Well done.  Thank you very much.  So
```

316

```
 1   on page 8?
 2      Q   On page 8.
 3      A   Yeah.  (Referring to document.)  Yes,
 4   page 8, yes.
 5      Q   And you say: "Although his pain
 6   continued, he was returning to church
 7   activities and was working;" right?
 8      A   Yes.  Uhm, yes, that's correct.
 9      Q   And then June of '03, he was doing
10   well and sleeping okay?
11      A   Correct.
12      Q   And then in the next paragraph you
13   summarize multiple, I will say three records,
14   where you say that he was doing very well after
15   surgery; right?
16      A   That's what I have written, yes.
17      Q   Okay.  Did you review the complete
18   medical file post lumbar laminectomy to see how
19   Mr. Smith did after surgery?
20      A   Well, I'm quoting from his, from
21   Dr. McCombs's records.
22      Q   Okay, if you could in your exhibit
23   DPM 63.  I'm sorry, DPM 0009.
24      A   Okay.
25      Q   It would be the April 28, 2003 note.
```

Trimble, Michael MD (F&P Expert) 9/2/2008 9:15:00 AM

317

```
1    A   Nine, yes.
2    Q   It's out of order.
3    A   Yeah.
4    Q   And there "Mr. Smith calls. Patient
5    complains of lower back and leg pain being
6    severe after going to church and out to lunch";
7    right?
8    A   Excuse me, just point where you're --
9    oh, the --
10   Q   Yes, the handwriting.
11   A   Twenty-eighth of April.
12   Q   Right.
13   A   Yeah. Okay.
14   Q   Did you report that in your expert
15   report?
16   A   Well, this was after he's had his
17   operation.
18   Q   Correct.
19   A   So he's in a postoperative state.
20   Q   Correct. And you made notes of
21   several records that are post operation and in
22   a postoperative state that he is doing better,
23   but you didn't include a note where he is not
24   doing better or was, in fact, doing worse?
25   A   Well, I did not put in the immediate
```

318

```
1    postoperative state, no.
2    Q   Okay, so in your view, April 28 is
3    immediately postoperative for an April 1
4    surgery?
5    A   In an elderly man I would think it's
6    acceptable.
7    Q   Okay. And were you aware that
8    following this April 28 phone call, Mr. Smith
9    continued to be very concerned about his pain?
10   A   Correct.
11   Q   If you look at the April 30 note on
12   the same page, it says: "The patient continues
13   with pain and is very concerned"; right?
14   A   Correct.
15   Q   When is the next time after that that
16   Mr. Smith reports pain?
17   A   It's not clear.
18   Q   If you turn the page to what is DPM
19   008.
20   A   So he said has some symptoms on the
21   5th of May, and then things begin to improve.
22   Q   All right, I apologize. Backup a
23   page.
24   A   Okay.
25   Q   To 0009. And there is a handwritten
```

319

```
1    note down at the bottom dated May 2, 2003.
2    A   That's correct.
3    Q   It says: "Spoke with patient's
4    daughter. States patient wishes he could die
5    because of pain and depression. Advised to
6    take patient to the emergency room for
7    psychiatric evaluation and treatment."
8    Do you see that note?
9    A   That's correct.
10   Q   So at this time the family is calling
11   about the patient stating -- Mr. Smith stating
12   he wishes he could die because of pain and
13   depression; right?
14   A   That's what his daughter reported,
15   yes.
16   Q   Okay. Would you say, based on this
17   record, that the pain Mr. Smith was
18   experiencing was, at least in his perception,
19   very severe?
20   A   In the perception of the daughter it
21   was severe.
22   Q   Well, the record states the patient
23   wishes he could die because of pain and
24   depression.
25   A   The record says the daughter states,
```

320

```
1    so it's her, her impression.
2    Q   And so are you questioning whether
3    Mr. Smith said he wished he could die because
4    of pain and depression?
5    A   I'm just saying what it says here,
6    that it's what the daughter reported.
7    Q   And the daughter reported it because
8    she heard it from her father?
9    A   Presumably that's the case, yes.
10   Q   Well, who would have said it, if not
11   Mr. Smith?
12   A   This is hearsay. It may well be that
13   his wife reported it to the daughter who
14   reported it to the doctor, I don't know.
15   Q   Are you questioning the veracity or
16   the reliability of the statement that the
17   patient wishes he could die because of pain and
18   depression?
19   A   What I'm saying is that is not a
20   direct statement from Mr. Smith.
21   Q   Well, it's a statement Mr. Smith made
22   reported by his daughter. Do you agree or
23   disagree?
24   A   I agree that it's a statement
25   reported by somebody else, but it's not direct
```

Trimble, Michael MD (F&P Expert)  9/2/2008  9:15:00 AM

329

1    Q    Do you know whether it's accompanied
2  by depression?
3    A    The implication that I made earlier
4  was this wasn't a man with a primary depressive
5  DSM4 illness, but that it was a depression
6  secondary to another medical condition which is
7  a DSM4 categorization.
8    So here's a man who has all of this pain,
9  and the depression is secondary to that, rather
10  than as a major depressive disorder without any
11  comorbidity.
12    Q    Well, he had both; didn't he?  He had
13  pain and depression; correct?
14    A    That's correct.  The issue is how --
15    Q    They're comorbid?
16    A    How they come together.
17    Q    Okay.  And at least Dr. Cato, his
18  family practice doctor who had seen him for a
19  decade, believed that he should be treated with
20  Lexapro?
21    A    That is correct.
22    Q    Which is indicated for major
23  depressive disorder?
24    A    That is correct.
25    Q    We can agree on that?

330

1    A    That is correct.  It is correct.
2    Q    When is the next time after May of
3  2003 that Mr. Smith reports pain?
4    A    That's some considerable time later,
5  because we know that he was pleased with the
6  way things were going, October 2003.  But we
7  know that by January 2004 that there was a
8  suggestion that he should on to Neurontin, so.
9  To Gabapentin.  I'm sorry.
10    Q    Is there any indication in the
11  medical records that Mr. Smith's depression as
12  diagnosed by Dr. Cato was resolved after May of
13  2003?
14    A    I believe there is, yes.
15    Q    Show me where that is.
16    A    Well, he comes off his medication.
17  He comes off his antidepressant medication.
18    Q    Is that the Lexapro?
19    A    Correct.
20    Q    And when does he come off the
21  Lexapro?
22    A    As far as I can tell, after he -- I
23  think he had two, two scrips.  (Referring to
24  document.)  And then it was stopped.
25    Dr. Cato writes, this is the 27th of June:

331

1  "A/D", which we've established is a shorthand
2  for anxiety and depression.  "Doing well.
3  Overall improved.  Sleeping okay.  Off Lexapro.
4  overall improved."
5    This is -- so that's June.
6    Q    So the Lexapro, in your view, was
7  effective in treating his depression at that
8  time, agree?
9    A    Oh, maybe.  Or maybe he was just
10  getting better from the surgery.  I just don't
11  know.
12    Q    Well, certainly Dr. Cato didn't give
13  any more Lexapro at that time; right?
14    A    That's correct.  That's correct.
15    Q    And did you tell me when is the next
16  time that Mr. Smith experienced pain following
17  his lumbar surgery?
18    A    Well, that moves on to -- that's when
19  he gets to see, I think Dr. Mackey.  Or a bit
20  before that, towards the end of 2003, early
21  2004.  And you will have to, again, give me the
22  medical bundle of relevance.
23    Q    Okay, if you look at the McCombs
24  records, which are Exhibit 18.
25    A    Eighteen, okay.

332

1    Q    About three pages, four pages from
2  the back.
3    A    Yeah.
4    Q    Following the chronological order,
5  there is a handwritten note dated January 5,
6  2004.
7    A    Excuse me, page number?
8    Q    007?
9    A    Okay, 007.  Yes.
10    Q    And Mr. Smith is reporting shocks
11  into his BLE.  Do you know what that means?
12    A    No.
13    Q    Does bilateral lower extremities --
14    A    Well, this is the January 2004?
15    Q    Right.
16    A    Yes, okay.  I do not know what
17  the meaning of BLE is.
18    Q    Bilateral lower extremities?
19    A    Possibly.
20    Q    Are these symptoms now reported in
21  January of 2004 somewhat like the symptoms that
22  Mr. Smith reported in 2003, before his lumbar
23  laminectomy surgery?  They are contained in
24  Exhibit 15.
25    A    To be honest with you, I don't know.

396

1     Do you still have that in front of you?
2     A   (Referring to document.) Yes, I have
3   it.
4     Q   Are you aware that Dr. McCombs told
5   Mr. Smith that he needed to learn how to manage
6   his pain?
7     A   I'm not aware of that directly, but
8   that's implied in the suggestion that he should
9   have a pain management program.
10    Q   You didn't read that in Ruth Smith's
11  deposition?
12    A   I don't -- I remember it. It may
13  well have been, but I don't remember it.
14    Q   And the fact that Mr. Smith is not a
15  candidate for any type of operative
16  intervention in March of 2004, that's different
17  from what Mr. Smith experienced in the spring
18  of 2003; correct?
19        MR. FINKELSTEIN: Objection.
20        THE WITNESS: In what way?
21  BY MS. McGRODER:
22    Q   Well, in 2003 he was a candidate for
23  surgery and he had surgery; correct?
24    A   That's correct.
25    Q   In 2004 he is not a candidate for

397

1   surgery and he can't have surgery?
2         MR. FINKELSTEIN: Objection.
3         THE WITNESS: According to
4   Dr. Mackey, that is correct.
5   BY MS. McGRODER:
6     Q   And Dr. McCombs?
7     A   Yes, and McCombs, that is correct.
8     Q   Did you consider the fact that
9   Mr. Smith was no longer a candidate for surgery
10  to help his pain in 2004 when you formed your
11  opinions in this case?
12    A   My understanding is that he was
13  actually scheduled to see yet another surgeon
14  the day after he died, Dr. Chang, I think it
15  was. So his searching for another opinion had
16  not ceased.
17    Q.  Okay. That wasn't my question. My
18  question was: Did you consider the fact that
19  Mr. Smith was told by two surgeons in March
20  of 2004 that he was no longer a candidate for
21  surgery to help him with his pain when you
22  formed the opinions that you came to in this
23  case?
24    A   Not especially, no.
25    Q   That wasn't important to your

398

1   opinion?
2         MR. FINKELSTEIN: Objection.
3         THE WITNESS: Not especially, no.
4   BY MS. McGRODER:
5     Q   Okay, if you go to Exhibit 15, page
6   FMB 52, which is an April 15, 2004 note.
7     A   Right.
8     Q   Let me give you the actual exhibit.
9   Here, use this.
10    A   Yeah. I'll give you that back.
11    Q   These are the medical records of
12  Dr. Berklacich.
13    A   Right.
14    Q   I'm sure we're butchering that name,
15  but that's the best I can do.
16    A   Okay.
17    Q   And look for April 15, 2004.
18        MR. FINKELSTEIN: What's the Bates
19  number?
20        MS. McGRODER: It is FMB 52, actually
21  it's the last page.
22        THE WITNESS: Oh, the very bottom.
23  BY MS. McGRODER:
24    Q   Yes:
25    A   15 4 04, yes.

399

1     Q   Yes, April 15, 2004. The note says:
2   "Per Dr. Berklacich, do not --"
3     A   Reschedule.
4     Q   "-- reschedule appointment".
5     A   Yes.
6     Q   Do you know what that's about?
7     A   No.
8     Q   If you -- did you read the deposition
9   of Dr. Berklacich?
10    A   Yes.
11    Q   Did you take any notes other than the
12  notes in Exhibit 2 on the basis of your review
13  of depositions?
14    A   No.
15    Q   Did you make notes in the depositions
16  themselves?
17    A   No.
18        (Exhibit 20 marked for
19  identification.)
20    Q   I'm going to hand you now, Professor
21  Trimble, what we're marking as Exhibit 20 to
22  your deposition.
23    A   Okay.
24    Q   If you would look the third to the
25  last page.

Trimble, Michael MD (F&P Expert) 9/3/2008 9:16:00 AM

420

1    Q    Yes, I am on a different page. What
2   is the date of this page?
3    A    Well, it's within the -- it's in the
4   same bundle of the 26th of April.
5    Q    I don't think that's part of the
6   April 30 record that we were referring to.
7    A    Okay. Certainly this is 26 April,
8   now I'm 26 April.
9    Q    Of '04?
10   A    '04.
11   Q    Okay, here we are. For the record,
12  now the corrected Bates number is UMC 082.
13  Okay.
14       And this says "Assessment. Patient
15  tolerated today's treatment good. Patient
16  report following today's treatment, much
17  better".
18   A    Okay.
19   Q    "Myo-facial irritation, muscle spasms
20  trigger points --" do you know what that says?
21   A    (Reviewing document.) You're saying
22  like mobility, increased mobility noted. Or
23  something like this.
24   Q    Okay. And does this record on page
25  UMC 082 does this say anything about

421

1   Mr. Smith's ability to self manage his pain, or
2   cope with his pain?
3    A    Well, it tells me that he is moving
4   in the right direction and getting better. If
5   I could refer back.
6    Q    Well, this is talking about how he
7   felt after today's treatment in terms of his
8   pain; right?
9    A    And it says that he's mobilizing
10  better.
11   Q    Where does it say that?
12   A    Didn't we just read that?
13   Q    Well, after ROM mobility, what does
14  that say?
15   A    I thought this said that his mobility
16  was --
17   Q    I simply don't know.
18   A    Increased -- there is an arrow which
19  says increased.
20   Q    I see that.
21   A    And then "mobility noted".
22   Q    What is the word after "increased"?
23   A    I think it says "dressing".
24   Q    Increased dressing?
25   A    Could be.

422

1    Q    Mobility noted? So he might be able
2   to dress himself after this physical therapy
3   treatment?
4    A    That suggests to me that he is moving
5   forwards and getting better.
6    Q    Now, my question to you, before you
7   move on is: Is there anything on UMC 082 that
8   talks about Mr. Smith's ability to cope with
9   his pain?
10   A    Well, may I just --
11   Q    First you need to answer my question
12  about UMC 082, then you can talk about what you
13  want to talk about, but first answer my
14  question.
15   A    There's nothing about coping there.
16   Q    Okay.
17   A    But I'm just looking for the word
18  "coping" in the reference that you previously
19  showed me.
20   Q    Well, we already discussed what HEP
21  stood for; right?
22   A    Well, it's help; isn't it? But I
23  don't see the word "coping" on that page.
24   Q    Okay.
25   A    That's what I'm saying.

423

1    Q    Okay, that's my question. So this
2   page, UMC 082, doesn't address -- well, first
3   it doesn't say that Mr. Smith is not having
4   pain; right?
5       It just says his pain has improved after
6   this physical therapy treatment?
7    A    Correct.
8    Q    And secondly, it doesn't say anything
9   about his ability to cope with his pain;
10  correct?
11   A    That is correct. That is correct.
12   Q    Anything else?
13   A    Thirtieth of April. Fourth of May.
14  Pain Center physiotherapy services.
15       MS. McGRODER: Professor Trimble,
16  before we discuss this record we are about
17  to run out of videotape.
18       THE WITNESS: Okay.
19       MS. McGRODER: Let's just take a
20  short break.
21       MR. FINKELSTEIN: We're running an
22  hour and fifteen, why don't we just take a
23  break?
24       MS. McGRODER: Perfect.
25       THE VIDEO OPERATOR: Please standby.

Neurontin Track One (Plaintiff / Prescriber / Expert Depos)               Page  420 - 423

436

1  physiotherapy.
2      Q   Right. He is not getting any better,
3  that's what the note says?
4      A   That note says that he is not getting
5  any better.
6      Q   And then down below, it says "Suspend
7  PT at this time".  Do you see that?
8      A   Continue -- "suspend PT", yes.
9      Q   Okay.
10     A   Yes.
11     Q   And then if you go back to this
12  discharge summary on page 069.
13     A   Yes.
14     Q   That's consistent with the record we
15  just read.  In other words, at the patient's
16  request, he is being discharged from physical
17  therapy because of insufficient progress.
18     A   Yes.
19     Q   And then it says "Patient reports no
20  carry over", right?  Do you see that?
21     A   This is the postdated comment.
22     Q   Yes.
23     A   Yes.  So I'm just puzzled that it
24  would be postdated, that's all.
25     Q   Well, I think administratively they

437

1  are filling out the discharge summary.  And
2  it's dated 6/30, but this reports the same
3  thing as we just read in the May 6, 2004 note;
4  correct?
5      A   I will accept that.
6      Q   And then it says under "Comments:
7  Patient voiced concern that something serious
8  is going on".  Do you see that?
9      A   Yes.
10     Q   He's going to another neurologist;
11  right?
12     A   Correct.
13     Q   Mr. Smith was concerned at some point
14  after May 6, 2004 when he asked to be
15  discharged and before his death, that something
16  very serious was going on.  You don't disagree
17  with that; right?
18         MR. FINKELSTEIN:  Objection.
19         THE WITNESS:  By this point in time
20  he was taking Neurontin.
21  BY MS. McGRODER:
22     Q   And this note doesn't say anything
23  about Neurontin; does it?
24     A   At this point in time he was taking
25  Neurontin.

438

1      Q   That's not my question, Professor
2  Trimble.  Did you hear my question?
3      A   Would you repeat the question.
4      Q   Yes.  My question is -- There is
5  nothing in this note about taking Neurontin?
6      A   That is correct.
7      Q   And at this point in time, sometime
8  after May 6 and sometime before he dies, he is
9  reporting to the therapist, presumably on May
10  6, because that's the last time they saw him,
11  that he's concerned that something serious is
12  going on with his health; right?
13     A   Something series is going on, I don't
14  think --
15     Q   Well, what's his health problem,
16  Professor Trimble?
17     A   Well, he says something serious is
18  going on.
19     Q   Yes, he does.
20     A   It does not say anything about
21  serious going on with his health.
22     Q   Okay.  All right, then.  Can you
23  please turn to Exhibit number 18.
24     A   Can I give you that one back.
25     Q   Put it in the pile.

439

1      A   Okay.
2      Q   Do you have Exhibit 18 in front of
3  you?
4      A   No, I don't think --
5      Q   (Referring to documents.)  There you
6  go.
7      A   Thank you.  (Referring to document.)
8      Q   Now, if you will turn to page 006,
9  DPM 006, just the third to the last page.
10     A   Okay.
11     Q   By the way --
12     A   We've seen this one before.
13     Q   Well, we have seen -- we have talked
14  about the top two notes, we haven't talked
15  about the handwritten note at the bottom.
16  Okay?
17     A   Yes.
18     Q   Have you ever seen that handwritten
19  note before?
20     A   Yes.
21     Q   All right.  Did you take into
22  consideration, when forming your opinion in
23  this case, that Mr. Smith, at or around May 6,
24  2004 was concerned that something serious was
25  going on?

Trimble, Michael MD (F&P Expert) 9/3/2008 9:16:00 AM

---

448

1      Q   Again, at this point, in 2004, this
2   can be differentiated from Mr. Smith's
3   experience in 2003, because at this time
4   there's nothing, Mr. Smith reports there is
5   nothing that can help him; right?
6      A   He has made appointment to see
7   another neurologist. Which he would not have
8   done if he did not think there was another
9   avenue to explore. So I don't agree there was
10  nothing.
11     Q   Well, in Mr. Smith's perception on
12  May 5, 2004, he says they have nothing to offer
13  but injections; right?
14     A   That particular office had nothing to
15  offer but injections.
16     Q   And he didn't want injections; right?
17     A   He did not want any further
18  injections.
19     Q   And surgery is not an option for him
20  at this point; correct?
21     A   That appears to be the case.
22     Q   Do you know who made the appointment
23  for Mr. Smith with Dr. Chang?
24     A   No.
25     Q   Do you know whether Mr. Smith made

---

449

1   that appointment?
2      A   I do not know who made the
3   appointment.
4      Q   Do you know whether Mr. Smith wanted
5   to go to the appointment?
6      A   I do not know whether Mr. Smith
7   wanted to go to the appointment.
8      Q   Do you know who found the
9   neurosurgeon, Dr. Chang, for Mr. Smith to see?
10     A   I think it was a family member, but I
11  do not know exactly who it was. In the
12  depositions that I read, I remember somebody
13  referring to it, but I don't know which family
14  member it was.
15     Q   You were not aware, then, that it was
16  his daughter, Gail, who identified Dr. Chang as
17  a possible physician for Mr. Smith to see?
18     A   I have just said it was within the
19  depositions that I read the other day, and it
20  was a family member, one of his daughters.
21  Maybe she had heard of this person from
22  somebody else. Does that sound right? It was
23  a family member anyway.
24     Q   Do you know whether it was Gail who
25  made the appointment with Dr. Chang?

---

450

1      A   No, I don't.
2      Q   On May 5, 2004, when Mr. Smith makes
3   this handwritten notation, you agree that his
4   understanding was he was not a candidate for
5   surgery?
6      A   That's correct.
7      Q   In the past, at any time when
8   Mr. Smith had orthopaedic or neuropathic joint
9   and pain problems, did he ever find relief from
10  conservative therapy?
11         MR. FINKELSTEIN: Objection.
12         THE WITNESS: Well, I have just taken
13     you through some references where he was
14     getting relief from his physical therapy
15     in the two weeks prior to his death.
16  BY MS. McGRODER:
17     Q   And those are the records that we
18  just talked about --
19     A   Correct.
20     Q   -- where Mr. Smith in the end said
21  you know what, these don't help me after I
22  leave here, and so I want to discontinue;
23  correct?
24     A   That is correct.
25     Q   Okay. And so now I'm talking, you

---

451

1   know, think back on Mr. Smith's medical
2   history, when he --
3      A   Yes.
4      Q   -- has full knee replacements, full
5   hip replacements, lumbar surgery, surgery on,
6   ah, a hernia repair, in Mr. Smith's medical
7   history, would you agree would me that the best
8   treatment Mr. Smith had and the ones he found
9   most effective were surgical?
10         MR. FINKELSTEIN: Objection.
11         THE WITNESS: He got relief from his
12     surgical interventions, that is correct.
13  BY MS. McGRODER:
14     Q   Would you agree with me that
15  Mr. Smith felt hopeless after he learned that
16  surgery was not an option?
17         MR. FINKELSTEIN: Objection.
18         THE WITNESS: The term "hopeless" is
19     reflecting on Mr. Smith's mental state,
20     and it may well be that he had an
21     alteration of his mental state at this
22     time, and that helplessness was a part of
23     that.
24  BY MS. McGRODER:
25     Q   Would you agree with me that

---

Trimble, Michael MD (F&P Expert) 9/3/2008 9:16:00 AM

456

1    the first author is Juurlink, J-U-U-R-L-I-N-K.
2    A   Okay.
3    Q   And this is a 2004, June 14, 2004
4    publication of the Archives of Internal
5    Medicine, Volume 164.
6    A   Thank you.  (Referring to document.)
7    Q   If you could start on page 1.
8    A   Well, if I am to start anywhere, I
9    request time to read this through.
10   Q   Absolutely.
11   A   Thank you.  (Reviewing document.)
12   Q   Are you prepared now to answer?
13   A   I will be in just one --
14   Q   Sure.
15   A   (Reviewing document.)  Yes, I have
16   now read this paper.  Thank you very much.
17   Q   All right.  If you will turn to the
18   front page of the paper, which is paginated
19   1179.
20   A   Yes.  This one?
21   Q   Yes, I was just trying to check again
22   what exhibit reference we gave this -- 22,
23   thank you.
24   A   Thank you.
25   Q   On the top right column, do you see

457

1    the sentence that says:  "Elderly persons who
2    come suicide are less likely to have discussed
3    their plans beforehand".
4        Do you see that?
5    A   The top right-hand column.
6    Q   Yes.
7    A   We're talking about the --
8    Q   Oh, no.  I'm sorry, down in the text.
9    A   Yes, I see that.  Yes.
10   Q   Agree or disagree?
11   A   I agree with that.
12   Q   If you turn to page 1181.
13   A   Yes.
14   Q   Starting under "Illnesses and Suicide
15   Risk".
16   A   Yes.
17   Q   This study examines the relationship
18   between 15 pre-specified illnesses and
19   significantly increased risk of suicide;
20   correct?
21   A   Correct.
22   Q   And the illnesses that are examined
23   are under Table 1 above on that same page;
24   right?
25   A   Correct.

458

1    Q   And they include illnesses such as
2    breast cancer, prostate cancer, seizure
3    disorder, chronic lung disease, congestive
4    heart failure; right?
5    A   That's correct.
6    Q   Some of these are chronic severe
7    illnesses you would agree?
8    A   Correct.
9    Q   And the article states that, again,
10   underneath "Illnesses and Suicide Risk":
11       "Consistent with previous research,
12   bipolar disorder, major depression and severe
13   pain were associated with the largest increases
14   in suicide risk"; right?
15   A   That's correct.
16   Q   And a little further down in that
17   paragraph:  "After adjustment for the presence
18   of other illnesses, nine conditions were found
19   to be independent predictors of an increased
20   risk for suicide"; right?
21   A   That's correct.
22   Q   "And bipolar disorder, depression and
23   severe pain retains the strongest associations
24   with suicide"; correct?
25   A   I've just lost that, but I --

459

1    Q   Oh, I'm sorry, it's the top of the
2    next column where you had made a notation
3    there.
4    A   Yes, bipolar and depression, yes.
5    Q   "And severe pain retained the
6    strongest associations with suicide"; right?
7    A   Correct.
8    Q   Okay, agree or disagree with that
9    statement?
10   A   Well, it's in the text.
11   Q   Right.  It's a finding in this peer
12   reviewed published literature?
13   A   That's correct.
14   Q   Correct?
15   A   That's correct.
16   Q   Now you, yourself, did a search for
17   literature on elderly and medical illness and
18   suicide; right?
19   A   That's correct.
20   Q   Did you not find this article?
21   A   Not that particular article.
22   Q   Okay, did you find any articles at
23   all on chronic pain?
24   A   Yes.
25   Q   Because when I went through your

460

1    stack of articles that comprise Exhibit 8,
2    there were no articles on chronic pain.
3        A    May I have Exhibit 8, please.
4        MR. FINKELSTEIN: That's 7 and 8.
5        MS. McGRODER:  7 and 8, same
6    difference, thank you.
7        A    (Referring to document.)  The article
8    that is most relevant to this deals with
9    physical illness and chronic physical illness.
10       Q    Okay.
11       A    And the relationship -- it's quite
12   clear that affective disorder depression is
13   associated with this problem.  And the --
14       Q    "This problem" being suicide?
15       A    Correct.  And these papers from this
16   group make it clear that the link between
17   chronic physical illness and suicide goes
18   through change of the mental state.
19       In other words, the depression is the
20   underlying -- alteration of the mental state is
21   the underlying factor.  Which is why I repeat
22   again, that chronic pain, by and of itself, is
23   not a predictor for suicide.  There is other
24   variables that are related to it.
25       What the study that you've just shown me

461

1    says, is 1, there is no identification of
2    people with chronic pain.
3        Q    Well, what is referenced --
4        MR. FINKELSTEIN:  Let him finish his
5    answer.
6        Q    -- here is severe pain.  Severe pain.
7    How can you say that's not chronic pain?
8        MR. FINKELSTEIN:  We are not going to
9    · get a clean record if you interrupt.
10       MS. McGRODER:  Well, I'm not going to
11   let him give a 20-minute speech on his
12   review of the literature, I need to ask
13   him questions, Andrew.
14       MR. FINKELSTEIN:  That's what you
15   asked him.  You asked him about --
16       MS. McGRODER:  No, I asked him if
17   there was an article on chronic pain in
18   Exhibit 8.  And he answered that, and now
19   I'm going to ask a new question.
20       MR. FINKELSTEIN:  I just ask that you
21   allow him to finish his answer.
22   BY MS. McGRODER:
23       Q    Are you finished with your answer to
24   my question, Professor Trimble, are there any
25   articles on chronic pain among the articles

462

1    that comprise Exhibit 8, which is the summary
2    of your review of the literature for purposes
3    of your opinion this case?
4        A    Yes, and I've just quoted it.
5        Q    And moving on, back to Exhibit 22.
6        This article says that:  "After adjustment
7    for presence of other illnesses, nine
8    conditions were found to be independent
9    predictors for an increased risk for suicide.
10   Severe pain is one of those."
11       According to this peer reviewed published
12   literature article, agree or disagree?
13       A    I disagree.  I've only read this, but
14   the assumption is that the physical illness of
15   the pain is identified through the drugs that
16   people are receiving.
17       Q    Is there anything in this article
18   that talks about --
19       MR. FINKELSTEIN:  Are you finished?
20       THE WITNESS:  I'm finished.
21   BY MS. McGRODER:
22       Q    Is there anything in this article
23   that talks about the drugs that people are
24   receiving?
25       A    That's how they've identified the

463

1    groups.
2        Q    Well, the groups are identified by
3    their diagnostic categories; are they not?
4        A    Well, if you look at Table 1, it says
5    "Prescription Markers of Illness" and it says
6    "Marker Medications".
7        Q    And so your point is?
8        A    An ascertainment of illness is by
9    analysis of prescriptions.
10       Q    Okay.  And so --
11       A    So I can't agree that an analysis of
12   prescriptions tells you anything about whether
13   somebody has severe pain, moderate pain, cancer
14   or some other disorder.
15       So all I'm saying is that firstly this
16   paper is of interest, it says what a number of
17   other papers have said, bipolar disorder,
18   etcetera, may be important.  It does not
19   cofactor for underlying change of the mental
20   state within individual factors, and the
21   identification is by prescription charts, which
22   I think is an unreliable way of determining
23   whether somebody has physical pain.
24       Q    All right, and so the way that the
25   authors of this study approached determination

Trimble, Michael MD (F&P Expert)  9/3/2008  9:16:00 AM

512

1           MR. FINKELSTEIN: Objection.
2           THE WITNESS: I believe that the
3     balance of his mind was disturbed at the
4     time of the suicide.
5   BY MS. McGRODER:
6       Q    Well, you have to answer my question,
7   and then you can talk about his mind, if you
8   want.
9       But my question is:  Do you agree or
10  disagree that at the time of his suicide
11  Mr. Smith was tired of hurting?
12          MR. FINKELSTEIN: Objection.
13          THE WITNESS: Does he use those --
14    may I ask did the words "tired" or
15    "hurting" comes from Mr. Smith himself?
16  BY MS. McGRODER:
17      Q    No, no, that comes from the testimony
18  of Investigator Biggs.
19      A    Correct.
20      Q    Which we were just discussing.
21      A    Correct.
22      Q    My question to you is:  Do you agree
23  or disagree -- regardless of who said it --
24  that at the time of Mr. Smith's suicide he was
25  tired of hurting?

513

1       A    I have no evidence that Mr. Smith
2   said he was tired of hurting.
3       Q    Not in those words in any event?
4       A    In those words, that's correct.
5       Q    And you're pointing to?
6       A    Oh, I'm not pointing to anything.
7   I'm sorry.
8       Q    Okay, the suicide note is before you;
9   correct?
10      A    The suicide note is in front of me,
11  but I wasn't deliberately pointing to it for
12  that question. I'm sorry.
13      Q    And the words in the suicide note
14  "Pain has taken over my mind and body", to you,
15  that does not demonstrate that Mr. Smith was
16  tired of hurting?  Is that your testimony?
17      A    He does not say "I am tired of
18  hurting".
19      Q    And to you, in your opinion, when
20  Mr. Smith writes in his suicide note "I cannot
21  go on like this" in your view, that does not
22  demonstrate that Mr. Smith was tired of
23  hurting?
24      A    He does not say "I am tired of
25  hurting".

514

1       Q    Did you rule out, as part of your
2   differential diagnosis, that Mr. Smith
3   committed suicide as a result of severe and
4   chronic pain that has taken over his mind and
5   body? Did you rule that out as a risk factor?
6       A    I rule out that chronic pain, in and
7   of itself, was not sufficient cause for
8   Mr. Smith to kill himself.
9       Q    Well, I didn't ask you if chronic
10  pain is sufficient cause, in and of itself.
11      I asked you, when you made your list of
12  reasons why or explanations for
13  Mr. Smith's suicide, did you put chronic and
14  severe pain on the list?
15      A    Mr. Smith suffered from chronic pain
16  and he was in chronic pain at the time he died.
17  That was a factor that related to his death.
18      Q    Okay, and so you put it on your list
19  of possible causes for Mr. Smith's suicide;
20  right?
21      A    Yes.
22      Q    In your differential diagnosis,
23  chronic pain -- excuse me.
24      In your differential diagnosis, was
25  chronic pain on your list?

515

1       A    In terms of a cause, it was something
2   which had to be obliviously taken into
3   consideration, and was done by myself.
4       Q    And then after you put it on your
5   list, did you rule it out as a cause of
6   Mr. Smith's suicide?
7       A    I did not rule it out as being
8   implicated.
9       Q    My question was about cause. Did you
10  rule it out as a possible cause of Mr. Smith's
11  suicide?
12      A    I do not believe that chronic pain
13  with Mr. Smith, in and of itself, was a cause
14  of his suicide.
15      Q    So you did rule it out?
16      A    Chronic pain, in and of itself, as a
17  cause of his suicide is ruled out.
18      Q    By you?
19      A    Correct.
20      Q    So the answer to my question did you
21  rule out chronic pain as a cause of Mr. Smith's
22  suicide is yes?
23          MR. FINKELSTEIN: Objection.
24          THE WITNESS: As the cause of
25  Mr. Smith's suicide, yes.

Trimble, Michael MD (F&P Expert) 9/3/2008 9:16:00 AM

516

1  BY MS. McGRODER:
2      Q   How about as a cause of Mr. Smith's
3  suicide?
4      A   Well, events such as suicide are
5  multicausal. And chronic pain fed into those
6  causes.
7      Q   So chronic pain is a cause of
8  Mr. Smith's suicide in your opinion?
9      A   It is a part of causality, but not
10  the cause.
11      Q   Okay. Is the same true for
12  hopelessness -- did you identify hopelessness
13  as a possible cause of Mr. Smith's suicide, and
14  rule it out in your differential diagnosis?
15      A   It's the same response, that a part
16  of the causality of the final event was a
17  despair that Mr. Smith had. It was one of
18  multiple factors that contributed to the
19  eventual suicidal act.
20      Q   So despair and hopelessness --
21  withdrawn.
22      In other words, you did not rule out
23  despair and hopelessness as possible causes of
24  Mr. Smith's suicide?
25      A   Not as the causes, but interlinked

517

1  with other causes in determining the final act,
2  Mr. Smith clearly had a state of mind which was
3  disturbed.
4      Q   My question was very simple,
5  Professor Trimble. It was: Did you rule out
6  hopelessness and despair as a cause on your
7  list of possible causes of Mr. Smith's suicide?
8  Is the answer yes or no?
9      A   It is a -- it is a link in a causal
10  chain.
11      Q   And so you did not rule out -- excuse
12  me -- yes. And so you did not rule out despair
13  and hopelessness as possible causes in
14  Mr. Smith's suicide?
15      A   I did not rule them out entirely as
16  part of a causal chain in Mr. Smith's suicide.
17      Q   Did you consider the absence of
18  mental health treatment at the time of
19  Mr. Smith's suicide as a factor in your
20  differential diagnosis that could have
21  contributed to a suicide?
22      A   I'm sorry, the absence of -- the fact
23  that he was not seeing a psychiatrist do you
24  mean?
25      Q   Correct. And not receiving an

518

1  antidepressant. Did you consider those as a
2  possible explanation for Mr. Smith's suicide?
3      A   Not very strongly. Uhm, not really,
4  no.
5      Q   Can you rule out the absence of
6  treatment for depression and anxiety as a
7  possible cause for Mr. Smith's suicide?
8      A   I personally think you can.
9      Q   But that's something you didn't
10  consider?
11      A   I did consider. It's in my
12  differential diagnosis.
13      Q   You considered the lack of mental
14  health treatment?
15      A   No, the presence -- I'm sorry, your
16  last question was the presence of anxiety and
17  depression?
18      Q   No, my question was the lack of
19  mental health treatment for depression. My
20  question relates to whether he was receiving
21  treatment for depression or not at the time of
22  his suicide.
23      And I understand your answer to be you
24  didn't consider that?
25      A   Consider it relevant.

519

1      Q   You didn't consider it as part of
2  your differential diagnosis?
3      A   Just I didn't quite understand the
4  difficult nature of this question.
5      Q   It's probably me. Did you think
6  about, when you were thinking about the
7  possible causes for Mr. Smith's suicide, did
8  you consider whether the absence of treatment
9  for depression at the time of Mr. Smith's
10  suicide was a factor in causing his suicide?
11      A   Yes.
12      Q   And do you discuss that anywhere in
13  your report?
14      A   Yes.
15      Q   Where is that in your report?
16      A   In my differential diagnosis I
17  discuss whether or not he suffered from -- I
18  discuss whether he suffers from a depressive
19  illness. And I'm unconvinced that depression,
20  as a DSM4 psychiatric diagnosis, was a relevant
21  factor at that time. I am personally
22  unconvinced of that.
23      Q   So did you rule out depression as a
24  possible cause of Mr. Smith's illness? I mean,
25  of Mr. Smith's suicide?

Trimble, Michael MD (F&P Expert)  9/3/2008  9:16:00 AM

516

1   BY MS. McGRODER:
2      Q   How about as a cause of Mr. Smith's
3   suicide?
4      A   Well, events such as suicide are
5   multicausal.  And chronic pain fed into those
6   causes.
7      Q   So chronic pain is a cause of
8   Mr. Smith's suicide in your opinion?
9      A   It is a part of causality, but not
10  the cause.
11     Q   Okay.  Is the same true for
12  hopelessness -- did you identify hopelessness
13  as a possible cause of Mr. Smith's suicide, and
14  rule it out in your differential diagnosis?
15     A   It's the same response, that a part
16  of the causality of the final event was a
17  despair that Mr. Smith had.  It was one of
18  multiple factors that contributed to the
19  eventual suicidal act.
20     Q   So despair and hopelessness --
21  withdrawn.
22     In other words, you did not rule out
23  despair and hopelessness as possible causes of
24  Mr. Smith's suicide?
25     A   Not as the causes, but interlinked

517

1   with other causes in determining the final act.
2   Mr. Smith clearly had a state of mind which was
3   disturbed.
4      Q   My question was very simple,
5   Professor Trimble.  It was:  Did you rule out
6   hopelessness and despair as a cause on your
7   list of possible causes of Mr. Smith's suicide?
8   Is the answer yes or no?
9      A   It is a -- it is a link in a causal
10  chain.
11     Q   And so you did not rule out -- excuse
12  me -- yes.  And so you did not rule out despair
13  and hopelessness as possible causes in
14  Mr. Smith's suicide?
15     A   I did not rule them out entirely as
16  part of a causal chain in Mr. Smith's suicide.
17     Q   Did you consider the absence of
18  mental health treatment at the time of
19  Mr. Smith's suicide as a factor in your
20  differential diagnosis that could have
21  contributed to a suicide?
22     A   I'm sorry, the absence of -- the fact
23  that he was not seeing a psychiatrist do you
24  mean?
25     Q   Correct.  And not receiving an

518

1   antidepressant.  Did you consider those as a
2   possible explanation for Mr. Smith's suicide?
3      A   Not very strongly.  Uhm, not really,
4   no.
5      Q   Can you rule out the absence of
6   treatment for depression and anxiety as a
7   possible cause for Mr. Smith's suicide?
8      A   I personally think you can.
9      Q   But that's something you didn't
10  consider?
11     A   I did consider.  It's in my
12  differential diagnosis.
13     Q   You considered the lack of mental
14  health treatment?
15     A   No, the presence -- I'm sorry, your
16  last question was the presence of anxiety and
17  depression?
18     Q   No, my question was the lack of
19  mental health treatment for depression.  My
20  question relates to whether he was receiving
21  treatment for depression or not at the time of
22  his suicide.
23     And I understand your answer to be you
24  didn't consider that?
25     A   Consider it relevant.

519

1      Q   You didn't consider it as part of
2   your differential diagnosis?
3      A   Just I didn't quite understand the
4   difficult nature of this question.
5      Q   It's probably me.  Did you think
6   about, when you were thinking about the
7   possible causes for Mr. Smith's suicide, did
8   you consider whether the absence of treatment
9   for depression at the time of Mr. Smith's
10  suicide was a factor in causing his suicide?
11     A   Yes.
12     Q   And do you discuss that anywhere in
13  your report?
14     A   Yes.
15     Q   Where is that in your report?
16     A   In my differential diagnosis I
17  discuss whether or not he suffered from -- I
18  discuss whether he suffers from a depressive
19  illness.  And I'm unconvinced that depression,
20  as a DSM4 psychiatric diagnosis, was a relevant
21  factor at that time.  I am personally
22  unconvinced of that.
23     Q   So did you rule out depression as a
24  possible cause of Mr. Smith's illness?  I mean,
25  of Mr. Smith's suicide?

Neurontin Track One (Plaintiff / Prescriber / Expert Depos)          Page  516 - 519

Trimble, Michael MD (F&P Expert) 9/3/2008 9:16:00 AM

520

1    A   The -- well, yes, I did is the
2    answer.
3    Q   Did you look up -- well, first how
4    long before Mr. Smith considered suicide had he
5    been taking hydrocodone?
6    A   On and off he had been taking that
7    medication for years, and in one form or
8    another. And I can't give you times and dates,
9    but it was a drug which was familiar to him and
10   one which he had taken for a long time.
11   Q   Did you look up the side effects of
12   hydrocodone, the potential side effects?
13   A   I am aware of the side effects of
14   hydrocodone.
15   Q   Are you aware that the PDR for
16   hydrocodone suggests that adverse reactions
17   might be mental clouding, lethargy, impairment
18   of mental and physical performance, anxiety,
19   fear, dysphoria, psychic dependence, mood
20   changes -- were you aware of those?
21   A   I am.
22   Q   Did you consider the potential side
23   effects of hydrocodone as a possible factor in
24   causing Mr. Smith's suicide?
25   A   Yes.

521

1    Q   Where is that in your report?
2    A   Well, it's not a factor. I mean,
3    it's not a -- I considered it, but it's not a
4    factor that's relevant.
5    Q   Are there factors that you considered
6    as possible causes for Mr. Smith's suicide that
7    are not contained in your report?
8    A   There are -- we've discussed multiple
9    factors that may lead to suicide that aren't
10   laid out directly in my report. This is a
11   clinical report dealing with psychiatric
12   issues.
13   Q   What's a clinical report?
14   A   It's not a suicide autopsy, for
15   example, as other people might do. It's not as
16   I report on the importance on brain chemistry
17   changes in relationship to this.
18   Q   Well, you understand, Professor
19   Trimble, that I need to know all of the
20   opinions that you have today.
21   And as part of that, I need to know
22   everything that you considered as a possible
23   cause of Mr. Smith's suicide, whether you ruled
24   it in or out is a different question, but in
25   the beginning I have to know what you put on

522

1    the list, okay.
2    A   Okay.
3    Q   Is there anything we have talked
4    about -- is there anything we have not talked
5    about in this deposition as a possible factor
6    for Mr. Smith's suicide that you considered
7    when you came to the conclusion that it was
8    Neurontin that caused his suicide?
9    A   Well, the possible factor was, of
10   course, Neurontin. Or as I prefer to call it,
11   Gabapentin. And the intervening variable that
12   one sees in this man's life a few weeks before
13   he kills himself, is the prescription of
14   Gabapentin. So that has to be put down as an
15   opinion of mine as to why this man killed
16   himself when he did.
17   Q   All right. And of course, that is in
18   your report, and we have talked about that.
19   My question relates: Are there any
20   factors that you considered as possible causes
21   for Mr. Smith's suicide that we have not talked
22   about at this deposition or that don't appear
23   in your report?
24   A   Or that we haven't covered already in
25   this deposition.

523

1    Q   Right.
2    A   I don't think so.
3    Q   On page 12 of your notes --
4    A   On my notes?
5    Q   Right. You have a list of
6    differential diagnosis. I think we touched on
7    this this morning.
8    A   Uh hum, yes.
9    Q   I hope I'm not asking you the same
10   question twice. I'm sure Mr. Finkelstein will
11   tell me if I am.
12   MR. FINKELSTEIN: Asked and answered.
13   BY MS. McGRODER:
14   Q   Some of the -- some of the factors
15   that we had discussed in this deposition are
16   not on this list of differential diagnosis;
17   correct?
18   A   Yes, this is just my shorthand for
19   the purpose of reminding myself of things that
20   I considered, but these are --
21   Q   Well, are these --
22   A   These are considered within the
23   differential diagnosis here.
24   Q   In your report?
25   A   I believe so.

Trimble, Michael MD (F&P Expert)  9/3/2008  9:16:00 AM

536

1    pain?
2        A   That's correct.
3        Q   And there is a third commonality
4    between these two events.  Do you know what it
5    is?
6        A   Tell me.
7        Q   In both instances Mr. Smith was not
8    taking Neurontin.  Will you agree with me?
9        A   From the dates, of course you know he
10   was not taking the Neurontin.
11       Q   Is there any evidence in the record
12   that Mr. Smith was able to deal with his pain
13   by ignoring it?
14       A   I don't believe so.
15       Q   Is there any evidence in the record
16   that Mr. Smith was able to divert his attention
17   away from his pain?
18       A   I don't believe so.
19       Q   When Mr. Smith experienced severe
20   pain between January of 2003 and his suicide
21   and May 13, 2004, did he typically increase his
22   activities or decrease them?
23       MR. FINKELSTEIN:  Objection.
24       THE WITNESS:  I think that's too long
25   a time span, because he had an operation.

537

1    BY MS. McGRODER:
2        Q   That's fair.
3        A   And so I think it's just too long a
4    time span.
5        Q   Let me cut it down.  Between January
6    of 2004 and his suicide on May 13 2004 when
7    Mr. Smith experienced severe pain, did he
8    typically increase his activities or decrease
9    them?
10       MR. FINKELSTEIN:  Objection.
11       THE WITNESS:  The evidence from the
12   family is that he carried on much as he
13   had done before.
14       There is evidence that we had gone
15   through today that suggests that he
16   fluctuating intensity of his symptoms, and
17   was able to do some things at sometimes
18   and not well at others.  And so there is a
19   fluctuation.  But the family's evidence is
20   that he was battling on as he had done.
21   BY MS. McGRODER:
22       Q   Did Ruth Smith testify that Mr. Smith
23   in April and May of 2004 was lying around a lot
24   to try to keep himself out of pain?
25       A   She did.

538

1        Q   And would you say that's a decrease
2    in activity?
3        A   I think it could well be, but I mean
4    I accept that.
5        Q   Is there any evidence in the record
6    that when Mr. Smith experienced severe pain, he
7    used methods such as relaxation or meditation
8    to alleviate his pain?
9        A   I don't believe so.
10       Q   Is there any evidence in the record
11   that Mr. Smith told his medical providers
12   things such as I can manage my pain?
13       A   I have no evidence about that.
14       Q   Did Mr. Smith ever tell anyone, to
15   your knowledge, I can live with this pain?
16       A   Not to my knowledge.
17       Q   Would you agree that Mr. Smith tended
18   to worry about his pain?
19       A   He worried about his pain.
20       Q   Would you agree that Mr. Smith tended
21   to ruminate about his pain?
22       A   Correct.
23       Q   Did you review a letter from
24   Mr. Woods to the Smith family describing his
25   visit with Mr. Smith on May 10, 2004?

539

1        A   I did.
2        MS. McGRODER:  I'm handing you that
3        letter, which we are marking Exhibit 27 to
4        your deposition.
5        (Exhibit 27 marked for
6        identification.)
7        THE WITNESS:  Thank you.
8    BY MS. McGRODER:
9        Q   In the beginning of the second
10   paragraph of this letter, it says:  "Mr. Smith
11   was still troubled by back pain, and
12   immediately told me that an end to his pain
13   seemed to be hopeless".
14       A   That's correct.
15       Q   Did you consider the fact that
16   Mr. Smith reported that an end to his pain
17   seemed to be hopeless at the time that you
18   formed your causation opinion in this case?
19       A   I did.
20       Q   And hopelessness, you agree, was a
21   factor in Mr. Smith's suicide?
22       A   We have, I have agreed to that.
23       Q   Was it a substantial factor in
24   Mr. Smith's suicide?
25       A   It was a factor.

Trimble, Michael MD (F&P Expert) 9/3/2008 9:16:00 AM

540

```
1        Q   Well, was it a big factor or a small
2    factor?
3             MR. FINKELSTEIN: Objection.
4    BY MS. McGRODER:
5        Q   How about this, was it an important
6    factor?
7        A   It was one of a number of
8    contributing factors in Mr. Smith's suicide.
9        Q   Was it an important factor in your
10   opinion?
11       A   It was relevant. It was relevant.
12   But the word "important" is difficult, because
13   there are lots of important factors. So if it
14   was important, it was one of several important
15   factors.
16       Q   The next sentence says: "Mr. Smith
17   mentioned trying to get second opinions, but
18   each orthopaedic physician he saw seemed to
19   tune him out after hearing he already had
20   surgery. 'it was like they were all protecting
21   each other.'" End quote.
22           Do you see that?
23       A   I do.
24       Q   In your opinion, did Mr. Smith
25   perceive his pain and physical problems at this
```

541

```
1    time as substantial?
2        A   Yes.
3        Q   Finally, Mr. Smith simply said, quote
4    "I wish I had never had the surgery in the
5    first place". End quote.
6        A   Yes, that's correct.
7        Q   In your opinion, did Mr. Smith
8    attribute his present pain to the lumbar
9    surgery that he had in 2003?
10       A   I don't believe so.
11       Q   And so what is your opinion from this
12   statement "I wish I had never had this surgery
13   in the first place"?
14           That's a bad question, withdrawn.
15           Mr. Smith goes on to say: "I cannot cut
16   the grass, work on cars. You know, I used to
17   like to I used to like you do all of the
18   time --" In any event. "Now I am almost
19   useless".
20           Did you consider the fact that Mr. Smith
21   had these functional limitations as a factor
22   that increases risk for suicide?
23       A   Well, I accept that that is a factor,
24   like other factors. This really goes into the
25   hopelessness that we've already discussed the
```

542

```
1    paragraph about.
2        Q   And what about the statement "Now I
3    am almost useless"?
4        A   I think that's what I mean.
5        Q   Okay, is uselessness an indication of
6    low self esteem?
7        A   Oh, it can be, yes. This, of course,
8    is a reporting by somebody else as well as what
9    he says.
10       Q   Yes, let me ask you that. Do you
11   discount the information in this letter because
12   it's reported by Mr. Word?
13       A   Well, it's not direct information,
14   it's reported information.
15       Q   And so does that, in your view does
16   that affect its reliability in some way?
17       A   With regards to the use of
18   adjectives, like we are talking about,
19   hopelessness, this kind of thing. I mean, we
20   tend to have an idiosyncratic use of
21   adjectives.
22       Q   And so even though the word "useless"
23   is in quotes, I mean, we still tend to -- I
24   forget how you said it.
25       A   Idiosyncratic.
```

543

```
1        Q   Yes.
2        A   I mean, that might just be a word
3    that is used by Dr. Word which he uses a lot,
4    and so he puts that in there. But whether the
5    word "useless" was actually used by Mr. Smith,
6    I don't know.
7        Q   You don't know?
8        A   No, I don't know whether it was
9    actually.
10       Q   And that's notwithstanding the fact
11   that it appears in this letter in quotes?
12       A   That's what I mean, quotes. So he is
13   implying that that was the actual word that
14   Mr. Smith used. It may well be.
15       Q   But it may not?
16       A   It may not.
17       Q   And according to this note down at
18   the bottom, Mr. Smith -- or Dr. Wood, the
19   dentist, asks about Donna, and he says:
20   "Mr. Smith paused, quote say a little prayer
21   for Donna. End quote. There was obvious
22   concern in his eyes, and I could tell it was
23   probably of more concern than his own health.
24   Those were his last words to me".
25           Do you see that?
```

Trimble, Michael MD (F&P Expert) 9/3/2008 9:16:00 AM

548

1    Q    He doesn't want physical therapy,
2  because it's not helping him?
3    A    Correct.
4    Q    And none of the medications he is
5  taking are helping him; right?
6    A    That seems to be the case; correct.
7    Q    How many pills were left in the pill
8  bottle that the Smith family filled for
9  Neurontin on March 9, 2004?
10   A    I don't know.
11   Q    Were there any?
12   A    I do not know.
13   Q    You don't know one way or the other
14  whether Mr. Smith took the pills in the pill
15  vile that was filled on March 9, 2004?
16   A    My understanding is, again, relying
17  on depositions, that Mr. Smith reliably took
18  the medication he was prescribed.
19   Q    And is your, is the sole basis for
20  your understanding that Mr. Smith took the
21  medications as prescribed the family member
22  depositions in this case?
23   A    And Mr. Smith's own -- well,
24  Mr. Smith himself on several occasions says I
25  am on Neurontin, weird is a term -- at the time

549

1  he says it makes him loopy.  But he, himself,
2  refers to the fact that he is on Neurontin.
3  And then the family depositions also consider
4  him to have been reliable on taking
5  medications.  So I no reason to doubt the fact
6  he was taking Neurontin.
7    Q    Have you looked to see how many pills
8  were in the prescription vile of Neurontin that
9  Mr. Smith left on his dresser at the time of
10  his suicide?
11   A    I have not.
12   Q    So, again, you have no idea whether
13  he completed taking the pills that were
14  prescribed for him?  The Neurontin pills that
15  were prescribed for him?
16   A    My understanding is that he had more
17  Neurontin given to him beyond those that were
18  prescribed in a script.
19   Q    Okay.
20   A    That's my understanding.
21   Q    Samples?
22   A    Well, in a sashay, as I believe.
23   Q    Well, we'll get there.
24   A    Okay.
25   Q    Right now the question is you don't,

550

1  know one way or the other whether he completed
2  taking the pills that were in the vile that he
3  filled at the pharmacy on March 9, 2004?
4    A    That is correct.
5    Q    And there could be a full vile of
6  pills left over, and that is something you
7  didn't consider?
8    A    That is correct.
9    Q    Do you know the exact number of
10  samples that were in Mr. Smith's possession?
11   A    I do not.
12   Q    Is there any evidence in the record
13  of the exact number of samples that Mr. Smith
14  took?
15   A    Not that I have seen.
16   Q    Do you consider anywhere in your
17  report Donna Smith's illness, her cancer as a
18  factor related to Mr. Smith's suicide?
19   A    I do not consider it a factor
20  relating to his suicide.
21   Q    It's not in your report?
22   A    It is not, and I do not consider it a
23  factor.
24   Q    Is it your opinion in this case that
25  Neurontin caused Mr. Smith's suicide because

551

1  more likely than not his suicide was impulsive?
2    A    It has not so much to do with
3  impulsivity, it has to do with the alteration
4  of his mental state that occurs following the
5  ingestion of Gabapentin or Neurontin.
6    Q    Tell me specifically what evidence
7  you rely on, the factual evidence in the
8  record, that Mr. Smith's suicide was impulsive?
9         MR. FINKELSTEIN:  Objection as to
10        form.
11        THE WITNESS:  Well, I think I have a
12        difficulty with the term "impulsive".  I'm
13        not certain --
14  BY MS. McGRODER:
15   Q    It's in your report?
16   A    Yes, but this was not a carefully
17  planned, documented suicide where everything
18  was put in context, everything was sorted out,
19  saying good-bye to people.  This happened
20  suddenly.
21        Now the term "impulsive" is used in a
22  number of ways.  I am using it to say that this
23  was not a carefully planned, or even
24  predictable suicide event.  It came out of the
25  blue.

552

1    Q   You testified yesterday that it is
2  most likely that at some point before March, or
3  in March, because of his "fiscal" problems he
4  was working part-time.
5    What fiscal problems were you referring
6  to?
7    A   Physical problems?  I just didn't get
8  the question.
9    Q   Fiscal problem.
10   A   I wasn't sure whether you said
11 "fiscal" or "physical."
12   Q   Well, the transcript --
13   MR. FINKELSTEIN:  They think you
14 said --
15   Q   Of course it's a draft, says
16 "fiscal".
17   A   No, physical.
18   Q   So the word you were using is
19 "physical"?
20   A   Physical, yes.
21   Q   All right.  Are you aware of any
22 financial problems that the Smith family had at
23 any time in 2004?
24   A   No.
25   Q   How about 2003?

553

1    A   No.
2    MS. McGRODER:  Give us two minutes,
3  if you could gentlemen.
4    THE VIDEO OPERATOR:  Off the record?
5    MS. McGRODER:  Yes.
6    THE VIDEO OPERATOR:  Please standby.
7    Going off the record, the time is
8  2:31 p.m.
9    (Off the record.)
10   THE VIDEO OPERATOR:  Please standby.
11   We are back on the record, the time
12 is now 2:38 p.m.
13 BY MS. McGRODER:
14   Q   Professor Trimble, I think I have
15 about one more question.  You know how that
16 goes.
17   A   About.
18   Q   "About" being the operative word.
19 I'm going to ask you to right now set
20 aside Neurontin.
21   A   Okay.
22   Q   And your opinion about Neurontin.
23   A   Okay.
24   Q   And assume that Mr. Smith was not
25 taking Neurontin in this case.

554

1    A   Okay.
2    Q   Please tell me all of the factors
3  that caused or contributed to Mr. Smith's
4  suicide?
5    MR. FINKELSTEIN:  Objection.
6    THE WITNESS:  Yesterday I went
7  through a list of Dr. Jacobs predictors
8  for suicide.  And without going back to my
9  notes, I believe I identified 3 out of 20
10 or 21 relevant factors with Mr. Smith.
11   In other words, without considering
12 Neurontin, Mr. Smith was a man low, in
13 terms of the weighting for suicide
14 predictors.  Low in the weighting for
15 suicide predictive factors.
16   The main ones were his age.  There
17 are a lot of men of his age.  He's male,
18 half the population are male.  He has a
19 gun.  But these, to me, do not seem like
20 biological factors that are related to
21 suicide.
22   So the only other one that I believe
23 one would put in there was hopelessness,
24 although I can't remember whether that was
25 on Dr. Jacobs list or not.

555

1  BY MS. McGRODER:
2    Q   It was.
3    A   It was.  I just don't have it in
4  front of me.  But he was a man with a very low
5  weighting for the classical predictors of
6  suicide.
7    Q   So factors that did cause or
8  contribute to his suicide, in terms of risk
9  factors, were he was elderly; agree?
10   A   I did this yesterday, so I don't want
11 to then find out that I'm, that I'm giving you
12 a different list today.  But I might need a
13 minute or two to refer back to it, unless you
14 have the list that I had.
15   Q   Yes, I have the list that you gave
16 yesterday just from my notes.
17   A   It was in Dr. Jacobs -- my copy of
18 Dr. Jacobs report.
19   Q   So you're relying on Dr. Jacobs for
20 the identification of risk factors?
21   A   I understand that Dr. Jacobs is an
22 expert in suicidology.  And he listed, to be
23 clear --
24   Q   Yes, you know I don't -- just tell me
25 the ones, if you don't mind, that setting side

Trimble, Michael MD (F&P Expert)  9/3/2008  9:16:00 AM

556

1    Neurontin, you believe caused or contributed to
2    Mr. Smith's suicide?
3              MR. FINKELSTEIN:  Objection.
4         As it's asked and answered.
5              THE WITNESS:  The three factors that
6         may have got him on the bottom ladder or
7         the bottom rung of this list of 21
8         factors, are the hopelessness, advanced
9         age, and the chronic pain.
10   BY MS. McGRODER:
11        Q    And the fact that he is male?
12        A    Well --
13        Q    You just said the fact that he is
14   male?
15        A    Well, actually -- and I asked to go
16   back to Dr. Jacobs list -- male is not included
17   on Dr. Jacobs list.
18        Q    Well, let me backup a second.  There
19   what are identified as, for lack of a better
20   term, state dependent risk factors, like
21   demographics?  You understand that; right?  And
22   those are --
23        A    State dependent.
24        Q    Right, those are, those are
25   demographics like white, elderly male?

557

1         A    Yes.
2         Q    Correct?
3         A    Yes.
4         Q    And you agree those risk factors are
5    present in this case?
6         A    Well, he is a white elderly male.
7         Q    Right.  And you also agree he had
8    access to firearms, and that's a risk factor
9    for suicide?
10        A    Yes.
11        Q    Okay.  And then the other ones that
12   you talked about yesterday were hopelessness;
13   right?
14        A    I talked about the medical facts, the
15   possible biological facts.  And I outlined them
16   here.
17        Q    And hopelessness was one of those;
18   correct?
19        A    That's correct.
20        Q    And you had anxiety on your list;
21   correct?
22        A    I don't believe that he has, there
23   was evidence that he had anxiety at the time of
24   his death.
25        Q    Okay.  So you wouldn't -- you would

558

1    not put anxiety on the list?
2         A    No.
3         Q    What about chronic pain, would you
4    put that on the list?
5         A    Those were the -- that was on the
6    list.
7         Q    Anything else that you would put on
8    the list?
9         A    Not from the carefully outlined list
10   of Dr. Jacobs.
11        Q    Would you put prior history of
12   depression on the list?
13        A    Prior history of depression might go
14   on the list.  I have been unconvinced about
15   that, as you know, and I just told it open as
16   to whether I accept that A and D in the records
17   as a formulated psychiatric diagnosis.  I just
18   hold an open opinion about that.
19        Q    Okay.  And my only follow-up question
20   to that is:  You read Dr. Cato's deposition --
21        A    Yes.
22        Q    -- testimony; right?
23        A    Yes.
24        Q    And you read where he said I, in
25   fact, diagnose Mr. Smith with depression;

559

1    right?
2         A    That's correct.
3         Q    And notwithstanding that, you're
4    still on the fence about whether to include
5    depression on the list?
6         A    As a professional psychiatrist as
7    well as neurologist, it is not clear to me
8    whether this would satisfy what we would call
9    DSM4 criteria for major depressive disorder.
10   So I'm, I would argue that as a possible
11   additional factor, but I'm not -- I'm just
12   ambivalent about it.  I don't think the case
13   has been probed.
14        Q    Would the same true about anxiety,
15   you're ambivalent about that?
16        A    I would say the same.  Because it's
17   not clear whether he is making two diagnosis,
18   DSM4, major depressive disorder, generalize
19   anxiety disorder.  As a psychiatrist, it's
20   difficult.
21        Q    Okay.  Anything else that you would
22   put on the list?
23        A    No, not from Dr. Jacob's testimony.
24             MS. McGRODER:  I think those are all
25        of the questions I have.  Thank you so

Neurontin Track One (Plaintiff / Prescriber / Expert Depos)                    Page  556 - 559