EXHIBIT 13

Lawson, Gayle (Smith) 10/4/2007 9:11:00 AM

---

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEURONTIN MARKETING, SALES )CASE NO.

PRACTICES AND PRODUCTS LIABILITY )04-10981

LITIGATION )
)
)

THIS DOCUMENT RELATES TO: )
)

RUTH SMITH, Individually and as )05-CV-11515

Widow for the use and benefit of )

herself and the next of kin of )

Richard Smith, deceased. )
_____)

VIDEOTAPED DEPOSITION OF:

GAYLE LAWSON

Taken on behalf of the Defendant

October 4, 2007

---

**Page 3**

```
1              I N D E X
2  WITNESS: GAYLE LAWSON
3          INDEX OF EXAMINATIONS
4                    Page/Line
5  By Mr. Ferguson          06  03
6
7
            INDEX OF EXHIBITS
8
   No. 1                    70  11
9  (Suicide Letter)
```

---

**Page 2**

```
1   APPEARANCES:
2   For the Plaintiff:
3     MAURA KOLB, ESQUIRE
       KENNETH S. SOH, ESQUIRE
4     Lanier Law Firm
       6810 F.M. 1960 West
5     Houston, Texas 77069
       (713) 659-5200
6     (713) 659-2204
       mck@lanierlawfirm.com
7     kss@lanierlawfirm.com
8
    For the Defendant:
9
       KENNETH G. FERGUSON, ESQUIRE
10    Clark, Thomas & Winters
       P.O. Box 1148
11    Austin, Texas 78767
       (512) 472-8800
12    (512) 474-1129
       kjf@ctw.com
13
14  Also Present: Andrew Langston, Videographer
```

---

**Page 4**

```
1        The videotaped deposition of GAYLE
2   LAWSON, taken on behalf of the Defendant, at
3   the Sheraton Music City Hotel, 777 McGavock
4   Pike, Nashville, Tennessee, for all purposes
5   under the Tennessee Rules of Civil Procedure.
6        The formalities as to notice,
7   caption, certificate, et cetera, are waived.
8   All objections, except as to the form of the
9   questions, are reserved to the hearing.
10       It is agreed that Deborah J. Harris,
11  being a Notary Public and Court Reporter for
12  the State of Tennessee, may swear the witness,
13  and that the reading and signing of the
14  completed deposition by the witness are
15  reserved.

19              . . .
```

Lawson, Gayle (Smith) 10/4/2007 9:11:00 AM

---

**29**

1   the last several months of his life, as compared
2   to previous years?
3       A   Yes.
4       Q   In what way?
5       A   He, um, I'm sorry, would you please
6   tell me what I need to answer again.
7       Q   Sure. You indicated that, in response
8   to an earlier question, that in terms of his
9   mood, his behavior was different in the last
10  several months, as compared to previous years
11  and I was asking you in what way? Can you
12  describe that for us?
13      A   Daddy was -- Daddy was quieter and --
14  he was quiet and withdrawn.
15      Q   Anything else? I don't want to cut you
16  off.
17      A   That's all.
18      Q   And I realize you're not a medical
19  person, and I'm not asking you this from a
20  medical standpoint, but did he appear to be
21  depressed in the last couple months of his life?
22      A   I don't think so.
23      Q   And I want to expand the time period
24  here a little. I don't want to confuse you.
25  But during the years 2003 and 2004, up until his

**30**

1   death, are you aware of whether he ever reported
2   to his physicians that he was depressed?
3       A   And what time period are we talking
4   about?
5       Q   2003. Calendar year 2003 and 2004, up
6   until the time of his death.
7       A   I'm unaware of anything like that.
8       Q   Did either your mother or your sisters
9   ever discuss with you any thoughts they had?
10  And I'm not saying they did or didn't, but did
11  they ever discuss thoughts they might have had
12  that he was depressed?
13      A   No.
14      Q   Did you ever participate in any kind of
15  family discussion about whether your father
16  should go see a psychiatrist, psychologist, or
17  other type of mental health care counselor?
18      A   I didn't.
19      Q   Are you aware of whether any such
20  discussion took place between your sisters
21  and/or your mother?
22      A   I'm not aware of anything.
23      Q   Did you ever, again, not as a medical
24  person, but as a concerned daughter, form an
25  opinion that maybe he ought to see somebody

**31**

1   about him being quiet and withdrawn?
2       A   No. I never thought that he needed to
3   see anybody.
4       Q   Did you ever go to any doctors'
5   appointments with your father?
6       A   No.
7       Q   Did you ever drive him to any doctors'
8   appointments where you would drop him off and
9   then wait for him; anything like that?
10      A   No.
11      Q   What kind of things did your dad like to
12  do? Let's go years prior to his death, what
13  kind of activities did he like to do?
14          Do you want to take a quick break, or
15  are you okay?
16      A   Just give me a second.
17      Q   Sure. Take your time.
18      A   Daddy loved to sing. He loved to be
19  around his family. He loved to eat. He always
20  enjoyed going to church and tinkering around
21  the house. And he loved life.
22          MS. KOLB: Do you want to take a
23  break?
24          THE WITNESS: (Witness nods head
25  up and down.)

**32**

1           THE VIDEOGRAPHER: We are now
2   going off the record. The time on the video
3   monitor is 9:58.
4           (BREAK WAS TAKEN AT 9:58 P.M.)
5           (BACK ON THE RECORD AT 10:16 A.M.)
6           THE VIDEOGRAPHER: We are now
7   coming back onto the record. The time on the
8   video monitor is 10:16.
9   BY MR. FERGUSON:
10      Q   Ma'am, are you ready to proceed?
11      A   I am. Thank you.
12      Q   Are you doing okay?
13      A   I am. Thank you.
14      Q   Just let us know if you need to take
15  another break, okay?
16      A   (Witness nods head up and down.)
17      Q   I believe we were talking about some of
18  the activities that your father enjoyed doing.
19  I heard from others that he liked doing yard
20  work, including mowing the lawn; is that true,
21  according to your recollection?
22      A   He did those things. I'm not so sure
23  he enjoyed them.
24      Q   How about working on cars; did you see
25  him work on cars at all?