EXHIBIT 8

# DECLARATION OF PROFESSOR MICHAEL TRIMBLE, M.D. IN RELATION TO NEURONTIN CAUSING NEGATIVE MOOD AND BEHAVIOURAL ALTERATIONS, INCLUDING SUICIDAL BEHAVIOR, IN TREATED PATIENTS

_PROFESSOR MICHAEL TRIMBLE MD, FRCP FPCPsych_

_PROFESSOR OF BEHAVIOURAL NEUROLOGY_

_INSTITUTE OF NEUROLOGY_

_LONDON_

1

# Introduction

This report is prepared as an expert opinion in relationship to the capacity of the drug gabapentin (Neurontin) to contribute to acts of completed suicide or suicidal attempts in patients prescribed the medication. It is based on my extensive knowledge and use of drugs of the class referred to as antiepileptic (AEDs) in patients with a variety of neurological and psychiatric disorders. I have prescribed these drugs clinically for over 30 years, and have carried out research not only into their therapeutic effects but also their side effects, and have published widely on these topics.

Before preparing this report I have relied upon versions of the Neurontin package insert/label provided to prescribers of gabapentin. Further, I have relied upon many Pfizer, Warner Lambert and Parke-Davis corporate internal documents not yet available to the general scientific community, as well as depositions of testimony during the pendency of the litigation. Within these documents are internal reports prepared by myself at the request of Parke-Davis in 1995. At that time I stated, and reaffirm now, "the main adverse effect of anticonvulsants is the link between anticonvulsant drugs and depression" (Pfizer_PSUR_0002000 at 0002005; Pfizer_CPacella_0009404 at 0009409).

I cannot possibly list all of the scientific, medical literature and confidential corporate documents that I have reviewed and which support my opinions. However, I have published and read extensively in this area. In forming the following opinions, I have used the same scientific analysis and reasoning that I use in my professional work. This report has specifically to do with the links between the psychotropic/antiepileptic agent gabapentin and mood instability including suicidality. This report reflects the author's professional opinion, and is based on clinical experience of dealing with these drugs

2

(AEDs) clinically and experimentally for some 30 years, and familiarity, as a Professor of Behavioural Neurology with the relevant academic areas to address such questions, namely neurology, psychiatry, biological psychiatry and neuropsychiatry, the latter being a cross-over discipline between neurology and psychiatry.

## SUMMARY CURRICULUM VITAE

I am Professor Emeritus of Behavioral Neurology at the Institute of Neurology, Queen Square, London, and Honorary Consultant Physician to the Department of Psychological Medicine at the National Hospital for Neurology and Neurosurgery, Queen Square, London.  In addition to my academic work I have maintained a clinical practice over many years having evaluated and treated many patients with mood and behavioral disorders and actively prescribed anti-epileptic drugs to patients with epilepsy and with mood disorders. **A copy of my curriculum vitae is attached.**

*Interests*: Neuropsychopharmacology with special reference to neuropsychiatric disorders: epilepsy, its relationship to disturbances of behavior and its treatment, and the effects of antiepileptic drugs and other treatments for epilepsy on the brain and behavior. I have  considerable clinical and research experience of the behavioral side-effects of antiepileptic drugs. Other research and clinical interests include movement disorders and their treatment, especially the development of psychiatric disorders in Parkinson's disease and Gilles de la Tourette Syndrome.

*Other professional interests include*: psychiatric disorders following accidents, including head injuries; dementia and the clinical interface between pseudodementia and dementia: and the spectrum of presentations in neurology and psychiatry of patients with medically unexplained neurological symptoms. Many such patients turn out to have one or other form of somatoform disorder.

*Professional organizations and qualifications:* Fellow of the Royal College of Physicians (UK), Fellow of the Royal College of Psychiatrists (UK), and a Member of the Association of British Neurologists. Fellow of the American Psychiatric Association and a

past member of the American Neurological Association. Three Research degrees: MD (in medicine), BSc (in neuroanatomy), and MPhil (in psychiatry).

I am a past council member of the British Association of Psychopharmacology, past council member of the Collegium Internationale Neuro-Psychopharmacologium (CINP) (1998 and 2001), I was Chairman of the British Neuropsychiatry Association (2001-2004), and am currently Vice President of the World Federation of Societies of Biological Psychiatry. I have been awarded and entitled an Ambassador of Epilepsy of the International League against Epilepsy since June 1993. I received a Life-time achievement award from the International Neuropsychiatry Association in 2004.

*Publications:* include two editions of the text Biological Psychiatry (1988 and 1996 John Wiley & Sons, Chichester), a third edition has been commissioned and is in preparation , and over 26 edited books dealing with the interface between neurology and psychiatry, especially in the field of epilepsy and its treatment. I have published over 120 peer reviewed publications on similar topics and many other non-peer-reviewed contributions to books and scientific journals. I am a reviewer for many neurological and psychiatric journals and on the editorial board of amongst others *Epilepsy and Behavior.*

SUMMARY OF OPINION

There are scientifically validated data in the peer-reviewed scientific literature demonstrating the following propositions, which have gained general acceptance in the community of scientific researchers familiar with the neurobehavioral effects of antiepileptic drugs:

5

First, there are peer-reviewed papers that show a link between GABA and depression in psychiatric patients, and the data from studies in epilepsy confirm the link between GABA-altering drugs and adverse effects on mood.  Gabapentin and other antiepileptic drugs (AED's) have been demonstrated to have negative effects on mood. These include predictable alteration in mood including impulsivity, aggression, emotional lability, anxiety and depression. The antiepileptic drugs that have been shown to have the greatest negative effect on mood are those affecting GABA-mediated neural systems (referred to as GABAergic) and which reduce the release of monoamines, especially serotonin. Gabapentin affects GABA, which in turn reduces the release of mood regulating monoamines, especially serotonin.  Gabapentin is GABAergic.  Second, gabapentin binds to an auxiliary protein of voltage-gated calcium channels, the alpha-2-delta protein, which reduces the release reduces the release of mood regulating monoamines such as serotonin and norepinephrine (NA)..

The scientific literature and the internal corporate documents made available to me show that gabapentin has an effect on GABA, increasing GABA in the brain in some species, including humans.  Gabapentin also decreases the release of two key neurotransmitters involved in the regulation of mood, namely serotonin  and norepinephrine (NA). The decrease in the functional activity of serotonin and norepinephrine caused by decreased release results clinically in depression, anxiety, panic, irritable mood, dysphoria, anger, agitation, hostility, impulsivity.   It is also known in the scientific community that suicidality is associated with decreased serotonin production.  When gabapentin is prescribed to an individual who has a prior history of mood disorders or has a current mood disorder, the GABAergic effect and/or the results of its action at the alpha-2-delta protein precipitates suicidal behavior by leading to  anxiety,

panic, irritable mood, emotional lability, dysphoria, anger, agitation, hostility, and impulsivity.

Accordingly, patients taking gabapentin are at risk to develop mood instability and affective disorders that may predictably result in suicidal behavior; in particular, patients who have a prior personal history of mood disorders are at greater risk with gabapentin. Although it would be unethical for outcomes research to be done with suicide as an endpoint, there are scientific data in the peer-reviewed literature that substantiate that patients who are depressed or who are aggressive are at increased risk for suicide and related suicidal behaviors.  Prescribing of drugs with the profile of gabapentin to vulnerable patients with a past history of mood disorder or impulsive aggressivity or with a current mood disorder should be undertaken only after a complete psychiatric anamnesis, and with a risk assessment with regards to the potential for suicide.

## NEUROCHEMICAL CONSIDERATIONS

First of all, some explanation of the workings of the brain's biochemistry is relevant. Neurotransmitters are brain derived chemicals which are central to the brain's signaling mechanisms. They are manufactured in the brain's cells (neurons mainly but not exclusively), and secreted at the nerve terminals of so-called presynaptic cells, to flow across a small gap, the synapse, to influence the postsynaptic cell. They achieve the latter by interacting with receptors on the surface of the postsynaptic cell mainly but not exclusively at the synapse.

Two main types of postsynaptic response are described. The neurotransmitter binding to the receptor either opens up the postsynaptic cell membrane to allow the flow

7

of ions such as chloride or sodium to change (ionotropic), or the interaction of the transmitter and receptor alters the interior metabolism of the cell by inducing so-called second messengers (metabotropic). Through these changes in cellular activity the sensitivity, and hence firing rate of the post-synaptic neuron is influenced.

Although neuroscientists have discovered many chemicals within the brain that are putative transmitters, a few have been identified which have profound effects on behavior, and these have been the main targets for drugs that alter behavior in one way or another. The transmitters are acetycholine (especially related to attention and memory), dopamine (especially related to motivation and movement), serotonin (especially related to depression and aggression), nonepinephrine (NA) (related to movement and depression) and GABA (related to inhibition).

The receptors for these transmitters are not homogenous, and several are described for each transmitter. In some circumstances the different receptors are found at different locations in the brain, while some neurons express more than one receptor type for the same transmitter. Pre-synaptic receptors are found on the nerve terminal and help regulate the release of the neurotransmitter from the terminal. Many different receptor types have been identified, and any one neurotransmitter can exert an effect at several receptors. For example, for serotonin and GABA, a number of different receptors have been defined (5HT1A, 5HT1B etc, or $GABA_A$, $GABA_B$). The receptor distribution in the brain (CNS) differs from species to species.

In general neuroscientists refer to two classes of transmitter, those which are excitatory and those which are inhibitory. The former include dopamine and glutamate, the latter includes GABA. In a simple way, for example in epilepsy where there is a lack of CNS inhibition in some areas, or alternatively an increase in excitation, a therapeutic

8

strategy has been to develop drugs which either decrease excitation or increase inhibition. GABAergic agents fall into this latter category.

The principal physiological role of GABA in the brain is inhibition. The ionotropic GABA receptors (GABA$_A$) act on post-synaptic receptor chloride channels and mediate fast inhibition, the metabotropic GABA receptors (GABA$_B$ are coupled to G proteins (which in turn stimulate second messengers) and mediate a slower longer lasting inhibition. However, extrasynaptic GABA receptors exist, which are responsive to very low concentrations of GABA and lead to long-lasting inhibition.

There are two pools of GABA in the CNS, one produced from its precursor L-glutamate in the neurons, and the other which is extracellular and can be taken up into the neurones. The first is released from the neuron in a calcium sensitive manner. An increase in intracellular GABA can arise if there is an increase in activity in the enzyme which converts the glutamic acid to GABA, namely glutamic acid decarboxylase (GAD). The GABA reuptake transporter is a sodium dependent electronic pump present on the neuron terminals and in glial cells (many of the cells in the brain are glial cells, the function of which is unclear, but they help regulate neuronal activity). It is via this transporter that GABA is taken back up into the neurone to be metabolised and reused.

Interactions between the GABA system and other neurotransmitter systems have been defined. Like the GABA receptors, serotonin has multiple receptors (5-HT1 to 5-HT7 or more depending on the system adopted). Unlike GABA which is a neurotransmitter found abundantly throughout the brain, the distribution of serotonin is more restricted, and the cells which produce it are well defined. The ascending and descending serotonin neurons originate from nuclei in the midbrain, referred to as raphe nuclei. It has been repeatedly shown that GABA agonism reduces the rate of serotonin release in both

9

ascending and descending serotonin systems (Concetta and Meek, 1981; Nishikawa and Scatton 1983; Bagdy, et. al., 2000), and inhibits the firing rate of raphe neurons (Scatton et. al., 1985). This effect is most likely mediated by an effect on the raphe cells, and the resulting influence is on major brain areas such as the basal ganglia (striatum) known to be involved in motor activity and motivation (Nishikawa and Scatton 1983). The application of GABA to the raphe neurons also decreases the measured levels of 5 HIAA, a key breakdown product of serotonin, and decreases therefore the serotonin synthesis rate. This effect can be shown with alteration of activity at $GABA_A$ and $GABA_B$ receptors (Slattery, et. al., 2005). It is thus concluded from animal models that the serotonin neurons are under inhibitory GABAergic regulation. "GABA exerts an inhibitory control over central serotonergic neurons apparently via stimulation of GABA receptors located in the midbrain raphe nuclei" (Nishikawa and Scatton, 1985, p. 81).

### *ALPHA 2 DELTA PROTEIN*

Gabapentin binds to a subunit of the alpha 2 Delta Protein. Interest in this molecule has been highlighted by the discovery that gabapentin has an action at a voltage-gated calcium channel which therefore influences calcium dependent neurotransmitter release. Essentially these channels regulate the release of neurotransmitters, since the entry of calcium into the neuron triggers neurotransmitter release from synaptic vesicles. There are four distinct subunits of the voltage sensitive calcium channels, and the alpha 2 delta sub-unit, which is uniquely associated with the calcium (as opposed to the sodium) channel, is directly acted upon by gabapentin.

However, one effect of this action at the alpha-2 delta receptor is to decrease the release of monoamines, and there are peer-reviewed papers showing that gabapentin

produces this effect by its action on calcium channels, an effect also noted in human neocortex (Fink, et. al., 2000, 2002).

## NEUROTRANSMITTERS AND AFFECT

### *GABA*

It has been noted from the epilepsy literature, how antiepileptic drugs (AED's) that seem most likely to provoke affective disorders increase in some way CNS GABA. Barbiturates, vigabatrin, tiagabine, and topiramate all increase CNS GABA and have GABAergic propensities. None of these GABAergic drugs have found use in the treatment of mood disorders in psychiatry, unlike for example carbamazepine or lamotrigine (Schmitz, 2002). The noteworthy difference is that carbamazepine and lamotrigine are not GABAergic as they do not increase CNS GABA.

That there is a link between GABA and affective disorders has been discussed in biological psychiatry for years (Trimble 1996), and the data from epilepsy lend support to a GABA hypothesis of the affective disorders. Lower CSF GABA levels have been found in patients with psychiatric depression, and plasma GABA has been reported as low in euthymic bipolar patients (Berrettini, et. al., 1983; Trimble 1996). Petty (1995) has outlined considerable evidence implicating GABA in the biochemical pathophysiology of mood disorders, including the animal models of depression which show regional brain GABA deficits. He opines that low GABA itself is not a marker for any particular mood state, but an inherited biological vulnerability marker for development of mood disorders. When GABA levels are increased, the increased GABA release would result in lowered release of excitatory neurotransmitters (e.g., serotonin). This neurochemical change leads to individuals with a vulnerability to a mood disturbance, a prior mood disturbance or

11

current mood disturbance having greater difficulty in adapting to anxiety or stress and precipitate or worsen the mood disorder. A recent peer reviewed summary of the field (Tunnicliff and Malatynska, 2003) has concluded that direct evidence from the clinic, from brain scans, from postmortem brain samples, and CSF in depressed patients and the indirect evidence from animal models are consistent with GABA involvement in the cause of depression.

*SEROTONIN*

There are many studies linking the serotonin system to the regulation of affect, and the serotonin agonists (such as the Selective Serotonin Re-uptake Inhibitors -SSRIs) are well known antidepressants. Early observations were that drugs which depleted the brain's reserves of monoamines (serotonin, dopamine and norepinephrine in particular) led to depression; that administration of precursor products of serotonin such as L-tryptophan and 5-hydroxytryptophan to patients and volunteers elevated mood; that in patients with Parkinson's disease, depression was associated with low levels of CSF 5-HIAA (Mayeux 1984); that drugs which are antidepressant (from the earlier introduced tricyclic drugs to the still widely used SSRIs) enhance serotonin activity; and that measures of serotonin in the brain as investigated by cerebrospinal fluid estimations of breakdown products revealed decreased releases of serotonin in sub-groups of depressed patients (for review of this field, see Trimble 1996).

The literature on links between serotonin and depression is paralleled by studies linking suicide to low serotonin release. Indeed, this relationship has been observed many times, and is one of the most replicated findings in the whole of biological psychiatry. In human populations, there is a bimodal distribution of CSF 5HIAA, confirmed in the scientific community for over 30 years (Brown and Linnoila 1990), and early on the

strongest correlation of low serotonin release was shown to be with attempted suicide (Asberg et al 1987). Importantly, the studies with 5-HIAA link alteration of the levels of this metabolite of serotonin to impulsivity and aggression, rather than any DSM IV diagnosis.

Patients with low serotonin release are more likely to die from suicide at follow-up, and similar biochemical findings are noted in impulsive alcoholic offenders, and people with aggressive personality disorders without depression (for review see Trimble 1996).  In post mortem samples of brains from those who have committed violent suicide, serotonin levels are interpreted as low (Stanley and Mann 1983: Mann and Malone 1997).  Thus, the low serotonin release relates not only to depressed affect but also to aggression, impulsivity and suicidal behaviors (for review see Trimble 1996). One meta-analysis of CSF 5-HIAA studies has suggested that low levels have predictive value for completed suicidal acts (Mann, et. al.,  2006).

More recent work on this association has confirmed the link between hostility, aggression and low serotonin, to the extent of noting an inverse relationship between the serotonin levels and the clinical measures taken of aggression (Stanley, et. al., 2000). These clinical data receive substantial support from investigations of rodents which link low serotonin with enhanced aggression (Miczek, et. al., 1975), and of non-human primates, in which reduced amounts of serotonin are associated with severe forms of aggression and a greater frequency of high risk behavior (Mehlman, et. al., 1994).

These data reveal the importance of altered serotonin function in aggressive, violent behaviors which includes impulsive and suicidal acts. Further, the findings do not apply only to people with personality disorders, but also across a spectrum of psychiatric diagnoses. There has been a recent peer-reviewed hypotheses put forward that the

serotonin link to aggression is mediated via neuronal excitability in the amygdala, a CNS limbic system (emotional brain) structure known to be associated with the circuitry linked with aggressive displays (Keele, 2005). In this model, serotonin is viewed as an activating system for inhibiting behavior, the former being impaired when serotonin levels are low. This effect links to anatomical correlates in the frontal lobes of the brain.

Thus, the character traits of impulsivity and aggression are in part linked with frontal lobe activity, and dysfunction. Lesions or damage to some frontal cortical structures (such as occur in a head injury or with brain tumours) often lead to such behavioural disinhibition. It is known that the frontal cortex is rich in 5-HT receptors, where important interactions with dopamine receptors occur. A plausible neuroscience mechanism for the effects of decreased 5 HT activity and consequent behavioral disinhibition is through alteration of the executive control normally exerted by frontal cortex activity. Some support for this comes from the data of New, et. al., (2002). Using the serotonin releasing agent mCPP (methyl- chlorophenylpiperazine), they demonstrated reduced activation of the left anteromedial frontal orbital cortex in a group of patients with impulsive aggression in comparison to the activation levels of matched controls.  These data support the hypothesis of decreased activation of inhibition in frontal structures consequent upon decreased serotonin activity.


*NOREPENIPHRINE (NA)*

There is also a substantial literature on associations between NA and depression. In general, the NA hypothesis of depression asserts that some symptoms of depression are associated with altered metabolism of this neurotransmitter, although the evidence is less coherent than with serotonin. Many typical antidepressants, especially the tricyclics,

14

block the reuptake of NA into synaptic terminals, and some antidepressants such as maprotiline and reboxetine act mainly at the NA sites and do not seem to influence serotonin (for review see: Trimble 1996).

In the biochemical studies of the biology of mood disorders, investigators have moved beyond a simple model of the one neurotransmitter-one disorder kind, and now seek for interactions, and balances between monoamines, GABA and another neurotransmitters are discussed. Glutamate is, in contrast to GABA, the brain's main excitatory transmitter.  It is like GABA ubiquitous, it interacts with monoaminergic output and in some brain regions there is a reciprocal interaction with GABA. Sanacora et. al., (2004) reported higher cortical levels of glutamate and lower GABA levels in patients with depression. Although there are a growing number of scientific papers on links between glutamate activity and mood, the results are less clear than the data with GABA and serotonin. Gabapentin reduces glutamate release at cortical synapses, but the mechanism is unclear.

In *summary*, the neurotransmitters best established as related to suicidal behaviors (linked either through aggression, mood instability, depression or all three) are GABA and serotonin and NA. Thus, a direct relationship between suicidal behaviors and drugs which affect the GABA and serotonin systems is predictable. This explains the above clinical data on links between only certain AEDs that influence GABA and both affective disorders and aggression. Some of these drugs also decrease serotonin release.  One drug examined in the past was vigabatrin. This AED, a known GABAergic agent, also led to decreased release of monoamines in the human brain, but was known clinically to be associated with depression. The link may be then either direct, with the precipitation of aggressive emotions, or indirect through the onset of a depression.

15

## THE LINK BETWEEN GABAERGIC ANTI-EPILEPTIC MEDICATION

## AND DEPRESSION

There have been a number of studies of patients with epilepsy that associate the prescription of AEDs to depression, although the aetiology is often not well explored. Polypharmacy, and the use of barbiturates were well known problems in the past (Schmitz 2002). Some of the standard AEDs, such as carbamazepine, appear to have been less associated with these problems, but it is with the introduction of a new generation of AEDs in the last 15 years that there has been a resurgence of interest in the association between epilepsy, antiepileptic drugs and mood disorders.

The first of the new generation of AED's reliably associated with depression as a treatment emergent effect was vigabatrin, a GABA transaminase inhibitor which significantly increased CNS levels of the central nervous system neurotransmitter GABA (see below) (Thomas et al 1996). More recently tiagabine and topiramate have also been associated with a similar spectrum of behavior changes in epilepsy; these drugs too increasing CNS GABA (Mula, et. al., 2003). In this context it is interesting that drugs not acting on the GABA system, such as levetiracetam and lamotrigine, appear to be much less associated with treatment emergent psychiatric problems, particularly depression.  In our own studies lamotrigine appeared to have a protective affect against the emergence of psychiatric disorders in patients with epilepsy (Mula et al 2003).

16

*GABAERGIC ANTIEPILEPTIC DRUGS AND SUICIDE (excluding gabapentin)*

Data from the placebo controlled drug trials may be expected to give very limited information in this regard. The trials are set up to determine seizure modifying effects, and not psychiatric events. Study subjects will have rating scales for side effects, such as COSTART data. However, in the published papers it is usual to report only events monitored that occur in over a percentage of the population, such as 5 or even 10%. In the limited time of monitoring (usually only a few weeks), while depression is often noted, suicide and suicidal ideation fall below this level of reporting, even if increased above placebo figures. This is likely to lead to an underreporting of these events in clinical trials.

In general, the drugs related to adverse mood changes seem to be some older drugs, notably phenobarbitone, and, of the newer drugs, vigabatrin, tiagabine and topiramate, but data for the later three are conjectural, based not on the known incidence rate for suicidal behaviors with the drugs, but on the data for the emergence of an affective disorder as a side effect.

Associations between AEDs and attempted suicide have been noted with the ingestion of barbiturates (Hawton, et. al., 1980; Brent 1986). In the studies of Brent and colleagues (1986), the high frequency with which adolescents with epilepsy presented to the emergency room having taken overdoses of barbiturates was reported. Major depressive disorder was diagnosed in 40% of adolescents on phenobarbitone, a known GABAergic agent, in contrast to only 4% on carbamazepine which is not a GABAergic agent. In a study of gender differences of suicidal behavior in epilepsy, Kalinin and Polyansky (2005) observed that of 105 epileptic patients, the total daily dose of "classic" AEDs (phenobarbitone, phenytoin and primidone) was not associated with suicidal behavior, whereas the daily dose of phenobarbitone alone was. This was noted in both

17

males and females. In contrast, the daily dose of carbamazepine and sodium valproate were inversely correlated with such behaviors, in females only. These data support those of Brent and colleagues already cited on associations between phenobarbitone and suicidal behaviors. It has been known for a long time that GABAergic drugs such as the benzodiazepines are associated, in people with epilepsy and in psychiatric patients without epilepsy, with the paradoxical release of aggressive behaviors, but these drugs also are known to precipitate depression in some people (Olajide and Lader, 1984).

The new generation of AEDs include lamotrigine, levetiracetam, oxcarbazepine, pregabalin, topiramate, tiagabine, vigabatrin, zonisamide, and gabapentin. It has been shown that those new AEDs which increase brain GABA lead to negative effects on mood and behavior. As noted already, vigabatrin is associated with the development of depression (Ring, et. al., 1994). Levinson and Devinsky (1999) viewed the US and non-US double blind placebo controlled studies for evidence of psychiatric side effects with this drug, and examined suicide attempts. Depression was identified as a treatment emergent effect in 12-20% of verum (true drug) compared with 2.4-5.7% of placebo treated patients. However, in that analysis, suicidal attempts were not elevated overall in the verum groups. In a separate analysis of psychiatric adverse events on vigabatrin, 0.4% of 2686 evaluated patients were noted to have attempted suicide. This can be compared with the frequency of such events in patients not taking such drugs, for example in a placebo wing of a study. A figure of 0.05% in such studies is much lower than the figures obtained for this GABAergic antiepileptic drug.

One fact which has emerged from several studies quoted above is that patients who become depressed with these agents have in their histories earlier episodes of depressive disorders, and in some studies a family history of such disorders ( Mula, et. al., 2003).

18

Therefore, some patients are more vulnerable than others to the development of these behavioral dispositions.

### GABAPENTIN AND BEHAVIOURAL DISTURBANCES

There are reports of patients taking gabapentin and suicidal behaviors in the literature.  There are individual reports of patients having taken overdoses (Fernandez, et. al., 1996), but the interest mainly has been with the toxicological problems.

Of considerable importance is the article by Collins and McFarland (2007).  They studied suicide related events in patients taking various medications, including gabapentin, for bipolar disorder.  They showed a significant over-representation of patients on gabapentin for suicide deaths. Risk of "suicide completion was significantly (2.6 times) greater among gabapentin users versus lithium users ($p$ less than 0.001)" (Collins, et. al., 2007).

### GABAPENTIN AND AGGRESSION

In my report, entitled *Behavioural Disturbance with Gabapentin* (Pfizer_CPacella_0009404), I previously identified nine out of twenty one (43%) selected, reported cases of aggression provided to me by Parke-Davis where the reported behavioural problems may have been exacerbated or precipitated by gabapentin.  I concluded "[t]he possible provocation of aggression seems perhaps the strongest relationship I note with gabapentin, but this is no different from (as a problem) and less frequent than, this problem as encountered with all other anti-convulsants, standard and new" (Pfizer_CPacella_0009419).

Since then, there are several reports of outbursts of aggression following prescription with gabapentin. Tallian, et. al., (1996) reported two children with complex partial seizures (CPS), who developed unmanageable aggression, and in their report they noted that 1.6% of adults prescribed gabapentin reported aggression (company document cited.) Lee, et. al., (1996) commented on seven children who developed a variety of behavior problems, but hyperactivity and aggression were notable. In both these papers, the behaviors regressed on lowering the dose of or on stopping the gabapentin.

At the American Epilepsy Association annual meeting in 1995, there was a section devoted to treatment with gabapentin.  A review of the presentation materials clearly show gabapentin was associated with acute behavioral deterioration.  Doherty, et. al., noted that of 119 treated patients, aggression or irritable behavior was seen in 15 (13%), severe enough to lead to discontinuation of the drug in 6% of patients. Litzinger, et. al., noted increased behavioral problems and aggression in 16% of 110 patients with epilepsy and learning disability. Zupanc, et. al., described four patients with aggression, irritability and hyperactivity. Schantz, et. al., reported on negative mood changes which occurred in 20% of 120 treated patients, the descriptions were of "quicker tempers, greater impatience, occasional violent outbursts…". Cugley and Schwartz reported on five of 32 patients given gabapentin in whom the drug was discontinued on account of the development of dysphoric sensations which included irritability, fear and anger.

A review of the behavioural effects of the new anticonvulsant drugs was published in Drug Safety 2001 (volume 24, 513-536). The section under gabapentin specifically comments on aggression and irritable behaviour, citing the paper of Doherty, et. al., in which a significant percentage of adult patients taking gabapentin for epilepsy had aggressive or irritable behaviour.

*SUMMARY*

The above review leads to the following conclusions. First, AEDs can have negative effects on mood, and the reporting of disturbances of mood with certain drugs of this class is a well accepted scientific observation made over many years. The mood disorders are referred to as depression. These observations have been made mainly on people with epilepsy, but a similar profile of side effects occurs when AED's are used in non-epilepsy populations. Not all AED's have the same profile, and drugs most implicated are those which are GABAergic.

Depression is only one of the psychiatric presentations associated with suicidal behaviors, but links have been shown between depression, attempted suicide and completed suicide. A second important link with the prescription of AEDs is with personality changes, irritability, aggression, anxiety, dysphoria, hostility, impulsivity and violent outbursts. Not all patients respond in the same way with adverse reactions, but some prediction emerges in respect to the past and family psychiatric history.

## GABAPENTIN, MECHANISMS OF ACTION AND EFFECTS ON MOOD

If there is a biological link between the reported cases of suicidal behavior and gabapentin, then there needs to be some heuristic biochemical associations, and effects of the drug on the three important neurochemical systems referred to above, namely serotonin, NA and GABA are especially relevant.

21

## GABAPENTIN AND THE GABA SYSTEM

Gabapentin was developed to be a GABAergic compound. It was a designer drug, an analogue of GABA, and initially used as an inhibitor within the brain to control spasticity and epileptic seizures. However, the drug had no appreciable effect at the GABA$_A$ or GABA$_B$ receptor *using conventional binding studies* (Taylor 1995), and its mode of action in altering CNS GABA is different to some traditional GABAergic agents (see below). This may be due to action at the GABA pre-synaptic or at a non-synaptic receptor, or related to GABA turnover, and may be revealed only by alternative laboratory methods.

There is scientific evidence in the peer-reviewed literature that gapabentin alters GABA release or metabolism. Thus Bertrand, et. al., (2001) used a variety of cellular models and showed that gabapentin was an agonist at a subtype of GABA$_B$ receptors, and gabapentin sensitive GABA$_B$ receptors have been identified in CNS neurons. Whitworth and Quick (2001) reported that when gabapentin is incubated with hippocampal cultures which expressed GAT1, there is a two fold increase in subsequent GABA uptake which was concentration and time dependent. Parker, et. al., (2004) using rat neocortical slices showed that gabapentin activated presynaptic GABA$_B$ receptors. These effects were reversed by application of selective GABA$_B$ receptor antagonists, and mimic to some degree the effects of baclofen, a known GABA$_B$ agonist (Sills, 2006). These effects at the GABA$_B$ receptor are consistent with a 1984 internal paper wherein gabapentin's effect on serotonin and norepinephrine were correlated with the effects of baclofen (Research Report 4192-0166)

In addition to these effects, gabapentin has been shown to increase the activity of GAD (involved in the synthesis of GABA), to decrease activity of GABA transaminase (the enzyme which breaks down GABA in the synaptic cleft), and to increase the release of

22

GABA in spite of, in some models, not increasing overall GABA brain levels. (Loescher, et. al., 1991: Gotz, et. Al., 1993: Honmou, et. al., 1995: Taylor, et. al., 1992: Leach, et. al., 1997). Explanations of this GABA effect have included alteration of GABA transporter proteins, from the cytosolic pool to cell membranes, and a search for other non-synaptic release mechanisms.  At no time has there been in the scientific literature a specific rejection of the GABAergic properties of neurontin, and indeed, as late as 2002, Taylor published that "the findings of Kocis, et. al., suggest that gabapentin increases the non-synaptic release of $GABA_A$ from neuronal tissues, and the human studies of Petroff, et. al. indicate that gabapentin increases brain GABA concentrations (Antiepileptic Drugs, 5th edition, Chapter 28, Levy RH, et. al., 2002, p.13). In epilepsy, it has been suggested that one possible reason why the drug might increase or even precipitate epileptic myoclonus relates to a GABA-enhancing effect (Asconape, et. al., 2000). Even more recently, Pfizer's communication document (Pfizer_MCLaussen_0003564) includes the following: "Gabapentin is considered a GABA-modulationg agent, and affects brain GABA through multiple mechanisms.  Gabapentin has been shown to enhance GABA synthesis, increase whole-brain GABA, and promotes presynaptic GABA release through nonvesicular mechanisms."

It is then the case that some animal studies have shown that gabapentin alters the expression of CNS GABA, but it does so in ways that are different to the other drugs discussed such as vigabatrin (a pure GABA transaminase inhibitor), or topiramate (a GABAergic agent at GABA receptors.). It is accepted by the epilepsy community that gabapentin is GABAergic (e.g., see Perucca 2002), and it is presented as such to the psychiatric community (White 2003).  Thus, it is the received opinion of the scientific

community and Pfizer that gabapentin increases GABA levels. (see Table 1 of White paper: see Table 1 Perucca paper 2002).

*CLINICAL DATA*

Additional convincing data on the GABergic effects of gabapentin in humans come from a series of studies on volunteers and patients with epilepsy using MRI spectroscopy (MRS). This is a sophisticated, well accepted method used to non-invasively examine the fine structure of the brain, but which can also produce a profile of certain CNS chemicals in selected sites within the brain. In some human epilepsies (myoclonic epilepsies), MRS studies have shown low GABA levels in the occipital cortex, consistent with the neurobiology of these disorders. The lowest levels of GABA (plus homocarnisine) in the occipital areas are found in patients with epilepsy with interictal EEG changes, and in those patients with poor seizure control. These studies provide validity to the use of the method in humans, to the extent that it has been suggested that MRS assessments of GABA could be a useful marker of human epileptic potential (Petroff 2005).

Thus, in drug free volunteers without epilepsy given gabapentin, increased measurements of brain GABA are seen within three hours, and the increased levels are shown to be maintained at four weeks (Kiuzniecky, et. al., 2002). Petroff, et. al., (2000), studied the effects of gabapentin on brain GABA, homocarnosine, and pyrrolidinone levels in epilepsy patients. They measured these chemicals *in vivo* in six subjects using a 2.1-Tesla magnetic resonance spectrometer examining a 13.5-cc volume of the occipital cortex. These data were replicated using a 4.1 Tesla machine by Kuzniecky, et. al., (2002) on volunteers. In the first study it was shown that cerebral GABA concentrations in those on gabapentin were increased above controls matched for other medications, and that

24

increases were noted between baseline and repeat testing on the gabapentin in some patients.  Further, there was a dose relationship, such that those on higher doses of gabapentin had the higher levels of brain GABA. Even those on gabapentin monotherapy showed increased levels of GABA compared with comparison patients.

The second study again measuring a similar size of occipital cortex but in six volunteers, reported that gabapentin increased GABA levels 48% after six hours of a dose (17mg/kg) which was 50% of a target dose for a longer study.  Subjects were then given gabapentin in increasing doses for 4 weeks to receive a final dose 2400mg. Scans were taken at 2 and 4 weeks from the start of the study. Once target doses were achieved at 4 weeks, significant elevations in GABA were observed compared with baseline of 25%.

These data on the effects of gabapentin on human brain GABA *in vivo*, are complimented by an analysis of human neocortical tissue taken from patients undergoing temporal lobe resections for intractable epilepsy. The tissue was then treated with gabapentin, and subjected to MRS. Significantly increased cellular GABA was reported, confirming the patient MRS results (Errante, et. al., 2002).

In *summary*, it has been shown experimentally in the peer-reviewed scientific literature that gabapentin significantly and reliably increases the quantity of CNS GABA in the human brain. The accompanying figure taken from Petroff 2005, clearly shows the effect of gabapentin on GABA in the human brain.



Petroff (2005)

The opinion of its mode of action, namely as a GABA agonist, has been reiterated

from its inception into clinical practice, and remains current in the peer-reviewed and

other published literature (Taylor, 1995: Loescher 1998: Perucca, 2004, Sills, 2006).  To

quote one acknowledged expert: "vigabatrin, tiagabine and gabapentin act on GABAergic

inhibition" (Loescher, 1998 at p. 7), and to summarize the results of the MRS studies:

"Daily use of vigabatrin, topiramate, gabapentin or zonisamide appears to be associated

with increased cellular GABA plus homocarnisine...topiramate and gabapentin clearly

raise GABA in human brain..." (Petroff, 2005, at p. 362).   Importantly, these effects are

known to Pfizer, as reflected in company email, and were of concern as to their potential to

lead to adverse effects:

> "In terms of the reality of the increases in GABA in human brain, I would point out
> that the yale group's neuroimaging findings have been replicated by the group at
> Univ. Alabama.  Also, the increases in GABA in human neocortical slices appear to
> use the same technique as the rat studies (PCA extracts).  I suppose the question is:
> what are the consequences of the increases in GABA in human brain that are

26

caused by gabapentin?  It strikes me that they might contribute to efficacy and adverse events in humans" (Pfizer_CTaylor_0015442 (Douglas Feltner)).

Peer reviewed laboratory studies have shown that increasing cellular GABA levels leads to increased tonic GABA release in response to *physiological* activation, implying that the above changes in GABA have direct relevance for cerebral function in the human brain (see Petroff 2005, at p. 358).

## GABAPENTIN AND THE SEROTONIN SYSTEM

Gabapentin administration has been shown to alter the release of serotonin, one of the neurotransmitters noted as indelibly linked to aggression, impulsivity, depression and suicidal behavior in the peer reviewed literature.  This was found to be the case with one of the other GABAergic AEDs that led to a high frequency of depression, namely vigabatrin (Ben-Menachem, et. al., 1989).  With vigabatrin, evidence was derived from human cerebral fluid data, and it was shown that while a single dose increased serotonin turnover, chronic administration resulted in decreases of serotonin turnover.  This finding is consistent with the increased reporting of depression after the prescriptions of vigabatrin.

The animal research has been reviewed by Taylor, et. al., (1998).  Application of gabapentin to neuronal preparations leads to inhibition of serotonin release (Schlicker, et. al., 1985), although the mechanism is unclear.  Ben-Menachem, et. al.,(1992), reported on the effects of single doses of gabapenin on cerebral spinal fluid monoamines in patients with epilepsy, and as with the vigabatrin study just quoted, this led to an increase in the breakdown products of serotonin, suggesting acute increases in turnover.  The effects of chronic administration in humans of gabapentin have not been studied.   However, the

link between gabapentin and increased GABA levels in the brain has been reviewed above, as has the association between increasing GABA and a decrease in monoamine release, especially serotonin. The effects of gabapentin on monoamine release were well researched by the company, and are noted below.   As late as 2004, a Pfizer communication document (Pfizer_MClaussen_0003567) set forth the following:  "Additional work has suggested that gabapentin may interact functionally in a subtle manner with $Ca^{2+}$ channels, including a modest reduction in the release of monoamine neurotransmitters *in in-vitro*."

**PARKE-DAVIS, WARNER LAMBERT AND PFIZER HAVE POSSESSED KNOWLEDGE OF THE EFFECT OF GABAPENTIN ON NEUROTRANSMITTER SYSTEMS WHICH ADVERSELY AFFECT BEHAVIOUR, WITH PARTICULAR KNOWLEDGE AS TO ALTERATION OF MONOAMINE ACTIVITY AND EFFECTS ON GABA.**

Gabapentin was introduced to preclinical studies and to clinical practice as a GABA analogue. It is therefore clear that it was anticipated to have GABAergic properties. It was tested on a number of conventional biochemical and neurophysiologic systems for effects on GABA receptors and release, but no clear mechanism of action was initially revealed. This led to different methods to pursue the GABA effect. At this time (in the first part of the 1990's decade), the role of GABA agonists in epilepsy was very relevant, especially with the known antiseizure effects of several GABAergic agents such as phenobarbitone, benzodiazepines and vigabatrin.  The GABA hypothesis of mechanism of action of gabapentin was actively pursued, and the results were discussed in corporate documents and in company presentations.

I draw attention to my confidential report of May 20, 1995 which I prepared for the Warner-Lambert Company entitled "Psychosis with Gabapentin" (Pfizer_PSUR_0002000).

When addressing the effect of AEDs and the mental state, I then advised the Company of the following:

> It has been known for a long time that anticonvulsant drugs influence the mental state, and this can be broken down into adverse and beneficial effects.   However, the behavioral toxicity profile of most drugs is not simple.   A particular drug may influence one aspect of behavior positively and another negatively.....The main adverse effect of anticonvulsants is the link between anticonvulsant drugs and depression.

I also draw attention to my report, entitled "Behavioural Disturbance with Gabapentin" (Pfizer_CPacella_0009404), which I also prepared at the request of the Warner-Lambert Company.  There I indicated that "I have reviewed 33 case reports including 13 spontaneous events in which some kind of mood disorder is mentioned as a treatment emergent effect of gabapentin.  As a general comment, the information provided in these reports is less satisfactory than the psychosis data reviewed above.  Little or no information is given on the clinical psychiatric picture, no diagnostic categories are used, and usually no mention of either the past history, or the progress of the seizures during gabapentin therapy is made."   My review of "aggression and related disorders" did result in my opinion that in at least nine cases, "it seems that behaviour problems may have been exacerbated in 4, and occurred *de novo* in 5.   There I indicated that 43% of reported cases of aggression (nine-of-twenty one) may have been precipitated or exacerbated by gabapentin.

Prior to preparing these reports at the request of Warner Lambert, I was provided with clinical information containing only adverse event forms that the company believed were relevant. I have since been provided with much more additional information and I have reviewed the emerging scientific literature which confirms my opinion that

29

gabapentin has negative effects on behaviour in humans and that this is directly related to its action on GABA and serotonin.

An early 1994 text by C P Taylor (Pfizer_CTaylor_0001567) is a draft of a chapter for a book entitled Antiepileptic Drugs, volume 4.  In this, he reviews the effect of gabapentin on GABA production and release, citing some of the papers noted above, including the fact that the drug increases the rate of synthesis of GABA by up to twice control levels in several brain regions in animal models (Löscher, et. al., 1991), an effect similar to that noted with valproic acid but in different regions of the brain. He quotes an unpublished paper suggesting that gabapentin might change the cytosol concentrations of GABA in glial cells, and studies of rat optic nerves which indicated that gabapentin increased the amount of GABA released on an investigation of reversal of GABA transport.  The speculation was that at least some of the action of gabapentin could arise from alteration of GABA concentration in glial cells rather than in neurones. The conclusion of this section of his review is as follows: "Gabapentin's prevention of seizures from GABA antagonists or GABA synthesis inhibitors in rodents and findings of increased GABA synthesis in vivo together with findings of altered GABA release from brain slices and isolated optic nerve tissues indicate that enhancement of GABA activity in brain by a novel means …is a reasonable hypothesis for the anticonvulsant action of gabapentin" (Pfizer_CTaylor_0001575). Other effects on the GABA system included in this review include studies with gabapentin which reveal enhanced GAD activity in protein extracts (a study of Dr Taylor's own), and an inhibition of GABA transaminase activity.  Thus, Dr Taylor's own early review of this product strongly endorsed its GABAergic properties.

Taylor, comparing the pharmacology of gabapentin to vigabatrin in a document dated April 28, 1999 concludes "in summary, vigabatrin, gabapentin and topiramate all

appear to alter GABA metabolism or synthesis in brain tissue". While noting considerable differences between the mechanisms of action of the various drugs, the conclusion appears stark (Pfizer_CTaylor_0011499 at 0011500).

This line is consistently followed. For example, document Pfizer_CTaylor_0011510 is a confidential report discussing preclinical pharmacology studies with gabapentin issued on July 19, 2001. Following review of a number of models for analgesia, the arguments for mechanisms of action are rehearsed. In particular, the suggestion that somehow gabapentin raises GABA levels in the brain is not discounted, especially in terms of non-synaptic release of GABA, with the identification of alteration of GABA transport in cultured hippocampal neurones following treatment with gabapentin. Increased density of GAT1 GABA transporters with the drug is noted, which could account for changes in the non-synaptic release of GABA. There then follows section 3.2.3.2 a comment on two recently published reports indicating gabapentin may act as an agonist at a specific type of $GABA_B$ receptor. (e.g. the peer-reviewed paper by Ng, et. al., Molecular Pharmacology, 59, 144-152, 2001). Additionally, an Investigator's Brochure, dated October 2001, states (Table 2) that gabapentin has a profile of activity that is similar to benzodiazepine anxiolytic drugs and at section 6.2.1.2 the comment is made that gabapentin shows effects similar to benzodiazepine anxiolytics in social anxiety disorder (Pfizer_LTive_0009068).

Indeed, in 2002, a letter was sent to Pfizer (undated, but received July 9, 2002) from the Food and Drug Administration (FDA), signed by Lisa Stockbridge, which comments on a model that Pfizer had put forward to explain the mechanism of action of gabapentin to the medical profession. In this model, stated mechanisms of action are said to include "increases in GABA synthesis and increase in GABA release". It is clear that, at this point

31

in time, the company was prepared to promote the GABAergic effect as a mechanism of action to be presented to the neurological community.

The MRI studies quoted above gave clear signals that gabapentin enhanced GABA in the human brain, and were well quoted in some of these presentations. Document Pfizer_CTaylor_0008905 is entitled "an up-date of possible mechanisms of action of gabapentin", again from Charles Taylor. The abstract reads: "recent studies have shown that gabapentin treatment increases the concentration of GABA in human brain tissues, and laboratory studies have shown that gabapentin increases the non-synaptic release of GABA from neuronal tissues in vitro" (Pfizer_CTaylor_0008906). Similar data to the other papers is also reviewed here, which points in favour of the GABAergic hypothesis of action.

Within the material are several slide presentations given by Dr. Taylor or a colleague, which are undated. However, they consistently remark on some GABAergic properties of gabapentin (Pfizer_CTaylor_0000094). The slides are apparently part of a lecture emphasizing the effects of gabapentin on the alpha 2 delta protein; however, slide 18 refers to the paper by Ng, et. al., (2001) who report $GABA_B$ agonist like effects, and slide 19 comments that gabapentin increases GABA in human brain. At slide 25, the reference is to gabapentin enhancing GABA uptake (Whitworth et al, Biochemical society transaction 2001, 29. 736-741). Another example is a slide presentation (Pfizer_CTaylor_0000204), where slide 17 gives mechanisms of action which include, amongst others, increased GABA levels-1997: $GABA_B$ receptor subtype selective agonist-2001 (see also for further example document Pfizer_CTaylor_0010827).

The importance of these presentations (there are several others in the material I have seen), is that they were given at a time when there was a shift in emphasis of

mechanisms of action of the drug towards the alpha 2 delta protein, but even at this time the GABA effects are clearly discussed and recognized. Thus, an undated written summary of the pharmacology of gabapentin, which clearly moves towards highlighting its potential effect at the alpha 2 delta subunit, goes on to comment on an "enhancement of GABA supply" (Pfizer_CTaylor_0005341). The GABA hypothesis is supported by not only quoting the human MRI data, but also quoting a study in rats in which "gabapentin significantly increased GABA turnover (synthesis)..." in several CNS areas (Pfizer_CTaylor_0005343). It also comments on the effects of GABA on GAD (increasing activity by 45% to 78%) in addition noting that gabapentin inhibited the primary degradative enzyme for GABA, namely GABA transaminase. Finally, the shift of GABA transporter proteins from the cytosolic pool to cell membranes was quoted with approval, stating that the latter "might account for gabapentin's increase in brain GABA content" (Pfizer_CTaylor_0005343).

It seems that Pfizer may have had some problems with the image of gabapentin as a GABAergic agent, part of the reason for the shift of emphasis to the alpha 2 delta molecule. An internal company memo of May 2001 discusses whether or not to use terms such as GABA modulator in relationship to gabapentin, and a worry is expressed that too strong an emphasis on GABA may put gabapentin in the same "basket as vigabatrin" (Pfizer_CTaylor_0015156).

There came a time then, towards the end of the 1990's when in epilepsy, but also in psychiatry, the GABAergic drugs fell under a cloud of serious side effects. The main problem was the finding that some 40% of patients taking vigabatrin developed partial blindness, an effect which seemed attributed to the GABAergic properties of the drug. Psychoses and depression were also revealed as serious side effects of that drug, and in

33

the past, especially depression had been linked to both the prescription of barbiturates and the benzodiazepines. Dependence problems were also associated with drugs such as the benzodiazepines. The discovery that gabapentin acted at the alpha 2 delta protein, and could alter through this calcium influx and neurotransmitter flow was enthusiastically embraced. This not only allowed a de-emphasis on the GABAergic properties of the drug but also suggested the potential discovery of a new line of antiepileptic agents (acting at such protein sites), and possibly helping to unravel the causes of some forms of epilepsy.

Nonetheless, the influential and widely referenced textbook Antiepileptic Drugs, edited by Levy RH et al (Lippencott, new York), 5th edition was published in 2002 and Dr. Taylor wrote the chapter on gabapentin (Pfizer_CTaylor_0001612). A sentence retained from the earlier version commented on above is: "Gabapentin increases the apparent rate of synthesis of GABA by up to twice control levels in several brain regions, suggesting the altered GABA metabolism may underlay anticonvulsant action" (Pfizer_CTaylor_0001612 at 0001618). Further the review quotes that: "regardless of the mechanism responsible, gabapentin treatment of humans causes a rapid and sustained elevation of whole tissue GABA concentration in the brain" (citing the references Petroff, et. al., 1996 and Petroff, et. al., 2000)(Pfizer_CTaylor_0001612 at 0001618). Also retained in this review are the results from the experiments on optic nerve segments, suggesting that gabapentin enhances the release of GABA, caused by the reversal of a GABA transporter. Experiments related to nipocotic acid responses are quoted, leading to the conclusion that: "some of the anticonvulsant effects of gabapentin might arise therefore from increased non-synaptic GABA release" (Pfizer_CTaylor_0001612 at 0001619). The chapter then goes on to quote at studies of cultured hippocampal neurones showing that gabapentin alters the movement of GAT 1 type GABA transporter proteins between cytosol

and neuronal membranes, which may account for the alterations in GABA uptake and non-synaptic release already discussed. The chapter concludes that a reasonable hypothesis for the effects of gabapentin is the "enhancement of GABA activity in brain by novel means" (0001619). A summary of the GABAergic effects is given in table 3 of this important review chapter.

The company's concern in relation to the GABAergic profile of gabapentin was expressed at a Mechanism of Action, Data Sharing Meeting, held on October 2nd 2003, from which an executive summary was provided. This shies away from looking any further at the GABAergic properties of the drug, and comments: "if GABA levels are not important for the clinical efficacy of these drugs, there may be a perceptual problem among physicians. If GABA is in the name of the drug, clinicians will assume that the effects are due to its impact on brain GABA levels" (Pfizer_CTaylor_0020168 at 0020171).  The company emphasis by this time is very much on the alpha 2 delta protein.

However, even in 2004, the company persisted in documenting the GABAergic properties of gabapentin for physicians. Thus, while the gabapentin investigators brochure addendum (Japan) dated July 2004 (Pfizer_LCastro_0071522) shows the emphasis shift from its GABAergic effects to its influence at the alpha 2 delta subunit of the voltage-gated calcium channels, it is still stated that gabapentin increases brain GABA concentrations in human patients with epilepsy. Section 5.1.3.1.1 notes that gabapentin enhances GAD activity from between 45% and 78%, but merely goes on to state "the concentrations of gabapentin required for the effect were greater than those expected to be encountered during therapeutic use" (Pfizer_LCastro_0071531).

35

Thus, at no time, as revealed through the company documents and presentations, even with the growing emphasis on the alpha-2-delta findings, was there an emphatic denial of the GABAergic properties of gabapentin.

*GABAPENTIN REDUCES THE RELEASE OF EXCITATORY NEUROTRANSMITTERS*

The findings that gabapentin decreases the release of key monoamines in the depression/impulsivity/suicide narrative is also constantly referred to in the company documents, and investigators brochures. In research report 4192-0166, Dr. Reimann and Dr. Fritschi investigated whether gabapentin attenuates (reduces) the release of serotonin and norepinephrine. Importantly, they reference previous investigations of gabapentin that demonstrated it inhibited the release of dopamine similar to baclofen, a known GABAergic agent. They determined that gabapentin also reduced the release of serotonin and norepinephrine similar to baclofen. Specifically, they were able to observe a comparable effect of gabapentin on GABA and a resulting reduction in the release of serotonin and norepinephrine, similar to the effect of baclofen.

Document Pfizer_CTaylor_0008905 also discuses the release of monoamines. The comment is at 0008911: "in particular, the release of titrated norepinephrine, dopamine and serotonin have been studied, and there are reproducible decreases caused by gabapentin". There seems to be no controversy about these findings, although their implications do not seem to have been discussed (see also in some of the previously mentioned slide sets from Charles Taylor, and document Pfizer_LCastro_0028634 as further examples).

36

*GABAPENTIN AND SUICIDE*

The potential for gabapentin to provoke psychiatric reactions was known from the early studies in epilepsy, and the links to dysphoria, depression and aggression have been discussed above. Prescribing a drug that was not only GABAergic in humans, but also one that was known to lead to decrements in monoamine release, predicted the potential to provoke serious psychiatric and behavioral side effects. The warning signs were given in the company's own documents, where the possibility of depression, suicidal ideation and suicide attempts are noted. For example, in the 2002 investigators brochure (Pfizer_LCastro_0028634), Table 53 notes the adverse event depression as occurring in 1% of placebo subjects but 5.6% of patients taking 1800 milligrams a day of gabapentin (Pfizer_LCastro_0028634 at 0028689).  At page 84 are listed "treatment emergent, treatment – related serious adverse events" (0028717).  Under psychiatric disorder, patients are recorded (from nearly 5000 subjects) with documented events, but included are aggression, confusion, disorientation, dysphoria, hypomania and mania, some cases of psychosis, and a suicide attempt (0028717).

Document Pfizer_LTive_0010789 is a post marketing surveillance study of gabapentin carried out on 3100 patients from England (Wilton L V and Shakir S, Epilepsia 43, 983-992), published in 2002. The authors comment that after CNS effects, gastrointestinal and psychiatric events were the most frequently reported side effects (311 for psychiatry), with a sub-listing as follows: depression 50, aggression 41, anxiety 28, abnormal behaviour 27, and confusion 26. They continue: "all the cases of abnormal behaviour during treatment with gabapentin occurred in young to middle aged patients" They also note the higher frequency of hallucinations in this study. They comment "17 patients took an overdose, one of these was fatal". Two other patients had made suicide

threats. The authors concluded "the incidence of psychiatric events, both in the first month of treatment and overall, is similar to that reported in the PEM study of vigabatrin…".

Document Pfizer_LAlphs_0084338 is a group of documents relating to FDA's review of gabapentin for its initial epilepsy indication.   Adverse events associated with withdrawal from studies on 2048 patients are shown at page 107 (Pfizer_LAlphs_0084444), depression and suicidal ideation is given for 10 patients (0.48%). However, malaise, emotional lability, hostility, thinking problems, and some other potential effects on mood are also commented on here.  On Page 110 (Pfizer_LAlphs_0084447) the cumulative reporting of thinking abnormal is 4.7%, of nervousness is 4.5%, of depression is 4% and of hostility is 1.2%. Listed on page 113 (Pfizer_LAlphs_0084450) are alterations of psychobiologic function. Under 'frequent' are listed anxiety, depression, thinking abnormal, nervousness, agitation, hostility, and emotional lability.

Five cases of overdose were reported (Pfizer_LAlphs_0084461) and under "serious events" (Pfizer_LAlphs_0084462), depression and drug overdose and suicide attempt are noted.  The actual case information is given on pages (Pfizer_LAlphs_0084465 and 0084467). These effects are observed in both males and females, age range from 17 to 36, and on a variety of dosages from 300 mg to as much as 800mg a day. An analysis of individual cases reveals that at  some of these were considered possibly and probably related to the gabapentin, including a dechallenge/rechallenge event for depression with suicidal ideation (Pfizer_LAlphs_0084467).

Page 137 (Pfizer_LAlphs_0084474) discusses depression in more detail.  The comment is that of the total population exposed to gabapentin, 5.3% of patients reported

depression. However, the incidence of reporting of depression was almost certainly an underestimate. The document states: "however, numerous examples were identified among the CRFs where a patient developed treatment emergent depression where pharmacological intervention was required and the report of a serious adverse event was not made" (Pfizer_LAlphs_0084474). Of the patients who reported depression according to this document, 19 had no prior history of depression and 22 patients required treatment for their symptoms (Pfizer_LAlphs_0084474). The FDA goes on to say, "Less common but more serious events may limit the drug's widespread usefulness... [D]epression while it may be not an infrequent occurrence in the epileptic population, may become worse and require intervention, or lead to suicide, as it has resulted in some suicide attempts" (Pfizer_LAlphs_0084474).

In *summary*, the GABAergic action of gabapentin seems to have been an accepted part of company policy since the early studies with the drug, and an effect on GABA has never been refuted. The GABAergic effects on the human brain have been demonstrated in peer-reviewed imaging studies and replicated from independent centers, and the results used by the company to explain mechanisms of action. This effect, combined with the well demonstrated effect of gabapentin on reducing the release of key monoamines central to the regulation of mood, especially but not exclusively on serotonin, also forms a part of the company profile of the compound. These facts regarding mechanism of action, combined with the knowledge of negative affects on mood revealed within the company documents and in clinical trials should have alerted those investigating this drug to the potential for provoking serious behavioral side effects, especially in the depression-aggression-suicide spectrum.

## COMMENT AND CONCLUSIONS

Suicidal ideation is common in the general community, and may be associated with suicidal acts, but in most people the former does not lead on to the latter. Suicidal acts are not usually fatal, but a subgroup of people successfully kill themselves, often after a repeated attempt at self harm, and many suicidal acts lead directly on medical morbidity. Completed suicide is associated with affective disorders, especially depressive disorder, but many people who kill themselves are in fact not clinically depressed. The links between suicidal ideation and depression are logically established, and suicidal ideation is a key feature of depression, suicidal ideation being routinely documented in depression rating scales. Thus, the conclusion is drawn that the association between depressive disorders and suicidal behaviors are strongest for completed suicide and suicidal ideation, but perhaps less so for suicidal behaviors including attempted suicide.

Release of aggressive behavior is a second important link, perhaps the more so for suicidal ideation and attempted suicidal acts but also with completed suicide. Links between anger and aggression, suicidal ideation and attempted suicide are complex to unravel, but seem very important. Suicidal ideation is very common in depressive disorders (58% of such patients report this), and of those attempting suicide, some 15% have reported suicidal ideation prior to the act (Goldney et al 1997: Sokero et al 2003). To convert the ideation into an actual act of self harm may be achieved by biochemical means.

It is now established in the scientific literature that suicide, attempted suicide and suicidal ideation are increased in people with epilepsy and there is a reasonable degree of medical certainty that drugs which are GABAergic (topiramate, tiagabine and vigabatrin) lead to such episodes more than those which are not (lamotrigine, and carbamazepine).

40

The data on gabapentin are quite sparse in the epilepsy literature, mainly as it is not used much in the management of epilepsy, especially difficult to control epilepsy. Company documents reveal that depression is reported in over 5% of patients as a treatment emergent (side) effect. However, dysphoria, increased aggression and violent outbursts, especially in subgroups, which include a younger age group, are well reported in the scientific literature. Release of aggression is also featured in the company documents. It is in this context that the position of gabapentin outside the specific therapeutic area of epilepsy should be noted.

The conclusion that gabapentin has been shown to have GABAergic properties is secure. The drug was developed as a GABA agonist, and there is a continuing consensus of medical expert and scientific opinion that, however else it may work in epilepsy, it influences the GABA system. There may be species differences, and the precise mechanism has yet to be defined, but the scientific literature and the internal company documents confirm the link between gabapentin and increased GABA, and importantly the prescription of gabapentin has been shown to lead to increased levels of GABA in the CNS of healthy volunteers and patients prescribed the drug. The conclusion also is that it decreases serotonin and norepinephrine activity, acting in this way as some other GABA agonists do (such as vigabatrin).

The emphasis on methods of action of gabapentin, as revealed through the internal company documents shifted sometime in the mid-1990's. This was associated I opine, with several facts. First, a novel method of action, acting through the alpha 2 delta protein was highlighted. This was an important discovery, although even to this day the relevance of the effect on this protein for the anti-seizure effects of the drug are quite unclear. However, through the alpha 2 delta action, an effect on monoamines was substantiated,

41

with decreased release of key neurotransmitters involved in depression (serotonin and NA). The concern about this effect is noted within the company documents in an e-mail of December 13, 2004 linking the alpha2 delta effect with depression research (Pfizer_CTaylor_0021218).

Secondly, the tide of opinion (clinical) was moving away from the use of GABAergic drugs, in psychiatry (especially benzodiazepines) and in epilepsy (with the acknowledgement of behavior problems, but also with the discovery that the GABAergic antiepileptic drug vigabatrin caused visual field constriction, leading in some patients to severe visual loss). The chase was on to downplay GABA, and to emphasize alternative mechanisms, in spite of company documents as late as 2003 emphasizing the GABAergic properties of gabapentin.

Thirdly there was a shift in the prescribing habits of physicians regarding epilepsy. Gabapentin simply had a weak anti-seizure effect, and was in competition with more potent agents such as vigabatrin (in Europe) and topiramate.

In general, drugs which are GABAergic have been associated with negative effects on behavior. The associations between drugs such as alcohol, the barbiturates and benzodiazepines (all acting at the GABA receptor), and both cognitive impairments and clinical depression are well known, as are the paradoxical effects such as releasing aggression that prescription of these drugs can cause (Trimble 1996). The gabergic AED's are most linked with depression and release of aggression as treatment emergent side effects in the epilepsy populations, and past history of depression suggests a vulnerability to the development of treatment emergent depression. In other words, the biochemical effects of the drugs turn a potential into a certainty.

There are sufficient grounds in the peer-reviewed scientific literature to conclude

that gabapentin leads to the onset of negative mood states, especially in vulnerable individuals. Such mood states include depression, which will lead to or enhance suicidal ideation and acts, and is associated with completed suicides. The vulnerable patients will be those with associated disorders that are closely linked to depression such as chronic pain, and those patients with unstable moods: affective disorders of a wide clinical variety, but especially recurrent depressions and bipolar disorders.

The vulnerability of patients with a past history of depression or mood swings to develop depression with GABA-modulating drugs has been known in the scientific literature for two decades or more, and the prescription of such drugs to people with a history of depression or a potential either for suicide or depression is clinically unacceptable, unless the full psychiatric background of the patient has been assessed and the potential for these side effects described to the patients. Psychiatric casualties of this nature, namely depression, mood swings and suicidality after prescription of GABAergic agents and monoamine modifiers are and have been foreseeable for many years, and prescription of such drugs to susceptible patients can only be acceptable if the risks are known to prescribers.  Such prescriptions to vulnerable patients can only be undertaken after appropriate history taking and risk evaluation has taken place.

Just as case reports and small uncontrolled studies may suggest that alternative drug therapy may provide a beneficial result based upon the chemical structure and neurochemical action of a product, case reports and small uncontrolled studies may equally suggest adverse reactions based upon chemical structure and neurochemical action. Given the chemical structure and known neurochemical action in the brain of gabapentin, its use is not appropriate for patients who potentially have a compromised serotonergic system and will be at risk for suicide.

43

The American Psychiatric Association has provided guidelines for the assessment of patients with potential suicidal behaviors. These are adapted to the clinical evaluation in such settings and include, a thorough psychiatric evaluation, specific questioning about suicide, and estimation of the risk.  Where there is clinical potential for suicidal behavior such guidelines should be adopted, but there does not appear to be any company information to physicians about the potential suicide risks of gabapentin, or how to identify them (APA, 2004). In spite of recording side effects of depression, aggression, suicidal behaviors and even completed suicide, and knowing the biochemical profile of gabapentin no warnings were given, and no guidance as to the psychiatric assessment of patients provided.

It is not clear in the clinical data sheets that clinicians using gabapentin, especially in off-label conditions in which mood may be disturbed (or a primary feature) such as chronic pain, bipolar disorder and other disorders with dysphoria and irritability as key components were directed as to the precautions that should be taken with regards to the potential for affective disorders generally and suicide attempts or suicide specifically to be side effects. In my opinion the manufacturer should have specifically warned clinicians about depression, impulsivity, aggression, suicidal thoughts and risks of suicide in the clinical data sheets.

This conclusion is based on my personal experience with extensive clinical use of these drugs, my scientific investigations with these drugs, my reading of the relevant literature, including company documents and by my understanding of the currently held views of the scientific community.


Michael Trimble MD

# REFERENCES

American Psychiatric Association (APA), 2004. Practice Guidline for the Assessment and Treatment of Patients with Suicidal Behaviors. 2nd Edition. In: Practice Guidelines for the Treatment of Psychiatric Disorders Compendium. Arlington, VA, 835-1027.

Asberg M, Schalling D, Taskman-Bendz L, Wagner A, 1987. Psychobiology of suicide, impulsivity and related phenomena. In: Melzer HY (Ed). Psychopharmacology: Third generation of Progress, Raven Press, New York, pp 665-668.

Asconape J, Diedrich A, DellaBadia J, 2000. Myoclonus associated with the use of Gabapentin. Epilepsia, 41, 479-481.

Bagdy E, Kiraly I, Harsing LG, 2000. Reciprocal innervation between serotonergic and GABAergic Neurones in Raphe Nuclei of the Rat. Neurochemical Research, 25, 1465-1473.

Ben-Menachem E, Persson LI, Schechter PJ et al (1989). The effect of different vigabatrin treatment regimes on CSF biochemistry and seizure control in epileptic patients. British Journal of Clinical Pharmacology, 1989, 27, Suppl 1: 79s-85s.

Ben-Menachen E, Persson LI, Hedner T, 1992. Selected CSF biochemistry and Gabapentin concentrations in the CSF and plasma in patients with partial seizures after a single oral dose of Gabapentin. Epilepsy Research,11 45-9.

Berrettini WH, Nurnburger JI, Hare TA et al, 1983, Reduced plasma and CSF GABA in affective illness: effect of lithium carbonate. Biological Psychiatry, 18, 185-194.

Bertrand S, Ng GYK, Purisai MG, et al, 2001. The anticonvulsant, antihyperalgesic agent Gabapentin is an agonist at brain GABA type B receptors negatively coupled to voltage dependent calcium channels. Pharm Exp Ther, 298, 15-24.

Brent D A (1986). Over representation of epileptics in a consecutive series of suicide attempts seen at a children's hospital, 1978-1983. Journal of the American Academy of Child Psychiatry, 25, 242-246.

Brown GL, Linoila M 1990. Serotonin metabolite (5-HIAA) studies in depression, impulsivity and violence. Journal of Clinical Psychiatry, 51 (suppl 4) 31-41.

Coccaro EF, Siever LJ, Owen K, Davis KL, 1990. Serotonin in Mood and Personality Disorders. In Coccaro EF, Murphy DL (Eds). Serotonin in Major Psychiatric Disorders. Washington APA Press, pp 69-98.

Collins, J.C., McFarland, B.H., Divalproex, lithium and suicide among Medicaid patients with bipolar disorder. Journal of Affective Disorders (2007).

Concetta M F, Meek JL, 1981. Evidence for a tonic GABAergic control of serotonin neurones in the median raphe nucleus. Brain Research, 206, 208-212.

Conwell Y and Henderson RE. (1996) Neuropsychiatry of suicide. In Fogel BS, et. al. Neuropsychiatry. Williams & Wilkins : Baltimore. Pp. 485-521.

Cugley AL, Swartz BE, 1995. Gabapentin-associated mood changes. Epilepsia, 36, suppl 4, 3.61

Doherty KP, Gates J, Penovich PE, Moriarty GL, 1995. Gabapentin in a medically refractory epilepsy population: seizure response and unusual side effects. Epilepsia, 36, suppl 4, 3.54.

Errante LD, Williamson A, Spenser D, Petroff OAC, 2002. Gabapentin and Vigabatrin increase GABA in the human neocortical slice. Epilepsy Research, 49, 203-210.

Fernandez MC, Walter FG, Kloster JC, et al, 1996. Hemodialysis and hemoperfusion for treatment of valproic acid and Gabapentin poisoining. Vetinary and Human Toxicology, 38, 438-443.

Fink K, Meder W, Dooley DJ, Gothert M, 2000. Inhibition of neuronal Ca(2+) influx by Gabapentin and subsequent reduction of neurotransmitter release from rat neocortical slices. British Journal of Pharmacology, 130, 900-906.

Fink K, Dooley DJ, Meder N et al , 2002. Inhibition of neuronal Ca(2+) influx by Gabapentin and pregabalin in the human neocortex. Neuropharmacology, 42, 229-236.

Goldney R, Winefield A, Saebel J, Winefield H, Tiggerman, 1997. Anger, suicidal ideation, and attempted suicide: a prospective study. Comprehensive Psychiatry, 38, 264-268.

Gotz TJ, Fuerstein A, Lais A, Meyer DK, 1993. Effects of Gabapentin on release of GABA from slices of rat neostriatum. Arzneim-Forschung 43, 636-638.

Hawton K, Fagg J, Marsack P (1980). Association between epilepsy and attempted suicide. Journal of Neurology and Neurosurgery and Psychiatry, 43, 168-170.

Honmou O, Kocsis JD, Richerson GB, 1995. Gabapentin potentiates the conductance increase induced by nipecotic acid in CA1 pyramidal neurons in vitro. Epilepsy research, 20, 193-202.

Jones JE, Hermann BP, Barry JJ, Gilliam FG, Kanner AM, Meador KJ. (2003) Rates and risk factors for suicide, suicidal ideation, and suicide attempts in chronic epilepsy. Epilepsy & Behavior, 2003 Oct; 4 Suppl 3: S31-8.

Kalinin VV, Polyanskiy DA, 2005, Gender differences in risk factors of suicidal behavior in epilepsy. Epilepsy Behavior;6(3):424-9

Keele NB, 2005. The role of Serotonin in impulsive and aggressive behaviors associated with epilepsy-like neuronal hyperexcitabilityy in the amygdala. Epilepsy and Behavior, 7, 325-335.

Kuzniecky R, Pan J, Martin R, et. al., 2002. Modulation of cerebral GABA by topiramate, lamotrigine and Gabapentin in healthy adults. Neurology 58, 368-372.

Leach JP, Sills GJ, Butler E, et. al., 1997. Neurochemical actions in mouse brain. Epilepsy Research 27, 175-180.

Lee DO, Steingard RJ, Cesena M, et al 1996. Behavioral side effects of Gabapentin in children. Epilepsia, 37, 87-90.

Levinson DF, Devinsky O. (1999) Psychiatric adverse events during vigabatrin therapy. Neurology, 53, 1507-11.

Litzinger MJ, Wiscombe N, Hanny A, et. al., 1995. Increased seizures and aggression seen in persons with mental retardation and epilepsy treated with neurontin. Epilepsia, 36, suppl 4, 3.57.

Loescher W, 1998. New visions in the pharmacology of anticonvulsion. European Journal of Pharmacology, 342, 1-13.

Loescher W, Hoenack D, Taylor CP, 1991. Gabapentin increases aminooxyacetic acid induced GABA accumulation in several regions of rat brain. Neuroscience Letters 128, 150-154.

Mackay A (1979) Self-poisoning-a complication of epilepsy. Br J Psychiatry. 134, 277-82.

Mann JJ, Currier D, Stanley B et al, 2006. Can biological tests assist prediction of suicide in mood disorders? International Journal of Neuropsychopharmacology, 9, 465-474.

Mann JJ, Malone KM, 1997. Cerebrospinal fluid amines and higher-lethality suicide attempts in depressed in-patients. Biological Psychiatry, 41, 162-171.

Matthews WS, and Barabas G, 1981. Suicide and Epilepsy: a review of the literature. Psychosomatics 22, 515-524.

Mayeux R, Stern Y, Cote L and Williams JBW. (1984) Altered serotonin metabolism in depressed patients with Parkinson's disease, Neurology, 34, 642-646.

Mehlman PT, Higley JD, Faucher I et al, 2004. Low CSF 5-HIAA concentrations and severe aggression and impaired impulse control in non-human primates. American Journal of Psychiatry, 1994, 151, 1485-1491.

Mendez MF, Lanska DJ, Manon-Espaillat R and Burnstine TH. (1989) Causative factors for suicide attempts by overdose epileptics. Arch Neurol, 46, 1065-1068.

Miczek KA, Altman JL, Appel, JB, Boggan WO, 1975. para-chlorophenylalanine, serotonin, and killing behavior. Pharmacology, Biochemistry and behavior, 3, 355-361.

Mula M, Trimble MR, Lhatto SD, Sander JWAS. (2003) Topiramate and Psychiatric adverse events in patients with epilepsy. Epilepsia, 44, 456-63.

New AS, Hazlett EA, Buchsbaum M et al 2002. Blunted prefrontal cortical 18-flurodeoxyglucose positron emission tomography response to meta- chlorophenylpiprazine in impulsive aggression. Archives of General Psychiatry, 59, 621-629.

NishikawaT,  Scatton B, 1983. Evidence for a GABAeric inhibitory influence on serotonergic neurons originating from the dorsal raphe. Brain Research, 279, 325-329.

Nishikawa T, Scatton B, 1985. Inhibitory influence of GABA on Central Serotonergic Transmission. Brain Research, 331, 81-90.

Olajide D, Lader M, 1984. Depression following withdrawal from long-term benzodiazepine use: a report of four cases. Psychological Medicine, 14, 937-940.

Parker DAS, Ong J, Marino V, Kerr DIB, 2004. Gabapentin activates presynaptic GABAb heteroreceptors in rat cortical slices. Eur J Pharmacol, 495, 137-143.

Perruca E 2002. The New Anticonvulsants. In: Seizures, Affective Disorders and Anticonvulsant Drugs. Ed Trimble MR, Schmitz B, Clarius Press, Guildford, pp 1-18.

Petroff O, 2005. Biochemistry for Magnetic Resonance Spectroscopy. In: Magnetic Resonance in Epilepsy: Neuroimaging Techniques. 2nd edition. Ed: Kuzniecky RI, Jackson G. Elsevier, New York, pp 351-368.

Petroff OA, Hyder F, Rothman DL, Mattson RH, 2000. Effects of Gabapentin on brain GABA, homocarnisine and pyrrolidinone in epilepsy patients. Epilepsia, 41, 675-680.

Petroff OA, Rothman DL, Behar KL et al  1996. The effect of gabapentin on brain gaba-aminobutyric acid in patients with epilepsy. Annals of Neurology, 39, 95-99.

Petty F, 1995. GABA and mood disorders: a brief review and hypothesis. Journal of Affective Disorders 34, 275-281

Ring H, Crellin R, Kricker S et al (1994). Vigabatrin and depression. Journal of Neurology, Neurosurgery and Psychiatry, 56, 925-928.

Sanacora G, Gueorguieva R, Epperson CN, et al 2004. Sub-type specific alterations of GABA and glutamate in major depression. Archives of General Psychiatry, 62, 705-713.

Scatton B, Serrano A, Nishikawa T, 1985. GABA mimetics decrease extracellular concentrations of 5-HIAA in the dorsal raphe of the rat. Brain Res 341, 372-376.

Schlicker E, Reimann W, Gothert M, 1985. Gabapentin decreases monoamine release without affecting acetylcholine release in the brain. Arzneimittelforschung, 35, 1347-1349

Schmitz B (2002). The effects of antiepileptic drugs on behavior. In: The Neuropsychiatry of Epilepsy. Edited by Trimble M and Schmitz B. Cambridge University Press 2002. Pp 241-255.

Shantz D, Towbin JA, 1995. Changes in mood and affect in patients on Gabapentin. Epilepsia, 36, suppl 4, 3.62.

Sills GJ, 2006. The mechanisms of action of Gabapentin and pregabalin. Current Opinion in Pharmacology, 6, 108-113.

Slattery DA, Desrayaud S, Cryan JF, 2005. GABAB Receptor Agonist-Mediated Antidepressant-like behavior is serotonin

dependent. Journal of Pharmacology and Experimental Therapeutics, 312, 290-295.

Sokero TP, Melartin TK, Rytsala HJ et al, 2003. Suicidal ideation and attempts among psychiatric patients with major depressive disorder. Journal of Clinical Psychiatry, 64, 1094-2000.

Stanley B, Molcho A, Stanley M, et al 2000. Association of Aggressive Behavior with Altered Serotonergic Function in Patients who are not suicidal. American Journal of Psychiatry, 157, 609-614.

Stanley M and Mann JJ, 1983. Increased serotonin-2 binding sites in frontal cortex of suicide victims. Lancet, I, 214-216.

Tallian KB, Nahata MC, LO W, Tsao CY, 1996. Gabapentin associated with aggressive behavior in pediatric patients with seizures. Epilepsia, 37, 501-502.

Taylor C, 1995. Gabapentin, mechanisms of action. In: Antiepileptic Drugs, 4th ed. Ed Levy RH, Mattson, R, Meldrum BS. Raven Press, New York, pp 829-841.

Taylor C, 2002. Gabapentin, mechanisms of action. In: Antiepileptic Drugs, 5th ed. Ed Levy RH, Mattson, R, Meldrum BS. Raven Press, New York, pp 829-841.

Taylor CP, Gee NS, Ti-Zhi Su, et al 1998. A summary of mechanistic hypotheses of Gabapentin pharmacology. Epilepsy Research, 29, 233-249.

Taylor CP, Vartanian MG, Andruszkiewicz R, Silverman RB, 1992. 3-Alkyl GABA and 3-alkylglutamic acid analogues: two new classes of anticonvulsant agents. Epilepsy Research, 11, 103-110.

Tunnicliff G, Malatynska E. (2003),  Central GABAergic systems and depressive illness. Neurochemical Research, 28(6):965-76.

Trimble MR, 1996. Biological Psychiatry, 2nd Edition. J Wiley and sons, Chichester.

Thomas L, Trimble M R, Schmitz B and Ring H (1996). Vigabatri behavior disorders: a retrospective survey. Epilepsy Research, 25, 21-27

White, HS (2003) Mechanism of action of newer anticonvulsants. Journal of Clinical Psychiatry, 64, supplement 8, Vol. 64,5-8

Whitworth and Quick 2001,Upregulation of gamma-aminobutyric acid transporter expression: role of alkylated gamma-aminobutyric acid derivatives. Biochemical Society Transactions, vol. 29

Zupanc ML, Schroeder VM, 1995. Behavioral changes in children on Gabapentin. Epilepsia, 36, suppl 4, 3.63