# EXHIBIT 11

**1**

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE DISTRICT OF MASSACHUSETTS |
| 3 | MDL Docket No. 1629 |
| 4 | Master File No. 04-10981 |
| 5 | ************************************** |
| 6 | IN RE: NEURONTIN MARKETING, SALES |
| 7 | PRACTICES AND PRODUCTS |
| 8 | LIABILITY LITIGATION |
| 9 | ************************************** |
| 10 | THIS DOCUMENT RELATES TO: |
| 11 | RONALD J. BULGER, SR., as Administrator |
| 12 | of the Estate of Susan Bulger, Deceased |
| 13 | ************************************** |
| 14 | |
| 15 | VIDEOTAPED DEPOSITION OF RICHARD S. GOLDMAN, |
| 16 | |
| 17 | Held At: |
| | Hare & Chaffin |
| 18 | 160 Federal Street |
| | Boston, Massachusetts 02110 |
| 19 | |
| | April 22nd, 2008 |
| 20 | 9:07 AM |
| 21 | |
| 22 | Reported By: Maureen O'Connor Pollard, RPR, CLR |
| 23 | |
| | Videographer: William Slater |
| 24 | |

**2**

1  APPEARANCES:
2  FOR THE PLAINTIFF:
3     BY: ANDREW G. FINKELSTEIN, ESQ.
4     FINKELSTEIN & PARTNERS
5     436 Robinson Avenue
6     Newburgh, New York 12550
7     800-634-1212
8     fink33@mac.com
9
10 FOR THE DEFENDANTS:
11    BY: DAVID B. CHAFFIN, ESQ.
12    HARE & CHAFFIN
13    160 Federal Street
14    Boston, Massachusetts 02110
15    617-330-5000
16    dchaffin@hare-chaffin.com

**3**

1      INDEX
2
3  EXAMINATION                    PAGE
   RICHARD S. GOLDMAN, MD
4  BY MR. CHAFFIN                 5
   BY MR. FINKELSTEIN             172
5  BY MR. CHAFFIN                 214
   BY MR. FINKELSTEIN             223
6
7     EXHIBITS
   NO.    DESCRIPTION           PAGE
8  Ex. 1  Documents Bates
          000376-25AMD-00001 through
9         00122.........................  4
   Ex. 2  Certification of pharmacy
10        records, Bates
          000376-13EAP-00001 through
11        00003.........................  4
   Ex. 3  Medicine Shoppe records, Bates
12        000376-10TMS-00001 through
          00011.........................  4
13 Ex. 4  Dr. Goldman's curriculum vitae..  4
   Ex. 5  Documents titled Division of
14        Neuropharmacological Drug
          Products, Combined
15        Medical-Statistical Review......  179
   Ex. 6  Four page document from FDA
16        website........................  184

**4**

1          P R O C E E D I N G S
2
3          RICHARD S. GOLDMAN, MD,
4  having been satisfactorily identified by photo
5  identification, being first duly sworn, was
6  examined and testified as follows:
7          (Whereupon, Goldman Exhibits Number 1
8  through 4 were marked for
9  identification.)
10         THE VIDEOGRAPHER: My name is Bill
11 Slater of Veritext. Today's date is April 22,
12 2008. The time on the video screen is 9:07
13 a.m..
14         This deposition is being held at the
15 offices of Hare & Chaffin located at 160 Federal
16 Street, Boston, Massachusetts.
17         The caption in this case is In Re:
18 Neurontin Marketing, Sales Practices and
19 Products Liability Litigation, United States
20 District Court, District of Massachusetts, MDL
21 Docket Number 1629.
22         The name of the witness is Dr. Richard
23 Goldman.
24         At this time will the attorneys

13
1  Q. And what specialties do you have,
2  Doctor, if any?
3  A. I'm just an internist.
4  Q. Not just, but an internist.
5  A. I'm a general internist.
6  Q. I see.
7  A. I hate the term primary care, but
8  that's what the insurance companies label us
9  today.
10  Q. Are you board certified, Doctor?
11  A. Currently I'm not.
12  Q. Have you been?
13  A. Yes, I have.
14  Q. And as an internist?
15  A. Yes. My certificate, I have to get
16  recertified.
17  Q. I'm sorry?
18  A. I have to be recertified.
19  Q. Are you in the process of --
20  A. Yeah. I was certified in 1994.
21  Q. And that's your only --
22  A. Yes.
23  Q. -- certification?
24  A. Mm-hmm.

14
1  Q. Okay. And you're licensed to practice
2  in Massachusetts and Vermont?
3  A. Yes. I mean my practice is in
4  Massachusetts. I've had a Vermont license ever
5  since my -- I did a week in a clinic at Stratton
6  Mountain, and you had to get a state license to
7  practice for one week in the medical clinic
8  there in order to ski.
9  Q. In order to ski?
10  A. So I've had a Vermont license, but
11  I've never practiced in the State of Vermont
12  other than that one week that I was at Stratton.
13  Q. Are you board certified in
14  epidemiology, Doctor?
15  A. No.
16  Q. Pharmacology?
17  A. No.
18  Q. And do you have any special training
19  in either epidemiology or pharmacology?
20  A. Epidemiology just from my training in
21  public health. That was part of the curriculum.
22  Q. Is there a continuing legal --
23  continuing medical education requirement in
24  Massachusetts?

15
1  A. Yes, there is.
2  Q. And what is it?
3  A. For licensure I think, I'm not totally
4  aware of the requirements, it's a number of one
5  or 200 hours over the course of the two years
6  that you have to get. So I go to CMEs and
7  things like that for them.
8  Q. In that connection, have you taken any
9  courses in suicide?
10  A. Not specifically, to my recollection.
11  Q. On anti-convulsants?
12  A. Not specifically, to my recollection.
13  Q. On neuropathic pain?
14  A. Not specifically, to my recollection.
15  Q. On chronic pain?
16  A. Not specifically, to my recollection.
17  Q. Have you attended any courses on
18  Neurontin or gabapentin in particular?
19  A. Not specifically.
20  Q. Have you ever attended any seminars,
21  dinners, conferences, or anything of that nature
22  concerning Neurontin?
23  A. I don't remember specifically that I
24  went to a particular dinner or conference

16
1  specifically about Neurontin. I cannot say for
2  certain that it was not mentioned in some
3  conference, but nothing specific to my
4  recollection.
5  Q. Are you a member of any medical
6  societies or associations?
7  A. Right now, no.
8  Q. Do you subscribe or regularly review
9  any medical journals?
10  A. I get a summary journal called Journal
11  Watch, which is a summary of a number of
12  different, you know -- summarizes some of the
13  leading journals for physicians who are busy, I
14  get that via e-mail, and I do review.
15  Q. Is that one of these types of
16  publications that's tailored to your practice in
17  particular?
18  A. No.
19  Q. No?
20  A. It's tailored as an internist.
21  Q. It will extract articles from other
22  journals?
23  A. It basically -- there's one version of
24  it, to my knowledge, that just kind of

**17**

1 summarizes the latest things that have come out
2 in the last week or so.
3    Q.  And how frequently do you receive
4 that?
5    A.  I believe once a month, but I'm not
6 positive.
7    Q.  What textbooks, medical textbooks do
8 you typically refer to, if any?
9    A.  That's hard to say.  Depends on an
10 issue, depends on situation, you know.  Probably
11 Harrison's Textbook of Internal Medicine is
12 probably the one I probably refer to most, but I
13 don't have a copy of it, if I do look at it I
14 probably do it either on-line or in the library.
15    Q.  Do you subscribe to the PDR?
16    A.  I don't subscribe to it.  I think I
17 receive a free copy of it every year.
18    Q.  And do you review it regularly?
19    A.  I can't say I review it.
20    Q.  Pardon me?
21    A.  I don't review it.  I mean I use it if
22 I look up something, or if I look up a drug
23 dose.  But honestly, I don't use it all that
24 much.  It's just not as easy to --

**18**

1    Q.  I'm sorry, it's just?
2    A.  It's just not as easy to use.
3       I use a program called Epocrates which
4 is on my PDA, and there's also an on-line
5 version that just -- you know, if I need to know
6 a dosage of a drug or how it's applied or things
7 like that, it's a quick reference for doctors.
8 E-P-O-C-R-A-T-E-S, Epocrates.
9    Q.  E-P-O-C --
10    A.  -- C-R-A-T-E-S, Epocrates.
11    Q.  Do you consult with other physicians
12 about drugs you prescribe?
13    A.  I'm sure I do.
14    Q.  On a regular basis?
15    A.  Only in the course of if it's
16 something new that I'm not used to, I may talk
17 to a physician who says, you know, "I use this
18 particular drug at this particular dose."  Or if
19 it's an uncommon or it's a treatment that I'm
20 not used to or for something that I don't see
21 all that often, I may call a specialist and
22 discuss a particular case, and he'll mention a
23 drug, and I'll say "how is it prescribed?", and
24 they'll give me the regimen for it.

**19**

1    Q.  Have you ever had any such
2 conversations with -- concerning Neurontin?
3    A.  Not specifically, to my recollection.
4    Q.  Have you ever published any peer
5 reviewed literature or made presentations at any
6 medical meetings?
7    A.  I have not published any peer review.
8 I have made presentations at medical meetings.
9    Q.  On what subject or subjects?
10    A.  Currently the presentations that I've
11 made have been on the type of practice that I
12 have on concierge medicine.
13    Q.  The concierge, for lack of a better
14 word, practice?
15    A.  Yeah, the type of small personalized,
16 I've been invited to speak at an number of
17 places.
18    Q.  I take it, then, you have not
19 published or spoken about Neurontin?
20    A.  I have not.
21    Q.  And have you served on any editorial
22 boards of medical journals?
23    A.  No, I have not.
24    Q.  Forgive me if this is a little bit

**20**

1 redundant; could you describe a little bit of
2 what your practice was like during the 2003-2004
3 period when you were seeing Mrs. Bulger?
4    A.  Can you be a little more specific?
5    Q.  What was your practice like generally?
6 Was it as you described before, a concierge
7 practice?
8    A.  Yes.
9    Q.  Limited size?
10    A.  Limited size.  Again, we limit the
11 size of the practice to around 300 patients so
12 that we have the ability to give people more
13 personalized care.  We can see them the day
14 of -- the same day, we don't limit the time of
15 the appointment to five or ten minutes, which is
16 what normal practices seem to do these days, we
17 try not to make people wait, we give them as
18 much time as they need, and that's --
19    Q.  On a typical day during the 2003-2004
20 time frame, how many patients would you see?
21    A.  Each day is different.  I'd say it
22 could range from two or three to six or eight.
23    Q.  And what was the breakdown by age and
24 gender of your patient population, if you know?

33

1  listed, Doctor, the over the counter ones aside,
2  some of them list serious potential risks on the
3  label, right?
4      A.  I'm sure they do.
5      Q.  Would you nevertheless say that you've
6  had an overall positive experience with these
7  medications?
8          MR. FINKELSTEIN:  Objection.
9      A.  I can't say specifically.  You have to
10 tell me a particular drug.
11         BY MR. CHAFFIN:
12     Q.  How has your overall experience been
13 with Vicodin?
14         MR. FINKELSTEIN:  Objection.
15     A.  Again, depends on the particular
16 patient and the situation.  I usually find it
17 effective for short-term and mild to moderate
18 pain conditions.
19         BY MR. CHAFFIN:
20     Q.  Your overall experience with
21 Neurontin?
22         MR. FINKELSTEIN:  Objection.
23     A.  Too broad a question.
24         BY MR. CHAFFIN:

34

1      Q.  But you continue to prescribe it?
2      A.  I have patients that are on Neurontin,
3  yes.
4      Q.  Do you use informed consent forms,
5  Doctor?
6      A.  Not specifically to my knowledge, no.
7      Q.  Would it be fair to say that you don't
8  discuss every single potential side effect or
9  side effect of a drug when you prescribe it for
10 patients?
11     A.  I think it's impossible to describe
12 every side effect of every drug with every
13 patient.
14     Q.  And do you discuss side effects,
15 though?
16     A.  Yes, I do.
17     Q.  How do you -- what do you do?  What's
18 your general practice?
19     A.  Again you'd have to ask me
20 specifically about a particular drug.
21     Q.  Let's try Vicodin.
22     A.  I usually --
23         MR. FINKELSTEIN:  Objection.
24     A.  I usually would counsel someone

35

1  that -- not to take it when they're going to
2  drive, if they've never taken it before take it
3  at home, it may make them sleepy, it may make
4  them confused, depending on the age of the
5  patient, and it could make them nauseous.
6          BY MR. CHAFFIN:
7      Q.  Would it be fair to say that when you
8  prescribe a drug for a patient the first time
9  that you would analyze, take into account the
10 available information to determine whether the
11 benefits of the drug outweigh the risk?
12     A.  I would say that my practice is
13 usually that that would be the case.  I would
14 make a decision, I would not put a patient on a
15 medication unless I felt that the benefit of the
16 medication outweighed the risk.  But I can't
17 comment specifically about every drug and every
18 prescription I've ever written.
19     Q.  And what sort of information do you
20 take into account when you make that analysis
21 that you've just described?
22     A.  Twenty plus years of clinical
23 experience is probably the number one thing.  My
24 specific knowledge of the drug specifically in

36

1  terms of other patients that have been on it and
2  side effects or problems, benefits, things that
3  I have read in journals or summaries or things
4  that I have heard from other physicians in terms
5  of benefits, concerns, whatever.
6      Q.  Anything else?
7      A.  That's all I can think of.
8      Q.  One of the things you'll take into
9  account, though, is the particular circumstances
10 of the patient for whom you're prescribing the
11 drug, though, correct?
12     A.  Well, I always make a decision if I'm
13 going to prescribe a drug for a particular
14 patient, it's specific for that particular
15 patient.
16     Q.  It's fair to say, though, that every
17 time you prescribe a drug for a patient, you do
18 that only after satisfying yourself that the
19 potential benefits outweigh the potential risks?
20     A.  When you say "every time," I can't say
21 that.  I would hope, and I assume that every
22 time that I prescribe a drug I have made that
23 assessment, but it's a broad statement.
24     Q.  And if -- in situations where the

41

1 off-label is necessary?
2     MR. FINKELSTEIN: Objection.
3     A. I don't understand what you mean by
4 "necessary."
5     BY MR. CHAFFIN:
6     Q. Well, prescribing off-label is a
7 component of your practice, right?
8     A. I think it's a component of most
9 practices.
10     Q. And is it a necessary component of
11 your practice?
12     A. I don't say that it's specific or
13 necessary to my particular practice, but it is
14 something that I do in the course of my normal
15 practice.
16     Q. In your experience, Doctor, do you
17 communicate with other doctors about whether
18 particular drugs have worked in particular
19 situations, unusual situations perhaps?
20     A. Yes, I do.
21     Q. Would you agree, Doctor, that treating
22 some problems like chronic pain can be a trial
23 and error process?
24     A. Treating chronic pain is a particular

42

1 challenge, and everyone is different how they
2 respond to pain, and so treatment protocols,
3 medications, ancillary treatments, auxiliary
4 treatments, all things are usually
5 individualized.
6     Q. And, for example, in Mrs. Bulger's
7 situation, you made adjustments to her various
8 drugs over the course of nearly a year as
9 circumstances warranted, right?
10     A. I did make adjustments with her
11 dosages, timing, frequency, time of day, changes
12 in her medications over the course of that time,
13 yes.
14     Q. In your practice, Doctor, have you had
15 instances in which the off-label use of a drug
16 was the most effective treatment for a patient?
17     A. I don't recall specifically.
18     Q. What particular drugs do you prescribe
19 off-label, Doctor?
20     MR. FINKELSTEIN: Objection.
21     A. I don't -- I don't recall
22 specifically. Since I don't necessarily when I
23 prescribe a drug look up and see exactly what
24 the FDA approval is for, it's hard to say. So I

43

1 prescribe a drug for common conditions that is
2 used for that condition, but I can't say
3 specifically if it's, you know, on-label or
4 off-label.
5     BY MR. CHAFFIN:
6     Q. And when you prescribe a drug, do you
7 regularly consult the drug labelling or any
8 other information available from FDA?
9     A. Again, you'd have to give me a
10 specific drug. If it's something that I have
11 used commonly and frequently in the past that
12 I'm comfortable with, I may not specifically
13 check on that particular drug at that particular
14 time. But again, it would have to be -- you'd
15 have to ask me specifically about a particular
16 drug in a particular case.
17     Q. Well, with respect to Neurontin which
18 you prescribe, have you reviewed the labelling
19 on Neurontin?
20     MR. FINKELSTEIN: Objection just to
21 the time frame that you're referring to.
22     A. I don't recall specifically.
23     BY MR. CHAFFIN:
24     Q. When you were prescribing it for

44

1 Mrs. Bulger, did you review the labelling, if
2 you can recall?
3     A. I don't recall specifically reviewing
4 it.
5     Q. Do you tell patients that you're
6 prescribing off-label?
7     A. I don't recall specifically telling
8 patients that it is an off-label use. My
9 practice would be if I'm prescribing a drug that
10 might be used for an alternative reason, I
11 usually would explain to the patient that a
12 particular medication may be used for one
13 purpose, but we have found some clinical
14 evidence or other patients' or whatever
15 experience that it has shown benefit in the
16 particular condition that I'm prescribing it for
17 that patient.
18     Q. Fair to say, Doctor, that in making
19 determinations whether to prescribe something
20 off-label, you use your medical training and
21 judgment to satisfy yourself that this off-label
22 use is the most appropriate treatment?
23     MR. FINKELSTEIN: Objection.
24     A. I make decisions to prescribe

45

1   medications based on my best clinical judgment.
2   I can't tell you specifically what information I
3   use every time I prescribe a particular drug.
4         BY MR. CHAFFIN:
5         Q.   What are the FDA approved indications
6   for Neurontin, Doctor?
7         A.   I could not comment specifically on
8   what the FDA approval is specifically for
9   Neurontin.
10        Q.   And you've prescribed it for pain,
11  correct, I think you said before?
12        A.   I have used Neurontin in patients that
13  have various pain syndromes, yes.
14        Q.   Have you prescribed it for any other
15  conditions?
16        A.   I don't recall specifically, but I
17  believe that I have prescribed it or continued
18  it for patients who were on -- had either
19  seizure disorders, and I can't recall
20  specifically, but there may also have been
21  patients that had been prescribed it by their
22  psychiatrist for various psychiatric mood
23  stabilizing reasons that I may have refilled it
24  as well.  But I have, to my knowledge, never

46

1   initiated it for those conditions.
2         Q.   Any recollection of when you first
3   prescribed Neurontin?
4         A.   No, I don't.
5         Q.   Can you give me a rough estimate of
6   how many -- for how many patients you've
7   prescribed Neurontin for pain?
8         A.   No, I can't.
9         Q.   For any of the other conditions you
10  mentioned?
11        A.   No, I can't.
12        Q.   Based on your experience, was
13  Neurontin helpful for these various conditions?
14        A.   You'd have to ask me on a particular
15  patient.  I would have to say overall I have
16  found it to be helpful in treating patients with
17  pain syndromes.
18        Q.   How about for the other conditions you
19  mentioned?
20        A.   Again, I can't specifically comment
21  because it's just not my area of expertise.
22        Q.   Do you have situations where it didn't
23  seem to be helpful, if you can recall?
24        A.   I don't recall anything specifically.

47

1   I'm sure there have been patients that either it
2   did not prove efficacious or, you know, didn't
3   seem to help.
4         Q.   Any specific recollection of any
5   patients indicating to you that they were
6   experiencing any problems while on Neurontin?
7         A.   I don't recall specifically.
8         Q.   When you began prescribing Neurontin
9   for pain, why did you do that?
10        A.   I don't recall specifically the first
11  time I prescribed it for pain.  My overall
12  general recollection is I had learned or heard
13  from either a neurologist or a pain specialist
14  that they had been using Neurontin as an adjunct
15  to treat whatever, some type of pain condition,
16  and that's probably my first recollection of
17  using it.  I don't recall the case, I don't
18  recall the person, but that's my general
19  recollection of how I learned about it.
20        Q.   Was your decision, the initial
21  decision to prescribe Neurontin or any
22  subsequent decision to prescribe Neurontin
23  affected by anything that anyone from Pfizer or
24  Parke-Davis or Warner-Lambert told you?

48

1         A.   I do not recall specifically anything.
2         Q.   Do you see representatives of drug
3   companies on occasion?
4         A.   Yes, I do.
5         Q.   Have you seen representatives of
6   Pfizer or Warner-Lambert or Parke-Davis?
7         A.   Ever?
8         Q.   Ever.
9         A.   Yes.
10        Q.   Have you discussed Neurontin with any
11  representatives of Pfizer, Warner-Lambert or
12  Parke-Davis, if you can recall?
13        A.   I don't recall specifically any
14  conversations specific to Neurontin.
15        Q.   In the time leading up to 2003, from
16  January 1, 2000 to when you began to see
17  Mrs. Bulger in September of 2003, do you recall,
18  have any specific memory of any meetings with
19  any Pfizer representatives?
20        A.   That's a pretty general question.
21        Q.   Yes, sorry.
22        A.   I don't recall any specific meetings
23  with any Pfizer representatives during that
24  period of time.  I'm sure I saw Pfizer

**177**

1  knowledge of the -- what the drug has specific
2  FDA approval for.
3      Q.  Do you know what serotonin is?
4      A.  Yes, I do.
5      Q.  What do you know serotonin to be?
6      A.  Serotonin is a brain chemical that is
7  one of the neurotransmitters in the brain that
8  is speculated to be involved in mood disorders,
9  feeling good, feeling bad.  It's one of the
10 neurotransmitters of the brain.
11     Q.  And what are SSRIs?
12     A.  SSRIs are selective serotonin
13 re-uptake inhibitors, which is a class of
14 medication that are supposedly designed to
15 augment and increase the levels of serotonin in
16 a brain.  Common ones are Prozac, Zoloft, Paxil,
17 but many, but many, there are other drugs that
18 probably have some effect on the serotonin
19 pathway.
20     Q.  And by increasing the serotonin in the
21 brain, what is the expected result on mood and
22 behavior with respect to SSRIs?
23         MR. CHAFFIN:  Objection.
24     A.  Again, the theory is that if people's

**178**

1  serotonin levels are increased, they're supposed
2  to feel better.
3         BY MR. FINKELSTEIN:
4      Q.  Do you know whether or not Neurontin
5  decreases serotonin in the human brain?
6      A.  I have no --
7         MR. CHAFFIN:  Objection.
8      A.  Sorry.
9         I have no specific knowledge of the
10 effect of Neurontin on serotonin.
11        BY MR. FINKELSTEIN:
12     Q.  If the company knew that Neurontin
13 decreased serotonin in the human brain, is that
14 information you would have liked to have known
15 as a prescribing physician?
16        MR. CHAFFIN:  Objection.
17     A.  I like to have any information I can
18 about drugs and how they work just for my own
19 use.
20        BY MR. FINKELSTEIN:
21     Q.  When -- do you know when Neurontin was
22 approved by the FDA?
23     A.  No idea.
24     Q.  Do you know anything about the FDA

**179**

1  approval process generally?
2      A.  In general.
3      Q.  And that the FDA analyzes clinical
4  trials that are submitted to them?
5      A.  That's my understanding.
6      Q.  And in that analysis, they then make
7  some evaluations?
8      A.  Okay.
9      Q.  Do you know whether or not the FDA
10 conducts their own trials or rely upon the
11 pharmaceutical company's trials?
12     A.  I don't know specifically.  It's my
13 understanding that the trials are submitted to
14 the FDA from the company that's trying to get
15 approval for it.  I'm not aware that the FDA
16 does their own studies.
17        MR. FINKELSTEIN:  Could we mark this,
18 please?
19        (Whereupon, Goldman Exhibit Number 5
20        was marked for identification.)
21     A.  Do I have to read this?
22        BY MR. FINKELSTEIN:
23     Q.  No, you don't have to read it, I'm
24 going to direct you right to it.

**180**

1      A.  Good.
2      Q.  Let me just share with you what this
3  document is.
4         On the cover page you can see it's the
5  Division of Neuropharmacological Drug Products
6  Combined Medical Statistical Review?
7      A.  Okay.
8      Q.  And I submit to you that it's the
9  division of the FDA's neuropharmacological drug
10 products, and it's their review --
11     A.  Okay.
12     Q.  -- by Cynthia McCormick, medical
13 reviewer of the FDA --
14     A.  Okay.
15     Q.  -- related to clinical trials that
16 were submitted --
17     A.  Okay.
18     Q.  -- associated with gabapentin.
19     A.  Okay.
20     Q.  I ask you to turn to Page, it's all
21 the way at the end, 117.
22     A.  117.  Okay.
23     Q.  Do you see in the third paragraph,
24 begins "less common but more serious events may

Case 1:04-cv-10981-PBS   Document 1675-12   Filed 02/23/09   Page 9 of 12

Goldman, Richard MD (Bulger)  4/22/2008  9:07:00 AM

**181**

1 limit the drug's widespread usefulness"?
2   A.  Mm-hmm.
3   Q.  And in the middle of the paragraph it
4 says "a third is that depression, while it may
5 not be an infrequent occurrence in the epileptic
6 population, may become worse and require
7 intervention or lead to suicide as it has
8 resulted in some suicidal attempts."
9       Do you read that?
10  A.  I see that.
11  Q.  Are you aware that there were some
12 suicidal attempts during the original clinical
13 trials of Neurontin?
14  A.  I have no --
15      MR. CHAFFIN:  Objection.
16  A.  I have no knowledge of that.
17      BY MR. FINKELSTEIN:
18  Q.  And did you know that as of 1993 the
19 FDA's statement was that the widespread
20 usefulness was limited for Neurontin?
21      MR. CHAFFIN:  Objection.
22  A.  I was not aware of that, no.
23      BY MR. FINKELSTEIN:
24  Q.  And is that information that you would

**182**

1 have liked to have known as a prescribing
2 physician?
3       MR. CHAFFIN:  Objection.
4   A.  I can't comment whether that
5 information -- again, I like to have as much
6 information as possible in general.
7       BY MR. FINKELSTEIN:
8   Q.  And would you have liked to have known
9 if there were suicide attempts during clinical
10 trials of Neurontin?
11      MR. CHAFFIN:  Objection.
12  A.  Again, I like to have as much
13 information as possible about medication that
14 I'm prescribing for patients.
15      BY MR. FINKELSTEIN:
16  Q.  And why do you want to have as much
17 information as possible?
18  A.  In general, when you prescribe
19 medication for patients you like to know, you
20 know, benefits and risks of a particular drug
21 that are common and things that you need, you
22 know, to think about when you're making an
23 assessment.  As I said, with any medicine I
24 prescribe you'd determine if it's something

**183**

1 that's going to help the patient or not, and so
2 all information would necessarily be useful.
3   Q.  And does it impact on what you
4 communicate to patients?
5       MR. CHAFFIN:  Objection.
6   A.  Is what?
7       BY MR. FINKELSTEIN:
8   Q.  When you say you would like to have
9 all information.
10  A.  I didn't say all information, I said
11 as much as information as possible that is
12 relevant and is, you know, germane to using it.
13  Q.  If a drug is known to have the
14 potential to increase depression, is that the
15 type of information you would like to know?
16      MR. CHAFFIN:  Objection.
17  A.  I can't say specifically what kind of
18 information I'd want to know.  But as I said, I
19 would want to know relevant significant
20 information about any drug that I prescribe for
21 a patient.
22      BY MR. FINKELSTEIN:
23  Q.  Is a drug's capacity to increase
24 depression relevant information to you as a

**184**

1 physician?
2       MR. CHAFFIN:  Objection.
3   A.  It's relevant, again depending on
4 whether or not it's significant or if it's a
5 rare occurrence.
6       MR. FINKELSTEIN:  Can we mark this,
7 please?
8       (Whereupon, Goldman Exhibit Number 6
9       was marked for identification.)
10      BY MR. FINKELSTEIN:
11  Q.  I've just handed you what's marked as
12 Exhibit 6 for today.  Do you recognize what this
13 document is?
14  A.  No.  I mean I can read it, but I've
15 never specifically seen this before.
16  Q.  Are you aware that the FDA issued an
17 alert on January 31st, 2008 related to Neurontin
18 and ten other anti-epileptic drugs?
19  A.  I'm not aware that there was an alert
20 issued on 1/31/08, other than the fact it's in
21 front of me.
22  Q.  Can you put that down for a second?
23 Because I want to ask some preliminary
24 questions.

**197**

1   A.  Not specifically.
2   Q.  Okay.  If Neurontin reduces serotonin
3   in the human brain, is that significant to you?
4       MR. CHAFFIN:  Objection.
5   A.  I don't know what you mean by
6   significant to me.
7       BY MR. FINKELSTEIN:
8   Q.  Well, as a prescribing physician, is
9   that important information to know?
10      MR. CHAFFIN:  Objection.
11  A.  Specifically it's something -- what a
12  drug does and how it potentially works, or one
13  of the mechanisms or one of the things that it
14  does is just one piece of information that I'd
15  want to know in terms of using a particular
16  drug.  But mechanism versus clinical sometimes
17  are different.
18      BY MR. FINKELSTEIN:
19  Q.  During your 20 plus years of clinical
20  experience, has any patient of yours
21  demonstrated suicidality?
22  A.  I can recall probably one or two
23  patients over the years that have talked about
24  it in the course of in an office visit they have

**198**

1   mentioned, or in the course of treating patients
2   in an emergency room setting it has come up,
3   so --
4   Q.  And what course of action, if any, did
5   you take for those patients?
6   A.  Again, I don't recall specifically.  I
7   know that the patient that mentioned it had no
8   plan, they weren't really serious, it was just
9   something they thought about but really weren't
10  serious about.
11      There was one what I remember in the
12  emergency room that did have ideas and did have
13  a plan, but that was a different setting, and
14  there was a psychiatrist that came, and the
15  patient was -- that wasn't specifically one of
16  my patients, that was just somebody that I
17  treated in the course of working in the
18  emergency room.
19  Q.  Did you ever assess Susan Bulger at
20  any time during your treatment that she was at
21  risk for suicide?
22  A.  I'm not sure what you mean "at risk."
23  Q.  Let me restate that.
24      At any time did you believe Susan

**199**

1   Bulger was at high risk of suicide?
2   A.  No, I had no reason to believe that
3   Susan was at high risk for suicide.
4   Q.  At any time during your treatment, did
5   you believe she was at moderate risk of suicide?
6   A.  No.  The issue of suicide never was
7   mentioned in any of my notes, I don't recall
8   Susan ever talking about thinking about suicide
9   other than -- again, not specifically, no.
10  Q.  Do you recall if you ever asked her
11  about suicidal thoughts, plans, intentions?
12  A.  No, there's no mention that it was
13  either initiated by her or it was something that
14  I mentioned in my notes to be specifically
15  asking about suicide with her.
16  Q.  Do you have an independent memory of
17  Susan?
18  A.  I'm not sure what you mean.
19  Q.  Well, you've looked at a lot of
20  records, you've spoken about her.  I want to
21  know as you sit here today do you have a
22  picture, can you picture her in your mind, do
23  you know who she is, do you remember her as a
24  patient?

**200**

1   A.  Yes, I remember her.
2   Q.  And --
3   A.  But not outside the context of taking
4   care of her as a patient, no.
5   Q.  No, I understand that.
6   A.  Okay.
7   Q.  Can you describe her?
8   A.  I'm not sure what you want me to say.
9   She was a woman who had, you know, she had
10  chronic pain, she had a lot of issues, she was a
11  nice person.
12  Q.  Did you know that she had undergone 13
13  surgical procedures for her rheumatoid
14  arthritis?
15  A.  I know she had undergone a lot of
16  procedures, I did review her records, and I
17  remember the first time we talked that she had a
18  lot of surgery for her rheumatoid arthritis.
19  Q.  As a physician who practices, I'm
20  going to adopt your term, concierge medicine,
21  are you a physician who spends more time with
22  patients than the classic primary care
23  physician?
24  A.  I would say that's a true statement,

**201**

1  yeah.
2   Q.  And can you describe concierge
3  medicine and how you deliver concierge medicine
4  as compared to a primary care physician?
5   A.  Again, I think other than the way the
6  practice is structured, I like to think of
7  concierge medicine as more a throwback to the
8  way medicine used to be when doctors had time
9  for their patients and didn't have to rush them
10  out of the office, had time to talk to them and
11  were available and, you know, were accessible.
12   Q.  And is that the type of services that
13  you provided to Susan?
14   A.  I like to think that it was, yes.
15   Q.  Do you know if she had any -- plenty
16  of time to discuss with you any issues that she
17  was having medically?
18   A.  I am not aware that she had any
19  feelings of, you know, not having enough time or
20  that she felt rushed or anything like that.
21  Again, the way we schedule patients is, you
22  know, we don't book people back to back if we
23  can help it, and so we try to give people as
24  much time as they need in their visits.

**202**

1   Q.  And as you recall through your
2  independent memory or through a reflection of
3  any of your records, is there anything to
4  indicate that she was not provided the full
5  concierge services that you provide, in essence
6  unlimited time to you?
7   A.  I wouldn't say unlimited, but no.  I
8  mean she had -- there were no -- there's no
9  mention here of her having had any difficulty
10  coming -- getting in for an appointment or
11  feeling that she was rushed, or usually if there
12  are any problems there would have been some kind
13  of note passed back and forth saying the patient
14  was upset about something, or they would have
15  sent me an e-mail, or I would have -- so there's
16  no mention that there was any problem.
17   Q.  Was there any indication in your
18  records in the eleven months or so that you
19  treated her that chronic drug use in the early
20  nineties affected her emotional state when you
21  treated her?
22   A.  I have no specific knowledge of
23  chronic drug use in the early nineties with her,
24  and as a result I have no information that it

**203**

1  would have affected anything that I did.
2   Q.  Did you ever diagnose her as being
3  depressed during your treatment?
4   A.  Again, I don't know that I diagnosed
5  this.  There were clearly mention in the notes
6  that she was depressed and I -- my clinical
7  impression was that there was definitely a
8  component of depression in things that Susan was
9  experiencing, and it was certainly
10  understandable, as I mentioned in my notes,
11  given everything that was -- she was living with
12  chronic pain every day of her life, and that's
13  not easy for people.
14   Q.  Did you ever read anything about
15  Neurontin in journals or summaries that led you
16  to prescribe Neurontin for pain?
17   A.  I don't recall specifically reading
18  something that caused me to prescribe it.  My
19  recollection is that I -- you know, the reason I
20  prescribed it for pain was that a neurologist or
21  some specialist told me or explained to me or
22  suggested it for a particular patient for a pain
23  condition.  It was not something that I remember
24  reading initially.  I can't say that after that

**204**

1  that I didn't read articles or things talking
2  about using it, but I don't think -- that was
3  not the reason I used it initially.
4   Q.  Do you recall who that neurologist or
5  other specialist may have been?
6   A.  No, I have no recollection
7  specifically of who it was or the situation or
8  the particular patient, but --
9   Q.  Or a time frame?
10   A.  No.
11   Q.  Fair to say you have no recollection
12  other than that you recall some vague comment by
13  a neurologist or a specialist?
14   A.  I know that's how I started using it,
15  I remember, you know, in general that on a
16  patient that I may have sent to a neurologist
17  for a pain condition, either initiated it or
18  told me, you know, we've been using it.  Because
19  again, when I prescribed it I usually explain to
20  patients that's how I started using it, that's
21  why I use it.
22   Q.  Do you recall any literature articles,
23  medical journal articles related to Neurontin at
24  all that you've read?

**205**

1  A. Nothing specific, no, sorry.
2  Q. I'm going to ask you to take a look at
3  what's marked as Exhibit 2, please (handing).
4  A. Okay.
5  Q. And simply if you'd be kind enough to
6  look at Page 2.
7  A. 0002?
8  Q. Yes.
9     And the first date of the prescription
10 that was filled was October 8th, 2003?
11 A. That's what it says, yes.
12 Q. And then if you just turn the page, it
13 appears it runs through May 19th, 2004?
14 A. That's the last one that's listed
15 here, right.
16 Q. And then if you could just -- I'm
17 going to ask you to do the same thing for
18 Exhibit 3, just so we have a chronology of those
19 dates, and then I'm going to ask you some
20 specific questions about those.
21 A. Okay.
22 Q. So in Exhibit 2 that you just looked
23 at, the last date was May 19th, '04.
24 A. Right.

**206**

1  Q. In the document in front of you, what
2  is the first date that you have?
3  A. 5/21/04.
4  Q. And what do those prescriptions carry
5  on through?
6  A. The last one is dated 8/4/04.
7  Q. Are you aware of Susan Bulger
8  obtaining prescriptions or having prescriptions
9  filled at any other facility during your care
10 from either Eaton Apothecary --
11 A. Apothecary --
12 Q. -- or The Medicine Shoppe between
13 October 8th, 2003 through that final date of
14 August 4th, 2004?
15 A. I'm not aware of that, other than we
16 mentioned Walgreen's at some point that she used
17 to get her medicines from.
18 Q. I think Walgreen's was before.
19 A. It may have been again, I don't
20 remember the dates.
21    MR. CHAFFIN: Objection.
22 A. But that's the only other pharmacy.
23    BY MR. FINKELSTEIN:
24 Q. Okay. So I just want to take you

**207**

1  through these chronologically, if I may.
2     Beginning with --
3  A. Eaton?
4  Q. Yes.
5  A. Mm-hmm.
6  Q. And on October 25, 2003, do you see
7  that there's a -- appears that a prescription,
8  90 cap Neurontin 30 milligrams?
9  A. 300 milligrams.
10 Q. 300 milligrams, I'm sorry.
11 A. Yep.
12 Q. Would that be a one month supply, or
13 something different?
14 A. Well, if someone were taking it three
15 times a day or three a day, 90 pills would be
16 one month's supply.
17 Q. And November 28th, 2003, do you see 15
18 cap Neurontin 300-milligram capsules?
19 A. Mm-hmm, yep.
20 Q. Do you recall ever prescribing 15 cap?
21 A. No. I have no recollection of that.
22 It just means it was filled for 15 caps.
23 Q. And between November 28th, 2003 and
24 March 24, 2004, where it says "Neurontin," do

**208**

1  you see any other prescriptions for Neurontin in
2  that time frame?
3  A. No.
4  Q. On March 24th, 2004, what was filled?
5  A. It appears on March 24th there were 90
6  capsules of Neurontin 300-milligrams.
7  Q. Which would be how long of a supply?
8  A. One month.
9  Q. Then on --
10 A. Again taking three a day, that would
11 be one month's supply, total of three a day.
12 Q. And on April 19th, 2004?
13 A. Looks like another 90 were filled.
14 Q. Which would be a one month supply?
15 A. Mm-hmm, again at that dosage.
16 Q. And then one month later, May 18th,
17 2004, what was filled?
18 A. Yes, I see 90 capsules of
19 300 milligrams on May 15th.
20 Q. May -- can you just read that date
21 again?
22 A. 15th, I'm sorry.
23 Q. I think it's the 18th.
24 A. You may be right. Yes, you're right,