# EXHIBIT 15

| | | | |
|---|---|---|---|
| NAME | Goldman, Richard | SHERLOCK_SPECIALTY | INM |
| PRESCRIBER_ID | 1609231 | AMA_SPECIALTY | INM |

**SALES CALLS**

| | | | |
|---|---|---|---|
| CALL_DATE | 1/8/2004 | CALL_ID | 23524600005610 |
| CALL_TYPE | Detail and Starter | | |
| TERRITORY | 3VS11G11 | REP_NAME | Meagher, Michele |
| CALL_ADDRESS: | 761 Worcester St 3rd Fl, Wellesley, MA 02481 | | |

CALL_NOTES

AE_NOTES

MI_NOTES

| | | | |
|---|---|---|---|
| CALL_DATE | 2/4/2004 | CALL_ID | 23524600006476 |
| CALL_TYPE | Detail and Starter | | |
| TERRITORY | 3VS11G11 | REP_NAME | Meagher, Michele |
| CALL_ADDRESS: | 873 Worcester St, Wellesley, MA 02482 | | |

CALL_NOTES: suffers from migrains. uses maxalt melt

AE_NOTES

MI_NOTES

| | | | |
|---|---|---|---|
| CALL_DATE | 4/1/2004 | CALL_ID | 31750800000544 |
| CALL_TYPE | Detail and Starter | | |
| TERRITORY | 3VS11G11 | REP_NAME | Meagher, Michele |
| CALL_ADDRESS: | 873 Worcester St, Wellesley, MA 02482 | | |

CALL_NOTES: still not sold on relpax. keep reminding him of efficacy and quick onset of action

AE_NOTES

MI_NOTES

| | | | |
|---|---|---|---|
| CALL_DATE | 4/27/2004 | CALL_ID | 31750800001202 |
| CALL_TYPE | Detail Only | | |
| TERRITORY | 3VS11G11 | REP_NAME | Meagher, Michele |
| CALL_ADDRESS: | 873 Worcester St, Wellesley, MA 02482 | | |

CALL_NOTES

AE_NOTES

MI_NOTES

| NAME | Goldman, Richard | SHERLOCK_SPECIALTY | INM |
| --- | --- | --- | --- |
| PRESCRIBER_ID | 1609231 | AMA_SPECIALTY | INM |

SAMPLES

| CALL_DATE | CALL_ID | CODE | FORMULATION | QUANTITY |
| --- | --- | --- | --- | --- |
| 1/8/2004 | 235246000056102 | 7710 | Neurontin 300mg x 3 | 18 |
| 4/1/2004 | 317508000005440 | 7715 | Neurontin 100mg x 3 | 6 |
| 4/1/2004 | 317508000005440 | 7710 | Neurontin 300mg x 3 | 6 |