UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x
:   MDL Docket No. 1629
In re: NEURONTIN MARKETING,             :
      SALES PRACTICES AND              :   Master File No. 04-10981
      PRODUCTS LIABILITY LITIGATION    :
:   Judge Patti B. Saris
----------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:               :
:
*Smith v. Pfizer Inc.*, 1:05-cv-11515-PBS :
:
----------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.
IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Andrew G. Finkelstein, declare and state as follows:

1. My name is Andrew G. Finkelstein. I am a partner with the firm of Finkelstein & Partners, LLP, attorneys for Plaintiff Ruth Smith, in this matter. I make this declaration based on my own personal knowledge and information.

2. This declaration is submitted in opposition to Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion for Summary Judgment. (ECF Doc. # 1641.)

3. Attached as Exhibit 1 is a true and correct copy of May 19, 2004 correspondence from Christopher L. Wood, D.D.S.

4. Attached as Exhibit 2 is a true and correct copy of the Order and Memorandum Opinion by the Honorable Mark J. Bernstein, J., dated June 29, 2007, in *Clark v. Pfizer Inc.*, Phila. Ct. Comm. Pleas, June Term, 2004, No. 1819.

5. Attached as Exhibit 3 is a true and correct copy of the Opinion of the Honorable Mark I. Bernstein in *Clark v. Pfizer Inc.*, Phila. Ct. Comm. Pleas, June Term, 2004, No. 1819.

6. Attached as Exhibit 4 is a true and correct copy of the Order and Opinion of the Honorable Mark I. Bernstein, dated February 9, 2009, in *Clark v. Pfizer Inc.*, Phila. Ct. Comm. Pleas, June Term, 2004, No. 1819.

7. Attached as Exhibit 5 is a true and correct copy of the Division of Neuropharmacological Drug Products Combined Medical-Statistical Review dated Jan. 31, 1992.

8. Attached as Exhibit 6 is a true and correct copy of the Genentech October 2008 "Dear Doctor Letter" re: Raptiva.

9. Attached as Exhibit 7 is a true and correct copy of FDA's Combined Medical-Statistical Review, December, 1992 marked for identification as Exhibit 31 deposition of Janeth Turner on October 11, 2007.

10. Attached as Exhibit 8 is a true and correct copy of excerpts from the deposition of Janeth Turner (Oct. 12, 2007).

11. Attached as Exhibit 9 is a true and correct copy of excerpts from the expert report of Professor Michael Trimble, M.D.

12. Attached as Exhibit 10 is a true and correct copy of excerpts from the expert report of Stefan P. Kruszewski, M.D.

13. Attached as Exhibit 11 is a true and correct copy of excerpts from the deposition of Paul R. McCombs, III , M.D. (June 8, 2007).

14. Attached as Exhibit 12 is a true and correct copy of excerpts from the deposition of Edward Mackey, M.D. (May 23, 2007).

15. Attached as Exhibit 13 is a true and correct copy of Defendants' sales representatives' call records.

16. Attached as Exhibit 14 is a true and correct copy of excerpts from the deposition of Lucy Castro (July 10, 2007).

17. Attached as Exhibit 15 is a true and correct copy of the Memorandum re Neurontin (gabapentin), dated December 7, 2000.

18. Attached as Exhibit 16 is a true and correct copy of Defendants' sales representative call records regarding Drs. Clendenin and Nichols.

19. Attached as Exhibit 17 is a true and correct copy of Defendants' sales representative call records of Ashley Pippin.

20. Attached as Exhibit 18 is a true and correct copy of the sample distribution list.

21. Attached as Exhibit 19 is a true and correct copy of Defendants' sales representative call records regarding Paul R. Combs, III, M.D.

22. Attached as Exhibit 20 is a true and correct copy of the expert report of Charles King III, dated October 22, 2007.

23. Attached as Exhibit 21 is a true and correct copy of excerpts from the deposition of Cindy Smith-Charlton (Oct. 13, 2007).

24. Attached as Exhibit 22 is a true and correct copy of excerpts from the deposition of Ruth Smith (Apr. 12, 2007).

25. Attached as Exhibit 23 is a true and correct copy of excerpts from the Deposition of Professor Michael Trimble (Sept. 2-3, 2008).

26. Attached as Exhibit 24 is a true and correct copy of excerpts from the deposition of Gary Wayne Biggs (Feb. 8, 2008).

27. Attached as Exhibit 25 is a true and correct copy of excerpts from the Deposition of Pamela Krancer (June 8, 2007).

28. Attached as Exhibit 26 is a true and correct copy of excerpts from the deposition of Lewis Wesley Carnahan (Oct. 23, 2007).

29. Attached as Exhibit 27 is a true and correct copy of the Eckerd pharmacy record.

30. Attached as Exhibit 28 is a true and correct copy of the Plea Agreement.

31. Attached as Exhibit 29 is a true and correct copy of Exhibit 5, marked for identification at deposition of Gary Wayne Biggs (Feb. 8, 2008).

32. Attached as Exhibit 30 is a true and correct copy of the UMC PT records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 23, 2009, in Newburgh, New York

          **/s/ Andrew G. Finkelstein**
          Andrew G. Finkelstein, Esquire
          Finkelstein & Partners, LLP
          *Attorneys for Plaintiff Ruth Smith*
          1279 Route 300, P.O. Box 1111
          Newburgh, NY  12551

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 23, 2009.

          **/s/ Andrew G. Finkelstein**
          Andrew G. Finkelstein, Esquire