# EXHIBIT 1

CHRISTOPHER L. WOOD, D.D.S.
1502 17TH AVENUE SOUTH
NASHVILLE, TENNESSEE 37212-2808

TELEPHONE (815) 463-7684

May 19, 2004

Mr. Smith came in to see us on Monday, May 10th at 11:30. He called earlier not reaching us because a squirrel shorted out the transformer in our alley and shut power off from 7 until 9am that morning. Ann recounted he phoned my home to find what was going on. Excuse or not normally Mr. Smith would have never allowed that to go without some flack yet I thought it strange it was not mentioned.

Mr. Smith was still troubled by back pain and immediately told me that an end to pain seemed to be hopeless. He mentioned trying to get second opinions but each orthopedic physician he saw seemed to tune him out after hearing he already had surgery. "It was like they were all protecting each other." I made the suggestion he consider clinics outside Tennessee but he did not answer. Finally he simply said "I wish I had never had the surgery in the first place"." I cannot cut the grass, work on cars – you know I used to like you do all the time". "Now I am almost useless."

We next began to talk about his reason for coming. Ruth thought his gums were infected when she looked and he complained they seemed to burn. I believe he was concerned about cancer or some other pathology. Upon examination I reassured him they were normal. "Well, what would cause them to burn?" Food allergy, certain toothpastes. With that we discussed several. He said he used Colgate Total since we recommended it years ago. I suggested he change to Aquafresh just in case the ingredients were causing the burning sensation. Recounted past occurrences and he seemed interested and would do that. Also mentioned drugs, with that Mr. Smith said well I am on a lot of drugs. You know anything about Neurontin? I shook my head, not really except it is given for seizures. He then said he had gone online and looked it up saying it was extremely powerful, with numerous side effects. Plus it makes me feel weird and isn't helping me. Mr. Smith had mandibular exostosis which are small benign bony protuberances just below the teeth but do appear as swelling with blanched tissue over them. I explained this and that the tissue overlaying is extremely delicate, easily traumatized by a stiff toothbrush bristle, rough or sharp foods, and so on. After a few other suggestions we concluded.

Mr. Smith limped a little upon getting up to leave and appeared to have some discomfort as he made his way out. This visit I noted he didn't joke or have that usual smile he would flash after launching a few barb comments directed at me. When he stood erect it appeared he had lost an inch or two in height, as I always had to stand erect to look him straight eye to eye. I asked about Donna and he paused, " say a little prayer for Donna". There was obvious concern in his eyes and I could tell it was probably of more concern than his own health. Those were his last words to me.

We all were distraught to hear the news when Pat called me last Thursday morning. Speechless pretty much summed up our reactions then that numb nausea that immediately invades the stomach when something happens to a person close and you really care about. Our concern about you and the entire family continues as we will continue to honor Mr. Smith's last request and see Donna through her battle with cancer. Maintain a positive attitude!

Sincerest regards,

Chris