EXHIBIT 16

NAME           Anderson, Allen                SHERLOCK_SPECIALTY    SOR

PRESCRIBER_ID  32422275                       AMA_SPECIALTY

SALES CALLS

| *CALL_DATE* | 11/8/2000 | *CALL_ID* | 455311037 | *CALL_TYPE* | Detail and Starter |
|---|---|---|---|---|---|
| *TERRITORY* | T3CU1 | *REP_NAME* | Pippin, Ashley | *CALL_ADDRESS:* | St Thomas Medl Bg<br>Nashville, TN 37205 |

| *CALL_NOTES* | *AE_NOTES* | *MI_NOTES* |
|---|---|---|
| | | |

SAMPLES

| CALL_DATE | CALL_ID | CODE | FORMULATION | QUANTITY |
|---|---|---|---|---|
| 11/8/2000 | 455311037 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 6 |
| 11/8/2000 | 455311037 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 6 |
| 11/8/2000 | 455311037 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 12 |
| 11/8/2000 | 455311037 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 5 |

NAME            Clendenin, ROBERT          SHERLOCK_SPECIALTY      PMR

PRESCRIBER_ID   23283379                   AMA_SPECIALTY           PMR

SALES CALLS

| | | | |
|---|---|---|---|
| *CALL_DATE* | 8/23/2002 | *CALL_ID* | 68998000095891 | *CALL_TYPE* | Detail and Starter |

*CALL_DATE* 8/23/2002 *CALL_ID* 68998000095891 *CALL_TYPE* Detail and Starter

*TERRITORY* K1H12 *REP_NAME* Pippin, Ashley *CALL_ADDRESS:* 4230 Harding Road: Suite #1000 Nashville, TN 37205

*CALL_NOTES*      *AE_NOTES*      *MI_NOTES*

---

*CALL_DATE* 10/8/2002 *CALL_ID* 68998000115278 *CALL_TYPE* Detail and Starter

*TERRITORY* K1H12 *REP_NAME* Pippin, Ashley *CALL_ADDRESS:* 4230 Harding Road: Suite #1000 Nashville, TN 37205

*CALL_NOTES*      *AE_NOTES*      *MI_NOTES*

K1H12 / had a great time at program last week with geldblom, said he knew his stuff

---

*CALL_DATE* 10/23/2002 *CALL_ID* 68998000124754 *CALL_TYPE* Detail and Starter

*TERRITORY* K1H12 *REP_NAME* Pippin, Ashley *CALL_ADDRESS:* 4230 Harding Road: Suite #1000 Nashville, TN 37205

*CALL_NOTES*      *AE_NOTES*      *MI_NOTES*

---

*CALL_DATE* 11/1/2002 *CALL_ID* 68998000129587 *CALL_TYPE* Detail and Starter

*TERRITORY* K1H12 *REP_NAME* Pippin, Ashley *CALL_ADDRESS:* 4230 Harding Road: Suite #1000 Nashville, TN 37205

*CALL_NOTES*      *AE_NOTES*      *MI_NOTES*

NAME            Clendenin, ROBERT          SHERLOCK_SPECIALTY      PMR

PRESCRIBER_ID   23283379                   AMA_SPECIALTY           PMR

| | | |
|---|---|---|
| *CALL_DATE* 12/3/2002 | *CALL_ID* 68998000145968 | *CALL_TYPE* Detail and Starter |
| *TERRITORY* K1H12 | *REP_NAME* Pippin, Ashley | *CALL_ADDRESS:* 4230 Harding Road: Suite #1000 Nashville, TN 37205 |

*CALL_NOTES*                 *AE_NOTES*                 *MI_NOTES*

| | | |
|---|---|---|
| *CALL_DATE* 1/13/2003 | *CALL_ID* 68998000164223 | *CALL_TYPE* Detail and Starter |
| *TERRITORY* K1H12 | *REP_NAME* Pippin, Ashley | *CALL_ADDRESS:* 4230 Harding Road: Suite #1000 Nashville, TN 37205 |

*CALL_NOTES*                 *AE_NOTES*                 *MI_NOTES*

| | | |
|---|---|---|
| *CALL_DATE* 1/27/2003 | *CALL_ID* 68998000172659 | *CALL_TYPE* Detail and Starter |
| *TERRITORY* K1H12 | *REP_NAME* Pippin, Ashley | *CALL_ADDRESS:* 4230 Harding Road: Suite #1000 Nashville, TN 37205 |

*CALL_NOTES*                 *AE_NOTES*                 *MI_NOTES*

| | | |
|---|---|---|
| *CALL_DATE* 2/4/2003 | *CALL_ID* 10063300001303 | *CALL_TYPE* Detail and Starter |
| *TERRITORY* G3B11 | *REP_NAME* McLean, Deborah | *CALL_ADDRESS:* 4230 Harding Road: Suite #1000 Nashville, TN 37205 |

*CALL_NOTES*                 *AE_NOTES*                 *MI_NOTES*

| | | |
|---|---|---|
| *CALL_DATE* 2/14/2003 | *CALL_ID* 68998000180893 | *CALL_TYPE* Detail and Starter |
| *TERRITORY* K1H12 | *REP_NAME* Pippin, Ashley | *CALL_ADDRESS:* 4230 Harding Road: Suite #1000 Nashville, TN 37205 |

*CALL_NOTES*                 *AE_NOTES*                 *MI_NOTES*

NAME          Clendenin, ROBERT          SHERLOCK_SPECIALTY          PMR

PRESCRIBER_ID  23283379          AMA_SPECIALTY          PMR

---

*CALL_DATE*   3/14/2003   *CALL_ID*   68998000197169   *CALL_TYPE*   Detail and Starter

*TERRITORY*   K1H12   *REP_NAME*   Pippin, Ashley   *CALL_ADDRESS:*   4230 Harding Road: Suite #1000
Nashville, TN 37205

*CALL_NOTES*          *AE_NOTES*          *MI_NOTES*

---

*CALL_DATE*   6/17/2003   *CALL_ID*   2364850002132   *CALL_TYPE*   Detail Only

*TERRITORY*   3NR11M13   *REP_NAME*   3NR11M13, Vacant   *CALL_ADDRESS:*   4230 Harding Pike
Nashville, TN 37205

*CALL_NOTES*          *AE_NOTES*          *MI_NOTES*

---

*CALL_DATE*   6/30/2003   *CALL_ID*   2364850003267   *CALL_TYPE*   Detail and Starter

*TERRITORY*   3NR11M13   *REP_NAME*   3NR11M13, Vacant   *CALL_ADDRESS:*   4230 Harding Pike
Nashville, TN 37205

*CALL_NOTES*          *AE_NOTES*          *MI_NOTES*

Likes to push Neu. dose to a mimimun of 2,400mg.

---

*CALL_DATE*   7/7/2003   *CALL_ID*   25318000000158   *CALL_TYPE*   Detail and Starter

*TERRITORY*   3NU11M13   *REP_NAME*   3NU11M13, Vacant   *CALL_ADDRESS:*   4230 Harding Pike
Nashville, TN 37205

*CALL_NOTES*          *AE_NOTES*          *MI_NOTES*

Got a great detail with Dr Clendenin today.  He was glad to here about Relpax as a better option for his patients.

| NAME | Clendenin, ROBERT | SHERLOCK_SPECIALTY | PMR |
|---|---|---|---|
| PRESCRIBER_ID | 23283379 | AMA_SPECIALTY | PMR |

**CALL_DATE** 7/21/2003 **CALL_ID** 2531800001159 **CALL_TYPE** Detail and Starter

**TERRITORY** 3NU11M13 **REP_NAME** 3NU11M13, Vacant **CALL_ADDRESS:** 4230 Harding Pike
Nashville, TN 37205

**CALL_NOTES**                          **AE_NOTES**                          **MI_NOTES**

Dr Clendenin says that he really likes to use Neurontin and
has had great patient success.

**CALL_DATE** 7/28/2003 **CALL_ID** 23648500005538 **CALL_TYPE** Detail Only

**TERRITORY** 3NR11M13 **REP_NAME** 3NR11M13, Vacant **CALL_ADDRESS:** 4230 Harding Pike
Nashville, TN 37205

**CALL_NOTES**                          **AE_NOTES**                          **MI_NOTES**

Likes to start with Neu. 100's.

**CALL_DATE** 8/4/2003 **CALL_ID** 2531800002350 **CALL_TYPE** Detail and Starter

**TERRITORY** 3NU11M13 **REP_NAME** 3NU11M13, Vacant **CALL_ADDRESS:** 4230 Harding Pike
Nashville, TN 37205

**CALL_NOTES**                          **AE_NOTES**                          **MI_NOTES**

Dr Clendenin reinforced his great experience with Neurontin.

**CALL_DATE** 8/15/2003 **CALL_ID** 23648500007580 **CALL_TYPE** Detail and Starter

**TERRITORY** 3NR11M13 **REP_NAME** 3NR11M13, Vacant **CALL_ADDRESS:** 4230 Harding Pike
Nashville, TN 37205

**CALL_NOTES**                          **AE_NOTES**                          **MI_NOTES**

Discussion about pricing.

**CALL_DATE** 8/27/2003 **CALL_ID** 23648500008441 **CALL_TYPE** Detail and Starter

**TERRITORY** 3NR11M13 **REP_NAME** 3NR11M13, Vacant **CALL_ADDRESS:** 4230 Harding Pike
Nashville, TN 37205

**CALL_NOTES**                          **AE_NOTES**                          **MI_NOTES**

Said he doesn't even use the 100's at all.

NAME              Clendenin, ROBERT          SHERLOCK_SPECIALTY      PMR

PRESCRIBER_ID     23283379                   AMA_SPECIALTY           PMR

---

*CALL_DATE*      | 9/3/2003 |     *CALL_ID*        | 25318000004906 |    *CALL_TYPE*      | Detail and Starter |

*TERRITORY*      | 3NU11M13 |    *REP_NAME*        | 3NU11M13, Vacant |   *CALL_ADDRESS:*   4230 Harding Pike
Nashville, TN 37205

*CALL_NOTES*                          *AE_NOTES*                          *MI_NOTES*

Dr Clendenin says that he uses Neurontin for his pain patients 1st line to reduce Narcotic use.

---

*CALL_DATE*      | 9/15/2003 |    *CALL_ID*        | 25318000005938 |    *CALL_TYPE*      | Detail and Starter |

*TERRITORY*      | 3NU11M13 |    *REP_NAME*        | 3NU11M13, Vacant |   *CALL_ADDRESS:*   4230 Harding Pike
Nashville, TN 37205

*CALL_NOTES*                          *AE_NOTES*                          *MI_NOTES*

Dr Clendenin really likes Neurontin and uses frequently

---

*CALL_DATE*      | 9/29/2003 |    *CALL_ID*        | 25318000006963 |    *CALL_TYPE*      | Detail and Starter |

*TERRITORY*      | 3NU11M13 |    *REP_NAME*        | 3NU11M13, Vacant |   *CALL_ADDRESS:*   4230 Harding Pike
Nashville, TN 37205

*CALL_NOTES*                          *AE_NOTES*                          *MI_NOTES*

Dr Clendenin is using more Neurontin now

---

*CALL_DATE*      | 10/6/2003 |    *CALL_ID*        | 2364850011868 |    *CALL_TYPE*      | Detail and Starter |

*TERRITORY*      | 3NR11M13 |    *REP_NAME*        | 3NR11M13, Vacant |   *CALL_ADDRESS:*   4230 Harding Pike
Nashville, TN 37205

*CALL_NOTES*                          *AE_NOTES*                          *MI_NOTES*

Neurontin safety discussion - he feels there is no safer drug on the market.

---

NAME          Clendenin, ROBERT          SHERLOCK_SPECIALTY          PMR

PRESCRIBER_ID   23283379               AMA_SPECIALTY               PMR

| *CALL_DATE* | 10/20/2003 | *CALL_ID* | 23648500013378 | *CALL_TYPE* | Detail and Starter |
| *TERRITORY* | 3NR11M13 | *REP_NAME* | 3NR11M13, Vacant | *CALL_ADDRESS:* | 4230 Harding Pike Nashville, TN 37205 |

*CALL_NOTES*                    *AE_NOTES*                    *MI_NOTES*

Neurontin cost discussion.

| *CALL_DATE* | 11/14/2003 | *CALL_ID* | 28487400000180 | *CALL_TYPE* | Detail and Starter |
| *TERRITORY* | 3NU22B13 | *REP_NAME* | Hardin, Robert | *CALL_ADDRESS:* | 4230 Harding Pike Nashville, TN 37205 |

*CALL_NOTES*                    *AE_NOTES*                    *MI_NOTES*

| *CALL_DATE* | 12/1/2003 | *CALL_ID* | 27781200000485 | *CALL_TYPE* | Detail and Starter |
| *TERRITORY* | 3NU22B53 | *REP_NAME* | Ross, Janet | *CALL_ADDRESS:* | 4230 Harding Pike Nashville, TN 37205 |

*CALL_NOTES*                    *AE_NOTES*                    *MI_NOTES*

Still believes that Neu. is the gold standard.

| *CALL_DATE* | 12/8/2003 | *CALL_ID* | 28487400000464 | *CALL_TYPE* | Detail and Starter |
| *TERRITORY* | 3NU22B13 | *REP_NAME* | Hardin, Robert | *CALL_ADDRESS:* | 4230 Harding Pike Nashville, TN 37205 |

*CALL_NOTES*                    *AE_NOTES*                    *MI_NOTES*

| *CALL_DATE* | 12/15/2003 | *CALL_ID* | 27781200000862 | *CALL_TYPE* | Detail and Starter |
| *TERRITORY* | 3NU22B53 | *REP_NAME* | Ross, Janet | *CALL_ADDRESS:* | 4230 Harding Pike Nashville, TN 37205 |

*CALL_NOTES*                    *AE_NOTES*                    *MI_NOTES*

He said he wrote 3 Neu. this morning.

NAME            Clendenin, ROBERT          SHERLOCK_SPECIALTY      PMR

PRESCRIBER_ID   23283379                   AMA_SPECIALTY           PMR

---

*CALL_DATE*     12/22/2003     *CALL_ID*     28487400000743     *CALL_TYPE*     Detail Only

*TERRITORY*     3NU22B13       *REP_NAME*     Hardin, Robert       *CALL_ADDRESS:*     4230 Harding Pike
                                                                                      Nashville, TN 37205

*CALL_NOTES*                   *AE_NOTES*                         *MI_NOTES*

---

*CALL_DATE*     1/5/2004       *CALL_ID*     28487400000781     *CALL_TYPE*     Detail and Starter

*TERRITORY*     3NU22B13       *REP_NAME*     Hardin, Robert       *CALL_ADDRESS:*     4230 Harding Pike
                                                                                      Nashville, TN 37205

*CALL_NOTES*                   *AE_NOTES*                         *MI_NOTES*

---

*CALL_DATE*     1/12/2004      *CALL_ID*     2778120001325      *CALL_TYPE*     Detail and Starter

*TERRITORY*     3NU22B53       *REP_NAME*     Ross, Janet          *CALL_ADDRESS:*     4230 Harding Pike
                                                                                      Nashville, TN 37205

*CALL_NOTES*                   *AE_NOTES*                         *MI_NOTES*

Discussed formulary positioning with Neurontin.

---

*CALL_DATE*     1/19/2004      *CALL_ID*     28487400001153     *CALL_TYPE*     Detail and Starter

*TERRITORY*     3NU22B13       *REP_NAME*     Hardin, Robert       *CALL_ADDRESS:*     4230 Harding Pike
                                                                                      Nashville, TN 37205

*CALL_NOTES*                   *AE_NOTES*                         *MI_NOTES*

---

*CALL_DATE*     1/26/2004      *CALL_ID*     2778120001771      *CALL_TYPE*     Detail and Starter

*TERRITORY*     3NU22B53       *REP_NAME*     Ross, Janet          *CALL_ADDRESS:*     4230 Harding Pike
                                                                                      Nashville, TN 37205

*CALL_NOTES*                   *AE_NOTES*                         *MI_NOTES*

L- doesn't have any hesitation in using Neurontin with any
patients, seems to get to a pretty good dose.

---

NAME        Clendenin, ROBERT        SHERLOCK_SPECIALTY        PMR

PRESCRIBER_ID   23283379            AMA_SPECIALTY             PMR

*CALL_DATE*   2/2/2004   *CALL_ID*   28487400001427   *CALL_TYPE*   Detail and Starter

*TERRITORY*   3NU22B13   *REP_NAME*   Hardin, Robert   *CALL_ADDRESS:*   4230 Harding Pike
Nashville, TN 37205

*CALL_NOTES*                    *AE_NOTES*                    *MI_NOTES*

*CALL_DATE*   2/16/2004   *CALL_ID*   28487400001978   *CALL_TYPE*   Detail and Starter

*TERRITORY*   3NU22B13   *REP_NAME*   Hardin, Robert   *CALL_ADDRESS:*   4230 Harding Pike
Nashville, TN 37205

*CALL_NOTES*                    *AE_NOTES*                    *MI_NOTES*

*CALL_DATE*   4/2/2004   *CALL_ID*   28487400002645   *CALL_TYPE*   Detail and Starter

*TERRITORY*   3NU22B13   *REP_NAME*   Hardin, Robert   *CALL_ADDRESS:*   4230 Harding Pike
Nashville, TN 37205

*CALL_NOTES*                    *AE_NOTES*                    *MI_NOTES*

*CALL_DATE*   5/3/2004   *CALL_ID*   27781200004083   *CALL_TYPE*   Detail and Starter

*TERRITORY*   3NU22B53   *REP_NAME*   Ross, Janet   *CALL_ADDRESS:*   4230 Harding Pike
Nashville, TN 37205

*CALL_NOTES*                    *AE_NOTES*                    *MI_NOTES*
A- agreed to use the split tabs when starting pts.

*CALL_DATE*   5/21/2004   *CALL_ID*   27781200004901   *CALL_TYPE*   Detail and Starter

*TERRITORY*   3NU22B53   *REP_NAME*   Ross, Janet   *CALL_ADDRESS:*   4230 Harding Pike
Nashville, TN 37205

*CALL_NOTES*                    *AE_NOTES*                    *MI_NOTES*

NAME          Clendenin, ROBERT          SHERLOCK_SPECIALTY     PMR

PRESCRIBER_ID     23283379               AMA_SPECIALTY          PMR

SAMPLES

| CALL_DATE | CALL_ID | CODE | FORMULATION | QUANTITY |
|---|---|---|---|---|
| 8/23/2002 | 68998000095891 | 7715 | Neurontin 100mg x 3 | 72 |
| 8/23/2002 | 68998000095891 | 7710 | Neurontin 300mg x 3 | 72 |
| 10/8/2002 | 68998000115278 | 7715 | Neurontin 100mg x 3 | 72 |
| 11/1/2002 | 68998000129587 | 7710 | Neurontin 300mg x 3 | 72 |
| 1/13/2003 | 68998000164223 | 7710 | Neurontin 300mg x 3 | 72 |
| 2/4/2003 | 100633000013037 | 7712 | Neurontin 600mg x 3 | 18 |
| 2/4/2003 | 100633000013037 | 7710 | Neurontin 300mg x 3 | 12 |
| 2/14/2003 | 68998000180893 | 7715 | Neurontin 100mg x 3 | 24 |
| 6/30/2003 | 236485000032675 | 7710 | Neurontin 300mg x 3 | 48 |
| 7/7/2003 | 253180000001583 | 7715 | Neurontin 100mg x 3 | 6 |
| 7/21/2003 | 253180000011596 | 7710 | Neurontin 300mg x 3 | 6 |
| 8/4/2003 | 253180000023506 | 7710 | Neurontin 300mg x 3 | 24 |
| 8/15/2003 | 236485000075800 | 7712 | Neurontin 600mg x 3 | 24 |
| 8/27/2003 | 236485000084411 | 7712 | Neurontin 600mg x 3 | 6 |
| 9/3/2003 | 253180000049064 | 7715 | Neurontin 100mg x 3 | 6 |
| 9/15/2003 | 253180000059389 | 7715 | Neurontin 100mg x 3 | 3 |
| 9/29/2003 | 253180000069633 | 7715 | Neurontin 100mg x 3 | 3 |
| 10/6/2003 | 236485000118682 | 7710 | Neurontin 300mg x 3 | 12 |
| 10/20/2003 | 236485000133787 | 7713 | Neurontin 800mg x 3 | 12 |
| 11/14/2003 | 284874000001804 | 7715 | Neurontin 100mg x 3 | 12 |
| 12/1/2003 | 277812000004852 | 7715 | Neurontin 100mg x 3 | 6 |
| 12/8/2003 | 284874000004644 | 7710 | Neurontin 300mg x 3 | 3 |
| 12/15/2003 | 277812000008624 | 7712 | Neurontin 600mg x 3 | 6 |
| 1/5/2004 | 284874000007813 | 7715 | Neurontin 100mg x 3 | 3 |
| 1/12/2004 | 277812000013259 | 7712 | Neurontin 600mg x 3 | 24 |
| 1/19/2004 | 284874000011535 | 7713 | Neurontin 800mg x 3 | 6 |
| 1/26/2004 | 277812000017717 | 7713 | Neurontin 800mg x 3 | 6 |
| 2/2/2004 | 284874000014279 | 7715 | Neurontin 100mg x 3 | 6 |
| 2/16/2004 | 284874000019781 | 7710 | Neurontin 300mg x 3 | 6 |
| 4/2/2004 | 284874000026458 | 7710 | Neurontin 300mg x 3 | 12 |
| 5/3/2004 | 277812000040835 | 7715 | Neurontin 100mg x 3 | 18 |
| 5/3/2004 | 277812000040835 | 7712 | Neurontin 600mg x 3 | 24 |
| 5/21/2004 | 277812000049013 | 7715 | Neurontin 100mg x 3 | 6 |

NAME            Clendenin, ROBERT        SHERLOCK_SPECIALTY    PMR

PRESCRIBER_ID   23283379                 AMA_SPECIALTY         PMR

| CALL_DATE | CALL_ID | CODE | FORMULATION | QUANTITY |
|-----------|---------|------|-------------|----------|
| 5/21/2004 | 277812000049013 | 7710 | Neurontin 300mg x 3 | 6 |

NAME          Clendenin, ROBERT          SHERLOCK_SPECIALTY     SOR

PRESCRIBER_ID   32423751                 AMA_SPECIALTY

SALES CALLS

| | | |
|---|---|---|
| *CALL_DATE* 11/10/2000 | *CALL_ID* 455311041 | *CALL_TYPE* Detail and Starter |
| *TERRITORY* T3CU1 | *REP_NAME* Pippin, Ashley | *CALL_ADDRESS:* 4230 Harding Road: Suite #1000 Nashville, TN 37205 |
| *CALL_NOTES* | *AE_NOTES* | *MI_NOTES* |

SAMPLES

| CALL_DATE | CALL_ID | CODE | FORMULATION | QUANTITY |
|---|---|---|---|---|
| 11/10/2000 | 455311041 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 12 |
| 11/10/2000 | 455311041 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 12 |
| 11/10/2000 | 455311041 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 18 |

NAME            Nichols, J.                SHERLOCK_SPECIALTY      PMR

PRESCRIBER_ID   23251422                   AMA_SPECIALTY           PMR

SALES CALLS

*CALL_DATE*      8/28/2002     *CALL_ID*      68998000099056     *CALL_TYPE*      Detail and Starter

*TERRITORY*      K1H12         *REP_NAME*     Pippin, Ashley      *CALL_ADDRESS:*   4230 Harding Road: Suite #1000
                                                                                  Nashville, TN 37205

*CALL_NOTES*                   *AE_NOTES*                        *MI_NOTES*

*CALL_DATE*      9/11/2002     *CALL_ID*      68998000106790     *CALL_TYPE*      Detail and Starter

*TERRITORY*      K1H12         *REP_NAME*     Pippin, Ashley      *CALL_ADDRESS:*   4230 Harding Road: Suite #1000
                                                                                  Nashville, TN 37205

*CALL_NOTES*                   *AE_NOTES*                        *MI_NOTES*

*CALL_DATE*      9/23/2002     *CALL_ID*      68998000109127     *CALL_TYPE*      Detail and Starter

*TERRITORY*      K1H12         *REP_NAME*     Pippin, Ashley      *CALL_ADDRESS:*   4230 Harding Road: Suite #1000
                                                                                  Nashville, TN 37205

*CALL_NOTES*                   *AE_NOTES*                        *MI_NOTES*

*CALL_DATE*      10/14/2002    *CALL_ID*      68998000119088     *CALL_TYPE*      Detail and Starter

*TERRITORY*      K1H12         *REP_NAME*     Pippin, Ashley      *CALL_ADDRESS:*   4230 Harding Road: Suite #1000
                                                                                  Nashville, TN 37205

*CALL_NOTES*                   *AE_NOTES*                        *MI_NOTES*

| NAME | Nichols, J. | SHERLOCK_SPECIALTY | PMR |
|------|-------------|--------------------|-----|
| PRESCRIBER_ID | 23251422 | AMA_SPECIALTY | PMR |

---

**CALL_DATE** 11/12/2002 **CALL_ID** 68998000135441 **CALL_TYPE** Detail and Starter

**TERRITORY** K1H12 **REP_NAME** Pippin, Ashley **CALL_ADDRESS:** 4230 Harding Road: Suite #1000 Nashville, TN 37205

**CALL_NOTES**     **AE_NOTES**     **MI_NOTES**

---

**CALL_DATE** 4/11/2003 **CALL_ID** 68998000209103 **CALL_TYPE** Detail and Starter

**TERRITORY** K1H12 **REP_NAME** Pippin, Ashley **CALL_ADDRESS:** 4230 Harding Road: Suite #1000 Nashville, TN 37205

**CALL_NOTES**     **AE_NOTES**     **MI_NOTES**

---

**CALL_DATE** 6/23/2003 **CALL_ID** 24309700000002 **CALL_TYPE** Detail and Starter

**TERRITORY** 3NU11M13 **REP_NAME** 3NU11M13, Vacant **CALL_ADDRESS:** 4230 Harding Road, Suite 1000 Nashville, TN 37205

**CALL_NOTES** Dr Nichols said that he uses Neurontin for his pain patients with success     **AE_NOTES**     **MI_NOTES**

---

**CALL_DATE** 6/30/2003 **CALL_ID** 23648500003269 **CALL_TYPE** Detail and Starter

**TERRITORY** 3NR11M13 **REP_NAME** 3NR11M13, Vacant **CALL_ADDRESS:** 4230 Harding Pike Nashville, TN 37205

**CALL_NOTES** Quick introduction - Neu mention.     **AE_NOTES**     **MI_NOTES**

---

NAME             Nichols, J.              SHERLOCK_SPECIALTY      PMR

PRESCRIBER_ID    23251422                 AMA_SPECIALTY           PMR

| | | | |
|---|---|---|---|
| *CALL_DATE* | 7/7/2003 | *CALL_ID* | 25318000000157 | *CALL_TYPE* Detail and Starter |

*TERRITORY* 3NU11M13  *REP_NAME* 3NU11M13, Vacant  *CALL_ADDRESS:* 4230 Harding Road, Suite 1000
Nashville, TN 37205

*CALL_NOTES*                       *AE_NOTES*                       *MI_NOTES*

As usual Dr Nichols was in a hurry but said he was using more Neurontin.

---

*CALL_DATE* 7/21/2003  *CALL_ID* 25318000001160  *CALL_TYPE* Detail and Starter

*TERRITORY* 3NU11M13  *REP_NAME* 3NU11M13, Vacant  *CALL_ADDRESS:* 4230 Harding Road, Suite 1000
Nashville, TN 37205

*CALL_NOTES*                       *AE_NOTES*                       *MI_NOTES*

Dr Nichols stated that he uses lots of Neurontin in his patient population.

---

*CALL_DATE* 7/28/2003  *CALL_ID* 23648500005535  *CALL_TYPE* Detail and Starter

*TERRITORY* 3NR11M13  *REP_NAME* 3NR11M13, Vacant  *CALL_ADDRESS:* 4230 Harding Pike
Nashville, TN 37205

*CALL_NOTES*                       *AE_NOTES*                       *MI_NOTES*

Seems to love Neurontin but doesn't even use the 100's.

---

*CALL_DATE* 8/4/2003  *CALL_ID* 25318000002351  *CALL_TYPE* Detail and Starter

*TERRITORY* 3NU11M13  *REP_NAME* 3NU11M13, Vacant  *CALL_ADDRESS:* 4230 Harding Road, Suite 1000
Nashville, TN 37205

*CALL_NOTES*                       *AE_NOTES*                       *MI_NOTES*

Dr Nickols seems to like Neurontin, although he is hard to read.

| NAME | Nichols, J. | SHERLOCK_SPECIALTY | PMR |
|------|-------------|--------------------|----|
| PRESCRIBER_ID | 23251422 | AMA_SPECIALTY | PMR |

**CALL_DATE** 8/27/2003 **CALL_ID** 2364850000843 **CALL_TYPE** Literature Drop Only

**TERRITORY** 3NR11M13 **REP_NAME** 3NR11M13, Vacant **CALL_ADDRESS:** 4230 Harding Pike
Nashville, TN 37205

**CALL_NOTES**  **AE_NOTES**  **MI_NOTES**

Dr. Nichols was at TOA today.

**CALL_DATE** 9/15/2003 **CALL_ID** 2531800005939 **CALL_TYPE** Detail and Starter

**TERRITORY** 3NU11M13 **REP_NAME** 3NU11M13, Vacant **CALL_ADDRESS:** 4230 Harding Road, Suite 1000
Nashville, TN 37205

**CALL_NOTES**  **AE_NOTES**  **MI_NOTES**

Dr Nickhols says he really likes Neruontin.

**CALL_DATE** 9/29/2003 **CALL_ID** 2531800006962 **CALL_TYPE** Detail and Starter

**TERRITORY** 3NU11M13 **REP_NAME** 3NU11M13, Vacant **CALL_ADDRESS:** 4230 Harding Road, Suite 1000
Nashville, TN 37205

**CALL_NOTES**  **AE_NOTES**  **MI_NOTES**

Dr Nichols seems to be using more Neurontin

**CALL_DATE** 10/6/2003 **CALL_ID** 2364850001866 **CALL_TYPE** Detail Only

**TERRITORY** 3NR11M13 **REP_NAME** 3NR11M13, Vacant **CALL_ADDRESS:** 4230 Harding Pike
Nashville, TN 37205

**CALL_NOTES**  **AE_NOTES**  **MI_NOTES**

Quick Neurontin mention.

**CALL_DATE** 10/13/2003 **CALL_ID** 2531800008286 **CALL_TYPE** Detail and Starter

**TERRITORY** 3NU11M13 **REP_NAME** 3NU11M13, Vacant **CALL_ADDRESS:** 4230 Harding Road, Suite 1000
Nashville, TN 37205

**CALL_NOTES**  **AE_NOTES**  **MI_NOTES**

Dr Nichols says that he likes Neurontin for pain and uses
frequently

| NAME | Nichols, J. | SHERLOCK_SPECIALTY | PMR |
|---|---|---|---|
| PRESCRIBER_ID | 23251422 | AMA_SPECIALTY | PMR |

*CALL_DATE* 10/20/2003 *CALL_ID* 23648500013382 *CALL_TYPE* Literature Drop Only

*TERRITORY* 3NR11M13 *REP_NAME* 3NR11M13, Vacant *CALL_ADDRESS:* 4230 Harding Pike
Nashville, TN 37205

*CALL_NOTES*                *AE_NOTES*                *MI_NOTES*

He was not in today.

*CALL_DATE* 10/28/2003 *CALL_ID* 27242300000889 *CALL_TYPE* Detail and Starter

*TERRITORY* 3NU11M13 *REP_NAME* 3NU11M13, Vacant *CALL_ADDRESS:* 4230 Harding Road, Suite 1000
Nashville, TN 37205

*CALL_NOTES*                *AE_NOTES*                *MI_NOTES*

Dr Nichols says he is using tons of Neurontin

*CALL_DATE* 12/1/2003 *CALL_ID* 27781200000487 *CALL_TYPE* Detail Only

*TERRITORY* 3NU22B53 *REP_NAME* Ross, Janet *CALL_ADDRESS:* 4230 Harding Road, Suite 1000
Nashville, TN 37205

*CALL_NOTES*                *AE_NOTES*                *MI_NOTES*

Quick Neurontin mention - he wasn't seeing patients this
morning.

*CALL_DATE* 12/8/2003 *CALL_ID* 28487400000465 *CALL_TYPE* Detail and Starter

*TERRITORY* 3NU22B13 *REP_NAME* Hardin, Robert *CALL_ADDRESS:* 4230 Harding Road, Suite 1000
Nashville, TN 37205

*CALL_NOTES*                *AE_NOTES*                *MI_NOTES*

*CALL_DATE* 12/15/2003 *CALL_ID* 27781200000860 *CALL_TYPE* Detail Only

*TERRITORY* 3NU22B53 *REP_NAME* Ross, Janet *CALL_ADDRESS:* 4230 Harding Road, Suite 1000
Nashville, TN 37205

*CALL_NOTES*                *AE_NOTES*                *MI_NOTES*

NAME            Nichols, J.                SHERLOCK_SPECIALTY        PMR

PRESCRIBER_ID   23251422                   AMA_SPECIALTY             PMR

---

*CALL_DATE*   12/22/2003   *CALL_ID*   28487400000744   *CALL_TYPE*   Detail Only

*TERRITORY*   3NU22B13   *REP_NAME*   Hardin, Robert   *CALL_ADDRESS:*   4230 Harding Road, Suite 1000
Nashville, TN 37205

*CALL_NOTES*            *AE_NOTES*            *MI_NOTES*

---

*CALL_DATE*   1/5/2004   *CALL_ID*   28487400000782   *CALL_TYPE*   Detail and Starter

*TERRITORY*   3NU22B13   *REP_NAME*   Hardin, Robert   *CALL_ADDRESS:*   4230 Harding Road, Suite 1000
Nashville, TN 37205

*CALL_NOTES*            *AE_NOTES*            *MI_NOTES*

---

*CALL_DATE*   1/12/2004   *CALL_ID*   2778120001323   *CALL_TYPE*   Detail Only

*TERRITORY*   3NU22B53   *REP_NAME*   Ross, Janet   *CALL_ADDRESS:*   4230 Harding Road, Suite 1000
Nashville, TN 37205

*CALL_NOTES*            *AE_NOTES*            *MI_NOTES*
Quick Neurontin mention.

---

*CALL_DATE*   1/19/2004   *CALL_ID*   28487400001152   *CALL_TYPE*   Detail and Starter

*TERRITORY*   3NU22B13   *REP_NAME*   Hardin, Robert   *CALL_ADDRESS:*   4230 Harding Road, Suite 1000
Nashville, TN 37205

*CALL_NOTES*            *AE_NOTES*            *MI_NOTES*

---

*CALL_DATE*   1/26/2004   *CALL_ID*   2778120001774   *CALL_TYPE*   Detail Only

*TERRITORY*   3NU22B53   *REP_NAME*   Ross, Janet   *CALL_ADDRESS:*   4230 Harding Road, Suite 1000
Nashville, TN 37205

*CALL_NOTES*            *AE_NOTES*            *MI_NOTES*

---

NAME                Nichols, J.                   SHERLOCK_SPECIALTY     PMR

PRESCRIBER_ID       23251422                      AMA_SPECIALTY          PMR

| | | | | | |
|---|---|---|---|---|---|
| *CALL_DATE* | 2/16/2004 | *CALL_ID* | 28487400001978 | *CALL_TYPE* | Detail and Starter |
| *TERRITORY* | 3NU22B13 | *REP_NAME* | Hardin, Robert | *CALL_ADDRESS:* | 4230 Harding Road, Suite 1000 Nashville, TN 37205 |

*CALL_NOTES*                        *AE_NOTES*                        *MI_NOTES*

| | | | | | |
|---|---|---|---|---|---|
| *CALL_DATE* | 4/19/2004 | *CALL_ID* | 31727400000969 | *CALL_TYPE* | Detail Only |
| *TERRITORY* | 3VS16A18 | *REP_NAME* | McLean, Deborah | *CALL_ADDRESS:* | 4230 Harding Pike Nashville, TN 37205 |

*CALL_NOTES*                        *AE_NOTES*                        *MI_NOTES*

| | | | | | |
|---|---|---|---|---|---|
| *CALL_DATE* | 5/3/2004 | *CALL_ID* | 2778120004081 | *CALL_TYPE* | Detail Only |
| *TERRITORY* | 3NU22B53 | *REP_NAME* | Ross, Janet | *CALL_ADDRESS:* | 4230 Harding Road, Suite 1000 Nashville, TN 37205 |

*CALL_NOTES*                        *AE_NOTES*                        *MI_NOTES*

A- he said he's excited about the split tabs  F- cost information.

SAMPLES

| CALL_DATE | CALL_ID | CODE | FORMULATION | QUANTITY |
|---|---|---|---|---|
| 9/11/2002 | 68998000106790 | 7715 | Neurontin 100mg x 3 | 72 |
| 11/12/2002 | 68998000135441 | 7710 | Neurontin 300mg x 3 | 24 |
| 6/23/2003 | 243097000000028 | 7712 | Neuronin 600mg x 3 | 36 |
| 6/30/2003 | 236485000032698 | 7709 | Neuronin 100mg x 10 Unidose | 24 |
| 7/7/2003 | 253180000001572 | 7715 | Neurontin 100mg x 3 | 6 |
| 7/21/2003 | 253180000011605 | 7710 | Neurontin 300mg x 3 | 6 |
| 7/28/2003 | 236485000055358 | 7710 | Neurontin 300mg x 3 | 48 |
| 7/28/2003 | 236485000055358 | 7715 | Neurontin 100mg x 3 | 18 |
| 8/4/2003 | 253180000023515 | 7710 | Neurontin 300mg x 3 | 24 |
| 9/15/2003 | 253180000059398 | 7715 | Neurontin 100mg x 3 | 3 |
| 9/29/2003 | 253180000069624 | 7715 | Neurontin 100mg x 3 | 3 |

NAME            Nichols, J.                SHERLOCK_SPECIALTY    PMR

PRESCRIBER_ID   23251422                   AMA_SPECIALTY         PMR

| CALL_DATE | CALL_ID | CODE | FORMULATION | QUANTITY |
|---|---|---|---|---|
| 10/13/2003 | 253180000082860 | 7710 | Neurontin 300mg x 3 | 6 |
| 10/28/2003 | 272423000008895 | 7715 | Neurontin 100mg x 3 | 6 |
| 12/8/2003 | 284874000004652 | 7710 | Neurontin 300mg x 3 | 3 |
| 1/5/2004 | 284874000007821 | 7715 | Neurontin 100mg x 3 | 3 |
| 1/19/2004 | 284874000011527 | 7713 | Neurontin 800mg x 3 | 6 |
| 2/16/2004 | 284874000019789 | 7710 | Neurontin 300mg x 3 | 6 |