# EXHIBIT 17

| NAME | Krancer, Pamela | SHERLOCK_SPECIALTY | SNE |
|---|---|---|---|
| PRESCRIBER_ID | 23316030 | AMA_SPECIALTY | NEU |

SALES CALLS

| CALL_DATE | 10/24/2001 | CALL_ID | 20012000000147 | CALL_TYPE | Detail and Starter |
|---|---|---|---|---|---|
| TERRITORY | K1H12 | REP_NAME | Pippin, Ashley | CALL_ADDRESS: | 2400 Patterson St, Suite 400 Nashville, TN 37203 |
| CALL_NOTES | | AE_NOTES | | MI_NOTES | |

| CALL_DATE | 1/21/2002 | CALL_ID | 46426000001040 | CALL_TYPE | Detail and Starter |
|---|---|---|---|---|---|
| TERRITORY | K1H12 | REP_NAME | Pippin, Ashley | CALL_ADDRESS: | 2400 Patterson St, Suite 400 Nashville, TN 37203 |
| CALL_NOTES | | AE_NOTES | | MI_NOTES | |

| CALL_DATE | 5/13/2002 | CALL_ID | 68998000025868 | CALL_TYPE | Detail and Starter |
|---|---|---|---|---|---|
| TERRITORY | K1H12 | REP_NAME | Pippin, Ashley | CALL_ADDRESS: | 2400 Patterson St, Suite 400 Nashville, TN 37203 |
| CALL_NOTES | | AE_NOTES | | MI_NOTES | |

likes the 100s and 300s, probe into where she is using it, get help through her with other  surgeons / / / /

| CALL_DATE | 7/8/2002 | CALL_ID | 68998000062960 | CALL_TYPE | Detail and Starter |
|---|---|---|---|---|---|
| TERRITORY | K1H12 | REP_NAME | Pippin, Ashley | CALL_ADDRESS: | 2400 Patterson St, Suite 400 Nashville, TN 37203 |
| CALL_NOTES | | AE_NOTES | | MI_NOTES | |

K1H12 / new indication, how high are they going, one sample closet??????????