EXHIBIT 18


| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Expr1 | CALL_ID | STARTER_ID | CALL_DATE | STARTER_CODE | STARTER_FORMULATION | STARTER_QUANTITY | CALL_ADDRESS_LINE_1 |
| 2 | 1805 | 284874000019454 | 284874000019457 | 14-Feb-04 | 7710 | Neurontin 300mg x 3 | 36 | 1805 Williamson COurt |
| 3 | 1805 | 284874000019454 | 284874000019458 | 14-Feb-04 | 7715 | Neurontin 100mg x 3 | 12 | 1805 Williamson COurt |
| 4 | 1805 | 284874000028689 | 284874000028692 | 23-Apr-04 | 7698 | Neurontin Scored Tabs 800mg x 3 | 36 | 1805 Williamson COurt |
| 5 | 1916 | 90257173 | 70858162 | 03-Feb-99 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 8 | 1916 Patterson St |
| 6 | 1916 | 90257173 | 70858162 | 03-Feb-99 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 12 | 1916 Patterson St |
| 7 | 1916 | 90257173 | 70858162 | 03-Feb-99 | 7711 | Neurontin 400mg x 3 x 6 x 12 | 12 | 1916 Patterson St |
| 8 | 1916 | 90906084 | 70858229 | 12-Apr-99 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 6 | 1916 Patterson St |
| 9 | 1916 | 90906084 | 70858229 | 12-Apr-99 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 25 | 1916 Patterson St |
| 10 | 1916 | 91351721 | 70858303 | 09-Jun-99 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 2 | 1916 Patterson St |
| 11 | 1916 | 91351721 | 70858303 | 09-Jun-99 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 12 | 1916 Patterson St |
| 12 | 1916 | 91838365 | 70867557 | 12-Aug-99 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 8 | 1916 Patterson St |
| 13 | 1916 | 91838365 | 70867557 | 12-Aug-99 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 24 | 1916 Patterson St |
| 14 | 1916 | 92286557 | 70867587 | 13-Oct-99 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 36 | 1916 Patterson St |
| 15 | 1916 | 92286557 | 70867587 | 13-Oct-99 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 15 | 1916 Patterson St |
| 16 | 1916 | 92839417 | 70858338 | 23-Dec-99 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 8 | 1916 Patterson St |
| 17 | 1916 | 92839417 | 70858338 | 23-Dec-99 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 8 | 1916 Patterson St |
| 18 | 1916 | 92843098 | 70858334 | 27-Dec-99 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 12 | 1916 Patterson St |
| 19 | 1916 | 92843098 | 70858334 | 27-Dec-99 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 12 | 1916 Patterson St |
| 20 | 1916 | 92976589 | 70858366 | 19-Jan-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 8 | 1916 Patterson St |
| 21 | 1916 | 93131387 | 70858393 | 09-Feb-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 12 | 1916 Patterson St |
| 22 | 1916 | 93131388 | 70858395 | 09-Feb-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 8 | 1916 Patterson St |
| 23 | 1916 | 93193227 | 70858384 | 16-Feb-00 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 6 | 1916 Patterson St |
| 24 | 1916 | 93193227 | 70858384 | 16-Feb-00 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 6 | 1916 Patterson St |
| 25 | 1916 | 93193227 | 70858384 | 16-Feb-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 12 | 1916 Patterson St |
| 26 | 1916 | 93460060 | 70858475 | 15-Mar-00 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 6 | 1916 Patterson St |
| 27 | 1916 | 93460060 | 70858475 | 15-Mar-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 12 | 1916 Patterson St |
| 28 | 1916 | 93460060 | 70858475 | 15-Mar-00 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 4 | 1916 Patterson St |
| 29 | 1916 | 93460060 | 70858475 | 15-Mar-00 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 4 | 1916 Patterson St |
| 30 | 1916 | 93460061 | 70858479 | 15-Mar-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 12 | 1916 Patterson St |
| 31 | 1916 | 93460061 | 70858479 | 15-Mar-00 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 4 | 1916 Patterson St |
| 32 | 1916 | 93460061 | 70858479 | 15-Mar-00 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 4 | 1916 Patterson St |
| 33 | 1916 | 93460061 | 70858479 | 15-Mar-00 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 6 | 1916 Patterson St |
| 34 | 1916 | 93780130 | 70858500 | 20-Apr-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 12 | 1916 Patterson St |
| 35 | 1916 | 93780130 | 70858500 | 20-Apr-00 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 6 | 1916 Patterson St |
| 36 | 1916 | 93915446 | 70858486 | 10-May-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 12 | 1916 Patterson St |
| 37 | 1916 | 93915446 | 70858486 | 10-May-00 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 4 | 1916 Patterson St |
| 38 | 1916 | 93915446 | 70858486 | 10-May-00 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 2 | 1916 Patterson St |
| 39 | 1916 | 93915448 | 70858488 | 10-May-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 9 | 1916 Patterson St |
| 40 | 1916 | 94222047 | 70858582 | 15-Jun-00 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 3 | 1916 Patterson St |
| 41 | 1916 | 94222047 | 70858582 | 15-Jun-00 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 3 | 1916 Patterson St |
| 42 | 1916 | 94222047 | 70858582 | 15-Jun-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 12 | 1916 Patterson St |
| 43 | 1916 | 94222047 | 70858582 | 15-Jun-00 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 3 | 1916 Patterson St |
| 44 | 1916 | 94222052 | 70858584 | 15-Jun-00 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 2 | 1916 Patterson St |
| 45 | 1916 | 94222052 | 70858584 | 15-Jun-00 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 2 | 1916 Patterson St |
| 46 | 1916 | 94222052 | 70858584 | 15-Jun-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 7 | 1916 Patterson St |
| 47 | 1916 | 94435118 | 70858604 | 17-Jul-00 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 3 | 1916 Patterson St |
| 48 | 1916 | 94435118 | 70858604 | 17-Jul-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 12 | 1916 Patterson St |
| 49 | 1916 | 94435118 | 70858604 | 17-Jul-00 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 3 | 1916 Patterson St |
| 50 | 1916 | 94587306 | 70858654 | 03-Aug-00 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 4 | 1916 Patterson St |
| 51 | 1916 | 94673012 | 70858638 | 14-Aug-00 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 3 | 1916 Patterson St |
| 52 | 1916 | 94673012 | 70858638 | 14-Aug-00 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 2 | 1916 Patterson St |
| 53 | 1916 | 94673012 | 70858638 | 14-Aug-00 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 3 | 1916 Patterson St |
| 54 | 1916 | 94808193 | 71754344 | 24-Aug-00 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 3 | 1916 Patterson St |
| 55 | 1916 | 94808193 | 71754344 | 24-Aug-00 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 2 | 1916 Patterson St |
| 56 | 1916 | 94808192 | 71754343 | 24-Aug-00 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 1 | 1916 Patterson St |
| 57 | 1916 | 94808192 | 71754343 | 24-Aug-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 6 | 1916 Patterson St |
| 58 | 1916 | 94908311 | 71794479 | 06-Sep-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 12 | 1916 Patterson St |
| 59 | 1916 | 94908311 | 71794479 | 06-Sep-00 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 4 | 1916 Patterson St |
| 60 | 1916 | 94908311 | 71794479 | 06-Sep-00 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 2 | 1916 Patterson St |
| 61 | 1916 | 346101537 | 346101810 | 24-Oct-00 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 18 | 1916 Patterson St |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 62 | 1916 | 224000697 | 224002258 | 17-Nov-00 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 36 | 1916 Patterson St |
| 63 | 1916 | 224000697 | 224002258 | 17-Nov-00 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 10 | 1916 Patterson St |
| 64 | 1916 | 224000697 | 224002258 | 17-Nov-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 36 | 1916 Patterson St |
| 65 | 1916 | 224000669 | 224002235 | 21-Nov-00 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 24 | 1916 Patterson St |
| 66 | 1916 | 224000669 | 224002235 | 21-Nov-00 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 24 | 1916 Patterson St |
| 67 | 1916 | 224000669 | 224002235 | 21-Nov-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 36 | 1916 Patterson St |
| 68 | 1916 | 69114753 | 94756880 | 30-Nov-00 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 66 | 1916 Patterson St |
| 69 | 1916 | 69114753 | 94756880 | 30-Nov-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 48 | 1916 Patterson St |
| 70 | 1916 | 224000721 | 224002277 | 21-Dec-00 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 72 | 1916 Patterson St |
| 71 | 1916 | 224000721 | 224002277 | 21-Dec-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 66 | 1916 Patterson St |
| 72 | 1916 | 224000740 | 224002294 | 03-Jan-01 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 72 | 1916 Patterson St |
| 73 | 1916 | 224000740 | 224002294 | 03-Jan-01 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 72 | 1916 Patterson St |
| 74 | 1916 | 224000799 | 224002350 | 16-Jan-01 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 20 | 1916 Patterson St |
| 75 | 1916 | 224000799 | 224002350 | 16-Jan-01 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 72 | 1916 Patterson St |
| 76 | 1916 | 224000799 | 224002350 | 16-Jan-01 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 72 | 1916 Patterson St |
| 77 | 1916 | 224000821 | 224002369 | 24-Jan-01 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 72 | 1916 Patterson St |
| 78 | 1916 | 224000821 | 224002369 | 24-Jan-01 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 72 | 1916 Patterson St |
| 79 | 1916 | 224000821 | 224002369 | 24-Jan-01 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 72 | 1916 Patterson St |
| 80 | 1916 | 224000982 | 224002501 | 22-Feb-01 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 36 | 1916 Patterson St |
| 81 | 1916 | 224000982 | 224002501 | 22-Feb-01 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 72 | 1916 Patterson St |
| 82 | 1916 | 224000982 | 224002501 | 22-Feb-01 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 72 | 1916 Patterson St |
| 83 | 1916 | 224000982 | 224002501 | 22-Feb-01 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 25 | 1916 Patterson St |
| 84 | 1916 | 224001006 | 224002523 | 13-Mar-01 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 36 | 1916 Patterson St |
| 85 | 1916 | 224001006 | 224002523 | 13-Mar-01 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 60 | 1916 Patterson St |
| 86 | 1916 | 224001006 | 224002523 | 13-Mar-01 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 10 | 1916 Patterson St |
| 87 | 1916 | 224001163 | 224002630 | 24-Apr-01 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 72 | 1916 Patterson St |
| 88 | 1916 | 224001163 | 224002630 | 24-Apr-01 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 72 | 1916 Patterson St |
| 89 | 1916 | 224001163 | 224002630 | 24-Apr-01 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 20 | 1916 Patterson St |
| 90 | 1916 | 224001481 | 224002874 | 28-Jul-01 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 30 | 1916 Patterson St |
| 91 | 1916 | 224001481 | 224002874 | 28-Jul-01 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 48 | 1916 Patterson St |
| 92 | 1916 | 224001481 | 224002874 | 28-Jul-01 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 36 | 1916 Patterson St |
| 93 | 1916 | 224001586 | 224002951 | 04-Sep-01 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 72 | 1916 Patterson St |
| 94 | 1916 | 224001586 | 224002951 | 04-Sep-01 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 72 | 1916 Patterson St |
| 95 | 1916 | 224001586 | 224002951 | 04-Sep-01 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 30 | 1916 Patterson St |
| 96 | 1916 | 20011000030399 | 20011000030403 | 09-Oct-01 | 7715 | Neurontin 100mg x 3 | 12 | 1916 PATTERSON ST |
| 97 | 1916 | 20012000002678 | 20012000002680 | 06-Nov-01 | 7710 | Neurontin 300mg x 3 | 144 | 1916 PATTERSON ST |
| 98 | 1916 | 20012000002678 | 20012000002681 | 06-Nov-01 | 7715 | Neurontin 100mg x 3 | 42 | 1916 PATTERSON ST |
| 99 | 1916 | 20011000094176 | 20011000094179 | 12-Dec-01 | 7712 | Neurontin 600mg x 3 | 36 | 1916 PATTERSON ST |
| 100 | 1916 | 20011000094176 | 20011000094180 | 12-Dec-01 | 7713 | Neurontin 800mg x 3 | 72 | 1916 PATTERSON ST |
| 101 | 1916 | 20011000094176 | 20011000094181 | 12-Dec-01 | 7715 | Neurontin 100mg x 3 | 144 | 1916 PATTERSON ST |
| 102 | 1916 | 20011000094176 | 20011000094178 | 12-Dec-01 | 7710 | Neurontin 300mg x 3 | 198 | 1916 PATTERSON ST |
| 103 | 1916 | 46427000000134 | 46427000000135 | 06-Feb-02 | 7709 | Neuronin 100mg x 10 Unidose | 30 | 1916 PATTERSON ST |
| 104 | 1916 | 46427000000134 | 46427000000136 | 06-Feb-02 | 7710 | Neurontin 300mg x 3 | 216 | 1916 PATTERSON ST |
| 105 | 1916 | 46426000032013 | 46426000032017 | 06-Mar-02 | 7715 | Neurontin 100mg x 3 | 72 | 1916 PATTERSON ST |
| 106 | 1916 | 46426000032013 | 46426000032015 | 06-Mar-02 | 7710 | Neurontin 300mg x 3 | 72 | 1916 PATTERSON ST |
| 107 | 1916 | 46426000032013 | 46426000032016 | 06-Mar-02 | 7712 | Neurontin 600mg x 3 | 36 | 1916 PATTERSON ST |
| 108 | 1916 | 68998000016067 | 68998000016072 | 01-May-02 | 7712 | Neurontin 600mg x 3 | 144 | 1916 PATTERSON ST |
| 109 | 1916 | 68998000016067 | 68998000016071 | 01-May-02 | 7710 | Neurontin 300mg x 3 | 144 | 1916 PATTERSON ST |
| 110 | 1916 | 68998000034873 | 68998000034876 | 22-May-02 | 7715 | Neurontin 100mg x 3 | 72 | 1916 PATTERSON ST |
| 111 | 1916 | 68998000034873 | 68998000034875 | 22-May-02 | 7710 | Neurontin 300mg x 3 | 72 | 1916 PATTERSON ST |
| 112 | 1916 | 68998000071182 | 68998000071185 | 17-Jul-02 | 7710 | Neurontin 300mg x 3 | 144 | 1916 PATTERSON ST |
| 113 | 1916 | 68998000095452 | 68998000095454 | 21-Aug-02 | 7710 | Neurontin 300mg x 3 | 144 | 1916 PATTERSON ST |
| 114 | 1916 | 68998000095452 | 68998000095455 | 21-Aug-02 | 7713 | Neurontin 800mg x 3 | 72 | 1916 PATTERSON ST |
| 115 | 1916 | 68998000095452 | 68998000095456 | 21-Aug-02 | 7715 | Neurontin 100mg x 3 | 72 | 1916 PATTERSON ST |
| 116 | 1916 | 68998000102083 | 68998000102088 | 03-Sep-02 | 7713 | Neurontin 800mg x 3 | 144 | 1916 PATTERSON ST |
| 117 | 1916 | 68998000107249 | 68998000107254 | 13-Sep-02 | 7713 | Neurontin 800mg x 3 | 144 | 1916 Patterson St |
| 118 | 1916 | 68998000107249 | 68998000107253 | 13-Sep-02 | 7710 | Neurontin 300mg x 3 | 216 | 1916 Patterson St |
| 119 | 1916 | 68998000114963 | 68998000114966 | 07-Oct-02 | 7712 | Neurontin 600mg x 3 | 72 | 1916 PATTERSON ST |
| 120 | 1916 | 68998000129076 | 68998000129080 | 23-Oct-02 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St |
| 121 | 1916 | 68998000129049 | 68998000129053 | 30-Oct-02 | 7715 | Neurontin 100mg x 3 | 72 | 1916 PATTERSON ST |
| 122 | 1916 | 50590000132043 | 50590000132046 | 08-Nov-02 | 7712 | Neurontin 600mg x 3 | 30 | 1916 Patterson St |

|     | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 123 | 1916 | 68998000134974 | 68998000134980 | 12-Nov-02 | 7710 | Neurontin 300mg x 3 | 144 | 1916 Patterson St |
| 124 | 1916 | 68998000134974 | 68998000134979 | 12-Nov-02 | 7709 | Neuronin 100mg x 10 Unidose | 30 | 1916 Patterson St |
| 125 | 1916 | 68998000140046 | 68998000140049 | 22-Nov-02 | 7710 | Neurontin 300mg x 3 | 72 | 1916 PATTERSON ST |
| 126 | 1916 | 50591000000810 | 50591000000812 | 25-Nov-02 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St Suite 101 |
| 127 | 1916 | 50591000000818 | 50591000000819 | 25-Nov-02 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St |
| 128 | 1916 | 68998000145823 | 68998000145828 | 06-Dec-02 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St |
| 129 | 1916 | 68998000150315 | 68998000150321 | 18-Dec-02 | 7710 | Neurontin 300mg x 3 | 144 | 1916 PATTERSON ST |
| 130 | 1916 | 68998000161206 | 68998000161210 | 08-Jan-03 | 7713 | Neurontin 800mg x 3 | 72 | 1916 PATTERSON ST |
| 131 | 1916 | 68998000167941 | 68998000167945 | 20-Jan-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 PATTERSON ST |
| 132 | 1916 | 68998000172996 | 68998000173001 | 28-Jan-03 | 7710 | Neurontin 300mg x 3 | 144 | 1916 Patterson St |
| 133 | 1916 | 68998000172203 | 68998000172206 | 29-Jan-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 PATTERSON ST |
| 134 | 1916 | 68998000176043 | 68998000176047 | 05-Feb-03 | 7712 | Neurontin 600mg x 3 | 72 | 1916 PATTERSON ST |
| 135 | 1916 | 68998000176043 | 68998000176046 | 05-Feb-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 PATTERSON ST |
| 136 | 1916 | 68998000176013 | 68998000176018 | 05-Feb-03 | 7713 | Neurontin 800mg x 3 | 72 | 1916 Patterson St |
| 137 | 1916 | 68998000176013 | 68998000176017 | 05-Feb-03 | 7712 | Neurontin 600mg x 3 | 72 | 1916 Patterson St |
| 138 | 1916 | 68998000181190 | 68998000181193 | 11-Feb-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 PATTERSON ST |
| 139 | 1916 | 68998000181190 | 68998000181194 | 11-Feb-03 | 7712 | Neurontin 600mg x 3 | 72 | 1916 PATTERSON ST |
| 140 | 1916 | 68998000184118 | 68998000184122 | 19-Feb-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 PATTERSON ST |
| 141 | 1916 | 68998000191478 | 68998000191481 | 03-Mar-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson Street |
| 142 | 1916 | 68998000191478 | 68998000191482 | 03-Mar-03 | 7712 | Neurontin 600mg x 3 | 72 | 1916 Patterson Street |
| 143 | 1916 | 68998000199334 | 68998000199339 | 20-Mar-03 | 7710 | Neurontin 300mg x 3 | 144 | 1916 PATTERSON ST |
| 144 | 1916 | 68998000199364 | 68998000199370 | 20-Mar-03 | 7712 | Neurontin 600mg x 3 | 72 | 1916 Patterson St |
| 145 | 1916 | 68998000199364 | 68998000199369 | 20-Mar-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St |
| 146 | 1916 | 68998000205431 | 68998000205436 | 07-Apr-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson Street |
| 147 | 1916 | 68998000205431 | 68998000205437 | 07-Apr-03 | 7713 | Neurontin 800mg x 3 | 72 | 1916 Patterson Street |
| 148 | 1916 | 68998000205467 | 68998000205472 | 07-Apr-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St |
| 149 | 1916 | 68998000209019 | 68998000209026 | 11-Apr-03 | 7712 | Neurontin 600mg x 3 | 22 | 1916 Patterson St |
| 150 | 1916 | 68998000209019 | 68998000209025 | 11-Apr-03 | 7710 | Neurontin 300mg x 3 | 144 | 1916 Patterson St |
| 151 | 1916 | 68998000210497 | 68998000210501 | 17-Apr-03 | 7710 | Neurontin 300mg x 3 | 144 | 1916 Patterson St |
| 152 | 1916 | 209223000012661 | 209223000012665 | 18-Apr-03 | 7712 | Neurontin 600mg x 3 | 72 | 1916 Patterson St |
| 153 | 1916 | 209223000012661 | 209223000012664 | 18-Apr-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St |
| 154 | 1916 | 209223000014192 | 209223000014194 | 25-Apr-03 | 7713 | Neurontin 800mg x 3 | 72 | 1916 Patterson St |
| 155 | 1916 | 209223000018857 | 209223000018860 | 05-May-03 | 7712 | Neurontin 600mg x 3 | 48 | 1916 Patterson St., Suite 101 |
| 156 | 1916 | 209223000018857 | 209223000018861 | 05-May-03 | 7713 | Neurontin 800mg x 3 | 72 | 1916 Patterson St., Suite 101 |
| 157 | 1916 | 209223000018857 | 209223000018859 | 05-May-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St., Suite 101 |
| 158 | 1916 | 236485000007454 | 236485000007457 | 30-May-03 | 7710 | Neurontin 300mg x 3 | 36 | 1916 Patterson St |
| 159 | 1916 | 236485000008028 | 236485000008032 | 30-May-03 | 7710 | Neurontin 300mg x 3 | 6 | 1916 Patterson Street |
| 160 | 1916 | 236485000007407 | 236485000007410 | 30-May-03 | 7710 | Neurontin 300mg x 3 | 36 | 1916 Patterson St |
| 161 | 1916 | 236485000012988 | 236485000012995 | 05-Jun-03 | 7712 | Neurontin 600mg x 3 | 36 | 1916 Patterson St Ste 101 |
| 162 | 1916 | 236485000012988 | 236485000012994 | 05-Jun-03 | 7710 | Neurontin 300mg x 3 | 36 | 1916 Patterson St Ste 101 |
| 163 | 1916 | 236119000013831 | 236119000013836 | 05-Jun-03 | 7712 | Neurontin 600mg x 3 | 36 | 1916 Patterson St Ste 101 |
| 164 | 1916 | 243096000000823 | 243096000000828 | 05-Jun-03 | 7712 | Neurontin 600mg x 3 | 36 | 1916 Patterson St Ste 101 |
| 165 | 1916 | 236485000023630 | 236485000023635 | 20-Jun-03 | 7710 | Neurontin 300mg x 3 | 36 | 1916 Patterson St Ste 101 |
| 166 | 1916 | 236485000023404 | 236485000023407 | 20-Jun-03 | 7712 | Neurontin 600mg x 3 | 12 | 1916 Patterson Street |
| 167 | 1916 | 236485000023451 | 236485000023455 | 20-Jun-03 | 7712 | Neurontin 600mg x 3 | 18 | 1916 Patterson Street |
| 168 | 1916 | 243096000015270 | 243096000015275 | 26-Jun-03 | 7715 | Neurontin 100mg x 3 | 24 | 1916 Patterson St |
| 169 | 1916 | 243096000015270 | 243096000015274 | 26-Jun-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St |
| 170 | 1916 | 253180000002940 | 253180000002945 | 11-Jul-03 | 7713 | Neurontin 800mg x 3 | 72 | 1916 Patterson St |
| 171 | 1916 | 253180000002940 | 253180000002944 | 11-Jul-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St |
| 172 | 1916 | 236485000048376 | 236485000048380 | 18-Jul-03 | 7712 | Neurontin 600mg x 3 | 36 | 1916 Patterson Street |
| 173 | 1916 | 236485000048193 | 236485000048197 | 18-Jul-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson Street |
| 174 | 1916 | 236485000048376 | 236485000048381 | 18-Jul-03 | 7713 | Neurontin 800mg x 3 | 36 | 1916 Patterson Street |
| 175 | 1916 | 236485000048339 | 236485000048343 | 18-Jul-03 | 7710 | Neurontin 300mg x 3 | 48 | 1916 Patterson St |
| 176 | 1916 | 253180000014486 | 253180000014490 | 24-Jul-03 | 7710 | Neurontin 300mg x 3 | 60 | 1916 Patterson St |
| 177 | 1916 | 236485000085504 | 236485000085508 | 28-Aug-03 | 7710 | Neurontin 300mg x 3 | 36 | 1916 Patterson Street |
| 178 | 1916 | 236485000085481 | 236485000085485 | 28-Aug-03 | 7712 | Neurontin 600mg x 3 | 72 | 1916 Patterson St |
| 179 | 1916 | 236485000085437 | 236485000085441 | 28-Aug-03 | 7712 | Neurontin 600mg x 3 | 72 | 1916 Patterson Street |
| 180 | 1916 | 236485000097625 | 236485000097629 | 11-Sep-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St |
| 181 | 1916 | 236485000097727 | 236485000097731 | 11-Sep-03 | 7712 | Neurontin 600mg x 3 | 36 | 1916 Patterson Street |
| 182 | 1916 | 236485000097704 | 236485000097708 | 11-Sep-03 | 7712 | Neurontin 600mg x 3 | 36 | 1916 Patterson St |
| 183 | 1916 | 253180000063385 | 253180000063393 | 19-Sep-03 | 7712 | Neurontin 600mg x 3 | 144 | 1916 Patterson St Ste 101 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 184 | 1916 | 253180000063385 | 253180000063392 | 19-Sep-03 | 7710 | Neurontin 300mg x 3 | 144 | 1916 Patterson St Ste 101 |
| 185 | 1916 | 253180000071348 | 253180000071352 | 30-Sep-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St., Suite 101 |
| 186 | 1916 | 253180000074187 | 253180000074191 | 05-Oct-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St |
| 187 | 1916 | 253180000074187 | 253180000074192 | 05-Oct-03 | 7715 | Neurontin 100mg x 3 | 72 | 1916 Patterson St |
| 188 | 1916 | 236485000124418 | 236485000124422 | 09-Oct-03 | 7713 | Neurontin 800mg x 3 | 18 | 1916 Patterson St |
| 189 | 1916 | 236485000131550 | 236485000131554 | 17-Oct-03 | 7713 | Neurontin 800mg x 3 | 18 | 1916 Patterson Street, Suite 105 |
| 190 | 1916 | 236485000137830 | 236485000137834 | 24-Oct-03 | 7710 | Neurontin 300mg x 3 | 48 | 1916 Patterson Street, Suite 105 |
| 191 | 1916 | 236485000137692 | 236485000137696 | 24-Oct-03 | 7715 | Neurontin 100mg x 3 | 72 | 1916 Patterson St |
| 192 | 1916 | 236485000137692 | 236485000137695 | 24-Oct-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St |
| 193 | 1916 | 284874000000807 | 284874000000810 | 31-Oct-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson Street |
| 194 | 1916 | 284874000000798 | 284874000000802 | 31-Oct-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St |
| 195 | 1916 | 209223000096442 | 209223000096447 | 04-Dec-03 | 7712 | Neurontin 600mg x 3 | 18 | 1916 Patterson St Ste 101 |
| 196 | 1916 | 209223000096442 | 209223000096446 | 04-Dec-03 | 7710 | Neurontin 300mg x 3 | 18 | 1916 Patterson St Ste 101 |
| 197 | 1916 | 209223000096760 | 209223000096764 | 04-Dec-03 | 7712 | Neurontin 600mg x 3 | 18 | 1916 Patterson St |
| 198 | 1916 | 209223000096760 | 209223000096763 | 04-Dec-03 | 7710 | Neurontin 300mg x 3 | 36 | 1916 Patterson St |
| 199 | 1916 | 277812000006706 | 277812000006710 | 05-Dec-03 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St |
| 200 | 1916 | 284874000005711 | 284874000005717 | 11-Dec-03 | 7710 | Neurontin 300mg x 3 | 24 | 1916 Patterson St Ste 101 |
| 201 | 1916 | 284874000008971 | 284874000008974 | 08-Jan-04 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St., Suite 101 |
| 202 | 1916 | 284874000008953 | 284874000008958 | 08-Jan-04 | 7710 | Neurontin 300mg x 3 | 36 | 1916 Patterson St Ste 101 |
| 203 | 1916 | 284874000008953 | 284874000008959 | 08-Jan-04 | 7712 | Neurontin 600mg x 3 | 36 | 1916 Patterson St Ste 101 |
| 204 | 1916 | 284875000000078 | 284874000008892 | 08-Jan-04 | 7710 | Neurontin 300mg x 3 | 144 | 1916 Patterson St |
| 205 | 1916 | 284875000000078 | 284874000008893 | 08-Jan-04 | 7713 | Neurontin 800mg x 3 | 72 | 1916 Patterson St |
| 206 | 1916 | 284874000008953 | 284874000008960 | 08-Jan-04 | 7715 | Neurontin 100mg x 3 | 36 | 1916 Patterson St Ste 101 |
| 207 | 1916 | 284874000008971 | 284874000008975 | 08-Jan-04 | 7712 | Neurontin 600mg x 3 | 36 | 1916 Patterson St., Suite 101 |
| 208 | 1916 | 209223000107150 | 209223000107154 | 12-Jan-04 | 7710 | Neurontin 300mg x 3 | 18 | 1916 Patterson St Ste 101 |
| 209 | 1916 | 209223000107123 | 209223000107126 | 12-Jan-04 | 7710 | Neurontin 300mg x 3 | 54 | 1916 Patterson St |
| 210 | 1916 | 277812000014675 | 277812000014679 | 15-Jan-04 | 7712 | Neurontin 600mg x 3 | 36 | 1916 Patterson St |
| 211 | 1916 | 277812000018989 | 277812000018993 | 29-Jan-04 | 7713 | Neurontin 800mg x 3 | 12 | 1916 Patterson St Ste 101 |
| 212 | 1916 | 277812000018989 | 277812000018992 | 29-Jan-04 | 7712 | Neurontin 600mg x 3 | 12 | 1916 Patterson St Ste 101 |
| 213 | 1916 | 277812000019225 | 277812000019229 | 30-Jan-04 | 7712 | Neurontin 600mg x 3 | 24 | 1916 Patterson St., Suite 101 |
| 214 | 1916 | 277812000019250 | 277812000019254 | 30-Jan-04 | 7713 | Neurontin 800mg x 3 | 24 | 1916 Patterson St |
| 215 | 1916 | 277812000019225 | 277812000019230 | 30-Jan-04 | 7715 | Neurontin 100mg x 3 | 6 | 1916 Patterson St., Suite 101 |
| 216 | 1916 | 277812000025009 | 277812000025013 | 10-Feb-04 | 7713 | Neurontin 800mg x 3 | 24 | 1916 Patterson Street, suite 106 |
| 217 | 1916 | 284874000020456 | 284874000020459 | 18-Feb-04 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson Street, suite 106 |
| 218 | 1916 | 277812000028233 | 277812000028238 | 27-Feb-04 | 7715 | Neurontin 100mg x 3 | 48 | 1916 Patterson St., Suite 101 |
| 219 | 1916 | 277812000028233 | 277812000028237 | 27-Feb-04 | 7710 | Neurontin 300mg x 3 | 48 | 1916 Patterson St., Suite 101 |
| 220 | 1916 | 318957000000396 | 318957000000400 | 08-Mar-04 | 7710 | Neurontin 300mg x 3 | 36 | 1916 Patterson St |
| 221 | 1916 | 318957000000396 | 318957000000401 | 08-Mar-04 | 7695 | Neurontin Scored Tabs 600mg x 3 | 36 | 1916 Patterson St |
| 222 | 1916 | 277812000030518 | 277812000030523 | 12-Mar-04 | 7698 | Neurontin Scored Tabs 800mg x 3 | 12 | 1916 Patterson St |
| 223 | 1916 | 277812000030518 | 277812000030522 | 12-Mar-04 | 7695 | Neurontin Scored Tabs 600mg x 3 | 36 | 1916 Patterson St |
| 224 | 1916 | 277812000030474 | 277812000030478 | 12-Mar-04 | 7698 | Neurontin Scored Tabs 800mg x 3 | 24 | 1916 Patterson St., Suite 101 |
| 225 | 1916 | 284874000024245 | 284874000024248 | 18-Mar-04 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson Street, suite 106 |
| 226 | 1916 | 284874000024313 | 284874000024315 | 18-Mar-04 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson Street, Suite 105 |
| 227 | 1916 | 284874000024253 | 284874000024256 | 18-Mar-04 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St., Suite 101 |
| 228 | 1916 | 318957000002682 | 318957000002688 | 24-Mar-04 | 7710 | Neurontin 300mg x 3 | 36 | 1916 Patterson St Ste 101 |
| 229 | 1916 | 318957000002682 | 318957000002689 | 24-Mar-04 | 7712 | Neurontin 600mg x 3 | 36 | 1916 Patterson St Ste 101 |
| 230 | 1916 | 318957000002721 | 318957000002725 | 24-Mar-04 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St |
| 231 | 1916 | 318957000002649 | 318957000002654 | 24-Mar-04 | 7712 | Neurontin 600mg x 3 | 72 | 1916 Patterson St |
| 232 | 1916 | 318957000002649 | 318957000002653 | 24-Mar-04 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St |
| 233 | 1916 | 318957000002721 | 318957000002726 | 24-Mar-04 | 7712 | Neurontin 600mg x 3 | 72 | 1916 Patterson St |
| 234 | 1916 | 277812000032988 | 277812000032992 | 25-Mar-04 | 7710 | Neurontin 300mg x 3 | 60 | 1916 Patterson St., Suite 101 |
| 235 | 1916 | 284874000026160 | 284874000026163 | 01-Apr-04 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson St., Suite 101 |
| 236 | 1916 | 277812000035158 | 277812000035162 | 09-Apr-04 | 7710 | Neurontin 300mg x 3 | 72 | 1916 Patterson Street, suite 106 |
| 237 | 1916 | 277812000038372 | 277812000038377 | 22-Apr-04 | 7698 | Neurontin Scored Tabs 800mg x 3 | 36 | 1916 Patterson St Ste 101 |
| 238 | 1916 | 277812000038580 | 277812000038583 | 23-Apr-04 | 7712 | Neurontin 600mg x 3 | 24 | 1916 Patterson St., Suite 101 |
| 239 | 1916 | 277812000038580 | 277812000038584 | 23-Apr-04 | 7713 | Neurontin 800mg x 3 | 36 | 1916 Patterson St., Suite 101 |
| 240 | 1916 | 277812000042136 | 277812000042140 | 07-May-04 | 7710 | Neurontin 300mg x 3 | 36 | 1916 Patterson St |
| 241 | 1916 | 277812000047378 | 277812000047381 | 19-May-04 | 7710 | Neurontin 300mg x 3 | 6 | 1916 Patterson St., Suite 101 |
| 242 | 1916 | 277812000047538 | 277812000047542 | 19-May-04 | 7715 | Neurontin 100mg x 3 | 6 | 1916 Patterson St |
| 243 | 2400 | 92286559 | 70867588 | 13-Oct-99 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 36 | 2400 PATTERSON ST. SUITE 203 |
| 244 | 2400 | 92286559 | 70867588 | 13-Oct-99 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 15 | 2400 PATTERSON ST. SUITE 203 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 245 | 2400 | 93131389 | 70858399 | 09-Feb-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 12 | 2400 Patterson St. Suite 400 |
| 246 | 2400 | 93472276 | 70858454 | 16-Mar-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 8 | 2400 Patterson St. Suite 400 |
| 247 | 2400 | 93472276 | 70858454 | 16-Mar-00 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 4 | 2400 Patterson St. Suite 400 |
| 248 | 2400 | 94685638 | 70858653 | 15-Aug-00 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 3 | 2400 Patterson St. Suite 400 |
| 249 | 2400 | 94685638 | 70858653 | 15-Aug-00 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 4 | 2400 Patterson St. Suite 400 |
| 250 | 2400 | 94685638 | 70858653 | 15-Aug-00 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 12 | 2400 Patterson St. Suite 400 |
| 251 | 2400 | 94685638 | 70858653 | 15-Aug-00 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 3 | 2400 Patterson St. Suite 400 |
| 252 | 2400 | 69602093 | 94898740 | 11-Jan-01 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 72 | 2400 Patterson St. Suite 400 |
| 253 | 2400 | 69602093 | 94898740 | 11-Jan-01 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 18 | 2400 Patterson St. Suite 400 |
| 254 | 2400 | 69602093 | 94898740 | 11-Jan-01 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 36 | 2400 Patterson St. Suite 400 |
| 255 | 2400 | 224000950 | 224002471 | 02-Mar-01 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 144 | 2400 Patterson St. Suite 123 |
| 256 | 2400 | 224000950 | 224002471 | 02-Mar-01 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 48 | 2400 Patterson St. Suite 123 |
| 257 | 2400 | 224001588 | 224002952 | 04-Sep-01 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 30 | 2400 Patterson St. Suite 400 |
| 258 | 2400 | 224001588 | 224002952 | 04-Sep-01 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 144 | 2400 Patterson St. Suite 400 |
| 259 | 2400 | 224001588 | 224002952 | 04-Sep-01 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 72 | 2400 Patterson St. Suite 400 |
| 260 | 2400 | 224001588 | 224002952 | 04-Sep-01 | 7713 | Neurontin 800mg x 3 x 6 x 12 | 72 | 2400 Patterson St. Suite 400 |
| 261 | 2400 | 20012000000147 | 20012000000148 | 24-Oct-01 | 7710 | Neurontin 300mg x 3 | 288 | 2400 Patterson St, Suite 400 |
| 262 | 2400 | 46426000001040 | 46426000001042 | 21-Jan-02 | 7710 | Neurontin 300mg x 3 | 144 | 2400 Patterson St, Suite 400 |
| 263 | 2400 | 68998000068505 | 68998000068507 | 13-May-02 | 7710 | Neurontin 300mg x 3 | 144 | 2400 Patterson Street |
| 264 | 2400 | 68998000025868 | 68998000025872 | 13-May-02 | 7715 | Neurontin 100mg x 3 | 144 | 2400 Patterson St, Suite 400 |
| 265 | 2400 | 68998000025868 | 68998000025871 | 13-May-02 | 7710 | Neurontin 300mg x 3 | 216 | 2400 Patterson St, Suite 400 |
| 266 | 2400 | 68998000068505 | 68998000068508 | 13-May-02 | 7713 | Neurontin 800mg x 3 | 72 | 2400 Patterson Street |
| 267 | 2400 | 68998000062960 | 68998000062963 | 08-Jul-02 | 7710 | Neurontin 300mg x 3 | 144 | 2400 Patterson St, Suite 400 |
| 268 | 2400 | 68998000187267 | 68998000187273 | 27-Feb-03 | 7710 | Neurontin 300mg x 3 | 144 | 2400 Patterson Street |
| 269 | 2400 | 68998000190012 | 68998000190016 | 06-Mar-03 | 7710 | Neurontin 300mg x 3 | 72 | 2400 Patterson St. |
| 270 | 2400 | 209223000012364 | 209223000012367 | 18-Apr-03 | 7712 | Neurontin 600mg x 3 | 48 | 2400 Patterson St |
| 271 | 2400 | 209223000012364 | 209223000012366 | 18-Apr-03 | 7710 | Neurontin 300mg x 3 | 48 | 2400 Patterson St |
| 272 | 2400 | 243096000000632 | 243096000000637 | 06-Jun-03 | 7710 | Neurontin 300mg x 3 | 36 | 2400 Patterson St, Ste  4 |
| 273 | 2400 | 236485000023474 | 236485000023478 | 20-Jun-03 | 7712 | Neurontin 600mg x 3 | 36 | 2400 Patterson St |
| 274 | 2400 | 253180000003078 | 253180000003083 | 11-Jul-03 | 7712 | Neurontin 600mg x 3 | 36 | 2400 Patterson St |
| 275 | 2400 | 253180000003067 | 253180000003072 | 11-Jul-03 | 7712 | Neurontin 600mg x 3 | 36 | 2400 Patterson St, Ste  4 |
| 276 | 2400 | 253180000003067 | 253180000003071 | 11-Jul-03 | 7710 | Neurontin 300mg x 3 | 72 | 2400 Patterson St, Ste  4 |
| 277 | 2400 | 253180000003078 | 253180000003082 | 11-Jul-03 | 7710 | Neurontin 300mg x 3 | 60 | 2400 Patterson St |
| 278 | 2400 | 253180000027768 | 253180000027772 | 08-Aug-03 | 7710 | Neurontin 300mg x 3 | 72 | 2400 Patterson St, Ste  4 |
| 279 | 2400 | 253180000027768 | 253180000027773 | 08-Aug-03 | 7712 | Neurontin 600mg x 3 | 72 | 2400 Patterson St, Ste  4 |
| 280 | 2400 | 253180000048058 | 253180000048062 | 02-Sep-03 | 7710 | Neurontin 300mg x 3 | 72 | 2400 Patterson St, Ste  4 |
| 281 | 2400 | 284874000001720 | 284874000001723 | 10-Nov-03 | 7712 | Neurontin 600mg x 3 | 72 | 2400 Patterson St |
| 282 | 2400 | 284874000001720 | 284874000001724 | 10-Nov-03 | 7710 | Neurontin 300mg x 3 | 72 | 2400 Patterson St |
| 283 | 2400 | 277812000009634 | 277812000009639 | 18-Dec-03 | 7710 | Neurontin 300mg x 3 | 18 | 2400 Patterson St |
| 284 | 2400 | 277812000009634 | 277812000009640 | 18-Dec-03 | 7713 | Neurontin 800mg x 3 | 36 | 2400 Patterson St |
| 285 | 2400 | 284874000009045 | 284874000009048 | 08-Jan-04 | 7710 | Neurontin 300mg x 3 | 144 | 2400 Patterson St, Ste  4 |
| 286 | 2400 | 277812000015148 | 277812000015152 | 16-Jan-04 | 7710 | Neurontin 300mg x 3 | 24 | 2400 Patterson St, Ste  4 |
| 287 | 2400 | 277812000015148 | 277812000015153 | 16-Jan-04 | 7712 | Neurontin 600mg x 3 | 12 | 2400 Patterson St, Ste  4 |
| 288 | 2400 | 277812000015148 | 277812000015154 | 16-Jan-04 | 7713 | Neurontin 800mg x 3 | 36 | 2400 Patterson St, Ste  4 |
| 289 | 2400 | 277812000024986 | 277812000024990 | 10-Feb-04 | 7713 | Neurontin 800mg x 3 | 24 | 2400 Patterson St |
| 290 | 2400 | 284874000020719 | 284874000020723 | 19-Feb-04 | 7715 | Neurontin 100mg x 3 | 72 | 2400 Patterson St, Ste  4 |
| 291 | 2400 | 284874000020719 | 284874000020722 | 19-Feb-04 | 7713 | Neurontin 800mg x 3 | 36 | 2400 Patterson St, Ste  4 |
| 292 | 2400 | 284874000026212 | 284874000026215 | 01-Apr-04 | 7710 | Neurontin 300mg x 3 | 36 | 2400 Patterson St, Ste  4 |
| 293 | 2400 | 284874000026220 | 284874000026223 | 01-Apr-04 | 7710 | Neurontin 300mg x 3 | 36 | 2400 Patterson St |
| 294 | 2400 | 284874000026401 | 284874000026404 | 02-Apr-04 | 7710 | Neurontin 300mg x 3 | 60 | 2400 Patterson Street |
| 295 | 2400 | 277812000034814 | 277812000034818 | 08-Apr-04 | 7715 | Neurontin 100mg x 3 | 48 | 2400 Patterson St |
| 296 | 2400 | 284874000027778 | 284874000027782 | 15-Apr-04 | 7712 | Neurontin 600mg x 3 | 72 | 2400 Patterson St |
| 297 | 2400 | 284874000027778 | 284874000027781 | 15-Apr-04 | 7710 | Neurontin 300mg x 3 | 72 | 2400 Patterson St |
| 298 | 2400 | 284874000029475 | 284874000029480 | 29-Apr-04 | 7698 | Neurontin Scored Tabs 800mg x 3 | 18 | 2400 Patterson St |
| 299 | 2400 | 284874000029475 | 284874000029479 | 29-Apr-04 | 7710 | Neurontin 300mg x 3 | 72 | 2400 Patterson St |
| 300 | 2400 | 277812000047400 | 277812000047404 | 19-May-04 | 7710 | Neurontin 300mg x 3 | 18 | 2400 Patterson St, Ste  4 |
| 301 | 313 | 277812000035136 | 277812000035139 | 09-Apr-04 | 7710 | Neurontin 300mg x 3 | 72 | 313 N.Main St. |
| 302 | 4230 | 224001070 | 224002585 | 28-Mar-01 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 20 | 4230 Harding Road, Suite 709 |
| 303 | 4230 | 224001070 | 224002585 | 28-Mar-01 | 7712 | Neurontin 600mg x 3 x 6 x 12 | 48 | 4230 Harding Road, Suite 709 |
| 304 | 4230 | 224001070 | 224002585 | 28-Mar-01 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 48 | 4230 Harding Road, Suite 709 |
| 305 | 4230 | 224001488 | 224002881 | 01-Aug-01 | 7710 | Neurontin 300mg x 3 x 6 x 12 | 144 | 4230 HARDING RD 709 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 306 | 4230 | 224001488 | 224002881 | 01-Aug-01 | 7709 | Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | 40 | 4230 HARDING RD 709 |
| 307 | 4230 | 44390000000603 | 44390000000606 | 17-Jan-02 | 7710 | Neurontin 300mg x 3 | 144 | 4230 HARDING RD 709 |
| 308 | 4230 | 44390000000603 | 44390000000607 | 17-Jan-02 | 7713 | Neurontin 800mg x 3 | 30 | 4230 HARDING RD 709 |
| 309 | 4230 | 44390000000603 | 44390000000608 | 17-Jan-02 | 7715 | Neurontin 100mg x 3 | 42 | 4230 HARDING RD 709 |
| 310 | 4230 | 44390000000603 | 44390000000605 | 17-Jan-02 | 7709 | Neuronin 100mg x 10 Unidose | 20 | 4230 HARDING RD 709 |
| 311 | 4230 | 236485000007384 | 236485000007387 | 30-May-03 | 7710 | Neurontin 300mg x 3 | 30 | 4230 Harding Pike |
| 312 | 4230 | 236485000023426 | 236485000023429 | 20-Jun-03 | 7712 | Neurontin 600mg x 3 | 12 | 4230 Harding Pike |
| 313 | 4230 | 236485000048316 | 236485000048320 | 18-Jul-03 | 7710 | Neurontin 300mg x 3 | 72 | 4230 Harding Pike |
| 314 | 4230 | 253180000059407 | 253180000059410 | 15-Sep-03 | 7710 | Neurontin 300mg x 3 | 72 | 4230 Harding Pike |
| 315 | 510 | 236119000004273 | 236119000004276 | 23-May-03 | 7710 | Neurontin 300mg x 3 | 72 | 510 Hospital Dr Ste 150 |
| 316 | 510 | 236119000004273 | 236119000004277 | 23-May-03 | 7712 | Neurontin 600mg x 3 | 72 | 510 Hospital Dr Ste 150 |
| 317 | 510 | 236485000007432 | 236485000007435 | 30-May-03 | 7710 | Neurontin 300mg x 3 | 36 | 510 Hospital Dr Ste 240 |