EXHIBIT 19

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PRESCRIBER_LAS | PRESCRIBER_FIRST | ID | CALL_ID | PRESCRIBER_ID | CALL_DATE | TERRITORY | REP_NAME | CALL_TYPE | CALL_ADDRESS_LINE_1 | ALL_ADDRESS_CIT | L_ADDRESS_ST | LL_ADDRESS_2 | CALL_NOTES | MI_NOTES | AE_NOTES | SOURCE |
| 2 | CLINTON | MARYELLEN | 89945 | 90257173 | 32058635 | 03-Feb-99 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 3 | CLINTON | MARYELLEN | 96632 | 90368574 | 32058635 | 15-Feb-99 | PD | N/A | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 4 | CLINTON | MARYELLEN | 108241 | 90554535 | 32058635 | 04-Mar-99 | PD | N/A | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 5 | CLINTON | MARYELLEN | 117078 | 90686875 | 32058635 | 17-Mar-99 | PD | N/A | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 6 | CLINTON | MARYELLEN | 123798 | 90778006 | 32058635 | 26-Mar-99 | PD | N/A | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 7 | CLINTON | MARYELLEN | 133266 | 90894625 | 32058635 | 09-Apr-99 | PD | N/A | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 8 | CLINTON | MARYELLEN | 134255 | 90906084 | 32058635 | 12-Apr-99 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 9 | CLINTON | MARYELLEN | 170186 | 91351721 | 32058635 | 09-Jun-99 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 10 | CLINTON | MARYELLEN | 208410 | 91838365 | 32058635 | 12-Aug-99 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 11 | ARENDALL | ELBERT | 247180 | 92286559 | 32416898 | 13-Oct-99 | PD | N/A | Starter | 2400 PATTERSON ST. SUITE 203 | NASHVILLET | TN | 37203 | | | | S2 |
| 12 | CLINTON | MARYELLEN | 247178 | 92286557 | 32058635 | 13-Oct-99 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 13 | Culclaasure | John | 247179 | 92286558 | 32412230 | 13-Oct-99 | PD | N/A | Detail Only | 2400 Patterson St. Suite 400 | Nashville | TN | 37203 | | | | S2 |
| 14 | Culclaasure | John | 292257 | 92839417 | 32412230 | 23-Dec-99 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 15 | CLINTON | MARYELLEN | 292588 | 92843098 | 32058635 | 27-Dec-99 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 16 | CLINTON | MARYELLEN | 302531 | 92976589 | 32058635 | 19-Jan-00 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 17 | HESTER | RAY | 315022 | 93119870 | 32416300 | 08-Feb-00 | PD | N/A | Detail Only | 4230 HARDING RD 709 | NASHVILLE | TN | 37205 | | | | S2 |
| 18 | ARENDALL | ELBERT | 315200 | 93133884 | 32416898 | 09-Feb-00 | PD | N/A | Detail Only | 4230 HARDING RD 709 | NASHVILLE | TN | 37205 | | | | S2 |
| 19 | CLINTON | MARYELLEN | 316052 | 93131387 | 32058635 | 09-Feb-00 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 20 | Culclaasure | John | 316053 | 93131388 | 32412230 | 09-Feb-00 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 21 | Krancer | Pam | 316054 | 93131389 | 34744073 | 09-Feb-00 | PD | N/A | Starter | 2400 Patterson St. Suite 400 | Nashville | TN | 37203 | | | | S2 |
| 22 | CLINTON | MARYELLEN | 320965 | 93193227 | 32058635 | 16-Feb-00 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | TNCare approving | | | S2 |
| 23 | CLINTON | MARYELLEN | 342664 | 93460060 | 32058635 | 15-Mar-00 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 24 | Culclaasure | John | 342665 | 93460061 | 32412230 | 15-Mar-00 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 25 | Webber | Kari | 342666 | 93460062 | 34744081 | 15-Mar-00 | PD | N/A | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 26 | ARENDALL | ELBERT | 343208 | 93472275 | 32416898 | 16-Mar-00 | PD | N/A | Detail Only | 4230 HARDING RD 709 | NASHVILLE | TN | 37205 | | | | S2 |
| 27 | Krancer | Pam | 343209 | 93472276 | 34744073 | 16-Mar-00 | PD | N/A | Starter | 2400 Patterson St. Suite 400 | Nashville | TN | 37203 | Culclasure (pain | | | S2 |
| 28 | Culclaasure | John | 362708 | 93692484 | 32412230 | 11-Apr-00 | PD | N/A | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 29 | Webber | Kari | 362709 | 93692485 | 34744081 | 11-Apr-00 | PD | N/A | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 30 | Culclaasure | John | 364894 | 93719805 | 32412230 | 13-Apr-00 | PD | N/A | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 31 | Webber | Kari | 364895 | 93719806 | 34744081 | 13-Apr-00 | PD | N/A | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 32 | CLINTON | MARYELLEN | 369495 | 93780130 | 32058635 | 20-Apr-00 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 33 | CLINTON | MARYELLEN | 377802 | 93891846 | 32058635 | 08-May-00 | PD | N/A | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 34 | CLINTON | MARYELLEN | 379461 | 93915446 | 32058635 | 10-May-00 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | keeps calling!!! | | | S2 |
| 35 | Culclaasure | John | 379463 | 93915448 | 32412230 | 10-May-00 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 36 | CLINTON | MARYELLEN | 403373 | 94222047 | 32058635 | 15-Jun-00 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 37 | Culclaasure | John | 403377 | 94222051 | 32412230 | 15-Jun-00 | PD | N/A | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 38 | Webber | Kari | 403378 | 94222052 | 34744081 | 15-Jun-00 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 39 | CLINTON | MARYELLEN | 410031 | 94308289 | 32058635 | 26-Jun-00 | PD | N/A | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 40 | CLINTON | MARYELLEN | 420097 | 94435118 | 32058635 | 17-Jul-00 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | benefit-Leipers Fork | | | S2 |
| 41 | Culclaasure | John | 421782 | 94460838 | 32412230 | 19-Jul-00 | PD | N/A | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 42 | Culclaasure | John | 432747 | 94587306 | 32412230 | 03-Aug-00 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | only - works great!! | | | S2 |
| 43 | CLINTON | MARYELLEN | 439391 | 94673012 | 32058635 | 14-Aug-00 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 44 | ARENDALL | ELBERT | 440730 | 94685637 | 32416898 | 15-Aug-00 | PD | N/A | Detail Only | 4230 HARDING RD 709 | NASHVILLE | TN | 37205 | | | | S2 |
| 45 | Krancer | Pam | 440731 | 94685638 | 34744073 | 15-Aug-00 | PD | N/A | Starter | 2400 Patterson St. Suite 400 | Nashville | TN | 37203 | | | | S2 |
| 46 | CLINTON | MARYELLEN | 449884 | 94808193 | 32058635 | 24-Aug-00 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | neurop pain, sleep; | | | S2 |
| 47 | Culclaasure | John | 449883 | 94808192 | 32412230 | 24-Aug-00 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 48 | Webber | Kari | 449889 | 94808198 | 34744081 | 24-Aug-00 | PD | N/A | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 49 | CLINTON | MARYELLEN | 457600 | 94908311 | 32058635 | 06-Sep-00 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 50 | CLINTON | MARYELLEN | 464807 | 94998088 | 32058635 | 15-Sep-00 | PD | N/A | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 51 | CLINTON | MARYELLEN | 468477 | 95049068 | 32058635 | 21-Sep-00 | PD | N/A | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 52 | CLINTON | MARYELLEN | 68410 | 346101537 | 32058635 | 24-Oct-00 | T3CTC | Chelyncia | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 53 | CLINTON | MARYELLEN | 31622 | 224000697 | 32058635 | 17-Nov-00 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 54 | CLINTON | MARYELLEN | 31601 | 224000669 | 32058635 | 21-Nov-00 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 55 | CLINTON | MARYELLEN | 74650 | 69114753 | 32058635 | 30-Nov-00 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 56 | CLINTON | MARYELLEN | 31636 | 224000721 | 32058635 | 21-Dec-00 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 57 | CLINTON | MARYELLEN | 31646 | 224000740 | 32058635 | 03-Jan-01 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 58 | Krancer | Pam | 74676 | 69602093 | 34744073 | 11-Jan-01 | K1H12 | Pippin, Ashley | Starter | 2400 Patterson St. Suite 400 | Nashville | TN | 37203 | | | | S2 |
| 59 | CLINTON | MARYELLEN | 31665 | 224000799 | 32058635 | 16-Jan-01 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 60 | CLINTON | MARYELLEN | 31674 | 224000821 | 32058635 | 24-Jan-01 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 61 | CLINTON | MARYELLEN | 31729 | 224000982 | 32058635 | 22-Feb-01 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 62 | MATHEWS | DOUGLAS | 31719 | 224000950 | 32417966 | 02-Mar-01 | K1H12 | Pippin, Ashley | Starter | 2400 Patterson St. Suite 123 | NASHVILLE | TN | 37203 | | | | S2 |
| 63 | CLINTON | MARYELLEN | 31740 | 224001006 | 32058635 | 13-Mar-01 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 64 | Hatchett | Angela | 31770 | 224001070 | 224002134 | 28-Mar-01 | K1H12 | Pippin, Ashley | Starter | 4230 Harding Road, Suite 709 | Nashville | TN | 37205 | | | | S2 |
| 65 | CLINTON | MARYELLEN | 31801 | 224001163 | 32058635 | 24-Apr-01 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 66 | CLINTON | MARYELLEN | 31915 | 224001481 | 32058635 | 28-Jul-01 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 67 | HESTER | RAY | 31921 | 224001488 | 32416300 | 01-Aug-01 | K1H12 | Pippin, Ashley | Starter | 4230 HARDING RD 709 | NASHVILLE | TN | 37205 | | | | S2 |
| 68 | CLINTON | MARYELLEN | 31956 | 224001586 | 32058635 | 04-Sep-01 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S2 |
| 69 | Krancer | Pam | 31957 | 224001588 | 34744073 | 04-Sep-01 | K1H12 | Pippin, Ashley | Starter | 2400 Patterson St. Suite 400 | Nashville | TN | 37203 | | | | S2 |
| 70 | Clinton | Mary | 187717 | 9 | 23219838 | 09-Oct-01 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | information on | | | S3 |
| 71 | Krancer | Pamela | 364924 | 7 | 23316030 | 24-Oct-01 | K1H12 | Pippin, Ashley | Starter | 2400 Patterson Rd, Suite 400 | Nashville | TN | 37203 | | | | S3 |
| 72 | Clinton | Mary | 660803 | 8 | 23219838 | 06-Nov-01 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 73 | Clinton | Mary | 187719 | 6 | 23219838 | 12-Dec-01 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 74 | HESTER | RAY | 599015 | 3 | 23280339 | 17-Jan-02 | K1H12 | Pippin, Ashley | Starter | 4230 HARDING RD 709 | NASHVILLE | TN | 37205 | | | | S3 |
| 75 | Krancer | Pamela | 364923 | 0 | 23316030 | 21-Jan-02 | K1H12 | Pippin, Ashley | Starter | 2400 Patterson St, Suite 400 | Nashville | TN | 37203 | | | | S3 |
| 76 | Clinton | Mary | 187712 | 4 | 23219838 | 06-Feb-02 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 77 | Clinton | Mary | 187710 | 3 | 23219838 | 06-Mar-02 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 78 | Hatchett | Angela | 281406 | 9 | 23327612 | 05-Apr-02 | K1H12 | Pippin, Ashley | Only | 4230 Harding Road, Suite 709 | Nashville | TN | 37205 | and all | | | S3 |
| 79 | Clinton | Mary | 187714 | 7 | 23219838 | 01-May-02 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 80 | Krancer | Pamela | 364925 | 8 | 23316030 | 13-May-02 | K1H12 | Pippin, Ashley | Starter | 2400 Patterson St, Suite 400 | Nashville | TN | 37203 | 300s, probe into | | | S3 |

| # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | McCombs | Paul | 628681 | 5 | 109879956 | 13-May-02 | K1H12 | Pippin, Ashley | Starter | 2400 Patterson Street | Nashville | TN | 37203 | | | | S3 |
| 82 | Clinton | Mary | 187718 | 3 | 23219838 | 22-May-02 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 83 | Krancer | Pamela | 518325 | 0 | 23316030 | 08-Jul-02 | K1H12 | Pippin, Ashley | Starter | 2400 Patterson St, Suite 400 | Nashville | TN | 37203 | indication, how high | | | S3 |
| 84 | Clinton | Mary | 187711 | 2 | 23219838 | 17-Jul-02 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | need to stress | | | S3 |
| 85 | Culclasure | John | 158706 | 8 | 23279720 | 08-Aug-02 | K1H12 | Pippin, Ashley | Detail Only | 2400 Patterson St. | Nashville | TN | 37203 | on phn ate | | | S3 |
| 86 | Brumley | Miriam | 268853 | 4 | 33307000062673 | 21-Aug-02 | K1H12 | Pippin, Ashley | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S3 |
| 87 | Webber | Kari | 689013 | 2 | 23294552 | 21-Aug-02 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 88 | Clinton | Mary | 187713 | 3 | 23219838 | 03-Sep-02 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 89 | Brumley | Miriam | 268859 | 9 | 33307000062673 | 13-Sep-02 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3 |
| 90 | Clinton | Mary | 187709 | 3 | 23219838 | 07-Oct-02 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | know much about it, | | | S3 |
| 91 | Brumley | Miriam | 268861 | 1 | 33307000062673 | 09-Oct-02 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | the benefits of | | | S3 |
| 92 | Culclasure | John | 546580 | 7 | 23279720 | 09-Oct-02 | E3B21 | Regina | Detail Only | 2400 Patterson St, Suite 400 | Nashville | TN | 37203 | | | | S3 |
| 93 | Brumley | Miriam | 268854 | 6 | 33307000062673 | 23-Oct-02 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3 |
| 94 | Brumley | Miriam | 268858 | 4 | 33307000062673 | 23-Oct-02 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3 |
| 95 | Webber | Kari | 327230 | 9 | 23294552 | 23-Oct-02 | K1H12 | Pippin, Ashley | Only | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 96 | Webber | Kari | 327231 | 9 | 23294552 | 30-Oct-02 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 97 | Brumley | Miriam | 268850 | 3 | 33307000062673 | 08-Nov-02 | E3B21 | Regina | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3 |
| 98 | Brumley | Miriam | 588231 | 4 | 33307000062673 | 12-Nov-02 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3 |
| 99 | Culclasure | John | 158703 | 5 | 23279720 | 22-Nov-02 | K1H12 | Pippin, Ashley | Detail Only | 2400 Patterson St. | Nashville | TN | 37203 | | | | S3 |
| 100 | Webber | Kari | 510732 | 6 | 23294552 | 22-Nov-02 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 101 | Brumley | Miriam | 268851 | 8 | 33307000062673 | 25-Nov-02 | E3B21 | Regina | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3 |
| 102 | Clinton | Mary | 667031 | 0 | 23219838 | 25-Nov-02 | E3B21 | Regina | Starter | 1916 Patterson St Suite 101 | Nashville | TN | 37203 | | | | S3 |
| 103 | Brumley | Miriam | 268857 | 3 | 33307000062673 | 06-Dec-02 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3 |
| 104 | Webber | Kari | 327225 | 5 | 23294552 | 18-Dec-02 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 105 | Webber | Kari | 510733 | 6 | 23294552 | 08-Jan-03 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 106 | Webber | Kari | 327227 | 1 | 23294552 | 20-Jan-03 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 107 | Brumley | Miriam | 499176 | 6 | 33307000062673 | 28-Jan-03 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3 |
| 108 | Clinton | Mary | 481930 | 3 | 23219838 | 29-Jan-03 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 109 | Brumley | Miriam | 268856 | 3 | 33307000062673 | 05-Feb-03 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3 |
| 110 | Webber | Kari | 327229 | 3 | 23294552 | 05-Feb-03 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 111 | Brumley | Miriam | 588234 | 3 | 33307000062673 | 11-Feb-03 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3 |
| 112 | Clinton | Mary | 187715 | 0 | 23219838 | 11-Feb-03 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 113 | Webber | Kari | 327228 | 8 | 23294552 | 19-Feb-03 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 114 | McCombs | Paul | 27841 | 7 | 109879956 | 27-Feb-03 | K1H12 | Pippin, Ashley | Starter | 2400 Patterson Street | Nashville | TN | 37203 | | | | S3 |
| 115 | Shwab | George | 697702 | 8 | 23329391 | 03-Mar-03 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson Street | Nashville | TN | 37203 | | | | S3 |
| 116 | Brumley | Miriam | 588230 | 4 | 33307000062673 | 06-Mar-03 | K1H12 | Pippin, Ashley | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S3 |
| 117 | Culclasure | John | 158704 | 2 | 23279720 | 06-Mar-03 | K1H12 | Pippin, Ashley | Starter | 2400 Patterson St. | Nashville | TN | 37203 | | | | S3 |
| 118 | Brumley | Miriam | 268852 | 7 | 33307000062673 | 12-Mar-03 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | and all | | S3 |
| 119 | Brumley | Miriam | 677192 | 4 | 33307000062673 | 20-Mar-03 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3 |
| 120 | Webber | Kari | 327224 | 4 | 23294552 | 20-Mar-03 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 121 | Brumley | Miriam | 268855 | 7 | 33307000062673 | 07-Apr-03 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3 |
| 122 | Shwab | George | 608440 | 1 | 23329391 | 07-Apr-03 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson Street | Nashville | TN | 37203 | | | | S3 |
| 123 | Brumley | Miriam | 588233 | 9 | 33307000062673 | 11-Apr-03 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3 |
| 124 | Brumley | Miriam | 268860 | 7 | 33307000062673 | 17-Apr-03 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3 |
| 125 | Clinton | Mary | 187716 | 8 | 23219838 | 17-Apr-03 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 126 | Culclasure | John | 158705 | 4 | 23279720 | 17-Apr-03 | K1H12 | Pippin, Ashley | Starter | 2400 Patterson St. | Nashville | TN | 37203 | | | | S3 |
| 127 | Shwab | George | 370786 | 4 | 23329391 | 17-Apr-03 | K1H12 | Pippin, Ashley | Detail Only | 1916 Patterson Street | Nashville | TN | 37203 | | | | S3 |
| 128 | Webber | Kari | 327226 | 1 | 23294552 | 17-Apr-03 | K1H12 | Pippin, Ashley | Starter | 1916 PATTERSON ST | NASHVILLE | TN | 37203 | | | | S3 |
| 129 | Brumley | Miriam | 312748 | 15 | 33307000062673 | 18-Apr-03 | 3PB16A15 | Regina | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 130 | McCombs | Paul | 312743 | 64 | 109879956 | 18-Apr-03 | 3PB16A15 | Regina | Starter | 2400 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 131 | Shwab | George | 312747 | 91 | 23329391 | 18-Apr-03 | 3PB16A15 | Regina | Detail Only | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | | | | S3.1 |
| 132 | Webber | Kari | 312749 | 61 | 23294552 | 18-Apr-03 | 3PB16A15 | Regina | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 133 | Brumley | Miriam | 312764 | 92 | 33307000062673 | 25-Apr-03 | 3PB16A15 | Regina | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 134 | Brumley | Miriam | 588232 | 0 | 33307000062673 | 29-Apr-03 | K1H12 | Pippin, Ashley | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3 |
| 135 | Shwab | George | 312768 | 57 | 23329391 | 05-May-03 | 3PB16A15 | Regina | Starter | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | | | | S3.1 |
| 136 | Brumley | Miriam | 652009 | 81 | 33307000062673 | 23-May-03 | 3NU11M13 | Vacant | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 137 | Shwab | George | 652008 | 73 | 23329391 | 23-May-03 | 3NU11M13 | Vacant | Starter | 510 Hospital Dr Ste 150 | Madison | TN | 37115 | | | | S3.1 |
| 138 | Brumley | Miriam | 658012 | 54 | 33307000062673 | 30-May-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 139 | Clinton | Mary | 658008 | 04 | 23219838 | 30-May-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | Relpax first because | | | S3.1 |
| 140 | Culclasure | John | 658009 | 84 | 23279720 | 30-May-03 | 3NR11M13 | Vacant | Starter | 4230 Harding Pike | Nashville | TN | 37205 | | | | S3.1 |
| 141 | Mc Curry | Paul | 658013 | 28 | 236485000007313 | 30-May-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson Street | Nashville | TN | 37203 | Knoxville | | | S3.1 |
| 142 | Schwab | George | 658011 | 32 | 23338086 | 30-May-03 | 3NR11M13 | Vacant | Starter | 510 Hospital Dr Ste 240 | Madison | TN | 37115 | | | | S3.1 |
| 143 | Webber | Kari | 658010 | 07 | 23294552 | 30-May-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson Street | Nashville | TN | 37203 | | | | S3.1 |
| 144 | BERKMAN | RICHARD | 652011 | 65 | 23268138 | 03-Jun-03 | 3NR11M13 | Vacant | Detail Only | 2400 Patterson Street | Nashville | TN | 37203 | yet!! | | | S3.1 |
| 145 | Clinton | Mary | 658021 | 88 | 23219838 | 05-Jun-03 | 3NU11M13 | Vacant | Starter | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | Relpax first because | | | S3.1 |
| 146 | Clinton | Mary | 652016 | 31 | 23219838 | 05-Jun-03 | 3NU11M13 | Vacant | Starter | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | | | | S3.1 |
| 147 | Clinton | Mary | 746418 | 23 | 23219838 | 05-Jun-03 | 3NU11M13 | Vacant | Starter | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | | | | S3.1 |
| 148 | Krancer | Pamela | 746415 | 32 | 23316030 | 06-Jun-03 | 3NU11M13 | Vacant | Starter | 2400 Patterson St, Ste  4 | Nashville | TN | 37203 | | | | S3.1 |
| 149 | Krancer | Pamela | 658025 | 99 | 23316030 | 06-Jun-03 | 3NU11M13 | Vacant | Starter | 2400 Patterson St, Ste  4 | Nashville | TN | 37203 | | | | S3.1 |
| 150 | Brumley | Miriam | 658068 | 67 | 33307000062673 | 20-Jun-03 | 3NU11M13 | Vacant | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 151 | Clinton | Mary | 658067 | 30 | 23219838 | 20-Jun-03 | 3NU11M13 | Vacant | Starter | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | price change with | | | S3.1 |
| 152 | Culclasure | John | 658061 | 26 | 23279720 | 20-Jun-03 | 3NU11M13 | Vacant | Starter | 4230 Harding Pike | Nashville | TN | 37205 | | | | S3.1 |
| 153 | Duncan | Kay | 658063 | 74 | 62429000043532 | 20-Jun-03 | 3NU11M13 | Vacant | Starter | 2400 Patterson St | Nashville | TN | 37203 | Conference where | | | S3.1 |
| 154 | Mc Curry | Paul | 658062 | 51 | 236485000007313 | 20-Jun-03 | 3NU11M13 | Vacant | Starter | 1916 Patterson Street | Nashville | TN | 37203 | aggressive titration | | | S3.1 |
| 155 | Schwab | George | 658060 | 04 | 23338086 | 20-Jun-03 | 3NU11M13 | Vacant | Starter | 1916 Patterson Street | Nashville | TN | 37203 | | | | S3.1 |
| 156 | Brumley | Miriam | 746443 | 70 | 33307000062673 | 26-Jun-03 | 3NU11M13 | Vacant | Starter | 1916 Patterson St | Nashville | TN | 37203 | that UCB (Keppra) is | | | S3.1 |
| 157 | BERKMAN | RICHARD | 658122 | 22 | 23268138 | 01-Jul-03 | 3NR11M13 | Vacant | Only | 1161 21st Ave S | Nashville | TN | 37203 | seeing reps today. | | | S3.1 |
| 158 | Brumley | Miriam | 864426 | 68 | 33307000062673 | 11-Jul-03 | 3NU11M13 | Vacant | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | very busy | | | S3.1 |
| 159 | Duncan | Kay | 864431 | 78 | 62429000043532 | 11-Jul-03 | 3NU11M13 | Vacant | Starter | 2400 Patterson St | Nashville | TN | 37203 | price with Neurontin | | | S3.1 |
| 160 | Krancer | Pamela | 864430 | 67 | 23316030 | 11-Jul-03 | 3NU11M13 | Vacant | Starter | 2400 Patterson St, Ste  4 | Nashville | TN | 37203 | Pam loves Neurontin | | | S3.1 |

| # | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 161 | Shwab | George | 864425 | 63 | 23329391 | 11-Jul-03 | 3NU11M13 | Vacant | Detail Only | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | very busy | | | S3.1 |
| 162 | Webber | Kari | 864424 | 40 | 23294552 | 11-Jul-03 | 3NU11M13 | Vacant | Starter | 1916 Patterson St | Nashville | TN | 37203 | Very nice | | | S3.1 |
| 163 | Charitat | Maurice | 658166 | 93 | 23350667 | 18-Jul-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson Street | Nashville | TN | 37203 | be at Culclasure's | | | S3.1 |
| 164 | Clinton | Mary | 658175 | 22 | 23219838 | 18-Jul-03 | 3NR11M13 | Vacant | Only | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | seeing reps today. | | | S3.1 |
| 165 | Culclasure | John | 658171 | 16 | 23279720 | 18-Jul-03 | 3NR11M13 | Vacant | Starter | 4230 Harding Pike | Nashville | TN | 37205 | mention | | | S3.1 |
| 166 | Duncan | Kay | 658168 | 49 | 62429000043532 | 18-Jul-03 | 3NR11M13 | Vacant | Only | 2400 Patterson St | Nashville | TN | 37203 | Kay was not in today. | | | S3.1 |
| 167 | Krancer | Pamela | 658167 | 28 | 23316030 | 18-Jul-03 | 3NR11M13 | Vacant | Only | 2400 Patterson St, Ste 4 | Nashville | TN | 37203 | reps today. | | | S3.1 |
| 168 | Schwab | George | 658173 | 76 | 23338086 | 18-Jul-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson Street | Nashville | TN | 37203 | 100's. | | | S3.1 |
| 169 | Webber | Kari | 658172 | 39 | 23294552 | 18-Jul-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson St | Nashville | TN | 37203 | dose of Neu. more | | | S3.1 |
| 170 | Brumley | Miriam | 864463 | 86 | 33307000062673 | 24-Jul-03 | 3NU11M13 | Vacant | Starter | 1916 Patterson St | Nashville | TN | 37203 | that she had tried | | | S3.1 |
| 171 | Webber | Kari | 864805 | 87 | 23294552 | 24-Jul-03 | 3NU11M13 | Vacant | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | today | | | S3.1 |
| 172 | Duncan | Kay | 658242 | 90 | 62429000043532 | 29-Jul-03 | 3NR11M13 | Vacant | Only | 2400 Patterson St | Nashville | TN | 37203 | reps today. | | | S3.1 |
| 173 | Krancer | Pamela | 658241 | 69 | 23316030 | 29-Jul-03 | 3NR11M13 | Vacant | Only | 2400 Patterson St, Ste 4 | Nashville | TN | 37203 | reps today. | | | S3.1 |
| 174 | Webber | Kari | 658290 | 80 | 23294552 | 05-Aug-03 | 3NR11M13 | Vacant | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | mention. | | | S3.1 |
| 175 | Duncan | Kay | 864525 | 19 | 62429000043532 | 08-Aug-03 | 3NU11M13 | Vacant | Detail Only | 2400 Patterson St | Nashville | TN | 37203 | opening up a bit and | | | S3.1 |
| 176 | Krancer | Pamela | 864528 | 68 | 23316030 | 08-Aug-03 | 3NU11M13 | Vacant | Starter | 2400 Patterson St, Ste 4 | Nashville | TN | 37203 | Neurontin is the 1st | | | S3.1 |
| 177 | Brumley | Miriam | 658333 | 97 | 33307000062673 | 11-Aug-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson St | Nashville | TN | 37203 | hesitate to use higher | | | S3.1 |
| 178 | Charitat | Maurice | 658332 | 74 | 23350667 | 11-Aug-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson Street | Nashville | TN | 37203 | schedule. He is | | | S3.1 |
| 179 | Clinton | Mary | 658336 | 66 | 23219838 | 11-Aug-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | information about | | | S3.1 |
| 180 | Culclasure | John | 658330 | 16 | 23279720 | 11-Aug-03 | 3NR11M13 | Vacant | Detail Only | 2400 Patterson St, Ste 4 | Nashville | TN | 37203 | mention. | | | S3.1 |
| 181 | Mc Curry | Paul | 658335 | 43 | 236485000007313 | 11-Aug-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson Street | Nashville | TN | 37203 | Neurontin and uses | | | S3.1 |
| 182 | Schwab | George | 658334 | 20 | 23338086 | 11-Aug-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson Street | Nashville | TN | 37203 | elderly pts. or so he | | | S3.1 |
| 183 | Webber | Kari | 658331 | 37 | 23294552 | 11-Aug-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson St | Nashville | TN | 37203 | study - she doesn't | | | S3.1 |
| 184 | Clinton | Mary | 658354 | 80 | 23219838 | 13-Aug-03 | 3NR11M13 | Vacant | Detail Only | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | PD fundraiser. | | | S3.1 |
| 185 | Clinton | Mary | 658402 | 27 | 23219838 | 28-Aug-03 | 3NR11M13 | Vacant | Only | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | lunch for 9-2-03 - | | | S3.1 |
| 186 | Culclasure | John | 658399 | 60 | 23279720 | 28-Aug-03 | 3NR11M13 | Vacant | Detail Only | 2400 Patterson St, Ste 4 | Nashville | TN | 37203 | mention | | | S3.1 |
| 187 | Mc Curry | Paul | 658401 | 04 | 236485000007313 | 28-Aug-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson Street | Nashville | TN | 37203 | discussion tabs vs. | | | S3.1 |
| 188 | Schwab | George | 658398 | 37 | 23338086 | 28-Aug-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson Street | Nashville | TN | 37203 | to the nurses | | | S3.1 |
| 189 | Webber | Kari | 658400 | 81 | 23294552 | 28-Aug-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson St | Nashville | TN | 37203 | about cost and pt. | | | S3.1 |
| 190 | Duncan | Kay | 864608 | 35 | 62429000043532 | 02-Sep-03 | 3NU11M13 | Vacant | Detail Only | 2400 Patterson St | Nashville | TN | 37203 | this morning | | | S3.1 |
| 191 | Krancer | Pamela | 864611 | 58 | 23316030 | 02-Sep-03 | 3NU11M13 | Vacant | Starter | 2400 Patterson St, Ste 4 | Nashville | TN | 37203 | sold on the benefits | | | S3.1 |
| 192 | Webber | Kari | 658450 | 66 | 23294552 | 09-Sep-03 | 3NR11M13 | Vacant | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | discussion | | | S3.1 |
| 193 | Brumley | Miriam | 658459 | 25 | 33307000062673 | 11-Sep-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson St | Nashville | TN | 37203 | assistance question. | | | S3.1 |
| 194 | Clinton | Mary | 658461 | 83 | 23219838 | 11-Sep-03 | 3NR11M13 | Vacant | Only | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | samples but I waited | | | S3.1 |
| 195 | Culclasure | John | 658460 | 62 | 23279720 | 11-Sep-03 | 3NR11M13 | Vacant | Detail Only | 2400 Patterson St, Ste 4 | Nashville | TN | 37203 | mention | | | S3.1 |
| 196 | Mc Curry | Paul | 658464 | 50 | 236485000007313 | 11-Sep-03 | 3NR11M13 | Vacant | Only | 1916 Patterson Street | Nashville | TN | 37203 | procedure today. | | | S3.1 |
| 197 | Schwab | George | 658463 | 27 | 23338086 | 11-Sep-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson Street | Nashville | TN | 37203 | the next Nurses' | | | S3.1 |
| 198 | Webber | Kari | 658462 | 04 | 23294552 | 11-Sep-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson St | Nashville | TN | 37203 | appreciative of the | | | S3.1 |
| 199 | Charitat | Maurice | 864659 | 61 | 23350667 | 15-Sep-03 | 3NU11M13 | Vacant | Detail Only | 1916 Patterson Street | Nashville | TN | 37203 | today | | | S3.1 |
| 200 | HESTER | RAY | 864662 | 07 | 23280339 | 15-Sep-03 | 3NU11M13 | Vacant | Starter | 4230 Harding Pike | Nashville | TN | 37205 | Neurontin today. | | | S3.1 |
| 201 | Brumley | Miriam | 864689 | 51 | 33307000062673 | 19-Sep-03 | 3NU11M13 | Vacant | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | mention today very | | | S3.1 |
| 202 | Charitat | Maurice | 864693 | 19 | 23350667 | 19-Sep-03 | 3NU11M13 | Vacant | Detail Only | 1916 Patterson Street | Nashville | TN | 37203 | very nice and said he | | | S3.1 |
| 203 | Clinton | Mary | 864691 | 85 | 23219838 | 19-Sep-03 | 3NU11M13 | Vacant | Starter | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | liking Relpax and | | | S3.1 |
| 204 | Shwab | George | 864695 | 35 | 23329391 | 19-Sep-03 | 3NU11M13 | Vacant | Detail Only | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | Neurontin is his 1st | | | S3.1 |
| 205 | Webber | Kari | 864694 | 30 | 23294552 | 19-Sep-03 | 3NU11M13 | Vacant | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | Neurontin is 1st line | | | S3.1 |
| 206 | Shwab | George | 864723 | 48 | 23329391 | 30-Sep-03 | 3NU11M13 | Vacant | Starter | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | uses Neurontin 1st | | | S3.1 |
| 207 | Shwab | George | 864748 | 01 | 23329391 | 03-Oct-03 | 3NU11M13 | Vacant | Detail Only | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | hour behind and | | | S3.1 |
| 208 | Webber | Kari | 864747 | 87 | 23294552 | 05-Oct-03 | 3NU11M13 | Vacant | Starter | 1916 Patterson St | Nashville | TN | 37203 | Neurontin is 1st line | | | S3.1 |
| 209 | Duncan | Kay | 658653 | 89 | 62429000043532 | 07-Oct-03 | 3NR11M13 | Vacant | Only | 2400 Patterson St | Nashville | TN | 37203 | anything today. | | | S3.1 |
| 210 | Krancer | Pamela | 658652 | 68 | 23316030 | 07-Oct-03 | 3NR11M13 | Vacant | Only | 2400 Patterson St, Ste 4 | Nashville | TN | 37203 | anything today. | | | S3.1 |
| 211 | Brumley | Miriam | 658684 | 18 | 33307000062673 | 09-Oct-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson St | Nashville | TN | 37203 | Neurontin. | | | S3.1 |
| 212 | Charitat | Maurice | 658686 | 62 | 23350667 | 09-Oct-03 | 3NR11M13 | Vacant | Detail Only | 1916 Patterson Street | Nashville | TN | 37203 | more AE's with Neu. | | | S3.1 |
| 213 | Clinton | Mary | 658687 | 84 | 23219838 | 09-Oct-03 | 3NR11M13 | Vacant | Only | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | today. | | | S3.1 |
| 214 | Culclasure | John | 658685 | 41 | 23279720 | 09-Oct-03 | 3NR11M13 | Vacant | Detail Only | 2400 Patterson St, Ste 4 | Nashville | TN | 37203 | mention. | | | S3.1 |
| 215 | Duncan | Kay | 864802 | 42 | 62429000043532 | 16-Oct-03 | 3NU11M13 | Vacant | Detail Only | 2400 Patterson St | Nashville | TN | 37203 | hall and quick | | | S3.1 |
| 216 | Duncan | Kay | 1058059 | 12 | 62429000043532 | 16-Oct-03 | 3NU11M13 | Vacant | Detail Only | 2400 Patterson St | Nashville | TN | 37203 | mention today as | | | S3.1 |
| 217 | Charitat | Maurice | 658743 | 50 | 23350667 | 17-Oct-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson Street, Suite 105 | Nashville | TN | 37203 | about Gabitril - he | | | S3.1 |
| 218 | Clinton | Mary | 658786 | 66 | 23219838 | 23-Oct-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | Christi and her | | | S3.1 |
| 219 | Brumley | Miriam | 658788 | 16 | 33307000062673 | 24-Oct-03 | 3NR11M13 | Vacant | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 220 | Charitat | Maurice | 658791 | 30 | 23350667 | 24-Oct-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson Street, Suite 105 | Nashville | TN | 37203 | Neurontin scripts this | | | S3.1 |
| 221 | Duncan | Kay | 658796 | 46 | 62429000043532 | 24-Oct-03 | 3NR11M13 | Vacant | Detail Only | 2400 Patterson St | Nashville | TN | 37203 | mention. | | | S3.1 |
| 222 | Webber | Kari | 658787 | 92 | 23294552 | 24-Oct-03 | 3NR11M13 | Vacant | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 223 | Brumley | Miriam | 1308953 | 98 | 33307000062673 | 31-Oct-03 | 3NU22B13 | Hardin, Robert | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 224 | Mc Curry | Paul | 1308954 | 07 | 236485000007313 | 31-Oct-03 | 3NU22B13 | Hardin, Robert | Starter | 1916 Patterson Street | Nashville | TN | 37203 | | | | S3.1 |
| 225 | Shwab | George | 1308956 | 23 | 23329391 | 31-Oct-03 | 3NU22B13 | Hardin, Robert | Detail Only | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | | | | S3.1 |
| 226 | Webber | Kari | 1308955 | 17 | 23294552 | 31-Oct-03 | 3NU22B13 | Hardin, Robert | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 227 | Duncan | Kay | 1308997 | 20 | 62429000043532 | 10-Nov-03 | 3NU22B13 | Hardin, Robert | Starter | 2400 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 228 | Krancer | Pamela | 1308999 | 48 | 23316030 | 10-Nov-03 | 3NU22B13 | Hardin, Robert | Starter | 2400 Patterson St, Ste 4 | Nashville | TN | 37203 | | | | S3.1 |
| 229 | Culclasure | John | 1121287 | 76 | 23279720 | 21-Nov-03 | 3NU22B53 | Ross, Janet | Only | 1916 Patterson Street, suite 106 | Nashville | TN | 37203 | procedure this | | | S3.1 |
| 230 | Brumley | Miriam | 313356 | 35 | 33307000062673 | 04-Dec-03 | 3PB16A15 | Regina | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 231 | Clinton | Mary | 313350 | 42 | 23219838 | 04-Dec-03 | 3PB16A15 | Regina | Starter | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | | | | S3.1 |
| 232 | Shwab | George | 313355 | 10 | 23329391 | 04-Dec-03 | 3PB16A15 | Regina | Detail Only | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | | | | S3.1 |
| 233 | Webber | Kari | 313357 | 60 | 23294552 | 04-Dec-03 | 3PB16A15 | Regina | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 234 | Brumley | Miriam | 1121343 | 06 | 33307000062673 | 05-Dec-03 | 3NU22B53 | Ross, Janet | Starter | 1916 Patterson St | Nashville | TN | 37203 | and said keep in | | | S3.1 |
| 235 | Clinton | Mary | 1121344 | 29 | 23219838 | 05-Dec-03 | 3NU22B53 | Ross, Janet | Only | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | fine with samples. | | | S3.1 |
| 236 | Clinton | Mary | 1309083 | 11 | 23219838 | 11-Dec-03 | 3NU22B13 | Hardin, Robert | Starter | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | | | | S3.1 |
| 237 | Brumley | Miriam | 1309087 | 54 | 33307000062673 | 12-Dec-03 | 3NU22B13 | Hardin, Robert | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 238 | Duncan | Kay | 1121409 | 34 | 62429000043532 | 18-Dec-03 | 3NU22B53 | Ross, Janet | Starter | 2400 Patterson St | Nashville | TN | 37203 | mention. | | | S3.1 |
| 239 | Clinton | Mary | 1121415 | 65 | 23219838 | 19-Dec-03 | 3NU22B53 | Ross, Janet | Only | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | She wasn't in today. | | | S3.1 |
| 240 | Brumley | Miriam | 1309636 | 82 | 33307000062673 | 08-Jan-04 | 3NU22B13 | Hardin, Robert | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 241 | Clinton | Mary | 1309139 | 53 | 23219838 | 08-Jan-04 | 3NU22B13 | Hardin, Robert | Starter | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | | | | S3.1 |
| 242 | Duncan | Kay | 1309141 | 27 | 62429000043532 | 08-Jan-04 | 3NU22B13 | Hardin, Robert | Detail Only | 2400 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 243 | Krancer | Pamela | 1309143 | 45 | 23316030 | 08-Jan-04 | 3NU22B13 | Hardin, Robert | Starter | 2400 Patterson St, Ste  4 | Nashville | TN | 37203 | | | | S3.1 |
| 244 | Shwab | George | 1309140 | 71 | 23329391 | 08-Jan-04 | 3NU22B13 | Hardin, Robert | Starter | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | | | | S3.1 |
| 245 | Webber | Kari | 1309635 | 78 | 23294552 | 08-Jan-04 | 3NU22B13 | Hardin, Robert | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 246 | Brumley | Miriam | 313439 | 84 | 33307000062673 | 12-Jan-04 | 3PB16A15 | Regina | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 247 | Charitat | Maurice | 313441 | 96 | 23350667 | 12-Jan-04 | 3PB16A15 | Regina | Starter | 1916 Patterson Street, Suite 105 | Nashville | TN | 37203 | | | | S3.1 |
| 248 | Clinton | Mary | 313443 | 50 | 23219838 | 12-Jan-04 | 3PB16A15 | Regina | Starter | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | | | | S3.1 |
| 249 | Culclasure | John | 313445 | 08 | 23279720 | 12-Jan-04 | 3PB16A15 | Regina | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 250 | Shwab | George | 313444 | 81 | 23329391 | 12-Jan-04 | 3PB16A15 | Regina | Starter | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | | | | S3.1 |
| 251 | Webber | Kari | 313442 | 23 | 23294552 | 12-Jan-04 | 3PB16A15 | Regina | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 252 | Brumley | Miriam | 1121516 | 75 | 33307000062673 | 15-Jan-04 | 3NU22B53 | Ross, Janet | Starter | 1916 Patterson St | Nashville | TN | 37203 | tomorrow to work full | | | S3.1 |
| 253 | Clinton | Mary | 1121514 | 31 | 23219838 | 15-Jan-04 | 3NU22B53 | Ross, Janet | Starter | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | all of of the Neurontin | | | S3.1 |
| 254 | Culclasure | John | 1121515 | 54 | 23279720 | 15-Jan-04 | 3NU22B53 | Ross, Janet | Detail Only | 1916 Patterson Street, suite 106 | Nashville | TN | 37203 | of the new split tabs | | | S3.1 |
| 255 | Scwab | George | 1121517 | 63 | 277812000014750 | 15-Jan-04 | 3NU22B53 | Ross, Janet | Detail Only | 1916 Patterson Street | Nashville | TN | 37203 | assistance programs. | | | S3.1 |
| 256 | Krancer | Pamela | 1121530 | 48 | 23316030 | 16-Jan-04 | 3NU22B53 | Ross, Janet | Starter | 2400 Patterson St, Ste  4 | Nashville | TN | 37203 | Neurontin and wants | | | S3.1 |
| 257 | Duncan | Kay | 1121587 | 42 | 62429000043532 | 27-Jan-04 | 3NU22B53 | Ross, Janet | Only | 2400 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 258 | Krancer | Pamela | 1121586 | 22 | 23316030 | 27-Jan-04 | 3NU22B53 | Ross, Janet | Only | 2400 Patterson St, Ste  4 | Nashville | TN | 37203 | | | | S3.1 |
| 259 | Clinton | Mary | 1121603 | 89 | 23219838 | 29-Jan-04 | 3NU22B53 | Ross, Janet | Starter | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | | | | S3.1 |
| 260 | Culclasure | John | 1121607 | 63 | 23279720 | 30-Jan-04 | 3NU22B53 | Ross, Janet | Detail Only | 1916 Patterson Street, suite 106 | Nashville | TN | 37203 | | | | S3.1 |
| 261 | Shwab | George | 1121608 | 25 | 23329391 | 30-Jan-04 | 3NU22B53 | Ross, Janet | Starter | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | changing the | | | S3.1 |
| 262 | Webber | Kari | 1121609 | 50 | 23294552 | 30-Jan-04 | 3NU22B53 | Ross, Janet | Starter | 1916 Patterson St | Nashville | TN | 37203 | about the split tabs | | | S3.1 |
| 263 | Clinton | Mary | 1121687 | 52 | 23219838 | 10-Feb-04 | 3NU22B53 | Ross, Janet | Only | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | | | | S3.1 |
| 264 | Culclasure | John | 1121685 | 09 | 23279720 | 10-Feb-04 | 3NU22B53 | Ross, Janet | Starter | 1916 Patterson Street, suite 106 | Nashville | TN | 37203 | keep reminding him | | | S3.1 |
| 265 | Duncan | Kay | 1121684 | 86 | 62429000043532 | 10-Feb-04 | 3NU22B53 | Ross, Janet | Starter | 2400 Patterson St | Nashville | TN | 37203 | scored tabs and will | | | S3.1 |
| 266 | Shwab | George | 1121683 | 65 | 23329391 | 10-Feb-04 | 3NU22B53 | Ross, Janet | Detail Only | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | the scored tabs and | | | S3.1 |
| 267 | Webber | Kari | 1121686 | 32 | 23294552 | 10-Feb-04 | 3NU22B53 | Ross, Janet | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 268 | Mc Curry | Paul | 1309289 | 54 | 236485000007313 | 14-Feb-04 | 3NU22B13 | Hardin, Robert | Starter | 1805 Williamson COurt | Brentwood | TN | 37027 | | | | S3.1 |
| 269 | Mc Curry | Paul | 1121714 | 62 | 236485000007313 | 16-Feb-04 | 3NU22B13 | Hardin, Robert | Only | 1916 Patterson Street | Nashville | TN | 37203 | | | | S3.1 |
| 270 | Culclasure | John | 1309323 | 56 | 23279720 | 18-Feb-04 | 3NU22B13 | Hardin, Robert | Starter | 1916 Patterson Street, suite 106 | Nashville | TN | 37203 | | | | S3.1 |
| 271 | Duncan | Kay | 1309327 | 07 | 62429000043532 | 19-Feb-04 | 3NU22B13 | Hardin, Robert | Detail Only | 2400 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 272 | Krancer | Pamela | 1309329 | 19 | 23316030 | 19-Feb-04 | 3NU22B13 | Hardin, Robert | Starter | 2400 Patterson St, Ste  4 | Nashville | TN | 37203 | | | | S3.1 |
| 273 | Mc Curry | Paul | 1379246 | 36 | 236485000007313 | 26-Feb-04 | 3PB16A16 | Elizabeth | Detail Only | 1805 Williamson COurt | Brentwood | TN | 37027 | | | | S3.1 |
| 274 | Charitat | Maurice | 1121754 | 58 | 23350667 | 27-Feb-04 | 3NU22B53 | Ross, Janet | Detail Only | 1916 Patterson Street, Suite 105 | Nashville | TN | 37203 | about the split tabs  F | | | S3.1 |
| 275 | Culclasure | John | 1121756 | 99 | 23279720 | 27-Feb-04 | 3NU22B53 | Ross, Janet | Only | 1916 Patterson Street, suite 106 | Nashville | TN | 37203 | | | | S3.1 |
| 276 | Shwab | George | 1121753 | 33 | 23329391 | 27-Feb-04 | 3NU22B53 | Ross, Janet | Starter | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | 100's  A- said he'd try | | | S3.1 |
| 277 | Webber | Kari | 1121755 | 79 | 23294552 | 27-Feb-04 | 3NU22B53 | Ross, Janet | Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 278 | Webber | Kari | 1767170 | 96 | 23294552 | 08-Mar-04 | 3PB16A15 | Regina | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 279 | Charitat | Maurice | 1121802 | 97 | 23350667 | 12-Mar-04 | 3NU22B53 | Ross, Janet | Detail Only | 1916 Patterson Street, Suite 105 | Nashville | TN | 37203 | Knoxville in 60 days. | | | S3.1 |
| 280 | Culclasure | John | 1121804 | 43 | 23279720 | 12-Mar-04 | 3NU22B53 | Ross, Janet | Only | 1916 Patterson Street, suite 106 | Nashville | TN | 37203 | | | | S3.1 |
| 281 | Mc Curry | Paul | 1309362 | 71 | 236485000007313 | 12-Mar-04 | 3NU22B13 | Hardin, Robert | Detail Only | 1805 Williamson COurt | Brentwood | TN | 37027 | | | | S3.1 |
| 282 | Shwab | George | 1121801 | 74 | 23329391 | 12-Mar-04 | 3NU22B53 | Ross, Janet | Starter | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | first line for all pts. | | | S3.1 |
| 283 | Webber | Kari | 1121803 | 18 | 23294552 | 12-Mar-04 | 3NU22B53 | Ross, Janet | Starter | 1916 Patterson St | Nashville | TN | 37203 | Neurontin first line | | | S3.1 |
| 284 | Charitat | Maurice | 1309393 | 13 | 23350667 | 18-Mar-04 | 3NU22B13 | Hardin, Robert | Starter | 1916 Patterson Street, Suite 105 | Nashville | TN | 37203 | | | | S3.1 |
| 285 | Culclasure | John | 1309390 | 45 | 23279720 | 18-Mar-04 | 3NU22B13 | Hardin, Robert | Starter | 1916 Patterson Street, suite 106 | Nashville | TN | 37203 | | | | S3.1 |
| 286 | Duncan | Kay | 1309392 | 77 | 62429000043532 | 18-Mar-04 | 3NU22B13 | Hardin, Robert | Detail Only | 2400 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 287 | Shwab | George | 1309391 | 53 | 23329391 | 18-Mar-04 | 3NU22B13 | Hardin, Robert | Starter | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | | | | S3.1 |
| 288 | Charitat | Maurice | 1767218 | 20 | 23350667 | 24-Mar-04 | 3PB16A15 | Regina | Detail Only | 1916 Patterson Street, Suite 105 | Nashville | TN | 37203 | | | | S3.1 |
| 289 | Clinton | Mary | 1767220 | 82 | 23219838 | 24-Mar-04 | 3PB16A15 | Regina | Starter | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | | | | S3.1 |
| 290 | Culclasure | John | 1767219 | 49 | 23279720 | 24-Mar-04 | 3PB16A15 | Regina | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 291 | Webber | Kari | 1767221 | 21 | 23294552 | 24-Mar-04 | 3PB16A15 | Regina | Starter | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 292 | Culclasure | John | 1121847 | 20 | 23279720 | 25-Mar-04 | 3NU22B53 | Ross, Janet | Only | 1916 Patterson Street, suite 106 | Nashville | TN | 37203 | | | | S3.1 |
| 293 | Shwab | George | 1121849 | 88 | 23329391 | 25-Mar-04 | 3NU22B53 | Ross, Janet | Starter | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | aware of pushing the | | | S3.1 |
| 294 | Webber | Kari | 1121848 | 40 | 23294552 | 25-Mar-04 | 3NU22B53 | Ross, Janet | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 295 | Duncan | Kay | 1309451 | 20 | 62429000043532 | 01-Apr-04 | 3NU22B13 | Hardin, Robert | Starter | 2400 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 296 | Krancer | Pamela | 1309450 | 12 | 23316030 | 01-Apr-04 | 3NU22B13 | Hardin, Robert | Starter | 2400 Patterson St, Ste  4 | Nashville | TN | 37203 | | | | S3.1 |
| 297 | Shwab | George | 1309447 | 60 | 23329391 | 01-Apr-04 | 3NU22B13 | Hardin, Robert | Starter | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | | | | S3.1 |
| 298 | Webber | Kari | 1309448 | 68 | 23294552 | 01-Apr-04 | 3NU22B13 | Hardin, Robert | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 299 | BERKMAN | RICHARD | 1309454 | 01 | 23268138 | 02-Apr-04 | 3NU22B13 | Hardin, Robert | Starter | 2400 Patterson Street | Nashville | TN | 37203 | | | | S3.1 |
| 300 | Duncan | Kay | 1121878 | 14 | 62429000043532 | 08-Apr-04 | 3NU22B53 | Ross, Janet | Starter | 2400 Patterson St | Nashville | TN | 37203 | tear sheets | | | S3.1 |
| 301 | Charitat | Maurice | 1121883 | 36 | 23350667 | 09-Apr-04 | 3NU22B53 | Ross, Janet | Starter | 313 N.Main St. | Ashland City | TN | 37015 | | | | S3.1 |
| 302 | Clinton | Mary | 1121886 | 16 | 23219838 | 09-Apr-04 | 3NU22B53 | Ross, Janet | Starter | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | of Relpax will make a | | | S3.1 |
| 303 | Culclasure | John | 1121884 | 58 | 23279720 | 09-Apr-04 | 3NU22B53 | Ross, Janet | Starter | 1916 Patterson Street, suite 106 | Nashville | TN | 37203 | split tabs | | | S3.1 |
| 304 | Webber | Kari | 1121885 | 81 | 23294552 | 09-Apr-04 | 3NU22B53 | Ross, Janet | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | the split tabs | | | S3.1 |
| 305 | Duncan | Kay | 1309474 | 78 | 62429000043532 | 15-Apr-04 | 3NU22B13 | Hardin, Robert | Starter | 2400 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 306 | Krancer | Pamela | 1309473 | 72 | 23316030 | 15-Apr-04 | 3NU22B13 | Hardin, Robert | Detail Only | 2400 Patterson St, Ste  4 | Nashville | TN | 37203 | | | | S3.1 |
| 307 | Clinton | Mary | 1121947 | 72 | 23219838 | 22-Apr-04 | 3NU22B53 | Ross, Janet | Starter | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | coming to the | | | S3.1 |
| 308 | Culclasure | John | 1121951 | 40 | 23279720 | 23-Apr-04 | 3NU22B53 | Ross, Janet | Detail Only | 1916 Patterson Street, suite 106 | Nashville | TN | 37203 | | | | S3.1 |
| 309 | Mc Curry | Paul | 1309483 | 89 | 236485000007313 | 23-Apr-04 | 3NU22B13 | Hardin, Robert | Starter | 1805 Williamson COurt | Brentwood | TN | 37027 | | | | S3.1 |
| 310 | Shwab | George | 1121953 | 80 | 23329391 | 23-Apr-04 | 3NU22B53 | Ross, Janet | Starter | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | | | | S3.1 |
| 311 | Webber | Kari | 1121952 | 60 | 23294552 | 23-Apr-04 | 3NU22B53 | Ross, Janet | Detail Only | 1916 Patterson St | Nashville | TN | 37203 | | | | S3.1 |
| 312 | Duncan | Kay | 1309506 | 75 | 62429000043532 | 29-Apr-04 | 3NU22B13 | Hardin, Robert | Starter | 2400 Patterson St | Nashville | TN | 37203 | from a Neurosurgical | | | S3.1 |
| 313 | Krancer | Pamela | 1309507 | 86 | 23316030 | 29-Apr-04 | 3NU22B13 | Hardin, Robert | Detail Only | 2400 Patterson St, Ste  4 | Nashville | TN | 37203 | the dose of Neurontin | | | S3.1 |
| 314 | Clinton | Mary | 1122026 | 36 | 23219838 | 05-May-04 | 3NU22B53 | Ross, Janet | Detail Only | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | sponsor a PD polo | | | S3.1 |
| 315 | Culclasure | John | 1122039 | 16 | 23279720 | 07-May-04 | 3NU22B53 | Ross, Janet | Only | 1916 Patterson Street, suite 106 | Nashville | TN | 37203 | | | | S3.1 |
| 316 | Shwab | George | 1122038 | 95 | 23329391 | 07-May-04 | 3NU22B53 | Ross, Janet | Detail Only | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | push the dose a little | | | S3.1 |
| 317 | Webber | Kari | 1122040 | 36 | 23294552 | 07-May-04 | 3NU22B53 | Ross, Janet | Starter | 1916 Patterson St | Nashville | TN | 37203 | split tabs and has | | | S3.1 |
| 318 | Clinton | Mary | 1309543 | 57 | 23219838 | 11-May-04 | 3NU22B13 | Hardin, Robert | Detail Only | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | Dr C and speak with | | | S3.1 |
| 319 | Clinton | Mary | 1122115 | 67 | 23219838 | 19-May-04 | 3NU22B53 | Ross, Janet | Only | 1916 Patterson St Ste 101 | Nashville | TN | 37203 | | | | S3.1 |
| 320 | Culclasure | John | 1122117 | 18 | 23279720 | 19-May-04 | 3NU22B53 | Ross, Janet | Detail Only | 1916 Patterson Street, suite 106 | Nashville | TN | 37203 | | | | S3.1 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 321 | Krancer | Pamela | 1122112 | 00 | 23316030 | 19-May-04 | 3NU22B53 | Ross, Janet | Starter | 2400 Patterson St, Ste  4 | Nashville | TN | 37203 | looking for the 600's. | | | S3.1 |
| 322 | Shwab | George | 1122111 | 78 | 23329391 | 19-May-04 | 3NU22B53 | Ross, Janet | Starter | 1916 Patterson St., Suite 101 | Nashville | TN | 37203 | | | | S3.1 |
| 323 | Webber | Kari | 1122118 | 38 | 23294552 | 19-May-04 | 3NU22B53 | Ross, Janet | Starter | 1916 Patterson St | Nashville | TN | 37203 | new scored tabs of | | | S3.1 |
| 324 | Krancer | Pamela | 1122154 | 48 | 23316030 | 28-May-04 | 3NU22B53 | Ross, Janet | Only | 2400 Patterson St, Ste  4 | Nashville | TN | 37203 | | | | S3.1 |