EXHIBIT 21

Smith-Charlton, Cindy (Smith) rough transcript  10/3/2007  9:14:00 AM

**1**

```
1   CASE:
2
3   DEPOSITION OF:
4   DATE:            , 2003
5
6          IMPORTANT NOTICE
7   PLEASE READ BEFORE USING REALTIME ROUGH DRAFT
8          AGREEMENT OF PARTIES
9       WORKING WITH REALTIME ROUGH DRAFTS
10
11       We, the party working with the realtime
12  and rough draft transcripts, understand that if we
13  choose to use the realtime rough draft screen or
14  printout, we are doing so with the understanding
15  that the rough draft is an uncertified copy.
16       We further agree not to share, give, copy,
17  scan, fax, or in any way distribute this realtime
18  rough draft in any form (written or computerized)
19  to any party.  However, our own experts,
20  co-counsel, and staff may have limited internal
21  use of same, with the understanding that we agree
22  to destroy our realtime rough draft and/or any
23  computerized form, if any, and replace it with the
24  final transcript upon its completion.
25
```

**-**

```
    IN THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF MASSACHUSETTS
IN RE:  NEURONTIN MARKETING, SALES )
PRACTICES AND PRODUCTS LIABILITY   )
LITIGATION              )
                        )
_____       )
                        )
                        )
                        ) CASE NO.
                        ) 04-10981
THIS DOCUMENT RELATES TO:      )
                        )
RUTH SMITH, Individually and as   )
Widow for the use and benefit of  )
herself and the next of kin of    )
Richard Smith, deceased.       )
                        )
05-CV-11515              )
                        )
    VIDEOTAPED DEPOSITION OF
    CINDY SMITH-CHARLTON
    Taken on Behalf of the Defendant
    October 3, 2007
```

**2**

```
1            REPORTER'S NOTE
2
3       Since this deposition has been realtimed
4   and is in rough draft form, please be aware that
5   there may be discrepancies regarding page and line
6   number when comparing the realtime screen, the
7   rough draft, rough draft disk, and the final
8   transcript.
9       Also please be aware that the realtime
10  screen and the uncertified rough draft transcript
11  may contain untranslated steno, reporter's notes,
12  FLAG or SPELL strokes, or nonsensical English word
13  combinations.  All such entries will be corrected
14  on the final, certified transcript.
15
16
17
18
19
20
21
22
23
24
25
```

**4**

```
1   APPEARANCES:
2   For the Plaintiff:
3       MAURA C. KOLB
        KENNETH S. SOH
4       Lanier Law Firm
        6810 F.M. 1960 West
5       Houston, Texas  77069
        713.659.5200
6       713.659.6416
        wml@lanierlawfirm.com
7       kss@lanierlawfirm.com
        mck@lanierlawfirm.com
8
9   For the Defendant:
10      KENNETH J. FERGUSON
        Clark, Thomas & Winters
11      P.O. Box 1148
        Austin, Texas 78767
12      512.472.8800
        512.474.1129
13       kjf@ctw.com
14      ANGELA SEATON
        Shook, Hardy & Bacon
15      2555 Grand Boulevard
        Kansas City, Missouri  64108-2613
16      816.474.6550
        aseaton@shb.com
17
18  Also Present:  Andrew Langsdon, Videographer
19
20
21
22
23
24
25
```

Smith-Charlton, Cindy (Smith) rough transcript  10/3/2007  9:14:00 AM

13

1   A.   Please ask that again.
2   Q.   Are you -- do you have any -- any
3   knowledge as to whether or not your sisters or
4   mother have pill bottles, for example?
5   A.   No.
6   Q.   And what I'm trying to determine is, have
7   you ever asked your mother or sisters if they have
8   any -- any pill bottles or any items related to --
9   to the medications that your father was taking in
10   the year prior to his death?
11   A.   And your question is, have I asked them?
12   Q.   Yes, ma'am.
13   A.   Yes.
14   Q.   Okay.  And what did they respond?  Do you
15   want me to restate it?  And I apologize for
16   interrupting your thought.
17   A.   You're welcome to restate it.
18   Q.   Okay.  You indicated you had asked your
19   sisters and mother whether they had pill bottles
20   or medications related that your father was taking
21   in the year prior to his death.  Let me ask you
22   first, did you ask your mother that question?
23   A.   Yes.
24   Q.   Okay.  And what did she respond?
25   A.   She has samples in her possession.

14

1   Q.   Okay.
2   A.   She does not have prescription bottles in
3   her possession.
4   Q.   And do you know what she has done with
5   those samples?  Has she kept them or given them to
6   her attorneys, if you know?
7   A.   She has kept them.
8   Q.   Okay.  And do you know how many of those
9   there are?
10   A.   How many -- clarify how many --
11   Q.   Sure.
12   A.   How many of what?
13   Q.   Tell me what you understand she has.
14   A.   She has some sample boxes.  There are
15   blister packs in the boxes.  I do not know the
16   quantity.
17   Q.   Okay.  Do you know whether it's more than
18   one box?
19   A.   I knows the more than one box.
20   Q.   Are they unopened boxes?
21   A.   The boxes have been opened, but the
22   blister packs remained sealed.
23   Q.   And you don't have any estimate as to how
24   many boxes?
25   A.   An estimate?

15

1   Q.   Yes, ma'am.
2   A.   An estimate of approximately six.
3   Q.   Six boxes?
4   A.   Yes.
5   Q.   And, again, I apologize if I already asked
6   this.  But are any of those boxes unopened?
7   A.   I don't know.
8   Q.   And there are also unopened blister packs
9   as far as you know; is that correct?
10   A.   Yes.
11   Q.   And have you physically seen these --
12   these boxes and unopened blister packs?
13   A.   Yes.
14   Q.   And where are they currently, as far as
15   you know?
16   A.   My mother has them.
17   Q.   At her home?
18   A.   I believe so.
19   Q.   Other than the -- the boxes and blister
20   packs that we just discussed, to your knowledge,
21   your mother doesn't have any other medication
22   bottles in her possession or medication in her
23   possession that your father was taking in the year
24   prior to his death?
25   A.   That is correct.

16

1   Q.   And do you -- to your knowledge do any of
2   your sisters -- and I'll group them rather than
3   ask them individually, if that's okay.  Do any of
4   your sisters have any boxes or blister packs, to
5   your knowledge?
6   A.   No.
7   Q.   The -- the third item that was requested
8   by way of documents were letters, notes, or
9   e-mails that you may have received from -- from
10   your father in the year prior to his death.  Do
11   you have any documents like that?
12   A.   No.
13   Q.   Did you communicate by e-mail with your
14   father ever?
15   A.   No.
16   Q.   Did he have an e-mail account that he
17   could have communicated with?
18   A.   No.
19   Q.   Does your mother have an e-mail account
20   that she used?
21   A.   Yes.
22   Q.   Okay.  And did your father ever use her
23   e-mail account to -- to e-mail you?
24   A.   No.
25   Q.   With regard to letters or notes from your

Smith-Charlton, Cindy (Smith) rough transcript  10/3/2007  9:14:00 AM

77

1          MR. FERGUSON:  Sorry.
2      BY MR. FERGUSON:
3      Q.      At any time up until the time you drove
4      away, did you and your family talk at all about
5      what had happened at Dr. Mackey's office?
6      A.      No.
7      Q.      Did anyone express either frustration that
8      he didn't offer other solutions, or happiness that
9      he prescribed medication?  Anything good or bad
10     that anyone said regarding what had occurred at
11     Dr. Mackey's office?
12     A.      Not that I remember.
13     Q.      Did you at any time in the -- that day or
14     the days or weeks following go do any research on
15     Neurontin and look at -- look at the Internet,
16     look at any sources for what Neurontin was, what
17     it could, could not do, anything like that?
18     A.      No.
19     Q.      Do you -- do you know if any of your
20     sisters did that?
21     A.      I don't know.
22     Q.      Okay.  Did you tell your sisters -- well,
23     let me ask you this, when you go to -- go to an
24     appointment like this or when you went, did you
25     report what had happened to your sisters?

78

1      A.      It's possible, but I don't recall.
2          MR. FERGUSON:  Okay.  Why don't we
3      take five-minute break if you don't mind.  Is that
4      okay, ma'am?
5          THE WITNESS:  Uh-huh.
6          THE VIDEOGRAPHER:  We are now going
7      off the record, time on the monitor is 11:05.
8          (Brief recess observed.)
9          THE VIDEOGRAPHER:  We're now coming
10     back on the record.  Time on the video monitor is
11     11:21.
12     BY MR. FERGUSON:
13     Q.      We've talked about some of the conditions
14     that your -- your father had that -- that caused
15     pain.  Other than the Neurontin that was
16     prescribed on March 9 that we've just talked
17     about, are you aware of any other pain medications
18     that your father was on, say during the last
19     couple of years during his life?
20     A.      Yes.
21     Q.      Okay.  What other pain medications are
22     those that you're aware that he was taking?
23     A.      I knew that he took hydrocodone when
24     prescribed, and he took Flexeril when prescribed.
25     Q.      Hydrocodone and Flexeril?

79

1      A.      Yes.
2      Q.      Any other medications that you're aware
3      that he was taking for his pain?
4      A.      Not that I recall.
5      Q.      How about even including any overthe
6      counter medications, Advil, Tylenol, anything like
7      that?  Were you aware of him taking
8      over-the-counter medication as well?
9      A.      Advil perhaps.
10     Q.      And how were you aware that he took
11     hydrocodone or Flexeril?
12     A.      He or mother told me.
13     Q.      Do you have any knowledge from your mother
14     or your father as to when the prescription for
15     Neurontin on March 9 was actually filled, when he
16     picked up the prescription?
17     A.      Mother said she picked it up that
18     afternoon.
19     Q.      Do you know whether, in fact, your father
20     took the Neurontin that was prescribed on that day
21     and picked up by your mother on the afternoon of
22     March 9?
23     A.      I believe he did.
24     Q.      Okay.  And tell me why you believe that he
25     took it.  In other words, what information do you

80

1      have that indicates to you that he, in fact, took
2      that -- that Neurontin?
3      A.      I believe Mother and Dad both told me that
4      he -- he took it.
5      Q.      And did they tell you how often he took
6      it?
7      A.      No.
8      Q.      Did they tell you whether or not he took
9      it as prescribed or as needed or -- or what, if
10     you know?
11     A.      No.
12     Q.      Do you know whether at the time of your
13     father's death there were any Neurontin capsules
14     left from that bottle from March 9 of 2004?
15     A.      I don't know.
16     Q.      Don't know one way or the other?
17     A.      That's correct.
18     Q.      Other than that prescription on March 9,
19     2004, are you aware of your father having acquired
20     Neurontin from any other source, other than the
21     Eckerds prescription on March 9 that we've talked
22     about?
23     A.      I understood he had samples.
24     Q.      And how did you understand that?
25     A.      I saw them on the file cabinet at his

81

1    home.
2    Q.     And when did you see samples on the filing
3    cabinet at his home?
4    A.     I don't know the exact dates.
5    Q.     Sure.  I mean, that's -- that's fair.  Did
6    you see these prior to your father's death or
7    after your father's death?
8    A.     Prior to his death.
9    Q.     Did you see these after the March 9, 2004,
10   visit with Dr. Mackey or before?
11   A.     I don't know precisely.
12   Q.     Okay.  And I understand you don't know
13   precisely.  But you can't recall whether it's
14   after the March 9 or before?
15   A.     That's correct.
16   Q.     And tell me what you saw.  You said you
17   saw samples.  What did they look like?
18   A.     They were boxes, either -- I believe
19   purple, perhaps a dark blue.
20   Q.     Okay.  And how large are these boxes?
21   A.     About the height of your cup.
22   Q.     Okay.
23   A.     Four or five inches perhaps.
24   Q.     Sounds like a good estimate.
25   A.     That's an estimate.

82

1    Q.     So four or five inches high.  And how
2    wide?
3    A.     I would guess two inches square, perhaps.
4    Q.     And I take it there's writing on this box?
5    Do you -- is that correct?
6    A.     Clarify, Ken.
7    Q.     Sure.  Was there any writing on the box?
8    A.     Do you mean handwriting?
9    Q.     No, ma'am.  That's fair -- fair comment.
10          Was there any printed information on the
11   box that you recall?
12   A.     I recall seeing the words Neurontin.
13   Q.     Do you recall seeing anything else?
14   A.     No, not specifically.
15   Q.     And at -- whenever it was that you saw
16   these samples or boxes on the filing cabinet, how
17   many boxes did you see?
18   A.     Several, but I don't remember the exact
19   amount.
20   Q.     Do you -- did you ever look at them to see
21   what was in the boxes?
22   A.     No.
23   Q.     Did you ever see what I'll call a blister
24   pack, which is something like you might see a cold
25   medication in that -- do you know what I'm

83

1    referring to as a blister pack?
2    A.     Yes.
3    Q.     Did you ever see any blister packs of
4    Neurontin outside of the boxes in your father's
5    house?  Excuse me.
6    A.     Thank you.  No.
7    Q.     The several boxes that you saw on the
8    filing cabinet, were they unopened or opened, if
9    you know?
10   A.     They appeared closed.
11   Q.     Did they appear closed and seals or just
12   closed, if you know what I'm saying?
13   A.     I don't remember.
14   Q.     Okay.  Where is this filing cabinet that
15   you're referring to?
16   A.     In his office.
17   Q.     Okay.  And -- and let me digress a minute
18   here and just get a little -- a little geography
19   of your parents' house.
20   A.     Okay.
21   Q.     The -- the office -- well, when you walk
22   in the front door of the house on Janie Avenue, is
23   there a living area, a den, something like that?
24   A.     When you walk in the front door, there's a
25   small foyer; to the right is a living room.

84

1    Q.     And is the office on that ground floor?
2    A.     Yes.
3    Q.     Is there a second floor to the house?
4    A.     Yes.
5    Q.     Okay.  And what is in the office?  Is
6    there a desk in the office?
7    A.     There's a desk in the office, some file
8    cabinets, and some book shelves.
9    Q.     And is that office off of the living room?
10   A.     No.
11   Q.     Okay.  What -- what room does the office
12   adjoin?
13   A.     The kitchen.
14   Q.     Do you recall if there were any other
15   medications on the filing cabinet that was in the
16   office?  In other words, when you saw this, these
17   boxes of samples that you have told us about, were
18   there any other medications in the same area
19   ^FLAG?
20   A.     Not that I recall.
21   Q.     Now, did your father have a bedroom
22   downstairs?
23   A.     Yes.
24   Q.     And your mother had a bedroom upstairs,
25   correct?