EXHIBIT 22

Smith, Ruth (Smith)  4/12/2007  9:09:00 AM

**1**

1            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
2            MDL DOCKET NO. 1629
3
4    In re: NEURONTIN MARKETING, )
                                 )
5    SALES PRACTICES AND PRODUCTS )   DEPOSITION UPON
                                 )   ORAL EXAMINATION
6    LIABILITY LITIGATION.    )        OF
                             )     RUTH B. SMITH
7                            )
                            )  V O L U M E   1
8    _____)
9
10
11
12
13          T R A N S C R I P T of the stenographic
14   notes of JANE LORFING COLWELL, a Certified Shorthand
15   Reporter and Notary Public of the State of New
16   Jersey, taken at the Four Points by Sheraton Newark
17   Airport, 901 Spring Street, Elizabeth, New Jersey, on
18   Thursday, April 12, 2007, commencing at 9:09 a.m.
19
20
21
22
23          REPORTING SERVICES ARRANGED THROUGH:
            VERITEXT REPORTING COMPANY
24          25B Vreeland Road, Suite 301
            Florham Park, New Jersey 07932
25

**3**

1                I N D E X
2    WITNESS                          PAGE
3    RUTH B. SMITH
4       Direct examination by Mr. Ferguson        5
5
6            E X H I B I T S
7    EXHIBIT      DESCRIPTION          MARKED
8    1      Copy of Medical Records with     4
            Handwritten Notations
9
10   2      Page from Questionnaire          100
11
        3      Eckerd Rx Advisor            142
12
        4      Letter Written by Dr. Wood       159
13
        5      Copy of Handwritten Note         182
14
15
16
17
18
19
20
21
22
23
24
25

**2**

1    A P P E A R A N C E S:
2       FINKELSTEIN & PARTNERS, LLP
        436 Robinson Avenue
3       Newburgh, New York  12550
        (800) LAW-AMPM
4       BY: ANDREW G. FINKELSTEIN, ESQ.
            afinkelstein@lawampm.com
5       For the Plaintiffs Smith
6       CLARK, THOMAS & WINTERS, A PROFESSIONAL
        CORPORATION
7       300 West 6th Street, 15th Floor
        P.O. Box 1148
8       Austin, Texas  78767
        (512) 472-8800
9       BY: KENNETH J. FERGUSON, ESQ.
            kjf@ctw.com
10      For the Defendants Pfizer and Warner-Lambert
11
     A L S O  P R E S E N T:
12
        Daniel McClutchy, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25

**4**

1            (Exhibit 1, Copy of Medical Records with
2        Handwritten Notations, marked for
3        identification.)
4            THE VIDEOGRAPHER:  Good morning.  My
5    name is Daniel McClutchy of Veritext/New Jersey.  The
6    date today is April 12, 2007, and the time is
7    approximately 9:09 a.m.
8            This deposition is being held at the
9    Four Points Sheraton in Elizabeth, New Jersey, 901
10   Spring Street.  The caption of this case is In re:
11   Neurontin Marketing, Sales Practices and Products
12   Liability Litigation in the U.S. District Court,
13   District of Massachusetts, Docket No. 1629, Master
14   File No. 04109811.  The name of the witness is Ruth
15   B. Smith.
16           At this time the attorneys will identify
17   themselves and the parties they represent, after
18   which our court reporter, Jane Colwell, will swear in
19   the witness and we can proceed.
20           MR. FINKELSTEIN:  On behalf of Richard
21   Smith, Ruth Smith, and the Smith family, Andrew
22   Finkelstein, Finkelstein Partners.
23           MR. FERGUSON:  Ken Ferguson, Clark,
24   Thomas & Winters, in Austin, Texas, representing
25   Warner-Lambert and Pfizer.

129

1  with him at first.  And Cindy followed him out, and I
2  followed behind her.
3      Q    Now, Richard had been on pain
4  medications before.
5      A    Oh, yes.
6      Q    He had been on a variety of different
7  pain medications.
8      A    Mostly hydrocodone.
9      Q    But he had been on other medications,
10  pain medications as well?
11      A    Yeah.  Advil, if I remember.  Advil.
12  And he had been given some Flexeril.  I don't know
13  what that was for.  I think that was a muscle relaxer.
14      Q    Do you recall that he ever took Vioxx?
15      A    He may have taken that early, before
16  this time.  Not recently, no.
17      Q    But for whatever reason, these other
18  pain medications we have talked about hadn't cured
19  his pain, had they?
20      A    No.
21      Q    So after the conversation with
22  Dr. Mackey -- have we covered everything you can
23  recall that Dr. Mackey told you, or the gist of what
24  he told you while you were in the room?
25      A    Yes.

130

1      Q    Did he then get up and say, "Come with
2  me.  I am going to write a prescription."  Or did he
3  just get up and walked out?
4      A    He just walked out.
5      Q    Cindy initially followed him?
6      A    Yes.
7      Q    And did you follow, then -- follow
8  Cindy?
9      A    I decided I needed to get up and go out
10  and see what was going on.  That's when he was
11  writing a prescription.
12      Q    Then did Buford and Richard stay in the
13  examining room?
14      A    Yes.
15      Q    So you went up to a desk or something?
16      A    Where the nurses, you know.  It's up
17  high.
18      Q    Did he just pull out a prescription pad
19  and start writing?
20      A    Uh-huh.  Some doctors have where they
21  print it off so it can be read very clearly.  His was
22  written out.
23      Q    So he physically wrote out a
24  prescription?
25      A    Yes.

131

1      Q    Your recollection is that it was a
2  prescription for Neurontin?
3      A    Yes.
4      Q    Did he say anything about that
5  prescription?
6      A    He didn't even say what it was for, pain
7  or anything, that I recall.
8      Q    He wrote it and handed it to you?
9      A    Cindy.
10      Q    To Cindy?
11      A    Uh-huh.
12      Q    While you were at the desk?
13      A    Yes.
14      Q    Did he say anything?
15      A    No.
16      Q    So he wrote a prescription for
17  Neurontin, handed it to Cindy.  You said "strutted
18  off."
19      A    Uh-huh.
20      Q    But he didn't say a word that you can
21  recall?
22      A    No.  He just walked off.
23      Q    Did you have any further
24  conversation with him that day?
25      A    No.

132

1      Q    Did Cindy, to your knowledge, ask anyone
2  in Dr. Mackey's office what this prescription was,
3  what it was for?
4      A    No.
5      Q    Either on March 9 of '04 or shortly
6  thereafter, to your knowledge, did Cindy ever go
7  research what Neurontin was?
8      A    No.
9      Q    Did you?
10      A    No.  I had no reason to.
11      Q    Did you all have a computer at home
12  during this period of time?
13      A    Yes.
14      Q    Did you all have an e-mail address?
15      A    I do.
16      Q    Did you back in 2004?
17      A    Yes.
18      Q    And had you for a number of years?
19      A    Yes.
20      Q    I figured you did, but I just have to
21  get it out.
22          Did you ever do any medical research
23  yourself, just looking into issues that you knew
24  Richard had, or looking into medications that he had
25  on the Internet?

Smith, Ruth (Smith)  4/12/2007  9:09:00 AM

141

1    looking for the date, and I'm sure it's there
2    somewhere.
3            MR. FINKELSTEIN:  It's on the upper
4    right.
5        Q    And it's dated 3/9/04, the date we have
6    been talking about; correct?
7        A    Uh-huh.
8        Q    Yes?
9        A    Yes.
10       Q    Okay.  So you had no conversation with
11   the person at the pickup window regarding the
12   medication -- I'm sorry -- the drop-off window.  You
13   then dropped it off.  When did you come back and pick
14   the medication up?
15       A    That afternoon.  I don't know exactly
16   what time.  It was later on that afternoon.
17       Q    When you picked it up, did you go inside
18   or did you pick it up at the outside window?
19       A    Picked it up at the drive-through.
20       Q    When you picked it up, did you have any
21   conversation with the person who handed it to you
22   about the medication?
23       A    No.
24       Q    Did you ask any questions?
25       A    No.

142

1        Q    And was the document that I'll go ahead
2    and -- I won't mark it until we copy it, but we'll
3    call it Exhibit 3 --
4            (Exhibit 3, Eckerd Rx Advisor, marked
5            for identification.)
6        Q    The Exhibit 3, was that attached to the
7    prescription bottle?
8        A    Yes.
9        Q    Did you personally ever review the
10   information that is in Exhibit 3?  Did you at any
11   time before your husband took any of the pills in the
12   bottle review this?
13       A    We read the side effects.
14       Q    So did you personally read this, the
15   side effects at least?
16       A    I probably did.  I don't recall reading
17   it myself, but Richard is pretty good at reading side
18   effects.
19       Q    You don't recall reading it, but you
20   think Richard's usual practice would be to read it?
21       A    Yes.
22       Q    You didn't see him read this one?
23       A    No.
24       Q    But it was his usual practice; is that
25   fair?

143

1        A    Right.
2        Q    Do you know -- do you have personal
3    knowledge as to whether your husband took this
4    medication, the Neurontin prescription you picked up
5    on March 9 of '04, in the way that the doctor had
6    prescribed it?
7        A    I did know he did that.
8        Q    How do you know that?
9        A    That was just the way he did things, and
10   that's one reason I picked up the prescription that
11   day, make sure he could start it.
12       Q    So you didn't observe him take it each
13   time he took it; correct?
14       A    At this time I can't recall whether I
15   observed him every time, but he usually kept it on
16   the dinette table, and that's where he would take it.
17       Q    But your knowledge about how he normally
18   conducted himself was that he would take it as the
19   doctor prescribed?
20       A    Absolutely.
21       Q    So did he take his first dosage that
22   very day?
23       A    Yes.
24       Q    On March 9?
25       A    Yes.

144

1        Q    Say in the first week after you picked
2    up this prescription when you believe according to
3    his normal practice he was taking the medication as
4    prescribed, did he report any changes in his pain
5    level?
6        A    No.
7        Q    Did he report any other changes,
8    anything else unusual, feelings, moods, et cetera?
9    Again, I am talking about the first week after this.
10       A    No.
11       Q    Did you ever -- kind of fast forwarding
12   here, not to confuse you -- but at any time between
13   March 9, when you picked up this prescription, and
14   the time your husband died, did you have any
15   discussion with him where he was reporting any
16   unusual thoughts or feelings that he in his
17   conversation with you associated with Neurontin, this
18   medication he was taking?
19           MR. FINKELSTEIN:  What time frame?  I'm
20   sorry.
21           MR. FERGUSON:  I was talking about from
22   March 9 of 2004, when she picked up this
23   prescription, up until the time of his death.
24           MR. FINKELSTEIN:  Okay.
25       A    I am going to say possibly three weeks,

Smith, Ruth (Smith)  4/12/2007  9:09:00 AM

145

1   and he had never even talked about anything like
2   this.  He said -- we sat at the dinette table.  We
3   were eating lunch, I think.  And he said, "Honey, do
4   you think God would forgive me if I just do away with
5   myself."
6           And I said, "Honey, what on earth are
7   you talking about?  Do you realize what a burden that
8   would leave on your family?"  Of course I didn't
9   think anything about the connection of Neurontin or
10  the connection with even him maybe being serious,
11  taking his life.
12          And the only other time that I recall
13  was we had left church, and we were going to eat or
14  something, and he looked over at me and he said,
15  "Honey, I don't know what's wrong with me.  There's
16  something wrong with my mind.  I don't think like I
17  used to."  And that's the things that he said to me.
18  And I didn't connect it with Neurontin.  I didn't
19  connect it with -- I just thought connecting with his
20  pain that he felt that way.
21      Q    And the two conversations you just told
22  us about, he didn't connect it with Neurontin either.
23      A    No.
24      Q    And I'll come back to these in just a
25  minute, but what I am trying to understand is did you

146

1   ever have a conversation with him where he connected
2   any feelings he was having with Neurontin himself?
3       A    No.  Not -- not myself that I recall.
4   You know.
5       Q    And tell me, let's talk about these two
6   episodes that you talked about.  You said one was,
7   you said, three weeks.  Is that --
8       A    I am going to say about three weeks
9   before.
10      Q    Three weeks before his death?
11      A    Yes.  Uh-huh.
12      Q    So three weeks before his death you all
13  were sitting, the two of you --
14      A    Uh-huh.
15      Q    -- sitting at the dining table?
16      A    Yes.
17      Q    And he asked if you thought God would
18  forgive him if he did away with himself?
19      A    Right.
20      Q    And you pointed out that that would
21  leave a huge burden for his family to deal with.
22      A    Sure.
23      Q    What further conversation took place
24  there?
25      A    I guess it just sort of ended with that.

147

1   I mean, you know, I didn't belabor over it.
2       Q    Do you know one way or the other whether
3   he was or was not taking Neurontin at this time,
4   about three weeks before his death?
5       A    He was taking it.
6       Q    How do you know that?
7       A    Well, Dr. McCombs had given him samples
8   of it, and he also told my son-in-law, Wes Carnahan,
9   that on May the 8th, and the reason I remember it was
10  the weekend that Cindy's birthday, and we always get
11  together, and he related to Wes that he was -- felt
12  loopy, like, was the word he used.
13      Q    This conversation with Wes was the
14  weekend of May 8?
15      A    Yes.
16      Q    And Wes's last name is?
17      A    Carnahan, C-A-R-N-A-H-A-N.
18      Q    He told Wes that he felt loopy?
19      A    He told him he was on -- he stated, "I'm
20  on Neurontin, and it makes me feel loopy."
21      Q    Was loopy a term he used other times,
22  other context?
23      A    Probably.
24      Q    From your knowledge of him in using that
25  term before, what did he mean by that?

148

1       A    I guess sort of -- I honestly don't know
2   what he meant by it.
3       Q    The episode at the kitchen table about
4   three weeks before his death, nothing else about that
5   other than his comment and your comment that we have
6   talked about?
7       A    It was so -- off the cuff that I just
8   said what I just told you.  And that was just end of
9   it.
10      Q    Did you report that comment to your
11  daughters?
12      A    Yes, I'm sure I did.
13      Q    What was their response?
14      A    I don't know what they thought then, but
15  when we look back, hindsight's a lot different.  They
16  said they wished that they had paid more attention or
17  something to that effect.
18      Q    And the other episode, and I forget if
19  you told me when that happened, when he said "I don't
20  know what's wrong with me," when was that one?
21      A    That was one Sunday after church when we
22  were going out to eat lunch.
23      Q    When was that in relationship to the
24  time of his death?
25      A    I don't really recall the exact date,