EXHIBIT 23

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE:                              Videotape
NEURONTIN MARKETING, SALES  :  Deposition of:
PRACTICES AND PRODUCTS      :
LIABILITY LITIGATION        :  MICHAEL TRIMBLE
                            :
----------------------------

THIS DOCUMENT RELATES TO:
Smith, et al. v Pfizer, et al.
Case No. 05-cv-11515-PBS

TRANSCRIPT of testimony as taken by and before PATRICIA A. SANDS, a Shorthand Reporter and Notary Public of the States of New York and New Jersey, at the offices of Lanier Law Firm, 126 East 56th Street, New York, New York, on Tuesday, September 2, 2008, commencing at 9:15 in the forenoon.

REPORTING SERVICES ARRANGED THROUGH:
VERITEXT/NEW JERSEY REPORTING COMPANY
25B Vreeland Road, Suite 301
Florham Park, New Jersey 07932
Phone: (973) 410-4040   Fax: (973) 410-1313

**Page 2**

APPEARANCES:

FINKELSTEIN & PARTNERS
436 Robinson Avenue
Newburgh, New York 12550
BY:  ANDREW G. FINKELSTEIN, ESQ.
For the Plaintiff
800 634-1212

THE LANIER LAW FIRM
Tower 56
126 East 56th Street, 6th Floor
New York, New York 10022
BY:  KENNETH SOH, ESQ.
For the Plaintiff
212 421-2800

SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
BY:  LORI CONNORS McGRODER, ESQ.
For the Defendant
816 474-6550

ALSO PRESENT:
 Adam DiCola, Videographer

**Page 3**

I N D E X

WITNESS                      DIRECT
PROFESSOR MICHAEL TRIMBLE

 Ms. McGroder                  6

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| TRIMBLE | | |
| Exhibit 1 | Declaration | 37 |
| Exhibit 2 | Aid memoir | 37 |
| Exhibit 3 | Fromson letter | 40 |
| Exhibit 4 | Table 15 & pg 37 of report | 89 |
| Exhibit 5 | Table 7.20 | 95 |
| Exhibit 6 | Graphic | 97 |
| Exhibit 7 | Article | 112 |
| Exhibit 8 | Literature | 113 |
| Exhibit 9 | Notes | 117 |

**Page 4**

E X H I B I T S, continued.

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| TRIMBLE | | |
| Exhibit 10 | Expert reports | 128 |
| Exhibit 11 | Gabapentin papers | 129 |
| Exhibit 12 | Questionaire | 130 |
| Exhibit 13 | Re GABA receptors | 132 |
| Exhibit 14 | PubMed article | 134 |
| Exhibit 15 | Questionaire | 140 |
| Exhibit 16 | APA Guidelines | 214 |
| Exhibit 17 | Cato's medical records | 286 |
| Exhibit 18 | McComb's records | 311 |

**Page 125**

1  A, does that, in and of itself, increase the
2  risk for suicide; and, therefore, would factor
3  A, in and of itself, predict suicide.
4      Q   And prediction part is the part that
5  would require a statistical analysis; is that
6  what you're saying?
7      A   It could, but here I'm using it in
8  the lay sense.
9      Q   Okay.
10     A   In the clinical sense.
11     Q   Okay.  Let's get through this stack,
12 and then we will move on.  You also have in the
13 stack of materials you brought with you today
14 the deposition of Ruth Smith.  Which you read;
15 correct?
16     A   Correct.
17     Q   Did you make notes on the deposition
18 of Ms. Smith?
19     A   I don't believe so.  I mean, there
20 may well be bits that I have ruled out and
21 maybe fulfilled a reference.
22     Q   There is a yellow, I'm sorry, an
23 orange sticky that appears at page 147.  Did
24 you put the orange sticky there?
25     A   Yes, and I made some notes.

**Page 126**

1      Q   And you highlighted this sentence:
2  "He stated I'm on Neurontin and it makes me
3  feel loopy".  On page 147.
4      A   Yes.
5      Q   Why did you highlight that?
6      A   Because it is one of five different
7  statements that Mr. Smith made about Neurontin
8  affecting his mental state.
9      Q   Okay.  And you also highlighted
10 materials on page 143 and 145; correct?
11     A   Yes.
12     Q   And take a look at those, if you
13 would, and tell me why you highlighted those.
14     A   Well, these are further statements
15 that Mr. Smith made to his wife indicating that
16 he, his mental state had been altered while he
17 was on Neurontin.
18     Q   Do you rely on anything other than
19 the testimony of Ruth Smith to support your
20 opinion that Mr. Smith's mental state was
21 altered while on Neurontin?
22     A   Yes.
23     Q   Okay.  And what do you rely on?
24     A   The statement of Dr. Wood, the
25 statement of his son-in-law, and the statement

**Page 127**

1  of Cindy, whose surname I don't know, but I
2  think she was -- well, she was one of his
3  daughters.
4      Q   Okay.
5      A   And, by the way, his own statements.
6      Q   His own statements as reported by
7  these other individuals?
8      A   Correct.
9      Q   Is being loopy, in and of itself, a
10 risk factor for suicide?
11         MR. FINKELSTEIN:  Objection.
12         THE WITNESS:  No.
13 BY MS. McGRODER:
14     Q   Okay.  You also have in this stack
15 the expert report on general medical causation
16 of Dr. Sanacora.
17     A   Correct.
18     Q   Is there a reason why you brought
19 that here with you today?
20     A   I was reviewing these on the
21 airplane, because these are the main experts
22 involved in this case, and it seemed correct
23 that I should review the material before the
24 deposition, in case you might ask me about
25 them.

**Page 128**

1      Q   So would the same be true for the
2  copies that you brought with you of the expert
3  reports of Dr. Doug Jacobs and Anthony
4  Rothschild?
5      A   That is correct.
6      Q   Okay.  And do you recognize Doug
7  Jacobs as an expert in suicidology?
8      A   Which is why I wished to see his
9  book, which I got when I was here.
10     Q   So the answer is yes?
11     A   Correct.
12         MS. McGRODER:  Let's mark these as
13 Exhibit 10.  I'm marking as Exhibit 10 to
14 the deposition, expert reports of Doctors
15 Sanacora, Jacobs and Rothschild.
16         (Exhibit 10 marked for
17 identification.)
18 BY MS. McGRODER:
19     Q   Which appear to have your notes on
20 them, Dr. Trimble.  Do you recall when you made
21 those notes?
22     A   I think -- (Reviewing document.)  You
23 mean the sort of scribblings?
24     Q   Yes.
25     A   When I first received them.

245

1 they have read it.
2 BY MS. McGRODER:
3 　　Q　Okay. Well, they have confirmed the
4 receipt of it.
5 　　A　Yeah.
6 　　Q　And so they told Mr. Finkelstein in a
7 letter they were reviewing it.
8 　　A　Okay.
9 　　Q　Okay. So, so we are halfway to the
10 end of the assumption. The rest of the
11 assumption is they did, in fact, review it.
12 　　Okay, so assume with me that they did, in
13 fact, review your report.
14 　　A　Okay.
15 　　Q　Okay. If they did, in fact, review
16 your report, which sets out your mechanistic
17 theory of biologic plausibility for how you
18 believe Neurontin can cause suicide. They, in
19 fact, did not adopt your report, and came away
20 from it stating there is still no clear
21 mechanistic explanation for how these drugs
22 cause suicide. Agree?
23 　　　　MR. FINKELSTEIN: Objection.
24 　　　　THE WITNESS: If all of your
25 　　assumptions are true, then either they

246

1 　　don't like it or they reject it, or they
2 　　have some alternative explanation.
3 BY MS. McGRODER:
4 　　Q　Based on what they said at the
5 advisory committee, they don't have an
6 alternative explanation; agree?
7 　　　　MR. FINKELSTEIN: Objection.
8 　　　　THE WITNESS: At the present time,
9 　　they do not, yes.
10 BY MS. McGRODER:
11 　　Q　How soon after patient takes
12 Neurontin, are they at an increased risk for
13 suicide, according to your opinion?
14 　　A　Changes in the central nervous system
15 are seen very early on after taking the drug,
16 within a few days. Well, actually within a few
17 hours. If you look at EEGs, for example. If
18 you look at EEGs, for example. So the changes
19 of brain chemistry begin to occur early, uhm,
20 but the risk must increase thereafter I guess.
21 　　Q　You don't know?
22 　　A　Well, not exactly.
23 　　　　MR. FINKELSTEIN: Objection.
24 　　　　THE WITNESS: Not exactly.
25

247

1 BY MS. McGRODER:
2 　　Q　So timing wise, a patient takes a
3 dose of Neurontin. How long after the patient
4 ingests Neurontin are they at an increased risk
5 of suicide; do you know?
6 　　A　I don't know exactly, no.
7 　　Q　Has that ever been studied?
8 　　A　No.
9 　　Q　And you, yourself, have never studied
10 that?
11 　　A　No.
12 　　Q　And any answer to that question would
13 be speculative?
14 　　　　MR. FINKELSTEIN: Objection.
15 　　　　THE WITNESS: Yes.
16 BY MS. McGRODER:
17 　　Q　What is the dose of Neurontin that is
18 required in order to increase the risk of
19 suicide in any patient?
20 　　A　I explained earlier that there is no
21 direct relationship between dose by mouth and
22 the amount of drug in the brain.
23 　　Q　So my question to you still is: What
24 is the dose that's required to induce
25 suicidality in a person who takes Neurontin?

248

1 　　A　It depends on the metabolism of the
2 drug in that particular person. It's
3 individual to the individual person. And it's
4 individual -- it's individual to the person's
5 brain.
6 　　And I have emphasized how elderly people
7 are more susceptible to drugs across the blood
8 brain barrier. So it's very variable, but it
9 relates to the individual.
10 　　Q　All right, well, then, let's
11 categorize individuals as best we can. Let's
12 talk about that in elderly.
13 　　In the elderly, what is dose required to
14 induce suicidality in a elderly person?
15 　　A　I don't know.
16 　　Q　Well, do you have a theory?
17 　　A　There is no direct relationship
18 between dose and what goes on in the brain.
19 　　Q　So then --
20 　　A　So the dose itself is not that
21 relevant.
22 　　Q　So then there is no direct
23 relationship between dose and what goes on in
24 the brain in order to induce suicidality?
25 　　　　MR. FINKELSTEIN: Objection.

**Page 249**

1    THE WITNESS: Correct.
2    BY MS. McGRODER:
3    Q   So you opinion is dose is -- there is
4    no dose response for suicidality with
5    Neurontin?
6    MR. FINKELSTEIN: Objection.
7    THE WITNESS: That's correct.
8    BY MS. McGRODER:
9    Q   What about -- well, I guess the
10   answer would be the same for, let's say adults
11   between the age of 25 and 65, is your answer
12   the same, there is no dose response for
13   suicidality for individuals within that age
14   category?
15   MR. FINKELSTEIN: Objection.
16   THE WITNESS: Well, yes.
17   BY MS. McGRODER:
18   Q   And so then I assume same would be
19   true for individuals who are younger than 25?
20   A   Yes.
21   Q   How many consecutive days of
22   Gabapentin administration does it take to get a
23   steady state?
24   MR. FINKELSTEIN: Objection.
25   THE WITNESS: Half life's quite short

**Page 250**

1    with the Gabapentin. And probably 24, 48
2    hours, two days.
3    BY MS. McGRODER:
4    Q   What is the half life of Neurontin?
5    A   Six hours. Depending on age, of
6    course.
7    Q   What's the half life in elderly
8    individuals?
9    A   The half life is much extended in
10   elderly individuals.
11   Q   And what's your basis for saying
12   that?
13   A   The half life of all drugs is
14   extended in elderly individuals, because they
15   have less efficient mechanisms to clear the
16   drug from the system.
17   Q   You are aware, Dr. Trimble, that
18   Neurontin is not metabolized by the liver;
19   correct?
20   MR. FINKELSTEIN: Objection.
21   THE WITNESS: No, it's the kidney
22   that is, begins to fail as you get older.
23   BY MS. McGRODER:
24   Q   So short of kidney failure --
25   A   Well, it's not failure, it's just

**Page 251**

1    that older kidneys don't get rid of the drugs
2    so efficiently.
3    Q   So are there data that support your
4    opinion, other than this principle, this, I
5    guess you would call it pharmacologic
6    principles you're relying on, are there data
7    that support that it takes longer for elderly
8    to eliminate Gabapentin than other age groups?
9    A   I'm not certain if there are specific
10   studies on the elimination rate of Gabapentin
11   specifically in the elderly, but I don't see
12   why Gabapentin would be any different from a
13   vast number of other drugs that have been
14   looked at in elderly people.
15   Q   And the other drugs that you're
16   thinking of are anti-epileptics?
17   A   Well, no, just as a general principle
18   of pharmacology.
19   Q   So as you sit here today, you have no
20   data to support your opinion that Neurontin
21   takes longer -- would have a longer half life
22   in the elderly, because it takes longer to
23   eliminate?
24   A   I do not, but my belief is that the
25   answer to your question would be found in

**Page 252**

1    company documents.
2    Q   Have you looked for those company
3    documents?
4    A   I haven't specifically looked for
5    those company documents.
6    Q   Where would you look?
7    
8    A   Well, it may well be that the company
9    in the very early days when you have a new
10   product, you look for biological variables in
11   the human volunteer population.
12   Q   The pharmacokinetic studies?
13   A   Yes. And often these are not
14   published and whatever, so but it may well be
15   that the data is available.
16   Q   Mr. Finkelstein didn't provide you
17   with the pharmacokinetic studies --
18   A   No.
19   Q   -- related to Gabapentin?
20   A   No. No.
21   Q   I want to make sure I got this. I
22   think when I asked you how many days it took to
23   get to steady state, you said it would depend
24   on the half life; right?
25   A   The steady state is usually related

**257**

1 the package insert for Neurontin?
2 　　MR. FINKELSTEIN: Objection.
3 　　THE WITNESS: I don't quite
4 understand your question.
5 　　MR. FINKELSTEIN: I think your
6 foundation question, you may want to just
7 ask it again.
8 　　MS. McGRODER: Thank you.
9 BY MS. McGRODER:
10 　Q　Assuming that after you reach half
11 life, you've eliminated half the drug; correct?
12 　A　Right.
13 　Q　After that, you're still eliminating
14 the drug; correct?
15 　A　Correct.
16 　Q　So how long after half life, or
17 backing it up to ingestion, how long after
18 ingestion of the drug does it take until an
19 individual has no appreciable Gabapentin in
20 their system?
21 　　MR. FINKELSTEIN: You're just
22 presuming no more ingestion? That's the
23 only reason why I did it.
24 　　MS. McGRODER: Exactly.
25 　　MR. FINKELSTEIN: Because that's what

**258**

1 you're missing.
2 　　THE WITNESS: It's a single dose?
3 This is a single-dose study?
4 BY MS. McGRODER:
5 　Q　Yes, let's talk single dose for now.
6 　A　Okay, because that's crucial,
7 obviously, but I don't know, uhm -- I don't
8 know if that's even been looked at. It
9 probably has, but with the short half life, it
10 probably would clear within 24 hours.
11 　Q　Is it not important to your opinion
12 in the Smith case to know how long it takes for
13 Neurontin to clear from the system following
14 the last dose?
15 　A　That's a different question, though.
16 The question as to what happens when you take a
17 single dose is very different to somebody who
18 takes multiple doses, because the body becomes
19 saturated with the product. And if you stop
20 taking the drug, you will still get the product
21 emerging from fatty tissue, for example.
22 　　So the delay, when you've been taking the
23 drug chronically, is very different.
24 　Q　Okay, let's say you have been taking
25 Gabapentin for two months.

**259**

1 　A　Okay.
2 　Q　And you take your last dose.
3 　A　Okay.
4 　Q　How long before there is no
5 appreciable Gabapentin in your system?
6 　A　I would say several days, at least.
7 　Q　And on what do you base your opinion
8 that it would be several days at least?
9 　A　On what I've just said, that the drug
10 has to come out of the body tissue, body
11 system. But that is a guess. As far as I
12 know, it's not been looked at.
13 　Q　What is the point at which the drug
14 would have no clinical effect following last
15 ingestion?
16 　A　That is a different question again.
17 　Q　Yes, that's why I asked it.
18 　A　If you have a drug which acts on the
19 brain and influences brain neurochemistry, you
20 may well have an effect on the central nervous
21 system which by far outlasts the effect of the
22 amount of the blood, of what's in the blood.
23 　　So once you have got the blood into the
24 brain, you're talking again about a different
25 system to just looking at what comes out when

**260**

1 you stop the drug from the blood stream.
2 　Q　All right, and so my question is
3 related to clinical effects. So maybe you
4 tried to answer my question and I just didn't
5 understand your answer.
6 　　But my question is: How long after your
7 last ingestion of Gabapentin would you expect
8 there to be any clinical effect -- let's say,
9 let's say you're taking Gabapentin for pain
10 reduction -- how long after your last dose of
11 Gabapentin would you have clinical, the
12 clinical effect of pain reduction?
13 　　MR. FINKELSTEIN: Objection.
14 　　I don't know that there's any
15 efficacy that it's ever been established
16 that Gabapentin has any effect --
17 　　MS. McGRODER: Objection to form is
18 fine.
19 　　MR. FINKELSTEIN: -- on pain
20 reduction.
21 　　THE WITNESS: I do not know the
22 literature on the use of Gabapentin in
23 chronic pain.
24 BY MS. McGRODER:
25 　Q　All right, well, let's talk about an

**Page 265**

1  Q  You cannot answer because you don't
2  know?
3  A  It's not within the depositions, I
4  don't believe.  I don't know is the answer.
5  Q  So your testimony is that none of the
6  family members have testified to whether they
7  personally observed Mr. Smith taking
8  Gabapentin?
9  A  I would like to be slightly cautious,
10 because I read a large number of depositions
11 yesterday and I read them in the past, and I
12 may be incorrect, but I do not know of any
13 deposition which has said that Mr. Smith was
14 observed three times a day taking his
15 medication, by any family member.
16 Q  Well, you read Mrs. Smith's
17 deposition a while ago, before you offered your
18 report; correct?
19 A  That's correct.
20 Q  The rest of the depositions you just
21 read yesterday; right?  That's the testimony
22 you gave.
23 A  Yes.
24 Q  Well, did you reread them, or did you
25 read them for the first time yesterday?

**Page 266**

1  A  Well, I read them for the first time
2  yesterday.
3  Q  Right.  And in those depositions you
4  did you not find any testimony of the family
5  members wherein they stated I did not
6  personally observe Mr. Smith take Neurontin,
7  you didn't see that in those depositions you
8  read yesterday?
9      MR. FINKELSTEIN:  Objection.
10     THE WITNESS:  I did not observe or I
11 did observe?
12 BY MS. McGRODER:
13 Q  Did not.  Do you want me to restate
14 the question?
15 A  I think so.
16 Q  In the depositions that you read
17 yesterday and in the Ruth Smith deposition that
18 you read a year ago, you didn't find any
19 references to family members giving testimony
20 that they did not personally observe Mr. Smith
21 take Neurontin?
22     MR. FINKELSTEIN:  Objection.
23     THE WITNESS:  They did not personally
24 observe -- I don't recall any family
25 member saying they did not observe

**Page 267**

1  Mr. Smith taking Neurontin.
2  BY MS. McGRODER:
3  Q  Okay, so the evidence that you have
4  that Neurontin was, in fact, ingested by
5  Mr. Smith comes from Ruth Smith's deposition
6  testimony?
7  A  And his own words, of course.
8  Mr. Smith's own words.
9  Q  Okay, and what else?  Anything else?
10 A  The fact that he had the medication,
11 not strong evidence, but he had the medication
12 at his home.  And, well, his own words.
13 Q  Anything else?  I just want to make
14 sure we've talked about everything that you
15 believe supports your opinion that he took
16 Neurontin.
17 A  Well, there is also the fact that he
18 underwent a mental state change, which needs to
19 be explained -- well, after he went on to the
20 Gabapentin, which we know ultimately led to his
21 suicide, so the mental state change, as a
22 behavioral neurologist, leads me to ask the
23 questions:  What was the trigger factor that
24 lead to these events?  And the alteration of
25 his mental state has to be included as the

**Page 268**

1  potential factor.
2  Q  That's your opinion?
3  A  Uh hum.
4  Q  Which is fine.  I'm talking about
5  evidence in the record that he actually
6  ingested Neurontin.  And we've talked about
7  Mr. Smith's deposition, we've talked about
8  statements that Mr. Smith made, and that
9  Neurontin was in the home; correct?
10 A  Correct.
11 Q  Anything else?
12 A  Not that I read in the depositions,
13 no.
14 Q  What was Mr. Smith's Gabapentin level
15 at the time of his suicide?
16 A  Sadly -- well, not sadly.  The
17 autopsy never included any biochemical
18 analysis.
19 Q  Well, he didn't have an autopsy; did
20 he?
21 A  Okay, I'm sorry.  Blood was not taken
22 to look to see what -- well, they didn't
23 measure -- actually it was taken, blood was
24 taken, but they didn't measure Gabapentin.
25 Q  Other than a post-mortem blood

**269**

screen -- well, let me articulate it differently.
    Setting aside a post-mortem blood screen that doesn't identify Gabapentin -- well, withdrawn.
    It's true that you have no evidence as you sit here today that Mr. Smith had Gabapentin in his body at the time of his suicide?
    MR. FINKELSTEIN: Objection.
    THE WITNESS: There is no evidence that Mr. Smith had Gabapentin inside his body in terms of biochemical evidence, that is correct.
BY MS. McGRODER:
    Q   What was Mr. Smith's active serotonin level at the time of his suicide?
    A   I really am not even going to counsel -- I'm not going to counsel even answering that question.
    Q   You don't know?
    A   Of course I don't know.
    Q   You don't know if he had an increased serotonin level or a decreased serotonin level at the time of his suicide; do you?
    A   Of course not.

**270**

    Q   You don't know if he had an increased GABA level or a decreased GABA level at the time of his suicide; do you?
    A   Of course not.
    Q   At what dose, in your opinion, did Mr. Smith's GABA level increase enough to cause a reduction in active serotonin that would have the clinical effect of making him impulsively commit suicide?
    A   You can see changes. Again, this takes us back to Petroff studies. And if we go back, Petroff was giving, I think 600 to 900 milligrams in those MRI studies. So you can show brain changes in the brain on doses equivalent to that which Mr. Smith was taking.
    Q   Did any of the patients in the Petroff study commit suicide?
    A   Some of them were volunteers -- no, of course not.
    Q   Well, so my question is --
    A   No, they didn't.
    Q   So my question is: What dose does it take -- what dose did it take in Mr. Smith, consistent with your theory, that his GABA level went up and his serotonin level dropped,

**271**

so that he impulsively committed suicide? What dose was required to make that happen and result in suicide?
    A   He was on 300 milligrams three times a day, so we would have to say that was a necessary and sufficient dose.
    Q   But you have no evidence that he was taking 300 milligrams three times a day at the time of his suicide?
    A   I have said that we only have indirect evidence that he was taking that.
    Q   Well, in your opinion, what dose would it take for a patient to impulsively commit suicide as a result of taking Neurontin?
    MR. FINKELSTEIN: Objection.
    THE WITNESS: I think you could see this in somebody taking 300 milligrams a day, depending on that person, the way they metabolize the drug and what happens when the drug gets to the brain.
BY MS. McGRODER:
    Q   Are you aware of any evidence in the peer reviewed literature or in the world that Gabapentin, at 300 milligrams a day, causes impulsive suicide?

**272**

    A   I'm not certain what the data sent to the FDA was, so I don't know if there were people on 300 milligrams a day within the FDA data. I just don't know.
    Q   So as you sit here today, you're not aware of any peer reviewed published literature stating that Gabapentin at 300 milligrams a day can cause suicide?
    A   No.
    Q   And you're not aware of any peer reviewed literature stating that Gabapentin at 900 milligrams a day can cause suicide?
    A   The dosages in the FDA analysis included people on 900 milligrams a day.
    Q   And my question to you is: Are you aware of peer reviewed published literature that concludes that Neurontin, specifically Neurontin, can cause suicide at 900 milligrams a day?
    A   I accept the FDA review as more substantial than peer reviewed literature, because there were 20 peers reviewing those data.
    Q   Twenty? Where do you get 20?
    A   Oh, 21. 21, I beg your pardon.

273

1   Q   You're talking about the FDA advisory
2   committee?
3   A   Correct.
4   Q   And you're calling them a review
5   body?
6   A   High powered advisory body.  Much
7   more discriminating than sending a paper to a
8   journal for peer review.
9   Q   You understand, Dr. Trimble, that the
10  FDA advisory committee does not perform a peer
11  review function as, for example, the peer
12  review analysis that goes on, say in the
13  Journal of American Psychiatry?  You.
14      Understand they are not performing that
15  function; right?
16  A   I said it's in many ways a more
17  superior critical review than you would get
18  through the peer review organization and
19  journals.
20  Q   And you understand the function of
21  the FDA advisory committee was not to determine
22  whether the data could be published or not
23  published, or the rigor of the data, the
24  function was to answer certain questions put
25  them by the FDA -- you understand that; right?

274

1       MR. FINKELSTEIN:  Objection.
2       THE WITNESS:  Correct.
3   BY MS. McGRODER:
4   Q   Other than the FDA meta analysis that
5   deals with 10 drugs other than Neurontin, do
6   you have any evidence in the -- can you, can
7   you show me any evidence in the peer reviewed
8   published literature that Neurontin at
9   900 milligrams a day causes suicide?
10  A   No.
11  Q   Other than the FDA meta analysis of
12  11 anti-epileptic drugs, 10 of which are not
13  Neurontin, do you have or can you show me any
14  evidence in the peer reviewed published
15  literature that Neurontin causes suicide at any
16  dose?
17      MR. FINKELSTEIN:  Objection.
18      Asked and answered.
19      THE WITNESS:  Sorry, objection?
20      MR. FINKELSTEIN:  Asked and answered.
21      THE WITNESS:  Oh, no.
22  BY MS. McGRODER:
23  Q   You can't tell me today what dose was
24  required for Mr. Smith's GABA level to increase
25  so that, according to your theory, his

275

1   serotonin level decreased, and resulted in an
2   impulsive suicide?
3       MR. FINKELSTEIN:  Objection.
4       Asked and answered.
5       THE WITNESS:  I have said that 300
6   milligrams may have been sufficient, but
7   certainly the dose he was on was
8   sufficient.
9   BY MS. McGRODER:
10  Q   Assume that Mr. Smith was taking
11  900 milligrams per day.  According to your
12  theory, how many doses of Neurontin would he
13  have had to take in order to experience an
14  increased GABA level that would cause a
15  reduction in serotonin that would result in an
16  impulsive suicide?
17  A   You see changes in the CNS chemistry
18  within four hours of ingesting the drug.
19  Q   And are you saying the changes in CNS
20  chemistry will result in suicide?
21  A   That is the mechanism whereby drugs
22  lead to behavior effects --
23  Q   Well, then, everybody --
24  A   -- through the CNS chemistry.
25  Q   Then everybody who took Neurontin and

276

1   it affected their CNS would commit suicide;
2   agree?
3       MR. FINKELSTEIN:  Objection.
4       THE WITNESS:  No, that, of course, is
5   not the case.
6       MS. McGRODER:  Of course not.
7       THE WITNESS:  The question is in this
8   specific case, we're talking about
9   Mr. Smith's case not about everybody that
10  takes Neurontin or Gabapentin.
11  BY MS. McGRODER:
12  Q   And so my question is:  Assuming he's
13  taking 900 milligrams a day of Neurontin,
14  according to your theory, how many doses of
15  Neurontin would he have to take in order to get
16  an increased GABA level that would cause a
17  reduction in serotonin that would cause
18  impulsive suicide?
19  A   That may well have occurred within
20  the first 12 hours.
21  Q   So he could have just taken one dose?
22  A   Well, you see biochemical changes
23  very soon.  So one dose may have sent the chain
24  rolling, if you like.  Or the ball rolling.
25  Q   So in your opinion, one dose is

277

1  enough?
2      MR. FINKELSTEIN: Objection.
3      THE WITNESS: In my opinion, one
4   dose -- well, you asked when you get the
5   biological effects, and you begin to get
6   them after one dose.
7  BY MS. McGRODER:
8   Q   Well, my question was slightly
9  different from biological effects, because
10 my -- my question included suicide at the end,
11 which I assume you would consider a clinical
12 effect; would you not?
13  A   No, it's a direct end point of
14 altering CNS chemistry, which is the biology.
15 The trigger that changes a, this man's behavior
16 at the time that it did. So that's a
17 biological effect.
18  Q   Okay, so if one dose is enough, then
19 why did Mr. Smith not commit suicide after his
20 first dose of Neurontin?
21  A   Well, he clearly committed suicide
22 after several weeks on this medication. And it
23 may well be that the effects were magnified
24 when the dose was increased, which is often the
25 case. That it's the change of dose which leads

278

1  to an alteration of the amount of change within
2  the central nervous system. Which is fairly
3  obvious, I suppose.
4   Q   So --
5   A   But he had the dose change, which may
6  well have been an important factor.
7   Q   So is your opinion in this case that
8  the dose change on March 24, 2004 is what
9  caused Mr. Smith to commit suicide?
10      MR. FINKELSTEIN: Objection.
11      THE WITNESS: That was contributing,
12    in my belief, to the alteration of his
13    mental state, which was driven by
14    alteration of cerebral chemistry, yes.
15 BY MS. McGRODER:
16  Q   It's a simple "yes" or "no" question,
17 Doctor, Professor, excuse me, was the dose
18 change on March 24, 2004, the event that caused
19 Mr. Smith to commit suicide?
20      MR. FINKELSTEIN: Objection.
21 BY MS. McGRODER:
22  Q   In your opinion?
23  A   The dose change may have been
24 instrumental in altering his mental state
25 further. The increasing dose leading to a

279

1  change of the chemical effect and, therefore, a
2  change of the clinical effect.
3   Q   Well, your answer says "may have
4  been." I need to know right now, Professor
5  Trimble, if that's your opinion?
6   A   It is.
7   Q   Is it your opinion that the dose
8  change did cause Mr. Smith's suicide or did
9  not?
10      MR. FINKELSTEIN: Objection.
11      You're asking a question that may not
12    have the definitive yes/no answer.
13      THE WITNESS: We know that he was on
14    Gabapentin, we know he started on
15    300 milligrams twice a day, we know he
16    increased the dose.
17      With many drugs, if you increase the
18    dose, you increase the effect. Indeed, it
19    is the case with Gabapentin. So if you
20    have a patient with a seizure disorder who
21    is not responding and you increase the
22    dose, you will improve the anti-epileptic
23    effect. If you can improve the
24    anti-epileptic effect, then there's good
25    reason to believe that you can also

280

1    increase the potential for a side effect.
2      So in answer to your question, there
3    is good reason to believe that increasing
4    the dose was instrumental in altering this
5    man's cerebral chemistry, leading to the
6    ultimate suicidal act.
7      MS. McGRODER: Object and move to
8    strike.
9  BY MS. McGRODER:
10  Q   My question is not whether there is
11 good reason to believe it or not good reason to
12 believe it.
13     My question is: What's your opinion? Is
14 your opinion that the dosage change on
15 March 24th caused Mr. Smith's suicide?
16      MR. FINKELSTEIN: Objection.
17      THE WITNESS: I can't answer that
18    question.
19 BY MS. McGRODER:
20  Q   You don't know one way or the other?
21  A   Well, I have explained the relative
22 nature of the ans -- of the question.
23  Q   Well, I'm not asking for a relative
24 nature, I'm asking for your opinion. And I'm
25 entitled to your opinions during this

```
                                                     -                                                          342
        IN THE UNITED STATES DISTRICT COURT          1
          FOR THE DISTRICT OF MASSACHUSETTS          2              I N D E X
                     Continued                       3
   IN RE:            Videotape                       4   WITNESS                    DIRECT
   NEURONTIN MARKETING, SALES : Deposition of:       5   PROFESSOR MICHAEL TRIMBLE
   PRACTICES AND PRODUCTS   :                        6
   LIABILITY LITIGATION     : MICHAEL TRIMBLE        7     Ms. McGroder             344
                            :                        8
   ----------------------------                      9          E X H I B I T S
   THIS DOCUMENT RELATES TO:                        10
   Smith, et al. v Pfizer, et al.                   11   NUMBER    DESCRIPTION              PAGE
   Case No. 05-cv-11515-PBS                         12   TRIMBLE
        TRANSCRIPT of testimony as taken by and     13
   before PATRICIA A. SANDS, a Shorthand Reporter   14   EXHIBIT 19   Shell report         352
   and Notary Public of the States of New York and  15   EXHIBIT 20   Neurogurgical records  399
   New Jersey, at the offices of Lanier Law Firm,   16   EXHIBIT 21   UMC notes            404
   126 East 56th Street, New York, New York, on     17   EXHIBIT 22   Juurlink article     455
   Wednesday, September 3, 2008, commencing at      18   EXHIBIT 23   Police report        482
   9:16 in the forenoon.                            19   EXHIBIT 24   Medical examiner's report  489
        REPORTING SERVICES ARRANGED THROUGH:        20   EXHIBIT 25   Suicide note         497
        VERITEXT/NEW JERSEY REPORTING COMPANY       21   EXHIBIT 26   Photo                508
          25B Vreeland Road, Suite 301              22   EXHIBIT 27   Wood letter          539
          Florham Park, New Jersey 07932            23
     Phone: (973) 410-4040   Fax: (973) 410-1313    24
                                                    25


                                            341                                                                 343
   1   A P P E A R A N C E S:                        1   P R O F. M I C H A E L T R I M B L E,
   2                                                 2     Institute of Neurology
   3   FINKELSTEIN & PARTNERS                            Queen Square
       436 Robinson Avenue                           3   London  WCIN3CB,
   4   Newburgh, New York 12550                          having been previously sworn, was
       BY: ANDREW G. FINKELSTEIN, ESQ.               4   examined and testified as follows:
   5   For the Plaintiff                             5
       800 634-1212                                  6         THE VIDEO OPERATOR: Please standby.
   6                                                 7      We are on the record. My name is
   7   THE LANIER LAW FIRM                           8   Adam DiCola of Veritext Corporate
       Tower 56                                      9   Services. The date today is September 3,
   8   126 East 56th Street, 6th Floor              10   2008, and the time is approximately
       New York, New York 10022                     11   9:16 a.m. This deposition is being held
   9   BY: KENNETH SOH, ESQ.                        12   in the office of Lanier Law Firm, located
       For the Plaintiff                            13   at 126 East 56th Street, New York, New
  10   212 421-2800                                 14   York.
  11                                                15      The caption of this case is Smith, et
       SHOOK, HARDY & BACON, LLP                    16   al., versus Pfizer, et al., in the United
  12   2555 Grand Boulevard                         17   States District Court, District of
       Kansas City, Missouri 64108-2613             18   Massachusetts, Case Number
  13   BY: LORI CONNORS McGRODER, ESQ.              19   05-CV-11515-PBS.
       For the Defendant                            20      The name of the witness is Professor
  14   816 474-6550                                 21   Michael Trimble.
  15                                                22      At this time the attorneys will
  16                                                23   identify themselves and the parties they
  17   ALSO PRESENT:                                24   represent, after which our court reporter,
  18    Adam DiCola, Videographer                   25   Patricia Sands, will swear in the witness
  19
  20
  21
  22
  23
  24
  25
```

### Page 544

1   A   Yes.
2   Q   Have you considered that information
3   before?
4   A   Well, I have seen it, yes.
5   Q   Does that have any relevance to your
6   opinion?
7   A   No.
8   Q   What is your understanding of Donna's
9   illness?
10  A   Well, she, I think she had had
11  carcinoma breast, and this had been diagnosed
12  and she had been in remission.  Or was in
13  remission around this time.  So that's my
14  understanding.
15  Q   Do you also have an understanding
16  that Mr. Smith was very concerned about Donna
17  at this time on May 10, 2004?
18  A   He was a parent with an unwell
19  daughter.  I would think his concern was
20  perfectly acceptable.
21  Q   So you agree he was concerned about
22  Donna?
23  A   I would think so, yes.
24  Q   Did you know that Mrs. Smith told the
25  911 operator: "Our youngest daughter has been

### Page 545

1   suffering with cancer, and this has been too
2   much".  Were you aware of that?
3   A   Too much for whom?
4   Q   That's what she told the 911
5   operator.
6   A   I have no access to that record, as
7   you know, so I have no comment about it.
8   Q   Well, did you ask Mr. Finkelstein and
9   his law firm whether there was a tape of the
10  911 call?
11  A   No.
12  Q   You weren't interested in hearing the
13  tape of the 911 call?
14  A   No.
15  Q   So you don't know that Mrs. Smith
16  told the 911 operator, Mr. Smith -- referring
17  to Mr. Smith: "He says he couldn't face the
18  fact that his daughter had cancer".
19  You weren't aware of that fact?
20  A   No.
21  Q   And does that fact have any relevance
22  to your opinion in terms of why Mr. Smith
23  committed suicide?
24  A   No.
25  MS. McGRODER:  Okay, let's go off the

### Page 546

1   record for a second.  We need to change
2   the tape.
3   THE VIDEO OPERATOR:  Please Standby.
4   We are going of the record, the time
5   is 2:19 p.m.  This concludes tape
6   number 3.
7   (Off the record.)
8   THE VIDEO OPERATOR:  Please standby.
9   We are back on the record, the time
10  is 2:24 p.m.  This is the beginning of
11  tape number 4.
12  BY MS. McGRODER:
13  Q   Professor Trimble, would you agree
14  that Mr. Smith considered his daughter,
15  Donna's, illness a stressful life event?
16  MR. FINKELSTEIN:  Objection.
17  THE WITNESS:  I would imagine so.
18  BY MS. McGRODER:
19  Q   In the middle of this letter written
20  by Dr. Wood, he says: "You know anything about
21  Neurontin?  I shook my head, not really, except
22  it is given for seizures.  He then said he had
23  gone online and looked it up saying it was
24  extremely powerful, with numerous side
25  effects".

### Page 547

1   Now using the word "powerful" those are,
2   Dr. Wood's -- that's Dr. Wood's adjective;
3   right?
4   MR. FINKELSTEIN:  Objection.
5   THE WITNESS:  Yes.
6   BY MS. McGRODER:sashay
7   Q   And then the next sentence says:
8   "Plus it makes me feel weird and it isn't
9   helping me".
10  A   Yes.
11  Q   And the word "weird" that's not in
12  quotes?
13  A   That's not in quotes.
14  Q   And that's Dr. Wood's adjective?
15  A   That's correct.
16  Q   Right?
17  A   Yes.
18  Q   And, and Mr. Smith reports that
19  Neurontin is not helping him; right?
20  A   That's correct.
21  Q   And at this time, has Mr. Smith also
22  reported to his doctors that he doesn't want
23  epidural steroid injections, because they are
24  not helping him; right?
25  A   Correct.

**548**

1  Q  He doesn't want physical therapy,
2  because it's not helping him?
3  A  Correct.
4  Q  And none of the medications he is
5  taking are helping him; right?
6  A  That seems to be the case; correct.
7  Q  How many pills were left in the pill
8  bottle that the Smith family filled for
9  Neurontin on March 9, 2004?
10  A  I don't know.
11  Q  Were there any?
12  A  I do not know.
13  Q  You don't know one way or the other
14  whether Mr. Smith took the pills in the pill
15  vile that was filled on March 9, 2004?
16  A  My understanding is, again, relying
17  on depositions, that Mr. Smith reliably took
18  the medication he was prescribed.
19  Q  And is your, is the sole basis for
20  your understanding that Mr. Smith took the
21  medications as prescribed the family member
22  depositions in this case?
23  A  And Mr. Smith's own -- well,
24  Mr. Smith himself on several occasions says I
25  am on Neurontin, weird is a term -- at the time

**549**

1  he says it makes him loopy.  But he, himself,
2  refers to the fact that he is on Neurontin.
3  And then the family depositions also consider
4  him to have been reliable on taking
5  medications.  So I no reason to doubt the fact
6  he was taking Neurontin.
7  Q  Have you looked to see how many pills
8  were in the prescription vile of Neurontin that
9  Mr. Smith left on his dresser at the time of
10  his suicide?
11  A  I have not.
12  Q  So, again, you have no idea whether
13  he completed taking the pills that were
14  prescribed for him?  The Neurontin pills that
15  were prescribed for him?
16  A  My understanding is that he had more
17  Neurontin given to him beyond those that were
18  prescribed in a script.
19  Q  Okay.
20  A  That's my understanding.
21  Q  Samples?
22  A  Well, in a sashay, as I believe.
23  Q  Well, we'll get there.
24  A  Okay.
25  Q  Right now the question is you don't

**550**

1  know one way or the other whether he completed
2  taking the pills that were in the vile that he
3  filled at the pharmacy on March 9, 2004?
4  A  That is correct.
5  Q  And there could be a full vile of
6  pills left over, and that is something you
7  didn't consider?
8  A  That is correct.
9  Q  Do you know the exact number of
10  samples that were in Mr. Smith's possession?
11  A  I do not.
12  Q  Is there any evidence in the record
13  of the exact number of samples that Mr. Smith
14  took?
15  A  Not that I have seen.
16  Q  Do you consider anywhere in your
17  report Donna Smith's illness, her cancer as a
18  factor related to Mr. Smith's suicide?
19  A  I do not consider it a factor
20  relating to his suicide.
21  Q  It's not in your report?
22  A  It is not, and I do not consider it a
23  factor.
24  Q  Is it your opinion in this case that
25  Neurontin caused Mr. Smith's suicide because

**551**

1  more likely than not his suicide was impulsive?
2  A  It has not so much to do with
3  impulsivity, it has to do with the alteration
4  of his mental state that occurs following the
5  ingestion of Gabapentin or Neurontin.
6  Q  Tell me specifically what evidence
7  you rely on, the factual evidence in the
8  record, that Mr. Smith's suicide was impulsive?
9     MR. FINKELSTEIN:  Objection as to
10  form.
11     THE WITNESS:  Well, I think I have a
12  difficulty with the term "impulsive".  I'm
13  not certain --
14  BY MS. McGRODER:
15  Q  It's in your report?
16  A  Yes, but this was not a carefully
17  planned, documented suicide where everything
18  was put in context, everything was sorted out,
19  saying good-bye to people.  This happened
20  suddenly.
21  Now the term "impulsive" is used in a
22  number of ways.  I am using it to say that this
23  was not a carefully planned, or even
24  predictable suicide event.  It came out of the
25  blue.