# EXHIBIT 25

Krancer, Pamela APN (Smith prescriber)  6/8/2007  5:00:00 PM

```
                                                            -
 1      IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
 2
 3   IN RE:  NEURONTIN MARKETING, SALES )
     PRACTICES AND PRODUCTS LIABILITY   )
 4   LITIGATION               )
                              )
 5   _____  )
                              )
 6                            )
                              ) CASE NO.
 7                            ) 04-10981
     THIS DOCUMENT RELATES TO:   )
 8                            )
     RUTH SMITH, Individually and as   )
 9   Widow for the use and benefit of  )
     herself and the next of kin of    )
10   Richard Smith, deceased.          )
                                       )
11   05-CV-11515               )
                               )
12
13
14       DEPOSITION OF
15       PAMELA KRANCER, APN
16       Taken on Behalf of the Plaintiffs
17       June 8, 2007
18
19
20
21
22
23
24
25
```

```
                                                            2
 1   APPEARANCES:
 2   For the Plaintiff:
 3       MARK LANIER
         DARA HEGAR
 4       PATRICK O'HARA
         Lanier Law Firm
 5       6810 F.M. 1960 West
         Houston, Texas 77069
 6       713.659.5200
         713.659.6416
 7       wml@lanierlawfirm.com
 8       ANDREW G. FINKELSTEIN
         Finkelstein & Partners
 9       436 Robinson Avenue
         Newburgh, New York 12550
10       800.634.1212
         afinkelstein@lawampm.com
11
12   For the Defendant:
13       KENNETH J. FERGUSON
         Clark, Thomas & Winters
14       P.O. Box 1148
         Austin, Texas 78767
15       512.472.8800
         512.474.1129
16       kjf@ctw.com
17
     Also Present:  Jason Powers, Videographer
18
19
20
21
22
23
24
25
```

```
                                                            3
 1                I N D E X
 2   WITNESS: PAMELA KRANCER
 3           INDEX OF EXAMINATIONS
 4               Page/Line
 5   By Mr. Lanier ....................   6   2
 6   By Mr. Ferguson ..................  18   3
 7   By Mr. Lanier ....................  32  11
 8   By Mr. Ferguson ..................  36  12
 9           INDEX OF EXHIBITS
10               Page/Line
11   No. 1 ............................  10  18
12   No. 2 ............................  19   3
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                            4
 1
 2           The deposition of PAMELA KRANCER,
 3   APN, taken on behalf of the Plaintiffs, on the 8th
 4   day of June, 2007, in the offices of Howell Allen
 5   Clinic, 2011 Murphy Avenue, Suite 401, Nashville,
 6   Tennessee, for all purposes under the Federal
 7   Rules of Civil Procedure.
 8           The formalities as to notice,
 9   caption, certificate, et cetera, are waived.  All
10   objections, except as to the form of the
11   questions, are reserved to the hearing.
12           It is agreed that Elisabeth A.
13   Miller, being a Notary Public and Court Reporter
14   for the State of Tennessee, may swear the witness,
15   and that the reading and signing of the completed
16   deposition by the witness are waived.
17
18
19
20               * * *
21
22
23
24
25
```

Krancer, Pamela APN (Smith prescriber)  6/8/2007  5:00:00 PM

**9**

1  you're being deposed.
2  A.  Uh-huh.
3  Q.  The Smiths have brought a claim against
4  the makers of Neurontin claiming, in essence, that
5  the makers of Neurontin were not telling you
6  medical people all that they knew or all that was
7  important about their drug and that they were
8  pushing their drug for off-label indications with
9  you folks.
10     It is also a contention in this case that
11  our scientists -- and we believe even their
12  scientists will show -- that as a drug, Neurontin
13  reduces the serotonin and the norepinephrine in
14  the brain, and so it takes someone who either may
15  be depressed already and makes them -- it
16  aggravates the depression.  Or it also takes
17  someone and causes them to lose impulse control,
18  which, when you add it to depression, increases
19  the risk of suicide.
20     So those are our contentions.
21     I'm not asking you questions as a medical
22  expert in this case, and I'll stay away from those
23  because you haven't been retained by either party.
24     I just need to know from you, I
25  understand -- and I need a time out so he can

**10**

1  object, because all of that is background that I'm
2  not allowed to put into a question.
3     MR. LANIER:  Do you want to lodge an
4  objection and -- I'll stipulate that's not a
5  question.
6     MR. FERGUSON:  I was going to wait
7  until you put out a question.  I will object to
8  the narrative comments.  Please proceed.
9     MR. LANIER:  Thank you.  I'll start
10  clean with a question.
11  BY MR. LANIER:
12  Q.  Ma'am, I have here what I'm going to mark
13  as Exhibit No. 1, and these are call notes that
14  have been provided to us by the Neurontin folks
15  that show us when they made calls on you to talk
16  to you about their drug.
17  A.  Okay.
18     (Marked Exhibit No. 1.)
19  BY MR. LANIER:
20  Q.  You will see they've got dates --
21  A.  Uh-huh.
22  Q.  -- they've got the name of the rep, Ashley
23  Pippin --
24  A.  Uh-huh.
25  Q.  -- typically; when they left you

**11**

1  samples --
2  A.  Uh-huh.
3  Q.  -- some notes about what you've had to say
4  during the calls and things like that.  Do you see
5  those in front of you?
6  A.  Yes, I do.
7  Q.  Is it typical for you to receive -- I
8  think the word is detailing, by drug reps in your
9  job as a nurse?
10  A.  Yes.
11  Q.  Okay.  When the drug reps come to you, I
12  assume they're coming because they want to detail
13  you or tell you details about their drugs and
14  their products so that you know what you've got to
15  help with your patients; is that fair?
16  A.  That's fair.
17  Q.  And I assume that's something that you
18  and -- much like the doctors we've talked to so
19  far, rely on?
20  A.  Uh-huh.
21  Q.  And I don't mean to be rude, but uh-huh is
22  yes?
23  A.  Oh, I'm sorry, yes.
24  Q.  When Elisabeth types it, the uh-huhs and
25  huh-uhs sometimes read the same, so I want to make

**12**

1  sure I've got it.
2  A.  Yes.
3  Q.  Is it important to you that the detailing
4  by the drug reps be honest and forthright?
5  A.  Yes.
6  Q.  Do you expect them to tell you the good
7  and the bad about their drugs?
8  A.  Yes.  Can I interject here or --
9  Q.  Sure.
10  A.  I don't prescribe a drug strictly on what
11  a rep tells me.
12  Q.  Okay.
13  A.  I feel that no matter what a rep tells me,
14  that before I prescribe the drug, hopefully, that
15  I'm educated on it, before I -- before I prescribe
16  it.
17  Q.  Fair enough.
18  A.  Is that --
19  Q.  Yeah, that makes sense.
20  A.  Okay.
21  Q.  By the same token, you do listen to the
22  reps?
23  A.  Yes.
24  Q.  And you do take into account what they
25  tell you, I would assume?

Page 13

| | |
|---|---|
| 1 | A.   Correct. |
| 2 | Q.   I mean, I look at these visits.  It looks |
| 3 | to me like, clearly, you do have a regular pattern |
| 4 | of visiting, to some degree at least, with the |
| 5 | reps; is that fair? |
| 6 | A.   That's fair. |
| 7 | Q.   Okay.  Now, did the reps ever tell you |
| 8 | that Neurontin was associated with reduction in -- |
| 9 | well, let's start with serotonin.  Did they ever |
| 10 | tell you that? |
| 11 | A.   Not that I remember. |
| 12 | Q.   Do you remember them ever telling you |
| 13 | Neurontin was associated with a reduction in |
| 14 | norepinephrine? |
| 15 | A.   Not that I remember. |
| 16 | Q.   Do you remember them ever telling you |
| 17 | that, long before they visited with you, in fact, |
| 18 | before they started selling the drug, the FDA had |
| 19 | written them up saying that an increase in |
| 20 | depression and an increase in suicides are some of |
| 21 | the concerns that need to be addressed with the |
| 22 | drug? |
| 23 | MR. FERGUSON:  Excuse me, object to |
| 24 | form. |
| 25 | You may go. |

Page 14

| | |
|---|---|
| 1 | THE WITNESS:  Not that I remember. |
| 2 | BY MR. LANIER: |
| 3 | Q.   Okay.  And that was in 1992 that the FDA |
| 4 | did that, I'll represent to you. |
| 5 | In 2002, the FDA approved the drug for |
| 6 | another usage, and in the process, said that |
| 7 | they're -- other than the problems that had |
| 8 | already been pointed out, 1992, there hadn't been |
| 9 | any other problems.  But even in 2002, did they |
| 10 | tell you about these earlier problems? |
| 11 | MR. FERGUSON:  Object to the |
| 12 | narrative.  I'm sorry.  Excuse me. |
| 13 | THE WITNESS:  No, that's fine. |
| 14 | MR. FERGUSON:  Okay. |
| 15 | THE WITNESS:  Not that I remember. |
| 16 | BY MR. LANIER: |
| 17 | Q.   Did you actually write prescriptions |
| 18 | yourself for Richard Smith? |
| 19 | A.   Yes, I did. |
| 20 | Q.   And you wrote prescriptions for Neurontin? |
| 21 | A.   Yes.  It had been previously prescribed by |
| 22 | Dr. McCombs.  And when I saw Mr. Smith, it had |
| 23 | been prescribed for Mr. Smith in 2003 by |
| 24 | Dr. McCombs.  And then when I saw him back in 2004 |
| 25 | in March and he was having similar symptoms, I |

Page 15

| | |
|---|---|
| 1 | represcribed it for him. |
| 2 | Q.   Okay.  If you had known about the side |
| 3 | effects that I've discussed, if it had been |
| 4 | brought to your attention that this drug is |
| 5 | associated with increases in depression and |
| 6 | suicide, would you have taken into account that |
| 7 | information before you prescribed this drug? |
| 8 | MR. FERGUSON:  Object to form. |
| 9 | THE WITNESS:  I guess being -- not |
| 10 | being a psychiatrist or a psychologist or even a |
| 11 | psychiatric nurse, I have to be honest in the fact |
| 12 | that I -- I always consider any drug that I give |
| 13 | somebody that I feel is truly depressed, but I |
| 14 | don't -- you know, I probably would have thought |
| 15 | about it a little bit harder. |
| 16 | BY MR. LANIER: |
| 17 | Q.   Might have at least thought about giving |
| 18 | some warnings or some information about, hey, if |
| 19 | you think this is causing you to be more depressed |
| 20 | or something, would you please contact someone, |
| 21 | some medical help? |
| 22 | MR. FERGUSON:  Object to form. |
| 23 | BY MR. LANIER: |
| 24 | Q.   Is that fair to say? |
| 25 | A.   I probably would have added it to my |

Page 16

| | |
|---|---|
| 1 | education, yes, sir. |
| 2 | Q.   And by education, is that what you tell |
| 3 | patients when you give them drugs? |
| 4 | A.   I try to educate them on side effects of |
| 5 | medication before I give it to them, yes, sir. |
| 6 | Q.   Why is that important, nurse? |
| 7 | A.   I think it's -- it's part of good patient |
| 8 | care in the fact that I think that people have a |
| 9 | right to know what medications might do to them |
| 10 | and that -- you know, it's not only -- because |
| 11 | people don't understand, and I think that it's |
| 12 | important to not only know the side effects but to |
| 13 | know interactions with other medications that |
| 14 | might -- you know, that they might develop side |
| 15 | effects with. |
| 16 | Q.   How well did you know Richard Smith |
| 17 | yourself? |
| 18 | A.   I'm afraid not that well.  I had seen him |
| 19 | a few times by myself.  I saw him in the office, I |
| 20 | think, two or three times, and then Dr. McCombs |
| 21 | saw him after I saw him the last time.  And -- but |
| 22 | well enough that I know him and his -- knew -- |
| 23 | Q.   Okay. |
| 24 | A.   I've taken -- I took care of him, because |
| 25 | I -- he was on their service for the -- you know, |