EXHIBIT 26

-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

IN RE:  NEURONTIN MARKETING, SALES )

PRACTICES AND PRODUCTS LIABILITY  )

LITIGATION                                         )

                                                        )

_____           )

                                                        )

                                                        )

                                                        ) CASE NO.

                                                        ) 04-10981

THIS DOCUMENT RELATES TO:        )

                                                        )

RUTH SMITH, Individually and as    )

Widow for the use and benefit of   )

herself and the next of kin of       )

Richard Smith, deceased.          )

                                                        )

05-CV-11515                              )

                                                        )

VIDEOTAPED DEPOSITION OF

LEWIS WESLEY CARNAHAN, II, PHARM.D.

Taken on Behalf of the Defendant

October 23, 2007

3

1            I N D E X

2   WITNESS: LEWIS WESLEY CARNAHAN

3            INDEX OF EXAMINATIONS

4                                    Page/Line

5   By Mr. Ferguson ....................   6   7

6   By Mr. Soh .........................   71  16

7   By Mr. Ferguson ....................   73   7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2

1   APPEARANCES:

2   For the Plaintiff:

3        KENNETH S. SOH

         MAURA C. KOLB

4        Lanier Law Firm

         6810 F.M. 1960 West

5        Houston, Texas 77069

         713.659.5200

6        713.659.6416

         wml@lanierlawfirm.com

7        kss@lanierlawfirm.com

         mck@lanierlawfirm.com

8

9   For the Defendant:

10       KENNETH J. FERGUSON

         Clark, Thomas & Winters

11       P.O. Box 1148

         Austin, Texas 78767

12       512.472.8800

         512.474.1129

13       kjf@ctw.com

14

     Also Present:  Amanda Martin, Videographer

15             Jason Powers, Videographer

16

17

18

19

20

21

22

23

24

25

4

1

2            The videotaped deposition of

3   LEWIS WESLEY CARNAHAN, II, PHARM.D., taken on

4   behalf of the Defendant, on the 23rd day of

5   October, 2007, in the John Hood Conference Room of

6   Sheraton Music City Hotel, 777 McGavock Pike,

7   Nashville, Tennessee, for all purposes under the

8   Federal Rules of Civil Procedure.

9            The formalities as to notice,

10  caption, certificate, et cetera, are waived.  All

11  objections, except as to the form of the

12  questions, are reserved to the hearing.

13           It is agreed that Elisabeth A.

14  Miller, being a Notary Public and Court Reporter

15  for the State of Tennessee, may swear the witness,

16  and that the reading and signing of the completed

17  deposition by the witness are waived.

18

19

20

21            * * *

22

23

24

25

Carnahan, Lewis Wesley (Smith)  10/23/2007  6:07:00 PM

9

1     apologize for that, but you understand that's part
2     of what I need to do in -- in finding the
3     information we need?
4     A.    Yes.
5     Q.    Okay.  Could you tell us briefly about
6     your education?  Where did you go to undergraduate
7     school?
8     A.    I graduated from Middle Tennessee State
9     University with a BS degree, and then I went to
10    pharmacy school at Mercer University in Atlanta,
11    Georgia, and got my Pharm.D. degree there.
12    Q.    And is the Pharm.D. degree the degree that
13    typically pharmacists have?
14    A.    Yes, it's the only degree that's available
15    now.
16    Q.    Okay.  And how long is that program to --
17    to obtain your Pharm.D. degree?
18    A.    Once you get into the Pharm.D. program,
19    it's a four-year program.
20    Q.    Okay.  When was it that you got out of the
21    pharmacy program?
22    A.    I graduated in 1994.
23    Q.    And have you been a practicing pharmacist
24    since that time?
25    A.    Yes.

10

1     Q.    How long have you been at the VA Medical
2     Center?
3     A.    Since 1994.
4     Q.    So basically the -- the only position
5     you've had in the field of pharmacy has been at
6     the VA Medical Center?
7     A.    Yes.
8     Q.    Do you have a -- well, do you personally
9     have some affiliation with Vanderbilt Medical
10    School or Vanderbilt University?  Excuse me for
11    interrupting.
12    A.    Yes.  I do teach a clinical pharmacology
13    course there, one class of that course.
14    Q.    And are you classified as an adjunct
15    professor or some such title?
16    A.    I have no affiliation with Vanderbilt.
17    Q.    Okay.  I take it they pay you something to
18    be teaching this class as well?
19    A.    No, it is free.
20          MR. SOH:  Us lawyers don't understand
21    that kind of crazy talk.
22          MR. FERGUSON:  We defense lawyers do.
23    BY MR. FERGUSON:
24    Q.    Dr. Carnahan, when -- when did you meet
25    Donna Carnahan -- Donna Smith?  And I'm not --

11

1     when I ask dates, I'm not trying to nail you down
2     on specific dates.  Just a general time frame is
3     what I'm interested in.
4     A.    We started dating in October of 1983.
5     Q.    And when were you married?
6     A.    We were married in December of 1986.
7     Q.    So I take it that you met Richard Smith
8     sometime between 1983 and 1986; is that fair?
9     A.    Yes, in 1983.
10    Q.    So shortly after you and Donna started
11    dating, you met Mr. Smith, correct?
12    A.    Yes.
13    Q.    And over the years, and particularly the
14    years of your -- of your marriage to Donna, how
15    was your relationship with Richard Smith?
16    A.    Very good.
17    Q.    Very -- very close?
18    A.    Very close.
19    Q.    Let me ask you a couple of questions about
20    some -- some documents that you may or may not
21    have that -- that were set out in the deposition
22    notice.
23          First of all, did you personally keep any
24    kind of -- of calendars, logs, notes, anything
25    relating to -- to Richard Smith's treatment in,

12

1     say, the last couple of years of his life?
2     A.    No.
3     Q.    To your knowledge, did your wife, Donna,
4     keep any such logs, calendars, or notes regarding
5     the treatment of her father?
6     A.    Not to my knowledge.
7     Q.    Are you aware of any medication bottles,
8     blister packs, or other remaining medications
9     regarding Richard Smith's prescriptions of
10    Neurontin?
11    A.    No.
12    Q.    You've never -- if there are any such
13    remaining pill bottles, blister packs, anything
14    like that, you personally have not seen them?
15    A.    No.
16    Q.    Okay.  In conversations with your --
17    with -- with Ruth Smith -- and I refer to her as
18    your mother-in-law; is that -- is that fair?
19    A.    I understand what you mean.
20    Q.    Okay.  And -- and also Donna's sisters, in
21    talking to Mrs. Smith or the -- or Donna's
22    sisters, have you learned whether or not there are
23    any existing pill bottles, blister packs, or
24    remaining medications of -- of any prescriptions
25    for Richard Smith of Neurontin?

Carnahan, Lewis Wesley (Smith)  10/23/2007  6:07:00 PM

17

1  up to his back surgery that he had in 2003?
2  A.    Yes.
3  Q.    How about after his back surgery, which I
4  believe the records say was -- was done on
5  April 1st of 2003, between that time and the time
6  of his death in May of 2004, did you have
7  discussions with him about any ongoing pain that
8  he had?
9  A.    Yes.
10  Q.    Is there any way, to your recollection,
11  that you can tell us whether or not the -- the
12  pain he was complaining about in, let's say, the
13  couple of months before his death was any
14  different or more frequent in terms of his
15  conversation with you as compared to the pain he
16  was complaining about before his back surgery in
17  2003?
18  A.    Not that I'm aware of, no.
19  Q.    So, again, not trying to put words in your
20  mouth.  But as I understand what you're saying in
21  response to my question was generally from your
22  discussions with him, his comments about the pain,
23  the frequency and the intensity were about the
24  same in the couple of months before his death as
25  they had been back in 2003, even before his back

18

1  surgery; is that a fair statement?
2         MR. SOH:  Objection to form.
3         MR. FERGUSON:  Okay.
4         MR. SOH:  That's leading.  But if he
5  can answer it, go ahead.
6  BY MR. FERGUSON:
7  Q.    Is -- is that -- is that correct?
8  A.    Restate the question, please.
9  Q.    Sure.  My understanding of what you told
10  us a moment ago is that his pain, in terms of what
11  he told you about, was no different in the couple
12  of months before his death as it -- as compared to
13  the first several months of 2003?
14         MR. SOH:  Objection, form.
15         THE WITNESS:  He didn't complain of
16  any increased pain --
17  BY MR. FERGUSON:
18  Q.    Okay.
19  A.    -- over the period.
20  Q.    Fair enough.
21         Did you at some point become aware that --
22  that Mr. Smith was taking a drug called Neurontin?
23  A.    Yes.
24  Q.    And do you recall about when that was?
25  Again, I'm not expecting you to know a specific

19

1  date.  But can you remember the general time frame
2  when you became aware that he was taking
3  Neurontin?
4  A.    I believe it was the Sunday before he
5  committed suicide.
6  Q.    Okay.  And -- and as I recall, the -- he
7  died on May the 13th; is that correct?
8  A.    Yes.
9  Q.    And I believe that was a Thursday; am I
10  correct about that?
11  A.    Yes.
12  Q.    So counting back, if I can count
13  correctly -- maybe you can help me.  What does
14  that make Sunday, the 8th or 9th?
15         MS. KOLB:  The 8th, I think.
16         MR. FERGUSON:  Thank you.
17  BY MR. FERGUSON:
18  Q.    About the 8th of May was the first time
19  that you learned that Richard Smith had ever been
20  on Neurontin; is that correct?
21  A.    Yes.
22  Q.    So -- and we'll talk about how you became
23  aware of that on that date.  But obviously before
24  May 8, Richard had never come to you and asked
25  about Neurontin in relationship to side effects as

20

1  you -- we talked about earlier?
2  A.    No.
3  Q.    Okay.
4  A.    He had never come to me, but that wasn't
5  unusual.
6  Q.    Right.
7  A.    Right.
8  Q.    You indicated that he occasionally would
9  come to you about some medications?
10  A.    Right.
11  Q.    At least before May 8th of 2004, that had
12  never occurred with respect to Neurontin?
13  A.    Correct.
14  Q.    And -- and I take it from -- from your
15  answer as well that you had never learned before
16  May 8th of 2004 from another source such as
17  Ruth Smith or your wife, Donna, from any other
18  source that he had been on Neurontin?
19  A.    Correct.
20  Q.    And how did it come about on May 8th of
21  2004 that you learned that Richard was taking a
22  medication called Neurontin?
23  A.    He came to me.  We were at a gathering at
24  Sherri's house.  I think it was somebody's
25  birthday, and we had -- I think we had eaten

21

1   already, and we were just talking.
2       He pulled me aside and asked me about --
3   he didn't ask me about side effects.  He described
4   side effects to me and asked if I thought it was
5   the Neurontin.
6   Q.    Tell me what side effects he described to
7   you, please.
8   A.    He told me that he was feeling loopy.  He
9   did not feel like himself since taking the
10  Neurontin.
11  Q.    Did he tell you on that day, May 8th of
12  2004, how long he had been taking Neurontin?
13  A.    No.
14  Q.    Did he tell you anything about what dosage
15  of Neurontin he was taking?
16  A.    No.
17  Q.    He simply said that he was taking
18  Neurontin, and he felt loopy and didn't feel like
19  himself?
20  A.    Yes.
21  Q.    Any other side effects that he described
22  to you on -- during that conversation on May 8th
23  of 2004?
24  A.    Not that I recall.
25  Q.    And did he either volunteer or did you ask

22

1   him what he meant by feeling loopy?
2       MR. SOH:  Objection, form.
3   Answer.  Go on.  When I object, go
4   ahead and answer.
5   BY MR. FERGUSON:
6   Q.    If he doesn't want you to answer, he'll
7   specifically tell you, I'm sure, not to answer.
8   A.    I'm still thinking also.
9   Q.    Take your time.  I'm not trying to rush
10  you.
11  A.    I don't recall anything offhand, anything
12  additionally that he said.  He just kept saying
13  that it made him loopy; he didn't feel like
14  himself.  And that was the main side effect that
15  bothered him, so that's what he brought up with me
16  in that conversation.
17  Q.    And was his question to you, I feel
18  like -- I feel loopy and don't feel like myself;
19  could the Neurontin I'm taking be causing that?
20  Is that what he asked you?
21  A.    Yes, that was what he was asking.
22  Q.    Okay.  And what did you tell him?
23  A.    I told him that it was a possibility.
24  Q.    And how did you know or believe that was a
25  possibility?

23

1   A.    Because patients that I have seen have
2   also described similar side effects to me.
3   Q.    Okay.  Side effects from Neurontin?
4   A.    Yes.
5   Q.    And these are patients who you have --
6   have seen in your position as a pharmacist at the
7   VA Medical Center?
8   A.    Yes, patients that I've come in contact
9   with at the VA.
10  Q.    Did you have any discussion with
11  Richard Smith on May 8th about why he was taking
12  Neurontin?
13  A.    I knew he was having some pain, so that
14  was my assumption.
15  Q.    Okay.  So he didn't say, I'm taking
16  Neurontin for pain; but you knew he was in pain,
17  so you assumed he was taking it for pain?
18  A.    That was my assumption.
19  Q.    And had you seen -- the other patients you
20  had seen who had taken Neurontin, were some of
21  them also taking it for pain?
22  A.    Yes.
23  Q.    So if I understand the conversation
24  correctly, he pulled you aside, said he was taking
25  Neurontin; could it make him feel loopy and feel

24

1   like he didn't feel like himself?  You said, yes,
2   I've seen that in other patients.  Where did the
3   conversation go next, if -- if it continued?
4   A.    I didn't tell --
5       MR. SOH:  Objection.  I think it
6   mischaracterizes his testimony.
7       But go ahead and answer.
8   BY MR. FERGUSON:
9   Q.    Okay.
10  A.    I did not tell him that I had seen that in
11  other patients.  I just said, as I stated earlier,
12  it was a possibility.
13  Q.    Okay.  So when he asked you the question,
14  you simply said, yes, it's a possibility?
15  A.    Yes.
16  Q.    And the basis for you saying, yes, it's a
17  possibility was the other patients you have -- you
18  had seen?
19  A.    Yes.
20  Q.    Anything else?  Any other further
21  conversation on that day about Neurontin?
22  A.    No.
23  Q.    Do you know what doctor had prescribed
24  Neurontin for him?
25  A.    No, he never told me.