# EXHIBIT 27

| Date | Rx# | Ref | Drug | Form | NDC | Qty | Days | Prescriber | Pharm | Rx# | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/11/03 | 6149169 | 00 | TETRACYCLINE 250MG CAPS | CA | 00172-2416-80 | 60.000 | 30 | Dr.Harwell | SHN | 858839 | 6.40 |
| 09/22/03 | 6136627 | 02 | CEPHALEXIN 500MG CAPS | CA | 00093-3147-01 | 28.000 | 14 | Dr.NESBITT | DT | 787124 | 16.70 |
| 10/23/03 | 6152127 | 00 | CYCLOBENZAPRINE 10MG TAB | TA | 50111-0563-01 | 60.000 | 30 | Dr.McCombs | SHN | 695636 | 22.93 |
| 11/05/03 | 6153003 | 00 | CLINDAMYCIN TOP SOLN | ML | 59762-3728-02 | 60.000 | 30 | Dr.STASKO | DT | 703717 | 18.57 |
| 11/06/03 | 6136627 | 03 | CEPHALEXIN 500MG CAPS | CA | 00093-3147-01 | 28.000 | 14 | Dr.NESBITT | SHN | 245101 | 16.70 |
| 12/04/03 | 6155096 | 00 | VIGAMOX 0.5% EYE DPS | ML | 00065-4013-03 | 3.000 | 15 | Dr.Kaswinkel | WG | 647489 | 45.91 |
| 12/10/03 | 6155569 | 00 | VOLTAREN OPTH SOLN | ML | 58768-0100-05 | 5.000 | 30 | Dr.Kaswinkel | DT | 578200 | 53.06 |
| 12/26/03 | 6156676 | 00 | VIGAMOX 0.5% EYE DPS | ML | 00065-4013-03 | 3.000 | 15 | Dr.Kaswinkel | DT | 752438 | 45.91 |
| 01/22/04 | 6158484 | 00 | CYCLOBENZAPRINE 10MG TAB | TA | 50111-0563-01 | 60.000 | 30 | Dr.McCombs | SHN | 136906 | 21.57 |
| 01/22/04 | 3158485 | 00 | HYDROCODONE/APAP 5/500TA | TA | 00406-0357-05 | 60.000 | 30 | Dr.McCombs | SHN | 137255 | 12.88 |
| 02/09/04 | 3158485 | 01 | HYDROCODONE/APAP 5/500TA | TA | 00406-0357-05 | 60.000 | 30 | Dr.McCombs | DT | 803747 | 12.88 |
| 02/23/04 | 6160745 | 00 | HCTZ 25MG TABS | TA | 00172-2083-80 | 30.000 | 60 | Dr.Cato | DT | 074942 | 5.28 |

```
===============================================
               P A T I E N T   H I S T O R Y
===============================================
```

Page 2

27-Nov-06

Date Range: 01/01/01 TO 08/07/06

Drug Class Range:  TO

| Date | Rx# | Ref | Drug | Form | NDC | Qty | Days | Prescriber | Pharm | Rx# | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/09/04 | 6161772 | 00 | NEURONTIN 300MG | CA | 00071-0805-24 | 60.000 | 30 | Dr.MACKEY | SHN | 651335 | 80.70 |
| 04/09/04 | 3163945 | 00 | HYDROCODONE/APAP 5/500TA | TA | 00406-0357-05 | 45.000 | 15 | Dr.McCombs | SHN | 447793 | 10.53 |

Total Patient Pays: $938.65