EXHIBIT 29



EXHIBIT
Briggs HS
01 00.28-09

Smith Scene
04-1575-014