# EXHIBIT 30

Pg _____ of _____

__Autoimmune Disorders_____
__Blood diseases/disorders including clots_____
__Osteoporosis or other bone disease_____
__Sleep Apnea or other sleep disorders_____
__Other_____

## CURRENT MEDICATIONS

| Name of Drug | Reason Taken |
|---|---|
| Lortab 5 | Pain in Lower Back & Legs to Ankles |
| Neurontin 300 | " " " |
| Advil | " " " |

## PRIOR SURGICAL PROCEDURES

| Name of Procedure | Year |
|---|---|
| Left Knee Replacement | 1994 |
| Right Knee Replacement | 1998 |
| Right Hip " | 1996 |
| Lumber Back Surgery | 2003 |

## OTHER HOSPITALIZATIONS

| For What Reason | Year |
|---|---|
| | |

Additional Comments: _____

Patient Signature: _Richard H. Smith_____ Date: 04/14/04

Therapist Signature: _____ Date: 04/14/04