UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                               :
        SALES PRACTICES AND                                :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                      :
                                                           :   Judge Patti B. Saris
-----------------------------------------------------------x
                                                           :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                  :
                                                           :
Bulger v. Pfizer Inc., et al., 07-CV-11426-PBS             :
                                                           :
-----------------------------------------------------------x
```

## NOTICE OF FILING DOCUMENTS UNDER SEAL

PLEASE TAKE NOTICE that the following documents have been filed under seal:

(1) Plaintiff's Memorandum in Opposition to Defendants' Motion to Exclude Plaintiff's Experts, Dr. Maris and Dr. Kruszewski, ECF Doc. # 1667; and (2) Declaration of Andrew G. Finkelstein, Esq., in Opposition and attached Exhibits 1-19.  ECF Doc. # 1668.

Dated:  February 26, 2009                    Respectfully submitted,

                                             Finkelstein & Partners, LLP
                                             *Attorneys for Plaintiff Ronald J. Bulger, Sr.*


                                        By:     /s/ Andrew G. Finkelstein
                                             Andrew G. Finkelstein, Esquire
                                             Finkelstein & Partners, LLP
                                             1279 Route 300, P.O. Box 1111
                                             Newburgh, NY  12551

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 26, 2009.

                                                /s/ Andrew G. Finkelstein
                                             Andrew G. Finkelstein, Esquire