UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------x
In re:  NEURONTIN MARKETING,              :
        SALES PRACTICES AND               :
        PRODUCTS LIABILITY LITIGATION :
------------------------------------------------------x
                                          :
THIS DOCUMENT RELATES TO:                 :
                                          :
MINERVINO v. Pfizer, Inc., et al.,        :
cv-04-10981                               :
------------------------------------------------------x
```

MDL Docket No. 1629

Master File No.: 04-10981

Judge: Patti B. Saris

Magistrate Judge: Leo T. Sorokin

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.3

I, Christopher P. Keenan, certify that I have read Local Rule 5.3 for the U.S. District Court for the District of Massachusetts and have reviewed all past filings in this case to determine whether they contain any personal data identifiers in violation of Local Rule 5.3.  I have determined that none of my past filings in this case contain personal data identifiers.

Respectfully submitted,

Christopher P. Keenan
WESTERMANN, HAMILTON, SHEEHY,
AYDELOTT & KEENAN, L.L.P.
Attorneys for Plaintiff, Mary Ann Minervino
222 Bloomingdale Road, Suite 305
White Plains, New York 10605
(914) 946-7770 (telephone)
(914) 946-4587 (facsimile)
Email: ckeenan@westerlaw.com

CERTIFICATE OF SERVICE

I, Christopher P. Keenan, hereby certify that on February 27, 2009, I electronically filed a true and accurate copy of the foregoing Attorney Certification with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day upon all attorneys who have completed ECF registration.

_____

Christopher P. Keenan
WESTERMANN, HAMILTON, SHEEHY,
AYDELOTT & KEENAN, L.L.P.
Attorneys for Plaintiff, Mary Ann Minervino
222 Bloomingdale Road, Suite 305
White Plains, New York 10605
(914) 946-7770 (telephone)
(914) 946-4587 (facsimile)
Email: ckeenan@westerlaw.com

Dated: February 27, 2009