UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL CLASS ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUECROSS/BLUESHIELD OF LOUISIANA; UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>PFIZER INC. and WARNER-LAMBERT COMPANY,<br>  Defendants. | |

**CLASS PLAINTIFFS' EMERGENCY MOTION FOR EXTENSION OF TIME TO DESIGNATE DOCUMENTS FOR SUMMARY JUDGMENT AND TRIAL**

Class Plaintiffs hereby respectfully move for an extension of time within which to designate documents for summary judgment and trial, for purposes of identifying disputes over authentication and business record exceptions and narrowing any such disputes. As grounds for this motion, Class Plaintiffs state as follows:

802683.1

The Court's August 9, 2005 Order (Docket No. 209) provides that:

> Not more than thirty (30) days after the close of discovery, Plaintiffs will provide Defendants with a list of documents, by Bates number, that Plaintiffs intend to introduce at trial, or in opposition to summary judgment, and that have not previously been authenticated or qualified as a business record.

*Id*. at 1.

Discovery in this case closed on January 31, 2009. *See* Revised Scheduling Order (Nov. 4, 2008, Docket No. 1488). Accordingly, Plaintiffs' document list is due March 2, 2009.[1] Plaintiffs will provide Defendants with a list of documents by this date, but seek leave to supplement the list at the time they file their opposition to Defendants' motion for summary judgment, on April 1, 2009. *See* Docket No. 1488 (setting briefing schedule).

Plaintiffs have nearly completed the arduous process of winnowing down for trial the massive number of documents produced in discovery, but respectfully request another 30 days to complete this important exercise. Plaintiffs cannot anticipate all of the arguments Defendants may make in their summary judgment motion, or all of the documents that may be relevant to Plaintiffs' response. The "final cut" can be made most efficiently as the facts of the case are poured through the crucible of Plaintiffs' opposition to the summary judgment motion.

The requested extension will not delay the trial of this action, as the Court has yet to rule on Plaintiffs' motion for class certification, which must precede trial by the several months necessary to provide notice to the class and an opportunity for exclusion. Nor will the requested extension prejudice Defendants, as Plaintiffs will stipulate that Defendants' response should be

---

[1] In the parties' exchange of emails regarding this motion, Defendants take the position that the 30 day period runs not from the close of all discovery, including expert discovery, but from the close of fact discovery on October 15, 2007. This is incorrect. The August 9, 2005 Order is expressly "[b]ased upon the similar, but not identical, proposals submitted by the parties." Docket No. 209 at 1. Plaintiffs' proposed order was that the list be provided "[n]ot more than thirty (30) days after the close of discovery" (Docket No. 207 at 1), while Defendants proposed that the list be provided "[n]ot more than thirty (30) days after the close of *fact* discovery" (Docket No. 208 at 1, emphasis added). The Court adopted Plaintiffs' proposed language, not Defendants'.

due not in 30 days, but 45, so that they need not occupy themselves with the task of responding until after their reply brief is filed on April 15, 2009.

WHEREFORE, Class Plaintiffs hereby respectfully move for an extension of time within which to designate documents for summary judgment and trial pursuant to the Court's August 9, 2005 Order (Docket No. 209).

                                          Respectfully submitted,

Dated: February 26, 2009              GREENE & HOFFMAN

By: /s/ Thomas M. Greene
     Thomas M. Greene, Esq.

33 Broad Street, 5th Floor,
Boston, MA  02109

LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP

By: /s/ Barry R. Himmelstein
     Barry R. Himmelstein, Esq.

275 Battery Street, 30th Floor
San Francisco, CA  94111-3339

BARRETT LAW OFFICE

By: /s/ Don Barrett
     Don Barrett, Esq.

404 Court Square North
P.O. Box 987
Lexington, MS  39095

802683.1                                   3

          LAW OFFICES OF DANIEL BECNEL, JR.

          By:  /s/ Daniel E. Becnel, Jr.
                 Daniel E. Becnel, Jr., Esq.

106 W. Seventh Street
P.O. Drawer H
Reserve, LA  70084

DUGAN & BROWNE

          By:  /s/ James R. Dugan
                 James R. Dugan, Esq.

650 Poydras Street, Suite 2150
New Orleans, LA  70130

HAGENS BERMAN SOBOL SHAPIRO LLP

          By:  /s/ Thomas M. Sobol
                 Thomas M. Sobol, Esq.

One Main Street, 4th Floor
Cambridge, MA  02142

*Attorneys for Plaintiffs and the Class*


**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on February 26, 2009.

                                      /s/ Ilyas J. Rona
                                      Ilyas J. Rona

## CERTIFICATION PURSUANT TO L.R. 7.1

      The undersigned, counsel for Class Plaintiffs in the above-reference matter, hereby certifies that on February 20 and 24, 2009 he conferred with Edmund Polubinski III, counsel for Defendants, via email concerning the foregoing motion, and Defendants object to the requested extension.

                                        /s/ Barry Himmelstein
                                        _____
                                        Barry Himmelstein
                                        Lieff Cabraser Heimann & Bernstein
                                        Embarcadero Center West
                                        275 Battery Street, 30th Floor
                                        San Francisco, CA 94111-3339