UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------- x
                                                  :
In re:  NEURONTIN MARKETING, SALES PRACTICES,     :
        AND PRODUCTS LIABILITY LITIGATION         :
                                                  :
                                                  :
------------------------------------------------- x
                                                  :
THIS DOCUMENT RELATES TO:                         :   MDL Docket No. 1629
                                                  :
                                                  :   Master File No. 04-10981
------------------------------------------------- x
                                                  :
HARDEN MANUFACTURING CORPORATION;                 :   Judge Patti B. Saris
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,       :
dba BLUECROSS/BLUESHIELD OF LOUISIANA;            :   Magistrate Judge Leo T.
INTERNATIONAL UNION OF OPERATING ENGINEERS,       :   Sorokin
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL      :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and       :
LORRAINE KOPA, on behalf of themselves and all others :
similarly situated,                               :
                                                  :
v.                                                :
                                                  :
PFIZER INC. and WARNER-LAMBERT COMPANY.           :
                                                  :
                                                  :
------------------------------------------------- x
```

**DECLARATION OF CHRISTOPHER J. ROCHE IN SUPPORT OF
DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS'
EMERGENCY MOTION FOR EXTENSION OF TIME TO DESIGNATE
<u>DOCUMENTS FOR SUMMARY JUDGMENT AND TRIAL</u>**

CHRISTOPHER J. ROCHE declares upon perjury in accordance with 28 U.S.C. § 1746 as follows:

1. I am an attorney associated with the law firm Davis Polk & Wardwell, counsel for Defendants Pfizer Inc. and Warner-Lambert Company in this action.

2. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Emergency Motion for Extension of Time to Designate Documents for Summary Judgment and Trial, filed February 26, 2009.

3. Attached hereto as exhibit A is a true and correct copy of excerpts from a transcript of an August 1, 2005 hearing before the Honorable Leo T. Sorokin, United States Magistrate Judge.

Dated: New York, New York
February 27, 2009

/s/ Christopher J. Roche
Christopher J. Roche

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 27, 2009.

/s/ David B. Chaffin
David B. Chaffin