UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL CLASS ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUECROSS/BLUESHIELD OF LOUISIANA; UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>PFIZER INC. and WARNER-LAMBERT COMPANY,<br>      Defendants. | |

**COORDINATED PLAINTIFFS' MOTION TO JOIN THE CLASS PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF CLASS PLAINTIFFS' EMERGENCY MOTION FOR EXTENSION OF TIME TO DESIGNATE DOCUMENTS FOR SUMMARY JUDGMENT AND TRIAL**

Coordinated Plaintiffs, The Guardian Life Insurance Company of America ("Guardian"), Aetna, Inc. ("Aetna"), Kaiser Foundation Hospitals, and Kaiser Foundation Health Plan, Inc. (collectively, "Kaiser"), by and through undersigned counsel, move to join the Reply

Memorandum in Support of Class Plaintiffs' Emergency Motion for Extension of Time to Designate Documents for Summary Judgment and Trial filed on February 27, 2009 (Docket No. 1686). Coordinated Plaintiffs hereby incorporate the arguments set forth in the Reply Memorandum.

WHEREFORE, Coordinated Plaintiffs move to join the Reply Memorandum in Support of Class Plaintiffs' Emergency Motion for Extension of Time to Designate Documents for Summary Judgment and Trial, along with all other relief appropriate under the circumstances.

Dated:  March 2, 2009                                    Respectfully Submitted,

/s/ Linda P. Nussbaum
Linda P. Nussbaum
Kaplan, Fox & Kilsheimer, LLP
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980
Counsel for Coordinated Plaintiffs
Kaiser Foundation Hospitals and
Kaiser Foundation Health Plan, Inc.

/s/ Mark M. Sandman
Mark M. Sandmann
Rawlings & Associates, PLLC
One Eden Parkway
LaGrange, KY 40031
(502) 814-2157
Counsel for Coordinated Plaintiff The
Guardian Life Insurance Company of
America

/s/ Gerry Lawrence
Gerry Lawrence
Lowey Dannenberg Cohen & Hart
White Plains Plaza
One North Broadway, 5th Floor
White Plains, NY 10601-2310
Counsel for Coordinated Plaintiff
Aetna, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Coordinated Plaintiffs' Motion to Join the Class Plaintiffs' Reply Memorandum in Support of Class Plaintiffs' Emergency Motion for Extension of Time to Designate Documents for Summary Judgment and Trial was filed through the ECF system, and has been served pursuant to Case Management Order No. 3 on March 2, 2009.

/s/ Roseann Kelly