UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL CLASS ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, d/b/a BLUECROSS/BLUESHIELD OF LOUISIANA; UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>PFIZER INC. and WARNER-LAMBERT COMPANY,<br>      Defendants. | |

**ORDER GRANTING COORDINATED PLAINTIFFS' MOTION TO JOIN THE CLASS PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF CLASS PLAINTIFFS' EMERGENCY MOTION FOR EXTENSION OF TIME TO DESIGNATE DOCUMENTS FOR SUMMARY JUDGMENT AND TRIAL**

Coordinated Plaintiffs, having filed a Motion to Join the Class Plaintiffs' Reply Memorandum in

Support of Class Plaintiffs' Emergency Motion for Extension of Time to Designate Documents for

4

Summary Judgment and Trial, and the Court, being duly advised, GRANTS said motion and ORDERS that Coordinated Plaintiffs are joined to the Class Plaintiffs' Reply Memorandum.

Entered this _____ day of _____, 2009.

                                            _____
                                            Honorable Judge Patti B. Saris
                                            United States District Court Judge