UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
In re: NEURONTIN MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1629
---------------------------------------------------------------- x
THIS DOCUMENT RELATES TO:

Master File No. 04-10981

Judge Patti B. Saris
---------------------------------------------------------------- x

HARDEN MANUFACTURING CORPORATION;
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,
dba BLUECROSS/BLUESHIELD OF LOUISIANA;
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL
52 HEALTH BENEFITS TRUST; GERALD SMITH; and
LORRAINE KOPA, on behalf of themselves and all others
similarly situated, v. PFIZER INC. and WARNER-LAMBERT
COMPANY.

Magistrate Judge Leo T. Sorokin

---------------------------------------------------------------- x

THE GUARDIAN LIFE INSURANCE COMPANY OF
AMERICA v. PFIZER INC. and

AETNA, INC. v. PFIZER INC.

---------------------------------------------------------------- x

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Defendants Pfizer Inc. and Warner-Lambert Company ("defendants") respectfully move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment on all of the plaintiffs' pending claims.[1]

---

[1] The plaintiffs are Carolyn Hollaway, Lorraine Kopa, Jeanne Ramsey, Gerald Smith, Gary Varnam, Jan Frank Wityk, Harden Manufacturing Corporation, ASEA/AFSCME Local 52 Health Benefits Trust, Louisiana Health Service Indemnity d/b/a Blue Cross Blue Shield of Louisiana, Kaiser Foundation Health Plan Inc. and Kaiser Foundation Hospitals, Aetna, Inc. and Guardian Life Insurance Company.

The grounds for this motion are set forth in the Memorandum of Law in Support of Defendants' Motion for Summary Judgment (the "Memorandum of Law"), filed as Exhibit A to defendants Assented-to Motion for Leave to File a 37-page Memorandum of Law in Support of Defendants' Motion for Summary Judgment.

In support of this motion, defendants submit the Memorandum of Law, a Statement of Undisputed Facts Pursuant to Local Rule 56.1 and a Declaration of Rajesh S. James.

WHEREFORE, defendants respectfully request that the Court grant defendants' motion for summary judgment.

### REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument may assist the Court and wish to be heard. Therefore, they respectfully request a hearing on this motion.

Dated: March 2, 2009

DAVIS POLK & WARDWELL

By: /s/ James P. Rouhandeh
James P. Rouhandeh
Neal A. Potischman
Edmund Polubinski III
Rajesh S. James
Paul S. Mishkin

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

WHITE & WILLIAMS LLP

By: /s/ David B. Chaffin
David B. Chaffin

100 Summer Street, 27th Floor
Boston, Massachusetts 02110
(617) 748-5200

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 2, 2009.

/s/David B. Chaffin