UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x
:
In re:  NEURONTIN MARKETING, SALES PRACTICES,  :
AND PRODUCTS LIABILITY LITIGATION  :
:
:                    MDL Docket No. 1629
------------------------------------------------ x
:                    Master File No. 04-10981
THIS DOCUMENT RELATES TO:  :
:                    Judge Patti B. Saris
------------------------------------------------ x
:                    Magistrate Judge Leo T.
HARDEN MANUFACTURING CORPORATION;  :   Sorokin
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,  :
dba BLUECROSS/BLUESHIELD OF LOUISIANA;  :
INTERNATIONAL UNION OF OPERATING ENGINEERS,  :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL  :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and  :
LORRAINE KOPA, on behalf of themselves and all others  :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT  :
COMPANY.  :
:
:
------------------------------------------------ x
:
THE GUARDIAN LIFE INSURANCE COMPANY OF  :
AMERICA v. PFIZER INC. and  :
:
AETNA, INC. v. PFIZER INC.  :
:
:
------------------------------------------------ x

**ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL
DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR
SUMMARY JUDGMENT, CERTAIN EXHIBITS ATTACHED TO THE
DECLARATION OF RAJESH S. JAMES, AND STATEMENT OF
<u>UNDISPUTED FACTS PURSUANT TO LOCAL RULE 56.1</u>**

Pursuant to the Stipulated Protective Order entered on January 10, 2005 (Docket No. 27) and the Amended Stipulated Protective Order (Docket No. 744), endorsed by the Court on May 11, 2007 (collectively the "Protective Orders"), Defendants Pfizer Inc. and Warner-Lambert Company ("defendants") hereby respectfully move for leave to file their Memorandum of Law in

Support of Their Motion for Summary Judgment (the "Memorandum of Law"), certain exhibits (the "exhibits") attached to Declaration of Rajesh S. James and Statement of Undisputed Facts Pursuant to Local Rule 56.1 ("56.1 Statement") under seal. As grounds for seeking leave to file under seal, defendants state the following:

1. Pursuant to the Protective Orders, "all documents and materials filed with the Court containing or reflecting the contents of Confidential Information shall be filed in sealed envelopes…"

2. The Memorandum of Law, exhibits and 56.1 Statement make reference to and reflect the contents of the medical records of the individual consumer plaintiffs and documents that have been produced in this litigation that have been designated as "Confidential."

Plaintiffs do not object to this motion.

WHEREFORE, in order to comply with the Protective Orders in this cases, defendants hereby request leave to file the motion for summary judgment and accompanying documents under seal.

Dated: March 2, 2009

DAVIS POLK & WARDWELL

By: /s/ James P. Rouhandeh
James P. Rouhandeh
Neal A. Potischman
Edmund Polubinski III
Rajesh S. James
Paul S. Mishkin

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

WHITE & WILLIAMS LLP

By: /s/ David B. Chaffin
David B. Chaffin

100 Summer Street, 27th Floor
Boston, Massachusetts 02110
(617) 748-5200

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 2, 2009.

/s/David B. Chaffin

3