UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
:
In re: NEURONTIN MARKETING, SALES PRACTICES, :
AND PRODUCTS LIABILITY LITIGATION :
: MDL Docket No. 1629
---------------------------------------------------------------- x
: Master File No. 04-10981
THIS DOCUMENT RELATES TO: :
: Judge Patti B. Saris
---------------------------------------------------------------- x
: Magistrate Judge Leo T.
HARDEN MANUFACTURING CORPORATION; : Sorokin
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, :
dba BLUECROSS/BLUESHIELD OF LOUISIANA; :
INTERNATIONAL UNION OF OPERATING ENGINEERS, :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and :
LORRAINE KOPA, on behalf of themselves and all others :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT :
COMPANY. :
:
:
---------------------------------------------------------------- x
:
THE GUARDIAN LIFE INSURANCE COMPANY OF :
AMERICA v. PFIZER INC. and :
:
AETNA, INC. v. PFIZER INC. :
:
---------------------------------------------------------------- x

**ASSENTED-TO MOTION FOR LEAVE TO FILE A 37-PAGE MEMORANDUM OF
LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1(b)(4), defendants Pfizer Inc. and Warner-Lambert Company ("defendants") respectfully request leave of the Court to file a memorandum of law in support of their motion for summary judgment in excess of the 20-page limit set forth in Rule 7.1(b)(4). The motion for summary judgment involves complex legal and factual issues that cannot be adequately addressed in 20 pages. A copy of defendants' proposed memorandum is attached hereto as Exhibit A.

Defendants cannot adequately address the many important issues raised by the Motion for Certification within the 20 pages permitted under Local Rule 7.1. Plaintiffs have no objection to defendants' filing of a 37-page memorandum.

WHEREFORE, defendants respectfully request that the Court permit them to file a 35-page memorandum in support of their motion for summary judgment.

Dated: March 2, 2009

DAVIS POLK & WARDWELL

By: /s/ James P. Rouhandeh
    James P. Rouhandeh
    Neal A. Potischman
    Edmund Polubinski III
    Rajesh S. James
    Paul S. Mishkin

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

WHITE & WILLIAMS LLP

By: /s/ David B. Chaffin
    David B. Chaffin

100 Summer Street, 27th Floor
Boston, Massachusetts 02110
(617) 748-5200

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 2, 2009.

/s/David B. Chaffin