# Exhibits 1-37, 51 Filed Under Seal