# Exhibit 40

```
1                     UNITED STATES DISTRICT COURT
                        DISTRICT OF MASSACHUSETTS
2                           MDL Docket No. 1629
                           Master File No. 04-10981
3
       * * * * * * * * * * * * * * * * * * * * * * * * * * * *
4      In Re:  NEURONTIN MARKETING, SALES
       PRACTICES, AND PRODUCTS LIABILITY
5      LITIGATION,

6      * * * * * * * * * * * * * * * * * * * * * * * * * * * *

7      THIS DOCUMENT RELATES TO:

8      * * * * * * * * * * * * * * * * * * * * * * * * * * * *
       HARDEN MANUFACTURING CORPORATION;
9      LOUISIANA HEALTH SERVICE INDEMNITY
       COMPANY, dba BLUECROSS/BLUESHIELD OF
10     LOUISIANA; INTERNATIONAL UNION OF
       OPERATING ENGINEERS, LOCAL NO. 68
11     WELFARE FUND; ASEA/AFSCME LOCAL 52
       HEALTH BENEFITS TRUST; GERALD SMITH;
12     and LORRAINE KOPA, on behalf of
       themselves and all others similarly
13     situated, v. PFIZER INC. and
       WARNER-LAMBERT COMPANY.
14
       * * * * * * * * * * * * * * * * * * * * * * * * * * * *
15
       THE GUARDIAN LIFE INSURANCE COMPANY
16     OF AMERICA v. PFIZER INC. and

17     AETNA, INC. v. PFIZER, INC.
       * * * * * * * * * * * * * * * * * * * * * * * * * * * *
18
            SUPREME COURT OF THE STATE OF NEW YORK
19                    COUNTY OF NEW YORK
       * * * * * * * * * * * * * * * * * * * * * * * * * * * *
20
       In Re:  NEURONTIN PRODUCT LIABILITY
21     LITIGATION

22     * * * * * * * * * * * * * * * * * * * * * * * * * Index No.

23     THIS DOCUMENT APPLIES TO:            765000/06
                     ALL CASES
24     * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

110

1    experiences with a given medication, correct?
2         MS. NUSSBAUM:  Objection.
3         A.  I think more relevant factors would
4    include formularies, availabilities and
5    therapies, differences in the patient population
6    in terms of their financial resources, their
7    educational level.  There's a variety of factors
8    that would go into that decision.
9         BY MR. POLUBINSKI:
10        Q.  Okay.  But you would agree that --
11   well, withdrawn.
12            You prescribe medicines, right?
13        A.  Yes.
14        Q.  How often?
15        A.  I mean on a daily basis when I
16   practice medicine.
17        Q.  When treating a new patient, how do
18   you determine what medication will best fit that
19   patient's needs?
20        MS. NUSSBAUM:  Objection.
21        MR. RONA:  Objection.
22        A.  It's the fairly complicated process of
23   looking at the patient's indication, looking at
24   their other comorbid health conditions, looking

111

1    at what other medications they're already on,
2    evaluating the severity of their problem, you
3    know, the anticipated benefit of one versus
4    alternative medical therapies, the patient's
5    preferences for treatment, the cost, a variety
6    of other factors.
7         BY MR. POLUBINSKI:
8         Q.  I assume you'd consider what other
9    treatments have been tried with a particular
10   patient as well?
11        A.  And their other personal history, yes.
12        Q.  When you consider whether or not to
13   prescribe a medicine, do you consider the label
14   or the package insert for that medicine?
15        A.  I do consider, you know, the FDA
16   approval indications.  I rarely rely on package
17   inserts as a source of information.
18        Q.  I take it from -- well, withdrawn.
19            I take it that in writing a
20   prescription you do consider the extent to which
21   that particular medication is covered by a
22   patient's health coverage?
23        A.  Yes, I do.
24        Q.  And do you consider your own

112

experience with a medicine in deciding whether
or not to prescribe it?
     A.  Yes.
         Can I clarify that question?  Sort of
do you mean my own experience, my own
familiarity with a medication and how much I
know about it, or my own past history of
previous response in my other patients?
     Q.  Well, that's a good question, and
maybe we can break it down a little bit.
         So, for example, if in your experience
a particular patient to whom you'd prescribed a
medication experienced an intolerable side
effect, would you continue to prescribe that
medicine to her?
     A.  To that particular patient, no.
     Q.  What about if many patients to whom
you prescribed a medication experienced
intolerable side effects, would that impact your
decision on whether or not to prescribe that
medicine to similar patients in the future?
     MS. NUSSBAUM:  Objection.
     MR. RONA:  Objection.
     A.  If that number of many were a high

113

enough proportion, yes.
     BY MR. POLUBINSKI:
     Q.  Okay.  If a patient to whom you
prescribed a medicine told you that the medicine
did not work, I assume that would impact your
decision on whether or not to continue to
prescribe it for that patient, correct?
     MS. NUSSBAUM:  Objection.
     A.  Yes, it may.
     BY MR. POLUBINSKI:
     Q.  And likewise, I assume if a patient to
whom you prescribed a medicine told you that the
medicine did work, that that would play some
role in your decision on whether or not to
refill that prescription?
     MS. NUSSBAUM:  Objection.
     MR. RONA:  Objection.
     A.  Yes, it may.
     BY MR. POLUBINSKI:
     Q.  And if you prescribed a medicine to
many patients and it did not seem to work for
any of them, would that impact your
decision-making on whether or not to prescribe
that same medicine to similar patients?

122

1      MS. NUSSBAUM:  Objection.
2      A.  No.
3      BY MR. POLUBINSKI:
4      Q.  Have you ever been detailed on
5  Neurontin?
6      MS. NUSSBAUM:  Objection.
7      A.  I don't think so.
8      BY MR. POLUBINSKI:
9      Q.  Have you ever received free samples of
10  Neurontin?
11      A.  No.
12      Q.  You read medical journals, correct?
13      A.  Yes.
14      Q.  Do you look at advertisements in those
15  journals by pharmaceutical companies?
16      A.  Seldom.
17      Q.  Do you consider journal advertising to
18  be an important source of information for you in
19  exercising your medical judgment in making
20  prescribing decisions?
21      MS. NUSSBAUM:  Objection.
22      MR. RONA:  Objection.
23      A.  Well, I read most journal articles
24  on-line now, so I rarely see print journal

123

1  advertisements.
2      BY MR. POLUBINSKI:
3      Q.  When you did see them, did you
4  consider them to be an important source of
5  information for you in making prescribing
6  decisions?
7      MS. NUSSBAUM:  Objection.
8      A.  No.
9      BY MR. POLUBINSKI:
10      Q.  Would you view journal advertisements
11  with any skepticism?
12      MS. NUSSBAUM:  Objection.
13      A.  I guess, yes, I would view them as
14  potentially biased information.
15      BY MR. POLUBINSKI:
16      Q.  Okay.  You testified that you have
17  prescribed gabapentin, correct?
18      A.  Yes.
19      Q.  Do you currently prescribe it?
20      A.  Yes.
21      Q.  For what conditions?
22      A.  I've prescribed it as an
23  anti-convulsant, I've prescribed it for
24  neuropathic pain complaints.  I don't think I

124

have any patients currently on it for migraine
prophylaxis, but I have in the past prescribed
it for migraine prophylaxis.
      Q.  When was the first time you prescribed
gabapentin?
      MS. NUSSBAUM:  Objection.
      A.  At my institution its use was
restricted to neurologists until it became
available generically.  So I can't pinpoint a
date, but it was sometime after it became
generically available that I used it very --
prescribed for it very frequently.
      BY MR. POLUBINSKI:
      Q.  What kind of neuropathic pain do you
prescribe Neurontin for, or gabapentin?
      MS. NUSSBAUM:  Objection.
      A.  I believe I've used it for
hyperalgesic -- I believe I've used it for
hyperalgesic diabetic peripheral neuropathy,
which is probably the most common neuropathic
pain indication that I see.  I don't recall if
I've used it for other neuropathy indications.
      BY MR. POLUBINSKI:
      Q.  How frequently do you prescribe it for

125

painful diabetic neuropathy?
      MS. NUSSBAUM:  Objection.
      MR. RONA:  Objection.
      A.  I couldn't give you a percentage.  I
know it's less frequently than I prescribe other
alternatives.
      BY MR. POLUBINSKI:
      Q.  Do you refill prescriptions of
gabapentin for diabetic peripheral neuropathy?
      A.  Yes.
      Q.  I assume you do that because you
believe it is an effective treatment for the
patients who are taking it?
      MS. NUSSBAUM:  Objection.
      MR. RONA:  Objection.
      A.  I do that if the patients say it's
working for them.
      BY MR. POLUBINSKI:
      Q.  But I guess the question is; do you
believe it's an effective treatment for the
patients who are taking it?
      MR. RONA:  Objection.
      A.  You know, I would have to say that my
review of the evidence on this case has changed

32 (Pages 122 to 125)

126

1   my belief in the efficacy of gabapentin, so
2   currently as I refill a prescription for
3   gabapentin I do so reluctantly with less belief
4   in the efficacy of gabapentin than I used to
5   have. I am more doubtful that it's effective.
6       BY MR. POLUBINSKI:
7       Q. But you still prescribe it, correct?
8       MS. NUSSBAUM: Objection.
9       A. There are some patients I still
10  prescribe for, yes.
11      BY MR. POLUBINSKI:
12      Q. Would you prescribe a patient a
13  medicine if you didn't think the medicine was
14  effectively treating their condition?
15      MS. NUSSBAUM: Objection.
16      MR. RONA: Objection.
17      A. You know, I would say that I at least
18  have some doubt that some patients benefit from
19  it. And if a patient has been on it, had a good
20  response, I'm willing to continue it under the
21  belief that that patient may be getting some
22  benefit from it, yes.
23      BY MR. POLUBINSKI:
24      Q. Do any of the patients to whom you

127

1   prescribe or have prescribed gabapentin
2   experienced side effects of which you're aware
3   that you believe to be associated with their
4   gabapentin use?
5       MS. NUSSBAUM: Objection.
6       A. Yes, quite a few of my patients have
7   reported side effects from gabapentin.
8       BY MR. POLUBINSKI:
9       Q. What side effects?
10      MS. NUSSBAUM: Objection.
11      A. Sometimes drowsiness, sometimes a
12  feeling of sort of, I don't know, spaciness or
13  some sort of cognitive effects, sometimes I
14  think memory impairment, sometimes emotional
15  abilities, sometimes depression. I think that's
16  probably about it.
17      BY MR. POLUBINSKI:
18      Q. How do you know about these side
19  effects?
20      MS. NUSSBAUM: Objection.
21      MR. RONA: Objection.
22      A. From patients reporting or querying
23  them about it.
24      BY MR. POLUBINSKI:

128

1       Q. Some number of the patients who report
2   side effects, I take it, are willing to tolerate
3   those side effects and stay on the medicine?
4       MS. NUSSBAUM: Objection.
5       A. Yes, I've had some patients with the
6   first two of those say that those are tolerable.
7       BY MR. POLUBINSKI:
8       Q. And other patients who take the
9   medicine don't experience any of these side
10  effects, correct?
11      A. Yes.
12      MS. NUSSBAUM: Objection.
13      BY MR. POLUBINSKI:
14      Q. Have you ever taken Neurontin
15  yourself?
16      A. Yes.
17      Q. How recently?
18      A. In November and December of 2008 --
19  no, 2007. I'm sorry.
20      Q. For what condition?
21      MS. NUSSBAUM: Objection.
22      A. Chronic back pain and neuropathy.
23      BY MR. POLUBINSKI:
24      Q. Was that the only time you took it?

129

1       A. Yes.
2       Q. You're aware that Neurontin isn't
3   indicated for the uses for which you took it,
4   correct?
5       MS. NUSSBAUM: Objection.
6       A. Yes.
7       BY MR. POLUBINSKI:
8       Q. How long did you take it?
9       A. Six to eight weeks maybe.
10      Q. Did it relieve your chronic back pain?
11      A. It didn't really have much effect on
12  my pain.
13      Q. Did it have any effect?
14      A. I noticed some side effects, it made
15  be sleep better at night and it made me feel
16  bad. There was some disquieting thing that it
17  gave me, that I decided to stop taking it
18  because of side effects and lack of efficacy.
19      Q. Did it improve your back pain at all?
20      A. No.
21      Q. Why did you decide to prescribe it to
22  yourself?
23      A. I didn't prescribe it to myself.
24      MR. RONA: Objection.

134

1  headache?
2      MR. RONA: Objection.
3      A.  Migraine is one form, one headache
4  disorder among many.  So migraines are
5  characterized by, you know, different features,
6  different duration, different severity from
7  tension-type headaches, which would be the other
8  most common form of headache that one would be
9  trying to differentiate from.
10     BY MR. POLUBINSKI:
11     Q.  Is it correct to describe migraines as
12 a subset of headaches more generally, or are
13 there some categories of migraine that you
14 wouldn't consider to be headaches at all?
15     A.  You asked two questions in one, so let
16 me deal with the first.
17         Actually could you read the question
18 back to me again?
19         (Whereupon, the reporter read back the
20 pending question.)
21     A.  Okay.  I would describe migraines as
22 being a type of headache.  I don't know that I
23 know what headache more generally means.
24         So there are a variety of different

135

1  types of headache, migraine is one type of
2  headache, headache diagnosis.
3          Among migraines, there are certain
4  types of migraines that do not have head pain as
5  well as symptoms like opthalmoplegic migraine
6  where, you know, it would be primarily the
7  visual symptoms that would occur and you
8  wouldn't have head pain.  So just semantically
9  you might not want to really call that a
10 headache.
11         But in general most migraines would --
12 most migraines are associated with head pain,
13 headache.
14     BY MR. POLUBINSKI:
15     Q.  In your executive summary of your
16 report on Page 1, you write in the second
17 paragraph "based on my assessment of the
18 published and unpublished reports from four
19 unique double-blind, placebo-controlled
20 randomized trials of gabapentin for migraine
21 prophylaxis, in my opinion, the total evidence
22 does not meet the generally established criteria
23 for efficacy."
24         Did I read that correctly?

136

1      A.  Yes.
2      Q.  Let me ask you first, what are the
3  generally established criteria for efficacy in
4  your report?
5      A.  Well, the generally established
6  criteria threshold for efficacy would be --
7  would involve a chance of less than one in 20
8  that the results observed in any one trial were
9  due to chance alone, so an alpha value .05.  So
10 it would refer to how certain we are that the
11 observed results are, you know, statistically
12 significant.
13         And that's assuming that the study's
14 been done with an outcome measure that is
15 thought to be clinically relevant, and that the
16 magnitude of an effect is thought to be greater
17 than some minimal clinically significant size of
18 an effect.
19         So the magnitude on effect is large
20 enough to be considered clinically significant,
21 the data would be considered to be statistically
22 significant at the .05 level, and the people use
23 the study design and outcome measures.
24     Q.  Are the criteria that you just

137

1  described established by an independent
2  governing body of some kind?
3      MR. RONA: Objection.
4      A.  I think when I was using the word
5  "generally established," I think I was referring
6  to a broader consensus among, you know,
7  physicians and others.  I mean each specific
8  governing body might have specific criteria.
9  For example, the FDA uses their own set of
10 criteria, and others may use things that are
11 slightly different.
12         I think that what I describe as
13 generally established I think should be the
14 least common denominator among a variety of
15 groups.  I think most people would agree that
16 that's the minimum basis for criteria for
17 efficacy.
18     Q.  The alpha value that you described, is
19 that also sometimes called a P value, or is it
20 different?
21     A.  Yes.  The alpha, the alpha would be
22 the threshold for the P value.  P value would be
23 -- refer to a given set of data, and alpha would
24 be the threshold for decision-making.

35 (Pages 134 to 137)

138

1   Q.  In your experience, is the maximum
2   alpha value associated with generally
3   established criteria for efficacy .05, or is it
4   ever higher than that?
5   A.  It's often -- it's sometimes lower
6   than that in situations where, you know, there's
7   greater risk of treatment or other things.
8   Sometimes people might require more stringent
9   criteria for efficacy.  It's seldom less than
10  that -- I'm sorry.  When I say higher than that,
11  I mean more extreme, down to .01 or so.
12  Q.  Yes.
13  A.  So in that range above, .05 and above
14  like to .1 or so forth, some people refer to
15  that as a trend, and I think it's something
16  people describe as something that might spur
17  future research or might indicate a possible
18  effect, but in general is not regarded as
19  definitive.
20  Q.  Is your application of your generally
21  established criteria for efficacy limited to the
22  results of DBRCTs?
23  A.  I think it could be applied more
24  broadly, but I mean I think that double-blind,

139

1   randomized controlled trials would be the most
2   valid form of evidence, the least subject to
3   bias.  And when you consider the statistical
4   significance of less rigorous study designs, you
5   need to also factor in other reasons for bias or
6   uncertainty in the results beyond, strictly
7   speaking, the P value that you calculate from an
8   analysis.
9   Q.  So in the work that you did, the total
10  evidence that you're talking about here
11  included, I'm assuming, just DBRCTs, is that
12  correct?
13  A.  Yes, I believe that's true.
14  Q.  You didn't consider case reports, I
15  take it, in your conclusion?
16  A.  That's correct.
17  Q.  Or open label studies?
18  A.  I didn't cite the open label study.
19  Q.  And I assume in the conclusion that we
20  just read about your conclusion that the total
21  evidence does not meet generally established
22  criteria for efficacy that you didn't consider
23  anecdotal evidence in reaching that conclusion?
24  A.  That's true.

140

Q.  And this wasn't a conclusion that was
based on your own clinical experience, was it?
A.  No, I would say this is based on the
data I reviewed in the report.
Q.  When you talked about generally
accepted or generally established criteria for
efficacy -- well, withdrawn.
This particular sentence of your
report, the one where you write "the total
evidence does not meet the generally established
criteria for efficacy," is that a conclusion
that is based upon the meta-analysis that you
describe in the next paragraph, or is it somehow
independent of that?
A.  I would think it is based on my
systematic review and reading of the trials even
without, even without the meta-analysis,
although the meta-analysis I think is consistent
with that.  I think I use the meta-analysis as a
tool to augment the systematic review.
Q.  Okay.  With regard to the systematic
review, is there -- well, withdrawn.
In the abstract not necessarily
related to gabapentin, would it ever be enough

141

under your generally established criteria for
efficacy that a single DBRCT might show a
positive result?
A.  Could you repeat the question?
Q.  Let me actually try it again.
A.  Okay.
Q.  Under the generally established
criteria for efficacy that you apply here, would
it ever be possible to establish efficacy
through a single DBRCT?
MR. RONA:  Objection.
A.  I mean a single large, well-designed
representative clinical trial that shows a high
degree of statistical significance and is
without any other flaws would go a long way
toward that.  I think, you know, what we look
for in clinical science is often replication of
results.  So I would say that point is
somewhat -- is slightly controversial.  I would
say that there would still be some people who
would doubt a single trial even if it were
highly statistically significant and
well-designed.
Generally established, I think you

36 (Pages 138 to 141)

142

1  could make a pretty strong argument for. I mean
2  I would say under very select circumstances that
3  I would almost go that far.
4       I find it really hard to answer that
5  question yes or no. I would say that
6  replication is a really important part of our
7  clinical research process, and until a finding
8  had been replicated there would still be some
9  doubt.
10      BY MR. POLUBINSKI:
11      Q.  Do your generally accepted criteria
12  for efficacy consider potential side effects or
13  adverse events associated with a medication?
14      MR. RONA:  Objection.
15      A.  My -- I believe my conclusion here
16  does not consider side effects. I was speaking
17  strictly of the efficacy outcome measures.
18      BY MR. POLUBINSKI:
19      Q.  So the total evidence that you refer
20  to here that does not meet the generally
21  established criteria for efficacy are the four
22  DBRCTs that you included in your meta-analysis,
23  am I right in understanding that?
24      A.  Well, I think that -- no, the total

143

1  evidence -- well, why what did we decide. We
2  decided there were four double-blind, randomized
3  controlled trials that had been performed, and
4  then there was a little bit of question about
5  whether a couple -- actually it was one, two,
6  three, four, five. So including di Trapani,
7  Jimenez-Hernandez, and the three research
8  reports.
9       Q.  So you do include Jimenez-Hernandez?
10      A.  No, I guess I just said that from the
11  four, didn't I?  My sentence would lead me to
12  believe that I just considered the four unique
13  double-blind trials, yes, placebo-controlled
14  trials.
15      Q.  Is there anything other than the
16  sentence that suggests otherwise to you?
17      A.  Well, I did describe the
18  Jimenez-Hernandez in my report, and I think it
19  was partly the basis of my conclusions. Maybe
20  it colored my interpretation of the validity of
21  comparing across dosage strengths in the four
22  randomized double-blind trials.
23      Q.  All of the DBRCTs you reviewed and the
24  Jimenez-Hernandez study all studied migraine

144

prophylaxis, correct?
    A.  Yes.
    Q.  You have not reviewed any studies in
connection with your opinions here that relate
to acute treatment of migraine, is that correct?
    A.  To my knowledge, there don't exist any
studies of Neurontin for acute treatment of
migraine.
    Q.  Okay. I'm assuming that in this
report you're not offering any opinion on
gabapentin's efficacy one way or the other for
acute treatment of migraine?
    A.  I believe, I believe I would -- if I
didn't state it explicitly, I think my search
strategy was comprehensive enough for me to
conclude that there do not exists any published
studies, double-blind, randomized controlled
trials of acute treatment of gaba -- of migraine
treatment with gabapentin.
    I didn't make any constraints. I
think that I was looking, strictly speaking, at
migraine prophylaxis, I was looking at any
treatment of migraine with Neurontin.
    I mean I think had I found such

145

studies of acute treatment, then I would have
probably included them in my report.
    Q.  Okay. But you don't discuss, aside
from differentiating between a migraine
prophylaxis and acute treatment of migraine at
the very beginning of your report, you don't
discuss acute treatment of migraine in your
report at all?
    MR. RONA:  Objection.
    A.  Because there was no evidence.
    Perhaps I should have made a statement
that there was no -- there are no trial -- I
found no trials of acute treatment for migraine.
    Certainly in my clinical experience I
don't know of any, any guidelines or any one, or
any other evidence that suggested using an acute
treatment.
    BY MR. POLUBINSKI:
    Q.  Okay. Your report, I take it, doesn't
address headache other than migraine at all?
    A.  That's right. That was the scope of
the report that I had outlined in the beginning
of the project.
    Q.  So I take it you're not offering an

162

1    MR. RONA:  Objection.
2    A.  Well, Figure 3 represents a
3  meta-analysis of a secondary outcome measure
4  that was most commonly reported.  And I wouldn't
5  characterize it as being the same as the
6  headache frequency, which was the meta-analysis
7  of the primary outcome measure.
8    BY MR. POLUBINSKI:
9    Q.  Okay.  How is it different?
10    A.  As I said, when I'm setting up the
11  plan for what analyses to do, I would base it on
12  the primary outcomes first because that was the
13  one that studies were designed to measure, the
14  ones they put the most care in measuring, the
15  ones they thought was the best reflection of the
16  measure of efficacy within the study.
17    So similarly when I meta-analyzed the
18  outcomes of the study, I would place more
19  importance on the meta-analysis of the primary
20  to measure headache frequency than I would the
21  50 percent reduction in headache frequency.
22  So --
23    Q.  So you'd place more importance on the
24  results of the meta-analysis reflected in Figure

163

1  2 than you would the meta-analysis reflected in
2  Figure 3?
3    A.  Yes.
4    Q.  Okay.  Let's walk through Figure 2,
5  since that's the one on which you place more
6  importance, to make sure that I understand what
7  you're doing in it.
8    Each row in Figure 2 represents a
9  different one of the studies from which you took
10  data for your meta-analysis, correct?
11    A.  Correct.
12    Q.  And recognizing that these numbers are
13  long numbers, I wonder whether one thing we
14  ought to do just to make sure the record is
15  clear on this is that at times you also refer in
16  your report to study numbers that are different
17  from the research report numbers, is that
18  correct?
19    A.  Yes.
20    Q.  Am I correct that the first study in
21  your meta-analysis, RR4301-00066, corresponds to
22  study number 879-200?
23    A.  Yes.
24    Q.  And that one is the study from the

164

1  1980s that was referred to in the Wessely
2  abstract, correct?
3    A.  Yes.
4    Q.  Okay.  The second study, RR995-00085,
5  I believe corresponds to study number 945-217,
6  is that correct?
7    A.  Yes.
8    Q.  And then the next one on your list,
9  RR995-00074, corresponds with study number
10  945-220, correct?
11    A.  Yes.
12    Q.  And then the last one, the di Trapani
13  study, is just the published di Trapani study
14  that you reviewed, correct?
15    A.  To the best of my knowledge, yes.
16    Q.  Good.
17    Okay.  Now, the last row here on
18  Figure 2, the row that doesn't have anything
19  listed for "study name," is the row that reports
20  the results of your meta-analysis, the summary
21  effect size estimate as you called it, is that
22  correct?
23    A.  Yes.
24    Q.  Okay.  Walking through the columns,

165

1  the first column here, study name we went
2  through, correct?
3    A.  Yes.
4    Q.  The subgroup within the study, what
5  this reflects is that you were in each of these
6  studies analyzing the efficacy subgroup, is that
7  correct?
8    A.  Yes.
9    Q.  The next column is "Outcome."  And in
10  each case you're measuring either headache
11  frequency, or in the case of the early study
12  headache frequency reduction, correct?
13    A.  Yes.
14    Q.  The next column is "Time point,"
15  correct?
16    A.  Yes.
17    Q.  And this reflects the time point from
18  which you are deriving your data, the time point
19  during the study from which you're extracting
20  your data, correct?
21    A.  Yes.
22    Q.  Okay.  The next column is "Standard
23  error."  What's that?
24    A.  The standard error is a measure of the

170

1  graph where the heading reads "Standard diff in
2  means and 95 percent CI."
3       Are you with me?
4       A.  Yes.
5       Q.  And let's look at the summary line at
6  the bottom.
7       A.  Okay.
8       Q.  I take it in looking at the summary
9  line on the bottom, we should be looking at the
10 diamond that appears on this graph?
11      A.  Yes.
12      Q.  And the center of the diamond is meant
13 to be, or meant to correspond with the number
14 reflected in the standard difference in means
15 column, is that correct?
16      A.  Yes.
17      Q.  And the right edge of the diamond is
18 meant to correspond with the upper limit?
19      A.  Yes.
20      Q.  And the left edge of the diamond is
21 meant to correspond with the lower limit,
22 correct?
23      A.  Yes.
24      Q.  And am I correct to understand that we

171

1  can be 95 percent confident the true effect of
2  gabapentin lies somewhere within that diamond
3  according to your meta-analysis?
4       A.  According to this analysis, yes, that
5  would be the colloquial interpretation of that,
6  yes.
7       Q.  Apologies for my colloquiality.
8       A.  I don't mean to be insulting.
9       Q.  I'm not a mathematician or
10 statistician.  I'm doing my best.
11      And it's the fact that the left edge
12 of this diamond crosses over the zero line that
13 would show us under your analysis that we can't
14 be sure with 95 percent confidence that
15 gabapentin works better than placebo?
16      A.  That's correct.
17      Q.  Let's look at the P statistic, the P
18 value in your Figure 2.  It's now .077, correct?
19      A.  Yes.
20      Q.  Which is a lower number than it had
21 been in the prior version of your report,
22 correct?
23      A.  That's correct.
24      Q.  In the prior version was .111,

172

correct?
    A.  I believe so.  That sounds familiar.
Yes.
    Q.  Okay.  Would you agree with me that
what the current P statistic means is that we
can be 92.3 percent confident that, in fact,
gabapentin is more efficacious that placebo in
reducing headache frequency under your analysis?
    A.  No, I don't -- I wouldn't go so far as
to say that.  That's -- I might have to think
about it a little more.  That would be an
unusual way of phrasing the meaning of the P
value.
    Q.  Why wouldn't you phrase it that way?
    A.  I guess because I tend to think of the
decisions about efficacy to be an either/or
decision to a certain extent with regard to
interpreting a P value, either it does meet the
threshold that's described by whatever alpha
value you're using, or it does not.  And in this
case it fails to meet the threshold.
    Q.  If the alpha value you were using was
90 percent instead of 95 percent, your
meta-analysis would show that gabapentin meets

173

that threshold, correct?
    A.  Yes, but that would be an unreasonable
alpha value.  Alpha values are usually the -- if
the smaller number of an alpha of .05 is what
we're using here, and I think what you meant to
say was an alpha value of .1, if you made the
criteria more generous, if you will.
    Q.  If I made the criteria more generous
than what?
    A.  Than .05, so you raised it to .1,
we're willing to accept what's kind of referred
to as a statistical trend as being evidence of
efficacy.  In that case, yes, but I think that's
an unreasonable assumption.
    Q.  Okay.  But you would agree that
there's a statistical trend favoring gabapentin
over placebo even under your meta-analysis,
correct?
    A.  Yes.
    Q.  And that's the case in the revised
version of your meta-analysis, although it
wasn't in your original version, correct?
    A.  Yes.
    Q.  You have not set out in your opinion