# Exhibit 43

```
                                                                    1
 1            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
 2                     MDL Docket No. 1629
                       Master File No. 04-10981
 3
     *************************************
 4   In Re:  NEURONTIN MARKETING, SALES
     PRACTICES, AND PRODUCTS LIABILITY
 5   LITIGATION,

 6   *************************************

 7   THIS DOCUMENT RELATES TO:

 8   *************************************
     HARDEN MANUFACTURING CORPORATION;
 9   LOUISIANA HEALTH SERVICE INDEMNITY
     COMPANY, dba BLUECROSS/BLUESHIELD OF
10   LOUISIANA; INTERNATIONAL UNION OF
     OPERATING ENGINEERS, LOCAL NO. 68
11   WELFARE FUND; ASEA/AFSCME LOCAL 52
     HEALTH BENEFITS TRUST; GERALD SMITH;
12   and LORRAINE KOPA, on behalf of
     themselves and all others similarly
13   situated, v. PFIZER INC. and
     WARNER-LAMBERT COMPANY.
14
     *************************************
15
     THE GUARDIAN LIFE INSURANCE COMPANY
16   OF AMERICA v. PFIZER INC. and

17   AETNA, INC. v. PFIZER, INC.
     *************************************
18
         SUPREME COURT OF THE STATE OF NEW YORK
19                COUNTY OF NEW YORK
     *************************************
20
     In Re:  NEURONTIN PRODUCT LIABILITY
21   LITIGATION

22   *************************************  Index No.

23   THIS DOCUMENT APPLIES TO:               765000/06

24            ALL CASES
```

Page 218

1  measure of efficacy?  14:54:41
2  Q. Yes. In other words, the measure of  14:54:42
3  efficacy that we're talking about in  14:54:44
4  paragraph eight here, the second of the measures  14:54:46
5  of efficacy I think of the three that you  14:54:48
6  focused on.  14:54:50
7  A. Well, I looked for a more important  14:54:56
8  one of elevated measure of obvious improvement,  14:54:58
9  and nobody studied that, so this is the second  14:55:02
10 of those on which there was evidence.  14:55:04
11 Q. Sure.  14:55:06
12 A. This is the third of the measures we  14:55:07
13 set out to look for.  14:55:09
14 Q. Fair enough.  14:55:10
15    But I guess the question was that this  14:55:13
16 metric, whatever number it is, was meant to  14:55:16
17 determine the average amount by which patients  14:55:19
18 had said their pain had improved during the  14:55:21
19 course of the trial, is that correct?  14:55:23
20 A. With the use of an eleven point scale,  14:55:25
21 or an equivalent visual analog scale.  14:55:30
22 Q. Okay. Your conclusion here is that in  14:55:34
23 short-term studies again, there is a  14:55:36
24 statistically significant difference between  14:55:39

Page 219

1  gabapentin and placebo favoring gabapentin over  14:55:41
2  placebo, correct?  14:55:44
3  A. Yes. But one needs to read that  14:55:46
4  sentence in conjunction with the following  14:55:49
5  sentence, that "gabapentin was associated with a  14:55:51
6  weighted mean difference by the end of the study  14:55:53
7  (last observation carried forward) of minus  14:55:57
8  0.78, versus placebo, on an eleven point scale."  14:56:00
9     And the last observation carried  14:56:05
10 forward is a statistical technique of -- that's  14:56:07
11 very controversial that attempts to account for  14:56:12
12 patients who were not followed up to the  14:56:15
13 predefined end point which typically will  14:56:17
14 exaggerate the apparent benefit when people drop  14:56:25
15 out early because of an active drug compared  14:56:28
16 with placebo.  14:56:33
17    So this cannot be -- it's very  14:56:35
18 important that the two sentences be construed  14:56:38
19 together, that's why I bolded the second one.  14:56:41
20 Q. Okay. Is it correct, though, that  14:56:45
21 your systematic review tells us that the  14:56:50
22 available RCT evidence shows that gabapentin is  14:56:54
23 more efficacious than placebo in reducing  14:56:56
24 average patients' pain scores?  14:56:59

Page 220

1  MR. RONA: Objection.  14:57:01
2  A. Well, what it tells us is in this  14:57:01
3  experimental model with this metric with these  14:57:05
4  kinds of patients in whom, for example, people  14:57:16
5  who did not like gabapentin before were not  14:57:19
6  allowed into the trial, so there is probably  14:57:21
7  some enrichment by some unknown degree. None of  14:57:27
8  the patients, for example, who I've assessed who  14:57:33
9  did not like gabapentin would have been allowed  14:57:38
10 to enroll in any of these trials in general  14:57:41
11 because they would have been excluded as people  14:57:44
12 who did not tolerate it.  14:57:45
13    So it inherently biases the  14:57:50
14 experiment, I believe, to favor -- or my  14:57:52
15 conclusion is that I think the design of the  14:57:56
16 experiments almost certainly biases the  14:58:00
17 experiments to favor gabapentin and the apparent  14:58:03
18 result.  14:58:08
19    With all those constraints, the  14:58:09
20 average affect on this score is 0.78 on an  14:58:10
21 eleven point scale.  14:58:16
22 BY MR. POLUBINSKI:  14:58:17
23 Q. Which is statistically significant?  14:58:17
24 A. Which is statistically significant,  14:58:19

Page 221

1  yes.  14:58:22
2  Q. Let's look at paragraph nine which  14:58:23
3  reads, "PGIC 'moderately or much improved' as  14:58:57
4  percentage of patients."  14:59:01
5     And what this measure of efficacy  14:59:06
6  seeks to analyze is the percentage of patients  14:59:10
7  who rated themselves moderately improved or much  14:59:14
8  improved on what's called the patient global  14:59:17
9  impression of change score, is that correct?  14:59:20
10 A. Correct.  14:59:22
11 Q. Am I correct that these studies ask  14:59:23
12 patients to use some of these studies, the ones  14:59:27
13 that relate to this section, asked patients to  14:59:30
14 use a seven point patient global impression of  14:59:33
15 change scale?  14:59:37
16 A. Yes.  14:59:39
17 Q. And that one of the values on that  14:59:41
18 seven point scale is much improved?  14:59:42
19 A. That would typically be number one.  14:59:44
20 Q. And that another may be, number two,  14:59:46
21 would be moderately improved?  14:59:50
22 A. Typically. The British use a slightly  14:59:52
23 different analogous scale.  14:59:55
24 Q. So what this metric measures is the  14:59:57

```
                                         226
 1   had found that, for example, everyone in the      15:05:06
 2   study who took gabapentin was able to go back to  15:05:10
 3   work and none in the placebo group, that's what   15:05:14
 4   I would have reported. And it would not be, or    15:05:16
 5   vice-versa, it would not be reasonable to go      15:05:21
 6   back and say "oh, I don't like that result, I'm   15:05:23
 7   going to now re-analyze it."                      15:05:25
 8        It's understandable on human grounds,        15:05:27
 9   but it's not scientific, and it's completely      15:05:30
10   intellectually invalid. That's the purpose as     15:05:33
11   to set out the rules of analysis, just as in an   15:05:35
12   individual randomized controlled trial, one       15:05:40
13   should pre-specify the statistical plan and then  15:05:43
14   follow it, live by the rules that you set,        15:05:45
15   that's called playing by the rules of the game    15:05:49
16   in other fields.                                  15:05:50
17        Q. All I'm saying is that you established    15:05:51
18   the rules of the game here --                     15:05:54
19        A. Yes, and followed them.                   15:05:56
20        Q. -- in terms of the assumptions that       15:05:57
21   you chose without reference to any sort of        15:05:59
22   empirical analysis of these studies, correct?     15:06:01
23        MR. RONA: Objection.                         15:06:05
24        BY MR. POLUBINSKI:                           15:06:10
```

```
                                         227
 1        Q. You established the rules before you      15:06:10
 2   conducted any analysis of the studies?            15:06:11
 3        A. Oh, yes. I'm just -- the only thing       15:06:14
 4   I'm hesitant on is I'm not sure what you mean by  15:06:15
 5   "any sort of empirical analysis." I think we've   15:06:17
 6   dealt with it, but --                             15:06:20
 7        Q. Let me ask you this.                      15:06:20
 8        Can you point to any data or study or        15:06:21
 9   article or textbook that would support this       15:06:26
10   assumption that you made?                         15:06:31
11        A. I think it's a standard. I think          15:06:33
12   probably many. I mean there's debate about --     15:06:38
13   there is a widespread debate about how to handle  15:06:41
14   missing data. You know, it's a huge, raging       15:06:45
15   debate in statistics. But the best experiments    15:06:50
16   don't lose any data.                              15:06:54
17        You know, whether you're dealing with        15:06:59
18   animals, you don't say "well, a few of our        15:07:01
19   experimental rats died so, you know, we didn't    15:07:03
20   do pathology reports on them." That obviously     15:07:06
21   would be extremely dangerous to humans if animal  15:07:09
22   experimenters did that. And in humans you can't   15:07:12
23   say, "well, you know, at Vioxx we were giving it  15:07:15
24   for arthritis, but a few of the patients died so  15:07:19
```

```
                                         228
 1   we kind of lost track of them." That's sort of    15:07:26
 2   actually what happened in the famous Vioxx        15:07:29
 3   publication, they didn't report on the heart      15:07:33
 4   attacks. And at the more mundane level of the     15:07:35
 5   scale, if you don't know what happens to a        15:07:39
 6   person, it's generally considered not kosher to   15:07:40
 7   say "well, I think they may have been fine," you  15:07:44
 8   have to assume there was no effect. It's not      15:07:47
 9   saying they got worse, it's just saying they      15:07:50
10   didn't get better.                                15:07:51
11        Q. Right. But I don't think you answered    15:07:52
12   my question which is; can you point to any study  15:07:55
13   or article or textbook that supports that         15:07:57
14   assumption?                                       15:07:58
15        A. I don't memorize such things, so I        15:08:00
16   can't give them to you verbatim. But it's a       15:08:02
17   widespread practice that that's what intention    15:08:06
18   to treat is all about. You've got to report on    15:08:11
19   all the patients.                                 15:08:13
20        Q. And that you assume that if the          15:08:13
21   patient was not reported on, then the study       15:08:15
22   medication must necessarily have been             15:08:19
23   inefficacious for that patient?                   15:08:23
24        MR. RONA: Objection.                         15:08:24
```

```
                                         229
 1        A. Well, and the placebo, that you assume    15:08:25
 2   that the desired outcome was not obtained.        15:08:27
 3        BY MR. POLUBINSKI:                           15:08:31
 4        Q. Okay. Let's flip back to --               15:08:32
 5        A. Depends. You see, this is a               15:08:34
 6   categorical outcome, they were either in          15:08:35
 7   Category 1 or 2 or not, it's all or nothing for   15:08:38
 8   this particular outcome.                          15:08:40
 9        Q. Okay. Let's flip back to Page 34.         15:08:43
10   The conclusion that you reached here under        15:08:54
11   paragraph nine is that "in short-term studies     15:08:58
12   there is a statistically significant difference   15:09:01
13   between gabapentin and placebo favoring           15:09:04
14   gabapentin over placebo. Significantly, more      15:09:06
15   patients treated with gabapentin than with        15:09:09
16   placebo rated themselves moderately or much       15:09:10
17   improved, with absolute difference equals         15:09:14
18   17.2 percent, number needed to treat equals       15:09:17
19   six."                                             15:09:20
20        Did I read that correctly?                   15:09:20
21        A. Yes, you did.                             15:09:21
22        Q. And so your systematic review tells us    15:09:23
23   here that the data from the trials shows that     15:09:26
24   gabapentin is more efficacious than placebo in    15:09:28
```

230

1  reducing patient's pain to the point where they          15:09:31
2  rate themselves moderately or much improved on           15:09:34
3  this scale, correct?                                     15:09:37
4       MR. RONA: Objection.                                15:09:38
5       A. Well, again with the same caveats that           15:09:39
6  I raised with the other two outcomes we've just          15:09:42
7  discussed. In this model, these patient                  15:09:48
8  populations, people who have not liked                   15:09:51
9  gabapentin generally excluded, people with any           15:09:55
10 degree of -- any significant degree of kidney            15:09:58
11 impairment and various other comorbidities               15:10:01
12 excluded, yes, it speaks for itself.                     15:10:04
13      BY MR. POLUBINSKI:                                  15:10:08
14      Q. So you'd agree with me that for all              15:10:10
15 three of the measures of efficacy you looked at          15:10:13
16 in your systematic review, gabapentin showed             15:10:15
17 greater efficacy than placebo in treating                15:10:18
18 neuropathic pain?                                        15:10:22
19      MR. RONA: Objection.                                15:10:22
20      A. No. Because we looked for four, we               15:10:23
21 ranked in our hierarchy, we looked for four              15:10:28
22 outcomes. We ranked for our hierarchy -- I'm             15:10:31
23 sorry. We ranked in our hierarchy a measure              15:10:36
24 which would be inherently much more clinically           15:10:37

231

1  relevant.                                                15:10:42
2       For example, I am disabled by severe                15:10:42
3  postherpetic neuralgia from shingles, suddenly           15:10:52
4  in early January, and you having gone to great           15:10:57
5  lengths to negotiate with Mr. Rona a suitable            15:11:00
6  time for the deposition are frustrated when he           15:11:03
7  says "Dr. Perry may not be able to come," and            15:11:09
8  Mr. Rona phones me and says, you know, "the              15:11:11
9  natives are restless, you better show up in              15:11:14
10 Boston." "I can't, I'm lying here unable to              15:11:16
11 sleep."                                                  15:11:19
12      If a drug of any kind allowed me to                 15:11:22
13 make the trip to Boston and function adequately          15:11:25
14 so that I can answer your questions                      15:11:27
15 intelligibly, that to most people obviously has          15:11:32
16 a much more apparent clinical significance than          15:11:39
17 numbers on a pain scale or even, yes, I'm                15:11:44
18 moderately improved, it makes a difference               15:11:46
19 between functioning and not functioning.                 15:11:48
20      And there are outcomes like that in                 15:11:49
21 trials, for example severely disabling stroke in         15:11:56
22 stroke trials, or mortality or hospitalization           15:12:00
23 in heart failure trials. And I don't know if             15:12:04
24 there are in other pain trials, they're not very         15:12:11

232

1  good in psychiatry, for example, but we looked           15:12:14
2  for that, and that's the key outcome, and there          15:12:16
3  is no evidence on that.                                  15:12:18
4       BY MR. POLUBINSKI:                                  15:12:19
5       Q. In this case here, though, that's the            15:12:19
6  point, that you didn't measure that outcome here         15:12:21
7  because there's no evidence on it, is that               15:12:23
8  correct?                                                 15:12:25
9       A. We didn't -- we weren't able to                  15:12:25
10 meta-analyze it because we found no evidence of          15:12:29
11 it.                                                      15:12:31
12      Q. Fair enough. So for the three --                 15:12:31
13      A. It's the experimenters who didn't                15:12:31
14 measure it.                                              15:12:35
15      Q. Right.                                           15:12:35
16      So for the three measures for which                 15:12:35
17 you couldn't find data, for all three of those           15:12:37
18 measures of efficacy you looked at in your               15:12:39
19 systematic review, gabapentin showed greater             15:12:42
20 efficacy than placebo in treating neuropathic            15:12:45
21 pain, correct?                                           15:12:46
22      MR. RONA: Objection.                                15:12:47
23      A. In this model, in this population, in            15:12:49
24 these experiments, yes.                                  15:12:52

233

1       BY MR. POLUBINSKI:                                  15:12:53
2       Q. And that the difference was                      15:12:53
3  statistically significant in all three, correct?         15:12:54
4       A. Correct.                                         15:12:56
5       Q. You'd agree with me, therefore, that             15:13:07
6  there are a substantial number of patients in            15:13:11
7  these trials at least, these populations, who            15:13:13
8  had their neuropathic pain symptoms relieved by          15:13:17
9  Neurontin?                                               15:13:21
10      MR. RONA: Objection.                                15:13:21
11      A. Well, that's a somewhat different --             15:13:22
12 that's going beyond what I have said. These              15:13:29
13 conclusions are in the most precise language I           15:13:37
14 know how to use, a lot of thought went into              15:13:44
15 these conclusions. They may seem very simple,            15:13:48
16 but the wording follows the experience we've             15:13:50
17 learned in our group, the Therapeutics                   15:13:56
18 Initiative, over the last thirteen years or so,          15:13:58
19 that we should attempt to avoid editorializing           15:14:00
20 as much as possible and just give the facts. So          15:14:05
21 these give an accurate statement of what the             15:14:07
22 systematic review shows to be evidence from the          15:14:13
23 controlled trials.                                       15:14:17
24      Beyond that is much more a matter of                15:14:18

Page 278

1  is there a small but statistically significant          16:19:30
2  benefit sort of that affects everybody? You             16:19:33
3  take it, you get this bit of help. And I don't          16:19:36
4  know the answer to that because they're not             16:19:41
5  really broken down that way. You can go -- one          16:19:43
6  can go as far as saying this percentage are             16:19:45
7  moderately or more than moderately improved.            16:19:48
8     And I can either refer you in the                    16:19:53
9  interest of time to the Forest plot, or I can           16:19:56
10 look it up if you prefer.                               16:20:01
11    Q. You can refer it to us if you like.               16:20:02
12    A. I don't remember it off the top of my             16:20:04
13 head.                                                   16:20:06
14    But beyond that I don't really know,                 16:20:06
15 because those data would lie in the raw data of         16:20:07
16 looking at supposing there were, what, something        16:20:11
17 like 200 patients in the Rowbotham Trial total,         16:20:14
18 100 in the gabapentin group, how many of them at        16:20:20
19 end point rather than baseline had a really             16:20:24
20 dramatic effect. I don't know the answer to             16:20:27
21 that.                                                   16:20:29
22    Q. So just so that I'm sure I understand,            16:20:30
23 do you not have an opinion one way or the other         16:20:34
24 as to whether gabapentin is efficacious in the          16:20:36

Page 279

1  treatment of PHN?                                       16:20:40
2     A. I'll just rely on my report for the               16:20:40
3  estimate of the mean effect, and the percentage         16:20:47
4  of people who achieved a patient global                 16:20:50
5  impression of change at one or two, and the             16:20:54
6  percent who achieved a 50 percent or greater            16:20:59
7  reduction in pain, and I'm happy to refresh my          16:21:01
8  memory if you want, but it's all there in               16:21:04
9  writing, and I stand by it.                             16:21:06
10    But what that means in the real world                16:21:12
11 I'm less convinced about.                               16:21:13
12    Q. Okay. You're aware that the FDA has               16:21:14
13 concluded that gabapentin is efficacious in the         16:21:17
14 treatment of PHN and has, in fact, approved --          16:21:21
15    A. Yes, I am.                                        16:21:21
16    Q. -- the drug for that use, correct?                16:21:24
17       MR. RONA: Objection.                              16:21:26
18       BY MR. POLUBINSKI:                                16:21:31
19    Q. Do you disagree with the FDA's                    16:21:33
20 conclusion?                                             16:21:35
21       MR. RONA: Objection.                              16:21:36
22    A. Well, I'm not party to how they made              16:21:36
23 the decision. I'm not disputing anything in my          16:21:46
24 own report or the mean effect observed in the           16:21:49

Page 280

1  experiments, I just -- in terms of efficacy I          16:21:52
2  stand by what I've written in the report. In an        16:22:04
3  experimental setting, and in a real world              16:22:07
4  setting I don't really know what percentage of         16:22:09
5  people would get a meaningful response. I think        16:22:13
6  it would be some, but I don't know how many.           16:22:17
7     BY MR. POLUBINSKI:                                  16:22:21
8     Q. And that's true of PHN, or true of               16:22:21
9  neuropathic pain more generally?                       16:22:25
10    A. Both. But let me give you an example,            16:22:27
11 just a very brief one.                                 16:22:30
12    A man with PHN for ten months was                   16:22:31
13 referred to me last September or October of 2008       16:22:33
14 for an opinion, he'd been taking gabapentin for        16:22:40
15 ten months, and he had inadequate relief of            16:22:44
16 pain. I suggested to him -- I asked him                16:22:49
17 carefully "can you tell, discern adverse effects       16:22:52
18 or not?", and he said "not really, nothing             16:22:55
19 that's bothering me." I asked him "well, let's         16:22:58
20 try an experiment."                                    16:23:02
21    And I tried five milligrams of                      16:23:02
22 morphine. "And those tablets can be split in           16:23:04
23 half, if it's too strong take less the next time       16:23:08
24 you take some, if it it's too weak take another        16:23:12

Page 281

1  tablet and come back in two to three weeks and         16:23:14
2  let me know what's happened. I'll give you             16:23:17
3  enough prescription that you can fill part of          16:23:19
4  it, and you can fill the rest if you like and          16:23:21
5  stop the gabapentin."                                  16:23:23
6     When he came back two to three weeks                16:23:25
7  later he said "it's amazing, I'm sleeping very         16:23:27
8  nicely now, I take five milligrams of morphine         16:23:30
9  at night and two and a half in the day, and my         16:23:32
10 balance disturbance is gone." So he could in           16:23:35
11 retrospect identify the neurotoxicity of               16:23:40
12 gabapentin, and he could recognize good pain           16:23:43
13 relief when he got it.                                 16:23:45
14    That's what I'm talking about when I'm              16:23:46
15 referring -- that man was 88, he'd had a               16:23:48
16 melanoma removed, he has a limited life                16:23:51
17 expectancy, and he's looking for something             16:23:53
18 meaningful to him, and there's no question about       16:23:57
19 it. Cut and dried clinically.                          16:23:58
20    There might be other people who would               16:24:04
21 not have that experience, but I can't tell you         16:24:05
22 from either literature review or from personal         16:24:08
23 experience what the precise frequency would be.        16:24:11
24    Q. On Pages 36 and 37 of your report,               16:24:15

Page 282

1  you --  16:24:23
2  A.  Nor can the FDA, by the way.  16:24:24
3  Q.  What's that?  16:24:26
4  A.  Forgive me for interrupting.  16:24:27
5  But nor can the FDA, because there's  16:24:29
6  no comparative experience that I know of.  16:24:31
7  Q.  I was going to say on Pages 36 and 37  16:24:37
8  of your report, it appeared that you did  16:24:39
9  re-analyze your data after removing the PHN  16:24:40
10  trials from the study, is that correct?  16:24:44
11  A.  Yes. Correct.  16:24:45
12  Q.  Did you do this because the medicine  16:24:47
13  has been approved by the FDA for treatment of  16:24:50
14  PHN?  16:24:53
15  A.  Yes.  16:24:54
16  Q.  And even after you removed the PHN  16:24:54
17  trials from your meta-analysis, gabapentin was  16:25:05
18  still shown to be statistically superior to  16:25:08
19  placebo in relieving neuropathic pain, correct?  16:25:11
20  MR. RONA:  Objection.  16:25:14
21  A.  Yes, for the point estimate of the  16:25:15
22  mean difference in pain score, it's so small  16:25:27
23  that it's trivial and clinically obviously  16:25:30
24  meaningless, and it --  16:25:33

Page 283

1  BY MR. POLUBINSKI:  16:25:33
2  Q.  But it's statistically --  16:25:35
3  A.  It narrowly reaches statistical  16:25:36
4  significance. It almost misses.  16:25:38
5  And for the PGIC or the greater than  16:25:42
6  or equal to 50 percent pain score reduction, it  16:25:47
7  doesn't make quite as big of an impact. Well, I  16:25:51
8  guess it depends on how you look at it. It also  16:25:53
9  makes gabapentin look somewhat less favorable,  16:25:56
10  but not dramatically so.  16:25:58
11  Q.  Okay. On Page 48 of your report you  16:25:59
12  describe what you characterize as "a very  16:26:06
13  interesting experiment of Dr. Ian Gilron."  16:26:13
14  Did you attempt to contact Dr. Gilron  16:26:22
15  in connection with your work on this case?  16:26:24
16  A.  I called him once, but I think prior  16:26:26
17  to starting the work, I can't -- it might have  16:26:32
18  been while I was already engaged, I don't  16:26:39
19  recall. Sometime in the first half of 2008.  16:26:42
20  MR. POLUBINSKI:  Okay. Let's mark the  16:26:44
21  next exhibit.  16:26:46
22  (Whereupon, Perry Exhibit Number 4 was  16:26:47
23  marked for identification.)  16:26:58
24  BY MR. POLUBINSKI:  16:26:58

Page 284

1  Q.  Okay. I've handed you a document  16:27:15
2  that's been marked as Exhibit 4 to your  16:27:17
3  deposition. It is an e-mail exchange, if I'm  16:27:19
4  reading it correctly, between you and  16:27:27
5  Dr. Gilron.  16:27:30
6  A.  Correct.  16:27:31
7  Q.  You wrote to him an e-mail at some  16:27:33
8  point prior to March 14th of 2008, is that  16:27:37
9  correct?  16:27:42
10  A.  Yes, looks like his program in  16:27:42
11  responding has deleted the date of my e-mail.  16:27:52
12  Q.  Okay. As of this point at least, you  16:27:56
13  had not met Dr. Gilron before, had you?  16:27:58
14  A.  Correct. I've never met him.  16:28:01
15  Q.  So this e-mail was essentially  16:28:03
16  introducing yourself to him, among other things?  16:28:05
17  A.  Correct.  16:28:06
18  Q.  You'd agree with me, wouldn't you,  16:28:07
19  that Dr. Gilron is a pain specialist?  16:28:16
20  A.  Yes.  16:28:18
21  Q.  How many pain specialists of his  16:28:20
22  caliber do you believe there are in Canada?  16:28:23
23  MR. RONA:  Objection.  16:28:25
24  A.  Well, I don't know. I don't know him.  16:28:27

Page 285

1  He was very courteous in responding and friendly  16:28:33
2  in a telephone call, and he has considerable  16:28:36
3  eminence at his university, but I don't know  16:28:41
4  anything about his clinical practice because  16:28:46
5  we're in totally different communities, so I  16:28:50
6  can't comment on that.  16:28:52
7  I have no reason to think it's  16:28:52
8  anything less than excellent, but I can't  16:28:54
9  comment with any knowledge.  16:28:56
10  BY MR. POLUBINSKI:  16:29:00
11  Q.  Okay. You understand that he's a  16:29:00
12  professor in the Departments of Anesthesiology,  16:29:02
13  Pharmacology and Toxicology, correct?  16:29:10
14  A.  Correct.  16:29:12
15  Q.  And are you aware also he's the  16:29:16
16  director of clinical pain research at Queens  16:29:17
17  University?  16:29:22
18  A.  If you say he's the director, I won't  16:29:22
19  dispute that.  16:29:24
20  Q.  Okay. And he actually conducts  16:29:24
21  clinical research in pain, correct?  16:29:29
22  A.  Yes.  16:29:31
23  Q.  Did you actually speak with Dr. Gilron  16:29:33
24  in connection with your work in this case? It  16:29:42

```
                                                    314
 1   to reference seventeen, an article by Finnerup,        17:03:09
 2   Otto and McQuay, McQuay of the same Cochrane           17:03:14
 3   Group, that's clearly not an accurate number.          17:03:19
 4   That's one of the reasons I would not rely on          17:03:21
 5   this guideline. The number is unfortunately as         17:03:24
 6   inaccurate as was the number I gave in the             17:03:31
 7   Therapeutics Initiative letter which was based         17:03:34
 8   upon published but not unpublished trials and          17:03:37
 9   was therefore wrong and biased in favor of             17:03:39
10   gabapentin.                                            17:03:46
11       Q. Referring to the Cochrane                       17:03:48
12   Collaboration --                                       17:03:48
13       MR. POLUBINSKI: And I'll move to                   17:03:51
14   strike the last answer as nonresponsive.               17:03:53
15       BY MR. POLUBINSKI:                                 17:03:53
16       Q. Referring to the Cochrane                       17:03:55
17   Collaboration, you disagree with the conclusion        17:03:58
18   the Cochrane Collaboration reaches about the           17:04:01
19   efficacy of Neurontin?                                 17:04:05
20       MR. RONA: Objection.                               17:04:05
21       A. Well, if you can show me the report,            17:04:06
22   it will be easier to comment on their                  17:04:10
23   conclusion.                                            17:04:12
24       BY MR. POLUBINSKI:                                 17:04:12
```

```
                                                    315
 1       Q. Sure.                                           17:04:13
 2       (Whereupon, Perry Exhibit Number 7 was             17:04:13
 3       marked for identification.)                        17:04:38
 4       A. May I ask you something about this,             17:04:38
 5   this document?                                         17:04:39
 6       BY MR. POLUBINSKI:                                 17:04:41
 7       Q. Sure.                                           17:04:42
 8       A. This looks pretty clearly like it's             17:04:49
 9   from the Cochrane Library, 2006, Issue 2, so it        17:04:52
10   has -- and it's copyright 2006, so I would             17:04:56
11   assume this is the same version that I looked at       17:05:01
12   this year, or virtually identical to it, and has       17:05:05
13   not been -- the simple mistakes I've pointed out       17:05:16
14   have probably not been corrected in this. Is           17:05:20
15   that a reasonable --                                   17:05:22
16       MR. RONA: Do you need a moment to                  17:05:22
17   look this over?                                        17:05:23
18       THE WITNESS: It wouldn't hurt to                   17:05:24
19   quickly look. Can you give me a minute or two?         17:05:26
20   It's not critical.                                     17:05:31
21       BY MR. POLUBINSKI:                                 17:05:31
22       Q. I think it probably isn't critical to           17:05:32
23   my questions. You're welcome to look at it             17:05:34
24   maybe at the end of the day when we're done, and       17:05:36
```

```
                                                    316
 1   if there's anything we need to go back to we           17:05:38
 2   can.                                                   17:05:41
 3       MR. RONA: Ted, before you continue,                17:05:41
 4   there's a -- appears to be a privileged and            17:05:43
 5   confidential document possibly relating to a           17:05:45
 6   different matter stapled to the back page of           17:05:49
 7   mine, my copy.                                         17:05:50
 8       MR. POLUBINSKI: Thanks for letting me              17:05:52
 9   know.                                                  17:05:53
10       MR. RONA: And possibly the witness.                17:05:53
11       THE WITNESS: It looks like the same                17:05:56
12   thing.                                                 17:05:59
13       MR. POLUBINSKI: I don't know what                  17:05:59
14   this is. But thank you. It's not related to            17:06:00
15   this matter.                                           17:06:06
16       MR. RONA: In light of that, can                    17:06:07
17   Dr. Perry, since it's marked as an exhibit, just       17:06:10
18   thumb through it and make sure it looks like           17:06:12
19   it's complete and there's no other extraneous          17:06:14
20   pages?                                                 17:06:17
21       MR. POLUBINSKI: Sure.                              17:06:17
22       MR. RONA: Can we get our copy back?                17:06:24
23       MR. POLUBINSKI: Of course (handing).               17:06:26
24   Thanks for letting me know.                            17:06:29
```

```
                                                    317
 1       MR. RONA: You're welcome.                          17:06:30
 2       (Witness reviewing document.)                      17:06:31
 3       A. Yes, this looks like the one I'm                17:07:07
 4   familiar with.                                         17:07:08
 5       BY MR. POLUBINSKI:                                 17:07:12
 6       Q. Okay. Let's turn to Page 2 of the               17:07:12
 7   document, Page 2 at the bottom, I think, it says       17:07:18
 8   "Plain Language Summary" at the top?                   17:07:27
 9       MR. RONA: Internal Page Number 2.                  17:07:29
10       BY MR. POLUBINSKI:                                 17:07:32
11       Q. Yes, "Plain Language Summary" at the            17:07:32
12   top.                                                   17:07:33
13       The first sentence reads "gabapentin               17:07:34
14   is effective for relieving pain caused by damage       17:07:35
15   to nerves either from injury or disease."              17:07:38
16       Did I read that correctly?                         17:07:40
17       A. Yes, you did.                                   17:07:42
18       Q. And do you disagree with that                   17:07:42
19   conclusion?                                            17:07:46
20       A. Yes, I think it's too broad and                 17:07:46
21   it's -- it doesn't accurately reflect the              17:07:50
22   evidence. This review is not based on knowledge        17:07:54
23   of the unpublished trials. This is what turns          17:08:01
24   out to be a well-intentioned but inadequate            17:08:06
```

318

1  Cochrane review that's technically sloppy.  17:08:09
2  For example, the Forest plots at the  17:08:12
3  very end are labelled under the outcome, they've  17:08:18
4  put the condition, that's confusing to the  17:08:23
5  reader and gives you some indication that it  17:08:25
6  wasn't done at a standard that the authors would  17:08:28
7  have desired. It's embarrassing.  17:08:32
8  That's a relatively minor, easily  17:08:35
9  correctible point of view, but the outcome  17:08:38
10  should be, for example on Page 18 -- well, you  17:08:41
11  can't tell by looking at it what the outcome  17:08:47
12  was, can you?  17:08:50
13  Q. Let me ask you this.  17:08:50
14  The studies that you're referring to  17:08:51
15  that you believe that the Cochrane Collaboration  17:08:53
16  did not take into consideration you did take  17:08:59
17  into consideration in your meta-analysis,  17:09:03
18  correct?  17:09:05
19  A. I took into consideration all of the  17:09:05
20  studies that I could find.  17:09:08
21  Q. And your meta-analysis still found  17:09:11
22  that gabapentin was statistically significantly  17:09:14
23  superior to placebo in the three efficacy  17:09:16
24  metrics that you were able to measure, correct?  17:09:20

319

1  A. Correct.  17:09:24
2  MR. RONA: Objection.  17:09:24
3  BY MR. POLUBINSKI:  17:09:25
4  Q. And notwithstanding your criticisms of  17:09:31
5  the Cochrane report, you did adopt the same  17:09:33
6  basic methodologies to conduct your own  17:09:36
7  meta-analysis, correct?  17:09:39
8  A. The methodologies are standard, and  17:09:40
9  they're pioneered not by these authors  17:09:41
10  exclusively but by the whole international  17:09:45
11  movement, and the Cochrane Collaboration.  17:09:48
12  Q. Okay.  17:09:51
13  A. And for want of a better approach, I  17:09:56
14  adopted the -- a modified version of their  17:09:59
15  hierarchy.  17:10:04
16  Q. You communicated with Dr. Wiffen who  17:10:05
17  is the lead author of the review, is that  17:10:17
18  correct?  17:10:20
19  A. Yes, I have.  17:10:20
20  Q. Did you communicate to him that you  17:10:20
21  believed that his, I'm reading from Page 24 of  17:10:24
22  your report, that "his 2005 review is generally  17:10:29
23  too sloppy to be considered reliable"?  17:10:32
24  A. I hate to think I put it in exactly  17:10:40

320

1  those terms, but I don't think I would have said  17:10:42
2  it quite in those words to him. I may have put  17:10:44
3  it in the report because I felt that way, but I  17:10:47
4  hope when I communicated to him I was a little  17:10:49
5  bit more diplomatic.  17:10:51
6  What page is it, 24?  17:10:56
7  Q. 24, yes.  17:10:58
8  (Whereupon, Perry Exhibit Number 8 was  17:11:13
9  marked for identification.)  17:11:20
10  A. I'm sorry, which line or paragraph on  17:11:20
11  Page 24?  17:11:23
12  BY MR. POLUBINSKI:  17:11:24
13  Q. The one I was reading from was about  17:11:28
14  midway through the page, although -- it begins  17:11:29
15  "unfortunately."  17:11:34
16  A. I'm sorry, I couldn't hear you. I  17:11:39
17  heard you, but I couldn't resolve the word you  17:11:41
18  used. You were referring to my saying it was  17:11:44
19  too sloppy, and I'm not sure --  17:11:47
20  Q. My question really has less to do with  17:11:49
21  what's here than it does with what you  17:11:51
22  communicated to Dr. Wiffen. And the question  17:11:53
23  really is whether you communicated to him that  17:11:56
24  his report is generally too sloppy to be  17:11:58

321

1  considered reliable.  17:12:01
2  A. No, that's not how I would approach  17:12:07
3  somebody of his eminence. I communicated to him  17:12:09
4  that the review was difficult to understand  17:12:14
5  because the Forest plots are mislabeled, the  17:12:17
6  outcomes are all indicia, somebody just mistyped  17:12:25
7  the wrong words into the outcome in the  17:12:30
8  software, and that's sloppy by anybody's  17:12:33
9  standard. But I'm not sure I would have said  17:12:35
10  sloppy to the author, I just try to be more  17:12:39
11  polite than that.  17:12:42
12  Q. Let's show you the next document that  17:12:43
13  we've marked which is Exhibit 8.  17:12:44
14  This document contains e-mail  17:12:59
15  correspondence between yourself and Dr. Wiffen,  17:13:03
16  is that correct?  17:13:08
17  A. Yes. I guess the string starts at  17:13:09
18  the --  17:13:11
19  Q. Right. My question --  17:13:12
20  A. -- the last page.  17:13:14
21  Q. Sure.  17:13:15
22  My question is sort of a simple one  17:13:15
23  that relates to the last e-mail in the chain,  17:13:18
24  which is dated June 9th from you to Dr. Wiffen.  17:13:20