# Exhibit 45

1                UNITED STATES DISTRICT COURT

2                DISTRICT OF MASSACHUSETTS

3                    ---oOo---

4

5    In re:  NEURONTIN MARKETING, SALES
        PRACTICES AND PRODUCTS LIABILITY
6    LITIGATION
        _____/
7
        THIS DOCUMENT RELATES TO:      MDL Docket
8    HARDEN MANUFACTURING CORPORATION;  No. 1629
        LOUISIANA HEALTH SERVICE INDEMNITY
9    COMPANY, dba BLUECROSS/BLUESHIELD OF  Master File
        LOUISIANA; INTERNATIONAL UNION OF   No.  04-10981
10   OPERATING ENGINEERS, LOCAL NO. 68
       WELFARE FUND; ASEA/AFSCME LOCAL 52
11   HEALTH BENEFITS TRUST; GERALD SMITH;
       and LORRAINE KOPA, on behalf of
12   themselves and all others similarly
       situated, v. PFIZER INC. and
13   WARNER-LAMBERT COMPANY.
       _____/
14
       THE GUARDIAN LIFE INSURANCE COMPANY OF
15   AMERICA v. PFIZER INC. and

16   AETNA, INC. v. PFIZER INC.
       _____/
17

18

19      VIDEOTAPED DEPOSITION OF BRIAN K. ALLDREDGE

20         SATURDAY, JANUARY 31, 2009

21

22

23

24   Job No.: 187702

25   Pages 1 - 215

130

1   Q.  Do you also understand that physicians can
2   prescribe medicines for indications and -- and at
3   doses that are not FDA approved; correct?
4   A.  It -- yes, I do.
5   Q.  And that's typically called off label
6   prescribing; correct?
7   A.  Correct.
8   Q.  Do you have a sense of how frequently off
9   label prescribing is among physicians?
10  A.  I believe it's pretty common.
11  Q.  What about in the context of epilepsy, is
12  it common in treating epilepsy?
13  A.  Yes.
14  Q.  How about neuropathic pain, do you know
15  how common it is in neuropathic pain for physicians
16  to prescribe off label?
17  A.  No, I don't.
18  Q.  And I assume you would generally agree
19  that the fact that the FDA has not approved a
20  medicine for a particular indication or at a
21  particular dose does not mean that that medication
22  may not be effective at that indication or dose?
23  A.  Correct.
24  Q.  Have you ever prescribed Gabapentin?
25  A.  Yes.

131

1   Q.  At what doses do you prescribe Gabapentin?
2   A.  A broad range of doses, probably from 900
3   to 3600 milligrams.
4   Q.  And for what indications do you prescribe
5   Gabapentin?
6   A.  For epilepsy.
7   Q.  Are there particular, specific indications
8   for epilepsy that you would use it for?
9   A.  Yes.
10  Q.  What would those be?
11  A.  They would be patients with partial and
12  secondarily generalized tonoclonic seizures.
13  Q.  Would you use Gabapentin as a mono therapy
14  or only as an adjunctive therapy?
15  A.  Personally, I only use it as adjunctive
16  therapy.
17  Q.  How frequently do you prescribe
18  Gabapentin?
19  A.  Currently?  Not frequently, maybe several
20  times per month.
21  Q.  Of the hundred or so patients that you're
22  seeing now, do you have a sense of what percentage
23  are taking Gabapentin?
24  A.  It's likely to be under 20 percent.
25  Q.  Do you recall the last time you wrote a

132

prescription for Gabapentin?
A.  No.
Q.  I assume that you don't think your
prescriptions for Gabapentin at dosage above
1800 milligrams per day are inappropriate?
MR. HIMMELSTEIN:  Objection, vague and
ambiguous.
THE WITNESS:  Actually, now I do think
they're inappropriate.
BY MS. HARRIS:
Q.  So you believe that prescriptions you have
provided in the past for Neurontin at 1800
milligrams -- above 1800 milligram were
inappropriate prescriptions to be written?
A.  Yes.
Q.  Do you have any patients currently taking
Gabapentin at those levels?
A.  Not -- I don't believe so.
Q.  Have you written any prescriptions since
June of '08?
A.  Yes.
Q.  At doses above 1800 milligrams per day?
A.  I don't believe so.
Q.  Can you describe epilepsy for me
generally?

133

A.  It's a disorder characterized by abnormal
electrical activity in the brain that causes changes
in behavior or in movement or sensation.
Q.  Are there different types of epilepsy?
A.  Yes.
Q.  Can you describe the different types for
me?
A.  Yeah, the -- in general, we categorize
seizures as either those events that start in a
localized area of the brain, or those that start
kind of broadly or globally in both hemispheres of
the brain.
        The former are called partial seizures or
partial epilepsy; the latter are called generalized
seizures or generalized epilepsy.
Q.  What are the causes of epilepsy?
A.  There are many -- many causes.  It can be
genetic, an inherited condition, it can be perinatal
trauma, perinatal infection of the brain or central
nervous system, stroke, tumor; many causes.
Q.  Is it a difficult condition to treat?
A.  It can be, yes.
Q.  In what circumstances is it a difficult
condition to treat?
A.  When patients are given either a first or

34 (Pages 130 to 133)

162

1    A.  No, I didn't.

2    Q.  So you're not offering an expert opinion

3 on whether there is any enhanced efficacy at 1800

4 milligrams or above for conditions other than

5 epilepsy or neuropathic pain?

6    A.  That's correct.

7    Q.  You mentioned previously that in order for

8 you to be able to prescribe medicine in California,

9 at one point there was a list of specific

10 medications you could prescribe.

11    A.  Mm-hmm.

12    Q.  Did that list have dosages attached to the

13 specific drugs listed?

14    A.  No, it didn't.

15    Q.  Do you know why there wasn't any

16 restriction as to dosages?

17    A.  Yeah, I -- I suspect that it's because

18 there is a range of doses that are effective for any

19 individual patient.

20    Q.  And there's a belief that you have the

21 judgment to dose appropriately based on your

22 clinical experience; correct?

23    A.  Yes.

24    Q.  Would you agree that it may also be

25 because a clinician requires flexibility in

163

1 determining the appropriate dose for an individual

2 patient?

3    A.  I think a clinician does deserve some

4 flexibility, yes.

5    Q.  You agree, don't you, that physicians and

6 clinicians like yourself should titrate

7 antiepileptic drugs to individual patients based on

8 their individual response?

9    A.  Yes.

10    - - -

11    (Whereupon the document was marked,

12    for identification purposes, as

13    Alldredge Exhibit Number 8.)

14    - - -

15 BY MS. HARRIS:

16    Q.  Dr. Alldredge, I'm handing you a document

17 we marked as Alldredge Exhibit number 8.

18    A.  Okay.

19    Q.  Do you recognize this document?

20    A.  Yes.

21    Q.  Can you identify it for the record?

22    A.  It's a commentary that I wrote for the

23 AHRQ Web M -- Web M&M site that we were talking

24 about earlier today.

25    Q.  Can you please turn to Page 2 of the

164

document, and by page numbers, I mean the pages in

the upper right-hand corner.

    MR. HIMMELSTEIN:  You mean lower left?

    THE WITNESS:  Lower left-hand corner?

BY MS. HARRIS:

    Q.  Oh, okay, do you know what, I'm looking at

a different printed version than you are.  I'll look

at the one that you're looking at.

    So just so we're all on the same page for

the record, it's Page 2 in the lower left-hand

corner of the document.

    A.  Oh, okay, mm-hmm.

    Q.  There's some bold text on that page that

says Case and Commentary, Part II?

    A.  Mm-hmm.

    Q.  And the two sentences above that read:

Examples of some of the more common dosing errors

made with antiseizure medications are given in Table

1.

    And it continues to say:  Additional

information on appropriate dosing of antiseizure

drugs in adults is given in Table 2..

    Did I read that correctly?

    A.  Yes.

    Q.  Let's turn to Table 1, which is, I

165

believe, on Page 5 -- 6 --

    A.  Yes.

    Q.  -- of the document.  And, again, that

Table 1 is titled How to Avoid Common Errors in

Monitoring and Dosing of Antiseizure Drugs; correct?

    A.  Correct.

    Q.  And you drafted this chart?

    A.  Yes.

    Q.  Okay.  If you turn to Page 7, one of the

common errors you cite is, quote, withholding

further -- dose escalations in patients with a

partial response and good medication tolerability

due to fear of exceeding the usual or maximal dose.

    A.  Correct.

    Q.  Did I read that correctly?

    A.  Yes.

    Q.  Could you please read the comment that you

wrote next to that?

    A.  Yes.  It says, in adults, maintenance

doses of antiseizure medications can vary fivefold

or more, and doses need to be individualized based

on clinical response.  There are no a priori dosing

restrictions for any of the commonly used

antiseizure drugs.  Drug doses can continue to be

increased as long as the patient derives incremental

170

1  and 300 milligrams three times on the third day.
2  Thereafter, therapy should be titrated according to
3  patient response. Daily doses up to 3600
4  milligrams, divided three times a day, have been
5  well tolerated and are sometimes required.
6      Did I read that correctly?
7      A. Yes.
8      Q. You don't say that the therapy should be
9  titrated according to the package insert; correct?
10     A. Correct.
11     Q. Because it's important to look at actual
12 clinical response when titrating appropriately;
13 correct?
14     A. Yes, that's part of the decision, yes.
15     Q. And in some patients, as we've discussed,
16 that means titrating Gabapentin to 3600 milligrams
17 per day; correct?
18     A. I think that some patients do derive
19 incremental benefit up to 3600 milligrams per day,
20 yes.
21     Q. Okay. You can put that aside.
22     A. Okay.
23     Q. How many years have you participated in
24 drafting that particular chapter of this textbook?
25     A. How many editions of it?

171

1      Q. Yes.
2      A. I'm not sure, maybe -- I'm actually not
3  sure. I could look on my C.V.
4      Q. Do you recall drafting that chapter in the
5  19 -- looking for a date. Let me put it this way,
6  in the seventh and eighth editions of that textbook?
7      A. No, I don't recall.
8      Q. Why don't I show them to you quickly, just
9  so we can confirm that.
10               - - -
11            (Whereupon the documents were
12         marked, for identification purposes, as
13         Alldredge Exhibit Numbers 10 and 11.)
14               - - -
15 BY MS. HARRIS:
16     Q. Dr. Alldredge, I'm going to hand you two
17 exhibits we've marked as Alldredge number 10 and
18 Alldredge number 11 respectively.
19     A. Okay.
20     Q. Do you recognize these documents? And
21 please take your time to review them.
22     A. Yes, I do.
23     Q. Am I correct that Alldredge Exhibit number
24 10 is the seventh edition of the textbook we were
25 just reviewing?

172

1      A. Yes.
2      Q. And in the seventh edition you again
3  authored the chapter on seizure disorders; is that
4  correct?
5      A. Yes.
6      Q. And if you turn to Page 1116, the chart we
7  previously discussed appears on Page 1116 of the
8  seventh edition; correct?
9      A. Yes.
10     Q. And under Gabapentin, the adult daily dose
11 is again described as 900 to 3600 milligrams;
12 correct?
13     A. Yes.
14     Q. If you turn to Page 1123 of that chapter
15 in the bottom right corner, you again note, quote,
16 Thereafter, therapy should be titrated according to
17 patient response. Daily doses of 3600 milligrams
18 and above have been well tolerated, and are
19 sometimes required, end quote; is that correct?
20     A. Correct.
21     Q. You also note right at the bottom of that
22 paragraph that daily doses above 3600 milligrams
23 should be divided into four doses to improve
24 absorption; is that correct?
25     A. Yes.

173

1      Q. Why is that?
2      A. Gabapentin absorption -- the fraction of a
3  dose taken orally; that is, absorbed in the body,
4  declines as the size of the individual dose gets
5  larger.
6      Q. Is that's what's called nonlinear
7  absorption?
8      A. Yes.
9      Q. Which means that even though you're taking
10 twice as much drug, you may not be getting twice as
11 much effect; is that correct?
12     A. Yes.
13     Q. If I could turn your attention to
14 Alldredge Exhibit number 11, am I correct that that
15 is the eighth edition of this same textbook?
16     A. Yes.
17     Q. Please turn to Page 1632. You again
18 authored this chapter on -- hold on one second -- on
19 seizure disorders; correct?
20     A. Yes, I was a coauthor, yes.
21     Q.. And if you turn to Page 1632?
22     A. Mm-hmm.
23     Q. The table on that page which is titled
24 dosage forms, normal maintenance dose and
25 interver -- interval for the newer anticonvulsants

174

1 includes Gabapentin; correct?
2    A.  Correct.
3    Q.  And again lists the maintenance dose as
4 900 to 3600 milligrams a day; correct?
5    A.  Correct.
6    Q.  And in the text above that table, you
7 again write that therapy should be titrated
8 according to patient response when referring to
9 Gabapentin; correct?
10    A.  Correct.
11    Q.  You also note that daily doses of
12 3600 milligrams and above have been well-tolerated
13 and are sometimes required; correct?
14    A.  Correct.
15    Q.  And again you note that doses above
16 3600 milligrams should be divided into four doses;
17 correct?
18    A.  Correct.
19    Q.  Do you recall being involved in any other
20 editions of this textbook?
21    A.  No.
22    Q.  The eighth edition is copyrighted in 2006;
23 correct?
24    A.  Yes.
25    Q.  Do you believe that that's the most recent

175

1 version of this textbook?
2    A.  I don't know.
3    Q.  Okay. I believe you've testified that
4 you're on the professional advisory board for the
5 Epilepsy Foundation; correct?
6    A.  Yes.
7    Q.  And you're also a member of the executive
8 committee?
9    A.  Yes.
10    Q.  I'm going to hand you a document we've
11 marked as Alldredge Exhibit number 12.
12          - - -
13      (Whereupon the document was marked,
14      for identification purposes, as
15      Alldredge Exhibit Number 12.)
16          - - -
17 BY MS. HARRIS:
18    Q.  Do you recognize this document?
19    A.  No, I don't.
20    Q.  I'll represent to you that it's a
21 print-out from the Epilepsy Foundation website.
22 This particular page lists medicine information for
23 Neurontin; correct?
24    A.  Yes.
25    Q.  If you look in the middle of the text it

176

1 notes, quote, people with hard to control seizures
2 may need doses of up to 4800 milligrams daily to
3 achieve control, end quote.
4      Did you know that the Epilepsy Foundation
5 includes this kind of information on its website?
6    A.  In general, this kind of information,
7 yeah. But I didn't know about that specific
8 sentence.
9    Q.  Before starting your expert work in this
10 matter, did you look at the materials that the
11 Epilepsy Foundation publishes about Gabapentin?
12    A.  No.
13    Q.  Do you disagree with that statement?
14    A.  I believe that there may be individuals
15 who do need doses up to 4800 milligrams per day.
16      MS. HARRIS: I believe we have to change
17 the tape. So why don't we take a short break.
18      THE WITNESS: Okay.
19      THE VIDEOGRAPHER: This is the end of disk
20 number two, Volume I, we're off the record at
21 1:30 p.m.
22      (Recess taken.)
23      THE VIDEOGRAPHER: This is the beginning
24 of disk number three, Volume I, we are back on the
25 record at 1:49 p.m.

177

1      You may proceed.
2 BY MS. HARRIS:
3    Q.  Dr.. Alldredge, you previously testified
4 that you have no expertise in marketing; correct?
5    A.  Correct.
6    Q.  And you don't consider yourself an expert
7 in marketing?
8    A.  Correct.
9    Q.  And that you also have no expertise in
10 economics?
11    A.  Correct.
12    Q.  Okay. If I could ask you to turn to your
13 report again on Page 2. The last sentence on Page 2
14 states, quote: The effect was to increase Neurontin
15 sales, to increase Parke-Davis/Pfizer profits and to
16 increase the expenditures of payers, including
17 patients..
18      Did I read that correctly?
19    A.  Yes.
20    Q.  And then if you turn to Page 55, you
21 repeat a version of that sentence at the bottom of
22 Page 55 as follows, quote: The likely effect of the
23 marketing practices/materials cited above was to
24 increase Neurontin sales, increase
25 Parke-Davis/Pfizer profits, and to increase the