# Exhibit 49

*REPORT OF ALAN M. RAPOPORT, M.D.*

**Background**

I am a neurologist, board certified in both Neurology (by the American Academy of Neurology) and Headache Medicine (by the United Council for Neurological Subspecialties), who has recently transitioned from running a major headache center in Stamford, Connecticut, which I co-founded 29 years ago, to working in a headache center in Santa Monica, California and teaching at UCLA in Los Angeles.

I was born in Brooklyn, New York and attended public schools until I went to Dartmouth College where I majored in Zoology and graduated with a BA in 1962. After working at The New York Times for 6 months, I attended the State University of New York's Downstate Medical Center where I received my MD degree in 1966. I did my medical internship at Maimonides Medical Center in Brooklyn from 1966 to 1967 and my Neurology Residency and Chief Residency at The Mount Sinai Medical Center in New York from 1967-1970.

I then served two years on active duty in the armed services with the rank of Surgeon in the Public Health Service, stationed at The National Institutes of Health in Bethesda, Maryland. While there I did clinical work and ultrastructural research in neuromuscular disease in the Medical Neurology Branch from 1970-1972.

In 1972 I went into private practice in neurology in Stamford and Greenwich, Connecticut. which I did for 35 years. I spent 10 years as Director of Neurology at the Greenwich Hospital in Greenwich, Connecticut. In 1979 I started The New England Center for Headache in Greenwich, Connecticut along with Dr. Fred Sheftell, which remains a major headache center in the United States, now located in Stamford, Connecticut.

For 27 years I concentrated on diagnosing and treating headache patients of all types. I taught physicians from all over the world how to treat headache patients and conducted over 150 clinical trials. I set up an inpatient headache unit at Greenwich Hospital, which was in operation for 12 years. It was 1 of only 3 dedicated headache units in the country.

I have co-authored and co-edited 9 books for doctors and patients on headache and been involved in writing over 200 articles and posters on headache, most of them for publication in peer-reviewed journals and presentation at national and international meetings.

I am an editor of several peer-reviewed journals, such as *Headache* and *CNS Drugs*, and I review for several other peer reviewed journals such as *The New England Journal of Medicine*, *Neurology* and *Cephalalgia*. I have presented at scientific meetings around the world and the United States on several hundred occasions. I have been a director of The American Headache Society. I am the Chairman of the Sub-Committee on Education and

Membership and Director of Development of the International Headache Society, the past President of the Fairfield County Neurology Society in Connecticut and the Founding President of the Headache Cooperative of New England, which is in its 18th year as the major headache teaching organization for physicians and the public in the Northeast United States. Last year I helped to start a similar teaching organization on the West coast called the Headache Cooperative of the Pacific, and I am its Founding Chairman.

I was an Assistant Professor of Neurology at Yale University School of Medicine in New Haven, Connecticut for 25 years and then a Clinical Professor of Neurology at Columbia University College of Physicians and Surgeons in New York for 6 years, where I taught medical students and residents about headache. I left my position at Columbia in November, 2006 to become a Clinical Professor of Neurology at the David Geffen School of Medicine of UCLA, where I teach medical students, interns, residents and fellows about headache, as I did at Columbia. I continue to see patients at The California Medical Clinic for Headache in Santa Monica, California. My education and professional experience is further detailed in my attached CV.

## Use of Gabapentin for Treatment of Migraine

I have been asked to review the literature and employ my own experience and knowledge to evaluate whether gabapentin is effective, tolerable and safe for migraine treatment and whether or not it is appropriate for physicians to prescribe it for migraine prevention. I have reviewed Dr. McCrory's report and am responding to it. The McCrory report focuses on data, unpublished reports, research reports and the intricacies of various papers. The opinions I offer in this report are based on my extensive clinical experience of 36 years in private practice and teaching at major medical institutions, my knowledge of the literature relating to the treatment of headache, my review of literature relating to the use of gabapentin in treating headache, and my review of Dr. McCrory's report. The literature clearly shows the value of gabapentin as a daily preventive medication for migraine. Patients on this medication have fewer migraine attacks, fewer days of severe headache, more pain free days, less use of rescue medication and better quality of life than patients on placebo. It is my opinion as a headache expert that the effective dose of gabapentin for the majority of patients who respond to it is 2400 mg or higher. This is born out by the published literature.

One of the articles I reviewed to prepare this report is one on which I am the second author and reports on a study that I helped to design (The Mathew Paper). It is my recollection that we wanted to study the 2400 mg dose versus placebo, to see whether patients on verum had fewer migraine attacks than placebo-treated patients at 3 months. Although we were only interested in the 2400 mg dose of gabapentin based on our collective clinical experience, the authors predicted that a small percentage of patients would want to decrease the dose due to mild adverse events. Therefore we built in an automatic decrease to 1800 mg for those patients. The primary dose studied was the 2400 mg dose. I have not previously seen the research report or unpublished studies mentioned by Dr. McCrory in his report.

According to the published Mathew paper, gabapentin at 2400 mg per day is an effective and well tolerated migraine preventive medication.  In spite of Dr. McCrory's criticisms, these results are consistent with what I have observed in my clinical practice and the literature.  The literature includes an article about a randomized, placebo-controlled study on the treatment of Chronic Daily Headache (a major component of which is migraine) with gabapentin, that Dr. McCrory has not even mentioned in his report.

In this article by Spira, the selected patients had a very severe and relentless type of headache, with more than 15 days of migraine and other headaches each month, and responded well to gabapentin 2400 mg.  The International Headache Society (IHS) has not included the term CDH amongst its diagnostic categories.  In the past, headache specialists, mostly in the US, termed these frequent headaches either CDH or transformed migraine.  The IHS has now termed these headaches chronic migraine and has twice updated their diagnostic criteria.  Importantly, the great majority of these CDH patients with long duration headache lasting more than 4 hours per day and occurring more than 15 days per month, have migraine.  A much smaller percentage have chronic tension-type headache.

In the Spira paper, 133 patients with CDH from 12 centers in Australia were enrolled in a randomized, double-blind, placebo-controlled, crossover study.  Patients were randomized to a single fixed dose of 2400 mg/day of gabapentin or placebo.  The great majority (74% of the patients) had either migraine or migraine plus tension-type headache.  Prior to the study, thought leaders were canvassed and determined that anything less than an overall mean response of 7.5 % difference in headache frequency between the active and placebo arms of the study would have no clinical relevance.  The primary efficacy variable was the difference in the percentage of days during which headaches occurred while on gabapentin compared with placebo.  There were several secondary headache measures.  Analgesic overusers were included and evaluated separately.  Various safety parameters were also evaluated.

Over a 13 month period, the 133 patients from 13 centers were evaluated.  Primary efficacy results revealed a mean difference in the headache free days between gabapentin and placebo of 9.1% which exceeded the minimal mean clinically relevant value of 7.5% specified in the protocol.  This was highly significant at the p=0.0005 level.

An important part of this evaluation was whether or not a significant number of patients lost the diagnosis of CDH because of a decrease in headache frequency on gabapentin 2400 mg versus placebo.  This was also found to be significant.

There are other papers and abstracts, including a small randomized, controlled trial by Di Trapani showing that use of gabapentin for treatment of headache results in a good response with limited adverse events.  While Dr. McCrory discusses several studies that he says fail to show gabapentin to be effective in migraine prevention, those studies do not change my opinion that gabapentin is an effective migraine preventive treatment. One of those studies is identified by Dr. McCrory as Research Report RR4301-0006.  Dr. McCrory makes much of his claim that the final results of that study were not publicized.

As Dr. McCrory acknowledges elsewhere in his report, the study suffers from several deficiencies in how it was designed and carried out. Most significantly, the trial studied gabapentin at 900 mg/day, which is far lower than what in my experience is the effective dose in most patients. In light of these deficiencies this study would be of limited, if any, value to the practicing physician.

Nothing in Dr. McCrory's report contradicts my opinion that gabapentin is an effective migraine preventive treatment. In fact, Dr. McCrory fails to conclude that gabapentin is ineffective in migraine prevention. He and I both recognize that there is evidence in the literature that gabapentin is effective for the treatment of migraine. Dr. McCrory does not describe any clinical experience he has with treatment of headache patients with gabapentin; I have treated thousands of patients with gabapentin over many years and still use it today.

Here is where my experience in the ability to evaluate gabapentin and Dr. McCrory's diverge. Dr. McCrory, by his own admission, is a specialist in trial design and evaluation, not as a clinician. He analyzes studies and concentrates on data, and I care for patients with migraine who are in severe pain and concentrate on their improvement. Although I have participated in well over 150 clinical trials on headache, and helped write the protocols for some, and evaluate trials in papers I review for publication, most of my life has been spent caring for migraineurs in the clinic. As a general neurologist for the first 7 years of my private practice, 40 percent of my patients had headache, mostly migraine. For the next 29 years, as a headache specialist, the great majority of my patients had migraine. I have cared for over 20,000 patients in my headache center, hospital and medical school clinics. Thousands of those patients have taken gabapentin for headache, either prescribed by me or others. For the last 20 years, 90% of my clinical time was taken up primarily with the care of difficult to treat migraine patients. Many of these patients improved for the first time when placed on gabapentin. With my 36 years of clinical experience and being boarded in both headache medicine and neurology, I bring a very different expertise to treating the headache patient than Dr. McCrory.

The type of evidence I look to as a clinician is whether the patient improves. Dr. McCrory looks at the primary and secondary endpoints and whether they are met. Both are important, but if a disabled patient in pain improves markedly on a drug that has not shown statistical significance for a certain endpoint, in a specific paper, neither the patient nor I am troubled by that (and Dr. McCrory probably would not mind either, if he or a relative or friend were the patient).

In my own treatment of headache patients who need daily preventive medications for migraine (for a variety of reasons such as frequency of attacks, degree of disability, lack of response to acute care medications, etc.), I use off-label medications more often than FDA-approved medications for migraine. It is common to use off-label medication in my field of expertise as a neurologist and headache specialist, as so few medications are FDA-approved for migraine, especially in the preventive category. In deciding which medication to use for a patient, physicians use a variety of sources as well as their personal experience and the word of trusted colleagues. We often depend on the

literature, reviewing well-documented studies and less well-documented case reports, anecdotal reports, word of mouth, randomized trials, open trials, double-blind controlled randomized trials and information gleaned from meetings, textbooks, symposia, supplements to journals and courses we have taken.

A significant reason that causes us to look beyond what is approved by the FDA is that we have available only 4 medications approved by the FDA for migraine prevention. Two are beta blockers and there are many adverse events from and contraindications to the use of beta blockers. More importantly, most of my new patients have already been tried on between one and three beta blockers, one or more of which are not approved by the FDA, and could either not tolerate the adverse events or did not improve.

There are also 2 anticonvulsants approved by the FDA for migraine prevention. Divalproex sodium is an effective drug which has to be given extremely cautiously, or not at all, to women of child bearing potential as it can cause spinal cord defects if a woman becomes pregnant on the drug. It can also cause significant weight gain, endocrine problems, hair loss and tremor, so most women are reluctant to take it and it is difficult to prescribe. The fourth FDA-approved drug is topiramate, which is effective but can cause cognitive and psychological problems, paresthesias, weight loss, kidney stones, oligohydrosis, and angle closure glaucoma amongst other side effects. Clinical trials show that it is only effective in up to 52% of patients, so it is not for everyone.

That leaves many other antiepileptics, such as gabapentin and zonisamide, calcium channel blockers, antidepressants, vitamins, minerals and herbs, botulinum toxin-A, angiotensin receptor blockers and others, all of which I use frequently, and all of which are off-label.

Treating complex migraineurs with preventive medications is a difficult, highly individual, patient-specific process. When a practicing headache specialist has to decide on which preventive medication to prescribe for a patient, he or she must take a careful history of what has been tried before, whether it worked or not and if there were any adverse events and what the details of those adverse events were. We have to know the number of milligrams of the pill, how many pills were taken per day and whether it was given for an appropriate length of time. If the drug was stopped by the patient or the physician, we need to discover if that was because it caused adverse events or was not effective, or for other reasons. Before prescribing the next preventive medication, it is imperative to know if there could be any significant drug-drug interactions which might prevent us from giving the drug. Also comorbid illnesses may dictate which medications could be very helpful and which are contraindicated. If the four on-label medications for migraine have been tried and either did not work after an adequate trial or caused too many side effects, or could not be used due to potential serious drug-drug interactions, then an off-label drug should be tried. Even if the four on-label drugs have not all been tried, there may be good reasons to try an off-label drug.

Comorbid illness often dictates what we should use. For instance, if I have a patient with diabetes and hypertension who had a kidney stone and who is thinking of getting

5

pregnant, I would not give her a beta blocker for her hypertension (as it should not be given in diabetes) or divalproex sodium for her migraine (it should not be used if there is a chance of pregnancy), or topiramate (as it can cause kidney stones). In that situation I would probably opt for an off-label angiotensin receptor blocker which would lower her blood pressure, may help her migraine and probably would be no problem if she became pregnant.

Because treating a migraineur (or any other patient) is a highly individualized process, the optimal treatment will differ from one patient to the next. No one drug or list of drugs can therefore be said to be superior to gabapentin for all patients. I have nevertheless reviewed plaintiffs' lists of proposed alternate medications to gabapentin for migraine prevention and disagree with any assertion that any of the drugs plaintiffs identify is necessarily a more optimal migraine preventive medication than gabapentin.

I am not aware of any head-to-head study that concludes that any of the drugs on plaintiffs' list is more tolerable, safer, and more effective in migraine prophylaxis than gabapentin. Indeed, all of the drugs that plaintiffs identify have limitations that would, in many patients, make them less optimal alternatives to gabapentin. Only five of the drugs that plaintiffs identify (divaolproex sodium, methysergide, topiramate, timolol, and propranolol) have been indicated for migraine prophylaxis. As I discuss above, divalproex sodium should not be given to women of child bearing potential (who make up a very large segment of migraine sufferers) and it otherwise causes side effects that make many patients reluctant to take it. Likewise, topiramate is not effective in many patients and it causes myriad side effects, including cognitive and speech problems, increased pressure in the eyes (similar to glaucoma), kidney stones, fever in children, and tingling in the arms and legs. Timolol and propranolol are both beta-blockers and are contraindicated in patients with asthma, diabetes, depression and other psychiatric conditions, and patients with low blood pressure, and they also have many unwanted side effects. The fifth drug, methysergide (Sansert) is no longer manufactured in the United States and is rarely used today. Patients taking methysergide can develop retroperitoneal fibrosis, pleuropulmonary fibrosis, and fibriotic thickening of cardiac valves. In fact, Sansert's product label contains a "black box" warning for these conditions and cautions that it should be used only in patients whose headaches are frequent or severe and uncontrollable and who are under close medical supervision.

The remaining drugs (those that are not available over-the-counter) are all off-label for migraine prophylaxis and many are drugs that, in my opinion, should not be used for migraine prevention. For example, plaintiffs identify a number of triptans that are indicated for acute migraine treatment (almotriptan, eletriptan, frobatriptan, naratriptan, rizatriptan, sumatriptan and zolmitriptan). In my opinion, triptans should almost never be used as migraine prophylaxis because they can cause medication overuse headache and a lack of response over time. Triptans are also contraindicated in anyone with coronary artery disease or high blood pressure and they can cause a number of unwanted side effects, including chest discomfort and nausea. Plaintiffs also identify a number of beta-blockers (atenolol, bisoprolol, labetalol, metroprolol, nadolol, penbutolol, and sotalol) that are not indicated for migraine prophylaxis but that have the same drawbacks and

6

limitations as timolol and propranolol. They likewise list a number of non-steroidal anti-inflammatory drugs (NSAIDs) that may cause severe gastrointestinal and heart problems and which, like triptans, can cause medication overuse headaches when used daily as a prophylactic treatment. Intranasal dihydroergotamine, though indicated for the acute treatment of migraine, is likewise not a good preventive medication. It, like triptans, is a vasoconstrictor and it therefore has many of the same drawbacks as triptans. Butorphanol nasal spray is indicated for acute care in any painful condition, but it is an opioid. It can cause dependency and depression and should be use sparingly and as a last line only in migraine prevention. Amitriptyline hydrochloride likewise has a number of limitations – it has many side effects, including weight gain, drowsiness, dry mouth, constipation, confusion and disorientation, and it should be prescribed with caution to elderly patients.

The over-the-counter drugs that plaintiffs identify (acetaminophen, aspirin, aspirin and caffeine, ibuprofen, and naproxen sodium) have many of the same limitations as the off-label drugs that plaintiffs identify. For example, ibuprofen and naproxen sodium are NSAIDs that have the same gastrointestinal and other side effects as other NSAIDs. Most of the over-the-counter drugs that plaintiffs list also have the same risk for medication overuse headache as triptans and some of the other drugs that plaintiffs identify when used for migraine prophylaxis rather than acute treatment. Moreover, I disagree that the over-the-counter drugs that plaintiffs identify can truly be deemed alternates to gabapentin. I believe it is far more likely that most migraineurs would have tried and failed on available over-the-counter medications before a physician would have tried those patients on a prescription drug like gabapentin.

In contrast, gabapentin has few drug interactions and mild side effects and, at dosages around 2400 mg/day, it is an effective migraine preventive medication. When gabapentin (Neurontin) became available, I tried it in many patients as it had fewer adverse events than the only antiepileptic drug which was approved for migraine prevention at that time, divalproex sodium. Gabapentin also had less chance of causing a serious problem if a patient became pregnant on it compared with divalproex sodium. Up to that point in my career, divalproex sodium was one of the main preventive medications that I turned to, in spite of the significant side effect profile and the contraindications. So when gabapentin became available, I turned to it as my favorite migraine preventive drug and turned away from divalproex sodium, except in special circumstances. Gabapentin was easy to use due to lack of significant drug-drug interactions and caused few adverse events at low to moderate doses. I noticed that it helped close to half of the patients for whom I prescribed it. It seemed to work at higher doses in the 2400 mg range. The rare patient who had to stop it did so because of drowsiness or weight gain, but never a more serious problem. Many patients tolerated the minor adverse events if it worked well. Later when topiramate became available, I used that off-label even more than gabapentin as it seemed to work a bit better in some patients. I will still use gabapentin in my difficult cluster and migraine patients who have failed other medications as it can work well with limited adverse events.

In summary, it is my opinion that off-label use of gabapentin for migraine prevention is appropriate, effective, tolerable, easy to use and safe for use by physicians and qualified

nurses. Without it in my armamentarium, I would not have been as effective a headache specialist as I have been since it has been available.

I am being compensated for my time at $800 per hour.  A list of the materials I reviewed prior to preparing this report is attached.

*Alan Rapoport, MD*

---

Dated:
December 12, 2008


Alan M. Rapoport, M.D.

Clinical Professor of Neurology
The David Geffen School of Medicine at UCLA
Los Angeles, California

Founder and Director-Emeritus
The New England Center for Headache
Stamford, Connecticut

Board Certified in Neurology and Headache Medicine

Director of Development and Chairman of the Education and Membership  Sub-Committee of the IHS

## List of Materials Reviewed

1.) Jimenez, M.D.; Friera, G.; Manjon, M.T., "Efficacy and Safety of Gabapentin in Prophylaxis Migraine Headache - A Pilot Study," Cephalalgia, 19:376 (Abstr II-G2-9) (1999)

2.) Di Trapani, G.; Mei, D.; Marra, C.; Mazza, S.; Capuano, A., "Gabapentin in the Prophylaxis of Migraine: A Double-Blind Randomized Placebo-Controlled Study," Clin Ter, 151(3):145-8 (2000)

3.) Di Trapani G.; Mei, D.; Marra, C.; Mazza, S.; Capuano, A., "Gabapentin in the Prophylaxis of Migraine: A Double-Blind, Randomized, Placebo-Controlled Study," Cephalalgia, 20(4):345-6 (Abstr 197) (2000)

4.) Mathew, N.T.; Magnus-Miller, L.; Saper, J.; Podolnick, P.; Klapper, J.; Tepper, S.; Stacey, B.; Ramadan, N., "Migraine Prophylaxis with Gabapentin," Headache, 39(5):367 (1999)

5.) Mathew, N.T.; Rapoport, A.; Saper, J.; Magnus, L.; Klapper, J.; Ramadan, N.; Stacey, B.; Tepper, S., "Efficacy of Gabapentin in Migraine Prophylaxis," Headache, 41(Feb):119-28 (2001)

6.) Martinovic, Z.; Ristanovic, D.J., "Gabapentin in the Treatment of Migraine and Epilepsy Comorbid with Mood and Anxiety Disorders," Headache Pain, 2(2):83-7 (2001)

7.) Low, N.C.P.; Du Fort, G.G.; Cervantes, P., "Prevalence, Clinical Correlates, and Treatment of Migraine in Bipolar Disorder," Headache, 43(9)(Oct):940-9 (2003)

8.) Spira, P.J.; Beran, R.G., et al., "Gabapentin in the Prophylaxis of Chronic Daily Headache: A Randomized, Placebo-Controlled Study," Neurology, 61(12)(23 Dec):1753-9 (2003)

9.) Graff-Radford, S.B., "Migraine Prophylaxis," Clinics in Family Practice, 7(3)(Sep):445-62 (2005)

10.) Documents identified in August 11, 2008 report of Douglas C. McCrory at "List of Documents Reviewed."

**<u>Cases</u>**

<u>Blackard v. Debra Hammond Lawrence</u>, No. 2003-L-004181 (Ill. Cir. Ct) (2006)

# ALAN M. RAPOPORT, M.D.

## CURRICULUM VITAE

### Personal Information:

| | |
|---|---|
| Date of Preparation: | December 5, 2008 |
| Date of Birth: | February 27, 1942 |
| Place of Birth: | New York City |
| Citizenship: | American |
| Office Address: | 239 South Orange Drive<br>Los Angeles, CA  90036 |
| Email: | alanrapoport@gmail.com |
| Spouse: | Arja Rapoport, M.S. |
| Children: | Terrence, born 1971<br>Mark, born 1975<br>Sabrina, born 1978 |

### Academic Training:

| | |
|---|---|
| 1962 - 1966 | DOWNSTATE MEDICAL CENTER, STATE UNIVERSITY OF NEW YORK, Brooklyn, New York. _M.D. Degree_, June, 1966. |
| 1965 | In my last year of Medical School, I spent two months doing clinical neurology at the Institute of Neurology at Queen Square, London and two months doing research in neuroanatomy at St. Thomas's Hospital Medical School, London. |
| 1958 - 1962 | DARTMOUTH COLLEGE, Hanover, New Hampshire. _B.A. Degree_ in zoology, June, 1962. |

### Licensure:

California-#00006394
Connecticut-#014540
Florida-#ME0015383
New York-#099257-1

Alan M. Rapoport, M.D.                                                    2

## Traineeship:

| | |
|---|---|
| 1970 - 1972 | N.I.H.*Post-Doctoral Fellowship in Neuromuscular Disease* (See Military Service) |
| 1969 - 1970 | THE MOUNT SINAI HOSPITAL , New York, *Chief Resident in Neurology.* |
| 1967 - 1970 | THE MOUNT SINAI HOSPITAL , New York, *Junior Assistant* and *Assistant Resident in Neurology.* |
| 1966 - 1967 | THE MAIMONIDES MEDICAL CENTER, Brooklyn, New York, *Internship in Medicine.* |

## Specialty Board Certification:

Certified by the UCNS (United Council of Neurological Subspecialties) in *Headache Medicine*, December, 2006

Certified by the *American Board of Psychiatry and Neurology (Neurology)* - April, 1973 - Certification Number 12606

Diplomate of the National Board of Medical Examiners, 1967.

## Military Service:

UNITED STATES PUBLIC HEALTH SERVICE (US PHS)
**Surgeon** (Equivalent to Lt. Commander, U.S. Navy) July, 1970 - June, 1972. Stationed at The National Institutes of Health, Bethesda, Maryland. Clinical Associate in Medical Neurology specializing in *neuromuscular disease*, research on the ultrastructure of peripheral nerve and muscle, and clinical care of patients with nerve and muscle disease.

## Professional Organizations and Societies

## Current and Recent Professional Activities:

| | |
|---|---|
| 2007 – present | TEACHING AT UCLA DEPARTMENT OF NEUROLOGY<br>**Clinical Professor of Neurology**<br>The David Geffen School of Medicine at UCLA<br>Los Angelse, California |
| 2007 – present | PRIVATE PRACTICE IN NEUROLOGY<br>Santa Monica, California |
| 2007 – present | TEACHING COLUMBIA UNIVERSITY MEDICAL STUDENTS (3rd Year Med)<br>Stamford Hospital, Stamford, CT |

Alan M. Rapoport, M.D.                                          3

| | |
|---|---|
| 2006 to Present | **THE NEW ENGLAND CENTER FOR HEADACHE, P.C.**<br>**Founder and Director- Emeritus**<br>778 Long Ridge Road, Stamford, Connecticut 06902-1251 |

| | |
|---|---|
| 1979 – 2006 | **THE NEW ENGLAND CENTER FOR HEADACHE, P.C.**<br>**Founder and Director**<br>778 Long Ridge Road, Stamford, Connecticut 06902-1251<br>,An outpatient headache diagnostic and treatment facility. |

- Treatment of over 20,000 headache patients to date using pharmacologic and nonpharmacologic techniques. Ongoing supervision and involvement in research, publishing and patient care. Supervision of staff including nurse practitioners, physicians, International Headache Society Clinical Fellows, other fellows, residents, medical students, registered nurses, technicians and executive assistants, secretarial/administrative personnel.

- Development of non-pharmacologic, physiological and behavioral treatment therapies including biofeedback and relaxation techniques (which led to the creation of The New England Institute of Behavioral Medicine).

- Ongoing development and participation in approximately 200 open and double-blind, placebo-controlled clinical trials in the development and testing of new and approved pharmacologic agents for the treatment of headache and other neuropsychiatric conditions.

| | |
|---|---|
| 1994 – 2006 | **THE NEW ENGLAND RESEARCH INSTITUTE**<br>778 Long Ridge Road, Stamford, Connecticut 06902-1251<br>**Founder and Director**<br>Director and Co-founder of a neuropsychiatric research institute comprised of two board certified neurologists, and a psychiatrist. The staff also includes two Ph.D. neuropsychologists, a clinical fellow with an M.D. and Ph.D. degrees, 2 study coordinators with Master's degrees, one nurse practitioner, three registered nurses and other administrative staff. |

- The institute specializes in clinical trials for treatment of neurological/psychiatric disorders including Headache and Alzheimer's Disease. Institute activities include designing clinical trials, administering clinical trials, consulting with pharmaceutical companies, entering patients into study protocols, neuropsychological evaluations, physical and neurological exams, and computer data transmission.

- The institute is affiliated with The Neurological Clinical Trial Network (NCTN) of The New York-Presbyterian Hospital

- The institute maintains an active recruitment program through marketing and a network of healthcare professionals and satisfied patients. To date the institute has treated thousands of patients and served as a valuable resource for bringing new and effective medications to the marketplace.

Alan M. Rapoport, M.D.                                      4

1988 - 2001          THE GREENWICH HOSPITAL INPATIENT HEADACHE UNIT
                     **Medical Director**
                     Medical Director of the Greenwich Hospital Inpatient Unit founded in 1988, a
                     comprehensive, interdisciplinary inpatient program for the care of patients with
                     daily and/or intractable headache conditions.  This program was one of the few
                     full time, comprehensive, dedicated inpatient headache units in the world.

1972 -2006           PRIVATE PRACTICE IN NEUROLOGY
                     Former address: 2 1/2 Dearfield Drive, Greenwich, Connecticut 06831.
                     Most recent address: Suite 27, 778 Long Ridge Road, Stamford, Connecticut
                     06902-1251
                     Affiliated with Greenwich, Stamford and New York - Presbyterian Hospitals.
                     Affiliated with Greenwich Hospital Neurology Clinic
                     Affiliated with Columbia University Neurology Clinic,

*Societies:*

                     ALZHEIMER DISEASE MEDICAL NETWORK OF FAIRFIELD COUNTY
                         *Co-Founder (inactive)*
                     AMERICAN ACADEMY OF NEUROLOGY (AAN)
                         *Fellow*
                         *Past Headache and Pain Chair for Selection of Abstracts*
                         *Lecturer in several courses including Therapy of Neurology (2007)*
                         *Formerly Director of and lecturer in course on Chronic Daily Headache*

                     AMERICAN HEADACHE SOCIETY (AHS) formerly the AMERICAN
                         ASSOCIATION FOR THE STUDY OF HEADACHE (AASH)
                         *Former Member, Board of Directors*
                         *Lecturer and member of various committees*
                     AMERICAN PAIN SOCIETY (inactive)
                     ANIRCEF (Italian Neurological Association for Cephalalgia Research)
                     CONNECTICUT STATE MEDICAL SOCIETY (Lifetime member)
                     FAIRFIELD COUNTY MEDICAL SOCIETY (lifetime member)
                     FAIRFIELD COUNTY NEUROLOGY SOCIETY
                         *Founder and Immediate Past President*
                     GREENWICH MEDICAL SOCIETY (inactive)
                     HEADACHE COOPERATIVE OF NEW ENGLAND (HCNE)
                         *Founder, Director, Past President*
                         *Founding President*
                         *Director, Corporate Liaisons*
                     INTERNATIONAL HEADACHE SOCIETY (IHS)
                         *Chairman, Membership and Education Subcommittee*
                         *Corporate Liaison to the Executive Committee*
                         *Member Electronic Education Task Force*
                         *Charter Member since 1981*
                     NATIONAL HEADACHE FOUNDATION (NHF)
                     NEW ENGLAND PAIN ASSOCIATION(inactive)
                     SOUTHERN CLINICAL NEUROLOGICAL SOCIETY
                         *Chairman, Headache Course since 2005*
                     STAMFORD MEDICAL SOCIETY (inactive)
                     UCNS (United Council of Neurological Subspecialties) ***Board Certified in***
***Headache Medicine December, 2006***

Alan M. Rapoport, M.D.                                          5

## *Academic Appointments:*

| | |
|---|---|
| 2006 – present | THE DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA, Los Angeles, California, **Clinical Professor of Neurology** |
| 2002 - 2006 | COLUMBIA UNIVERSITY COLLEGE OF PHYSICIANS & SURGEONS, New York, New York. **Clinical Professor of Neurology** |
| 1977 - 2002 | YALE UNIVERSITY SCHOOL OF MEDICINE, New Haven, Connecticut. **Assistant Clinical Professor of Neurology** |
| 1973 - 1990 | NEW YORK MEDICAL COLLEGE, Valhalla, New York. **Assistant Clinical Professor of Neurology** |
| 1969 - 1974 | THE MOUNT SINAI SCHOOL OF MEDICINE, New York, New York. **Clinical Instructor in Neurology** |

## *Hospital Appointments:*

| | |
|---|---|
| 2006 – present | THE DAVID GEFFEN SCHOOL OF MEDICINE AT UCLA, Los Angeles, California **Attending in Neurology,** active staff, Department of Neurology |
| 2002 – 2006 | NEW YORK - PRESBYTERIAN HOSPITAL, New York, New York **Attending in Neurology**, active staff, Department of Neurology. |
| 2002 - present | GREENWICH HOSPITAL, Greenwich, Connecticut **Consultant in Neurology** |
| 1988 - 2001 | GREENWICH HOSPITAL, Greenwich, Connecticut **Medical Director** of the In-Patient Headache Unit. |
| 1972 - 2002 | GREENWICH HOSPITAL, Greenwich, Connecticut. **Attending Staff** **Chief of Neurology**, 1983 to 1993, Department of Medicine, Division of Neurology. |
| 1972 - Present | STAMFORD HOSPITAL, Stamford, Connecticut **Attending in Neurology,** currently **Courtesy Staff**, Department of Medicine, Division of Neurology. |

## *Teaching Experience:*

Alan M. Rapoport, M.D.                                          6

**Clinical Professor of Neurology** at The David Geffen School of Medicine at UCLA, Los Angeles, California at present

**35 years of teaching** medical students, house staff and attending on rounds, in clinics and by didactic lectures (locally, regionally, nationally and internationally).  See academic appointments above.

## Other Professional Activities:

A) Editorial positions (see below).

B) I currently lecture an average three times a week to physicians around the US and internationally.

## Television and Radio:

*Numerous radio and TV shows including:*

*The Sunday Today Show*, NBC Network, Easter Sunday, 2002

Fox News Network, March 1997, July and December 1996.

*The Today Show*, NBC Network, January 22, 1996.

*20/20,* ABC Network, January 19, 1996.

*Dateline NBC*, NBC Network, Update on Headache, August 10, 1994.

Numerous Appearances in the media, i. e., *20/20,* ABC; *Innovations*, PBS; *CNN News; Sonja Live*, CNN; *Sunday Today*, NBC; *WNBT News Scientific Feature with Al Roker*, NBC; *Two on the Town*, CBS; *Good Morning America*, ABC; *Cover to Cover*, NBC; *CBS This Morning*, CBS.

Appearance on Cable TV of Connecticut on multiple occasions.  Topics:  New Treatments in Headache.

Several radio shows on diagnosis and treatment of headache WNLK AM and KISS FM, Norwalk, Connecticut, 1989 to present.

Several shows on Headache Update WSTC, Stamford, Connecticut, and WGCH, Greenwich, Connecticut, 1989 to present.

## Books and Chapters:

Bussone, G, **Rapoport, A**. Acute Treatment of Cluster Headache and other TACs. In Moskowitz, M. et al Eds *The Clinical Handbook of Neurology, in press*

Leone, M, **Rapoport A.**  Preventive and Surgical Management of Cluster Headaches.  In Olsen, J. et al Eds *The Headaches, 3rd edition*, Philadelphia: Lippincott Williams & Wilkins, 2006, p 809

Purdy A, **Rapoport A**, Tepper S, Sheftell F. eds. *Advanced Therapy of Headache, 2nd edition*. Toronto: BC Decker, 2005.

Tepper SJ, Bigal ME, Sheftell FD, **Rapoport AM.** Botulinum Toxin Type A in the Treatment of Refractory Headache. In Olesen, J. et al Eds. *Preventive Pharmacotherapy of Headache Disorders.* Oxford: Oxford University Press 2004, pp 138-141.

**Rapoport AM**, Bigal ME, Tepper SJ, Sheftell FD. Naratriptan in the Preventive Treatment of Refractory Chronic Migraine. In Olesen, J., et al. Eds. *Preventive Pharmacotherapy of Headache Disorders.* Oxford: Oxford University Press 2004; pp 205-211.

Blumenthal H, **Rapoport A**. Common Headache Syndromes. In Warfield C, and Bajwa Z, eds. *Principles and Practice of Pain Management.* New York: McGraw-Hill, 2004.

**Rapoport A**, Sheftell F, Tepper S. *Conquering Headache, 5th edition,* Hamilton: Decker DTC, 2004.

**Rapoport A**, Pharmacological Treatment of Migraine. In Samuels M, et al, eds in *Office Practice of Neurology, 2nd edition.* New York: Churchill Livingstone, 2003.

**Rapoport A**, Sheftell F, Tepper S. *Conquering Headache, 4th edition,* Hamilton: Decker DTC, 2003.

Tepper SJ, Sheftell FD, **Rapoport AM** eds. *The Spectrum of Migraine.* New York: CNS News, 2002.

**Rapoport A**, Sheftell F, Tepper S. *Conquering Headache, 3rd edition,* Hamilton: Decker DTC, 2001.

**Rapoport A**. Cerebral Vascular Disease and Headache. In Diamond M, and Solomon G, eds. *Diamond and Dalessio's The Practicing Physician's Approach to Headache.* Philadelphia: W.B. Saunders Co., 2000.

**Rapoport A**, Sheftell F, Purdy A. eds. *Advanced Therapy of Headache.* Toronto: BC Decker, 1999.

**Rapoport A**. Making Headway Against Migraine. In *Encyclopedia Britannica's 1998 Medical and Health Annual,* 1998; 293-298.

**Rapoport A**, Sheftell F. *Conquering Headache, 2nd edition,* Toronto: Empowering Press, 1998.

**Rapoport A**, Lipton R. Pharmacological Treatment of Migraine. In Samuels M, et al, eds. *Office Practice of Neurology.* New York: Churchill Livingstone, 1996.

Lipton R, **Rapoport A**. Diagnosis of Migraine. In Samuels M, et al, eds. *Office Practice of Neurology.* New York: Churchill Livingstone, 1996.

**Rapoport A**, Sheftell F. *Headache Disorders: A Management Guide for Practitioners.* Philadelphia: W.B. Saunders Company, 1996.

**Rapoport A**, Sheftell F. *Headache Relief for Women.* Boston: Little, Brown and Company, 1995.

**Rapoport A**, Sheftell F. *Conquering Headache.* Toronto: Empowering Press, 1995.

**Rapoport A** -quoted in *Home Remedies: What Works.* Malesky G, Kaufman B and editors of *Prevention* Magazine Health Books. Emmaus, Pennsylvania: Rodale Press, 1995.

**Rapoport A**, Sheftell F. eds. *Headache: A Clinician's Guide to Diagnosis, Pathophysiology and Treatment Strategies.* Costa Mesa, CA: PMA Publishing, 1993

**Rapoport A**. Headache Associated with Medication and Substance Withdrawal.  In:  Tollisson C, et al, eds.  *Headache: Diagnosis and Management*.  Baltimore: Williams and Wilkins, 1993.

**Rapoport A**, Sheftell F, *Headache Relief*.  New York: Fireside Books, 1991.

**Rapoport A**, Sheftell F, *Headache Relief*.  New York: Simon and Schuster, 1990.

**Rapoport A**, Sheftell F, Labson L.  Headache.   Collier's Encyclopedia, *Health and Medical Horizons*.  New York: MacMillan Educational Company, 1984.  4-17.

Medical Consultant for Time-Life Books, Library of Health Series: *Dealing with Headaches*, 1982.

## Editorial Positions:

Former Member of the Editorial Board of *Cephalalgia*, an international headache journal, 1985-2000 Currently a reviewer for *Cephalalgia*.

Reviewer for *Headache*, 1993-Present.

Supplement Editor for *Headache* 2004-Present

Reviewer and currently Mmber of the Editorial Board for *CNS Drugs*, 1996-Present.

Reviewer for *Neurology*.

Reviewer for *Journal of Clinical Neuropharmacology*

Member of the Editorial Board of *Headache Quarterly*, 1997-2003.

Member of Editorial Board of *Head Pain* 2003 - present.

Editor of *Seminars in Headache Management*, Decker Periodicals, 1996-Present.

Member of the Editorial Board of *Topics in Pain Management: Current Concepts and Treatment Strategies*, PSG Publishing Co., 1985-Present.

Reviewer for *Managed Care* and *Pharmacoeconomics*, 1996-Present.

Member of Editorial Board of *Neurology Reviews*, 1995 to present.

## Other Activities:

American Association for the Study of Headache (AASH), now named American Headache Society (AHS), Board of Directors, 1988-1991, 1995-1996.

American Association for the Study of Headache, (AASH), now named American Headache Society (AHS), member of several committees, 1986 to present.

I have attended all of the meetings of the The International Headache Congress, since the Initial meeting In Munich, Germany, 1983 with the exception of one. These meetings Include Barcelona, Spain, May 1999,

Alan M. Rapoport, M.D.                                                9

Amsterdam, The Netherlands, June 1997, Toronto, Canada, September, 1995, Paris, France, August 1993, Washington D. C., July 1-3, 1991, Florence, Italy, September, 1987 and Munich, Germany, 1983. Attended Migraine Trust, London, England, on multiple occasions, including September 25-28, 1990, 1992.

Lecturer on Headache Inpatient Treatment Programs in the U. S. at the Department of Neurology, Turku University, Finland, on several occasions including July 1987, 1990.

Lecturer in Neurology at the National Hospital at Queen Square, September 1986, invited by Professor Nathan Blau.

## Publications:

Bigal M, Sheftell F, Tepper S, Tepper D, Ho T, **Rapoport A**. "Randomized Double-Blind Study Comparing Rizatriptan, Dexamethasone, and the Combination of Both in the Acute Treatment of Menstrually Related Migraine." *Headache:The Journal of Head and Face Pain* 2008;48:1286-1293

**Rapoport, AM**. "Medication Overuse Headache; Awareness, Detection and Treatment." *CNS Drugs* 2008;22(12):995-1004

**Rapoport, A.M.** "Acute and Prophylactic Treatment for Migraine:Present and Future." *Neuol. Sci (Suppl)* 2008;29:1-13

Ho TW, Mannix LK, Fan X, Assaid C, Furtek C, Jones CJ, Lines CR, **Rapoport AM**. "Randomized controlled trial of an oral CGRP receptor antagonist, MK-0974, in acute treatment of migraine." *Neurology* 2007 Oct 3; [Epub ahead of print]

**Rapoport AM**, Mathew NT, Silberstein SD, Dodick D,Tepper SJ, Sheftell FD and Bigal ME. "Zolmitriptan nasal spray in the acute treatment of cluster headache: A double-blind study." *Neurology* 2007;69(9):821-26

Dodick DW; Silberstein S; Saper J; Freitag FG; Cady RK; **Rapoport AM**; Mathew NT; Hulihan J; Crivera C; Rupnow MF; Mao L; Finlayson G; Greenberg SJ. "The impact of topiramate on health-related quality of life indicators in chronic migraine." *Headache* 2007; 47 (10):139

Peterlin BL, Bigal ME, Tepper SJ, Urakaze M, Sheftell, FD & **Rapoport AM**. "Migraine and Adiponectin: Is there a Connection?" *Cephalalgia* 2007;27:435-446

Bigal M, **Rapoport A**, Aurora S, Sheftell F, Tepper S, Dahlof C,(2007) "Satisfaction With Current Migraine Therapy: Experience From 3 Centers in US and Sweden" *Headache: The Journal of Head and Face Pain* 47 (4), 475–479

**Rapoport A**, Mauskop A, Diener HC, Schwalen S, Pfeil, J. "Long-Term migraine prevention with topiramate: open-label extension of pivotal trials." *Headache* 2006. 46(7):1151-60

Vogler B, **Rapoport AM**, Tepper SJ, Sheftell F, Bigal ME. "Role of melatonin in the pathophysiology of migraine : implications for treatment." *CNS Drugs* 2006;20(5):343-50

**Rapoport AM,** Tepper SJ, Sheftell FD, Kung E., Bigal ME. "Which triptan for which patient?" *Neurol Sci.* 2006 May; 27 Suppl 2:s123-9

Bigal ME, Sheftell FD, Tepper SJ, **Rapoport AM**. "Migraine and silent infarcts. Are we making the proper decisions? *Cephalalgia* 2006 May;26(5):629-30

Meskunas CA, Tepper SJ, **Rapoport AM**, Sheftell FD, Bigal ME. "Medications associated with probable medication overuse headache reported in a tertiary care headache center over a 15-year period." *Headache* 2006 May; 46(5):766-72

Volcy M, **Rapoport AM**, Tepper SJ, Sheftell FD, Bigal ME. "Persistent idiopathic facial pain responsive to topiramate." *Cephalalgia* 2006 Apr; 26(4):489-91

Bigal ME, Tepper SJ, Sheftell FD, **Rapoport AM,** "Field testing alternative criteria for chronic migraine." *Cephalalgia* 2006 Apr; 26(4):477-82

Bigal, ME, Gironda M, Tepper SJ, Feleppa M, **Rapoport AM**, Sheftell FD, Lipton RB. "Headache prevention outcome and body mass index. *Cephalalgia* 2006 Apr; 26(4):445-50

Sparaco M, Feleppa M, Lipton RB, **Rapoport AM**, Bigal ME. "Mitochondrial dysfunction and migraine: evidence and hypotheses. *Cephalalgia* 2006 Apr; 26(4):361-72

Volcy M, Tepper SJ, **Rapoport AM**, Sheftell FD, Bigal ME. "Botulinum toxin A for the treatment of greater occipital neuralgia and trigeminal neuralgia: a case report with pathophysiological considerations." *Cephalalgia* 2006 Mar; 26(3):336-40

Sheftell FD, **Rapoport AM,** Tepper SJ, Bigal ME. "Naratriptan in the Preventive Treatment of Refractory Transformed Migraine: A Prospective Pilot Study." *Headache* 2005 November/December; 45(10):1400-1406

Bigal ME, **Rapoport AM**, Sheftell FD, Tepper SJ, Lipton RB "Chronic migraine is an earlier stage of transformed migraine in adults." *Neurology* 65 2005 November (2 of 2);1556-61

Martelletti P, Haimanot RT, Lainez MJ, **Rapoport AM**, Ravishankar K, Sakai F, Silberstein SD, Vincent M, Steiner TJ. "The Global Campaign (GC) to Reduce the Burden of Headache Worldwide. The International Team for Specialist Education (ITSE)." *J Headache Pain* 2005 Sep;6(4):261-3

Volcy M, Sheftell FD, Tepper SJ, **Rapoport AM**, Bigal ME. "Tinnitus in migraine: an allodynic symptom secondary to abnormal cortical functioning?" *Headache* 2005 September;45 (8):1083-7

Bigal ME, Sheftell FD, Tepper SJ, **Rapoport AM**, Lipton RB. "Migraine days decline with duration of illness in adolescents with transformed migraine." *Cephalalgia* 2005 Jul;25(7):482-7

Volcy M, Tepper SJ, **Rapoport AM**, Sheftell FD, Bigal ME. "Short-lasting unilateral neuralgiform headache attacks with cranial autonomic symptoms (SUNA)--a case report." *Cephalgia* 2005 Jun;25(6):470-2

Bigal ME, **Rapoport AM**, Tepper SJ, Sheftell FD, Lipton RB. "The classification of chronic daily headache in adolescents--a comparison between the second edition of the international classification of headache disorders and alternative diagnostic criteria." *Headache* 2005 May;45(5):582-9

**Rapoport AM,** Bigal ME. "Migraine preventive therapy: current and emerging treatment options." *Neurological Sciences* 2005 May; (Suppl 2) 26:S111-S120

Purdy RA, **Rapoport AM**. From the supplement editors *Headache*. 2005 April; 45(4):272

Bigal ME, Feleppa M, Tepper SJ, Sheftell FD, **Rapoport AM**, Lipton RB. "Headache Prevention Outcome and Body Mass Index." *Neurology* 64 2005 March; (Suppl 1) A132

Lipton RB, **Rapoport AM**, Tepper SJ, Sheftell FD, Bigal ME. "The Classification of Chronic Daily Headache in Adolescents." *Neurology* 64 2005 March; (Suppl 1) A133

Dahlof C, Aurora SK, Sheftell FD, **Rapoport AM**, Tepper SJ, Bigal ME. "Satisfaction with Current Migraine Therapy: Experience from 3 Centers in US and Sweden." *Neurology* 64 2005 March; (Suppl 1) A336

**Rapoport AM**, Mauskop A, Schwalen S, Wu S-C, Pfeil J. "Long Term Effectiveness of Topiramate for Migraine Prevention: Analyses of Open-Label, Extension Phase Data from Two Pivotal Studies." *Neurology* 64 2005 March; (Suppl 1) A336

Elkind A, Greenberg S, **Rapoport AM**, Finlayson G, Freitag F, Fisher A, Hulihan J. "Evolution to Sensitization and Allodynia: interim Results from AIMS: Axert® 12.5 mg Time vs Intensity Migraine Study." *Neurology* 64 2005 March; (Suppl 1) A348

Volcy M, Tepper SJ, **Rapoport AM**, Sheftell FD, Bigal ME. "Botulinum toxin A for the treatment of greater occipital neuralgia and trigeminal neuralgia: a case report with pathophysiological considerations." *Cephalgia* 2005; 26:336-340

Spierings EL, **Rapoport AM**, Dodick DW, Charlesworth B. "Acute Treatment of migraine with zolmitriptan 5 mg orally disintegrating tablet." *CNS Drugs* 2004; 18(15):1133-41

Leone M, May A, Franzini A, Broggi G, Dodick D, **Rapoport A**, Goadsby PJ, Schoenen J, Bonavita V, Bussone G. Deep brain stimulation for intractable chronic cluster headache: proposals for patient selection. *Cephalalgia* 2004; 24:934–937

Bigal ME, Lipton RB, Tepper SJ, **Rapoport AM**, Sheftell FD. "Primary chronic daily headache and its subtypes in adolescents and adults." *Neurology* 2004 Sep 14; 63(5):843-7

Bigal ME, **Rapoport AM**, Sheftell FD, Tepper SJ & Lipton RB. "Transformed migraine and medication overuse in a tertiary headache centre – clinical characteristics and treatment outcomes." *Cephalalgia* 2004 June; 24:483–490

**Rapoport A**; Bigal ME. "Preventive Migraine Therapy: What is New." *Neurological Sciences* (2004); 25:S177-S185. Review

**Rapoport A**; Bigal ME. "ID-Migraine." *Neurological Sciences* (2004); 24:S258-S260

**Rapoport A**; Uemura N; Wall A; Gawel M; Dodick D. "Zolmitriptan nasal spray demonstrates rapid nasal absorption (2 min), early CNS uptake (5 min) and early onset of efficacy (10 min) in the acute treatment of migraine." *European Journal of Neurology* 2004; EFNS 11 (Suppl. 2) 36-182

Bigal ME; Sheftell F; Tepper SJ; **Rapoport AM**; Lipton RB. "Migraine Days Decline with Duration of Illness in Adolescents with Transformed Migraine." *Headache* 2004 May; S151:520

Bigal ME; Lipton RB; **Rapoport AM**; Tepper SJ; Sheftell FD. "The Classification of Chronic Daily Headache in Adolescents and Adults." *Headache* 2004 May; S150:519-520

**Rapoport AM**; Tepper SJ; Sheftell FD; Bigal ME. "Levetiracetam in the Preventive Treatment of Transformed Migraine." *Headache* 2004 May; S144:517

Volcy M.; Arana A.; Isaza R.; Sepulveda D.; Motta M.; Saldarriaga A.; Alvarez J.; Pineda A.; Lopera F.; Bigal M.; **Rapoport A.** "Headache Characterization in Patients of Families with Hereditary Dementias." *Headache* 2004 May; S115:504-505

Volcy M.; Arana A.; Isaza R.; Sepulveda D.; Motta M.; Saldarriaga A.; Alvarez J.; Pineda A.; Lopera F.; Bigal M.; **Rapoport A.** "Headache Characterization in Patients of Families with Hereditary Dementias." *Headache* 2004 May; F40:481

Sheftell F.D.; Feleppa M.; Tepper S.J.; **Rapoport AM**; Bigal ME. "Adverse Events Associated with Triptans – Methods of Assessment Influence the Results." *Headache* 2004 May; F13:470

**Rapoport, A.**; Uemura N.; Wall A.; Gawel M.; Dodick D. "The Time Course of Zolmitriptan Nasal Spray: Rapid Nasal Absorption (2 minutes), Early CNS Uptake (5 minutes) and Early Onset of Efficacy (10 minutes)." *Headache* 2004 May; F2:466

**Rapoport AM**, Bigal ME, Tepper SJ, Sheftell FS. "Intranasal medications for the treatment of migraine and cluster headache." *CNS Drugs* 2004; 18(10):671-85

Prince PB, **Rapoport AM**, Bigal ME, Sheftell FD, Tepper SJ. "The Effect of Weather on Headache." *Headache* 2004 May; S135:513

Sheftell FD, Bigal ME, Tepper SJ, **Rapoport AM**. "Sumatriptan: a decade of use and experience in the treatment of migraine." *Expert Review of Neurotherapeutics* 2004 Mar; 4(2):199-209

Sheftell FD, Tepper SJ, **Rapoport AM**. "Analgesic use: a predictor of chronic pain in medication overuse headache: the Head-HUNT study." *Neurology* 2004 Feb 24; 62(4):677; author reply 677

**Rapoport AM**, Bigal ME, Tepper SJ, Sheftell FD. "Zolmitriptan (Zomig)." *Expert Review of Neurotherapeutics* 2004 Jan; 4(1):33-41

Bigal ME, Sheftell FD, **Rapoport AM**, Tepper SJ, Weeks R, Baskin SM. "MMPI personality profiles in patients with primary chronic daily headache: a case-control study." *Neurol Sci* 2003 Oct; 24(3): 103-10

Bigal ME, **Rapoport AM**, Bordini CA, Tepper SJ, Sheftell FD, Speciali JG. "Burden of migraine in Brazil: estimate of cost of migraine to the public health system and an analytical study of the cost effectiveness of a stratified model of care. *Headache* 2003 Jul-Aug; 43(7):742-54

**Rapoport AM**, Bigal ME. "Hemicrania continua: clinical and nosographic update." *Neurol Sci* 2003 May; 24 Suppl 2: S118-21

**Rapoport AM**, Bigal ME, Volcy M, Sheftell FD, Feleppa M, Tepper SJ. "Naratriptan in the preventive treatment of refractory chronic migraine: a review of 27 cases." *Headache* 2003 May; 43(5): 482-9

**Rapoport AM**, Bigal ME. "The clinical spectrum of migraine." *Compr Ther* 2003 Spring; 29(1): 35-42. Review

**Rapoport AM**, Tepper SJ, Bigal ME, Sheftell FD. "The triptan formulations: how to match patients and products." *CNS Drugs* 2003; 17(6): 431-47. Review

Bigal ME, Krymchantowski AV, **Rapoport AM.** "New developments in migraine prophylaxis." *Expert Opin Pharmacother* 2003 Apr; 4(4): 433-43. Review

Bigal ME, **Rapoport AM.** Lipton RB, Tepper SJ, Sheftell FD. "Assessment of migraine disability using the migraine disability assessment (MIDAS) questionnaire: a comparison of chronic migraine with episodic migraine." *Headache* 2003 Apr; 43(4): 336-42

Bigal ME, **Rapoport AM,** Sheftell FD, Tepper SJ. "New migraine preventive options: an update with pathophysiological considerations." *Rev Hosp Clin Fac Med* Sao Paulo. 2002 Nov-Dec; 57(6):293-8. Epub 2003 Feb 17. Review

Bigal ME, **Rapoport AM,** Camel M. "Cluster headache as a manifestation of intracranial inflammatory myofibroblastic tumor: a case report with pathophysiological considerations." *Cephalalgia* 2003 Mar; 23(2): 124-8

**Rapoport AM,** Bigal ME, Tepper SJ, Sheftell FD. "Treatment of cluster headache with topiramate: effects and side-effects in five patients." *Cephalalgia 2003* Feb; 23(1):69-70; author reply 70

Tepper SJ, Bigal ME, Sheftell FD, **Rapoport AM.** "Botulin Toxin A in the preventive treatment of refractory headache." *Neurology* 2003; 60 (suppl1) 323. The 2003 APS Abstract Database

Tepper SJ, Bigal ME, Sheftell FD, **Rapoport AM.** Botulin Toxin A in the preventive treatment of refractory headache. *The 2003 IHR seminars.* Copenhagen

**Rapoport AM,** Bigal ME, Volcy M, Sheftell FD, Feleppa M, Tepper SJ. "Naratriptan in the preventive treatment of refractory chronic migraine." *The 2003 IHR seminars.* Copenhagen

Sheftell FD, Bigal ME, **Rapoport AM,** Feleppa M, Tepper SJ. "Determinants of triptan preference in a tertiary care migraine population: patterns of use." *Neurology* 2003; 60 (suppl1) 237

Bigal ME, Sheftell FD, **Rapoport AM,** Tepper SJ, Fellepa M. "Triptan use in a migraineur population. Determinants of preference." *Neurology* 2003; 60 (suppl1) 170-171

**Rapoport AM,** Bigal ME, Volcy M, Sheftell FD, Feleppa M, Tepper SJ. "Naratriptan in the preventive treatment of refractory chronic migraine." *Neurology* 2003; 60 (suppl1) 254

Tepper SJ, Bigal ME, Sheftell FD, **Rapoport AM.** Botulin Toxin A in the preventive treatment of refractory headache. *Neurology* 2003; 60 (suppl1) 323

Prince PB, **Rapoport AM,** Bigal ME, Sheftell FD, Tepper SF. "The effect of weather on headache." *Neurology* 2003; 60 (suppl 5):513

Sheftell FD, Bigal ME, Tepper SJ, **Rapoport AM.** "Patterns of use of triptan in a tertiary care migraine population." *Headache* 2003; 43:534-535

Bigal ME, **Rapoport AM**, Sheftell FD, Tepper SJ, Lipton RB. "Correlation between the 1988 International Headache Society Diagnostic Criteria, the 2003 revised criteria, and the proposed revisions of criteria for chronic daily headache." *Headache* 2003; 43:509

**Rapoport AM**, Bigal ME, Tepper SJ, Sheftell FD. "Naratriptan in the preventive treatment of refractory chronic migraine." *Headache* 2003; 43:567-568

Tepper SJ, Bigal ME, Sheftell FD, **Rapoport AM**. "The effect of botulinum toxin on the disability of refractory headache." *Headache* 2003; 43:579-580

Sheftell FD, Bigal ME, **Rapoport AM**, Tepper SJ. "Tolerability and efficacy are related after triptan use." *Cephalalgia* 2003; 23:697

Bigal ME, Tepper SJ, **Rapoport AM**, et al. "Switching behaviors in longitudinal use of triptans." *Cephalalgia* 2003; 23:705

Sheftell FD, Bigal ME, Tepper SJ, **Rapoport AM**. "Patterns of use of triptans in a tertiary care migraine population." *Cephalalgia* 2003; 23:714

Tepper SJ, Bigal ME, Sheftell FD, **Rapoport AM**. "Botulinum toxin type A in the preventive treatment of refractory headache. Comparison between medication overuser and nonoveruser subgroups." *Cephalalgia* 2003; 23:715

**Rapoport AM**, Bigal ME, Volcy M, Sheftell FD, Feleppa M, Tepper SJ. "Naratriptan in the preventive treatment of refractory chronic migraine." *Cephalalgia* 2003; 23:751

Bigal ME, **Rapoport AM**, Lipton RB, Sheftell FD, Tepper SJ. "Evaluation of chronic daily headache – correlation between the International Headache Society and the Proposed Headache Classification for Chronic Daily Headache Systems." Presented at the 54th American Academy of Neurology Annual Meeting – Platform Presentation. *Neurology* 2002; 58:172

Bigal ME, Tepper SJ, Sheftell FD, **Rapoport AM**, Lipton RB. "Headache associated with medication overuse. Data from tertiary care." Presented at the 54th American Academy of Neurology Annual Meeting – Platform Presentation. *Neurology* 2002; 58170-171

Bigal ME, **Rapoport AM**, Camel M. Cluster headache as a manifestation of intracranial inflammatory pseudotumor. A case report with pathophysiological considerations. Presente d at the 54th American Academy of Neurology Annual Meeting - Poster. *Neurology* 2002; 58:287

Bigal ME, **Rapoport AM**, Lipton RB, Sheftell FD, Tepper SJ. "Burden of Migraine in Brazil 1: an Estimate of the Costs of Migraine to the Public Health System". Presented at the 44th American Headache Society Annual Meeting - Poster. *Headache* 2002; 42:419-420

Tepper SJ, Bigal ME, Sheftell FD, Lipton RB, **Rapoport AM**. "Burden of Migraine in Brazil 2: an Analytical Study of the Cost-Effectiveness of a Stratified Model of Care." Presented at the 44th American Headache Society Annual Meeting - Poster. *Headache* 2002; 42:426-427

**Rapoport AM,** Bigal ME, Lipton RB, Sheftell FD, Tepper SJ. "Assessment of Chronic Migraine Disability using the Migraine Disability Assessment Scale (MIDAS). A Comparison with Episodic Migraine." Presented at the 44th American Headache Society Annual Meeting - Poster. *Headache* 2002; 42:432

Sheftell FD, Bigal ME, **Rapoport AM,** Tepper SJ, Lipton RB. Clinical "Presentation of Chronic Daily Headache: Possible Differences Amongst Its Subtypes. Chronic Daily Headache: Identification of Factors Associated with Induction and Transformation." Presented at the 44th American Headache Society Annual Meeting - Poster. *Headache* 2002; 42:434

Bigal ME, Sheftell FD, **Rapoport AM,** Lipton RB, Tepper SJ. "Chronic Daily Headache: Identification of Factors Associated with Induction and Transformation." Presented at the 44th American Headache Society Annual Meeting – Platform Presentation. *Headache* 2002; 42:428

Bigal ME, Sheftell FD, **Rapoport AM,** Tepper SJ, Lipton RB. "Chronic daily headache: identification of factors associated with induction and transformation." *Headache* 2002 Jul-Aug; 42(7):575-81

Bigal ME, Tepper SJ, Sheftell FD, **Rapoport AM.** "Hemicrania continua: a report of ten new cases." *Arq Neuropsiquiatr* 2002 Sep; 60(3-B):695-8

Bigal ME, Sheftell FD, **Rapoport AM,** Lipton RB, Tepper SJ. "Chronic daily headache in a tertiary care population: correlation between the International Headache Society diagnostic criteria and proposed revisions of criteria for chronic daily headache." *Cephalalgia* 2002 Jul; 22(6):432-8

Tepper SJ, **Rapoport AM,** Sheftell FD. "Mechanisms of action of the 5-HT1B/1D receptor agonists." *Arch Neurol* 2002 Jul; 59(7):1084-8. Review

Bigal ME, **Rapoport AM,** Sheftell FD, Tepper SJ. "Long-term follow-up of patients treated for chronic daily headache with analgesic overuse." *Cephalalgia* 2002 May; 22(4):327-8; author reply 328

Bigal ME, Tepper SJ, **Rapoport AM,** Sheftell FD. "Hemicrania continua: comparison between two different classification systems." *Cephalalgia* 2002 Apr; 22(3):42-5

Tepper SJ, **Rapoport AM,** Sheftell FD. "Ethical considerations in cluster headache research." *Curr Pain Headache Rep* 2002 Feb; 6(1):47-51. Review

Saper J, Klapper J, Mathew N, **Rapoport A,** Phillips S, Bernstein J; for the Intranasal Civamide Study Group. "Intranasal Civamide for the Treatment of Episodic Cluster Headaches." *Archives of Neurology* 2002; 59:S990-994

**Rapoport A,** Ryan R, Goldstein J, Keywood C. "Dose Range-Finding Studies With Frovatriptan in the Acute Treatment of Migraine." *Headache* 2002; 42 (Suppl 2):74-83.

Bigal ME, **Rapoport AM,** Lipton RB, Tepper SJ, Sheftell FD. "Burden of Migraine In Brazil; An Estimate of the Costs of Migraine to the Public Health System." *Headache* 2002; 42:419-420

Tepper SJ, Bigal ME, Sheftell FD, **Rapoport AM,** Lipton RB. "Burden of Migraine In Brazil; An Analytical Study of the Cost Effectiveness of a Stratified Model of Care." *Headache* 2002; 42:426-427

**Rapoport AM**, Bigal ME, Lipton RB, Sheftell FD, Tepper SJ."Assessment of Chronic Migraine Disability Using the Migraine Disability Assessment Scale (MIDAS): A Comparison with Episodic Migraine." *Headache* 2002; 42:432

Bigal ME, Sheftell FD, **Rapoport AM**, Tepper SJ, Lipton RB. "Chronic Daily Headache: Identification of Factors Related to the Transformation from Episodic Headaches and the Development of New Daily Headaches." *Headache* 2002; 42:428

Wilson MF, **Rapoport AM**. "Chronic Daily Headache Improvement with Quetiapine: A Chart Review." *Headache* 2002 42:426

Sheftell FD, Bigal ME, Tepper SJ, **Rapoport AM**, Lipton RB. "Clinical Presentation of Chronic Daily Headache: Possible Differences Among Its Subtypes." *Headache 2002*; 42:434

Saper J, Diamond S., Matthew N., Wilks K, Lipton R, **Rapoport A**, Loder E, Philips S, Bernstein J "Intranasal Doxepin for the Treatment of Chronic Daily Headache." *Headache* 2002; 42:433-434

Bigal ME, Sheftell FD, **Rapoport AM**, Lipton RB and Tepper SJ. "Chronic daily headache in a tertiary care population correlation between the International Headache Society diagnostic criteria and proposed revisions of criteria for chronic daily headache". *Cephalalgia* 2002; 22:432-438

**Rapoport AM**. "Frovatriptan: pharmacological differences and clinical results." *Curr Med Res Opin* 2001; 17 Suppl 1: S68-70. Review

Blumenthal H, **Rapoport A**. "Clinical Spectrum of Migraine." *The Medical Clinics of North America*. July 2001; 85:897-909

**Rapoport A**. "Frovatriptan: Pharmacological Differences and Clinical Results." *Current Medical Research and Opinion* 2001; 17 (Suppl 1):68-70

Williams P, Dowson A, **Rapoport A**, Sawyer J. "The Cost Effectiveness of Stratified Care In the Management of Migraine." *Pharmacoeconomics* 2001; 19 (8):819-829

**Rapoport A**, Ryan R. "Speed and Duration of Antimigraine Effects for Zolmitriptan In Relation to the Time of Day." *Headache Quarterly, Current Treatment and Research* 2001; 12:27-31

Tepper S, **Rapoport A**, Sheftell F. "The Pathophysiology of Migraine." *The Neurologist* September 2001; 7; 5:279-285

**Rapoport A**. "The Sumatriptan Nasal Spray: A Review of Clinical Trials." *Cephalalgia* 2001; 21:13-15

Freitag F, Cady R, DiSerio F, Elkind A, Gallagher M, Goldstein J, Klapper J, **Rapoport A**, Sadowsky C, Saper J, Smith T. "Comparative Study of a Combination of Isometheptene Mucate, Dichloralphenazone With Acetaminophen and Sumatriptan Succinate In The Treatment of Migraine." *Headache* 2001; 41:391-398

**Rapoport A**, Williams P, Sawyer J, "Stratified Care: Cost-Efficient In the Management of Migraine." *Headache* 2000; 40:426

**Rapoport A**, Edmeads J. "Migraine-the Evolution of Our Knowledge." *Archives of Neurology* 2000; 57(8): 1221-1223

Millson D, Tepper S, **Rapoport A**. "Migraine Pharmacotherapy with Oral Triptans: A Rational Approach to Clinical Management." *Experimental Opinion in Pharmacotherapeutics* 2000; 1(3):391-404

**Rapoport A**, Lipton R, Williams P, Sawyer J. "Cost-Effectiveness of Stratified Care in the Management of Migraine." *Value in Health* 2000; 3(2):80

Loder E, **Rapoport A**, Marcus D, Cady R. "Controversies in Migraine Management." *Medical Crossfire* 2000; 2 (1):34-41

Walker B, Sheftell F, **Rapoport A**. "Primary Headache Disorders: An Overview for Primary Care Providers." *Surgical Physician Assistant* 1999; 5 (12):38-44

Dahlof C, **Rapoport A**, Sheftell F, Lines C.    "Rizatriptan in the Treatment of Migraine." *Clinical Therapeutics* November, 1999; 21 (11):1823-1836

Tepper S, **Rapoport A**. "The Triptans: A Summary." *CNS Drugs* 1999; 12 (5):403-417

Mauskop A, Farkkila M, Hering-Hanit R, **Rapoport A**, Warner J.    "Zolmitriptan is Effective for the Treatment of Persistent and Recurrent Migraine Headache." *Current Medical Research and Opinion* 1999; 15 (4):282-289

**Rapoport A**.   "Pharmacological Prevention of Migraine." *Clinical Neuroscience* 1998; 5:55-59

Adelman J, Brod A, Von Seggern R, Mannix L, **Rapoport A**. "Migraine Preventive Medications: a Reappraisal." *Cephalalgia* 1998 ; 18

**Rapoport A**, Keywood C. "The Dose Range Characteristics of Frovatriptan (VML251) a Potent Cerebroselective $5HT_{1B/1D}$ Agonist in the Acute Treatment of Migraine." *Cephalalgia* 1998; 18:384-385

**Rapoport A**, Adelman J. Cost of Migraine Management: A Pharmacoeconomic Overview." *American Journal of Managed Care* 1998; 4(1):700-714

Marks D, **Rapoport A**. "Diagnosis of Migraine." *Seminars in Neurology* 1997; 17:303-306

Marks D, **Rapoport A**. "Practical Evaluation and Diagnosis of Headache." *Seminars in Neurology* 1997; 17: 307

**Rapoport A**. "Achieving Meaningful Relief from Migraine with Zomig." *Cephalalgia* 1997; 17:464-465

**Rapoport A**, Ramadan N, Adelman J, Mathew M, Elkind A, Kudrow D, Earl N. "Optimizing the Dose of Zolmitriptan (Zomig,* 311C90) for the Acute Treatment of Migraine." *Neurology* 1997; 49:1210-1218

**Rapoport A**, Ward R, Katz D, Sheftell F. "Zolmitriptan ('Zomig'): Rapid Onset of Migraine Relief." *Cephalalgia* May, 1997; 17(3):422

**Rapoport A**, Sheftell F. "Intranasal Medications for the Treatment of Migraine and Cluster Headache." *CNS Drugs* January, 1997; 7(1):37-46

Queiroz L, **Rapoport A**, Weeks R, Sheftell F. "Characteristics of Migraine Visual Aura." *Headache* 1997; 37: 137-141

**Rapoport A**. "Migraine with Aura and Migraine without Aura: Distinct Clinical Entities?" *Cephalalgia* 1996; 16:215-216

**Rapoport A**. "Acute Migraine: Which Treatment Approach is Best for Your Patient?" *A Special Report: Special Challenges for the Management of Acute Pain* October, 1996

Queiroz LP, Weeks R, **Rapoport A**, Sheftell F, Baskin S, Siegel S. "Early and Transient Side Effects of Repetitive Intravenous Dihydroergotamine." *Headache* 1996; 36:291-294

**Rapoport A**, Saper J, Silberstein S, Gutierrez-Esteinou R, Su HL, Grebb J, O'Brien B. "Effects of ascending subcutaneous doses or R091274 in patients experiencing a migraine headache." Janssen Research Foundation, *Clinical Research Report* (ALN-USA-1), January 17, 1996

**Rapoport A**, Stang P, Gutterman D, Cady R, Markley H, Weeks R, Saiers J, Fox A. "Analgesic Rebound Headache in Clinical Practice: Data from a Physician Survey." *Headache* 1996; 36:14-19

**Rapoport A**, Cady R, Matthew N, et al. "Optimizing the Oral Dose of 311C90 in the Acute Treatment of Migraine." *Cephalalgia* 1995; 15 (suppl 14):221

Rederich G, **Rapoport A**, Cutler N, Hazelrigg R, Jamerson B. "Oral Sumatriptan for the Long-Term Treatment of Migraine: Clinical Findings." *Neurology* 1995; 45 (suppl 7) August: S15-S20

**Rapoport A**, Weeks R, Baskin S, Sheftell F. " Inpatient Headache Treatment : Analysis of Outcome Post-Discharge." *Neurology* April 1995; 45 (suppl 4): A379

**Rapoport A**, "For Dihydroergotamine Nasal Spray Multicenter Investigators. Efficacy, Safety, and Tolerability of Dihydroergotamine Nasal Spray as Monotherapy in the Treatment of Acute Migraine." *Headache* 1995; 35:177-184

Mathew N, Saper J, Silberstein S, Rankin L, Markley H, Solomon S, **Rapoport A**, Silber C, Deaton R. "Migraine Prophylaxis with Divalproex." *Arch Neurology* March 1995; 52:281-286

Queiroz L, **Rapoport A**, Weeks R, Sheftell F. "A Close Look at Migraine with Aura in a Headache Center." *Cephalalgia* September 1995; 15 (suppl 14):274

Queiroz L, **Rapoport A**, Weeks R, Sheftell F. "Early and Transient Side Effects of Repetitive Intravenous Dihydroergotamine." *Headache* May 1995; 35:294

**Rapoport A**, Visser W, Cutler N, Alderton C, Paulsgrove L, Davis R, Ferrari M. "Oral Sumatriptan in Preventing Headache Recurrence after Treatment of Migraine Attacks with Subcutaneous Sumatriptan." *Neurology* 1995; 45:1505-1509

**Rapoport A**. "Update on Severe Headache with a Focus on Migraine." Supplement Editor, *Neurology* 1994; 44 (suppl 3): S5-S28

Sheftell F, Weeks R, **Rapoport A**, Siegel S, Baskin S, Arrowsmith F." Subcutaneous Sumatriptan in a Clinical Setting: The First 100 Consecutive Patients With Acute Migraine in a Tertiary Care Center." *Headache* 1994; 34:67-72

**Rapoport A**. "Recurrent Migraine: Cost-Effective Care." *Neurology* 1994; 44 (suppl 3): S25-28

Marks D, **Rapoport A**, Padla D, Weeks R, Rosum R, Sheftell F. "A Double-Blind, Placebo-Controlled Trial of Intranasal Capsaicin for Cluster Headache." *Cephalalgia* 1993; 12:114-16

Alan M. Rapoport, M.D.                                                19

**Rapoport A.** "Case Study: A 43-Year-Old Woman with Intractable Headache." *Neurology Reviews,* July/August 1993:19

Siegel S, **Rapoport A**, Sheftell F. "Management of Primary Headache Disorders." *Contemporary Internal Medicine* 1993; 5:19-31

Marks D, **Rapoport A.** " Cluster Headache Syndrome: Ways to Abort or Ward Off Attacks." *Postgraduate Medicine* 1992; 91: 96-104

Mathew N, Dexter J, Couch J, Flamenbaum W, Goldstein J, **Rapoport A**, Sheftell F, Saper J, Silberstein S, Solomon S, Welch KMA. "Dose Ranging Efficacy and Safety of Subcutaneous Sumatriptan in the Acute Treatment of Migraine." *Arch Neurol.,* 1992 49:1271-6

**Rapoport A**. "The Diagnosis of Migraine and Tension-Type Headache, Then and Now." *Neurology* 1992; 42 (suppl 2):11-15

Marks D, **Rapoport A**, Padla D. "A Double-Blind, Placebo-Controlled Trial of Intranasal Capsaicin for Cluster Headache." *Headache* 1992 May; 32 (5):256

**Rapoport A**, Silberstein S. "Emergency Treatment of Headache." *Neurology* 1992; 42 (suppl 2):43-44

Sheftell F, Silberstein S, **Rapoport A.** "Drug Treatments for Chronic Headache." *Physician Assistant*, 1992; 16:53-66

Silberstein S, Sheftell F, **Rapoport A**, Rosum R. "Migraine and Women: Diagnosis, Pathophysiology and Treatment." *Journal of Women's Health*, 1992; 1:5-19

Sheftell F, Silberstein S, **Rapoport A.** "Drug Treatments for Chronic Headache." *Drug Therapy* 1992; 22: 47-59

**Rapoport A**. "Headache Treatment Issues in Managed Care Settings." *Managed Care.* 1992

**Rapoport A**, Sheftell F. "The Proper Use of Analgesics: Implications for Headache Treatment." Monograph: American Association for the Study of Headache, 1991

Sheftell F, **Rapoport A**, Kudrow L. "Efficacy of Cranial Electrotherapy Stimulation in the Prophylactic Treatment of Migraine and Chronic Muscle Contraction Headaches." *Cephalalgia* 1989; 9 (suppl 10)

**Rapoport A**, Sheftell F, Gordon B. "Successful Treatment of Migraine with Anticonvulsant Medication in Patients with Abnormal EEG." *Headache* 1989; 29:309

Friedman A, Sheftell F, **Rapoport A.** "Fiorinal with Codeine in the Treatment of Tension Headache: The Contribution of Components to the Combination Drug." *Clinical Theraputics* 1988; 10, 3

**Rapoport A**. "Analgesic Rebound Headache." *Headache* 1988; 28:662-665

Weeks R, **Rapoport A**. "A Critical Look at Reliability of Headache Diagnosis." *Annals of Neurology* 1987; 22;1

**Rapoport A**, Weeks R, Sheftell F, Baksin S and Verdi J. "The Analgesic Washout Period: A Critical Variable in the Evaluation of Headache Treatment Efficacy." *Neurology* 1986; 36 (suppl 2):100-101

Alan M. Rapoport, M.D.                                              20

**Rapoport A**, Sheftell F, Altemus M.  "Correlations of Facial Thermographic Patterns and Headache Diagnosis." In: Abernathy, M, et al, and eds. *Medical Thermology*. Hanover, PA: Sheridan Press, 1986

Baskin S, **Rapoport A**, Weeks R, Sheftell F. "The Effect of Naproxen Sodium on Menstrual Migraine." *Headache* 1985; 25:164

**Rapoport A**, Sheftell F, Weeks R. and Baskin S, "Analgesic Rebound Headache: Theoretical and Practical Implications." *Cephalalgia* 1985; 5 (suppl 3), 448-449

Weeks R, Verdi J, Baskin S, **Rapoport A**, Sheftell F.  "Reliability of Headache Diagnosis: An International Prospective." *Cephalalgia* 1985; 5 (suppl 3), 434

**Rapoport A**, Sheftell F, Baskin S, Weeks R.  "Headache in Later Life."  *Keeping Current in the Treatment of Headache* 1984; 3: 3-11

Sheftell F, **Rapoport A**, Weeks R, Arrowsmith F, Kontaxis C, Baskin S.  "Nimotop in the Prevention of Mixed Headache Disorders. Nimodipine: Pharmacological and Clinical Properties."  *Proceedings of the First International Nimotop Symposium*, 1984; 445-452

**Rapoport A**, Weeks R, Baskin S, Sheftell F.  "Analgesic Rebound Headache."  *Proceedings of the Twelfth Meeting of the Scandinavian Migraine Society* 1983; 37-38

Weeks R, Sheftell F, **Rapoport A**, Arrowsmith F. "A Comparison of MMPI Personality Data and Frontalis Electromyographic Readings in Two Groups of Daily Headache Sufferers." *Headache* 1983; 23: 83-85

**Rapoport A**, Sheftell, and Baskin S. "Geriatric Headaches." *Geriatrics* 1983; 38: 81-87

**Rapoport A**, Sheftell F, Weeks R and Baskin S.  "Kopfschmerzen Durch Analgetika."  (Analgesic Rebound Headache). *Diagnostik* 1983; 16: 21-25

Kosten T, **Rapoport A**.  "Left Thalamic Hemorrhage and Aphasia." *Connecticut Medicine*  1982; 46:11, 633-635

Engel M, Hecht H, **Rapoport A**.   "Progressive Dyskinesia Due to Internal Cerebral Vein Thrombosis." *Neurology*  1982; 32:7, 769-772

**Rapoport A**, Sheftell F, Baskin S.  "Chronic Paroxysmal Hemicrania: Case Report of the Second Known Definite Occurrence in a Male." *Cephalalgia* 1981; 1 67-69

**Rapoport A**, and Falvey C.  "Post Traumatic Headache Caused by Hematoma of the Corpus Callosum." *Headache* 1980; 20:5, 279-281

Schwartzman R, Engel W, **Rapoport A**.   "Criteria for the Prednisone Treatment of Idiopathic Neuropathy." *Neurology* 1977; 27:4, 364

Makoyo Z, **Rapoport A**, Fleming R. "Moya-Moya Disease in Black Adults." *Archives of Neurology* 1977; 34:2, 130

**Rapoport A**, Guss S. "Dapsone Neuropathy." *Archives of Neurology* 1972; 22:8, 184-85

Jaffe R, **Rapoport A**, Schlaiffer L.  "The Use of Pharmacologic Techniques in the Confirmation of the Isoelectric EEG." *Electroencephalography and Clinical Neurophysiology* 1970; 29:411

**Rapoport A**, Stempack J. "Ultrastructure of the Venal Horn Cell of the Albino Rat." *The Anatomical Record* 1968; 161 (3): 371-376

Two abstracts on a similar topic (as listed above) in *The Anatomical Record*, April, 1965 and 1966

## Presented Posters (Partial List):

**Rapoport AM**, Finlayson G, Freitag FG, Fisher A, Mao Lian, Wright P, Greenberg S. "Spectrum of Headache Pain Intensities at Treatment Intervention: Outcome Observations from the AIMS and AEGIS Early Intervention Studies." Presented ath the 58th Annual Meeting of the American Academy of Neurology (AAN), San Diego, CA, 1-8 April 2006.

Dahlof C, Aurora SK, Sheftell FD, **Rapoport AM**, Tepper SJ, Bigal ME. "Satisfaction with Current Migraine Therapy: Experience from 3 Centers in US and Sweden." Presented at the 57th Annual Meeting of the American Academy of Neurology, Miami, FL, 9-16 April 2005.

**Rapoport AM**, Mauskop A, Schwalen S, Wu S-C, Pfeil J. "Long Term Effectiveness of Topiramate for Migraine Prevention: Analyses of Open-Label, Extension Phase Data from Two Pivotal Studies." Presented at the 57th Annual Meeting of the American Academy of Neurology, Miami, FL, 9-16, April 2005.

Elkind A, Greenberg S, **Rapoport AM**, Finlayson G, Freitag F, Fisher A, Hulihan J. "Evolution to Sensitization and Allodynia: interim Results from AIMS: Axert® 12.5 mg Time vs Intensity Migraine Study." Presented at the 57th Annual Meeting of the American Academy of Neurology, Miami, FL, 9-16, April 2005.

**Rapoport A**, Uemura Naoto, Wall A, Gawel M, Dodick D. "The Time Course of Zolmitriptan Nasal Spray: Rapid Nasal Absorption (2 Minutes), Early CNS Uptake (5 Minutes) and Early Onset of Efficacy (10 Minutes)." Presented at the Third Congress of Headache Care for Practicing Clinicians, Lisbon, Portugal, 1-3 October, 2004.

Lee David, Abu-Shakra S, **Rapoport A.** "Zolmitriptan offers a range of formulations that provide Consistent efficacy and Increased treatment options." Presented at the IHC Meeting, New York, NY June 28th -July 2nd 2001.

Saper J, **Rapoport A.** "Consistency of Response of Zolmitriptan During Short-Term and Long-Term Treatment." Presented at The 14th Annual Practicing Physician's Approach to the Difficult Patient. February 2001, Palm Springs, California

**Rapoport A**, Lipton R, Williams P, Sawyer J. "Cost-Effectiveness of Stratified Care in the Management of Migraine." Presented at the 5th Annual International Meeting of the International Society for Pharmacoeconomics and Outcomes Research, 21-24 May 2000, Alexandria, VA.

**Rapoport A**, Ryan R. "Zolmitriptan Provides Rapid and Sustained Relief of Migraine Headache." Presented at the 9th International Headache Society Congress, 22-26 June 1999, Barcelona, Spain.

**Rapoport A**, Sheftell F, Watson C, Pait D, O'Quinn S, Winter P. "Low Headache Recurrence with Naratriptan: Clinical Parameters Related to Recurrence." Presented at the Diamond Headache Course, July 1998, Orlando, FL.

**Rapoport A**, Adelman J. "Consistent Efficacy Across and Within Patients Treated with 2.5 or 5 mg Zolmitriptan (ZOMIG™)." Presented at the 50th Annual Meeting of the American Academy of Neurology, 25 April-2 May 1998.

Taylor F, **Rapoport A**. "Lack of Impact of Gender, Age, and Renal Failure on Zolmitriptan, an Acute Treatment for Migraine." Presented at the 50th Annual Meeting of the American Academy of Neurology, 25 April-2 May 1998.

## Presentations (Partial List):

"Pharmacological Management of Migraine" -Presented at the New York-Presbyterian University Hospital of Columbia and Cornell Meeting on Advances and Innovations in Headache Management, New York, September 9, 2000.

"Clinical Overview of Sumatriptan" -Presented to the World Congress of Neurology (WCN), Buenos Aires, September 16, 1997.

"Migraine Disability" -Presented to the World Congress of Neurology (WCN), Buenos Aires, September 15, 1997.

"Prevention of Migraine" -Presented at a course on headache at the World Congress of Neurology (WCN), Buenos Aires, September 14, 1997.

"Zolmitriptan: Clinical Properties" -Presented to the International Headache congress (IHC), Amsterdam, June 10, 1997.

"Preventive Treatment of Migraine" -Presented to the Practicing Physician's Approach to the Difficult Headache Patient, Rancho Mirage, California, February 22, 1997.

"Chronic Daily Headache" -Presented to the Brazilian Headache Society Annual Scientific Meeting, Riberao Preto, Brazil, May 1997.

"Chronic Daily Headache" -Presented to NYU Headache Management Symposium, New York, New York, March 16, 1997.

"Chronic Daily Headache" -Presented to Grand Rounds at the Brigham and Women's Hospital, Boston, Massachusetts, July, 1996.

"Refractory Headaches"-Presented to the Eighth Annual Symposium on Treatment of Headaches and Facial Pain, New York Headache Foundation, The New York Marriott East Side, New York, New York, April 14, 1996.

"Evaluating Inpatient and Outpatient Treatment of the Headache Patient: A Pharmacoeconomic Analysis" -Presented to NMHCC's Headache Care Management Conference, Atlanta, Georgia, December 13, 1996.

"Chronic Daily Headache" -Presented to Grand Rounds in the Department of Neurology, Dartmouth-Hitchcock Medical Center, West Lebanon, New Hampshire, October 20, 1995.

"Chronic Daily Headache" -Presented at the Pan American Congress of Neurology in Guatemala City, October 13, 1995.

**Rapoport A**, Weeks R, Baskin S, Sheftell F.  "Inpatient Headache Treatment: Analysis of Outcome Post-Discharge" -Presented at the American Academy of Neurology Annual Meeting, Seattle, Washington, April 1995.

Forum: Analgesic Overuse in Headache: Strategies for Treatment (Moderator), and Chairman of the conference entitled, "Symposium: Current Advances in the Treatment of Headache,"- Presented by the Headache Consortium of New England (HCNE), at Stowe, Vermont, March 5, 1994.

"Cerebrovascular Disease and Headache," presented at a course entitled The Practicing Physician's Approach to the Difficult Headache Patient, Marriott's Rancho Las Palmas Resort and Country Club, Rancho Mirage, California, February 23-27, 1994.

"Sex Hormones and Headache" - Presented to Grand Rounds in the Department of Obstetrics and Gynecology of The Massachusetts General Hospital, Boston,  Massachusetts, Thursday, February  17, 1994.

"Effective Diagnosis and Treatment of Headaches" -Presented at the Colorado Scientific Meeting sponsored by the American College of Physicians in association with the Colorado Society of Internal Medicine, Broadmore Hotel, Colorado Springs, Colorado, February 3-5, 1994.

"Headache Update, 1994" - Presented to Grand Rounds in the Department of Medicine of the New Britain Hospital, New Britain, Connecticut, January, 1994.

"Diagnosis and Treatment of Headache, 1993," Presented to Grand Rounds in the Department of Neurology, Dartmouth-Hitchcock Medical Center, West Lebanon, New Hampshire, October, 1993.

Chairman of the Conference entitled Advances in Headache Diagnosis and Treatment.   "The Pharmacologic Treatment of Headache" -Presented by the Headache Consortium of New England (HCNE) at Sturbridge Village, Massachusetts, May 1993.

Marks D, **Rapoport A**, Sheftell F, Padla D, Weeks R, Rosum R, Arrowsmith F.  A Double Blind Placebo Controlled Trial of Intranasal Capsaicin for Cluster Headache.  Presented at the Annual Scientific Meeting of the American Association for the Study of Headache.  Toronto, Canada, June 1992  and published in the journal, *Cephalalgia* 1993.

"Daily Chronic Headache and Analgesic Rebound" -Presented at a program entitled Headache Management, A Comprehensive Update. Sponsored by the New York University Post-Graduate Medical School, New York University Medical Center, New York, New York, September 26, 1992.

Moderator of Symposium on Analgesic Rebound Headache and Chairman of the Conference entitled, "Update on the Pathophysiology and Treatment of Headache," - Presented by the Headache Consortium of New England (HCNE) at Bretton Woods, New Hampshire, October 5, 1991.

"Diagnosis and Treatment of Headache and Proper Use of Medical Services" - Presented to Travelers Insurance Corporation, Wallingford, Connecticut, September 19, 1991.

"Diagnosis and Treatment of Headache, 1991" - Grand Rounds at the New Britain General Hospital, on May 23, 1991.

"Analgesic Rebound Headache" - Presented to the Headache and Pain staff of the Upper Valley Medical Center in Troy, Ohio, on May 16, 1991.

"Analgesic Rebound Headache - The Misuse of Good Medicine" - Presented at Advances in Medicine by the 25-year class of the College of Medicine of the State University of New York at the Health Science Center in Brooklyn, New York on May 11, 1991.

"Migraine, 1991: Diagnosis, Scientific Basis and Treatment," presented at Neurology Grand Rounds at the University of Alabama School of Medicine in Birmingham, Alabama on April 17, 1991.

"The Overuse of Medication in the Chronic Headache Sufferer" - Presented at the Houston Headache Symposium, Houston, Texas, March 23, 1991.

Concluding Remarks on Analgesic Rebound Headache in Children - Presented at the International Juvenile Headache Congress (3rd IHS International Pediatric Symposium, Rome, March 6-9, 1991 at the Rome Cavalieri Hilton Hotel).

Grand Rounds Speaker, "New Advances in Migraine Diagnosis and Treatment"  Charlotte Hungerford Hospital. December 7, 1990.

Lecturer, Mechanisms and Management of Headache.  Washington, D.C., November 2, 3, 4, 1990.

Lecturer in Public Symposium on Chronic Daily Headache, Headache 1990. Sponsored by ACHE (American Council on Headache Education), in Baltimore, MD, November 1, 1990.

"Analgesic Abuse in Chronic Headache" -Presented at the Thirty Second Annual Scientific Meeting of the American Association for the Study of Headache.  Los Angeles, California, June, 1990.

Isler, H., Rapoport, A.  Wilkinson, M.  Poster on Dangerous Headache.  Presented at Migraine Trust, London, UK, September, 1990.

Moderator, "The Proper Use of Analgesics:  Use Versus Abuse" -Presented in Symposium at the American Association for the Study of Headache Winter Course - Headache:  Changing Perspectives and Controversies. Scottsdale, Arizona, February, 1990.

"Clinical Causes of Dangerous Headaches" -Presented at the Swiss Society for the Study of Headache. Solothurn, Switzerland, December 2, 1989.

"Changes in Topographic Mapping of EEGs and Flash Visual Evoked Potentials during Attacks of Migraine" -Presented at the Thirty-First Annual Scientific Meeting of The American Association for the Study of Headache, Boston, MA., June, 1989.

"The Successful Treatment of Headache Patients Who Have Cortical Irritability on Their EEG with Anticonvulsant Medication" -Presented at the Thirty-First Annual Scientific Meeting of The American Association for the Study of Headache, Boston, MA, June, 1989.

"Substance Abuse in Headache and Drug Induced Headaches" -Presented in a workshop of The American Association for the Study of Headache Course: Headache: Changing Perspectives and Controversies. Scottsdale, Arizona, January, 1989.

"Topographic Mapping In Headache and Migraine" -Presented in a symposium on Topographic Mapping of EEG and Evoked Potentials: Fundamentals and Clinical Applications.  Municipal Hospital Slotervaart, Amsterdam, The Netherlands, November, 1988.

"New Dimensions in the Pharmacotherapy of Migraine" -Presented in a seminar entitled Headache: New Dimensions in Evaluation and Management.  Neurological Sciences Center, Good Samaritan Hospital & Medical Center, Portland, Oregon, September, 17, 1988.

Rapoport, A., Gordon, B. - "The P300 Response in Post Head Trauma Patients" -Presented at the American Association for the Study of Headache, 30th Annual Scientific Meeting, San Francisco, CA, June, 1988.

"Analgesic Rebound" -Paper presented at the Annual Meeting of the Canadian Society of Hospital Pharmacists Association, Banff, Alberta, March 1988.

Rapoport, A., Gordon, B. - "Topographic Analysis of P300 in Normals and Post Head Trauma Syndrome Patients" -Paper presented at the Annual Meeting of Neurological and Psychiatric Application for Topographic Brain Mapping, Ft. Meyers, Florida, February, 1988.

"Analgesic Rebound Headache" -Paper presented at a Symposium on Drugs and the Chronic Headache Patient: Use, Misuse and Abuse.  Toronto, Ontario, January, 1988.

Lecturer in a course on "Headache Diagnosis." The American Academy of Neurology (AAN) Meeting, New York, 1987.

Weeks R, **Rapoport A.** –A Critical Look at Reliability of Headache Diagnosis" -Poster presented at American Neurological Association meeting (ANA), San Francisco, California, 1987.

**Rapoport A**, Sheftell F, Weeks R, and Baskin S. "The Utility of Facial Thermography in Headache Diagnosis." Paper presented at the Annual   Meeting of the American Association for the Study of Headache, Chicago, Illinois, June, 1986.

**Rapoport A**, Weeks R, Sheftell F, Baskin S. - "The 'Analgesic Washout Period': A Critical Variable in the Evaluation of Headache Treatment Efficacy."  Paper presented at the Annual Meeting of the American Academy of Neurology (AAN), New Orleans, Louisiana, April, 1986.

**Rapoport A**, Weeks R, Sheftell F, et al. "Analgesic Rebound Headache:  Theoretical and Practical Implications. " Presented at the Second International Headache Congress (IHC).  Copenhagen, Denmark, June, 1985.

Discussant on "Radio Frequency Trigeminal Ganglio- lysis in the Treatment of Chronic Intractable Cluster Headache", by Ninan Mathew, et al.  at The American Association for the Study of Headache Annual Meeting, New York, June, 1985.

Discussant on "Monocyte Population Increase in Cluster Headache": A New Immunological Aspect", by Giacovazzo, et al.  At The American Association for the Study of Headache Annual Meeting, New York, June 1985.

Discussant on "The Treatment of Intractable Chronic Cluster Headache", by Seymour Diamond, et al.  At The American Association for the Study of Headache Annual Meeting, New York, June, 1985.

**Rapoport A**, et al.  "Analgesic Rebound Headache."  Presented at The American Association for the Study of Headache Meeting, San Francisco, California, June, 1984.

Lecturer on "Therapeutic Aspects of Intractable Headache"  at the Annual Course of The American Association for the Study of Headache Meeting, San Francisco, California, June, 1984.

Alan M. Rapoport, M.D.                                    26

Lecturer on "Correlation of Facial Thermographic Patterns and Headache Diagnosis" at the Annual Meeting of the American Academy of Thermography, Los Angeles, California, June, 1984.

Sheftell F, **Rapoport A**, Weeks R, Arrowsmith F, Kontaxis C, Baskin S. " Nimotop in the Prevention of Mixed Headache Disorders:  A Preliminary Report."  Bayer International Symposium on Nimodipine, Munich, Germany, February, 1984.

**Rapoport A**, Sheftell F, Weeks R, Baskin S. "Analgesic Rebound Headache".  Proceedings of the 12th Annual Meeting of the Scandinavian Migraine Society, Helsinki, 37-38, 1983.

**Rapoport A**, Baskin S. "Differential Diagnosis of Headache." Presented at the Biofeedback Society of New York Conference on Headache in New York, November 12, 1983.

**Rapoport A.** et al. "Analgesic Rebound Headache."  Presented at the First International Headache Congress (IHC) Meeting, Munich, Germany, September, 1983.

**Rapoport A.** et al. "Analgesic Rebound Headache."  Presented at the Scandinavian Migraine Society Meeting, Helsinki, Finland, June 1983.

**Rapoport A.** et al. "Analgesic Rebound Headache."  Presented at the University of Munich Headache Symposium, Munich, Germany, September 28-29, 1982.

"Rapid Evolution of Brain Abscess Documented by Serial CT Scanning."  Presented at Society for Computerized Tomography and Neuro-Imaging, January 28, 1981.

"CT Correlates of Acute Optic Neuritis."  Presented at Society for Computerized Tomography and Neuro-Imaging, November 7, 1979.

"Dysphasia Caused by Left Thalamic Hemorrhage Diagnosed by Computerized Tomography."  Presented at Society of Computerized Tomography and Neuro-Imaging, November 1, 1978.

**Rapoport A**, Solomon G, Fleming R. "Successful Medical Management of Internal Cerebral Vein Thrombosis."  Presented at the Proceedings of the Fourth Pan American Congress of Neurology, Mexico City, October, 1975.

"Significance of 'Borderline' EEGs in Irreversible Coma."  Presented at Meeting of Eastern Association of Electroencephalographers, February, 1972.

*12-09-07*