# Exhibit 50

## EXPERT REPORT OF Dr. MICHAEL J. McLEAN

## BACKGROUND AND QUALIFICATIONS:

My name is Michael J. McLean, M.D., Ph.D. I am currently an Associate Professor of Neurology at Vanderbilt University Medical Center in Nashville, Tennessee. I am also a board-certified Neurologist licensed to practice medicine in the state of Tennessee.

I received a Bachelor's degree in Biology from the University of Chicago (Chicago, Illinois) in 1970. I completed training in the combined M.D./Ph.D. Program at the University of Virginia (Charlottesville, Virginia). The degree of Ph.D. in Physiology was conferred in 1976 and the M.D. degree was conferred in 1978. I trained in Internal Medicine at Vanderbilt University Medical Center from 1978-1980 and then completed residency training in Neurology at the University of Michigan Hospital (Ann Arbor, Michigan; 1980-1983). I have been in the Department of Neurology at Vanderbilt University since 1986. The chronology of postdoctoral training and academic appointments appears in my *curriculum vitae* (see appendix).

My laboratory research has involved the study of antiepileptic drug mechanisms of action and the potential for using magnetic fields in the treatment of epilepsy and pain. I have been involved in clinical trials of antiepileptic drugs. I currently am evaluating potential therapeutic effects of static magnetic field devices in patients with epilepsy. My clinical practice predominantly includes epileptic patients and patients with refractory neuropathic pain.

I have published manuscripts in such peer-reviewed, basic science and epilepsy journals as the *Journal of Pharmacology and Experimental Therapeutics*, the *European Journal of Pharmacology*, *Epilepsy Research* and *Epilepsia*. Some of my dissertation research was published in *Science*, one of the most respected journals in science and medicine. I was also co-author of a consensus guidelines in the *Mayo Clinic Proceedings* concerning treatment of diabetic neuropathic pain. Cellular electrophysiological studies in my laboratory have included the use of the following antiepileptic drugs: phenytoin; carbamazepine and its active epoxide metabolite; valproic acid and its trans-2-en metabolite; topiramate; gabapentin; pregabalin; and, investigational antiepileptic drugs, including rufinamide, MK-801, remacemide, ralitoline and memantine.

I have been involved in clinical studies of gabapentin that resulted in publications in peer-reviewed journals and epilepsy textbooks. I was a subinvestigator in the pivotal US trial of gabapentin as add-on therapy in refractory partial epilepsy. I was one of several principal investigators of a large, open-label, multi-center, phase IV study of gabapentin, known as STEPS. I was first author on a publication in the journal *Epilepsia* in 1999 concerning the safety and tolerability of gabapentin. I was co-author of a manuscript published in the journal *Seizure* in 2000 concerning efficacy of gabapentin. I have authored or co-authored five invited reviews of clinical aspects of gabapentin use and four book chapters. My CV lists my publications and further reflects my background.

I have lectured nationally and internationally at epilepsy society meetings about cellular mechanisms of action and clinical features of antiepileptic drugs and about treatment of

neuropathic pain with antiepileptic drugs.  I have been an *ad hoc* grant reviewer for the National Institutes of Health (Epilepsy Branch of National Institute for Neurological Disease and Stroke and National Centers for Complementary and Alternative Medicine). Also, I have reviewed manuscripts for a number of peer-reviewed journals such as *Epilepsia, Neurology, Journal of Pharmacology and Experimental Therapeutics, Epilepsy Research, European Journal of Pharmacology*, et al.

I am being compensated at a rate of $450 per hour for this review. All of the opinions set out herein are stated to a reasonable degree of medical/scientific certainty.  I have not testified as an expert witness in the past four years.

## **INTRODUCTION:**

It is my opinion that gabapentin at doses greater than 1800 mg/d can be effective in treating patients for epilepsy or pain for whom the medicine is not effective, or is less effective, at lower doses. I base this conclusion on my years of clinical experience prescribing gabapentin, the experience of my colleagues, the research I have done and a review of the medical literature.

I have been asked to review and comment on the expert report of Brian Alldredge, PharmD, in which he addresses the question, "Is there evidence for enhanced efficacy of gabapentin at doses $\geq$ 1800 mg per day?" In answering in the negative, he considers dose proportional efficacy primarily from a regulatory, as opposed to a clinical, perspective. This perspective has limited application in clinical practice.

The primary purpose of dose-response analysis of the type discussed by Dr. Alldredge is to support an approval for marketing, <u>not</u> to determine what dose physicians should prescribe in treating individual patients in real-life clinical practice. Proper dosing of gabapentin is a complex and highly individualized matter because this medicine's pharmacokinetics are such that the absorption is non-linear over a range of doses, and further the rate and amount of absorption can differ significantly between individuals. Therefore, the clinical trials provide a range of doses in which efficacy for individual patients can be expected to occur; however, dose proportionality in such studies cannot predict the most effective dose for every single patient.

Furthermore, gabapentin is reported to be associated predominantly with mild-to-moderate adverse events (e.g., somnolence and dizziness) and no known organ toxicities, life threatening or otherwise. Gabapentin is often selected for patients with organ transplants because of this margin of safety. As such, it is good medical practice to titrate to maximal efficacy. This practice is also appropriate for dosing gabapentin because it is so difficult to determine *a priori* how well an individual patient will absorb gabapentin and hence what dose will lead to the greatest efficacy.

As set out below, the implication by Dr. Alldredge that dose-proportional efficacy is the principal determinant of dosing for individual patients in clinical practice is a fallacy that ignores the challenges of clinical practice. His argument that group-averaged data from randomized, placebo-controlled clinical trials have established and delimited the useful

range of doses in clinical practice is also a fallacy and misses the point. In the clinical setting, dosing does not involve forced titration, as is commonly done in studies designed to demonstrate dose proportionality. Instead, doses are tailored to the individual patient. Optimization on an individual basis is the rule for gabapentin. Having confidence in the broadly recognized safety of gabapentin, the tactical question facing prescribers is, "What is the highest tolerable dose necessary to treat my patient effectively?" My report discusses these issues and concludes that gabapentin is a safe medication; it can be titrated to doses greater than 1800 mg/d safely; and, further, that randomized controlled trials and other studies have shown that efficacy can increase at doses above 1800 mg/d. Some of the reasons for my opinions are summarized in the following numbered paragraphs:

(1) To a neurologist caring for patients with epilepsy and pain, dose proportionality shown in studies for regulatory approval is important for believing that a medication may be effective, but efficacy for an individual patient can only be determined by carefully exploring a broad range of safe, tolerable doses. The focus of Dr. Alldredge's attention on dose proportionality as it relates to efficacy does not account for the complexity of selecting doses in the clinical setting and oversimplifies assessment of a drug's effectiveness. Once a medication is approved for marketing, "dose proportionality of efficacy" (contributing to proof of efficacy) is replaced by "titration to effect or limiting side effects" (the basis for individually optimized dosing) as the operating principle for dosing.

5

The management of patients with epilepsy and pain is complex and treatment with currently available medications may not result in the desired degree of benefit. The outcome of treating patients with such conditions in office practice is unpredictable even with medications that have been in clinical use for years. Side effects are common and organ toxicities must be anticipated with many available antiepileptic medications. Dosing can be complicated and may require a series of adjustments over a substantial period of time to achieve maximum benefit. It may take many months to achieve maximum benefit with a single antiepileptic medication and side effects may prevent achieving this. If one medication fails, another must be tried, and so on, until the best result is obtained. It may take several medications and years of trying to achieve this goal.

(2) There is evidence of efficacy of gabapentin at doses higher than 1800 mg/d in the medical literature related to epilepsy and pain. But, Dr. Alldredge dismisses that evidence because the data were not derived from large, blinded, randomized trials specifically designed to assess dose proportionality. Much has been learned since gabapentin was approved for marketing, and that information has been published in the peer reviewed medical literature that guides physicians/prescribers through a complex decision making process with the goal of helping patients. Interpretation of published evidence, judgment and experience are required to develop effective approaches to treatment. The entire medical literature - not just large, randomized controlled trials - is important in guiding this process.

(3) Outcome measures in clinical trials can be artificial. For example, efficacy is often expressed in terms of responder rate, i.e. the proportion of patients who experience 50% or more reduction of seizures. One study subject may experience 70% decrease, another 51% decrease; yet, both are considered to be responders. In clinical practice the goal is complete seizure control. Complete seizure control is achieved in only a small percentage of patients/subjects in the course of clinical trials. If complete seizure control were the standard, it is difficult to believe that any new antiepileptic drugs would be approved. In pain studies, reduction of pain from baseline intensity often is expressed in terms of units on a linear pain scale. Extensive research was needed to validate the use of linear scales as measures of treatment effects for studies of pain. Part of the problem is that pain is not a unidimensional (linear) experience and pain reduction measured by linear scales has not been correlated with functional improvement in pivotal trials. Thus, linear pain scales are to a certain extent artificial to make them useful for study purposes. In practice, patients desire adequate pain reduction so that they can do whatever they want in their daily lives without limitation by pain.

(4) Likewise, in pivotal trials for regulatory consideration, the effect of dose is determined by forced titration of study subjects to the specific dose of the study medication or placebo to which they were randomly assigned. Data from each treatment group are presented as mean and standard error or standard deviation. In clinical practice, outcomes are not expressed as average values for a group of patients. Patients are treated one at a time. Benefits are determined on an individual basis. Dosing is individualized to

achieve maximal efficacy, minimal side effects and improved quality of life. Forced titration is not performed in outpatient clinical practice.

(5) Finally, the patient pool in clinical trials differs from the population that will be treated in the setting of office practice after regulatory approval. Patients in trials of potential antiepileptic medications have seizures that are refractory to a variety of existing medications and many of these subjects have been involved in other clinical trials. Patients with refractory seizures, however, represent only about one third of patients with epilepsy (Kwan P and Brodie MJ. *New England Journal of Medicine* 2000; 342: 314-319). In practice, when treating the two-thirds of patients with non-refractory epilepsy, systematic dose-ranging on an individual basis with new or old antiepileptic medications is required so that a potentially beneficial agent is not discarded without maximal effort to make it work.

## GABAPENTIN FOR SEIZURE CONTROL AND PAIN:

Gabapentin was approved as adjunctive treatment for patients with partial seizures. Gabapentin also has been approved for treatment of postherpetic neuralgia, the pain that persists after healing of a shingles rash. It also has been studied for painful diabetic neuropathy in which the pain is caused by metabolic injury to nerves in the limbs, as well as other conditions.

To meet standards for approval, gabapentin was shown to be safe and effective in a range of doses that appear in the labeling. Once approved for marketing, practitioners and

clinician scientists began to obtain experience with gabapentin in patients in the general population and in different kinds of studies. Manuscripts published in the medical literature contain data derived from this experience. These publications constitute evidence-based medicine that can be used to guide clinical decision making.

In clinical practice, titration to effect or to the point of limiting side effects is an accepted and frequently-taught method of treatment with antiepileptic medications for all their approved uses. This differs from the forced titrations used in regulatory studies that are designed to detect a dose-response relationship between drug dose and an outcome measure. Although in selected cases high initial doses may be used, gabapentin often is started at a lower dose in addition to other medications the patient is already taking. The dose is gradually increased over weeks to months in an effort to achieve the greatest possible benefit. The patient and prescriber work together in the process of titrating to optimize outcome. Maintenance doses vary widely from patient to patient. Complete control of seizures or pain often cannot be achieved despite dose adjustments. Before abandoning a potentially beneficial medication, it is essential to explore a wide range of doses, including the highest dose in the package insert or even beyond, if the patient tolerates it safely.

## THE NEURONTIN PACKAGE INSERT:

The following information is contained in the current Neurontin Package Insert:

"**Postherpetic Neuralgia**

In adults with postherpetic neuralgia, Neurontin® therapy may be initiated as a single 300-mg dose on Day 1, 600 mg/day on Day 2 (divided BID), and 900 mg/day on Day 3 (divided TID). The dose can subsequently be titrated up as needed for pain relief to a daily dose of 1800 mg (divided TID). In clinical studies, efficacy was demonstrated over a range of doses from 1800 mg/day to 3600 mg/day with comparable effects across the dose range. Additional benefit of using doses greater than 1800 mg/day was not demonstrated.


"**Epilepsy**

Neurontin® is recommended for add-on therapy in patients 3 years of age and older. Effectiveness in pediatric patients below the age of 3 years has not been established.

**Patients >12 years of age:** The effective dose of Neurontin® is 900 to 1800 mg/day and given in divided doses (three times a day) using 300 or 400 mg capsules, or 600 or 800 mg tablets. The starting dose is 300 mg three times a day. If necessary, the dose may be increased using 300 or 400 mg capsules, or 600 or 800 mg tablets three times a day up to 1800 mg/day. Dosages up to 2400 mg/day have been well tolerated in long-term clinical studies. Doses of 3600 mg/day have also been administered to a small number of patients for a relatively short duration, and have been well tolerated. The maximum time between doses in the TID schedule should not exceed 12 hours."


Thus, the package insert includes doses higher than 1800 mg/d up to 3600 mg/d. The FDA presumably would not have included this language if there were no utility of doses

greater than 1800 mg/d for any patient. This is an implicit recognition that it may be appropriate to prescribe doses above 1800 mg/d even though the label also notes that doses above 1800 mg/d were not shown to provide additional efficacy in the pivotal trials. Moreover, at 3600 mg/d, gabapentin (Neurontin) was safe (implicit in the requirements for safety to acquire FDA's approval), and tolerable.

## THERAPEUTIC DECISION MAKING:

In order to provide the best possible patient care, clinicians can refer to the peer-reviewed medical literature to assist them in making clinical decisions. Peer review is considered critical to establishing a reliable body of research and knowledge. Peer review is a process whereby experts in the field evaluate articles under consideration for publication. Data in the peer-reviewed medical literature is acquired by a variety of approaches. Studies with an impact on clinical decision making include randomized, placebo controlled trials, dose-controlled studies, open-label studies, cohort studies, case control studies, observational studies and case series. Evidence-based medicine aims to make medical decision-making more deliberate and methodical. The evidence based approach involves a critical appraisal of the medical literature, including data from the pivotal trials; formulation of the question to be answered by the research; and, integration of the research into clinical practice. The utility of evidence obtained in different ways is determined by such elements as study design and outcome measures. Evidence-based medicine attempts to assign levels of confidence in the data and in conclusions and recommendations that can be drawn from them. A variety of schemata have been developed to assist in the evaluation of different types of information and stratify them by

quality. The different types of information include (1) evidence derived from one or more randomized placebo-controlled trials; (2) evidence from well-designed controlled trials without randomization or from cohort or case-controlled studies, preferably from multiple centers; and, (3) evidence consisting of expert opinion based on clinical experience in the form of reviews or committee reports.

Papers representing each of these categories appear in peer-reviewed publications. Ultimately, it is the task of practitioners to blend data from studies of different design and quality with one's own clinical experience to formulate therapeutic decisions for individual patients. This process of amalgamation accounts for variability in solutions reached by different practitioners. The distillation of certain practices from the experience of many practitioners results, in effect, in standards of care.

In clinical practice, circumstances are very different from those of trials for approval and dosing is a process, not a predetermined quantity. Several overriding criteria must be considered in therapeutic deliberations. These include safety (serious and potentially life threatening adverse effects and organ failure), tolerability (dose-related adverse effects) and efficacy (degree of reduction of seizures or pain). As the dose is increased, a number of outcomes may occur: (1) there may be no efficacy and no side effects in the range tested; (2) there may be a desired level of efficacy without limiting (of such intensity as to stop further dose increments) side effects; (3) there may be the desired degree of efficacy with intolerable side effects; or, (4) there may be less than the desired degree of efficacy at tolerable, marginally tolerable or intolerable doses.  In effect, the process of

titration results in determining the dose-response relationship in a single individual. In the mental calculator of the practitioner, the observed outcomes determine whether further titration is justified. At any time, a medication can be stopped due to safety concerns. With gabapentin, safety and tolerability afford the ability to explore a wide range of doses in an attempt to optimize dosing on an individual basis. When gabapentin was introduced, it was the newest medication available to treat patients with refractory epilepsy. With no other new medications to try, gabapentin doses above 1800 mg/d were prescribed for many patients.

Developing and testing new antiepileptic medications has been based on need. This drove the development of the "new" antiepileptic drugs that began to appear in the 1990s up until the present. The first "new" antiepileptic medication, felbamate, was introduced in 1992, more than a decade after valproic acid. About a year after FDA approval, life-threatening aplastic anemia and hepatic failure were recognized in association with felbamate. Felbamate is still marketed, but safety concerns have limited its use. Gabapentin (Neurontin) was approved in 1993. It rapidly gained a reputation for safety and much of the post-approval effort was oriented toward understanding how to use gabapentin to maximum benefit. This included combining information from the pivotal trials with additional information, including information published in the medical literature, about using doses greater than 1800 mg/d for selected individuals.

## GABAPENTIN PROFILE:

For many antiepileptic drugs, the relationship between dose and blood levels is linear, a reflection of high oral bioavailability. This is not the case for gabapentin. Gabapentin absorption depends on the L-amino acid transporter that is localized in the proximal small intestine. This transporter can be overwhelmed and saturated if the amount of substrate (e.g., certain amino acids or gabapentin) is greater than the transporter's carrying capacity. Any gabapentin not absorbed in the small intestine will be eliminated in the stool. Gabapentin doses up to 1800 mg/d were studied in the blinded portion of the pivotal trials. In this range of doses, uptake of gabapentin was linear. At doses above 1800 mg/d, absorption increased as indicated by rising blood levels, but the increase was less than expected.

The ability of different patients to absorb and retain gabapentin varies widely. Individuals seem to absorb gabapentin consistently to either a large or small extent (Gidal et al., *Epilepsy Research* 40: 123-127, 2000). Blood levels can used to determine the extent of absorption and help optimize dosing on an individual basis. One way to increase bioavailability, individual absorptive capacity aside, is to divide the total daily dose into four fractions (QID) instead of three (TID) (Gidal et al., *Epilepsy Research* 31: 91-99, 1998). In some patients, gabapentin can be efficiently absorbed at doses larger than recommended in the package insert (up to 4800 mg/d, Berry et al., *Seizure* 12: 28-36, 2003 and Beydoun et al. *Epilepsia* 39: 188-193, 1998; up to 6000 mg/d, Wilson et al., *Epilepsy Research* 29:161-166, 1998). Furthermore, the blood level may not fluctuate significantly between doses, thereby making twice daily dosing (BID) practicable (Berry

et al., *Seizure* 12: 28-36, 2003). Such features form the rationale for arriving at different dose regimens for different patients. Inter-individual variability in absorption of gabapentin and relatively small differences in blood levels of different dosage groups probably led to the failure to show dose-proportional efficacy in a study of conversion from polytherapy to monotherapy with gabapentin (Beydoun et al., *Neurology* 49: 746-752, 1997). These factors could also influence the outcome of other studies with gabapentin for epilepsy or pain. This lesson contributed to the design of future monotherapy studies based on individual dose-optimization rather than forced titration.

## PEER-REVIEWED STUDIES OF GABAPENTIN DOSES GREATER THAN 1800 MG/D:

In his expert report, Dr. Alldredge dismissed published articles dealing with doses of gabapentin greater than 1800 mg/d because they did not demonstrate dose-proportional efficacy. I do not agree that these studies can be dismissed as they are part of the peer-reviewed medical literature. In addition to randomized controlled trials, large-scale open-label studies were conducted in the US, Canada, Europe and Australia to obtain additional information about the safety, tolerability, and efficacy of gabapentin including doses in excess of 1800 mg/d. The results were published in peer-reviewed medical journals. Taken together, this body of data shows efficacy, and/or increasing efficacy, and tolerability of gabapentin doses greater than 1800 mg/d for epilepsy and pain.

See McLean et al., Safety and Tolerability of Gabapentin as Adjunctive Therapy in a Large, Multicenter Study, *Epilepsia* 40:965-972, 1999; Morrell et al., Efficacy of Gabapentin as Adjunctive Therapy In a Large, Multicenter Study, *Seizure* 9:241-248, 2000; Beran et al., Australian Study of Titration to Effect Profile of Safety (AUS-

STEPS): High-Dose Gabapentin (Neurontin) in Partial Seizures, *Epilepsia* 42: 1335-1339,

2001; Bruni for the NEON Study Investigators Group, Outcome and Evaluation of

Gabapentin as Add-on Therapy for Partial Seizures, *Canadian Journal of Neurological*

*Science* 25:134-140, 1998; Baulac et al., Gabapentin Add-on Therapy with Adaptable

Dosages in 610 Patients with Partial Epilepsy:  An Open, Observational Study, *Seizure*

7:55-62, 1998; Wilson et al., High Dose Gabapentin in Refractory Partial Epilepsy:

Clinical Observations in 50 Patients, *Epilepsy Research* 29: 161-166, 1998; Bergey et al.,

Gabapentin Monotherapy:  I. An 8-day, Double-Blind, Dose-Controlled, Multicenter

Study in Hospitalized Patients With Refractory Complex Partial or Secondarily

Generalized Seizures, *Neurology* 49: 739-745, 1997; Beydoun et al., Gabapentin

Monotherapy: II. A 26-week, Double-Blind, Dose-Controlled, Multicenter Study of

Conversion from Polytherapy in Outpatients with Refractory Complex Partial or

Secondarily Generalized Seizures, *Neurology* 49: 746-752, 1997; Beydoun et al.,

Conversion to High Dose Gabapentin Monotherapy in Patients with Medically Refractory

Partial Epilepsy, *Epilepsia* 39:188-193, 1998; Brodie et al., Gabapentin versus

Lamotrigine Monotherapy:  A Double-Blind Comparison in Newly Diagnosed Epilepsy,

*Epilepsia* 43:993-1000, 2002; Rowbotham et al., Gabapentin for the Treatment of

Postherpetic Neuralgia: A Randomized Controlled Trial, *JAMA* 280(21):1837-1842,

1998; Rice et al., Gabapentin in Postherpetic Neuralgia: A Randomised, Double Blind,

Placebo Controlled Study, *Pain* 94:215-224, 2001; Backonja et al., Gabapentin for the

Symptomatic Treatment of Painful Neuropathy in Patients with Diabetes Mellitus: A

Randomized Controlled Trial, *JAMA* 280:1831-1836, 1998.  Concordance between the

results of these and other studies increases confidence in and adds utility to the findings.

## EVIDENCE-BASED CONSENSUS GUIDELINES:

Evidence-based consensus guidelines address the use of gabapentin, among other medications, for the treatment of neuropathic pain (Dworkin et al., *Archive of Neurology* 60:1524-1534, 2003; Dworkin et al., *Pain* 132:237-251, 2007 – prepared under the auspices of the International Society for the Study of Pain) and painful diabetic neuropathy (Cole et al., *Mayo Clinic Proceedings* 81:S1-S32, 2006). In preparing these guidelines, the authors reviewed results of published, blinded, randomized, placebo-controlled trials. Recommendations on medications and dosing took into account clinical effectiveness, adverse effects and improvements in quality of life.

In the review and recommendations by Dworkin et al. (2007), the following is acknowledged: "The management of patients with chronic NP [neuropathic pain] is complex and response to existing treatments is often inadequate. **Even with well-established NP medications, effectiveness is unpredictable, dosing can be complicated, analgesic effect is delayed, and side effects are common**…Because of gaps and controversies in the literature, considerable interpretation of available evidence, judgment, and experience are required to develop treatment approaches that can be used in clinical practice."

"The objectives of this article are to: (1) briefly review the results of RCTs [randomized controlled trials] examining medications for the treatment of NP; (2) present up-to-date, evidence-based guidelines for the pharmacologic management of NP that take into account clinical efficacy, adverse effects, impact on health-related quality of life,

convenience and costs; and (3) provide specific recommendations for the use of these medications."

"…The consensus meeting on which these treatment recommendations are based and the preparation of this article was conducted under the auspices of the IASP Neuropathic Pain Special Interest Group…The treatment recommendations in this article have been endorsed by the American Pain Society, Canadian Pain Society, Finnish Pain Society, Latinamerican Federation of IASP Chapters, and Mexican Pain Society."

In the Mayo Clinic Supplement by Cole et al., the reviewers recognized the following: "…The intent of this working group was to review the existing neuropathic literature, focus on specific therapies of DPNP [diabetic peripheral neuropathic pain], and establish a scheme for better patient care. The intended audience included… anyone interested in helping a population with seemingly few options."

"It was understood by the group that only two medications were approved for the treatment of painful diabetic neuropathy, but there were many off-label trials establishing the efficacy of many anticonvulsant, antidepressant, and analgesic agents. Using the strength of blind, randomized, placebo-controlled trials, the group weighed the available evidence and ranked treatments…"

In all three consensus guidelines, recommendations about the use of gabapentin include dosing to as high as 3600 mg/d in an effort to maximize efficacy.

## OTHER DATA:

Other studies showing efficacy of gabapentin above 1800 mg/d are included in citations in review articles and book chapters I have written (see *curriculum vitae*). The consistency of the data from these sources adds to the experience with gabapentin at doses above 1800 mg/d.

## CLINICAL EXPERIENCE WITH GABAPENTIN:

It is my experience that some patients I have treated with gabapentin did not begin to benefit until the dose was titrated above 1800 mg/d. Colleagues of mine have told me of similar results. Also, many of my own patients have not achieved optimum seizure or pain control with doses less than 1800 mg/d; higher doses were needed and tolerated. I have prescribed doses of gabapentin greater than 1800 mg/d when necessary because of the widely recognized safety and tolerability of this medication. Many colleagues have expressed similar confidence in the safety of gabapentin and arrived at dosing procedures similar to mine in the context of their own practices of their own accord. My motivation for prescribing gabapentin has been to control seizures and pain to the greatest extent possible within the bounds of safety and tolerability to improve the quality of my patients' lives. As a physician, I am prepared to use a wide range of doses to accomplish this end and I am confident in the safety and tolerability of gabapentin in doing so. Also, as a treating physician, I see my patients for follow up at intervals to reassess safety and efficacy of their medicines. In the course of follow-up I have continued, adjusted the dose up or down, or discontinued gabapentin depending on what the individual patient reports. In my opinion, this approach is consistent with the Hippocratic oath, standards of care

within the community of physicians using gabapentin to treat patients with epilepsy and neuropathic pain, findings in the peer-reviewed medical literature and the package insert.

## STATEMENTS CITED BY DR. ALLDREDGE:

Dr. Alldredge cites a number of references to statements by me and others about dosing gabapentin in transcripts of advisory boards and published articles. He calls these statements misleading. I disagree. All of the statements cited and attributed to me were accurate and properly made. As pointed out above, I believe the use of gabapentin at doses higher than 1800 mg/d in selected cases is good medical practice based on the package insert, peer reviewed medical literature, personal experience, ethical standards of care and concordance with the practice of colleagues. I arrived at these conclusions on my own. Trying a broad range of doses is justified further by the widely recognized safety and tolerability of gabapentin compared to many other medications. Gabapentin is not a panacea, but, in my experience, it frequently improves seizures and pain in patients for whom other medicines provided inadequate relief.

Finally, nowhere does Dr. Alldredge state that the available evidence establishes that there is no dose-response relationship with gabapentin above 1800 mg/d; instead, he simply concludes that the studies he analyzes fail to prove that such a relationship exists. The studies discounted by Dr. Alldredge were not designed the way pivotal trials are designed to assess dose proportionality. Therefore, evidence from clinical practice and other non-randomized controlled studies showing that doses higher than 1800 mg/d can

be effective is relevant and useful to clinicians and provides a sound basis for statements

encouraging titration to efficacy.


In preparing this report, I have reviewed the materials identified in the attached appendix.


I reserve the right to expand or modify my anticipated testimony based on additional

literature, materials and opinions offered by other experts in this case.



Date: 12/12/08

Michael J. McLean, M.D., Ph.D.
Associate Professor of Neurology
Vanderbilt University Medical Center
2201 Children's Way, 1222J
Nashville, Tennessee 37212

21

# Appendices

M.J. McLean

# CURRICULUM VITAE

NAME : Michael John McLean, M.D., Ph.D.

OFFICE ADDRESS :     Department of Neurology
                     Vanderbilt University Medical Center
                     A-0118 Medical Center North
                     Nashville, Tennessee 37232-2551

OFFICE PHONE NUMBER :     (615) 936-2591 (Secretary, Mrs. Barbara Page)

OFFICE FAX NUMBER :       (615) 936-0223

EDUCATION :

| | |
|---|---|
| 1961-1965 | Paris American High School, Paris, France, (1961-1963) and  General H.H. Arnold High School, Wiesbaden, Germany (1963-1965): Valedictorian and National Merit Scholarship Finalist. Eagle Scout and Brotherhood Member of the Order of the Arrow (Honor Campers' Society, Boy Scouts of America). |
| 1965-1969 | University of Chicago, Chicago, Illinois:  President's Scholar 1965-1969, B.A. Biology, 1970. |
| 1970-1978 | University of Virginia, Charlottesville, Virginia, Department of Physiology and School of Medicine: Ph.D. Physiology, 1976; M.D., 1978. |
| 1976-1977 | Postdoctoral studies with Dr. Nick Sperelakis, Department of Physiology, University of Virginia. |
| 1978-1980 | Internship and 1st year of residency in Internal Medicine, Vanderbilt University Hospitals, Nashville, Tennessee. |
| 1980-1983 | Residency in Neurology, University of Michigan Hospitals, Ann Arbor, Michigan. |

LICENSURE AND CERTIFICATION :

State of Michigan, February, 1983.
State of Tennessee, July, 1985.

Diplomate, American Board of Psychiatry and Neurology
(#29057), 1987.

ACADEMIC APPOINTMENTS :

| | |
|---|---|
| 1983-1984 | Instructor of Neurology, University of Michigan Medical Center, Ann Arbor, MI. |

M.J. McLean

| | |
|---|---|
| 1984-1985 | Assistant Professor of Neurology, University of Michigan Medical Center, Ann Arbor, MI. |
| 1985- 1993 | Assistant Professor, Departments of Neurology, Psychiatry and Pharmacology University Medical Center, Nashville, TN. |
| 1989-1993 | Assistant Professor of Neurology, Department of Veterans Affairs Medical Center, Nashville, TN. |
| 1993- | Associate Professor, Department of Neurology, Vanderbilt University Medical Center and Department of Veterans Affairs Medical Center, Nashville, TN. |
| 1994- | Associate Professor, Department of Pharmacology, Vanderbilt University Medical Center, Nashville, TN |
| 1996- | Director, Neuromagnetics Research, Department of Neurology, Vanderbilt University Medical Center, Nashville, TN. |

RESEARCH SUPPORT :

1. CIDA 7 K08 NS00817-03 from NINCDS of U.S. National Institutes of Health: In vitro models of anticonvulsant drug action. M.J. McLean, PI. Annual direct costs: $68,760 for Jan. 1, 1986 thru Dec. 31, 1988.

2. Mallinckrodt Scholarship, $150,000, 1985-1988.

3. BRSG grant 27-04: Cellular mechanisms of algesic and analgesic compounds on adult mammalian sensory neurons in vitro. M.J. McLean, PI. Total award: $12,492 for Sept. 1, 1988 thru June, 1990.

4. Grant from the Holcomb Medical Research Foundation: Characterization of sensory neurons in cell culture to test magnetic field effects of possible importance in the treatment of pain. M.J. McLean, principal investigator. Total direct costs: $918,000 for June 1, 1990 to May 31, 1995. Renewed funding award (1995-indefinite) continues under agreement with the Medical Center.

5. Veterans Administration Merit Review Award: Different sodium currents in subtypes of sensory neurons in vitro. M.J. McLean, principal Investigator. Total award: $186,500 for Oct. 1, 1990 to Sept. 30, 1993.

6. Grant from Ortho-McNeill: Cellular Mechanisms of Action of Topiramate. Total direct costs: $80,000, 1996-1998.

7. Parke-Davis, unrestricted educational grant: Closed website to gather outcome data from physicians prescribing gabapentin for epilepsy and alternative uses. $15,000. 1997.

8. Pfizer, unrestricted grant to study differences between gabapentin and pregabalin on excitatory amino acid-induced murine seizures, action potential firing frequency and kainate-induced neuronal death of cultured spinal cord neurons. $26,000. 2002.

9. Multiple small grants from pharmaceutical companies.

M.J. McLean

<u>PROFESSIONAL ACTIVITIES:</u>

*INTRAMURAL:*

1. Interviewer, Medical School applicants, l987-.

2. Steering Committee Neuroscience Program and Neuroscience Training Grant, 1987.

3. Organizer and speaker in symposium, "The Diagnosis and Therapy of Refractory Seizures", sponsored by the Department of Neurology and supported by Abbott Laboratories. Nationally and internationally known guest speakers included Dr. B.J. Wilder, Prof. of Neurology and Neuroscience, Univ. of Florida and Chief of Neurology, VAMC Gainesville, FL; Dr. A.V. Delgado-Escueta, Professor of Neurology, and Director, Comprehensive Epilepsy Program, UCLA School of Medicine and VA Southwest Regional Epilepsy Center, VAMC Wadsworth, Los Angeles, CA; Dr. A.R. Wyler, Prof. of Neurosurgery and Anatomy and Director of EpiCare Center, Univ. of Tennessee, Memphis, TN; Dr. W.E. Dodson, Prof. of Pediatrics and Neurology, Washington Univ., St. Louis, Mo.; and, Dr. M.J. McLean, Asst. Prof. of Neurology, Vanderbilt Univ. Med. Ctr., Nashville, TN. March 5, 1988.

4. Co-investigator:  Multicenter double-blind clinical trials of the anticonvulsant compound GABAPENTIN, sponsored by Parke-Davis Pharmaceuticals. Ended 1993.

5. Co-investigator:  Multicenter open label clinical trials of the anticonvulsant compound GABAPENTIN, and extension study.  Ended 1993.

6. Co-investigator:  Multicenter open label add-on clinical trials of the anticonvulsant, FELBAMATE; sponsored by Wallace Laboratories.  Ended 1992.

7. Co-investigator:  Multicenter double-blind add-on clinical trials of the anticonvulsant, TOPIRAMATE; sponsored by McNeill Pharmaceutical. Ended 1995.

8. Co-investigator:  Multicenter clinical trials of the anticonvulsant phenytoin pro-drug, PHOSPHENYTOIN; sponsored by Parke-Davis Pharmaceuticals. Ended 1995.

9. Organizer of a symposium, held 3/28/92 in Nashville, "Advances in the Treatment of Epilepsy", sponsored by the Department of Neurology and supported by Parke-Davis Pharmaceuticals. Nationally and internationally known guest speakers include: Dr. Frank Morrell, Prof. of Neurology and Councillor to the American Epilepsy Society, Rush-Presbyterian Hospital, Chicago, IL - Presurgical Evaluation and Special Procedures; Dr. B.J. Wilder, Prof. of Neurology and Neuroscience, Univ. of Florida and Chief of Neurology, VAMC Gainesville, FL; Dr. Allan Hauser, Professor of Neurology, Columbia Univ., New York - Epidemiology of Epilepsy, Pregnancy and Epilepsy; Dr. Kimford Meador, Assoc. Prof. of Neurology, Medical College of Georgia, Augusta, GA - Epilepsy and Cognition;  Dr. Bassel Abou-Khalil, VUMC - Unusual Epileptic and Pseudoepileptic Spells; Dr. Bennett Blumenkopf, VUMC - Surgery for Epilepsy; Dr. Gerald Fenichel, VUMC - Genetic Epilepsies; Dr. Michael McLean, VUMC - Epileptogenesis.

11. Co-investigator:  Multicenter clinical trials of the anticonvulsant, TIAGABINE; sponsored by Abbott Pharmaceuticals. Completed 1997.

12. Co-investigator:  Multicenter clinical trials of the anticonvulsant LAMOTRIGINE; sponsored by Burroughs Wellcome Pharmaceuticals. Completed 1996.

13. Co-investigator:  Multicenter clinical trials of the anticonvulsant VIGABATRIN; sponsored by Marion Merrill Dow.

14. Principal investigator: Use of Magna Bloc therapy in relieving cumulative trauma-related wrist pain. IRB Record No. 6404, approved  10.18.93, funded by 1995. Discontinued because of closure of the knitwear plant at which the study was in progress, 1996. Monitoring by a Scientific Oversight Committee appointed by Dean Chapman, chaired by Joel Hardman, Ph.D.

M.J. McLean

15. Principal investigator: Effect of the magnetic field produced by Magna Bloc™ on the response to intradermal injection of capsaicin. IRB approved.

16. Co-investigator:  Multicenter clinical trials of the anticonvulsant LOSIGAMONE; sponsored by Marion Merrill Dow. IRB approved, in progress.

17. Co-investigator:  Multicenter clinical trials of the anticonvulsant Lo-59; sponsored by UCB Pharma (Belgium). IRB approved, in progress.

18. Pharmacy and Therapeutics Committee, DVAMC Nashville, 1993-1996; advisor on CNS Drugs.

19. Director, Neuromagnetics Research (1987-present).

20. Site Principal Investigator: A fifteen week, randomized, double-blind, placebo-controlled, parallel-group, multicenter study of  Neurontin (Gabapentin) for efficacy and quality of life in patients with painful diabetic peripheral neuropathy. 2002-2003.

21. Vanderbilt IRB: Data Safety Management Boards for projects of two members of the Vanderbilt Psychiatry Dept., 2003-present.

22. Vanderbilt IRB, Health Science 3 Committee, 2005-2006.

*EXTRAMURAL:*

1. Ad hoc reviewer for peer-reviewed journals:  Epilepsia, Neurology, Archives of Neurology, Southern Medical Journal, European Journal of Pharmacology, Epilepsy Research, Neuropharmacology, Brain Research, Bioelectromagnetics.

2. Site visitor, Neurological Disorders Program Project "B" Committee, National Institutes of Neurological and Communicative Disorders and Stroke, 1986.

3. Lecturer, Merritt-Putnam National Speakers Bureau, an educational service of Parke-Davis Pharmaceuticals, 1987-present.

4. Lecturer, CIBA-Geigy Lecture Series:  Topics related to clinical and basic aspects of anticonvulsant drug therapy, 1986.

5. *Ad hoc* Consultant, Merz + Co., GmbH + Co., Frankfurt Germany: Potential role of memantine as an anticonvulsant drug.

6. *Ad hoc* Consultant, Fisons Pharmaceuticals: Cellular mechanisms of action of the anticonvulsant compounds FPL 12924AA, FPL 12495 and FPL 13950.

7. *Ad hoc* Consultant, Parke-Davis Pharmaceuticals: Cellular mechanisms of action of Gabapentin.

8. *Ad hoc* Consultant, CIBA-Geigy Pharmaceuticals:  Cellular mechanisms of action of oxcarbazepine and other anticonvulsant compounds.

9. Anticonvulsant Advisory Panel, Parke-Davis Pharmaceuticals, 1991- 1993.

10. Scientific Program Committee,  American Epilepsy Society, 1992.

11. Chairman, sessions on anticonvulsant drugs, AES, 1992, 1995, 1996.

12. Parke-Davis International Epilepsy Speakers Bureau, 1993- present.

M.J. McLean

13. Ciba-Geigy Speakers Bureau, 1993- present.

14. Lecturer, satellite symposium on *Advances in the treatment of epilepsy: anticonvulsants, antiepileptics and neuroprotectants.*  American Epilepsy Society Meeting, December 8, 1993.

15. *Ad Hoc* reviewer, Neurological Disorders Program Project Review A Committee, 1994-1995.

16. Member, Long Range Planning Committee, American Epilepsy Society, 1997.

17. Member, Corporate Advisory Committee, American Epilepsy Society, 1997.

18. Designer, CME course of the Bioelectromagnetics Society for 1999 annual meeting.

19. Scientific Program Committee member and CME coordinator for Bioelectromagnetics Society, 2000.

20. *Ad Hoc* Consultant, Xenoport, re: freely bioavailable gabapentin derivatives, 2002.

21. Chair, Plenary Session on Biomedical Applications of Magnetic Fields. Bioelectromagnetics Society annual meeting, Montreal, Canada, 2002.

22. Elected to Board of Directors of the Bioelectromagnetics Society, June 2003.

23. Member of Data Safety Monitoring Board for Xenoport, Inc., re: clinical trials of  XP13512, 2005-2007.

24. Chair, Data Safety Monitoring Board for Vernalis Protocol V3381-2DPNP01, 2006-2007.

25. Chair and Designer, Winter Conference of the Bioelectromagnetics Society, Washington DC, February 9, 2007.

26. Chair, Scientific Program Committee for the 30th Annual Meeting of the Bioelectromagnetics Society, San Diego CA, June 8-12, 2008.

27. Chair, Data Safety Monitoring Board for Vernalis Protocol V3381-2DPNP-02 study1, 2008-present.


ACADEMIC/PROFESSIONAL HONORS:

1.  NIH Training Grant/Medical Scientist Training Program, 1971-1978.

2.  NINCDS Teacher Investigator Development Award, activated 7-1-83.  Sponsored by Robert L. Macdonald, M.D., Ph.D., Professor of Neurology and Physiology, Dept. of Neurology, University of Michigan Medical Center.

3.  NINCDS Clinical Investigator Award, activated 12-1-85.  Sponsored by John Oates, M.D., Professor and Chairman, Dept. of Medicine; Director and Joe and Morris Werthan Professor of Investigative Medicine, Division of Clinical Pharmacology; and Professor of Pharmacology.

4.  Mallinckrodt Scholar, 1985-1988.

5. Rector's Medal, University of Lublin, Poland. For international collaboration in the study of antiepileptic drugs. Conferred by Prof. Dr. Zdislaw Kleinrok, Rector of the Medical School and Chairman of Pharmacology, 6-12-89.

6. VA Merit Review Award, Different sodium currents in subtypes of sensory neurons in vitro.  Oct. 1, 1990 to Sept. 30, 1993.

7. Grant from the Holcomb Medical Research Institute to study cellular mechanisms of action of magnetic fields, 1990-present.

8. Scientific Program Committee of the American Epilepsy Society, 1992.

9. Invited speaker, Symposium on "Experience and future role of TRILEPTAL (oxcarbazepine) in the treatment of epilepsy", organized by Dr. Frederick Andermann, Prof. of Neurology and Pediatrics, The Neurological Institute, Montreal, Canada.  A satellite meeting of the International Epilepsy Congress, Oslo, Norway, July 3, 1993.

10. Invited chairperson, Update on Epilepsy: advances in pharmacology and prognosis. Organized by Prof. Lars Carlson, Karolinska Institute. Stockholm, Sweden, Oct. 2-3, 1993.

11. Lecture invited by Dr. Greg Holmes, American Epilepsy Society, 1993, lecture on *Mechanisms of Action of Antiepileptic Drugs* in symposium on *Advances in the Treatment of Epilepsy: Anticonvulsants, Antiepileptics and Neuroprotectants.*

12. Faculty invited by Dr. Elaine Wyllie, lecture on *Gabapentin* for American Epilepsy Society, 1994 Annual Course on *New Developments in Antiepileptic Drug Therapy*.

13. *Ad hoc* consultant to the Antiepileptic Drug Development Program, Epilepsy Branch, NINDS/NIH.

14. *Ad hoc* reviewer, Neurological Disorders Program Project Review A Committee, 1994-1996.

15. Co-Principal Investigator/Advisory Board for the US multicenter phase IV Study of Neurontin: Titration to Effect and Profile of Safety (STEPS), sponsored by Parke-Davis.

16. Over 300 invited talks for grand rounds at other universities and  for CME lectures at non-academic institutions.

17. Invited lecturer, Annual Meeting of the Swiss Epilepsy Society, Lucerne, Switzerland, March 14, 1997: Gabapentin.

18. Invited lecturer, Bethel/Cleveland Clinic Symposium, Bielefeld, Germany, April 23-27, 1997:
   • New Mechanisms of Old Antiepileptic Drugs  (lecture).
   • Is Gabapentin a first line drug? - PRO  (debate).
   • Glutamate  (workshop).

19. Invited lecturer, 2nd joint meeting of the Danish Epilepsy Society and the Danish Society for Neuroscience, Sonderborg, Denmark, May 4-6, 1997:
   • Antiepileptic Drugs: Bench to Bedside (lecture).
   • Anticonvulsant efficacy of a static magnetic field:
      evidence from cellular and animal models. (lecture).

20. Working Group on Biological Effects of Static and ELF Electrical and Magnetic Fields and Related Health Risks, sponsored by the International Commission on Non-ionizing Radiation Protection of the World Health Organization, 1997.

21. Invited lecturer, Annual Meeting of the American Epilepsy Society, San Diego, CA, 12/97: "Mechanisms of action of the new antiepileptic drugs."

22. Participating Investigator, VA Cooperative Study #428, "Treatment of Seizures in the Elderly Population.

M.J. McLean

23. Study Design Coordinator and Medical Director for multicenter placebo-controlled trial of a magnetic device to treat chronic pain as part of a PMA submission to the FDA.1999-present.

24. Invited Lecturer: International Symposium of Broadening the Uses of Antiepileptic Drugs, Chair Pierre Jalon, MD. Montreux, Switzerland, June 4, 1999. Lecture on, "Management of Convulsive Disorders with the Newer AEDs: Current Review."

24. Invited Lecturer, Merritt-Putnam Symposium, Chaired by Martha Morrell, MD. European Epilepsy Congress, Prague, Czech Republic, September 11, 1999. "Rationale for Multiple Uses of Antiepileptic Drugs."

25. Invited Lecturer: 12th Portugese Congress on Epilepsy, Parke-Davis Sponsored satellite symposium: The Vanguard of Investigations in Epilepsy: Gabapentin and Phosphenytoin, Dr. Jose Pimentel Chair, Lisbon, Portugal, March 16, 2000. Lecture on, "Optimizing the Efficacy of Gabapentin."

26. Invited Lecturer, Merritt-Putnam Symposium, chaired by Dr. David Chadwick. European Epilepsy Congress, Florence, Italy , September 9, 2000. Lecture on, "Recent Advances in AED Therapy, Are We Progressing?"

27. Invited Lecturer: 24th International Epilepsy Congress, Novartis-sponsored Symposium, Buenos Aires, Argentina, May 15, 2001. Lecture , " From anticonvulsant to multiple uses: the polypharmacology of new antiepileptic drugs."

28. Invited Lecturer: 16th World Congress of Neurology, London, Great Britain; Symposium: New Treatment Strategies, a Focus on Neuropathic Pain, Chair John Scadding, MD, June 21, 2001. Lecture on, "Treatment of Neuropathic Pain with Antiepileptic Drugs."

29. Invited Lecturer: 2nd World Conference of Chinese Neurologists and 14th Annual Scientific Meeting of the Hong Kong Neurological Society, Hong Kong China, November 11, 2001. Lecture on: "Management of Neuropathic Pain: the Role of Anticonvulsant Drugs."

30. Invited Lecturer: Workshop on New Horizons in the Development of Antiepileptic Drugs, W. Löscher and D. Schmidt, organizers. An international workshop of basic and clinician scientists discussing the basis of current and future treatment of epilepsy. November 28-29, 2001. Lecture on, "Which mechanism(s) of antiepileptic drugs are responsible for their beneficial effects in diverse CNS disorders?"

31. Invited Lecturer: American Epilepsy Society annual meeting, Glaxo Smith Kline sponsored symposium on Neuorendocrinological Aspects of Epilepsy. Lecture on, "Melatonin and Seizures."

32. Keynote Address, Novartis Closed Symposium, Making Connections In Epilepsy, Prague, Czech Republic, February 28, 2002. Lecture on, "Rationale for Multiple Uses of Antiepileptic Drugs."

33. Site Principal Investigator, Neurontin for Diabetic Peripheral Neuropathy, Protocol A945-1008, Pfizer Pharmaceuticals. Study in Progress.

34. National Pharmaceutical Council, Inc. and Joint Commission on Accreditation of Healthcare Organizations. Editorial Advisory Board Member for NPC/JCAHO-developed Monograph, Pain: Current Understanding of Assessment, Management and Treatments, 2001.

35. Designer and Solo Speaker on 'Treating Pain with AEDs: Benefits and Shortcomings', 2 ½ hr Symposium for American Academy of Pain Management Annual Meeting, Reno, Nevada. Sponsored by Novartis. September, 2002.

36. Lecturer, Mechanistic Rationale for Combination Therapy in Neuropathic Pain. 5th International Conference on Mechanisms and Treament of Neuropathic Pain. Sponsored by University of Rochester School of Medicine and Dentistry. November, 2002.

M.J. McLean

37. Board of Directors of the Bioelectromagnetics Society, June 2003-2006.

38. Advisory Board Member, American Society of Pain Educators, re: Guidelines for the Treatment of Painful Diabetic Neuropathy, 2005.

39. Invited Lecturer, American Academy of Pain Management, 16th Annual Clinical Meeting, Sept. 22-25, 2005. Topic: Magnetics – Research and Therapeutics.


PUBLICATIONS:

Journal articles.

1. McLean M.J. and Sperelakis N.: Rapid loss of sensitivity to tetrodotoxin by chick ventricular myocardial cells after separation from the heart. Exp. Cell Res., 86:351-364, 1974.

2. McLean M.J., Shigenobu K. and Sperelakis N.: Two pharmacological types of cardiac slow Na+ channels as distinguished by verapamil. Eur. J. Pharmacol., 26:379-382, 1974.

3. McLean M.J., Lapsley R.A., Shigenobu K., Murad F. and Sperelakis, N.: High cyclic AMP levels in young chick embryonic hearts. Develop. Biol., 42:196-201, 1975.

4. McLean M.J., Renaud J.-F., Niu M.C. and Sperelakis N.: Messenger RNA induction of fast sodium ion channels in cultured cardiac myoblasts. Science, 191:297-299, 1976.

5. Josephson I., Renaud J.-F, Vogel S.M., McLean M.J. and Sperelakis N.: Mechanism of the histamine-induced positive inotropic action in cardiac muscle. Eur. J. Pharmacol., 35:2933-298. 1976.

6. McLean M.J. and Sperelakis N.: Retention of fully differentiated electrophysiological properties of chick embryonic heart cells in culture. Develop. Biol., 50:134-151, 1976.

7. Freer R.J., Pappano A.J., Peach M.J., Bing K.T., McLean M.J., Vogel S.M. and Sperelakis N.: Mechanism of action of angiotensin II on isolated cardiac muscle. Circulation Res., 39:178-183, 1976.

8. McLean M.J. and Sperelakis N.: Electrophysiological recordings from spontaneously contracting reaggregates of cultured vascular smooth muscle cells from chick embryos. Exp. Cell Res., 104:309-318, 1977.

9. McLean M.J., Renaud J.-F., Niu M.D. and Sperelakis N.: Membrane differentiation of cardiac myoblasts induced in vitro by RNA-enriched extracts from adult hearts. Exp. Cell Res., 110:1-14, 1977.

10. McLean M.J., Renaud J.-F. and Sperelakis N.: Cardiac-like action potentials recorded from spontaneously-contracting structures induced in post-nodal pieces of chick blastoderm exposed to an RNA-enriched fraction from adult heart. Differentiation, 11:13-17, 1978.

11. McLean M.J., Pelleg A. and Sperelakis N.: Electrophysiological recordings from spontaneously contracting reaggregates of cultured smooth muscle cells from guinea pig vas deferens. J. Cell Biol., 80:539-552, 1978.

12. McLean, M.J. and Sperelakis, N.: Absence of low-resistance connections between myocardial cells in cultured spherical reaggregates. J. Membrane Biol., 57:37-50, 1980.

13. McLean M.J., Brennan R., Hughes J., Korzeniowski O.M., deSouza M.A., Araujo N.B., Benevides T. and Guerrant R.L.: Etiology of childhood diarrhea and oral rehydration therapy in northeastern Brazil. Bull. Pan. Am. Health Organ., 15:318-326, 1981.

M.J. McLean

14. Macdonald R.L. and McLean M.J.: Cellular bases of barbiturate and phenytoin anticonvulsant drug action. Epilepsia, 23:S7-S18, 1982.

15. Wikswo J.P., Barach J.P., Gundersen S.C., McLean M.J. and Freeman J.A.: First magnetic measurements of action currents in isolated cardiac Purkinje fibers. Il nuovo Cimiento, 2:368-378, 1983.

16. McLean M.J. and Macdonald R.L.: Multiple actions of phenytoin on mouse spinal cord neurons in cell culture. J. Pharmacol. Exp. Therap., 227:779-789, 1983.

17. Skerritt J.H., Werz M.A., McLean M.J. and Macdonald R.L.: Diazepam and its anomalous p-Chloro-derivative Ro 5-4864: Comparative effects on mouse neurons in cell culture. Brain Res., 310:99-105, 1984.

18. McLean M.J., Gebarski S., Van der Spek A. and Goldstein G.: Response of moya-moya disease to verapamil. Lancet, p. 103-104, 1985.

19. McLean M.J., Gebarski S.S., Van der Spek A, and Goldstein G.: Treatment of acute deficits of moya-moya disease with verapamil. Annals Acad. Med., Singapore, 14:65-70, 1985.

20. McLean M.J. and Macdonald R.: Cellular mechanistic bases for classification of clinically useful anticonvulsant drugs. Annals Acad. Med., Singapore, 14:128-136, 1985.

21. Macdonald R.L., McLean M.J. and Skerritt J.H.: Anticonvulsant drug mechanisms of action. Fed. Proc., 44:2634-2639, 1985.

22. McLean M.J. and Macdonald R.L.: Sodium valproate, but not ethosuximide, produces use- and voltage- dependent limitation of high frequency repetitive firing of action potentials of mouse central neurons in cell culture. J. Pharmacol. Exp. Therap., 237:1001-1011, 1986.

23. McLean M.J. and Macdonald R.L.: Carbamazepine and 10,11-epoxy carbamazepine: Use- and voltage- dependent limitation of rapidly firing action potentials of mouse central neurons in cell culture. J. Pharmacol. Exp. Therap., 238: 727-739, 1986.

24. Macdonald R.L. and McLean M.J.: Mechanisms of anticonvulsant drug action. Electroencephalography (suppl. 39):200-208, 1987.

25. McLean M.J.: In vitro electrophysiological evidence predicting anticonvulsant efficacy of memantine and flunarizine. Polish J. Pharmacol. Pharm., 39:81-93, 1987.

26. Gupta R.C., McLean M.J. and Dettbarn W.-D.: Protection against nerve agent-induced central and peripheral toxicity. Proc. of the 6th Medical Chemical Defense Bioscience Review: pp. 473-477, 1987.

27. McLean M.J. and Macdonald R.L.: Limitation of high frequency repetitive firing of action potentials of spinal cord neurons in cell culture by anticonvulsant benzodiazepines. J. Pharmacol. Exp. Therap., 244:1-7, 1988.

28. McLean M.J., Bennett P.B. and Thomas R.M.: Subtypes of dorsal root ganglion neurons, based on different inward currents. Molec. Cell. Biochem., 80:95-107, 1988.

29. Bromberg, M.B., Junck, L., Gebarski, S.S., McLean, M.J. and Gilman, S.: The Marinesco-Sjögren syndrome examined by computed tomography, magnetic resonance and [18]F-2-fluoro-2-deoxy-d-glucose and positron emission tomography. Arch. Neurol., 47:1239-1242, 1990.

30.  McLean M.J. and Wamil A.W.: Effects of anticonvulsant compounds on voltage- and neurotransmitter-activated sodium conductances of central neurons in cell culture. Experimental Brain Research Series, 20: 211-215, 1991.

31.  Rock, D.M., McLean, M.J., Macdonald, R.L., Catterall, W.A. and Taylor, C.P.: Ralitoline (CI-946) and CI-953 block sustained repetitive sodium action potentials in cultured mouse spinal cord neurons and displace batrachotoxinin A 20-☐-benzoate binding in vitro. Epilepsy Research, 8: 197-213, 1991.

32.  McLean, M.J., Holcomb, R.R., Wamil, A.W., Pickett, J.D.:  Effect of steady magnetic fields on action potentials and sodium currents of sensory neurons in vitro.  Environmental Medicine, 8: 36-45, 1991.

33.  Wamil A.W. and McLean M.J.:  Use-, concentration- and voltage-dependent limitation by MK-801 of action potential firing frequency of mouse spinal cord neurons in cell culture. J. Pharmacol. Exp. Therap., 260: 376-383, 1992.

34.  McLean, M.J., Gupta R.C., Dettbarn W.-D., and Wamil, A.W.:  Prophylactic and therapeutic efficacy of memantine and atropine against seizures produced by soman.  Toxicol. Applied Pharmacol., 112: 95-103, 1992.

35.  Wamil, B.D., Wamil, A.W., McLean, M.J. and Rogers, B.J.: Effects of antiepileptic drugs and calcium channel active compounds on human sperm fertilizability. Molecular Andrology, 4: 137-139, 1992.

36.  Bosque, P.J., Vnencak-Jones, C.L., Johnson, M.D., Whitlock, J.A. and McLean, M.J.: A PrP gene codon 178 base substitution and a 24-bp interstitial deletion in familial Creutzfeldt-Jakob disease. Neurology 42:1864-1870, 1992.

37. Wamil, A.W. and McLean, M.J.: Temperature dependent limitation of rapid action potential firing of mouse spinal cord neurons by MK-801. Eur. J. Pharmacol., 230: 263-269, 1993.

38. Wamil, A.W. and McLean, M.J.: Phenytoin blocks responses to NMDA by mouse central neurons in cell culture. J. Pharmacol. Exp. Therap. 267: 218-227, 1993.

39. US Gabapentin Study Group (writing committee: McLean, M.J. Shellenberger, K., Wa,llace, J., Ramsay, R.E., Leppik, I.E., Rowan, J.A.): Gabapentin as add-on therapy in refractory partial epilepsy: a double-blind, placebo-controlled, parallel-group study. Neurology  43: 2292-2298, 1993.

40. Wamil, A.W. and McLean, M.J.:  Limitation by gabapentin of fast repetitive action potential firing of mouse central neurons in cell culture. Epilepsy Research 17: 1-11, 1994.

41. McLean, M.J., Schmutz, M. ,  Wamil, A.W. , Olpe H.-R., Portet, Ch. and Feldmann, K.F. : Trileptal: mechanisms of action. Epilepsia 35 (suppl. 3) : S5-S9, 1994.

42. McLean, M.J.: Clinical pharmacokinetics of gabapentin. Neurology 44 (suppl. 5) : S17-S22, 1994.

43. Wamil, A.W., Schmutz, M., Portet, Ch. and McLean, M.J.: Oxcarbazepine and its monohydroxy metabolite limit action potential firing of neurons in vitro and protect against generalized tonic seizures in animals. Eur. J. Pharmacol. 271:301-308, 1995.

44.  McLean, M.J., Holcomb, R.R., Wamil, A.W. , Pickett, J.D. and A.V. Cavopol: Effects of static magnetic fields on action potentials of adult mouse sensory neurons in cell culture: first observations. Bioelectromagnetics 16:20-32, 1995.

45. Cavopol, A.V. Wamil, A.E., Holcomb, R.R. and McLean, M.J.: Measurement and analysis of static magnetic fields which block action potentials in cultured neurons. Bioelectromagnetics, 16:197-206, 1995.

M.J. McLean

46. Parchi, P., Castellani, R., Cortelli, P., Montagna, P., Chen, S.G., Petersen, R.B., Manetto, V., Vnencak-Jones, C., McLean, M.J., Schneller, J.R., Lugaresi, E., Autilio-Gambetti, L. and Gambetti, P.: Regional distribution of protease-resistant prion protein in fatal familial insomnia. Ann. Neurol. 38: 21-29, 1995.

47. McLean, M.J.: Clinical studies of Gabapentin. Drugs of Today 31: 621-628, 1995.

48. Wamil, A.W., Cheung, H., Harris, E.J. and McLean, M.J.: Remacemide HCl and its metabolite, FPL 12495AA, limit rapid firing of action potentials by mouse spinal cord neurons in cell culture. Epilepsy Research, 771:1-14, 1996.

49. McLean, M.J.: Clinical pharmacokinetics of Gabapentin. In, Advances in Epilepsy, Symposium of Gabapentin in the Treatment of Epilepsy, Prous Science, Barcelona, pp. 23-35, 1996.

50. Wamil, A., Löscher, W. and McLean, M.J.: Trans-2-en-valproic acid limits action potential firing frequency in mouse central neurons in cell culture. J. Pharmacol. Exp. Therap. 280: 1349-1356, 1997.

51. McLean, M.J., Morrell, M.J., Willmore, L.J., Privitera, M.D., Faught, R.E., Holmes, G.L., Magnus-Milll, L., Podolnik, P.B. and Rose-Legatt, A. : Safety and Tolerability of Gabapentin as Adjunctive Therapy in a Large, Multicenter Study. Epilepsia 40:965-973, 1999.

52. McLean, M.J.:  Gabapentin in the Management of Convulsive Disorders. Epilepsia 40(suppl 6): s39-s50, 1999.

53. McLean, M.J., Pina-Garza, J.E., Bukhari, A.A. and Wamil A.W.: Effects of topiramate on sodium-dependent action potential firing by mouse spinal cord neurons in cell culture. Epilepsia 41(suppl. 1): S21-S24., 2000.

54. Morrell, M.J., McLean, M.J., Willmore, L.J., Privetera, M.D., Faught, R.E., Holmes, G.L., Magnus, L., Bernstein, P., Rose-Legatt, A. and the STEPS Study Group: Efficacy of gabapentin as adjunctive therapy in a large, multicenter study. Seizure 9(4):241-8, 2000.

55. Holcomb, R.R., Worthington, W.B., McCullough, B.A. and McLean, M.J.: Static magnetic field therapy for pain in the abdomen and genitals. Pediatric Neurology 23:261-264, 2000.

56. Segal, N., Toda, Y., Huston, J. et al. Two configurations of static magnetic fields for treating rheumatoid arthritis of the knee – a double-blind clinical trial. Arch Phys Med Rehabil 82:1453-1460, 2001.

57. McLean M.J., Engström S. and Holcomb R.R.: Static magnetic fields for the treatment of pain. Invited review. Brain and Behavior, 2:s74-s80,2001.

58. McLean M.J., Engström S. and Holcomb R.R.: Magnetic Field Therapy for Epilepsy. Invited review. Brain and Behavior, 2s-81-s87, 2001.

59. Engström  S., Markov M.S., McLean M.J., Holcomb R.R., Markov J.M. Effects of non-uniform static magnetic fields on the rate of myosin phosphorylation. Bioelectromagnetics, 23:475-479, 2002.

60. Fakhoury T., Murray L., Seger, D., McLean M.J. and Abou-Khalil B. Topiramate: clinical laboratory features. Epilepsy and Behavior 3:185–189, 2002.

61. McLean M.J., Gidal, B.E.: Gabapentin Dosing in the Treatment of Epilepsy. Clinical Therapeutics, 25:1382-1403, 2003.

62. McLean M.J., Engström S., Holcomb R.R., Sanchez D. A static magnetic field modulates severity of audiogenic seizures and anticonvulsant effects of phenytoin. Epilepsy Research 55:105-116, 2003.

M.J. McLean

63. Engström S., Markov M.S., McLean M.J. and Holcomb R.R. Devices for gradient magnetic field exposure. Bioelectromagnetics 26:336-340, 2005.

64. Recio M.V., Gallagher M.J., McLean M.J. and Abou-Khalil B. Clinical features of epilepsy in patients with cerebellar structural abnormalities in a referral center. Epilepsy Research 76:1-5, 2007.

65. Dong C, Sriram S, Delbeke D, Al-Kaylani M, Arain AM, Singh P, McLean MJ, Abou-Khalil B. Aphasic or amnesic status epilepticus detected on PET but not EEG. Epilepsia, 2008, *E-pub ahead of print.*

66. McLean M.J., Engström S., Spankovich C., Zhang Q. and Polley D. Effects of a static magnetic Field on audiogenic seizures in black Swiss mice. Epilepsy Research 80:119-131, 2008.

67. Engtröm S., McLean M.J., Zhang Q. Effects of static magnetic fields on audiogenic seizures in black Swiss mice: physical parameters. *In preparation.*

68. McLean M.J., Engström S., Zhang Q., Zhang M. Effects of static magnetic fields on audiogenic seizures in black Swiss mice: interactions with anticonvulsant drugs. *In preparation.*

69. McLean M., Schmutz M., Pozza M, Steinmann M., Meigel I., Mosbacher J., Engström S. and Zhang M. Effects of rufinamide (CGP-33101) on high voltage-activated sodium current and firing frequency of sodium-dependent action potentials of rodent neurons. *In preparation.*

Book Chapters:

1. Sperelakis N., Shigenobu K. and McLean M.J.: Membrane cation channels: Changes in developing hearts, in cell culture, and in organ culture. In: Developmental and Physiological Correlates of Cardiac Muscle. Ed. M. Lieberman and T. Sano. Raven Press: New York, pp. 209-234, 1976.

2. Sperelakis N. and McLean M.J.: Electrical properties of cultured heart cells. In: Cardiac Adaption, Recent Advances in Studies on Cardiac Structure and Metabolism. Vol. 12. Ed. T. Tobayashi, Y. Ito and G. Rona. University Press: Baltimore, pp. 645-666, 1977.

3. Sperelakis N. and McLean M.J.: Electrical properties of embryonic chick cardiac cells. In: Fetal and Newborn Cardiovascular Physiology. Ed. D.L. Longo and Reneau. Garland Press: New York, pp. 191-236, 1978.

4. Sperelakis N., McLean, Renaud J.-F. and Niu M.C.: Membrane differentiation of cardiac myoblasts induced in vitro by an RNA-enriched fraction from adult heart. In: The Role of RNA in Development and Reproduction (Second International Symposium, Peking, China, April 23-30, 1980). Ed. M.C. Niu and H.H. Chuang. Science Press, Beijing and Von Nostrand Reinhold: New York, pp. 730-771, 1981.

5. Macdonald R.L. and McLean M.J.: Barbiturate and hydantoin actions on vertebrate neurons in cell culture. In: Workshop on Neurotransmitters in Epilepsy II, Ed. R. Fariello, et al., Raven Press: New York, 1983.

6. Macdonald R.L. and McLean M.J.: Anticonvulsant drug actions on mouse neurons in cell culture. In: Basic Mechanisms of the Epilepsies. Ed. A.V. Delgado-Esqueta, et al., Raven Press: New York, pp. 427-451, 1986.

M.J. McLean

7.  McLean M.J. and Macdonald R.L.:  Limitation of sustained high frequency repetitive firing:  A common anticonvulsant drug mechanism of action?  In:  <u>Neurotransmitters, Seizures and Epilepsy III.</u> Ed. G. Nistico, et al., Raven Press:  New York.

8.  McLean M.J.:  Effect of anticonvulsant drugs on post-synaptic responses of mouse central neurons in cell culture to NMDA  and glutamate applied by pressure ejection.  In:  <u>Recent Advances in Excitatory Animal Acid Research.</u>  Ed. E.A. Cavalheiro and A.R. Liss, Inc.,  pp. 271-275, 1988.

9. McLean, M.J.: Gabapentin: Chemistry, absorption, distribution and excretion. In, <u>Antiepileptic drugs,</u> 3rd edition, eds. R. Levy et al., Raven Press: New York, pp. 843-849, 1995.

10. McLean, M.J. : Neuropharmacology and therapeutics. In, <u>Neurology in Clinical Practice, 2nd edition,</u> ed. by W. Bradley et al., Butterworth-Heinemann: New York, 1995.

11.  McLean, M.J. : New antiepileptic medications: pharmacokinetic and mechanistic considerations in the treatment of seizures and epilepsy in the elderly. In, <u>Seizures and Epilepsy in the Elderly,</u> ed. by A.J. Rowan, R.E. Ramsay and M. Miller, in press.

12. McLean, M.J.: Gabapentin. In, <u>The Treatment of Epilepsy: Principles and Practice, 2nd Edition,</u> ed. by E. Wyllie, Lea and Febiger: Philadelphia, 1997.

13. McLean, M.J. : Neuropharmacology and therapeutics. In, <u>Neurology in Clinical Practice, 3rd edition,</u> ed. by W. Bradley et al., Butterworth-Heinemann: New York, 2000.

14. McLean, M.J.: Gabapentin. In, <u>The Treatment of Epilepsy: Principles and Practice, 3rd Edition</u>, ed. by E. Wyllie, Lea and Febiger: Philadelphia, 2000.

15. McLean, M.J.: Oxcarbazepine: Mechanisms of Action. In, <u>Antiepileptic Drugs,</u> 4th edition, eds. R. Levy et al., Raven Press: New York, pp. 843-849, 1995.

16. McLean, M.J. and Gidal, B.: Gabapentin and Pregabalin. In, <u>The Treatment of Epilepsy: Principles and Practice, 4th Edition,</u> ed. by E. Wyllie, Lea and Febiger: Philadelphia, 2003, in press.

17. McLean, M.J. and Engstrom, S.  Static Magnetic Therapy for Pain. In, <u>Weiner's Pain Management: A Practical Guide for Clinicians,</u> 7th edition. CRC Press, intended publication date July, 2006.

18. McLean M.J. Gabapentin and Pregabalin. Chap. 39 in <u>Advanced Therapy of Epilepsy</u> , ed. By J. Wheless, J. Wilmore and  Brumback. MPS Books, New Delhi. *In press, 2008.*

19 McLean M.J. and Gidal B.  Gabapentin and Pregabalin. In, <u>The Treatment of Epilepsy: Principles and Practice, 5th Edition,</u> ed. by E. Wyllie, Lippincott, Williams and Wilkins: Philadelphia. *In preparation for 2009 publication.*


<u>BOOKS:</u>

1. McLean M.J., Engström S. and Holcomb R.R., editors. <u>Potential Therapeutic Applications of Magnetic Fields.</u> The Floating Gallery Press, NY, 2003.


<u>Abstracts:</u>

1. McLean M.J. and Sperelakis N.:  Retention of tetrodotoxin sensitivity by monolayer cultured embryonic chick heart cells.  Fed. Proc., 34:391, 1975.

13

M.J. McLean

2.  Sperelakis N. and McLean M.J.: Electrical properties of cultured myocardial cells. 8th International Heart Congress of the International Study Group for Research in Cardiac Metabolism. Tokyo, Japan, 1976.

3.  Sperelakis N. and McLean M.J.: The electrical properties of embryonic chick cardiac muscle. APS Satellite Symposium on Circulation in the Fetus and Newborn. Invited address. Bryn Mawr, PA, 1976.

4.  McLean M.J. and Sperelakis N.: Electrophysiology of cultured vascular smooth muscle. Fed. Proc. 34:391, 1976.

5.  Guerrant R.L., Araujo J.G., Hughes J.M., de Souza M.A., Brennan T and McLean M.J.: Resultados preliminares de estudo epidemiologico de gastroenterite em zona rural. Publicacao da comissao executiva do XI Congresso Internacional de Nutricao, Rio de Janeiro, Abstract #459, 1978.

6.  McLean M.J. and Macdonald R.L.: Phenytoin effects on action potentials of fetal mouse spinal cord neurons in cell culture. Abstracts of the Society for Neuroscience, 11th Annual Meeting. Los Angeles, CA, Abstract #206.8, p. 629, 1981.

7.  McLean M.J. and Macdonald R.L.: Multiple effects of phenytoin on action potentials of mouse spinal cord neurons in cell culture. American Academy of Neurology Annual Meeting, Washington, D.C., April 1982. Neurology, 32:A223, 1982.

8.  McLean M.J., Mccormick F.X., Dorovini-Zis D.K., Keren D.F., Fink D.J., Mata M.M., Donofrio P.D. and Albers J.W.: Evidence for immune-mediated polyneuropathy in Waldenstrom's Macroglobulinemia. Neurology, 33:A140-141, 1983.

9.  McLean M.J. and Macdonald R.L.: Selective effects of anticonvulsant drugs on high frequency repetitive firing of action potentials in mouse spinal cord neurons. Neurology, 33:A213-214, 1983.

10.  McLean, M.J. and Macdonald, R.L.: Phenytoin and carbamazepine selectively limit sustained high frequency repetitive firing of cultured mouse neurons. Soc. Neurosci. Abs., 9:398, 1983.

11.  McLean, M.J. and Macdonald, R.L.: Limitation of sustained high frequency repetitive firing of cultured mouse neurons by anticonvulsant drugs. Neurology, 34:288, 1984.

12.  McLean, M.J. and Macdonald, R.L.: Limitation of high frequency repetitive firing of cultured mouse neurons: An in vitro assay of anticonvulsant drug action. Ann. Neurol., 16:121, 1984.

13.  McLean M.J., Taylor C.P. and Macdonald R.L.: Phenytoin and carbamazepine limit sustained high frequency repetitive firing of action potentials of hippocampal neurons in cell culture and tissue slices. Soc. Neurosci. Abs., 10:873, 1984.

14.  Rock D.M., McLean M.J. and Macdonald R.L.: Sodium valproate selectively limits sustained high frequency repetitive firing of cultured mouse neurons. Soc. Neurosci. Abs., 10:872, 1984.

15.  Skerritt J.H., Rock D.M., McLean M.J. and Macdonald R.L.: Concentration- dependent effects of benzodiazepines on GABA responses and sustained high frequency repetitive firing in mouse cultured neurons. Soc. Neurosci. Abs., 10:643, 1984.

16.  Macdonald, R.L., Skerritt, J.H. and Mclean, M.J.: Anticonvulsant drug action on GABA responses and sustained repetitive firing of neurons in cell culture. Neuropharmacol., 23:843-844, 1984.

17.  McLean, M.J. and Macdonald, R.L.: Cellular mechanistic bases for the classification of anticonvulsant drugs. J. Neurol., 232(s):272, 1985.

M.J. McLean

18.  McLean, M.J. and Macdonald, R.L.:  Carbamazepine  and 10, 11 - epoxycarbamazepine limit high frequency repetitive firing of cultured mouse neurons.  Neurol., 35:A156, 1985.

19.  McLean, M.J. and Macdonald, R.L.:  Use- dependent block of sodium- dependent action potentials of mammalian central neurons in cell culture by sodium valproate.  Soc. Neurosci. Abs., 11:F87, 1985.

20.  McLean, M.J.:  Limitation by carbamazepine of repetitive firing of action potentials of dorsal root ganglion neurons in cell culture.  Xth International Congress of Neuropathology.  Stockholm, Sweden, September 1986.

21.  McLean, M.J.:  Tissue culture models of anticonvulsant drug action.  9th Congress of the Polish Pharmacological Congress.  Lublin, Poland, September 1986.

22.  McLean, M.J.:  Carbamazepine and phenytoin limit rapid firing of action potentials of dorsal root ganglion neurons in cell culture.  Soc. Neurosci. Abs., 12:000, 1986.

23.  Gupta, R.C., McLean, M.J. and Dettbarn, W.-D.:  Prophylaxis and treatment against the toxicity of organophosphate (OP) compounds in rat by memantine and atropine.  Society of Toxicology Annual Meeting, February 1987.

24.  McLean, M.J., Dettbarn, W.-D. and Gupta, R.C.:  Anticonvulsant properties of memantine.  American Academy of Neurology Annual Meeting, April 1987.

25.  McLean M.J. and Blumenkopf B.:  Anticonvulsants limit firing of action potentials induced by baclofen and forskolin in cultured mammalian dorsal root ganglion neurons.  American Academy of Neurology Annual Meeting, April 1987.

26.  McLean, M.J., Gupta, R.C. and Dettbarn, W.-D.:  Protection against nerve agent-induced central and peripheral toxicity.  6th Medical Chemical Defense Bioscience Review.  U.S. Army Res. & Dev. Command.  Johns Hopkins Unv. Advanced Physics Lab., MD, August 4-6, 1987.

27.  McLean, M.J. and Bennett, P.B.:  Subtypes of mammalian dorsal root ganglion neurons in cell culture:  Electrophysiological characteristics.  Soc. Neurosci. Abs., 13:535, 1987.

28.  Taylor, C.T., Rock, D.M., McLean, M.J. and Macdonald, R.L.:  In vivo blockade of repetitive action potentials by two putative anticonvulsants, ralitoline (CI-946) and CI-953,  Soc. Neurosci. Abs., 13:94, 1987.

29.  Rock, D.M., Taylor, C.T. and McLean, M.J.:  Effect of bradykinin and (des-arg) bradykinin on cultured human and mouse dorsal root ganglion neurons.  Soc. Neurosci. Abs. 13:780, 1987.

30.  Ponce, P., Ponce, C., Garrido, J., Guerra, B., McLean, M., Navas, C. and Villegas, A:  Epilepsy on the Isla de Coche, Venezuela:  Follow up of an epidemological survey.  III Pan American Symposium of Neuroepidemiology.  San Juan, Puerto Rico, 10-17-87.

31.  Strickland, W.G. and McLean, M.J.:  Limitation of sustained repetitive firing of action potentials of adult sensory neurons in culture by lidocaine, carbamazepine and amitryptyline.  Neurol. Abs., 36:141, 1988.

32.  McLean, M.J. and S.E. Barron: Different effects of capsaicin on subtypes of dorsal root ganglion neurons in vitro. Soc. Neurosci. Abs. 14:142, l988.

33.  Barron, S.E., Bennett, P.B. and McLean, M.J.: Effects of lidocaine and saxitoxin on the tetrodotoxin-resistant sodium current of mammalian dorsal root ganglion neurons. Soc. Neurosci. Abs. 14:142, l988.

34.  Rock, D.M., McLean, M.J., Geer, J.J., Cooke, L.W. and Taylor, C.P.:

M.J. McLean

Bradykinin agonist and antagonist responses in sensory neurons and smooth muscle assays. Soc. Neurosci. Abs. 14:144, l988.

35.  Wamil, A. and McLean, M.J.: Cellular mechanisms of action of MK-801. Neurol. Abs., l989.

36.  McLean, M.J. and Barron, S.E.: Lidocaine slows repriming of TTX-resistant sodium current of sensory neurons more than TTX-sensitive current. Neurol. Abs., 39: 328, l989.

37.  McLean, M.J. and Wamil, A.W.: Effects of anticonvulsant compounds on voltage- and neurotransmitter-activated sodium conductances of central neurons in cell culture.  Satellite Symposium on Epileptogenesis, European Physiological Society, Frankfurt, Germany, July, l989.

38.  McLean, M.J. and Wamil, A.W.:  TTX and STX inhibit responses of spinal cord neurons in cell culture to NMDA.  Soc. Neurosci. Abs. 15: 218, 1989.

39.  Wamil, A.W. and McLean, M.J.: Ethosuximide and valproic acid inhibit acetylcholine-induced excitation of spinal cord neurons in cell culture. Soc. Neurosci. Abs. 15:621, 1989.

40.  Wamil, A.W. and McLean, M.J.: Flunarizine and nimodipine block repetitive firing of action potentials and response to NMDA by spinal cord neurons in vitro. Soc. Neurosci. Abs. 15: 621, 1989.

41.  McLean, M.J. and Wamil, A.W.: Effects of antiepileptic drugs on responses to amine neurotransmitters by neurons in cell culture. Neurology 40 (suppl. 1): 330, 1990.

42.  Wamil, A.W. and McLean, M.J.:  Phenytoin and selective NMDA antagonists limit repetitive firing of action potentials and block NMDA responses of central neurons in cell culture. Neurology 40 (suppl. 1): 331, 1990.

43.  Wamil, A.W. and McLean, M.J.: Ethosuximide blockade of the excitatory effect of gamma hydroxybutyrate on mouse central neurons in cell culture. Soc. Neurosci. Abs. 16: 784, 1990.

44.  Holcomb, R.R., Wamil, A.W., Pickett, J.D. and McLean, M.J.: Temperature sensitivity of effects of static magnetic fields on action potentials of sensory neurons in culture. Soc. Neurosci. Abs. 16: 883, 1990.

45.  Abou-Khalil, B., McLean, M., Castro, O. and Courville, K.:  Gabapentin in the treatment of refractory partial seizures. Epilepsia 31(5): 644, 1990.

46.  Wamil, A.W., Taylor, C.P. and McLean, M.J.: Multiple cellular actions of gabapentin. Neurology 41 (suppl 1): 140, 1991.

47.  Bosque, P., Vnencak-Jones, C., Johnson, M.D. and McLean, M.J.:  Familial Jacob-Creutzfeldt disease: a novel genetic deletion. Neurology 41 (suppl. 1): 159, 1991.

48.  McLean, M.J. and Wamil, A.W.: Temperature dependent block of NMDA responses by TTX, STX and phenytoin. Soc. Neurosci. Abs. 17: 956, 1991.

49.  Wamil, A.W. and McLean, M.J.: Temperature dependent limitation of SRF by MK-801. Soc. Neurosci. Abs. 17: 1522, 1991.

50.  Holcomb, R.R., Wamil, A.W., Pickett, J.D. and McLean, M.J.: Temperature dependence of magnetic field effects on subtypes of sensory neurons  in vitro. Soc. Neurosci. Abs. 17: 1256,1991.

51.  Dettbarn, W.-D., McLean, M.J., Gupta, R.C. and Wamil, A.W.: Memantine and atropine protect against soman-induced seizures.Soc. Neurosci. Abs. 17: 1523, 1991.

52.  Wamil, A.W. and McLean, M.J.: Effect of anticonvulsant medications on responses to NMDA by mouse central neurons in cell culture. Epilepsia 32 (suppl. 3): 42, 1991.

M.J. McLean

53.  Wamil, A.W., Taylor, C.P. and McLean, M.J.: Effects of gabapentin on repetitive firing of action potentials and GABA responses of mouse central neurons in cell culture. Epilepsia 32 (suppl. 3): 20, 1991.

54.  Wamil, A.W., Portet, Ch., Jensen, P.K., Schmutz, M. and McLean, M.J.: Oxcarbazepine and its monohydroxy metabolite limit action potential firing by mouse central neurons in cell culture. Epilepsia 32 (suppl. 3): 65, 1991.

55. McLean, M.J. and Wamil, A.W.: Phenytoin blocks NMDA responses of cultured mouse neurons in bicarbonate-free and bicarbonate-containing buffers. Neurology 42 (suppl. 3): 265, 1992.

56. Wamil, B.D., Wamil A.W., McLean, M.J. and Rogers, B.J.: Effects of antiepileptic drugs and calcium channel active compounds on human sperm fertilizability. Assisted Reproductive Technology/Andrology Twin Conferences, Tossa De Mar, Spain, 8/18-20/92.

57. McLean, M.: Effect of anticonvulsant drugs on responses of mouse central neurons in cell culture to NMDA. Proc. XI Congress of the Polish Pharmacological Society with the German Society of Pharmacology and Toxicology, Gdansk, 9/16-19/92.

58. Wamil, A.W. and McLean, M.J.: Effects of phenytoin, valproic acid and ethosuximide on responses of mouse central neurons in cell culture to neurotransmitters. Proc. XI Congress of the Polish Pharmacological Society with the German Society of Pharmacology and Toxicology, Gdansk, 9/16-19/92.

59. Czuczwar, S.J. and McLean, M.J.: Effect of theophylline on electrophysiological properties of cultured mouse dorsal root ganglion neurons. Proc. XI Congress of the Polish Pharmacological Society with the German Society of Pharmacology and Toxicology, Gdánsk, 9/16-19/92.

60. Wamil, B.D., Holcomb, R.R., Wamil, A.E., Rogers, B.J. and McLean, M.J.: Effect of static magnetic fields on human sperm penetration. Abstracts, 48th Annual Meeting of the American Fertility Society, New Orleans, LA, 11/2-5/92.

61. Kemper, C.M., Czuczwar, S.J. and McLean, M.J.: Phenytoin protects against seizures produced by intracerebroventricular injection of glutamate and NMDA, but not aspartate, quisqualate or kainate. Epilepsia 33 (suppl. 3) : 117, 1992.

62. Wamil, A.W. , Cheung, H., Harris, E. and McLean, M.J.: Remacemide and its desglycinated metabolite limit  action potential firing rate of mouse central neurons in cell culture.  Epilepsia 33 (suppl. 3) : 85, 1992.

63. Czuczwar, S.J. and McLean, M.J.: Effect of theophylline on mouse spinal cord neurons in cell culture. Epilepsia 34 (suppl) : 87-88, 1993.

64: Wamil, A.W. and McLean, M.J.: Different effects of phenytoin and MK-801 on responses of cultured neurons to NMDA.  Epilepsia 34 (suppl) : 87, 1993.

65. Cavopol, A.V., Willcott, R.W., Holcomb, R.R. and McLean, M.J.: Magnetic resonance detection and modeling of static fields produced by permanent magnets: first observations. 16th annual meeting of the Bioelectromagnetics Society, Copenhagen, Denmark, June 12-17, 1994.

66. Cavopol, A.V., Wamil, A.W., Holcomb, R.R. and McLean, M.J.: Characterization of certain static magnetic fields which block action potentials of sensory neurons in cell culture. 16th annual meeting of the Bioelectromagnetics Society, Copenhagen, Denmark, June 12-17, 1994.

67. Wamil, A.W., Holcomb, R.R. and McLean, M.J.: Blockade of action potentials and capsaicin responses of cultured sensory neurons by a static magnetic field. 16th annual meeting of the Bioelectromagnetics Society, Copenhagen, Denmark, June 12-17, p. 1452-143, 1994.

M.J. McLean

68. Wamil, A.W. and McLean, M.J.: Effects of anticonvulsants on responses to short and long application of NMDA. Neurology 44 (suppl.2): A236, 1994.

69. Wamil, A.W. and McLean, M.J.: Reduction of responses of mouse central neurons in cell culture to NMDA by exposure to a static magnetic field. Abstracts of the 17th Annual Meeting of the Bioelectromagnetics Society, Boston, MA, p. 187, 1995.

70. Piña-Garza, E. J. , Holcomb, R.R. and McLean, M.J.:  Effect of static magnetic fields on seizures induced by intracerebroventricular injection of NMDA. Abstracts of the 17th Annual Meeting of the Bioelectromagnetics Society, Boston, MA, p. 132, 1995.

71. Piña-Garza, E. J., Holcomb, R.R. and McLean, M.J.: Equivalent protection against NMDA seizures by MK-801, phenytoin and a DC electromagnetic field. Soc. Neurosci. Abs. 21: 1517, 1995.

72. Piña-Garza, E. J., Holcomb, R.R. and McLean, M.J.: Protection by a DC electromagnetic field against phenytoin resistant status epilepticus in mice. Epilepsia 36(suppl. 4): 59, 1995.

73. Wamil, A.W. and McLean, M.J.: Antagonists of the metabotropic glutamate receptor and some anticonvulsants protect cultured neurons from NMDA-mediated death. Epilepsia 36 (suppl. 4): 38, 1995.

74. Piña-Garza, E. J., Bukhari, A.A. and McLean, M.J.: Different effects of topiramate and phenytoin on mouse seizures and responses of cultured neurons to excitatory amino acids. Epilepsia 37 (suppl. 5): 26, 1996.

75. McLean, M.J., Holcomb, R.R. and Thomas, R.M.: Variable protective effect of a DC electromagnetic field against seizures produced in mice by icv injection of different doses of NMDA. Epilepsia 37 (suppl. 5): 64, 1996.

76. Willmore, L.J., Morrell, M.J., McLean, M.J., Magnus-Miller, L., Podolnik, P.B. and Rose-Legatt, A.: The role of Phase IV studies in assessment of newly available antiepileptic drugs: the example of Neurontin. Epilepsia 37 (suppl. 5): 157, 1996.

77. McLean, M.J., Holcomb, R.R., Torgerson,  J.E. and McCullough, B.:  Treatment of wrist pain in the work place with a static magnetic device: interim report of a clinical trial. Second World Congress for Electricity and Magnetism in Biology and Medicine, Bologna, Italy, June 8-13, 1997.

78. McLean, M.J., Holcomb, R.R. and Thomas, R.M.: Therapeutic efficacy of a static magnetic device in three animal seizure models : summary of experience. Second World Congress for Electricity and Magnetism in Biology and Medicine, Bologna, Italy, June 8-13, 1997.

79. McLean, M.J., White, H.S., Holcomb, R.R. and Thomas, R.M.: A static magnetic field protects against audiogenic seizures in Fring's mice. 22nd International Epilepsy Congress, Dublin Ireland, June 29-July 4, 1997.

80. Bukhari, A. A. and McLean, M.J.: Effects of topiramate on action potential firing by cultured mouse spinal cord neurons. 22nd International Epilepsy Congress, Dublin Ireland, June 29-July 4, 1997.

81. Bukhari, A.A. and McLean, M.J.: Effects of NBQX on mouse seizures induced by intracerebroventricular injection of glutamate receptor subtype agonists. Submitted to the American Epilepsy Society for the 1997 annual meeting.

82. McLean, M.J., Willmore, L.J., Morrell, M.J., Faught, E., Holmes, G. et al. for the STEPS Study Group: Efficacy of gabapentin (Neurontin) as add-on therapy for patients over age 60 with partial epilepsy. Submitted to the American Epilepsy Society for the 1997 annual meeting.

Multiple abstracts 1997-2002.

M.J. McLean

83. McLean M.J.,  Engström S., Holcomb R.R., Sanchez D.: A static magnetic field modulates audiogenic seizures and responsiveness to phenytoin in a mouse model. Accepted for the Bioelectromagnetics Society Annual Meeting, June 2003.

Multiple abstracts 2003-2008.

**Materials Reviewed/Relied Upon**

**Articles**

Backonja, M., et al., Gabapentin for the Symptomatic Treatment of Painful Neuropathy in Patients with Diabetes Mellitus: A Randomized Controlled Trial. *JAMA* 1998; 280(21):1831-1836.

Baulac, M., et al., Gabapentin Add-on Therapy with Adaptable Dosages in 610 Patients with Partial Epilepsy: An Open, Observational Study. *Seizure* 1998; 7:55-62.

Beran, Roy, et al., Australian Study of Titration to Effect Profile of Safety (AUS-STEPS): High-Dose Gabapentin (Neurontin) in Partial Seizures. *Epilepsia* 2001; 42: 1335-1339.

Bergey, G.K., et al., Gabapentin Monotherapy: I. An 8-day, Double-Blind, Dose-Controlled, Multicenter Study in Hospitalized Patients With Refractory Complex Partial or Secondarily Generalized Seizures. *Neurology* 1997; 49:739-745.

Berry, David J., et al., The Absorption of Gabapentin Following High Dose Escalation. *Seizure* 2002; 12:28-36.

Beydoun, A., et al., Gabapentin Monotherapy: II. A 26-week, Double-Blind, Dose-Controlled, Multicenter Study of Conversion from Polytherapy in Outpatients with Refractory Complex Partial or Secondarily Generalized Seizures. *Neurology* 1997; 49:746-752.

Beydoun, A., et al., Conversion to High Dose Gabapentin Monotherapy in Patients with Medically Refractory Partial Epilepsy. *Epilepsia* 1998; 39(2):188-193.

Brodie, M.J., et al., Gabapentin versus Lamotrigine Monotherapy: A Double-Blind Comparison in Newly Diagnosed Epilepsy. *Epilepsia* 2002; 43(9):993-1000.

Bruni, J, and Neon Study Group, Outcome Evaluation of Gabapentin as Add-on Therapy for Partial Seizures. *Can . J Neurol Sci* 1998; 25:134-140.

Cole et al., Consensus Guidelines: Treatment Planning and Options. *Mayo Clinic Proceedings* 2006; 81:S1-S32.

Dworkin, Robert H., et al., Advances in Neuropathic Pain: Diagnosis, Mechanisms, and Treatment Recommendations. *Archives of Neurology* 2003; 60: 1524-1534.

Dworkin, Robert H., et al., Pharmacologic Management of Neuropathic Pain: Evidence-Based Recommendations. *Pain* 2007; 132:237-251.

Gidal, Barry E. et al., Gabapentin Bioavailability: Effect of Dose and Frequency of Administration in Adult Patients with Epilepsy. *Epilepsy Research* 1998; 31:91-99.

Gidal, Barry E. et al., Inter- and Intra-Subject Variability in Gabapentin Absorption and Absolute Bioavailability. *Epilepsy Research* 2000;  40:123-127.

Kwan, Patrick, Brodie, Martin J., Early Identification of Refractory Epilepsy. *NEJM* 2000; 342(5):314-319.

McLean MJ, Morrell MJ, et al., Safety and Tolerability of Gabapentin as Adjunctive Therapy in a Large, Multicenter Study. *Epilepsia* 1999;40(7):965-972.

Morrell MJ, Mclean MJ, et al., Efficacy of Gabapentin as Adjunctive Therapy In a Large, Multicenter Study. *Seizure-European Journal of Epilepsy* 2000; 9(Jun):241-248.

Rice, ASC., et al., Gabapentin in PostHerpetic Neuralgia: A Randomised, Double Blind, Placebo Controlled Study. *Pain* 2001; 94(2):215-224.

Rowbotham, Michael, et. al., Gabapentin for the Treatment of Postherpetic Neuralgia: A Randomized Controlled Trial. *JAMA* 1998; 280(21):1837-1842.

Wilson, Elaine A., et al., High Dose Gabapentin in Refractory Partial Epilepsy: Clinical Observations in 50 Patients. *Epilepsy Research* 1998; 29(2):161-166.

**Miscellaneous**

Materials in the *curriculum vitae* of Dr. Michael J. McLean

Neurontin USPI

Expert Report of Brian Alldredge, PharmD