UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
ALL PRODUCTS LIABILITY CASES :
:
---------------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS' NOTICE OF SUPPLEMENTAL
AUTHORITY IN OPPOSITION TO DEFENDANTS PFIZER INC. AND
WARNER-LAMBERT COMPANY LLC'S MOTION FOR SUMMARY JUDGMENT**

In connection with the pending motion by Defendants Pfizer Inc., and Warner-Lambert Company LLC for summary judgment, ECF Doc. # 1161, Products Liability Plaintiffs respectfully submit for the Court's consideration a copy of the Opinion of the Honorable John Paul Stevens, J., in *Wyeth v. Levine,* U.S. Sup. Ct. Docket No. 06-1249, dated March 4, 2009, the concurring Opinion of the Honorable Clarence Thomas, J., and the dissenting Opinion of the Honorable Samuel Anthony Alito, Jr.  This filing is intended to ensure that the Court and all counsel have ready access to the Opinions.  A true and correct copy of the Opinions (Slip Opinions) is attached hereto as Exhibit A.

Plaintiffs believe that the Opinions will assist the Court in its deliberations, and are relevant to the issue under consideration in this matter, i.e., whether Plaintiffs' claims are preempted by the Federal Food, Drug and Cosmetic Act, 21 U.S.C. ¶ 301, et seq., and its implementing regulations.

Dated:  March 4, 2009                                      Respectfully submitted,

                                                           *Members of Products Liability
                                                           Plaintiffs' Steering Committee*


                                              By:     **/s/ Andrew G. Finkelstein**
                                                      Andrew G. Finkelstein, Esquire
                                                      Finkelstein & Partners, LLP
                                                      436 Robinson Avenue
                                                      Newburgh, NY  12550


                                              By:     **/s/ Jack W. London**
                                                      Jack W. London, Esquire
                                                      Law Offices of Jack W. London
                                                        & Associates
                                                      3701 Bee Cave Road, Suite 200
                                                      Austin-Westlake, TX  78746


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 4, 2009.


                                                      **/s/ Andrew G. Finkelstein**
                                                      Andrew G. Finkelstein, Esquire