UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Bulger v. Pfizer Inc., et al.*, 07-CV-11426-PBS :
:
*Smith v. Pfizer Inc., et al.*, 05-CV-11515-PBS :
:
---------------------------------------------------------------x

## DECLARATION OF KENNETH B. FROMSON, ESQ. IN SUPPORT OF PRODUCTS LIABILITY PLAINTIFFS' REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFFS' MOTION TO <u>EXCLUDE THE TESTIMONY OF SHEILA WEISS SMITH, Ph.D.</u>

I, Kenneth B. Fromson, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, including Plaintiffs Bulger and Smith in the above-entitled individual actions.

2. This declaration is submitted in support of Products Liability Plaintiffs' Reply to Defendants' opposition to Plaintiffs' motion, pursuant to the standards of expert evidence enunciated in *Daubert* and its progeny and Rule 702 of the Federal Rules of Evidence, for an Order excluding the testimony of Defendants' expert witness Sheila Weiss Smith, Ph.D.

3. The following documents are attached hereto in further support of this motion:

Exhibit A -  E-mail from Manfred Hauben dated 4/25/04

Exhibit B -  Excerpts from the December 22, 2008 Deposition of Dr. Weiss Smith

Exhibit C -  21 C.F.R. 201.57(e) (04/01/2006)

Exhibit D -  FDA Alert dated February 19, 2009, for the Psoriasis drug Raptiva

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 5, 2009

/s/ **Kenneth B. Fromson**
Kenneth B. Fromson
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Attorneys for Plaintiffs Bulger and Smith*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 5, 2009.

Dated:  March 5, 2009

 /s/ **Kenneth B. Fromson**
Kenneth B. Fromson