EXHIBIT A

**From:**       Hauben, Manfred
**Sent:**       Sunday, April 25, 2004 5:17 PM
**To:**         Wolleben, John; Dieck, Gretchen
**Subject:**    RE: FDA request for teleconference with Pfizer to discuss safety concerns with Neurontin


A group composed of regulatory, clinical, risk management (myself
included), and I believe legal experts met last Friday in advance of the
meeting.

At this point it is pure speculation although some guessed that it may
be related to spontaneous reports of visual field defects, abuse or
suicide. They may be right but it could really be any odd case(s) as you
say.

We can data mine on gabapentin but I don't think that negative data
mining findings would make a strong counterargument to a signal that may
have arisen from clinical observations.

I hope to supply additional input when we find out what there concerns
actually are.

Thanks

Manfred

-----Original Message-----
From: Wolleben, John
Sent: Saturday, April 24, 2004 9:40 AM
To: Dieck, Gretchen
Cc: Hauben, Manfred
Subject: RE: FDA request for teleconference with Pfizer to discuss
safety concerns with Neurontin


Is the neurotin data in ARIS g and is it in the warehouse.?  I presume
that Manfred will be on the phone with FDA.  I presume that they are
going to focus in on a few odd cases.  Do you have any idea what type of
problem they are looking at. Is this a potential opportunity to use the
data mining information to potential discredit their positions?  I would
like to talk to Manfred before the phone conversation if possible.

-----Original Message-----
From: Dieck, Gretchen
Sent: Friday, April 23, 2004 8:26 PM
To: Wolleben, John
Subject: Re: FDA request for teleconference with Pfizer to discuss
safety concerns with Neurontin


Manfred.
-------------------------
Sent from my BlackBerry Wireless Handheld

1