UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>ALL PRODUCTS LIABILITY CASES IDENTIFIED ON EXHIBIT 1 TO THE DECLARATION OF SCOTT W. SAYLER, ESQ. FILED WITH MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT | |

**PFIZER INC AND WARNER-LAMBERT COMPANY LLC'S NOTICE OF WITHDRAWAL OF FEDERAL PREEMPTION <u>GROUND IN MOTION FOR SUMMARY JUDGMENT</u>**

In light of the United States Supreme Court's decision in *Wyeth v. Levine*, No. 06-1249 (U.S. Mar. 4, 2009), defendants Pfizer Inc and Warner-Lambert Company LLC ("Defendants") hereby withdraw from their Motion for Summary Judgment (Dkt. #1161) and accompanying Memoranda in Support (Dkt. #1162, #1243) the ground of federal preemption. Defendants reserve their rights to raise the issue in connection with any trial.

Notwithstanding the withdrawal of the preemption argument, defendants maintain that summary judgment on plaintiffs' claims is still warranted based upon the other independent grounds set forth in the motion. Specifically, plaintiffs lack admissible expert testimony required to satisfy plaintiffs' burden of proving general causation (i.e., that Neurontin is capable of causing suicide-related events) and defendants had no duty to warn of information that they neither knew nor were capable of knowing through the exercise of reasonable care. Finally, defendants have filed motions for summary judgment in the *Bulger* and *Smith* cases based on

multiple case-specific grounds that provide further independent grounds for the dismissal of those plaintiffs' claims. The Court has scheduled oral argument on these motions to take place on March 31, 2009.

Dated: March 9, 2009

Respectfully submitted,

DAVIS POLK & WARDWELL

By: /s/ James P. Rouhandeh
     James P. Rouhandeh

450 Lexington Avenue
New York, New York 10017
(212) 450-4000

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
     Scott W. Sayler

2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 474-6550

- and -

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
     David B. Chaffin

100 Summer Street, 27th Floor
Boston, MA 02110

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on March 9, 2009.

/s/ David B. Chaffin