UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ----------------------------------------------------------------x | : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING, | : | |
|         SALES PRACTICES AND | : | Master File No. 04-10981 |
|         PRODUCTS LIABILITY LITIGATION | : | |
| | : | Judge Patti B. Saris |
| ----------------------------------------------------------------x | : | Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Smith v. Pfizer Inc.*, 1:05-cv-11515-PBS | : | |
| | : | |
| ----------------------------------------------------------------x | | |

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.
IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT 11 (CORRECTED)**

Dated:  March 9, 2009

                                          **/s/ Andrew G. Finkelstein**
                                          Andrew G. Finkelstein, Esquire
                                          Finkelstein & Partners, LLP
                                          *Attorneys for Plaintiff Ruth Smith*
                                          1279 Route 300, P.O. Box 1111
                                          Newburgh, NY  12551

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 9, 2009.

                                            **/s/ Andrew G. Finkelstein**
                                            Andrew G. Finkelstein, Esquire