UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                   :
        SALES PRACTICES AND                                    :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                          :
                                                               :    Judge Patti B. Saris
---------------------------------------------------------------x
                                                               :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                      :
                                                               :
*Smith v. Pfizer Inc.*, 1:05-cv-11515-PBS                      :
                                                               :
---------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.
IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

## EXHIBIT 12 (CORRECTED)

Dated:  March 9, 2009

                                         **/s/ Andrew G. Finkelstein**
                                         Andrew G. Finkelstein, Esquire
                                         Finkelstein & Partners, LLP
                                         *Attorneys for Plaintiff Ruth Smith*
                                         1279 Route 300, P.O. Box 1111
                                         Newburgh, NY  12551

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 9, 2009.

                                         **/s/ Andrew G. Finkelstein**
                                         Andrew G. Finkelstein, Esquire