C



Pfizer Inc
95 Corporate Drive
Bridgewater, NJ 08807
(800)438-1985

March 13, 2006

Ms. Cynthia Lynch        MRN: 4433670
1817 Dusk Drive
Killeen, TX 76543

Dear Ms. Lynch:

Thank you for taking the time to contact Pfizer, Inc., regarding experiences that occured during treatment with NEURONTIN. Please provide the applicable information requested below, so we may be able to obtain further data from the treating or prescribing physician regarding these experiences.

Pfizer, Inc., maintains a medical event database comprised of all reports received from patients, consumers and health professionals. In protecting the public health we, along with global regulators (e.g. US FDA), rely primarily on health professionals to provide follow-up information on the events or symptoms that are reported. The physician's input is, therefore, extremely important as it is used to monitor the safe use of products and to develop accurate prescribing information.

A postage-paid return envelope is enclosed for your convenience. Thank you once again for your cooperation.

Please contact our call center at (800)438-1985 with any questions you may have regarding this correspondence.

Sincerely,

*Lorraine F. Blumetti*

Lorraine Blumetti
Manager US Output/Global Licensed Partner Exchange
Safety Surveillance and Reporting

K0223261

LB/as

If you are not the patient who was treated with NEURONTIN, please provide:
Patient's Name:_____ Address:_____
If you are the patient, by providing your physician's information you are giving him/her permission to forward information regarding your experience with NEURONTIN to Pfizer, Inc.
Treating or prescribing physician's name: Jeffrey W Clark
Address: Scott & White Temple Clinic
2401 South 31st street          Telephone number: 254-724-2111
Temple Texas 76508