**D**



S & W PHARMACY-KILLEEN
2500 CROSS DR
KILLEEN, TX 76543
Caution: Federal law prohibits transfer of this drug to any person other than patient for whom prescribed.
(254) 699-1133
Rx# 6086362-09 N
CYNTHIA  LYNCH-ULETT
1817 DUSK DR
KILLEEN, TX 76543
08/24/2004
DOB: 12/26/1960
TAKE 1 CAPSULE BY MOUTH DAILY

NEURONTIN 100MG "CAPSULE
PARK
DR. CLARK, JEFFREY WAYNE DO
30 CAP

No refill
M
DAW: 0
Tech/RPh: DRP/S&W
iu

