**E**

Jul-09-96 06:01A Richard Grady            914-738-1520            P.02

Medical and   701 Eden Road   Phone 1-800-223-0432
Scientific Affairs   Morris Plains, N.J.
07950

CC: Laura Johnson
    John Kruker
    Tom Gorga


**PARKE-DAVIS**

TO: Medical Liaisons               DATE: July 9, 1996
    Phil Magistro

CC: NEURONTIN Marketing Team

FROM: Richard Grady

Please find listed below pertinent information regarding the NE CBU "movers and shakers" in regards to the off label use of NEURONTIN. Note this "database" is an evolving one and if you have any additions/deletions please feel free to contact me.

※ One important point first, there have been cases of pharmacists questioning Rxs for NEURONTIN if the patient <u>does not have epilepsy</u>. To avoid any problems, just tell the physician to write on the Rx pad, *For pain management,* when he/she is Rxing NEURONTIN. ※

**BOSTON**

1. Bruce Ehrenberg, M.D.   New England Medical Center, Tufts Medical School

   ° Has over 100 patients with restless leg syndrome on NEURONTIN with 90% of those patients receiving some benefit. Dr. Ehrenberg is the investigator for a restless leg syndrome trial.
   Secretary- Lois   Phone- (617) 636-7504

2. Ken Gorson, M.D.   St. Elizabeth's Medical Center, Tufts Medical School

   ° Participating in a single site, placebo controlled NEURONTIN for painful diabetic neuropathy study.

3. Daniel Carr, M.D.   New England Medical Center, Tufts Medical School
   Anesthesiologist/Pain Management

   ° Participating in multi-center, post-herpetic neuralgia study.

4. Steven Schachter, M.D.   Beth Israel Medical Center, Harvard Medical School
   Director of Epilepsy Center

   ° Decile 10, over 20% nRx share for NEURONTIN, I think we all are aware of Dr. Schacter's background.