**F**

# Defective and Dangerous Products A to Z

To begin, please select an item from the list below or from the "Browse" box on the left.

- Accutane
- Ambien
- Aredia
- Baycol
- Benzene
- Beryllium
- Bextra ✗
- Celebrex
- Celexa
- Cialis
- Crestor
- Darvon / Darvocet
- Duragesic Patch
- Effexor
- Ephedra
- Evista
- Fluvoxamine
- Fosamax
- Gleevec
- Guidant Defibrillator / Pacemaker
- Lasik Eye Surgery
- Lead Poisoning
- Levitra
- Lexapro
- Meridia
- Mirapex
- Motor Vehicle Defects
- Neurontin ✗
- Ortho Evra Patch
- Paxil
- Perchlorate
- Prempro
- Promethazine HCl
- Prozac
- ReNu with MoistureLoc
- Risperdal
- Seroquel
- Serzone
- Silicosis & Silica
- Spinach Recall and E. coli
- Symbyax
- Teflon
- Tequin
- Triaminic Vapor Patch
- Viagra
- Vioxx
- Welding Rods
- Zoloft
- Zometa
- Zyprexa