**G**

MRN: 4433670

**SCOTT AND WHITE**
**Temple Clinic Note**

Lynch-Ulett, Cynthia
DOB: 12/26/1950

DATE OF SERVICE: 08/05/2004

PLAN:
1. She will continue to follow up longitudinally with Physical Medicine and Rehabilitation as necessary.
2. I have asked her to restart her antihypertensive (previously diagnosed).
3. We discussed use of medications such as Neurontin and amitriptyline. Use of these medications has apparently been discussed with her in the past (per the archival). She apparently refused treatment with amitriptyline because she is aware that it is used also as an antidepressant. Today she has agreed to a trial of Neurontin after discussing potential side effects. She will start with 100 mg per day, and this medication may be adjusted into the range of 300 to 600 to 1200 mg per day depending upon her response, and tolerance. Further adjustments at this point may be made by her primary physician or by Physical Medicine and Rehabilitation.
4. Again, I have stressed close followup with her primary physician to assess and treat her vascular risk factors, including elevated blood pressure.

   Electronically signed by
 Jeffrey W Clark, DO 08/09/2004 15:03

**Jeffrey W Clark, DO /125**
254-724-2111
dd: 08/05/2004  3:05 P   dt: 08/06/2004 12:31 P
Job #: 837187001 - 3258033  -
Doc ID#: 200408052138700100

cc:

CHART COPY
IF NOT SIGNED MANUALLY OR ELECTRONICALLY, THIS DOCUMENT HAS BEEN
AUTHENTICATED VIA AN AUTHOR LOG LIST.

# SCOTT & WHITE
# OUTPATIENT NOTES

**Temple**
**Emergency Department**

MRN: 4433670

Lynch-Ulett, Cynthia D
DOB: 12/26/1950

**DATE OF SERVICE:** 05/12/2002

**PRIMARY CARE PROVIDER:**
Not listed.

**CHIEF COMPLAINT:**
The patient is a 51-year-old female who presents with a chief complaint of head, neck, and elbow pain.

**HISTORY OF PRESENT ILLNESS:**
The patient states approximately three days ago she was walking from her car in a parking lot at work when a car backed in to her. She was pushed to the ground. She bumped her head, fell on her bilateral hands and elbows, and felt pain in her left shoulder. Since then, she has had some diffuse myalgias. She does complain of some cervical neck pain. There was no loss of consciousness at the scene. Really no other associated injury.

**REVIEW OF SYSTEMS:**
Remainder of review of systems is negative.

**PAST MEDICAL HISTORY:**
Noncontributory.

**CURRENT MEDICATIONS:**
None.

**ALLERGIES:**
No known drug allergies.

**SOCIAL HISTORY:**
The patient is a resident of Killeen.

**PHYSICAL EXAMINATION:**
Vital Signs: Blood pressure 179/106. Pulse 89. Respirations 97.9 degrees.
General: This is an alert, oriented, pleasant, 51-year-old female in no acute distress.
HEENT: Head is normocephalic, atraumatic. Eyes are equal and reactive to light. Extraocular muscles are intact. Throat: Mucosa is moist.

ER Report

Page 1

CHART COPY
IF NOT SIGNED MANUALLY OR ELECTRONICALLY, THIS DOCUMENT HAS BEEN