**H**

Neurontin FAQ - Findlaw for the Public - Page 1 of 2


For the Public

http://public.findlaw.com

Wednesday, Mar. 28, 2007

# Neurontin FAQ

**Q: What is Neurontin?**
A: Neurontin (gabapentin) is a prescription medicine used to help control some types of seizures in the treatment of epilepsy. Neurontin cannot cure epilepsy, and will only work to control seizures for as long as you continue to take it. Neurontin is also used to manage a condition called postherpetic neuralgia (PHN) (pain after "shingles"). Neurontin is manufactured by Pfizer Pharmaceuticals, and was first approved by the U.S. Food and Drug Administration (FDA) in 1993, to control seizures in epileptic patients.

**Q: Has there been any recent news about Neurontin?**
A: According to a recent USA Today report, an estimated 300 lawsuits have been filed to date, alleging that Neurontin causes suicide or suicide attempt. Plaintiffs allege that Neurontin-maker Pfizer Pharmaceuticals failed to disclose the risk of suicide, and are advocating that the FDA require a black-box warning.

In 2004, Pharmaceutical manufacturer Warner-Lambert, a subsidiary of Pfizer Pharmaceuticals, agreed to plead guilty and to pay more than $430 million to resolve criminal charges and civil liability, in connection with the illegal and fraudulent promotion of unapproved uses for Neurontin. Click here to read more from the FDA.

**Q: What precautions should I take before or while taking Neurontin.**
A: Children between the ages of 3 and 12 may be sensitive to the effects of Neurontin, increasing the chance of side effects during treatment. Neurontin is removed from the body more slowly in elderly people, which can also increase the chance of unwanted effects. When taking Neurontin, it is important that your healthcare professional check your progress regularly, especially during the first few months of treatment. Stopping Neurontin suddenly may cause seizures to return, or to occur more often. Therefore, it is important to talk to your healthcare professional about gradually reducing your dose. Also, because Neurontin may cause vision problems, clumsiness, unsteadiness, dizziness, drowsiness, or trouble thinking, you should make sure you know how you react to Neurontin before you drive, use machines, or perform any activity that requires alertness, good coordination, or the ability to think and see well. Lastly, tell your healthcare professional that you are taking Neurontin before having any medical tests.

**Q: What are the side effects associated with Neurontin?**
A: Tell your healthcare professional if any of the following side effects of Neurontin use are severe or persistent: drowsiness; tiredness; weakness; dizziness; headache; uncontrolled shaking of a body part; double or blurred vision; unsteadiness; anxiety; memory problems; strange or unusual thoughts; unwanted eye movements; nausea; vomiting; heartburn; diarrhea; dry mouth; constipation; weight gain; swelling of the hands feet, ankles, or lower legs; back or joint pain; fever; runny nose, sneezing, cough, sore throat, or flu-like symptoms; ear pain; or red or itchy eyes.

# FindLaw
For the Public

http://public.findlaw.com

Wednesday, Mar. 28, 2007

# Neurontin News

### August 2006: An Estimated 300 Lawsuits Filed Over Neurontin

According to a recent USA Today report, an estimated 300 lawsuits have been filed to date, alleging that Neurontin causes suicide or suicide attempt. A first trial may take place in fall 2006. Plaintiffs allege that Neurontin-maker Pfizer Pharmaceuticals failed to disclose the risk of suicide, and are advocating that the FDA require a black-box warning. Pfizer has responded to the allegations, stating that there is no scientific evidence linking Neurontin to suicide. In December 2005, Pfizer changed the Neurontin prescribing information to include "suicide" and "suicide attempt" as infrequent adverse events.

### April 22, 2005: Neurontin Recall for Empty Bottles and Partially-Filled Capsules

Pfizer Pharmaceuticals and the FDA notified healthcare professionals of the voluntary recall of 40,000 bottles (1 lot) of 100 mg capsules of Neurontin. A mechanical error in manufacturing resulted in some bottles containing empty or partially filled capsules. 100 mg strength capsules from lot #15224V - distributed in October and November, 2004 - are included in the recall. The production lot was distributed only in the United States, and no other Neurontin lots were affected. Click here to read more from the FDA.

### July/August 2004: Drug Maker to Pay $430 Million in Fines, Civil Damages

Pharmaceutical manufacturer Warner-Lambert, a subsidiary of Pfizer Pharmaceuticals, agreed to plead guilty and to pay more than $430 million to resolve criminal charges and civil liability in connection with the illegal and fraudulent promotion of unapproved uses for Neurontin. Click here to read more from the FDA.

Copyright © 2007 FindLaw. ALL RIGHTS RESERVED   Privacy Policy  Disclaimer              About FindLaw  Advertise on FindLaw



# Personal Injury Lawyer America.

A newsletter from the national law firm of Lieff Cabraser Heimann & Be

**HOME** | **CASES** | **OUR FIRM** | **CONTACT US** | SEARCH

**RECENT CASES**

- AMO Lens Solution Recall
- Pergolide Heart Valve Dangers
- Peanut Butter Recall
- ADHD Drugs & Child Deaths
- Rituxan and Brain Infections
- Ortho Evra Side Effects
- SSRIs and Birth Defects
- Tylenol Liver Damage
- Guidant Defib Failures

**All Cases**

- Auto | SUV Accidents
- Aviation Law
- Food Poisonings
- Child Products
- Household Products
- Lawn & Garden Products
- Medical Devices
- Power Tools
- Prescribed & Over-the-Counter Drugs
- Recreational Vehicles
- Tuna & Mercury Poisoning
- Workplace Injuries
- All Cases
- Search Our Site

## Neurontin Off-Label Use Side Effect Dangers & Lawsuits

In August 2005, Lieff Cabraser filed a class action lawsuit against F and Warner-Lambert Company (which was acquired by Pfizer in 2000) f fraudulent scheme to market and sell the drug Neurontin for a variety of which it is not approved, or medically efficacious.

### The Lawsuit

Pfizer manufactures, markets and sells Neurontin, a drug approved as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in patients with epilepsy. Since May 2002, Neurontin has also been approved for the management of postherpetic neuralgia (pain resulting form shingles or herpes zoster) in adults. The lawsuit arises out of the unlawful marketing of the drug and Pfizer's efforts to have thousands of doctors prescribe the drug for uses for which it was neither approved or effective.

### The Allegations

Pharmaceutical companies must apply to the United States Food and Drug Administration (FDA) for approval to sell a new drug. When the FDA approves a drug product, it also approves the labeling that accompanies the drug, which indicates the manner in which the product is to be used. While physicians may prescribe approved drugs as they see fit, pharmaceutical companies are prohibited against promoting drugs for uses outside of the approved labeling, commonly referred to as "off-label" uses.

According to the lawsuit, Pfizer disregarded the laws and regulatio governing the promotion and marketing of drugs for off-label uses. Pfize created and implemented a fraudulent marketing and sales scheme, usi physicians and intermediary marketing firms, that dramatically boosted s Neurontin and allowed them to reap unlawful and unfair profits at the exp healthcare insurers, physicians, consumers and others.

### Contact Us


Lieff Cabraser Heiman Bernstein, LLP represe personal injury and wro actions. Click here to s case.


Lieff Cabraser has par over thirty-five $100 mi settlements & verdicts To read a summary, cl






January 20, 20(



**PRESS RELEA**

**Finkelstein & Part**
ranked #1 in the H
Valley. We are the
firm of our size to b
exclusive in our are
concentration.

## .: Dangerous Drugs

**NEED REPRESENT**

name

address me as

phone

email

message

**Neurontin**
In the mid-1990s, the FDA approved the sale of Neurontin for treating epilepsy. However, it is estimated that about 80% of users turn to the drug not to curb seizures but to treat other conditions for which it is NOT approved, including: bipolar disorder, neuropathy, attention deficit disorder (ADD), restless leg sydrome, migraines, neuralgia, and drug and alcohol withdrawal seizures. Its maker, formerly called Parke-Davis but now a division of pharmaceutical giant Pfizer, is believed to have marketed the drug for these unapproved uses. The problem with this is that it is not only illegal, but it is also dangerous. Neurontin causes suicidal thoughts, suicidal ideation, anxiety, hostility, paranoia and psychosis. We are currently investigating the relationship between Neurontin and suicides.

The drug and Pfizer's allegedly illegal activity are currently under investigation. For more information about Neurontin or if you or a loved one has been harmed by this drug, please contact us.



Request To FDA To Investigate                    Plea Objection
FDA Response                                      Reply To FDA Response

Back to top

**PRACTICE AREAS**

◊ **Personal Injury**

> Head Injuries
> Dog Bite
> ATV Accidents
> Defective Tires
> Motorcycle Accidents
> Trucking Accidents
> Construction Accident
> Railroad Accidents
> F.E.L.A.

**Fen-Phen**
Fenfluramine and dexfenfluramine were two popular diet drugs prior to their 1997 recall. Marketed as Pondimin and Redux respectively, the drugs were often used in combination with another drug, phentermine. In all, Fen-Phen, was used by more than 6 million Americans for weight loss.

Unfortunately, in 1997 Fen-Phen was linked to cases of heart valve disease and primary pulmonary hypertension (PPH) – both of which can be life-threatening conditions. Heart valve disease causes damage to the valves in the heart that control blood flow to the body. The condition causes the valves to regurgitate blood, which strains the heart. Over 100 cases of heart valve disease had been reported to the Food and Drug Administration at the time of Fen-Phen's