I



search site    web    MSN Home | Mail    More    Sign In    msn

featuring Sports | Today Show | Nightly News | Dateline | Meet the Press | MSNBC TV | NBC

## Health

More health news

**Categories**
- U.S. news
- World news
- Politics
- Business
- Sports
- Entertainment
- Health
  - Diet and nutrition
  - Women's health
  - Men's health
  - Kids and parenting
  - Sexual health
  - Mental health
  - Pet health
  - Fitness
  - Aging
  - Cancer
  - Heart health
  - Skin and beauty
  - Health library
- Tech & science
- Travel
- Weather
- Local news

**Browse**
- Video
- Photos
- Community

Disable Fly-out

**Marketplace**
- Shopping
- MSN Dating
- Start a business
- Homes for Sale
- Investments
- Career Center
- Autos

# FDA seeks suicide warning on epilepsy drugs
### Agency wants 'black box' label, says patients face twice the risk

**AP Associated Press**
updated 2:08 p.m. CT, Mon., July. 7, 2008

WASHINGTON - The Food and Drug Administration hopes to add its most serious warning label to epilepsy drugs, based on evidence they increase the risk of suicide in patients.

In materials posted online Monday, FDA scientists proposed adding a "black box" warning about suicide risks to all drugs used to treat seizures. The agency released the proposal ahead of a meeting Thursday, where outside experts will weigh-in on the drugs' risks.

FDA said in January its analysis of nearly 200 studies showed patients taking anti-seizure drugs were more likely to have suicidal thoughts and behaviors than those taking dummy pills. While the reported problems were extremely rare, FDA found drug-treated patients did face about twice the risk. On average, those patients experienced suicidal thoughts or behavior 0.43 percent of the time, compared with 0.22 percent of those taking dummy pills.

**Related stories**    What's this?
- FDA urging black box warning for epilepsy drugs
- FDA panel urges more testing, tougher standards for diabetes drugs

**Most popular**
Most viewed · Top rated · Most e-mailed
- Bertha quickly jumps to Category 3 hurricane
- Police: Daughter slain after she rejects marriage
- Diamonds rained down during Ice Age
- 'Shrink ray' hits consumers' wallets
- For better or worse, sex in space is inevitable

Most viewed on msnbc.com

Story continues below .

advertisement



FDA scientists said they are determined to move forward with revised warning labels for all drugs in the class, although it is not entirely understood why they increase suicidal behaviors.

"There seems to be no compelling reason to ignore what appears to be a very clear empirical finding of increase in suicidality, despite no obvious explanation," states FDA Director of Neurology Products Russell Katz, in the briefing documents posted online.

Anti-seizure drugs are used for a variety of illnesses in addition to epilepsy, including migraines, certain nerve-pain disorders, and psychiatric diseases such as bipolar disorder.

**Sponsored links**

Free Online Practice Account
Practice Forex Trading in a Live Trading Environment Risk-Free!
www.GETforex.com

Crestor®
rosuvastatin calcium
Official Site - Learn More
Crestor.com

Free Mortgage Protection Insurance Quote
Pays off your mortgage in the event of your death. Get a free quote!
www.NAALife.com

Need A Car Loan? We Can Help You!
Take advantage of new interest rates. Any credit OK. No obligation.
www.findanautoloan.com

Because Love Lives On
Diamonds created from carbon of your loved one as a precious memorial.
LifeGem.com

**Resource guide**


Search Jobs


View Photos of Singles


Find your next car


Find Your Dream Home


Find a business to start


$7 trades, no fee IRAs