**J**

Drug Industry Document Archive: Search Results

UNIVERSITY OF CALIFORNIA, SAN FRANCISCO

**Search the Collection**

cs:neurontin*

[ Search ]
[ Show all fields ]

Search Help    Searchable Fields    Browse Document Types

18 documents found matching **cs:neurontin***.

Page 1 of 2

Prev    **Next**

Showing 1-10 of 18 documents

**1.** Neurontin (Gabapentin)
| | |
|---|---|
| **Document Date:** | 20001130 |
| **Author:** | McCrorie, Hank\|Katen, Karen |
| **Search Terms in Context:** | Sent: Thursday, November 30, 2000 7:00 PM To: DL-AII_Field_Force Cc: DL-Sales_VPs_AII; DL-Sales_Ops_AII; Katen, Karen L; Chapman, Chris; Evans, George (Ny- Legal); Johnson, Rady Subject: NEURONTIN (GABAPENTIN) MEMORANDUM November 30, 2000 TO: U.S. PHARMACEUTICAL FIELD FORCE FROM: Hank McCrorie RE: Neurontin® (gabapentin) cc: Karen Katen, Executive Vice President, PPG As indicated by Karen Katen in her November 10th memorandum to PPG-US Marketing, Sales, and Medical senior management (see Attachment), a number of decisions have been made relevant to the promotion and marketing of Neurontin which appropriately respond to certain legal challenges we face. This memorandum is intended to further communicate those decisions relevant to PPG-US sales personnel, so that appropriate action can be taken within Pfizer's US sales operations to ensure their effective imple |
| **Bookmark:** | http://dida.library.ucsf.edu/tid/oxx18t10 |

**2.** CALCULATION OF DAMAGES FOR THE NEURONTIN MDL CLASS PLAINTIFFS AND COORDINATED PLAINTIFFS (AETNA, GUARDIAN AND KAISER)
| | |
|---|---|
| **Document Date:** | 20080811 |
| **Author:** | Hartman, Raymond |
| **Search Terms in Context:** | Declaration of Raymond S. Hartman Calculation of Damages for the Neurontin MDL Class Plaintiffs and Coordinated Plaintiffs (Aetna, Guardian and Kaiser) I. Qualifications 1. My name is Raymond S. Hartman. I am Director and President of Greylock McKinnon Associates (GMA), a consulting and litigation support firm located in Cambridge, Massachusetts. I have previously presented my qualifications in my August 2005 Declaration in this matter1 and do not repeat them here. An updated curriculum vitae and a listing of deposition and trial appearances is presented in Attachment A. My rate of compensation in this matter is $475.00 per hour. Materials cited in this Declaration appear in Attachment C. II. Overview and Summary 2. I have been asked by counsel to the named Plaintiffs and the Classes to calculate the monetary value of damages. The MDL Classes and Subclasses are defined as follows: "All private, non-governmental entities in the United States and its territories that paid or r |
| **Bookmark:** | http://dida.library.ucsf.edu/tid/oxx18k10 |

**3.** Estimate of Units Paid for by Neurontin Endpayers that Resulted from Alleged Fraudulent Marketing by Defendants
| | |
|---|---|
| **Document Date:** | 20080811 |
| **Author:** | Rosenthal, Meredith |
| **Bookmark:** | http://dida.library.ucsf.edu/tid/oxx18j10 |

**4.** REVISED SUPPLEMENTAL DECLARATION OF ILYAS J. RONA FILED IN SUPPORT OF PLAINTIFFS RENEWED MOTION FOR CLASS CERTIFICATION
| | |
|---|---|
| **Document Date:** | 20081006 |
| **Author:** | Rona, Ilyas |
| **Search Terms in Context:** | UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO: ) MDL Docket No. 1629 ) Master File No. 04-10981 ) Judge Patti B. Saris ALL MARKETING AND ) Mag. Judge Leo T. Sorokin SALES PRACTICES ACTIONS ) REVISED SUPPLEMENTAL DECLARATION OF ILYAS J. RONA FILED IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION I, Ilyas J. Rona, do hereby state and depose, the following:1 1. I am an attorney at the law firm Greene & Hoffman, P.C. and am duly admitted to practice law in the Commonwealth of Massachusetts and to appear before the |