**K**

HOME PAGE  MY TIMES  TODAY'S PAPER  VIDEO  MOST POPULAR  TIMES TOPICS      Get Home Delivery  Log In  Register Now

**The New York Times**                                                     Search All NYTimes.com  Go

### Research

WORLD  U.S.  N.Y. / REGION  BUSINESS  TECHNOLOGY  SCIENCE  HEALTH  SPORTS  OPINION  ARTS  STYLE  TRAVEL  **JOBS**  **REAL ESTATE**  **AUTOS**

RESEARCH  FITNESS & NUTRITION  MONEY & POLICY  VIEWS  HEALTH GUIDE

Some sites keep you informed.

Advertise on NYTimes.com

Search Health 3,000+ Topics          Go

# Experts Conclude Pfizer Manipulated Studies

By STEPHANIE SAUL
Published: October 8, 2008



SIGN IN TO E-MAIL OR SAVE THIS
PRINT
REPRINTS

ARTICLE TOOLS SPONSORED BY



The drug maker Pfizer earlier this decade manipulated the publication of scientific studies to bolster the use of its epilepsy drug Neurontin for other disorders, while suppressing research that did not support those uses, according to experts who reviewed thousands of company documents for plaintiffs in a lawsuit against the company.

**Related**
Health Guide: Epilepsy

**RSS Feed**
Get Health News From The New York Times »

Pfizer's tactics included delaying the publication of studies that had found no evidence the drug worked for some other disorders, "spinning" negative data to place it in a more positive light, and bundling negative findings with positive studies to neutralize the results, according to written reports by the experts, who analyzed the documents at the request of the plaintiffs' lawyers.

One of the experts who reviewed the documents, Dr. Kay Dickersin of the Johns Hopkins Bloomberg School of Public Health, concluded that the Pfizer documents spell out "a publication strategy meant to convince physicians of Neurontin's effectiveness and misrepresent or suppress negative findings."

Pfizer issued a statement Tuesday denying that it had manipulated Neurontin data, saying "study results are reported by Pfizer in an objective, accurate, balanced and complete manner, with a discussion of the strengths and limitations of the study, and are reported regardless of the outcome of the study or the country in which the study was conducted."

The expert reports, unsealed Monday in a federal court in Boston, add to accusations that the pharmaceutical industry has controlled the flow of clinical research data, blurring the lines between science and marketing.

In April, for example, a group of academic doctors questioned the validity of drug industry research after finding that Merck had hired ghostwriters to produce scientific articles about Vioxx, then recruited prestigious doctors to serve as their official authors. Vioxx, a painkiller, was withdrawn from the market in 2004 after research indicated it could cause strokes and heart attacks.

Last winter, Merck and Schering-Plough were criticized for delaying the release of a study on their best-selling cholesterol medication Vytorin that showed the drug did not slow

**Are Patients Ready for Health Reform?**
March 2, 2009, 6:02 PM

**Talking to Baby in the Stroller**
March 2, 2009, 9:58 AM

**Answers to Your Prostate Cancer Questions**
February 27, 2009

**Vegan Before Dinnertime**
February 27, 2009

**Comparing the Costs of Medical Treatments**
February 26, 2009

**Travel Dispatch E-Mail**
Sign up for the latest travel features, sent every Saturday.
Sign Up
See Sample | Privacy Policy

Advertise on NYTimes.com

**Health & Fitness Tools**

BMI Calculator
What's your score? »
Calorie Calculator for Goal Weight
What's your limit? »


How to treat nasal allergies
LEARN MORE »
nytimes.com/health

MOST POPULAR - HEALTH