**L**

Find the plan that's **right for you.**  Go   Take our Medicare plan   X Aetna Medicare
© 2008 Aetna Inc. Plans are offered by Aetna Health Inc., Aetna Health of California Inc., Aetna Health of Illinois Inc., and Aetna Life Insurance Company, which are Medicare Advantage organizations with a Medicare contract. Plans contain exclusions and limitations.

search site | web | MSN Home | Mail | More | Sign In | msn

featuring Sports | Today Show | Nightly News | Dateline | Meet the Press | MSNBC TV | NBC

## Health

Categories
- U.S. news
- World news
- Politics
- Business
- Sports
- Entertainment
- Health
- Diet and nutrition
- Women's health
- Men's health
- Kids and parenting
- Sexual health
- Mental health
- Pet health
- Fitness
- Aging
- Heart health
- Cancer
- Skin and beauty
- Health library
- Tech & science
- Travel
- Weather
- Local news

Browse
- Video
- Photos
- Community

Disable Fly-out

Marketplace
- Credit Score $0 at CreditReport.com
- Start a business Entrepreneur.com
- Netflix Try for Free
- Career Center via Monster
- Homes for Sale via HomePages.com
- Investments

# Lawsuit claims Pfizer massaged Neurontin studies

REUTERS
updated 5:50 a.m. CT, Wed., Oct. 8, 2008

LONDON - Pfizer Inc tried to suppress medical studies that did not support the use of its epilepsy drug Neurontin, internal Pfizer documents submitted in a U.S. lawsuit against the company showed.

The documents suggest that Pfizer's marketers influenced Neurontin's scientific record to boost sales at least until 2003 by delaying the publication or altering the conclusions of studies that had found no evidence the drug worked for various conditions besides epilepsy.

Pfizer, the world's biggest drugmaker, denied the charges. "Pfizer is committed to the communication of medically or scientifically significant results of all studies, regardless of outcome," a company spokesman said in a statement.

**Related stories**   What's this?

- Merck ends obesity drug study and regulatory plan
- Bayer gets EU approval for anticlotting medicine

**Most popular**

Most viewed · Top rated · Most e-mailed

- At Indian call centers, another view of U.S.
- Cops: Texas teacher offered better grade for sex
- CutoutDissection.com is teen's new name
- 14 signs you'll live longer than you think
- Asian stocks soar after Wall Street rally

Most viewed on msnbc.com

Story continues below ↓



advertisement — to the next generation? ConocoPhillips — Energy for tomorrow

The case is the latest in a string of allegations against the pharmaceutical industry suggesting it has controlled the flow of clinical trial research to boost its marketing position.

The documents, including reports by experts who reviewed thousands of company documents for plaintiffs, were submitted to the U.S. District Court in Boston and were made available on its website.

Neurontin was a blockbuster product for Pfizer until 2004, when generic versions of the medicine hit the market. Sales totaled $2.7 billion in 2003.

Pfizer agreed in 2004 to pay $430 million and plead guilty to criminal charges for illegally marketing Neurontin for unapproved uses such as migraines and pain.

The controversy over clinical studies surrounding the treatment echo other recent cases in the drugs industry.

**Sponsored Links**

Biotechs Ready to Soar
Find underexposed Biotech Stocks primed to make exponential gains!
www.StockStars.net

Top 2 Biotech Stocks
2 Biotech Stocks Poised To Skyrocket This Year. Free Report!
TopStockGurus.com/Biotechno

Epilepsy Prescriptions
Don't Let Seizures Rule Your Life. Learn About Keppra® Now!
www.Keppra.com

Heart Disease Guide
Looking to find heart disease? See our comprehensive guide.
Reutershealth.Com/En/Index.H

"How I Lost Weight Fast"
I Lost Over a Pound/Day for 2 Months! Read My True Story!
MyFatLoseDiary.com

**Resource guide**


Get Your 2008 Credit Score


Find a business to start


Try for Free


Search Jobs


Find Your Dream Home


$7 trades, no fee IRAs


Find your next car