**M**

DECLARATION OF RAYMOND S. HARTMAN

CALCULATION OF DAMAGES FOR THE NEURONTIN MDL CLASS PLAINTIFFS
AND COORDINATED PLAINTIFFS (AETNA, GUARDIAN AND KAISER)

I. QUALIFICATIONS

1. My name is Raymond S. Hartman. I am Director and President of Greylock McKinnon Associates (GMA), a consulting and litigation support firm located in Cambridge, Massachusetts. I have previously presented my qualifications in my August 2005 Declaration in this matter[1] and do not repeat them here. An updated curriculum vitae and a listing of deposition and trial appearances is presented in Attachment A. My rate of compensation in this matter is $475.00 per hour. Materials cited in this Declaration appear in Attachment C.

II. OVERVIEW AND SUMMARY

2. I have been asked by counsel to the named Plaintiffs and the Classes to calculate the monetary value of damages. The MDL Classes and Subclasses are defined as follows:

> "All private, non-governmental entities in the United States and its territories that paid or reimbursed all or part of the cost of Neurontin prescribed, provided, or administered to natural persons covered by any contract, policy, or plan, for any of the following indications during the following periods of time (the 'TPP Class'):
>
> | TPP Subclass | Subclass Period |
> |---|---|
> | Bipolar/Mood Disorders | 11/95 – 12/04 |
> | Neuropathic Pain | 7/95 – 12/04 |
> | Migraine/Headache | 9/95 – 12/04 |
> | Nociceptive Pain | 9/95 – 12/04 |
> | Doses > 1800 mg/day | 3/95 – 12/04 |
>
> Such entities include, but are not limited to, insurance companies, union health and welfare benefit plans, entities with self-funded plans that

---

[1] "Estimation of Class-wide Damages, Declaration of Raymond S. Hartman," *In re: Neurontin Marketing and Sales Practices Litigation*. MDL Docket No. 1629, Master File No. 04-10981, United States District Court, District of Massachusetts, August 8, 2005 (hereafter *Hartman August 2005 Declaration*).