**R**

# EXPERT REPORT OF NICHOLAS P. JEWELL, Ph.D.

## Executive Summary of Report

1.  Backonja et al.[1] report on the clinical efficacy of gabapentin on subjective pain scores as compared to placebo, based on a randomized controlled clinical trial of patients with diabetes mellitus suffering from painful diabetic neuropathy. These authors consider a potential bias in their results due to the significantly higher incidence of side effects among subjects exposed to gabapentin that might "unblind" an individual's treatment assignment, thereby distorting their subsequent pain reports. However, the authors did not find evidence of such a bias in a very simplistic analysis of two side effects analyzed separately. I have reanalyzed their data more thoroughly. The summary of my findings is that almost the entire apparent treatment effect reported in Backonja et al.[1] disappears when data after the occurrence of treatment-related Central Nervous System (CNS) side effects is eliminated. I conclude that the trial provides no basis of any clinical efficacy for gabapentin over placebo in reducing pain in this population.

## Qualifications

2.  For the past 27 years, I have been a Professor in the Division of Biostatistics, School of Public Health, and in the Department of Statistics, both at the University of California, Berkeley. Specifically, I have served as a Full Professor (1987 – present); Associate Professor (1982 – 1987); and Assistant Professor (1981 – 1983). Prior to that, I was an Assistant Professor in the Department of Statistics at Princeton University, Princeton, New Jersey (1979 – 1981) where I also served as Director of the Statistical Laboratories. At Berkeley, I also held the position of Chair of the University

---

[1] "Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus. A Randomized Controlled Trial," Backonja, M., Beydoun, A., Edwards, K. R. et al., JAMA, 1998, 280, 1831-1836.