S





# 55th edition

**Facts and Comparisons®**
**St. Louis**
A **Wolters Kluwer** Company