## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 1629 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION NO. 04-10981 |
| | JUDGE PATTIE B. SARIS |
| FRIEDA BURROUGHS, as Executor of the Estate of EMORY M. BURROUGHS, Deceased | MAGISTRATE JUDGE LEO T. SOROKIN |

### NOTICE OF CHANGE OF FIRM NAME OF PLAINTIFF'S COUNSEL

**COME NOW** Plaintiff's counsel of record, Silas G. Cross, Jr. and the law firm of Cross, Poole & Smith, LLC, and hereby serve notice on all parties to this action that the firm name of said counsel is now as follows:

### CROSS, POOLE & SMITH, LLC

Please note that all further correspondence and communication should show the above-stated firm name. Our mailing and physical address will remain the same.

Respectfully submitted,

/s/Silas G. Cross, Jr.
Silas G. Cross, Jr. (ASB-0417-C39S)
State Bar No. ASB-0417-C39S
Attorney for Plaintiff Frieda
Burroughs, as Executor of the Estate
of Emory M. Burroughs, deceased

**OF COUNSEL:**

**CROSS, POOLE & SMITH, LLC**
1416 Greensboro Avenue
Tuscaloosa, AL 35401
Telephone: (205) 391-9932
Facsimile: (205) 391-9557

## CERTIFICATE OF SERVICE

I certify that on March 11, 2009, a true copy of the foregoing document was served upon counsel of record by the Electronic Court Filing System of the United States District Court for the District of Massachusetts.

/s/Silas G. Cross, Jr.
OF COUNSEL