UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------x
In re: NEURONTIN MARKETING,                :   MDL Docket No. 1629
       SALES PRACTICES AND                 :
       PRODUCTS LIABILITY LITIGATION       :   Master File No. 04-10981
                                           :
------------------------------------------x   Judge Patti B. Saris
                                           :
THIS DOCUMENT RELATES TO:                  :   Magistrate Judge Leo T.
                                           :   Sorokin
       ALL ACTIONS                         :
                                           :
                                           :
                                           :
                                           :
------------------------------------------x
```

FILED IN CLERKS OFFICE
2009 MAR 10  P 3: 38
U.S. DISTRICT COURT
DISTRICT OF MASS

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendants, Pfizer Inc., Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC.

Dated: March 9, 2009

Charles P. Goodell, Jr.
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
410-783-4001 (Direct)
cpg@gdldlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served pursuant to Case Management Order No. 3.

/s/David B. Chaffin