UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>MUSTAFA, ET. AL. V. PFIZER, INC., ET. AL. | Individual Case No. 06-11394 |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS
FAZILA MUSTAFA AND MOHAMMAD MUSTAFA**

John J. Driscoll, counsel for Plaintiffs Fazila Mustafa and Mohammad Mustafa, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2(c), granting Plaintiffs' counsel's leave to withdraw as counsel of record for Plaintiffs in this action. John J. Driscoll was employed by the Law Firm of Brown & Crouppen, P.C. at the time the litigation was initiated in 2006 and has since parted from Brown & Crouppen, P.C. The Plaintiffs are adequately represented by remaining counsel; Andrew G. Finkelstein, Kenneth B. Fromson, and Eleanor Louise Polimeni, all of the law firm of Finkelstein & Partners, LLP.

Dated: 3/12/2009

Respectfully submitted,

/s/ John J. Driscoll
John J. Driscoll, IL Bar 6276464
211 N. Broadway, Ste. 2440
St. Louis, MO  63102
(314) 932-3232
(314) 932-3233 fax

1

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 via the Court's ECF system on March 12, 2009.

                /s/ John J. Driscoll
                John J. Driscoll, IL Bar 6276464