UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | Magistrate Judge Leo T. Sorokin |
| MUSTAFA, ET. AL. V. PFIZER, INC., ET. AL. | Individual Case No. 06-11394 |

## **ORDER**

Before the Court is John J. Driscoll's, Motion for Leave to Withdraw as Counsel. Attorney John J. Driscoll moves the Court for leave to withdraw as counsel for Plaintiffs Fazila Mustafa and Mohammad Mustafa. Andrew G. Finkelstein, Kenneth B. Fromson, and Eleanor Louise Polimeni, all of the law firm of Finkelstein & Partners, LLP, continues to represent aforementioned Plaintiffs. Accordingly, the Court being fully advised rules as follows:

IT IS THE ORDER of this COURT that John J. Driscoll's Motion for Leave to Withdraw as Counsel be GRANTED.

**It is So Ordered:**_____
**JUDGE**

**DATE:** _____