UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------ x
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
------------------------------------------------------------ x

THIS DOCUMENT RELATES TO:

*Bulger v. Pfizer Inc., et al.*
Case No. 1:07-cv-11426-PBS

------------------------------------------------------------ x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

### DECLARATION OF LORI C. MCGRODER, ESQ. IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Lori C. McGroder, declare and state as follows:

1. I am a partner with the law firm of Shook, Hardy & Bacon, LLP, counsel of record for Pfizer Inc. and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the Deposition of Dino A. Crognale, M.D. (Mar. 25, 2008).

3. Attached as **Exhibit 2** is a true and correct copy of the excerpts from the Deposition of Richard S. Goldman, M.D. (Apr. 22, 2008).

4. Attached as **Exhibit 3** is a true and correct copy of the excerpts from the Deposition of Lucy Castro (July 10 & 11, 2007).

5. Attached as **Exhibit 4** is a true and correct copy of the excerpts from the Deposition of Michele Meager (Mar. 21, 2008).

6. Attached as **Exhibit 5** is a true and correct copy of the May 2002 Neurontin Label.

1

7. Attached as **Exhibit 6** is a true and correct copy of excerpts from the Deposition of Dr. Charles King, III (Oct. 28, 2008).

8. Attached as **Exhibit 7** is a true and correct copy of excerpts from the Deposition of Michael Trimble (Sept. 2, 2008).

9. Attached as **Exhibit 8** is a true and correct copy of excerpts from the Deposition of Dr. Ronald Maris (Sept. 30, 2008).

10. Attached as **Exhibit 9** is a true and correct copy of the Affidavit of Cynthia McCormick.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 12th, 2009, in Kansas City, Missouri.

_____
**Lori C. McGroder, Esq.**

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 12, 2009.

      /s/ David B. Chaffin
      David B. Chaffin