# Exhibit 2

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3                  MDL Docket No. 1629

 4                  Master File No. 04-10981

 5   ***********************************

 6   IN RE: NEURONTIN MARKETING, SALES

 7          PRACTICES AND PRODUCTS

 8          LIABILITY LITIGATION

 9   ***********************************

10   THIS DOCUMENT RELATES TO:

11   RONALD J. BULGER, SR., as Administrator

12   of the Estate of Susan Bulger, Deceased

13   ***********************************

14

15   VIDEOTAPED DEPOSITION OF RICHARD S. GOLDMAN, MD

16

17                  Held At:
                    Hare & Chaffin
18                  160 Federal Street
                    Boston, Massachusetts 02110
19
                    April 22nd, 2008
20                  9:07 AM

21

22   Reported By:  Maureen O'Connor Pollard, RPR, CLR

23
     Videographer:  William Slater
24
```

Page 14

1   Q.  Okay.  And you're licensed to practice
2  in Massachusetts and Vermont?
3   A.  Yes.  I mean my practice is in
4  Massachusetts.  I've had a Vermont license ever
5  since my -- I did a week in a clinic at Stratton
6  Mountain, and you had to get a state license to
7  practice for one week in the medical clinic
8  there in order to ski.
9   Q.  In order to ski?
10   A.  So I've had a Vermont license, but
11  I've never practiced in the State of Vermont
12  other than that one week that I was at Stratton.
13   Q.  Are you board certified in
14  epidemiology, Doctor?
15   A.  No.
16   Q.  Pharmacology?
17   A.  No.
18   Q.  And do you have any special training
19  in either epidemiology or pharmacology?
20   A.  Epidemiology just from my training in
21  public health.  That was part of the curriculum.
22   Q.  Is there a continuing legal --
23  continuing medical education requirement in
24  Massachusetts?

Page 15

1   A.  Yes, there is.
2   Q.  And what is it?
3   A.  For licensure I think, I'm not totally
4  aware of the requirements, it's a number of one
5  or 200 hours over the course of the two years
6  that you have to get.  So I go to CMEs and
7  things like that for them.
8   Q.  In that connection, have you taken any
9  courses in suicide?
10   A.  Not specifically, to my recollection.
11   Q.  On anti-convulsants?
12   A.  Not specifically, to my recollection.
13   Q.  On neuropathic pain?
14   A.  Not specifically, to my recollection.
15   Q.  On chronic pain?
16   A.  Not specifically, to my recollection.
17   Q.  Have you attended any courses on
18  Neurontin or gabapentin in particular?
19   A.  Not specifically.
20   Q.  Have you ever attended any seminars,
21  dinners, conferences, or anything of that nature
22  concerning Neurontin?
23   A.  I don't remember specifically that I
24  went to a particular dinner or conference

Page 16

1  specifically about Neurontin.  I cannot say for
2  certain that it was not mentioned in some
3  conference, but nothing specific to my
4  recollection.
5   Q.  Are you a member of any medical
6  societies or associations?
7   A.  Right now, no.
8   Q.  Do you subscribe or regularly review
9  any medical journals?
10   A.  I get a summary journal called Journal
11  Watch, which is a summary of a number of
12  different, you know -- summarizes some of the
13  leading journals for physicians who are busy, I
14  get that via e-mail, and I do review.
15   Q.  Is that one of these types of
16  publications that's tailored to your practice in
17  particular?
18   A.  No.
19   Q.  No?
20   A.  It's tailored as an internist.
21   Q.  It will extract articles from other
22  journals?
23   A.  It basically -- there's one version of
24  it, to my knowledge, that just kind of

Page 17

1  summarizes the latest things that have come out
2  in the last week or so.
3   Q.  And how frequently do you receive
4  that?
5   A.  I believe once a month, but I'm not
6  positive.
7   Q.  What textbooks, medical textbooks do
8  you typically refer to, if any?
9   A.  That's hard to say.  Depends on an
10  issue, depends on situation, you know.  Probably
11  Harrison's Textbook of Internal Medicine is
12  probably the one I probably refer to most, but I
13  don't have a copy of it, if I do look at it I
14  probably do it either on-line or in the library.
15   Q.  Do you subscribe to the PDR?
16   A.  I don't subscribe to it.  I think I
17  receive a free copy of it every year.
18   Q.  And do you review it regularly?
19   A.  I can't say I review it.
20   Q.  Pardon me?
21   A.  I don't review it.  I mean I use it if
22  I look up something, or if I look up a drug
23  dose.  But honestly, I don't use it all that
24  much.  It's just not as easy to --

Page 18

1   Q. I'm sorry, it's just?
2   A. It's just not as easy to use.
3   I use a program called Epocrates which
4   is on my PDA, and there's also an on-line
5   version that just -- you know, if I need to know
6   a dosage of a drug or how it's applied or things
7   like that, it's a quick reference for doctors.
8   E-P-O-C-R-A-T-E-S, Epocrates.
9   Q. E-P-O-C --
10  A. -- C-R-A-T-E-S, Epocrates.
11  Q. Do you consult with other physicians
12  about drugs you prescribe?
13  A. I'm sure I do.
14  Q. On a regular basis?
15  A. Only in the course of if it's
16  something new that I'm not used to, I may talk
17  to a physician who says, you know, "I use this
18  particular drug at this particular dose." Or if
19  it's an uncommon or it's a treatment that I'm
20  not used to or for something that I don't see
21  all that often, I may call a specialist and
22  discuss a particular case, and he'll mention a
23  drug, and I'll say "how is it prescribed?", and
24  they'll give me the regimen for it.

Page 19

1   Q. Have you ever had any such
2   conversations with -- concerning Neurontin?
3   A. Not specifically, to my recollection.
4   Q. Have you ever published any peer
5   reviewed literature or made presentations at any
6   medical meetings?
7   A. I have not published any peer review.
8   I have made presentations at medical meetings.
9   Q. On what subject or subjects?
10  A. Currently the presentations that I've
11  made have been on the type of practice that I
12  have on concierge medicine.
13  Q. The concierge, for lack of a better
14  word, practice?
15  A. Yeah, the type of small personalized,
16  I've been invited to speak at an number of
17  places.
18  Q. I take it, then, you have not
19  published or spoken about Neurontin?
20  A. I have not.
21  Q. And have you served on any editorial
22  boards of medical journals?
23  A. No, I have not.
24  Q. Forgive me if this is a little bit

Page 20

1   redundant; could you describe a little bit of
2   what your practice was like during the 2003-2004
3   period when you were seeing Mrs. Bulger?
4   A. Can you be a little more specific?
5   Q. What was your practice like generally?
6   Was it as you described before, a concierge
7   practice?
8   A. Yes.
9   Q. Limited size?
10  A. Limited size. Again, we limit the
11  size of the practice to around 300 patients so
12  that we have the ability to give people more
13  personalized care. We can see them the day
14  of -- the same day, we don't limit the time of
15  the appointment to five or ten minutes, which is
16  what normal practices seem to do these days, we
17  try not to make people wait, we give them as
18  much time as they need, and that's --
19  Q. On a typical day during the 2003-2004
20  time frame, how many patients would you see?
21  A. Each day is different. I'd say it
22  could range from two or three to six or eight.
23  Q. And what was the breakdown by age and
24  gender of your patient population, if you know?

Page 21

1   A. I really can't give that to you. It's
2   a fairly -- the range, probably I think I have
3   some college age patients who are patients -- or
4   children of, you know, other patients, so that's
5   probably my youngest is like 17, 18. I'd say a
6   number in their thirties, forties, fifties,
7   sixties, seventies. My oldest patient turned
8   100 last summer, and she's still sharp as a
9   tack. We finally got her car away from her.
10  Q. Do you recall that you saw Mrs. Bulger
11  in 19 -- I'm sorry, 2003 through mid -- through
12  the summer of 2004?
13  A. Well, when I reviewed the record. I
14  know that I saw Mrs. Bulger, I didn't remember
15  the dates, but yes.
16  Q. The records indicate that that was the
17  period during which you treated her?
18  A. Yeah, September of 2003 until August
19  of 2004.
20  Q. Now, has Ron Bulger ever been a
21  patient of yours?
22  A. Yes, he was.
23  Q. And when was he a patient?
24  A. Somewhere toward the tail end of

Page 42

1 challenge, and everyone is different how they
2 respond to pain, and so treatment protocols,
3 medications, ancillary treatments, auxiliary
4 treatments, all things are usually
5 individualized.
6    Q.  And, for example, in Mrs. Bulger's
7 situation, you made adjustments to her various
8 drugs over the course of nearly a year as
9 circumstances warranted, right?
10    A.  I did make adjustments with her
11 dosages, timing, frequency, time of day, changes
12 in her medications over the course of that time,
13 yes.
14    Q.  In your practice, Doctor, have you had
15 instances in which the off-label use of a drug
16 was the most effective treatment for a patient?
17    A.  I don't recall specifically.
18    Q.  What particular drugs do you prescribe
19 off-label, Doctor?
20       MR. FINKELSTEIN:  Objection.
21    A.  I don't -- I don't recall
22 specifically.  Since I don't necessarily when I
23 prescribe a drug look up and see exactly what
24 the FDA approval is for, it's hard to say.  So I

Page 43

1 prescribe a drug for common conditions that is
2 used for that condition, but I can't say
3 specifically if it's, you know, on-label or
4 off-label.
5       BY MR. CHAFFIN:
6    Q.  And when you prescribe a drug, do you
7 regularly consult the drug labelling or any
8 other information available from FDA?
9    A.  Again, you'd have to give me a
10 specific drug.  If it's something that I have
11 used commonly and frequently in the past that
12 I'm comfortable with, I may not specifically
13 check on that particular drug at that particular
14 time.  But again, it would have to be -- you'd
15 have to ask me specifically about a particular
16 drug in a particular case.
17    Q.  Well, with respect to Neurontin which
18 you prescribe, have you reviewed the labelling
19 on Neurontin?
20       MR. FINKELSTEIN:  Objection just to
21 the time frame that you're referring to.
22    A.  I don't recall specifically.
23       BY MR. CHAFFIN:
24    Q.  When you were prescribing it for

Page 44

1 Mrs. Bulger, did you review the labelling, if
2 you can recall?
3    A.  I don't recall specifically reviewing
4 it.
5    Q.  Do you tell patients that you're
6 prescribing off-label?
7    A.  I don't recall specifically telling
8 patients that it is an off-label use.  My
9 practice would be if I'm prescribing a drug that
10 might be used for an alternative reason, I
11 usually would explain to the patient that a
12 particular medication may be used for one
13 purpose, but we have found some clinical
14 evidence or other patients' or whatever
15 experience that it has shown benefit in the
16 particular condition that I'm prescribing it for
17 that patient.
18    Q.  Fair to say, Doctor, that in making
19 determinations whether to prescribe something
20 off-label, you use your medical training and
21 judgment to satisfy yourself that this off-label
22 use is the most appropriate treatment?
23       MR. FINKELSTEIN:  Objection.
24    A.  I make decisions to prescribe

Page 45

1 medications based on my best clinical judgment.
2 I can't tell you specifically what information I
3 use every time I prescribe a particular drug.
4       BY MR. CHAFFIN:
5    Q.  What are the FDA approved indications
6 for Neurontin, Doctor?
7    A.  I could not comment specifically on
8 what the FDA approval is specifically for
9 Neurontin.
10    Q.  And you've prescribed it for pain,
11 correct, I think you said before?
12    A.  I have used Neurontin in patients that
13 have various pain syndromes, yes.
14    Q.  Have you prescribed it for any other
15 conditions?
16    A.  I don't recall specifically, but I
17 believe that I have prescribed it or continued
18 it for patients who were on -- had either
19 seizure disorders, and I can't recall
20 specifically, but there may also have been
21 patients that had been prescribed it by their
22 psychiatrist for various psychiatric mood
23 stabilizing reasons that I may have refilled it
24 as well.  But I have, to my knowledge, never

Page 178

1  serotonin levels are increased, they're supposed
2  to feel better.
3       BY MR. FINKELSTEIN:
4       Q. Do you know whether or not Neurontin
5  decreases serotonin in the human brain?
6       A. I have no --
7       MR. CHAFFIN: Objection.
8       A. Sorry.
9           I have no specific knowledge of the
10 effect of Neurontin on serotonin.
11      BY MR. FINKELSTEIN:
12      Q. If the company knew that Neurontin
13 decreased serotonin in the human brain, is that
14 information you would have liked to have known
15 as a prescribing physician?
16      MR. CHAFFIN: Objection.
17      A. I like to have any information I can
18 about drugs and how they work just for my own
19 use.
20      BY MR. FINKELSTEIN:
21      Q. When -- do you know when Neurontin was
22 approved by the FDA?
23      A. No idea.
24      Q. Do you know anything about the FDA

Page 179

1  approval process generally?
2       A. In general.
3       Q. And that the FDA analyzes clinical
4  trials that are submitted to them?
5       A. That's my understanding.
6       Q. And in that analysis, they then make
7  some evaluations?
8       A. Okay.
9       Q. Do you know whether or not the FDA
10 conducts their own trials or rely upon the
11 pharmaceutical company's trials?
12      A. I don't know specifically. It's my
13 understanding that the trials are submitted to
14 the FDA from the company that's trying to get
15 approval for it. I'm not aware that the FDA
16 does their own studies.
17      MR. FINKELSTEIN: Could we mark this,
18 please?
19          (Whereupon, Goldman Exhibit Number 5
20          was marked for identification.)
21      A. Do I have to read this?
22      BY MR. FINKELSTEIN:
23      Q. No, you don't have to read it, I'm
24 going to direct you right to it.

Page 180

1       A. Good.
2       Q. Let me just share with you what this
3  document is.
4           On the cover page you can see it's the
5  Division of Neuropharmacological Drug Products
6  Combined Medical Statistical Review?
7       A. Okay.
8       Q. And I submit to you that it's the
9  division of the FDA's neuropharmacological drug
10 products, and it's their review --
11      A. Okay.
12      Q. -- by Cynthia McCormick, medical
13 reviewer of the FDA --
14      A. Okay.
15      Q. -- related to clinical trials that
16 were submitted --
17      A. Okay.
18      Q. -- associated with gabapentin.
19      A. Okay.
20      Q. I ask you to turn to Page, it's all
21 the way at the end, 117.
22      A. 117. Okay.
23      Q. Do you see in the third paragraph,
24 begins "less common but more serious events may

Page 181

1  limit the drug's widespread usefulness"?
2       A. Mm-hmm.
3       Q. And in the middle of the paragraph it
4  says "a third is that depression, while it may
5  not be an infrequent occurrence in the epileptic
6  population, may become worse and require
7  intervention or lead to suicide as it has
8  resulted in some suicidal attempts."
9           Do you read that?
10      A. I see that.
11      Q. Are you aware that there were some
12 suicidal attempts during the original clinical
13 trials of Neurontin?
14      A. I have no --
15      MR. CHAFFIN: Objection.
16      A. I have no knowledge of that.
17      BY MR. FINKELSTEIN:
18      Q. And did you know that as of 1993 the
19 FDA's statement was that the widespread
20 usefulness was limited for Neurontin?
21      MR. CHAFFIN: Objection.
22      A. I was not aware of that, no.
23      BY MR. FINKELSTEIN:
24      Q. And is that information that you would

Page 190

1   Q.  Did you advise Susan at any time while
2 she was taking Neurontin that she should be on
3 the lookout for the emergence of any anxiety?
4   A.  I have no specific recollection of
5 asking her or telling her to look out for
6 specific anxiety symptoms, no.
7   Q.  Did you communicate to Susan to be on
8 the lookout while she was on Neurontin for any
9 increases of agitation or hostility?
10   A.  I have no specific recollection of
11 that, no.
12   Q.  Do you know what a precursor to
13 emerging suicidality is?
14   A.  Not specifically. I could probably
15 speculate, but no.
16   Q.  Are you familiar with suicide risk
17 assessment?
18   A.  Not specifically, no.
19   Q.  The outcome of a suicide risk
20 assessment, someone may have a low risk of
21 suicide, moderate risk of suicide or high risk
22 of suicide?
23   A.  Okay.
24   Q.  Would you agree that physicians should

Page 191

1 do all that they can not to increase the risk of
2 suicidality?
3   A.  Well, primary is do no harm, so you
4 don't want to do anything to a patient that
5 would increase their risk of something bad
6 happening to them.
7   Q.  And if you were aware that Neurontin
8 had the capacity to increase the risk of
9 suicidality, would you have warned her?
10       MR. CHAFFIN: Objection.
11   A.  I can't say what I would have done
12 based on one particular piece of information. I
13 prescribe medication based on a risk/benefit
14 analysis, and there are multiple reasons why
15 medicines are prescribed or not prescribed, so I
16 don't know.
17       BY MR. FINKELSTEIN:
18   Q.  Have you ever studied anti-epileptic
19 drugs in any way?
20   A.  Not specifically, no.
21   Q.  And have you ever participated in any
22 clinical trials as a researcher?
23   A.  Not specifically to my recollection,
24 no.

Page 192

1   Q.  Have you ever treated epileptics as
2 the primary care provider for their epilepsy?
3   A.  I have patients that have seizure
4 disorder that I am the primary care doctor for,
5 yes.
6   Q.  But are you the primary care provider
7 for their epilepsy, or are they also treated
8 with a neurologist?
9   A.  Most patients, I would say, that have
10 a seizure disorder that I am their primary care
11 either currently or at some point have seen a
12 neurologist, so I can't say that they're
13 currently seeing one. You know, they may have
14 had a seizure five years ago, ten years ago,
15 seen a neurologist, prescribed medication, and I
16 now treat them. But I'm not trained, and I do
17 not initiate treatment for epilepsy.
18   Q.  Did you conduct any type of suicide
19 risk assessment when you initially started
20 treating with -- started treating Susan Bulger?
21   A.  I have no specific recollection of
22 doing a specific suicide risk analysis.
23   Q.  Have you ever conducted a specific
24 suicide risk analysis on any of your patients?

Page 193

1   A.  That would not be part of my normal
2 process, unless a patient came in complaining of
3 thoughts of suicide or there was some
4 information that I was provided that the patient
5 was at significant risk for suicide.
6   Q.  And did you ever make an observation
7 that you believed that Susan was at significant
8 risk of suicide during your care?
9   A.  There's no mention of that in any of
10 my notes that I was specifically concerned about
11 suicide, no.
12   Q.  When -- strike that.
13       At any time did you learn as to
14 whether or not Susan Bulger had a prior
15 dependence on street drugs?
16   A.  There's no mention of it in any of my
17 notes that she had a prior dependence on street
18 drugs in relation to Susan, no.
19   Q.  Would it have changed your treatment
20 protocol had that been disclosed to you?
21   A.  I can't say specifically that it would
22 have changed things one way or another. I do
23 know that patients that I treat that are on
24 chronic pain medicine from time to time have

Page 194

1  gotten medication from illicit sources or other
2  ways, but I can't comment specifically on Susan,
3  no.
4      Q.  During the entire time that you
5  treated her, was there any indication to you --
6      A.  Could we take a five minute break?
7      Q.  Sure.
8      A.  I don't know if I just need something
9  sweet or something. I'm just having a sugar
10 low.
11         MR. CHAFFIN: What would you like?
12         THE VIDEOGRAPHER: The time is 12:56.
13 We're off the record.
14         (Whereupon, a recess was taken.)
15         THE VIDEOGRAPHER: Back on the record.
16 The time is 1:08.
17         BY MR. FINKELSTEIN:
18     Q.  Doctor, would you agree that each
19 patient may react differently to individual drug
20 regimens?
21         MR. CHAFFIN: Objection.
22     A.  I'd say that's a fair statement.
23 Everybody is an individual, and how they react
24 to medication or anything is individualized,

Page 195

1  yes.
2         BY MR. FINKELSTEIN:
3      Q.  And would you agree that dosage levels
4  impact on some side effects of drugs; that more
5  of a drug you may have more side effects, lower
6  amounts of drug you may have fewer side effects?
7      A.  I'd have to say in general that makes
8  sense. I can't say for every single drug that
9  there's a dose response in terms of side effect
10 profile.
11     Q.  Do you know what the dose response
12 relationship for Neurontin is?
13     A.  I have no specific knowledge, no.
14     Q.  Earlier you described serotonin as a
15 neurotransmitter?
16     A.  Yes.
17     Q.  Do you know what GABA is?
18     A.  Yes.
19     Q.  What is GABA?
20     A.  GABA is short for gamma-aminobutyric
21 acid, which is another putative neurotransmitter
22 in the brain.
23     Q.  Do you know if it's a -- do you know
24 what an excitatory or inhibitory

Page 196

1  neurotransmitter is?
2      A.  Yes.
3      Q.  Do you know if GABA is considered
4  inhibitory or excitatory?
5      A.  Specifically, no. I know that some
6  neurotransmitters can have both effects, they
7  can be both excitatory and inhibitory. So not
8  specific, I don't remember specifically on GABA.
9      Q.  Have you ever heard of the term
10 GABAergic?
11     A.  Yes.
12     Q.  What do you understand GABAergic to
13 be?
14     A.  I believe those are nerves that use
15 GABA as a transmitter.
16     Q.  And do you know of any drugs that are
17 GABAergic?
18     A.  Not specifically.
19     Q.  Have you ever heard of drugs being
20 GABAergic enhancing the GABA systems?
21     A.  Yes, I've heard that drugs do affect
22 the GABA system, yes.
23     Q.  And do you know what effects on mood
24 and behavior drugs that are GABAergic have?

Page 197

1      A.  Not specifically.
2      Q.  Okay. If Neurontin reduces serotonin
3  in the human brain, is that significant to you?
4         MR. CHAFFIN: Objection.
5      A.  I don't know what you mean by
6  significant to me.
7         BY MR. FINKELSTEIN:
8      Q.  Well, as a prescribing physician, is
9  that important information to know?
10        MR. CHAFFIN: Objection.
11     A.  Specifically it's something -- what a
12 drug does and how it potentially works, or one
13 of the mechanisms or one of the things that it
14 does is just one piece of information that I'd
15 want to know in terms of using a particular
16 drug. But mechanism versus clinical sometimes
17 are different.
18        BY MR. FINKELSTEIN:
19     Q.  During your 20 plus years of clinical
20 experience, has any patient of yours
21 demonstrated suicidality?
22     A.  I can recall probably one or two
23 patients over the years that have talked about
24 it in the course of in an office visit they have

Page 218

1   A.  I think I treated Susan as best I
2   could given all the information I had and given
3   my abilities, yes.
4   Q.  You're not on Neurontin today, are
5   you?
6   A.  Am I?
7   Q.  Yes.
8   A.  No, I'm not.
9   Q.  You were asked some questions by
10  Mr. Finkelstein about the FDA alert, do you
11  recall that?
12  A.  Okay.
13  Q.  How did you first learn about the FDA
14  alert?
15  A.  I don't remember specifically.  I
16  don't know if it was something that, you know,
17  again in the Journal Watch that I get it
18  mentioned it, or if I got an e-mail, or if I
19  read it.
20  Q.  Was it in a telephone conversation
21  with Mr. Finkelstein?
22  A.  No.
23  Q.  You were aware of it before he called
24  you?

Page 219

1   A.  I said I remember that there was an
2   alert about the increased risk.  I can't tell
3   you exactly when it happened or whatever, the
4   specifics of it obviously.
5   Q.  Do you remember the first telephone
6   conversation you and I had?
7   A.  I don't recall.
8   Q.  You don't.
9       Do you remember that I told you that
10  Mr. Bulger was suing and he was alleging that a
11  product, that a drug that you had prescribed for
12  Mrs. Bulger had caused her to commit suicide?
13      MR. FINKELSTEIN:  Objection.
14  A.  I remember I asked you what this was
15  in reference to, and you explained to me that it
16  had to do with medication that was prescribed,
17  and that there was an allegation that the drug
18  caused a problem.
19      BY MR. CHAFFIN:
20  Q.  And you don't recall anything further
21  about that conversation?
22  A.  I mean I remember the drug was
23  Neurontin.
24  Q.  Do you remember, however, that I said

Page 220

1   to you "would you care to guess what drug it was
2   that you prescribed for her that Mr. Bulger was
3   claiming caused her to commit suicide?"
4       MR. FINKELSTEIN:  Objection.
5   A.  I don't remember.
6       BY MR. CHAFFIN:
7   Q.  No?
8       So you don't remember that, in fact,
9   you named two other drugs before you mentioned
10  Neurontin?
11  A.  I don't, but --
12  Q.  No?
13  A.  I certainly could have, but --
14  Q.  You just don't remember the
15  conversation?
16  A.  I don't remember.  I remember we had a
17  couple of conversations, but I don't remember
18  the first one.  I remember you telling me it was
19  about Neurontin, but I don't remember that I --
20  I'm sorry.
21  Q.  That's quite all right.
22      Just give me one second, please, and
23  then I think we can get you out of here, unless
24  Mr. Finkelstein has a few more questions.

Page 221

1       You mentioned earlier in response to
2   some of Mr. Finkelstein's questions about the
3   FDA alert that it was one piece of information.
4       Do you remember that?
5   A.  Can you be more specific?
6   Q.  I can't.  There were a number of
7   questions about that.
8   A.  That it's a piece of information.
9   Q.  Pardon me?  That the alert was a piece
10  of information.
11  A.  All alerts are pieces of information,
12  aren't they?
13  Q.  And I think you suggested that your
14  policy was to consider all information when
15  you're prescribing drugs.
16      With respect to the alert, and
17  Neurontin in particular, would you want to know
18  what the trial data actually showed with respect
19  to suicidality, if you were trying to determine
20  the risk of suicide or suicide attempt?
21  A.  With any information that I get,
22  either an alert or from studies, you know, I
23  want to know how significant -- I mean when you
24  talk about drugs and risks, I mean if you looked

Page 222

1  at side effects of every single drug you'd never
2  prescribe anything because, you know, everything
3  has, at some point has a potential side effect.
4  So again, the relevance and the significance of
5  it and how many patients and, you know, if it's
6  -- is it one in a million or is it, you know,
7  one in two that have it, so it's just one, you
8  know, it's one piece of information on how. But
9  the specific study and stuff like that
10 necessarily, I'm more of a bottom line person,
11 you know, tell me that it's very important, that
12 it's moderately important, that it's, you know,
13 just something to think about.
14     Q.  And part of that bottom line is that
15 you closely monitor your patients to see how
16 they're reacting to the drugs you prescribe for
17 them, right?
18     A.  Yes.
19     Q.  And you did that for Susan Bulger,
20 right?
21     A.  As best I could.
22     Q.  And she never expressed to you any
23 problems with Neurontin, correct?
24     A.  I don't recall, and I didn't mention

Page 223

1  in my notes any specific problem that she had in
2  respect to Neurontin, that's correct.
3       MR. CHAFFIN:  Thank you.  I have
4  nothing further.
5       RECROSS EXAMINATION
6       BY MR. FINKELSTEIN:
7     Q.  Did you ever ask?
8     A.  Again, I don't have any specific
9  knowledge that I asked about each particular
10 drug specifically.  Again, the only mention of
11 any change in Neurontin is in this April 24th
12 dose, and there was no mention of her saying
13 anything like, you know, "I don't like the drug"
14 or whatever.
15      Again, you know, if you look in the
16 next notes, you know, she seemed to feel better
17 at some point, you know, and again, but you
18 can't tell the other medicines that she was on
19 and other things that were going on, but there's
20 no specific mention of Neurontin.
21      MR. FINKELSTEIN:  Okay.
22      MR. CHAFFIN:  I'm done.
23      MR. FINKELSTEIN:  I'm done.
24      Thank you.

Page 224

1       MR. CHAFFIN:  Thank you, Doctor.
2       THE WITNESS:  Thank you.
3       THE VIDEOGRAPHER:  This is the end of
4  April number three in the deposition.  The time
5  is 1:41.  We're off the record.
6       (Whereupon, the deposition was
7  concluded.)

Page 225

1  ATTACH TO DEPOSITION OF RICHARD S. GOLDMAN, MD
2  CASE: NEURONTIN MARKETING, SALES PRACTICES AND
3       PRODUCTS LIABILITY LITIGATION
4  DATE TAKEN: April 22nd, 2008
5
6       ERRATA SHEET
7  PAGE    LINE    CHANGE         REASON
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14      I have read the foregoing transcript
15 of my deposition and except for any corrections
16 or changes noted above, I hereby subscribe to
17 the transcript as an accurate record of the
18 statements made by me.
19
20      Executed this____day of_____, 2008.
21
22      _____
23      RICHARD S. GOLDMAN, MD
24