# Exhibit 7

```
 1           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2

 3    IN RE:                        :  Videotape
      NEURONTIN MARKETING, SALES    :  Deposition of:
 4    PRACTICES AND PRODUCTS        :
      LIABILITY LITIGATION          :  MICHAEL TRIMBLE
 5                                  :
      ------------------------------
 6    THIS DOCUMENT RELATES TO:

 7    Smith, et al. v Pfizer, et al.

 8    Case No. 05-cv-11515-PBS

 9

10

11         TRANSCRIPT of testimony as taken by and

12    before PATRICIA A. SANDS, a Shorthand Reporter

13    and Notary Public of the States of New York and

14    New Jersey, at the offices of Lanier Law Firm,

15    126 East 56th Street, New York, New York, on

16    Tuesday, September 2, 2008, commencing at 9:15

17    in the forenoon.

18

19

20         REPORTING SERVICES ARRANGED THROUGH:
           VERITEXT/NEW JERSEY REPORTING COMPANY
21              25B Vreeland Road, Suite 301
              Florham Park, New Jersey 07932
22     Phone: (973) 410-4040     Fax: (973) 410-1313

23

24

25
```

**Page 98**

1  A  No.
2  Q  If you look at the bottom part of
3  this graphic entitled "Rates of Depression
4  Reported as an Adverse Event in Neurontin
5  Placebo-Controlled Trials", there are figures
6  for the rate of depression when you combine all
7  epilepsy and neuropathy pain in randomized
8  controlled study data.
9      Do you see that?
10  A  Yes.
11  Q  And then under Neurontin for
12  depression, the percentage of patients
13  reporting depression is 1.5.
14      Do you see that?
15  A  Correct.
16  Q  For placebo, the number is 1.7.
17      Do you see that?
18  A  I do.
19  Q  And 1.7 is higher than 1.5; correct?
20  A  Correct.
21  Q  Turning again to your report at
22  page 6, you state that -- on the bottom, last
23  sentence:
24      "A review of the pharmacy records revealed
25  that he had been taking hydrocodone for

**Page 99**

1  approximately 12 months prior to his death, and
2  in, and about, the time of his death."
3  A  Correct.
4  Q  Why do you note that? Does that have
5  significance to your opinion?
6  A  No.
7  Q  Is there a reason why you made a note
8  of the fact that he was taking hydrocodone for
9  a year, and up to the time of his death, in
10  your report?
11  A  A medical report should contain
12  information on drugs that people are taking.
13  Q  And should it contain information on
14  all drugs that the individual is taking?
15  A  Well, yes. But with an exclusion;
16  namely, if he was on something for dermatitis,
17  I might not include that in a report like this.
18  Q  So all drugs that are relevant to
19  your opinion --
20  A  Correct.
21  Q  -- in the, in this case, should be
22  included in your report?
23  A  Correct.
24  Q  We'll continue to go through your
25  report in a minute.

**Page 100**

1  A  Okay.
2  Q  Back to the materials that you
3  brought with you today to your deposition.
4  A  Okay.
5  Q  There is an article entitled
6  "Executive Functioning in Depressed Patients
7  with Suicidal Ideation", by Marzuk,
8  M-A-R-Z-U-K, published in Acta Psychiatry
9  Scandinavia.
10  A  Correct.
11  Q  In 2005?
12  A  Correct.
13  Q  Did you review this article for your
14  opinion in this case?
15  A  I did.
16      MR. FINKELSTEIN: Can we just take a
17  one second break?
18      Just -- I don't want to go off the
19  record or anything -- just from an
20  organization standpoint, just so these
21  don't end up all over the place, all I was
22  going to do was put all of the exhibits
23  over here, just as you are going through,
24  okay?
25      THE WITNESS: Okay.

**Page 101**

1      MR. FINKELSTEIN: Yeah, why don't we
2  spread this out. Or why don't you give
3  those to me, and I'll just stack them up
4  here.
5      MS. McGRODER: Actually I need them
6  here. Thanks.
7      MR. FINKELSTEIN: Okay, fine.
8  BY MS. McGRODER:
9  Q  Before we discuss this article,
10  Professor Trimble --
11  A  Yes.
12  Q  I note in the stack, that you have a
13  number of additional articles.
14  A  Correct.
15  Q  Related to suicide.
16  A  Correct.
17  Q  These are published journal articles
18  or textbook chapters --
19  A  That's correct.
20  Q  That you, yourself, copied?
21  A  Yes.
22  Q  Did you --
23  A  Or my PA did.
24  Q  Okay. Did you, yourself, search for
25  and identify the literature that is in this