UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

*Smith v. Pfizer Inc., et al.*
Case No. 1:05-cv-11515-PBS

------------------------------------------------------------x

: MDL Docket No. 1629
: Master File No. 04-10981
: Judge Patti B. Saris
: Magistrate Judge Leo T. Sorokin

## DECLARATION OF LORI C. MCGRODER, ESQ. IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Lori C. McGroder, declare and state as follows:

1. I am a partner with the law firm of Shook, Hardy & Bacon, LLP, counsel of record for Pfizer Inc. and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the Deposition of Michael Trimble (Sept. 2 & 3, 2008).

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the Deposition of Edward Mackey, M.D. (May 23, 2007).

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the Deposition of Ruth Smith (Apr. 12, 2007).

5. Attached as **Exhibit 4** is a true and correct copy of excerpts from the Deposition of Cindy Smith-Charlton (Oct. 3, 2007).

1

6. Attached as **Exhibit 5** is a true and correct copy of excerpts from the Deposition of Lewis Wesley Carnahan, II (Oct. 23, 2007).

7. Attached as **Exhibit 6** is a true and correct copy of excerpts from the Deposition of Gary Wayne Biggs, Sr. (Feb. 8, 2008).

8. Attached as **Exhibit 7** is a true and correct copy of excerpts from the Deposition of Ashley Pippen Moreland (July 25, 2007).

9. Attached as **Exhibit 8** is a true and correct copy of excerpts from the Deposition of Paul McCombs, M.D. (June 8, 2007).

10. Attached as **Exhibit 9** is a true and correct copy of the May 2002 Neurontin Label.

11. Attached as **Exhibit 10** is a true and correct copy of excerpts from the Deposition of Dr. Charles King, III (Oct. 28, 2008)

12. Attached as **Exhibit 11** is a true and correct copy of excerpts from the Deposition of Dr. Ronald Maris (Sept. 30, 2008).

13. Attached as **Exhibit 12** is a true and correct copy of the Affidavit of Cynthia McCormick.

3364606v1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 12th, 2009, in Kansas City, Missouri.

*[signature]*
Lori C. McGroder, Esq.

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 12, 2009.

                                              /s/ David B. Chaffin