# Exhibit 1

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2

 3    IN RE:                         :  Videotape
      NEURONTIN MARKETING, SALES     :  Deposition of:
 4    PRACTICES AND PRODUCTS         :
      LIABILITY LITIGATION           :  MICHAEL TRIMBLE
 5                                   :
      ------------------------------
 6    THIS DOCUMENT RELATES TO:

 7    Smith, et al. v Pfizer, et al.

 8    Case No. 05-cv-11515-PBS

 9

10

11          TRANSCRIPT of testimony as taken by and

12    before PATRICIA A. SANDS, a Shorthand Reporter

13    and Notary Public of the States of New York and

14    New Jersey, at the offices of Lanier Law Firm,

15    126 East 56th Street, New York, New York, on

16    Tuesday, September 2, 2008, commencing at 9:15

17    in the forenoon.

18

19

20          REPORTING SERVICES ARRANGED THROUGH:
            VERITEXT/NEW JERSEY REPORTING COMPANY
21              25B Vreeland Road, Suite 301
              Florham Park, New Jersey 07932
22     Phone: (973) 410-4040    Fax: (973) 410-1313

23

24

25
```

Page 98

```
1    A   No.
2    Q   If you look at the bottom part of
3  this graphic entitled "Rates of Depression
4  Reported as an Adverse Event in Neurontin
5  Placebo-Controlled Trials", there are figures
6  for the rate of depression when you combine all
7  epilepsy and neuropathy pain in randomized
8  controlled study data.
9        Do you see that?
10   A   Yes.
11   Q   And then under Neurontin for
12 depression, the percentage of patients
13 reporting depression is 1.5.
14       Do you see that?
15   A   Correct.
16   Q   For placebo, the number is 1.7.
17       Do you see that?
18   A   I do.
19   Q   And 1.7 is higher than 1.5; correct?
20   A   Correct.
21   Q   Turning again to your report at
22 page 6, you state that -- on the bottom, last
23 sentence:
24       "A review of the pharmacy records revealed
25 that he had been taking hydrocodone for
```

Page 99

```
1  approximately 12 months prior to his death, and
2  in, and about, the time of his death."
3    A   Correct.
4    Q   Why do you note that? Does that have
5  significance to your opinion?
6    A   No.
7    Q   Is there a reason why you made a note
8  of the fact that he was taking hydrocodone for
9  a year, and up to the time of his death, in
10 your report?
11   A   A medical report should contain
12 information on drugs that people are taking.
13   Q   And should it contain information on
14 all drugs that the individual is taking?
15   A   Well, yes. But with an exclusion;
16 namely, if he was on something for dermatitis,
17 I might not include that in a report like this.
18   Q   So all drugs that are relevant to
19 your opinion --
20   A   Correct.
21   Q   -- in the, in this case, should be
22 included in your report?
23   A   Correct.
24   Q   We'll continue to go through your
25 report in a minute.
```

Page 100

```
1    A   Okay.
2    Q   Back to the materials that you
3  brought with you today to your deposition.
4    A   Okay.
5    Q   There is an article entitled
6  "Executive Functioning in Depressed Patients
7  with Suicidal Ideation", by Marzuk,
8  M-A-R-Z-U-K, published in Acta Psychiatry
9  Scandinavia.
10   A   Correct.
11   Q   In 2005?
12   A   Correct.
13   Q   Did you review this article for your
14 opinion in this case?
15   A   I did.
16       MR. FINKELSTEIN: Can we just take a
17 one second break?
18       Just -- I don't want to go off the
19 record or anything -- just from an
20 organization standpoint, just so these
21 don't end up all over the place, all I was
22 going to do was put all of the exhibits
23 over here, just as you are going through,
24 okay?
25       THE WITNESS: Okay.
```

Page 101

```
1        MR. FINKELSTEIN: Yeah, why don't we
2  spread this out. Or why don't you give
3  those to me, and I'll just stack them up
4  here.
5        MS. McGRODER: Actually I need them
6  here. Thanks.
7        MR. FINKELSTEIN: Okay, fine.
8  BY MS. McGRODER:
9    Q   Before we discuss this article,
10 Professor Trimble --
11   A   Yes.
12   Q   I note in the stack, that you have a
13 number of additional articles.
14   A   Correct.
15   Q   Related to suicide.
16   A   Correct.
17   Q   These are published journal articles
18 or textbook chapters --
19   A   That's correct.
20   Q   That you, yourself, copied?
21   A   Yes.
22   Q   Did you --
23   A   Or my PA did.
24   Q   Okay. Did you, yourself, search for
25 and identify the literature that is in this
```

26 (Pages 98 to 101)

Page 266

1    A   Well, I read them for the first time
2 yesterday.
3    Q   Right. And in those depositions you
4 did you not find any testimony of the family
5 members wherein they stated I did not
6 personally observe Mr. Smith take Neurontin,
7 you didn't see that in those depositions you
8 read yesterday?
9        MR. FINKELSTEIN: Objection.
10       THE WITNESS: I did not observe or I
11   did observe?
12 BY MS. McGRODER:
13   Q   Did not. Do you want me to restate
14 the question?
15   A   I think so.
16   Q   In the depositions that you read
17 yesterday and in the Ruth Smith deposition that
18 you read a year ago, you didn't find any
19 references to family members giving testimony
20 that they did not personally observe Mr. Smith
21 take Neurontin?
22       MR. FINKELSTEIN: Objection.
23       THE WITNESS: They did not personally
24   observe -- I don't recall any family
25   member saying they did not observe

Page 267

1    Mr. Smith taking Neurontin.
2 BY MS. McGRODER:
3    Q   Okay, so the evidence that you have
4 that Neurontin was, in fact, ingested by
5 Mr. Smith comes from Ruth Smith's deposition
6 testimony?
7    A   And his own words, of course.
8 Mr. Smith's own words.
9    Q   Okay, and what else? Anything else?
10   A   The fact that he had the medication,
11 not strong evidence, but he had the medication
12 at his home. And, well, his own words.
13   Q   Anything else? I just want to make
14 sure we've talked about everything that you
15 believe supports your opinion that he took
16 Neurontin.
17   A   Well, there is also the fact that he
18 underwent a mental state change, which needs to
19 be explained -- well, after he went on to the
20 Gabapentin, which we know ultimately led to his
21 suicide, so the mental state change, as a
22 behavioral neurologist, leads me to ask the
23 questions: What was the trigger factor that
24 lead to these events? And the alteration of
25 his mental state has to be included as the

Page 268

1 potential factor.
2    Q   That's your opinion?
3    A   Uh hum.
4    Q   Which is fine. I'm talking about
5 evidence in the record that he actually
6 ingested Neurontin. And we've talked about
7 Mr. Smith's deposition, we've talked about
8 statements that Mr. Smith made, and that
9 Neurontin was in the home; correct?
10   A   Correct.
11   Q   Anything else?
12   A   Not that I read in the depositions,
13 no.
14   Q   What was Mr. Smith's Gabapentin level
15 at the time of his suicide?
16   A   Sadly -- well, not sadly. The
17 autopsy never included any biochemical
18 analysis.
19   Q   Well, he didn't have an autopsy; did
20 he?
21   A   Okay, I'm sorry. Blood was not taken
22 to look to see what -- well, they didn't
23 measure -- actually it was taken, blood was
24 taken, but they didn't measure Gabapentin.
25   Q   Other than a post-mortem blood

Page 269

1 screen -- well, let me articulate it
2 differently.
3    Setting aside a post-mortem blood screen
4 that doesn't identify Gabapentin -- well,
5 withdrawn.
6    It's true that you have no evidence as you
7 sit here today that Mr. Smith had Gabapentin in
8 his body at the time of his suicide?
9        MR. FINKELSTEIN: Objection.
10       THE WITNESS: There is no evidence
11   that Mr. Smith had Gabapentin inside his
12   body in terms of biochemical evidence,
13   that is correct.
14 BY MS. McGRODER:
15   Q   What was Mr. Smith's active serotonin
16 level at the time of his suicide?
17   A   I really am not even going to
18 counsel -- I'm not going to counsel even
19 answering that question.
20   Q   You don't know?
21   A   Of course I don't know.
22   Q   You don't know if he had an increased
23 serotonin level or a decreased serotonin level
24 at the time of his suicide; do you?
25   A   Of course not.

68 (Pages 266 to 269)

Page 270

1  Q  You don't know if he had an increased
2  GABA level or a decreased GABA level at the
3  time of his suicide; do you?
4  A  Of course not.
5  Q  At what dose, in your opinion, did
6  Mr. Smith's GABA level increase enough to cause
7  a reduction in active serotonin that would have
8  the clinical effect of making him impulsively
9  commit suicide?
10  A  You can see changes. Again, this
11  takes us back to Petroff studies. And if we go
12  back, Petroff was giving, I think 600 to
13  900 milligrams in those MRI studies. So you
14  can show brain changes in the brain on doses
15  equivalent to that which Mr. Smith was taking.
16  Q  Did any of the patients in the
17  Petroff study commit suicide?
18  A  Some of them were volunteers -- no,
19  of course not.
20  Q  Well, so my question is --
21  A  No, they didn't.
22  Q  So my question is: What dose does it
23  take -- what dose did it take in Mr. Smith,
24  consistent with your theory, that his GABA
25  level went up and his serotonin level dropped,

Page 271

1  so that he impulsively committed suicide? What
2  dose was required to make that happen and
3  result in suicide?
4  A  He was on 300 milligrams three times
5  a day, so we would have to say that was a
6  necessary and sufficient dose.
7  Q  But you have no evidence that he was
8  taking 300 milligrams three times a day at the
9  time of his suicide?
10  A  I have said that we only have
11  indirect evidence that he was taking that.
12  Q  Well, in your opinion, what dose
13  would it take for a patient to impulsively
14  commit suicide as a result of taking Neurontin?
15     MR. FINKELSTEIN: Objection.
16     THE WITNESS: I think you could see
17  this in somebody taking 300 milligrams a
18  day, depending on that person, the way
19  they metabolize the drug and what happens
20  when the drug gets to the brain.
21  BY MS. McGRODER:
22  Q  Are you aware of any evidence in the
23  peer reviewed literature or in the world that
24  Gabapentin, at 300 milligrams a day, causes
25  impulsive suicide?

Page 272

1  A  I'm not certain what the data sent to
2  the FDA was, so I don't know if there were
3  people on 300 milligrams a day within the FDA
4  data. I just don't know.
5  Q  So as you sit here today, you're not
6  aware of any peer reviewed published literature
7  stating that Gabapentin at 300 milligrams a day
8  can cause suicide?
9  A  No.
10  Q  And you're not aware of any peer
11  reviewed literature stating that Gabapentin at
12  900 milligrams a day can cause suicide?
13  A  The dosages in the FDA analysis
14  included people on 900 milligrams a day.
15  Q  And my question to you is: Are you
16  aware of peer reviewed published literature
17  that concludes that Neurontin, specifically
18  Neurontin, can cause suicide at 900 milligrams
19  a day?
20  A  I accept the FDA review as more
21  substantial than peer reviewed literature,
22  because there were 20 peers reviewing those
23  data.
24  Q  Twenty? Where do you get 20?
25  A  Oh, 21. 21, I beg your pardon.

Page 273

1  Q  You're talking about the FDA advisory
2  committee?
3  A  Correct.
4  Q  And you're calling them a review
5  body?
6  A  High powered advisory body. Much
7  more discriminating than sending a paper to a
8  journal for peer review.
9  Q  You understand, Dr. Trimble, that the
10  FDA advisory committee does not perform a peer
11  review function as, for example, the peer
12  review analysis that goes on, say in the
13  Journal of American Psychiatry? You.
14  Understand they are not performing that
15  function; right?
16  A  I said it's in many ways a more
17  superior critical review than you would get
18  through the peer review organization and
19  journals.
20  Q  And you understand the function of
21  the FDA advisory committee was not to determine
22  whether the data could be published or not
23  published, or the rigor of the data, the
24  function was to answer certain questions put
25  them by the FDA -- you understand that; right?