# Exhibit 3

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
MDL DOCKET NO. 1629

In re: NEURONTIN MARKETING,   )
                              )
SALES PRACTICES AND PRODUCTS  )   DEPOSITION UPON
                              )   ORAL EXAMINATION
LIABILITY LITIGATION.         )          OF
                              )   RUTH B. SMITH
                              )
                              )   V O L U M E   1
_____)

T R A N S C R I P T of the stenographic notes of JANE LORFING COLWELL, a Certified Shorthand Reporter and Notary Public of the State of New Jersey, taken at the Four Points by Sheraton Newark Airport, 901 Spring Street, Elizabeth, New Jersey, on Thursday, April 12, 2007, commencing at 9:09 a.m.

REPORTING SERVICES ARRANGED THROUGH:
VERITEXT REPORTING COMPANY
25B Vreeland Road, Suite 301
Florham Park, New Jersey 07932

**Page 146**

1  ever have a conversation with him where he connected
2  any feelings he was having with Neurontin himself?
3  A     No. Not -- not myself that I recall.
4  You know.
5  Q     And tell me, let's talk about these two
6  episodes that you talked about. You said one was,
7  you said, three weeks. Is that --
8  A     I am going to say about three weeks
9  before.
10  Q     Three weeks before his death?
11  A     Yes. Uh-huh.
12  Q     So three weeks before his death you all
13  were sitting, the two of you --
14  A     Uh-huh.
15  Q     -- sitting at the dining table?
16  A     Yes.
17  Q     And he asked if you thought God would
18  forgive him if he did away with himself?
19  A     Right.
20  Q     And you pointed out that that would
21  leave a huge burden for his family to deal with.
22  A     Sure.
23  Q     What further conversation took place
24  there?
25  A     I guess it just sort of ended with that.

**Page 147**

1  I mean, you know, I didn't belabor over it.
2  Q     Do you know one way or the other whether
3  he was or was not taking Neurontin at this time,
4  about three weeks before his death?
5  A     He was taking it.
6  Q     How do you know that?
7  A     Well, Dr. McCombs had given him samples
8  of it, and he also told my son-in-law, Wes Carnahan,
9  that on May the 8th, and the reason I remember it was
10  the weekend that Cindy's birthday, and we always get
11  together, and he related to Wes that he was -- felt
12  loopy, like, was the word he used.
13  Q     This conversation with Wes was the
14  weekend of May 8?
15  A     Yes.
16  Q     And Wes's last name is?
17  A     Carnahan, C-A-R-N-A-H-A-N.
18  Q     He told Wes that he felt loopy?
19  A     He told him he was on -- he stated, "I'm
20  on Neurontin, and it makes me feel loopy."
21  Q     Was loopy a term he used other times,
22  other context?
23  A     Probably.
24  Q     From your knowledge of him in using that
25  term before, what did he mean by that?

**Page 148**

1  A     I guess sort of -- I honestly don't know
2  what he meant by it.
3  Q     The episode at the kitchen table about
4  three weeks before his death, nothing else about that
5  other than his comment and your comment that we have
6  talked about?
7  A     It was so -- off the cuff that I just
8  said what I just told you. And that was just end of
9  it.
10  Q     Did you report that comment to your
11  daughters?
12  A     Yes, I'm sure I did.
13  Q     What was their response?
14  A     I don't know what they thought then, but
15  when we look back, hindsight's a lot different. They
16  said they wished that they had paid more attention or
17  something to that effect.
18  Q     And the other episode, and I forget if
19  you told me when that happened, when he said "I don't
20  know what's wrong with me," when was that one?
21  A     That was one Sunday after church when we
22  were going out to eat lunch.
23  Q     When was that in relationship to the
24  time of his death?
25  A     I don't really recall the exact date,

**Page 149**

1  but I would say it's probably about three weeks
2  before his death.
3  Q     Same general time period as the other
4  episode?
5  A     Uh-huh, yes.
6  Q     Again, what did he say?
7         MR. FINKELSTEIN: Why don't we have it
8  read back? Because I have the -- what he said was "I
9  didn't know what was going on in my mind." You said
10  something different. I'd rather adopt the words that
11  she used. That's why we have the reporter.
12         MR. FERGUSON: I don't think we need to
13  have it read back, but whatever --
14         MR. FINKELSTEIN: I'll object. Asked
15  and answered. I am not looking to argue, but --
16  Q     Whatever it is you said earlier that he
17  said, what was your response to it?
18  A     When he said --
19  Q     Whatever you told me --
20  A     "I don't know what's wrong with my
21  mind" --
22  Q     Okay.
23  A     "Something must be wrong with my mind.
24  I don't think like I used to."
25         I don't know that I even recall making