# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEURONTIN MARKETING, SALES )
PRACTICES AND PRODUCTS LIABILITY )
LITIGATION )
)
)
)
)
)
) CASE NO.
) 04-10981
THIS DOCUMENT RELATES TO: )
)
RUTH SMITH, Individually and as )
Widow for the use and benefit of )
herself and the next of kin of )
Richard Smith, deceased. )
)
05-CV-11515 )
)

VIDEOTAPED DEPOSITION OF

CINDY SMITH-CHARLTON

Taken on Behalf of the Defendant

October 3, 2007

Page 10

1 keep any such logs or personal diaries or
2 calendars yourself?
3 A. No.
4 Q. And are you aware of -- of either your
5 father, mother, or any of your sisters having kept
6 such a note, calendar, journal, anything like
7 that?
8 A. No.
9 Q. Okay. The -- the second item asks for any
10 prescription records or pill bottles, remaining
11 medication, blister packs of medications, pharmacy
12 records, or any other records that you might have
13 that related to -- to any of the Neurontin or
14 other medications that Mr. Smith was taking in the
15 year or so prior to his death. Do you have any
16 items like that?
17 A. No.
18 Q. Are you aware of the existence -- let me
19 ask you this, are you aware whether your mother or
20 sisters have in their possession any prescription
21 records or pill bottles?
22 A. No.
23 Q. Are you not aware one way or the other, or
24 you know that they do not?
25 A. I'm sorry.

Page 11

1 Q. Sure.
2 A. Please ask that again.
3 Q. Are you -- do you have any -- any
4 knowledge as to whether or not your sisters or
5 mother have pill bottles, for example?
6 A. No.
7 Q. And what I'm trying to determine is, have
8 you ever asked your mother or sisters if they have
9 any -- any pill bottles or any items related to --
10 to the medications that your father was taking in
11 the year prior to his death?
12 A. And your question is, have I asked them?
13 Q. Yes, ma'am.
14 A. Yes.
15 Q. Okay. And what did they respond?
16    Do you want me to restate it? And I
17 apologize for interrupting your thought.
18 A. You're welcome to restate it.
19 Q. Okay. You indicated that you had asked
20 your sisters and mother whether they had pill
21 bottles or medications related that your father
22 was taking in the year prior to his death. Let me
23 ask you first, did you ask your mother that
24 question?
25 A. Yes.

Page 12

1 Q. Okay. And what did she respond?
2 A. She has samples in her possession.
3 Q. Okay.
4 A. She does not have prescription bottles in
5 her possession.
6 Q. And do you know what she has done with
7 those samples? Has she kept them or given them to
8 her attorneys, if you know?
9 A. She has kept them.
10 Q. Okay. And do you know how many of those
11 there are?
12 A. How many -- clarify how many --
13 Q. Sure.
14 A. -- of what.
15 Q. Tell me what you understand that she has.
16 A. She has some sample boxes. There are
17 blister packs in the boxes. I do not know the
18 quantity.
19 Q. Okay. Do you know whether it's more than
20 one box?
21 A. I know it is more than one box.
22 Q. Are they unopened boxes?
23 A. The boxes have been opened, but the
24 blister packs remained sealed.
25 Q. And you don't have any estimate as to how

Page 13

1 many boxes?
2 A. An estimate?
3 Q. Yes, ma'am.
4 A. An estimate of approximately six.
5 Q. Six boxes?
6 A. Yes.
7 Q. And, again, I apologize if I already asked
8 this. But are any of those boxes unopened?
9 A. I don't know.
10 Q. And there are also unopened blister packs
11 as far as you know; is that correct?
12 A. Yes.
13 Q. And have you physically seen these --
14 these boxes and unopened blister packs?
15 A. Yes.
16 Q. And where are they currently, as far as
17 you know?
18 A. My mother has them.
19 Q. At her home?
20 A. I believe so.
21 Q. Other than the -- the boxes and blister
22 packs that we just discussed, to your knowledge,
23 your mother doesn't have any other medication
24 bottles in her possession or medication in her
25 possession that your father was taking in the year