# Exhibit 5

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2

 3   IN RE:  NEURONTIN MARKETING, SALES )
     PRACTICES AND PRODUCTS LIABILITY   )
 4   LITIGATION                         )
                                        )
 5   _____    )
                                        )
 6                                      )
                                        ) CASE NO.
 7                                      ) 04-10981
     THIS DOCUMENT RELATES TO:          )
 8                                      )
     RUTH SMITH, Individually and as    )
 9   Widow for the use and benefit of   )
     herself and the next of kin of     )
10   Richard Smith, deceased.           )
                                        )
11   05-CV-11515

12

13

14        VIDEOTAPED DEPOSITION OF

15        LEWIS WESLEY CARNAHAN, II, PHARM.D.

16        Taken on Behalf of the Defendant

17        October 23, 2007
```

*Condensed Copy* (watermark)

**Page 18**

```
 1  surgery; is that a fair statement?
 2          MR. SOH: Objection to form.
 3          MR. FERGUSON: Okay.
 4          MR. SOH: That's leading. But if he
 5  can answer it, go ahead.
 6  BY MR. FERGUSON:
 7  Q.   Is -- is that -- is that correct?
 8  A.   Restate the question, please.
 9  Q.   Sure. My understanding of what you told
10  us a moment ago is that his pain, in terms of what
11  he told you about, was no different in the couple
12  of months before his death as it -- as compared to
13  the first several months of 2003?
14          MR. SOH: Objection, form.
15          THE WITNESS: He didn't complain of
16  any increased pain --
17  BY MR. FERGUSON:
18  Q.   Okay.
19  A.   -- over the period.
20  Q.   Fair enough.
21       Did you at some point become aware that --
22  that Mr. Smith was taking a drug called Neurontin?
23  A.   Yes.
24  Q.   And do you recall about when that was?
25  Again, I'm not expecting you to know a specific
```

**Page 19**

```
 1  date. But can you remember the general time frame
 2  when you became aware that he was taking
 3  Neurontin?
 4  A.   I believe it was the Sunday before he
 5  committed suicide.
 6  Q.   Okay. And -- and as I recall, the -- he
 7  died on May the 13th; is that correct?
 8  A.   Yes.
 9  Q.   And I believe that was a Thursday; am I
10  correct about that?
11  A.   Yes.
12  Q.   So counting back, if I can count
13  correctly -- maybe you can help me. What does
14  that make Sunday, the 8th or 9th?
15          MS. KOLB: The 8th, I think.
16          MR. FERGUSON: Thank you.
17  BY MR. FERGUSON:
18  Q.   About the 8th of May was the first time
19  that you learned that Richard Smith had ever been
20  on Neurontin; is that correct?
21  A.   Yes.
22  Q.   So -- and we'll talk about how you became
23  aware of that on that date. But obviously before
24  May 8, Richard had never come to you and asked
25  about Neurontin in relationship to side effects as
```

**Page 20**

```
 1  you -- we talked about earlier?
 2  A.   No.
 3  Q.   Okay.
 4  A.   He had never come to me, but that wasn't
 5  unusual.
 6  Q.   Right.
 7  A.   Right.
 8  Q.   You indicated that he occasionally would
 9  come to you about some medications?
10  A.   Right.
11  Q.   At least before May 8th of 2004, that had
12  never occurred with respect to Neurontin?
13  A.   Correct.
14  Q.   And -- and I take it from -- from your
15  answer as well that you had never learned before
16  May 8th of 2004 from another source such as
17  Ruth Smith or your wife, Donna, from any other
18  source that he had been on Neurontin?
19  A.   Correct.
20  Q.   And how did it come about on May 8th of
21  2004 that you learned that Richard was taking a
22  medication called Neurontin?
23  A.   He came to me. We were at a gathering at
24  Sherri's house. I think it was somebody's
25  birthday, and we had -- I think we had eaten
```

**Page 21**

```
 1  already, and we were just talking.
 2       He pulled me aside and asked me about --
 3  he didn't ask me about side effects. He described
 4  side effects to me and asked if I thought it was
 5  the Neurontin.
 6  Q.   Tell me what side effects he described to
 7  you, please.
 8  A.   He told me that he was feeling loopy. He
 9  did not feel like himself since taking the
10  Neurontin.
11  Q.   Did he tell you on that day, May 8th of
12  2004, how long he had been taking Neurontin?
13  A.   No.
14  Q.   Did he tell you anything about what dosage
15  of Neurontin he was taking?
16  A.   No.
17  Q.   He simply said that he was taking
18  Neurontin, and he felt loopy and didn't feel like
19  himself?
20  A.   Yes.
21  Q.   Any other side effects that he described
22  to you on -- during that conversation on May 8th
23  of 2004?
24  A.   Not that I recall.
25  Q.   And did he either volunteer or did you ask
```

6 (Pages 18 to 21)