# Exhibit 6

```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS


IN RE:  NEURONTIN MARKETING, SALES  ) CASE NO.
PRACTICES AND PRODUCTS LIABILITY    ) 04-10981
LITIGATION                          )
                                    )
                                    )
THIS DOCUMENT RELATES TO:           )
                                    )
RUTH SMITH, Individually and as     ) 05-CV-11515
Widow for the use and benefit of    )
herself and the next of kin of      )
Richard Smith, deceased.            )
_____)




            VIDEOTAPED DEPOSITION OF:

              GARY WAYNE BIGGS, SR.

         Taken on behalf of the Defendant

                 February 8, 2008
```

Page 46

1  A  I would still put that the pill
2  bottle was there.
3  Q  Okay.
4  A  But I would more than likely note
5  that it was empty.
6  Q  Okay. All right. Now, looking at
7  the photographs -- and I've got a version of
8  photographs that actually has the number -- the
9  numbers that were assigned that was part of the
10  file. And I have the 04-1575-01. Yours may --
11  A  That's fine.
12  Q  -- they may be a little clearer than
13  mine. And I want to look first at
14  photographs 6 and 14. And I'm going to mark as
15  deposition Exhibit No. 4 photograph 6, and
16  deposition Exhibit No. 5 photograph 14.
17      (EXHIBIT NOS. 4 AND 5 WERE MARKED FOR
18      IDENTIFICATION.)
19  BY MR. EVANS:
20  Q  Now, looking at these two
21  photographs, there are a number of -- well,
22  fair to say there are a number of medication
23  bottles on the dresser?
24  A  Uh-huh.
25  Q  Yes?

Page 47

1  A  Yes, sir.
2  Q  All right.
3  A  Sorry.
4  Q  Are you able to tell me from looking
5  at these photographs which pill bottle the
6  Neurontin was contained in?
7  A  The one that says courtesy refills,
8  Eckerd on top, the big one.
9  Q  Okay. The big one that's --
10  A  Right there.
11  Q  -- kind of in the center of -- next
12  to the cell phone?
13  A  It was between the cell phone and the
14  watch.
15  Q  So to the right of the cell phone.
16  All right.
17      And how is it that you know that that's
18  the bottle that contained Neurontin?
19  A  Because you can see it on the pill
20  bottle.
21      MR. SOH: You can see it on the what?
22  A  You can see it on the pill bottle. I
23  see Neurontin all the time and plus I was
24  prescribed it in the past.
25  BY MR. EVANS:

Page 48

1  Q  Okay. All right. So it's your
2  belief that bottle contains the Neurontin, the
3  big pill bottle?
4  A  Yes, sir.
5  Q  Okay. Are you -- are you -- is that
6  something that you're certain of?
7  A  I'm pretty sure of that because it
8  looks like you can see the writing right there
9  on the capsule, Gabapentin, Neurontin.
10      MR. SOH: Can I see your copy?
11      MR. EVANS: His is a little clearer.
12      THE WITNESS: And here's another one
13  that you can see. Do you see what I'm
14  talking about?
15      MR. SOH: No.
16      THE WITNESS: Trust me on these
17  pills.
18      MR. SOH: Okay. That's all right.
19  That's all right.
20      THE WITNESS: All right.
21  BY MR. EVANS:
22  Q  And can you tell me -- you said
23  something about the collection of medications
24  at the scene.
25      Are you able to tell me one way or the

Page 49

1  other whether or not there was a collection
2  made of the medications, the cyclobenzaprine,
3  the Hydrocodone, and Neurontin at the Smith
4  home?
5  A  Did I collect them?
6  Q  Yes.
7  A  Yes.
8  Q  You did? Okay.
9  A  As best I remember.
10  Q  Okay. And why -- do you have a
11  specific recollection of collecting the pill
12  bottles?
13  A  As best I remember, I collected them.
14  Q  Okay. All right. And then what
15  happens to the pill bottles once they're
16  collected?
17  A  You transport them back here. We
18  usually use two forms, a medication log, which
19  basically logs the medication that was there.
20  And we have a medication list, which we put the
21  type of drug, when it was prescribed, how many
22  were left, who prescribed it, such like that.
23  Q  Okay.
24  A  So I probably didn't do that. And
25  the reason is because I couldn't find it,