# Exhibit 7

CONFIDENTIAL
UNITED STATES DISTRICT
DISTRICT OF MASSACHUSETTS

------------------------------x

In re NEURONTIN MARKETING,         MDL Docket No. 1629
SALES PRACTICES, AND PRODUCTS      Master File No.
LIABILITY LITIGATION               04-10981


VIDEOTAPED DEPOSITION of ASHLEY PIPPIN MORELAND

Jacksonville, Florida

July 25, 2007


Reported by:

Teresa S. DeCiancio, RDR, CRR, FPR

Page 86

1  A   That I have left?
2  Q   No, that the Nashville office left with these
3  addresses that are documented on here, okay? And -- and
4  I'll give you an example. You see --
5  A   Different addresses.
6  Q   What is this -- let me ask you this. This is
7  certainly not all the prescribers in Nashville,
8  correct --
9  A   Right.
10 Q   -- on these 94 pages, right?
11 A   Yes.
12 Q   There are far more prescribers out there than
13 what's documented in 94 pages, right?
14 A   Yes.
15 Q   And my under- -- I'm -- just to let you know,
16 just assume with me -- and if I'm wrong, then this
17 testimony will be fairly useless -- but assume with me
18 that -- that these -- this 94-page document is a listing
19 of samples and/or sales contacts with physicians that
20 have some contact with the plaintiff in this case, all
21 right?
22     MR. FERGUSON: Okay. Now object to the form.
23     MR. SOH: Understood.
24 BY MR. SOH:
25 Q   Just assume with me --

Page 87

1     MR. FERGUSON: Assuming then.
2     MR. SOH: Assuming then, all right?
3  BY MR. SOH:
4  Q   If you can -- if we can just go to -- let's --
5  let's do this exercise -- Page --
6  A   May -- may I make a point?
7  Q   Sure.
8  A   Some of these doctors are not affiliated --
9  these are not doctors -- Dr. Clinton was never
10 affiliated with -- there's about six to eight different
11 addresses in here.
12 Q   Yeah, I agree with you.
13 A   There are doctors that are not affiliated with
14 your plaintiffs' doctor.
15 Q   What's your understanding of who our plaintiff
16 doctor is?
17 A   Dr. McCombs and Dr. Mackey.
18 Q   Okay. And then -- then you know that Nurse
19 Krancer also prescribed Neurontin to the plaintiff?
20 A   Yes.
21 Q   Okay.
22 A   She works with Dr. McCombs.
23 Q   Let's do this. Let me just do this. In these
24 94 pages of call notes that -- there are a substantial
25 number of samples that are documented in -- within these

Page 88

1  94 pages. And I will reference you to a couple pages
2  that you can look at. And you can tell me whether or
3  not they're substantial or not, but let's just go to
4  Page -- we have samples documented on Page 2, all right?
5  A   Yes --
6  Q   We have samples documented on --
7  A   -- but they're not my samples.
8  Q   Okay. But samples from -- these are Neurontin
9  samples; you agree with that?
10 A   Yes.
11 Q   All right. We have samples documented on Page
12 3, right?
13 A   They're not my samples.
14 Q   Sure. I'm going to -- I will let -- agree that
15 they're not your samples and unless there's an entry
16 above it that says Ashley Pippin, okay? But on Page
17 12 -- do you see Page 12?
18 A   Yes.
19 Q   I counted up under quantity 2,020 on that page
20 in that quantity column, okay?
21 A   Does that refer to every page in front of it?
22 Q   No. It just refers to the -- to the samples on
23 that page.
24 A   From what prescriber?
25 Q   Those are the call dates -- I guess Miriam

Page 89

1  Brumley is the prescriber where those samples were
2  calculated on there, okay?
3  A   Okay.
4  Q   And can you tell me on Page --
5  A   No. That's another rep's name on the top of
6  the page.
7  Q   Sure. But if you go back the previous couple
8  of pages, you see where it says Miriam Brumley?
9  A   Yes.
10 Q   It also has for sales rep Robert Hardin, Janet
11 Ross --
12 A   Okay. This is the only prescriber, though.
13 Q   Yeah.
14 A   You did not include Dr. Richard Burnham
15 (phonetics)?
16 Q   I did not.
17 A   Okay.
18 Q   I did not. So it looks like the summary of
19 samples left for Miriam Brumley was 2,020 samples on
20 that page and 108 under the quantity column on the
21 subsequent page, all right?
22 A   Yes.
23 Q   Can you tell me for, let's say, Ms. Brumley,
24 under quantity, would that mean that there were 144
25 pills left that day, or would that mean there were 144

23 (Pages 86 to 89)

Page 98

1  A  No.
2  Q  Okay. And let's see. It looks like you, in
3  fact, left samples for Nurse Krancer because -- let's go
4  back to Page 61. You called on her January 11, 2001.
5  And if you go to Page 62, on January 11 of 2001 it looks
6  like that there were 36, 18 and 72 blister packs left
7  with her on that day.
8  A  Yes.
9  Q  And, similarly, on the top of Page 62, you
10 called on her on September 4 of 2001 and that there were
11 72, 72, 144 and 30 blister packs left on that day.
12 A  Yes.
13 Q  All right.
14 A  It was an eight-month time difference.
15 Q  Yeah.
16    Going to Page 63, looks like that there are
17 four more entries, again detail and starter, where you
18 discuss Neurontin and left samples from October of 2001
19 through July of 2002. Do you see that?
20 A  Yes.
21 Q  And those are all your name, Ashley Pippin?
22 A  Yes.
23 Q  And let me ask you about some of the call
24 notes. Under the May 13th, 2002, it says, "Likes the
25 100s and 300s. Probe into where she is using it. Get

Page 99

1  help through her with other surgeons." Okay? What --
2  what did that mean?
3  A  The whole call note or each sentence?
4  Q  Each -- each phrase in that sentence. I'm
5  assuming that "likes the 100s and 300s" means the 100
6  milligram and 300 milligram samples of Neurontin.
7  A  Yes.
8  Q  What do you mean by "probe into where she is
9  using it"?
10 A  I think what I mean by that is like agewise
11 where she's using it.
12 Q  Like her patient base that she's giving
13 Neurontin to?
14 A  No, her type of patients.
15 Q  Okay. Meaning?
16 A  Is she just using it for her young epileptics
17 and not her older epileptics? Is she using it as the
18 third add-on instead of the first add-on?
19 Q  Okay. Is it your understanding that Nurse
20 Krancer has a lot of epilepsy patients?
21    MR. FERGUSON: Object to form.
22    Go ahead.
23 A  We never got into how many she had.
24 Q  Okay. But in 2002 that was the only approved
25 indication for Neurontin was epilepsy, as an add-on

Page 100

1  medication for epilepsy?
2  A  Yes. She worked with a neurosurgeon who
3  treated epilepsy.
4  Q  Did you ever discuss whether or not Nurse
5  Krancer was using this drug off label, or did you ever
6  discuss whether Nurse Practitioner Krancer was
7  prescribing this drug -- did you ever discuss with Nurse
8  Krancer whether Nurse Krancer was prescribing Neurontin
9  off label?
10 A  No, we never got into discussions about it.
11 Q  Okay. You just left the sample, but you never
12 discussed -- you never discussed off-label uses of
13 Neurontin with Nurse Krancer?
14 A  If there ever was a discussion, she initiated
15 it. And I clarified her question and told her we had to
16 go through a medical inquiry with Pfizer, and I'd stop
17 discussing it.
18 Q  So do you have a specific recollection of ever
19 discussing off-label uses of Neurontin with Nurse
20 Practitioner Krancer?
21    MR. FERGUSON: Object to form.
22 A  If we ever discussed it, it was her initiation
23 and then I sent a medical inquiry in.
24 Q  I understand. But, as we sit here today -- I
25 understand that -- that's -- that was -- what you just

Page 101

1  said seemed to be the Pfizer policy.
2  A  No, sir. It's my policy.
3  Q  It's your policy. Okay. But I'm just asking
4  you now, separate from your own policy, do you
5  specifically recall a conversation with Nurse
6  Practitioner Krancer about off-label uses of Neurontin?
7  A  No. I never discussed it off label.
8  Q  Okay. That's -- that's -- that's the question.
9  I just wanted to clarify.
10    If someone were to discuss off-label usages of
11 Neurontin, what would be your response?
12 A  Are you saying if -- if somebody initiated the
13 discussion?
14 Q  Let me ask you this. Would you ever initiate
15 an off-label discussion about Neur- --
16 A  No.
17 Q  Would you ever initiate an off-label use of
18 Neurontin with a physician or a prescriber?
19 A  No.
20 Q  Okay. Have there been instances in your career
21 as a Pfizer sales representative where a physician
22 initiated an off-label discussion of medication with
23 you?
24 A  Yes.
25 Q  What do you do when the physician or prescriber

**Page 102**

1  initiates a discussion about using medicine or
2  prescriptions off label?
3     A   I clarify what he's asking me, if it truly is
4  off label. If it's not, then we can go another
5  direction. If it is truly off label, I clarify his
6  question and tell him I will have medical inquiry get
7  back to him.
8     Q   Is that your personal policy, or is it Pfizer's
9  policy?
10    A   It's my personal and Pfizer's policy.
11    Q   Okay. So you -- you follow Pfizer's policy
12 with regards to off-label inquiries by physicians or
13 prescribers?
14    A   Yes.
15    Q   Okay. And then your next sentence on that --
16 on Page 63, the third entry on the call notes is, "Get
17 help through her with other surgeons," okay?
18    A   Yes.
19    Q   What does that mean?
20    A   Neurosurgeons were very hard to get to know, so
21 I was hoping my relationship with her I could get to
22 know them.
23    Q   That she would introduce you to them and you
24 could maybe detail them on Neurontin?
25    A   Yes.

**Page 103**

1     Q   Okay. The next entry, it says that -- call
2  notes. It says, K1H12, slash, new indication, how high
3  are they going, one sample closet, and a series of
4  question marks. So can you help me break that down? It
5  looks like K1H12 -- that's your district, right?
6     A   I believe that's my territory.
7     Q   Your territory. Okay. So what -- what --
8  what -- what new indication were you talking about in
9  July 8th of 2002 with Nurse Krancer?
10    A   I believe that's postherpetic neuralgia.
11    Q   Okay. Shingles?
12    A   Postherpetic neuralgia. There's a -- there's a
13 medical term.
14    Q   I -- is postherpetic neuralgia pain associated
15 with shingles?
16    A   Yes.
17    Q   Okay. I can't pronounce that, so I'm --
18    A   Okay. I'm sorry.
19    Q   -- going to call it shingles pain, okay, if
20 that's all right with you? I want to be accurate, and I
21 don't want to put words in your mouth. I'm going to
22 call that shingles pain because I don't think that -- I
23 have a hard time pronouncing the official medical term
24 for that, okay? But...
25        So you believe that in July 8 of 2002 you were

**Page 104**

1  talking about the new indication for Neurontin, which
2  was shingles pain, with Nurse Krancer?
3     A   Yes.
4     Q   Okay. And your testimony was that she was a
5  nurse practitioner for a neurosurgeon?
6     A   Yes.
7     Q   And how commonly would neurosurgeons treat
8  shingles pain?
9         MR. FERGUSON: Object to form.
10        Go ahead.
11    A   She worked with a -- a neurosurgeon, and she
12 also worked with an anesthesiologist.
13    Q   Okay. How often would neurosurgeons or
14 anesthesiologists write prescriptions for shingles pain?
15    A   I never really got into how many patients.
16    Q   Okay.
17    A   I don't know.
18    Q   Did you regularly call on anesthesiologists for
19 Neurontin?
20    A   Yes.
21    Q   Okay. Because they treated patients with
22 epilepsy and shingles pain?
23    A   We didn't call on pain specialists until the
24 PHN indication.
25    Q   Okay. No. I mean --

**Page 105**

1     A   They treat PHN.
2     Q   -- why would you call an anesthesiologist for
3  Neurontin?
4     A   They treat PHN.
5     Q   Which would be shingles pain?
6     A   Yes.
7     Q   Okay. That's what I wanted to know.
8         Then it says, "How high are they going? One
9  sample closet," question mark. What does that mean?
10    A   How high are they going, sometimes some
11 physicians would go as high as 900, and efficacy's seen
12 at 18- to 2400 --
13    Q   Okay.
14    A   -- milligrams.
15    Q   So "how high are they going" means the dosage
16 that they are -- the dosage of Neurontin that they are
17 writing --
18    A   Yes.
19    Q   -- for their prescriptions?
20    A   Yes.
21    Q   Okay. And it says -- what's the comment about
22 "one sample closet" question mark?
23    A   I think there's so many question marks because
24 I may have accidentally hit the button that --
25    Q   Sure.

Page 114

1  blister pack came with three pills, that would mean that
2  the number of pills that were left with physicians in
3  Exhibit 3, which is a document of 94 pages in length,
4  means that there were 49,623 pills left with the
5  prescribers in Exhibit 3.
6       My question to you is that, are 50,000 pills
7  left with a handful of prescribers in a four- to
8  five-year period -- is that a large quantity for you?
9  A  I would say that --
10      MR. FERGUSON: Object -- let me -- let me
11 object. I'm sorry.
12      THE WITNESS: Okay.
13      MR. SOH: Okay.
14      MR. FERGUSON: Object to form, both the
15 preparatory remarks and -- and questions. And she
16 hasn't added things up. I -- I'll leave it at that.
17      Go ahead. If you can, ma'am.
18 BY MR. SOH:
19 Q  Okay.
20 A  I would say this is not a handful. This is --
21 this is more than --
22 Q  A handful of locations, I should say.
23 A  And I don't -- you know, just the first time
24 seeing this document --
25 Q  Uh-huh.

Page 115

1  A  -- I don't know if these are all doctors in the
2  same practice.
3  Q  Okay. My understanding is that all the -- all
4  the prescribers in this -- in Exhibit 3, the 94-page
5  document, have some role in this case, whether that
6  being they were caregivers, prescribers or partners or
7  associates of -- of those doctors in this case.
8       Assuming that to be -- I guess what I'm saying
9  is, is that -- if you want to run through these
10 documents, seeing the volume that's contained in Page 53
11 of prescribers and addresses and locations, do you
12 believe that the 50,000 -- the almost 50,000 pills
13 documented in Exhibit 3 is a large number?
14      MR. FERGUSON: Object to form.
15      Go ahead.
16 A  No, because when I'm looking through this
17 Dr. Clinton was a private practicing neurologist. She
18 was not affiliated with -- I -- I don't think you
19 have --
20 Q  But she's located at 1916 Patterson Street,
21 correct?
22 A  Right, but she had a totally different office
23 from Dr. Colclay's (phonetics) over at 1916 Pat- -- they
24 were --
25 Q  Okay.

Page 116

1  A  -- different suites.
2  Q  Okay.
3  A  So to say what you said is --
4  Q  So I guess what I'm saying, is 50,000 samples
5  to the doctors and prescribers contained in Exhibit 3 --
6  is that a large number?
7       MR. FERGUSON: Same objection.
8       Go ahead.
9  A  For a product that was taken three or four
10 times a day and they were seeing up to 60 patients a
11 day, no.
12 Q  Okay. I think I used samples instead of pills,
13 but let me -- I just want to clarify.
14      If the -- if we can document just under 50,000
15 pills of Neurontin that were left with the doctors and
16 prescribers contained in Exhibit 3, the 94-page document
17 in front of you, okay, do you consider that to be a
18 large number of Neurontin samples?
19      MR. FERGUSON: Same objection.
20      Go ahead.
21 A  No. When a drug is taken three or four times a
22 day and there's over ten doc- -- different doctors in
23 here and they see over 60 to 40 patients a day, no.
24 Q  Okay. Fair enough. You can take that away.
25      When did you stop having Neurontin duties?

Page 117

1  A  I don't remember the exact date, but maybe
2  2005.
3  Q  Okay. Just some questions. You were aware
4  that Warner-Lambert and/or Pfizer pled guilty to some
5  felonies related to off-labelling of Neurontin?
6       MR. FERGUSON: Object to form.
7  A  Yes.
8  Q  Okay. How were you made aware of that?
9  A  In 2004?
10 Q  Yes.
11 A  Is that what you're --
12 Q  Uh-huh.
13 A  I believe we may have gotten an e-mail from the
14 company.
15 Q  Okay.
16 A  And I also may have heard about it on the news.
17 Q  Okay. What was your understanding of -- number
18 one, is it your understanding that Warner-Lambert and/or
19 Pfizer pled guilty?
20      MR. FERGUSON: Object to form on the entities
21 included on that.
22      Go ahead.
23      MR. SOH: Actually, Ken, who pled guilty,
24 Warner-Lambert or Pfizer?
25      MR. FERGUSON: I believe the documents have

Page 134

1  Q  Okay.
2  A  -- years ago.
3  Q  Okay. Do you recall during your training with
4  regards to Neurontin you received from Pfizer whether or
5  not you discussed the effect of Neurontin -- what
6  Neurontin has on norepinephrine in the human brain?
7  A  Yes.
8  Q  What do you recall about that training?
9     MR. FERGUSON: Object to form.
10 A  I can't recall.
11 Q  Okay. Did you ever discuss what a Monoamine
12 neurotransmitter was in regards to your medical training
13 on --
14 A  No.
15 Q  -- on Neurontin?
16 A  No.
17 Q  Okay. Do you know how serotonin regulates
18 moods and behavior? Did you ever learn that as part of
19 your Neurontin training?
20 A  No.
21    MR. FERGUSON: Object to form.
22 Q  Do you know how norepinephrine regulates mood
23 and behavior? Did you ever learn that as part of your
24 Neurontin training?
25 A  No.

Page 135

1  Q  Okay. Do you know what effect Neurontin has on
2  Monoamine neurotransmitters in the human brain?
3  A  No.
4  Q  Have you heard the term GABAergic -- GABAergic
5  with -- associated with Neurontin? G-A-B-A, and then
6  e-r-g-i-c?
7  A  I may have.
8  Q  Do you know what that -- do you know what
9  GABAergic means today?
10 A  No.
11 Q  Okay. Did you ever tell any physicians whether
12 or not Neurontin was or was not GABAergic?
13 A  No.
14 Q  Okay. Did any of your physicians you called on
15 with regards to Neurontin ever tell you that a patient
16 on Neurontin had an adverse event?
17 A  Yes.
18 Q  Okay. What were the types of -- how many
19 patients -- how many physicians told you -- asked you
20 about -- how many physicians told you that their
21 patients had an adverse event on Neurontin?
22 A  Maybe a handful.
23 Q  Okay. Did they fill out Adverse Event Forms?
24 A  They chose not to.
25 Q  Okay. Do you remember what those adverse

Page 136

1  events were?
2  A  Weight gain --
3  Q  Okay.
4  A  -- confusion --
5  Q  Okay.
6  A  -- constipation.
7  Q  Okay. Depression or suicide?
8  A  No.
9  Q  Okay. Did -- did you suggest to any
10 prescribing -- any prescribers to take a history of --
11 for depression prior to prescribing Neurontin?
12 A  No.
13 Q  Were you aware of the FDA concern raised in the
14 original FDA review related to Neurontin's association
15 with suicides?
16    MR. FERGUSON: Object to form.
17 A  No.
18 Q  Did you ever try and discourage a physician
19 from prescribing Neurontin off label?
20    MR. FERGUSON: Object to form.
21 A  We never discussed it off label.
22 Q  Okay. Were -- you were aware that some of your
23 physicians were prescribing Neurontin off label?
24 A  I wasn't because we didn't discuss it.
25 Q  Okay. So you didn't -- let's -- let me just

Page 137

1  give you -- let's say you had a -- on your Sherlock
2  report you had a prescription -- a prescriber who was a
3  high-volume prescriber of Neurontin, okay? You never
4  asked them, Hey, Doctor, are you prescribing this off
5  label or on label?
6  A  No.
7  Q  Okay. I forgot to ask you these questions
8  about the guilty plea. I'm sorry. But let me just ask
9  you a few things.
10    Were you aware that Warner-Lambert pled guilty
11 to two felonies in 2004 with regards to off-label
12 marketing of Neurontin?
13 A  Yes.
14 Q  Okay. Were you aware that Warner-Lambert paid
15 a fine of -- sorry -- of $430 million with regards to
16 off-label marketing of Neurontin?
17 A  I was not aware of the amount.
18 Q  Okay. Were you aware that it was a -- in the
19 hundreds of millions of dollars?
20 A  No.
21 Q  Were you aware that it was in the millions of
22 dollars?
23 A  Yes.
24 Q  Okay. Were you aware that over 90 percent of
25 prescriptions were off label?