# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  NEURONTIN MARKETING, SALES ) <br> PRACTICES AND PRODUCTS LIABILITY    ) <br> LITIGATION                          ) <br>                                      ) <br> _____ ) <br>                                      ) <br>                                      ) <br>                                      ) <br> THIS DOCUMENT RELATES TO:            ) <br>                                      ) <br> RUTH SMITH, Individually and as      ) <br> Widow for the use and benefit of     ) <br> herself and the next of kin of       ) <br> Richard Smith, deceased.             ) <br>                                      ) <br> 05-CV-11515                          ) <br>                                      ) | CASE NO. <br> 04-10981 |

VIDEOTAPED DEPOSITION OF

PAUL R. McCOMBS, III, M.D.

Taken on Behalf of the Plaintiffs

June 8, 2007

Page 10

1  October '03, and at that time, was doing well.
2  Released him from my care.
3       And the next time I saw him was in March
4  of '04, and at that time, he was having recurrent
5  pain in his back and into his legs.
6  Q.   All right. So if I understand this right,
7  you did a surgery on his low back that seemed
8  to -- to help him?
9  A.   Yes.
10 Q.   You released him in October of '03 after
11 following up from that surgery?
12 A.   Yes.
13 Q.   And he seemed to be doing fine until he
14 came back to you in March of '04?
15 A.   Yes.
16 Q.   And it looked like he was having more
17 problems?
18 A.   Yes.
19 Q.   When he came back to you in March of '04,
20 did you -- what -- what did you do?
21 A.   Well, I conducted an examination on him,
22 and I reviewed his studies that were done. He had
23 some narrowing of the spinal canal above the level
24 of his previous surgery site. We -- he had seen,
25 by that time, Dr. Howell and Dr. Mackey. Both

Page 11

1  are -- Dr. Mackey is an orthopedic spine surgeon.
2  Dr. Howell is a neurosurgeon in this group.
3       The -- it was recommended that he be
4  treated conservatively. That was carried out.
5       The last time I saw him physically was on
6  31 March 2004.
7  Q.   Okay. Doctor, I've had a chance to look
8  through your records; I think all the parties
9  have. We show a period of time where y'all were
10 giving the drug Neurontin to Mr. Smith. I'd like
11 to talk to you for a bit -- minute about
12 Neurontin.
13      First of all, that is the drug you've
14 prescribed, I'm assuming?
15 A.   Yes. It is a drug that had been started
16 by another physician that we continued.
17 Q.   Okay. And is it important that drug
18 companies tell you everything they know about
19 their drugs and possible side effects that they
20 suspect might be caused by their drugs?
21 A.   I don't know what the standard of care in
22 the community is in that regard. I do know that I
23 like my detail reps to come talk to me about what
24 the indications for uses are and potential side
25 effects. In terms of telling me all that they

Page 12

1  know, I don't know what -- what's appropriate
2  there.
3  Q.   Okay. Let me ask it to you this way, did
4  you know that Neurontin was a drug that the FDA at
5  least had considered might lead to suicides?
6  A.   No.
7       MR. FERGUSON: Object to form.
8  BY MR. LANIER:
9  Q.   Did you know that Neurontin was a drug
10 where there was concern within the -- the -- the
11 drug company and the FDA about whether it
12 increased depression?
13      MR. FERGUSON: Object to form.
14      THE WITNESS: No.
15 BY MR. LANIER:
16 Q.   Is that the kind of information you'd like
17 to know?
18 A.   If it is considered a significant risk,
19 then, yes, I do.
20 Q.   Okay. If you -- when -- when Richard
21 Smith presented to you, at any time that he came
22 in, did he -- did he ever present, either himself
23 or through phone calls with his daughters, as
24 someone who was depressed and -- and down?
25 A.   Yes, sir.

Page 13

1  Q.   Is that something that's rare with people
2  who have a lot of back pain that need your help,
3  or is that --
4  A.   Chronic -- chronic pain syndromes are
5  frequently associated with depression and treated
6  with medication for depression.
7  Q.   Okay. Is that the kind of fellow you
8  would ever want to give a drug to that -- if you
9  had a choice in the matter -- that -- if that drug
10 was going to be one that increased depression or
11 caused a loss of impulse control or suicide or
12 things like that?
13 A.   It's something that would have to be
14 weighed. If the patient's depression was caused
15 by significant pain and the Neurontin helped the
16 pain, that would maybe help the depression, but it
17 could do -- it could go either way.
18 Q.   All right. Is that why it's important for
19 you as a doctor to know if suicide or depression
20 is a -- considered a prominent side effect of the
21 drug?
22 A.   Yes.
23 Q.   If you had been told by the detail reps
24 who were -- were -- in talking to you about the
25 drug Neurontin, that this drug was one that is