# Exhibit 11

```
 1                UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
 2

 3   _____
                                       )
 4   In re: NEURONTIN MARKETING,       )
     SALES PRACTICES, AND PRODUCTS     )
 5   LIABILITY LITIGATION,             )
     _____)
 6

 7                      VOLUME II

 8

 9        CONTINUED VIDEOTAPED DEPOSITION OF

10              RONALD Wm. MARIS, Ph.D.

11               (Taken by Defendant)

12             Columbia, South Carolina

13          Tuesday, September 30, 2008

14

15

16

17

18

19

20

21

22

23

24            Reported in Stenotype by
         V. Dario Stanziola, CSR, RPR, CRR
25   Transcript produced by computer-aided transcription
```

Page 342

1  the record.
2  Q. Right. But it's not in your report, right?
3  A. That's because I didn't come across it.
4  I looked as hard as I could and found what I found.
5  I didn't consciously find something and leave it
6  out.
7  Q. Now, if you combined the data from the
8  epilepsy and the neuropathic pain studies, are you
9  aware that, again, the incidence of depression is
10 reported as higher on placebo than in patients taking
11 Neurontin?
12 A. That would just make sense from what
13 you've just shown me.
14    (Exhibit 24: A document entitled Rates Of
15    Depression Reported As An Adverse Event In
16    Neurontin Placebo-Controlled Neuropathy And
17    Epilepsy Clinical Trials marked for
18    identification, as of this date.)
19 Q. I'm going to show you what we've marked as
20 Exhibit 24 to your deposition, and this is based on
21 the FDA's clinical review that we just looked at.
22    And if you see in the depression column, it
23 reports -- this is a chart that reports the exact
24 same information we just pulled out of table 7.20,
25 correct?

Page 343

1  A. Yes, it is.
2     MS. McGRODER: Oh, I'm sorry.
3  Q. And the title of this exhibit is rates of
4  depression reported as an adverse event in Neurontin
5  placebo controlled neuropathy and epilepsy clinical
6  trials, correct?
7  A. Correct.
8  Q. And if you combine the incidence reported
9  for depression on gabapentin in both the neuropathy
10 and the epilepsy studies for Neurontin, you get an
11 incidence of 1.5 percent, correct?
12 A. You do.
13 Q. And if you combine the placebo numbers, the
14 incidence is 1.7 percent, correct?
15 A. Right.
16 Q. So the incidence on placebo, when you
17 combine the data from all studies, shows that the --
18 the risk of depression was higher on placebo than in
19 Neurontin?
20 A. No, no, no. What it shows is there's no
21 difference. You can't have it both ways. You
22 can't say nonsignificant differences are
23 significant when you want to use them, and when I
24 want to use them, you say you can't do that because
25 they're not significant.

Page 344

1  This is not a significant difference, so
2  there's no difference.
3     MS. McGRODER: Object and move to strike.
4  Q. My question wasn't whether they were
5  significant, whether the difference was significant.
6  My question was is the number 1.7 percent, that
7  incidence is higher in placebo than on Neurontin 1.5
8  percent?
9     MR. SOH: Dr. Maris, wait a second.
10    Lori, is this a PowerPoint that you put
11 together from the Daubert hearing you're
12 using?
13    MS. McGRODER: Absolutely. This was
14 admitted into evidence at the Daubert hearing.
15    MR. SOH: I would like for -- Dr. Maris,
16 would you like to see -- are you comfortable
17 using a PowerPoint --
18    THE WITNESS: I was wondering where this
19 came from.
20    MR. SOH: -- or do you want to look at
21 the actual original documents?
22    THE WITNESS: Yeah, I have some clinical
23 reviews, but I don't have this.
24 Q. Well, the actual -- Dr. Maris, the actual
25 original document is Exhibit 23 that we just marked

Page 345

1  to your deposition, correct?
2     These are the exact same data reported in
3  this document.
4     MR. SOH: I just wanted to make it clear
5  -- I just wanted to clarify for the record
6  what you were using.
7     MS. McGRODER: Well, I think I said that
8  when I asked the question. I think it was
9  clear.
10 A. My question is where is the FDA clinical
11 review?
12 Q. This is the FDA clinical --
13 A. That's it, two pages?
14 Q. No, this is the extracted document.
15    Do you know how many pages the FDA clinical
16 review is?
17 A. Well, I've got one here. I'd like to see
18 the whole one.
19 Q. No, that is not the clinical review, Dr.
20 Maris.
21 A. That's right. But it is a clinical
22 review.
23 Q. Hand me that, please.
24 A. It is a clinical review.
25 Q. Hand me that, please.

10 (Pages 342 to 345)