UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x

In re:   NEURONTIN MARKETING,
       SALES PRACTICES AND
       PRODUCTS LIABILITY LITIGATION

------------------------------------------------- x

THIS DOCUMENT RELATES TO:


*Bulger v. Pfizer Inc., et al.,*
Case No. 1:07-cv-11426-PBS

------------------------------------------------- x

:   MDL Docket No. 1629

:   Master File No. 04-10981

:   Judge Patti B. Saris

:   Magistrate  Judge  Leo  T.
:   Sorokin

**DECLARATION OF LORI C. MCGRODER, ESQ.
IN SUPPORT OF DEFENDANTS' REPLY
IN SUPPORT MOTION TO EXCLUDE**

I, Lori C. McGroder, declare and state as follows:

1.      I am a partner with the law firm of Shook, Hardy & Bacon LLP, counsel of record

for Pfizer Inc. and Warner-Lambert Company LLC.  I make this declaration based on my own

personal knowledge and information.

2.      Attached as **Exhibit 1** is a true and correct copy of excerpts from the Deposition

of Ronald Wm. Maris, Ph.D. (Sept. 29-Oct. 1, Oct. 20 & 22, 2008).

3.      Attached as **Exhibit 2** is a true and correct copy of excerpts from the Deposition

of Stefan P. Kruszewski, MD (Oct. 15 & Nov. 7, 2008).

4.      Attached as **Exhibit 3** is a true and correct copy of excerpts from the expert report

of  Doug Jacobs, MD (Dec. 20, 2007).

5.      Attached as **Exhibit 4** is a true and correct copy of excerpts from the expert report

of  Louis Roh, MD (Aug. 18, 2008).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March ____, 2009, in Kansas City, Missouri.

_____
**Lori C. McGroder, Esq.**

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 12, 2009.

/s/David B. Chaffin_____
David B. Chaffin