# EXHIBIT 3

# PROFESSIONAL PSYCHIATRIC ASSOCIATES

ONE WASHINGTON STREET, SUITE 304
WELLESLEY HILLS, MASSACHUSETTS 02481-1706
TEL (781) 239-0071
FAX (781) 235-6390

Douglas G. Jacobs, M.D.
E-mail: drj@djacobsmd.com

December 20, 2007

Ms. Lori McGroder
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, Missouri  64108-2613

**Re:**   *Neurontin Litigation-General Causation Report*

Dear Ms. McGroder,

## I.   INTRODUCTION

You have asked me to provide an opinion regarding the issue of general causation in
terms of whether reliable scientific and medical evidence establishes Neurontin causes
suicidality *(i.e.,* suicide or suicide attempt). My opinion is based upon my education,
training, and experience, a review of the materials in Attachment A, a review of relevant
literature, and my work in the field of suicidology, including my work as editor of The
Harvard Medical School Guide to Suicide Assessment and Intervention (1999) and as
chairperson of the Work Group For The American Psychiatric Association Practice
Guidelines for the Assessment and Treatment of Patients With Suicidal Behavior.  A
copy of my Curriculum Vitae is attached and is incorporated herein by reference.  I
reserve the right to supplement my opinions based on review of additional materials
including the reports and testimony and materials considered by other designated experts.

- 1 -

All opinions in my report are expressed to a reasonable degree of scientific and medical certainty.

## II.    SUMMARY OF OPINIONS

- It is not generally accepted in the scientific or medical community that Neurontin is associated with, or that it can cause or contribute to, suicidality.

- There are no peer reviewed published studies concluding that Neurontin is associated with or can cause or contribute to suicidality.

- Controlled, open label and epidemiology studies are generally accepted as scientifically reliable and necessary to determine whether a drug is associated with an event.   The data from controlled, open label and epidemiology studies for Neurontin does not establish that Neurontin is associated with, let alone causes, suicidality.   In fact, these data are consistently supportive of the conclusion that Neurontin is neither associated with nor causes suicidality.

- Analysis of spontaneous reports indicates that the number of observed cases of suicides are <u>below</u> the expected number of cases in the populations taking Neurontin.   Although these data cannot be used to determine causation, nevertheless they do not support plaintiffs' claim that Neurontin causes suicide.

- The absence of an association between Neurontin and suicide is scientifically meaningful.   It indicates that there is no reliable scientific evidence to conclude that Neurontin is associated with, let alone causes, suicide.   Analysis of the criteria used to evaluate whether an association is "causal" also does not support a conclusion that Neurontin causes suicide.   I have examined ten representative cases[1] and the suicide behavior in each and every case can be fully explained by recognized suicide risk factors without regard to Neurontin.   In other words, alternative explanations and confounders account for the suicide or suicide attempt in each and every case.

---

[1]   The cases I reviewed were the original ten cases selected as Track One cases.   My understanding is that this group of ten cases was comprised of six random selections, two selected by plaintiffs and two selected by Pfizer.   I further understand that three of these cases (Strickland, Mendoza, and Moore) are no longer considered Track One cases.

- The available reliable scientific and medical evidence fails to establish that Neurontin is associated with, or causes or contributes to cause suicidality.

- The label for Neurontin adequately apprises physicians of the risks and benefits of Neurontin.

## III.    QUALIFICATIONS

I am an Associate Clinical Professor of Psychiatry at Harvard Medical School. I maintain an active clinical psychiatric practice in Wellesley and Newton, Massachusetts, suburbs of Boston. I have edited three books and numerous papers on suicide. I edited the textbook, the Harvard Medical School Guide to Suicide Assessment and Intervention, was published in 1999. I have organized and have led academic seminars, locally for Harvard faculty and nationally for other mental health professionals, on the subject of suicide and related psychiatric subjects (*e.g.*, depression). I currently teach Harvard medical students, who are pursing careers in nonpsychiatric disciplines. In addition, I established a unique non-profit organization, Screening for Mental Health, Inc. (SMH), which is devoted to screening for, and providing education about, a variety of mental health disorders, including depression. The programs of SMH are offered to a variety of healthcare clinicians, mental health professionals, and primary care clinicians.

I received my undergraduate degree from Trinity College in Hartford, Connecticut, in 1967. I received my medical degree from the University Of Pennsylvania School Of Medicine in 1971. Next, I completed a three-year residency (1972-75) in adult psychiatry at the Massachusetts Mental Health Center, a Harvard Medical School teaching program. I was board certified by the American Board of Psychiatry and Neurology in 1977. Between 1978 and 1992 I served by invitation as an examiner for the Board, participating in the examinations of physicians who were seeking board certification in psychiatry.

As part of my clinical practice, I am on the staff of several psychiatric hospitals in the greater Boston area, including McLean Hospital in Belmont, Massachusetts. I have been a member of the Harvard Medical School faculty since 1975. I am a member of several professional organizations, including the American Psychiatric Association, the

American Association of Suicidology, and the American Academy of Psychiatry and the Law.

I have more than 30 years experience evaluating, treating and consulting on suicidal patients. Between 1975 and 1983, I served as Director of Psychiatric Emergency Services at The Cambridge Hospital, where I was responsible for evaluating and supervising 3,000 psychiatric emergencies per year. In this patient group, there was approximately one suicide attempt per day. In my hospital experience and private practice since 1975, I have developed expertise in examining, understanding, and treating a diverse range of suicidal patients.

I was the founder of the Harvard Medical School Suicide Symposium in 1981, and directed that symposium for seven years. This symposium remains Harvard Medical School's Department of Continuing Education only postgraduate symposium specifically on the subject of suicide. In 2005, I was the keynote speaker on the subject of Adolescent Suicide.

I am the founder of National Depression Screening Day (NDSD) and its sister mental health screening programs, which are endorsed by the American Psychiatric Association. National Depression Screening Day is held each October during Mental Illness Awareness Week, which was established by the U.S. Congress. Since 1991, numerous hospitals, health centers, libraries, schools, primary care offices, and other practitioners have provided free depression screenings across the country on the designated day. As one of the programs of the non-profit Screening for Mental Health organization, this screening program is funded by federal and state government agencies, corporations, foundations, as well as by registration fees from our participating healthcare facilities and organizations. When I initiated the program fifteen years ago, it was the first time that the concept of large-scale mental health screening had been attempted. The program has been recognized by mental health professionals, the media, mental health advocacy groups and the federal government for its success in reaching people with depression and other disorders who can benefit from treatment, but who had not sought it in the past.

- 4 -

In terms of the primary care program, relevant professional organizations that serve as sponsors to this program are: the American Chronic Pain Association, the American College of Physicians, and the American Medical Association.

I was appointed by the American Psychiatric Association as Chairperson of the Workgroup to develop practice guidelines for the assessment and treatment of the patient with suicidal behaviors. The guidelines were published in 2003 and 2004.

In terms of awards, I received the Massachusetts Psychiatric Society Outstanding Psychiatrist Award in 2004 for advancement of the profession. In 2007, I received a commendation from the Massachusetts House of Representatives for my work on National Depression Screening Day.

I have been asked by clinicians, hospitals, and school systems to consult when there is a suicidal crisis or in the aftermath of a suicide. The American Psychiatric Association regularly refers media representatives who request information about suicide and other mental health topics to me for comment and analysis.

In the area of legal matters involving psychiatric disorders, suicide, or murder, I have been qualified by a number of courts as an expert in the specialty of psychiatry, specifically in the field of suicide and the medical treatment of psychiatric disorders and symptoms. I have testified in both civil and criminal court proceedings and have reviewed cases on behalf of both plaintiffs and defendants. I have also testified before Congress and the FDA on the subject of suicide, principles of causation, and the relationship to pharmaceuticals.

In terms of fees, I charge $500.00 per hour for record review, etc.

## IV.     BACKGROUND OF SUICIDE

"Suicide represents a major national and international public health problem with over 30,000 suicide deaths in the United States and 1 million deaths worldwide each year and every year. The estimated cost to this nation in lost income alone is 11.8 billion dollars per year." (Reference 1). Suicide is the 11th leading cause of death within the general population (Reference 2) and representing approximately 1.4% of all deaths on an annual

basis (Reference 3). Internationally, there are 1 million suicide deaths every year. (Reference 3).

Suicide is a multi-factorial event with a variety of conditions and stressors contributing to increased risk.[2]   The majority of persons who commit suicide have known risk factors for suicide. (Reference 4). Recognized risk factors for adult suicide include having psychiatric and medical conditions which make every day life more difficult (e.g. affective illness, alcohol / substance use, Cluster B personality disorders, functional impairment, chronic pain, epilepsy), being male (with the exception of people with bipolar disorder), and having a lack of social supports / resources (spouse / close family, valued friends, supportive community, rewarding work, financial security). (Reference 5). In general, the more risk factors an individual has, the higher their risk of suicide. Moreover, certain risk factors can act in a synergistic fashion that increases the risk beyond simply adding the factors. "For example, the combined risk associated with comorbid depression and physical illness may be greater than the sum of the risk associated with each in isolation." (Reference 6). Risk factors include: psychiatric illness, substance abuse, physical illness-including pain and functional limitations, life stressors, prior suicidal behavior, and access to weapons. Certain psychiatric illnesses are associated with an increased risk for suicide, such as bipolar disorder which can have an increased risk of suicide ranging from 30 to 60 times the general population with an annual prevalence approximating 0.9%. (Reference 7). Certain physical illnesses, such as epilepsy, have an increased risk of suicide ranging from 3.5-7 times the general population. (References 8, 9, 10). Pain syndromes have been identified as having an increased risk for suicide varying from 2 to 5 times. Persons with functional limitations due to physical illness are known to increase the risk of suicide. (Reference 11).

Nearly 50% of psychiatrists will experience a suicide in their practice at some point in their career (Reference 6) and five percent of all suicides in the United States occur within hospital settings, accounting for nearly 1,500 suicides each. (Reference 12).

---

[2]      It is impossible to predict suicide as no specific risk factor has found to be predictive. For example, of the estimated 10 million people who experience suicidal ideation each year, only

Approximately 75% of persons that die by suicide have seen a physician within six months; while 60% have visited a physician within 30 days of their suicide.  These findings suggest that suicidal individuals appreciate the issues troubling them and make an effort to see a clinician, but do not or cannot communicate their suicidal thoughts.  (Reference 3).  It is also believed that approximately 25-30% of persons who die by suicide are receiving psychiatric treatment at the time of their death.  (Reference 6).

In fact, it is known that 50 – 75% of persons receive their mental health care through primary care physicians.  Primary care physicians are thereby, in a unique position to learn about both a person's medical condition and psychosocial stressors.

### *Neurontin's Use in Persons at Risk for Suicide and Depression*

It is important to acknowledge that Neurontin is prescribed to several of the previously discussed populations with a background rate of suicide much higher than the incidence of suicide in the general population.  The categories of patients for which Neurontin is used clinically ranges from patients with psychiatric disorders, (bipolar, anxiety disorders), pain syndromes (ranging from patients with musculoskeletal disorders, cancer, migraines), and epilepsy.  As stated above, each of these populations has a risk of suicide that ranges from several times to many times the risk in the general population.  Therefore, it would be expected that the rate of suicide behavior in patients being prescribed Neurontin would be greater than the rate in the general population.  In terms of depression, it is known that persons with epilepsy and pain syndromes are at increased risk for developing depression.  (References 13, 14).  Specific risk factors for suicidality in chronic pain populations have been identified as the intensity and duration of the pain, insomnia, helplessness, and desire for escape from pain.  Many of these factors apply to the cases reviewed.  For example, in the Smith case, one of the ten index cases, Mr. Smith had a twenty-year history of chronic pain with multiple operations, joint replacement surgeries, and a progressive deterioration of his whole body.  In fact, his suicide note stated, "Pain has taken over my mind and body.  I need back surgery left and right rotator cuffs right bicep torn back surgery to correct pain in legs.  Forgive me; I

---

30,000 (0.3%) commit suicide.

cannot go on like this!  I cannot have my body, the temple of the Holy Spirit cut on anymore.  I have talked to God and he understands."

Because individuals who are prescribed Neurontin are at a higher-than-average risk for suicide, if plaintiffs' theory had any validity, it would be expected that the rate of suicide in patients being prescribed Neurontin would exceed the rate expected in epilepsy, psychiatric, and chronic pain populations.  With an "at risk" population, however, the observed number of cases among Neurontin users, however, is far below the expected number of cases as described below.

While spontaneous adverse event reports (the post-marketing experience with the drug) cannot be used to prove causation, one would expect that if Neurontin caused suicide, there would be an increased number of suicides above what would be expected in the population of Neurontin users.  As discussed, the population of Neurontin users is comprised of epileptics, people in chronic pain and people with psychiatric illnesses. Accordingly, a certain number of suicides is to be expected in this population.  It turns out that the number of suicides reported as adverse events for Neurontin is far below what one would expect in the population of Neurontin users.  For example, in December 2005, Pfizer submitted to the European Union's EMEA a postmarketing report regarding spontaneous reports of suicide and suicide attempts.  The report, prepared by Jeffrey Mohan, Pharm D., consisted of a review of Gabapentin clinical study and solicited cases of completed suicide and suicide attempts, and a review of non-clinical study Gabapentin cases of completed suicide and suicide attempts reported to Pfizer as of July 31, 2005.  In terms of completed suicide, 111 cases were identified, 37 of which contained insufficient information for a proper assessment.  However, for purposes of this report, I will base all determinations on the 111 cases.  The Mohan report is based upon worldwide sales volume and an estimated daily regimen of three units daily.  Neurontin was first marketed in 1993, and there were over 13,788,613 patient years of exposure of Gabapentin through 2004.  The expected number of cases of completed suicide and suicide attempts in the population of people taking Neurontin can be estimated from the nearly 14 million patient- years of exposure.

- 8 -

might cause suicide. Given the opinions of these noted experts, and the absence of any
scientific publications stating that Neurontin has a mechanism of action that causes
suicide, it can hardly be said that this factor would support a conclusion that Neurontin
causes suicide.

### Consideration of alternative explanations (confounding factors)

Where exposure to a hypothesized causal factor or agent appears to be associated with
increased incidence of an outcome, investigators should consider other explanations for
the relationship in question and determine whether one or more of those alternate
explanations may account for the adverse event. In determining causation in the context
of suicide, it is my opinion as a suicidologist who specializes in this precise area, that the
consideration of alternative explanations, that is, the presence of multiple suicide risk
factors and other confounding factors, is the critical element in considering causation.

While plaintiffs' experts acknowledge that people taking Neurontin have underlying
conditions that increase the risk of suicide, none of them specifically address the
underlying conditions or the suicide risk factors that generally accompany suicidal
behavior. In clinical practice, this is absolutely necessary. My opinion is that no
judgment about general causation can be made without "considering the possibility of
bias and confounding" and ruling out underlying risk factors as the cause for suicide.
(Reference 16).

The scientific community widely recognizes a variety of risk factors for suicide,
including: prior suicidal behavior; evidence of hopelessness; advanced age; family
history of suicide or mental illness; evidence of impulsiveness, panic attacks, or anxiety;
presence of psychiatric illness, with particular attention to mood disorders, schizophrenia,
substance use disorders, anxiety disorders, and personality disorders; medical conditions
including nervous system disorders and chronic pain; and psychosocial stressors or
"trigger events," such as real or perceived interpersonal losses, financial difficulties,
changes in socioeconomic status, family discord, domestic violence, and past or current
sexual or physical abuse or neglect.

- 21 -

I have reviewed in depth ten representative cases in the Neurontin litigation. There were seven suicides and three suicide attempts. The principle of alternative explanation explains the suicide events that have occurred in every case. In other words, in each of the ten representative cases, there are multiple risk factors for suicide and, in each case; it is my opinion that the suicide events can be entirely explained without regard to Neurontin. In other words, in every case, had the individual <u>not</u> been taking Neurontin, the suicide can be entirely explained by the presence of independent, established risk factors. For each case I reviewed, the suicide risk factors that, in my opinion, to a reasonable degree of medical certainty, explain these individuals' suicide behaviors are listed:

**Bentley**:      Prior to his suicide, Mr. Bentley had a long-standing history of alcoholism. He suffered from underlying depression and was diagnosed with chronic anxiety, characterized by "high anxiety attacks." Mr. Bentley exhibited suicidality on at least one occasion prior to using Neurontin. There is a history of molestation when Mr. Bentley was a child. Mr. Bentley's suicide was preceded by a series of financial, marital, and work-related stressors, culminating in him hanging himself at his work.

**Fenelon/Moore**:      According to the medical records, in 1995, prior to using Neurontin, Ms. Moore attempted suicide. Ms. Moore suffered from alcoholism and chronic depression and fatigue. There was a family history of mental illness (sister diagnosed with schizoaffective disorder, brother with history of alcoholism). In addition, she suffered from chronic pain (her medical records note that decedent suffered from "excruciating pain, cannot sleep, pain wakes her up") and chronic hepatitis.

**McGee**:      Ms. McGee suffered from a combination of joint pain and fibromyalgia. Her medical records prior to her suicide indicate that she suffered from persistent pain and discomfort. Prior to her suicide, Ms. McGee also suffered from a variety of psychosocial stressors, including financial problems. In her suicide note, Ms. McGee blamed the suicide on these financial stressors.

**Mendoza**:      To the extent that Mr. Mendoza actually attempted suicide (which is not clear from the records); his suicide attempt is explained by a long list of factors. Mr.

- 22 -

Mendoza attempted suicide several times (*e.g.*, at least two times) prior to using Neurontin. He suffered a severe head trauma prior to using Neurontin. Mr. Mendoza was diagnosed as bipolar and suffered from chronic depression. In addition, he is a poly-substance abuser (marijuana and crack cocaine). Mr. Mendoza had severe psychosocial stressors, including several domestic violence incidents, homelessness, and incarceration for assault. The "trigger event" for his alleged suicide attempt was his desire to find living arrangements (in-patient care at the hospital) after he was kicked out of his group home and found himself homeless.

**Owens:**      Mr. Owens had a complex medical history. He fell and slipped at work in 1994 and injured his hand and wrist. He developed chronic pain which limited his ability to work and/or enjoy life activities. Mr. Owens underwent two surgeries to help with his chronic pain. He also had long-standing depression and made suicidal statements to family members suggesting that if he could not find work, he would kill himself.

**Pursey:**      Mr. Pursey had a long psychiatric history dating back to 1976, when he was involved in an accident which resulted in a coma. Subsequently, he developed agoraphobia and panic. He was psychiatrically hospitalized in 1980 with symptoms of acute depression. Mr. Pursey was ultimately diagnosed as bipolar. Mr. Pursey had a long history of intermittent suicidal ideation prior to using Neurontin. Mr. Pursey's suicide was triggered more acutely by marital dysfunction and financial stressors.

**Roberson:**      Mr. Roberson had a long history of treatment-resistant depression and chronic pain. He also had a 40-year history of alcoholism and had gone through a detoxification program approximately 18 months before his suicide. Several weeks before his suicide, he resumed drinking, which led to a confrontation with his wife who threatened—for the first time in their long marriage—to leave him, as well as arguments with his son and daughter. Mr. Roberson left a suicide note in which he apologized for not being able to stop drinking and stated that he was no good to his wife. Roberson's suicide is explained by his decision to resume drinking and the marital and familial conflict this decision caused, coupled with his pre-existing depression and chronic pain.

- 23 -

**Smith**:  Mr. Smith's suicide is explained by his severe chronic pain.  In his suicide note, he himself attributed his suicide to his chronic, severe pain.  His pain led to and culminated in severe hopelessness, following his physicians telling him that he was not a candidate for any further surgery to relieve his pain.

**Strickland**:  To the extent Mr. Strickland actually attempted suicide, it is explained by his history of mental illness (paranoid schizophrenia), poly-substance abuse, and chronic pain.  Mr. Strickland also had a variety of psychosocial stressors which explain any suicidality, including an extensive criminal history and unresolved grief regarding the murder of his son.

**Vercillo**:      Mr. Vercillo is a 34-year-old single white male with a long history of substance abuse (LSD, ecstasy, and "mushrooms"), anxiety symptoms, and depressive symptoms.  He is characterized as impulsive, demanding, and oppositional.  Mr. Vercillo has a long history of legal difficulties, including assault and domestic violence charges.  In addition, there were multiple psychosocial stressors preceding the suicide attempt, including the inability to hold steady employment, living at home with parents, social isolation and lack of self esteem.

To summarize, in the context of analyzing whether a drug such as Neurontin can cause suicide behavior, it is proper and necessary to consider "alternate explanations." There is compelling evidence of suicide risk factors in every case that fully explains the suicide behavior.  The suicide risk factors present include psychiatric illness, co-morbid depression, anxiety, panic, alcohol abuse, treatment resistant depression, polysubstance abuse, psychotic illness, and significant physical illness in the form of chronic pain and functional limitations, and compounded psychosocial stressors.  Based on these facts, any causal inference related to Neurontin is scientifically and medically implausible.

**Cessation of Exposure**

Like many of the others, this factor requires evidence of an association to assess whether cessation of the exposure decreases the risk.  Plaintiffs' experts do not cite to any clinical,

- 24 -

epidemiologic or human experimental data that suggests that once Neurontin ingestion is stopped, the risk of suicide decreases, this factor does not apply.

**Consistency with other knowledge**

Suicide rates have decreased from 1993 until 2004, at a time when Neurontin sales were generally rising.  Spontaneous reports demonstrate that the number of observed cases is lower than expected in the patient population taking Neurontin.  These facts do not support the proposition that Neurontin is causally associated with suicide.

## VII.   CONCLUSION

To summarize, suicide is a multi-factoral event.  Individuals who commit suicide are known to have a combination of medical and psychiatric disorders.  Neurontin is prescribed to persons who have a combination of these risk factors, including epilepsy, chronic pain, and/or psychiatric illness.  It would not be unexpected or unusual therefore that patients who are prescribed Neurontin commit suicide.  But when compared to the incidence of suicide in these populations, in both controlled studies and adverse event data, incidence and reported rate of suicide for Neurontin is lower.  Importantly, there is overwhelming support from the human experimental evidence, published literature, and application of generally accepted principles of causation that Neurontin is not associated with an increased risk of suicide.  It is my opinion, to a reasonable degree of medical and scientific certainty, that there is no reliable scientific evidence that Neurontin is associated with or causes suicide.

Sincerely,

Douglas G. Jacobs, M.D.

- 25 -

## References

1. Goldsmith SK, Pellmar TC, Kleinman AM, Bunney WE (Eds). Reducing Suicide: A National Imperative (2002). Washington, DC:National Academies Press.

2. Centers for Disease Control and Prevention, National Center for Injury Prevention and Control. Web-based Injury Statistics Query and Reporting System (WISQARS) [online] (2004 Data Analysis) Available from URL: www.cdc.gov/ncipc/wisqars.

3. Jacobs DG. A 52-Year-Old Suicidal Man. JAMA 2000; 283(20):2693-2699.

4. Harris EC, Barraclough B. Suicide as an Outcome for Mental Disorders. A Meta-Analysis. Br. J. Psychiatry 1997; 170:205-228.

5. Jacobs DG (Ed.) The Harvard Medical School Guide to Suicide Assessment and Intervention (1999). Jossey-Bass:New York, New York.

6. American Psychiatric Association. APA Practice Guidelines for the Assessment and Treatment of Patients with Suicidal Behaviors. American Journal of Psychiatry 2004; 160 (11).

7. Baldessarini RJ, Pompili M, Tondo L. Suicide in Bipolar Disorder: Risks and Management. CNS Spectr 2006; 11(6):465-471.

8. Kanemoto K, Kawaski J, Mori E. Violence and Epilepsy: A Close Relation Between Violence and Postictal Psychosis. Epilepsia 1999; 40(1):107-109.

9. Kanner AM, Stagno S, Kotagal P, Morris HH. Postictal Psychiatric Events During Prolonged Video-Electroencephalographic Monitoring Studies. Arch Neurol 1996 Mar; 53(3):258-63.

10. Schmitz EB, Robertson MM, Trimble MR. Depression and Schizophrenia in Epilepsy: Social and Biological Risk Factors. Epilepsy Research 1999; 35:59-68.

11. Kaplan MS, McFarland BH, Huguet N, Newsom JT. Physical Illness, Functional Limitations and Suicide Risk: A Population-Based Study. American Journal of Orthopyshiatry 2007; 77(1):56-60.

12. Bush KA, Fawcett J, Jacobs DG. Clinical Correlates of Inpatient Suicide. J Clin Psychiatry 2003; 64:14-19.

13. Victoroff JI, Benson F, Grafton ST, Engel J Jr, Mazziotta JC. Depression in Complex Partial Seizures. Electroencephalography and Cerebral Metabolic Correlates. Arch Neurol 1994 Feb; 51(2):155-163.

14. Fisbain DA, Cutler R, Rosomoff HL, Rosomoff RS. Chronic Pain-Associated Depression: Antecedent or Consequence of Chronic Pain? A Review. Clinical Journal of Pain 1997; 13(2):116-137.

15. Jacobs DG, Deutsch NL, Brewer M. Suicide, Depression and Isotretinoin: Is There a Causal Link? J Am Acad Dermatol 2001; 45:S168-75.

16. Saks MJ, Faigman DL, Kaye DH, Sanders J (Eds). Annotated Reference Manual on Scientific Evidence (2005-2006). St. Paul, Minnesota: Thomson West;526-535.

17. Letter from Dr. Russell Katz, Director, FDA Division of Neuropharmacology, to Andrew Finkelstein (April 12, 2005).

18. Letter from Dr. Russell Katz, Director, FDA Division of Neuropharmacology, to Pfizer (March 16, 2005).

19. Posner K, Oquendo MA, Gould M, Stanley B, Davies M. Columbia Classification Algorithm of Suicide Assessment (C-CASA): Classification of Suicidal Events in the FDA's Pediatric Suicidal Risk Analysis of Antidepressants. Am J Psychiatry 2007; 164:1035-1043.

20. Baldessarini RJ, et al. Decreased Risk of Suicides and Attempts During Long-Term Lithium Treatment: A Meta-Analytic Review. Bipolar Disorder 2006; 8:625-639.

21. Fathalla MF. A Practical Guide for Health Researchers (2004). Nasr City, Cairo:WHO Regional Publications.

22. Ghaemi SN, HSU DJ, Soldani F, Goodwin FK. Antidepressants in Bipolar Disorder: The Case for Caution. Bipolar Disord 2003; 5(6):421-33.

23. Sharon Hertz, M.D., FDA Review at p. 77, Table 7.20 (May 24, 2002).

24. First Safety Update, 20-235, at Table 8 (May 29, 1992).

25. Integrated Summary of Safety, NDA 20-235, Appendix B.33 (November 18 (19) 1991).

26. First Safety Update, 20-235, Table 9 (May 29, 1992).

27. Girard M. Oral Provocation Limitations. Br J Clin Pharmac 1987;23:73-79; Girard M. Conclusiveness of Rechallenge in the Interpretation of Adverse Drug Reactions. Br J Clin Pharmacol 1987; 23(1):73-9.