UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

*Smith v. Pfizer Inc., et al.*
Case No. 1:05-cv-11515-PBS

---

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DECLARATION OF LORI C. MCGRODER, ESQ. IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO EXCLUDE

I, Lori C. McGroder, declare and state as follows:

1. I am a partner with the law firm of Shook, Hardy & Bacon LLP, counsel of record for Pfizer Inc. and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the Deposition of Ronald Wm. Maris, Ph.D. (Sept. 29-Oct. 1, Oct. 20 & 22, 2008).

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from expert report of Professor Michael Trimble.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the Deposition of Professor Michael Trimble (Sept. 2-3, 2008).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March \_\_\_\_\_, 2009, in Kansas City, Missouri.

*/s/ Lori McGroder*
**Lori C. McGroder, Esq.**

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 12, 2009.

                                             /s/ David B. Chaffin  
                                             David B. Chaffin