# EXHIBIT 1

```
 1                UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
 2

 3   _____
                                       )
 4   In re: NEURONTIN MARKETING,       )
     SALES PRACTICES, AND PRODUCTS     )
 5   LIABILITY LITIGATION,             )
     _____)
 6

 7                        VOLUME II

 8

 9         CONTINUED VIDEOTAPED DEPOSITION OF

10              RONALD Wm. MARIS, Ph.D.

11                (Taken by Defendant)

12              Columbia, South Carolina

13            Tuesday, September 30, 2008

14

15

16

17

18

19

20

21

22

23

24             Reported in Stenotype by
         V. Dario Stanziola, CSR, RPR, CRR
25   Transcript produced by computer-aided transcription
```

Page 554

1  as instructed?
2      A. I think that's possible. I think it's
3  unlikely.
4      Q. But you agree it's possible?
5      A. It's certainly possible.
6      Q. Would you agree it's a reasonable
7  inference?
8      A. I don't think so. I think it's a
9  stretch.
10     Q. You agree that Mr. Smith had depression
11 before he ever took Neurontin, correct?
12     A. A mild depression.
13     Q. Well, you know that in May of 2003 he was
14 diagnosed with depression and anxiety, correct?
15     A. He was diagnosed -- he was -- he took
16 Elavil in May of 2001 from Dr. Cato. He also in
17 May 2nd of 2003 was given -- it was noted that he
18 was depressed and anxious.
19        By May 15th, 2003 he was diagnosed with
20 anxiety and depression by Dr. Cato, and he -- it
21 was noted in the record that he was taking Lexapro
22 and Desipramine, 25 milligrams, HS.
23     Q. Now, where is that in your report?
24        I don't see that.
25     A. I've got handwriting.

Page 555

1      Q. All right. Then may I borrow that?
2      A. I'll probably never get it back.
3      Q. Now, that's something you went -- you
4  didn't include information about Mr. Smith's
5  diagnosed anxiety and depression in May of 2003 in
6  your original report, correct?
7      A. I kept working from December to now, so
8  it is correct.
9      Q. And what did you look at to conclude that,
10 in fact, Mr. Smith was diagnosed with anxiety and
11 depression in May of 2003?
12     A. The medical records.
13     Q. Of whom?
14     A. Probably Cato, yes.
15     Q. Okay. Did you make these notes on your
16 report in pencil here after you read the deposition
17 of Dr. Trimble?
18     A. Possibly. I don't know exactly when I
19 made them. I know that they were including the --
20 I think it was the Exhibit 5 addendum of evidence,
21 after I read all of that, which included Dr.
22 Trimble. But I don't know if it was specifically
23 after Trimble.
24        I have no idea when I made those. I
25 mean, they were made between December and probably

Page 556

1  fairly recently.
2      Q. Well, when's the first time you learned
3  that Mr. Smith was diagnosed with anxiety and
4  depression in May of 2003?
5      A. I think it was always in the medical
6  records.
7      Q. Yeah, but I'm asking you when's the first
8  time you read those medical records and learned that?
9      A. I -- I'm not sure. If what your
10 suggesting is that I read Dr. Trimble's deposition
11 and that jogged my memory to go look it up, that's
12 quite possible. The fact is I got it right.
13     Q. Is it significant to your opinion that Mr.
14 Smith was diagnosed with depression and anxiety in
15 May of 2003 and was prescribed an antidepressant for
16 major depressive disorder and generalized anxiety
17 disorder at that time?
18     A. It's a compound --
19        MR. SOH: Objection, form, foundation.
20     A. Yeah, compound question. And the problem
21 is --
22     Q. Are you asserting an objection, Dr. Maris?
23     A. No, I'm saying that I can't answer your
24 question as stated.
25     Q. Okay. Let me restate it.

Page 557

1        Is it significant to your opinion that Mr.
2  Smith was diagnosed in May of 2003 with depression
3  and anxiety for which he was prescribed Lexapro,
4  which is indicated for the use of major depressive
5  disorder and generalized anxiety disorder?
6      A. I can say yes, but I can't say a simple
7  yes because Lexapro is also for other things than
8  major depression.
9      Q. Okay. Do you think he was prescribed
10 Lexapro for depression?
11     A. Yes. But we don't know if it was major
12 depression, which is a technical category within
13 the DSM, which I've never seen him given that
14 diagnosis.
15     Q. Did you go back and try to determine
16 whether Mr. Smith had a major depressive disorder in
17 May of 2003?
18     A. I think it's in my report.
19     Q. Where is it in your report?
20        Okay. I have your report.
21     A. I'm not sure. It says 2003. I think I
22 said it -- by the time that we reached 2004,
23 there's an explicit section in my report on the
24 question that you're asking me, which is the
25 depression level of Richard Smith. And it starts

Page 570

1  Q. Did you just X out on the document of the
2  psychological autopsy, which is Exhibit 30, the
3  portion of the sentence that says however, decedent
4  was never diagnosed nor treated for depression?
5     You X'd out never diagnosed nor, and you
6  wrote in diagnosed --
7  A. And.
8  Q. -- and.
9     Okay. So now is that corrected?
10 A. Yes.
11 Q. Thank you.
12    If you could turn to page 18 of your
13 report. On the very top --
14 A. Yes.
15 Q. -- you say Richard never saw any
16 psychiatrist nor received any DSM diagnosis for
17 depression or mood disorder.
18    Is that also incorrect?
19 A. That's probably incorrect. The problem
20 is I -- what I mean by DSM diagnosis is something
21 like 296.23, which is a code in the DSM which means
22 major depression, first episode, serious without
23 psychosis.
24    He did give a word depression so that to
25 that extent, it's not right. But I never saw any

Page 571

1  DSM diagnostic code which is required for insurance
2  purposes.
3  Q. Okay. So if -- if Dr. Cato had actually
4  listed a DSM diagnostic code alongside his reference
5  to depression and anxiety, then this statement in
6  your report would be wrong?
7  A. That's correct.
8  Q. Okay. Going back to your psychological
9  autopsy on page 26, okay? Now, let me just remind
10 you we're talking about your major depressive
11 disorder diagnosis on page 19 of your report, and you
12 say you rely on psychological autopsy question 1
13 related to Dr. Hampf's new patient questionnaire,
14 right?
15 A. Yes.
16 Q. What is the date of Dr. Hampf's new patient
17 questionnaire where the decedent notes he is
18 depressed because of lack of pain -- because of pain
19 and lack of sleep?
20 A. The one I have in my treatment history
21 was from Dr. Berklacich, Berklacich, however you
22 pronounce his name.
23 Q. You know, I still to this day don't know.
24    MS. SEATON: It's Berklacich.
25 Q. Berklacich.

Page 572

1  A. Berklacich. It's 2/27, 28, '03. And it
2  diagnosed -- under the new patient questionnaire it
3  mentioned depression, pain, and again another
4  reference to sleep disorder.
5  Q. And so that's 2/27 of 2003, correct?
6  A. Right.
7     This reference to new patient
8  questionnaires confused me because it probably
9  wasn't Dr. Hampf because he also did one.
10 Q. Okay.
11 A. But the one I have is a reference to
12 2/27, 28 of '03.
13 Q. Okay. And so I just want to understand
14 this. For depressed mood most of the day nearly
15 every day, your diagnosis on page 19 of your report,
16 you're referring to a 2003 record of depression
17 because of pain and lack of sleep?
18 A. And plus the other references that I've
19 already given you to Cato.
20 Q. Okay. And -- and you understand the 2003
21 record is pre-Neurontin, correct?
22 A. Correct.
23 Q. Okay.
24 A. Incidentally, when he started taking
25 Neurontin, they wanted him to get tested for a

Page 573

1  psychiatric disorder.
2  Q. Right.
3     Why do you think that is?
4  A. I don't know why. You can ask Dr.
5  Mackey. Apparently, he showed signs -- you know,
6  when you have somebody who's elderly, you often
7  suspect -- that is to say, Rule 65, you often
8  suspect that there may be dementia involved because
9  it's so common, and usually it's Alzheimer's type.
10    But I don't know why. You'd have to ask
11 him. Maybe he looked confused. Maybe he was
12 forgetting things.
13 Q. We'll come back to that.
14    Okay. Also in your report on page 19 you
15 say after taking Neurontin, Smith had all nine
16 criteria required for a DSM diagnosis of major
17 depressive disorder.
18    And then you cite to some DSM-IV codes,
19 right?
20 A. Yes.
21 Q. And one of the codes is 296.33, correct?
22 A. Right.
23 Q. And you know what that code is for, right?
24 A. Of course, that's why I wrote it.
25 Q. Yeah.

Page 594

1 we just talked about, right?
2     A. Right.
3     Q. And I just do want you to note at the
4 bottom of the first paragraph the record states -- it
5 says pain does disrupt his sleep, right?
6     A. Right.
7     Q. As you reviewed Mr. Smith -- Mr. Smith's
8 medical records, you agree that his pain often
9 disrupted his sleep, right?
10     I mean, is that sort of a consistent trait
11 when he had pain?
12     A. I think so.
13     Q. Okay. If you'll turn to page 50. At the
14 top it says February 28, 2003, the office received a
15 call from the patient's wife.
16         Are you with me?
17     A. My pages are out of number now. It goes
18 48, 32.
19     Q. Oh, I'm sorry. Keep going toward the back.
20 It's when you get to the office notes and the
21 handwritten --
22     A. Okay. I got it.
23     Q. There you go. Sorry.
24         The office received a call from Mrs. Smith,
25 the patient's wife, because -- and they want to pick

Page 595

1 up the MRI film because they don't feel that Mr.
2 Smith can wait until April 16th for his surgery.
3         Do you see that?
4     A. Right.
5     Q. And they want to take -- they want to make
6 an appointment with Dr. McCombs, right?
7     A. Right.
8     Q. To be seen.
9         Is Dr. McCombs a surgeon; do you know?
10     A. Yes, yes.
11     Q. And then the very next -- well, it's not
12 the very next day. On March 3, the patient's wife
13 apparently called again, right, per patient's wife?
14     A. Yes.
15     Q. They changed their mind now, and they say
16 yeah, we want to keep the surgery scheduled on
17 April 16th with Dr. Berklacich?
18     A. Right.
19     Q. Right?
20     A. Right.
21     Q. The very next day on March 4, the office of
22 Dr. Hampf receives a call from Mr. Smith, right, from
23 the patient?
24         Do you see that?
25     A. Right.

Page 596

1     Q. And it says he's requesting surgery
2 scheduled for 4/16/03 to be canceled?
3     A. Right.
4     Q. And the patient stated, quote, I've talked
5 with my family and they want me to try conservative
6 treatment first. I'm going to try physical therapy
7 and a block and see if I get better, end quote.
8     A. Right.
9     Q. And then the note says that the office --
10 the person -- well, I don't know if this is the
11 physician. The nurse's note, the nurse says: I
12 explained to him that was fine, but I want him to
13 understand if he should decide to reschedule, it will
14 be at a later date.
15         The patient says he understands, right?
16     A. Um-hum. Yes.
17     Q. If you turn the page, it's the very next
18 day, March 5, 2003.
19         Do you see that?
20     A. Yes.
21     Q. And the -- Mrs. Smith calls back, and she
22 requests that her husband be put back on the surgery
23 schedule, right?
24     A. Right.
25     Q. And what she says is, quote, I don't know

Page 597

1 what's wrong with Richard. He's in so much pain, I
2 think he is out of his mind. He saw Dr. McCombs on
3 Monday, and we didn't even talk about surgery. He
4 suggested nerve blocks and physical therapy, but I
5 know that is not a cure and Richard is not going to
6 get better until he has surgery.
7         Is that reflected anywhere in your
8 treatment record?
9     A. I just added it.
10     Q. Oh, you just added it?
11     A. Yeah.
12     Q. Is that -- is that significant at all to
13 your opinions in this case about his condition in the
14 spring of 2003?
15     A. Sure. And he gets a laminectomy on
16 April 1st, and then after that he feels a lot
17 better.
18     Q. Well, not quite after that, but we'll get
19 there.
20         MR. ROSENKRANZ: Objection.
21     A. By 4/21/03 he says doing well and is
22 pleased four weeks after his laminectomy.
23     Q. Okay. We'll get there. I'm going to ask
24 you some questions about that, okay?
25     A. Okay.

73 (Pages 594 to 597)

Page 648

```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 2

 3    _____
                                            )
 4    In re: NEURONTIN MARKETING,           )
      SALES PRACTICES, AND PRODUCTS         )
 5    LIABILITY LITIGATION,                 )
      _____)
 6

 7                     VOLUME III

 8

 9       CONTINUED VIDEOTAPED DEPOSITION OF

10            RONALD Wm. MARIS, Ph.D.

11              (Taken by Defendant)

12            Columbia, South Carolina

13          Wednesday, October 1, 2008
```

24           Reported in Stenotype by
   V. Dario Stanziola, CSR, RPR, CRR
25 Transcript produced by computer-aided transcription

Page 669

1 the medical records he reports sleep disorder.
2    Q. And Dr. Mackey actually testified that
3 insomnia is typical of people with chronic pain,
4 right? Do you remember that testimony?
5    A. Yes.
6    Q. And Ruth Smith testified that Richard
7 Smith's problems sleeping came on in connection with
8 the increasing pain he had, right? Do you remember
9 that testimony?
10    A. And to the point that they started
11 sleeping in separate bedrooms because he was up --
12 he was so restless at night that she couldn't sleep
13 with him.
14    Q. Okay. Do you know when it was that they
15 started sleeping in separate bedrooms?
16    A. I don't remember, but I could go back and
17 look at the record.
18    Q. Okay. You would agree that Mr. Smith's
19 pain at -- at this time, on March 9th, was extremely
20 severe, correct?
21    A. Gosh, I wish I had that pain scale, but
22 it certainly was -- I don't know if I'd say
23 extremely severe, because that sounds like a nine
24 or ten instead of a seven or eight, and I don't
25 know if I have the evidence for that.

Page 670

1    Q. How about severe?
2    A. It was severe.
3    Q. Okay. And on the pain scale that you
4 looked at and perhaps made a note of, a seven was
5 excruciating pain, right?
6    A. Right, seven, eight is excruciating.
7    Q. Do you know whether Dr. Mackey raised the
8 possibility of surgery at this visit?
9    A. He said consider surgery and get a psych
10 evaluation for dementia, both.
11    Q. Okay. And so let's talk about the surgery
12 first. The note says that we discussed the
13 possibility of surgery. We are going to go ahead and
14 make him an appointment to see Dr. Everette Howell.
15 And you're -- you're aware that Dr. Howell
16 is a surgeon, right?
17    A. Yes.
18    Q. Okay. So at this point would you agree
19 that Mr. Smith had an expectation that surgery was a
20 possibility?
21    A. Yes.
22    Q. His daughter -- the note says that his
23 daughter, quote, raised the concern about whether or
24 not there are some other issues going on. And on the
25 basis of her concerns, Dr. Mackey recommended a

Page 671

1 psychiatric evaluation, right?
2    A. Right. She had actually called March 1st
3 and mentioned suicide ideation, which she
4 interpreted as suicide ideation. She called
5 Mackey's office for this March 9th visit, and that
6 was probably part of his phone records that the
7 daughter was concerned about him. And -- and any
8 time you mention suicide, they tend to get you to a
9 psychiatrist.
10    Q. And we talked about that yesterday, right?
11    A. Yes.
12    Q. And so Dr. Mackey's note -- or Dr. Mackey
13 in his deposition said that he made an appointment
14 for Mr. Smith to see a Dr. West.
15      Do you remember that testimony?
16    A. Yes, I do.
17    Q. And that Mr. Smith did not keep that
18 appointment or -- or go -- go to see Dr. West?
19    A. That's correct.
20    Q. Okay. Do you think that Mr. Smith had
21 reluctance to visit a psychiatrist at this time
22 because of the factors we talked about yesterday,
23 being an elderly white male, having pride, and maybe
24 being somewhat reluctant to get psychiatric care?
25    A. You know, it's hard to know. I think

Page 672

1 we're probably only speculating, because all we
2 know for a fact is that he was resistant to
3 psychiatric treatment. We have -- I have no way of
4 getting in his mind. I mean, I can speculate that
5 people don't want to be thought of as having
6 dementia or being unable to control their suicidal
7 impulses or whatever that he may have been
8 thinking. But I have no direct evidence what was
9 in his mind, just the fact that he didn't keep the
10 appointment.
11    Q. Okay. That's fair.
12      Do you believe that the recommendation to
13 see a psychiatrist at this point was based on both
14 suicidal ideation and concern about possible
15 dementia?
16    A. Yes.
17    Q. And what are some of the symptoms of
18 dementia, if you know?
19    A. Well, of course, I know. The most common
20 type of dementia is Alzheimer's type. And the
21 prominent characteristic of Alzheimer's type
22 dementia is memory impairment.
23      (Exhibit 39: A photocopy of a Medline
24      Plus article marked for identification, as of
25      this date.)

```
1              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
2

3     _____
                                         )
4     In re: NEURONTIN MARKETING,        )
      SALES PRACTICES, AND PRODUCTS      )
5     LIABILITY LITIGATION,              )
                                         )
      _____)
6

7                    VOLUME IV

8

9          CONTINUED VIDEOTAPED DEPOSITION OF

10              RONALD Wm. MARIS, Ph.D.

11                (Taken by Defendant)

12              Columbia, South Carolina

13             Monday, October 20, 2008

14

15

16

17

18

19

20

21

22

23

24              Reported in Stenotype by
          V. Dario Stanziola, CSR, RPR, CRR
25    Transcript produced by computer-aided transcription
```

Page 910

1    900 milligrams BID.
2       Q. What's BID?
3       A. That means twice a day. So it sounds
4    like she is getting 1,800.
5       Q. Okay. Now keep going.
6       A. And HS. So it sounds like she's getting
7    a lot more than 1,200 a day.
8       Q. Okay. In fact, what's nine times three, 27?
9       A. Yep.
10      Q. So she's getting -- she's being prescribed
11   2,700 milligrams of Neurontin in December of 2002,
12   right?
13      A. Let me see here. Sounds like it. I
14   mean, I think that's ambiguous. But one way of
15   reading it is she was getting that much.
16      Q. What's ambiguous about it?
17      A. It's not really ambiguous. Just seems
18   like a lot.
19      Q. Okay. So she's -- in December of 2002
20   she's being prescribed 2,700 milligrams a day. And
21   you'd agree with me that that is a much higher dose
22   than she was taking at the time of her death, right?
23      A. Right.
24      Q. Okay. In order to opine that Susan
25   Bulger's suicide was caused by Neurontin, she had to

Page 911

1    be taking Neurontin at the time of her death, right?
2       A. Well, no, that's not true. We know she
3    took it for some time. And I said there's two
4    effects of Neurontin, one is the -- for example, I
5    opine she may be on Effexor and Lexapro because the
6    Neurontin is making her depressed.
7       Q. You know what, let's talk about. Let's talk
8    about Effexor.
9       A. Well, let me try to answer your first
10   question before you change the question. You asked
11   me a question, I haven't answered it yet. Could you
12   repeat the question?
13      Q. I'm not going to repeat the question.
14         MR. ROSENKRANZ: Can you read it back,
15      please.
16         MS. SEATON: You could read it back.
17         (THE QUESTION WAS READ BACK.)
18      A. And my answer was yes and no. I think
19   there were two effects; one was the long-term
20   effect of taking Neurontin and one was the acute
21   effect of taking Neurontin. So you can have a kind
22   of -- you can have a long-term effect and a
23   short-term effect.
24      Q. Okay. But you're not going to tell a jury
25   that somebody could not be taking Neurontin and you'd

Page 912

1    still opine that Neurontin caused the suicide?
2         MR. ROSENKRANZ: Objection to the form of
3      the question.
4       A. No, of course not.
5       Q. Okay. So in order to opine that she -- that
6    Neurontin caused her suicide, she had to be taking
7    Neurontin at the time, right?
8       A. Not at the time. She had to have been
9    taking it for some time. Plus I think at the time
10   as well.
11      Q. Okay. Well, let's delve into that.
12         How long could she have discontinued
13   Neurontin use prior to the suicide and it would still
14   in your opinion be related to the Neurontin use?
15      A. Gosh, I don't know how to answer that.
16   I'm assuming that she was pretty much on Neurontin
17   right up from the time she started taking it in
18   June 24th of 2002 pretty much right up until she
19   died. Now, you're saying let's assume she wasn't.
20   So that's -- that assumes facts contrary to my
21   reading of the record.
22      Q. That wasn't -- I wasn't asking you to
23   assume that though. I'm trying to understand if
24   you're -- if you're going to tell a jury that she
25   didn't have to be taking Neurontin at the time of her

Page 913

1    death, when could she have stopped taking Neurontin
2    and you would still opine that her death was caused
3    by Neurontin?
4       A. Well --
5       Q. Do you understand my question?
6       A. I'm not sure because I said before I
7    think she had to be taking it chronically and
8    acutely.
9       Q. Okay. So then we agree. We agree that in
10   order for you to opine that Neurontin caused her
11   suicide, she had to be taking it at the time of her
12   death?
13      A. And before her death.
14      Q. Okay. Okay. I think we agree.
15      A. Yeah.
16      Q. Do you remember the Giles case?
17      A. I do. That was an Effexor case in
18   southern Illinois of a mine worker.
19      Q. Do you recall drafting an expert report in
20   which you stated that absent Effexor Jeff had
21   stoically managed years of injuries, work disruptions
22   and physical pain without attempting or even thinking
23   about suicide?
24      A. Yes.
25      Q. Do you recall opining in the Giles case

23 (Pages 910 to 913)

Page 914

1  that, quote, I'm not arguing that Effexor was the one
2  and only cause. Clearly depressive disorder,
3  physical injuries, family history of depression,
4  chronic pain, unemployment were all suicidogenic too.
5  However, Jeff lived with these stressors for many
6  years. It was after starting Effexor. Effexor was
7  the scale tipper, just the noticeable difference
8  maker pushing him over the edge.
9       Do you recall giving that opinion in the
10 Giles case?
11     A.  I do. In fact, I testified to that in
12 Smith, you asked me that same -- when Lori asked me
13 that same question.
14     Q.  Okay. Well, I'm trying to lay a foundation.
15     A.  Okay.
16     Q.  So in the Giles case it was your opinion
17 that Effexor had pushed the decedent over the edge,
18 right?
19     A.  Right.
20     Q.  Okay. And you acknowledge in your report
21 that Susan Bulger was taking Effexor at the time of
22 her death, yes?
23     A.  She was taking Effexor, yes.
24     Q.  Okay. Can we agree that she was first
25 prescribed Effexor in December of 2003?

Page 915

1      A.  Let me just check my records here.
2      Q.  Okay.
3      A.  Actually, I've got November 6, 2003.
4      Q.  Okay. So she begins taking Effexor
5  November 6, 2003?
6      A.  Right. By Dr. Goldman.
7      Q.  Okay. That's after Neurontin was
8  introduced, right?
9      A.  Right.
10     Q.  Okay. She begins taking Effexor
11 November 2003 and she suicides in August of 2004.
12      Did you rule out Effexor as the tipping
13 factor or noticeable difference maker in this case?
14     A.  Yes.
15     Q.  How?
16     A.  Well, for one thing we lost the Giles
17 case.
18     Q.  Okay.
19     A.  So the jury and the judge did not agree
20 with that hypothesis.
21     Q.  Okay. But that's not -- I want to
22 understand did you -- you excluded Effexor as the
23 cause of Susan Bulger's suicide?
24     A.  I think I did. And I think I also
25 suggested that her depression and her need for

Page 916

1  Effexor and Lexapro could have been intensified
2  because she was taking Neurontin. That is, one
3  frequent side effect of Neurontin is depression.
4      Q.  No, I get that.
5           But I want to a understand the methodology
6  by which you concluded that it wasn't the Effexor, it
7  was the Neurontin.
8      A.  I'm not sure I can convince you of that.
9  But I think that to the degree she was on Effexor,
10 that the Neurontin caused that, so the Neurontin
11 caused the Effexor. So if the Effexor caused the
12 suicide, the Neurontin caused the Effexor, if that
13 makes sense.
14     Q.  It doesn't make sense, but I'm going to let
15 it sit.
16     A.  In other words, she had a worsened
17 depression because she was taking Neurontin. That
18 in Goldman's mind necessitated her taking an
19 antidepressant. As you said, it came after
20 Neurontin. But the other thing is I don't think
21 it's -- I don't think it's been proven clearly that
22 Effexor does cause suicide.
23     Q.  Well, Dr. Maris --
24     A.  I was wrong. I was wrong in that case
25 apparently.

Page 917

1      Q.  Really?
2      A.  Yeah.
3      Q.  You gave an expert report in which said
4  that Effexor caused Jeff Giles' death and you were
5  wrong?
6      A.  I was wrong in the sense that the jury
7  didn't agree with me.
8      Q.  Well, do you still believe that Effexor
9  caused Jeff Giles' suicide?
10     A.  I still believe that it did, yes. My own
11 opinion is that it did. But I'm just pointing out
12 that that -- a lot of people didn't share that
13 opinion. I would still stand by the report and the
14 mechanisms of causing it. So yeah, I -- I would
15 suggest that that's still -- still my opinion.
16     Q.  Okay. And what I'm trying to understand is
17 if it was Effexor in the Giles case, how did you
18 exclude Effexor in the Bulger case?
19     A.  Because there was Neurontin and because
20 the Effexor was transitory and because I --
21     Q.  Well, di, di, di --
22     A.  Let me finish my answer.
23     Q.  Okay, okay.
24     A.  And I didn't see the same side effects
25 with Effexor that I saw in the Giles case.

24 (Pages 914 to 917)

Page 918

1  Q. Like what?
2  A. Well, I don't remember the Giles case in
3 enough detail. But if I could look at it and go
4 over the side effects that are common with Effexor.
5  Q. Well, it's -- I mean, it's interesting
6 because it's -- basically it sounds just like the
7 Bulger case. In your report in Giles, you're talking
8 about I'm not arguing that Effexor was the one and
9 only cause. Clearly depressive disorder, physical
10 injuries, family history of depression, chronic pain,
11 unemployment were all suicidogenic too. However,
12 Jeff lived with these stressors for many years. It
13 was after starting Effexor. Effexor was the scale
14 tipper, just the noticeable difference maker pushing
15 him over the edge. To me that sounds just like the
16 Susan Bulger case.
17  A. No, you're not even --
18      MR. ROSENKRANZ: Objection to form.
19  A. You're not --
20      MR. ROSENKRANZ: You're not testifying,
21   counselor.
22  A. You're not even addressing the issue that
23 I'm raising, which is in that case what are the
24 purported adverse effects of taking Effexor in the
25 Giles case.

Page 919

1  Q. Well, I assume that in the Giles case you
2 said that the Effexor made Jeff Giles' depression
3 worse?
4  A. I don't know. We'd have to go back and
5 look. There's specific side effects for each drug.
6  Q. Okay. If in fact in the Giles case you
7 testified that the Effexor made the depression worse,
8 and in this case you're saying the Neurontin made
9 Susan Bulger's depression worse, how do you know it
10 wasn't the Effexor that made her depression worse?
11  A. I don't know for a hundred percent, I
12 agree. And I -- but I do think she's on Effexor
13 partly because she's taking Neurontin. The
14 Neurontin caused the Effexor.
15  Q. Okay. Now, I want to go back. You said
16 something about you -- part of your methodology in
17 excluding the Effexor was the fact that the Effexor
18 was transitory, right?
19  A. Well, it certainly wasn't being taken at
20 the same amount -- I don't know the treatment
21 history. When I see it for the first time here, I
22 have to go back and look at the other times that it
23 could have been prescribed. I know she was on
24 Prozac, I know she was on Paxil. But I don't see
25 any reference to the Effexor until 11/6/03.

Page 920

1  Q. Right.
2     And you acknowledge that at the time of her
3 death she was taking Effexor, according to Ron
4 Bulger, right?
5  A. Right. And, of course, it wasn't found
6 in her blood toxicology either.
7  Q. Well, neither was Neurontin, right?
8  A. They didn't test for Neurontin.
9  Q. Right.
10     And they didn't test for Effexor?
11  A. I don't know. That's a good question.
12  Q. You would agree with me that Ron Bulger
13 told the police that Susan was taking Effexor at the
14 time, right?
15  A. I believe that's true, yes.
16  Q. Okay. And so do you have any reason to
17 dispute that Susan Bulger was prescribed and took
18 Effexor continuously or as prescribed from -- from
19 November 2003 until her suicide?
20  A. I just don't know the answer to that.
21  Q. Okay. But you have no reason to dispute
22 that, right?
23  A. Well, the time she stopped taking her
24 medicines without telling anybody. So it's
25 possible.

Page 921

1  Q. Okay. We've been going for about another
2 hour. If you'd like --
3  A. We have?
4  Q. Yes. I know.
5     Do you mind if we --
6     MR. ROSENKRANZ: It's a little under an
7   hour.
8     MS. SEATON: Okay. Well, can we take five
9   minutes?
10  A. Sure.
11  Q. Great.
12     THE VIDEOGRAPHER: End of tape number two
13   in the deposition of Dr. Ronald Maris, Volume
14   I. The time is 10:52 a.m. We're now off the
15   record.
16     (A BRIEF RECESS WAS TAKEN.)
17     THE VIDEOGRAPHER: This is the beginning
18   of tape number three in the deposition of Dr.
19   Ronald Maris, Volume I. The time is
20   10:59 a.m. We're back on the record.
21  Q. Dr. Maris, I want to go back to this issue
22 and this opinion in your report where your say on
23 page 19, second, meaning your second opinion, Susan
24 Bulger had clearly been ingesting Neurontin from at
25 least 10/20/99 until her death on August 4th, 2004.

25 (Pages 918 to 921)

Page 1105

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3
 4
 5
 6   IN RE:  NEURONTIN MARKETING,
 7   SALES PRACTICES AND PRODUCTS
 8   LIABILITY LITIGATION
 9
10
11                      VOLUME V
12
13
14      CONTINUED VIDEOTAPED DEPOSITION OF
15          RONALD WILLIAM MARIS, Ph.D.
16             (Taken by Defendant)
17            Columbia, South Carolina
18         Wednesday, October 22, 2008
19
20
21
22
23
24
25
```

Page 1250

1  took the Neurontin, right?
2      MR. ROSENKRANZ: Objection; asked and
3  answered.
4    A.  I have been asked that a number of
5  times, and I said the only evidence is that she
6  asked for it immediately --
7    Q.  Okay.
8    A.  -- before her suicide.
9    Q.  Did you -- are there any other
10 additional risk factors, other than the suicide
11 attempts that you -- strike that --
12      Let me start over:
13      I want to talk, Doctor, about this
14 methodology by which you reached an opinion that
15 Neurontin played some role in Susan Bulger's
16 suicide.
17      And, specifically, I want to know
18 what risk factors you considered, and how you
19 ruled out various risk factors.
20      Do you know whether lack of mental
21 health treatment is a risk factor for suicide?
22   A.  It certainly can be, yes.
23   Q.  Receiving counsel or seeking a
24 therapist can be a protective factor, correct?
25   A.  If you have a good counselor.

Page 1251

1   Q.  You did not identify lack of mental
2  health treatment as a risk factor for
3  Mrs. Bulger, correct?
4   A.  I did not.
5   Q.  And, in fact, you identified
6  treatment for depression as a protective factor
7  in this case, correct?
8   A.  Actually, if you ever to get to my
9  new theory, I defined it as both, which is to
10 say: People who get treatment usually have some
11 remission of symptoms, not always.
12      For example, 60 to 70 percent of
13 people taking an anti-depressant never have an
14 anti-depressant effect.
15      But -- so it helps them, but if there
16 are adverse events or adverse effects then,
17 obviously, it can also hurt them.
18   Q.  Are you aware that Susan Bulger had
19 been seeing a counselor and receiving some group
20 therapy between 2000 and 2003?
21   A.  Yes.
22   Q.  And that was part of her -- one of
23 the requirements that, in order to get her
24 methadone, she had to attend the therapy
25 sessions; is that right?

Page 1252

1    A.  I believe that's correct.
2    Q.  Are you aware Mrs. Bulger stopped
3  going to that counselor and group therapy 11
4  months prior to her death, because she found
5  Dr. Goldman, who would prescribe methadone to
6  her without requiring her to receive any
7  therapy?
8    A.  I believe that she did certainly find
9  Goldman.
10     I don't know if he made that
11 stipulation; I'll take your word for it.
12   Q.  Are you aware -- did you consider the
13 fact that Susan Bulger received no counseling or
14 therapy for the 11 months prior to her suicide?
15   A.  Right. I'm aware of that.
16   Q.  In your expert opinion, would Susan
17 Bulger have benefited from psychiatric treatment
18 in 2004?
19   A.  She could have; although, she had had
20 treatment many times before.
21     I think you pointed out to me, she
22 had never finished a detox program.
23     She was often non-compliant, and so
24 I'm not sure how much help she would have
25 gotten.

Page 1253

1   Q.  Did you rule out the fact that Susan
2  Bulger had stopped receiving counseling as the
3  cause of her suicide?
4   A.  First of all, I don't have the same
5  model that you are assuming, which is a
6  differential diagnosis model, where you rule out
7  the alternatives.
8      My theory, as you know, is that I
9  rule them in, and I talk about them actually
10 contributing to making her part of a vulnerable
11 minority of patients --
12   Q.  Well, Dr. Maris --
13     THE WITNESS: I'm not finished.
14     MS. SEATON: Okay.
15   A.  And that by ruling them in, then the
16 Neurontin becomes an additional substantive
17 proximate risk factor, not the only factor.
18     So I'm not ruling these things out.
19 I never tried to rule them out.
20     I'm saying that there was a
21 combination of effects and risk factors that
22 made her suicidal, and which Neurontin was one
23 of them.
24   Q.  You have testified in this
25 litigation, in addition to publicly stating,