# EXHIBIT 3

```
 1            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
 2

 3     IN RE:                          Videotape
       NEURONTIN MARKETING, SALES  :   Deposition of:
 4     PRACTICES AND PRODUCTS        :
       LIABILITY LITIGATION          :   MICHAEL TRIMBLE
 5                                    :
       ---------------------------    :
 6     THIS DOCUMENT RELATES TO:

 7     Smith, et al. v Pfizer, et al.

 8     Case No. 05-cv-11515-PBS

 9

10

11            TRANSCRIPT of testimony as taken by and

12     before PATRICIA A. SANDS, a Shorthand Reporter

13     and Notary Public of the States of New York and

14     New Jersey, at the offices of Lanier Law Firm,

15     126 East 56th Street, New York, New York, on

16     Tuesday, September 2, 2008, commencing at 9:15

17     in the forenoon.

18

19

20            REPORTING SERVICES ARRANGED THROUGH:
              VERITEXT/NEW JERSEY REPORTING COMPANY
21               25B Vreeland Road, Suite 301
                 Florham Park, New Jersey 07932
22     Phone: (973) 410-4040    Fax: (973) 410-1313

23

24

25
```

Page 150

1    A    Yes.  Yes.
2    Q    Were those the end points that you
3  were looking at?
4    A    Those were the end points that we
5  looked at, yes.
6    Q    And how many patients?
7    A    Well, we had 4 out of -- 4 out of,
8  a -- I haven't got the figures in front of me,
9  maybe 4 out of 300 people who committed quite
10  serious aggressive acts on that particular
11  drug.
12    Q    And was your result statistically
13  significant?
14    A    No, these --
15    Q    Or the result of this paper, since
16  you weren't an author.
17    A    These were four case histories from a
18  larger cohort on which we published papers
19  which I was the author.
20    Q    So this is a case series?
21    A    Correct.
22    Q    Authored by someone else about four
23  cases --
24    A    Correct.
25    Q    -- of aggressive acts with

Page 151

1  Levetaricetam?
2    A    Correct.
3    Q    And were any of those aggressive acts
4  suicide?
5    A    Yes.
6    Q    How many?
7    A    Well, attempts.  I don't recall.  I
8  don't recall.  The paper's just come out.  I
9  don't recall.  I don't have it in front of me.
10  I just don't recall.
11    Q    Well, it's only four patients,
12  Dr. Trimble, you don't know?
13    A    Well, it's a little difficult
14  sometimes to determine when an aggressive act
15  is a suicidal act.  Suicide act.
16    Q    Do the authors of this paper state
17  that Levetaricetam caused suicide in any of
18  these four?
19    A    No, they are not completed suicides.
20  They are aggressive acts of self harm.
21    Q    All four were acts of aggressive self
22  harm?
23    A    Correct.
24    Q    Other than that article, which you
25  did not author, have you, yourself, conducted

Page 152

1  any research on human suicide behavior?
2  Clinical studies?
3    A    Only in relationship to hostility and
4  depression in relationship to antiepileptic
5  drugs.
6    Q    So hostility and depression were the
7  end points you were looking at?
8    A    Correct.
9    Q    And none of those studies deal with
10  Neurontin; correct?
11    A    We have not specifically studied
12  Neurontin.
13    Q    You have not done any research, you,
14  yourself, have not done any clinical research
15  or Neurontin; correct?
16    A    Correct.
17    Q    Have you, Professor Trimble, authored
18  any peer reviewed publications in the
19  specialized area of suicidology?
20    A    No.
21    Q    And you are not a member of the
22  American Association of Suicidology; correct?
23    A    Correct.
24    Q    And you don't attend the
25  association's meetings; correct?

Page 153

1    A    Correct.
2    Q    Are you familiar with American
3  Psychiatric Association's practice guidelines
4  for the assessment and treatment of patients
5  with suicidal behaviors?
6    A    I have read them.
7    Q    Do you ascribe to the principles set
8  out in the APA guidelines on assessment and
9  treatment of suicide?
10    A    I accept them.
11    Q    Do you use the APA guidelines in your
12  clinical practice?
13    A    No.
14    Q    Do you have any patients currently
15  with active suicidality?
16    A    No.
17    Q    When was the last time you treated a
18  patient who had suicidality?
19    A    Probably when I was working within
20  the National Health Service, so we are talking
21  four or five years ago.
22    Q    And I take it the focus of your
23  practice at the National Health Service was not
24  on patients with active suicidality?
25    A    Well, we had people with epilepsy

Page 154

1  with serious psychiatric disorders which are
2  risk factors for suicide.
3      Q   Sure.
4      A   So, well aware of assisting that.
5      Q   Sure, but they're coming -- those
6  patients at the National Health Service came to
7  see you, Professor Trimble, for your expertise
8  in epilepsy; correct?
9      A   Epilepsy and psychiatric disorders
10  combined; correct.
11      Q   If you had a patient with active
12  suicidality, did you typically refer that
13  patient to a psychiatrist?
14      A   No, I had beds, my own beds. I would
15  admit them to the neuropsychiatry ward, which I
16  had access to.
17      Q   So is it like in the US, where you
18  have admitting privileges?
19      A   Correct.
20      Q   And you're admitting them into the,
21  uhm, for lack of a better term, government
22  hospital in England?
23      A   Correct.
24      Q   Okay. And during your years at the
25  National Health Service, did you, was your

Page 155

1  practice solely as an inpatient physician?
2  Where you a hospital doctor?
3      A   I was a hospital doctor with
4  inpatient and outpatient practice.
5      Q   Okay. So when would you refer a
6  patient to a psychiatrist?
7      A   Well, I am personally a psychiatrist
8  as well as a neurologist. So the only time
9  would be if that -- if we were unable to cope,
10  on our ward, with the hostile aggressive or
11  suicidal behavior of a particular patient, then
12  we would refer to a more secure unit.
13      Q   What about in your outpatient
14  practice, I'm not clear on what your outpatient
15  practice was. What was it?
16      A   Assessing people largely with
17  neurological disturbances who had psychiatric
18  comorbidities.
19      Q   In a clinic?
20      A   Correct.
21      Q   A hospital clinic?
22      A   Correct.
23      Q   Okay. So did you have primarily --
24  well, let me say it this way:
25      Unlike a private practice, such as the one

Page 156

1  you have now, patients that would come to the
2  clinic were not, quote unquote, your patients,
3  did you have your own stable of patients that
4  saw you repeatedly for psychiatric care, or
5  were they people who came into a clinic and had
6  a psychiatric disturbance or a neurologic
7  disturbance and they were hospitalized?
8      A   No, I saw and followed up many
9  patients for many years as outpatients.
10      Q   So they would just come back to see
11  you at the clinic?
12      A   Correct.
13      Q   Okay, I see. So were you actively
14  treating patients in psychiatry with
15  psychiatric illness?
16      A   Correct.
17      Q   And diagnosing people with
18  depression?
19      A   Correct.
20      Q   And prescribing antidepressants?
21      A   Correct.
22      Q   And did you use the DSM4 to diagnose
23  depression?
24      A   As a clinician I don't need a
25  cookbook to instruct me how to make a clinical

Page 157

1  diagnosis.
2      Q   So in your view the DSM4 is a bit of
3  a cookbook?
4      A   It is a cookbook.
5      Q   And clinicians -- is it your view
6  that clinicians don't typically rely on the
7  DSM4 in diagnosing mood disorders such as
8  depression?
9      A   In the United kingdom they do not
10  rely on an American diagnostic manual.
11      Q   So you, yourself, have never used the
12  DSM4 in terms of diagnosing patients with
13  depression?
14      A   Well, I have, but I prefer not to.
15      Q   Well, when have you?
16      A   Uhm, many settings -- well, a few --
17  the courts in England have got quite, uhm, ah,
18  tied into DSM4. So one is often asked for a
19  DSM4 diagnosis. So I would use a DSM4
20  diagnosis.
21      Q   So you use a DSM4 diagnosis only when
22  you're preparing to testify in court?
23      A   No, no, but sometimes insurance
24  companies want it, sometimes other agencies
25  want it. But, again, just to be very clear, in

40 (Pages 154 to 157)

Page 186

1    Is there anything else that you rely on
2  for your opinion that hopelessness is not a
3  short-term risk factor?
4    A   Hopelessness, in and of itself, is
5  not a short-term risk factor for suicide.
6    Q   And my question is: Other than this
7  paper as part of Exhibit 8, is there anything
8  else that you rely on for that opinion?
9    A   No, I rely on that paper.
10    Q   Okay, thank you.  In general, do you
11  agree that patients with high levels of
12  hopelessness have an increased risk for future
13  suicide?
14    A   The paper you've just referred to
15  does refer to future suicide; namely, as a
16  long-term risk factor rather than as a
17  short-term risk factor.
18    Q   Does hopelessness predict suicide
19  ideation better than depression?
20    A   I don't know.
21    Q   Did you look at the literature on
22  that?
23    A   No.
24    Q   Do you agree that for patients with
25  depression, hopelessness has been suggested to

Page 187

1  be the factor that explains why some patients
2  choose suicide whereas others do not?
3    A   Again, could you break it down in two
4  questions, please.
5    Q   No, I can't.  Do you agree that for
6  patients with depression, hopelessness is
7  suggested as the factor that explains why some
8  patients choose suicide and others do not?
9    A   I would accept that, yes.
10    Q   Do you agree that hopelessness often
11  occurs in concert with depression as a state
12  dependent characteristic?
13    A   Yes.
14    Q   Do you agree that some individuals
15  experience hopelessness on a primary and more
16  enduring basis?
17    A   Yes.
18    Q   Do you agree that hopelessness
19  represents a distinct phenomenon that can arise
20  separately from mood disorders and occurs
21  across psychiatric diagnoses?
22    A   Yes.
23    Q   Do you agree that problematic coping
24  skills are common among those who die by
25  suicide?

Page 188

1    A   Can you just say that again.  Or read
2  that back.
3    Q   Do you agree that problematic coping
4  skills are common among those who die by
5  suicide?
6    A   May I ask you what you mean by
7  "problematic"?
8    Q   Difficulty coping.
9    A   Difficultly coping, probably yes.
10    Q   It would be more likely than not;
11  correct?
12    A   Suicide suggests that, yes.
13    Q   Is low self-esteem a risk factor for
14  suicide?
15    A   Not to my knowledge.
16    Q   Did you look at the literature on
17  that?
18    A   Well, it may relate more to the
19  younger suicides really than the older
20  suicides, but I did not specifically look at
21  the literature on that.
22    Q   Is unemployment a risk factor for
23  suicide?
24    A   Yes.
25    Q   Is chronic pain a risk factor for

Page 189

1  suicide?
2    MR. FINKELSTEIN: Objection.
3    Asked and answered.
4    THE WITNESS: Unemployment, in and of
5  itself, is not a risk factor for suicide.
6  And chronic pain, in and of itself, is not
7  a risk factor for suicide.
8  BY MS. McGRODER:
9    Q   Did you look at the literature on
10  unemployment and suicide in order for you to
11  give the opinion that unemployment is not, in
12  and of itself, a risk factor for suicide?
13    A   I looked at the literature on risk
14  factors for suicide.
15    Q   And employment is not listed?
16    A   Unemployment, in and of itself, does
17  not emerge as a risk factor for suicide.
18    Q   And that's your opinion also about
19  chronic pain, chronic pain is not, in and of
20  itself, a risk factor for suicide?
21    A   I will repeat.  Chronic pain, in and
22  of itself, is not a risk factor for suicide.
23    Q   Are you aware that consistent
24  psychological themes emerge in suicide notes?
25    A   Themes?

Page 190

1    Q    Yes.
2    A    Yes.
3    Q    Are you aware that the clearest of
4  these themes is "I can't stand the pain any
5  longer"?
6    A    No.
7    Q    Does that surprise you?
8    A    Well, do you think that's referring
9  to physical pain or to mental pain?
10   Q    Do you know?
11   A    No.
12   Q    Is being an elderly white male a risk
13 factor for suicide?
14   A    In and of itself, being an elderly
15 white male is not a risk factor for suicide.
16   Q    And you know that how?
17   A    There are a large number of elderly
18 white males alive and well, and not going to
19 commit suicide in the United States.
20   Q    Have you looked at the APA guidelines
21 on a risk factors for suicide with respect to
22 demographic characteristics like elderly white
23 male?
24   A    I'm aware of that.
25   Q    So do you disagree that elderly white

Page 191

1  males are at an increased risk of suicide?
2    A    Being an elderly white male, in and
3  of itself, does not increase the risk of
4  suicide.
5    Q    Is the suicide rate for elderly males
6  higher or lower than other age groups?
7    A    It's actually higher, but this
8  picture may be changing, as I've already
9  emphasized.  But it is higher.
10        MR. FINKELSTEIN: I'm not cutting you
11 off, it's just that we're going an hour,
12 if you only have a few more, because we're
13 going to break for lunch -- I just see a
14 big stack in front of you.
15        MS. McGRODER:  Yeah, let's go ahead
16 and break.
17        THE VIDEO OPERATOR:  Please standby.
18        We are going off the record, the time
19 is 1:13 p.m.  This concludes videotape
20 number 3.
21        (Lunch recess.)
22        THE VIDEO OPERATOR:  Standby.
23        We are back on the record, the time
24 is now 2:07 p.m.  This is the beginning of
25 tape number 4.

Page 192

1  BY MS. McGRODER:
2    Q    Professor Trimble, would you agree
3  that individuals with the characteristics of
4  elderly, white and male have a higher rate of
5  suicide than people who do not have those
6  characteristics?
7    A    There is more suicide in elderly
8  white males than in the rest of the population,
9  yes.
10   Q    Do you know what percent of
11 individuals over the age of 65 who complete
12 suicide are male?
13   A    What percentage?  Uhm, it's greater
14 than female, that age group.  But I don't know
15 the exact percentage.
16   Q    Did you know that 80 percent of those
17 over the age of 65 who commit suicide are male?
18   A    That's probably the figure that I
19 would accept, yes.
20   Q    Do older individuals make more or
21 less suicide attempts per completed suicide?
22   A    They -- than?
23   Q    Than the general population?
24   A    Who don't -- who don't commit
25 suicide.  Could you repeat the question.

Page 193

1    Q    Do older individuals make more or
2  less -- well, actually it wouldn't be the
3  general population.
4        Do older individuals make more or less
5  suicide attempts per completed suicide?
6    A    Than --
7    Q    Than other individuals who make
8  suicide attempts?
9    A    The answer would be yes.
10   Q    And so older individuals have fewer
11 attempts per completed suicide; correct?
12   A    Uhm --
13   Q    Older individuals less often attempt
14 suicide --
15   A    Oh, yes, of course.
16   Q    -- before they complete suicide?
17   A    Yes, of course.  Yes.
18   Q    Are older individuals more or less
19 likely to directly communicate their intent to
20 die compared to other age groups?
21   A    No.
22   Q    And so you agree that older
23 individuals are less likely to directly
24 communicate their intent to die?
25   A    Yes.

49 (Pages 190 to 193)

Page 202

1    Q   Can I stop you just for one second?
2       Did you do this analysis before you
3    authored your report in this case, or are you
4    just doing this now, just right now at this
5    deposition?
6    A   I'm doing this analysis specifically
7    to answer your question for this deposition.
8    Q   At any time before I asked you this
9    question had you done this analysis?
10   A   On Mr. Smith's risk factors, yes.
11   Q   Okay. And apart from what Dr. Jacobs
12   wrote, have you written notes about your
13   analysis of Mr. Smith's risk factors?
14   A   In here.
15   Q   You have?
16   A   Yeah.
17   Q   Can you point me to those notes?
18   A   Well, you have copies of these.
19   Q   Yes, can you point me to the page in
20   those notes where you conducted this same
21   analysis?
22   A   Well, a similar analysis. I've been
23   through -- well, here's a page where I list
24   Dr. Jacobs, which I'm going to read to you in a
25   moment. There is Dr. Simon, his risk factors.

Page 203

1    Dr. Fawcett's risk factors.
2       I have got several lists of risk factors
3    written here, which you are welcome to look at
4    later on.
5    Q   Okay, and thank you. I'm wondering
6    if, for example -- I think if you just -- we'll
7    count these pages. One -- count only the pages
8    with the writing on them, how would that be?
9    A   Well, why don't you number those.
10   Q   That would be awesome. And since
11   you've written on the backside of certain
12   pages --
13   A   Yes.
14   Q   Shall I just number the backside as
15   well?
16       MR. FINKELSTEIN: Why don't you let
17   him number them.
18       MS. McGRODER: Sure.
19   A   I'll number them.
20   Q   Okay. That way we'll have
21   a better --
22   A   That will make it easier for you.
23   Q   -- reference point.
24   A   So I will put 1a on the back of --
25   (Numbering pages on notebook.)

Page 204

1    Q   I think that would then be page 3a?
2    A   The 3a, I have listed the risk
3    factors that I'm going to give in answer to
4    your question in a moment.
5    Q   Let me -- can I just ask you
6    something about 3a?
7    A   Uhm hmm.
8    Q   My question is: The Xs and check
9    marks that you have on 3a next to risk factors
10   under the titles Jacobs and Rothschild, do
11   those pertain specifically to the Smith case?
12   A   Correct.
13   Q   Okay, so when did you prepare that
14   list? Do you know?
15   A   Yes, I prepared this before coming
16   over on the airplane. The weekend.
17   Q   Okay, so just last weekend?
18   A   Correct.
19   Q   Okay, thanks.
20   A   And then there is more on the risk
21   factors on page 7, from the textbook chapter
22   from the APA, Dr. Simon.
23       And I quoted other risk factors. The
24   Fawcett paper, which you have there. Page 8
25   discusses preventative factors, those which

Page 205

1    tend to be against somebody, ah, killing
2    themselves.
3    Q   And where did you get the
4    preventative factors?
5    A   That would have come from the chapter
6    by Dr. Simon. And then I don't think there
7    is any more on risk factor -- oh, here's
8    risk -- well, that's just on Mr. Smith's own
9    case.
10   Q   And the risk factors on page 11 from
11   Mr. Smith's own case, how did you derive those
12   risk factors?
13   A   Well, these are from his notes.
14   Q   Mr. Smith's notes?
15   A   Yeah. Well, I mean in terms of what
16   other risk factors that he did or didn't have.
17   Q   That you took from his medical
18   records do you mean? I guess I'm not --
19   A   From my knowledge of Mr. Smith's
20   history.
21   Q   Okay.
22   A   And his medical notes.
23   Q   When you say his notes, what are you
24   referring to?
25   A   Medical notes.

52 (Pages 202 to 205)

Page 214

1   you identified and ruled out --
2       A   Correct.
3       Q   -- in your differential diagnosis of
4   Mr. Smith?
5       A   In my differential diagnosis of
6   Mr. Smith, correct.
7           (Exhibit 16 marked for
8   identification.)
9   BY MS. McGRODER:
10      Q   I'm handing you, Professor Trimble
11  the APA guidelines --
12      A   Thank you.
13      Q   -- marked as Exhibit 16. And those
14  are just the relevant pages, because as you
15  know, the guidelines are rather voluminous.
16      A   Correct.
17      Q   Those are the pages I wanted to ask
18  you about. You understood on page 12, do you
19  understand these -- under table 4 -- these to
20  be the independent risk factors identified by
21  the APA for increased risk of suicide?
22      A   Yes, I accept that.
23      Q   Okay. And there's just a few I want
24  to ask you about. If you look on the left-hand
25  column under "physical illness."

Page 215

1       A   Yes.
2       Q   Do you see pain syndromes?
3       A   Yes.
4       Q   Pain syndromes, in and of themselves,
5   increase the risk of suicide according to the
6   APA guidelines; correct?
7       A   It says factors associated with
8   increased risk of suicide. My statement is
9   that pain syndromes, in and of themselves, do
10  not increase the risk of suicide. Pain
11  syndromes are so common that you cannot claim
12  pain syndromes, in and of themselves, are
13  related to suicide. But it is on the list, of
14  course.
15      Q   Do you understand that the APA list
16  of factors associated with an increased risk
17  for suicide, as represented in table 4, are
18  risk factors that independently, in and of
19  themselves, increase the risk for suicide --
20  that's how they made the list; do you
21  understand that?
22      A   No, I don't understand that. Could I
23  have the full text, so I can understand how
24  this list was, ah --
25      Q   (Handing over document.)

Page 216

1       A   And I need some time to read.
2       Q   Sure.
3       A   If you don't mind.
4       Q   Take as long as you need.
5       A   But it's a long time since I looked
6   at these. So it's dealing with page 12.
7   (Reviewing document.) Am I allowed to mark
8   this?
9       Q   Sure.
10      A   Okay. (Reviewing document.) All
11  right.
12          Okay, so to answer your question, these
13  are not set out in tablets of stone. It's made
14  clear by use of the terms such as "may," "are
15  "these factors may be associated," not "are
16  associated," so that leaves the issue open.
17          The text also says that:
18          "In determining whether a particular
19  stressor may confer risk for suicidal behavior,
20  it is necessary to consider the perceived
21  importance and meaning of life event for the
22  individual patient."
23          And it says on page 12, which you've
24  handed me:
25          "It is the quintessential clinical

Page 217

1   judgment, since no study has identified one
2   specific risk factor or set of factors as
3   specifically predictive of suicide or other
4   suicidal behavior."
5           That is a summary of my view on the
6   relationship between the factors you've asked
7   me about, and suicide. And I will just repeat
8   it so that it's clear.
9       Q   No, it's clear. Let me ask you a
10  couple of follow-up questions --
11      A   "No study --"
12      Q   -- so we can move on.
13      A   Okay. All right.
14      Q   Professor Trimble, if you look on
15  page 13, the paragraph that describes table 4.
16      A   Yes.
17      Q   Do you see the first paragraph there?
18      A   Yes.
19      Q   Table 4, which is the risk factors
20  we've been discussing, provides a list of
21  factors that have been associated with
22  increased suicide risk. Do you see that?
23      A   Yes.
24      Q   And do you know, Doctor, or Professor
25  Trimble, that the factors identified on table

Page 266

1    A    Well, I read them for the first time
2  yesterday.
3    Q    Right. And in those depositions you
4  did you not find any testimony of the family
5  members wherein they stated I did not
6  personally observe Mr. Smith take Neurontin,
7  you didn't see that in those depositions you
8  read yesterday?
9         MR. FINKELSTEIN: Objection.
10        THE WITNESS: I did not observe or I
11   did observe?
12  BY MS. McGRODER:
13   Q    Did not. Do you want me to restate
14  the question?
15   A    I think so.
16   Q    In the depositions that you read
17  yesterday and in the Ruth Smith deposition that
18  you read a year ago, you didn't find any
19  references to family members giving testimony
20  that they did not personally observe Mr. Smith
21  take Neurontin?
22        MR. FINKELSTEIN: Objection.
23        THE WITNESS: They did not personally
24   observe -- I don't recall any family
25   member saying they did not observe

Page 267

1    Mr. Smith taking Neurontin.
2  BY MS. McGRODER:
3    Q    Okay, so the evidence that you have
4  that Neurontin was, in fact, ingested by
5  Mr. Smith comes from Ruth Smith's deposition
6  testimony?
7    A    And his own words, of course.
8  Mr. Smith's own words.
9    Q    Okay, and what else? Anything else?
10   A    The fact that he had the medication,
11  not strong evidence, but he had the medication
12  at his home. And, well, his own words.
13   Q    Anything else? I just want to make
14  sure we've talked about everything that you
15  believe supports your opinion that he took
16  Neurontin.
17   A    Well, there is also the fact that he
18  underwent a mental state change, which needs to
19  be explained -- well, after he went on to the
20  Gabapentin, which we know ultimately led to his
21  suicide, so the mental state change, as a
22  behavioral neurologist, leads me to ask the
23  questions: What was the trigger factor that
24  lead to these events? And the alteration of
25  his mental state has to be included as the

Page 268

1  potential factor.
2    Q    That's your opinion?
3    A    Uh hum.
4    Q    Which is fine. I'm talking about
5  evidence in the record that he actually
6  ingested Neurontin. And we've talked about
7  Mr. Smith's deposition, we've talked about
8  statements that Mr. Smith made, and that
9  Neurontin was in the home; correct?
10   A    Correct.
11   Q    Anything else?
12   A    Not that I read in the depositions,
13  no.
14   Q    What was Mr. Smith's Gabapentin level
15  at the time of his suicide?
16   A    Sadly -- well, not sadly. The
17  autopsy never included any biochemical
18  analysis.
19   Q    Well, he didn't have an autopsy; did
20  he?
21   A    Okay, I'm sorry. Blood was not taken
22  to look to see what -- well, they didn't
23  measure -- actually it was taken, blood was
24  taken, but they didn't measure Gabapentin.
25   Q    Other than a post-mortem blood

Page 269

1  screen -- well, let me articulate it
2  differently.
3       Setting aside a post-mortem blood screen
4  that doesn't identify Gabapentin -- well,
5  withdrawn.
6       It's true that you have no evidence as you
7  sit here today that Mr. Smith had Gabapentin in
8  his body at the time of his suicide?
9         MR. FINKELSTEIN: Objection.
10        THE WITNESS: There is no evidence
11   that Mr. Smith had Gabapentin inside his
12   body in terms of biochemical evidence,
13   that is correct.
14  BY MS. McGRODER:
15   Q    What was Mr. Smith's active serotonin
16  level at the time of his suicide?
17   A    I really am not even going to
18  counsel -- I'm not going to counsel even
19  answering that question.
20   Q    You don't know?
21   A    Of course I don't know.
22   Q    You don't know if he had an increased
23  serotonin level or a decreased serotonin level
24  at the time of his suicide; do you?
25   A    Of course not.

68 (Pages 266 to 269)

Page 270

1  Q  You don't know if he had an increased
2  GABA level or a decreased GABA level at the
3  time of his suicide; do you?
4  A  Of course not.
5  Q  At what dose, in your opinion, did
6  Mr. Smith's GABA level increase enough to cause
7  a reduction in active serotonin that would have
8  the clinical effect of making him impulsively
9  commit suicide?
10  A  You can see changes. Again, this
11  takes us back to Petroff studies. And if we go
12  back, Petroff was giving, I think 600 to
13  900 milligrams in those MRI studies. So you
14  can show brain changes in the brain on doses
15  equivalent to that which Mr. Smith was taking.
16  Q  Did any of the patients in the
17  Petroff study commit suicide?
18  A  Some of them were volunteers -- no,
19  of course not.
20  Q  Well, so my question is --
21  A  No, they didn't.
22  Q  So my question is: What dose does it
23  take -- what dose did it take in Mr. Smith,
24  consistent with your theory, that his GABA
25  level went up and his serotonin level dropped,

Page 271

1  so that he impulsively committed suicide? What
2  dose was required to make that happen and
3  result in suicide?
4  A  He was on 300 milligrams three times
5  a day, so we would have to say that was a
6  necessary and sufficient dose.
7  Q  But you have no evidence that he was
8  taking 300 milligrams three times a day at the
9  time of his suicide?
10  A  I have said that we only have
11  indirect evidence that he was taking that.
12  Q  Well, in your opinion, what dose
13  would it take for a patient to impulsively
14  commit suicide as a result of taking Neurontin?
15  MR. FINKELSTEIN: Objection.
16  THE WITNESS: I think you could see
17  this in somebody taking 300 milligrams a
18  day, depending on that person, the way
19  they metabolize the drug and what happens
20  when the drug gets to the brain.
21  BY MS. McGRODER:
22  Q  Are you aware of any evidence in the
23  peer reviewed literature or in the world that
24  Gabapentin, at 300 milligrams a day, causes
25  impulsive suicide?

Page 272

1  A  I'm not certain what the data sent to
2  the FDA was, so I don't know if there were
3  people on 300 milligrams a day within the FDA
4  data. I just don't know.
5  Q  So as you sit here today, you're not
6  aware of any peer reviewed published literature
7  stating that Gabapentin at 300 milligrams a day
8  can cause suicide?
9  A  No.
10  Q  And you're not aware of any peer
11  reviewed literature stating that Gabapentin at
12  900 milligrams a day can cause suicide?
13  A  The dosages in the FDA analysis
14  included people on 900 milligrams a day.
15  Q  And my question to you is: Are you
16  aware of peer reviewed published literature
17  that concludes that Neurontin, specifically
18  Neurontin, can cause suicide at 900 milligrams
19  a day?
20  A  I accept the FDA review as more
21  substantial than peer reviewed literature,
22  because there were 20 peers reviewing those
23  data.
24  Q  Twenty? Where do you get 20?
25  A  Oh, 21. 21, I beg your pardon.

Page 273

1  Q  You're talking about the FDA advisory
2  committee?
3  A  Correct.
4  Q  And you're calling them a review
5  body?
6  A  High powered advisory body. Much
7  more discriminating than sending a paper to a
8  journal for peer review.
9  Q  You understand, Dr. Trimble, that the
10  FDA advisory committee does not perform a peer
11  review function as, for example, the peer
12  review analysis that goes on, say in the
13  Journal of American Psychiatry? You.
14  Understand they are not performing that
15  function; right?
16  A  I said it's in many ways a more
17  superior critical review than you would get
18  through the peer review organization and
19  journals.
20  Q  And you understand the function of
21  the FDA advisory committee was not to determine
22  whether the data could be published or not
23  published, or the rigor of the data, the
24  function was to answer certain questions put
25  them by the FDA -- you understand that; right?

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2

 3                                   Continued
         IN RE:                      Videotape
 4       NEURONTIN MARKETING, SALES  :  Deposition of:
         PRACTICES AND PRODUCTS      :
 5       LIABILITY LITIGATION        :  MICHAEL TRIMBLE
                                     :
 6       ----------------------------

 7       THIS DOCUMENT RELATES TO:

 8       Smith, et al. v Pfizer, et al.

 9       Case No. 05-cv-11515-PBS

10

11

12

13            TRANSCRIPT of testimony as taken by and

14       before PATRICIA A. SANDS, a Shorthand Reporter

15       and Notary Public of the States of New York and

16       New Jersey, at the offices of Lanier Law Firm,

17       126 East 56th Street, New York, New York, on

18       Wednesday, September 3, 2008, commencing at

19       9:16 in the forenoon.

20

21

22            REPORTING SERVICES ARRANGED THROUGH:
              VERITEXT/NEW JERSEY REPORTING COMPANY
23                 25B Vreeland Road, Suite 301
                   Florham Park, New Jersey 07932
24       Phone: (973) 410-4040     Fax: (973) 410-1313

25
```

Page 453

1   BY MS. McGRODER:
2       Q    So you disagree with peer reviewed
3   published literature which states that there's
4   an independent association between chronic pain
5   condition and suicide ideation and suicide
6   attempts?
7       A    You will have to place the peer
8   reviewed literature in front of me, please.
9   And let me have time to consider them.
10      Q    As you sit here today, you don't know
11  whether you agree or disagree with the
12  statement that there is an independent
13  association between chronic pain conditions and
14  suicide ideation and suicide attempt?
15      A    It's an independent association, not
16  a dependent association.
17      Q    Correct. That's my question.
18      Do you agree or disagree with the
19  statement, as you sit here today, that there is
20  an independent association between chronic pain
21  conditions and suicide ideation and suicide
22  attempts?
23      A    I would like to know who the quote
24  comes from before agreeing with it. What is
25  the authority of it.

Page 454

1       Q    I'm just asking you generally --
2       A    Well, I disagree.
3       Q    -- do you agree with the statement?
4       A    I disagree.
5       Q    Okay. Do you agree or disagree with
6   the statement that insomnia might be an
7   indirect mechanism by which chronic pain is
8   associated with suicide ideation and suicide
9   attempt?
10      A    I think it's -- I disagree.
11      Q    Agree or disagree with the statement
12  that individuals suffering with high levels of
13  chronic pain may seek escape from their
14  suffering by considering or attempting suicide?
15      A    I would agree with that statement.
16      Q    I'm sorry, you do agree?
17      A    I do agree with that statement.
18      Q    Agree or disagree that severe pain
19  has one of the strongest associations with
20  suicide, and is an independent predictor of
21  suicide?
22      A    I believe I have answered I do not
23  agree with that. I am assuming by the term
24  "independent" you mean there are no other
25  factors involved whatsoever. That's

Page 455

1   independent.
2       Q    And that's the part of it that you
3   don't agree with?
4       A    Correct.
5       Q    You agree that it's a risk factor,
6   you just don't believe it's an independent risk
7   factor?
8       A    I have said again and again that, in
9   and of itself, chronic pain does not predict
10  suicide.
11      Q    And so you disagree with literature
12  which states severe pain has one of the
13  strongest associations with suicide, and is an
14  independent predictor of suicide?
15      A    I would need to see the literature
16  that you are quoting and consider it.
17           MS. McGRODER: I'm marking as
18      Exhibit 22 to your deposition, and handing
19      to you, Professor Trimble --
20           (Exhibit 22 marked for
21      identification.)
22           THE WITNESS: Thank you.
23  BY MS. McGRODER:
24      Q    An article entitled "Medical Illness
25  and the Risk of Suicide in the Elderly". And

Page 456

1   the first author is Juurlink, J-U-U-R-L-I-N-K.
2       A    Okay.
3       Q    And this is a 2004, June 14, 2004
4   publication of the Archives of Internal
5   Medicine, Volume 164.
6       A    Thank you. (Referring to document.)
7       Q    If you could start on page 1.
8       A    Well, if I am to start anywhere, I
9   request time to read this through.
10      Q    Absolutely.
11      A    Thank you. (Reviewing document.)
12      Q    Are you prepared now to answer?
13      A    I will be in just one --
14      Q    Sure.
15      A    (Reviewing document.) Yes, I have
16  now read this paper. Thank you very much.
17      Q    All right. If you will turn to the
18  front page of the paper, which is paginated
19  1179.
20      A    Yes. This one?
21      Q    Yes, I was just trying to check again
22  what exhibit reference we gave this -- 22,
23  thank you.
24      A    Thank you.
25      Q    On the top right column, do you see

30 (Pages 453 to 456)

Page 501

1   BY MS. McGRODER:
2      Q   Does the literature report as a
3   definition for impulsivity that the idea for
4   the act of suicide occurs within 5 minutes of
5   the suicide?
6      A   No.
7      Q   Did you look at the literature on
8   that?
9      A   No, but I'm quite familiar with
10  impulsive behaviors. We have done research in
11  that area.
12     Q   Did you look at the literature on
13  impulsive suicide behaviors?
14     A   Not especially.
15     Q   The behaviors you're referring to are
16  aggression?
17     A   Aggressive behaviors, impulsive motor
18  behaviors, obsessive compulsive behaviors.
19  These kind of thing.
20     Q   Is obsessive compulsive behavior
21  impulsive?
22     A   In certainly can be.
23     Q   And then the other one, apart from
24  aggression, I think you said was impulsive
25  motor disorders?

Page 502

1      A   In this country it's called Tourette
2   syndrome, T-O-U-R-E-T-T-E syndrome, that people
3   have compulsive and impulsive behaviors.
4      Q   And with Tourette syndrome, in your
5   clinical practice is that considered part of
6   your movement disorder practice?
7      A   Oh, yes.
8      Q   Okay. And so apart from impulsivity
9   associated with those behaviors, movement
10  disorder or obsessive compulsive or aggression,
11  have you, in fact, studied the literature on
12  impulsive suicide behavior?
13     A   Not specifically on impulsive suicide
14  behavior.
15     Q   And you are not an expert in suicide
16  behavior?
17     A   I am not a suicidologist, that is
18  correct.
19     Q   And so you are not an expert in
20  impulsive suicide behavior?
21     A   By definition.
22     Q   So you're not aware that the
23  literature on impulsive suicide provides a
24  definition of 5 minutes between the initiation
25  of the thought of suicide and the actual

Page 503

1   suicide?
2      A   I am not.
3      Q   Reading this suicide note, is it now
4   clear to you why Mrs. Smith said to the medical
5   examiner that she did not want an autopsy,
6   because Mr. Smith did not want to be cut on any
7   more?
8      A   I'm just not certain of the link
9   between her statement in the autopsy report and
10  the suicide note. In other words, I'm not
11  quite sure of the link between the two. I
12  mean, he may have expressed an opinion before
13  this suicide note about not having further
14  operations.
15     Q   And so do you think it's coincidence
16  that Mrs. Smith says "Richard's final wishes
17  were not to be 'cut' on any more"?
18     A   Well, if she's referring to this
19  document, then I accept that. But we have to
20  just recall that he had expressed concern about
21  having further surgery before, that was all.
22     Q   And so when Mr. Smith says "I don't
23  want to be cut on any more", is that a
24  reference, in your opinion, to future
25  surgeries?

Page 504

1      A   That is certainly a possibility.
2      Q   It is it more likely than not that
3   that's what he's referring to?
4      A   It is likely that that is what he is
5   referring to.
6          MS. McGRODER: Let's take a 3 minute
7   break.
8          THE VIDEO OPERATOR: Please standby.
9   We are going off the record, the time
10  is 1:23 p.m.
11         (Recess.)
12         THE VIDEO OPERATOR: Please standby.
13  We are back on the record, the time
14  is 1:31 p.m.
15  BY MS. McGRODER:
16     Q   Are you aware, Professor Trimble,
17  that Mr. Smith laid a plastic sheet out on the
18  bed to prevent the soiling of the bed with
19  biohazard material before his suicide?
20         MR. FINKELSTEIN: Objection.
21         THE WITNESS: No, I'm not. I was not
22  aware.
23         THE VIDEO OPERATOR: Professor, your
24  mic.
25         THE WITNESS: No, I was not aware.

42 (Pages 501 to 504)

Page 505

1  BY MS. McGRODER:
2      Q   Were you aware, Professor Trimble,
3  that Mr. Smith locked his bedroom door before
4  killing himself?
5      A   I was aware.
6      Q   You were aware of that fact?
7      A   I was aware of that fact.
8      Q   And did that fact have significance
9  to your opinion in this case?
10     A   Not particularly.
11     Q   Does the fact that he laid a plastic
12 sheet out on the bed to prevent the bed from
13 becoming soiled, does that have significance to
14 your opinion in this case?
15     A   No.
16     Q   Were you aware that prior to his
17 suicide, Mr. Smith laid out his personal
18 effects on the dresser of the bedroom where he
19 committed suicide?
20     A   I'm aware he laid out some effects,
21 but I don't know exactly what they were.
22     Q   Did you see photographs of the
23 effects that he left on the dresser before his
24 suicide?
25     A   No, I don't think I did.

Page 506

1      Q   Have you seen any photographs related
2  to the suicide in this case?
3      A   No, I don't think I have.
4      Q   Did you ask Mr. Finkelstein and his
5  law firm for photographs from the police file?
6      A   No.
7      Q   Are photographs of the suicide scene
8  relevant or irrelevant to your opinion in this
9  case?
10     A   I'm just trying to recall some
11 images. I believe Dr. Maris included some
12 images in his report, so I would have seen some
13 images in that suicide autopsy.
14     But as we speak, I cannot say exactly what
15 they were.
16     Q   So you believe within the text of
17 Dr. Maris's report there are photographs?
18     A   I don't want to be -- I have seen
19 something in relationship to this, but I just,
20 I honestly don't know what it is, and it is not
21 relevant to my opinion in this matter.
22     Q   Other than Dr. Maris's report and the
23 psychological autopsy from Mr. Maris, have you
24 seen any other materials that are part of
25 Dr. Maris's analysis of Mr. Smith's suicide in

Page 507

1  this case?
2      A   I don't believe so.
3      Q   So if you saw photographs, they were
4  part of the report? I ask only because I
5  haven't seen photographs in connection with
6  Dr. Maris's report.
7      A   I might be mistaken on this matter.
8  But let me answer your question, it makes no
9  difference in what I have or haven't seen in
10 terms of me formulating an opinion.
11     Q   You don't care what the scene looked
12 like at the time of the suicide in the Smith
13 case?
14     A   I'm not saying don't care, it's not
15 relevant to an understanding of why Mr. Smith
16 killed himself when he did. And not being a
17 suicidologist, the concern about the scene
18 would be something that Dr. Maris would be
19 discussing in more detail.
20     Q   Is the suicide note relevant to your
21 opinion about why Mr. Smith did what he did?
22     A   It is.
23         MS. McGRODER: I'm going to hand
24     you -- I'm sorry, this is the only copy we
25     brought of a photograph of Mr. Smith's

Page 508

1      dresser that came from the police report
2      file.
3         And, again, I apologize, it's not a
4      very good photograph. We've marked it as
5      Exhibit 26 to your deposition.
6            (Exhibit 26 marked for
7      identification.)
8  BY MS. McGRODER:
9      Q   Have you ever seen a photograph like
10 that?
11     A   No.
12     Q   What I want to ask you about that
13 photograph is: Do you see the pamphlet on the
14 dresser in the top right-hand corner, or
15 thereabouts, that has in big letters the word
16 "pain"?
17     A   Yes.
18     Q   And do you see -- I recognize it's
19 difficult to see in that photograph.
20     Do you see that the word "pain" is
21 circled?
22     A   No.
23     Q   I want you to assume with me that the
24 word "pain" is circled.
25     A   Yes, I think -- yes, I accept that.

43 (Pages 505 to 508)

Page 525

1    A    Yes.
2    Q    Does not appear to be the same list
3  that you have on page 11 of your report.
4    A    Well, it's shorthand.
5    Q    And the list that you, you told me
6  yesterday on page 11 of your report, that list
7  contains those factors you considered the
8  highest risk factors for suicide when you did
9  your differential diagnosis.
10   My question is --
11   A    Yes.
12   Q    What is this list in your notes on
13  page 12?
14   A    Just a shorthand to remind me if I'm
15  asked about differential diagnosis, did I have
16  these things written down.  But this is not
17  relevant to this report, it's a shorthand
18  memento.
19   Q    What is it relevant to?
20   A    To my brain.
21   Q    Was this prepared for the Smith case?
22   A    These were jottings that I made in
23  the airplane and in the park.
24   Q    Is there a reason why these jottings
25  are different from those in your report?

Page 526

1    A    Well, because --
2    Q    For purposes of your differential
3  diagnosis?
4    A    When I made these jottings I hadn't
5  got my report side by side.  But this are just
6  an aid memoir for myself, it has no relevance
7  to this report.
8    Q    Oh, so in the plane did you say you
9  prepared these notes on page 12 in the plane on
10  the way over here?
11   A    Some were prepared in the airplane,
12  some were prepared in London before I came
13  here, some were prepared in New York.
14   Q    The notes on page 12, were these all
15  prepared at one time?  Just this page.
16   A    I use different pens, so I just can't
17  tell you why didn't I have the same pen.  I
18  don't know.  Maybe I dropped it.  I don't know.
19  But I can't --
20   Q    When did you prepare this list on
21  page 12?
22   A    This was done when I was in New York.
23   Q    This was done when you got here for
24  this deposition?
25   A    Well, I --

Page 527

1    Q    Two days ago?
2    A    This particular list was done prior
3  to these discussions.
4    Q    Prior to your deposition?
5    A    Yeah, prior to our deposition, just
6  for me to have, as I got down here, a list of
7  all of the other things that Mr. Smith went
8  through.
9    Q    Well, we are not talking about those
10  now, we're talking about page 12.  And all I
11  want to know is:
12   Why did you create this list?  That's the
13  first thing I want to know.
14   And the second thing I would like to know
15  is why is this list different from the list on
16  page 11 of your report?
17   A    No reason at all.
18   Q    Did you not have your report with you
19  when you created the list on page 12?
20   A    That is correct.
21   Q    So were you creating this list of
22  differential diagnosis on page 12 just out of
23  memory?
24   A    Just out of jottings, but it's
25  actually an incomplete one.  But you can go

Page 528

1  through it, if you like.
2    Q    Well, I'm just trying to understand
3  why the lists are different, because I really
4  need to know what you did for purposes of your
5  differential diagnosis in this case.
6    A    Well, I think --
7    Q    So should I, should I understand that
8  your differential diagnosis is as set forth in
9  your report?
10   A    Correct.
11   Q    And nothing else?
12   A    Correct.
13   Q    So the list you created on page 12
14  does not contain any opinions that you have in
15  the Smith case in terms of what should or
16  shouldn't go on the differential diagnosis
17  list?
18   A    Correct.
19   Q    And is there a reason why you put
20  dementia on this list on page 12, but you did
21  not put dementia on your list in your report at
22  page 11?
23   A    Dementia is clearly in my report.
24   Q    Not on page 11.
25   A    Well, maybe you should turn to

48 (Pages 525 to 528)

1  page 12.
2      Q   Well, we are talking about page 11.
3      On page 11 of your report, if you recall
4  yesterday you told me that this is how you did
5  your differential diagnosis, and these are the
6  4 highest risk factors for suicide.
7      A   Well, the differential diagnosis is
8  on page 12. And we went through that
9  yesterday.
10     Q   Okay, so --
11     A   And at the top is dementia.
12     Q   Okay. So you considered dementia as
13 part of your differential diagnosis?
14     A   I did.
15     Q   You just don't consider dementia as
16 one of the top four highest risk factors --
17     So you considered dementia in terms of
18 your differential diagnosis?
19     A   Correct.
20     Q   But you did not consider dementia one
21 of the top 4 highest risk factor for suicide as
22 represented on page 11 of your report?
23     A   Correct.
24     Q   Okay, I'm with you now.
25     A   That's correct.

1      Q   Looking at the risk factors that you
2  put in your report on page 11.
3      A   Yes.
4      Q   I want to ask you, Professor Trimble,
5  is living alone a higher risk factor for
6  suicide than saying I wish I could die because
7  of pain?
8          MR. FINKELSTEIN: Objection.
9          THE WITNESS: I have no idea if
10     anybody has done a comparative study.
11 BY MS. McGRODER:
12     Q   Okay. Let me ask it this way: Is
13 living alone a higher risk factor for suicide
14 than suicidal ideation?
15     A   I do not know if anybody has done a
16 study to look at the different frequencies of
17 those two.
18     Q   In the suicide literature, is suicide
19 ideation a risk factor for suicide?
20     A   It is.
21     Q   And is it addressed more often than
22 living alone?
23     A   Addressed by whom?
24     Q   In the literature, is it addressed
25 more often as a high risk factor for suicide

1  than it is living alone?
2      A   It would be, yes.
3      Q   Is living alone a higher risk factor
4  for suicide than hopelessness?
5      A   I do not know.
6      Q   Is living alone a higher risk factor
7  for suicide than severe chronic pain?
8      A   I do not know.
9      Q   Is living alone a higher risk factor
10 for suicide than a prior diagnosis of
11 depression with suicidal ideation?
12     A   I do not know.
13     Q   Do you think it would be?
14     A   I prefer not to guess.
15     Q   Well, does the literature discuss
16 depression as the highest risk factor for
17 suicide?
18     A   It is depression, with -- I think you
19 said depression with suicidal ideation.
20     Q   Yes.
21     A   So I would accept that as probably
22 greater on the list than living alone.
23     Q   There is no evidence in this case, is
24 there, Professor Trimble, that Mr. Smith had a
25 history of aggressive behavior?

1      A   Correct.
2      Q   There is no evidence in this case
3  that Mr. Smith had a history of becoming
4  involved in physical altercations or fights;
5  correct?
6      A   Correct.
7      Q   How many times total did a physician
8  suggest to the Smith family or Mr. Smith, that
9  he be evaluated by a psychiatrist?
10     A   To my knowledge, only once.
11     Q   You're aware, Professor Trimble, that
12 once on May 2nd, 2003 Dr. McCombs office
13 received a phone call from Mr. Smith's family
14 stating that -- this is from his daughter --
15     A   Yes.
16     Q   Stating that he wished he could die
17 because of the pain. Do you recall that --
18     A   That's correct.
19     Q   -- instance?
20     A   That's correct.
21     Q   And the doctor's office suggested
22 that he go to an ER to be evaluated by a
23 psychiatrist?
24     A   That's correct.
25     Q   Do you recall that?