UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                                   :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                                                      :
         SALES PRACTICES AND                                                       :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Judge Patti B. Saris
                                                                                   :
THIS DOCUMENT RELATES TO:                                                          :   Magistrate Judge Leo T.
                                                                                   :   Sorokin
Bulger v. Pfizer Inc., et al., 1:07-cv-11426-PBS                                   :
Smith v. Pfizer Inc., et al., 1:05-cv-11515-PBS                                    :
                                                                                   :
                                                                                   :
                                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### MOTION TO STRIKE THE UNTIMELY SUPPLEMENTAL DECLARATIONS OF STEFAN P. KRUSZEWSKI AND RONALD W. MARIS

Defendants, Pfizer Inc. and Warner-Lambert Company LLC ("defendants"), hereby respectfully move to strike the declarations of Stefan P. Kruszewski and Ronald W. Maris filed in support of the responses to defendants' motions for summary judgment in the *Smith* and *Bulger* cases.

The grounds for this motion are set forth in the accompanying memorandum of law. Also submitted in support of this motion is a declaration of Lori McGroder.

WHEREFORE, defendants respectfully request that the Court strike the declarations of Drs. Kruszewski and Maris.

1

| | |
|---|---|
| Dated: March 12, 2009 | Respectfully submitted, |ುಂ

Dated: March 12, 2009

                                      Respectfully submitted,

                                      DAVIS POLK & WARDWELL

                                      By:   /s/ James P. Rouhandeh
                                                  James P. Rouhandeh

                                      450 Lexington Avenue
                                      New York, NY 10017
                                      Tel:  (212) 450-4000

                                              -and-

                                      SHOOK, HARDY & BACON L.L.P.

                                      By:   /s/ Scott W. Sayler
                                                  Scott W. Sayler

                                      2555 Grand Blvd.
                                      Kansas City, MO 64108-2613
                                      Tel:  (816) 474-6550

                                              -and-

                                      WHITE & WILLIAMS

                                      By:   /s/ David B. Chaffin
                                                  David B. Chaffin

                                      100 Summer Street, 27th Floor
                                      Boston, MA 02110
                                      Tel:  (617) 748-5200

                                      *Attorneys for Defendants Pfizer Inc. and*
                                      *Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

      I certify that counsel have conferred in a good faith effort to resolve the issue raised by this motion but were unable to do so.

                                      /s/David B. Chaffin
                                        David B. Chaffin

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 12, 2009.

                /s/David B. Chaffin_____
                David B. Chaffin