UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris <br> Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: <br> *Bulger v. Pfizer Inc., et al.*, 1:07-cv-11426-PBS <br> *Smith v. Pfizer Inc., et al.*, 1:05-cv-11515-PBS | |

**DECLARATION OF LORI C. MCGRODER, ESQ.
IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE**

I, Lori C. McGroder, declare and state as follows:

1. I am a partner with the law firm of Shook, Hardy & Bacon LLP, counsel of record for Pfizer Inc. and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the deposition of Dr. Ronald Wm. Maris.

3. Attached as **Exhibit 2** is a true and correct copy of the expert report of Stefan Kruszewski.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March _10th_, 2009, in Kansas City, Missouri.

                                                                    /s/ Lori McGroder
                                                                    **Lori C. McGroder, Esq.**

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 12, 2009.

                                        /s/ David B. Chaffin
                                        David B. Chaffin