# Exhibit 1

Page 1105

1            UNITED STATES DISTRICT COURT
2              DISTRICT OF MASSACHUSETTS
3
4
5
6    IN RE: NEURONTIN MARKETING,
7    SALES PRACTICES AND PRODUCTS
8    LIABILITY LITIGATION
9
10
11               VOLUME V
12
13
14       CONTINUED VIDEOTAPED DEPOSITION OF
15           RONALD WILLIAM MARIS, Ph.D.
16             (Taken by Defendant)
17           Columbia, South Carolina
18         Wednesday, October 22, 2008
19
20
21
22
23
24
25

Page 1250

```
1  took the Neurontin, right?
2       MR. ROSENKRANZ: Objection; asked and
3  answered.
4    A.  I have been asked that a number of
5  times, and I said the only evidence is that she
6  asked for it immediately --
7    Q.  Okay.
8    A.  -- before her suicide.
9    Q.  Did you -- are there any other
10 additional risk factors, other than the suicide
11 attempts that you -- strike that --
12      Let me start over:
13      I want to talk, Doctor, about this
14 methodology by which you reached an opinion that
15 Neurontin played some role in Susan Bulger's
16 suicide.
17      And, specifically, I want to know
18 what risk factors you considered, and how you
19 ruled out various risk factors.
20      Do you know whether lack of mental
21 health treatment is a risk factor for suicide?
22   A.  It certainly can be, yes.
23   Q.  Receiving counsel or seeking a
24 therapist can be a protective factor, correct?
25   A.  If you have a good counselor.
```

Page 1251

```
1    Q.  You did not identify lack of mental
2  health treatment as a risk factor for
3  Mrs. Bulger, correct?
4    A.  I did not.
5    Q.  And, in fact, you identified
6  treatment for depression as a protective factor
7  in this case, correct?
8    A.  Actually, if you ever to get to my
9  new theory, I defined it as both, which is to
10 say: People who get treatment usually have some
11 remission of symptoms, not always.
12      For example, 60 to 70 percent of
13 people taking an anti-depressant never have an
14 anti-depressant effect.
15      But -- so it helps them, but if there
16 are adverse events or adverse effects then,
17 obviously, it can also hurt them.
18   Q.  Are you aware that Susan Bulger had
19 been seeing a counselor and receiving some group
20 therapy between 2000 and 2003?
21   A.  Yes.
22   Q.  And that was part of her -- one of
23 the requirements that, in order to get her
24 methadone, she had to attend the therapy
25 sessions; is that right?
```

Page 1252

```
1    A.  I believe that's correct.
2    Q.  Are you aware Mrs. Bulger stopped
3  going to that counselor and group therapy 11
4  months prior to her death, because she found
5  Dr. Goldman, who would prescribe methadone to
6  her without requiring her to receive any
7  therapy?
8    A.  I believe that she did certainly find
9  Goldman.
10      I don't know if he made that
11 stipulation; I'll take your word for it.
12   Q.  Are you aware -- did you consider the
13 fact that Susan Bulger received no counseling or
14 therapy for the 11 months prior to her suicide?
15   A.  Right. I'm aware of that.
16   Q.  In your expert opinion, would Susan
17 Bulger have benefited from psychiatric treatment
18 in 2004?
19   A.  She could have; although, she had had
20 treatment many times before.
21      I think you pointed out to me, she
22 had never finished a detox program.
23      She was often non-compliant, and so
24 I'm not sure how much help she would have
25 gotten.
```

Page 1253

```
1    Q.  Did you rule out the fact that Susan
2  Bulger had stopped receiving counseling as the
3  cause of her suicide?
4    A.  First of all, I don't have the same
5  model that you are assuming, which is a
6  differential diagnosis model, where you rule out
7  the alternatives.
8       My theory, as you know, is that I
9  rule them in, and I talk about them actually
10 contributing to making her part of a vulnerable
11 minority of patients --
12   Q.  Well, Dr. Maris --
13      THE WITNESS: I'm not finished.
14      MS. SEATON: Okay.
15   A.  And that by ruling them in, then the
16 Neurontin becomes an additional substantive
17 proximate risk factor, not the only factor.
18      So I'm not ruling these things out.
19 I never tried to rule them out.
20      I'm saying that there was a
21 combination of effects and risk factors that
22 made her suicidal, and which Neurontin was one
23 of them.
24   Q.  You have testified in this
25 litigation, in addition to publicly stating,
```

38 (Pages 1250 to 1253)