Exhibit 2

Bulger, Susan.                               - 1 -

Stefan P. Kruszewski, M.D.
133 Linglestown Road
Harrisburg, Pennsylvania 17110
7 August 2008

Mr. Ken Fromson
C/o Finkelstein & Partners
436 Robinson Ave
Newburgh, NY 12550

Re:  **Susan Bulger**
Date of Birth:  12 December 1964
Date of Death:  04 August 2004

**Ronald J. Bulger, Sr., as administrator of the Estate of Susan Bulger, Deceased**
**v.**
**Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company, No 07-CA-11426-PBS**

Dear Mr. Fromson,

Shortly after 01 July 2008, I received your request to review the medical records and reports, deposition transcripts and pharmacy records obtained during the course of this litigation in order for me to evaluate whether or not gabapentin (*Neurontin*-Pfizer) was a substantial factor in the suicide death by hanging of Mrs. Susan Bulger.  This report is a written summation of my findings.

## Relevant educational and clinical background information

To prepare this report, I relied on my personal academic and clinical expertise, briefly described in the following 3 pages. Below, I attempt to highlight those areas that are specific to my expertise in this case, permitting me as a board certified psychiatrist and addictionologist to review, analyze and form the basis of my conclusions within a reasonable degree of medical certainty.

I have 30 years of clinical practice experience (including internship and residency) in which I have treated several thousand patients with a wide variety of psychiatric and neuropsychiatric conditions. I have prescribed numerous neuropsychiatric drugs for multiple indications as well as having witnessed the side-effects of prescribed and illicit drugs that may predispose an individual to neuropsychiatric complications.  During this time frame and with this population, I have witnessed and monitored the effects of various anticonvulsants,   including diphenylhydantoin (Dilantin), divalproex/valproic acid(Depakote, others)benzodiazepines [clonazepam (Klonopin), diazepam(Valium),  lorazepam (Ativan)others],  and gabapentin

(*Neurontin*-Pfizer ).  I have also prescribed, monitored and witnessed the benefits and side-effects associated with antidepressants (such as the SSRI subclass, egs., sertraline (*Zoloft*-Pfizer), paroxetine (*Paxil*-GlaxoSmithKline), flextime(*Prozac*-Eli Lilly, escitalopram (Lexapro-Forest labs) and the SSRI subclass, e.g.,  venlafaxine (*Effexor*-Wyeth.)  Additionally, I have prescribed, monitored and witnessed the beneficial effects and adverse effects of analgesics, including the opioid class [hydrocodone (Vicodin), oxycodone,  OxyContin and Percodan; morphine; Heroin/diacetylmorphine and methadone], non-steroidal anti-inflammatory drugs [ibuprofen/iso-butyl-propanoic-phenolic acid (Advil, Motrin, others)], and steroids (prednisone.)  I have also monitored, treated and detoxified and assisted the recoveries of individuals from a huge variety of prescribed and/or illicit psychoactive substances, including aforementioned opioids, like Heroin, as well as cocaine, amphetamines, benzodiazepines, hallucinogens, nicotine, barbiturates, inhalants, cannabinoids, alcohol and non-benzodiazepine sedatives.

I have expertise in psychopharmacology, including education in medical school, internship, residency, post-graduate work and continuous reading and updating through ongoing Continuing Medical Education (CME) work.  I have taught basic and applied psychiatric and neuropsychiatric psychopharmacology at several institutions, including Harvard Medical School(1974-77; specifically, the epidemiology of obesity), UMDNJ-Rutgers Medical School/Robert Wood Johnson for several years as a member of their residency program and faculty (1980-1983) and subsequently at University of Pittsburgh School of Medicine, Western Psychiatric Institute and Clinic (1988-1991), Allegheny General Hospital and related Medical Schools, (1991-2), University of North Texas Medical School(1992-93) and, most recently, as a member of the Clinical Faculty of Penn State College of Medicine-Hershey Medical School (1999-2004.)  Currently, I continue to lecture in neuropsychoendocrinology, substances of abuse, HIV/AIDS and neuropsychiatric disturbances symposia sponsored the Penn State College of Medicine, University of Pittsburgh School of Medicine and Eastern University.

As part of those academic teaching assignments, I continue to lecture in epidemiology in psychiatry, neuropsychiatry, substance abuse/addiction and related-fields, including medical student, resident and physician-in-practice education to identify risk factors for disease and to determine optimal treatment approaches to clinical practice.  As part of that academic training and education, I have reviewed and discussed, in teaching format, numerous epidemiologic studies, including ones that are generally categorized as descriptive, analytic (those that examine associations and commonly hypothesized causal relationships), and experimental (a term often equated with clinical or community trials of treatments and other interventions).  The scope of my teaching efforts includes the primary, secondary and tertiary prevention of many disease states and the epidemiology of substance abuse, psychosis, depression, posttraumatic stress, suicide and homicide.

I have been recognized (on June 11th, 2007 in a 100-page decision in re to olanzapine; *Zyprexa*-Eli Lilly)  personal injury cases  as a "distinguished expert" by senior Judge Jack B. Weinstein, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201.

I have published articles in peer-reviewed journals, including the *BMJ* (previously titled, *British Medical Journal*), *American Journal of Psychiatry, Archives of Neurology, Journal of the American Medical Association, the New England Journal of Medicine, Journal of Clinical*

Bulger, Susan.                              - 3 -

*Psychiatry* and others.  Those articles have covered a wide spectrum of issues pertaining to drugs, (including antipsychotics), substance abuse, drug side-effects, the validity and consistency of research and conflicts of interest.

I have been a reviewer for *Psychiatric Services*, one of the official publications of the American Psychiatric Association.  In that capacity, I have been called on to review all elements of research submitted to the peer-review process, including abstract formulation, overall research protocol design, methodology, data collection, accounting of side-effects and adverse findings, statistical analysis, conclusions and accuracy of references.  I continue to perform those activities as requested by the Editors of that magazine.  Separately, in 2007, I was appointed an expert reviewer for two other major peer-reviewed publications:  *American Journal of Addictions* and the *Journal of Addiction Medicine.*

I am the psychiatric expert to the Quality Oversight Committee of Capital BlueCross. The latter is a paid position in which I oversee and assist in the stewardship of the access to psychiatric, neuropsychiatric and addiction care, as well as its treatment, up-dated guidelines, quality standards, consistency to meet state and federal regulations and ongoing assessment and improvement of standard of care to permit Capital BlueCross, an insurer for approximately 1.8 million person, to maintain its JCAHO credentialing and its reputation within Central and Eastern Pennsylvania.

Prior to the invitation to serve on the Capital BlueCross oversight board, I sat on the pharmaceutical and therapeutics' committee, working with other non-psychiatric specialists in the community(neurology, cardiology, gastrointestinal medicine, anesthesiology, internal medicine, surgery, pediatrics and obstetrics/gynecology) and pharmaceutical benefit management corporations to ensure the quality of Capital BlueCross' pharmaceutical information, drug initiatives and reimbursement practices for its members.

In 2001-2003, I provided psychiatric expertise regarding access to behavioral(mental health and substance abuse) health care for a white paper designed for the NCQA (National Committee on Quality Assurance, Washington D.C.) and to be used as a guide for HEDIS measurements to collectively examine data for effectiveness in  nationwide behavioral health programs.

I have performed extensive research of peer-reviewed literature concerning the mechanism of action of gabapentin and the effects of enhancing GABAergic systems in both animal and human studies.  I am familiar with the peer-reviewed materials related to gabapentin's pre-clinical and clinical testing, including studies that detail how gabapentin is ingested, absorbed , distributed, metabolized and excreted in human beings, how it crosses the blood-brain barrier, how it affects inhibitory signals in human cortical and subcortical structures, how its neurobiochemical effects are postulated to evoke post-receptor changes that include 'downstream' gamma-aminobutyric acid(GABA) agonist  effects, otherwise called GABAergic effects and how those inhibitory effects are translated into signals that produce significant changes in serotinergic, dopaminergic and noradrenergic neurotransmission  in different parts of the human brain, resulting in neurobiochemical effects that produce significant downward mood disturbances, including states of hopelessness, suicidal thinking and increase the likelihood of  suicidal intent, suicidal attempts and completed suicide in humans.

Bulger, Susan.                              - 4 -

I am qualified to offer general and case-specific opinions re the epidemiology of suicide, including aspects that are specific to abrupt, drug-induced suicidal effects. My general understanding of the causality of suicide is based upon the length and scope of my graduate and post-graduate education, including studying the basics of scientific methodology at Princeton University, pre-clinical behavioral sciences and clinical courses in psychiatry and neurology at Harvard Medical School and the scope of my post-graduate training in psychiatry and addictionology at UMDNJ-Rutgers/Robert Wood Johnson and Duke University. My study of Suicidology continues with ongoing peer-reviewed literature and epidemiological analysis, including those disease states that are specific to the study of psychiatry and include a heightened at-risk population for suicide, including individuals with panic disorder, depression, bipolar illness, posttraumatic stress disorder, substance abuse/dependence, young adults and geriatrics, and chronic and/or life-threatening medical conditions.

In my work with the Federal and state officials, including plaintiff and defense attorneys and upon requests from specific Federal and state judges, I have also compiled and analyzed data and prepared psychological autopsies of suicide cases. This work has enabled me to render conclusions in Federal and state courts about the likely predisposing factors that explain, to a reasonable degree of medical and psychiatric certainty, the environmental, personal and drug-related features that assist in understanding and explaining suicidal behavior.

In order to perform this task in regard to the suicide death of Mrs. Susan Bolger, I reviewed the following materials:

## Review of Documents

In order to understand this matter and to form the basis of my conclusions within a reasonable degree of medical and psychiatric certainty, I reviewed the following documents:

1.  **Death Certificate** – Commonwealth of Massachusetts Death Certificate for Susan E. Bulger for date of death of August 4, 2004, dated August 9, 2004, one page
2.  **Letters of Administration of Estate** – Commonwealth of Massachusetts Administration with Sureties, dated August 23, 2005, two pages
3.  **Summons and Complaint** – Civil Complaint and Summons filed in US District Court of Massachusetts, dated August 3, 2007, 79 pages
4.  **Answer** – Defendants Answers to Complaint dated September 10, 2007, 30 pages
5.  **26a Disclosures** – Disclosure of potential witnesses for the Plaintiff's per rule 26 (a)(1) with two supplemental statements, dated January 25, 2008, February 19, 2008 and May 20, 2008, 20 pages
6.  **Interrogatories** – Plaintiff's Response to Defendants First Set of Interrogatories, dated January 25, 2008, 31 pages
7.  **Response to Document Demands -** Plaintiff's Response to Defendants First Request for Production of Documents and Things, dated January 25, 2008, 60 pages
8.  **Toxicology Report** – Cover letter from Office of Chief Medical Examiner for The Commonwealth of Massachusetts dated December 3, 2007 and toxicology report consisting of lab results from blood samples dated October 5, 2004, two pages
9.  **Peabody Police Department Report** – Peabody Police Incident Report dated August 4, 2004, call log for Peabody Police department for August 4, 2004 printed April 8, 2005,

Bulger, Susan.                                    - 5 -

Typed Narrative For Patrol Sean Down of Peabody Police department dated April 8, 2005, three pages

10. **North Shore Ambulance and Peabody Fire Department Reports** – ALS patient encounter record for Northshore Ambulance Inc. dated August 4, 2004,  Incident report for Peabody fire Department dated August 4, 2004, five pages

11. **Eaton Apothecary Records** – Patient medical expense report for October 1, 2003 to May 31, 2004 printed on June 25, 2005, one page

12. **The Medicine Shoppe Records** – Medical expense report for January 1, 2004 to April 8, 2005, photocopies of various prescriptions, 12 pages

13. **Walgreens Pharmacy** – Purged Data report for dates from May 5, 1998 to September 11, 2003, 35 pages

14. **Dr. Goldman Records** –  Records from 7/6/94 to 2/29/08: Office notes, visit notes, information sheet, lab results, testing reports, miscellaneous medical records , 122 pages

15. **Dr. Crognale Records** – Records from 4/3/95 to 5/16/05: Progress notes, request for information from law firm, 80 pages

16. **CAB Health Recovery Services Records** – Records from 2/10/00 to 9/21803: Discharge summary, physician orders, progress notes, physical evaluations, miscellaneous medical records, release for medical records, 32 pages

17. **Dr. Thornhill Records** – Records from 3/11/93 TO 2/7/02: Operative reports, discharge reports, radiology reports, miscellaneous medical records, release for medical records, 36 pages

18. **Bayridge Hospital Records** – Records from 4/23/98 to 5/1/98; Intake evaluation, psychological assessment, physician's orders, treatment plan, miscellaneous medical records, 17 pages

19. **Salem Hospital Records** – Records from 8/17/88 to 11/18/97: Progress records, medication sheets, doctor's orders, lab results, admission data, miscellaneous medical records, 121 pages

20. **Danvers Family Care Records** – Records printed on 3/3/08 and 6/3/08 for dates between 10/20/94 and 5/16/05, as well as miscellaneous records from 5/19/92 to 1/23/04: Progress notes, problem list, medication list, lab results, miscellaneous medical records, request of records by attorney 227 pages

21. **Dr. Jacobs Records** –  Records from 6/22/94 to 6/4/08: Medication lists, pain management agreement, lab results, progress notes, response to medical record request , miscellaneous medical records, 34 pages

22. **Tri State Mental Health/Elliot Community Hospital Records** – Records from 2/24/98 with records release and request dated 5/2/08 and 4/28/08: Registration document, evaluation form, encounter form, safety contract, suicide assessment, 12 pages

23. **Salem Orthopedic Surgeons Records** – Records from 10/13/83 to 8/17/01: Progress notes, certification for medical records, 9 pages

24. **Dr. Chung/Massachusetts General Hospital Records** – Records from 12/18/00 to 6/4/08: Fax cover letter, Lab reports, pathology reports, progress notes, radiological consultation, 17 pages

25. **NSMU Union Hospital Records** – Records from 5/23/89 to 5/6/08: Admission sheets, discharge summaries, lab results, progress notes, physical exams, certification of medical records,  treatment plans, medication sheets, miscellaneous medical records, 232 pages

Bulger, Susan.                              - 6 -

26. **Adcare Hospital Records** – Records from 12/4/95 to 5/28/08: Assessment, discharge summaries, medication sheets, treatment plans, progress notes, certification of psychiatric records, miscellaneous medical and psychiatric records, 84 pages
27. **Coastal Orthopedic Records** – Records from 6/22/94 to 2/20/08: Certification for Medical Records, exam notes, 20 pages
28. **Dr. Akabane Records** – Records from 5/12/98 to 3/20/08: Fax cover letter, patient medical information form, registration form, office visit notes, medication evaluations, 14 pages
29. **Somerville Hospital Records** – Records from 10/13/97 to 5/28/08: Admission records, discharge summary, medication sheets, progress notes, lab results, treatment plans, miscellaneous medical records, certification of medical records, medical record request, 73 pages
30. **Southern New Hampshire Medical Center Records** – Request and Certification of records dated 3/13/08 and 4/4/08, medical records dated 1/21/96: Emergency room records of treatment, progress notes, radiology results, 9 pages
31. **Spaulding Rehabilitation Records** – Records for admission on 11/4/97 and records request and certification dated 3/10/08: Admission records, lab results, progress notes, doctor's orders, medication sheet, discharge summary, miscellaneous medical records, 124 pages
32. **Harvard Vanguard Medical Associates Records** – Records for dates 8/2/99 to 5/20/08: Request for medical records, progress notes, radiology report, lab results, consultation report, 11 pages
33. **Brigham & Women's Hospital Records** – Records from 11/15/84 to 5/5/08: Admission records, progress notes, exam notes, medication sheets, lab results, radiology results, nurses notes, discharge summaries, miscellaneous medical records, certification and medical record request, 541 pages
34. **Massachusetts Department of Social Services Records** – Records from 6/4/90 to 6/4/08: Social Services record of assignment, child abuse/neglect reports and investigation records, dictation reports, service plans, visitation schedules, temporary custody papers, meeting/session attendance sheets, medical records from Massachusetts General, miscellaneous documents, 293 pages
35. **Deposition of Michele Meager** taken March 21, 2008
36. **Deposition of Dr. Dino Crognale** taken March 25, 2008
37. **Deposition of Ronald Bulger, Sr.** taken March 26, 2008
38. **Deposition of Dr. Richard Goldman** taken April 22, 2008
39. **Deposition of ▋▋▋▋ Bulger** taken May 7, 2008
40. **Deposition of Patricia Bulger** taken May 7, 2008
41. **Deposition of Ronald Bulger, Jr.** taken May 8, 2008
42. **Deposition of Dr. Mark Mengel** taken June 5, 2008
43. **Deposition of Dr. William Medwid** taken June 12, 2008
44. **Deposition of Dr. Walter Jacobs** taken June 13, 2008
45. **Deposition of Nancy Scialdone** taken June 16, 2008
46. **Deposition of Steven Scialdone** taken June 16, 2008
47. **Deposition of Russell Gallant** taken June 16, 2008
48. **Deposition of Teresa Gallant** taken June 16, 2008
49. **Deposition of Amanda Cavallaro** taken June 16, 2008

Bulger, Susan.                                     - 7 -

> **50. Deposition of Joanne Swindell** taken June 18, 2008
> **51. Deposition of James Gibbons, Jr.** taken June 19, 2008
> **52. Deposition of Dr. Chaim Rosenberg** taken June 26, 2008
> **53. Deposition of Dr. Yoshiharu Akabane** taken June 26, 2008
> **54. Deposition of Matthew Gravini** taken June 27, 2008
> **55. Deposition of Linda Landry** taken June 27, 2008
> **56. Deposition of Dr. Dwight Robinson** taken June 30, 2008
> **57. Deposition of Barry McEachern, taken 7/1/2008**
> **58. Expert report of Ronald Wm. Maris, PhD**
> **59. Deposition Transcript of Cheryl Nadeau**

## Additional Information

I also reviewed and or relied upon the following:

1. Expert report and Deposition Transcript of Dr. Michael Trimble in this Neurontin Marketing Sales Practices and Products Liability Litigation
2. Expert report of Dr. Stefan Kruszewski in Neurontin Marketing Sales Practices and Products Liability Litigation
3. Expert report of Dr. Cheryl Blume in this Neurontin Marketing Sales Practices and Products Liability Litigation
4. FDA Alert of 1.31.2008. *Information for Healthcare Professionals*--Suicidality and Antiepileptic Drugs. CDER
5. Antiepileptic Drugs Increase Risk of Suicide, but No Boxed warning Needed, Panel Says. July 18th, 2008. *Pharmaceutical Law & Industry Report*. Volume 6. Number 20. [accessed by SPKmd on 8.5.08. http://healthcenter.bna.com/pic2/hc.nsf/id/BNAP-7GNSRJ?OpenDocument]
6. Sir Austin Bradford Hill's Guidelines, 1965 and thereafter
7. Naranjo et al ADR Probability Scale as adapted by University of Arizona, College of Pharmacy.

## Case Synopsis

Susan Bulger, age 39, died at her home on August 4th, 2004.  Her husband, Ron Bulger Sr., found her hanging in their basement and called 911 for help.

According to the Commonwealth of Massachusetts death certificate, Mrs. Susan Bolger died from hanging. (Exhibit Ab)  According to the Peabody Police Department, the manner of her death was suicide. (Exhibit BB) Her toxicology report, performed by University of Massachusetts Memorial Medical Center determined that she had benzodiazepines in her system at the time of her suicide by hanging, but limited toxicological results did not detect alcohols nor did they test for cocaine, opioids, barbiturates, non-steroidal analgesics, antidepressants, or gabapentin. (Exhibit AA)

Mrs. Bulger previously had a prior history of substance abuse (Exhibits C, F, I, O,. R)  She was treated for substance abuse (Exhibit I), including use of cocaine (Exhibit C), opioids, cannabis,

Bulger, Susan.                                     - 8 -

alcohol and nicotine.  She also had a significant history of psychiatric symptoms (Exhibits JJ, GGG, HHH, III) and trauma(Exhibit A),  including depression(Exhibit O, HHH), anxiety(Exhibit WW), possible panic(Exhibit GGG), posttraumatic stress(Exhibit HHH), and chronic pain(exhibit SS), symptoms variously described by multiple providers over many years with diagnoses such as psychogenic pain disorder, major depression(Exhibits UU, GGG), dysthymia (Exhibit UU), possible bipolar disorder(Exhibits MM, PP, III, previous psychiatrists) posttraumatic stress disorder(Exhibit HHH), and panic disorder.  Additionally, she suffered from chronic pain associated with disabling rheumatoid arthritis (RA)(Exhibits HH, II), gastroesophageal reflux disorder (GERD), gynecological problems, Hepatitis C (Exhibit G5), teeth removal secondary to gum disease and approximately 14 surgeries (Exhibits JJ, KK, others), successful and failed, mostly in connection with her RA symptoms. (Exhibit JJ)

Mrs. Bulger received her High School GED.  She married Ron Bulger, Sr. on 31 March 1986.(Exhibit Af) She had two children including a son, Ron Bulger Jr., born on ▇▇▇▇▇, 1987 and a daughter, ▇▇▇▇, born on ▇▇▇▇▇, 1999.(Exhibit Af)  At the time of her death, her children were ages 17 and 5, respectively.

In the years between high school and her death, Mrs. Bulger worked as a cashier in a grocery store(Exhibit JJ), a bank teller in Danvers, MA and, subsequently, in the period from 2000-2002, at the WH Smith Gift Shop at a Sheraton Hotel.  Both she and her husband, a mechanic, were unemployed (Exhibit Q) and receiving disability benefits at the time of her suicide.

The medical records produced thus far in this case and reviewed by me present varied and conflicting images of her personal, interpersonal and marital life(Exhibits O, P, Z, Aa), including her relationship to her children and her family.  For example, while she was occasionally able to be employed (Exhibits JJ, others) and she and her husband had income from their respective disabilities, the couple also filed for bankruptcy in 2002.   Separately, while her children, according to her sister Linda Landry, were perhaps the single most important part of her life(Exhibits T, X) in 2004, Mrs. Bulger also had a history of having lost custody of her son, Ron Bulger Jr., for a period of time, due to her abuse of substances earlier in her life.  Several family members, notably  Mrs. Bulger's sister and brother, Linda Landry and  James Gibbons, pointed to problems in the Bulger marriage (Exhibits F, O) and painted her husband, Ron, in a destructive abusive light (Exhibits K,O, V, W).  Testimony and medical records also reflect that Mrs. Bulger reported at times that her husband was supportive but at other times abusive.

As I described above, there is various commentary about the vicissitudes of the life of Mrs. Bulger that can be found throughout her medical records. From numerous reports of problems that increased her risk and predisposed her to suicide(Exhibits Z, Aa,), even from individuals who testified to the problems in Mrs. Bulger's relationship to her husband (Exhibits N, P, V, W), with her substance use (Exhibits O, G2) or psychiatrically(Exhibit O), there was also evidence that demonstrated she  was 'protected' from suicide because she enjoyed her life(Exhibits H, R), was able to make her own decisions(Exhibit C), loved her children(Exhibit R, X) and was at times supported by  her husband. (Exhibit B).

Conflicted evidence also exists about her suicide history. (Exhibits O) For example, the reports from CAB (Center for Addictive Behaviors) noted on their intake sheets that she both answered

Bulger, Susan.                              - 9 -

yes and no to the same question re previous suicide attempts(Exhibits JJJ, KKK). Her sister,
Linda Landry, testified that none of Mrs. Bulger's previous "attempts" were in fact actual suicide
attempts at all, but rather either accidents or cries for attention and help

Mrs. Bulger took many medications during her lifetime. She received prescriptions which
included SSRIs (Prozac, Zoloft, Lexapro, Paxil), at least one SNRI (Effexor), as well as at least
two non-SSRI, SNRIs: nefazadone (*Serzone*-Bristol-Myers Squibb) and trazodone,
benzodiazepine and non-benzodiazepine anxiolytics (Klonopin, Ativan, Xanax, Valium, Buspar),
steroids (prednisone), opioids (oxycodone, short-acting and biphasic release (Exhibit SS);
methadone) and anticonvulsants Depakote and Neurontin (Exhibit VV, III). At the time of her
death, she had recent prescriptions for Neurontin, Methadone, Effexor ER (Exhibit G3),
Klonopin and OxyContin (Exhibit Ag, CC, OO).  There was evidence that she was regularly
taking Effexor 187.50 mgs each day and Klonopin 1.0 mg three or four times per day before she
died and strong evidence that she consumed Neurontin 1200.00 mgs immediately prior to her
suicide (Exhibit D, BB, G4). Of those medicines, there is only evidence that she had a mixed
response, including seriously adverse responses, to Neurontin (Exhibit B, LL, QQ, WW, XX,
XXa, YY, CCC, III)

# Application of Sir Bradford Hill's 'Guideposts' to the Question of Causation
(See Addendum A for delineation of 'guideposts'.)

### Was Neurontin a significant contributory factor in Mrs. Bulger's suicidal behavior and completed suicide?

1. Strength of Association: Research from a number of sources, including the expert reports
   of Drs. Trimble, Blume and me as well as the clinical work established through the
   analysis of 199 clinical trials by the US FDA and as reported in the UDA FDA 31
   January 2008 Alert, conclude that there is a significant association between the risk of
   suicide and ingestion of Neurontin.
2. Consistency:  As demonstrated in my expert report, there are multiple studies, both in
   animals and in humans, which demonstrate Neurontin's GABAergic and anti-
   glutaminergic ability, and its ability to produce side-effects, such as dysphoria, mood
   changes, suicidal thinking and completed suicides.
3. Specificity: Many factors increase the risk of suicide. Many factors protect individuals
   from committing suicide. Neurontin causes more side-effects than suicide and suicide is
   caused by more factors than this drug.  However, Neurontin shares the specific
   GABAergic responses that other GABAergic drugs share in causing mood changes and
   suicidal behaviors.
4. Temporality: Neurontin ingestion precedes the induction of mood changes and suicidal
   thinking.  Those changes can occur in as little as hours after ingestion.
5. Biological Gradient: Neurontin's effects can be dose-dependent.  Higher doses can cause,
   among other problems and benefits, more somnolence, more restlessness, more delirium
   and more mood changes.

6. Biological Plausibility. Neurontin's neurobiochemical mechanism of action can increase GABAergic functionality that gives rise to significant mood changes.

7. Biological Coherence. What is known about Neurontin's mechanism of action and mechanism of production of adverse effects and suicide potential is entirely consistent with the scientific research that explains the causative relationship between GABAergic drugs, anti-glutaminergic drugs and mood changes/suicidal behaviors.

8. Experimental evidence. No RC trial has ever been conducted with suicide as an endpoint. However, the indirect evidence, including the accumulation of adverse event reports, and the evidence reviewed by the US FDA, demonstrates evidence that supports the causative relationship between Neurontin and susceptible individuals.

9. Analogy: Neurontin is similar to other drugs, like pregabalin, topiramate and tiagabine (Gabitril), and Vigabatrin. All of these drugs have similar mechanism of action and all of them have demonstrated increased risk for suicide.

# Application of NARANJO ADVERSE DRUG REACTION PROBABILITY SCALE

Applying the guidelines from the Naranjo et al. publication to assess the cause of an adverse drug reaction (with the assumption that an adverse 'reaction' to a drug may differ from an adverse 'reaction/behavioral response' to a medication), I obtained a score of 7, as noted in Addendum B.   That score places the adverse event (AE) of suicide from Neurontin for Mrs. Bulger in the mid-range of a 'probable' causative association.

## Some of the Evidence from Susan Bulger's Medical Records and the Deposition Transcripts applicable to this litigation that were used to form the basis of my conclusions:

To form the basis of my expert opinion, I relied on all of the information forwarded to me as enumerated in the section under document review.  From my personal review, including my careful examination of Mrs. Bulger's medical and pharmaceutical history, I am able to support the factual basis for the following statements:

1. Susan Bulger committed suicide by hanging herself.

2. Susan Bulger's limited post-mortem toxicology results showed that she had benzodiazepines in her system when she died.  Neurontin was not tested for.

3. Neurontin has been associated with depression, suicidal thinking and completed suicides. (2006 Physician's Desk Reference, Kruszewski Expert report re biological plausibility of gabapentin to produce  mood changes, including severe depression and suicide;  US FDA reports on 11 anticonvulsants, including gabapentin, in 2008; Expert report of Dr. Michael Trimble)

4. Drs. Crognale(Exhibits DD, TT, others; Akabane(Exhibit EE) and Medwid prescribed Neurontin for Mrs. Bulger and Dr. Goldman prescribed Neurontin to Mrs. Bulger at the time of her death at a dose of 1200 milligrams per day. (Exhibit Ag;)

5. Mrs. Bulger had experienced both benefit from, and serious adverse responses to, Neurontin  in the period from 1999-2004. (Exhibits B, LL, QQ, WW, XX, XXa, YY, CCC, III)

6.  According to Mrs. Bulger's medical records, Mrs. Bulger suffered significant proximate adverse effects from Neurontin that she specifically identified several years before she committed suicide. (See Exhibits B, QQ, WW, XX,CCC; Dr. Maris' comments of her *de novo* hopelessness from pages 24-25 of his report, as reported by her widower husband)

7.  According to deposition transcript records, Mrs. Bulger was making forward-looking plan with her sister immediately before her *precipitous* decision to suicide. (Exhibit S, W)

8.  In the months before her suicide, Dr. Goldman increased Mrs. Bulger's dose of Neurontin from 900mgs per day to 1200 mgs per day (Exhibits Ag, G4, G12).

9.  Neither Drs. Crognale nor Dr. Goldman believed that Mrs. Bulger was suicidal when they treated her. (Exhibits RR, G11)

10. Of the medications that Mrs. Bulger was taking at the time of her death and for which we have evidence, Neurontin is the agent that is proximate, timely and biologically plausible to be a significant contributing factor causing Mrs. Bulger to commit suicide.(Exhibits D, Ag, CC, BB, QQ)

11. Dr. Crognale testified that he did not believe that Mrs. Bulger's depression, anxiety or chronic pain caused her suicide.( Exhibits DDD, FFF)

12. According to the depositions of Drs. Crognale and Goldman, and lacking any comments to the contrary from any source, neither doctor warned Mr. or Mrs. Bulger that Neurontin had the potential to induce serious emotional and behavioral disturbances in certain individuals. (Exhibit EEE)

13. In regard to prescribed or illicit substances, there was no history of significant changes of prescribed medications or onset of recent re-utilization of illicit or use of other toxic substance to account or explain Mrs. Bulger's precipitous decision to commit suicide. (Exhibit E)

14. There is reason to believe that, were it not for the prescription of Neurontin, Mrs. Bulger's mental status would not have deteriorated to the point that suicide became an option for her.

15. Mrs. Bulger's abrupt decision to commit suicide was temporally related to, and caused by, her ingestion of 1200 milligrams of Neurontin.

16. The basis to support Neurontin's role in causing Mrs. Bulger's suicide is supported by application of Bradford Hill guideposts and Naranjo criteria (Addendum A, B along with explanations and application as noted above.)

17. Neither Drs. Crognale nor Goldman discussed the serious mood-altering capabilities and risks of suicidal thinking, intent and behavior associated with Neurontin. (G6, NN) Both doctors were poorly informed (G8) and misinformed about the risks associated with Neurontin. (G9, NN, BBB)

18. Pfizer's pharmaceutical interactions with Drs. Crognale and Goldman[(both physicians having described interactions with Pfizer representatives(G7, G1, ZZ )] could not have appropriately educated these physicians about the suicide risks associated with Neurontin because Pfizer, Inc., even to this day   {Antiepileptic Drugs Increase Risk of Suicide, but No Boxed warning Needed, Panel Says. July 18th, 2008. *Pharmaceutical Law & Industry Report*. Volume 6. Number 20. [accessed by SPKmd on 8.5.08. http://healthcenter.bna.com/pic2/hc.nsf/id/BNAP-7GNSRJ?OpenDocument]}contends publicly states that Neurontin is not suicidogenic, contrary to the findings of the US FDA. (G10, G11).

Bulger, Susan.                                    - 12 -

19. In the case of detailing Dr. Crognale, Pfizer representatives apparently specifically mis-
    informed the doctor about the side-effect of somnolence associated with Neurontin, as
    Dr. Crognale testified that he was detailed by Pfizer that, 'counterintuitively' Neurontin's
    **"side effect of sedation improves with increasing doses."** (Exhibit ZZ, AAA)


# Conclusions

Based upon the information provided to me, some of which is highlighted in the above point-by-
point synopsis and buttressed by my exhibits, attachments, and addendums, I am able to assert
my conclusions based upon a reasonable degree of medical and psychiatric certainty.

During the time that I spent reviewing Mrs. Bulger's records and the deposition transcripts in her
case, I was confronted with many factors that placed her at risk for suicide---as well as ones that
protected her from suicide.  Dr. Maris, in his expert report, has already outlined many of those
issues.   I considered what was known about what generally confronted her during her life and,
more specifically what was happening at the time that she decided to end her life.  I am aware
that there is, in virtually any suicide, a precipitating event.

I examined the issues that  increased Mrs. Bulger's risk of suicide: her history of purported
emotional trauma as a youngster, absent or negative parenting, foster care, placement of her son
in foster care, substance abuse, rheumatoid arthritis, other medical problems, chronic pain,
marital problems, financial problems; depression, anxiety and posttraumatic stress; mixed
reports, including previous specific adverse reports from the use of Neurontin and the re-
prescription and continuing use of Neurontin in a patient with a psychiatric history *and*  I
examined the factors that protected her from suicide: a high school GED,  her femaleness,
treatment for substance abuse, recovery from substance abuse, raising her children, especially
her five year old daughter (Exhibits B, GGG), positive response to certain antidepressants
(Exhibits G3, LL), intermittently successful treatment for psychiatric symptoms(Exhibit UU), a
supportive sister, and a forward future outlook prior to the immediate decision to commit
suicide(Exhibit W). After careful review and consideration, I am able to conclude  that Mrs.
Bulger had many risks for suicide and many protective features against suicide, but that she was
one of the  susceptible minority of individuals(particularly, but not exclusively, because of her
history of documented premorbid adverse effects from Neurontin and the documented ability of
Neurontin to precipitate suicidal thinking and suicidal behaviors in certain individuals) where
Neurontin was a significant contributing factor in her suicide. I am able to conclude that Mrs.
Bulger's ingestion of Neurontin was a substantial contributing factor to her suicidal behavior and
completed suicide.

It is also my conclusion that Pfizer, Inc is accountable for Mrs. Bulger's untimely death because
Pfizer failed to adequately inform health professionals, including Drs. Crognale and Goldman,
about the ability of Neurontin to precipitate significant deterioration in mood and increase the
risk of suicide that does, in susceptible individuals, lead to completed suicide.

Bulger, Susan.                          - 13 -

I am able to rigorously defend these conclusions, made within a reasonable degree of medical and psychiatric certainty, in any US Court of Law.

Respectfully,

Stefan P. Kruszewski, M.D.

# EXHIBITS

## Exhibit A: Deposition of Rosenberg, Chaim, MD (Bulger) on 6/26/2008, page 21 lines 14-23.

> "Sue's background is quite traumatic." This is the next paragraph, "She describes her mother as a paranoid schizophrenic and she was beaten by her mother. One of her brothers was allegedly molested and died in the apartment of a New York State Congressman. The cause of death was Cocaine dependence but Sue suspects even more foul play than that. It is very hard to keep in front of all these events in her life."

## Exhibit B: Verbatim Citations from Susan Bulger's Records: Dr. Crognale's Deposition

Mr. Chaffin   (Line 12-15, Page 131) asks Dr. Crognale to remember that Mrs. Bulger had been previously prescribed Neurontin with a significant adverse earlier (year 2000) experience:

> "Please.  Mrs. Bulger mentioning to you in November of 2000 that she had been on Neurontin and it made her feel out of it. Do you remember that?"

Dr. Crognale says that he remembers that Neurontin-induced adverse event at the end of October [of 2000.]

In the deposition of Dr. Crognale, Susan Bulger's physician notes that Mrs. Bulger's  depressive symptoms worsened shortly after her Neurontin was re- started.  Specifically, Dr. Crognale testifies that he began the prescription for Neurontin in May of 2002(line 3-4, page 128), and, by the appointment on 02 July 2002, Mrs. Bulger was feeling more depressed.  Dr. Crognale's medical progress note on that date said:

> "Sue comes in today initially accompanied by her husband Ron and daughter.  Ron at the outset of the interview states that he is very concerned about his wife and her depression which has been going on for two to three months."

Mr. Chaffin correctly identifies in ensuing questions to Dr. Crognale that Mrs. Bulger has been depressed previously in her life and from the outset of his treatment of her.( Lines 18-23, page 132 and lines 7-9, page 133)  However, Dr. Crognale continued to assert the specific changes in Mrs. Bulger's depression in July of 2002 (lines 10-24, page 133;  lines 1-13, page 134) when he reads from his own progress notes:

Bulger, Susan.                              - 15 -

## Exhibit G: Deposition of Gibbons, James Jr (Bulger) on 6/19/2008, page 26 lines 13-24

"A. Well, Ronny had me go to a number of doctors that he'd been to, and he wanted me to go there and give him a very high percentage of what I got for, you know, the information, like five or six different doctors.
Q. So he had you go to doctors, and tell the doctors what?
A. Well, a list of symptoms that would help me get the things he wanted me to get.
Q. And what was it he was wanting you to get?
A. Mainly Oxycodone, Percocet, OxyContin"

## Exhibit H: Deposition of Gibbons, James Jr (Bulger) on 6/19/2008, page 42 lines 5-16

Q. And why were you not worried in June of 1998?
A. Well, I thought she was fairly happy with, you know, motherhood and the fact that she was expecting another child. She was really, really, really happy about that, you know, the baby girl she was going to have, and she was just in her own world. She was straight, not using anything, you know, going out shopping, buying the baby all kinds of things. She was just very, very happy, I mean you could just see it on her face, it was radiating.

## Exhibit I: Deposition of Gibbons, James Jr (Bulger) on 6/19/2008, page 45 lines 9-17

Q. Do you know if she ever stopped using illegal drugs?
A. Yes.
Q. When do you think she stopped?
A. Well, I know she stopped in '97 and '98 when she was expecting the child.
Q. And then did you ever see Susan again after June of 1998?
A. No.

## Exhibit J: Deposition of Gibbons, James Jr (Bulger) on 6/19/2008, page 47 lines 20-24 & page 48 lines 1-4

Do you have any recollection of Susan or Ron accusing you of spray painting their car?
A. Yeah.
Q. Can you tell me about that, what you recall?
A. I poured some water in the gas tank.
Q. You poured some water in their gas tank?
A. Yeah.

## Exhibit K: Deposition of Gibbons, James Jr (Bulger) on 6/19/2008, page 57 lines 2-4

Q. In your opinion, was Ron Bulger a con man?
A. Oh, yes.

## Exhibit L: Deposition of Landry, Linda (Bulger) on 6/27/2008, page 9 lines 14-17

THE WITNESS: Because he told me that's what he was there to do, and he gave me one.
Q. He gave you a methadone tablet?
A. Yes, he did.

## Exhibit M: Deposition of Landry, Linda (Bulger) on 6/27/2008, page 19 lines 14-16

Bulger, Susan.                                 - 14 -

> "She is crying on a regular basis. She has not had any suicidal ideation either passive or
> active."
> And---
> "She hates her life as it stands. She is demotivated, anhedonic and has difficulty with
> sleep."
> And----
> "She calls herself a shelf a person. She denies any abuse in the home and feels well
> supported by her husband. She has a counselor who she sees on a regular basis at CAB
> and feels well supported there as well. She self d/c'd her Paxil approximately one week
> ago as she felt it was not helping."

Mr. Chaffin asks Dr. Crognale (lines 15-24, Page 136) whether Mrs. Bulger's new complaints of
depression   suffered after re-starting the Neurontin   in 2002 were in any way different from her
previous complaints of depression.  The answer was ' yes.  Significantly, Dr. Crognale  says in
his deposition   that Mrs. Bulger's was "subjectively  more depressed" and that her complaints
were "more emphatic."

## Exhibit C: Deposition of Rosenberg, Chaim, MD (Bulger) on 6/26/2008, page 22 lines 10-12.

"She has been off Cocaine for the past month and is trying to get her house and life back in order."

## Exhibit D: Deposition of Gravini, Matthew (Bulger) on 6/27/2008, page 33 lines 3-5, 7-9, 14-16; page 34 lines 23-24 & page 35 lines 1-5.

"Okay. So the sentence that begins, "Bulger stated that his wife" -- this is about seven lines down,
do you see where I am?  ..."stated that his wife, whom he identified as Susan E. Bulger DOB
12/14/64, went downstairs to go to bed at about 6 PM"... "after taking four Neurontin, which had
been prescribed for depression." That's information that you received from the Peabody Police
officers?...

When Ronald Bulger subsequently told you that she had taken Neurontin -- the Neurontin before
she went downstairs, that was consistent with what you had been --
        A. Yes.
        Q. -- told he had said
        A. I believe so, yes. Yes."

## Exhibit E: Deposition of Gravini, Matthew (Bulger) on 6/27/2008, page 46 lines 23-24 & page 47 lines 1-2

"-- did you see any illegal drugs? Did you see anything that might have looked like cocaine or
heroin or anything of that nature?
        A. No."

## Exhibit F: Deposition of Gibbons, James Jr. (Bulger) on 6/19/2008, page 16 lines 4-11

"My sister used to come over to my house complaining all the time that she was in pain. And I
said "well, where's your medicine?"" She said "well, Ronny took it and sold it." And not only did he
take it and sell it, but then he'd make her go out and buy shit off the streets to help deal with her
pain, you know, like coke and crack and shit like that."

Bulger, Susan.                    - 16 -

Q. And when was that?
A. See, I was in a coma and stuff in 2004 after the cancer, so it's hard for me to remember.

## Exhibit N: Deposition of Landry, Linda (Bulger) on 6/27/2008, page 16 lines 12-18

Q. Did you have contact with Ron, her husband?
A. No, We basically -- he did not like us to communicate.
Q. He didn't like you and Susan to communicate?
A. No, because I would straighten her out, and she would go to leave him. And that's what the plan was before this all happened.

## Exhibit O: Deposition of Landry, Linda (Bulger) on 6/27/2008, page 47 lines 6-10

A. Yes, she had. She always -- when she did it, when she would get depressed because she would get into the drugs, and it would be with Ronny, she would slice her wrists or take pills. She would never hang herself. Never, never, never.

## Exhibit P: Deposition of Landry, Linda (Bulger) on 6/27/2008, page 50 lines 16-19

Q. So you don't know --let me go back. You don't know of *any* physical abuse by Mr. Bulger?
A. No.

## Exhibit Q: Deposition of Landry, Linda (Bulger) on 6/27/2008, page 56 lines 11-12

Q. Did your sister work?
A. No.

## Exhibit R: Deposition of Landry, Linda (Bulger) on 6/27/2008, page 58 lines 19-21

A. Yes. Actually, it was from the drug-use she miscarried. That's why she was so happy when she had ███████. That's why she stopped it all.

## Exhibit S:  Deposition of Landry, Linda (Bulger) on 6/27/2008, page 60 lines 3-6

A. Oh, yes. She was. She was coming to live with me.
Q. But then -- she told you that?
A. Yes.

## Exhibit T: Deposition of Landry, Linda (Bulger) on 6/27/2008, page 70 lines 9-13

Q. Would you say that her children were the one -- if nothing else, one of the -- the one bright spot in her life?
A. Yes, it was, especially after █████ was born.

## Exhibit U: Deposition of Landry, Linda (Bulger) on 6/27/2008, page 71 lines 6-9

Q. Did -- now, did I hear correctly that your hus -- your ex had hit you with a frying pan, or something like that?
A. Yes, he did.

## Exhibit V: Landry, Linda Deposition (Bulger). 6/27/2008. Page 17 lines 12-17.

Bulger, Susan.                            - 17 -

"...because Ronny had this control over her, and he knew how to use the drugs to get her back, and she was afraid she couldn't make it without him. And he would tell her he would take the son away, and she was afraid because he had family, and we didn't."

**Exhibit W: Landry, Linda Deposition (Bulger). 6/27/2008. Page 75 lines 22-24, page 76 lines 1-3.**

"She [Susan Bulger] was getting up to leave him[Ron Bulger, Sr.], and he knew she meant it this time because I was standing behind her. He heard us on the phone. She would never hang herself, not in the house with her child or anything else."

**Exhibit X: Deposition of Landry, Linda (Bulger) on 6/27/2008, page 83 lines 10-14**

Q. Okay. In fact, my understanding is that her daughter, ███████, was sort of like the love of her life. Would that be an accurate assessment, ma'am?
MR. CHAFFIN Objection.
A. Yes, It would.

**Exhibit Y: Deposition of McEachern, Barry (Bulger) on 7/1/2008, page 21 lines 7-16**

"... and the first person I met walking through the door before I went down in the basement is like this little eight-year old girl walks up saying, you know, "is mommy going to be all right," in which case, you know, the heart ratchets down a couple levels.  So that was like pretty sad. Downstairs the husband seemed pretty obviously distraught, didn't really talk to him too much."

**Exhibit Z: Rouhandeh JP, Sayler SW, Chaffin DB. Defendants' Supplemental Submission in Further Support of Motion to Compel Mr. Bulger's Records (Docket #1316). Motion relating to: Bulger v. Pfizer, et al., C.A. No. 07-11426-PBS. Master File No. 04-10981. US District Court, District of Massachusetts. p. 1.**

Mrs. Bulger's medical records indicate that she had several serious risk factors that explain her suicide, including a long-term substance abuse problem, depression, chronic pain, and a conflictual and abusive relationship with Mr. Bulger, who was also a drug user.

**Exhibit Aa: Rouhandeh JP, Sayler SW, Chaffin DB. Defendants' Supplemental Submission in Further Support of Motion to Compel Mr. Bulger's Records (Docket #1316). Motion relating to: Bulger v. Pfizer, et al., C.A. No. 07-11426-PBS. Master File No. 04-10981. US District Court, District of Massachusetts. p. 2.**

... the suicide risk factors in her home at that time (*e.g.*, marital conflict and other social stressors).

**Exhibit Ab: Commonwealth of Massachusetts Standard Certificate of Death. Susan E. Bulger. Date of Death: August 4, 2004. Date of Record: August 9, 2004**

Immediate cause of death: hanging

**Exhibit Ac: Defendants Answer to Complaint in relation to: RONALD 1. BULGER, SR., as Administrator of the Estate of SUSAN BULGER, Deceased v. PFIZER, INC. and PARKEDAVIS, DIVISION OF WARNER-LAMBERT COMPANY, No. 07-CA-11426-PBS. MDL Docket No. 1629. Master File No. 04-10981.**

Bulger, Susan.                        - 18 -

TENTH AFFIRMATIVE DEFENSE
To the extent Plaintiff claims product liability, Plaintiff's claims are barred by the doctrines described in Sections 6(c) and (d) of the Restatement Third of Torts: Products Liability. Reasonable physicians knowing of the reasonably foreseeable risks and therapeutic benefits associated with Neurontin would have prescribed and did prescribe Neurontin for classes of patients. In addition, Defendants provided prescribing physicians with reasonable instructions or warnings regarding foreseeable risks of harm.

**Exhibit Ad: Richer MP. Plaintiff's Rule 26(a)(1) Disclosures: In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION. Relates to: RONALD J. BULGER, SR., as Administrator of the Estate of SUSAN BULGER, deceased: 07-CA-11426-PBS. 1-25-2008. p. 1.**

The following witnesses may be used to support the claims of the plaintiff, herein:
1. Police and ambulance personnel who responded to/investigated the incident, including Peabody Police Dept, 6 Allens Ln, Peabody, MA 01960; Massachusetts State Police, 407 Worchester Rd, Framingham, MA 01702; Peabody Fire Dept, 41 Lowell St, Peabody, MA 01960; and Northshore Ambulance, 63 Grove St, Salem, MA 01970;
2. Neurontin prescribing physician Dr. Richard Goldman, 873 Worcester St., Wellesley, MA 02482;

**Exhibit Af: Richer MP. Plaintiff's Response to Defendants' First Set of Interrogatories. RONALD J. BULGER, SR., as Administrator of the Estate of SUSAN BULGER, deceased: 07-CA-11426-PBS. 1-25-2008. p. 6.**

Plaintiff and decedent were married 3/31/86 in Rhode Island.
Decedent is the natural parent of Ronald Bulger, Jr., son, dob ████87, and ████████
daughter, ████99.

**Exhibit Ag: Richer MP. Plaintiff's Response to Defendants' First Set of Interrogatories. RONALD J. BULGER, SR., as Administrator of the Estate of SUSAN BULGER, deceased: 07-CA-11426-PBS. 1-25-2008. p. 20-21.**

The names and addresses of prescribers are as follows:
Dr. Richard Goldman, 873 Worcester St, Wellesley, MA 02482;
Neurontin
        Dr. Goldman-300mg/3xs day-10/25/03-6/17/04; 300mg/4xs day-7/12/04
Oxycontin
        Dr. Goldman-40mg/3xs day-10/8/03-7/12/04
Methadone
        Dr. Goldman-...10mg/14xs day-7/12/04; 10mg/15xs day-6/14/04
Prednisone
        Dr. Goldman-10mg/1 x day-1 0/8/03-5/24/04
Clonazepam
        Dr. Goldman-...1mg/4xs day-6/8/04-7/20/04
Effexor XR
        Dr. Goldman-...37.5mg/1x day-7/12104

Bulger, Susan.                                        - 19 -

**Exhibit AA: Evans, Richard MD. UMASS Memorial Medical Center Laboratory Tests: CASE,CME04-2317: Sandra Bulger. Worcester, MA. Received: 9/1/04, 1430. Run on:10/5/04, 1034.**

Benzodiazepine screening test positive.

**Exhibit BB: Peabody Police Department. Narrative for Patrol Sean Dowd, Ref: 04-3052-OF.**

Before going downstairs she took 4 Neurontin as prescribed (she suffered from depression).

**Exhibit CC: The Medicine Shoppe #0500. Medical Expenses for Susan Bulger from 1/1/2004-4/8/2005. Beverly, MA 01915.**

7/12/04 Effexor XR 37.5mg, 30 cap
7/12/04 Effexor XR 150mg c, 30 cap
7/12/04 Neurontin 300mg ca, 120 cap
7/12/04 Methadone 10mg, 420 tab
7/12/04 Oxycontin 40mg tab, 90 tab
7/20/04 Clonazepam 1mg tab, 60 tab

**Exhibit DD: Walgreens Store #02325. Purged Data for Store #02325 re: Bulger, Susan. 11/10/04. p. 36466.**

RX 0439808 NEURONTIN 300MG CAPSULES
CROGNALE, D
SIG: TK 3 CS PO BID FOR 30 DAYS
04/14/2003 Qty:180 Refills:2 Fill Qty:30

**Exhibit EE: Walgreens Store #02325. Purged Data for Store #02325 re: Bulger, Susan. 6/5/01. p. 77356.**

RX 0256643 NEURONTIN 400MG CAPSULES
AKABANE, Y
SIG: TK 1 C PO TID
01/07/2000 QTY:90 REFILLS:0 DAYS SUPPLY:30

**Exhibit FF: Confidential-000376-25AMD-00008. Appointments for Susan Bulger.**

**Friday, Aug 6, 2004 at 9:30 AM in Wellesley**
Dr. Richard S Goldman MD - follow-up of 7-12-04
This Appointment was created by Rhona Hayes, Monday, Jul 12, 2004
Not Confirmed
No Show
**Monday, Jut 12, 2004 at 9:30 AM in Wellesley**
Dr. Richard S Goldman MD - follow up
This Appointment was created by Ms. Leslie Power, Monday, Jun 14, 2004
Not Confirmed

Bulger, Susan.                              - 20 -

[C] ompleted

**Exhibit GG:  Confidential-000376-25AMD-00017. Encounter Note by Dr. Richard S Goldman MD (DOS: 07/12/2004). Patient: Bulger, Susan E.**

Sue returns today for follow up. She's doing pretty well overall. She's taking her pain medications as prescribed, and its keeping her under pretty good control pain-wise. She is not having any new problems at this time.        Confidential. 000376.25AMD.00030

**Exhibit HH: Confidential-000376-25AMD-00030. Robinson, Dwight MD. Visit Note: Susan Bulger. Internal Medicine Associates – Primary Care Program. 5/9/96.**

Major Problems: Rheumatoid Arthritis
She has destructive disease of mostly the upper extremities with recent constructive surgery but her main problem is for the past 2 months severe pain in the (R) elbow.  On examination today she has some effusion and some bony deformity…

She has been through numerous medications including three courses of myochrisine and a course of methotrexate which left her depressed and caused significant hair loss.  She's also been on a course of Imuran…

**Exhibit II: Confidential-000376-25AMD-00031. Robinson, Dwight MD. Visit Note: Susan Bulger. Internal Medicine Associates – Primary Care Program.4/11/96.**

Laboratory Tests: Hematology
  Erythrocyte sedimentation rate: *49
Laboratory Tests: Microbiology and Serology
  Rheumatoid factor: *468

**Exhibit JJ: Confidential-000376-25AMD-00087. Abdi, Salahadin MD & Borsook, David MD, PhD. Letter to Dwight Robinson, MD Re: Susan Bulger, MGH# 340-98-62. Sept 18, 1995. p.1.**

…she recently started working as a cashier in a supermarket.
Her past medical history is significant for rheumatoid arthritis, and she has had multiple surgeries in the past, starting in 1984, to 1994, about 9 times with different joints involved, including both wrists, both elbows, and the right ankle. She had right foot surgery twice in the past. Her psychiatric history is significant for seeing many psychiatrists in the past, and she is still seeing a psychiatrist. She smokes, and denied taking any alcohol.

**Exhibit KK: Confidential-000376-25AMD-00087. O' Flynn, Hugh MD. Operative Report for Susan Bulger: 3-11-2003.**

Postoperative Diagnosis: Failed right total elbow replacement with olecranon nonunion.
Operation: Revision, right total elbow replacement; excision of distal proximal portion of olecranon.

**Exhibit LL: Crognale, Dino MD. Progress Notes, Susan Bulger. 5/16/03. p.1.**

Regarding her depression, she feels like Lexapro 20 mg in combination with Neurontin 300 mg qhs seems to be improving her mood stability. She feels less depressed and anxious. Feels more even.

Bulger, Susan.                          - 21 -

**Exhibit MM: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 58 lines 7-9.**

>    A. She had depression.
>    Q. Was she bipolar?
>    A. I don't believe so.

**Exhibit NN: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 61 lines 5-11.**

>    Q. Doctor, resuming, are you aware of any epidemiological studies that have demonstrated any association between the use of Neurontin or gabapentin and suicide or suicide attempt?
>    A. I am not.
>    Q. Have you looked for any such studies?
>    A. No.

**Exhibit OO: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 78 lines 6-14.**

>    Q. And the evidence was that Mrs. Bulger was being prescribed the OxyContin but wasn't was not ingesting it?
>    A. It's more complicated than that.
>    Q Okay, Can you explain?
>    A. People metabolize these medications differently, and because of that sometimes drug testing, urine testing can be inconclusive.

**Exhibit PP: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 79 lines 18-21.**

>    "With regard to her prior psych history, she has in the past been told by psychiatrists and by Dr. Mengel that there was a possibility that she had some bipolar disorder."

**Exhibit QQ: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 80 lines 4-8.**

>    A. I do not believe she was bipolar.
>    Q. And she goes on -- you go on to write "she had been on Depakote which gave her significant diarrhea and Neurontin which made her completely out of it."

**Exhibit RR: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 83 lines 23-24, page 84 lines 1-4.**

>    Q. Actually, Doctor, it was -- you frequently inquired of her about whether she had any suicidal thoughts, right?
>    A. Yes, I did.
>    Q. Did she ever express to you that she had any suicidal thoughts?
>    A. Not to my recollection.

**Exhibit SS: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 95 lines 11-20.**

>    "regarding her chronic pain issues from rheumatoid arthritis, she does continue to have aches and pains in various areas. She controls these using the OxyContin at her discretion. She has some

Bulger, Susan.                          - 22 -

days better than others. She uses up to 4 to 5 per day; some days she needs much less than that. She does, however, have some problems when she calls in for her script, she feels like she is getting somewhat harassed by the nurses if she calls too early."

**Exhibit TT: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 127 lines 22-24, page 128 lines 1-4.**

Q. I'm going to show that to you, Doctor. Could you take a look at that and tell me if you can determine from Exhibit 5 when you first prescribed Neurontin for Mrs. Bulger? (Witness reviewing document.)
A. According to Exhibit 5, it looks like the first time was in May of 2002.

**Exhibit UU: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 139 lines 2-12.**

A. So to correct that, her circumstances created in her a negative perception of life, and so that's what made her dysthymic. That was a baseline. In-between she would have blips where she would get truly depressed, and that is what I think you're seeing over these last couple of notes, is a major, what we call major depression where there's a succinct period of time that the level of depressive symptoms are elevated, and then with treatment generally become under control.

**Exhibit VV: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 144 lines 6-16 and 20-22.**

Q Now, under your normal practice, would you have been assessing Mrs. Bulger during this period of time with respect to her reaction to the Neurontin?
A. Yes.
Q. And looking for any signs of adverse effects?
A. Yes.
Q. And if you had seen any, would you have noted them?
A. Yes.

**Exhibit WW: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 147 lines 14-20.**

Q "She feels that there has been an increase in her depression, primarily secondary to her 15-year old dog dying. She is also becoming more anxious. She was taking Prozac 60 milligrams and would like to increase to 80. She also had recently started Neurontin for her chronic pain. However, stopped that because she felt it was making her more moody.

**Exhibit XX: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 149 lines 8-15.**

Q. And what does that mean, "will reintroduce Neurontin"?
A. It means that we're going to restart it. She had stopped it on her own, and I restarted it, or I suggested that she restart it.
Q. And why is that?
A. It's not clear from the record.

**Exhibit XX: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 150 lines 19-23.**

This is you reintroducing the Neurontin?

Bulger, Susan.                              - 23 -

A. Yes.
Q. And this was for pain?
A. Yes.

## Exhibit XX: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 157 lines 1-5.

Q. And then "2. Will fill out prior authorization for Neurontin 300 milligram 3 tabs PO BID, which is helping her significantly regarding both her affective disorder and her pain syndrome."

## Exhibit YY: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 161 line 24, page 162 lines 1-4.

"-- seems to be improving her mood stability. She feels less depressed and anxious. Feels more even. Is having no significant side effect. Neurontin is also helping her to sleep better."

## Exhibit ZZ: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 166 line 24, page 167 lines 1-11 and 16-18.

A. Did you receive -- do you recall receiving any information directly from any representative of Warner-Lambert, Parke-Davis or Pfizer about Neurontin?
A. Yes
Q. Could you describe what the information was and how you got it?
A. The only recollection I have of any information from a drug representative directly is in a conversation with a drug rep who mentioned that the side effect of sedation improves with increasing doses.
...
Q. So, in other words, the more you take the less you're sedated?
A. Yes

## Exhibit AAA: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 169 lines 5-10.

A. The exchange would have been in context of the representative telling us about the medication, and in discussion of side effects making an emphasis that this was one side effect that improved counter-intuitively with dose.

## Exhibit BBB: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 201 lines 4-8.

Q. What do you understand the product insert to say regarding mood and behavioral disturbances?
A. That it is -- it is a common reaction.

## Exhibit CCC: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 202 lines 3-7.

A. Yes I was very aware for side effects for her.
Q. Related to Neurontin?
A. Yes, because she had a prior history of not doing well on Neurontin.

## Exhibit DDD: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 217 lines 15-24.

Bulger, Susan.                                  - 24 -

Q. The depressions that you've described as ebbing and flowing with Miss Bulger, did that ever at any time, did you believe, create an imminent suicidality for her?
A. No, I do not.
Q. And the anxiety that you believe that you observed and set forth in your records, did you ever believe the anxiety created imminent suicidality?
A. No, I did not.

**Exhibit EEE: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 218 lines 12-13.**

A. No, I don't have any recollection of any conversation about suicidality.

**Exhibit FFF: Deposition of Crognale, Dino MD (Bulger) on 3/25/2008, page 220 lines 4-11.**

Q. And my next question is; the chronic pain that she had, whether it was from the rheumatoid arthritis or some other underlying indication, did that make her an increased risk of suicide in your opinion?
A. As an individual, no.
Q. I'm asking specifically to her.
A. Specifically to her, no.

**Exhibit GGG: Crognale, Dino MD. Progress Notes: Susan Bulger. 7/16/02. Date printed: 12/05/07. Page 20-21.**

Major Depression with severe Dysthymia; panic attacks.
Her husband is being supportive, doing some of the work at home.

**Exhibit HHH: Crognale, Dino MD. Progress Notes: Susan Bulger. 2/23/01. Date printed: 12/05/07. Page 45-46.**

Sue comes in today in flu of her depression… She states that her relationship with her husband is good although this comment does make me somewhat suspicious. She denies any current abuse but does have a long history of abuse and PTSD related to that. She denies suicidal or homicidal ideation.

**Exhibit III: Crognale, Dino MD. Progress Notes: Susan Bulger. 10/30/00. Date printed 12/05/07. Page 53-54.**

Moderate Depression, ? Bipolar; RA
Reason for visit: f/u meds
With regard to her prior psych history, she has in the past been told by psychiatrist and by Dr. Mengel that there was a possibility that she had some bipolar disorder. She had been on Depakote which gave her significant diarrhea and Neurontin which made her completely out of it.

**Exhibit JJJ: Confidential-000376-21CAH-00015. Medwid, William MD (5/31/02), unknown (illegible) R.N.P. signature (5/22/02). Medical History: Susan Bulger. Center for Addictive Behaviors Health Center.**

Ever Suicide Attempt:  Y  N   [The Y is NOT circled]

Bulger, Susan.                          - 25 -


**Exhibit KKK: Confidential-000376-21CAH-00022. Medwid, William MD (5/31/02), unknown (illegible… though appears to be same signature as Exhibit JJJ, above) R.N.P. signature (5/22/02). Medical History: Susan Bulger. Center for Addictive Behaviors Health Center.**

> Ever Suicide Attempt:  Y  N   [The Y IS circled]
> When? Intoxicated att… : 1982   yes

> [The same takers of medical history have endorsed conflicting information for this question on two different dates.]


**Exhibit G1**
**Deposition of Richard Goldman MD taken April 22, 2008 starting on Page 48 Line 5 to Line 12**

> *"Q. Have you seen representatives of Pfizer or Warner-Lambert or Parke-Davis? A. Ever? Q. Ever. A. Yes Q. Have you discussed Neurontin with any representatives of Pfizer, Warner-Lambert or Parke-Davis, if you can recall?"A. I don't recall specifically any conversations specific to Neurontin."*


**Exhibit G2**
**Deposition of Richard Goldman MD taken April 22, 2008 starting on Page 72 Line 13 to Line 14**

> *"I have no specific recollection of having suspicions of substance abuse."*


**Exhibit G3**
**Deposition of Richard Goldman MD taken April 22, 2008 starting on Page 121 Line 2 to Line 11**

> *"Q. So this indicates that the Effexor was helping her with the symptoms for which you had prescribed it? A. Again, specifically I don't know why she was feeling belter, but it does suggest that getting back on the Effexor -- or being off the Effexor was making her feel lousy, being back on it made her feel better. And as I said, it says "she now realizes that it is helping," so I assume that means that she felt better on it."*


**Exhibit G4**
**Deposition of Richard Goldman MD taken April 22, 2008 starting on Page 124 Line 2 to Line 7**

> *"Q. Okay. Down below at the end of the discussion section, "I also added Neurontin 300-milligrams in the a.m. along with her 900-milligram at HS." Do you see this? A. Yes."*


**Exhibit G5**
**Deposition of Richard Goldman MD taken April 22, 2008 starting on Page 128 Line 8 to Line 10**

> *"A. It says here Hepatitis C is a type of -- it's a viral infection, it's a hepatitis virus of the liver called Hepatitis C."*

Bulger, Susan.                              - 26 -

**Exhibit G6**
**Deposition of Richard Goldman MD taken April 22, 2008 starting on Page 132 Line 19 to Line 23**

> "Q. Okay. Now, having gone through these encounter notes, did they refresh your memory at all about any discussions you may have had with Mrs. Bulger about Neurontin in particular? A. No, nothing specific."

**Exhibit G7**
**Deposition of Richard Goldman MD taken April 22, 2008 starting on Page 173 Line 14 to Line 16**

> "Q. Have you ever gone to any dinners sponsored by Pfizer? A. I'm sure I have."

**Exhibit G8**
**Deposition of Richard Goldman MD taken April 22, 2008 starting on Page 176 Line 21 to Line 23**

> "Q. How -- and I believe you've already testified you don't know what necessarily Neurontin is approved for?"

**Exhibit G9**
**Deposition of Richard Goldman MD taken April 22, 2008 starting on Page 190 Line 1 to Line 11**

> "Q. Did you advise Susan at any time while she was taking Neurontin that she should be on the lookout for the emergence of any anxiety? A. I have no specific recollection of asking her or telling her to look out for specific anxiety symptoms, no. Q. Did you communicate to Susan to be on the lookout while she was on Neurontin for any increases of agitation or hostility? A. I have no specific recollection of that, no."

**Exhibit G10**
**Deposition of Richard Goldman MD taken April 22, 2008 starting on Page 192 Line 18 to Line 22**

> "Q. Did you conduct any type of suicide risk assessment when you initially started treating with -- started treating Susan Bulger? A. I have no specific recollection of doing a specific suicide risk analysis."

**Exhibit G11**
**Deposition of Richard Goldman MD taken April 22, 2008 starting on Page 199 Line 2 to Line 3**

> "A. No, I had no reason to believe that Susan was at high risk for suicide."

**Exhibit G12**
**Deposition of Richard Goldman MD taken April 22, 2008 starting on Page 212 Line 7 to Line 17**

> Q. Now, in your records on Page 20. A. My records, yep. Okay. Q. You went over this earlier where you said you added 300 milligrams in am along with 900 milligrams in the

Bulger, Susan.                           - 27 -

*evening. A. Right. Q. -- on 4/12/04. A. That is correct. Q. But the pharmaceutical records that we just reviewed reflect that change in dosage July 12th, 2004, correct?"*

## Addendum A
## Application of Sir Bradford Hill 'guideposts' to determination of causation in Neuropsychiatry

"Sir Austin Bradford Hill proposed criteria[1] to guide establishing an argument of causation decades ago when reviewing evidence in support of a causative role for occupational and lifestyle factors in producing a number of disease states (such as various cancers). These criteria have since been widely applied.[2,3] However, their relevance to establishing a causative role of brain dysfunction in producing changes in Behavior has not been critically examined. Nor have these criteria been frequently applied in the literature related to disorders that affect the function of the brain. It may well be that some of these criteria are not appropriate, or feasible, for establishing an argument of causation in neuropsychiatry. Our goal in this article is to facilitate and encourage the use of rigorously applied criteria for establishing arguments of causation in neuropsychiatric research. To do so, we review Bradford Hill's criteria in terms of their importance to establishing an argument of causation for brain dysfunction in producing changes in Behavior and in terms of challenges and opportunities relevant to neuropsychiatric research. Examples of causation arguments, including those for poststroke depression and psychiatric disorders after traumatic brain injury (TBI), are briefly presented to highlight the potential importance of these criteria.

Bradford Hill's criteria have been summarized[2] as including 1) the demonstration of a strong association between the causative agent and the outcome, 2) consistency of the findings across research sites and methodologies, 3) the demonstration of specificity of the causative agent in terms of the outcomes it produces, 4) the demonstration of the appropriate temporal sequence, so that the causative agent occurs prior to the outcome, 5) the demonstration of a biological gradient, in which more of the causative agent leads to a poorer outcome, 6) the demonstration of a biologic rationale, such that it makes sense that the causative agent causes the outcome, 7) coherence of the findings, such that the causation argument is in agreement with what we already know, 8) experimental evidence, and 9) evidence from analogous conditions.

Bradford Hill's criteria are potentially helpful for neuropsychiatry because they 1) are widely accepted and applied throughout medicine, 2) may increase rigor in establishing causation through the structure they provide, 3) facilitate the teaching of important lessons about the role of the brain in producing Behavioral change (e.g., if there is an absence of a biologic gradient, this suggests hypotheses related to brain function that might explain this finding), and 4) suggest research approaches (e.g., the need to establish a temporal sequence speaks to the need for prospective studies)."

[Reference: The above quote was taken directly from: van Reekum R, Streiner DL, Conn DK. *Applying Bradford Hill's Criteria for Causation to Neuropsychiatry*. J Neuropsychiatry Cli

Bulger, Susan.                          - 28 -

Neurosci 13:318-325. August 2001. Accessed by SPKmd on 8.5.08 at the website: http://neuro.psychiatryonline.org/cgi/content/full/13/3/318]

## Addendum B

# Application of NARANJO ADVERSE DRUG REACTION PROBABILITYSCALE

Purpose of the Naranjo scale: To provide a systematic method for assessing the probability of an adverse drug reaction in a clinical setting

Read each question to determine the correct response, check the box, and place the number corresponding to that response in the appropriate box in the score column.  Total the numbers in the score column to determine the probability that a particular medication was responsible for the reported adverse event.

| Question | Yes | No | NA | Score |
|---|---|---|---|---|
| 1.  Are there previous *conclusive* reports? | +1? | 0? | 0? | yes |
| 2.  Did the adverse event appear after the suspected drug was administered? | +2? | -1? | 0? | yes |
| 3.  Did the adverse event improve when drug was discontinued or *specific* antagonist was administered? | +1? | 0? | 0? | yes |
| 4.  Reaction was more severe with increased dose or less severe with decreased dose? | +1? | 0? | 0? | No |
| 5.  Did the reaction appear when the drug was readministered? | +2? | -1? | 0? | yes |
| 6.  Are there other nondrug causes for the adverse event? | -1? | +2? | 0? | yes |
| 7.  Did the reaction appear when a placebo was given? | -1? | +1? | 0? | n/a |
| 8.  Was a toxic serum concentration noted? | +1? | 0? | 0? | no |
| 9.  Does patient have a history of similar reaction with drug or drug class? | +1? | 0? | 0? | yes |
| 10. Adverse event confirmed by any objective evidence? | +1? | 0? | 0? | yes |

Bulger, Susan.                        - 29 -

| Total Score | | |
|---|---|---|

Adapted by University of Arizona, college of Pharmacy from **Naranjo** CA, Busto U, Sellers EM et al. A method for estimating the probability of adverse drug reactions. *Clin Pharmacol Ther.* 1981; 30:239-45.

Naranjo causality scale for adverse drug reactions **Scoring** > 9 = definite adverse drug reaction (ADR)  5-8 = probable ADR  1-4 = possible ADR  0 = doubtful ADR

[accessed by SPKMD on 8.6.08;
http://dermatology.cdlib.org/127/case_reports/methotrexate/table2.htm;]

Applying the guidelines from the Naranjo et al publication to assess the cause of an adverse drug reaction (with the assumption that an adverse reaction to a drug may differ from an adverse behavioral response to a medication), I obtained a score of 7, as noted.   That score places the adverse event (AE) of suicide from Neurontin for Mrs. Bulger in the mid-range of a 'probable' causative association.

## Addendum C: Bibliography

In the past 4 years, some of the documents that I reviewed in order to better understand the effects of gabapentin include the following.  For the purpose of this report, these documents should be considered *an example* of what I considered and/or relieved upon in order to form my conclusions about the neuropsychiatric effects of Neurontin.

1.  Arranz B, Eriksson A, Mellerup E, et al. (1994) **Brain 5-HT$_{1A}$, 5-HT$_{1D}$, and 5-HT$_2$ receptors in suicide victims.** *Biol Psychiatry.* 35: 457-463.

2.  Baumeister AA, Frye GD. (1984) **Self-Injurious Behaviour in Rats Produced by Intranigral Microinjection of GABA Agonist.** *Pharmacology, Biochemistry and Behavior*, Vol. 21 pp. 89-95.

3.  Bennett MI, Simpson KH. (2004) **Gabapentin in the treatment of neuropathic pain.** *Palliat Med.* 18: 5-11.

4.  Bertrand S, Ng GYK, Purisai MG, et al. (2001) **The Anticonvulsant, Antihyperalgesic Agent Gabapentin Is an Agonist at Brain γ-Aminobutyric Acid Type B Receptors**

Bulger, Susan.                              - 30 -

**Negatively Coupled to Voltage-Dependent Calcium Channels**. *The Journal of Pharmacology and Experimental Therapeudics*. 298(1): 15-24.

5. Bertrand S, Nouel D, Morin F, et al. (2003) **Gabapentin Actions on Kir3 Currents and N-type Ca$^{2+}$ Channels via GABA$_B$ Receptors in Hippocampal Pyramidal Cells**. *Synapse*. 50: 95-109.

6. Bloms-Funke P, Löscher W. (1996) **The anticonvulsant gabapentin decreases firing rates of substantia nigra pars reticula neurons**. *European Journal of Pharmacology*. 316: 211-218.

7. Blumberg, Alan. (March 30, 1992) **Memo to Distribution: Gabapentin MAA – Product Profile**. International Regulatory Affairs, Parke-Davis Pharmaceutical Research Division, Warner-Davis Company. 1-3.

8. Bowery NG, Hill DR, Hudson AL, et al. (1980) **Baclofen decreases neurotransmitter release in the mammalian CNS by an action at a novel GABA receptor**. *Nature*. 283: 92-94.

9. Brown TM, Stoudemire A. (1998) **Psychiatric Side Effects of Prescription and Over-the Counter Medications: Recognition and Management.** *American Psychiatric Press, Inc.* Washington, DC.

10. Cherek DR, Lane SD, Pietras CJ, et al. (2002) **Acute effects of baclofen, a γ-aminobutyric acid-B agonist, on laboratory measures of aggressive and escape responses of adult male parolees with and without a history of conduct disorder.** *Psychopharmacotherapy*. 164: 160-167.

11. Cherek DR, Tcheremissine OV, Lane SD, Pietras CJ. (2004) **Acute effects of Gabapentin on laboratory measures of aggressive and escape responses of adult parolees with and without a history of conduct disorder.** *Psychopharmacology*. 171: 405-412.

12. Cooper JR, Bloom FE, Roth RH. (1986) **The Biochemical Basis of Neuropharmacology: Fifth Edition**. *Oxford University Press*. New York, NY.

13. Cornelius JR, Salloum IM, Mezzich J, et al. (1995) **Disproportionate suicidality in patients with comorbid major depression and alcoholism.** *Am J Psychiatry.* 152: 358-364.

14. Crawley JN, Sutton ME, Pickar D. (1985) **Animal Models of Self-Destructive behavior and suicide.** *Psychiatr Clin North Am.* 8(2): 299-310.

15. Di Trapani G, Mei D, Marra C, et al. (2000) **Gabapentin in the Prophylaxis of Migraine: A Double-Blind Randomized Placeb-Controlled Study**. *La Clinica Terapeutica*. 151(3): 145-148.

Bulger, Susan.                            - 31 -

16. Dimond KR, Pande AC, LaMoreaux L, et al. (1996) **Effect of Gabapentin (Gabapentin) [corrected] on mood and well-being in patients with epilepsy.** *Prog Neuropsychopharmacol Biol Psychiatry*. 20: 407-417.

17. Dooley DJ, Mieske CA, Borosky SA. (2000) **Inhibition of K$^+$-evoked glutamate release from rat neocortical and hippocampal clices by gabapentin.** *Neuroscience Letters*. 280: 107-110.

18. Errante LD, Williamson A, Spencer DD, Petroff OA. (2002 May) **Gabapentin and vigabatrin increase GABA in the human neocortical slice.** *Epilepsy Res*. 49(3): 203-210.

19. Ferrier IN. (1998) **Lamotrigine and Gabapentin. Alternative in the treatment of bipolar disorder.** *Neuropsychobiology*. 38: 192-197.

20. Fichter N, Taylor CP, Feuerstein TJ. (1996) **Nipecotate-Induced GABA Release from Slices of the Rat Caudate-Putamen: Effects of Gabapentin.** *Naunyn-Schmiedeberg's Arch Pharmacol*. 354: R35.

21. Fink K, Dooley DJ, Meder WP, et al. (2002) **Inhibition of neuronal Ca$^{2+}$ influx by gabapentin and pregabalin in the human neocortex.** *Neuropharmacology*. 42: 229-236.

22. Flattery KV, Spero L. (1985) **Drugs acting on adrenergic neurons (adrenergic neuronal blocking drugs), in Principles of Medical Pharmacology, 4th Edition.** Edited by Kalant H, Roschlau WH, Sellers EM. Toronto, University of Toronto Press. 203-212. as referenced in: Brown TM, Stoudemire A. (1998) **Psychiatric Side Effects of Prescription and Over-the Counter Medications: Recognition and Management.** *American Psychiatric Press, Inc*. Washington, DC. 4.

23. Gee NS, Brown JP, Dissanayake VUK, et al. (1996) **The novel anticonvulsant drug, Gabapentin (Neurontin), binds to the alpha2delta subunit of a calcium channel.** *J Biol Chem*. 271(10): 5768-5776.

24. Gilron I, Bailey JM, Tu D, et al. (March 31, 2005) **Morphine, Gabapentin, or Their Combination for Neuropathic Pain.** *NEJM*. 352(13): 1324-1334.

25. Giordani AB, Clinical Communications Scientist; Holley HP, Director, Clinical Development; Robbins JL, Senior Statistician, Clinical Biostatistics, CNS. (NO DATE) **Appendix B.2.2: Listing of Serious Adverse Events: Study 945-411, Patient Number 001018.** 1.

26. Götz E, Feuerstein TJ, Lais A, Meyer DK. (1993) **Effects of gabapentin on release of gamma-aminobutyric acid from slices of rat neostriatum.** *Arzneimittelforschung (Drug Research)*. 43: 636-638.

27. Grace AA, Bunney BS. (1979). **Paradoxical GABA Excitation of Nigral Dopaminergic Cells: Indirect Mediation Through Reticulata Inhibitory Neurons.** *European Journal of Pharmacology.* 59: 211-218.

28. Gu Y, Huang L-YM. (2001) **Gabapentin actions on N-methyl-D-aspartate receptor channels are protein kinase C-dependent.** *Pain.* 93: 85-92.

29. Jensen FE, Privitera MD, Shields WD. (March 2002) **The National Institute of Neurological Disorders and Stroke of the National Institutes of Health Presents: Evolving Directions in the Management of Epilepsy.** *Clinician.* 20(1): 1-31.

30. Jensen TS, Sindrup SH. (?2000) **Clinical Expert Report and Written Summary of Clinical Studies: Gabapentin for the Treatment in Neuropathic Pain.** University of Aarhus & Odense University Hospital, Denmark. Pages Pfizer_LCastro_0003585 - Pfizer_LCastro_0003653.

31. Joseph R. (1996) **Neuropsychiatry, Neuropsychology, and Clinical Neuroscience: Emotion, Evolution, Cognition, Language, Memory, Brain Damage, and Abnormal Behavior: Second Edition.** *Williams & Wilkins, A Waverly Company.* Baltimore, MD. 595, 600-601.

32. Karson CN, Casanova MF, Kleinman JE, Griffin ST. (Mar 1993) **Choline Acetyltransferase in Schizophrenia.** *Am J Psychiatry.* 150(3): 454-459.

33. Kelly KM. (Oct 1998) **Gabapentin: Antiepileptic Mechanism of Action.** *Neuropsychobiology.* 38(3): 139-144.

34. Khurana D, Riviello J, Helmers S, et al. (1996) **Efficacy of Gabapentin Therapy in Children with Refractory Partial Seizures.** *Journal of Pediatrics.* 128 (6): 829-833.

35. Kondo T, Fromm GH, Schmidt B. (1991) **Comparison of gabapentin with other antiepileptic and GABAergic drugs.** *Epilepsy Res.* 8: 226-231.

36. Kuzniecky R, Ho S, Pan J, et al. (2002) **Modulation of cerebral GABA by topiramate, lamotrigine, and gabapentin in healthy adults.** *Neurology.* 58(1): 365-372.

37. Lee DO, Steingard RJ, Cesena M, et al. (1996) **Behavioral Side Effects of Gabapentin in Children,** *Epilepsia.* 37 (1): 87-90.

38. Lloyd KGO, Hornykiewicz L, Davidson K, et al. (1981) **Biochemical Evidence of dysfunction of brain neurotransmitters in the Lesch-Nyhan syndrome.** *NEJM.* 305(19): 1106-1111.

39. Lloyd KG, Morselli PL, Depoortere H, et al. (1983) **The Potential Use of GABA Agonists in Psychiatric Disorders: Evidence from Studies with Progabide in Animal Models and Clinical Trials.** *Pharmacology Biochemistry & Behavior.* 18: 957-966.

Bulger, Susan.                              - 33 -

40. Löscher W, Hönack D, Taylor CP. (1991) **Gabapentin increases aminooxyacetic acid-induced GABA accumulation in several regions of rat brain.** *Neuroscience Letters.* 128: 150-154.

41. Maneuf YP, Gonzalez MI, Sutton KS, et al. (2003) **Drugs of the Future: Review: Cellular and Molecular Action of the putative GABA-mimetic, Gabapentin.** *Cellular and Molecular Life Sciences.* 60: 742-750.

42. Martin R, Kuzniecky R, Ho S, et al. (1999) **Cognitive effects of topiramate, gabapentin, and lamotrigine in healthy young adults.** *Neurology.* 52(2): 321-327.

43. McCormick, Cynthia G MD. (1/31/1992) **Review and Evaluation of Clinical Data: NDA #20-235.** *Parke-Davis, sponsor.* 70-74, 78-99, 105-113, +9 attached tables.

44. McLean MJ. (?1994) **Lecture/Slideshow to Warner-Lambert/Parke-Davis/Pfizer re: Gabapentin mechanism of action.** Speaker's Bureau Meeting. Received by Stefan P Kruszewski, MD from Andrew Finkelstein on 2/8/2006. 1-13.

45. Moore KA, Baba H, Woolf CJ. (Dec 2002) **Gabapentin – actions on adult superficial dorsal horn neurons.** *Neuropharmacology.* 43(7): 1077-1081.

46. Naranjo CA, Busto U, Sellers EM, et al. (1981) **A method for estimating the probability of adverse drug reactions.** *Clin Pharmacol. Ther.,* 30(2): 239-45.

47. Ng GYK, Bertrand S, Sullivan R, et al. (2001) **γ-Aminobutyric Acid Type B Receptors with Specific Heterodimer Composition and Postsynaptic Actions in Hippocampal Neurons Are Targets of Anticonvulsant Gabapentin Action.** *Molecular Pharmacology.* 59(1):144-152.

48. Nishikawa, T. (1985) **Inhibitory Influence of GABA on Central Serotonergic Transmission. Involvement of the Habenulo-Raphe Pathways in the GABAergic Inhibition of Ascending Cerebral Serotonergic Neurons. *Brain Research* 81-90.**

49. Parke-Davis. (Aug 2003) **Neurontin® (Gabapentin) Capsules: Neurontin® (Gabapentin) Tablets: Neurontin® (Gabapentin) Oral Solution.** Lori Murray, Senior Ed. *PDR: 58 Edition: 2004: Physicians' Desk Reference.* Thompson PDR. Montvale, NJ. 2004. p. 2559.

50. Perugi G, Toni C, Frare F, et al. (Dec 2002) **Effectiveness of Adjunctive Gabapentin in Resistant Bipolar Disorder: Is it due to Anxious-Alcohol Abuse Comorbidity?** *J Clin Psychopharmacol.* 22(6): 584-591.

51. Petroff OA, Hyder F, Rothman DL, Mattson RH. (2000 Jun) **Effects of Gabapentin on brain GABA, homocarnosine, and pyrrolidinone in epilepsy patients.** *Epilepsia.* 41(6): 675-680.

Bulger, Susan.                              - 34 -

52. Petroff OA, Rothman DL, Behar KL, et al. (1996) **The effect of gabapentin on brain gamma-aminobutyric acid in patients with epilepsy**. *Ann Nuerol*. 39: 95-9.

53. Pfizer. (DATE?) **3.2 Studies With Gabapentin Directed at Mechanism of Action**. Confidential Pfizer Documents. Pfizer_LTive_0007563. DM_FILE/CI-0945 (JMF08901a), RR-REG 740-03550. 32-34.

54. Pfizer Confidential Documents. IND_28454_SUB_004_0101.

55. Pfizer Confidential Documents. New Drug Application pages. NDA20235_MISC_005_0589.

56. Pfizer confidential Documents. Pfizer_L_Castro_0011361.

57. Pinninti N. (2001) **Gabapentin-Associated Aggression**. *Journal of Neuropsychiatry and Clinical Neurosciences,* 13(3): 424.

58. Placidi, GH, Oquendo MA, Malone KM, et al. (2001) **Aggressivity, suicide attempts and depression: relationship to cerebrospinal fluid monoamine metabolite levels**. *Biol Psychiatry*; 50: 783-91.

59. Pollack MH, Matthews J, Scott EL. (1998) **Gabapentin as a potential treatment for anxiety disorders**. *Am J Psychiatry*. 155: 992-993.

60. Pritts J, Panek D. (March 5, 2001) **Drugs in Clinical Development for Epilepsy: March 2001**. PGRD Ann Arbor Laboratories for Pfizer, Inc. 1-9.

61. Rao ML, Clarenbach P, Vahlensieck M, Krätzschmar S. (1988) **Gabapentin augments whole blood serotonin in healthy young men**. *Journal of Neural Transmission*. 73: 129-134.

62. Reimann W. (Oct 1983) **Inhibition by GABA, baclofen and Gabapentin of dopamine release from rabbit caudate nucleus: are there common or different sites of action?** *Eur J Pharmacol*. 94(3-4):341-344.

63. Reimann W, Fritschi E, Köllhofer U, Eysell J (translator). (May 1984) **Confidential Research Report #4192-0166: Gabapentin attenuates the release of Noradrenaline and serotonin but not acetylcholine from brain slices**. Gödecke AG, Research and Development. 1-8.

64. Ring HA, Crellin R, Kirker S, Reynolds EH. (1993) **Vigabatrin and Depression**. *J Neurol Neurosurg Psychiatry*. 56: 925-928.

65. Robillard. (2001) **Gabapentin Use in Geriatric Patients with Depression and Bipolar Illness**. *Canadian Journal of Psychiatry*. 46(8): 764.

Bulger, Susan.                              - 35 -

66. Rocha L, Ondarza-Rovira R, Maidment NT. (1999) **Gabapentin modifies extracellurlar opioid peptide content in amygdale: a mcrodialysis study.** *Epilepsy Research.* 35: 13-20.

67. Salinsky, MC, Binder LM, Oken BS, et al. (2002) **Clinical Research: Effects of Gabapentin and Carbamazepine on the EEG and Cognition in Healthy Volunteers.** *Epilepsia.* 43(5): 482-490.

68. Satzinger G. (1994) **Antiepileptics from Gamma-aminobutyric Acid.** *Drug Res.* 44: 261-266.

69. Schlicker E, Reimann W, Göthert M. (1985) **Gabapentin Decreases Monoamine Release without Affecting Acetylcholine Release in the Brain.** *Drug Res.* 35(II) Nr. 9: 1347-1349.

70. Schmitz, B. (2006) **Effects of Antiepileptic Drugs on Mood and Behavior.** *Epilepsia* 47 (Suppl. 2) 28-33.

71. Shimoyama M, Shimoyama N, Hori Y. (2000) **Gabapentin affects glutamatergic excitatory neurotransmission in the rat dorsal horn.** *Pain.* 85: 405-414.

72. Short C, Cooke L. (1995) **Hypomania Induced by Gabapentin.** *Journal of Psychiatry.* 166 (5): 679-680.

73. Siegal A, Roeling TAP, Gregg, TR, Kruk MR. (1999) **Neuropharmacology of brain-stimulation-evoked aggression.** *Neuroscience and Biomedical Reviews.* 23: 359-389.

74. Soderpalm, B. (2002) **Anticonvulsants: aspects of their mechanisms of action.** *European Journal of Pain* 6 (Suppl. A): 3-9.

75. Srivastava SK. (2000) **Facilitation of Behavioural Depression by Certain Antiepileptic Drugs.** *Indian Journal of Pharmacology.* 32: 31-33.

76. Stanley M, Stanley B. (1990) **Postmordem Evidence for serotonin's Role in Suicide.** *J Clin Psychiatry.* 51(suppl 4): 22-28.

77. Suarez, L (2005) **Presynaptic NMDA autoreceptors facilitate axon excitability: a new molecular target for the anticonvulsant gabapentin.** *European Journal of Neuroscience,* Vol. 21, pp. 197-209.

78. Tallian KB, Nahata MC, Lo W, Tsao CY. (1996) **Gabapentin Associated with Aggressive Behavior in Pediatric Patients with Seizures.** *Epilepsia.* 37(5): 501-502.

79. Taylor CP. (1993) **Mechanism of Action of New Anti-Epileptic Drugs.** In: Int Congr Symp Ser, No. 198, *New Trends in Epilepsy Management: The Role of Gabapentin,* edited by D. Chadwick, London, R Soc Med Serv, 13-40.

Bulger, Susan.                              - 36 -

80. Taylor CP, Gee NS, Su T-Z, et al. (1998) **A summary of mechanistic hypotheses of Gabapentin pharmacology**. *Epilepsy Research*. 29: 233-249.

81. Taylor CP, Vartanian MG, Andruszkiewicz R, Silverman RB. (1992) **3-Alkyl GABA and 3-alkylglutamic analogues: two new classes of anticonvulsant agents.** *Epilepsy Res*. 11: 103-110.

82. Timmerman W, Westerink BHC. (1997) **Brain microdialysis of GABA and glutamate: what does it signify?** *Synapse*. 27: 242-261.

83. Tremont-Lukats IW, Megeff C, Backonja M-M. (Nov 2000) **Anticonvulsants for Neuropathic Pain Syndromes: Mechanisms of Action and Place in Therapy**. *Drugs*. 60(5): 1029-2052.

84. Trimble, Michael. (1995) **Psychosis With Gabapentin.** *Confidential Pfizer documents: Institute of Neurology, London, Report for Warner Lambert*. Pfizer_PSUR_0002010.

85. Trinka A, Niedermüller U, Thaler C, et al. (2000) **Gabapentin-induced mood changes with hypomanic features in adults.** *Seizure*. 9: 505-508.

86. Valzelli L. (1984) **Reflections on experimental and human pathology of aggression.** *Prog Neuropsychopharmacol Biol Psychiatry*. 8: 311-325.

87. Van Heeringen K. (June 2003) **The Neurobiology of Suicide and Suicidality**. *Can J Psychiatry*. 48(5): 292-300.

88. Warner-Lambert. (7/20/1987) **Gabapentin versus placebo in Patients with Partial Seizures, Patient CD #205, Protocol #945-5-010**. Warner-Lambert International. 1-2, 88, 96, 108-109.

89. Warner-Lambert. (4/8/1988) **Gabapentin versus placebo in Patients with Partial Seizures, Patient CKS #213, Protocol #945-5---1**. Warner-Lambert International. 154-155, 349, 352, 363.

90. Warner-Lambert. (5/8/1990) **Adverse Event Information, Patient 945-15-01 #001 RWB.** *Parke-Davis Pharmaceutical Research Division, Warner-Lamber Company*. 101-103, 118, 121, 127.

91. Weinberger DR. (1997) **The biological Basis of Schizophrenia**. *J Clin Psychiatry Monogr*. 15: 4-6.

92. Wolf S, Mayer T, Schutte W. (1996) **Gabapentin Toxicity in Children Manifesting as Behavioral Changes.** *Epilepsia,* 36 (12): 1203-1205.

93. Young LT, Robb JC, Hasey GM, et al. (1999) **Gabapentin as an Adjunctive Treatment in Bipolar Disorder,** *Journal of Affective Disorders,* 55; 73-77.

Bulger, Susan.                              - 37 -

94. Young LT, Robb JC, Patelis-Siotis I, et al. (1997) **Acute Treatment of Bipolar Depression with Gabapentin.** *Biol. Psychiatry.* 42: 851-853.

**Attachment A:  Brief Resume, Dr. Kruszewski**