UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,          :
       SALES PRACTICES AND          :   Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION :
:   Judge Patti B. Saris
----------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:             :
:
*Bulger v. Pfizer Inc.*, 1:07-cv-11425-PBS   :
:
----------------------------------------------------------------x

**SUR-REPLY DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.,
IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE
SPECIFIC CAUSATION TESTIMONY OF DR. MARIS AND DR. KRUSZEWSKI**

I, Andrew G. Finkelstein, declare and state as follows:

1. My name is Andrew G. Finkelstein. I am a partner with the firm of Finkelstein & Partners, LLP, attorneys for Plaintiff Ronald J. Bulger, Sr., in this matter. I make this declaration based on my own personal knowledge and information.

2. This sur-reply declaration is submitted in further opposition to Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion to exclude the specific causation testimony of Plaintiff's experts, Dr. Maris and Dr. Kruszewski. (ECF Doc. # 1634.)

3. Attached as Exhibit 1 is a true and correct copy of excerpts from the Deposition of Ronald William Maris, Ph.D. (Sept. 30, Oct. 20 & 22, 2008).

4. Attached as Exhibit 2 is a true and correct copy of a March 12, 2009 Order of the Appellate Division of the Superior Court of New Jersey in *McCarrell v. Hoffman-La Roche Inc., et al.*, Docket No. A-3280-07T1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 23, 2009, in Newburgh, New York

      /s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
*Attorneys for Plaintiff Ronald J. Bulger, Sr.*
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 23, 2009.

      /s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire