UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
----------------------------------------------------------------x
                                                 :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                     :
        SALES PRACTICES AND                      :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION            :
                                                 :   Judge Patti B. Saris
----------------------------------------------------------------x
                                                 :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                        :
                                                 :
Smith v. Pfizer Inc., 1:05-cv-11515-PBS          :
                                                 :
----------------------------------------------------------------x
```

**SUR-REPLY DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.,
IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE
SPECIFIC CAUSATION TESTIMONY OF DR. MARIS AND PROF. TRIMBLE**

I, Andrew G. Finkelstein, declare and state as follows:

1. My name is Andrew G. Finkelstein. I am a partner with the firm of Finkelstein & Partners, LLP, attorneys for Plaintiff Ruth Smith, in this matter. I make this declaration based on my own personal knowledge and information.

2. This declaration is submitted in sur-reply to Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion to exclude the specific causation testimony of Plaintiff's experts, Dr. Maris and Prof. Trimble. (ECF Doc. # 1627.)

3. Attached as Exhibit 1 is a true and correct copy of excerpts from the Deposition of Ronald William Maris, Ph.D. (Sept. 30 & Oct. 22, 2008).

4. Attached as Exhibit 2 is a true and correct copy of excerpts from the Deposition of Professor Michael Trimble. (Sept. 2 & 3, 2008).

5.	Attached as Exhibit 3 is a true and correct copy a March 12, 2009 Order of the Appellate Division of the Superior Court of New Jersey in *McCarrell v. Hoffman-La Roche Inc., et al.*, Docket No. A-3280-07T1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 23, 2009, in Newburgh, New York

 /s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
*Attorneys for Plaintiff Ruth Smith*
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 23, 2009.

 /s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
