# EXHIBIT 1

309

1    UNITED STATES DISTRICT COURT
        DISTRICT OF MASSACHUSETTS
2
3    _____
                                    )
4    In re: NEURONTIN MARKETING,   )
     SALES PRACTICES, AND PRODUCTS)
5    LIABILITY LITIGATION,     )
     _____)
6
7              VOLUME II
8
9       CONTINUED VIDEOTAPED DEPOSITION OF
10          RONALD Wm. MARIS, Ph.D.
11             (Taken by Defendant)
12            Columbia, South Carolina
13          Tuesday, September 30, 2008
14
15
16
17
18
19
20
21
22
23
24          Reported in Stenotype by
          V. Dario Stanziola, CSR, RPR, CRR
25   Transcript produced by computer-aided transcription

311

1    CONTINUED VIDEOTAPED DEPOSITION OF R
2    Wm. MARIS, Ph.D., a witness called on behalf of the
3    Defendant, before V. Dario Stanziola, CSR, RPR,
4    CRR, held at the Columbia Marriott, 1200 Hampton
5    Street, Columbia, South Carolina, on Tuesday,
6    September 30, 2008, commencing at 9:12 a.m.

310

             APPEARANCES
1
2    ON BEHALF OF THE PLAINTIFFS:
3       RON ROSENKRANZ, Esquire
        Finkelstein & Partners
4       1279 Route 300
        Newburgh, New York 12551
5       (845) 563-9442
        rrosenkranz@lawampm.com
6
        and
7
        KENNTH S. SOH, Esquire
8       The Lanier Law Firm
        6810 FM 1960 West
9       Houston, Texas 77069
        (713) 659-5200
10      kss@lanierlawfirm.com
11
     ON BEHALF OF THE DEFENDANT PFIZER:
12
        LORI CONNORS McGRODER, Esquire
13      JENNIFER M. STEVENSON, Esquire
        ANGELA M. SEATON, Esquire
14      LORI SCHULTZ, Esquire
        (Appearing Via Telephone)
15      Shook, Hardy & Bacon, L.L.P.
        2555 Grand Boulvard
16      Kansas City, Missouri 64108
        (816) 474-6550
17      lmcgroder@shb.com
        jstevenson@shb.com
18      aseaton@shb.com
        lschultz@shb.com
19
     Also Present:
20
        JAMES DOWNIE, CLVS, Videographer
21
22
23
24
25

312

1              INDEX OF EXAMINATIONS
2
3
     By Ms. McGroder              PAGE   314
4
               INDEX OF EXHIBITS
5
     NUMBER      EXHIBIT                 MARKED
6    Exhibit 20: Handwritten document with   314
     attachments entitled Notes dated 9/26/08
7                                            322
     Exhibit 21: A document entitled Rates Of
8    Depression Reported As An Adverse Event
     In Neurontin Placebo-Controlled
9    Neuropathy And Epilepsy Clinical Trials
                                             322
10   Exhibit 22: A document entitled
     Neurontin Gabapentin Capsules; Neurontin
11   Gabapentin Tablets; Neurontin Gabapentin
     Oral Solution
12                                           3392
     Exhibit 23: A document entitled an FDA
13   Center for Drug Evaluation and Research
     Document entitled Review and Evaluation
14   of Clinical Data
                                             342
15   Exhibit 24: A document entitled Rates Of
     Depression Reported As An Adverse Event
16   In Neurontin Placebo-Controlled
     Neuropathy And Epilepsy Clinical Trials
17                                           354
     Exhibit 25: A letter dated 5/29/92 to
18   Paul D. Leber from Janeth L. Turner
                                             356
19   Exhibit 26: A document entitled Appendix
     C.11. Summary of Adverse Events By Body
20   System
                                             370
21   Exhibit 27: A document entitled Summary
     Of All Adverse Events In <1 Percent Of
22   Patients With Partial Seizures Treated
     With Gabapentin Or Placebo During
23   Controlled Clinical Studies, By Body
     System And Double-Blind Treatment Group
24
25

**425**

1   I -- when I got them, in some cases I sent them
2   back because I felt like they were incomplete.
3       But the short answer is I did not do them
4   myself. I sent the form to Fromson, and he had one
5   of his case managers, who was most familiar with
6   all the evidence, to look at the evidence and fill
7   them out for me.
8       Q. And Ken Fromson obviously is a plaintiff's
9   lawyer who represents individuals bringing lawsuits
10  against Pfizer involving Neurontin, correct?
11      A. That's some of the stuff he does, yes.
12      Q. And Michelle Faye, does she work for Ken
13  Fromson?
14      A. She works for Finkelstein, and she's a
15  case manager for the Neurontin cases.
16      Q. So case manager doesn't imply that Ms. Faye
17  has any sort of medical background, correct?
18      A. No, she simply abstracted the data. She
19  didn't edit it in any way.
20      Q. So she's an employee of the law firm
21  representing plaintiffs?
22      A. She is.
23      Q. And who was interviewed -- well, the same
24  question then for the Bulger report?
25      A. She did the same thing in the Bulger

**426**

1   report.
2       Q. Okay.
3       A. In other words, I wanted the information.
4   And you'll notice when you go through my autopsy,
5   that there are -- there are questions where I
6   disagree with her conclusions and I actually
7   corrected them. For example, here's a place here
8   where she said no -- yes, and I said no.
9       So, in other words, I didn't just take it
10  lock, stock, and barrel. I actually proofread
11  everything based on my knowledge of the case.
12      Q. So the -- the efforts that you've made to
13  go back through and correct things that Michelle Faye
14  did when she conducted the psychological autopsy,
15  those are handwritten notes you made in that Smith
16  psychological autopsy report?
17      A. Yes.
18      Q. When did you do that?
19      A. As soon as I got -- I got it on 5/26/07,
20  and I did it when I read it on June 13th, '07.
21      Q. And you were pointing, I think, at page 42
22  where you showed me where you crossed out a yes on
23  question 108?
24      A. Right.
25      Q. And you made it a no?

**427**

1       A. Right.
2       Q. Okay. I don't have that version.
3       A. Well, I'm sure you'll get a copy of this.
4   You're welcome to have it.
5           MR. ROSENKRANZ: We'll make a copy of it
6       now.
7           THE WITNESS: Yeah, it's not a big deal.
8           MS. McGRODER: No, I'm just going -- I'm
9       just going to make an objection on the record
10      that he's actually changed the information --
11      the substantive information in the
12      psychological autopsy over a year ago, and
13      that wasn't provided to us. So now I've
14      relied on the version that was provided to us,
15      which is substantially different because he's
16      changed the answers. That's a problem.
17          MR. ROSENKRANZ: Well, I don't believe
18      that that was provided to us either. So we
19      couldn't have possibly provided it to you.
20      A. That's true. I changed it, but I didn't
21  send it back to them. And you want me to get it
22  right, don't you?
23      Q. Well, what I want is to understand your
24  opinions, and there's a deadline by which your
25  opinions are to be provided to us in this litigation.

**428**

1       A. You can take that up to them.
2           MR. SOH: Those questions are directed to
3       --
4       Q. Can I mark this as an exhibit, please?
5       A. As long as you give it back to me because
6   I've got to look at it.
7           (Exhibit 30: A document entitled
8       Psychological Autopsy and Death Investigation,
9       File Name Richard H. Smith marked for
10      identification, as of this date.)
11      Q. Did you do the same analysis in Bulger to
12  go through and --
13      A. I did it particularly in Bulger. I
14  thought Bulger had a lot more errors in it.
15      Q. Oh, okay.
16      A. In fact, I insisted that Bulger be
17  redone, I thought it was so much incomplete.
18      Q. Did you give Ms. Faye any sort of training
19  in how to conduct a psychological autopsy?
20      A. No. I mean, there are instructions and I
21  -- basically they say -- they're basically factual
22  questions.
23      Q. So the instructions are contained within
24  the document itself?
25      A. Yeah. And I also told her if you have

Maris, Ron (F&P Expert-Bulger) 10/22/2008 9:07:00 AM

1105

1  UNITED STATES DISTRICT COURT
2      DISTRICT OF MASSACHUSETTS
3
4
5
6  IN RE: NEURONTIN MARKETING,
7  SALES PRACTICES AND PRODUCTS
8  LIABILITY LITIGATION
9
10
11           VOLUME V
12
13
14    CONTINUED VIDEOTAPED DEPOSITION OF
15       RONALD WILLIAM MARIS, Ph.D.
16          (Taken by Defendant)
17        Columbia, South Carolina
18       Wednesday, October 22, 2008

1106

1         APPEARANCES:
2  FOR THE PLAINTIFFS:
3     RON ROSENKRANZ, Esquire
4     Finkelstein & Partners
5     1279 Route 300
6     Newburgh, NY   12551
7     (845)563-9442
8     rrosenkranz@lawampm.com
9  FOR THE DEFENDANT PFIZER:
10    ANGELA M. SEATON
11    IAN LOSASSO
12    LORI SCHULTZ (via telephone)
13    Shook Hardy & Bacon, LLP
14    2555 Grand Boulevard
15    Kansas City, MI   64108
16    (816)474-6550
17    aseaton@shb.com
18    lschulta@shb.com
19    ilosasso@shb.com
20 ALSO PRESENT:
21    JAMES DOWNIE, CLVS, VIDEOGRAPHER

1107

1            EXHIBIT INDEX
2
3  EXHIBIT 89 - BULGER NOTES          1111
4  EXHIBIT 90 - SMITH NOTES           1111
5  EXHIBIT 91 - HANDWRITTEN           1126
      AFFIDAVIT, 00376-118PFC-00012
6  EXHIBIT 92 - COMMONWEALTH OF       1129
      MASSACHUSETTS, TRIAL COURT/PROBATE
7     AND FAMILY COURT DEPARTMENT
      MOTION PAPER, 00376-118PFC-00029
8
9  EXHIBIT 93 - HANDWRITTEN           1131
      AFFIDAVIT, 000376-118PFC-00010
10 EXHIBIT 94 - TWO-PAGE REPORT OF    1136
      TPR MC GRAVINI, 000376-47ECD-00002
11    AND 000376-47ECD-00003
12 EXHIBIT 95 - MEDICAL RECORD OF DR. 1191
      GOLDMAN, 000376-25AMD-00020
13
   EXHIBIT 96 - COMMONWEALTH OF       1202
14    MASSACHUSETTS DEPARTMENT OF SOCIAL
      SERVICES, ASSESSMENT WORKSHEET
15    00376-57MDS-00056 and
      000376-57MDS-00057
16
   EXHIBIT 97 - ENCOUNTER NOTE BY DR. 1214
17    GOLDMAN, 000376-25AMD-0020
   EXHIBIT 98 - MEDICAL RECORD OF DR. 1217
18    O'FLYNN, 000376-25AMD-00015
19
   EXHIBIT 99 - ENCOUNTER NOTE BY DR. 1219
20    GOLDMAN, 000376-25AMD-00019
21 EXHIBIT 100 - ENCOUNTER NOTE BY    1221
      DR. GOLDMAN, 000376-25-AMD-00018
22
   EXHIBIT 101 - ENCOUNTER NOTE OF    1223
23    DR. GOLDMAN, 00376-25AMD-00017
24
25 (Exhibit index continued:)

1108

1  EXHIBIT 102 - COMMONWEALTH OF      1268
      MASSACHUSETTS DEPARTMENT OF SOCIAL
2     SERVICES ASSESSMENT WORKSHEET
      000376-57MDS-00056 AND
3     000376-57-MDS-00057
4  EXHIBIT 103 - CAB HEALTH &         1269
      RECOVERY SERVICES, INC., PROGRESS
5     NOTES, INDIVIDUAL SESSION
      000376-70MDG-00267
6
7
8          WITNESS INDEX:
9  RONALD MARIS, Ph.D.
10    Examination by Ms. Seaton        1270

Maris, Ron (F&P Expert-Bulger)  10/22/2008  9:07:00 AM

**1249**

1    it take?
2        A.   Well, you know, someplace between
3    five and 30 minutes, I think, would be the
4    range.
5            Again, it depends on what we are
6    talking about.
7            We are getting a little bit outside
8    my expertise.  I'm not a neuropharmacologist,
9    and I don't claim to be.
10           But I'm saying, from Petroff and
11   other articles I have read on this, that they
12   talk about peak plasma level in two or three
13   hours and noticeable differences in 30 to 60
14   minutes.
15           Petroff, which, to me, makes it more
16   likely it would be around 6:30ish before she
17   would have had her suicide attempt.
18       Q.   We have no idea when she decided to
19   kill herself, right?
20           MR. ROSENKRANZ:  Objection; asked and
21   answered.
22       A.   We don't know when she decided.  And
23   I'm not even sure we know for sure how long she
24   was dead when she was found at seven.
25       Q.   And we have no evidence that she even

**1250**

1    took the Neurontin, right?
2            MR. ROSENKRANZ:  Objection; asked and
3    answered.
4        A.   I have been asked that a number of
5    times, and I said the only evidence is that she
6    asked for it immediately --
7        Q.   Okay.
8        A.   -- before her suicide.
9        Q.   Did you -- are there any other
10   additional risk factors, other than the suicide
11   attempts that you -- strike that --
12           Let me start over:
13           I want to talk, Doctor, about this
14   methodology by which you reached an opinion that
15   Neurontin played some role in Susan Bulger's
16   suicide.
17           And, specifically, I want to know
18   what risk factors you considered, and how you
19   ruled out various risk factors.
20           Do you know whether lack of mental
21   health treatment is a risk factor for suicide?
22       A.   It certainly can be, yes.
23       Q.   Receiving counsel or seeking a
24   therapist can be a protective factor, correct?
25       A.   If you have a good counselor.

**1251**

1        Q.   You did not identify lack of mental
2    health treatment as a risk factor for
3    Mrs. Bulger, correct?
4        A.   I did not.
5        Q.   And, in fact, you identified
6    treatment for depression as a protective factor
7    in this case, correct?
8        A.   Actually, if you ever to get to my
9    new theory, I defined it as both, which is to
10   say:  People who get treatment usually have some
11   remission of symptoms, not always.
12           For example, 60 to 70 percent of
13   people taking an anti-depressant never have an
14   anti-depressant effect.
15           But -- so it helps them, but if there
16   are adverse events or adverse effects then,
17   obviously, it can also hurt them.
18       Q.   Are you aware that Susan Bulger had
19   been seeing a counselor and receiving some group
20   therapy between 2000 and 2003?
21       A.   Yes.
22       Q.   And that was part of her -- one of
23   the requirements that, in order to get her
24   methadone, she had to attend the therapy
25   sessions; is that right?

**1252**

1        A.   I believe that's correct.
2        Q.   Are you aware Mrs. Bulger stopped
3    going to that counselor and group therapy 11
4    months prior to her death, because she found
5    Dr. Goldman, who would prescribe methadone to
6    her without requiring her to receive any
7    therapy?
8        A.   I believe that she did certainly find
9    Goldman.
10           I don't know if he made that
11   stipulation; I'll take your word for it.
12       Q.   Are you aware -- did you consider the
13   fact that Susan Bulger received no counseling or
14   therapy for the 11 months prior to her suicide?
15       A.   Right.  I'm aware of that.
16       Q.   In your expert opinion, would Susan
17   Bulger have benefited from psychiatric treatment
18   in 2004?
19       A.   She could have; although, she had had
20   treatment many times before.
21           I think you pointed out to me, she
22   had never finished a detox program.
23           She was often non-compliant, and so
24   I'm not sure how much help she would have
25   gotten.

**1253**

1  Q.   Did you rule out the fact that Susan
2  Bulger had stopped receiving counseling as the
3  cause of her suicide?
4  A.   First of all, I don't have the same
5  model that you are assuming, which is a
6  differential diagnosis model, where you rule out
7  the alternatives.
8       My theory, as you know, is that I
9  rule them in, and I talk about them actually
10 contributing to making her part of a vulnerable
11 minority of patients --
12 Q.   Well, Dr. Maris --
13      THE WITNESS:  I'm not finished.
14      MS. SEATON:  Okay.
15 A.   And that by ruling them in, then the
16 Neurontin becomes an additional substantive
17 proximate risk factor, not the only factor.
18      So I'm not ruling these things out.
19 I never tried to rule them out.
20      I'm saying that there was a
21 combination of effects and risk factors that
22 made her suicidal, and which Neurontin was one
23 of them.
24 Q.   You have testified in this
25 litigation, in addition to publicly stating,

**1254**

1  that any plausible argument that a drug causes a
2  suicide, needs to make every effort to rule out,
3  or at least account for alternative
4  explanations, correct?
5  A.   Certainly account for them.
6  Q.   Did you account for the fact that
7  Susan Bulger stopped receiving counseling as the
8  potential cause of her suicide?
9  A.   I knew about it.  I didn't make it a
10 major feature, but I list it -- not only did I
11 account for these things, I listed them in my
12 report, and said:  All of these things were
13 contributory as risk factors.
14      And I went through depression,
15 substance abuse, chronic pain, etcetera,
16 etcetera.
17 Q.   Show me in your expert report, where
18 you considered her lack of mental health
19 treatment as a risk factor.
20 A.   I didn't consider that explictedly
21 and didn't think it was significant, so I didn't
22 put it in.
23      Incidentally, mental health treatment
24 is often just drug treatment --
25      THE WITNESS:  I'm still finishing my

**1255**

1  question, give me a minute to think.
2  Q.   What question are you answering?
3  A.   Did I consider treatment?
4       And the question is:  She was getting
5  mental health treatment.  She was getting
6  Effexor and Clonopin.
7       And almost all psychiatrists, all
8  they do these days is give you medicine.
9       So she was getting mental treatment.
10 She wasn't getting counseling.
11 Q.   Is it your testimony that Susan
12 Bulger would not have benefited from some
13 counseling in the year prior to her death?
14 A.   I don't know.  I doubt it, because
15 she failed at many, many counseling attempts.
16      And I think she had been through
17 there, done that.
18      It probably wouldn't have made much
19 difference.
20 Q.   Let's talk about that -- agree or
21 disagree -- that for a substance abuser, failed
22 and discontinued attempts at detox and rehab is
23 a risk factor for suicide?
24 A.   It certainly could be; although, they
25 tend to be chronic, regardless of whether you

**1256**

1  complete detox or not, they tend to relapse.
2  Q.   Would you agree that she failed to
3  complete her detox on several occasions?
4  A.   Yes.
5  Q.   Were you aware that in January, 1995,
6  she attempted to detox at Beverly Hospital, but
7  checked out the next day without having gone
8  through detox at all?
9  A.   Yes.
10 Q.   Were you --
11      MR. ROSENKRANZ:  What was the year
12 there?
13      MS. SEATON:  Ninety-five.
14 Q.   Were you aware that Ron Bulger
15 interfered with his wife's attempts to detoxify?
16 A.   I have seen some of that in the
17 records, yes.
18 Q.   Were you aware that after her near
19 death suicide overdoes attempt in 1993, Ron
20 Bulger was barred from the unit as a result of
21 inappropriate behavior after having left two
22 verbally-abuse, threatening phone messages on
23 the nurse's voice mail?
24 A.   Yes.
25      MR. ROSENKRANZ:  Objection to form.