UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x
                                       :     MDL Docket No. 1629
In re:  NEURONTIN MARKETING,     :
         SALES PRACTICES AND      :     Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION  :
                                         :     Judge Patti B. Saris
-------------------------------------------------------------x
                                         :     Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:         :
                                         :
*Bulger v. Pfizer Inc.*, 1:07-cv-11425-PBS   :
                                         :
-------------------------------------------------------------x

**SUR-REPLY DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.
IN FURTHER OPPOSITION TO DEFENDANTS'
<u>MOTION FOR SUMMARY JUDGMENT</u>**

      I, Andrew G. Finkelstein, declare and state as follows:

      1.      My name is Andrew G. Finkelstein. I am a partner with the firm of Finkelstein &

Partners, LLP, attorneys for Plaintiff Ronald J. Bulger, Sr., in this matter. I make this declaration

based on my own personal knowledge and information.

      2.      This sur-reply declaration is submitted in further opposition to Defendants Pfizer

Inc. and Warner-Lambert Company LLC's Motion for Summary Judgment. (ECF Doc. # 1637.)

      3.      Attached as Exhibit 1 is the [Proposed] Amended Plaintiff's Responses to

Defendants' Local Rule 56.1 Statement of Undisputed Material Facts and Plaintiff's Further

Statement of Material Facts.

      3.      Attached as Exhibit 2 are excerpts from the expert report of Cheryl Blume, Ph.D.

      5.      Attached as Exhibit 3 is an excerpt from "Psychosis With Gabapentin," a Report

for Warner Lambert by Professor Michael Trimble.

6.      Attached as Exhibit 4 are excerpts from the Clinical Expert Report of David J. Rowbotham.

7.      Attached as Exhibit 5 are excerpts from "Clinical Development in the Slipstream of Gabapentin," by Charles Taylor, Ph.D.

8.      Attached as Exhibit 6 are excerpts from "Gabapentin:  Pharmacology Written Summary."

9.      Attached as Exhibit 7 are excerpts from the Neurontin gabapentin Product Monograph."

10.      Attached as Exhibit 8 are excerpts from the deposition of Leslie Tive, 7/19/2006.

11.      Attached as Exhibit 9 are excerpts from the Pfizer Global Research & Development Research Report No.: RR-REG 720-30134.

12.      Attached as Exhibit 10 is an email from Maribeth Lazzaro to Tina Carriero, dated May 13, 2005.

13.      Attached as Exhibit 11 is a Memorandum from V. Trudeau to R. DeJong dated 05/08/90.

14.     Attached as Exhibit 12 are excerpts from "Gabapentin: Mechanism of Mood-altering Action," an expert report by Stefan P. Kruszewski, M.D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 23, 2009, in Newburgh, New York

/s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
*Attorneys for Plaintiff Ronald J. Bulger, Sr.*
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 23, 2009.

/s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire