# EXHIBIT 3

Case 1:04-cv-10981-PBS Document 1723-4 Filed 03/23/09 Page 2 of 3
Case 1:04-cv-10981-PBS Document 2067-68 Filed 04/04/2008 Page 2 of 6
CONFIDENTIAL
SENT BY:MEDICAL DEPT ;29- 5-95 ;10:12AM ; WARNER LAMBERT→ +49 761 5183099;# 3/18

# PSYCHOSIS WITH GABAPENTIN

PROFESSOR MICHAEL TRIMBLE

Institute of Neurology, London
**REPORT FOR WARNER LAMBERT**

Case 1:04-cv-10981-PBS Document 1723-4 Filed 03/23/09 Page 3 of 3
Case 1:04-cv-10981-PBS Document 2067-09 Filed 04/04/2008 Page 3 of 6
CONFIDENTIAL
SENT BY:MEDICAL DEPT ; 28- 5-96 ;10:14AM ; WARNER LAMBERT→ +49 761 5183033;# 8/18

benzodiazepines, ethosuximide, and several of the newer drugs (Trimble 1991).

ANTICONVULSANT DRUGS AND THE MENTAL STATE.

It has been known for a long time that anticonvulsant drugs influence the mental state, and this can be broken down into adverse and beneficial effects. However, the behavioural toxicity profile of most drugs is not simple. A particular drug may influence one aspect of behaviour positively and another negatively.

The main adverse effect of anticonvulsants is the link between anticonvulsant drugs and depression. Robertson et al (1987), studying epileptic patients on polytherapy presenting with a depressive illness, noted that patients on phenobarbitone were judged to be significantly more depressed than those not receiving the drug. This was in contrast to patients treated with carbamazepine who were less depressed, and had lower anxiety scores than patients on other anticonvulsants.

Another drug recently linked with the reporting of depression is vigabatrin. Idiosyncratic responses are described in a group of patients given the drug as add-on therapy. The depression seems in some cases interlinked with improvement of seizure frequency (an example of forced normalisation), and is more common in patients with a past history of affective disorder.

Adverse effects of anticonvulsant drugs are often seen in children. Essentially these include the provocation of conduct disorder, or the development of hyperactivity syndrome, similar phenomenologically to attention-deficit-hyperactivity-

6