# EXHIBIT 5



1

Confidential                                                                                                    Pfizer_CTaylor_0010827

In addition to reducing neurotransmitter release, gabapentin (and pregabalin) reduce calcium influx into synaptosomes in vitro.

These data indicate that pregabalin modulates the action of voltage-gated calcium channels located at synapses.



Gabapentin inhibits K+-induced [Ca2+]i increase in Fura-PE3-Loaded Rat Synaptosomes

$IC_{50} = 9.7 \mu M$

Meder & Dooley, Br. J. Pharmacol. 130 906 (2003)

27

Pfizer_CTaylor_0010853