EXHIBIT 7

# NEURONTIN ▼
## gabapentin
# PRODUCT
# MONOGRAPH

## TABLE OF CONTENTS

| | |
|---|---|
| **INTRODUCTION** | **Section A** |
| **PRODUCT DESCRIPTION** | **Section B** |
| Chemistry | **B-1** |
| Pharmacokinetics | **B-2** |
| Absorption and Bioavailability | **B-2** |
| Distribution | **B-2** |
| Metabolism and Excretion | **B-3** |
| Pharmacokinetic Drug Interactions | **B-3** |
| Conclusions | **B-4** |
| **MECHANISM OF ACTION** | **Section C** |
| Mechanism of Action of Current Antiepileptic Drugs | **C-1** |
| NEURONTIN Proposed Mechanism of Action | **C-2** |
| Conclusions | **C-3** |
| **CLINICAL EFFICACY** | **Section D** |
| Clinical Trial Design | **D-1** |
| Double-blind, Placebo-controlled, Add-On Studies of Neurontin | **D-2** |
| Study Design | **D-2** |
| Patient Characteristics | **D-3** |
| Results | **D-4** |
| Long-term, Open-Label Studies | **D-7** |
| Conclusions | **D-7** |
| **SAFETY PROFILE** | **Section E** |
| Adverse Effects | **E-1** |
| Withdrawals Due to Adverse Effects | **E-3** |
| Use of Antiepileptic Drugs in Pregnancy | **E-3** |
| NEURONTIN Use in Pregnancy | **E-4** |
| Carcinogenic Potential | **E-5** |
| Safety Considerations Related to Patient Characteristics | **E-6** |
| Conclusions | **E-7** |
| **INTERACTIONS WITH ANTICONVULSANTS AND OTHER COMMON MEDICATIONS** | **Section F** |
| Conclusions | **F-2** |
| **DOSAGE AND ADMINISTRATION** | **Section G** |
| **OVERDOSE** | **Section H** |
| **CONCLUSIONS** | **Section I** |
| **REFERENCES** | **Section J** |
| **SUMMARY OF PRODUCT CHARACTERISTICS** | **Section K** |

May 1993

WLC_CBU_115732

# NEURONTIN®

## PRODUCT MONOGRAPH

### 4.9 Overdosage

An oral lethal dose of NEURONTIN was not identified in mice and rats given doses as high as 8000mg/kg. Signs of acute toxicity in animals included ataxia, laboured breathing, ptosis, hypoactivity, or excitation. In limited experience with overdoses, dizziness, double vision and slurred speech have been noted. Overdoses of NEURONTIN, up to 30g ingested at one time, have been reported in four people as detailed below.

Two overdoses, one of 8g and one of an unknown amount, occurred in conjunction with overdoses of other antiepileptic drugs, one with carbamazepine and one with carbamazepine and clonazepam. Dizziness, double vision, and slurred speech were described as symptoms of the overdoses. One patient took 3600mg/day for 2 days instead of the prescribed dose of 1800mg/day. The dosage was returned to 1800mg/day without incident. The 16-year-old daughter of a patient in one clinical study took an intentional overdosage of approximately 30g of NEURONTIN. She was drowsy, though easy to arouse, and had mild diarrhoea. She recovered fully.

Therefore, acute, life-threatening toxicity has not been observed with NEURONTIN overdoses of up to 30g per day. Reduced absorption of NEURONTIN at higher doses may limit drug absorption at the time of overdosing and, hence, toxicity from overdoses. Although NEURONTIN can be removed by haemodialysis, based on prior experience it is usually not required. However, in patients with renal impairment, haemodialysis may be indicated.

### 5. Pharmacological Properties

#### 5.1 Pharmacodynamic Properties

NEURONTIN is structurally related to the neurotransmitter GABA (gamma-aminobutyric acid) but its mechanism of action is different from that of several other drugs that interact with GABA synapses including valproate, barbiturates, benzodiazepines, GABA transaminase inhibitors, GABA uptake inhibitors, GABA agonists, and GABA prodrugs. In vitro studies with radiolabelled NEURONTIN have characterised a novel peptide binding site in rat brain tissues including neocortex and hippocampus that may relate to anticonvulsant activity of NEURONTIN and its structural derivatives. However, the identification and function of the NEURONTIN binding site remains to be elucidated. NEURONTIN at relevant clinical concentrations does not bind to other common drug or neurotransmitter receptors of the brain including $GABA_A$, $GABA_B$, benzodiazepine, glutamate, glycine or N-methyl-D-aspartate receptors.

NEURONTIN does not interact with sodium channels in vitro and so differs from phenytoin and carbamazepine. NEURONTIN partially reduces responses to the glutamate agonist N-methyl-D-aspartate (NMDA) in some test systems in vitro, but only at concentrations greater than 100 μM, which are not achieved in vivo. NEURONTIN slightly reduces the release of monoamine neurotransmitters in vitro. NEURONTIN administration to rats increases GABA turnover in several brain regions in a manner similar to valproate sodium, although in different regions of the brain. The relevance of these various actions of NEURONTIN to the anticonvulsant effects remains to be established. In animals, NEURONTIN readily enters the brain and prevents seizures from maximal electroshock, from chemical convulsants including inhibitors of GABA synthesis, and in genetic models of seizures.

WLC_CBU_115776