# EXHIBIT 10

| From: | Maribeth Lazzaro [maribeth_lazzaro@hc-sc.gc.ca] |
|---|---|
| Sent: | Friday, May 13, 2005 1:54 PM |
| To: | Carriero, Tina |
| Cc: | Cathy Petersen; Maribeth Lazzaro; Nick McCandie Glustien; Veronica Yip; Marcin Boruk |
| Subject: | NEURONTIN NC Control No 096755 PSUR review |

Clarifax/Email Correspondence
Re: Neurontin Notifiable Change
 Control Number 096755
 Review of PSURs

May 13, 2005

Dear Ms. Carriero,

Regarding your Notifiable Change for Neurontin (Control no. 096755), the CNS Division has continued the review of the Neurontin PSURs provided for the 2003-2004 and 2004-2005 reporting periods.

In the 2004-2005 PSUR, it is reported that there were 17 cases of completed suicide and 10 suicide attempts, corresponding to 1.1% (completed suicide) and 0.7% (suicide attempt) of all cases for this period. For the majority of these events there is insufficient information to allow for an assessment of the events or an underlying psychiatric condition seems to be a more likely contributing factor to the suicide or suicide attempt. One suicide attempt was found to have positive dechallenge/rechallenge, indicating that this event was related to gabapentin.

From the cumulative safety review of gabapentin and suicide related events, also provided in the 2004-2005 PSUR, it is noted that there were approximately 40 cases of completed suicide and 80 cases of suicide attempt identified from clinical study and non-clinical study cases. One case of suicide attempt was considered by Pfizer to be related to gabapentin (AER Number 052-0945-M0000009). The CNS Division finds there were 3 cases of completed suicide and 1 case of suicide attempt in this report for which an association with gabapentin treatment should not be excluded. Although concurrent medical conditions or concomitant medications may have been present in each case, these cases should not be considered unrelated to gabapentin because of the time interval between the events and initiation of gabapentin treatment or dosage increase. These cases include AER Numbers: 061-0945-97004, 2003023631, 001-0945-940300, 2003009454.

At this time, the CNS Division is making recommendations to update the Neurontin Product Monograph:
1. In the current Neurontin Product Monograph "suicide gesture" is a

1

listed adverse event (Other Adverse Events Observed in Clinical Trials).
This term is outdated. Please revise to more current terminology, i.e., suicide attempt.
2. "Completed suicide" and "suicide attempt" should be added to the listing of postmarketing adverse events.

In order to continue our assessment of the PSURs, please provide the following:
1. Total patient exposure for the cumulative review of gabapentin and suicide and the method by which total patient exposure is calculated.
2. Tabulation of the completed suicides and suicide attempts by indication and underlying or concurrent medical/psychiatric conditions for
the cumulative review and the 2004-2005 reporting period. The following is
an example of the type tabulation requested.

| Adverse event | Treatment indication (approved and off label) | Concurrent condition | N |
|---|---|---|---|
| Completed suicide | Epilepsy | Depression (or MDD) | 2 |
| | Epilepsy | Anxiety (or GAD) | 1 |
| | Neuropathic pain | Depression (or MDD) | 10 |
| | Bipolar disorder | Depression (or MDD) | 15 |
| | Bipolar disorder | Epilepsy | 3 |
| Suicide attempt | Epilepsy | Depression (or MDD) | 2 |
| | Epilepsy | Anxiety (or GAD) | 0 |
| | Depression | Neuropathic pain | 4 |
| | Depression | Epilepsy | 5 |
| | Neuropathic pain | Epilepsy | 2 |

Please note that the recommended revisions should be incorporated in your
response to the Clarifax of May 10, 2005. The additional requested information should be provided within 15 days of receiving this correspondence. Should you have any questions please contact me by email
or telephone. Please provide confirmation (email) of receiving this

2

correspondence.

Sincerely yours,

Maribeth Lazzaro, Ph.D.
Health Canada, Therapeutic Products Directorate
Bureau of Cardiology, Allergy, and Neurological Sciences
Finance Building
Tunney's Pasture
Ottawa, Ontario  K1A 1B6

phone:  (613) 948-7597
fax:      (613) 941-1668
email:  Maribeth_Lazzaro@hc-sc.gc.ca

Confidential                                                                                                                    Pfizer_LKnapp_0062002