# EXHIBIT 11



**PARKE-DAVIS**
Pharmaceutical Research Division

Warner-Lambert Company

***Memorandum***

| | | | |
|---|---|---|---|
| Memo to: | R. DeJong | Date: | 05/08/90 |
| Location: | | | |
| From: | V. Trudeau | | |
| Location | Clinical Research | | |
| Subject: | Follow-up Adverse Event Report | | |

Drug: Gabapentin
Patient Number: 001
Patient Initials: RWB
Protocol Number: 945-15-01
Adverse Event: (1) Severe Headache; (2) Acute Severe Depression; (3) Suicidal Ideation
Investigator: F. E. Dreifuss, M.D.

I have been informed of follow-up information regarding the above adverse event; a summary of the adverse event is enclosed. This is an expected Adverse Event considered possibly associated with the use of this investigational drug.

cc: J. Schaumberg (FCS)
K. Shellenberger (Drug Director)
M. Treado (CDM)

VLT/ch