EXHIBIT 12

Stefan P. Kruszewski, M.D.
133 Linglestown Road
Harrisburg, Pennsylvania 17110

# Gabapentin: Mechanism of Mood-altering Action

## Introduction

This report is limited to gabapentin's capacity to cause negative mood alteration in susceptible people. I have analyzed from ingestion through excretion the various sites of action where gabapentin exerts chemical changes in the body, how the body affects gabapentin (generally understood as *pharmacokinetics*), and how gabapentin affects the body (generally understood as *pharmacodynamics.*) It is my opinion, based upon a reasonable degree of medical certainty, that gabapentin produces GABAergic effects on neurotransmitters. It is my opinion, based upon a reasonable degree of medical certainty that gabapentin impairs glutaminergic neurotransmitter systems. It is further my opinion that gabapentin's net effect on these neurotransmitter systems results in self-injurious behavior, including attempted and completed suicide, in a susceptible minority of consumers.

In formulating this opinion, I have relied upon my education, training and experience as a physician certified by the American Board of Psychiatry and Neurology, general reference works in my field of psychiatric expertise as well as other scientific and medical disciplines, and upon a substantial body of literature (see attached references), that contains, to the best of my knowledge, scientific evidence that I specifically considered in reaching my opinions. The reference list also includes items I considered, but from which I did not specifically cite or refer; the scientific conclusions corresponding to these items were nonetheless important to my general understanding of the issues related to gabapentin's neurobiologic effects.

I cannot possibly list all of the scientific and medical literature that supports my opinions. Therefore, I reserve the right to supplement my opinions with the appearance of new medical and scientific literature, and as data are brought to my attention that I have not previously reviewed, including the opinions of experts retained on behalf of either party. I believe the opinions herein to be true as they are based upon available data and reasonable scientific and medical principles. I have used the same type of scientific analysis and reasoning herein that I use in my professional work.

# DISCUSSION

## Explaining neurotransmitters

Brain activity is controlled through a complex network of electrical impulses. These electrical impulses, neurons, use chemical messengers called neurotransmitters. A neurotransmitter is a chemical substance that is released at the end of a nerve fiber

After submission of the sponsor's Third Safety Update, Dr. McCormick stated, also in reference to this safety data, "[t]here are no new data in Satefy Update #3 which alter the safety profile of this drug as presented in the initial NDA and Safety Update #1 and 2."[92]After the sponsor's Fourth Safety Update, Dr. McCormick stated again, "[t]here are no new data in the Safety Update #4 which alter the safety profile of this drug as presented in the initial NDA and Safety Update #1, 2, and 3."[93]

Listed below are examples of mood and behavioral disturbances reported by patients during well controlled clinical trials involving gabapentin, performed by Parke-Davis/ Warner Lambert/ Pfizer, which were reported to the FDA as possibly, probably or definitely related to gabapentin:

1. Patient 221 (Study 945-13, Center 14), a 17 year old male, reported severe depression after thirteen days of treatment and attempted suicide while being treated with gabapentin on day 166. Investigators thought that the depression was possibly related to gabapentin.[94, 95]
2. Patient 5 (Study 945-15, Center 19), a 17 year old female, was reported to have depression. The patient attempted suicide. Both the patient's depression and suicide attempt were considered serious adverse events possibly related to gabapentin.[94, 96]
3. Patient 104 (Study 877-210P, Center 214 or Center 212), an 18 year old male, overdosed on medication. The investigator for this study thought that this overdose was a serious adverse event possibly related to gabapentin.[94]
4. Patient 10022 (Study 945-14, Center 801), a 31 year old female, overdosed on medication. The investigator for this study thought that this overdose was a serious adverse event possibly related to gabapentin.[94]
5. Patient 1 (Study 945-15, Center 1), a 36 year old male, reported depression with suicide ideation on day 11, which improved on tapering and discontinuation of gabapentin treatment; depression with suicide ideation recurred on re-challenge of gabapentin. The investigator thought that this was probably due to gabapentin, resulting in the discontinuation of the drug. (The challenge-dechallenge-rechallenge of this patient with gabapentin is described in more detail below.)[94, 97]
6. Patient 22 (Study 945-15, Center 11), a 23 year old female, took 1200 mg of gabapentin for 10 days. She experienced depression. In the clinical review, her depression was initially listed as an adverse side-effect, possibly or probably related to gabapentin. In a revision, the adverse effect was de-listed since the depression resolved with dose-reduction and because the patient had experienced depression in the past.[94, 98]
7. Center 001 Patient 018 (Study 945-411, Appendix B.3.2)[99,100] According to Appendix B.3.2. Listing of Serious Adverse Events by Pfizer in their study of gabapentin for neuropathic pain, patient #018 attempted suicide on day 27 of the study by ingesting 4500 mg of gabapentin. This suicide attempt was considered **definitely** related to gabapentin. This adverse event was listed as an intentional overdose with a subsequent production of somnolence, problems that were also deemed to be definitely related to gabapentin. Patient recovered after gabapentin was discontinued. The report was authored by Anne B Giordani, PhD; H Preston Holley, Jr, MD, Director of clinical development; and Jeffery L Robbins, MS, senior statistician for central nervous system

biostatistics. The causal relationship as to the suicide attempt was later reassessed as unclear and therefore removed. [101, 102]

8. Patient #205 (Study 945-5-010)[103] born on August 13, 1956 and a Caucasian surgically sterilized female with a history of simple partial and partial secondary generalized seizures developed severe mood changes and irritability while receiving gabapentin in 1988. The dose varied from an initial dose of 1200 mg/day on February 17, 1988 and was tapered to 600 mg/day, then 400 mg/day, then 200mg/day until it was discontinued on February 21, 1988. The Warner-Lambert investigators (form 15), as observed on February 29, 1988, stated that the irritability and depression were possibly due to gabapentin and therefore the drug was discontinued. The client was ultimately dropped from the gabapentin protocol due to intolerable adverse events (form 16).

9. Patient #213 (Study 945-5---1)[104] a 46 year old female with a history of simple partial and complex partial seizures. The patient was dropped from the study (form 14, Parke-Davis Pharmaceutical Research Division, Warner-Lambert Company) on September 18, 1989. The investigator stated that she was dropped due to depression. On form 10, the physician investigator stated that the depression experienced by the patient was severe, possibly related to gabapentin, and met criteria for a serious adverse event. Gabapentin was discontinued on October 1, 1989, and the physician investigator recommended that the company, Parke-Davis, be immediately notified of the adverse outcome.

10. Review and Evaluation of Clinical Data, 1992, at Page 109, separately reports that 9 patients withdrew from gabapentin clinical studies because of depression. In addition, of the 78 patients who reported depression as an adverse event, 19 of them had no prior history of depression and 22 of them required treatment for depression.[105]

Particular significance must be given to those patients receiving gabapentin who were de-challenged because of mood or behavioral disturbances, and who, upon rechallenge with gabapentin, re-exhibited mood and behavioral disturbances. In terms of addressing the causal relationship of gabapentin to the mood or behavioral disturbance (i.e., adverse event), such findings reflect a scientifically sound position that gabapentin was a substantial factor in causing the adverse event.[106]

Listed below are examples of mood and behavioral disturbances reported by patients receiving gabapentin during well controlled clinical trials performed by Parke-Davis/ Warner Lambert/ Pfizer. They were reported to the FDA as *possibly* unrelated to gabapentin; however, clinical correlation with gabapentin may be significant due to the repetition of behavioral side-effects in multiple patients.

1. Patient #8 (Study 945-13, Center 204) was a 27 year old male who had been prescribed gabapentin for 266 days, on a dose of 2000 mg/day. He experienced depression with suicidal ideation, suffered from status epilepticus and later died following a subarachnoid hemorrhage.[107]

2. Patient #14 (Study 945-13, Center 221) was a 17 year old male who reported depression on day 13, which the investigator reported as possibly related to gabapentin . On day 166 the patient experienced suicidal ideation and attempted suicide.

3. Patient #17 (Study 945-15, Center 2) was a 36 year old female who reported suicidal ideation on day 28 of gabapentin treatment.[108]
4. Patient #20 (Study 945-15, Center 17) was a 27 year old male who reported depression with suicidal ideation on day 251 of gabapentin treatment.[109]
5. Patient #212 (Study 877-210P, Center 104) was an 18 year old male who overdosed on day 65 of gabapentin treatment.[110]
6. Patient #2 (Study 945-16, Center 2) was a 17 year old female who overdosed on gabapentin and phenytoin on day 217 of gabapentin treatment.
7. Patient #2 (Study 945-16, Center 9) was a 32 year old female who overdosed on gabapentin and phenytoin on day 83 of gabapentin treatment.

While the FDA clinical review described the aforementioned serious adverse events in their clinical review, problems associated with depression and suicide attempts were known to Parke-Davis Pharmaceutical Research Division, division of Warner-Lambert Company in 1989. In their protocol #945-15, a challenge-dechallenge-rechallenge with gabapentin intervention was prescribed to client RWB. That client, a Caucasian male, was born on Sept 15, 1952. The then 36/37 year old client received 1500 mg of gabapentin beginning on January 3, 1989. The medication was stopped on April 3, 1989 due to severe depression and suicidal ideation. The medical review team, according to attachment C case #05421 and reference number AE0010945890001, believed that this adverse effect was serious and possibly/probably related to gabapentin. The client was rechallenged with a lower dose of gabapentin, 1200 mg, on October 3, 1989. This dose was stopped on November 4, 1989 due to a re-emergence of severe depression and suicidality. Evaluation form 15 shows that, in the investigator's opinion on October 30, 1989, the client was worse because of his depression. On November 17, 1989, it was recommended (Form 11, neurological examination) that RWB be admitted for hospital care due to suicidal ideation and severe depression.[111]

Several years later, gabapentin's sponsors asked Dr. Michael Trimble to evaluate certain adverse events reported with the use of gabapentin. Dr. Michael Trimble who was retained in 1995 by Warner Lambert to evaluate the relationship between anticonvulsants and mood changes, stated the following in a paper titled, *Psychosis with Gabapentin*: "It has been known for a long time that anticonvulsant drugs influence the mental state....The main adverse effect of anticonvulsants is the link between anticonvulsant drugs and depression."[112] Additionally, in a report entitled "Behavioral Disturbance with Gabapentin," Dr Trimble recognized that in at least 9 cases, "it seems that behavior problems may have been exacerbated in 4, and occurred *de novo* in 5."[113] Dr. Trimble indicated that 43% of reported cases of aggression may have been precipitated or exacerbated by gabapentin.

## Gabapentin's Effects are Paradoxical and Yield Differing Results from Patient to Patient

While the clinical trials involved nearly 2,100 individuals, the above noted adverse events demonstrate that gabapentin has the capacity to cause mood and behavioral disturbances in susceptible individuals. In peer reviewed literature and corporate documents,