UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                             :
        SALES PRACTICES AND                             : Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION       :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                            :
:
*Smith v. Pfizer Inc.*, 1:05-cv-11515-PBS              :
:
---------------------------------------------------------------x

**SUR-REPLY DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.
IN FURTHER OPPOSITION TO DEFENDANTS'
<u>MOTION FOR SUMMARY JUDGMENT</u>**

I, Andrew G. Finkelstein, declare and state as follows:

1. My name is Andrew G. Finkelstein. I am a partner with the firm of Finkelstein & Partners, LLP, attorneys for Plaintiff Ruth Smith, in this matter. I make this declaration based on my own personal knowledge and information.

2. This sur-reply declaration is submitted in further opposition to Defendants Pfizer Inc. and Warner-Lambert Company LLC's Motion for Summary Judgment. (ECF Doc. # 1641.)

3. Attached a Exhibit 1 is the [Proposed] Amended Plaintiff's Responses to Defendants' Local Rule 56.1 Statement of Undisputed Material Facts and Plaintiff's Further Statement of Material Facts.

4. Attached as Exhibit 2 are excerpts from the expert report of Cheryl Blume, Ph.D.

5. Attached as Exhibit 3 is an excerpt from "Psychosis With Gabapentin," a Report for Warner Lambert by Professor Michael Trimble.

6. Attached as Exhibit 4 are excerpts from the Clinical Expert Report of David J. Rowbotham.

7. Attached as Exhibit 5 are excerpts from "Clinical Development in the Slipstream of Gabapentin," by Charles Taylor, Ph.D.

8. Attached as Exhibit 6 are excerpts from "Gabapentin: Pharmacology Written Summary."

9. Attached as Exhibit 7 are excerpts from the Neurontin gabapentin Product Monograph.

10. Attached as Exhibit 8 are excerpts from the deposition of Leslie Tive, 7/19/2006.

11. Attached as Exhibit 9 are excerpts from the Pfizer Global Research & Development Research Report No.: RR-REG 720-30134.

12. Attached as Exhibit 10 is an email from Maribeth Lazzaro to Tina Carriero, dated May 13, 2005.

13. Attached as Exhibit 11 is a Memorandum from V. Trudeau to R. DeJong dated 05/08/90.

14. Attached as Exhibit 12 are excerpts from "Gabapentin: Mechanism of Mood-altering Action," an expert report by Stefan P. Kruszewski, M.D.

15. Attached as Exhibit 13 is a reprint from the internet of "Doctor accused of faking studies," an article from the Boston Globe dated March 11, 2009.

16. Attached as Exhibit 14 is a reprint from the internet of "A Medical Madoff: Anesthesiologist Faked Data in 21 Studies," an article from Scientific American, dated March 10, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 23, 2009, in Newburgh, New York

 /s/ Andrew G. Finkelstein
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
*Attorneys for Plaintiff Ruth Smith*
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 23, 2009.

 /s/ Andrew G. Finkelstein
Andrew G. Finkelstein, Esquire