# EXHIBIT 5



Clinical Development in the Slipstream of Gabapentin

Charlie Taylor, Ph.D.
Dept CNS Pharmacology
Pfizer Global R&D
Ann Arbor, MI

1

Confidential

Pfizer_CTaylor_0010827

In addition to reducing neurotransmitter release, gabapentin (and pregabalin) reduce calcium influx into synaptosomes in vitro.

These data indicate that pregabalin modulates the action of voltage-gated calcium channels located at synapses.



Gabapentin Inhibits K+-induced [Ca²⁺]ᵢ Increase in Fura-PE3-Loaded Rat Synaptosomes

Meder & Dooley, Br. J. Pharmacol. 130:906 (2000)

27

Confidential

Pfizer_CTaylor_0010853