# EXHIBIT 6

**Gabapentin: Pharmacology Written Summary**

**2.6.2**     **Pharmacology Written Summary**

**2.6.2.1**     **Brief summary**

Gabapentin, 1-(aminomethyl)cyclohexaneacetic acid ($C_9H_{17}NO_2$, molecular weight 171.24), is a chemical derivative of the inhibitory neurotransmitter, γ-aminobutyric acid (GABA), but it is not active at GABA receptors. The anticonvulsant effects of gabapentin were investigated in many animal models for epilepsy; electric shock-induced, chemical-induced, kindled and genetic models of rodents or baboons. Although extensive investigations also have been done to clarify the action mechanism of gabapentin, its mechanism remains unsubstantiated. Two probable mechanisms, (1) inhibition of $\alpha_2\delta$ subunit of voltage-dependent $Ca^{2+}$ channel and (2) enhancement of GABA supply, are currently suggested. In addition to these anticonvulsant effects, the analgesic and anti-anxiety effects of gabapentin were assessed in rodent models as secondary pharmacology. General pharmacology study also was done instead of safety pharmacology. All these studies were employed under non-GLP.

**Efficacy in animal models of epilepsy**

**Electric shock models:** With gabapentin given p.o. and i.p. to mice 120 minutes before testing, the respective $ED_{50}$ value was 209 and 78 mg/kg to prevent tonic extensor seizures. These $ED_{50}$ values are not substantially different because of the low slope of dose-response curves and wide 95% confidence intervals. In the case with rats, the oral anticonvulsant effect of gabapentin was dose-related and $ED_{50}$ value was 9.1 mg/kg.

**Chemically induced models:** Gabapentin given i.p. to mice, prevented the pentylenetetrazole (PTZ)- induced threshold clonic seizure with $ED_{50}$ value of 47.47 mg/kg while it did not completely prevent the bicuculline, picrotoxin and strychnine-induced seizures. Gabapentin p.o. treatment prevented tonic extensor convulsions from a variety of convulsant agents with $ED_{50}$ values of 31.9-56.2 mg/kg. Gabapentin also prevented convulsions in mice from a GABA synthesis inhibitor thiosemicarbazide more potently than other convulsants ($ED_{50}$=5.53 mg/kg).

**Kindled rat model:** Intraperitoneal administration of gabapentin at 30 to 100 mg/kg to kindled rats significantly reduced the severity of behavioral seizures from 45 to more than 105 minutes after gabapentin treatment.

**Genetic animal models:** Oral pretreatment of DBA/2J mice with gabapentin dose-dependently prevented extensor seizures induced by sound stimulation with $ED_{50}$ values of 18 mg/kg (30 minutes pretreatment) and 2.5 mg/kg (60 minute pretreatment). Against tonic convulsion in

**Gabapentin: Pharmacology Written Summary**

concentration-dependent inhibition of the $K^+$-induced $[Ca^{2+}]i$ increase with $IC_{50}=14$ µmol/L and maximal inhibition of 36%. In an electrophysiological study, gabapentin also inhibited high-voltage-activated $Ca^{2+}$ current with $IC_{50}$ value of 3.65 µmol/L in central neurons isolated from rat brain.

**Inhibition of neurotransmitter release:** Gabapentin was tested for effects on neurotransmitter release from stimulation by $K^+$, substance P and electrical pulses from rat neocortical, striatal or brainstem tissue slices *in vitro*. Gabapentin at 100 µmol/L and lower concentrations, partiallyess reduced norepinephrine, dopamine, glutamate and aspartate releases from the tissues in most stimulation conditions.

These results suggest that gabapentin reduces excitatory neurotransmitter releases by inhibiting pre-synaptic $Ca^{2+}$ influx and also that binding to the α2δ subunit of voltage gated calcium channels may cause these effects. Reduction of neurotransmitter release is postulated to inhibit epileptic seizures.

**(2) Enhancement of GABA supply**

**Increase in brain GABA content:** In a human study, gabapentin significantly increased the brain tissue concentration of GABA in each of 6 epilepsy patients (4 women) given a single p.o. dose of 1200 mg gabapentin. A study with rats was done to examine GABA accumulation in the presence of the GABA transaminase inhibitor, amino-oxyacetic acid, and gabapentin significantly increased GABA turnover (synthesis) in olfactory bulb, frontal neocortex, corpus striatum, amygdala, thalamus and substantia nigra.

**GABA biosynthesis and degradation:** Gabapentin at 1 and 2.5 mmol/L increased the GABA synthetic enzyme L-glutamic acid decarboxylase (GAD) activity by 45% and 78%, respectively. Gabapentin also inhibited the primary degradative enzyme for GABA, GABA-transaminase (GABA-T) with $IC_{50} = 6$ mmol/L. However, the concentrations required for these interactions are greater than those encountered in therapeutic use (i.e., up to 70 µmol/L or 12 µg/mL in human plasma) and are therefore unlikely to be relevant. The mechanism responsible for increasing total brain GABA content is still unknown. However, see section on GABA transporter trafficking immediately below and the Discussion in Section 2.6.2.6.

**GABA transporter trafficking:** Long preincubation (for periods of 60 minutes or more) of cultured rat hippocampal neurons with gabapentin caused a reproducible shift of GABA transporter proteins (GAT1) from the cytosolic pool to cell membranes. The $EC_{50}$ for increasing initial [$^3$H]GABA influx (measured at 120 minutes) was approximately 30 µmol/L. This finding might account for gabapentin's increasing brain GABA content.