EXHIBIT 9

C O N F I D E N T I A L

## PFIZER GLOBAL RESEARCH & DEVELOPMENT
## ANN ARBOR LABORATORIES
## ANN ARBOR, MICHIGAN

| | |
|---|---|
| **RESEARCH REPORT NO.: RR-REG** 720-30134 | **PGRD AUTHOR(S):** Giordani AB, Holley HP, Robbins JL |
| **DATE ISSUED:** November 28, 2001 | **INVESTIGATOR(S):** |
| **PERIODS COVERED:** 01/01/01 to 10/31/01 | **ANALYST(S):** |
| **DEPARTMENT:** Clinical Research | |
| **COMPOUND NUMBERS (PD,WL,GOE,CI):** CI-0945, PD 0087842-0000, GOE 3450 | **LOT NUMBER(S):** |
| **PHASE:** | **PROTOCOL NUMBER:** |
| **NOTEBOOK (OR OTHER REFS):** | **SUGGESTED KEY WORDS:** Gabapentin, Neurontin, Neuropathic Pain, Diabetic Peripheral Neuropathy, Postherpetic Neuralgia, Safety, Adverse Events |

| | |
|---|---|
| **TITLE**: | 4-Month Safety Update for Gabapentin (CI-0945, Neurontin) for Neuropathic Pain |

**Appendix B.2.2  Listing of Serious Adverse Events: Study 945-411**

**4-Month Safety Update for Gabapentin (CI-945, Neurontin) for Neuropathic Pain**

| Dose at Onset | Patient Number | Adverse Event Term: Preferred INVESTIGATOR | Study Day AE Began | Study Day AE Ended | Intensity | Relation-ship to Study Med | Action Taken | Clinical Outcome |
|---|---|---|---|---|---|---|---|---|
| GBP 4500 mg | 001018 | Suicide attempt SUICIDE ATTEMPT | 27 | 28 | | Definitely | Discontinued | Recovered |
| | | Intentional overdose INTENTIONAL OVERDOSE | 27 | 28 | | Definitely | Discontinued | Recovered |
| | | Somnolence SOMNOLENCE | 27 | 28 | Moderate | Definitely | Discontinued | Recovered |
| GBP 600 mg/day | 003004 | Back pain SCIATIC NERVE PAIN | 3 | 7 | Severe | Definitely not | Discontinued | Not yet recovered |
| GBP 3600 mg/day | 010001 | Ketosis DIABETIC KETOACIDOSIS | 48 | 54 | Severe | Unlikely | Interrupted | Recovered |
| GBP 1800 mg/day | 042001 | * Accidental injury BURNING TYPE III IN THE RIGHT FOOT | 10 | 75 | Moderate | Definitely not | None | Recovered |
| GBP 900 mg/day | 051011 | Angina pectoris RECURRENCE OF ANGINA | 6 | 11 | Moderate | Unlikely | None | Recovered |
| GBP 1200 mg/day[a] | 059011 | Chest pain CHEST PAIN | 40 | 42 | Severe | Definitely not | Discontinued | Recovered |

GBP = gabapentin
PBO = placebo
+ = Non-TESS Adverse Event
* = Adverse Event Resulted in Surgery
@ = Multiple Episodes
[a]Patient discontinued gabapentin 2 days prior to this event

Page 1 of 1

amiodarone, digoxin, cardirene, minitran, morphine, dexamethasone, cisapride, piroxicam, and ranitidine. The patient recovered. The investigator determined this event to be severe in intensity and definitely not related to the study medication. The Sponsor considered this labeled event unlikely related to the study medication.

### (S, W) Patient 411_001018 (Study 945-411)            Suicide attempt, Intentional overdose
### Gabapentin                                                                   Somnolence

Patient 411_001018 (Study 945-411), a 36-year-old Hispanic woman with painful diabetic peripheral neuropathy and a history of type II diabetes mellitus, intentionally overdosed in a suicide attempt and developed somnolence, requiring hospitalization, after taking 4500 mg of gabapentin on Day 27. An attempt to empty the patient's stomach failed. She received hydration only. Gabapentin therapy was discontinued from the study on Day 28. The patient's clinical status is unknown and she was withdrawn from the study on Day 28. Concomitant medications included hydrocortisone, insulin, chloropropamide, fenformin, and captopril. The investigator determined the adverse events were related to gabapentin. The Sponsor determined the adverse events were related to gabapentin. No portion of the gabapentin 4500 mg overdose was able to be removed from the patient's stomach. Hydrocortisone and insulin therapy was started on Day 27 and was discontinued on Day 28. The patient recovered on Day 28. The investigator determined that somnolence was moderate in intensity and definitely related to gabapentin.

### (S, W) Patient 411_003004 (Study 945-411)                                        Back pain
### Gabapentin

Patient 411_003004 (Study 945-411), a 44-year-old woman with painful diabetic peripheral neuropathy, developed sciatic nerve pain (back pain) on Study Day 2 while receiving gabapentin 600 mg/day. The patient felt a strong pain when moving. She went to the hospital on Day 4 and was admitted. She was being treated with diazepam and ketoprofen. Gabapentin therapy was discontinued on Day 10. The patient had not yet recovered. The reporter assessed the event to be severe in intensity and definitely not related to gabapentin.

### (S) Patient 411_010001 (Study 945-411)                                            Ketosis