# EXHIBIT 11



**PARKE-DAVIS**
Pharmaceutical Research Division

Warner-Lambert Company

***Memorandum***

| | | |
|---|---|---|
| Memo to:<br>Location: | R. DeJong | Date: 05/08/90 |
| From:<br>Location | V. Trudeau<br>Clinical Research | |
| Subject: | Follow-up Adverse Event Report | |

Drug:                Gabapentin
Patient Number:      001
Patient Initials:    RWB
Protocol Number:     945-15-01
Adverse Event:       (1) Severe Headache; (2) Acute Severe Depression; (3) Suicidal Ideation
Investigator:        F. E. Dreifuss, M.D.

I have been informed of follow-up information regarding the above adverse event; a summary of the adverse event is enclosed. This is an expected Adverse Event considered possibly associated with the use of this investigational drug.

cc:   J. Schaumberg (FCS)
      K. Shellenberger (Drug Director)
      M. Treado (CDM)

VLT/ch