EXHIBIT A

825

1        UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
2
3      _____
                     )
4      In re: NEURONTIN MARKETING,  )
       SALES PRACTICES, AND PRODUCTS)
5      LIABILITY LITIGATION,     )
       _____)
6
7                 VOLUME IV
8
9        CONTINUED VIDEOTAPED DEPOSITION OF
10            RONALD Wm. MARIS, Ph.D.
11              (Taken by Defendant)
12             Columbia, South Carolina
13             Monday, October 20, 2008
14
15
16
17
18
19
20
21
22
23
24          Reported in Stenotype by
           V. Dario Stanziola, CSR, RPR, CRR
25    Transcript produced by computer-aided transcription

826

1              APPEARANCES
2   ON BEHALF OF THE PLAINTIFFS:
3        RON ROSENKRANZ, Esquire
         Finkelstein & Partners
4        1279 Route 300
         Newburgh, New York 12551
5        (845) 563-9442
         rrosenkranz@lawampm.com
6
7   ON BEHALF OF THE DEFENDANT PFIZER:
8        ANGELA M. SEATON, Esquire
         IAN LOSASSO, Esquire
9        LORI SCHULTZ, Esquire
         (Appearing Via Telephone)
10       Shook, Hardy & Bacon, L.L.P.
         2555 Grand Boulevard
11       Kansas City, Missouri 64108
         (816) 474-6550
12       aseaton@shb.com
         ilosasso@shb.com
13       lschultz@shb.com
14  Also Present:
15       JAMES DOWNIE, CLVS, Videographer
16
17
18
19
20       CONTINUED VIDEOTAPED DEPOSITION OF R
21  Wm. MARIS, Ph.D., a witness called on behalf of the
22  Defendant, before V. Dario Stanziola, CSR, RPR,
23  CRR, held at the Columbia Marriott, 1200 Hampton
24  Street, Columbia, South Carolina, on Monday,
25  October 20, 2008, commencing at 9:01 a.m.

827

1              INDEX OF EXAMINATIONS
2
3   By Ms. Seaton              PAGE   832
4              INDEX OF EXHIBITS
5
6   NUMBER       EXHIBIT                MARKED
    Exhibit 44: Plaintiff's Expert        832
    Disclosure On Specific Causation
7
    Exhibit 45: Document entitled Appendix   833
8   A, New Evidence For Bulger v. Pfizer
    Received After July 18, 2008, Ronald Wm.
9   Maris, Ph.D. October 8, 2008
10  Exhibit 46: Report of Ronald Wm. Maris,  834
    Ph.D.
11
    Exhibit 47: First Amended Notice of      837
12  Videotaped Deposition Duces Tecum of
    Professor Ronald W. Maris, Ph.D.
13
    Exhibit 48: Handwritten notes            840
14
    Exhibit 49: Manilla folder containing    841
15  billing record of Ronald Wm. Maris,
    Ph.D.
16
    Exhibit 50: Ronald W. Maris, Ph.D.       843
17  Curriculum Vitae September 2008
18  Exhibit 51: Psychological Autopsy and    853
    Death Investigation, File Name Susan
19  Bulger
20  Exhibit 52: Photocopy of videotaped      890
    deposition of Ronald J. Bulger, Sr.
21
    Exhibit 53: Office visit note for Susan  903
22  Bulger dated 1/6/00
23  Exhibit 54: Progress notes for Susan     909
    Bulger dated 12/20/02
24
25

828

1   Exhibit 55: Document entitled            951
    Commonwealth of Massachusetts Department
2   of Social Services Child Abuse/Neglect
    Report
3
    Exhibit 56: Document entitled            952
4   Commonwealth of Massachusetts Department
    of Social Services FamilyNet dictation
5   report
6   Exhibit 57: Photocopy of a PowerPoint    953
    presentation entitled Suicide and SSRIs
7   Ronald Wm. Maris, Ph.D. AAFS Annual
    Conference 11 a.m. - 12 p.m. Tuesday
8   February 20, 2007 San Antonio, Texas
9   Exhibit 58: Document entitled Beverly    988
    Hospital D/B/A BayRidge Hospital Intake
10  Evaluation
11  Exhibit 59: AtlantiCare Progress Notes   990
    dated 5/25/93
12
    Exhibit 60: AtlantiCare Medical Center   993
13  Report of Consultation dated 5/17/93
14  Exhibit 61: A document entitled Past     999
    Psychiatric History
15
    Exhibit 62: AtlantiCare Medical Center   1001
16  medical record
17  Exhibit 63: A document entitled Patient  1006
    Messages Susan E. Bulger
18
19  Exhibit 64: A medical record             1015
20  Exhibit 65: A photocopy of videotaped    1016
    deposition of Yoshiharu Akabane, M.D.
21  Exhibit 66: A medical record Salem       1017
    Hospital dated 8/17/88
22
23  Exhibit 67: AtlantiCare Medical Center   1018
    report of consultation dated 6/5/90
24  Exhibit 68: Brigham and Women's Hospital 1019
    nursing history questionnaire
25

Maris, Ron (F&P Expert-Bulger)  10/20/2008  9:01:00 AM

953

1  Q.  Would this be evidence of a very
2  dysfunctional marital relationship?
3      A.  Well, of course.  I mean, this was a time
4  when he was, you know, accusing her of all sorts of
5  things, trying to get custody of the son.  This was
6  a very tumultuous time and she wasn't acting too
7  well either.
8      Q.  Okay.  I'm going to hand you what we're
9  going to mark as Deposition Exhibit No. 57.  And
10 we've marked this Power Point slide as -- or this
11 Power Point presentation previously in the
12 deposition.  But I want to direct your attention to a
13 specific slide.  So if you would, take a look -- is
14 this a Power Point presentation that you prepared?
15     (Exhibit 57: Photocopy of a PowerPoint
16     presentation entitled Suicide and SSRIs Ronald
17     Wm. Maris, Ph.D. AAFS Annual Conference 11
18     a.m. - 12 p.m. Tuesday February 20, 2007 San
19     Antonio, Texas marked for identification, as
20     of this date.)
21     A.  Yes.
22         MR. ROSENKRANZ:  Do you have a copy?
23     Q.  And this was for a presentation that you
24 did in February of 2007, correct?
25     A.  Right.

954

1   Q.  And in it you publically stated in front of
2  a -- in front of what I assume was a fairly large
3  audience that in making a determination about
4  specific causation --
5      A.  What page are we on?
6      Q.  The first one.  I culled through it just to
7  make it easy.  Second para -- second point.
8      A.  Okay.
9      Q.  You publically stated that, quote, in
10 making a determination about specific causation that
11 any plausible argument needs to make every effort to
12 rule out or at least account for alternative
13 explanations, end quote?
14     A.  About half of that is here, the rest of
15 it was not here.  You added a bunch of stuff.
16     Q.  I did?
17     A.  Yeah, you did.
18     Q.  I don't mean to.
19     A.  There was nothing in there about specific
20 causation.
21     Q.  All right.  Well, the exact quote reads,
22 quote, any plausible argument that an antidepressant
23 causes a suicide or other act of violence needs to
24 make every effort to rule out or at least account for
25 alternative explanations, right?

955

1      A.  Sure.
2      Q.  Okay. And that would also be true in the
3  context of AED's, right?
4      A.  Yes.
5      Q.  Okay. Did you rule out and/or account for
6  alternate explanations for Susan Bulger's suicide?
7      A.  I think I did.
8      Q.  Okay.
9      A.  I certainly considered them all under
10 risk factors.
11     Q.  Okay.  You've identified 15 risk factors
12 for suicide, correct?
13     A.  Correct.
14     Q.  And that's in your comprehensive textbook
15 on suicidology, right?
16     A.  Right. Page 80.
17     Q.  Page 80.  Oh, I know.
18         And I see that in this Power Point
19 presentation you did a similar list.  So on the page
20 after any plausible argument, you've got a slide
21 that's titled leading candidates for alternative
22 nondrug causes of suicide?
23     A.  Yes.
24     Q.  Okay.  And basically that's your -- that's
25 your 15 risk factors, right?

956

1      A.  Yes.
2      Q.  Okay. And I think --
3      A.  It's slightly different. I mean, for
4  example, my 15 risk factors doesn't have number 14,
5  treatment, absence or failure.  So this is slightly
6  different.
7      Q.  Okay.  Why -- why is -- why are they
8  different?
9      A.  Because when I first wrote them, I was
10 thinking about one set of problems, and as I
11 evolved, I've added some other issues.
12     Q.  Okay. So fair to say then that this is a
13 more recent and a more accurate reflection of your
14 current opinions about the 15 risk factors?
15     A.  Yes.
16     Q.  Okay.  And when I say this, just so the
17 record's clear, I'm referring to the 2007 Power Point
18 presentation.
19     A.  Um-hum.  Yes.
20     Q.  Okay. And I think you told Ms. McGroder
21 that you -- well, I don't want to -- I don't want to
22 testify for you.
23         What about the APA guidelines?
24         Do you recognize the APA guidelines as
25 including risk factors for suicide?