UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re: NEURONTIN MARKETING,           :  MDL Docket No. 1629
       SALES PRACTICES AND            :
       PRODUCTS LIABILITY LITIGATION  :  Master File No. 04-10981
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  Judge Patti B. Saris
                                      :
THIS DOCUMENT RELATES TO:             :  Magistrate Judge Leo T.
                                      :  Sorokin
Bulger v. Pfizer Inc., et al., 1:07-cv-11426-PBS   :
Smith v. Pfizer Inc., et al., 1:05-cv-11515-PBS    :
                                      :
                                      :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE THE UNTIMELY SUPPLEMENTAL DECLARATIONS OF STEFAN P. KRUSZEWSKI AND RONALD W. MARIS**

Defendants, Pfizer Inc. and Warner-Lambert Company ("defendants"), respectfully move for leave to file a brief reply memorandum in further support of their motion to strike the untimely supplemental declarations of Stefan P. Kruszewski and Ronald W. Maris (the "Motion to Strike"). The proposed reply memorandum is attached hereto as Exhibit 1.

The grounds for this motion are:

1. Plaintiffs' opposition to the Motion to Strike contains assertions of fact and law to which a response is warranted.

2. Defendants' proposed reply memorandum responds to these assertions and, accordingly, will assist the Court in its consideration of the Motion to Strike.

3. The proposed reply memorandum is only seven pages in length, not including the signature page.

4. Defendants asked plaintiffs if they would assent to this motion. Plaintiffs responded by inquiring as to the length of the reply memorandum and asking if defendants

5180934v.1

would assent to their filing of a sur-reply.  Defendants advised plaintiffs of the length of the reply memorandum and indicated that defendants would assent to a sur-reply.  Plaintiffs have not provided any further indication of their position on this motion.

WHEREFORE, defendants respectfully request leave to file the attached reply memorandum.

Dated: March 27, 2009                         Respectfully submitted,

                                              DAVIS POLK & WARDWELL

                                              By:     /s/James P. Rouhandeh
                                                      James P. Rouhandeh

                                              450 Lexington Avenue
                                              New York, NY 10017
                                              Tel:  (212) 450-4000

                                                      -and-

                                              SHOOK, HARDY & BACON L.L.P.

                                              By:     /s/Scott W. Sayler
                                                      Scott W. Sayler

                                              2555 Grand Blvd.
                                              Kansas City, MO 64108-2613
                                              Tel:  (816) 474-6550

                                                      -and-

                                              WHITE & WILLIAMS

                                              By:     /s/David B. Chaffin
                                                      David B. Chaffin

                                              100 Summer Street, 27th Floor
                                              Boston, MA 02110
                                              Tel:  (617) 748-5200

                                              *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

- 3 -

## CERTIFICATE OF CONSULTATION

I certify that I conferred with opposing counsel in a good faith effort to resolve the issue presented, as indicated in paragraph 4 above.

/s/David B. Chaffin
David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 27, 2009.

/s/David B. Chaffin
David B. Chaffin