UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
            :
In re:  NEURONTIN MARKETING,
      SALES PRACTICES AND
      PRODUCTS LIABILITY LITIGATION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

     ALL ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## ASSENTED-TO MOTION FOR LEAVE TO PRACTICE PURSUANT TO LOCAL RULE 83.5.3(b)

David B, Chaffin, a member of the bar of this Court and co-counsel of record for

defendants, Pfizer Inc., Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert

Company, and Warner-Lambert Company, LLC, respectfully moves pursuant to Local Rule

83.5.3(b) for an order granting Mark S. Cheffo of Skadden, Arps, Slate, Meagher & Flom LLP,

Four Times Square, New York, NY 10036, leave to appear and practice on behalf of defendants.

As set forth in the attached declaration, Mr. Cheffo is a member in good standing of the bar of

each jurisdiction in which he has been admitted to practice, no disciplinary proceedings are

pending against him, and he is familiar with the Local Rules of the United States District Court

for the District of Massachusetts.

Counsel for plaintiffs have assented to this motion.

WHEREFORE, I respectfully request that Mr. Cheffo be granted leave to appear and represent defendants in this matter.

Dated:  March 30, 2009

/s/ David B. Chaffin
David B. Chaffin
BBO # 549245
WHITE AND WILLIAMS LLP
100 Summer Street, Suite 2707
Boston, MA  02110
(617) 748-5215 (Direct)
chaffind@whiteandwilliams.com

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served pursuant to Case Management Order No. 3.

/s/David B. Chaffin
David B. Chaffin

5182981v.1