# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL ACTIONS

------------------------------------------------x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T.
: Sorokin

## **DECLARATION OF MARK S. CHEFFO**

I, Mark S. Cheffo, state, under the penalties of perjury, as follows:

1. I am a member of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY, 10036. My telephone number is (212) 735-2183, and my email address is Mark.Cheffo@skadden.com.

2. I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc., Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3. I am a member in good standing of the bar of the State of New York. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5172020v.1

4.  I respectfully request that the Court permit me to appear and practice in this matter.

>SIGNED UNDER THE PENALTIES OF PERJURY
>THIS 27 DAY MARCH 2009.
>
>_____
>Mark S. Cheffo