UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL SALES & MARKETING ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**CLASS PLAINTIFFS' AND COORDINATED PLAINTIFFS' JOINT UNOPPOSED EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Court's November 4, 2008 Revised Scheduling Order provides that oppositions to Defendants' Motion for Summary Judgment (Dkt. No. 1689) are due April 1, 2009, and replies are due April 15, 2009. Due primarily to the volume of evidence that must be efficiently organized and presented, Plaintiffs request: (1) that the Class Plaintiffs and the Coordinated Plaintiffs have an additional two weeks, until April 15, 2009, to file their opposition briefs; and (2) that the two opposition briefs shall total 70 pages or less, and neither brief shall be more than 40 pages. Defendants do not oppose Plaintiffs' request, provided that: (1) they receive an additional two weeks, until May 13, 2009, to file their reply or replies, which (2) shall total no more than 35 pages.

Plaintiffs appreciate and share the Court's desire to resolve this matter promptly, but believe that the brief extension requested is warranted in light of the large volume of discovery taken, the large number of depositions taken, and the large number of expert reports submitted by the parties. Organizing and presenting the relevant information in a streamlined and efficient manner is a daunting task, which should ultimately assist the Court in more efficiently

807307.1

addressing the issues presented by the motion.  While the Class Plaintiffs and the Coordinated Plaintiffs are endeavoring to combine and join in one another's arguments so as to avoid unnecessary duplication, the posture of the Class Plaintiffs and the Coordinated Plaintiffs is sufficiently distinct as to require separate briefing as to the factual arguments directed to each, as well as the legal issues that may impact them differently.

                              Respectfully submitted,

Dated:  March 30, 2009                  GREENE & HOFFMAN

                                By:  */s/ Thomas M. Greene*
                                    Thomas M. Greene, Esq.

                                33 Broad Street, 5th Floor,
                                Boston, MA  02109

                                LIEFF, CABRASER, HEIMANN
                                 & BERNSTEIN, LLP

                                By:  */s/ Barry R. Himmelstein*
                                    Barry R. Himmelstein, Esq.

                                275 Battery Street, 30th Floor
                                San Francisco, CA  94111-3339

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Thomas M. Sobol*
    Thomas M. Sobol, Esq.

One Main Street, 4th Floor
Cambridge, MA  02142

BARRETT LAW OFFICE

By: */s/ Don Barrett*
    Don Barrett, Esq.

404 Court Square North
P.O. Box 987
Lexington, MS  39095

LAW OFFICES OF DANIEL BECNEL, JR.

By: */s/ Daniel E. Becnel, Jr.*
    Daniel E. Becnel, Jr., Esq.

106 W. Seventh Street
P.O. Drawer H
Reserve, LA  70084

DUGAN & BROWNE

By: */s/ James R. Dugan*
    James R. Dugan, Esq.

650 Poydras Street, Suite 2150
New Orleans, LA  70130

*Members of the Class Plaintiffs' Steering Committee*

For the Coordinated Plaintiffs:

<u>/s/ Linda P. Nussbaum</u>
KAPLAN FOX & KILSHEIMER LLP
Linda P. Nussbaum, Esq.
850 Third Avenue, 22nd Floor
New York, New York 10022

RAWLINGS & ASSOCIATES, PLLC
Mark D. Fischer, Esq.
Mark Sandmann, Esq.
325 W. Main Street
Louisville, KY 40202

LOWEY DANNENBERG COHEN & HART, PC
Gerald Lawrence, Esq.
One North Broadway - Suite 509
White Plains, NY  10601-2310

807307.1                          4

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on March 30, 2009.

                                                        */s/  Barry Himmelstein*

## CERTIFICATION PURSUANT TO L.R. 7.1

The undersigned, counsel for Class Plaintiffs in the above-reference matter, hereby certifies that on March 26-30, 2009 he conferred with Edmund Polubinski III and Rajesh James, counsel for Defendants, via email concerning the foregoing motion, and Defendants do not object to the relief requested, as more particularly set forth above.

                                         */s/ Barry Himmelstein*
                                         Barry Himmelstein
                                         Lieff Cabraser Heimann & Bernstein
                                         Embarcadero Center West
                                         275 Battery Street, 30th Floor
                                         San Francisco, CA 94111-3339