UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
----------------------------------------------------------------x
                                                                :   MDL Docket No. 1629
                                                                :
In re:  NEURONTIN MARKETING,                                    :
        SALES PRACTICES AND                                     :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                           :
                                                                :   Judge Patti B. Saris
----------------------------------------------------------------x
                                                                :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                       :
                                                                :
Bulger v. Pfizer Inc., 1:07-11426-PBS                           :
Smith v. Pfizer Inc., 1:05-11515-PBS                            :
                                                                :
                                                                :
----------------------------------------------------------------x
```

**PRODUCTS LIABILITY PLAINTIFFS' NOTICE OF FILING OF
PLAINTIFFS' POWERPOINT SLIDE PRESENTATIONS IN
OPPOSITION TO DEFENDANTS' MOTIONS TO EXCLUDE
PLAINTIFFS' EXPERTS AND FOR SUMMARY JUDGMENT
<u>AT THE ORAL ARGUMENT HELD ON MARCH 31, 2009</u>**

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Products Liability Plaintiffs file herewith Plaintiffs' Powerpoint slide presentations in opposition to Defendants' motions to exclude Plaintiffs' experts and for summary judgment at the oral argument held on March 31, 2009, attached as Exhibit A and B, respectively.

Dated:  April 1, 2009                               Respectfully submitted,

                                                    *Members of Products Liability
                                                    Plaintiffs' Steering Committee*


                                    By:    /s/ **Andrew G. Finkelstein**
                                           Andrew G. Finkelstein, Esquire
                                           Finkelstein & Partners, LLP
                                           1279 Route 300, P.O. Box 1111
                                           Newburgh, NY  12551

2

By: **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
 & Associates
106 E. 6th Street, Suite 700
Austin, TX  78701

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on April 1, 2009.

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire