EXHIBIT B

# *In Re* Neurontin Sales, Marketing and Products Liability Litigation

# Smith v. Pfizer
# Bulger v. Pfizer

Plaintiffs' Opposition to Defendants' Motions for Summary Judgment

Oral Argument
March 31, 2009

# Defendants' Motions Should Be Denied
## *Standard of Review*

"To succeed [on a motion for summary judgment], the moving party must show that there is an <u>absence of evidence</u> to support the nonmoving party's position" (emphasis added). *Rogers v. Fair*, 902 F.2d 140, 143 (1st Cir. 1990); *see also Celotex Corp. v. Catrett*, 477 U.S. 317, 325 106 S.Ct. 2548, 91 L.Ed. 2d 265 (1986). . . .The Court must "view the facts in the light most favorable to the non-moving party, drawing all reasonable inferences in that party's favor."[Barbour v. Dynamics Research Corp., 73 F.3d 32, 36 (1st Cir. 1995).]"

*Mckenna v. First Horizon Home Loan Corp.*, 537 F. Supp. 2d 284, 287 (D. Mass 2008).

## Defendants' Motions Should Be Denied

❑ Plaintiffs Have Raised Triable Questions of Fact for the Jury.

- ❑ Negligence and Breach of Warranty
    - ❑ In Massachusetts, negligence and implied warranty are congruent with strict liability as set forth in Restatement of Torts. *Kelley v. Eli Lilly* (2008)
    - ❑ Applying Tennessee law, Plaintiff-Smith's *warranty* claim is viable because (a) Mr. Smith researched Neurontin on internet and thus directly relied on representations of its safety; (b) he relied on the label.
- ❑ Fraud: Suppression of Safety and Risks
- ❑ Inadequate Warnings Proximately Caused Suicidality.

# Paul McCombs, MD (Prescriber):
# *Smith v. Pfizer*

Prescriber wanted to know about risks of Neurontin for prescribing practice

```
 1    know, I don't know what -- what's appropriate
 2    there.
 3    Q.    Okay. Let me ask it to you this way, did
 4          you know that Neurontin was a drug that the FDA at
 5          least had considered might lead to suicides?
 6    A.    No.
 7          MR. FERGUSON: Object to form.
 8    BY MR. LANIER:
 9    Q.    Did you know that Neurontin was a drug
10          where there was concern within the -- the -- the
11          drug company and the FDA about whether it
12          increased depression?
13          MR. FERGUSON: Object to form.
14          THE WITNESS: No.
15    BY MR. LANIER:
16    Q.    Is that the kind of information you'd like
17          to know?
18    A.    If it is considered a significant risk,
19          then, yes, I do.
```

ECF Doc #1699-2, p.3

# Paul McCombs, MD (Prescriber): *Smith v. Pfizer*

FDA's Review of Epilepsy Indication and concern of suicide

```
10   Q.   So if the FDA has told Pfizer that less
11        common but more serious events may limit the
12        drug's widespread usefulness, and the third one
13        that they listed was depression, while it may not
14        be an infrequent occurrence in the epileptic
15        population, may become worse and require
16        intervention or lead to suicide, as this drug has
17        resulted in some suicidal attempts, is that
18        significant enough for you to want to know about
19        it?

18   A.   I think this is a -- would be of
19        significance, yes, sir.
```

ECF Doc #1699-2, p.5-6

# Paul McCombs, MD (Prescriber):
## *Smith v. Pfizer*

Prescriber wanted to know about risks of Neurontin for prescribing practice

```
1   Q.   Is that something that's rare with people
2   who have a lot of back pain that need your help,
3   or is that --
4   A.   Chronic -- chronic pain syndromes are
5   frequently associated with depression and treated
6   with medication for depression.
7   Q.   Okay.  Is that the kind of fellow you
8   would ever want to give a drug to that -- if you
9   had a choice in the matter -- that -- if that drug
10  was going to be one that increased depression or
11  caused a loss of impulse control or suicide or
12  things like that?
13  A.   It's something that would have to be
14  weighed.  If the patient's depression was caused
15  by significant pain and the Neurontin helped the
16  pain, that would maybe help the depression, but it
17  could do -- it could go either way.
18  Q.   All right.  Is that why it's important for
19  you as a doctor to know if suicide or depression
20  is a -- considered a prominent side effect of the
21  drug?
22  A.   Yes.
```

ECF Doc #1699-2, p.4

# Paul McCombs, MD (Prescriber):
# *Smith v. Pfizer*

Change in Prescribing and Monitoring Habits

ECF Doc #1699-2, p.4

```
23   Q.   If you had been told by the detail reps
24   who were -- were -- in talking to you about the
25   drug Neurontin, that this drug was one that is

 1   associated with a loss of impulse control,
 2   associated with a loss of cognitive awareness of
 3   things, or -- or increase in depression, would it
 4   have changed your prescription habits as far as
 5   Mr. Smith?
 6          MR. FERGUSON:  Object to form.
 7          THE WITNESS:  Perhaps.
 8   BY MR. LANIER:
 9   Q.   And by perhaps, would you have considered
10   trying other drugs first?
11   A.   I would go over his medication list and
12   try to pick the best possible choice to alleviate
13   his pain.  If I had known it was associated with
14   depression, knowing him, I would be very careful
15   with it --
16   Q.   Yeah.  If --
17   A.   -- if I decided to use it.
```

# Paul McCombs, MD (Prescriber):
# *Smith v. Pfizer*

Change in Prescribing and Monitoring Habits

> 18  Q.   So if you decided to use it, would you at
> 19       least have given him some significant warnings and
> 20       his family and made sure everybody was tuned in to
> 21       the fact that if his depression seemed to be
> 22       getting worse, that he needs to contact someone?
> 23  A.   I would.
> 24  Q.   Okay.
> 25          MR. LANIER:  I'll pass the witness.

ECF Doc #1699-2, p.4

# Edward Mackey, MD (Prescriber):
## *Smith v. Pfizer*

Defendants Did Not Inform Prescriber of Suicidality.

Change in Prescribing and Monitoring Habits

ECF Doc #1700-2, p.5

```
 8   Q.   (By Mr. Lanier) Am I correct, no one
 9        ever told you about that?
10   A.   No.
11   Q.   No, as in no, they did not tell you?
12   A.   No, they did not tell me.
13   Q.   All right. Is that the kind of thing
14        that would be important to know before you
15        start prescribing a drug?
16             MR. FERGUSON: Object to form.
17   A.   Yes.
18   Q.   (By Mr. Lanier) All right. Because if
19        you're going -- if you have got a drug that,
20        that may cause suicide, clinically significant
21        depression, you probably had other optional
22        drugs you could have given Mr. Smith that, that
23        don't seem to have that side effect; true?
24             MR. FERGUSON: Object to form.
25   A.   Potentially, yes.
```

# Edward Mackey, MD (Prescriber): *Smith v. Pfizer*

Defendants Did Not Inform Prescriber of Suicidality.

Change in Prescribing and Monitoring Habits

ECF Doc #1700-2, p.7

```
17  Q.   (By Mr. Lanier) Now if you had been
18  told either in the labeling information or
19  through sales reps or, Dr. Mackey, through your
20  partners, if you had been told that Neurontin
21  was a drug with some of the problems we've
22  talked about so far today, would it have
23  changed the way you treated Mr. Smith?
24       MR. FERGUSON: Object to form.
25  A.   Possibly. Probably.
 1  Q.   (By Mr. Lanier) Probably. And by
 2  probably, would it have meant you would have
 3  either tried another drug first, or would you
 4  have at least put out some warnings and some
 5  safeties and precautions and told them what to
 6  be observant about?
 7       MR. FERGUSON: Object to form.
 8  A.   Certainly I would have done the
 9  latter.
10  Q.   Okay.
11  A.   And I don't know about the former.
```

# Edward Mackey, MD (Prescriber):
## *Smith v. Pfizer*

**Defendants Did Not Inform Prescriber of Suicidality.**

**Change in Prescribing and Monitoring Habits**

> 2  Q. Okay. If you had known that it was a
> 3  drug that the scientists were concerned might
> 4  lead to suicide with some people, would you
> 5  have warned them about it?
> 6         MR. FERGUSON: Object to form.
> 7  A. I think that's a significant enough
> 8  complication, concern, that at least in -- if
> 9  it got to that point, with this particular
> 10 patient, you would talk to them.

ECF Doc #1700-2, p.11

# Dino Crognale, MD (Prescriber): *Bulger v. Pfizer*

Reliance on PDR equals "contact" with Defendants' Label.

```
17   Q.  Do you subscribe to the PDR?
18   A.  Yes.
19   Q.  Personally, or the office?
20   A.  The office.
21   Q.  And do you review it when it comes out
22   for drugs you prescribe?
23   A.  I review, I review drugs as they come
24   up.

 1   Q.  And what do you mean by "as they come
 2   up"?
 3   A.  So if there are drugs that have a new
 4   indication or a new warning, then I'll review
 5   those at that time.  But I don't certainly read
 6   the PDR from cover to cover.
 7   Q.  Each year?
 8   A.  Each year.
 9   Q.  It's a big book.
10       Do you refer to it before you
11   prescribe a new drug that you haven't prescribed
12   before?
13   A.  Yes.
```

ECF Doc #1675, p.3-4

# Dino Crognale, MD (Prescriber):
## *Bulger v. Pfizer*

Defendants Did Not Inform Prescriber that Neurontin Decreases Serotonin.

Change in Prescribing and Monitoring Habits.

ECF Doc #1675, p.11

```
16    Q.  And if Neurontin is known to deplete
17    serotonin, is that something you would want to
18    know?
19        MR. CHAFFIN: Objection.
20        MR. BELLO: Objection.
21    A.  Yes.
22        BY MR. FINKELSTEIN:
23    Q.  And why would you want to know that?
24        MR. CHAFFIN: Objection.

1     A.  Because although I may not be able to
2     tell you exactly what the molecule is, the
3     biochemistry does make a difference in how it
4     will affect people, and so I would want to know
5     that, and interactions with other medications as
6     well.
```

# Dino Crognale, MD (Prescriber):
## *Bulger v. Pfizer*

**Defendants Did Not Inform Prescriber of Depression in Clinical Trials.**

```
 4    Q.  Did you know that 5.3 percent of the
 5        population in the original clinical trials of
 6        Neurontin reported depression as an adverse
 7        event?
 8        MR. CHAFFIN: Objection.
 9    A.  No, I did not know that.
10        BY MR. FINKELSTEIN:
11    Q.  Did you know that of the 5.3 percent,
12        equated to 78 people, that 19 of them had no
13        prior history of depression?
14        MR. CHAFFIN: Objection.
15    A.  I did not know that.
16        BY MR. FINKELSTEIN:
17    Q.  And did you know that 22 of the
18        patients required pharmacological treatment for
19        their depression during the clinical trials?
20        MR. CHAFFIN: Objection.
21    A.  No.
22        BY MR. FINKELSTEIN:
23    Q.  Is that information you would have
24        liked to have known?
 1        MR. CHAFFIN: Objection.
 2    A.  Yes.
```

ECF Doc #1675, p.15

# Richard Goldman, MD (Prescriber):
## *Bulger v. Pfizer*

Defendants Did Not Inform Prescriber that Neurontin reduces Serotonin in the brain.

ECF Doc #1675-12, p.8

```
 4    Q.  Do you know whether or not Neurontin
 5    decreases serotonin in the human brain?
 6    A.  I have no --
 7        MR. CHAFFIN: Objection.
 8    A.  Sorry.
 9        I have no specific knowledge of the
10    effect of Neurontin on serotonin.
11        BY MR. FINKELSTEIN:
12    Q.  If the company knew that Neurontin
13    decreased serotonin in the human brain, is that
14    information you would have liked to have known
15    as a prescribing physician?
16        MR. CHAFFIN: Objection.
17    A.  I like to have any information I can
18    about drugs and how they work just for my own
19    use.
```

# Richard Goldman, MD (Prescriber):
## *Bulger v. Pfizer*

Prescriber wants to know relevant significant information about any drug that he prescribes to a patient.

```
13      Q.  If a drug is known to have the
14   potential to increase depression, is that the
15   type of information you would like to know?
16          MR. CHAFFIN:  Objection.
17      A.  I can't say specifically what kind of
18   information I'd want to know.  But as I said, I
19   would want to know relevant significant
20   information about any drug that I prescribe for
21   a patient.
22          BY MR. FINKELSTEIN:
23      Q.  Is a drug's capacity to increase
24   depression relevant information to you as a

 1   physician?
 2          MR. CHAFFIN:  Objection.
 3      A.  It's relevant, again depending on
 4   whether or not it's significant or if it's a
 5   rare occurrence.
```

ECF Doc #1675-12, p.9

# Defendants' Fraud On Plaintiffs' Prescribers

- *Knipe v. Smithkline Beechum*, (E.D. Pa 2008)
    - Drug: Paxil (serotonin reuptake inhibitor)
    - Injury: Suicide
    - Plaintiffs' Claim: Fraud as to Safety/Efficacy
    - No Specific Affirmative Fraud to Prescribers
    - Defendants' Motion to Dismiss: DENIED
    - Federal District Court recognized that prescriber was influenced by medical community, partners, and prescribing practices were guided by numerous sources (e.g., PDR, medical literature, etc.)

# Defendants Suppressed the Red Flags: Failed to Warn Plaintiffs and their Prescribers

- Dechallenge/Rechallenge
- Biological Plausibility
- Patients excluded from trials
- P R R Analysis
- Clinical Trial Withdrawals
- 1.57 Odds Ratio from Clinical Trials
- 1993 FDA epilepsy concern that Neurontin may lead to suicide.
- Post-Marketing Case Reports



**Pfizer**

# *In Re* Neurontin Sales, Marketing and Products Liability Litigation

Oral Argument
March 31, 2009