# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING, SALES     :
        PRACTICES AND PRODUCTS         :   Master File No. 04-10981
        LIABILITY LITIGATION           :
----------------------------------------------x   Judge Patti B. Saris
                                       :
THIS DOCUMENT RELATES TO:              :   Magistrate Judge Leo T.
                                       :   Sorokin
  *Bulger v. Pfizer Inc., et al., 1:07-cv-11426-PBS*   :
                                       :
                                       :
                                       :
                                       :
----------------------------------------------x

## [PROPOSED] PRETRIAL ORDER

The Court adopts the following deadlines and HEREBY ORDERS AS FOLLOWS:

1.  **May 7, 2009**: Plaintiff and Defendants will serve any Requests for Admission pursuant to Fed. R. Civ. P. 36 regarding authenticity of documents.

2.  **May 22, 2009**: Plaintiff will provide:

    • A list of witnesses, including "the name, and, if not previously known, the address and telephone number of each witness—separately identifying those the plaintiff expects to present and those the plaintiff may call if the need arises," pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i);

    • The designation of those witnesses whose testimony Plaintiff expects to affirmatively present by deposition, pursuant to Fed. R. Civ. P. 26(a)(3)(A)(ii); and

    • A list of exhibits, "including an identification of each document or other exhibit, including summaries of other evidence—separately identifying those items that the plaintiff expects to offer and those it may offer if the need arises"—pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii).

3.  **June 22, 2009**: Defendants will provide:

    • A list of witnesses, including "the name, and, if not previously known the address and telephone number of each witness—separately identifying those the defendants expect to present and those the defendants may call if the need arises," pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i);

- The designation of those witnesses whose testimony Defendants expect to present by deposition (including both affirmative and counter deposition designations), pursuant to Fed. R. Civ. P. 26(a)(3)(A)(ii);

- A list of exhibits, including "an identification of each document or other exhibit, including summaries of other evidence—separately identifying those items that the defendants expect to offer and those it may offer if the need arises"—pursuant to Fed. R. Civ. P. 26(a)(3)(A)(iii); and

- A list of objections to Plaintiff's deposition designations and exhibit list pursuant to Fed. R. Civ. P. 26 (a)(3)(B).

4. **July 22, 2009**: Plaintiff will provide:

- A list of deposition designations of those witnesses whose testimony Plaintiff expects to present to counter Defendants' deposition designations, pursuant to Fed. R. Civ. P. 26(a)(3)(A)(ii); and

- A list of objections to Defendants' deposition designations and exhibit list pursuant to Fed. R. Civ. P. 26 (a)(3)(B).

5. **August 6, 2009**: Defendants will provide their objections to Plaintiff's counter deposition designations pursuant to Fed. R. Civ. P. 26(a)(3)(B).

6. **August 6, 2009**: Plaintiff and Defendants will file any motions in limine.

7. **September 7, 2009**: Plaintiff and Defendants will file oppositions to any motions in limine.

8. **September 21, 2009**: Plaintiff and Defendants will file replies in support of any motions in limine.

9. **September 30, 2009**: Plaintiff and Defendants will file sur-replies in opposition to any motions in limine.

10. **October 9, 2008**: Hearing on motions in limine.

11. **October 14, 2009**: Plaintiff and Defendants will file:

- Proposed jury instructions, juror questionnaires and voir dire questions;

- A joint pretrial memorandum pursuant to Local Rule 16.5(d); and

- Trial briefs pursuant to Local Rule 16.5 (f).

12. **October 21, 2009**: Pretrial conference, including argument on motions in limine and other pretrial evidentiary and procedural issues.

13.   **November 2, 2009**: Trial date.

   **SO ORDERED:**

   _____
   United States District Judge

Dated: _____