EXHIBIT A

**IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**CIVIL TRIAL DIVISION**

| | | |
|---|---|---|
| PLAINTIFF | : | _____ Term, \_\_\_\_\_ |
| v. | : | No.   _____ |
| WYETH | : | |

**CASE MANAGEMENT ORDER**

AND NOW, this            day of                        , 2009, it is Ordered that:

All case specific fact discovery on the above matter shall be completed not later than _____, 2009.

Plaintiff shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial along with all information required by CMO No. 3 IV C to all other parties not later than _____, \_\_\_\_\_.

Defendant and any additional defendants shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial along with all information required by CMO No. 3 IV C not later than _____, _____.

PRE-TRIAL MOTIONS

   1.   Dispositive Motions shall be filed no later than _____, \_\_\_\_.  Responses to Dispositive Motions are due twenty (20) days after filing.

   2.   *Frye* Motions shall be filed no later than _____, \_\_\_\_.  Responses to *Frye* Motions are due twenty (20) days after filing.

   3.   Motions in Limine shall be filed no later than _____, \_\_\_\_.  Responses to Motions in Limine are due by _____, \_\_\_\_\_.

WITNESS LISTS

   1.   Preliminary Witness Lists (as defined in CMO3):

         -Plaintiffs: no later than _____, \_\_\_\_.
         -Defendants: no later than _____, \_\_\_\_\_.

   2.   Final Witness Lists (as defined in CMO3):

         -Plaintiffs: no later than _____, \_\_\_\_.
         -Defendants: no later than _____, \_\_\_\_.

EXHIBITS

Exhibit, together with images, shall be exchanged according to the schedule below.  Exhibit Lists shall include all exhibits the party intends to offer into evidence.  All exhibits shall be pre-numbered:

>   -Plaintiffs: no later than _____, \_\_\_\_\_.
>   -Defendants, no later than _____, \_\_\_\_\_.

DEPOSITION DESIGNATIONS

Deposition Designations, as defined by CMO3, shall be exchanged as follows:

>   -Affirmative Deposition Designations:
>       -Plaintiffs: no later than _____, \_\_\_\_.
>       -Defendants: no later than _____, \_\_\_\_.
>
>   Counterdesignations and Objections to Affirmative Designations:
>       -Defendants: no later than _____, \_\_\_\_.
>       -Plaintiffs: no later than _____, \_\_\_\_\_.
>
>   Objections to Counterdesignations:
>       -Plaintiffs and Defendants on _____, \_\_\_\_.

NOTICES TO ATTEND

Notices to Attend Trial shall be served no later than _____, \_\_\_\_ and Motions for Protective Orders as to the Notices to Attend shall be filed no later than _____, \_\_\_\_.  The procedure shall be in accordance with CMO No. 3 VII B2.

VOIR DIRE

The parties shall submit proposed Voir Dire questions no later than _____, _____.


A settlement conference may be scheduled at any time after _____.  Prior to the settlement conference all counsel shall serve all opposing counsel and file a settlement memorandum containing the following:

>   (A)   A concise summary of the nature of the case if plaintiff or the defense if defendant or additional defendant;
>
>   (B)   A statement by the plaintiff of all damages accumulated, including an itemization of injuries and all special damages claimed by categories and amount;

    (C)    Defendant shall identify all applicable insurance carriers, together with applicable limits of liability.

A pre-trial conference will be scheduled any time after _____. Fifteen days prior to the pre-trial conference, all counsel shall serve all opposing counsel and file a pre-trial memorandum containing the following:

    (A)    A concise summary of the nature of the case if plaintiff or the defense if defendant or additional defendant;

    (B)    A list of all witnesses who may be called to testify at trial by name and address. Counsel should expect witnesses not listed to be precluded from testifying;

    (C)    A list of all exhibits the party intends to offer into evidence. All exhibits shall be pre-numbered and shall be exchanged among counsel prior to the conference. Counsel should expect any exhibit not listed to be precluded at trial;

    (D)    Plaintiff shall list an itemization of injuries or damages sustained together with all special damages claimed by category and amount. This list shall include as appropriate, computations of all past lost earnings and future lost earning capacity or medical expenses together with any other unliquidated damages claimed; and

    (E)    Defendant shall state its position regarding damages and shall identify all applicable insurance carriers, together with applicable limits of liability;

    (F)    Each counsel shall provide an estimate of the anticipated length of trial.

It is expected that the case will be ready for trial January 18, 2010, and counsel should anticipate trial to begin expeditiously thereafter.

All counsel are under a continuing obligation and are hereby ordered to serve a copy of this order upon all unrepresented parties and upon all counsel entering an appearance subsequent to the entry of this Order.

                                      BY THE COURT

                                      _____
                                                                   J.

| | Barton | Groholtolski | Kendall | Gonzalez | Shifflett | Green | Spyradakis | Fisher | Foust | Buxton | Lescinski | Weir | Van Wart | Takamatsu | Baker |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TRIAL DATE** | **Sept. 14** | **Oct. 19** | **Oct. 19** | **Nov. 16** | **Nov. 16** | **Dec. 14** | **Dec. 14** | **Jan. 19** | **Jan. 19** | **Feb. 16** | **Feb. 16** | **Mar. 15** | **Mar. 15** | **Apr. 19** | **Apr. 19** |
| Pltf. Prelim Fact Witness List | Apr. 15 | May. 15 | May. 15 | Jun. 15 | Jun. 15 | Jul. 15 | Jul. 15 | Aug. 14 | Aug. 14 | Sept. 14 | Sept. 14 | Oct. 14 | Oct. 14 | Nov. 16 | Nov. 16 |
| Deft. Prelim Fact Witness List | May. 1 | Jun. 1 | Jun. 1 | Jul. 1 | Jul. 1 | Aug. 3 | Aug. 3 | Sept. 1 | Sept. 1 | Sept. 30 | Sept. 30 | Nov. 2 | Nov. 2 | Dec. 1 | Dec. 1 |
| Fact Discovery Cut-Off | Jun. 15 | Jul. 14 | Jul. 14 | Aug. 11 | Aug. 11 | Sept. 8 | Sept. 8 | Oct. 1 | Oct. 1 | Nov. 2 | Nov. 2 | Dec. 2 | Dec. 2 | Jan. 4 | Jan. 4 |
| Pltf. Expert Reports | Jun. 22 | Jul. 22 | Jul. 22 | Aug. 21 | Aug. 21 | Sept. 15 | Sept. 15 | Oct. 8 | Oct. 8 | Nov. 9 | Nov. 9 | Dec. 9 | Dec. 9 | Jan. 11 | Jan. 11 |
| Deft. Expert Reports | Aug. 17 | Sept. 15 | Sept. 15 | Oct. 14 | Oct. 14 | Nov. 9 | Nov. 9 | Dec. 1 | Dec. 1 | Jan. 4 | Jan. 4 | Feb. 2 | Feb. 2 | Mar. 4 | Mar. 4 |
| Dispositive Motion | Aug. 17 | Sept. 15 | Sept. 15 | Oct. 15 | Oct. 15 | Nov. 16 | Nov. 16 | Dec. 10 | Dec. 10 | Jan. 11 | Jan. 11 | Feb. 9 | Feb. 9 | Mar. 11 | Mar. 11 |
| Dispositive Motion Response | Sept. 1 | Oct. 1 | Oct. 1 | Nov. 2 | Nov. 2 | Dec. 1 | Dec. 1 | Dec. 30 | Dec. 30 | Feb. 1 | Feb. 1 | Mar. 1 | Mar. 1 | Mar. 31 | Mar. 31 |
| Pltf. Witness List | Aug. 17 | Sept. 15 | Sept. 15 | Oct. 15 | Oct. 15 | Nov. 16 | Nov. 16 | Dec. 30 | Dec. 30 | Jan. 25 | Jan. 25 | Feb. 23 | Feb. 23 | Mar. 31 | Mar. 31 |
| Pltf. Exhibit List | Aug. 17 | Sept. 15 | Sept. 15 | Oct. 15 | Oct. 15 | Nov. 16 | Nov. 16 | Nov. 18 | Nov. 18 | Dec. 15 | Dec. 15 | Jan. 15 | Jan. 15 | Feb. 16 | Feb. 16 |
| Deft. Witness List | Sept. 1 | Oct. 1 | Oct. 1 | Nov. 2 | Nov. 2 | Dec. 1 | Dec. 1 | Jan. 11 | Jan. 11 | Feb. 5 | Feb. 5 | Mar. 5 | Mar. 5 | Apr. 9 | Apr. 9 |
| Deft. Exhibit List | Sept. 1 | Oct. 1 | Oct. 1 | Nov. 2 | Nov. 2 | Dec. 1 | Dec. 1 | Dec. 11 | Dec. 11 | Jan. 15 | Jan. 15 | Feb. 16 | Feb. 16 | Mar. 16 | Mar. 16 |
| Pltf Dep Designations | Aug. 7 | Sept. 8 | Sept. 8 | Oct. 8 | Oct. 8 | Nov. 6 | Nov. 6 | Dec. 4 | Dec. 4 | Jan. 4 | Jan. 4 | Feb. 1 | Feb. 1 | Mar. 4 | Mar. 4 |
| Deft. Dep. Designation | Aug. 28 | Sept. 30 | Sept. 30 | Oct. 30 | Oct. 30 | Nov. 23 | Nov. 23 | Dec. 21 | Dec. 21 | Jan. 19 | Jan. 19 | Feb. 16 | Feb. 16 | Mar. 19 | Mar. 19 |
| Deft. Counters | Aug. 28 | Sept. 30 | Sept. 30 | Oct. 30 | Oct. 30 | Nov. 23 | Nov. 23 | Dec. 21 | Dec. 21 | Jan. 19 | Jan. 19 | Feb. 16 | Feb. 16 | Mar. 19 | Mar. 19 |
| Pltf. Counters | Sept. 4 | Oct. 9 | Oct. 9 | Nov. 6 | Nov. 6 | Nov. 30 | Nov. 30 | Dec. 30 | Dec. 30 | Jan. 28 | Jan. 28 | Feb. 26 | Feb. 26 | Apr. 5 | Apr. 5 |
| Objections to Counters | Sept. 11 | Oct. 16 | Oct. 16 | Nov. 13 | Nov. 13 | Dec. 11 | Dec. 11 | Jan. 6 | Jan. 6 | Feb. 4 | Feb. 4 | Mar. 8 | Mar. 8 | Apr. 12 | Apr. 12 |
| Frye Motion | Aug. 25 | Sept. 30 | Sept. 30 | Oct. 26 | Oct. 26 | Nov. 23 | Nov. 23 | Dec. 23 | Dec. 23 | Jan. 22 | Jan. 22 | Feb. 18 | Feb. 18 | Mar. 18 | Mar. 18 |
| Frye Motion Response | Sept. 4 | Oct. 13 | Oct. 13 | Nov. 9 | Nov. 9 | Dec. 4 | Dec. 4 | Jan. 6 | Jan. 6 | Feb. 5 | Feb. 5 | Mar. 2 | Mar. 2 | Apr. 8 | Apr. 8 |
| Motions in Limine | Aug. 25 | Sept. 30 | Sept. 30 | Oct. 26 | Oct. 26 | Nov. 23 | Nov. 23 | Dec. 23 | Dec. 23 | Jan. 22 | Jan. 22 | Feb. 18 | Feb. 18 | Mar. 18 | Mar. 18 |
| Motions in Limine Response | Sept. 4 | Oct. 13 | Oct. 13 | Nov. 9 | Nov. 9 | Dec. 4 | Dec. 4 | Jan. 6 | Jan. 6 | Feb. 5 | Feb. 5 | Mar. 2 | Mar. 2 | Apr. 8 | Apr. 8 |
| Notices to Attend | Aug. 31 | Oct. 2 | Oct. 2 | Nov. 2 | Nov. 2 | Nov. 30 | Nov. 30 | Jan. 4 | Jan. 4 | Feb. 1 | Feb. 1 | Mar. 1 | Mar. 1 | Apr. 5 | Apr. 5 |
| Motions for Protective Order | Sept. 9 | Oct. 14 | Oct. 14 | Nov. 11 | Nov. 11 | Dec. 9 | Dec. 9 | Jan. 3 | Jan. 3 | Feb. 10 | Feb. 10 | Mar. 10 | Mar. 10 | Apr. 14 | Apr. 14 |
| Voir Dire | Sept. 4 | Oct. 13 | Oct. 13 | Nov. 6 | Nov. 6 | Dec. 4 | Dec. 4 | Jan. 8 | Jan. 8 | Feb. 5 | Feb. 5 | Mar. 5 | Mar. 5 | Apr. 9 | Apr. 9 |
| Settlement Conf After: | | | | | | | | | | | | | | | |
| Pre-Trial Conf. After: | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| **TRIAL DATE** | **Sept. 14** | **Oct. 19** | **Oct. 19** | **Nov. 16** | **Nov. 16** | **Dec. 14** | **Dec. 14** | **Jan. 19** | **Jan. 19** | **Feb. 16** | **Feb. 16** | **Mar. 15** | **Mar. 15** | **Apr. 19** | **Apr. 19** |

| Lindenberg |
|---|
| |
| **Apr. 19** |
| Nov. 16 |
| Dec. 1 |
| Jan. 4 |
| Jan. 11 |
| Mar. 4 |
| Mar. 11 |
| Mar. 31 |
| Mar. 31 |
| Feb. 16 |
| Apr. 9 |
| Mar. 16 |
| Mar. 4 |
| Mar. 19 |
| Mar. 19 |
| Apr. 5 |
| Apr. 12 |
| Mar. 18 |
| Apr. 8 |
| Mar. 18 |
| Apr. 8 |
| Apr. 5 |
| Apr. 14 |
| Apr. 9 |
| |
| |
| |
| **Apr. 19** |