EXHIBIT B

**FILED**

DEC 09 2005

By the Court:                                    Carol E. Higbee, P.J.Cv.

|  | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>ATLANTIC COUNTY |
|---|---|
| IN RE: VIOXX® LITIGATION | CASE NO. 619<br><br>Civil Action<br><br>**ORDER** |

**THIS MATTER** having being brought on the court's own motion, and for good cause shown;

**IT IS ON THIS** 9th day of Dec, 2005, ORDERED that trial is scheduled in the following cases as follows:

1. **February 27, 2006**

   Thomas and Joyce Cona v. Merck & Co., Inc., Docket No. ATL-L-3553-05-MT

   John McDarby v. Merck & Co., Inc., Docket No. ATL-L-1296-05-MT

2. **April 24, 2006**

   Robert McFarland v. Merck & Co., Inc., Docket No. ATL-L-199-04

   Patricia Hatch, Administrator of the Estate of Stephen Hatch, Deceased and Patricia Hatch, In Her Own Right v. Merck & Co., Inc., Docket No. ATL-L-403-05

   Benjamin C. LoPresti v. Merck & Co., Inc., Docket No. ATL-L-5960-05

3. **June 5, 2006**

   Elaine M. & Daniel J. Doherty v. Merck & Co., Inc., Docket No. ATL-L-638-05

   John & Rhonda Klug v. Merck & Co., Inc., Docket No. ATL-L-633-05

                                                    _____
                                                    CAROL E. HIGBEE, P.J.Cv.