```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING AND SALE PRACTICES LITIGATION | ) ) ) ) MDL DOCKET NO. 1629 ) CIVIL ACTION NO. 04-10981 |
| THIS DOCUMENT RELATES TO: Bulger v. Pfizer, Inc., et al, | ) ) ) CA-07-11426-PBS ) ) |

### PRETRIAL ORDER

April 9, 2009

Saris, U.S.D.J.

The Court adopts the following deadlines and hereby orders as follows:

1. **May 22, 2009**: The parties will serve:

   • Any Requests for Admission pursuant to Fed. R. Civ. P. 36 regarding authenticity of documents;

   • A list of witnesses (including the estimated amount of time needed for direct examination);

   • The designation of those witnesses whose testimony the party expects to affirmatively present by deposition (including the estimated amount of time to read or watch the testimony);

   • A list of exhibits; and

   • After conferring with opposing counsel, dates for any trial depositions which need to be videotaped.

2. **June 22, 2009:** The parties will serve:

   • A list of objections to the deposition designations and exhibit list;

   • A list of counter-designations of deposition testimony;

- Any motions in limine (not to exceed 10 per side and subject to a twenty-page limit);

- Proposed jury instructions, jury questionnaires and voir dire questions;

- A joint pretrial memorandum pursuant to Local Rule 16.5(d); and

- Trial briefs pursuant to Local Rule 16.5(f).

3.   Any oppositions or objections to the counter-designations on **July 8, 2009**

4.   Pretrial Hearing on **July 20, 2009** at 2:00 p.m.

5.   Trial on **July 27, 2009** at 9 a.m.

**SO ORDERED.**

                                          **S/PATTI B. SARIS**
                                          United States District Judge