UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------------------------x
IN RE NEURONTIN MARKETING, SALES              :
PRACTICES, AND PRODUCTS LIABILITY             :
LITIGATION                                    :
-------------------------------------------------------------------------------x  MDL Docket No. 1629
THIS DOCUMENT RELATES TO:                     :  Master File No. 04-10981
                                              :
LOUISIANA HEALTH SERVICE INDEMNITY            :  Judge Patti B. Saris
COMPANY, D\B\A BLUECROSS/BLUESHIELD           :
OF LOUISIANA, v. PFIZER, INC., et al.         :  Mag. Judge Leo T. Sorokin
-------------------------------------------------------------------------------x
```

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE THAT effective May 1, 2006, Dugan & Browne, PLC merged with the Murray Law Firm. All future references to the firm in this case should be to the Murray Law Firm. The firm's and its lawyer's addresses, email addresses, phone numbers, and fax numbers have not been affected by this change.

Respectfully submitted, this 14th day of April, 2009.

**MURRAY LAW FIRM**

   /s/ James R. Dugan, II
James R. Dugan, II
Douglas R. Plymale
650 Poydras Street, Suite 2150
New Orleans, LA 70130

*Attorneys for Plaintiff Louisiana Health Service Indemnity Company d/b/a BlueCross/BlueShield of Louisiana*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above Notice of Change of Firm Name has this day been served on all counsel of record through the ECF system in accordance with Case Management Order No. 3, this 14th day of April, 2009.

            **/s/ James R. Dugan, II**
            James R. Dugan, II