UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------------ x
                                                                   )
IN RE NEURONTIN MARKETING AND SALES                                )
PRACTICES LITIGATION                                               )     MDL Docket No. 1629
------------------------------------------------------------------ x
                                                                   )     Master File No. 04-10981
THIS DOCUMENT RELATES TO:                                          )
                                                                   )     Honorable Patti B. Saris
                                                                   )     Honorable Leo T. Sorokin
------------------------------------------------------------------ x
THE GUARDIAN LIFE INSURANCE                                        )
COMPANY OF AMERICA v. PFIZER INC., et al.,                         )
04 CV 10739 (PBS) and                                              )
                                                                   )
                                                                   )
AETNA, INC. v. PFIZER INC., et al.,                                )
04 CV 10958 (PBS)                                                  )
------------------------------------------------------------------ x
```

**COORDINATED THIRD PARTY PAYOR ("TPP") PLAINTIFFS' RESPONSE
TO DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS
PURSUANT TO LOCAL RULE 56.1 AND COUNTERSTATEMENT OF
UNDISPUTED AND DISPUTED FACTS IN OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# Filed Under Seal