## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> _____ ) <br> THE GUARDIAN LIFE INSURANCE ) <br> COMPANY OF AMERICA  v. ) <br> PFIZER, INC., and ) <br> ) <br> AETNA, INC. v. PFIZER, INC. ) <br> _____ ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

## <u>DECLARATION OF LINDA P. NUSSBAUM</u>

I, LINDA P. NUSSBAUM declare and state as follows:

1.      I am a partner with the law firm Kaplan Fox & Kilsheimer LLP, counsel for Plaintiffs Kaiser Foundation Hospitals Inc. and Kaiser Foundation Health Plan, Inc., (together "Kaiser" or "Plaintiffs") in this action.

2.      I submit this declaration in support of Coordinated Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3.      I have personal knowledge of the matters stated herein.

4.      Attached as Exhibit 1 is a true and correct copy of the transcript of the deposition of Albert Carver, taken on July 12, 2007 in this litigation.

5.      Attached as Exhibit 2 is a true and correct copy of the transcript of the deposition of Albert Carver, taken on July 13, 2007 in this litigation.

6.      Attached as Exhibit 3 is a true and correct copy of the transcript of the deposition of Mirta Millares, taken on October 2, 2007 in this litigation.

7.     Attached as Exhibit 4 is a true and correct copy of an expert report submitted in this litigation and entitled "Reporting and other biases in studies of Neurontin for migraine, psychiatric/bipolar disorders, nociceptive pain, and neuropathic pain," by Kay Dickersin, MA, PhD, dated August 10, 2008.

8.     Attached as Exhibit 5 is a true and correct copy of an expert report submitted in this litigation and entitled "Report on the use of Neurontin for bipolar and other mood disorders," by Jeffrey Barkin MD, dated July 25, 2008.

9.     Attached as Exhibit 6 is a true and correct copy of the transcript of the deposition of Robin Dea, taken on September 28, 2007 in this litigation.

10.    Attached as Exhibit 7 is a true and correct copy of an expert consultant report submitted in this litigation by Brian Alldredge, PharmD.

11.    Attached as Exhibit 8 is a true and correct copy of the transcript of the deposition of Michael Brodeur, taken on July 1, 2008 in this litigation.

12.    Attached as Exhibit 9 is a true and correct copy of the transcript of the deposition of Michael Brodeur, taken on July 26, 2007 in this litigation.

13.    Attached as Exhibit 10 is a true and correct copy of the transcripts of the deposition of Ariel Fernando, taken on July 18, 2007 and July 19, 2007 in this litigation.

14.    Attached as Exhibit 11 is a true and correct copy of the transcript of the deposition of Barry S. Davis, taken on October 26, 2007 in this litigation.

15.    Attached as Exhibit 12 is a true and correct copy of the transcript of the deposition of George Cavic, taken on September 26, 2007 in this litigation.

16.    Attached as Exhibit 13 is a true and correct copy of the transcript of the deposition of Barry S. Davis, taken on October 9, 2007 in this litigation.

2

17.     Attached as Exhibit 14 is a true and correct copy of a letter sent from Paul Leber of the Department of Health & Human Services to Janeth Turner of Parke-Davis Pharmaceutical Research, dated August 26, 1997, and produced by the defendants in this action as WLC_CBU_041537-39.

18.     Attached as Exhibit 15 is a true and correct copy of a letter sent from Paul Leber of the Department of Health & Human Services to Janeth Turner of Parke-Davis Pharmaceutical Research, dated August 26, 1997, and produced by the defendants in this action as WLC_FRANKLIN_0000090128-30.

19.     Attached as Exhibit 16 is a true and correct copy of a letter sent from Robert Temple of the Department of Health & Human Services to Janeth Turner of Parke-Davis Pharmaceutical Research, dated December 30, 1993, and produced by the defendants in this action as WLC_FRANKLIN_0000151674-91.

20.     Attached as Exhibit 17 is a true and correct copy of a letter sent from Russell Katz of the Department of Health & Human Services to Janeth Turner of Parke-Davis Pharmaceutical Research, dated October 12, 1993, and produced by the defendants in this action as Pfizer_MPatel_0202487-90.

21.     Attached as Exhibit 18 is a true and correct copy of a document by Pfizer Global Research & Development entitled "Minutes of the March 11, 2002 CI-945 Neurontin Global Candidate Team Meeting," dated March 12, 2002, and produced by the defendants in this action as Pfizer_LCastro_0010557-64.

22.     Attached as Exhibit 19 is a true and correct copy of a document entitled "Major FDA Points from pre-NDA meeting between the Division of Anesthetics, Critical

3

Care and Additiction Drug Products (DACCADP) and Pfizer," dated May 14, 2001, and produced by the defendants in this action as Pfizer_LCastro_0005155-56.

23.     Attached as Exhibit 20 is a true and correct copy of the transcript of the deposition of Margaret Yoder, taken on June 20, 2007 in this litigation.

24.     Attached as Exhibit 21 is a true and correct copy of a document entitled "Pfizer Global Regulatory Affairs:  Agency Contact," dated October 24, 2001, and produced by the defendants in this action as Pfizer_LCastro_0007272-77.

25.     Attached as Exhibit 22 is a true and correct copy of a document entitled "Pfizer Global Regulatory Affairs:  Agency Contact," dated December 17, 2001, and produced by the defendants in this action as Pfizer_LCastro_0008052-62.

26.     Attached as Exhibit 23 is a true and correct copy of a letter sent from Cynthia McCormick of the Department of Health & Human Services to Drusilla Scott of Parke-Davis Pharmaceutical Research, and produced by the defendants in this action as Pfizer_MPatel_0202485-86.

27.     Attached as Exhibit 24 is a true and correct copy of a May 24, 2002 fax transmittal sheet from Kim Compton of the U.S. Food and Drug Administration enclosing a letter sent from Cynthia McCormick of the Department of Health & Human Services to Drusilla Scott of Parke-Davis Pharmaceutical Research, and produced by the defendants in this action as Pfizer_LCastro_0012132-68.

28.     Attached as Exhibit 25 is a true and correct copy of an email sent by ComptonK@cder.fda.gov to drusilla.scott@pfizer.com, with attachment, dated May 21, 2002, and produced by the defendants in this action as Pfizer_LCastro_0011563-600.

4

29.     Attached as Exhibit 26 is a true and correct copy of an email sent by ComptonK@cder.fda.gov to drusilla.scott@pfizer.com, with attachment, dated May 23, 2002, and produced by the defendants in this action as Pfizer_LCastro_0011868-908.

30.     Attached as Exhibit 27 is a true and correct copy of a document entitled "Gabapentin Monotherapy Clinical Expert Report," produced by the defendants in this action as Pfizer_MPatel_0007778-93.

31.     Attached as Exhibit 28 is a true and correct copy of the transcript of the deposition of Margaret Yoder, taken on June 21, 2007 in this litigation.

32.     Attached as Exhibit 29 is a true and correct copy of a March 28, 2009 printout of a webpage that is *available at* http://www.accessdata.fda.gov/scripts/cder/drugsatfda/index.cfm?fuseaction=Search.Dru gDetails (search term = gabapentin).

33.     Attached as Exhibit 30 is a true and correct copy of a letter sent from Lesley R. Frank of the Department of Health & Human Services to William M. Merino of Parke-Davis, dated July 19, 1996 and produced by the defendants in this action as WLC_CBU_057865-73.

34.     Attached as Exhibit 31 is a true and correct copy of a document labeled "approval draft labeling," and a revision date of May 1998, that is *available at* http://www.fda.gov/cder/foi/label/1998/20235s11lbl.pdf.

35.     Attached as Exhibit 32 is a true and correct copy of the transcript of the deposition of John Richter, taken on October 10, 2007 in this litigation.

36.     Attached as Exhibit 33 is a true and correct copy of the transcript of the deposition of Christine Grogan, taken on June 26, 2007 in this litigation.

37.     Attached as Exhibit 34 is a true and correct copy of a document entitled "Neurontin: 1998 Situation Analysis," dated June 30, 1997, along with a distribution list listing Parke Davis employees, produced by the defendants in this action as WLC_FRANKLIN_0000082797-827.

38.     Attached as Exhibit 35 is a true and correct copy of a document entitled "Neurontin Psychiatry Advisory Board," dated June 9, 2005, and produced by the defendants in this action as WLC_FRANKLIN_0000041770-98.

39.     Attached as Exhibit 36 is a true and correct copy of a Parke-Davis memorandum entitled "Neurontin Marketing Assessment," with attachment, dated May 19, 1995, and produced by the defendants in this action as WLC_FRANKLIN_0000170736-78.

40.     Attached as Exhibit 37 is a true and correct copy of a document entitled "Consultants Conference on Affective Disorders, dated April 20, 1996, and produced by the defendants in this action as WLC_FRANKLIN_0000199743-200020.

41.     Attached as Exhibit 38 is a true and correct copy of a letter from Joseph LaMotte of the Department of Veterans Affairs to Lee Ann Fogleman of Parke-Davis, dated March 4, 1996, and produced by the defendants in this action as WLC_FRANKLIN_000098315.

42.     Attached as Exhibit 39 is a true and correct copy of a letter from Sandra B. Spencer to Lodewijk J.R. de Vink of Parke-Davis, dated March 4, 1996, and produced by the defendants in this action as WLC_FRANKLIN_000092698-702.

43. Attached as Exhibit 40 is a true and correct copy of a document entitled "Consultant's Conference on Bipolar Disorder," dated April 3, 1996, and produced by the defendants in this action as WLC_FRANKLIN_000073645-48.

44. Attached as Exhibit 41 is a true and correct copy of a document produced in this action as CME/NEU 00080-87.

45. Attached as Exhibit 42 is a true and correct copy of a document produced by the defendants in this action as WLC_CBU_074388-400.

46. Attached as Exhibit 43 is a true and complete copy of the article, *New Treatment Strategies in Psychiatry: Role of Anticonvulsants,* Cleveland Clinical Journal of Medicine, Supp. 1 to Vol. 65, 1998, produced by the defendants in this action as Pfizer_TMartin_0001736-86.

47. Attached as Exhibit 44 is a true and correct copy of a document produced in this action as CME/NEU 00006-13.

48. Attached as Exhibit 45 is a true and correct copy of a document produced in this action as CME/NEU 00017-36.

49. Attached as Exhibit 46 is a document entitled "Neurontin: 2000 Situation Analysis," dated February 16, 2001, and produced by the defendants in this action as Pfizer_NMancini_0011631-65.

50. Attached as Exhibit 47 is a spreadsheet entitled "2001 Neurontin Events," and produced by the defendants in this action as Pfizer_RGlanzman_0094149-62.

51. Attached as Exhibit 48 is a true and correct copy of the transcript of the deposition of George Cavic, taken on September 27, 2007 in this litigation.

7

52.     Attached as Exhibit 49 is a true and correct copy of a document entitled "Neurontin: 1998 Situation Analysis," dated June 30, 1997, along with a distribution list listing Parke Davis employees, produced by the defendants in this action as WLC_FRANKLIN_0000082797-827.

53.     Attached as Exhibit 50 is a true and correct copy of an email sent by John.Marion@pfizer.com  on August 8, 2001, and produced by the defendants in this action as Pfizer_LKnapp_016120.

54.     Attached as Exhibit 51 is a true and correct copy of the "Declaration of Rena Conti Ph.D. in Support of Plaintiffs' Renewed Motion for Class Certification," dated December 19, 2007.

55.     Attached as Exhibit 52 is a true and correct copy of a document entitled "Preliminary Results: Parke Davis Proposal" produced by the defendants in this action as WLC_FRANKLIN_0000035723.

56.     Attached as Exhibit 53 is a true and correct copy of a document entitled "Scott-Levin's Pharmaceutical Sales Force Structures & Strategies 1996097: Therapeutic Class Report: Anticonvulsants" dated June 1997, and produced by the defendants in this action as WLC_FRANKLIN_0000037968-79.

57.     Attached as Exhibit 54 is a true and correct copy of a Parke Davis memorandum entitled "Neurontin Pain Opportunity," dated December 12, 1995, and produced by the defendants in this action as WLC_FRANKLIN_0000015522.

58.     Attached as Exhibit 55 is a true and correct copy of *Managing the pain of diabetic neuropathy,* Internal Medicine, November 1997, produced by the defendants in this action as WLC_FRANKLIN_0000080451-74.

8

59.     Attached as Exhibit 56 is a true and correct copy of a memorandum from Ward Byrne of enhanced marketing ltd. to Alan Crook of Parke-Davis re "Sponsorship of Neuropathic Pain Section on the 'Worldwide Congress on Pain,'" dated May 22, 1997, and attachment, produced by the defendants in this action as WLC_FRANKLIN_0000082494-08.

60.     Attached as Exhibit 57 is a true and correct copy of a memorandum from Tammy Martin to CNS Marketing Managers, dated October 1, 1998, with multiple attachments, produced by the defendants in this action as WLC_CBU_000221-61.

61.     Attached as Exhibit 58 is a true and correct copy of a document entitled "Neurontin Update: May 31st 2000" and produced by the defendants in this action as WLC_CBU_040534-79.

62.     Attached as Exhibit 59 is a true and correct copy of a spreadsheet entitled "Neurontin CME Pain Initiatives Summary – 2000," produced by the defendants in this action as Pfizer_CGrogan_0012356-61.

63.     Attached as Exhibit 60 is a true and correct copy of a document produced in this action as MDL_Vendors_068588-594.

64.     Attached as Exhibit 61 is a true and correct copy of a document entitled "New Directions in the Understanding & Treatment of Chronic Pains" produced in this action as SH_0029837-49.

65.     Attached as Exhibit 62 is a true and correct copy of a document produced in this action as MDL_Vendors_068532-38.

66.     Attached as Exhibit 63 is a true and correct copy of a document entitled "New Directions in the Understanding & Treatment of Chronic Pains" produced in this action as SH_0029960-72.

67.     Attached as Exhibit 64 is a true and correct copy of a document entitled "Neurontin 2001: U.S. Operating Plan," dated October 11, 2000, produced by the defendants in this action as Pfizer_RGlanzman_0000650-776.

68.     Attached as Exhibit 65 is a true and correct copy of a document entitled "Neurontin: 2003 Global Product Platform," produced by the defendants in this action as Pfizer_CGrogan_026965-72.

69.     Attached as Exhibit 66 is a true and correct copy of a document entitled "Neurontin: Leading at the Edge – Global Operating Plan 2001," produced by the defendants in this action as Pfizer_RGlanzman_0005042-70.

70.     Attached as Exhibit 67 is a true and correct copy of a document entitled "Neurontin: 2003 Operational & Tactical Plan," produced by the defendants in this action as Pfizer_AMishra_0002324-94.

71.     Attached as Exhibit 68 is a true and correct copy of a document entitled "Minutes, April 23, 1996, Neurontin Development Team Meeting," produced by the defendants in this action as WLC_FRANKLIN_0000096359-63.

72.     Attached as Exhibit 69 is a true and correct copy of a Parke-Davis memorandum from John Knoop to Larry Perlow, dated March 22, 1996, produced by the defendants in this action as WLC_FRANKLIN_0000036427-31.

73.     Attached as Exhibit 70 is a true and correct copy of a document entitled "Novel Applications of AEDs: Current Research, A Medi-Fax Report from data

presented at the American Academy of Neurology 48th Annual Meeting, March 23-30, 1996," produced by the defendants in this action as WLC_FRANKLIN_0000041545-55.

74.     Attached as Exhibit 71 is a true and correct copy of a Parke-Davis memorandum from Epilepsy Disease Team to Field Sales Colleagues, produced by the defendants in this action as WLC_FRANKLIN_0000067667.

75.     Attached as Exhibit 72 is a true and correct copy of a document which states that it was prepared for Parke-Davis by Professional Postgraduate Services, and entitled "Emerging Applications for Anticonvulsant Therapy," dated November 20, 1995, produced by the defendants in this action as WLC_FRANKLIN_0000032920-49.

76.     Attached as Exhibit 73 is a true and correct copy of a document entitled "Gabapentin in the Management of Migraine: Advisory Board Meeting May 25, 1999," produced by the defendants in this action as WLC_FRANKLIN_0000116885-062.

77.     Attached as Exhibit 74 is a true and correct copy of a document entitled "NEURONTIN Tactical Meeting," dated May 12, 1999, and produced by the defendants in this action as WLC_CBU_030392.

78.     Attached as Exhibit 75 is a true and correct copy of an email from ComptonK@cder.fda.gov to drusilla.scott@pfizer.com , sent on May 23, 2002, and attachment, produced by the defendants in this action as Pfizer_LCastro_0078470.

79.     Attached as Exhibit 76 is a true and correct copy of a document labeled "Tony Wild Presentation – March 10, 1995" and produced by the defendants in this action as WLC_FRANKLIN_0000036620-80.

80.     Attached as Exhibit 77 is a true and correct copy of a document entitled "Neurontin 1997 Tactical Plan," produced by the defendants in this action as WLC_FRANKLIN_000112204-226.

81.     Attached as Exhibit 78 is a true and correct copy of a Pfizer document entitled "Dosing Messages for Improved Efficacy in Pain and Epilepsy: Review of the publications and clinical data supporting 'Start fast, go high,'" dated April 4, 2001 and produced by the defendants in this action as Pfizer_LKnapp_0023336-404.

82.     Attached as Exhibit 79 is a true and correct copy of the transcript of the deposition of Suzanne Doft, taken on June 12, 2007 in this litigation.

83.     Attached as Exhibit 80 is a true and correct copy of the transcript of the deposition of Ruben Gutierrez, taken on October 10, 2007 in this litigation.

84.     Attached as Exhibit 81 is a true and correct copy of a document produced in this action as SH_0003313.

85.     Attached as Exhibit 82 is a true and correct copy of a document entitled "Neurontin: gabapentin capsules: New Hire Training October 14, 1997," produced by the defendants in this action as WLC_FRANKLIN_0000080144-64.

86.     Attached as Exhibit 83 is a true and correct copy of a Warner Lambert memorandum from PD Management Team to N.Wycha, entitled "CBU Medical Liasons," and attachment, dated June 8, 1996 produced by the defendants in this action as WLC_CBU_036524-41.

87.     Attached as Exhibit 84 is a true and correct copy of a Warner Lambert memorandum from Jackie Rizzo, entitled "High AED Deciled Physician Telefocus

Groups," dated August 14, 1996 produced by the defendants in this action as WLC_FRANKLIN_0000164769-78.

88.     Attached as Exhibit 85 is a true and correct copy of a document entitled "Neurontin (gabapentin): Adjunctive Use of Neurontin for Effective Management of Partial Epileptic Seizures, VideoSeries Program Script, October 9, 1998" produced by the defendants in this action as WLC_FRANKLIN_0000177155-81.

89.     Attached as Exhibit 86 is a true and correct copy of a Parke-Davis Advisory Board on Neurontin document produced by the defendants in this action as WLC_CBU_175606-16.

90.     Attached as Exhibit 87 is a true and correct copy of a Parke-Davis Advisory Board on Neurontin document produced in this action as MDL_Vendors_057666-78.

91.     Attached as Exhibit 88 is a true and correct copy of a memorandum from Alissa Sklaver of IntraMed Educational Group to Cyndy Phillips, dated December 1, 1999, produced by the defendants in this action as WLC_CBU_175636-41.

92.     Attached as Exhibit 89 is a true and correct copy of a Parke-Davis Advisory Board on Neurontin document produced by the defendants in this action as WLC_CBU_164376-94.

93.     Attached as Exhibit 90 is a true and correct copy of an email from Nancy Kohler, sent on January 23, 1998, and produced by the defendants in this action as WLC_FRANKLIN_0000180496.

94.     Attached as Exhibit 91 is a true and correct copy of *Management of Neuropathic Pain Syndromes*, A Supplement to Neurology Reviews, March 2000, produced by the defendants in this action as WLC_CBU_076620-51.

95.     Attached as Exhibit 92 is a true and correct copy of a letter and attachment from Cliff Gachewa of boron, lepore & associates, inc. to Dan Docherty of Parke-Davis, dated January 25, 1999, and produced by the defendants in this action as WLC_CBU_012963-78.

96.     Attached as Exhibit 93 is a true and correct copy of McLean, Michael J., MD, PhD, *Gabapentin,* Department of Neurology, Vanderbilt University Medical Center, December 4, 1998, produced in this action as MCLEAN 0012596-40.

97.     Attached as Exhibit 94 is a true and correct copy of a document labeled "HFD-120 Labeling Version #2 dated May 16, 2002, produced by the defendants in this action as Pfizer_MYoder_0000814-47.

98.     Attached as Exhibit 95 is a true and correct copy of an email from Stephen.valerio@mac-usa.com to tivel@pfizer.com and others, sent on August 24, 2001, and produced by the defendants in this action as Pfizer_RGlanzman_0133526-30.

99.     Attached as Exhibit 96 is a true and correct copy of a document entitled "Manuscript: Neuropathic Pain Dosing Review," produced by the defendants in this action as Pfizer_LKnapp_0023329-35.

100.     Attached as Exhibit 97 is a true and correct copy of a letter from Paula Trushin of IntraMed Educational Group to James W. Jefferson, MD., dated May 5, 2000, produced in this litigation as MDL_Vendors_059152-61.

101.     Attached as Exhibit 98 is a true and correct copy of a Parke-Davis document entitled "A Managed Health Care Introduction to Neurontin gabapentin capsules," produced by the defendants in this action as WLC_CBU_042026-47.

102.     Attached as Exhibit 99 is a true and correct copy of a document produced by the defendants in this action as WLC_CBU_176185-267.

103.     Attached as Exhibit 100 is a true and correct copy of the transcript of the deposition of Jefferson Stierheim Henderson, III, taken on June 10, 2008 in this litigation.

104.     Attached as Exhibit 101 is a true and correct copy of a Parke-Davis memorandum from Les Slater to Tony Wild, dated May 30, 1996, which was produced by the defendants in this action as WLC_CBU_036531-39.

105.     Attached as Exhibit 102 is a true and correct copy of the transcript of the deposition of Jefferson Stierheim Henderson, III, taken on December 5, 2007 in this litigation.

106.     Attached as Exhibit 103 is a true and correct copy of the transcript of the deposition of Jefferson Stierheim Henderson, III, taken on December 5, 2007 in this litigation.

107.     Attached as Exhibit 104 is a true and correct copy of a Parke-Davis memorandum from Rich Weiss to A. Crook and J. Knoop, attaching 1998 Managed Market Business Plans, dated January 12, 1998, which was produced by the defendants in this action as WLC_FRANKLIN_180515-36.

108.     Attached as Exhibit 105 is a true and correct copy of an expert report submitted in this litigation by Kimberly P. McDonough, dated August 1, 2008.

109.     Attached as Exhibit 106 is a true and correct copy of the transcript of the deposition of Kimberly P McDonough, taken on January 30, 2009 in this litigation.

110.     Attached as Exhibit 107 is a true and correct copy of three emails from (i) Patrick Reiche to "CBU VP's," dated February 1, 1996 (ii) Sandra Pace, dated February 2, 1996, and (iii) Sandra Pace, dated February 2, 1996, all attaching a document entitled "1996 Business Plan," which was produced by the defendants in this action as WLC_FRANKLIN_0000197988-8068.

111.     Attached as Exhibit 108 is a true and correct copy of a document entitled *The Management of Neuropathic Pain and Related Formularies by Managed Care Organization: Shared Access,* NOP World: United Business Media, August 2001, which was produced by the defendants in this action as Pfizer_AFannon_0003115-39.

112.     Attached as Exhibit 109 is a true and correct copy of a folder labeled "HMO Opportunity Reports," which was produced by the defendants in this action as Pfizer_SDoft_0069865.

113.     Attached as Exhibit 110 is a true and correct copy of a document entitled "Neurontin Managed Care Advisory Boards," which was prepared by Cheryl Hawkins and Jeff Larsen for Pfizer Inc, and dated April 15, 2002, which was produced by the defendants in this action as Pfizer_SDoft_0049843-58.

114.     Attached as Exhibit 111 is a true and correct copy of a document entitled "Neorontin gabapentin capsules: HCM healthcare management: 1998 Business Plan: Managed Markets," dated November 7, 1997, and produced by the defendants in this action as WLC_FRANKLIN_0000195631-48.

115.    Attached as Exhibit 112 is a true and correct copy of the transcript of the deposition of Robert Glanzman, taken on August 2, 2007 in this litigation.

116.    Attached as Exhibit 113 is a true and correct copy of a folder entitled "Verbatim Transcripts," which was produced by the defendants in this actions as Pfizer_SDoft_0050987-79.

117.    Attached as Exhibit 114 is a true and correct copy of a document entitled "Neurontin 1994 Launch Plan," which was produced by the defendants in this action as WLC_FRANKLIN_0000197008-55.

118.    Attached as Exhibit 115 is a true and correct copy of a document entitled "Pfizer Neuropathic Panel HMO Advisory Board: Executive Summary," which was prepared for Pfizer by Health Strategies Group, Inc., and produced by the defendants in this action as Pfizer_CGrogan_0006145-60.

119.    Attached as Exhibit 116 is a true and correct copy of a document entitled "Pfizer Neuropathic Pain PBM Advisory Board: Executive Summary," which was prepared for Pfizer by Health Strategies Group, Inc., and produced by the defendants in this action as Pfizer_CGrogan_0005992-6002.

120.    Attached as Exhibit 117 is a true and correct copy of a document entitled "Pfizer Neuropathic Panel Advisory Boards:  Top-Line Findings and Summary," which was prepared for Pfizer by Health Strategies Group, Inc., and produced by the defendants in this action as Pfizer_CGrogan_0006247-52.

121.    Attached as Exhibit 118 is a true and correct copy of a presentation entitled "Medical Overview and Discussion," by Leslie Tive, MD of Pfizer, which was produced by the defendants in this action as Pfizer_LeslieTive_0074464-76.

17

122.    Attached as Exhibit 119 is a true and correct copy of an email sent by Pfizer's John Marino to Ellen Dukes, Marino Garcia, Meg Yoder, and Christine Groder, dated January 25, 2002, and produced by the defendants in this action as Pfizer_CGrogan_0024640-42.

123.    Attached as Exhibit 120 is a true and correct copy of a document entitled "Pfizer Neuropathic Pain PBM Advisory Board: Executive Summary," which was prepared for Pfizer by Health Strategies Group, Inc., and produced by the defendants in this action as Pfizer_SDoft_0022354-74.

124.    Attached as Exhibit 121 is a true and correct copy of a Pfizer document entitled "Neurontin: 2004 Operating Plan," dated July 29, 2003, which was produced by the defendants in this action as Pfizer_CGrogan_0025374-454.

125.    Attached as Exhibit 122 is a true and correct copy of a document entitled "US (excluding generics) Neurontin Strategic Overview & Budget Year Implications," updated September 17, 2003, and produced by the defendants in this action as Pfizer_LKnapp_0117087-93.

126.    Attached as Exhibit 123 is a true and correct copy of an email sent by Linda Pryor to Marc Scarduffa and Steve Piron, among others, sent on May 30, 2003, and produced by the defendants in this action as Pfizer_SPiron_0001049.

127.    Attached as Exhibit 124 is a true and correct copy of an email sent by Steve Piron to Bruce Parsons, sent on May 9, 2003, and produced by the defendants in this action as Pfizer_BParsons_0011538-39.

128.    Attached as Exhibit 125 is a true and correct copy of the transcript of the deposition of Steve Piron, taken on October 2, 2007 in this litigation.

129.    Attached as Exhibit 126 is a true and correct copy of a document entitled "*Wyoming Drug Utilization Review Board, Neuropathic (gabapentin) Submission, For the Management of Postherpetic Neuralgia, In Accordance with the Academy of Managed Care Pharmacy Format for Formulary Submissions,* Prepared by: Pfizer Inc., May 2003," which was produced by the defendants in this action as Pfizer_SPiron_0010471-622.

130.    Attached as Exhibit 127 is a true and correct copy of an email from Tim George to Dale Ammon, dated March 15, 2004, which was produced by the defendants in this action as Pfizer_DAmmon_000028-29.

131.    Attached as Exhibit 128 is a true and correct copy of an email sent by Kathy Harris to Larry Alphs and others, dated February 2, 2004, which was produced by the defendants in this action as Pfizer_CWohlhuter_0028651-52.

132.    Attached as Exhibit 129 is a true and correct copy of an email sent by Pfizer's David Probert to David Nickles and Suzanne Doft, and others, dated February 6, 2004, which was produced by the defendants in this action as Pfizer_SDoft_0006266-67.

133.    Attached as Exhibit 130 is a true and correct copy of an email sent by Suzanne Doft to Tim George, dated February 2, 2004, which was produced by the defendants in this action as Pfizer_SDoft_0019390-93.

134.    Attached as Exhibit 131 is a true and correct copy of an email sent by David Probert to Suzanne Doft, dated February 5, 2004, which was produced by the defendants in this action as Pfizer_SDoft_0018545-49.

135.     Attached as Exhibit 132 is a true and correct copy of an email sent by Suzanne Doft to Teri Natalicchio, dated July 13, 2004, which was produced by the defendants in this action as Pfizer_SDoft_0001731-32.

136.     Attached as Exhibit 133 is a true and correct copy of Eriq Gardner, "Pfizer Litigators Endure Beast of a Beauty Contest, Corporate Counsel," available at http://www.carltonfields.com/newseventspubs/news/Detail.aspx?news=328, and dated October 13, 2005.

137.     Attached as Exhibit 134 is a true and correct copy of the Oregon DUR Board Newsletter, Vol. 3, Issue 4, dated October 2001, which was produced by the defendants in this action as Pfizer_SPiron_0001052-53.

138.     Attached as Exhibit 135 is a true and correct copy of the Journal of Managed Care Pharmacy, Vol. 8, No. 4, dated July/August 2002, which was produced by the defendants in this action as Pfizer_EDukes_0017475-545.

139.     Attached as Exhibit 136 is a true and correct copy of *Pfizer's Commitment to Pro Bono: Giving Back to the Community a Top Priority,* The Metropolitan Corporate Counsel Special Section, dated August 2006.

140.     Attached as Exhibit 137 is a true and correct copy of an email from Ketchumk@ohsu.edu to Brett Stacey, dated March 26, 2002, which was produced by the defendants in this action as Pfizer_RGlanzman_0054853-4854.

141.     Attached as Exhibit 138 is a true and correct copy of an email from Stephanie Nash to Steve Piron and others, which was produced by the defendants in this action as Pfizer_SPiron_0001054-55.

142.    Attached as Exhibit 139 is a true and correct copy of an email from Steve
Piron to Nancy Manci, dated June 30, 2003, which was produced by the defendants in
this action as Pfizer_SPiron_0020897-99.

143.    Attached as Exhibit 140 is a true and correct copy of an email from
Stephanie Nash to Steve Piron, dated July 24, 2003, which was produced by the
defendants in this action as Pfizer_SPiron_001059-61.

144.    Attached as Exhibit 141 is a true and correct copy of an email from Daniel
Linden to Stephanie Nash, dated May 8, 2002, which was produced by the defendants in
this action as Pfizer_DLinden_0002653-55.

145.    Attached as Exhibit 142 is a true and correct copy of the transcript of the
deposition of Bill McCarberg, taken on September 27, 2007 in this litigation.

146.    Attached as Exhibit 143 is a true and correct copy of the transcript of the
deposition of David Chandler, taken on October 30, 2007 in this litigation.

147.    Attached as Exhibit 144 is a true and correct copy of the transcript of the
deposition of Morris Maizels, taken on September 26, 2007 in this litigation.

148.    Attached as Exhibit 145 are true and correct copies of (i) a Warner
Lambert check request to Dr. Gary Mellick, dated March 27, 1995; (ii) a letter from
Lawrence Perlow of Parke Davis Medical and Scientific Affairs to Dr. Mellick, dated
August 11, 1995; (iii) an Agreement between Warner-Lambert Company and Gary
Mellick, dated August 10, 1995; (iv) a Parke-Davis memorandum from Larry Perlow to
Tom Dubin, dated August 7, 1995; and (v) a document entitled Neurontin/Gabapentin –
CBU NE Reporrt – 01/05/96", which were produced by the defendants in this action as

WLC_FRANKLIN_0000090054-55 and WLC_FRANKLIN_0000090214-20,

WLC_FRANKLIN_000065492-93.

149.   Attached as Exhibit 146 is a true and correct copy of the Declaration of

Mirta Millares, dated December 5, 2008.

150.   Attached as Exhibit 147 is a true and correct copy of Plaintiff Aetna, Inc.'s

Supplemental Response and Objections to Defendants' Second Set of Interrogatories,

dated June 15, 2007.

151.   Attached as Exhibit 148 is a true and correct copy of an email from Steve

Piron to Linda Pryor, dated May 21, 2003, which was produced by the defendants in this

action as Pfizer_SPiron_0010623.

152.   Attached as Exhibit 149 is a true and correct copy of a document entitled

"Should Pfizer Launch a Neurontin Scored Tablet," prepared for Pfizer by Health

Strategies Group, and produced by the defendants in this action as

Pfizer_MDana_0003747-74.

153.   Attached as Exhibit 150 is a true and correct copy of Kaiser Foundation

Health Plan, Inc. and Kaiser Foundation Hospitals' Sixth Supplemental Response and

Objections to Defendants' Second Set of Interrogatories, dated December 7, 2008.

154.   Attached as Exhibit 151 is a true and correct copy of a document entitled

"AED Advisory Board Presentations," dated November 8, 1995, and produced by the

defendants in this action as WLC_FRANKLIN_0000071334-45.

155.   Attached as Exhibit 152 is a true and correct copy of a spreadsheet entitled

"Neurontin 2003 Budget," which was produced by the defendants in this action as

Pfizer_LHemenway_0022270-83.

156.     Attached as Exhibit 153 is a true and correct document prepared by IntraMed Educational Group and entitled "New Directions in the Understanding and Treatment of Chronic Pain: A Series of Continuing Medical Education Programs: Summary Report," dated July 9, 2001, and produced in this action as SH_0064559.0092900-07.

157.     Attached as Exhibit 154 is a true and correct copy of a Neurontin® (gabapentin) capsules, Neurontin® (gabapentin) tablets Neurontin® (gabapentin) oral solution label, dated October 12, 2000.

158.     Attached as Exhibit 155 are true and correct copies of documents produced by Kaiser in this litigation as KAIS-001231 and KAIS-001239. These documents are more readable versions of documents incorporated into St. John Decl. Exh. H.

159.     Attached as Exhibit 156 is a true and correct copy of a document related to a June 26, 1995 meeting in the Parke-Davis Executive Conference Room produced in the action entitled *United States of America ex rel. David Franklin vs. Parke-Davis, Division of Warner-Lambert/Pfizer*, CA 96-11651-PBS (D. Mass) as V056548-97 *available at* http://dida.library.ucsf.edu/pdf/qea00a10.

160.     Attached as Exhibit 157 is a true and correct copy of a Pfizer-authored document produced in this action as MDL_SM_01244-469 which bears the Pfizer logo and the legend "Pfizer Headquarters Guide 7/04," which is entitled "White Guide" and which includes a cover letter by Pfizer President J. Patrick Kelly, dated August 2004.

161.     Attached as Exhibit 158 true and correct copy of the transcript of the deposition of Ellen Dukes, taken on June 28, 2007 in this litigation.

162.    Attached as Exhibit 159 true and correct copy of the transcript of the deposition of Ellen Dukes, taken on June 29, 2007 in this litigation.

163.    Attached as Exhibit 160 is a true and correct copy of a document entitled "Format for Formulary Submissions," which was produced by the defendants in this action as Pfizer_LeslieTive_0075202-55.

164.    Attached as Exhibit 161 is a true and correct copy of a document entitled "Agenda: Neurontin Global OR Task Force (2)," dated March 29, 2002, and multiple attachments including a document prepared by Pfizer's Neurontin Outcomes Research and entitled "2002 Global Plan," which were produced by the defendants in this action as Pfizer_LeslieTive_0011423-65.

165.    Attached as Exhibit 162 is a true and correct copy of a document entitled "Neurontin: Global Outcomes Research Operating Plan (2003)" which was produced by the defendants in this action as Pfizer_EDukes_0017345-50.

166.    Attached as Exhibit 163 is a true and correct copy of a letter and attachment from Mugdha Gore of Avalon Health Solutions to Pfizer's Ellen Dukes, dated, March 4, 2002, which was produced by the defendants in this action as Pfizer_RGlanzman_0056440-44.

167.    Attached as Exhibit 164 is a true and correct copy of an internal Pfizer email from Leslie Tive to Marino Garcia, Nicky Hall and Suzanne Doft, dated May 19, 2003, which was produced by the defendants in this action as Pfizer_SDoft_0023144-45.

168.    Attached as Exhibit 165 is a true and correct copy of a document entitled "Neurontin (gabapentin) Submission" prepared by Avalon Health Solutions for Pfizer's

Ellen Dukes, and produced by the defendants in this action as

Pfizer_LeslieTive_0051909-2082.

170.    Attached as Exhibit 166 is a true and correct copy of an expert report

submitted in this litigation by John Abramson, M.D., dated August 11, 2008.

170.    Attached as Exhibit 167 is a true and correct copy of a document entitled

"Gabapentin vs. Placebo in Patients with Neuropathic Pain.  A Randomized, Double-

Blind, Cross-Over, Multi-Center Study in the Nordic Area ('The POPP-study')," which

was produced by the defendants in this action as Pfizer_LCastro_0043325-98.

171.    Attached as Exhibit 168 is a true and correct copy of a document entitled

"Neurontin: 2002 Operating Plan," dated October 5, 2001, which was produced by the

defendants in this action as Pfizer_JMarino_0000185-266.

172.    Attached as Exhibit 169 is a true and correct copy of Wiffen P *et al.*,

Anticonvulsant drugs for acute and chronic pain (Cochraine Review), *The Cochrane

Library,* Issue 1, 2002, which was produced by the defendants in this action as

Pfizer_Leslie Tive_0026462-86.

173.    Attached as Exhibit 170 is a true and correct copy of an email from

Pfizer's Avanish Mishra to Steve Piron, Andrea Zeuschner, David Probert and others,

dated November 11, 2003, and produced by the defendants in this action as

Pfizer_AZeuscher_0024426.

174.    Attached as Exhibit 171 is a true and correct copy of a document entitled

"S.M.A.R.T. Objectives Worksheet:  Neurontin Team" which was produced by the

defendants in this action as Pfizer_SDoft_0028011-31.

175.    Attached as Exhibit 172 is a true and correct copy of the article Backonja MM, Gabapentin Monotherapy for the Symptomatic Treatment of Painful Neuropathy: A Multicenter, Double-blind, Placebo-controlled Trial in Patients With Diabetes Mellitus, *Epilepsia,* 4O(Suppl. 6):S57-S59, 1999.

176.    Attached as Exhibit 173 is a true and correct copy of the article Morello CM, Leckband SG, Stoner CP, et al., Randomized Double-blind Study Comparing the Efficacy of Gabapentin With Amitriptyline on Diabetic Peripheral Neuropathy Pain, *Archives of Internal Medicine,* 1999; 159:1931-37.

Dated:  New York, New York
        April 15, 2009

Linda P. Nussbaum

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3.

ATTORNEY FOR PLAINTIFFS


/s/ Linda P. Nussbaum_____
LINDA P. NUSSBAUM