UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------- x
                                                              )
IN RE NEURONTIN MARKETING AND SALES                           )
PRACTICES LITIGATION                                          )      MDL Docket No. 1629
------------------------------------------------------------- x
                                                              )      Master File No. 04-10981
THIS DOCUMENT RELATES TO:                                     )
                                                              )      Honorable Patti B. Saris
------------------------------------------------------------- x      Honorable Leo T. Sorokin
THE GUARDIAN LIFE INSURANCE                                   )
COMPANY OF AMERICA v. PFIZER INC., et al.,                    )
04 CV 10739 (PBS) and                                         )
                                                              )
AETNA, INC. v. PFIZER INC., et al.,                           )
04 CV 10958 (PBS)                                             )
------------------------------------------------------------- x
```

**EXHIBITS TO DECLARATION OF LINDA P. NUSSBAUM**

# Filed Under Seal