UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> _____ ) <br> THE GUARDIAN LIFE INSURANCE ) <br> COMPANY OF AMERICA ) <br> v. PFIZER, INC., ) <br> 04 CV 10739 (PBS) ) <br> _____ ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

## DECLARATION OF MITCHELL S. Y. COHEN

I, Mitchell S.Y. Cohen, declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

1. I am currently Senior Counsel for Kaiser Foundation Health Plan, Inc., and have served in that position since August 1994. As part of my duties, I am familiar with the record keeping practices and procedures of Kaiser.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3. I have personal knowledge of the matters stated herein.

4. Annexed as Exhibit A to this Declaration is a true and complete copy of a handout prepared in connection with a teleconference sponsored by Kaiser Permanente's Northern California region's Drug Utilization Group ("DRUG"), which took place on or around August 2004. I was a speaker at the teleconference and would have reviewed this document and edited several of the slides included as a regular part of my business responsibilities at Kaiser, and it was the regular practice at Kaiser to make this type of

1

document. This document was prepared by persons knowledgeable of Kaiser's efforts to reduce inappropriate utilization of Neurontin, and would have been prepared shortly prior to the presentation. It is an accurate summary of the topics covered. This document was kept in the course of regularly conducted business activity at Kaiser, and it was Kaiser's regular practice, as part of such business activities, to maintain such document.

5. Annexed as Exhibit B to this Declaration is a true and complete copy of a handout prepared in connection with a Kaiser Interregional Pharmacy Meeting sponsored by Kaiser Permanente's Northern California Drug Utilization Action Team ("DUAT") in or around April 2004, which I attended. I reviewed this document as a regular part of my business responsibilities at Kaiser, and it was the regular practice at Kaiser to make this type of document. It is an accurate summary of the topics covered. This document was kept in the course of regularly conducted business activity at Kaiser, and it was Kaiser's regular practice, as part of such business activities, to maintain such document.

Executed on: March 25, 2009

_____
Mitchell S.Y. Cohen