UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA ) ) v. PFIZER, INC., ) 04 CV 10739 (PBS) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

## DECLARATION OF RODNEY ST. JOHN

I, Rodney St. John, declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

1. I am currently a Manager with Kaiser Permanente's ("Kaiser") National Pharmaceutical Contracting Department. From May 2000 to March 2006, I was the Southern California Regional Drug Utilization Action Team ("DUAT") Project Manager. As a project manager, I served as a support staff member for the Regional DUAT Committee, for which I helped create meeting agendas and edited minutes, among other things. I became familiar with the documents created and kept by DUAT as part of its regularly conducted business activity. As part of my duties, I am familiar with the record keeping practices and procedures of Kaiser.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

3. I have personal knowledge of the matters stated herein.

1

5. Annexed as Exhibit A to this Declaration is a true and complete copy of the minutes of a September 25, 2002 Southern California Regional DUAT meeting. The minutes would have been taken by a person attending the meeting at or near the time of the event. I reviewed this document as a regular part of my business responsibilities at Kaiser, and it was the regular practice at Kaiser to make this type of document. This document was kept in the course of regularly conducted business activity at Kaiser, and it was Kaiser's regular practice, as part of such business activities, to maintain such document.

6. Annexed as Exhibit B to this Declaration is a true and complete copy of the minutes of a June 18, 2003 Southern California Regional DUAT meeting. The minutes would have been taken by a person attending the meeting at or near the time of the event. I reviewed this document as a regular part of my business responsibilities at Kaiser, and it was the regular practice at Kaiser to make this type of document. This document was kept in the course of regularly conducted business activity at Kaiser, and it was Kaiser's regular practice, as part of such business activities, to maintain such document.

7. Annexed as Exhibit C to this Declaration is a true and complete copy of the minutes of a January 21, 2004 Southern California Regional DUAT meeting. The minutes would have been taken by a person attending the meeting at or near the time of the event. I reviewed this document as a regular part of my business responsibilities at Kaiser, and it was the regular practice at Kaiser to make this type of document. This document was kept in the course of regularly conducted business activity at Kaiser, and it was Kaiser's regular practice, as part of such business activities, to maintain such document.

8. Annexed as Exhibit D to this Declaration is a true and complete copy of an email chain on which I have been copied on the two emails sent on June 24, 2002. I would have reviewed the June 24, 2002 emails as a regular part of my business responsibilities at Kaiser, and it was the regular practice at Kaiser to send internal emails of this type. Its recipients included, among others, DUAT champions, Chris Whitten, Mitch Danesh, Dennis Cook and David Chandler. Its author, Joel Hyatt, is Kaiser's Assistant Associate Medical Director for SCPMG Clinical Services. This document was kept in the course of regularly conducted business activity at Kaiser, and it was Kaiser's regular practice, as part of such business activities, to maintain such document.

9. Annexed as Exhibit E to this Declaration is a true and complete copy of a promotional flyer in connection with the DUAT sponsored symposium, "Gabapentin (Neurontin) Anticonvulsant or Pain Medication," which was held on March 12, 2003, along with true and complete copies of completed sign-in sheets and CME evaluation forms pertaining to the same program. In my experience it would have been Kaiser's regular business practice to have physician attendees of its CME programs complete such evaluation forms at or near the time of the event. I would have reviewed the promotional flyer as a regular part of my business responsibilities at Kaiser, and it was the regular practice at Kaiser to make these types of document. These documents were kept in the course of regularly conducted business activity at Kaiser, and it was Kaiser's regular practice, as part of such business activities, to maintain such document.

10. Annexed as Exhibit F to this Declaration is a true and complete copy of a promotional flyer, along with true and complete copies of a slide set prepared for a quarterly videoconference sponsored by DUAT and its Northern California regional

counterpart, the Drug Utilization Group ("DRUG"). I attended this videoconference, which was held on September 10, 2003, and would have reviewed the flyer and slides as a regular part of my business responsibilities at Kaiser, and it was the regular practice at Kaiser to make this type of document. This document would have been prepared by persons with knowledge of DUAT and DRUG's Neurontin initiatives, and would have been prepared shortly before the September 10, 2003 meeting. This document was kept in the course of regularly conducted business activity at Kaiser, and it was Kaiser's regular practice, as part of such business activities, to maintain such document.

11. Annexed as Exhibit G to this Declaration is a true and complete copy of an application for CME credit in connection with the DUAT sponsored symposium, "Controversies in Pain Management: Is there a Role for Neurontin," which was held on September 10, 2003, along with true and complete copies of completed sign-in sheets and CME evaluation forms pertaining to the same program. I attended this videoconference, which was held on September 10, 2003, and in my experience it would have been Kaiser's regular business practice to have physician attendees of its CME programs complete evaluation forms at or near the time of the event. I would have reviewed the CME application as a regular part of my business responsibilities at Kaiser, and it was the regular practice at Kaiser to make these types of documents. These documents were kept in the course of regularly conducted business activity at Kaiser, and it was Kaiser's regular practice, as part of such business activities, to maintain such document.

12. Annexed as Exhibit H to this Declaration is a true and complete copy of a document I recognize as a handout provided in connection with a regional DUAT meeting that was held on September 10, 2003. I reviewed this document as a regular part

4

of my business responsibilities at Kaiser, and it was the regular practice at Kaiser to make this type of document. This document would have been prepared by persons with knowledge of DUAT's neuropathic pain initiative, and would have been prepared shortly before the September 10, 2003 meeting. This document was kept in the course of regularly conducted business activity at Kaiser, and it was Kaiser's regular practice, as part of such business activities, to maintain such document.

13. Annexed as Exhibit I to this Declaration is a true and complete copy of a document I recognize as a handout provided in connection with a regional DUAT meeting that was held on August 2, 2004. This document would have been prepared by persons with knowledge of DUAT's Neurontin initiative, and would have been prepared shortly before the September 10, 2003 meeting. I reviewed this document as a regular part of my business responsibilities at Kaiser, and it was the regular practice at Kaiser to make this type of document. This document was kept in the course of regularly conducted business activity at Kaiser, and it was Kaiser's regular practice, as part of such business activities, to maintain such document.

Executed on: March 23rd, 2009

Rodney St. John

5