UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------ x
)
IN RE NEURONTIN MARKETING AND SALES )
PRACTICES LITIGATION ) MDL Docket No. 1629
------------------------------------------------------------------------ x
) Master File No. 04-10981
THIS DOCUMENT RELATES TO: )
) Honorable Patti B. Saris
------------------------------------------------------------------------ x Honorable Leo T. Sorokin
THE GUARDIAN LIFE INSURANCE )
COMPANY OF AMERICA v. PFIZER INC., et al., )
04 CV 10739 (PBS) and )
)
AETNA, INC. v. PFIZER INC., et al., )
04 CV 10958 (PBS) )
------------------------------------------------------------------------ x

**EXHIBITS TO DECLARATION OF RODNEY ST. JOHN**

# Filed Under Seal