UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
                                                                 )
IN RE NEURONTIN MARKETING AND SALES                              )
PRACTICES LITIGATION                                             )   MDL Docket No. 1629
---------------------------------------------------------------- x
                                                                 )   Master File No. 04-10981
THIS DOCUMENT RELATES TO:                                        )
                                                                 )   Honorable Patti B. Saris
---------------------------------------------------------------- x   Honorable Leo T. Sorokin
THE GUARDIAN LIFE INSURANCE                                      )
COMPANY OF AMERICA v. PFIZER INC., et al.,                       )
04 CV 10739 (PBS) and                                            )
                                                                 )
AETNA, INC. v. PFIZER INC., et al.,                              )
04 CV 10958 (PBS)                                                )
---------------------------------------------------------------- x

**DECLARATION OF MIRTA MILLARES**

# Filed Under Seal