UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------ x
                                                             )
IN RE NEURONTIN MARKETING AND SALES                          )
PRACTICES LITIGATION                                         )    MDL Docket No. 1629
------------------------------------------------------------ x
                                                             )    Master File No. 04-10981
THIS DOCUMENT RELATES TO:                                    )
                                                             )    Honorable Patti B. Saris
------------------------------------------------------------ x    Honorable Leo T. Sorokin
THE GUARDIAN LIFE INSURANCE                                  )
COMPANY OF AMERICA v. PFIZER INC., et al.,                   )
04 CV 10739 (PBS) and                                        )
                                                             )
AETNA, INC. v. PFIZER INC., et al.,                          )
04 CV 10958 (PBS)                                            )
------------------------------------------------------------ x
```

## DECLARATION OF MICHAEL BRODEUR

# Filed Under Seal