UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------- x
)
IN RE NEURONTIN MARKETING AND SALES  )
PRACTICES LITIGATION                 )     MDL Docket No. 1629
---------------------------------------------------------------------- x
)     Master File No. 04-10981
THIS DOCUMENT RELATES TO:            )
)     Honorable Patti B. Saris
)     Honorable Leo T. Sorokin
---------------------------------------------------------------------- x
THE GUARDIAN LIFE INSURANCE          )
COMPANY OF AMERICA v. PFIZER INC., et al.,  )
04 CV 10739 (PBS) and                )
)
AETNA, INC. v. PFIZER INC., et al.,  )
04 CV 10958 (PBS)                    )
---------------------------------------------------------------------- x

**<u>DECLARATION OF ARIEL FERNANDO</u>**

# Filed Under Seal