UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> _____ ) <br> THE GUARDIAN LIFE INSURANCE ) <br> COMPANY OF AMERICA ) <br>   v. PFIZER, INC., ) <br> 04 CV 10739 (PBS) _____ ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

## CERTIFICATE OF SERVICE

I, Elana Katcher, declare that, on April 15, 2009, I caused a true and correct copy of the following documents to be filed under seal with the Court:

- Coordinated TPP Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, dated April 15, 2009;

- Coordinated Third Party Payor ("TPP") Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 and Counterstatement of Undisputed and Disputed Facts in Opposition to Defendants' Motion for Summary Judgment, dated April 15, 2009;

- Exhibits to the Declaration of Linda Nussbaum, dated April 15, 2009;

- Exhibits to the Declaration of Mitchell S. Y. Cohen, dated March 25, 2009;

- Exhibits to the Declaration of Rodney St. John, dated March 23, 2009;

- Declaration of Mirta Millares, dated March 26, 2009, and its accompanying exhibits;

- Declaration of Calvin T. Togashi, dated March 26, 2009;

- Declaration of Michael Brodeur, dated March 30, 2009, and its accompanying exhibits; and

1

- Declaration of Ariel Fernando, dated April 10, 2009.

In addition, caused the following documents to be filed via the Court's ECF system:

- Motion to File Documents Under Seal, dated April 15, 2009;

- Declaration of Linda P. Nussbaum, dated April 15, 2009;

- Declaration of Mitchell S. Y. Cohen, dated March 25, 2009; and

- Declaration of Rodney St. John, dated March 23, 2009.

Copies of all filed documents were sent on this date to Counsel listed below:

**VIA HAND DELIVERY**
James P. Rouhandeh
Neal A. Potischman
Edmund Polunbinski III
Rajesh S. James
Paul S. Mishkin
DAVIS POLK & WADWELL
450 Lexington Avenue
New York, New York 10017

-and-

**VIA FEDERAL EXPRESS**
David B. Chaffin
WHITE & WILLIAMS LLP
100 Summer Street, 27th Floor
Boston, Massachusetts 02110

-and-

**VIA FEDERAL EXPRESS**
Scott Sayler
Jim Muelhlberger
Lori Schultz
Nicholas Mizell
Vince Gunter
SHOOK HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

*Attorneys for Defendants Pfizer, Inc. and Warner-Lambert Company*

2

**VIA FEDERAL EXPRESS**
Thomas M. Greene
Ilyas J. Rona
GREENE & HOFFMAN
33 Broad Street, 5th Floor
Boston, Massachusetts 02109

*Attorneys for Class Plaintiffs*

April 15, 2009

/s/ *Elana Katcher*
Elana Katcher