UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————————————————————

IN RE: NEURONTIN MARKETING, SALES )
PRACTICES, AND PRODUCTS LIABILITY )
LITIGATION )

——————————————————————— )  MDL Docket No. 1629
THIS DOCUMENT RELATES TO: )  Master File No. 04-10981
)
)  Judge Patti B. Saris
ALL MARKETING AND )
SALES PRACTICES ACTIONS )  Magistrate Judge Leo T. Sorokin

———————————————————————

CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE <u>UNDER SEAL</u>
THE SEALED EXHIBITS TO DECLARATION OF ILYAS RONA IN OPPOSITION TO
<u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>

Pursuant to the Stipulated Protective Order entered on January 10, 2005 (Docket No. 27), and the Amended Stipulated Protective Order (Docket No. 744), endorsed by the Court on May 11, 2007 (collectively, the "Protective Orders"), Class Plaintiffs hereby respectfully move for leave to file <u>under seal</u> thirteen (13) exhibits to the Declaration of Ilyas Rona in Opposition to Defendants' Motion for Summary Judgment. As grounds for seeking leave to file these reports under seal, true and accurate copies of which are concurrently filed as <u>Exhibits A – M</u> to the Sealed Exhibits to Declaration of Ilyas Rona in Opposition to Defendants' Motion for Summary Judgment, Class Plaintiffs state the following:

1.      The Plaintiffs are filing the thirteen (13) exhibits ("Sealed Exhibits") in support of their opposition to Pfizer's motion for summary judgment.

2.      Pursuant to the Protective Orders, "all documents and materials filed with the Court containing or reflecting the contents of Confidential Information shall be filed in sealed envelopes…"

3.       All of the Sealed Exhibits have been designated as "Confidential." While counsel for Class Plaintiffs were able to meet and confer with counsel for Pfizer and eliminate the need to file

certain other documents under seal, the remaining Sealed Exhibits were either added too late to be included in this process, or they were designated "Confidential" by various third parties making a meet-and-confer process prior to the summary judgment opposition filing deadline impractical.

4.      By submitting this Motion, the Plaintiffs are not taking the position that the Sealed Exhibits are in fact truly confidential, or that the designations of confidentiality with respect to these exhibits are in fact proper. In fact, Plaintiffs expressly reserve their right to challenge those designations in accordance with Section 8 of the Stipulated Protective Order, and this motion should not be construed as a waiver of that right.  Should the Court deny leave to file these reports under seal, Class Plaintiffs respectfully request that they be allowed to file these reports electronically via the ECF filing system.


WHEREFORE, in order to comply with the Protective Orders in this case, Class Plaintiffs hereby request leave to file the Sealed Exhibits to Declaration of Ilyas Rona in Opposition to Defendants' Motion for Summary Judgment under seal.  Alternatively, should the Court deny this Motion, Class Plaintiffs request leave to electronically file the aforementioned exhibits via the ECF system.


Dated: April 15, 2009                              Respectfully Submitted,

                                                   *Members of the Class Plaintiffs' Steering Committee,*

                                                   /s/Thomas M. Greene
                                                   Thomas M. Greene, Esq.
                                                   Ilyas J. Rona, Esq.
                                                   GREENE & HOFFMAN
                                                   33 Broad Street, 5th Floor
                                                   Boston, MA  02109

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Barry Himmelstein, Esq.
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

HAGENS BERMAN SOBOL SHAPIRO LLP
Thomas M. Sobol, Esq. (BBO #471770)
Ed Notargiacomo, Esq. (BBO#567636)
One Main Street, 4th Floor
Cambridge, MA 02142

DUGAN & BROWNE
James Dugan, Esq.
650 Poydras Street, Suite 2150
New Orleans, LA 70130

BARRETT LAW OFFICE
Don Barrett, Esq.
404 Court Square North
P.O. Box 987
Lexington, MS 39095

LAW OFFICES OF DANIEL BECNEL, JR.
Daniel Becnel, Jr., Esq.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

## CERTIFICATION PURSUANT TO L.R. 7.1

I, Thomas M. Greene, hereby certify that I have conferred with counsel for Pfizer to resolve or narrow the issues that are the subject of the above motion.

/s/ Ilyas J. Rona
Ilyas J. Rona, Esq.

## CERTIFICATE OF SERVICE

I, Ilyas J. Rona, hereby certify that the above document filed through the ECF system has been served pursuant to Case Management #3 on April 15, 2009. I further certify that Exhibits A-M to the Sealed Exhibits to Declaration of Ilyas Rona in Opposition to Defendants' Motion for Summary Judgment, which were filed under seal, were served upon Pfizer's local counsel, Mr. David Chaffin, by email on April 15, 2009.

/s/ Ilyas J. Rona
Ilyas J. Rona, Esq.