UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **FILED UNDER SEAL** |
| THIS DOCUMENT RELATES TO: | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris |
| ALL MARKETING AND SALES PRACTICES ACTIONS | Mag. Judge Leo T. Sorokin |

# FILED UNDER SEAL

# SEALED EXHIBITS TO DECLARATION OF ILYAS RONA IN OPPOSITION TO DEFENDNATS' MOTION FOR SUMMARY JUDGMENT

                                                          Respectfully submitted,

Dated: <u>April 15, 2009</u>                          GREENE & HOFFMAN

                                      By:  <u>/s/ Thomas M. Greene</u>
                                              Thomas M. Greene, Esq.
                                              33 Broad Street, 5th Floor,
                                              Boston, MA  02109

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| ) | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: ) | Master File No. 04-10981 |
| ) | Judge Patti B. Saris |
| ALL MARKETING AND ) | Mag. Judge Leo T. Sorokin |
| SALES PRACTICES ACTIONS ) | |

**SEALED EXHIBITS TO DECLARATION OF ILYAS RONA IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

809929.1

I, ILYAS J. RONA, declare and state:

1. I am an attorney with the law firm of Greene & Hoffman, counsel for the Class Plaintiffs in this multidistrict litigation proceeding. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

2. Attached hereto are true and correct copies of the following documents:

| Exhibit No. | Document | Source |
|---|---|---|
| A | SH_0064559_0092769 | Sudler & Hennessey |
| B | IMP_0001008 | Impact |
| C | IMP_0001167 | Impact |
| D | SH_0064555.0012057 | Sudler & Hennessey |
| E | SH_0064555.017771 | Sudler & Hennessey |
| F | SH_0064555.0012039 | Sudler & Hennessey |
| G | WLC_FRANKLIN_0000197008 | Pfizer |
| H | WLC_FRANKLIN_0000055097 | Pfizer |
| I | CDM0022284 | Cline Davis & Mann |
| J | WLC_FRANKLIN_0000032365 | Pfizer |
| K | WLC_CBU_045802 | Pfizer |
| L | DVD | Plaintiffs |
| M | CD | Plaintiffs |

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

-2-

Executed on April 15, 2009 at Boston, Massachusetts.

                                        */s/ Ilyas J. Rona*
                                        Ilyas J. Rona