UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: ALL MARKETING AND SALES PRACTICES ACTIONS | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**CLASS PLAINTIFFS' APPENDIX OF CHARTS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

For ease of reference, the many charts referred to in Class Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment are attached hereto, numbered sequentially (although in some cases, the chart itself bears a different numerical designation).

| **Chart No.** | **Description** |
|---|---|
| 1 | Dr. Arness's Neurontin Prescriptions (Dollar Amounts) |
| 2 | Dr. Ragothaman's Neurontin Prescriptions (Dollar Amounts) |
| 3 | Dr. Roger's Neurontin Prescriptions (Dollar Amounts) |
| 4 | Dr. Haynsworth's Monthly Dosing |
| 5 | Dr. Waldo's Monthly Dosing |
| 6 | Total Neurontin Use For Bipolar Indications |
| 7 | Total Neurontin Use For Neuropathic Pain Indications (Excluding PHN) |
| 8 | Total Neurontin Use For Nociceptive Pain Indications |
| 9 | Total Neurontin Use For Migraine Indications |
| 10 | Neurontin Uses For Daily Doses Greater Than 1800 Mg Per Day: All Indications Except Epilepsy |
| 11 | Sales Calls To Psychiatrists |
| 12 | Neurontin Letters And Detail Visits To Psychiatrists |
| 13 | Neurontin Letters And Cost Of Detail Visits To Psychiatrists |
| 14 | Neurontin Letters To Psychiatrists Matched In Call Notes Database |
| 15 | Comparison Of Depreciated Value Of Promotion Stock To Psychiatrists And Bipolar Use By Psychiatrists |

Dated: April 15, 2009

Respectfully Submitted,

By: */s/ Thomas Greene*
Thomas Greene
Greene & Hoffman
33 Broad Street, 5th Floor
Boston, MA 02109

By: */s/ Barry Himmelstein*
Barry Himmelstein
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By: */s/ Thomas M. Sobol*
Hagens Berman Sobol Shapiro
One Main Street, 4th Floor
Cambridge, MA 02142
Boston, MA 02110

By: */s/ Don Barrett*
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: */s/ Daniel Becnel*
Daniel Becnel, Jr.
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: */s/ James Dugan*
James Dugan
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

***Members of the Class Plaintiffs' Steering Committee***

# Chart 1



DR. ARNESS'S NEURONTIN PRESCRIPTIONS (DOLLAR AMOUNTS)
$7,000
$6,000
$5,000
$4,000
$3,000
$2,000
$1,000
$0
Arness detailed 16 times over 15 months
Varnam's first Neurontin prescription
Dr. Arness discussed off-label psychiatric uses with PD sales rep and received innacurate and misleading "Dear Doctor" letter concerning Neurontin's use for bipolar disorder
TRX_CST
30-Jun-97
30-Sep-97
31-Dec-97
31-Mar-98
30-Jun-98
30-Sep-98
31-Dec-98
31-Mar-99
30-Jun-99
30-Sep-99
31-Dec-99
31-Mar-00
30-Jun-00
30-Sep-00
31-Dec-00
31-Mar-01
30-Jun-01
30-Sep-01
31-Dec-01
31-Mar-02
30-Jun-02
30-Sep-02
31-Dec-02
31-Mar-03
30-Jun-03
30-Sep-03
31-Dec-03
31-Mar-04
30-Jun-04
30-Sep-04
31-Dec-04

# Chart 2



DR. RAGOTHAMAN'S NEURONTIN PRESCRIPTIONS (DOLLAR AMOUNTS)
Ragothaman detailed 12 times over 19 months
Dr. Ragothaman discussed off-label psychiatric uses with PD sales reps and received innacurate and misleading "Dear Doctor" letters concerning Neurontin's use for bipolar disorder
Wityk's first Neurontin prescription
Series6
$2,500
$2,000
$1,500
$1,000
$500
$0
1-Jun-97
1-Sep-97
1-Dec-97
1-Mar-98
1-Jun-98
1-Sep-98
1-Dec-98
1-Mar-99
1-Jun-99
1-Sep-99
1-Dec-99
1-Mar-00
1-Jun-00
1-Sep-00
1-Dec-00
1-Mar-01
1-Jun-01
1-Sep-01
1-Dec-01
1-Mar-02
1-Jun-02
1-Sep-02
1-Dec-02
1-Mar-03
1-Jun-03
1-Sep-03
1-Dec-03
1-Mar-04
1-Jun-04
1-Sep-04
1-Dec-04

# Chart 3

DR. ROGER'S NEURONTIN PRESCRIPTIONS (DOLLAR AMOUNTS)
Dr. Rogers detailed by Pfizer sales representative
Holloway's first Neurontin prescription
$5,000
$4,500
$4,000
$3,500
$3,000
$2,500
$2,000
$1,500
$1,000
$500
$0
30-Jun-97
30-Jun-98
30-Jun-99
30-Jun-00
30-Jun-01
30-Jun-02
30-Jun-03
30-Jun-04
TRX_CST

# Chart 4

Dr. Haynsworth's Monthly Dosing
$1,200.00
$1,000.00
$800.00
$600.00
$400.00
$200.00
$0.00
30-Jun-97
30-Jun-98
30-Jun-99
30-Jun-00
30-Jun-01
30-Jun-02
30-Jun-03
30-Jun-04
Dr. Haynsworth detailed on Neurontin by Pfizer sales representatives
Avg. Cost -- 1800mg/day Rx
QTY/Rx
CST/Rx

# Chart 5

Dr. Waldo's Monthly Dosing
1,200.00
1,000.00
800.00
600.00
400.00
200.00
0.00
Avg. Cost -- 1800mg/day Rx
30-Sep-97
30-Sep-98
30-Sep-99
30-Sep-00
30-Sep-01
30-Sep-02
30-Sep-03
30-Sep-04
QTY/Rx
CST/Rx

# Chart 6



Figure 7A
Total Neurontin Use for Bipolar Indications
MARKETING FRAUD
Total Uses by Quarter
300,000
250,000
200,000
150,000
100,000
50,000
0
80 Dinner meetings & seminars; 95,000 supplements mailed
100 + CMEs
Pfizer memo ordering end to psych CMEs and details
12 CMEs
Consultant Meetings
Nov '97 Congress; 40,000 supplements mailed
Regional tele-conferences
May '97 Advisory Board
Pre-marketing period (Planning phase)
1994Q1
1994Q2
1994Q3
1994Q4
1995Q1
1995Q2
1995Q3
1995Q4
1996Q1
1996Q2
1996Q3
1996Q4
1997Q1
1997Q2
1997Q3
1997Q4
1998Q1
1998Q2
1998Q3
1998Q4
1999Q1
1999Q2
1999Q3
1999Q4
2000Q1
2000Q2
2000Q3
2000Q4
2001Q1
2001Q2
2001Q3
2001Q4
2002Q1
2002Q2
2002Q3
2002Q4
2003Q1
2003Q2
2003Q3
2003Q4
2004Q1
2004Q2
2004Q3
2004Q4

Source: IMS NDTI data. Includes all physician specialties.

Privileged and Confidential

# Chart 7

**Figure 8A**
**Total Neurontin Use for Neuropathic Pain Indications (Excluding PHN)**

MARKETING FRAUD
CME "Home Study" book mailed to 10,000 physicians; dinner meetings attended by 4,000; 25 audio-conferences
100+CMEs and grand rounds attended by 10,000+ MDs
Pain supp-lements mailed to 56,000 PCPs
JAMA media blitz: 85,000,000 impressions
IM Supplement mailed to 56,000 MDs
Consultant Meetings
'95 APS Meeting
"Pain Week-ends"
Marketing Assessment
Total Uses by Quarter
500,000
450,000
400,000
350,000
300,000
250,000
200,000
150,000
100,000
50,000
0
1994Q1 1994Q2 1994Q3 1994Q4 1995Q1 1995Q2 1995Q3 1995Q4 1996Q1 1996Q2 1996Q3 1996Q4 1997Q1 1997Q2 1997Q3 1997Q4 1998Q1 1998Q2 1998Q3 1998Q4 1999Q1 1999Q2 1999Q3 1999Q4 2000Q1 2000Q2 2000Q3 2000Q4 2001Q1 2001Q2 2001Q3 2001Q4 2002Q1 2002Q2 2002Q3 2002Q4 2003Q1 2003Q2 2003Q3 2003Q4 2004Q1 2004Q2 2004Q3 2004Q4

Source: IMS NDTI data. Includes all physician specialties.

Privileged and Confidential

# Chart 8



Figure 9A
Total Neurontin Use for Nociceptive Pain Indications
MARKETING FRAUD
22 CMEs in 22 cities
150 Grand Rounds
"Neck and Back Pain" mailed to 50,000 PCPs
Consultant Meetings
Hansen Mono-graph
Pain Tele-conference
"Pain Weekends"
Pain Advisory Meeting
Total Uses by Quarter
200000
180000
160000
140000
120000
100000
80000
60000
40000
20000
0
1994Q1
1994Q2
1994Q3
1994Q4
1995Q1
1995Q2
1995Q3
1995Q4
1996Q1
1996Q2
1996Q3
1996Q4
1997Q1
1997Q2
1997Q3
1997Q4
1998Q1
1998Q2
1998Q3
1998Q4
1999Q1
1999Q2
1999Q3
1999Q4
2000Q1
2000Q2
2000Q3
2000Q4
2001Q1
2001Q2
2001Q3
2001Q4
2002Q1
2002Q2
2002Q3
2002Q4
2003Q1
2003Q2
2003Q3
2003Q4
2004Q1
2004Q2
2004Q3
2004Q4
2005Q1
2005Q2
2005Q3
2005Q4
2006Q1
2006Q2
2006Q3
2006Q4
2007Q1

# Chart 9

Figure 10A
Total Neurontin Use for Migraine Indications
MARKETING FRAUD
Total Uses by Quarter
80,000
70,000
60,000
50,000
40,000
30,000
20,000
10,000
0
AAN Meeting; Medi-Fax mailed to 10,000 MDs; "home study" book mailed to 10,000 MDs; dinner meetings & audio-conferences
CME mailing to 20,000 neuros & 5,000 PCPs; 3,000 monographs mailed; 800 number
"Chronic Pain" Meetings
Marketing Assessment
Advisory Board
Monte Carlo Mono-graph
Migraine included in 1996 Op Plan
Decision to "explore" migraine
1994Q1
1994Q2
1994Q3
1994Q4
1995Q1
1995Q2
1995Q3
1995Q4
1996Q1
1996Q2
1996Q3
1996Q4
1997Q1
1997Q2
1997Q3
1997Q4
1998Q1
1998Q2
1998Q3
1998Q4
1999Q1
1999Q2
1999Q3
1999Q4
2000Q1
2000Q2
2000Q3
2000Q4
2001Q1
2001Q2
2001Q3
2001Q4
2002Q1
2002Q2
2002Q3
2002Q4
2003Q1
2003Q2
2003Q3
2003Q4
2004Q1
2004Q2
2004Q3
2004Q4

Source: IMS NDTI data. Includes all physician specialties.

Privileged and Confidential

# Chart 10

**Figure 24A**

**Neurontin Uses for Daily Doses Greater than 1800 mg Per Day: All Indications Except Epilepsy**

MARKETING FRAUD (Non-Epilepsy)

JAMA media blitz: 85,000,000 impressions

Dosing Articles Published

'97 ASRA Meeting

Speaker Training Meeting

IM Supplement mailed to 56,000 MDs

High Dose Advisory Boards

Pain Medicine Supplement

Consultant Meetings

Neurontin Uses per Quarter

160,000
140,000
120,000
100,000
80,000
60,000
40,000
20,000
0

Jan-94 Jan-95 Jan-96 Jan-97 Jan-98 Jan-99 Jan-00 Jan-01 Jan-02 Jan-03 Jan-04 Jan-05 Jan-06 Jan-07

1801 to 2400 mg
2400+ mg

Privileged Confidential

# Chart 11



Figure 1: Sales Calls to Psychiatrists
Source: Sherlock Databases; IMS Promotional Data
Correlation Coefficient = 0.81
(Jan 1999 - May 2004)
Number of Calls
Cost of Contacts ($)
700
600
500
400
300
200
100
0
$500,000
$450,000
$400,000
$350,000
$300,000
$250,000
$200,000
$150,000
$100,000
$50,000
$0
Jan-98
Jan-99
Jan-00
Jan-01
Jan-02
Jan-03
Jan-04
Total Calls Records for Psychiatrists with Keyword Hits
IMS Cost of Detail Visits to Psychiatrists

# Chart 12



Figure 5A: Neurontin Letters and Detail Visits to Psychiatrists
Source: Merlin and Sherlock Databases; IMS Promotional Data
Correlation Coefficient = 0.83
(Oct 1998- Aug 2003)
Number of Letters
Number of Contacts
1,000
900
800
700
600
500
400
300
200
100
0
5,000
4,500
4,000
3,500
3,000
2,500
2,000
1,500
1,000
500
0
Jan-98
Jan-99
Jan-00
Jan-01
Jan-02
Jan-03
Letters to Psychiatrists Matched in Call Notes
IMS Detail Visits to Psychiatrists

# Chart 13



Figure 5B: Neurontin Letters and Cost of Detail Visits to Psychiatrists
Source: Merlin and Sherlock Databases; IMS Promotional Data
Correlation Coefficient = 0.77
(Oct 1998 - Aug 2003)
Number of Letters
Cost of Contacts ($)
1,000
900
800
700
600
500
400
300
200
100
0
$500,000
$450,000
$400,000
$350,000
$300,000
$250,000
$200,000
$150,000
$100,000
$50,000
$0
Jan-98
Jan-99
Jan-00
Jan-01
Jan-02
Jan-03
Letters to Psychiatrists Matched in Call Notes
IMS Cost of Detail Visits to Psychiatrists

# Chart 14

**Figure 4B: Neurontin Letters to Psychiatrists Matched in Call Notes Database**

**Source: Merlin and Sherlock Databases**

# Chart 15



Attachment E.1: Comparison of
Depreciated Value of Promotion Stock to Psychiatrists
and Bipolar Use by Psychiatrists
TRXs
900,000
800,000
700,000
600,000
500,000
400,000
300,000
200,000
100,000
0
45,000
40,000
35,000
30,000
25,000
20,000
15,000
10,000
5,000
0
Depreciated Value of Promotion Stock (Real $)
1994Q1
1994Q3
1995Q1
1995Q3
1996Q1
1996Q3
1997Q1
1997Q3
1998Q1
1998Q3
1999Q1
1999Q3
2000Q1
2000Q3
2001Q1
2001Q3
2002Q1
2002Q3
2003Q1
2003Q3
2004Q1
2004Q3
Bipolar Use by Psychiatrists
Promotion Stock to Psychiatrists (3% Depreciation)