UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |
| ALL MARKETING AND SALES PRACTICES ACTIONS | ) ) ) ) | |

**DECLARATION OF ILYAS RONA IN OPPOSITION TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT**

I, ILYAS J. RONA, declare and state:

1.      I am an associate in the law firm of Greene & Hoffman, counsel for the Class Plaintiffs in this multidistrict litigation proceeding.  I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

2.      Attached hereto are true and correct copies of the following documents:

| Exhibit No. | Document | Source |
|---|---|---|
| 1 | Garrity Depo Pages.PDF | Deposition |
| 2 | 720-02957_(Official).pdf | Pfizer |
| 3 | Pande Depo Ex 35.pdf | Deposition Exhibit |
| 4 | Pande Depo Pages.pdf | Deposition |
| 5 | Expert Report of Curt Daniel Furberg.pdf | Expert Report |
| 6 | Barkin Supplemental Report_Final.pdf | Expert Report |
| 7 | 2008-4372b1-01-FDA.pdf | Public Domain |
| 8 | 720-04174 Part - 1.pdf | Pfizer |
| 8 | 720-04174 Part - 2.pdf | Pfizer |
| 8 | 720-04174 Part - 3.pdf | Pfizer |
| 8 | 720-04174 Part - 4.pdf | Pfizer |
| 8 | 720-04174 Part - 5.pdf | Pfizer |
| 8 | 720-04174 Part - 6.pdf | Pfizer |
| 8 | 720-04174 Part - 7.pdf | Pfizer |
| 8 | 720-04174 Part - 8.pdf | Pfizer |
| 9 | Pande Depo Ex 22.pdf | Deposition Exhibit |

| Exhibit No. | Document | Source |
|---|---|---|
| 10 | Post 1998 Neuropsychobiology article.pdf | Public Article |
| 11 | Neuropsychobiology webpage.pdf | Public Domain |
| 12 | WLC_FRANKLIN_0000052703.pdf | Pfizer |
| 13 | WLC_FRANKLIN_0000100239.pdf | Pfizer |
| 14 | WLC_CBU_030410.pdf | Pfizer |
| 15 | 945-291.pdf | Pfizer |
| 16 | PFIZER_JMARINO_0001274.pdf | Pfizer |
| 17 | PFIZER_JMARINO_0001268.pdf | Pfizer |
| 18 | Pande Depo Ex 21.pdf | Deposition Exhibit |
| 19 | Pande Pittsburgh Pages.PDF | Transcript of Audio Recording in Public Domain |
| 20 | Pande Depo Ex 41.pdf | Deposition Exhibit |
| 21 | Expert Report of Dr Barkin.pdf | Expert Report |
| 22 | Barkin- Exhibit 1.pdf | Deposition |
| 23 | Expert Report of Dr Abramson with hyperlinks.pdf | Expert Report |
| 24 | Knoop Depo Pages.PDF | Deposition |
| 25 | WLC_CBU_088767.pdf | Pfizer |
| 26 | WLC_CBU_088732 (088733 is page 2).pdf | Pfizer |
| 27 | WLC_CBU_088726 (088730 is page 5).pdf | Pfizer |
| 28 | WLC_CBU_088721 (088725 is page 5).pdf | Pfizer |
| 29 | Pande Depo Ex 6.pdf | Deposition Exhibit |

| Exhibit No. | Document | Source |
|---|---|---|
| 30 | PFIZER_JMARINO_0001834.pdf | Pfizer |
| 31 | WLC_CBU_088713 (88716 is page 4).pdf | Pfizer |
| 32 | Pande Depo Ex 8.pdf | Deposition Exhibit |
| 33 | WLC_FRANKLIN_0000134637.pdf | Pfizer |
| 34 | WLC_FRANKLIN_0000134638.pdf | Pfizer |
| 35 | Pande Depo Ex 7.pdf | Deposition Exhibit |
| 36 | WLC_FRANKLIN_0000050304 (50315 is page 12).pdf | Pfizer |
| 37 | WLC_CBU_088708.pdf | Pfizer |
| 38 | Pande Depo Ex 3.pdf | Deposition Exhibit |
| 39 | Pande Depo Ex 10.pdf | Deposition Exhibit |
| 40 | 720-03362_Investigators'_Brochure.pdf | Pfizer |
| 41 | 720-03092_Investigators'_Brochure - Part 1.pdf | Pfizer |
| 41 | 720-03092_Investigators'_Brochure - Part 2.pdf | Pfizer |
| 41 | 720-03092_Investigators'_Brochure - Part 3.pdf | Pfizer |
| 41 | 720-03092_Investigators'_Brochure - Part 4.pdf | Pfizer |
| 41 | 720-03092_Investigators'_Brochure - Part 5.pdf | Pfizer |
| 41 | 720-03092_Investigators'_Brochure - Part 6.pdf | Pfizer |
| 42 | Pande Depo Ex 11.pdf | Deposition Exhibit |
| 43 | Pande Depo Ex 12.pdf | Deposition Exhibit |
| 44 | Pande Depo Ex 13.pdf | Deposition Exhibit |

| Exhibit No. | Document | Source |
|---|---|---|
| 45 | WLC_CBU_088676 (88679 is page 4).pdf | Pfizer |
| 46 | WLC_FRANKLIN_0000199943.pdf | Pfizer |
| 47 | WLC_FRANKLIN_0000096571.pdf | Pfizer |
| 48 | WLC_FRANKLIN_0000199668.pdf | Pfizer |
| 49 | WLC_FRANKLIN_0000199997.pdf | Pfizer |
| 50 | WLC_FRANKLIN_0000220839.pdf | Pfizer |
| 51 | WLC_FRANKLIN_0000065202.pdf | Pfizer |
| 52 | Washington Post 1-31-08.pdf | Public Domain |
| 53 | WLC_FRANKLIN_0000092698.pdf | Pfizer |
| 54 | PFIZER_LESLIETIVE_0021163.pdf | Pfizer |
| 55 | WLC_CBU_039398.pdf | Pfizer |
| 56 | IMS Health Neurontin Promotional Data by Specialty Category.pdf | IMS/Pfizer |
| 57 | WLC_CBU_132086.pdf | Pfizer |
| 58 | New York Times 10-4-08.pdf | Public Domain |
| 59 | WLC_FRANKLIN_0000056368 - Part 1.pdf | Pfizer |
| 59 | WLC_FRANKLIN_0000056368 - Part 2.pdf | Pfizer |
| 60 | PFIZER_LKNAPP_0055357.pdf | Pfizer |
| 61 | WLC_CBU_052403.pdf | Pfizer |
| 62 | WLC_FRANKLIN_0000080341.pdf | Pfizer |
| 63 | WLC_CBU_131777.pdf | Pfizer |
| 64 | WLC_CBU_074593.pdf | Pfizer |

| Exhibit No. | Document | Source |
|---|---|---|
| 65 | CME0478-CME0512.PDF | CME Inc. |
| 66 | WLC_CBU_012564 - Part 1.pdf | Pfizer |
| 66 | WLC_CBU_012564 - Part 2.pdf | Pfizer |
| 66 | WLC_CBU_012564 - Part 3.pdf | Pfizer |
| 67 | PFIZER_TMARTIN_0001795.pdf | Pfizer |
| 68 | WLC_FRANKLIN_0000171583 (waived).pdf | Pfizer |
| 69 | WLC_FRANKLIN_0000081633 (waived).pdf | Pfizer |
| 70 | PFIZER_JMARINO_0002486.pdf | Pfizer |
| 71 | WLC_CBU_028064 - Part 1.pdf | Pfizer |
| 71 | WLC_CBU_028064 - Part 2.pdf | Pfizer |
| 72 | Pande Depo Ex 29.pdf | Deposition Exhibit |
| 73 | WLC_FRANKLIN_0000036437.pdf | Pfizer |
| 74 | CME1478-CME1748.pdf | CME Inc. |
| 75 | CME0589-CME0658 - Part 1.pdf | CME Inc. |
| 75 | CME0589-CME0658 - Part 2.pdf | CME Inc. |
| 76 | PFIZER_AFANNON_0008581.pdf | Pfizer |
| 77 | WLC_CBU_012274 - Part 1.pdf | Pfizer |
| 77 | WLC_CBU_012274 - Part 2.pdf | Pfizer |
| 78 | CNS Spectrums- Author Guide.pdf | Public Domain |
| 79 | Expert Report of Dr Rosenthal 8-11-08 FINAL_with hyperlinks.pdf | Expert Report |
| 80 | PFIZER_TMARTIN_0001736 - Part 1.pdf | Pfizer |

| Exhibit No. | Document | Source |
| --- | --- | --- |
| 80 | PFIZER_TMARTIN_0001736 - Part 2.pdf | Pfizer |
| 80 | PFIZER_TMARTIN_0001736 - Part 3.pdf | Pfizer |
| 80 | PFIZER_TMARTIN_0001736 - Part 4.pdf | Pfizer |
| 81 | PFIZER_APANDE_0000714.pdf | Pfizer |
| 82 | SH_0011442 (waived).pdf | Sudler & Henessey |
| 83 | Vega Depo Pages.PDF | Deposition |
| 84 | PFIZER_DPROBERT_0014027 - Part 1.pdf | Pfizer |
| 84 | PFIZER_DPROBERT_0014027 - Part 2.pdf | Pfizer |
| 85 | Merlin Database - letters.pdf | Pfizer |
| 86 | 0900000180003ebd.pdf | Pfizer |
| 87 | WLC_CBU_170490 - Part 1.pdf | Pfizer |
| 87 | WLC_CBU_170490 - Part 2.pdf | Pfizer |
| 88 | Pande Depo Ex 30.pdf | Deposition Exhibit |
| 89 | CME0038-CME0057 (waived).PDF | CME Inc. |
| 90 | PFIZER_NMANCINI_0011631.pdf | Pfizer |
| 91 | WLC_CBU_028356.pdf | Pfizer |
| 92 | WLC_CBU_079924.pdf | Pfizer |
| 93 | Backonja 1998 Jama.pdf | Public Domain |
| 94 | WLC_CBU_150515.pdf | Pfizer |
| 95 | WLC_CBU_040534 - Part 1.pdf | Pfizer |
| 95 | WLC_CBU_040534 - Part 2.pdf | Pfizer |

| Exhibit No. | Document | Source |
|---|---|---|
| 96 | Magnus Article.pdf | Public Domain |
| 97 | InterScience Epilepsia webpage.pdf | Public Domain |
| 98 | WLC_CBU_167738 - Part 1.pdf | Pfizer |
| 98 | WLC_CBU_167738 - Part 2.pdf | Pfizer |
| 98 | WLC_CBU_167738 - Part 3.pdf | Pfizer |
| 98 | WLC_CBU_167738 - Part 4.pdf | Pfizer |
| 98 | WLC_CBU_167738 - Part 5.pdf | Pfizer |
| 99 | Bipolar webpage.pdf | Public Domain |
| 100 | Pande Depo Ex 40.pdf | Deposition Exhibit |
| 101 | Pande article adjunctive therapy.pdf | Public Domain |
| 102 | PFIZER_LKNAPP_0026006 - Part 1.pdf | Pfizer |
| 102 | PFIZER_LKNAPP_0026006 - Part 2.pdf | Pfizer |
| 103 | Pande social phobia.pdf | Public Domain |
| 104 | WLC_CBU_134928 - Part 1.pdf | Pfizer |
| 104 | WLC_CBU_134928 - Part 2.pdf | Pfizer |
| 105 | 090000018002f0f9.pdf | Pfizer |
| 106 | VOX035086 - Part 1.pdf | Vox Medica |
| 106 | VOX035086 - Part 2.pdf | Vox Medica |
| 107 | WLC_CBU_175353.pdf | Pfizer |
| 108 | RELATOR02281.pdf | Relator David Franklin |
| 109 | VOX002819.pdf | Vox Medica |

| Exhibit No. | Document | Source |
|---|---|---|
| 110 | MDL_VENDORS_055236.pdf | Pfizer |
| 111 | WLC_FRANKLIN_0000100273.pdf | Pfizer |
| 112 | WLC_CBU_028929 - Part 1.pdf | Pfizer |
| 112 | WLC_CBU_028929 - Part 2.pdf | Pfizer |
| 113 | WLC_CBU_108957 - Part 1.pdf | Pfizer |
| 113 | WLC_CBU_108957 - Part 2.pdf | Pfizer |
| 113 | WLC_CBU_108957 - Part 3.pdf | Pfizer |
| 114 | PFIZER_CGROGAN_0018672.pdf | Pfizer |
| 115 | 090000018003bd75.pdf | Pfizer |
| 116 | InterScience Bipolar webpage.pdf | Public Domain |
| 117 | Expert Report of Dr Dickersin - Part 1.pdf | Expert Report |
| 117 | Expert Report of Dr Dickersin - Part 2.pdf | Expert Report |
| 117 | Expert Report of Dr Dickersin - Part 3.pdf | Expert Report |
| 117 | Expert Report of Dr Dickersin - Part 4.pdf | Expert Report |
| 117 | Expert Report of Dr Dickersin - Part 5.pdf | Expert Report |
| 117 | Expert Report of Dr Dickersin - Part 6.pdf | Expert Report |
| 117 | Expert Report of Dr Dickersin - Part 7.pdf | Expert Report |
| 118 | PFIZER_MDANA_0001375 - Part 1.pdf | Pfizer |
| 118 | PFIZER_MDANA_0001375 - Part 2.pdf | Pfizer |
| 118 | PFIZER_MDANA_0001375 - Part 3.pdf | Pfizer |

| Exhibit No. | Document | Source |
|---|---|---|
| 118 | PFIZER_MDANA_0001375 - Part 4.pdf | Pfizer |
| 118 | PFIZER_MDANA_0001375 - Part 5.pdf | Pfizer |
| 119 | PFIZER_RGLANZMAN_0134417.pdf | Pfizer |
| 120 | WLC_CBU_174105 - Part 1.pdf | Pfizer |
| 120 | WLC_CBU_174105 - Part 2.pdf | Pfizer |
| 121 | PFIZER_LCASTRO_0000054.pdf | Pfizer |
| 122 | 090000018006f819.pdf | Pfizer |
| 123 | 0900000180110c34.pdf | Pfizer |
| 124 | 0900000180141be7.pdf | Pfizer |
| 125 | 090000018014cbf6.pdf | Pfizer |
| 126 | PFIZER_JSCHULTZ_0000393.pdf | Pfizer |
| 127 | Macritchie Gabapentin in the treatment of acute affective ep.pdf | Public Domain |
| 128 | PFIZER_APANDE_0005005.pdf | Pfizer |
| 129 | Pande Depo Ex 24.pdf | Deposition Exhibit |
| 130 | Pfizer_APande_0003413.pdf | Pfizer |
| 131 | PFIZER_BPARSONS_0030122 (waived).pdf | Pfizer |
| 132 | PFIZER_LKNAPP_0112245.pdf | Pfizer |
| 133 | PFIZER_BPARSONS_0098666.pdf | Pfizer |
| 134 | PFIZER_LKNAPP_0115557.pdf | Pfizer |
| 135 | PFIZER_LKNAPP_0116131.pdf | Pfizer |
| 136 | PFIZER_LKNAPP_0104674.pdf | Pfizer |

| Exhibit No. | Document | Source |
|---|---|---|
| 137 | Vieta.pdf | Public Domain |
| 138 | Revised Conti Dc Support Renewed Motion Class Cert 2-25-08.pdf | Expert Report |
| 139 | WLC_CBU_132108.pdf | Pfizer |
| 140 | WLC_CBU_090238.pdf | Pfizer |
| 141 | WLC_FRANKLIN_0000032164.pdf | Pfizer |
| 142 | PFIZER_JMARINO_0002350.pdf | Pfizer |
| 143 | PFIZER_AFANNON_0011044.pdf | Pfizer |
| 144 | PFIZER_AFANNON_0011317.pdf | Pfizer |
| 145 | PFIZER_AFANNON_0011315.pdf | Pfizer |
| 146 | TS Carey JPsych Practice Article.pdf | Public Domain |
| 147 | Varnam Depo Pages.PDF | Deposition |
| 148 | WLC_FRANKLIN_0000100266.pdf | Pfizer |
| 149 | Arness Wolters Kluwer.pdf | Pfizer |
| 150 | JanFrankWityk-8.pdf | Deposition Exhibit |
| 151 | Wityk Depo Pages.PDF | Deposition |
| 152 | JanFrankWityk-9.pdf | Deposition Exhibit |
| 153 | WLC_FRANKLIN_0000100264.pdf | Pfizer |
| 154 | WLC_FRANKLIN_0000100271.pdf | Pfizer |
| 155 | WLC_FRANKLIN_0000100272.pdf | Pfizer |
| 156 | 720-03908.pdf | Pfizer |
| 157 | Expert Report of Dr Jewell.pdf | Expert Report |

| Exhibit No. | Document | Source |
|---|---|---|
| 158 | Miller Copy of 1996 Neurology-A.pdf | Public Domain |
| 159 | Neurology webpage - vol47 - issue 6.pdf | Public Domain |
| 160 | PFIZER_LLAMOREAUX_0009058.pdf | Pfizer |
| 161 | PFIZER_TMF_CRF_061889.pdf | Pfizer |
| 162 | 720-04130.pdf | Pfizer |
| 163 | Perry Final Report w Sig Page 8-1-08.pdf | Expert Report |
| 164 | PFIZER_LESLIETIVE_0020949.pdf | Pfizer |
| 165 | morello 1999  Arch Intern Med.pdf | Public Domain |
| 166 | PFIZER_RGLANZMAN_0040034.pdf | Pfizer |
| 167 | 430-00125 - Part 1.pdf | Pfizer |
| 167 | 430-00125 - Part 2.pdf | Pfizer |
| 168 | PFIZER_LCASTRO_0043325 - Part 1.pdf | Pfizer |
| 168 | PFIZER_LCASTRO_0043325 - Part 2.pdf | Pfizer |
| 169 | PFIZER_LCASTRO_0027113.pdf | Pfizer |
| 170 | PFIZER_LKNAPP_0021650.pdf | Pfizer |
| 171 | PFIZER_LKNAPP_0047459.pdf | Pfizer |
| 172 | PFIZER_LCASTRO_0008052.pdf | Pfizer |
| 173 | PFIZER_MPIERCE_0000049.pdf | Pfizer |
| 174 | PFIZER_AGARRITY_0002516.pdf | Pfizer |
| 175 | PFIZER_LKNAPP_0050487.pdf | Pfizer |
| 176 | PFIZER_LKNAPP_0023057.pdf | Pfizer |

| Exhibit No. | Document | Source |
|---|---|---|
| 177 | PFIZER_LCASTRO_0008362.pdf | Pfizer |
| 178 | PFIZER_LKNAPP_0050385.pdf | Pfizer |
| 179 | PFIZER_CTAYLOR_0004935 | Pfizer |
| 180 | Dworkin RH.pdf | Public Domain |
| 181 | WLC_CBU_085826.pdf | Pfizer |
| 182 | WLC_FRANKLIN_0000098352.pdf | Pfizer |
| 183 | WLC_FRANKLIN_0000216306.pdf | Pfizer |
| 184 | WLC_CBU_100422.pdf | Pfizer |
| 185 | WLC_FRANKLIN_0000090053.pdf | Pfizer |
| 186 | WLC_FRANKLIN_0000090054.pdf | Pfizer |
| 187 | WLC_FRANKLIN_0000090221.pdf | Pfizer |
| 188 | WLC_FRANKLIN_0000035726.pdf | Pfizer |
| 189 | WLC_FRANKLIN_0000166608.pdf | Pfizer |
| 190 | WLC_FRANKLIN_0000100268.pdf | Pfizer |
| 191 | WLC_FRANKLIN_0000090214.pdf | Pfizer |
| 192 | WLC_FRANKLIN_0000090215.pdf | Pfizer |
| 193 | WLC_CBU_095544.pdf | Pfizer |
| 194 | WLC_CBU_081517.pdf | Pfizer |
| 195 | WLC_CBU_034813.pdf | Pfizer |
| 196 | WLC_FRANKLIN_0000087284.pdf | Pfizer |
| 197 | WLC_FRANKLIN_0000206531.pdf | Pfizer |
| 198 | BJ_Wilder_Franklin Payment | Pfizer |

| Exhibit No. | Document | Source |
|---|---|---|
| | Register.pdf | |
| 199 | BJ_Wilder_Betsy.pdf | Pfizer |
| 200 | WLC_FRANKLIN_0000088375.pdf | Pfizer |
| 201 | 1998 Gorson Neurology.pdf | Public Domain |
| 202 | GorsonLetterToEditor.pdf | Public Domain |
| 203 | Drugdex Monograph.pdf | Pfizer |
| 203 | Drugdex Monograph.pdf | Pfizer |
| 204 | Fierro Transcript.pdf | Deposition |
| 204 | Fierro Transcript.pdf | Deposition |
| 205 | WLC_FRANKLIN_0000033011.pdf | Pfizer |
| 206 | WLC_CBU_101546 - Part 1.pdf | Pfizer |
| 206 | WLC_CBU_101546 - Part 2.pdf | Pfizer |
| 206 | WLC_CBU_101546 - Part 3.pdf | Pfizer |
| 207 | WLC_FRANKLIN_0000081976.pdf | Pfizer |
| 208 | PFIZER_TMF_CRF_015313.pdf | Pfizer |
| 209 | PFIZER_LCASTRO_0002678.pdf | Pfizer |
| 210 | PFIZER_LESLIETIVE_0020985.pdf | Pfizer |
| 211 | PFIZER_LESLIETIVE_0020922.pdf | Pfizer |
| 212 | PFIZER_LKNAPP_0053962.pdf | Pfizer |
| 213 | PFIZER_RGLANZMAN_0044634.pdf | Pfizer |
| 214 | PFIZER_LESLIETIVE_0020880.pdf | Pfizer |
| 215 | PFIZER_LESLIETIVE_0020840.pdf | Pfizer |

| Exhibit No. | Document | Source |
|---|---|---|
| 216 | PFIZER_LESLIETIVE_0020835.pdf | Pfizer |
| 217 | PFIZER_LESLIETIVE_0020834.pdf | Pfizer |
| 218 | PFIZER_LESLIETIVE_0020631.pdf | Pfizer |
| 219 | MAC_0003664.pdf | Medical Action Communications |
| 220 | 2002 Serpell Pain.pdf | Public Domain |
| 221 | Science Direct webpage -03043959.pdf | Public Domain |
| 222 | FAL_0007867 - Part 1.pdf | Fallon Medica |
| 222 | FAL_0007867 - Part 2.pdf | Fallon Medica |
| 222 | FAL_0007867 - Part 3.pdf | Fallon Medica |
| 222 | FAL_0007867 - Part 4.pdf | Fallon Medica |
| 222 | FAL_0007867 - Part 5.pdf | Fallon Medica |
| 222 | FAL_0007867 - Part 6.pdf | Fallon Medica |
| 223 | PFIZER_LESLIETIVE_0076417.pdf | Pfizer |
| 224 | MAC_E_0020147.pdf | Medical Action Communications |
| 225 | PFIZER_LKNAPP_0016491.pdf | Pfizer |
| 226 | MAC_E_0036778.pdf | Medical Action Communications |
| 227 | PFIZER_BPARSONS_0162576.pdf | Pfizer |
| 228 | PFIZER_RGLANZMAN_0121206.pdf | Pfizer |
| 229 | PFIZER_LCASTRO_0073188.pdf | Pfizer |
| 230 | PFIZER_RGLANZMAN_0055248.pdf | Pfizer |
| 231 | PFIZER_RGLANZMAN_0055189.pdf | Pfizer |
| 232 | MAC_E_0051166.pdf | Medical Action Communications |

| Exhibit No. | Document | Source |
|---|---|---|
| 233 | PFIZER_AMISHRA_0002324 - Part 1.pdf | Pfizer |
| 233 | PFIZER_AMISHRA_0002324 - Part 2.pdf | Pfizer |
| 233 | PFIZER_AMISHRA_0002324 - Part31.pdf | Pfizer |
| 234 | PFIZER_LESLIETIVE_0003830.pdf | Pfizer |
| 235 | PFIZER_LESLIETIVE_0078566.pdf | Pfizer |
| 236 | 0900000180114059.pdf | Pfizer |
| 237 | MDL_VENDORS_065967.pdf | Pfizer |
| 238 | WLC_CBU_000218.pdf | Pfizer |
| 239 | WLC_CBU_072218.pdf | Pfizer |
| 240 | MDL_VENDORS_068657.pdf | Pfizer |
| 241 | MDL_VENDORS_068649.pdf | Pfizer |
| 242 | MDL_VENDORS_072916.pdf | Pfizer |
| 243 | MDL_VENDORS_118884.pdf | Pfizer |
| 244 | PFIZER_LESLIETIVE_0015887 - Part 1.pdf | Pfizer |
| 244 | PFIZER_LESLIETIVE_0015887 - Part 2.pdf | Pfizer |
| 244 | PFIZER_LESLIETIVE_0015887 - Part 3.pdf | Pfizer |
| 245 | PFIZER_LESLIETIVE_0013973.pdf | Pfizer |
| 246 | PFIZER_DPROBERT_0028502.pdf | Pfizer |
| 247 | PFIZER_MDANA_0000776.pdf | Pfizer |
| 248 | Dallocchio 2000 J Pain Symptom Manage.PDF | Public Domain |

| Exhibit No. | Document | Source |
|---|---|---|
| 249 | MDL_VENDORS_068519.pdf | Pfizer |
| 250 | PFIZER_BPARSONS_0202564.pdf | Pfizer |
| 251 | PFIZER_RGLANZMAN_0147404.pdf | Pfizer |
| 252 | MAC_E_0083628.pdf | Medical Action Communications |
| 253 | PFIZER_CTAYLOR_0007193.pdf | Pfizer |
| 254 | PFIZER_LESLIETIVE_0038508.pdf | Pfizer |
| 255 | MAC_E_0022741.pdf | Medical Action Communications |
| 256 | PFIZER_BPARSONS_0010171.pdf | Pfizer |
| 257 | PFIZER_AFANNON_0016742.pdf | Pfizer |
| 258 | PFIZER_LKNAPP_0070556.pdf | Pfizer |
| 259 | PFIZER_LKNAPP_0083145.pdf | Pfizer |
| 260 | PFIZER_LKNAPP_0083148.pdf | Pfizer |
| 261 | PFIZER_LKNAPP_0060187.pdf | Pfizer |
| 262 | PFIZER_AZEUSCHER_0013546.pdf | Pfizer |
| 263 | WLC_FRANKLIN_0000151184.pdf | Pfizer |
| 264 | WLC_FRANKLIN_0000156836.pdf | Pfizer |
| 265 | ACCME guidelines.pdf | Public Domain |
| 266 | WLC_FRANKLIN_0000032920.pdf | Pfizer |
| 267 | WLC_FRANKLIN_0000068832.pdf | Pfizer |
| 268 | WLC_FRANKLIN_0000164158.pdf | Pfizer |
| 269 | WLC_FRANKLIN_0000068717.pdf | Pfizer |
| 270 | WLC_CBU_054194.pdf | Pfizer |

| Exhibit No. | Document | Source |
|---|---|---|
| 271 | WLC_FRANKLIN_0000198590.pdf | Pfizer |
| 272 | WLC_FRANKLIN_0000128008.pdf | Pfizer |
| 273 | David Longmire v Pfizer Complaint.pdf | Public Domain |
| 274 | WLC_FRANKLIN_0000015522.pdf | Pfizer |
| 275 | WLC_FRANKLIN_0000032883.pdf | Pfizer |
| 276 | WLC_CBU_001234.pdf | Pfizer |
| 277 | WLC_CBU_095272.pdf | Pfizer |
| 278 | VOX003096.pdf | Vox Medica |
| 279 | WLC_CBU_078961.pdf | Pfizer |
| 280 | WLC_FRANKLIN_0000079748.pdf | Pfizer |
| 281 | WLC_FRANKLIN_0000066815.pdf | Pfizer |
| 282 | WLC_CBU_180735.pdf | Pfizer |
| 283 | WLC_FRANKLIN_0000066770.pdf | Pfizer |
| 284 | WLC_FRANKLIN_0000066773.pdf | Pfizer |
| 285 | WLC_FRANKLIN_0000066779.pdf | Pfizer |
| 286 | WLC_FRANKLIN_0000066782.pdf | Pfizer |
| 287 | WLC_FRANKLIN_0000066789.pdf | Pfizer |
| 288 | WLC_FRANKLIN_0000066787.pdf | Pfizer |
| 289 | WLC_CBU_179585.pdf | Pfizer |
| 290 | WLC_FRANKLIN_0000080451.pdf | Pfizer |
| 291 | WLC_FRANKLIN_0000040543.pdf | Pfizer |
| 292 | WLC_FRANKLIN_0000081948.pdf | Pfizer |

| Exhibit No. | Document | Source |
|---|---|---|
| 293 | WLC_FRANKLIN_0000195502.pdf | Pfizer |
| 294 | WLC_FRANKLIN_0000080506.pdf | Pfizer |
| 295 | WLC_FRANKLIN_0000082494.pdf | Pfizer |
| 296 | WLC_FRANKLIN_0000082446.pdf | Pfizer |
| 297 | WLC_FRANKLIN_0000082462.pdf | Pfizer |
| 298 | WLC_FRANKLIN_0000178448.pdf | Pfizer |
| 299 | WLC_CBU_050411.pdf | Pfizer |
| 300 | WLC_CBU_146556.pdf | Pfizer |
| 301 | WLC_CBU_092879.pdf | Pfizer |
| 302 | WLC_CBU_000221.pdf | Pfizer |
| 303 | PFIZER_TMARTIN_0001306.pdf | Pfizer |
| 304 | PFIZER_DPROBERT_0028487.pdf | Pfizer |
| 305 | WLC_CBU_021038.pdf | Pfizer |
| 306 | WLC_CBU_175157.pdf | Pfizer |
| 307 | MDL_VENDORS_067857.pdf | Pfizer |
| 308 | MDL_VENDORS_068131.pdf | Pfizer |
| 309 | MDL_VENDORS_068193.pdf | Pfizer |
| 310 | Pharmacotherapy.pdf | Public Domain |
| 311 | http___jnnp.bmj.pdf | Public Domain |
| 312 | PFIZER_MDANA_0002308 - Part 1.pdf | Pfizer |
| 312 | PFIZER_MDANA_0002308 - Part 2.pdf | Pfizer |
| 313 | MDL_VENDORS_101225.pdf | Pfizer |

| Exhibit No. | Document | Source |
|---|---|---|
| 314 | WLC_CBU_174914.pdf | Pfizer |
| 315 | WLC_CBU_023248 - Part 1.pdf | Pfizer |
| 315 | WLC_CBU_023248 - Part 2.pdf | Pfizer |
| 316 | MDL_Vendors_103909.pdf | Pfizer |
| 317 | WLC_CBU_012710 - Part 1.pdf | Pfizer |
| 317 | WLC_CBU_012710 - Part 2.pdf | Pfizer |
| 317 | WLC_CBU_012710 - Part 3.pdf | Pfizer |
| 318 | MDL_VENDORS_083903.pdf | Pfizer |
| 319 | WLC_CBU_028526.pdf | Pfizer |
| 320 | WLC_CBU_180318.pdf | Pfizer |
| 321 | WLC_CBU_028618.pdf | Pfizer |
| 322 | PFIZER_RGLANZMAN_0143484 - Part 1.pdf | Pfizer |
| 322 | PFIZER_RGLANZMAN_0143484 - Part 2.pdf | Pfizer |
| 322 | PFIZER_RGLANZMAN_0143484 - Part 3.pdf | Pfizer |
| 323 | MDL_VENDORS_068511.pdf | Pfizer |
| 324 | MDL_VENDORS_094647 - Part 1.pdf | Pfizer |
| 324 | MDL_VENDORS_094647 - Part 2.pdf | Pfizer |
| 324 | MDL_VENDORS_094647 - Part 3.pdf | Pfizer |
| 325 | PFIZER_SDOFT_0052466 - Part 1.pdf | Pfizer |
| 325 | PFIZER_SDOFT_0052466 - Part 2.pdf | Pfizer |
| 326 | PFIZER_SDOFT_0052543.pdf | Pfizer |

| Exhibit No. | Document | Source |
|---|---|---|
| 327 | PFIZER_SDOFT_0052549.pdf | Pfizer |
| 328 | PFIZER_SDOFT_0052606.pdf | Pfizer |
| 329 | PFIZER_SDOFT_0013666.pdf | Pfizer |
| 330 | PFIZER_SDOFT_0013668 - Part 1.pdf | Pfizer |
| 330 | PFIZER_SDOFT_0013668 - Part 2.pdf | Pfizer |
| 330 | PFIZER_SDOFT_0013668 - Part 3.pdf | Pfizer |
| 330 | PFIZER_SDOFT_0013668 - Part 4.pdf | Pfizer |
| 330 | PFIZER_SDOFT_0013668 - Part 5.pdf | Pfizer |
| 330 | PFIZER_SDOFT_0013668 - Part 6.pdf | Pfizer |
| 331 | PFIZER_SDOFT_0052567.pdf | Pfizer |
| 332 | PFIZER_SDOFT_0052571.pdf | Pfizer |
| 333 | PFIZER_SDOFT_0052573.pdf | Pfizer |
| 334 | PFIZER_SDOFT_0052575.pdf | Pfizer |
| 335 | PFIZER_SDOFT_0013811.pdf | Pfizer |
| 336 | PFIZER_RGLANZMAN_0149235.pdf | Pfizer |
| 337 | PFIZER_MPATEL_0139889.pdf | Pfizer |
| 338 | PFIZER_RGLANZMAN_0121216.pdf | Pfizer |
| 339 | MAC_E_0049671.pdf | Medical Action Communications |
| 340 | BACKONJA GLANZMAN REVIEW.pdf | Public Domain |
| 341 | PFIZER_LALPHS_0013849.pdf | Pfizer |
| 342 | Wiffen 2000 Cochrane Database Syst Rev.pdf | Public Domain |

| Exhibit No. | Document | Source |
|---|---|---|
| 343 | Collins 2000 J Pain Symptom Manage.PDF | Public Domain |
| 344 | MAC_0001296.pdf | Medical Action Communications |
| 345 | MAC_E_0020024.pdf | Medical Action Communications |
| 346 | PFIZER_MGARCIA_0002894.pdf | Pfizer |
| 347 | PFIZER_RGLANZMAN_0146211.pdf | Pfizer |
| 348 | PFIZER_CGROGAN_0012128.pdf | Pfizer |
| 349 | PFIZER_CGROGAN_0012131.pdf | Pfizer |
| 350 | PFIZER_LESLIETIVE_0035819.pdf | Pfizer |
| 351 | PFIZER_DPROBERT_0007559.pdf | Pfizer |
| 352 | McQuay Review in Supplement.pdf | Public Domain |
| 353 | Gabapentin for acute and chronic pain.pdf | Public Domain |
| 354 | PFIZER_JMARINO_0000809.pdf | Pfizer |
| 355 | MAC_0004074.pdf | Medical Action Communications |
| 356 | Gordh TE.pdf | Public Domain |
| 357 | PFIZER_RGLANZMAN_0000650 - Part 1.pdf | Pfizer |
| 357 | PFIZER_RGLANZMAN_0000650 - Part 2.pdf | Pfizer |
| 357 | PFIZER_RGLANZMAN_0000650 - Part 3.pdf | Pfizer |
| 357 | PFIZER_RGLANZMAN_0000650 - Part 4.pdf | Pfizer |
| 357 | PFIZER_RGLANZMAN_0000650 - Part 5.pdf | Pfizer |
| 357 | PFIZER_RGLANZMAN_0000650 - Part 6.pdf | Pfizer |

| Exhibit No. | Document | Source |
|---|---|---|
| 358 | PFIZER_CGROGAN_0016795.pdf | Pfizer |
| 359 | PFIZER_LESLIETIVE_0068419.pdf | Pfizer |
| 360 | PFIZER_THYLAN_0002490.pdf | Pfizer |
| 361 | MAC_E_0018822 - Part 1.pdf | Medical Action Communications |
| 361 | MAC_E_0018822 - Part 2.pdf | Medical Action Communications |
| 361 | MAC_E_0018822 - Part 3.pdf | Medical Action Communications |
| 362 | WLC_CBU_050479.pdf | Pfizer |
| 363 | issue_key=S1.pdf | Public Domain |
| 364 | WLC_FRANKLIN_0000151674.pdf | Pfizer |
| 365 | Expert Report of Dr Alldredge.pdf | Expert Report |
| 366 | 720-03495_945-082_(Official).pdf | Pfizer |
| 367 | 720-03675_(Official).pdf | Pfizer |
| 368 | 430-00124.pdf | Pfizer |
| 369 | 995-00070_945-211_(Part_I).pdf | Pfizer |
| 370 | PFIZER_LKNAPP_0062214.pdf | Pfizer |
| 371 | PFIZER_LCASTRO_0008182.pdf | Pfizer |
| 372 | VOX003321.pdf | Vox Medica |
| 373 | WLC_FRANKLIN_0000090128.pdf | Pfizer |
| 374 | Expert Report of Dr Kessler.pdf | Expert Report |
| 375 | WLC_FRANKLIN_0000169135.pdf | Pfizer |
| 376 | Arness Merlin.pdf | Pfizer |
| 377 | WLC_CBU_088734.pdf | Pfizer |

| Exhibit No. | Document | Source |
|---|---|---|
| 378 | WLC_FRANKLIN_0000197106.pdf | Pfizer |
| 379 | WLC_CBU_116896.pdf | Pfizer |
| 380 | 995-00057_(Official).pdf | Pfizer |
| 381 | WLC_FRANKLIN_0000093580.pdf | Pfizer |
| 382 | WLC_FRANKLIN_0000069350.pdf | Pfizer |
| 383 | WLC_FRANKLIN_0000039745.pdf | Pfizer |
| 384 | WLC_FRANKLIN_0000069499.pdf | Pfizer |
| 385 | WLC_FRANKLIN_0000037793.pdf | Pfizer |
| 386 | WLC_FRANKLIN_0000055261.pdf | Pfizer |
| 387 | WLC_CBU_164409.pdf | Pfizer |
| 388 | MDL_VENDORS_064551.pdf | Pfizer |
| 389 | WLC_FRANKLIN_0000036620.pdf | Pfizer |
| 390 | WLC_FRANKLIN_0000055473.pdf | Pfizer |
| 391 | WLC_FRANKLIN_0000055458.pdf | Pfizer |
| 392 | WLC_FRANKLIN_0000071334.pdf | Pfizer |
| 393 | WLC_CBU_049708.pdf | Pfizer |
| 394 | WLC_FRANKLIN_0000112204.pdf | Pfizer |
| 395 | WLC_CBU_074575.pdf | Pfizer |
| 396 | PFIZER_LKNAPP_0035987.pdf | Pfizer |
| 397 | PFIZER_LKNAPP_0023336.pdf | Pfizer |
| 398 | PFIZER_JSU_0032011.pdf | Pfizer |
| 399 | PFIZER_LESLIETIVE_0014606.pdf | Pfizer |

| Exhibit No. | Document | Source |
|---|---|---|
| 400 | PFIZER_RGLANZMAN_0133526.pdf | Pfizer |
| 401 | PFIZER_JMARINO_0000094.pdf | Pfizer |
| 402 | PFIZER_RGLANZMAN_0148325.pdf | Pfizer |
| 403 | PFIZER_DGRUBER_0000287.pdf | Pfizer |
| 404 | PFIZER_KBRETT_0003846.pdf | Pfizer |
| 405 | PFIZER_AMISHRA_0007030.pdf | Pfizer |
| 406 | PFIZER_SPIRON_0011527.pdf | Pfizer |
| 407 | WLC_CBU_115481.pdf | Pfizer |
| 408 | WLC_FRANKLIN_0000052175.pdf | Pfizer |
| 409 | WLC_FRANKLIN_0000060466.pdf | Pfizer |
| 410 | WLC_FRANKLIN_0000041586.pdf | Pfizer |
| 411 | WLC_FRANKLIN_0000220793.pdf | Pfizer |
| 412 | WLC_FRANKLIN_0000033115.pdf | Pfizer |
| 413 | WLC_FRANKLIN_0000164694.pdf | Pfizer |
| 414 | WLC_FRANKLIN_0000067667.pdf | Pfizer |
| 415 | WLC_FRANKLIN_0000039567.pdf | Pfizer |
| 416 | WLC_FRANKLIN_0000041545.pdf | Pfizer |
| 417 | WLC_CBU_165674.pdf | Pfizer |
| 418 | WLC_CBU_004837.pdf | Pfizer |
| 419 | PFIZER_CGROGAN_0018342.pdf | Pfizer |
| 420 | WLC_CBU_076460.pdf | Pfizer |
| 421 | PFIZER_BPARSONS_0022255.pdf | Pfizer |

| Exhibit No. | Document | Source |
| --- | --- | --- |
| 422 | Smith Dep.PTX | Deposition |
| 423 | Huler Sherlock and CMMS.pdf | Pfizer |
| 424 | Lorraine Kopa Depo Pages.PDF | Deposition |
| 425 | Dhaduk Depo Pages.PDF | Deposition |
| 426 | WLC_FRANKLIN_0000066968.pdf | Pfizer |
| 427 | Dhaduk Sherlock and CMMS.pdf | Pfizer |
| 428 | CarolynHollaway-8.pdf | Deposition Exhibit |
| 429 | CarolynHollaway-12.pdf | Deposition Exhibit |
| 430 | Pfizer webpage - 20081022006046.pdf | Public Domain |
| 431 | Pfizer webpage - 20081017005371.pdf | Public Domain |
| 432 | Rogers Dep.PTX | Deposition |
| 433 | Rogers Sherlock.pdf | Pfizer |
| 434 | Rogers Wolters Kluwer.pdf | Pfizer |
| 435 | 720-03779.pdf | Pfizer |
| 436 | PFIZER_LCASTRO_0011868.pdf | Pfizer |
| 437 | PFIZER_MPATEL_0077867.pdf | Pfizer |
| 438 | PFIZER_LCASTRO_0011563.pdf | Pfizer |
| 439 | WLC_FRANKLIN_0000130292.pdf | Pfizer |
| 440 | WLC_FRANKLIN_0000177155.pdf | Pfizer |
| 441 | WLC_CBU_012963.pdf | Pfizer |
| 442 | WLC_FRANKLIN_0000177446.pdf | Pfizer |
| 443 | MCLEAN_0003873.pdf | Michael Mclean |

| Exhibit No. | Document | Source |
|---|---|---|
| 444 | WLC_CBU_175636.pdf | Pfizer |
| 445 | FDA Approved Labeling Text dated February 2005.pdf | Public Domain |
| 446 | MCLEAN_0012596.pdf | Michael Mclean |
| 447 | VOX003607.pdf | Pfizer |
| 448 | WLC_CBU_076620.pdf | Pfizer |
| 449 | WLC_CBU_164376.pdf | Pfizer |
| 450 | WLC_CBU_175606.pdf | Pfizer |
| 451 | MDL_VENDORS_057666.pdf | Pfizer |
| 452 | MDL_VENDORS_079295.pdf | Pfizer |
| 453 | MDL_VENDORS_094765.pdf | Pfizer |
| 454 | PFIZER_AGARRITY_0002142.pdf | Pfizer |
| 455 | PFIZER_LCASTRO_0006580.pdf | Pfizer |
| 456 | PFIZER_RGLANZMAN_0054596.pdf | Pfizer |
| 457 | PFIZER_LKNAPP_0026472.pdf | Pfizer |
| 458 | PFIZER_RGLANZMAN_0059497.pdf | Pfizer |
| 459 | PFIZER_LKNAPP_0023646.pdf | Pfizer |
| 460 | MAC_E_0026749.pdf | Medical Action Communications |
| 461 | WLC_FRANKLIN_0000038491.pdf | Pfizer |
| 462 | WLC_FRANKLIN_0000038571.pdf | Pfizer |
| 463 | WLC_CBU_132501.pdf | Pfizer |
| 464 | PFIZER_BPARSONS_0179305.pdf | Pfizer |

| Exhibit No. | Document | Source |
|---|---|---|
| 465 | JeanneRamsey-5.pdf | Deposition Exhibit |
| 466 | JeanneRamsey-3.pdf | Deposition Exhibit |
| 467 | JeanneRamsey-4.pdf | Deposition Exhibit |
| 468 | JeanneRamsey-6.pdf | Deposition Exhibit |
| 469 | Haynsworth Sherlock.pdf | Pfizer |
| 470 | JeanneRamsey-7.pdf | Deposition Exhibit |
| 471 | JeanneRamsey-9.pdf | Deposition Exhibit |
| 472 | JeanneRamsey-12.pdf | Deposition Exhibit |
| 473 | Haynsworth Wolters Kluwer.pdf | Pfizer |
| 474 | Waldo Wolters Kluwer.pdf | Pfizer |
| 475 | PFIZER_AFANNON_0000528.pdf | Pfizer |
| 476 | Huler Wolters Kluwer.pdf | Pfizer |
| 477 | 4301-00066_(Official).pdf | Pfizer |
| 478 | McCrory Revised Report on gabapentin for migraine.pdf | Expert Report |
| 479 | 995-00074_(p1-366).pdf | Pfizer |
| 480 | 995-00085.pdf | Pfizer |
| 481 | McCrory Affadavit Signed.PDF | Affidavit |
| 482 | VOX003708.pdf | Vox Medica |
| 483 | DouglasC.McCrory-10.pdf | Deposition Exhibit |
| 484 | WLC_CBU_111454.pdf | Pfizer |
| 485 | WLC_CBU_088644.TIF | Pfizer |

| Exhibit No. | Document | Source |
|---|---|---|
| 486 | WLC_CBU_088639.pdf | Pfizer |
| 487 | PFIZER_JMARINO_0001583.TIF | Pfizer |
| 488 | WLC_CBU_046363.pdf | Pfizer |
| 489 | Mccrory Depo pages.PDF | Deposition |
| 490 | WLC_FRANKLIN_0000016148.pdf | Pfizer |
| 491 | WLC_FRANKLIN_0000096359.pdf | Pfizer |
| 492 | WLC_FRANKLIN_0000036427.pdf | Pfizer |
| 493 | WLC_FRANKLIN_0000015627.pdf | Pfizer |
| 494 | WLC_FRANKLIN_0000212402.pdf | Pfizer |
| 495 | WLC_FRANKLIN_0000015445.pdf | Pfizer |
| 496 | WLC_FRANKLIN_0000107015.pdf | Pfizer |
| 497 | WLC_FRANKLIN_0000205213.pdf | Pfizer |
| 498 | WLC_FRANKLIN_0000064068.pdf | Pfizer |
| 499 | WLC_FRANKLIN_0000062555.pdf | Pfizer |
| 500 | WLC_CBU_157708.TIF | Pfizer |
| 501 | WLC_FRANKLIN_0000107231.pdf | Pfizer |
| 502 | WLC_CBU_158008.pdf | Pfizer |
| 503 | WLC_FRANKLIN_0000116885.pdf | Pfizer |
| 504 | WLC_CBU_107310.pdf | Pfizer |
| 505 | WLC_FRANKLIN_0000167320.pdf | Pfizer |
| 506 | MDL_VENDORS_026372.pdf | Pfizer |
| 507 | WLC_CBU_018759.pdf | Pfizer |

| Exhibit No. | Document | Source |
|---|---|---|
| 508 | PFIZER_NMANCINI_0024603.pdf | Pfizer |
| 509 | MAC_E_0050010.pdf | Medical Action Communications |
| 510 | WLC_CBU_135183.pdf | Pfizer |
| 511 | WLC_CBU_013059.pdf | Pfizer |
| 512 | WLC_CBU_013073.pdf | Pfizer |
| 513 | MDL_VENDORS_008194.pdf | Pfizer |
| 514 | MDL_VENDORS_008274.pdf | Pfizer |
| 515 | MDL_VENDORS_008400.pdf | Pfizer |
| 516 | WLC_CBU_013057.pdf | Pfizer |
| 517 | WLC_CBU_014199.pdf | Pfizer |
| 518 | PFIZER_TMARTIN_0000850.pdf | Pfizer |
| 519 | SH_0064559.0096785.pdf | Sudler & Henessey |
| 520 | MDL_SM_000350.pdf | Pfizer |
| 521 | WLC_CBU_134383.pdf | Pfizer |
| 522 | MDL_VENDORS_111857.TIF | Pfizer |
| 523 | MDL_VENDORS_057958.pdf | Pfizer |
| 524 | WLC_CBU_013274.pdf | Pfizer |
| 525 | MDL_VENDORS_057687.pdf | Pfizer |
| 526 | MDL_VENDORS_057701.pdf | Pfizer |
| 527 | MDL_VENDORS_057705.pdf | Pfizer |
| 528 | MDL_VENDORS_057727.pdf | Pfizer |
| 529 | MDL_VENDORS_057743.pdf | Pfizer |

| Exhibit No. | Document | Source |
|---|---|---|
| 530 | MDL_VENDORS_056827.pdf | Pfizer |
| 531 | MDL_VENDORS_072756.pdf | Pfizer |
| 532 | MDL_VENDORS_072304.pdf | Pfizer |
| 533 | MDL_Vendors_101216.pdf | Pfizer |
| 534 | SH_0064559.0092830.pdf | Sudler & Henessey |
| 535 | MDL_VENDORS_052600.pdf | Pfizer |
| 536 | MDL_Vendors_095923.pdf | Pfizer |
| 537 | 2001 Mathew Headache.pdf | Public Domain |
| 538 | WLC_CBU_008134.pdf | Public Domain |
| 538 | interscience webpage - 119014514 | Pfizer |
| 539 | Public Domain | |
| 540 | interscience webpage -  119014638 | Public Domain |
| 541 | FAL_0000737.pdf | Fallon Medica |
| 542 | PFIZER_LKNAPP_0057719.TIF | Pfizer |
| 543 | DouglasC.McCrory-9.pdf | Deposition Exhibit |
| 544 | PFIZER_CWOHLHUTER_0011973.pdf | Pfizer |
| 545 | MAC_0002476.pdf | Medical Action Communications |
| 546 | MAC_E_0012008.pdf | Medical Action Communications |
| 547 | PFIZER_CPACELLA_0039845.pdf | Pfizer |
| 548 | PFIZER_RGLANZMAN_0140655.pdf | Pfizer |
| 549 | chronicle.anticonvulsants.CD003226.pdf | Public Domain |
| 550 | Barkin Depo Pages.PDF | Deposition |

| Exhibit No. | Document | Source |
|---|---|---|
| 551 | Grimm Wolters Kluwer.pdf | Pfizer |
| 552 | Hollaway Depo Pages.PDF | Deposition |
| 553 | Alldredge Declaration.pdf | Declaration |
| 554 | WLC_CBU_104929.pdf | Pfizer |
| 555 | Ramsey Depo Pages.PDF | Deposition |
| 556 | Deposition of Sabrina Heltz ("Heltz Tr."), 64:5-10 | Deposition |
| 557 | Heltz Tr., 23:24-26:3 | Deposition |
| 558 | Heltz Tr., 75:4-23 | Deposition |
| 559 | Heltz Tr., 39:10-11 | Deposition |
| 560 | Heltz Tr., 43:10-45:15 | Deposition |
| 561 | Heltz Tr., 71:12-72:15 | Deposition |
| 562 | Deposition of Dr. James Gengelbach ("Gengelbach Tr."), 25:16-25 | Deposition |
| 563 | Gengelbach Tr., 31:14-27 | Deposition |
| 564 | Gengelbach Tr., 32:21-33:13 | Deposition |
| 565 | Gengelbach Tr., 35:14-24 | Deposition |
| 566 | Gengelbach Tr., 36:23-37:1 | Deposition |
| 567 | Gengelbach Tr., 35:25-36:22 | Deposition |
| 568 | Gengelbach Tr., 38:7-39-12 | Deposition |
| 569 | Gengelbach Tr., 80:14-22 | Deposition |
| 570 | Gengelbach Tr., 83:19-84:8 | Deposition |
| 571 | Gengelbach Tr., 44:12-23 | Deposition |

| Exhibit No. | Document | Source |
|---|---|---|
| 572 | Gengelbach Tr., 63:14-64:4 | Deposition |
| 573 | Gengelbach Tr., 87:12-25 | Deposition |
| 574 | Gengelbach Tr., 65:6-11 | Deposition |
| 575 | Louisiana Health Service Indemnity Company d/b/a Bluecross/Blueshield of Louisiana's Objections and Response to Defendants' First Set of Interrogatories at ¶ 2. 4, 6. | Answers to Interrogatory |
| 576 | Deposition of J. Richard Williams ("Williams Tr."), 42:17 | Deposition |
| 577 | Williams Tr.; 40:24-41:24 | Deposition |
| 578 | Williams Tr., 36:23-37:11 | Deposition |
| 579 | Deposition of Imelda Coleman ("Coleman Tr."), 37:10-13 | Deposition |
| 580 | Coleman Tr., 76:23-25 | Deposition |
| 581 | Coleman Tr., 77:3-7 | Deposition |
| 582 | Coleman Tr., 25:23-27:3 | Deposition |
| 583 | Coleman Tr., 27:5-11 | Deposition |
| 584 | Coleman Tr., 72:18 – 73:3 | Deposition |
| 585 | Coleman Tr., 75:3-14 | Deposition |
| 586 | Coleman Tr., 59:5-12 | Deposition |
| 587 | Coleman Tr., 27:4-19 | Deposition |
| 588 | Coleman Tr., 139:2-140:2 | Deposition |
| 589 | Coleman Tr., 142:4-143:17 | Deposition |
| 590 | Coleman Tr., 100:11-102:25 | Deposition |
| 591 | Coleman Tr., 128:11-130:13 | Deposition |

| Exhibit No. | Document | Source |
|---|---|---|
| 592 | Coleman Tr., 131:23-133:11 | Deposition |
| 593 | Coleman Tr., 133:22-136:8 | Deposition |
| 594 | Coleman Tr., 137:8-15 | Deposition |
| 595 | Coleman Tr., 136:9-13 | Deposition |
| 596 | Coleman Tr., 145:19-146:9 | Deposition |
| 597 | Coleman Tr., 128:3-21 | Deposition |
| 598 | Coleman Tr., 101:6-15 | Deposition |
| 599 | Coleman Tr., 143:4-22 | Deposition |
| 600 | Coleman Tr., 118:17-119:2 | Deposition |
| 601 | Coleman Tr., 122:8-123:7 | Deposition |
| 602 | Coleman Tr., 127:17-19 | Deposition |
| 603 | Coleman Tr., 33:3-22 | Deposition |
| 604 | Coleman Tr., 99:3-21 | Deposition |
| 605 | Coleman Tr., 111:12-22 | Deposition |
| 606 | Coleman Tr., 137:23-138:23 | Deposition |
| 607 | Coleman Tr., 127:20-128:6 | Deposition |
| 608 | Walter Matthews transcript.pdf | Deposition |
| 609 | Exhibit number not used | -- |
| 610 | Deposition of Milam Ford ("Ford Tr."), 129-130 | Deposition |
| 611 | Ford Tr., 149-150 | Deposition |
| 612 | Ford Tr., 445 | Deposition |

| Exhibit No. | Document | Source |
|---|---|---|
| 613 | Ford Tr., 27:25 – 28:15 | Deposition |
| 614 | Deposition of Susan Hoomaian ("Hoomaian Tr."), 14:14-24 | Deposition |
| 615 | Hoomaian Tr., 14-16 | Deposition |
| 616 | Hoomaian Tr., 28:25-29:6 | Deposition |
| 617 | Hoomaian Tr., 41:3-9 | Deposition |
| 618 | Hoomaian Tr., 148:20-149:10-17 | Deposition |
| 619 | Hoomaian Tr., 135:8-15 | Deposition |
| 620 | Hoomaian Tr., 139:4-7 | Deposition |
| 621 | Hoomaian Tr., 140:5-7 | Deposition |
| 622 | Hoomaian Tr., 35:11-17 | Deposition |
| 623 | Hoomaian Tr., 51:18-22 | Deposition |
| 624 | Hoomaian Tr., 55:13-56:2 | Deposition |
| 625 | Hoomaian Tr., 96:11-24 | Deposition |
| 626 | Hoomaian Tr., 126:8-127:16 | Deposition |
| 627 | Transcript of deposition testimony of Armando Ramirez, conducted January 14, 2008 ("Ramirez Tr."), 16:10-18 | Deposition |
| 628 | Ramirez Tr., 16:19-21 | Deposition |
| 629 | Ramirez Tr., 29:15 – 30:1 | Deposition |
| 630 | Ramirez Tr., 31:16-10 | Deposition |
| 631 | Ramirez Tr., 59:9-15 | Deposition |
| 632 | Ramirez Tr., 60:1 – 61:7 | Deposition |
| 633 | Ramirez Tr., 63:3-22 | Deposition |

| Exhibit No. | Document | Source |
|---|---|---|
| 634 | Ramirez Tr., 67:21 – 68:2 | Deposition |
| 635 | Ramirez Tr., 69:7-13 | Deposition |
| 636 | Ramirez Tr., 71:19-22 | Deposition |
| 637 | Ramirez Tr., 71:24 – 72:10 | Deposition |
| 638 | Ramirez Tr., 37:9 – 38:10 | Deposition |
| 639 | Transcript of deposition testimony of Elizabeth Rose Boudreaux as 30(b)(6) witness for Express Scripts, Inc. conducted November 8, 2006 ("Boudreaux Tr."), 13:8-13 | Deposition |
| 640 | Boudreaux Tr., 29:17-25 | Deposition |
| 641 | Boudreaux Tr., 30:1-5 | Deposition |
| 642 | Boudreaux Tr., 38:7-9 | Deposition |
| 643 | Boudreaux Tr., 39:13-18 | Deposition |
| 644 | Boudreaux Tr., 54:2-8 | Deposition |
| 645 | Boudreaux Tr., 54:12-24 | Deposition |
| 646 | http_www.ncpdp.org.pdf | Public Domain |
| 647 | Affidavit of Gayle Carpenter September 11, 2007 | Affidavit |
| 648 | PFIZER_LALPHS_0084338 (confidential).pdf | Pfizer |
| 649 | WLC_FRANKLIN_0000041723.pdf | Pfizer |
| 650 | WLC_FRANKLIN_0000052936.tif | Pfizer |
| 651 | PFIZER_LKNAPP_0070537.pdf | Pfizer |
| 652 | PFIZER_TMF_CRF_068447.pdf | Pfizer |
| 653 | Ragothaman Wolters Kluwer.pdf | Pfizer |

| Exhibit No. | Document | Source |
|---|---|---|
| 654 | VOX003799.pdf | Vox Medica |
| 655 | VOX003846.pdf | Vox Medica |
| 656 | VOX011413.pdf | Vox Medica |
| 657 | VOX011862.pdf | Vox Medica |
| 658 | VOX012233.pdf | Vox Medica |
| 659 | VOX095290.pdf | Vox Medica |
| 660 | MDL_VENDORS_082339.pdf | Pfizer |
| 661 | JanFrankWityk-13.pdf | Deposition Exhibit |
| 662 | PFIZER_RGLANZMAN_0071542.pdf | Pfizer |
| 663 | 720-04378.pdf | Pfizer |
| 664 | 720-04483_(Official).pdf | Pfizer |
| 665 | 720-04479.pdf | Pfizer |
| 666 | 720-04455.pdf | Pfizer |
| 667 | 720-04471.pdf | Pfizer |
| 668 | webpage of doctor_accused_of_faking.pdf | Public Domain |
| 669 | U.S. Patent No. 6,329,429 | Public Domain |
| 670 | U.S. Patent No. 6,127,418 | Public Domain |
| 671 | PFIZER_MPIERCE_0002201.pdf | Pfizer |
| 672 | PFIZER_CTAYLOR_0000285.pdf | Pfizer |
| 673 | PFIZER_JMARINO_0002076.pdf | Pfizer |
| 674 | Honolulu Star-Bulletin 3-18-00.pdf | Public Domain |

| Exhibit No. | Document | Source |
|---|---|---|
| 675 | WLC_CBU_020336.pdf | Pfizer |
| 676 | WLC_CBU_033332.pdf | Pfizer |
| 677 | MDL_VENDORS_008271.pdf | Pfizer |
| 678 | PFIZER_CGROGAN_0022377.pdf | Pfizer |
| 679 | Ragothaman Merlin.pdf | Pfizer |
| 680 | Brown Deposition Transcript.pdf | Deposition |
| 681 | Rosenthal.dep.July08.pdf | Deposition |
| 682 | Heltz Tr., 46:7-48:24 | Deposition |
| 683 | Gengelbach Tr., 44:24-46:16 | Deposition |
| 684 | Coleman Tr., 29:11-33:9 | Deposition |
| 685 | Coleman Tr., 35:1-37:4 | Deposition |
| 686 | Ford Tr., 222:13-19 | Deposition |
| 687 | Hoomaian Tr., 65:25-66:1 | Deposition |

3.     According to our records, Defendants did not produce their complete call detail records databases in usable form until February 2007, and Defendants did not produce the Wolters Kluwer database of Neurontin prescriptions until March 2007.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Executed on April 15, 2009 at Boston, Massachusetts.

*/s/ Ilyas J. Rona*

Ilyas J. Rona