UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: |  |
| PRODUCTS LIABILITY ACTIONS |  |

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## PRODUCTS LIABILITY PLAINTIFFS' EMERGENCY MOTION TO COMPEL THE DEPOSITION OF DR. KWAN HUR

Products Liability Plaintiffs, (hereinafter "Plaintiffs"), by their attorneys, Finkelstein & Partners, LLP, pursuant to Federal Rules of Civil Procedure Rules 26 and 37, hereby move this Court by emergency motion for an Order compelling Pfizer Defendants to produce Dr. Hur for deposition. This Motion is supported by the Memorandum of Law in Support, submitted herewith.

Dated: April 17, 2009

Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:   **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY  12550

By:   **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
  & Associates

106 E. 6th Street, Suite 700
Austin, TX  78701

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:   April 17, 2009

                                                **/s/ Kenneth B. Fromson**
                                                Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on April 17, 2009.

                                                **/s/ Kenneth B. Fromson**
                                                Kenneth B. Fromson, Esquire