UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2009 APR 20  P 12: 35

---------------------------------------------------------------x
In Re: NEURONTIN MARKETING,              *   MDL Docket No. 1629
       SALES PRACTICES AND               *   Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION
---------------------------------------------------------------x   Judge Patti B. Saris

THIS DOCUMENT RELATES TO:                *   Magistrate Judge Leo T.
                                         *   Sorokin

*Lynch v. Pfizer, Inc., et al.,* 1:07-cv-11280-PBS

---------------------------------------------------------------x

## MEMORANDUM IN OPPOSITION TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND RELEVANT MEDICAL RECORDS, ALLEGATIONS AND NEW SUPPORTING EVIDENCE OF THE COMPLAINT IN THE ABOVE ENTITLED ACTION

Plaintiff, Cynthia Ulett Lynch proposed amendment is not prejudicial to defendants. Plaintiff attachment was obtained under the Freedom of Information Act (5 U.S.C.A. section 552) provides for making information held by Federal agencies available to the public unless it comes within one of the specific categories of matters exempt from public disclosure.

All exhibits of the FDA are true and the defendants know it.

Plaintiff believes that because being Pro se, her evidence was being omitted or discarded.

On 06-12-2007, Plaintiff filed her First Amended Petition. Plaintiff wanted to correct a Mistake concerning the identity of the proper party but was denied.

Under Federal Rule of Civil Procedure 61, No error in either the admission or the exclusion Of evidence and no error or defect in any ruling or order or in anything done or omitted by the Court or by any of the parties is ground for granting a new trial or for setting aside a verdict or

1

vacating, modifying, or otherwise disturbing a judgment or order, unless refusal to take such action appears to the court inconsistent with substantial justice. The court at every stage of the proceeding must disregard any error or defect in the proceeding which does not affect the Substantial rights of the party.

On page 4 of defendants' memorandum, defendants claimed that NEURONTIN was a FDA-Approved prescription drug that was lawfully manufactured and distributed, and lawfully prescribed by a licensed physician which is false.

Defendant is actually committing FRAUD, because they have a purpose to deceive and not merely negligent misrepresentation or failure to apprise another of relevant information.

Here in March 2009, defendants are still denying the facts of plaintiff's claims knowing Full well that the DEPARTMENT OF JUSTICE RELEASE was public information and plaintiff took the NEURONTIN after this release.

The reason that plaintiff filed this motion: Plaintiff experienced misconduct and Disrespect with an attorney in the BEXTRA litigation. Plaintiff caught the attorney in a lie which gave plaintiff to believe that her evidence and any other information were not in good hands.

On page 5 of defendant's memorandum, defendant claimed that plaintiff is operating in BAD FAITH only because of documents that defendant know is true.

All of plaintiff's documents are pertaining to her claims, and are not misleading.

If plaintiff's motion to amend is denied, plaintiff request that exhibits should not be stricken.

1

Respectfully submitted

CYNTHIA ULETT LYNCH

By: _____
Cynthia Ulett Lynch

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been sent Certified Mail (70070710000260261533) and First Class Mail deposited with the United States Postal Service, and addressed as stated below:

James P. Rouhandeh
DAVIS POLK & WARDELL
450 Lexington Ave
New York, N.Y. 10017

Notice was also given by filing a copy of the documents with the Clerk of the Court in which this Cause is now pending.

Dated: 04-15-2009

_____