UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------x
In re:   NEURONTIN MARKETING, SALES
         PRACTICES AND PRODUCTS
         LIABILITY LITIGATION
----------------------------------------------------x

THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

----------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

### DEFENDANTS' MOTION TO COMPEL DISCOVERY OF KEITH ALTMAN AND DR. CHERYL BLUME

Defendants, Pfizer Inc and Warner-Lambert Company LLC ("Defendants") respectfully move, pursuant to Federal Rules of Civil Procedure 26 and 37, for an order compelling Plaintiffs to (1) produce all documents related to Dr. Cheryl Blume's opinions, including documents related to Keith Altman's work and communications with Dr. Blume, (2) make Mr. Altman available for deposition, (3) make Dr. Blume available for a supplemental deposition following the deposition of Mr. Altman, and (4) direct Dr. Blume to respond to questions about her prior collaborations with Mr. Altman.

The grounds for this motion are set forth in the accompanying memorandum of law. Also submitted in support of this motion is a Declaration of Mark S. Cheffo.

WHEREFORE, Defendants respectfully request that the Court order Plaintiffs to (1) produce all documents related to Dr. Blume's opinions, including documents related to Mr. Altman's work and communications with Dr. Blume, (2) make Mr. Altman available for deposition, (3) make Dr. Blume available for a supplemental deposition following the deposition

of Mr. Altman, and (4) direct Dr. Blume to respond to questions about her prior collaborations with Mr. Altman.

Dated: April 29, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:  /s/Mark S. Cheffo
     Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

SHOOK, HARDY & BACON L.L.P.

By:  /s/Scott W. Sayler
     Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

WHITE AND WILLIAMS LLP

By:  /s/David B. Chaffin
     David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATION PURSUANT TO LOCAL RULE 37.1**

I certify that counsel have attempted in good faith to resolve or narrow the issues presented by this motion and that the provisions of Local Rule 37.1 have been complied with.

/s/Mark S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 29, 2009.

/s/David B. Chaffin
David B. Chaffin