UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
------------------------------------------------x
THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL DISCOVERY OF KEITH ALTMAN AND DR. CHERYL BLUME

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meather & Flom, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of excerpts from the deposition of Cheryl Blume, Ph.D. (November 12-13, 2007).

3. Attached as Exhibit B is a true and correct copy of the Declaration of Keith Altman (April 3, 2008).

4. Attached as Exhibit C is a true and correct copy of the Declaration of Cheryl Blume, Ph.D. (April 3, 2008).

5. Attached as Exhibit D is a true and correct copy of a letter from Richard M. Barnes to Kenneth B. Fromson (April 14, 2009).

Signed under the penalties of perjury this 29th day of April 2009.

/s/Mark S. Cheffo
Mark S. Cheffo

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 29, 2009.

                                          /s/David B. Chaffin
                                          David B. Chaffin