# Exhibit D

# GOODELL, DEVRIES, LEECH & DANN, LLP
ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202
http://www.gdldlaw.com

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

Richard M. Barnes
DIRECT DIAL NUMBER
410-783-4004
E-MAIL: RMB@GDLDLAW.COM

April 14, 2009

*Via E-mail & First-Class Mail*

Kenneth B. Fromson
Finkelstein & Partners
1279 Route 300
P.O. Box 1111
Newburgh, NY 12551

    Re:    Neurontin Products Liability Litigation
               Discovery re: Keith Altman and Cheryl Blume, M.D.

Dear Mr. Fromson:

     I am writing to request supplementation of your expert discovery responses, which are required under Rule 26 of the Federal Rules of Civil Procedure. As you are aware, Dr. Blume relied for her opinions upon the data created by Mr. Altman. She submitted them with her report and again in opposition to defendants' *Daubert* motion. Dr. Blume admitted at her deposition that she cannot verify and does not understand how Mr. Altman's data were created. Plaintiffs also filed a 20-page Declaration from Mr. Keith Altman in opposition to defendants' *Daubert* motion.

     We are entitled to discover all "data or other information considered by [Dr. Blume] in forming" her opinions. Fed. R. Civ. P. 26(b). This includes Mr. Altman's data and how his data were created. Discoverable information to which defendants are entitled includes, but is not limited to:

- all letters, e-mails, notes, calendars, and any other documents reflecting communications between Mr. Altman and Dr. Blume related to the Neurontin litigation;
- all of Mr. Altman's letters, e-mails, notes, calendars, and any other documents reflecting communications with your firm or any other firm representing plaintiffs regarding Dr. Blume's report and Declaration dated April 3, 2008;

April 14, 2009
Page 2

- all of Mr. Altman's letters, e-mails, notes, calendars, and any other documents reflecting communications with your firm or any other firm representing plaintiffs regarding his Declaration dated April 3, 2008; and
- all of Mr. Altman's underlying data, protocols, programs and outputs for analyses regarding Neurontin adverse events, including, but not limited to, analyses of the AERS database and Pfizer's ARISg database;
- all documents related to Dr. Blume's prior FDA experience with Mr. Altman, which is the basis for her assumption of reliability of his methods and data;
- all billing records of Dr. Blume and any billing records of Mr. Altman;
- all of Dr. Blume's emails, written correspondence or other documented communications related to Neurontin.

Please produce the documents listed above and any other documents related to the data Mr. Altman provided to Dr. Blume. We also need to set dates to depose Dr. Blume and Mr. Altman. Please provide dates within the next 4 weeks for their depositions.

Sincerely,

Richard M. Barnes

RMB/ttc
cc: Lori McGroder, Esquire (via e-mail)
    Scott W. Sayler, Esquire (via e-mail)
4846-8817-3827