UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------x
                                                 :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                     :
        SALES PRACTICES AND                      :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION            :
-------------------------------------------------x   Judge Patti B. Saris
                                                 :
THIS DOCUMENT RELATES TO:                        :   Magistrate Judge Leo T.
                                                 :   Sorokin
    ALL ACTIONS                                  :
                                                 :
                                                 :
                                                 :
-------------------------------------------------x
```

**ASSENTED-TO MOTION FOR LEAVE TO PRACTICE
<u>PURSUANT TO LOCAL RULE 83.5.3(b)</u>**

David B, Chaffin, a member of the bar of this Court and co-counsel of record for defendants, Pfizer Inc., Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC, respectfully moves pursuant to Local Rule 83.5.3(b) for an order granting William S. Ohlemeyer and Harlan A. Levy of Boies, Schiller & Flexner LLP, 333 Main Street, Armonk, NY 10504 and 575 Lexington Ave., 7th Floor, New York, NY 10022, leave to appear and practice on behalf of defendants.  As set forth in the attached declarations, Messrs. Ohlemeyer and Levy are members in good standing of the bar of each jurisdiction in which they have been admitted to practice, no disciplinary proceedings are pending against them, and they are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Counsel for plaintiffs have assented to this motion.

WHEREFORE, I respectfully request that Messrs. Ohlemeyer and Levy be granted leave to appear and represent defendants in this matter.

Dated:  April 30, 2009

Respectfully submitted,

WHITE AND WILLIAMS LLP

By:   /s/David B. Chaffin
      David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been served pursuant to Case Management Order No. 3.

/s/ David B. Chaffin
David B. Chaffin

5250795v.1