# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
------------------------------------------------------------- x

THIS DOCUMENT RELATES TO:

ALL ACTIONS

------------------------------------------------------------- x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DECLARATION OF WILLIAM S. OHLEMEYER

I, William S. Ohlemeyer, state, under the penalties of perjury, as follows:

1. I am a member of the firm of Boies, Schiller & Flexner LLP, 333 Main Street, Armonk, NY 10504. My telephone number is (914) 749-8440, and my email address is wohlemeyer@bsfllp.com.

2. I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc., Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3. I am a member in good standing of the bars of Missouri and New York. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5172087v.1

4. I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY<br>
THIS 24th DAY APRIL 2009.

_____
William S. Ohlemeyer