# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :  MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                             :
         SALES PRACTICES AND                              :  Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  Judge Patti B. Saris
                                                          :
THIS DOCUMENT RELATES TO:                                 :  Magistrate Judge Leo T.
                                                          :  Sorokin
     ALL ACTIONS                                          :
                                                          :
                                                          :
                                                          :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## DECLARATION OF HARLAN A. LEVY

I, Harlan A. Levy, state, under the penalties of perjury, as follows:

1.      I am a member of the firm of Boies, Schiller & Flexner LLP, 575 Lexington

Avenue, New York, NY 10022.  My telephone number is (212) 446-2360, and my email address

is hlevy@bsfllp.com.

2.      I make this declaration in support of the motion for an order granting me leave to

appear and practice on behalf of Pfizer Inc., Parke-Davis, Division of Warner-Lambert

Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-

captioned matter.

3.      I am a member in good standing of the bar of the State of New York.  No

disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.  I am

familiar with the Local Rules of the United States District Court for the District of

Massachusetts.

5253623v.1

4.      I respectfully request that the Court permit me to appear and practice in this

matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 2ᵗʰ DAY APRIL 2009.


_____
Harlan A. Levy