UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                )
IN RE NEURONTIN MARKETING, SALES          )
PRACTICES, AND PRODUCTS LIABILITY         )
LITIGATION                                                   )        MDL Docket No. 1629
_____)        Master File No. 04-10981
                                                                )
THIS ORDER RELATES TO:                             )        Judge Patti B. Saris
                                                                )        Mag. Judge Leo T. Sorokin
Lynch v. Pfizer, Inc., et al., CA No. 07-11280   )
_____)

ORDER ON MOTION TO AMEND

April 30, 2009

SOROKIN, M.J.

On March 6, 2009, Cynthia Ulett Lynch, acting *pro se*, filed a "Motion to Amend

Relevant Medical Records, Allegations, and New Supporting Evidence of the Complaint"

(Docket # 1701).  In her motion, Lynch appears to propose to add numerous exhibits to her

Complaint, and to add a claim for violation of Chapter 483 of the Texas Health & Safety Code.

Lynch filed her action on April 5, 2007 in the District court of Bell County, Texas. Lynch

offers no justification for adding a claim at this late date, and the Court finds that the proposed

addition would be untimely.  To the extent that Lynch seeks to attach additional exhibits to her

Complaint, the motion is also DENIED.  This Order does not, however, preclude Lynch from

seeking to introduce the exhibits as evidence at the summary judgment and/or trial stage.

SO ORDERED.

/s/ Leo T. Sorokin

_____
United States Magistrate Judge