UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL ACTIONS | Magistrate Judge Leo T. Sorokin |

---

**ASSENTED-TO MOTION FOR
LEAVE TO WITHDRAW**

Kimberley D. Harris, co-counsel for Defendants, respectfully moves, pursuant to Local Rule 83.5.2, for leave to withdraw as co-counsel for Defendants. The grounds for this motion are:

1. I wish to withdraw as co-counsel for Defendants because I have joined the United States Department of Justice and am therefore no longer with Davis Polk & Wardwell.

2. Other counsel have appeared and continue to appear for Defendants.

3. A motion for leave to withdraw is required because motions are pending.

4. Liaison counsel for Plaintiffs has assented to this motion.

5267315v.1

WHEREFORE, I respectfully request leave to withdraw as co-counsel for Defendants.

Dated: May 1, 2009 /s/Kimberley D. Harris
Kimberley D. Harris

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been served pursuant to Case Management Order No. 3.

/s/David B. Chaffin
David B. Chaffin

2

5267315v.1