# Exhibit B



U.S. Department of Health and Human Services
Food and Drug Administration
Center for Drug Evaluation and Research
Office of Translational Sciences
Office of Biostatistics

# STATISTICAL REVIEW AND EVALUATION

## ANTIEPILEPTIC DRUGS AND SUICIDALITY

| | |
|---|---|
| **Drug Class:** | Antiepileptic drugs |
| **Drug Names (NDA Numbers):** | Carbamazepine (21-710)<br>Divalproex (18-723, 19-680, 21-168)<br>Felbamate (20-189)<br>Gabapentin (20-235, 20-882, 21-129, 21-216)<br>Lamotrigine (20-241, 20-764)<br>Levetiracetam (21-035, 21-505, 21-872)<br>Oxcarbazepine (21-014, 21-285)<br>Pregabalin (21-446)<br>Tiagabine (20-646)<br>Topiramate (20-505, 20-844)<br>Zonisamide (20-789) |
| **Indication(s):** | Epilepsy, psychiatric disorders, other |
| **Date:** | 23 May 2008 |
| **Biometrics Division:** | Division of Biometrics 6 |
| **Statistical Reviewer:** | Mark Levenson, Ph.D. |
| **Statistical Team Leader:** | C. George Rochester, Ph.D., RAC |
| **Medical Division:** | Division of Neurology Products |
| **Clinical Team:** | Evelyn Mentari, MD<br>Alice Hughes, MD<br>John Feeney III, MD<br>Marc Stone, MD |
| **Project Manager:** | Jacqueline Ware, Pharm.D., RAC |

Keywords: Epilepsy, psychiatric, bipolar, suicide, suicidality, meta-analysis

1

Figure 2 gives a forest plot of the estimated odds ratios and 95% confidence intervals for Suicidal Behavior or Ideation by drug and overall. The estimated overall odds ratio was 1.80 (95% CI: 1.24, 2.66). The odds ratio was greater than 1 and the confidence interval did not contain the value of 1. Therefore, the drugs were associated with statistically significant increased risk of Suicidal Behavior or Ideation events relative to placebo.

Based on the overall odds ratio estimate and the observed rate of 0.24% for Suicidal Behavior or Ideation events among placebo patients, there was an estimated 1.9 per 1000 (95% CI: 0.6, 3.9) more antiepileptic drug patients than placebo patients who experienced Suicidal Behavior or Ideation in placebo-controlled trials. In terms of adjusted risk estimates for the treatment groups, 0.43% of the drug patients experienced Suicidal Behavior or Ideation compared to the 0.24% of placebo patients.

Among the 10 drugs with any events, the estimated odds ratios for 8 drugs were greater than 1. For 2 of these 8 drugs, the confidence interval did not contain the value of 1.



*[Treat. Events/Treat. n   Plac. Events/Placebo n]

Figure 2: Suicidal Behavior or Ideation Odds Ratio Estimates, Placebo-Controlled Trials.