UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
       SALES PRACTICES AND : Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
    ALL ACTIONS :
:
---------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN SUPPORT
OF PRODUCTS LIABILITY PLAINTIFFS' MEMORANDUM IN
OPPOSITION TO DEFENDANTS' MOTION TO COMPEL
DISCOVERY OF KEITH ALTMAN AND DR. CHERYL BLUME**

I, Andrew G. Finkelstein, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Compel Discovery of Keith Altman and Dr. Cheryl Blume (ECF Doc #1767)

3. The following documents are attached hereto in support of this motion:

Exhibit A -  Plaintiffs' Rule 26 Supplemental Disclosure Statement dated February 19, 2008

Exhibit B -  January 11, 2008 letter from defense counsel Lori McGroder

Exhibit C -  November 7, 2009 agreement between the parties regarding draft expert reports

Exhibit D -   Excerpts from the *Daubert* hearing Transcript for June 20, 2008, 155:16-157:9

Exhibit E -   Excerpts from the Deposition Testimony of Dr. Cheryl Blume

Exhibit F -   October 28, 2007 Altman letter to McGroder transmitting DVD containing raw adverse event files and working files used in providing information to Dr. Blume

Exhibit G -   January 7, 2008 letter from Fromson to McGroder regarding discovery issues

Exhibit H -   E-mail exchange between Plaintiffs' counsel and Defendants' counsel Wasicko

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 13, 2009

               **/s/ Andrew G. Finkelstein**
               Andrew G. Finkelstein
               Finkelstein & Partners, LLP
               1279 Route 300, P.O. Box 1111
               Newburgh, NY  12551
               (800) 634-1212

               *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 13, 2009.

Dated:  May 13, 2009

               **/s/ Andrew G. Finkelstein**
               Andrew G. Finkelstein