# EXHIBIT B



www.shb.com

**Lori C. McGroder**

January 11, 2008

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2290 DD
816.421.5547 Fax
lmcgroder@shb.com

## _VIA FACSIMILE (845) 562-3492_

Mr. Kenneth B. Fromson
Finkelstein & Partners
436 Robinson Avenue
Newburgh, NY 12550-3341

Dear Ken:

In response to your letter of Jan 7 as it relates to Dr. Blume, we have asked for information and documentation to substantiate Dr. Blume's testimony that her methodology was "approved by FDA" in other circumstances. We understand from your letter that Dr. Blume does not intend to provide the requested information and documents regarding the details of any such "FDA approval" of her methodology on the basis of her claim of confidentiality.

Dr. Blume cannot claim her methodology is "FDA approved," but continue to hide behind a claim of secrecy and refuse to produce any factual information or documentation that would substantiate this claim. Your offer to provide a declaration from her lawyer or a deposition of a non-testifying witness who works for your law firm is not an adequate substitute. We are entitled to know <u>now</u>, from Dr. Blume, the details of any "FDA approval" of her methodology as stated in her testimony. If Dr. Blume does not produce the requested information <u>at this time</u>, it is our position that she should be precluded from offering this testimony in the Neurontin litigation.

With respect to your unrelated requests regarding the Reich documents and the deposition of Laura Kibbe, others with whom you have previously conferred on these issues will respond separately.

Finally, I offered either January 28 or 29 for the deposition of our expert, Dr. Taylor, and have received no response from you. Please confirm one of these dates for Dr. Taylor's deposition.

Sincerely,

Lori C. McGroder
Partner

LMG:lkw

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2770103v1