EXHIBIT C



| | | | |
|---|---|---|---|
| Andrew G. Finkelstein, P.C. (NY & NJ) | Mary Ellen Wright (NY) | Victoria Lieb Lightcap (NY & MA) | *Of Counsel* |
| George M. Levy (NY) | Kenneth B. Fromson (NY, NJ & PA) | Ann R. Johnson (NY & CT) | Jules P. Levine, P.C. (NY & FL) |
| Kenneth L. Oliver, P.C. (NY) | Joel Bossom (NY) | Marshall P. Richer (NY) | Michael O. Gittelsohn, P.C. (NY) |
| Joel S. Finkelstein, P.C. (NY, NJ, MA & FL) | Nancy Y. Morgan (NY, NJ & PA) | Thomas J. Pronti (NY) | Joel A. Reback (NY & Israel) |
| Duncan W. Clark (NY) | Andrew L. Spitz (NY) | Kristine M. Cahill (NY & CT) | Kenneth Cohen (NJ) |
| Ronald Rosenkranz (NY) | James W. Shuttleworth, III (NY) | Kara L. Campbell (NY & CT) | Cynthia M. Maurer (NY & NJ) |
| Robert J. Camera (NY & NJ) | Lawrence D. Lissauer (NY) | Christopher T. Milliman (NY) | Raye D. Futerfas (NJ) |
| Joseph P. Rones (NY & FL) | David E. Gross (NY & NJ) | Silvia Fermanian (NY) | Frances M. Bova (NY & NJ) |
| Steven Lim (NY) | Terry D. Horner (NY) | Edward M. Steves (NY) | Kenneth G. Bartlett (CT & NJ) |
| George A. Kohl, 2nd (NY & MA) | Robert F. Moson (NY) | Marie M. DuSault (NY) | Ari Kresch (NY & MI) |
| Eleanor L. Polimeni (NY) | Julio E. Urrutia (NY) | Glenn W. Kelleher (NY) | Gustavo W. Alzugaray (NY & NJ) |
| Steven H. Cohen (NY) | | Melody A. Gregory (NY & CT) | Sharon A. Scanlan (NY & CT) |
| Francis Navarra (NY) | Debra J. Reisenman (NY) | Gail Schlanger (NY) | Jeffrey A. Brown, M.D., Esq. (NY & NJ) |
| Andrew J. Genna, LLM (NY & PA) | Michael T. McGarry (NY) | Elizabeth A. Wolff (NY & MA) | Dennis G. Ellis (NY) |
| Thomas C. Yatto (NY) | | | John F. Dowd (NY & CT) |

**Finkelstein & PARTNERS**
*Counselors At Law*

A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

*Accredited CLE Provider*

REFER TO OUR FILE #: 200599

November 7, 2007

Lori McGroder, Esq.
Shook, Hardy, Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108

Re: Discovery of Expert Draft Reports

Dear Lori:

We have been discussing an agreement by which neither party in the Neurontin litigation (e.g., MDL, the New York Coordinated Litigation, and *Crone v. Pfizer*), will seek from the other party discovery as it relates to drafts of expert reports. As a preliminary matter, each party has expressly reserved and not waived any potential objections to the discovery of such documents, and each party has not acknowledged that such reports even exist in the possession, custody or control of their respective experts or counsel. Nevertheless, we have reached an agreement in principle, and I am memorializing the agreement as follows:

> As it pertains to experts in the Neurontin Products Liability litigation (e.g., the MDL, the New York Coordinated Litigation, and *Crone v. Pfizer*), it is hereby stipulated and agreed upon by counsel for Parke-Davis, Warner Lambert and Pfizer, and by counsel for Plaintiffs represented by Finkelstein & Partners and by Jack London, Esq., that drafts of expert reports are not discoverable. It is further stipulated and agreed upon that drafts of expert reports is a subject about which the parties shall not inquire at depositions of the parties' experts.

I trust this language is consistent with our communications. To the extent that you agree with the above language, please provide your acknowledgement on the signature line below, or provide a responsive letter that details the language at issue and your acceptance of the agreement in the form and fashion set forth above.

To the extent you want to amend or otherwise discuss changes to the proposed language, please communicate with me at your earliest convenience.

Very truly,

Kenneth Fromson

Acknowledged and Agreed Upon
This ___ day of November, 2007

Lori McGroder, Esq.
Shook Hardy & Bacon, LLP
Counsel for Parke-Davis, Warner Lambert, and Pfizer

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102