EXHIBIT F

Finkelstein & Partners
436 Robinson Avenue
Newburgh, NY 12550
516-795-6605
kaltman@lawampmmt.com

October 28, 2007

Lori McGroder, Esq.
Shook Hardy & Bacon
2555 Grand Blvd.
Kansas City, MO 64108

Dear Lori,

Please find enclosed one DVD containing raw adverse event files as well as working files used in providing information to Dr. Cheryl Blume. There are numerous files and will require Microsoft Access and Microsoft Excel to read the files. They have been provided to you in the same way as which they were maintained in this litigation.

If there are any questions, please give me a call.

Sincerely,


Keith Altman
Director of Adverse Event Analysis
Finkelstein & Partners

cc: Kenneth Fromson, Finkelstein & Partners.