UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| | Judge Patti B. Saris |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY. | Magistrate Judge Leo T. Sorokin |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. and AETNA, INC. v. PFIZER INC. | |

**EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE
REPLY MEMORANDUM IN SUPPORT OF
<u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

In light of the Court's May 13, 2009 Memorandum and Order denying Plaintiffs' Renewed Motion for Class Certification (Dkt. # 1780), and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants request an additional seven calendar days, or until May 20, 2009, in which to file their Reply Memorandum in Support of Defendants' Motion for Summary Judgment to allow an opportunity to review and analyze the Court's opinion. Defendants are amenable to allowing Plaintiffs an additional seven calendar days, beyond the time they would

otherwise be due, or until June 3, 2009, in which to file any sur-replies in opposition to Defendants' motion.

    WHEREFORE, Defendants respectfully request that the Court grant Defendants' request for an additional seven calendar days, or until May 20, 2009, in which to file their Reply Memorandum in Support of Defendants' Motion for Summary Judgment.

Dated: May 13, 2009          Respectfully submitted,

                                  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                  By:    /s/Mark S. Cheffo
                                            Mark S. Cheffo

                                  Four Times Square
                                  New York, New York 10036
                                  Tel: (212) 735-3000

                                           -and-

                                  SHOOK, HARDY & BACON L.L.P.

                                  By:    /s/Scott W. Sayler
                                            Scott W. Sayler

                                  2555 Grand Blvd.
                                  Kansas City, MO 64108-2613
                                  Tel:  (816) 474-6550

                                           -and-

                                  WHITE AND WILLIAMS LLP

                                  By:    /s/David B. Chaffin
                                            David B. Chaffin

                                  100 Summer Street, 27th Floor
                                  Boston, MA 02110
                                  Tel:  (617) 748-5200

                                  *Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

  I certify that counsel for Defendants have conferred with counsel for all sales and marketing plaintiffs in a good faith effort to narrow or resolve the issue presented by this motion. While all parties agree that an extension of time is appropriate, Plaintiffs have advised that they intend to seek a longer extension than Defendants propose.

                 /s/David B. Chaffin
                 David B. Chaffin

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system has been served on May 13, 2009, pursuant to Case Management Order #3.

                 /s/David B. Chaffin
                 David B. Chaffin