UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL SALES & MARKETING ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**CLASS PLAINTIFFS' AND COORDINATED PLAINTIFFS' EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE A SURREPLY MEMORANDUM IN FURTHER OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

In light of the Court's recent rulings, Class Plaintiffs and Coordinated Plaintiffs hereby request an extension of time until June 18, 2009 to file a surreply in opposition to the pending motion for summary judgment.   As grounds for this motion, Plaintiffs state the following:

Defendants have requested and received an additional seven days—until May 20, 2009—to file their reply brief in support of their motion for summary judgment, "to allow [them] an opportunity to review and analyze" the Court's just-issued Memorandum and Order denying Plaintiffs' Renewed Motion for Class Certification ("Order") (Dkt. No. 1780).  Although the Court's endorsed ruling on Defendants' emergency motion is silent on when a surreply would be due, Defendants stated that they are "amenable to allowing Plaintiffs an additional seven calendar days, beyond the time they would otherwise be due, or until June 3, 2009, in which to file any sur-replies in opposition to Defendants' motion."

Unfortunately, June 3rd would be just *three court days* after the jurisdictional deadline under Rule 23(f) of the Federal Rules of Civil Procedure for Class Plaintiffs to preserve their right to appeal the Court's Order.  Under Rule 23(f), Class Plaintiffs only have ten Court days—

until May 28, 2009—to seek redress from the Court's Order.  Unlike the summary judgment briefing schedule, this deadline is jurisdictional and cannot be modified by agreement of the parties or order of the Court.  *See, e.g., Gutierrez v. Johnson & Johnson*, 523 F.3d 187, 192 (3d Cir. 2008). Given the obvious implications of the Court's Order, deciding whether to meet this jurisdictional deadline must be Class Plaintiffs' first priority.  This would only leave three court days for Plaintiffs to turn their attention to Defendants' summary judgment reply.   This is plainly insufficient.  If Defendants need a week merely to "review and analyze" the Court's opinion, Class Plaintiffs surely require the full ten court days provided by Rule 23(f) to consider its merits, without having to simultaneously respond to Defendants' 35-page reply brief on summary judgment.

Accordingly, because Defendants' requested extension was granted, Plaintiffs respectfully request that they be given until June 18, 2009, a full three weeks following the May 28 expiration of the Rule 23(f) deadline, to file their surreply in opposition to Defendants' motion for summary judgment.

Respectfully submitted,

Dated:  May 14, 2009

GREENE & HOFFMAN

By:   */s/ Thomas M. Greene*
     Thomas M. Greene, Esq.

33 Broad Street, 5th Floor,
Boston, MA  02109

LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP

By:   _/s/ Barry R. Himmelstein_____
      Barry R. Himmelstein, Esq.

275 Battery Street, 30th Floor
San Francisco, CA  94111-3339


HAGENS BERMAN SOBOL SHAPIRO LLP

By:   _/s/ Thomas M. Sobol_____
      Thomas M. Sobol, Esq.

One Main Street, 4th Floor
Cambridge, MA  02142

BARRETT LAW OFFICE

By:   _/s/ Don Barrett_____
      Don Barrett, Esq.

404 Court Square North
P.O. Box 987
Lexington, MS  39095

LAW OFFICES OF DANIEL BECNEL, JR.

By:   _/s/ Daniel E. Becnel, Jr._____
      Daniel E. Becnel, Jr., Esq.

106 W. Seventh Street
P.O. Drawer H
Reserve, LA  70084

DUGAN & BROWNE

By:  _/s/ James R. Dugan_____
        James R. Dugan, Esq.

650 Poydras Street, Suite 2150
New Orleans, LA  70130

*Members of the Class Plaintiffs' Steering
Committee*

For the  Coordinated Plaintiffs:

_/s/ Linda P. Nussbaum_____
KAPLAN FOX & KILSHEIMER LLP
Linda P. Nussbaum, Esq.
850 Third Avenue, 22nd Floor
New York, New York 10022

RAWLINGS & ASSOCIATES, PLLC
Mark D. Fischer, Esq.
Mark Sandmann, Esq.
325 W. Main Street
Louisville, KY 40202

LOWEY DANNENBERG COHEN & HART,
PC
Gerald Lawrence, Esq.
One North Broadway - Suite 509
White Plains, NY  10601-2310

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 14, 2009.

*/s/  Ilyas J. Rona*
Ilyas J. Rona