UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Bulger v. Pfizer Inc.*, 1:07-cv-11425-PBS :
:
------------------------------------------------------------x

STATE OF NEW YORK )
                  ) ss
COUNTY OF ORANGE  )

I, KENNETH L. OLIVER, ESQ., being duly sworn, deposes and says:

That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

_____
KENNETH L. OLIVER

Sworn to before me this
___ day of May, 2009

_____
NOTARY PUBLIC

JUDY A. McGURTY
Notary Public, State of New York
Qualified in Orange County
Registration #01MC4767574
Commission Expires December 31, 2010