CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, J. Michael McMahon, Clerk of this Court, certify that

_____ KENNETH L. OLIVER _____, Bar # _____------_____

was duly admitted to practice in this Court on

__SEPTEMBER 18th, 1979__, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
           New York, New York     on     APRIL 29th, 2009

J. Michael McMahon     by [signature]
Clerk                       Deputy Clerk