UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:   NEURONTIN MARKETING, SALES PRACTICES, :
         AND PRODUCTS LIABILITY LITIGATION :
                                     :     MDL Docket No. 1629

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                     :     Master File No. 04-10981

THIS DOCUMENT RELATES TO: :

                                     :     Judge Patti B. Saris

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                     :     Magistrate Judge Leo T.
HARDEN MANUFACTURING CORPORATION; :     Sorokin
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, :
dba BLUECROSS/BLUESHIELD OF LOUISIANA; :
INTERNATIONAL UNION OF OPERATING ENGINEERS, :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and :
LORRAINE KOPA, on behalf of themselves and all others :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT :
COMPANY. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                     :
THE GUARDIAN LIFE INSURANCE COMPANY OF :
AMERICA v. PFIZER INC. and :
                                     :
AETNA, INC. v. PFIZER INC. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION FOR LEAVE TO FILE UNDER SEAL**
**REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT, REPLIES AND RESPONSES TO**
**PLAINTIFFS' STATEMENTS OF FACT, AND CERTAIN EXHIBITS**
**ATTACHED TO THE DECLARATION OF JAMES P. MUEHLBERGER**

           Pursuant to the Stipulated Protective Order entered on January 10, 2005 (Docket

No. 27) and the Amended Stipulated Protective Order (Docket No. 744), endorsed by the Court

on May 11, 2007 (collectively the "Protective Orders"), Defendants Pfizer Inc. and

Warner-Lambert Company ("Defendants") hereby respectfully move for leave to file their Reply

Memorandum of Law in Support of Defendants' Motion for Summary Judgment (the "Reply

Memorandum"), certain exhibits (the "exhibits") attached to the Declaration of James P. Muehlberger for Reply Memorandum in Support of Defendants' Motion for Summary Judgment, Defendants' Reply to Class Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts ("Reply to Class Response to SOF"), Defendants' Response to Class Plaintiffs' Statement of Disputed and Undisputed Material Facts ("Response to Class SOF"), and Defendants' Reply to Coordinated TPP Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts and Response to Coordinated TPP Statement of Disputed and Undisputed Material Facts ("Reply and Response to Coordinated TPPs") under seal.  As grounds for seeking leave to file under seal, defendants state the following:

1.    Pursuant to the Protective Orders, "all documents and materials filed with the Court containing or reflecting the contents of Confidential Information shall be filed in sealed envelopes…"

2.    The Reply Memorandum, exhibits, Reply to Class Response to SOF, Response to Class SOF, and Reply and Response to Coordinated TPPs make reference to and reflect the contents of the medical records of the individual consumer plaintiffs and documents that have been produced in this litigation that have been designated as "Confidential."

WHEREFORE, in order to comply with the Protective Orders in this cases, defendants hereby request to file the Reply Memorandum and accompanying documents under seal.

Dated: May 20, 2009                          Respectfully submitted,

                                             SKADDEN, ARPS, SLATE, MEAGHER &
                                             FLOM LLP

                                             By:/s/Mark S. Cheffo
                                             Mark S. Cheffo

                                             Four Times Square
                                             New York, New York 10036
                                             Tel: (212) 735-3000

                                                  -and-

                                             SHOOK, HARDY & BACON L.L.P.

                                             By:/s/Scott W. Sayler
                                             Scott W. Sayler

                                             2555 Grand Blvd.
                                             Kansas City, MO 64108-2613
                                             Tel:  (816) 474-6550

                                                  -and-

                                             WHITE & WILLIAMS

                                             By:/s/David B. Chaffin
                                             David B. Chaffin

                                             100 Summer Street, 27th Floor
                                             Boston, MA 02110
                                             Tel:  (617) 748-5200

                                             *Attorneys for Defendants Pfizer Inc. and
                                             Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that I conferred with liaison counsel in a good faith effort to narrow or resolve the issue presented by this motion but was unable to do so.

                                             /s/David B. Chaffin
                                             David B. Chaffin

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3.

/s/David B. Chaffin
David B. Chaffin