UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x
: 
In re:  NEURONTIN MARKETING, SALES PRACTICES,  :
AND PRODUCTS LIABILITY LITIGATION  :  MDL Docket No. 1629
:
------------------------------------------------ x  Master File No. 04-10981
:
THIS DOCUMENT RELATES TO:  :  Judge Patti B. Saris
:
------------------------------------------------ x  Magistrate Judge Leo T.
:  Sorokin
HARDEN MANUFACTURING CORPORATION;  :
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,  :
dba BLUECROSS/BLUESHIELD OF LOUISIANA;  :  **EXHIBITS 1 – 15, 32**
INTERNATIONAL UNION OF OPERATING ENGINEERS,  :  **FILED UNDER SEAL**
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL  :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and  :
LORRAINE KOPA, on behalf of themselves and all others  :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT  :
COMPANY.  :
:
------------------------------------------------ x
:
THE GUARDIAN LIFE INSURANCE COMPANY OF  :
AMERICA v. PFIZER INC. and  :
:
AETNA, INC. v. PFIZER INC.  :
:
------------------------------------------------ x

**DECLARATION OF JAMES P. MUEHLBERGER
FOR DEFENDANTS' REPLY MEMORANDUM OF LAW
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, James P. Muehlberger, declare and state as follows:

1. I am a partner with the law firm of Shook, Hardy & Bacon LLP, counsel of record for Pfizer Inc. and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

1

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the Deposition of Jan Frank Wityk (February 5, 2008).

3. Attached as **Exhibit 2** is a true and correct copy of excerpts from the Deposition of Jeanne Ramsey (February 8, 2008).

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from the Answers and Objections to Defendants' First Set of Interrogatories to Plaintiff Jeanne Ramsey.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts from the Deposition of Carolyn Hollaway (January 25, 2008).

6. Attached as **Exhibit 5** is a true and correct copy of excerpts from the Deposition of Gerald Smith (October 9, 2006).

7. Attached as **Exhibit 6** is a true and correct copy of excerpts from the Deposition of Gary Varnum (February 7, 2008).

8. Attached as **Exhibit 7** is a true and correct copy of excerpts from the Deposition of Dr. Kylene Huler (November 1, 2006).

9. Attached as **Exhibit 8** is a true and correct copy of excerpts from the Deposition of Dr. Vithal Dhaduk (November 12, 2006).

10. Attached as **Exhibit 9** is a true and correct copy of excerpts from the Deposition of Dr. Rick Waldo (February 1, 2008).

11. Attached as **Exhibit 10** is a true and correct copy of excerpts from the Deposition of Dr. Jerrold Gray (February 6, 2008).

12. Attached as **Exhibit 11** is a true and correct copy of excerpts from the Deposition of Milam Ford (January 19-20, 2006).

13. Attached as **Exhibit 12** is a true and correct copy of excerpts from the Deposition of Fred Brown (October 19-20, 2005).

14. Attached as **Exhibit 13** is a true and correct copy of excerpts from the Deposition of Walter Matthews (December 14, 2005).

15. Attached as **Exhibit 14** is a true and correct copy of excerpts from the Deposition of Susan Hoomaian (November 15, 2006).

16. Attached as **Exhibit 15** is a true and correct copy of excerpts from the Deposition of Mirta Millares (January 10, 2008).

17. Attached as **Exhibit 16** is a true and correct copy of excerpts from the Deposition of Douglas McCrory (January 29, 2009).

18. Attached as **Exhibit 17** is a true and correct copy of excerpts from the Deposition of Meredith Rosenthal (October 24-25, 2006).

19. Attached as **Exhibit 18** is a true and correct copy of excerpts from the Deposition of Jeffrey Barkin (January 21, 2009).

20. Attached as **Exhibit 19** is a true and correct copy of excerpts from the Deposition of Thomas Perry (January 23-24, 2009).

21. Attached as **Exhibit 20** is a true and correct copy of excerpts from the Deposition of Rena Conti (February 12, 2008).

22. Attached as **Exhibit 21** is a true and correct copy of excerpts from the Deposition of John Abramson (January 20, 2009).

23. Attached as **Exhibit 22** is a true and correct copy of excerpts from the Deposition of Nancy Mancini (July 7, 2007).

24. Attached as **Exhibit 23** is a true and correct copy of excerpts from the Deposition of Drusilla Scott (December 13, 2007).

25. Attached as **Exhibit 24** is a true and correct copy of excerpts from the Deposition of Michael Keeley (February 11, 2009).

26. Attached as **Exhibit 25** is a true and correct copy of Declaration and Expert Report of Elizabeth A. Field, PhD (December 15, 2008).

27. Attached as **Exhibit 26** is a true and correct copy of Expert Report of Janet Arrowsmith-Lowe, M.D. (December 12, 2008).

28. Attached as **Exhibit 27** is a true and correct copy of a Neurontin package insert, produced by Defendants, bearing the bates range Pfizer_LKnapp_0068585-618.

29. Attached as **Exhibit 28** is a true and correct copy of excerpts from the Deposition of Dr. Curt D. Furberg (March 11, 2009).

30. Attached as **Exhibit 29** is a true and correct copy of Expert Report of Michael C. Keeley (December 15, 2008).

31. Attached as **Exhibit 30** is a true and correct copy of excerpts from the Deposition of Tamela Martin (October 4-5, 2007).

32. Attached as **Exhibit 31** is a true and correct copy of excerpts from the Deposition of Allison Fannon (June 19, 2007).

33. Attached as **Exhibit 32** is a true and correct copy of excerpts from the Deposition of Deborah Kubota (October 11, 2007).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2009.

                                                  /s/ James P. Muehlberger
                                                  James P. Muehlberger

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 20, 2009.

                /s/ David B. Chaffin
                David B. Chaffin