# EXHIBITS 1-15 & 32 FILED UNDER SEAL