# EXHIBIT 16

```
 1              VOLUME 1 OF THE VIDEOTAPED
 2        DEPOSITION OF DOUGLAS C. McCRORY, MD
 3
 4   Job No.: 187695
 5              Thursday, January 29th, 2009
 6                    9:05 a.m.
 7
 8
 9              Held At:
10           Regus Business Center
11            470 Atlantic Avenue
12           Boston, Massachusetts
13
14
15
16
17   REPORTED BY:
18   Maureen O'Connor Pollard, RPR, CLR, CSR
19
20
21
22
23
24
```

115

| | | |
|---|---|---|
| 1 | 11:38:45 | the patient might complain about, there might be |
| 2 | 11:38:48 | other long-term side effects, other safety |
| 3 | 11:38:51 | issues that the patient might be unaware of. |
| 4 | 11:38:53 | Q.   Drug interactions, how does that |
| 5 | 11:38:59 | impact, how do drug interactions -- withdrawn. |
| 6 | 11:39:05 | How do a medicine's potential drug |
| 7 | 11:39:08 | interactions impact your prescribing decisions? |
| 8 | 11:39:12 | MS. NUSSBAUM:  Objection. |
| 9 | 11:39:13 | A.   Based on other medicines a patient may |
| 10 | 11:39:17 | already be on, certain medications might be |
| 11 | 11:39:19 | contraindicated or relatively contraindicated |
| 12 | 11:39:23 | based on the risk for drug interactions.  If |
| 13 | 11:39:24 | there were a particularly compelling medicine I |
| 14 | 11:39:26 | wanted to put a patient on, I might change their |
| 15 | 11:39:29 | other medical therapy.  All those factors might |
| 16 | 11:39:31 | go into a prescribing decision. |
| 17 | 11:39:33 | BY MR. POLUBINSKI: |
| 18 | 11:39:33 | Q.   Do you prescribe medicine for migraine |
| 19 | 11:39:37 | prophylaxis? |
| 20 | 11:39:38 | A.   On occasion. |
| 21 | 11:39:39 | MS. NUSSBAUM:  Objection. |
| 22 | 11:39:39 | BY MR. POLUBINSKI: |
| 23 | 11:39:45 | Q.   Do you always prescribe the same |
| 24 | 11:39:46 | medicine for every patient? |

```
 1   11:39:48              MS. NUSSBAUM:  Objection.
 2   11:39:49         A.   No.
 3   11:39:49              BY MR. POLUBINSKI:
 4   11:39:52         Q.   Why not?
 5   11:39:53              MS. NUSSBAUM:  Objection.
 6   11:39:54         A.   Usually because of either a patient's
 7   11:40:05   already tried and failed a particular agent, or
 8   11:40:07   I have a concern about a side effect with a
 9   11:40:12   particular medication, like one of the patient's
10   11:40:16   comorbidities.  And the evidence actually is
11   11:40:28   probably the primary concern.
12   11:40:30              BY MR. POLUBINSKI:
13   11:40:32         Q.   What medicines have you -- what
14   11:40:39   medicines do you currently prescribe for
15   11:40:42   migraine prophylaxis?
16   11:40:43              MS. NUSSBAUM:  Objection.
17   11:40:44         A.   Well, you know, without reviewing in
18   11:40:51   detail my patient panel, I suppose I have
19   11:40:55   patients who are currently on a variety of
20   11:40:59   different things including beta blockers.  I
21   11:41:09   have patients, occasionally I prescribe
22   11:41:16   Amitriptyline, I have occasionally prescribed
23   11:41:21   valproic acid, I know on some occasions I've
24   11:41:25   prescribed gabapentin.  And I've got some
```

143

| | | |
|---|---|---|
| 1 | 12:23:54 | evidence -- well, why what did we decide.  We |
| 2 | 12:23:58 | decided there were four double-blind, randomized |
| 3 | 12:24:00 | controlled trials that had been performed, and |
| 4 | 12:24:02 | then there was a little bit of question about |
| 5 | 12:24:05 | whether a couple -- actually it was one, two, |
| 6 | 12:24:07 | three, four, five.  So including di Trapani, |
| 7 | 12:24:18 | Jimenez-Hernandez, and the three research |
| 8 | 12:24:21 | reports. |
| 9 | 12:24:25 | Q.   So you do include Jimenez-Hernandez? |
| 10 | 12:24:30 | A.   No, I guess I just said that from the |
| 11 | 12:24:33 | four, didn't I?  My sentence would lead me to |
| 12 | 12:24:41 | believe that I just considered the four unique |
| 13 | 12:24:43 | double-blind trials, yes, placebo-controlled |
| 14 | 12:24:46 | trials. |
| 15 | 12:24:47 | Q.   Is there anything other than the |
| 16 | 12:24:48 | sentence that suggests otherwise to you? |
| 17 | 12:24:51 | A.   Well, I did describe the |
| 18 | 12:24:54 | Jimenez-Hernandez in my report, and I think it |
| 19 | 12:24:57 | was partly the basis of my conclusions.  Maybe |
| 20 | 12:25:00 | it colored my interpretation of the validity of |
| 21 | 12:25:04 | comparing across dosage strengths in the four |
| 22 | 12:25:08 | randomized double-blind trials. |
| 23 | 12:25:10 | Q.   All of the DBRCTs you reviewed and the |
| 24 | 12:25:17 | Jimenez-Hernandez study all studied migraine |

```
 1   14:17:21  that threshold, correct?
 2   14:17:25       A.   Yes, but that would be an unreasonable
 3   14:17:27  alpha value.  Alpha values are usually the -- if
 4   14:17:31  the smaller number of an alpha of .05 is what
 5   14:17:35  we're using here, and I think what you meant to
 6   14:17:37  say was an alpha value of .1, if you made the
 7   14:17:43  criteria more generous, if you will.
 8   14:17:51       Q.   If I made the criteria more generous
 9   14:17:54  than what?
10   14:17:54       A.   Than .05, so you raised it to .1,
11   14:17:58  we're willing to accept what's kind of referred
12   14:18:00  to as a statistical trend as being evidence of
13   14:18:02  efficacy.  In that case, yes, but I think that's
14   14:18:04  an unreasonable assumption.
15   14:18:06       Q.   Okay.  But you would agree that
16   14:18:07  there's a statistical trend favoring gabapentin
17   14:18:10  over placebo even under your meta-analysis,
18   14:18:13  correct?
19   14:18:14       A.   Yes.
20   14:18:14       Q.   And that's the case in the revised
21   14:18:21  version of your meta-analysis, although it
22   14:18:23  wasn't in your original version, correct?
23   14:18:25       A.   Yes.
24   14:18:26       Q.   You have not set out in your opinion
```

```
 1              The authors of the document include
 2   the US Headache Consortium participants,
 3   correct?
 4        A.   Yes.
 5        Q.   And you are listed among the
 6   participants?
 7        A.   Yes.
 8        Q.   You're not listed as one of the five
 9   authors, correct?
10        A.   I'm not listed as one of the five main
11   authors, yes.
12        Q.   Why is that?
13        A.   Because I was not one of the primary
14   drafters of the document.  The committee made
15   the final writing committee for the document.
16        Q.   Okay.  What was your role in creating
17   this, the document?
18        A.   Well, I was the methodologist in the
19   US Headache Consortium.  My primary role was in
20   the -- helping with the interpretation of the
21   evidence, gathering evidence, and in some cases
22   doing additional evidence gathering, statistical
23   analyses, going to the meetings, helping answer
24   methodological questions, a variety of tasks
```

1  relating to how they use the evidence, most of
2  which came from the evidence -- series of
3  evidence reports we did for the Agency for
4  Health Care Research & Quality.
5       Q.   By "gathering evidence," does that
6  mean, among other things, looking for published
7  reports on clinical trials?
8       A.   Yes.
9       Q.   This document was published in 2000,
10 correct?
11      A.   Yes.
12      Q.   And it is the most recent version of
13 these guidelines, correct?
14      A.   Yes.  I do know that they were
15 reconvened to try to really set up data.  I'm
16 not quite sure of the publication status of any
17 updates, so I can't be certain if a more recent
18 version of that came out within the last few
19 months.
20      Q.   Okay.  When was it reconvened?
21      A.   I know it's -- I've heard that there
22 have been some meetings over the last year or
23 two.  I haven't been able to participate.
24      Q.   So you haven't participated at all in

```
 1   the most recent version that may be in the works
 2   now?
 3        A.   That's true.
 4        Q.   Okay.  Let's take a look at Page 7 of
 5   the document.  At the very bottom of the page,
 6   the beginning of the carryover sentence reads
 7   "gabapentin (versus placebo) was not found to be
 8   effective in one study."  And then there's a
 9   citation to note 43, correct?
10        A.   Yes.
11        Q.   And if we flip to Page 30, am I
12   correct that note 43 is the Wessely abstract --
13        A.   Yes.
14        Q.   -- that we looked at earlier, which is
15   Exhibit 10, is that correct?
16        A.   Yes.
17        Q.   So the guideline authors did know of
18   the Wessely abstract in 2000, correct?
19        A.   Yes.
20        Q.   And presumably found it in a typical
21   literature search, correct?
22             MR. RONA:  Objection.
23        A.   No, they were working from the
24   technical reports that I had authored.
```

```
 1            BY MR. POLUBINSKI:
 2       Q.   Okay.
 3       A.   Gray, Et Al.
 4       Q.   The technical reports that you
 5   authored, the Gray paper?
 6       A.   Yes.
 7       Q.   So that they were -- the list of
 8   publications here came from the work that you'd
 9   done in the Gray paper?
10       A.   Yes.
11       Q.   Okay.
12       A.   It was almost entirely based on.
13       Q.   Fair enough.
14            So that you and the other authors of
15   the Gray paper then presumably had located the
16   Wessely abstract as part of your work in that
17   published article as well, correct?
18       A.   Yes.
19       Q.   Do you recall how you found it at the
20   time?
21       A.   No.
22       Q.   Same way you'd find any published
23   study, just doing a search of the literature?
24       A.   I don't think so in that case, because
```