# EXHIBIT 17

1          UNITED STATES DISTRICT COURT

2          DISTRICT OF MASSACHUSETTS

3             MDL Docket No. 1629

4           Master File No. 04-10981

5

6    *   *   *   *   *   *   *   *   *   *   *   *   *   *

7    IN RE:  NEURONTIN MARKETING, SALES        *

8    PRACTICES, AND PRODUCTS LIABILITY         *

9    LITIGATION                                *

10   -----------------------------------       *

11   THIS DOCUMENT RELATES TO:                 *

12   ALL MARKETING AND SALES PRACTICES         *

13   ACTIONS                                   *

14   *   *   *   *   *   *   *   *   *   *   *   *   *   *

15

16                 VOLUME I

17               PAGES 1-311

18

19

20         VIDEOTAPED DEPOSITION OF

21        MEREDITH B. ROSENTHAL, Ph.D.

22   DATE:  TUESDAY, OCTOBER 24, 2006

23   TIME:  9:12 A.M. TO 5:01 P.M.

24

25

| 1  |     | word "predominantly," which I guess means we | 03:54:22 |
| 2  |     | disagree. | 03:54:26 |
| 3  | Q.  | Fair enough.  Now, but I guess you would | 03:54:26 |
| 4  |     | agree that they do have -- they do have | 03:54:34 |
| 5  |     | features of experience goods? | 03:54:40 |
| 6  | A.  | I would agree with that statement, yes. | 03:54:43 |
| 7  | Q.  | Now, in view of that, assume that a doctor | 03:54:45 |
| 8  |     | prescribes Neurontin to several patients for | 03:54:52 |
| 9  |     | an off-label use, for neuropathic pain, for | 03:54:55 |
| 10 |     | example.  Would a doctor's future decisions | 03:54:59 |
| 11 |     | as to whether to prescribe Neurontin to | 03:55:02 |
| 12 |     | other patients for that same off-label use | 03:55:04 |
| 13 |     | be included by that doctor's understanding | 03:55:07 |
| 14 |     | of the degree of success experienced with | 03:55:09 |
| 15 |     | earlier patients? | 03:55:11 |
| 16 | A.  | That would certainly be one piece of | 03:55:12 |
| 17 |     | information I would expect the physician to | 03:55:14 |
| 18 |     | use in his or her judgments. | 03:55:16 |
| 19 | Q.  | And so it's pretty -- it therefore stands to | 03:55:23 |
| 20 |     | reason, I guess, that doctors would be | 03:55:26 |
| 21 |     | influenced by their past experience with | 03:55:27 |
| 22 |     | Neurontin in future prescription decisions? | 03:55:30 |
| 23 | A.  | I would expect that to be an influence, yes. | 03:55:32 |
| 24 | Q.  | Why don't you turn to Paragraph 15 of your | 03:55:40 |
| 25 |     | report. | 03:55:42 |

```
 1              UNITED STATES DISTRICT COURT

 2               DISTRICT OF MASSACHUSETTS

 3                MDL Docket No. 1629

 4               Master File No. 04-10981

 5

 6    *  *  *  *  *  *  *  *  *  *  *  *  *  *

 7    IN RE:  NEURONTIN MARKETING,  SALES      *

 8    PRACTICES, AND PRODUCTS LIABILITY        *

 9    LITIGATION                               *

10    -------------------------------------    *

11    THIS DOCUMENT RELATES TO:                *

12    ALL MARKETING AND SALES PRACTICES        *

13    ACTIONS                                  *

14    *  *  *  *  *  *  *  *  *  *  *  *  *  *

15

16                    VOLUME II

17                 PAGES 312 - 546

18

19

20        CONTINUED VIDEOTAPED DEPOSITION OF

21           MEREDITH B. ROSENTHAL, Ph.D.

22

23

24    DATE:  WEDNESDAY, OCTOBER 25, 2006

25    TIME:  9:03 A.M. TO 2:35 P.M.
```

| | | | |
|---|---|---|---|
| 1 | | Notargiacomo, Hagens Berman Sobol Shapiro, | 09:04:08 |
| 2 | | for the plaintiffs. | 09:04:09 |
| 3 | | | |
| 4 | | MEREDITH B. ROSENTHAL, Ph.D., | |
| 5 | | a witness called on behalf of the | |
| 6 | | Defendants, having first been duly sworn, | |
| 7 | | was deposed and testifies as follows: | |
| 8 | | | |
| 9 | | DIRECT EXAMINATION | |
| 10 | | | |
| 11 | | BY MR. POLUBINSKI: | 09:04:17 |
| 12 | Q. | Good morning, Professor Rosenthal. | 09:04:17 |
| 13 | A. | Good morning. | 09:04:21 |
| 14 | Q. | You would agree that a range of factors may | 09:04:22 |
| 15 | | influence individual doctors' individual | 09:04:25 |
| 16 | | prescription decisions, correct? | 09:04:29 |
| 17 | | MR. NOTARGIACOMO:  Objection. | 09:04:31 |
| 18 | A. | Yes, I would agree with that. | 09:04:31 |
| 19 | Q. | And if a particular factor might influence | 09:04:32 |
| 20 | | a particular describing decision, is it at | 09:04:35 |
| 21 | | least possible that the same factor could | 09:04:37 |
| 22 | | also influence doctors' prescription | 09:04:40 |
| 23 | | decisions in the aggregate? | 09:04:42 |
| 24 | | MR. NOTARGIACOMO:  Objection. | 09:04:44 |
| 25 | A. | I'm not sure if I understand, but if a | 09:04:44 |

Page 318

| | | |
|---|---|---|
| 1 | | factor influences an individual physician | 09:04:49 |
| 2 | | and we're looking at the aggregate and that | 09:04:51 |
| 3 | | physician's part of that aggregate, it | 09:04:54 |
| 4 | | would certainly play out that way. | 09:04:55 |
| 5 | Q. | Do you have a complete list of such factors | 09:04:59 |
| 6 | | in mind now? | 09:05:01 |
| 7 | A. | I have not created an exhaustive list of | 09:05:02 |
| 8 | | such factors.  I list examples in the | 09:05:07 |
| 9 | | declaration.  When I have more data | 09:05:10 |
| 10 | | according to the data that we've requested, | 09:05:15 |
| 11 | | I'll begin to develop a more exhaustive | 09:05:17 |
| 12 | | list of factors. | 09:05:19 |
| 13 | Q. | Okay.  We would agree, though, that you | 09:05:20 |
| 14 | | will need to at least consider all of the | 09:05:24 |
| 15 | | various factors that might influence | 09:05:26 |
| 16 | | prescribing behavior in developing your | 09:05:28 |
| 17 | | model? | 09:05:30 |
| 18 | A. | I will consider those factors, and as I | 09:05:31 |
| 19 | | mentioned yesterday, in particular I'm | 09:05:34 |
| 20 | | going to focus on factors, that is, the | 09:05:36 |
| 21 | | primary factors that drive prescribing | 09:05:38 |
| 22 | | choices, and those factors that might be | 09:05:40 |
| 23 | | correlated with the variables of interest | 09:05:42 |
| 24 | | here are the off-label, allegedly illegal | 09:05:45 |
| 25 | | off-label promotional activities. | 09:05:50 |

| | | | |
|---|---|---|---|
| 1 | Q. | Before we keep going I can tell that your | 09:05:52 |
| 2 | | voice is -- | 09:05:58 |
| 3 | A. | I'm sorry. | 09:05:58 |
| 4 | Q. | -- that you're having trouble with your | 09:05:59 |
| 5 | | voice, so please let me know if you need to | 09:06:00 |
| 6 | | take breaks at any point or if we can get | 09:06:02 |
| 7 | | water for you or anything else -- | 09:06:04 |
| 8 | A. | Thank you. | 09:06:06 |
| 9 | Q. | -- just so you know. | 09:06:06 |
| 10 | | What I would like to do now is go | 09:06:07 |
| 11 | | through a list of factors, and what I would | 09:06:11 |
| 12 | | like you to do is to tell me whether you | 09:06:15 |
| 13 | | agree that it's possible that the following | 09:06:16 |
| 14 | | factors could affect a doctor's decision to | 09:06:19 |
| 15 | | prescribe Neurontin off-label in a | 09:06:22 |
| 16 | | particular case. | 09:06:24 |
| 17 | A. | Okay.  I understand. | 09:06:26 |
| 18 | | MR. NOTARGIACOMO:  Just for | 09:06:28 |
| 19 | | clarification, the question is whether it | 09:06:28 |
| 20 | | would affect them -- whether it would | 09:06:30 |
| 21 | | affect an individual doctor's prescribing | 09:06:33 |
| 22 | | decision -- | 09:06:37 |
| 23 | | MR. POLUBINSKI:  You know, | 09:06:37 |
| 24 | | let's -- | 09:06:38 |
| 25 | | MR. NOTARGIACOMO:  -- or are you | 09:06:39 |

Page 320

| | | | |
|---|---|---|---|
| 1 | | asking that in the aggregate? | 09:06:40 |
| 2 | | MR. POLUBINSKI: Well, that's a | 09:06:42 |
| 3 | | good question. | 09:06:42 |
| 4 | | BY MR. POLUBINSKI: | 09:06:42 |
| 5 | Q. | I'd initially been thinking we would ask | 09:06:43 |
| 6 | | about individual doctors, but maybe just to | 09:06:45 |
| 7 | | cut through this a little bit why don't we | 09:06:48 |
| 8 | | ask whether these factors could affect | 09:06:49 |
| 9 | | doctors' prescribing decisions in the | 09:06:51 |
| 10 | | aggregate. | 09:06:52 |
| 11 | A. | We can agree that the aggregate is the sum | 09:06:53 |
| 12 | | of the individuals, and -- | 09:06:55 |
| 13 | Q. | Exactly. And that the two are connected in | 09:06:55 |
| 14 | | the same way that you've just testified, | 09:06:58 |
| 15 | | correct? | 09:07:00 |
| 16 | A. | I can agree with that, yes. | 09:07:01 |
| 17 | Q. | All right. The first possible factor is a | 09:07:04 |
| 18 | | new article in a peer-reviewed medical | 09:07:07 |
| 19 | | publication on the use of Neurontin to | 09:07:09 |
| 20 | | treat the applicable condition? | 09:07:11 |
| 21 | A. | That may have an effect, yes. | 09:07:14 |
| 22 | Q. | How about a new case report in a more | 09:07:16 |
| 23 | | informal medical publication on the use of | 09:07:18 |
| 24 | | Neurontin to treat the applicable | 09:07:20 |
| 25 | | condition? | 09:07:21 |

Page 321

| | | | |
|---|---|---|---|
| 1 | A. | Potentially that can have an effect as well | 09:07:21 |
| 2 | | if it were disseminated. | 09:07:25 |
| 3 | Q. | How about a new article in a peer-reviewed | 09:07:26 |
| 4 | | medical publication or any other medium | 09:07:28 |
| 5 | | really on the use of a drug with a similar | 09:07:30 |
| 6 | | mechanism of action to Neurontin to treat | 09:07:32 |
| 7 | | the applicable condition? | 09:07:35 |
| 8 | | MR. NOTARGIACOMO: Objection. | 09:07:37 |
| 9 | A. | That may be possible. | 09:07:37 |
| 10 | Q. | How about a new article in a peer-reviewed | 09:07:40 |
| 11 | | medical publication or some other medium on | 09:07:42 |
| 12 | | the inefficacy of a different drug that had | 09:07:44 |
| 13 | | been used to treat the applicable | 09:07:47 |
| 14 | | condition? | 09:07:48 |
| 15 | | MR. NOTARGIACOMO: Objection. | 09:07:49 |
| 16 | A. | It seems like we're getting further and | 09:07:49 |
| 17 | | further away from a main effect here, but | 09:07:52 |
| 18 | | it's certainly possible that that could | 09:07:54 |
| 19 | | have some effect. | 09:07:55 |
| 20 | Q. | Okay. How about a new article in a peer- | 09:07:57 |
| 21 | | reviewed medical publication or any other | 09:08:01 |
| 22 | | medium on the safety of Neurontin? | 09:08:03 |
| 23 | A. | I can imagine that having an effect on its | 09:08:05 |
| 24 | | use, yes. | 09:08:10 |
| 25 | Q. | How about a new article in a peer-reviewed | 09:08:10 |

Page 322

| | | |
|---|---|---|
| 1 | medical publication or some other medium on | 09:08:15 |
| 2 | the safety of a different drug that has | 09:08:17 |
| 3 | been used to treat the applicable | 09:08:18 |
| 4 | condition? | 09:08:20 |
| 5 | MR. NOTARGIACOMO:  Objection. | 09:08:20 |
| 6 | MR. POLUBINSKI:  What's -- can I | 09:08:22 |
| 7 | ask what the grounds of the objection are? | 09:08:23 |
| 8 | MR. NOTARGIACOMO:  I think "or any | 09:08:25 |
| 9 | other medium" is vague.  It could just be | 09:08:28 |
| 10 | about anything, so that's my objection.  I | 09:08:31 |
| 11 | think the questions are vague. | 09:08:33 |
| 12 | MR. POLUBINSKI:  All right.  Well, | 09:08:34 |
| 13 | let me just -- let me hone it.  That's | 09:08:35 |
| 14 | fine. | 09:08:37 |
| 15 | BY MR. POLUBINSKI: | 09:08:38 |
| 16 | Q. A new article in any medical publication on | 09:08:38 |
| 17 | the safety of a different drug that had | 09:08:43 |
| 18 | been used to treat the applicable | 09:08:45 |
| 19 | condition? | 09:08:47 |
| 20 | MR. NOTARGIACOMO:  Objection. | 09:08:48 |
| 21 | A. Yes, that could have an effect. | 09:08:48 |
| 22 | Q. How about an initiative by a manufacturer | 09:08:50 |
| 23 | to disseminate any of those publications? | 09:08:55 |
| 24 | A. Yes, that could certainly have an effect as | 09:08:57 |
| 25 | well. | 09:09:01 |

Page 323

| | | | |
|---|---|---|---|
| 1 | Q. | How about a continuing medical education | 09:09:01 |
| 2 | | seminar addressing the use of Neurontin to | 09:09:04 |
| 3 | | treat the applicable condition? | 09:09:06 |
| 4 | A. | I'm sorry, so that's the main thing we're | 09:09:07 |
| 5 | | talking about, right? So this is a | 09:09:13 |
| 6 | | continuing education seminar on whatever | 09:09:15 |
| 7 | | the indication, was the original subject | 09:09:17 |
| 8 | | here that we're looking at. | 09:09:20 |
| 9 | Q. | And the use of Neurontin to treat that | 09:09:21 |
| 10 | | condition. | 09:09:24 |
| 11 | A. | Yes, certainly. | 09:09:24 |
| 12 | Q. | How about a more informal talk given by -- | 09:09:24 |
| 13 | | just a more informal talk maybe given by an | 09:09:28 |
| 14 | | authority in the field that addresses the | 09:09:31 |
| 15 | | use of Neurontin to treat the applicable | 09:09:32 |
| 16 | | condition? | 09:09:34 |
| 17 | A. | Potentially that could have an effect as | 09:09:34 |
| 18 | | well. | 09:09:38 |
| 19 | Q. | How about a continuing medical education | 09:09:38 |
| 20 | | seminar that addresses the use of a drug | 09:09:40 |
| 21 | | with a similar mechanism of action to | 09:09:42 |
| 22 | | Neurontin to treat the applicable | 09:09:44 |
| 23 | | condition? | 09:09:46 |
| 24 | A. | Again, similarly it could have an effect. | 09:09:46 |
| 25 | Q. | How about a continuing medical education | 09:09:50 |

Page 324

| | | | |
|---|---|---|---|
| 1 | | seminar on the inefficacy of a different | 09:09:52 |
| 2 | | drug that had been used to treat the same | 09:09:55 |
| 3 | | condition we've been talking about? | 09:09:57 |
| 4 | A. | Yes, that could have an effect, too. | 09:09:58 |
| 5 | Q. | How about an informal conversation among | 09:10:01 |
| 6 | | doctors about the doctor's clinical | 09:10:03 |
| 7 | | experience in the use of Neurontin to treat | 09:10:06 |
| 8 | | the condition that we're talking about? | 09:10:08 |
| 9 | A. | Yes, that could affect prescribing | 09:10:09 |
| 10 | | patterns, too. | 09:10:13 |
| 11 | Q. | How about an informal conversation among | 09:10:15 |
| 12 | | doctors about their clinical experience on | 09:10:17 |
| 13 | | the use of a drug with a similar mechanism | 09:10:19 |
| 14 | | of action to Neurontin to treat the | 09:10:21 |
| 15 | | applicable condition? | 09:10:22 |
| 16 | A. | I'm losing score here, but I think if we | 09:10:24 |
| 17 | | haven't already covered that one, I think | 09:10:28 |
| 18 | | that, yes, that could have an effect. | 09:10:29 |
| 19 | Q. | Okay.  How about a change in formal | 09:10:31 |
| 20 | | practice guidelines within an institution | 09:10:33 |
| 21 | | or a professional group? | 09:10:37 |
| 22 | A. | Can you explain what you mean by "formal | 09:10:38 |
| 23 | | practice guidelines"? | 09:10:42 |
| 24 | Q. | Do you have an understanding of what a | 09:10:44 |
| 25 | | formal practice guideline might be with | 09:10:47 |

Page 325

| | | | |
|---|---|---|---|
| 1 | | respect to a prescription drug? | 09:10:49 |
| 2 | A. | Yes.  My understanding is often guidelines | 09:10:51 |
| 3 | | are not specific to drugs, so usually the | 09:10:53 |
| 4 | | guidelines refer to class of drugs or to | 09:10:56 |
| 5 | | the pharmaceutical treatment following | 09:11:02 |
| 6 | | surgery, for example, but there may be | 09:11:04 |
| 7 | | guidelines that are specific to a specific | 09:11:07 |
| 8 | | drug in terms of whether to use it only | 09:11:09 |
| 9 | | after a patient has failed on something | 09:11:12 |
| 10 | | else, for example.  So are those the kinds | 09:11:14 |
| 11 | | of guidelines that you're talking about? | 09:11:19 |
| 12 | Q. | Yeah.  Let's focus on the latter that | 09:11:20 |
| 13 | | you've just described -- | 09:11:22 |
| 14 | A. | Okay. | 09:11:23 |
| 15 | Q. | -- that sort of deal with the use of a | 09:11:23 |
| 16 | | particular prescription drug.  Could a | 09:11:25 |
| 17 | | change in those guidelines affect the | 09:11:28 |
| 18 | | prescription of Neurontin for a particular | 09:11:30 |
| 19 | | off-label condition? | 09:11:31 |
| 20 | A. | Assuming such guidelines existed that were | 09:11:33 |
| 21 | | specific to Neurontin, yes. | 09:11:35 |
| 22 | Q. | And the same would be true for informal | 09:11:36 |
| 23 | | practice guidelines, the same way they | 09:11:39 |
| 24 | | would be for more formal ones? | 09:11:41 |
| 25 | A. | Can you tell me what you mean by "informal | 09:11:42 |

Page 326

| | | | |
|---|---|---|---|
| 1 | | practice guidelines"? | 09:11:45 |
| 2 | Q. | Why don't -- why don't I withdraw the | 09:11:48 |
| 3 | | question and just -- I'll withdraw the | 09:11:51 |
| 4 | | question, that's fine. | 09:11:53 |
| 5 | A. | Okay. | 09:11:54 |
| 6 | Q. | How about a new development in the | 09:11:54 |
| 7 | | underlying science in the particular field | 09:11:56 |
| 8 | | that relates to the particular indication? | 09:11:58 |
| 9 | A. | So you mean the basic science -- | 09:12:01 |
| 10 | Q. | Yes. | 09:12:05 |
| 11 | A. | -- underpinnings? | 09:12:05 |
| 12 | | I guess if -- I don't know how | 09:12:07 |
| 13 | | those kinds of changes translate into | 09:12:09 |
| 14 | | clinical practice.  That information would | 09:12:12 |
| 15 | | have to disseminate somehow. | 09:12:13 |
| 16 | Q. | Should it have disseminated somehow, could | 09:12:14 |
| 17 | | it have impacted doctors' prescribing | 09:12:17 |
| 18 | | behavior with respect to Neurontin for that | 09:12:19 |
| 19 | | indication? | 09:12:21 |
| 20 | A. | I guess potentially, again, it seems second | 09:12:23 |
| 21 | | order relative to clinical changes. | 09:12:26 |
| 22 | Q. | How about a discussion of the use of | 09:12:27 |
| 23 | | Neurontin in a medical school class to | 09:12:30 |
| 24 | | treat the applicable condition? | 09:12:33 |
| 25 | A. | What effect would it have on current | 09:12:33 |

1        practice?  Because it seems tenuous to me,            09:12:37

2        but...                                                09:12:41

3    Q.  What about an effect on practice at some              09:12:42

4        point in the future?                                  09:12:45

5    A.  Perhaps at some point in the future it                09:12:46

6        could have an effect if those students took           09:12:48

7        that knowledge and used it in practice                09:12:51

8        subsequently.                                         09:12:54

9    Q.  How about a change in the availability of             09:12:54

10       therapeutic substitutes for treating a               09:12:56

11       particular condition?                                09:12:59

12   A.  That would certainly have an effect.                 09:12:59

13   Q.  How about FDA approval of Neurontin for a            09:13:03

14       related use?                                         09:13:05

15   A.  That can potentially have an effect as              09:13:05

16       well.                                                09:13:09

17   Q.  How about FDA approval of a drug with a             09:13:09

18       similar mechanism of action to Neurontin            09:13:11

19       for the applicable use?                              09:13:13

20   A.  I'm sorry, could you repeat it?  I'm again          09:13:14

21       losing all --                                        09:13:21

22   Q.  Yeah, sure.                                          09:13:21

23   A.  -- the questions.                                    09:13:22

24           MR. POLUBINSKI:  Do you want to                  09:13:22

25       read it back.                                        09:13:23

Page 328

| | | | |
|---|---|---|---|
| 1 | A. | Thank you. | 09:13:23 |
| 2 | | (Record read.) | 09:13:23 |
| 3 | A. | Yes, that could have an effect. | 09:13:32 |
| 4 | Q. | How about FDA approval of a drug with a | 09:13:33 |
| 5 | | similar mechanism of action to Neurontin | 09:13:36 |
| 6 | | for a related use? | 09:13:39 |
| 7 | A. | Potentially that could have an effect as | 09:13:41 |
| 8 | | well.  Again, it seems second order. | 09:13:42 |
| 9 | Q. | How about approval of Neurontin for the | 09:13:44 |
| 10 | | applicable use in another country? | 09:13:46 |
| 11 | A. | I guess possibly it could have an effect. | 09:13:47 |
| 12 | | I think it's an empirical question.  I | 09:13:52 |
| 13 | | don't actually know. | 09:13:54 |
| 14 | Q. | Okay.  And when you say "it's an empirical | 09:13:55 |
| 15 | | question," what does that mean? | 09:13:58 |
| 16 | A. | I mean, it's not clear to me that | 09:13:59 |
| 17 | | physicians in this country would be | 09:14:01 |
| 18 | | influenced by -- would know or be | 09:14:03 |
| 19 | | influenced by what was proved in other | 09:14:05 |
| 20 | | countries. | 09:14:09 |
| 21 | Q. | But you couldn't rule out the possibility | 09:14:09 |
| 22 | | without examining the data; is that | 09:14:11 |
| 23 | | correct? | 09:14:13 |
| 24 | A. | That's correct.  If I were interested in | 09:14:13 |
| 25 | | that question, I would need to look at the | 09:14:15 |

Page 329

| | | | |
|---|---|---|---|
| 1 | | data. | 09:14:17 |
| 2 | Q. | How about approval of Neurontin for a | 09:14:17 |
| 3 | | related use in another country? | 09:14:21 |
| 4 | A. | Yes, that could have an effect in the same | 09:14:22 |
| 5 | | way. | 09:14:26 |
| 6 | Q. | An approval of a drug with a similar | 09:14:26 |
| 7 | | mechanism of action for the applicable use | 09:14:29 |
| 8 | | in another country? | 09:14:31 |
| 9 | A. | Yes. | 09:14:33 |
| 10 | Q. | How about a change in information on | 09:14:35 |
| 11 | | Neurontin in the Physicians' Desk | 09:14:37 |
| 12 | | Reference? | 09:14:40 |
| 13 | A. | Yes. I guess depending on what kind of | 09:14:42 |
| 14 | | information you're talking about, if it | 09:14:44 |
| 15 | | were salient information of some kind. I'm | 09:14:45 |
| 16 | | not sure what kind of information you're | 09:14:48 |
| 17 | | talking about. | 09:14:49 |
| 18 | Q. | Well, let's think of a couple of examples. | 09:14:52 |
| 19 | A. | Okay. | 09:14:54 |
| 20 | Q. | What about a change to the long list of | 09:14:55 |
| 21 | | possible adverse events; could that have an | 09:14:57 |
| 22 | | impact on prescribing behavior? | 09:15:01 |
| 23 | A. | Potentially. | 09:15:02 |
| 24 | Q. | How about a warning on the label? | 09:15:02 |
| 25 | A. | Potentially. | 09:15:04 |

Page 330

| | | | |
|---|---|---|---|
| 1 | Q. | Okay.  How about a change in information in | 09:15:05 |
| 2 | | the Physicians' Desk Reference on other | 09:15:12 |
| 3 | | drugs with a similar mechanism of action? | 09:15:14 |
| 4 | A. | That could potentially have an effect again | 09:15:15 |
| 5 | | in substitution. | 09:15:18 |
| 6 | Q. | Okay.  How about information posted on a | 09:15:19 |
| 7 | | bulletin board on the Internet about | 09:15:20 |
| 8 | | Neurontin and treating the applicable | 09:15:24 |
| 9 | | condition? | 09:15:26 |
| 10 | A. | I suppose plausibly that someone could use | 09:15:27 |
| 11 | | that information. | 09:15:31 |
| 12 | Q. | How about more specifically information | 09:15:33 |
| 13 | | that's posted on a medical information site | 09:15:34 |
| 14 | | on the Internet on treatment of the | 09:15:37 |
| 15 | | applicable condition with Neurontin? | 09:15:40 |
| 16 | A. | I guess that could also have an effect | 09:15:42 |
| 17 | | potentially. | 09:15:45 |
| 18 | Q. | How about detailing visits about Neurontin? | 09:15:52 |
| 19 | A. | As we discussed yesterday, we'd certainly | 09:15:55 |
| 20 | | expect detailing visits to affect all | 09:15:58 |
| 21 | | prescribing. | 09:16:01 |
| 22 | Q. | How about detailing visits about | 09:16:02 |
| 23 | | competitive drugs? | 09:16:05 |
| 24 | A. | Yes, those should have an effect as well. | 09:16:06 |
| 25 | Q. | Provision of samples of Neurontin without | 09:16:08 |

Page 331

| | | | |
|---|---|---|---|
| 1 | | any other informational content? | 09:16:10 |
| 2 | A. | I'm -- | 09:16:13 |
| 3 | Q. | Does my question make sense? | 09:16:16 |
| 4 | A. | So you mean a detailer who comes, drops off | 09:16:17 |
| 5 | | samples and runs away without discussing | 09:16:20 |
| 6 | | the drug? | 09:16:22 |
| 7 | Q. | Without actually getting in to speak with | 09:16:22 |
| 8 | | the doctor. | 09:16:25 |
| 9 | A. | We think free samples do have an effect | 09:16:25 |
| 10 | | independently of the detailing visit, | 09:16:28 |
| 11 | | although it's often difficult to tell. | 09:16:29 |
| 12 | Q. | How about provision of samples of | 09:16:31 |
| 13 | | competitor drugs without any other | 09:16:34 |
| 14 | | informational content? | 09:16:35 |
| 15 | A. | Yes, that would have an effect. | 09:16:37 |
| 16 | Q. | How about dissemination of the | 09:16:38 |
| 17 | | manufacturer's own literature or brochures | 09:16:39 |
| 18 | | or things like that? | 09:16:42 |
| 19 | A. | Potentially that would have an effect. | 09:16:42 |
| 20 | Q. | What about the relative cost or price of | 09:16:46 |
| 21 | | Neurontin relative to -- withdrawn. | 09:16:50 |
| 22 | | How about the cost of Neurontin | 09:16:53 |
| 23 | | relative to competitor drugs? | 09:16:55 |
| 24 | A. | Cost to whom? | 09:16:57 |
| 25 | Q. | Good question.  Let's take, for example, | 09:16:58 |

Page 332

| | | | |
|---|---|---|---|
| 1 | | the cost to a consumer who's paying for the | 09:17:05 |
| 2 | | prescription him or herself. | 09:17:07 |
| 3 | A. | So you mean a change in the co-payment, for | 09:17:08 |
| 4 | | example? | 09:17:10 |
| 5 | Q. | Uh-huh.  Or for somebody who's not insured | 09:17:11 |
| 6 | | or for whom the prescription isn't insured. | 09:17:14 |
| 7 | A. | That price in theory would have an effect. | 09:17:17 |
| 8 | | As you know, these price effects are hard | 09:17:20 |
| 9 | | to identify because of the fact that most | 09:17:22 |
| 10 | | people don't pay those prices out of | 09:17:24 |
| 11 | | pocket. | 09:17:26 |
| 12 | Q. | Okay.  How about a change in the relative | 09:17:26 |
| 13 | | cost or price of a drug paid by third-party | 09:17:30 |
| 14 | | payers, reimbursement for the drug? | 09:17:35 |
| 15 | A. | Potentially there could be some kind of | 09:17:36 |
| 16 | | effect there.  It's not clear that it's a | 09:17:38 |
| 17 | | linear effect, that there is an effect for | 09:17:40 |
| 18 | | every increment that has to do with the -- | 09:17:44 |
| 19 | | at some level the relative price may | 09:17:46 |
| 20 | | matter. | 09:17:47 |
| 21 | Q. | How about insurance coverage guidelines for | 09:17:49 |
| 22 | | Neurontin? | 09:17:51 |
| 23 | A. | Can you explain what you mean by "insurance | 09:17:52 |
| 24 | | coverage guidelines"?  Just simply whether | 09:17:56 |
| 25 | | it's covered or not? | 09:17:58 |

Page 333

1    Q.   Yeah.                                        09:18:00

2    A.   Certainly whether it's covered or not will  09:18:00

3         have an effect on its use.                   09:18:02

4    Q.   And will whether or not a competitor drug    09:18:04

5         is covered have an effect on Neurontin's     09:18:08

6         use for that condition -- for the            09:18:10

7         applicable condition?                        09:18:12

8    A.   Yes.                                         09:18:17

9    Q.   Now, we've been talking about insurance      09:18:19

10        coverage guidelines.  How about coverage     09:18:21

11        guidelines for PBMs?  Do you know what I'm   09:18:23

12        talking about when I say PBM?                09:18:25

13   A.   I do know what you're talking about when     09:18:27

14        you say PBM.  And, again, do you mean just   09:18:29

15        whether or not it's covered?                 09:18:32

16   Q.   I do.                                        09:18:34

17   A.   Okay.  Then the same way, must ensure that   09:18:35

18        a PBM is acting essentially as the insurer   09:18:41

19        for pharmaceuticals, so...                   09:18:43

20   Q.   How about the use of a prior authorization   09:18:45

21        program by a third-party payer for           09:18:53

22        Neurontin?                                   09:18:54

23   A.   If a third-party payer required prior        09:18:55

24        authorization, that would have an effect on  09:18:57

25        Neurontin prescribing.                       09:18:59

Page 334

| | | | |
|---|---|---|---|
| 1 | Q. | Do you know what a disease management | 09:19:00 |
| 2 | | program is? | 09:19:06 |
| 3 | A. | I do.  Do you? | 09:19:06 |
| 4 | Q. | Why don't I ask you to tell me what it is, | 09:19:08 |
| 5 | | at least as you understand it. | 09:19:12 |
| 6 | A. | Disease management programs are usually | 09:19:13 |
| 7 | | condition-specific, although sometimes | 09:19:15 |
| 8 | | they're more complex efforts to coordinate | 09:19:17 |
| 9 | | and improve the quality of care for people | 09:19:21 |
| 10 | | with chronic diseases, clearly. | 09:19:23 |
| 11 | Q. | Okay.  Would the implementation of a | 09:19:25 |
| 12 | | disease management program have an | 09:19:27 |
| 13 | | impact -- an implementation of a disease | 09:19:29 |
| 14 | | management program that offers guidelines | 09:19:31 |
| 15 | | in the treatment of the applicable | 09:19:35 |
| 16 | | condition have an impact on the use of | 09:19:37 |
| 17 | | Neurontin to treat that condition? | 09:19:40 |
| 18 | A. | Again, if that program had guidelines that | 09:19:41 |
| 19 | | were specific to Neurontin therapy, then | 09:19:45 |
| 20 | | that could have an effect. | 09:19:48 |
| 21 | Q. | Are you familiar with the term "academic | 09:19:51 |
| 22 | | detailing"? | 09:19:53 |
| 23 | A. | I am. | 09:19:54 |
| 24 | Q. | What does that mean? | 09:19:55 |
| 25 | A. | Academic detailing is an effort to inform | 09:19:55 |

| | | | |
|---|---|---|---|
| 1 | | physicians about pharmaceutical therapies | 09:20:00 |
| 2 | | generally, it could be on any topic, but | 09:20:04 |
| 3 | | pharmaceutical therapies in the same way | 09:20:06 |
| 4 | | that the industry does but using scientific | 09:20:08 |
| 5 | | data instead of commercial promotional | 09:20:12 |
| 6 | | information.  So it's one-on-one.  That's | 09:20:14 |
| 7 | | the important piece of it, is that it's | 09:20:18 |
| 8 | | peer-to-peer, one-on-one counseling. | 09:20:21 |
| 9 | Q. | Would the implementation of an academic | 09:20:22 |
| 10 | | detailing program on Neurontin have an | 09:20:29 |
| 11 | | impact on prescription behavior with | 09:20:31 |
| 12 | | respect to Neurontin? | 09:20:34 |
| 13 | A. | If such a program were targeting Neurontin | 09:20:35 |
| 14 | | use, then yes. | 09:20:38 |
| 15 | Q. | All right.  How about the availability of | 09:20:41 |
| 16 | | Neurontin on a hospital or insurance | 09:20:43 |
| 17 | | formulary? | 09:20:45 |
| 18 | A. | Whether it's on the formulary would be | 09:20:46 |
| 19 | | similar to whether it's covered, so yes, | 09:20:48 |
| 20 | | the same way. | 09:20:51 |
| 21 | Q. | And how about the availability of a | 09:20:51 |
| 22 | | competitor drug on a formulary, an | 09:20:54 |
| 23 | | insurance or hospital formulary? | 09:20:57 |
| 24 | A. | Yes, same. | 09:20:59 |
| 25 | Q. | How about a decision by a hospital to bar | 09:21:00 |

| | | | |
|---|---|---|---|
| 1 | | acceptance of samples by its professionals? | 09:21:03 |
| 2 | A. | Yes, I would expect that to have some | 09:21:05 |
| 3 | | effect. | 09:21:09 |
| 4 | Q. | How about a newspaper article reflecting | 09:21:09 |
| 5 | | concerns about improper promotion by | 09:21:13 |
| 6 | | defendants for off-label uses? | 09:21:16 |
| 7 | A. | I suppose that could have some effect as | 09:21:18 |
| 8 | | well. | 09:21:21 |
| 9 | Q. | And you're familiar with the Franklin case; | 09:21:21 |
| 10 | | you testified about that yesterday? | 09:21:25 |
| 11 | A. | Yes. | 09:21:27 |
| 12 | Q. | How about a news broadcast on the Franklin | 09:21:27 |
| 13 | | case; would that have an impact on doctors' | 09:21:30 |
| 14 | | prescribing behavior of Neurontin? | 09:21:33 |
| 15 | A. | Potentially. | 09:21:36 |
| 16 | Q. | How about an advertisement by a law firm | 09:21:38 |
| 17 | | seeking to recruit individuals who have | 09:21:40 |
| 18 | | taken Neurontin to file personal injury | 09:21:42 |
| 19 | | lawsuits against the defendants? | 09:21:44 |
| 20 | A. | I guess I'm not sure how those would get | 09:21:46 |
| 21 | | out to physicians, but if physicians saw | 09:21:51 |
| 22 | | such advertisements, possibly. | 09:21:55 |
| 23 | Q. | So am I correct that your model would need | 09:21:58 |
| 24 | | to at least consider whether to take into | 09:22:10 |
| 25 | | account each of the factors that we've just | 09:22:12 |