# EXHIBIT 18

1                    VOLUME 1 OF THE

2      VIDEOTAPED DEPOSITION OF JEFFREY S. BARKIN, MD

3

4              Wednesday, January 21st, 2009

5                      9:11 a.m.

6

7                      Held At:

8                Regus Business Center

9                 470 Atlantic Avenue

10               Boston, Massachusetts

11

12

13

14

15

16

17   REPORTED BY:

18   Maureen O'Connor Pollard, RPR, CLR, CSR

19

20

21

22

23

24

1   The group given the lithium did better than the

2   group given the placebo, and that was added to

3   an anti-depressant.

4        Q.    But sitting here today you can't

5   confirm that, in fact, there is Level 1 evidence

6   supporting the use of lithium to boost

7   anti-depressants?

8             MR. RONA:  Objection.

9        A.    I'd have to do a literature search.

10            BY MS. HARRIS:

11       Q.    So the answer is no?

12            MR. RONA:  Objection.

13       A.    I'd have to do a literature search.  I

14  can't answer yes or no.

15            BY MS. HARRIS:

16       Q.    I'm asking you sitting here today you

17  can't confirm that, in fact, there is Level 1

18  evidence supporting?

19            MR. RONA:  Objection.

20       A.    Correct.

21            BY MS. HARRIS:

22       Q.    Yet you prescribed it anyway for this

23  particular patient?

24       A.    The physicians, myself, colleagues do

1    prescribe medications off-label.

2        Q.    For which there may not necessarily be

3    Level 1 evidence supporting?

4            MR. RONA:   Objection.

5        A.    Sometimes there is and sometimes there

6    isn't.

7            BY MS. HARRIS:

8        Q.    Can you give me an example of another

9    drug that you might prescribe off-label?

10       A.    The practice of adding thyroid hormone

11   to an anti-depressant again to boost the effect

12   of the anti-depressant and the medication

13   non-responder is an off-label use, and yet there

14   is double-blind, placebo-controlled trials

15   supporting that use, even in the context of both

16   of those, the anti-depressants tested and the

17   thyroid hormone being generic.  So there is

18   Level 1 evidence there.

19       Q.    Can you give me another example?

20       A.    The addition of the drug Abilify to an

21   anti-depressant was common practice, and it was

22   FDA-approved just recently, within the past

23   year.  Another example of off-label in that case

24   becoming on-label, as an example.

1   grade depression, and that encompasses the Axis

2   1 or major mood disorders.  There are other

3   medical induced, you could have an affective

4   disorder, a mood disorder from different medical

5   causes, hypothyroidism.  Certainly you can have

6   a mood disorder from the use of substances, or

7   substance withdrawal, other medical causes like

8   Parkinson's disease and the like.

9        Q.    I think you've already testified that

10  patients can respond differently to the same

11  medicine; that's correct, right?

12       A.    Yes.

13       Q.    What that means then is that even an

14  FDA-approved medication may not work in every

15  patient for which it is indicated?

16       A.    Yes.

17       Q.    So the medicine can be demonstrated

18  effective in a Level 1 study but still not work

19  for a particular patient?

20            MR. RONA:  Objection.

21       A.    Yes.  The Level 1 study, Level 1

22  protocols define groups of people that respond

23  or not to a given treatment.

24            BY MS. HARRIS:

1    part of that protocol but don't carry over in

2    real life.

3            So for example, the exclusion of

4    patients with substance abuse may be part of

5    their protocol, but you wouldn't say to a

6    patient who has a history of substance abusive

7    "I've got this great treatment that works in

8    Level 1 trials, but sorry, buddy, you don't get

9    it because you have a drinking history."  That

10   doesn't make any sense.

11       Q.    So you use your clinical judgment in

12   that circumstance to determine whether or not

13   that's the appropriate medication?

14       A.    Yes.  And in that case you're being

15   guided by positive Level 1 data.

16       Q.    But you also would consider the

17   individual patient circumstances?

18       A.    Yes.

19       Q.    And what other medications that

20   patient is taking?

21       A.    I don't know, unless there's some, and

22   this is fortunately pretty rare, some sort of

23   really bad drug-drug interaction, which in

24   practical real clinical medicine is very

1    unusual.

2        Q.    And you would consider what medication

3    the patient has tried in the past?

4        A.    Yes.

5        Q.    And you would also consider

6    tolerability to the extent that it began to bear

7    on compliance?

8        A.    Yes.

9        Q.    You actually don't mention any of

10   those factors in your report about -- as factors

11   that go into the prescribing decision.  Is there

12   a reason that you excluded those?

13       A.    No.

14            MR. RONA:  Objection.

15       A.    My report is based on efficacy.

16            BY MS. HARRIS:

17       Q.    But the prescribing decision would be

18   based on those additional factors as well?

19            MR. RONA:  Objection.

20       A.    It doesn't really make sense to

21   discuss tolerability if the treatment doesn't

22   work.  So the first cut is "let's pick a

23   treatment that works, let's use a treatment that

24   works."

1    Neurontin in patients with bipolar disorder that

2    for the -- that really never saw the light of

3    day, and that the Defendants created a

4    perception of efficacy of Neurontin in bipolar

5    disorder without adequately disclosing their own

6    research and other research that shows that, in

7    fact, it is not efficacious.

8              BY MS. HARRIS:

9       Q.    That's not what I asked you.

10             I asked you if you're offering an

11   opinion on whether or not Neurontin was

12   effective in the individual Plaintiffs that had

13   bipolar and mood disorder in this case?

14             MR. RONA:  Objection.

15      A.    No.

16             BY MS. HARRIS:

17      Q.    So if the doctors for those individual

18   Class Plaintiffs concluded that Neurontin was

19   effective, you have no factual basis in which to

20   challenge their conclusions?

21             MR. RONA:  Objection.

22      A.    I've not thought about that.  My

23   opinions are described in my report.

24             MS. HARRIS:  Okay.  I think we're done

389

```
 1   08:21:23              UNITED STATES DISTRICT COURT
                             DISTRICT OF MASSACHUSETTS
 2                                     MDL Docket No. 1629
                                       Master File No. 04-10981
 3
                   **********************************
 4                 In Re:  NEURONTIN MARKETING, SALES
                   PRACTICES, AND PRODUCTS LIABILITY
 5                 LITIGATION,

 6                 **********************************

 7                 THIS DOCUMENT RELATES TO:

 8                 **********************************
                   HARDEN MANUFACTURING CORPORATION;
 9                 LOUISIANA HEALTH SERVICE INDEMNITY
                   COMPANY, dba BLUECROSS/BLUESHIELD OF
10                 LOUISIANA; INTERNATIONAL UNION OF
                   OPERATING ENGINEERS, LOCAL NO. 68
11                 WELFARE FUND; ASEA/AFSCME LOCAL 52
                   HEALTH BENEFITS TRUST; GERALD SMITH;
12                 and LORRAINE KOPA, on behalf of
                   themselves and all others similarly
13                 situated, v. PFIZER INC. and
                   WARNER-LAMBERT COMPANY.
14
                   **********************************
15
                   THE GUARDIAN LIFE INSURANCE COMPANY
16                 OF AMERICA v. PFIZER INC. and

17                 AETNA, INC. v. PFIZER, INC.
                   **********************************
18
                         SUPREME COURT OF THE STATE OF NEW YORK
19                             COUNTY OF NEW YORK
                   **********************************
20
                   In Re:  NEURONTIN PRODUCT LIABILITY
21                 LITIGATION

22                 ********************************** Index No.

23                 THIS DOCUMENT APPLIES TO:          765000/06

24                          ALL CASES
```

| 1  | 11:10:48 which is the best available that we have, I'm |
| 2  | 11:10:52 not aware of any low-ball populations of using |
| 3  | 11:10:57 less severe patients. |
| 4  | 11:10:58         BY MS. HARRIS: |
| 5  | 11:11:01   Q.   Isn't the Vieta study a study of |
| 6  | 11:11:03 patients who are non-refractory? |
| 7  | 11:11:06   A.   Yes.  The Vieta study is an |
| 8  | 11:11:09 interesting study, though these patients had a |
| 9  | 11:11:12 history of difficult bipolar disorder, at the |
| 10 | 11:11:15 study entry they were essentially well and |
| 11 | 11:11:18 euthymic. |
| 12 | 11:11:19   Q.   Putting aside your criticisms for the |
| 13 | 11:11:23 moment of the methodology in the Vieta study, |
| 14 | 11:11:27 that study -- in that study the authors conclude |
| 15 | 11:11:34 that there is statistically significant efficacy |
| 16 | 11:11:38 for gabapentin in treating that particular |
| 17 | 11:11:40 patient population, isn't that correct? |
| 18 | 11:11:42         MR. RONA:  Objection. |
| 19 | 11:11:43   A.   Within the stipulation of the subgroup |
| 20 | 11:11:47 that they used, yes.  But it was a subgroup |
| 21 | 11:11:49 analysis. |
| 22 | 11:11:50         BY MS. HARRIS: |
| 23 | 11:11:51   Q.   Understood. |
| 24 | 11:12:01         You can put that aside. |

606

| | | | |
|---|---|---|---|
| 1 | 15:34:51 | | MR. RONA:  Objection. |
| 2 | 15:34:52 | | BY MS. HARRIS: |
| 3 | 15:34:53 | Q. | Increase in relative risk? |
| 4 | 15:34:54 | A. | I'm not trying to make a statistical |
| 5 | 15:34:57 or quantitative analysis.  What I'm suggesting |
| 6 | 15:34:59 is at this point in time we do find an increase |
| 7 | 15:35:03 in relative risk which may or may not pan out to |
| 8 | 15:35:05 be of concern ultimately. |
| 9 | 15:35:12 | Q. | Did the FDA require any warning on the |
| 10 | 15:35:13 label based on this data? |
| 11 | 15:35:15 | A. | Not at the time, to my understanding. |
| 12 | 15:35:24 | Q. | Did you look at the label? |
| 13 | 15:35:26 | A. | When? |
| 14 | 15:35:27 | | MR. RONA:  Objection. |
| 15 | 15:35:28 | | BY MS. HARRIS: |
| 16 | 15:35:28 | Q. | Did you look at the label for |
| 17 | 15:35:29 Neurontin in connection with this application |
| 18 | 15:35:31 that was approved by the FDA? |
| 19 | 15:35:32 | A. | I may have some time ago. |
| 20 | 15:35:34 | | MR. RONA:  Just to be clear, by "this |
| 21 | 15:35:36 application" you're referring to the original |
| 22 | 15:35:37 NDA that was approved in December, 1993? |
| 23 | 15:35:41 | | MS. HARRIS:  The one that |
| 24 | 15:35:42 Dr. McCormick was evaluating and recommending. |

```
 1    15:35:44          MR. RONA:  I just want to make clear.

 2    15:35:45          MS. HARRIS:  Yes.

 3    15:35:46    A.    I do not have access to that PI.

 4    15:35:46          BY MS. HARRIS:

 5    15:35:51    Q.    Do you know whether the data relating

 6    15:35:52 to depression appears on the label?

 7    15:35:54    A.    I don't recall.

 8    15:35:56    Q.    Would you be surprised to know that

 9    15:35:58 the label, in fact, discloses the incidence of

10    15:36:00 treatment emergent depression?

11    15:36:01    A.    I'm not surprised, since as I

12    15:36:03 discussed, my sense is this is a safety signal,

13    15:36:07 and I'm glad that that was included in the PI.

14    15:36:09    Q.    So if the label includes it, then it

15    15:36:11 is publicly available, this data, correct?

16    15:36:14    A.    Once the drug was approved, yes.

17    15:36:23          (Whereupon, Barkin Exhibit Number 26

18    15:37:16          was marked for identification.)

19    15:37:16          BY MS. HARRIS:

20    15:37:20    Q.    Dr. Barkin, the court reporter has

21    15:37:21 handed you an exhibit that we've marked as

22    15:37:23 Barkin Exhibit Number 26.

23    15:37:28          Have you seen this document before?

24    15:37:30    A.    I don't believe I have.  I'm just
```

```
 1    15:37:36 looking at the date of submission from 2001.
 2    15:37:50   Q.   You're aware, aren't you, that the
 3    15:37:52 combined data from the epilepsy trials and the
 4    15:37:58 neuropathic pain trials for Neurontin actually
 5    15:38:01 show a higher rate of depression in placebo than
 6    15:38:06 in the patients on gabapentin?
 7    15:38:08        MR. RONA:  Objection.
 8    15:38:08   A.   I was not aware of that.
 9    15:38:10        BY MS. HARRIS:
10    15:38:10   Q.   Did you review Dr. McCormick's
11    15:38:13 affidavit?
12    15:38:14   A.   I did some time ago.
13    15:38:16   Q.   Did you review Dr. McCormick's
14    15:38:27 affidavit before you wrote your report?
15    15:38:29   A.   I did.
16    15:38:29   Q.   Would you agree when you have a larger
17    15:38:34 data set on which to look at treatment effects
18    15:38:39 the results are stronger?
19    15:38:41        MR. RONA:  Objection.
20    15:38:42   A.   I don't know if one could say the
21    15:38:43 results are stronger or weaker, but it does
22    15:38:46 advance the data set.
23    15:38:47        BY MS. HARRIS:
24    15:38:51   Q.   So you don't disclose or discuss in
```