# EXHIBIT 19

1       VOLUME 1 OF THE VIDEOTAPED
2     DEPOSITION OF THOMAS L. PERRY, MD
3
4
5
6       Friday, January 23rd, 2009
7              9:09 a.m.
8
9
10
11           Hare & Chaffin
12          160 Federal Street
13         Boston, Massachusetts
14
15
16
17
18   REPORTED BY:
19   Maureen O'Connor Pollard, RPR, CLR, CSR
20
21
22
23
24

Page 336

1   Q.   Let me read that again just to make it   17:31:55
2   clear.   17:31:58
3        You'd agree with me that it's not   17:32:04
4   categorically inappropriate to recommend   17:32:06
5   Neurontin as a first-line treatment for -- I got   17:32:08
6   it wrong again.   17:32:10
7        You'd agree with me that it's not   17:32:12
8   categorically inappropriate to recommend   17:32:14
9   Neurontin for treatment of neuropathic pain?   17:32:15
10        MR. RONA:   Same objection.   17:32:17
11   A.   I can neither agree nor disagree.   I   17:32:18
12   really need to see the nature of the document   17:32:23
13   and what they said.   17:32:25
14        BY MR. POLUBINSKI:   17:32:26
15   Q.   I'm not talking about the document at   17:32:26
16   this point, I'm just talking about --   17:32:28
17   A.   I need to see what anybody says.   17:32:29
18   Q.   Okay.   17:32:31
19   A.   If a doctor says "look, I want you to   17:32:31
20   try this, in clinical trials it seems to have a   17:32:42
21   negligible effect on average, and it looks like   17:32:47
22   in clinical trials in a selected patient group a   17:32:53
23   small minority of people get what might be   17:32:59
24   useful effect but it's roughly balanced by the   17:33:01

```
1    number of people who get some toxicity, if you          17:33:04
2    want to try it I'm prepared to give you a               17:33:08
3    prescription," you know, that could be okay.            17:33:10
4            That's a different matter from a                17:33:17
5    company or a health care agency like the VA or          17:33:18
6    Kaiser or people who define themselves as               17:33:23
7    experts and purport to tell others how they             17:33:29
8    should conduct their medical practice, say,             17:33:32
9    because the consequences are quite different.           17:33:34
10       Q.   Okay.  So for some patients, though,           17:33:36
11   Neurontin is an appropriate treatment for               17:33:41
12   neuropathic pain, correct?                              17:33:43
13           MR. RONA:  Objection.                           17:33:45
14           Did you say an appropriate or                   17:33:46
15   inappropriate?                                          17:33:50
16           MR. POLUBINSKI:  An appropriate.                17:33:51
17       A.   An, A-N, appropriate?                          17:33:51
18           BY MR. POLUBINSKI:                              17:33:53
19       Q.   Yes.                                           17:33:53
20           MR. RONA:  Objection.                           17:33:53
21       A.   It could be reasonable to try it.  You         17:33:55
22   know, it wouldn't be the first thing I would            17:34:01
23   try.                                                    17:34:03
24           BY MR. POLUBINSKI:                              17:34:05
```

1          VOLUME II of the VIDEOTAPED
2        DEPOSITION OF THOMAS L. PERRY, MD
3
4
5        Saturday, January 24th, 2009
6               9:07 a.m.
7
8
9
10              Held At:
11           Hare & Chaffin
12         160 Federal Street
13         Boston, Massachusetts
14
15
16
17
18   REPORTED BY:
19   Maureen O'Connor Pollard, RPR, CLR, CSR
20
21
22
23
24

1  monotherapy in treating neuropathic pain?
2      A.   I'm aware of the Watson trial, and I'm
3  afraid I don't recall off the top of my head
4  whether I've seen other trials in what could
5  legitimately be regarded as neuropathic pain.
6      Q.   Is the Watson trial cited in your
7  report at all?
8      A.   I don't think so, no.
9      Q.   Can you tell me when it was published,
10 approximately?
11     A.   I think 1998, 2000.  It's cited in the
12 report of Dr. Bird or Brenner or both, and it's
13 widely cited elsewhere, sometime in that period
14 after 1996 and before 2004, or roughly.
15     Q.   What conditions did, to the best of
16 your recollection, did the Watson trial study?
17     A.   I can answer that if you loan me
18 Dr. Bird's or Brenner's opinion, because the
19 title of the reference tells you that.  I can't
20 remember if it was painful diabetic peripheral
21 neuropathy or postherpetic neuralgia.
22     Q.   Why don't we circle back to it later,
23 I think.
24          Would you agree with me, following up

Case 1:04-cv-10981-PBS   Document 1786-6   Filed 05/20/09   Page 7 of 8

Page 364

1  on I think your last lengthy answer, would you
2  agree with me that long experience has taught
3  that only DBRCTs offer reliable evidence?
4           MR. RONA:  Objection.
5      A.   No.
6           BY MR. POLUBINSKI:
7      Q.   If we turn to Page 6 of your report.
8  I'd like to look at the last sentence in the
9  carryover paragraph at the top of Page 6 which
10 reads "long experience has taught that only
11 DBRCT offer reliable evidence."
12          Is that a sentence that you would
13 withdraw at this point from your report?
14     A.   No, but I would look at it in context.
15 And allow me a moment to just re-read the whole
16 paragraph.
17          (Witness reviewing document.)
18     A.   I think you have to see this, that
19 final sentence, quote unquote, "long experience
20 has taught that only DBRCT offer reliable
21 evidence," in the context of the whole paragraph
22 where what I'm discussing is how I am going to
23 attempt to assess the efficacy and effectiveness
24 of gabapentin for various pain syndromes.

1        BY MR. POLUBINSKI:

2    Q.    So you apply a different standard for
3   gabapentin versus opioids?

4        MR. RONA:  Dr. Perry, had you
5   completed your answer?

6        THE WITNESS:  Yes.

7        MR. RONA:  Okay.

8    A.    No.  Ideally one would apply the same
9   standard.

10        The difference is that we have,
11   because of modern licensing law and modern
12   practice for, modern experimental practice for
13   newer drugs, we have much more evidence than we
14   have for -- we have much -- I'm sorry for newer
15   drugs we have much more evidence from clinical
16   trials than we do for older drugs.

17        We don't, for example, have much
18   evidence about the use of oxygen to raise blood
19   oxygen content in people who are hypoxemic, but
20   we all know that if a patient is blue and we
21   apply an oxygen mask they become pink usually,
22   and we had virtually no evidence about blood
23   transfusion, but we all know that if a patient
24   is bleeding to death and we can get blood into