# EXHIBIT 21

```
 1    - - - - - - - - - - - - - - - - - - - - - - - -x
 2    THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v.
 3    PFIZER, INC. and AETNA, INC. v. PFIZER, INC.
 4    - - - - - - - - - - - - - - - - - - - - - - - -x
 5
 6              SUPREME COURT OF THE STATE OF NEW YORK
 7                         COUNTY OF NEW YORK
 8                                      Index No. 765000/06
 9    - - - - - - - - - - - - - - - - - - - - - - - -x
10    In Re: NEURONTIN PRODUCT LIABILITY LITIGATION
11    - - - - - - - - - - - - - - - - - - - - - - - -x
12    THIS DOCUMENT APPLIES TO ALL CASES:
13    - - - - - - - - - - - - - - - - - - - - - - - -x
14
15
16
17          VIDEOTAPED DEPOSITION OF JOHN D. ABRAMSON, M.D.
18                     Tuesday, January 20, 2009
19                       9:09 a.m. to 6:24 p.m.
20                       Regus Business Center
21                        470 Atlantic Avenue
22                        Boston, Massachusetts
23
24              Reporter:  Lisa A. Moreira, RDR, CRR
```

1  Q. In the section beginning with Paragraph 122,
2  and Page -- Paragraph 131 on Page 54, Footnotes 187
3  and 188.
4  A. I'm sorry?
5  Q. I was referring to two reviews conducted by
6  Carta and Carey that are cited at Paragraph 131 on
7  Page 54.
8  A. Yes.
9  Q. Simply the question is, you reviewed those
10 reviews; is that correct?
11 A. Yes.
12 Q. And you used them as evidence, in your view,
13 that Neurontin is ineffective for bipolar disorder;
14 is that correct?
15 A. That's not correct for Paragraph 131. I'm
16 not using the article to show that Neurontin is
17 ineffective. I'm using the article to show that the
18 article's -- I'm using the review to show that the
19 authors of the review concluded that most of the --
20 that there were -- the preponderance of the so-
21 called scientific evidence published between 1997
22 and 2007 were uncontrolled case series and single
23 cases, and the authors of the review article said
24 that these uncontrolled case series and single case