# EXHIBIT 22

```
 1                    CONFIDENTIAL
 2   STATE OF NEW YORK
 3   COUNTY OF NEW YORK
 4   -------------------------------x
 5   IN RE NEURONTIN PRODUCT
 6   LIABILITY LITIGATION            Index Number 765000
 7   -------------------------------x
 8
 9
10
11        VIDEOTAPED DEPOSITION OF NANCY MANCINI
12                 New York, New York
13                   July 10, 2007
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    CONFIDENTIAL
 2    vendors for secondary sources that I can't think
 3    of their names as of --
 4         Q    Which, if any, of these types of data
 5    did you use on a regular basis to support the U.S.
 6    Neurontin team?
 7         A    IMS and Scott Levin.
 8         Q    Any particular product for Scott
 9    Levin?
10         A    There are two products, one was the
11    PDDA product and another product that was their
12    promotional database, I think it was called Nova
13    or Vector, as I mentioned earlier, and that had
14    their sampling and detailing spending for
15    Neurontin and its -- and the AED market.
16         Q    Do you know how Scott Levin gathered
17    the data that makes up the PDDA product?
18         A    To my knowledge, it's been a long
19    time since I looked at this or had training on
20    this, but basically, Scott Levin would have a
21    sample of physicians that would record, maybe,
22    like on a weekly basis a diary of patients that
23    came in the office for that particular week or say
24    a day or two, they would track what -- the
25    patient's visits, what their diagnosis was and
```

1           CONFIDENTIAL
2   what treatments they prescribed and so forth, and
3   then that information was extrapolated and
4   projected on out to -- that became the audit for
5   PDDA.
6       Q    To you, as a market researcher, were
7   there any limits on the use of PDDA data?
8            MS. MAC GREGOR:  Objection.
9       A    For PDDA, like with all audited data,
10  there is caveats to each of the audited data.  In
11  this particular case, because this sample size and
12  the data was, we considered, very thin, we would
13  always have to look at the PDDA data or looking at
14  use data for a long period of time, basically 12
15  months.  You want to look at data for a full year,
16  because the data is so thin, and you only want to
17  use it more on a directional, directional basis,
18  just to provide some direction of how physicians
19  are writing a particular product and for what
20  disease state.
21      Q    Did PDDA data provide the indication
22  for which any specific identified individual
23  physician prescribed Neurontin?
24      A    I'm sorry.  Can you repeat that
25  question?