# EXHIBIT 23

```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
    -------------------------------X
    In re: NEURONTIN MARKETING       MDL Docket No. 1629
    SALES PRACTICES AND PRODUCTS     Master File No.
    LIABILITY LITIGATION             04-10981
    -------------------------------X


       CONTINUED DEPOSITION OF DRUSILLA SCOTT, Ph.D.
                  New York, New York
                  December 13, 2007
                       Volume II
```

Reported by:
Bonnie Pruszynski, RMR

1          Drusilla Scott, Ph.D.
2  and the question that was asked to you is, well,
3  did that just deal with patent safety.  Do you
4  recall that question?
5       A     Yes, I do.
6       Q     Now, in the language that I just
7  read, what does the word "efficacy" mean in this
8  particular paragraph?
9            MR. GUNTER:  Objection.
10      A     It means that gabapentin was shown to
11 be effective in the management of post-herpetic
12 neuralgia over the dose range of 1800 milligrams
13 to 3600 milligrams per day.
14      Q     That final sentence, "additional
15 benefit of using doses greater than
16 1800 milligrams a day was not demonstrated," does
17 that show that the approved dosage is not
18 3600 milligrams a day?
19      A     No.
20            MS. DALEY:  Objection.
21      Q     How do you know that?
22      A     There are some other places in the
23 label that show that.  We could also go back to
24 the draft labeling and our discussions with FDA.
25 And there are other labels for other products

Page 666

1               Drusilla Scott, Ph.D.
2  where it's very clear when something is a maximum
3  dose, but I think maybe the most definitive place
4  in the labeling is in the dosage and
5  administration section.
6       Q    Okay.
7       A    Which is on page 332 and 333, table
8  five.
9       Q    Would you kindly refer to us what you
10 believe supports that the approved dosage is up to
11 3600 milligrams on page -- what page did you say?
12      A    33. Starts on 32, then goes to 33.
13      Q    Okay. Can you point that out for us?
14      A    If you look at the first line of that
15 table, where it talks about people with normal
16 renal function, which is people with creatinine
17 clearances of 60 milliliters per minute and above.
18 It gives a total daily dose range from 900 to
19 3600 milligrams per day. Then it calculates how
20 that should be dosed with normal renal function.
21 You can see that maximum dose for people with
22 normal renal function is 3600 milligrams per day.
23 Then that is calculated for people with lower
24 amounts of renal function, because they would need
25 less medication.

Case 1:04-cv-10981-PBS   Document 1786-10   Filed 05/20/09   Page 5 of 5

Page 667

1           Drusilla Scott, Ph.D.
2      Q      Based on your 22 years' of experience
3   as a regulatory affairs professional, do you
4   believe that the FDA would have allowed this 3600
5   dosage to be indicated on page 33 if 3600 was not
6   the approved dosage?
7           MS. DALEY:  Objection.
8           MR. ROSENKRANZ:  Objection.
9      A      No.
10     Q      Now, you mentioned that you thought
11  there was other potential places in the labeling?
12     A      Yes.
13     Q      First of all, let's look at the page
14  12.
15     A      Of the approved labeling?
16     Q      The section for drug interactions.
17  Well, rather than me try to find these places, why
18  don't you point us out if there are any other
19  places in the labeling that you feel that support
20  that 3600 is the approved dosage?
21     A      Okay.  I will just look through it
22  then.
23           There are a few places, I just have
24  to find the pages.
25           If we go to page 16 on drug

Doerner & Goldberg New York * A Veritext Company
1350 Broadway * New York, NY 10018 * 212-564-8808