# EXHIBIT 25
# Part II

1. The Reckless study (945-224), a placebo-controlled multinational study in patients with painful diabetic peripheral neuropathy, was conducted to compare the safety and efficacy of three doses of Neurontin. A subset of patients entered a 4-month open-label extension.

2. Dickersin and Abramson suggest there was a delay in the publication of the results from the 945-224 study because it failed its primary endpoint. But the study did show efficacy of Neurontin in some of its secondary endpoints, including statistically significantly superior results favoring gabapentin 1200 mg/day with respect to response rates, a number of quality of life parameters, Clinician's Global Impression of Change (CGIC) scores, and favoring gabapentin 1200 mg/day and 2400 mg/day with respect to sleep interference scores.[RR 720-04130] And contrary to Dickersin's opinion that these results were suppressed, they were rapidly communicated to the study investigators.[Pfizer_LeslieTive_0020946] The results were then submitted to at least two highly-rated journals (*Diabetic Medicine* and *Diabetologia*) and rejected.[TiveDep,p.875]

3. In making these allegations, Dickersin and Abramson ignore the fact that it is ultimately a journal's decision whether to publish a manuscript and that a journal is less likely to publish studies with negative or mixed results. In my experience, journals make publication decisions based on the quality of the submitted manuscript and issues such as limited space and the interests of their readers.

4. The results were included as part of a review article of Neurontin dosing in neuropathic pain treatment.[Backonja/Glanzman] The outcomes were accurately reported and match the study report findings.

I. The Nociceptive Pain Studies

1. The clinical development plan for CI-1032, a combination product of gabapentin with naproxen sodium[Pfizer_MPierce_0000704] and for CI-1035, a combination product of gabapentin with hydrocodone[Pfizer_MPierce_0000733] make it clear that Parke-Davis and Pfizer were investigating the possibility of new, combination drugs to treat nociceptive pain. Parke-Davis' primary goal listed in the Exploratory Clinical Development Plan for CI-1032 was to "[i]dentify a fixed dose combination which is either superior to commonly used doses of naproxen sodium and/or ibuprofen in specific models of acute pain OR equivalent to naproxen sodium and/or ibuprofen with a favorable adverse even profile as well as a favorable global patient evaluation." Likewise, the Gabapentin-hydrocodone Analgesia: Clinical Development Plan for Exploration and Registration (for CI-1035) indicates that the purpose of these studies was to focus "on the exploratory development of a combination of gabapentin and the opioid hydrocodone." In six completed clinical studies 1032-001, 1032-002, 1032-003, 1032-004, 1035-001, and 1035-002, the separate components were studied separately and combined to treat nociceptive pain.

26

These studies were intended to explore the possibility of developing a combination product.

2. Dickersin's allegations regarding the nociceptive pain studies are unjustified. Dickersin misleadingly implies that these studies were designed to test the efficacy of Neurontin, which was clearly not the case. Ultimately, development of these combination drugs was not pursued, thus explaining why the results were never formally published.

3. These exploratory results, using doses of gabapentin below those being used to treat real patients with epilepsy and with study designs not relevant or informative to the healthcare community, need not be published by the standards of good publication practice existent in 2000 nor even using today's standards. Such early work is often called hypothesis generating and is conducted to lead the way to potential further, larger studies. Those larger studies and that combination product were never pursued.

4. Furthermore, Dickersin mischaracterizes the nociceptive pain studies as negative studies, when, in fact, the studies showed some positive results regarding Neurontin. The results of the study on a combination of Neurontin and hydrocodone in patients with post-operative dental pain suggested that gabapentin actually potentiated the analgesic effects of hydrocodone.[RR720-04378,p.9,58] Similarly, the results of a study on a combination of Neurontin and naproxen sodium showed that gabapentin may potentiate the analgesic effects of naproxen sodium.[RR720-04455,p.49]

J. Dr. Wessely's Study and Publication

1. The Wessley study (879-200) was conducted from 1985 to 1988 by Goedecke AG, a Warner-Lambert subsidiary in Germany and Austria, using prophylactic doses of gabapentin 900 mg/day to prevent migraine.

2. The allegations by Dickersin that the reporting of the Wessely study demonstrated publication bias and biases of selective analyses and spin[Dickersin,p.24] are without merit. Very early Phase II hypothesis-generating studies conducted prior to product approval are often not published. Furthermore, this exploratory study of migraine efficacy was poorly designed: the baseline of pre-treatment headache frequency, against which the treatment frequency was to be compared, was collected by retrospective recollection at the first visit of the number of migraine attacks over the last 3 months instead of during a run-in period.[RR4301-00066,p.4] Nevertheless, preliminary data from the first 45 of 87 patients were published in 1987 as a brief report or abstract.[Wessely,Cephalalgia1987:7]]

3. Contrary to Dickersin's allegations of reporting biases, Wessely did choose to report the primary outcome (the reduction in number of migraine attacks). According to Wessely's first sentence about results: "The frequency of migraine attacks was reduced from 6.5 to 4.1 per month in the Gabapentin-group and from 4.3 to 4.0 in the placebo group." [Wessely,Cephalalgia1987:7] That's reporting the primary outcome, and the primary endpoint was reported first.

27

K. Dr. Wang's Study and Publication

1. The Wang study (945-250) may have been an investigator-initiated pilot study; it evaluated adjunctive Neurontin therapy for bipolar disorder with dose escalation to 3600 mg/day in an open-label design.

2. Dickersin's claims of spin and design bias[Dickersin,p.26] are without basis. The decisions regarding design and reporting of this study were Wang's, not Pfizer's. Furthermore, Dr. Wang's conclusion has been lifted out of context. He stated "Open adjunctive GBP was effective and well tolerated in patients with mild to moderate bipolar depression. This open pilot study must be viewed with caution, and randomized controlled studies are warranted."[Wang,BipolarDisord2002;4:296] Note the word "open" used twice and his statement "was effective" rather than "is effective" as Dickersin incorrectly states.[Dickersin,p.26] The use of "was" indicates that Wang was speaking of this trial and this trial only. The fact that the primary outcome (decrease in HDRS from baseline) was significant led him to reach that conclusion, which was correct and was correctly put into context.

L. Dr. Caraceni's Study and Publication

1. This double-blind, placebo-controlled study was conducted from 1999 to 2002 by the Italian and Spanish subsidiaries to evaluate Neurontin as an adjuvant analgesic for cancer patients with neuropathic pain not controlled by opioids. In 2004, the results were published in the premier cancer journal, *Journal of Clinical Oncology*.

2. Dickersin's accusations of misrepresentation and reporting bias are without merit. Her point about differences in the study initiation date between study report and publication could reflect both the true date of site initiation and the true date of first patient visit. More importantly, the publication presented an even more rigorous approach to the primary efficacy outcome than had the study report by presenting results from both the ITT (n=120) and the modified ITT population (n=115) instead of just the latter, both of which were significantly positive for Neurontin. This is not a case of reporting bias or misrepresentation.

M. Dr. Gomez-Perez's Study and Publication

1. This open-label crossover trial was conducted in Latin America to evaluate the relative efficacy and safety of a fixed Neurontin dose (900 mg/day) versus a dose titrated up to a maximum of 3600 mg/day in treating painful diabetic peripheral neuropathy. For the primary efficacy endpoint, percent change from baseline in endpoint mean pain scores, the titrated dose group had significantly greater improvement than the fixed dose group.

2. The allegations of bias and ghost authorship by Dickersin and Abramson are without merit. Gomez-Perez cited Serpell correctly to confirm gabapentin's efficacy in treating painful neuropathy (see Serpell). The writers at Medical Action Communications and Fallon Medica were properly acknowledged in the publication. This open-label trial is not

a case of design bias but of selection of a less rigorous and less-costly alternative versus a more rigorous design, and the optional titration arm was planned to allow investigator and patient to decide to increase the dose if sufficient analgesia had not been achieved and to decrease the dose to reduce side effects. It would have been difficult to blind this study. The authors are transparent about the open-label study design. And Dickersin's accusation that CNS side effects could unmask patients to active intervention[Dickersin,p.32] is perplexing, since the patients are not masked.

N. Dr. Dallocchio's Study and Publication

1. This study was an open-label pilot study. According to the publication, 25 patients with painful diabetic neuropathy were randomized to receive either Neurontin (titrated from 400 to 2400 mg/day) or amitriptyline (titrated from 10 to 90 mg/day) for 12 weeks. The primary efficacy parameter was pain score at the last visit, and Neurontin was significantly more effective than amitriptyline.

2. Dickersin's assertions of design bias and citation bias lack support. As previously stated, there is a place for open label trials in drug development, particularly with small pilot studies. It is not a case of design bias but of selection of a less rigorous, less costly alternative versus a more rigorous design. In this study, blinding would have required a double-dummy design, necessitating developing a placebo to match both Neurontin and amitriptyline. Dickersin also faults Dallocchio et al for not citing the report of Morello showing no difference in pain relief between Neurontin and amitriptyline.[Dickersin,p.32] That is insupportable, since the Morello paper was published in September 1999 and the Dallocchio paper was accepted in November 1999 and probably submitted months before.

O. Unpublished Studies (945-217 and 945-1008)

1. Dickersin and Abramson overstate their accusation of publication bias and withholding scientific evidence from the biomedical community through nonpublication of negative results. Of the 15 trials singled out in their reports evaluating Neurontin for treatment of neuropathic pain, migraine, and bipolar disorder, two were not published, one that demonstrated efficacy in the primary endpoint (945-1008) and one that did not (945-217).

Pursuant to 18 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of December, 2008.

Elizabeth A. Field, Ph.D.

30

# APPENDIX A

**Elizabeth Ann Field, Ph.D.**

---

**SUMMARY OF QUALIFICATIONS**
- President and Founder of Field Advantage Medical Communications, LLC, a medical communications consulting company serving the pharmaceutical and biotech industry
- Global Director of Medical Communications, EMD Pharmaceuticals, establishing departments of Medical Publications, Medical Information, and Medical Writing
- Author and speaker on Publication Planning and Publication Ethics
- Global Director of Glaxo Wellcome Medical Publications, leading increases in staff, staff quality, and scope; improvements in productivity and cycle time; and development of 3 databases
- Author of manuscripts and clinical submission documents as first author, secondary author, and medical writer
- Project leader of 3 clinical research programs overseeing Phase I, II, III, and IV studies
- Clinical leader for the submission, review, and approval of the Flonase NDA
- Leader of developmental and reproductive toxicology programs in 3 species
- Researcher in neuropharmacology, establishing neuroendocrine pathways in the development and aging of female reproductive systems
- Faculty member of University of North Carolina member campus, teaching undergraduate and graduate level biology

**PROFESSIONAL ACHIEVEMENTS**

Medical Communications – Field Advantage Medical Communications, LLC
- Founded a new medical communications company based in Chapel Hill, NC, planning and writing communications in oncology, respiratory medicine, cardiology, critical care medicine, endocrinology, reproductive medicine, and neurology/psychiatry
- Assisted pharmaceutical companies by leading publication strategy, facilitating and leading publication teams, and overseeing publication plan development and implementation
- Wrote clinical manuscripts, abstracts, and posters for pharmaceutical clients that were submitted and accepted in peer-reviewed journals and congresses
- Project managed the review and revision of all drafts of publications for pharmaceutical clients to strict timelines
- Consulted with a major medical communications agency, providing training on best practice
- Worked on behalf of a medical communications agency as Medical Director for a major pharmaceutical company communications project, leading and overseeing the development of scientific communications and ensuring accurate and impactful content
- Partnered with graphics, statistics, and other writing agencies to create increased capabilities
- Coordinated and reviewed communications from a major congress for pharmaceutical client
- Oversaw medical writing agencies to edit, update, finalize and submit stalled communication projects for a major pharmaceutical company
- Oversaw database mining project, leading expert panel and statistical output generation to generate new publications for pharmaceutical client

## Elizabeth Ann Field, Ph.D. - page 2

Medical Communications – EMD Pharmaceuticals (US affiliate of Merck KGaA)
- Established a new Medical Communications function within Merck KGaA Global Medical Affairs with component departments of Medical Publications, Medical Information, and Medical Writing
- Developed and chaired global cross-functional product Publication Teams and Publication Strategies/Plans for 10 corporate products
- Led a Global Task Force (TRUST) that developed and posted a corporate policy and SOPs for clinical trial registration and results disclosure
- Was the US nominee for the corporate innovation award (for the TRUST project)
- Developed a Publication Toolkit of 18 publication-related SOPs, guidelines, forms, and templates for easy access and use by Global Clinical R&D
- Enabled the submission, publication, and tracking of over 60 manuscripts, abstracts, and book chapters per year reporting clinical trial results of Merck/EMD products
- Designed web-accessible draft publication review sites for product publication teams
- Designed and launched a Microsoft Access contractor and project tracking system
- Participated in a pilot project to establish a Global Call Center for distribution of medical information to healthcare professionals
- Led a Global Task Force to collect and evaluate current delivery of medical information in each affiliate and to recommend best practice in 2002/3
- Received top-priority funding to lead a Global R&D Medical Information Initiative in 2004
- Created processes for development of global medical information documents on new products and proposals for a global team of medical information professionals
- Created a centralized database for storage and global access of medical information documents on top priority products
- Established an EMD medical library through site access to the top oncology, general, diabetes, cardiovascular and lipid journals and access/training to Merck Scientific Library services
- Established a Medical Regulatory Writing Skills Center to develop protocols, clinical study reports, investigator brochures, INDs, NDAs, BLAs, etc. and hired an Assistant Director of Medical Writing Services
- Oversaw the creation of an Author's Manual for regulatory writing projects and designed a website for distribution of its contents to all employees
- Led a task force that developed a US process for clinical study report production
- Established contracts with freelancers, CROs, and medical communication agencies to provide publication planning, medical information, and medical writing support
- Provided daily pharmaceutical, therapeutic, and business-related news to the company via the intranet

Medical Communications – External Organizations
- Co-founded the International Society of Medical Publication Professionals (ISMPP) in 2005 with others from the pharmaceutical industry, served as Chair of the Ethics Committee and on the Board of Directors, and co-authored the Member Ethics Principles
- Delivered addresses or participated in panels at ISMPP Annual Meetings in 2005-2007
- Published "Good Publication Practice for Pharmaceutical Companies" in 2003
- Delivered addresses entitled "Good Publication Practices (GPP) for the Pharmaceutical Industry" and "A Toolkit for the Clinical Research Team: Publishing the Results of a Clinical Trial" at 2 PEA-sponsored national Publication Planning meetings
- Spoke on 2003 DIA panel on Careers
- Taught AMWA course "Ethics of Authorship and Editorship"
- Served on AMWA Task Force on Ghostwriting
- Cowrote in 2001 (with a cross-industry Working Party) "Good Publication Practice: guidelines for pharmaceutical companies", which was adopted by 8 major companies
- Wrote 2 accepted abstracts on journal timeliness and departmental performance metrics for International Peer-Review Congress and DIA, respectively
- Organized DIA symposium on medical writing for 2001 Annual Meeting

**Elizabeth Ann Field, Ph.D. - page 3**

Medical Publications -- GlaxoSmithKline
- Developed and agreed with principle stakeholders and upper management the reorganization of a new Medical Publications department in the merged GlaxoSmithKline company, designed to develop primary and secondary manuscripts from all globally funded Phase 2-4 clinical studies
- Recruited and hired new staff, including 4 site directors, to build a 40-member department at 4 locations in the US and UK
- Presented and recommended endorsement of industry-wide Good Publication Practices (GPP) to the New Product Development Executive Committee and the R&D Executive Committee
- Wrote and implemented company-wide interim publication approval policy
- Led task force, liaising with each new therapeutic leader and communication director, to develop new paradigm for publication strategy team format and responsibilities

Medical Publications -- Glaxo Wellcome
- Led department in developing medical publications in peer-reviewed journals reporting primary/secondary results and reviews of major Glaxo Wellcome clinical studies on 22 drugs (all of Glaxo Wellcome's blockbuster and priority programs)
- Developed and managed $3 mil budget for global Medical Publications department, including all infrastructure (personnel, travel, training/development costs, equipment) and external costs
- Hired, directly supervised, and conducted quarterly performance reviews for 7 direct reports and oversaw performance review for 18 other employees (not direct reports) of Medical Publications department
- Developed training and mentorship program for all new employees, with online training manual, weeklong coursework, and individual peer mentors
- Participated in monthly cross-therapeutic Communication Forum to develop best practice and common systems for all GW external clinical communications
- Oversaw design, development, and implementation of a 102-step process map and working practice to guide management of Medical Publications projects
- Led process improvement initiative for Medical Publications, resulting in improvements over 2 years of 32% for productivity, 80% for timeliness and 27% for cost (hours spent)
- Led development of approximately 150 new manuscripts per year
- Quadrupled size of department from 6 to 24 in two years
- Established a UK Medical Publications department
- Established and implemented a US Medical Publications Residency Program for 1-year post-doctoral residents
- Developed a publication tracking database, producing automated monthly status reports and metrics on manuscript development cycle times
- Developed a time tracking database, producing metrics on hours spent per manuscript draft, hours spent managing contract writers and overhead hours and ensuring correct chargeback and competitive pricing in alternative support models for Medical Publications department
- Developed a contractor database to track contact information, experience, expertise, cost, and payment
- Wrote and implemented GW Publication Policy (ethical practices) and participated in development of GW Publication Approval Policy and Authorship Guidelines
- Led company workshops on manuscripts for peer-reviewed biomedical journals
- Personally wrote and developed publications, including abstracts and manuscripts, in support of Lamictal, Wellbutrin, and Zyban
- Organized and facilitated cross-functional matrix publication strategy teams for Lamictal, Wellbutrin, and Zyban, determining and tracking project deliverables, timelines, resourcing, and prioritization

Clinical Research
- Designed clinical research programs and managed clinical teams in conducting successful Phase I, II, III and IV trials showing the safety and efficacy of 3 new drugs (Flonase, Flovent HFC MDI, Flovent Diskus) to treat rhinitis and asthma

[S:RESPIR:CVAPPRAI:BFIELDCV.DOC/WP]

**Elizabeth Ann Field, Ph.D. - page 4**

- Led and managed global cross-functional MPG (Medical Project Group) with membership from clinical research, clinical pharmacology, data management, biostatistics, regulatory affairs, commercial, clinical supplies, medical writing, and health outcomes
- Led MPG in developing Clinical Development Plan for US clinical program and managing program timelines, budgets, and deliverables
- Led clinical compilation, submission and support of Flonase NDA and negotiated with FDA medical reviewers to achieve successful labeling and approval
- Pioneered cost-cutting measures such as standardized investigator budgets and in-house CRF production
- Wrote Clinical Study Reports and sections of ISS, Clinical Pharmacology, and Summary Volume for Flonase and Flovent NDAs
- Co-authored 38 publications/abstracts of clinical trial results in peer-reviewed journals
- Made presentations at external international respiratory meetings
- Participated (with clinical key opinion leaders) in international symposia with subsequent development of publications from symposium proceedings
- Served as an effective member representing US clinical interests on 3 international project teams (Flonase, Flovent, non-CFC propellant project)
- Negotiated clinical grants with principal investigators for approximately 20 clinical trials and oversaw all grant payments
- Developed new strategies for driving patient enrollment and meeting timelines
- Led NDA submission team for Flovent Diskus, developing and delivering TOCs, team responsibilities, timelines, and project plans for all clinical study reports, integrated efficacy and safety summaries, study tables, preclinical summaries, clinical pharmacology summaries, and other NDA sections
- Hired, directly supervised, and conducted quarterly performance reviews for 8-12 clinical research scientists overseeing all clinical trials for 3 different US clinical programs
- Hired and directly supervised in-house contract monitors and contract data management personnel
- Led task force which developed Glaxo Contract Management department designed to select and oversee CROs in conducting clinical trials
- Set project scope and negotiated 12 major contracts for multicenter clinical trials to contract research organizations, overseeing project budgets and timelines
- Developed and managed total budget for respiratory clinical research department at US Glaxo Wellcome, including clinical grant payments and CRO payments (1993/4)
- Presented project plans, results, and recommendations to senior management in formal and informal meetings and to pre- and post-study investigator meetings

Developmental and Reproductive Toxicology
- Authored proposals and negotiated long-term contracts with industry and government to conduct developmental and reproductive toxicity testing
- Wrote protocols and oversaw toxicology study conduct and reporting
- Led team of 12 scientists doing toxicology research in 3 species
- Established the developmental toxicity of acrylamide, boric acid, diethyl phthalate, dimethyl phthalate, and butyl benzyl phthalate
- Co-authored 8 publications/abstracts of toxicology results

Pharmacology Research
- Established ontogeny of opiatergic and noradrenergic control of female luteinizing hormone secretion
- Described changing opiate/luteinizing hormone tone in reproductive aging
- Established neuroendocrine correlates of cannabinoid-induced delayed puberty
- Co-authored 21 publications/abstracts of neuroendocrine research results

**Elizabeth Ann Field, Ph.D. - page 5**

University Teaching
- Taught principles of general biology and developmental biology to undergraduate and graduate students
- Developed and oversaw innovative audiotutorial (self instruction) program in general biology, allowing student scheduling flexibility
- Collaborated with French department to write audiotutorial program for biology taught in French
- Mentored and directed graduate teaching assistants
- Taught microanatomy to medical students


**LANGUAGES**

Spanish and French: Written and spoken proficiencies


**EMPLOYMENT HISTORY**

| | |
|---|---|
| 2006-present: | President and Founder, Field Advantage Medical Communications, LLC |
| 2001-2006: | Director and Global Head, Medical Communications, EMD Pharmaceuticals |
| 2000-2001: | Global Director, Medical Publications, GlaxoSmithKline |
| 1997-2000: | Director, International Medical Publications, Glaxo Wellcome Research & Development, Research Triangle Park, NC |
| 1992-1997: | Associate Director, Clinical Program Head, Respiratory Clinical Research, Glaxo Wellcome Research & Development, Research Triangle Park, NC |
| 1989-1992: | Senior Clinical Research Scientist, Clinical Research Manager, Assistant Director, Respiratory Clinical Research, Glaxo Inc., Research Triangle Park, NC |
| 1987-1989: | Developmental and Reproductive Toxicologist, Center for Life Sciences and Toxicology, Research Triangle Institute, Research Triangle Park, NC |
| 1985-1987: | Postdoctoral Fellow, Department of Pharmacology and Research Training Program in Aging, Center for the Study of Aging and Human Development, Duke University Medical Center, Durham, NC |
| 1980-1985: | Predoctoral Trainee, Pharmacology Training Program and Research Assistant in Reproductive Neuroendocrinology, Department of Anatomy, Duke University Medical Center, Durham, NC |
| 1983-1984: | Teaching Assistant, Department of Anatomy, Duke University Medical Center, Durham, NC |


**EDUCATION**

Ph.D., Anatomy (Reproductive Neuroendocrinology), Duke University, Durham, NC. Dissertations: Effects of delta-9-tetrahydrocannabinol on the neuroendocrine control of sexual maturation in the female rat.

**Elizabeth Ann Field, Ph.D. - page 6**

M.S., Zoology (Embryology), Iowa State University, Ames, Iowa.   Minor in counseling.   Thesis:   Chorio-allantoic grafting of embryonic chick gonads in relation to sexual differentiation.

B.S. with Distinction, Zoology, Iowa State University, Ames, Iowa.

## PROFESSIONAL AFFILIATIONS

Sigma Xi
Phi Kappa Phi
International Society of Medical Publication Professionals
Council of Science Editors
Drug Information Association (SIAC Member: Medical Communications, Medical Writing)
American Medical Writers Association (Certification: Core Curriculum Program, Multidisciplinary)
World Association of Medical Editors

## ACADEMIC AWARDS

Research Training Program in Aging Postdoctoral Fellowship, Center for the Study in Aging and Human Development, Duke University

Pharmacology Training Program Predoctoral Fellowship, Duke University

**Elizabeth Ann Field, Ph.D. - page 7**

## FULL PUBLICATIONS

1. Field E and Tyrey L.  Delayed sexual maturation in the female rat during chronic exposure to delta-9-tetrahydrocannabinol.  Life Sci 35:1725-1730, 1984.

2. Field E and Tyrey L.  Delay of pubertal developmental after chronic exposure to delta-9-tetrahydrocannabinol.  In:  Marihuana '84, Proceedings of the Oxford Symposium on Cannabis, D. Harvey, ed., pp. 518-527, IRL Press, Ltd., Oxford.

3. Field E and Tyrey L.  Blockade of first ovulation in pubertal rats by delta-9-tetrahydrocannabinol: requirement for advanced treatment due to early initiation of the critical period.  Biol Reprod 34:512-517, 1986.

4. Field E and Tyrey L. Tolerance to the luteinizing hormone and prolactin suppressive effects of delta-9-THC develops during chronic prepubertal treatment of female rats.  J Pharmacol Exp Ther 238:1034-1038, 1986.

5. Kuhn CM, Bero LA, Ignar DM, Field E and Lurie S.  Endocrine consequences of perinatal methadone exposure. Fed Proc 46(7):2448-2449, 1987.

6. Braude MC, Szeto HH, Kuhn CM, Bero L, Ignar D, Field E, Lurie S, Chasnoff IJ, Mendelson JH, Zuckerman B.  Perinatal effects of drugs of abuse. Fed Proc 46:2446-2453, 1987.

7. Field E and Kuhn C.  Opiatergic inhibition of luteinizing hormone release declines with age and acyclicity in female rats.  Endocrinology 123:2626-2631.

8. Field E and Kuhn C.  Opiate antagonist treatment reinstates estrous cycles in middle-aged persistent estrous rats.  Biol Reprod 40:714-719, 1989.

9. Field E and Kuhn C.  Delayed suppression of serum luteinizing hormone after naloxone treatment in neonatal female rats.  Life Sci 44:2025-2032, 1989

10. Field E, Price C, Sleet RB, Marr M, Schwetz B, and Morrissey R.  Developmental toxicity evaluation of acrylamide in rats and mice.  Fundam Appl Toxicol 14:502-512, 1990.

11. Field E, Selub M and Hughes CL.  Reproductive effects of environmental agents.  Seminars in Reprod Endocrinol 8:44-54, 1990.

12. Field E and Tyrey L.  Delayed sexual maturation during prepubertal cannabinoid treatment: importance of the timing of treatment.  J Pharmacol Exp Ther 254:171-175, 1990.

13. Heindel JJ, Price CJ, Field EA, Marr MC, Myers CB, Morrissey RE, and Schwetz B. Developmental toxicity of boric acid in mice and rats.  Fundam App Toxicol 18:266-277, 1992.

14. Field EA, Price CJ, Sleet RB, George JD, Marr MC, Meyers CB, Schwetz BA, Morrissey RE. Developmental toxicity evaluation of diethyl and dimethyl phthalate in rats.  Teratology 48:33-44, 1993.

15. Grossman J, Banov C, Bronsky E, Nathan R, Pearlman D, Winder J, Ratner P, Mendelson L, Findlay S, Kral K, Field E, Rogenes P.  Fluticasone propionate aqueous nasal spray is safe and effective for children for seasonal allergic rhinitis.  Pediatrics 92(4):594-599, 1993.

16. Banov C, Woehler T, LaForce C, Pearlman D, Blumenthal M, Morgan W, Frazer H, Southern DL, Gold B, Field E, Kral K, Rogenes P.  Once daily intranasal fluticasone propionate is effective for perennial allergic rhinitis.  Ann Allergy 73:240-246, 1994.

## Elizabeth Ann Field, Ph.D. - page 8

17. LaForce C, Dockhorn R, Findlay S, Meltzer E, Nathan R, Stricker W, Weakley S, Field E, Rogenes P. Fluticasone propionate: an effective alternative treatment for seasonal allergic rhinitis in adults and adolescents. J Fam Pract 38:145-152, 1994.

18. Munk Z, Pearlman D, Graft D, Green D, Hampel F, Pleskow W, Stempel D, van As A, Field E, Rogenes P, Kral K. Intranasal fluticasone propionate is effective and well-tolerated in adolescents with seasonal allergic rhinitis. Pediatr Asthma Allergy Immunol 8(1):39-46, 1994.

19. van Bavel J, Findlay S, Hampel F, Martin B, Ratner P, Field E. Intranasal fluticasone propionate is more effective than terfenadine tablets for seasonal allergic rhinitis. Arch Int Med 154:2699-2704, 1994.

20. Fluticasone Propionate Collaborative Pediatric Working Group. Treatment of seasonal allergic rhinitis with one-daily intranasal fluticasone propionate therapy in children. J Pediatr 125:628-634, 1994.

21. Meltzer E, Oirgel A, Rogenes P, Field E. Nasal cytology in patients with allergic rhinitis: effects of intranasal fluticasone propionate. J Allergy Clin Immunol 94:708-715, 1994.

22. Howland WC, Hampel FC, Martin BG, Ratner PH, van Bavel JH, Field EA. The efficacy of fluticasone propionate aqueous nasal spray for allergic rhinitis and its relationship to topical effects. Clin Ther 18:1106-1117, 1996.

23. Bronsky EA, Dockhorn RJ, Meltzer EO, Shapiro G, Boltansky H, LaForce C, Ransom J, Weiler JM, Blumenthal M, Weakley S, Wisniewski M, Field E, Rogenes P. Fluticasone propionate aqueous nasal spray compared with terfenadine tablets in the treatment of seasonal allergic rhinitis. J Allergy Clin Immunol 97:915-921, 1996.

24. Alvarado-Valdes CA, Blomgren J, Weiler D, Gleich GJ, Reed CE, Field EA, Wisniewski ME, Pobiner BF. The effect of fluticasone propionate aqueous nasal spray on eosinophils and cytokines in nasal secretions of patients with ragweed allergic rhinitis. Clin Ther 19:273-281, 1997.

25. Vargas R, Dockhorn RJ, Findlay SR, Korenblat PE, Field EA, Kral KM. Effect of fluticasone propionate aqueous nasal spray versus oral prednisone on the hypothalamic-pituitary-adrenal axis. J Allergy Clin Immunol 102:191-197, 1998.

26. Wager E, Tumas JA, Field EA, Glazer NB, Schulz G, Grossman L. Improving the conduct and reporting of clinical trials (letter). JAMA 283:2788-2789, 2000.

27. Wager E, Field EA, Grossman L. Good publication practice for pharmaceutical companies. Curr Med Res Opinion 19:149-154, 2003.

## ABSTRACTS

1. Field E and Tyrey L. Potentiation of DA inhibition of PRL secretion in vitro by THC. The Pharmacologist 25:199, Abstract #508, Program and Abstracts, American Society for Pharmacology and Experimental Therapeutics, Philadelphia, 1983.

2. Field E and Tyrey L. Delay of pubertal development after chronic exposure to delta-9-tetrahydrocannabinol, Presented at the 3rd Satellite Symposium on Cannabis, 9th International Congress of Pharmacology, Oxford, England, 1984.

**Elizabeth Ann Field, Ph.D. - page 9**

3.  Field E and Tyrey L.  Early initiation of the critical period during the first proestrus in the pubertal rat.  Abstract #586, Program and Abstracts, 67th Annual Meeting of the Endocrine Society, p. 147, Baltimore, 1985.

4.  Field E and Tyrey L.  Tolerance to the LH and PRL suppressive effects of THC develops during chronic prepubertal treatment.  Biology and Reproduction 32, Suppl 1:179, Abstract #284, Program, 18th Annual Meeting of the Society for the Study of Reproduction, Montreal, 1985.

5.  Field E and Kuhn C.  Effects of naloxone and naltrexone on serum LH levels across the life span and contrast with duration of analgesia blockage.  Abstract #375, Program, Annual Meeting of the Society for Neuroscience, Washington, DC, 1986.

6.  Field E and Tyrey L.  Delayed sexual maturation during prepubertal chronic cannabinoid treatment:  associated reduction in serum prolactin.  1st International Congress of Neuroendocrinology, San Francisco, 1986.

7.  Field E, Doron M, and Kuhn C.  Tolerance develops to naloxone-induced LH secretion in neonatal female rats.  Abstract, Annual Meeting of the Committee on Problems of Drug Dependence, Philadelphia, 1987.

8.  Field E, Kuhn C, and Doron M.  Changing role of NE in EOP inhibition of LH secretion in neonatal female rats.  Abstract, Program, Annual Meeting of the Society for Neuroscience, New Orleans, 1987.

9.  Doron M, Field E, and Kuhn C.  Neonatal steroid environment influences opioid and adrenergic control of LH.  Abstract, AOA Symposium, Duke University, Durham, NC, 1987.

10. Kuhn C, Ignar D, Field E, Lurie S. Doron M, Bero L.  Maturation of different opioid control of hormone secretion and the effects of chronic perinatal opiate treatment.  Abstract, Annual Meeting of the Committee on Problems of Drug Dependence, Philadelphia, 1987.

11. Field E, Hughes C, and Kuhn C.  Chronic naltrexone prolongs corpus luteum function in cycling rats.  Program (Abstract #C16), Brain Opioid Systems in Reproduction, Cambridge, England, 1987.

12. Field E, Price C, Marr M, Morrissey R, and Schwetz B.  Teratologic evaluation of acrylamide (ACRL) in CD-1 rats and CD mice.  Abstract, Annual Meeting of the Society of Toxicology, Atlanta, 1989.

13. Field E, Sleet R, Price C, Marr M, Myers C, Morrissey R, and Schwetz B.  Developmental toxicity evaluation of dimethyl phthalate (DMP) in CD rats.  Abstract, Annual Meeting of the Teratology Society, Richmond, 1989.

14. Price CJ, Field EA, Marr MC, Myers CB, Morrissey RE, Heindel JJ, and Schwetz B.  Developmental toxicity of butyl benzyl phthalate (BBP).  Abstract, Annual Meeting of the Teratology Society, Victoria, 1990.

15. Price CJ, Field EA, Marr MC, Myers CB, Morrissey RE, and Schwetz B.  Developmental toxicity of boric acid (BORA) in mice and rats.  Abstract, Annual Meeting of the Society of Toxicology, Miami, 1990.

16. Orgel HA, Meltzer EO, Doyle VR, and Field EA.  Topical intranasal corticosteroid (fluticasone propionate) decreases cells of allergy and inflammation in nasal mucosa of patients with seasonal allergic rhinitis.  J Aller Clin Immunol 85:162, Abst 76, 1990.

**Elizabeth Ann Field, Ph.D. - page 10**

17.   Grossman J, Banov C, Bronsky E, Findlay S, Mendelson L, Nathan R, Pearlman D, Ratner P, Winder J, Smitten T, Field E.  Fluticasone propionate is safe and effective for children with seasonal allergic rhinitis.  Ann Allergy, 66(1):97, Abst p47; 1991.

18.   Lumry W, Ahrens R, Dockhorn R, Galant S, Martin B, Meltzer E, Munk Z, Ransom J, Southern D, Stricker W, Field E, Kral K, Simonetto T, Rogenes P.  Fluticasone propionate is safe and effective for children with seasonal allergic rhinitis.  J Allergy Clin Immun, 87(1):152, 1991.

19.   Meltzer EO, Orgel HA, Kemp JP, Welcher MJ, Ostrum NK, Rogenes PR, Field E.  Effect of topical intranasal fluticasone propionate in Rhinitis and Intranasal Fluticasone Propionate (Glaxo sponsored); Royal Society of Medicine Services Ltd., London, 1990.

20.   Orgel HA, Meltzer EO, Doyle VR, Field E.  Topical intranasal corticosteroid (fluticasone propionate) decreases cells of allergy and inflammation in nasal mucosa of patients with seasonal allergic rhinitis.  J Allergy Clin Immunol; 85(1, Pt 2):162, Abst 76, 1990.

21.   Weakley S. Rogenes P, Field E.  Intranasal fluticasone propionate treatment for perennial non-allergic rhinitis.  J Allergy Clin Immunol, 87(1):218, Abst 316, 1991.

22.   Grossman J, Banov C, Bronsky E, Findlay S, Mendelson L, Nathan R, Pearlman D, Rather P, Winder J, Simonetto T, Field E.  Fluticasone propionate is safe and effective for children with seasonal allergic rhinitis.  Ann Allergy, 66(1):97, Abst p47, 1991.

23.   Lumry W, Ahrens R, Dockhorn R, Galant S. Martin B, Meltzer E, Munk Z, Ransom J, Southern D, Stricker W, Field E, Kral K, Simonetto T, Rogenes P.  Fluticasone propionate is safe and effective for children with seasonal allergic rhinitis.  J Allergy Clin Immunol, 87(1, Pt 2):152, Abst 56, 1991.

24.   van Bavel J, Findlay SR, Hampel F, Martin B, Ratner P, Simonetto T, Beam J, Field E, Rogenes P, Kral K.  Intranasal fluticasone propionate once daily is more effective than terfenadine twice daily in relieving symptoms of seasonal allergic rhinitis.  J Allergy Clin Immunol, 89(1):302, 1992.

25.   Banov C, Rogenes P, Field E.  Studies of once-daily treatment with fluticasone propionate aqueous nasal spray in children with seasonal allergic rhinitis.  Allergy, 47(12, Suppl):346, 1992.

26.   van As A, Rogenes P, Kral K, Field E.  Intranasal steroid treatment and pulmonary function.  Am Rev Respir Dis, 145(4, Pt 2):A500, 1002.

27.   Meltzer EO, Jalowayski AA, Field EA, Rogenes PR, Kral KM.  Intranasal fluticasone propionate reduces histamine and tryptase in the mucosa of allergic rhinitis patients.  J Allergy Clin Immunol, 91(1, Pt 2):298, Abst 629, 1993.

28.   Bronsky E, Dockhorn R, Meltzer E, Shapiro G, Boltansky H, LaForce C, Ransom J, Weiler J, Blumenthal M, Weakley S, Field E, Wisniewski M, Milwee S.  Intranasal fluticasone propionate is more effective than terfenadine for treatment of seasonal rhinitis.  Ann Allergy 72:86, 1994.

29.   Field E, Harding A, Kral K.  Fluticasone propionate aqueous nasal spray is effective due to topical, not systemic, activity.  Allergy Clin Immuno News Supp 2:66, 1994.

30.   Hampel F. Howland W, Martin B, Ratner P, van Bavel J, Field E, Kral K, Scott C.  The efficacy of fluticasone propionate nasal spray for treatment of rhinitis is dependent on topical application.  J Allergy Clin Immunol 93:165, 1994.

**Elizabeth Ann Field, Ph.D. - page 11**

31.  Lemanske R, Dunn K, Galant S, Hampel F, Lumry W, McCain F, Noonan M, Pearlman D, Ransom J, Southern L, Rogenes P, Field E, Wisniewski M, Scott C.  Fluticasone propionate aqueous nasal spray is more effective than astemizole in the treatment of seasonal allergic rhinitis.  J Allergy Clin Immunol 93:165, 1994.

32.  Selner J, Banov C, Boltansky H, Bronsky E, Chervinsky P, Druce H, Georgitis J, Kaiser H, LaForce C, Meltzer E, Munk Z, Webb D, Field E, Hamedani A, Milwee S.  Intranasal fluticasone propionate effectively treats perennial non-allergic rhinitis.  J Allergy Clin Immunol 93:165, 1994.

33.  Stricker W, Klimas J, Mendelson L, Morris R, Reed C, Shapiro G, Tomasko M, van Bavel J, Weiler J, Whitehead S, Field E, Wisniewski M, Pobiner B.  Intranasal fluticasone propionate is more effective than astemizole for seasonal allergic rhinitis.  Ann Allergy 72:86, 1994.

34.  Vargas R. McMahon F, Dockhorn R, Dock R, Findlay S, Korenblat P, Rogenes P, Field E, Kral K.  An Assessment of HPA axis effects of fluticasone propionate aqueous nasal spray using 6-hr ACTH infusion.  Clin Pharm Therap 55(2):184, 1994.

35.  Ransom J, Rogenes P, Field E, Wisniewski M, Pepsin P.  Fluticasone propionate aqueous nasal spray increases mean total nasal airflow compared with astemizole or terfenadine.  Ann Allergy Asthma Immunol 74:104, 1995.

36.  Galant S, Lincourt WR, Rogenes PR, Field EA, Wisniewski M.  Fluticasone propionate aqueous nasal spray versus antihistamines for sneezing and nasal itching.  Ann Allergy Asthma Immunol 74:104, 1995.

37.  Li J, Lyles K, Halstenson C, Dockhorn R, Howland W, Pobiner B, Field E, Kral K.  Long-term safety study of fluticasone propionate aqueous nasal spray.  Ann Allergy Asthma Immunol 74:58, 1995.

38.  Ratner P, Scott C, Milwee S, Field E, Kral K.  Effectiveness of fluticasone propionate aqueous nasal spray during three mountain cedar pollen seasons.  Ann Allergy Asthma Immunol 74:58, 1995.

39.  Alvarado C, Reed C, Gleich T, Field E, Pobiner B, Wisniewski M.  Fluticasone propionate aqueous nasal spray reduces nasal eosinophils and cytokine activity of patients with allergic rhinitis.  J Allergy Clin Immunol 95:193, 1995.

40.  Dockhorn R, Field E, Harding S, Rogenes P, Pobiner B, Scott C, Kral K.  Short- and long-term assessment of HPA axis effects of fluticasone propionate aqueous nasal spray (FP).  J Allergy Clin Immunol 95:194, 1995.

41.  Howland W, Field E, Harding S, Rogenes P, Pobiner B, Scott C, Milwee S.  Fluticasone propionate aqueous nasal spray (FPANS) Is an anti-rhinitic with topical but not systemic activity.  J Allergy Clin Immunol 95:196, 1995.

42.  Falcoz C, Mackie AE, Moss J, Horton J, Ventresca GP, Brown A, Field E, Harding SM, Wire P, Bye A.  Pharmacokinetics of fluticasone propionate inhaled from the Diskhaler and the Diskus after repeat doses in healthy subjects and asthmatic patients.  J Allergy Clin Immunol 99:S505, 1997

# APPENDIX B

## DECLARATION OF MIROSLAV BACKONJA, M.D.

1.      I am a Professor of Neurology, Anesthesiology, and Rehabilitation Medicine at the University of Wisconsin-Madison. I am also a Clinical Trials Investigator in the area of neuropathic pain.

2.      In addition to being an educator and researcher, I am a clinical practitioner with board certifications in Neurology and Pain Medicine, practicing in Madison and Mauston, Wisconsin. I have treated thousands of patients in my more than twenty years of practice. Approximately 80% of my time is spent treating patients, and the remainder on clinical and scientific research. I also serve on the editorial boards of *Pain, Journal of Pain, Clinical Journal of Pain, European Journal of Pain* and *Pain Medicine*, and as a reviewer by invitation on a regular basis for an additional dozen or more journals.

3.      Between July 1996 and March 1997 I was the lead investigator for a clinical trial of the use of gabapentin (Neurontin) for the treatment of diabetic peripheral neuropathy, a type of neuropathic pain (Study 945-210). The results of this study were presented at the October 1997 meeting of the American Pain Society, and an article based on this study was published in the December 1998 issue of the *Journal of the American Medical Association (JAMA)*, one of the most well-regarded peer-reviewed medical journals in the world. Although Parke-Davis provided drugs and compensation for study expenses to the investigators, neither I nor any of the other non-Parke-Davis employee authors of the study were otherwise paid for our research, and I stand by the accuracy of the results reported in my article.

4.      Pain is a difficult and complex condition to treat, and clinical trials of pain medications are similarly complicated to design and administer.

5.      One issue that arises in clinical trials of pain medications is that the primary efficacy endpoint is often based on a subjective measure of pain, using tests such as the pain severity rating using an 11-point Likert-scale (recorded by patients in a daily diary), the Visual Analog Scale (VAS), or the Patient Global Impression of Change (PGIC). The 945-210 study used all of these measures, as well as others. Because the efficacy endpoints are based on subjective reporting of pain, we seek to ensure that patients remain blinded as to whether they are receiving placebo or active treatment (Neurontin). Unblinding may occur when patients receiving active treatment experience significantly greater or more frequent side effects than patients receiving placebo.

6.      In our study, patients receiving Neurontin experienced certain central nervous system side effects, dizziness and somnolence, at a greater rate than patients receiving placebo. In order to account for the possibility that unblinding had biased the efficacy analysis of our trial in some way, we performed an additional analysis in which we excluded the data for patients experiencing dizziness and somnolence and reanalyzed the efficacy data. Excluding the data from patients who reported dizziness resulted in a mean pain score between groups that differed by -1.19 (p=0.002) favoring gabapentin. Excluding the data from patients who reported somnolence yielded a difference in mean pain score between groups of -0.81 (p=0.03), also favoring gabapentin. Thus, we concluded that inclusion of patients who experienced these central nervous system adverse effects in the original efficacy analysis did not account for the overall efficacy seen in the trial.

2

7.     Our study design and methods, including with regard to the possibility of
unblinding, were presented transparently to and reviewed by the reviewers at *JAMA*, who
accepted the article for publication. Likewise, the article describes in detail the analysis we
performed to determine that unblinding did not account for the overall efficacy seen in the trial.

8.     I have reviewed a copy of the expert report of Dr. Nicholas Jewell, who I
understand has been hired by plaintiffs in litigation against Pfizer and Warner-Lambert relating
to the marketing of Neurontin. Dr. Jewell is not an expert on pain research, nor is he a clinician
focusing on the treatment of pain. As discussed above, the criticisms that he levels at our study
were already fully addressed by the analysis my co-authors and I conducted after discussion with
the reviewers at *JAMA*, which concluded that unblinding *could not* explain our efficacy results.
Furthermore, based on my experience as both a study author and a journal referee, it is possible
to level *post hoc* criticisms based on statistical reanalysis at almost any study (and, in this case,
Dr. Jewell does so by reference to articles published in 2002, years after our study was complete).
Such criticisms, however, do not provide a basis to disregard prior work that was conducted
carefully, using then-current state-of-the-art design, and which appropriately accounted for the
issues raised by the criticisms. Instead, such questioning simply generates the new hypotheses
that provide the basis for future studies. For all of these reasons, Dr. Jewell's litigation analysis
does not lead me to question my judgment, the judgment of my co-authors, and the judgment of
the reviewers at *JAMA* about the validity of the conclusions presented in the published study of
the 945-210 trial.

9.     My conclusions in this regard are further supported by the fact that Neurontin
continues to be widely accepted by both patients and prescribers as a first-line treatment for
neuropathic pain. Prior to the introduction of Neurontin, physicians had much more limited

3

choice in medications to treat neuropathic pain; many of those medications were cruder and more difficult to use than Neurontin. Neurontin, by contrast, is a safe and effective treatment for neuropathic pain. A whole field of research has grown up around the study of gabapentinoids for better treatment of such pain.

10.     Because I am a researcher and educator, I am frequently invited by scientific committees and others to make presentations.

11.     The presentation I gave at the Fourth International Conference on Mechanisms and Treatment of Neuropathic Pain was a presentation of the results of the very studies on gabapentin and neuropathic pain that led to Neurontin's approval for treatment of nerve pain that follows shingles in adults (postherpetic neuralgia). I stand by the accuracy and completeness of all conclusions I expressed at the meeting. I was not paid for my presentation. The organizers of the meeting reimbursed me in the form of an honorarium for time away from clinical activities and for expenses related to my trip to the meeting.

12.     I have served as a consultant to Parke-Davis, Pfizer and other pharmaceutical companies because I believe it is important for manufacturers – and other members of the scientific community – to conduct research with the assistance of qualified researchers to increase our scientific understanding of medicines and their effects. For the same reason, I have previously and continue to participate in studies with various pharmaceutical companies.

13.     Neither Parke-Davis nor Pfizer ever pressured me about the content of my presentations or articles, or about the results of my studies. If they or any company ever tried to inappropriately influence the interpretation of the results of my research, that would be the end of

4

my relationship with that company.  If I make a statement, it is because I have a good reason to say it based solely on data and my scientific and clinical experience.

14.    I declare under penalty of perjury that the foregoing is true and correct.

Executed this _10_ day of _DEC_, 2008

_____
Dr. Miroslav Backonja

5

# APPENDIX C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------ x
                      :

In re:   NEURONTIN MARKETING AND     :
        SALES PRACTICES LITIGATION      :
                      :

------------------------------------ x

THIS DOCUMENT RELATES TO:      :

------------------------------------ x

HARDEN MANUFACTURING
CORPORATION, et al. v. PFIZER INC. and
WARNER-LAMBERT COMPANY.

------------------------------------ x

THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA v. PFIZER INC. and   :

AETNA, INC. v. PFIZER INC.         :

------------------------------------ x

MDL Docket No. 1629

Master File No. 04-10981
(D. Mass.)

Judge Patti D. Saris
Magistrate Judge Leo T. Sorokin

DECLARATION OF
DR. KENNETH GORSON

## DECLARATION OF DR. KENNETH GORSON

     1.     I am a practicing neurologist in Boston, Massachusetts at St. Elizabeth's Medical Center, which is affiliated with Tufts University School of Medicine. I am also an Associate Professor of Neurology and Director of the Neuromuscular Service.

     2.     I freely prescribed Neurontin, of my own volition, without any interaction with the individuals from Pfizer or Warner-Lambert Company, as it relates to those representatives recommending the use of Neurontin for off-label indications. In all of my previous dealings with representatives from Warner-Lambert and Pfizer, no individual, at

any time, recommended that I use Neurontin for the management of neuropathic pain or any other indication.

3.    It has been my personal experience (as well as those of others as related to published literature) that Neurontin has been effective in some individuals for the management of neuropathic pain, be it from diabetes or other causes. I have been using Neurontin fairly regularly in my practice, and it has been my own personal experience that the drug is effective in treating neuropathic pain in approximately 40% of patients when higher dosages are used, upwards of 3600 mg per day. I have found that Neurontin in low doses generally is not effective in the treatment of neuropathic pain.

4.    I performed a randomized, controlled, double-blind study of low-dose Neurontin in the management of neuropathic pain in 40 patients with diabetes mellitus. The study was designed as a cross-over trial, with patients being equally allocated to placebo or active drug at the onset of the study. There was no single unified endpoint, rather four endpoints were used, specifically the McGill Pain Questionnaire, average visual analogue score ("VAS"), present pain intensity ("PPI") score, and summary of the number of patients who reported moderate or excellent pain relief, comparing Neurontin to placebo. Three of the four endpoints, specifically the VAS, PPI, and number of patients reporting moderate or excellent pain relief were not statistically significant when comparing the data from Neurontin to the placebo treated patients. In contrast, the mean change in the McGill Pain Questionnaire score was significantly greater in the Neurontin treated group compared to placebo. Therefore, one of the four endpoints of this study was positive. The conclusion of this study was that Neurontin did not appear to be

2

effective in the treatment of diabetic painful neuropathy in low doses. Indeed, in other randomized controlled trials, Neurontin was shown to be statistically superior to placebo in the treatment of neuropathic pain from diabetes when used in higher doses, with an average dose required for benefit noted to be 1800 mg per day, in contrast to my study of 900 mg per day.

5.     I continue to use Neurontin on a regular basis for off-label indications for the management of neuropathic pain, because of my personal experience of its effectiveness as well as the numerous reports in the literature indicating efficacy, despite the ongoing litigation difficulties with Neurontin associated with off-label usage.

6.     I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30 day of October, 2006.

Dr. Kenneth Gorson

3

# APPENDIX D