# EXHIBIT 25
# Part III

## DECLARATION OF EDUARD VIETA

1. I am a Professor of Psychiatry and Director of the Bipolar Disorders Program of the Hospital Clinic at the University of Barcelona, Spain. I am also Director of Research at the Clinical Institute of Neuroscience at the University of Barcelona. I live and work in Spain and my first language is Catalan.

2. Between April 5, 1999 and February 26, 2004, I was the lead investigator in a double-blind, randomized, placebo-controlled study of the prophylactic efficacy of adjunctive gabapentin in patients with bipolar disorder I and II. Parke-Davis, and later Pfizer S.A., provided funding to support this investigator-initiated study.

3. In March 2006, the *Journal of Clinical Psychiatry* published the results from this study. The published manuscript, which I authored in English, reports that gabapentin was statistically significantly superior to placebo in the primary efficacy measure. It concludes that despite an apparent lack of acute efficacy, gabapentin may provide some benefits in the long-term care of patients with bipolar disorder.

4. On October 6, 2008, a reporter from *The Wall Street Journal* contacted me in connection with a newspaper story that he was writing concerning this study. Implicit in the reporter's questions and his published newspaper story, which I understand were based on allegations made by plaintiffs in a lawsuit against Pfizer, was a challenge to my integrity as a clinician and author. I make this declaration to respond to that challenge and to address differences between my published manuscript in *Journal of Clinical Psychiatry* and the clinical study synopsis relating to this study, which the reporter provided to me.

5. I am not being compensated in connection with preparing this declaration.

6. I alone was responsible for interpreting the study's data and for authoring the manuscript that the *Journal of Clinical Psychiatry* published. Pfizer statisticians may have assisted me in executing certain statistical analyses that I specifically requested, but Pfizer was not otherwise involved in drafting the manuscript. I was not paid by Pfizer or anyone else for my work on the study or authorship of the published manuscript.

7. There are certain differences between the published manuscript and the clinical study synopsis. Those discrepancies, however, either do not affect the study's results or they are the result of differences between the statistical approach the clinical study synopsis reflects and the one I employed after applying standard definitions of "Intention-to-treat analysis" and introduction of relevant covariates that may get unevenly split after randomization, and which were clearly disclosed in the publication. Despite these differences, I believe that the published manuscript accurately reflects the study's results and neither I, nor anyone at Pfizer, manipulated or attempted to manipulate the study's results in any way.

8. The clinical study synopsis describes the study's primary efficacy parameter as the change in Clinical Global Impression of Severity (GCI-S) from baseline to month 12. The published manuscript describes the study's primary efficacy parameter as the Clinical Global Impression Scale for Bipolar Illness (CGI-BP-M). This difference is in name only. The severity of the disorder component to the CGI-BP-M, which the manuscript identifies as the primary outcome measure, is in fact identical to the CGI-S. The change in terminology had to do with the fact that in Spain we call the CGI-S for bipolar disorder as CGI-BP-M.

9. The change in CGI-S at month 12 in the per protocol population in the clinical study synopsis differs slightly from the change in CGI-BP-M at month 12 in the published article. This difference does not affect the statistical significance of the study results; the results in both the clinical study synopsis and the published article show that gabapentin was statistically significantly superior to placebo. I believe that the difference is the result of a covariate adjustment I made to account for a baseline difference in the number of prior episodes to randomization between the placebo and gabapentin groups. It is good statistical practice to introduce covariates if they happen to be unevenly distributed across treatment arms and they might have a potential impact on study results (which was not finally the case).

10. Some investigators incorrectly enrolled patients in the study who failed to meet the study's inclusion criteria because they were not in remission at study entry. Because these patients were not intended to be and should not have been enrolled in the study, I excluded them from the statistical analyses performed and did not consider them as part of the Intent-To-Treat ("ITT") population. We designed the study to include only those patients who were in remission at study entry in order to accurately assess the actual prophylactic effects of gabapentin and I believe that it was appropriate and necessary to exclude from the ITT population those patients who failed to satisfy the study's inclusion criteria. The article clearly explains this. It states that some patients who were initially enrolled had to be excluded because they were not in remission at study entry and that the analyses were performed on "the 25 patients with bipolar disorder *in remission who were randomly assigned.*"

11. I declare under penalty of perjury that the foregoing is true and correct.