# EXHIBIT 25
# Part IV

Executed this 4th day of December, 2008

_____

Dr. Eduard Vieta

4

# APPENDIX E

## DECLARATION OF ROBERT GERNER, M.D.

1.      I am a practicing psychiatrist in Los Angeles, California. I am also an Associate

Research Psychiatrist at the UCLA School of Medicine and Founder of the Pacific Institute for

Medical Research.

2.      In the late 1990s, I served as a member of the Gabapentin Bipolar Disorder Study Group.

In this capacity, I served as a co-investigator of a randomized, placebo-controlled, double-blind

study of adjunctive gabapentin in patients with a lifetime diagnosis of bipolar disorder (type 1)

and who were currently suffering from symptoms of either mania, hypomania, or a mixed state

despite ongoing therapy with lithium, valproate, or lithium and valproate in combination. The

study was sponsored by the Parke-Davis Research Division of Warner-Lambert.

3.      The Group's goal from the study's outset was to publish and disclose the data regardless

of the results. The results of the study were first disclosed to investigators in July 1998 by means

of a letter from Dr. Atul Pande of Warner-Lambert (the lead investigator) to all investigators.

The results of the study were then presented at the Third International Conference on Bipolar

Disorder, in June 1999, and the study manuscript, "Gabapentin in bipolar disorder: a placebo-

controlled trial of adjunctive therapy," was submitted for publication in July 1999 to *Bipolar*

*Disorders*, the official journal of the International Society of Bipolar Disorders. Several months

later in November 1999 the editors of *Bipolar Disorders* accepted the manuscript for publication

and published the manuscript in September 2000.

4.      The data from the gabapentin bipolar disorder study were timely and appropriately

collected evaluated, and submitted for publication. The process by which this study was



2764688v1

published, and the time taken from the treatment of the last patient to submission of a manuscript

for publication (and eventual publication) were typical of other studies in which I've participated

and comport with good scientific practice.  To my knowledge, no person at Parke-Davis/Warner-

Lambert ever sought to delay publication of the bipolar disorder study results.  To the contrary, I

recall that Dr. Pande and the other Parke-Davis/Warner-Lambert researchers worked diligently to

disseminate the data to the medical and scientific community while adhering to good clinical

practices.

5.      I declare under penalty of perjury that the foregoing is true and correct.  Executed on this

12 day of  June  , 2008.

Robert Gerner, M.D.

# APPENDIX F



## DECLARATION OF CAROL A. JANNEY, M.S.

1.      I am a doctoral candidate in Epidemiology at the University of Pittsburgh in Pittsburgh,

Pennsylvania, with a primary focus on mental health and physical activity.  As a graduate

research assistant, I am the principle investigator for a pilot study investigating the effects of

physical activity on rapid cycling or moderately depressed patients with bipolar disorder.  In

addition, I have been the lifestyle coach for patients with bipolar disorder and conducted

statistical analyses for physical activity interventions in overweight individuals.  A copy of my

curriculum vitae is attached.  Exhibit 1.

2.      From 1997 to 1999, I worked as a biostatistician in the Clinical Research, CNS-

Biometrics Department at Parke-Davis Pharmaceutical Research in Ann Arbor, Michigan.  From

1996 to 1997, I worked as a contract biostatistician in the Clinical Research, CNS-Biometrics

Department at Parke-Davis Pharmaceutical Research in Ann Arbor, Michigan under the

supervision of a Parke-Davis biostatistician.

3.      One of my responsibilities as a biostatistician (contract and Parke-Davis) was a double-

blind, placebo-controlled clinical study that evaluated adjunctive gabapentin in patients with a

lifetime diagnosis of bipolar disorder (type 1) and who were currently suffering from symptoms

of either mania, hypomania, or a mixed state despite ongoing therapy with lithium, valproate, or

lithium and valproate in combination.  When I became a Parke-Davis employee in 1997, I

became the lead biostatistician for this study.

4.      The complete study results and analyses were finalized in March 1999.  Exhibit 2,

Research Report 720-04174, Gabapentin Adjunctive Treatment in Patients with Bipolar Disorder

(March 26, 1999).

1

5.      The safety results from the bipolar disorder study showed that gabapentin was generally well-tolerated and that most adverse events were consistent with known side effects of gabapentin. Exhibit 2 at 6. The most common adverse events were somnolence and dizziness. Exhibit 2 at 6. There were no deaths during the study. Exhibit 2 at 6.

6.      The study did not find that gabapentin was effective as an adjunctive therapy in patients with bipolar disorder. Compared to the placebo treatment group, the Gabapentin treatment group did not experience greater improvements in mania symptoms as measured by the Young Mania Rating Scale or depressive symptoms as measured by the Hamilton Depression Rating Scale. Although both treatment groups experienced a reduction in mania symptoms, the decrease in mania symptoms was significantly greater for the placebo treatment group than the Gabapentin treatment group. Exhibit 2 at 9. Although speculative, adjustments in lithium dosing may have accounted for or contributed to the greater improvement in mania symptoms for the placebo treatment group compared to the Gabapentin treatment group. This hypothesis is tenable since more patients in the placebo treatment group had adjustments to their lithium dosing than the Gabapentin treatment group. Lack of compliance in taking Gabapentin may have biased the results by underestimating the difference in the reduction of mania symptoms between the two treatment groups. With or without the bias, the conclusions of the study would be 1) gabapentin was not an effective adjunctive treatment for mania symptoms and 2) a greater reduction in mania symptoms was observed among patients with bipolar disorder treated with placebo than those treated with gabapentin. There was no evidence that gabapentin caused a worsening of symptoms. Exhibit 2 at 8.

6.      As the lead biostatistician, I performed and/or supervised the analysis of this study. The planned and post-hoc analyses were performed in an efficient and timely fashion that 1)

2

enhanced the scientific quality of the research and 2) supported the dissemination of the study results as quickly as possible to the Gabapentin Bipolar Disorder Study Group and publication of the study results.

7.      The findings were summarized in a research article entitled "Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy." Exhibit 3, Atul Pande, et al. "Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy," 2 Bipolar Disorders 249-255 (2000).

8.      The manuscript, which I co-authored along with Atul Pande, M.D., John L. Werth, Ph.D., Jerri Crockatt, M.A., R.N., Georgia Tsaroucha, M.S.P.H. and Gabapentin Bipolar Disorder Study Group was submitted for publication in July 1999 to *Bipolar Disorders,* which is a peer-reviewed journal published by the International Society for Bipolar Disorders. Exhibit 3.

9.      Once a manuscript is submitted for publication, neither the authors nor the sponsor have control over its publication, including if and when the manuscript is actually published. The journal's editors determine if and when a manuscript is ultimately published, which was precisely the case with the gabapentin bipolar disorder study. The editors of *Bipolar Disorders* accepted the gabapentin manuscript for publication on November 22, 1999 and did in fact publish it several months later in 2000. Exhibit 3.

10.     The gabapentin bipolar disorder study results were analyzed and submitted for publication in accordance with good clinical and research practices.

11.     To my knowledge, no one at Parke-Davis/Warner-Lambert attempted to delay publishing the bipolar disorder data or acted improperly in any manner relating to any aspect of the study's dissemination to the medical and scientific community. It was always the intent and goal of all

3

the researchers involved, including me, to publish and disseminate the study results regardless of the findings.

12.     In summary, the results from the gabapentin bipolar disorder study were submitted for publication in a timely fashion. To my knowledge, no one at Parke-Davis/Warner-Lambert tried to delay publishing the results from the bipolar disorder study. In addition, my colleagues and I acted appropriately at all times and in accordance with good clinical and research practices in disseminating the study results to the medical and scientific community.

13.     I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26 day of July, 2008.

Carol A. Janney, M.S.



# CAROL A. JANNEY

Telephone (home):
email (work):
email (home)

| | |
|---|---|
| EDUCATION | **PhD in Epidemiology** (Expected April 2009)<br>Focus: **Mental health and physical activity**<br>UNIVERSITY OF PITTSBURGH, Pittsburgh, PA |
| | **Master of Science in Biostatistics** (May 1996)<br>UNIVERSITY OF MICHIGAN, Ann Arbor, MI |
| | **Master of Science in Epidemiology** (September 1991)<br>**Master of Science in Exercise Science** (May 1991)<br>UNIVERSITY OF MASSACHUSETTS at Amherst, Amherst, MA |
| | **Bachelor of Science in Nutritional Science** (August 1984)<br>CORNELL UNIVERSITY, Ithaca, NY |
| COMPUTER<br>SKILLS | Statistical analysis on PC, UNIX: **SAS, Splus, Egret.** Graphics:<br>**Sigmaplot, Splus.** Data management: **KeyEntry III, Excel.** Word<br>processing: **Word for Windows** |

## PROFESSIONAL EXPERIENCE

**2006-08 Graduate Research Assistantship** – University of Pittsburgh, PA
Lifestyle coach for individuals with bipolar disorder.  PI for pilot study investigating the effects of physical activity on rapid cycling or moderately depressed patients with bipolar disorder. Statistical analyses for physical activity interventions in obese and overweight individuals.

2003-
2006    **Statistician III, Department of Biostatistics --**
        Mayo Foundation, Rochester, MN.
2001-
2003    **Statistician II, Department of Biostatistics --**
        Mayo Foundation, Rochester, MN.
1999-
2001    **Statistician I, Department of Biostatistics --**
        Mayo Foundation, Rochester, MN.
Statistical consultations with cancer epidemiologists; performed survival analysis using SAS and S-Plus; performed sample size and power calculations; co-authored papers for publication; prepared figures for publication and presentations; manager of data analysis team; mentored data analysts and post-docs; interviewed candidates.

2002-
2006    **Co-instructor introductory statistics course for nurse anesthetists --**
        Mayo Graduate School, Rochester, MN.
Eight lectures on descriptive statistics and linear regression.



# CAROL A. JANNEY

**1984-85  Research Assistant** -- Center for Sports Medicine and Health Fitness, Peoria, IL. Conducted 14-week strength training studies in prepubescent males, administered graded exercise stress testing and underwater weighings for corporate physical and performance evaluations.

**1983      Student Teacher of Health and Home Economics** - - Penfield High School, Penfield, NY.

## PUBLICATIONS

Mental Health

Janney CA, CR Richardson, RG Holleman, C Glasheen ,SJ Strath, MB Conroy, AM Kriska. Gender, mental health service use and objectively measured physical activity: data from the National Health and Nutrition Examination Survey (NHANES 2003-2004). **Mental Health and Physical Activity** (In press).

Pande AC, DE Feltner, J Jefferson, J Davidson, M Pollack, MB Stein, RB Lydiard, R Futterer, P Robinson, M Slomkowski, E DuBoff, M Phelps, CA Janney, JL Werth. Efficacy of the novel anxiolytic pregabalin in social anxiety disorder: a placebo-controlled, multicenter study. **Journal of Clinical Psychopharmacology.** 2004 Apr;24(2):141-9.

Pande AC, Crockatt JG, Janney CA, Werth J, Tsaroucha G, Gabapentin Bipolar Disorder Study Group. Gabapentin in bipolar disorder, a placebo-controlled trial of adjunctive therapy. **Bipolar Disorder.** 2000;2:249-255.

Pande AC, JRT Davidson, JW Jefferson, CA Janney, DJ Katzelnick, RH Weisler, JH Greist, SM Sutherland. Treatment of social phobia with Gabapentin: a placebo-controlled study. **Journal of Clinical Psychopharmology.** 1999;19:341-348.

Physical Activity

Janney CA, JM Jakicic. The influence of BMI and exercise on injuries and illnesses in overweight and obese individuals. Submitted for publication.

Jakicic JM, BH Marcus, W Lang, C Janney. 24-month effect of exercise on weight loss in overweight women. **Archives of Internal Medicine.** (In press).

Washburn RA, KW Smith, AM Jette, CA Janney. The physical activity scale for the elderly (PASE): development and evaluation. **Journal of Clinical Epidemiology.** 46: 153-162, 1993.

Washburn RA, AM Jette, CA Janney. Using age-neutral physical activity questionnaires in research with the elderly. **Journal of Aging and Health.** 2: 341-356, 1990.

Washburn RA, CA Janney, JR Fenster. The validity of objective physical activity monitoring in older individuals. **Research Quarterly.** 61:114-117, 1990.

Weltman A, S Tippett, C Janney, K Strand, CB Rians, BR Cahill, FI Katch. Measurement of isokinetic strength in prepubertal males. **The Journal of Orthopaedic and Sports Physical Therapy.** 9:345-351, 1988.





## CAROL A. JANNEY

PUBLICATIONS (continued)

Cerhan JR, KE Anderson, CA Janney, CM Vachon, TE Witzig, TM Habermann. Association of aspirin and other non-steroidal anti-inflammatory drug use with incidence of non-Hodgkin lymphoma. **International Journal of Cancer**. 2003:106:784-788.

Pande AC, JG Crockatt, DE Feltner, CA Janney, WT Smith, R Weisler, PD Londborg, RJ Bielski, D Zimbroff, JRT Davidson, M Liu-Dumaw. Pregabalin in generalized anxiety disorder: a placebo-controlled trial. **American Journal of Psychiatry**. 2003:160(3):533-540. Parker AS, JR Cerhan, CA Janney, JC Cheville. High expression levels of the insulin-like growth factor-I receptor predict poor survival among female clear-cell renal cell carcinomas. **Human Pathology**. 2002:33:801-805.

Cerhan JR, CM Vachon, TM Habermann, SM Ansell, TE Witzig, PJ Kurtin, CA Janney, W Zhang, JD Potter, TA Sellers, AR Folsom. Hormone replacement therapy and risk of non-Hodgkin lymphoma and chronic lymphocytic leukemia. **Cancer Epidemiology, Biomarkers & Prevention**. 2002:11:1466-71.

Cerhan JR, CA Janney, CM Vachon, TM Habermann, NE Kay, JD Potter, TA Sellers, AR Folsom. Anthropometric characteristics, physical activity, and risk of non-Hodgkin's lymphoma subtypes and B-cell chronic lymphocyctic leukemia: a prospective study. **American Journal of Epidemiology**. 2002;156:527-35.



Olson JE, CA Janney, RD Rao, JR Cerhan, PJ Kurtin, D Schiff, RS Kaplan, BP O'Neill. The continuing increase in the incidence of primary central nervous system Non-Hodgkin Lymphoma: A Surveillance, Epidemiology and End Results (SEER) analysis. **Cancer**. 2002;95:1504-10.

Calhoun ES, RM McGovern, CA Janney, JR Cerhan, SJ Iturria, DI Smith, BS Gostout, DH Persing. Host genetic polymorphism analysis in cervical cancer. **Clinical Chemistry**. 2002:48:8:1218-1224.

Olson JE, JR Cerhan, CA Janney, KE Anderson, CM Vachon, TA Sellers. Postmenopausal cancer risk after self-reported endometriosis in the Iowa Women's Health Study. **Cancer**. 2002;94:1612-18.

Vachon CM, PJ Mink, CA Janney, TA Sellers, JR Cerhan, L Hartmann, AR Folsom. Association of parity and ovarian cancer risk by family history of breast and/or ovarian cancer in a population-based study of postmenopausal women. **Epidemiology**. 2002;13:66-71.

Sowers MF, D Zhang, BW Hollis, B Shapiro, CA Janney, M Crutchfield, MA Schork, F Stanczyk, J Randolph. Role of calciotrophic hormones in calcium mobilization of lactation. **American Journal of Clinical Nutrition**. 1998;67:284-91.

Sowers MF, D Zhang, CA Janney. Interpregnancy weight retention patterning in women who breastfed. **The Journal of Maternal-Fetal Medicine**. 1998;7:89-94.

Janney CA, D Zhang, MF Sowers. Lactation and weight retention. **American Journal of Clinical Nutrition**. 1997;66:1116-24.

# CAROL A. JANNEY



## GRANTS

Pilot Study: Physical activity as an intervention for rapid cycling or moderately depressed bipolar I and II individuals. Funds ($4000) from private donor and Dow Chemical Company. Fall 2007.

Mayo Clinic Rochester Catchment Area for Selected Cancers 1998-2003. Funds ($5220) requested from the Biostatistics Core of the Mayo Clinic Comprehensive Cancer Center Support grant: P30CA 15083. Spring 2005.

Analysis of long-term lymphoma survivors pilot study. Funds ($5220) allocated from the Biostatistics Core of the Mayo Clinic Comprehensive Cancer Center Support grant: P30CA 15083. Spring 2005.

## COLLEAGUE RECOGNITION AWARD

In support of the CNS Technical Operations Team in 1997, especially your work on the 945-203 and Gabapentin pediatric submission

## PUBLIC SERVICE AND COMMUNITY ACTIVITIES

NAMI (National Alliance for Mental Illness) Board of Directors for Olmsted County. 2002-2004
Vice-President for 2003-4
Finance Committee 2003-4
Strategic Planner 2003-4
Community Relations Committee 2002



# APPENDIX G

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------- x
                                :
In re:  NEURONTIN MARKETING AND :
        SALES PRACTICES LITIGATION :
                                :
------------------------------- x
                                :
THIS DOCUMENT RELATES TO:       :   MDL Docket No. 1629
                                :
                                :   Master File No. 04-10981
------------------------------- x   (D. Mass.)
                                :
HARDEN MANUFACTURING            :
CORPORATION, et al. v. PFIZER INC. and  :   Judge Patti D. Saris
WARNER-LAMBERT COMPANY.         :   Magistrate Judge Leo T. Sorokin
                                :
                                :   DECLARATION OF
------------------------------- x   DR. NINAN T. MATHEW
                                :
THE GUARDIAN LIFE INSURANCE     :
COMPANY OF AMERICA v. PFIZER INC. and  :
                                :
AETNA, INC. v. PFIZER INC.      :
                                :
------------------------------- x
```

## DECLARATION OF DR. NINAN T. MATHEW

1.      I am a practicing neurologist in Houston, Texas and the director of the Houston Headache
Center. I am also a former president of the International Headache Society and the American
Headache Society. I have published more than 170 scientific articles in headache and related
fields.

2.      In my practice, I have been contacted by sales representatives for Parke-Davis and later,
Pfizer, with respect to gabapentin. None of the sales representatives from either company
encouraged me to use gabapentin off-label. Nor did the sales representatives from either
company ever discuss off-label uses of gabapentin with me.

3.      I use gabapentin off-label in my practice based upon my own experiences with the drug

and the experiences of other clinicians, as recorded in peer-reviewed journals. Especially for

difficult to treat conditions, or conditions for which there is no FDA indicated treatment, off-

label prescribing by doctors is logical and common. Off-label use, in my experience, is driven

by physician use, not company promotion.

4.      In 1996 or 1997, I was approached by Parke-Davis to do a multi-center, placebo

controlled study on the use of gabapentin for migraine prophylaxis. The study consisted of a

four week, single blind placebo period followed by a 12 week, double-blind treatment period.

Our study concluded that gabapentin is an effective prophylactic agent for patients with migraine

and that gabapentin is generally very well tolerated with mild to moderate dizziness and

somnolence the most common side effects.

5.      The controlled, clinical trial we completed was of the quality and scientific rigor the Food

and Drug Administration demands when considering the approval of a new drug based upon two

controlled, scientifically valid studies demonstrating efficacy.

6.      The findings of our study were published in the February 2001 edition of the peer-

reviewed journal, *Headache*. A true and correct copy of the article is attached here as Exhibit A.

7.      Parke-Davis never made any attempt to alter or edit the findings of the study, which

demonstrated a reduced number of migraines in patients receiving gabapentin compared with

those taking placebo. Parke-Davis pooled the data collected from all of the study centers and

distributed the data to the participating authors. The authors reviewed the data and the draft of

the study findings. The authors completed several rounds of revisions and edits to the article.

The published article reflects my thoughts and conclusions about the results of the study. This

2

process was substantially similar to the process that I have observed other pharmaceutical companies use in connection with other research.

8.      I was compensated by Parke-Davis for my work on the study, but not for the published article describing our study results. This was also consistent with my experiences performing studies in conjunction with other pharmaceutical companies.

9.      For preparing this affidavit, I was compensated at an hourly rate of $650. This rate reflects my average hourly earnings in my practice.

10.     I declare, under penalty of perjury, that the forgoing is true and correct. Executed this 23 day of May, 2007.

Ninan T. Mathew

3

# APPENDIX H

## Documents Considered for Expert Report of Elizabeth A. Field, PhD

**Academic Journals**
Backonja M, Beydoun A, Edwards KR, et al., Gabapentin for the symptomatic treatment of painful neuropathy in patients with Diabetes Mellitus. *Journal of the American Medical Association*, 1998;280:1831-6.

Mathew NT, Rapoport A., Saper J., et al. Efficacy of gabapentin in migraine prophylaxis, *Headache*, 2001; 41:119-28.

Vieta E, Goikolea JM, Martinez-Aran A, et al., A double-blind randomized, placebo-controlled, prophylaxis study of adjunctive gabapentin for bipolar disorder, *Journal of Clinical Psychiatry*, 2006; 67: 473-7

Low PA, Dotson RM, Editorial: The Treatment of Painful Neuropathy, *Journal of the American Medical Association,* 1998; 280:1863-4

Gorson KC. et al. Gabapentin in the treatment of painful diabetic neuropathy: a placebo controlled, double blind, crossover trial. *Journal of Neurology, Neurosurgery & Psychiatry*, 1999; 66(2): 251-2.

Pande AC, Crockatt JG, Janney CA, et al., Gabapentin in Bipolar Disorder: A Placebo-Controlled Trial of Adjunctive Therapy, *Bipolar Disorders*, 2000; 2: 249-255.

G.J. McCleane, Comment on: Serpell et al., Gapabentin in Neuropathic Pain Syndromes: A Randomised Double-Blind, Placebo Controlled Trial*, Pain*, 2003 103: 227.

M.G. Serpell, Gabapentin in Neuropathic Pain Syndromes: A Randomised, Double-Blind, Placebo-Controlled Trial, *Pain*, 2002; 99: 557.

Backonja M, Glanzman R, Gabapentin dosing for neuropathic pain: Evidence from randomized, placebo-controlled clinical trials*, Clinical Therapeutics*, 2003; 25: 81.

Gordh, Gabapentin in traumatic nerve injury pain: a randomized, double-blind, placebo-controlled, cross-over, multi-center study, *Pain*, 2008; 138:255

Wessely, P. et al., Preliminary Results of a Double Blind Study with the New Migraine Prophylactic Drug Gabapentin, *Cephalagia*, 1987; 7:477.

Wang PW, Santosa C, Schumacher M, Winsberg ME, Strong C, Ketter TA. Gabapentin augmentation therapy in bipolar depression, *Bipolar Disorders*, 2002; 4: 296.

Gomez-Perez FJ, Perez-Monteverde A, Nascimento O, Aschner P, Tagle M, Fichtner K, Subbiah P, Mutisya EM, Parsons B for the Latin American Diabetic Neuropathy Study Group, Gabapentin for the treatment of painful diabetic neuropathy: dosing to achieve optimal clinical response, *The British Journal of Diabetes and Vascular Disease*, 2004: 4(3): 173-178.

Dallocchio C, Buffa C, Mazzarello P, Chiroli S. Gabapentin vs. amitryptiline inpainful diabetic neuropathy: an open-label pilot study. *Journal of Pain and Symptom Management.* 2000; 20(4): 280-285.

Morello CM, Leckband SG, Stoner CP, et al. Randomized Double-blind Study Comparing the Efficacy of Gabapentin With Amitriptyline on Diabetic Peripheral Neuropathy Pain, *Arch Intern Med.* 1999;159:1931-37.

Caraceni A, Zecca E, Bonezzi C, Arcuri E. Yaya Tur R, Maltoni M, Visentin M, Gorni G, Martini C, Tirelli W, Barbieri M, De Conno F., Gabapentin for neuropathic cancer pain: a randomized controlled trial from the Gabapentin Cancer Pain Study Group, *Journal of Clinical Oncology*, 2004; 22(14): 2909-2917

Dickersin K, et al., Factors influencing publication of research results. Follow-up of applications submitted to two institutional review boards, *Journal of the American Medical Association*, 1992; 267:374.

Easterbrook PJ, et al., Publication Bias in Clinical Research, *Lancet*, 1991; 337:867.

Patsopoulos NA, Origin and funding of the most frequently cited papers in medicine: database analysis, *BMJ*, 2006, 332(7549):1061-4.

Mellegars, MA. et. al. Gabapentin for Neuropathic Pain: Systematic Review of Controlled and Uncontrolled Literature, *Clin. J Pain*, 2001; 17(4): 284-295.

Carta MG, Hardoy MC, Hardoy MJ, et al., The clinical use of gabapentin in bipolar spectrum disorders, *Journal of Affective Disorders*, 2003; 75:83-91.

**Clinical Trials and Research Reports**
Backonja (945-210) – RR720-03908
Gorson
Vieta (945-291)
Pande (945-209) - RR720-04174
Mathew (945-220) – RR995-00074
Serpell (945-306) - RR430-00125
POPP (945-271) - RR945-271
Reckless (945-224) – RR720-04130
1032-001 – RR720-04378
1032-002 – RR720-04479
1032-003 – RR720-30044
1032-004 – RR720-04481
1035-001 – RR720-04455
1035-002 – RR720-00471
Wessely (879-200) - RR4301-00066
Caraceni (945-276)
Gomez-Perez (945-411) – RR720-30154
945-217 – RR995-00085
Final Study Report: Gabapentin Protocol A945-1008


**Plaintiffs' Expert Reports**
John Abramson, MD
Kay Dickersin, PhD

**Declarations**
Dr. Miroslav Backonja
Dr. Kenneth Gorson
Dr. Eduard Vieta
Dr. Ninan Mathew
Dr. Robert Gerner
Carol Janney

**Defense Expert Reports**
Dr. Shaw Bird
Dr. Rollin Gallagher
Dr. Alan Rapoport
Dr. Andrew Slaby

**Depositions**
Phil Magistro
Dr. Atul Pande
Leslie Tive
Lloyd Knapp
John Boris
Christine Grogan
John Marino
Allison Fannon
Robert Glanzman
Avanish Mishra
Stephen Valerio
Michael Vinegra
David Cooper

**Other Documents**
WLC_Franklin_0000240556-557
WLC_Franklin_0000100237
WLC_Franklin_0000100272-73
Pfizer_LLAMoreaux_0035656-62
Pfizer_LLaMoreaux_0036397
Pfizer_LLaMoreaux_0038148
Pfizer_SPiron_0006886
Pfizer_TMartin_0001964-5
Pfizer_RGlanzman_0040034
Pfizer_LeslieTive_0020946
Pfizer_LeslieTive_0014808-0014812
Pfizer_LeslieTive_0051701
Pfizer_LKnapp_0079460
Pfizer_MPierce_0000701
Pfizer_MPierce_0000733
Pfizer_LKnapp_0050502

Pfizer_LCastro_0005072
Pfizer_APande_0000714-729
NRE0014017037-39, 41
NRXE1012000901
NRXE1012000897
NRXE1011003376
Serpell, ICMTNP2002 (Poster)
http://www.psychiatrist.com/documents/authors.asp
http://www.psychiatrist.com/documents/infoforauthors.asp
http://www.pfizer.com/research/clinical_trials/clinical_trials.jsp

**Pleadings**
Third Amended Class Action Complaint
Third Amended Coordinated Complaint