# EXHIBIT 26

EXPERT REPORT OF JANET ARROWSMITH-LOWE, M.D.

I.      QUALIFICATIONS AND EXPERTISE

I am a physician licensed to practice in the state of New Mexico. I am board certified in Internal Medicine, an elected Fellow of the American College of Epidemiology, and an elected Fellow of the American College of Physicians. I received my undergraduate degree at Duke University in 1972 and obtained my medical degree from Tulane University School of Medicine in 1979.

I have 11 years of experience with the United States Food and Drug Administration ("FDA"). I was a Medical Review Officer in the Division of Blood and Blood Products in the FDA Center for Biologics Evaluation and Research at the FDA and in the Division of Antiviral Drug Products in the Center for Drug Evaluation. In both of these positions, I was responsible for reviewing premarket New Drug Applications. I served as a Staff Epidemiologist in the Office of Epidemiology and Biostatistics at the FDA. In this position, I monitored the postmarket safety and effectiveness of marketed drugs, and I served as Consultant to the Centers for Drug and Biologics Evaluation and Research on epidemiologic issues and problems. Further, I was Acting Director of the Office of Surveillance and Biometrics in the Center for Devices and Radiological Health at the FDA. I was also an Epidemic Intelligence Service Officer at the National Centers for Disease Control and Prevention ("CDC") in Atlanta, Georgia. In this position, I participated in CDC and FDA epidemiologic investigations of problems of national and regional interest.

A copy of my Curriculum Vitae is attached as Exhibit A.

A list of cases in which I have testified as an expert over the past four years is attached as Exhibit B.

I charge $500 per hour for regulatory consultative services as well as deposition and trial testimony.

My opinions, as set forth below, are expressed to a reasonable degree of medical and scientific certainty, and are based on my training and experiences as a medical doctor, epidemiologist, and FDA medical review officer and acting director of Office of Surveillance and Biometrics. My opinions are also based on my knowledge of the requirements applicable to pharmaceutical manufacturers under the Federal Food, Drug, and Cosmetic Act and federal regulations pursuant to the Act; my knowledge of general FDA policies, procedures, and industry practices gained through my FDA and consulting experience; and my knowledge of practices in the pharmaceutical industry involving the development of innovative medicines.

II.     MATERIALS REVIEWED

I have reviewed a substantial number of documents relating to Neurontin®. These documents include, but are not limited to, documents from the Neurontin® Investigative New Drug Application, NDA and Supplemental New Drug Applications; medical officer reviews of the NDAs; documents relating to contacts between the FDA and the sponsor, internal FDA

documents, documents and statements on the FDA website, as well as regulations in 21 C.F.R. parts 200 and 300 which were in effect during the time Neurontin® was under development and throughout its marketing history. In addition, I have reviewed and relied upon relevant guidance documents, journal articles and other scientific publications. Finally, I have reviewed the Expert Report of David A. Kessler, M.D., dated July 31, 2008. Attached, as Exhibit C, is a list of materials I have reviewed. I also rely on my professional training and experience in assessing the materials I have reviewed. I reserve the right to supplement my opinions in the future if additional materials pertinent to my opinions come to light.

III.    FDA OVERSIGHT OF PRESCRIPTION MEDICINES

      A.    The FDA's Regulation of Prescription Medicines

The FDA is the expert federal agency charged by Congress to regulate prescription medicines. The Federal Food, Drug and Cosmetic Act ("FDCA"), 21 U.S.C. § 301 *et seq.* (FDCA), established the FDA as a component of the United States Department of Health and Human Services. 21 U.S.C. § 393. The FDCA also vests regulatory and enforcement authority in the Secretary of Health and Human Services. The Secretary has delegated this authority to the Commissioner of the FDA. FDA Staff Manual Guides, Vol. II, § 1410.10 (available at http://www.fda.gov/smg/vol2/1410/1410.html).

The FDA's authority to regulate the manufacture, labeling and distribution of human medicines is aimed at promoting and protecting public health in the United States. The FDA has been charged by Congress with the duty to ensure that medicines are "safe and effective" for their intended uses when used in accordance with the product label. 21 U.S.C. § 393(b)(2)(B). Under the FDCA, a medicine is "misbranded" if its labeling is false or misleading, or does not provide adequate warnings. *See* 21 U.S.C. § 352.

The FDA has clearly defined its role in ensuring that medicines are safe and effective. "Under the act and FDA regulations, the agency makes approval decisions based not on abstract estimation of its safety and effectiveness, but rather a comprehensive scientific evaluation of the product's risks and benefits under the conditions of use prescribed, recommended, or suggested in the labeling." 71 Fed. Reg. 3922, 3924 (Jan. 24, 2006) (citing 21 U.S.C. § 355(d)).

The FDA has over 9,000 employees located in more than 150 U.S. cities. Among its staff, the FDA has several thousand scientists, including physicians, chemists, pharmacologists, epidemiologists, statisticians, microbiologists and other professionals. Many of these scientists work in the Center for Drug Evaluation and Research ("CDER"), the drug review, approval and monitoring section of the FDA. CDER is the largest drug regulatory agency in the world.

B.     The FDA's Drug Review and Approval Process

1.     Investigational New Drugs

Since 1962, a pharmaceutical company must first submit to the FDA an Investigational New Drug application ("IND") if the company intends to conduct clinical (human) investigations with a new drug in the U.S.  21 C.F.R. § 312.20.  The central focus of an IND is "the general investigational plan and the protocols for specific human studies."  21 C.F.R. § 312.22(c).  The FDA's "primary objectives" in reviewing an IND are to assure safety and rights of the clinical trial subjects and "to help insure that the quality of the scientific evaluation of drugs is adequate to permit an evaluation of the drug's effectiveness and safety."  21 C.F.R. § 312.22(a).  The IND application contains extensive information on the manufacture of the drug, animal studies demonstrating safety for humans, pharmacologic studies, and protocols for the first studies in humans.

As part of the IND review process, the FDA will review details of the chemistry, manufacturing and controls for the new drug product, animal and other *in vivo* and *in vitro* investigations, data on human use from other countries, including adverse events associated with the use of the drug product, and the investigational plan for the new drug.  FDA scientists review and comment on the protocols submitted with the IND for the initial human use of the drug in the United States.  The FDA requires that the sponsor make a commitment for Institutional Review Board oversight to assure human subjects protection.  The IND application must include an Investigator's brochure, which serves as labeling for the new application.

The FDA reviews all aspects of clinical development, including the anticipated ability of the proposed clinical trials to demonstrate clinically and statistically significant differences between the test group of patients and the control group.  In general, based on initial safety information from the first clinical studies in healthy volunteers, the drug product may be studied in more extensive clinical trials to establish effectiveness as well as safety for the intended population.

2.     New Drug Application

After the FDA permits human testing to begin in the U.S., both the agency and the manufacturer monitor the results and safety data from the clinical trials.  As a practical matter, drug product sponsors usually request formal meetings to discuss essential aspects of their drug development plan with the FDA review division responsible for the premarket review of their IND or New Drug Application ("NDA").  Typically, there may be a pre-IND meeting, an End-of-Phase 2 meeting and a pre-NDA meeting between representatives of the sponsor and FDA management and review scientists.  In these meetings, the sponsor proposes a development plan or protocols, receives advice from FDA scientists, and may seek agreement on specific aspects of the drug development plan.

Assuming that drug development results in data that the sponsor believes demonstrates safety and effectiveness of the drug for a specific indication, the sponsor may submit an NDA to the FDA requesting permission to market the drug in the U.S.  The NDA includes, among other

3

things, detailed descriptions of a) pre-clinical pharmacology and toxicology studies concerning the drug and its possible side effects; b) human pharmacokinetics and bioavailability studies concerning the drug; and c) clinical studies concerning the safety and effectiveness of the drug. 21 C.F.R. § 314.50(d)(2), (3) and (5). The FDA thoroughly reviews all data in the NDA, including proposed labeling and data from the clinical development program to determine whether the drug meets the "statutory standards for safety and effectiveness. . . ." 21 C.F.R. § 314.105(c). The FDA "is required to exercise its scientific judgment to determine the kind and quality of data and information an applicant is required to provide for a particular drug to meet the statutory standards." *Id.*

Once the NDA has been submitted, FDA scientists determine whether the data are sufficient to establish that the drug meets the FDA's rigorous safety and efficacy requirements. Historically, after intensive assessment by the FDA review team, including inspection of clinical trial sites and data and re-analyses of data, the FDA then issues a letter to the sponsor indicating whether the NDA is approved, not approved, or is approvable. In the past, if an NDA was found to be approvable but not approved, the FDA identified the deficiencies that must be corrected and the additional information required before approval would be reconsidered.

The existence of clinical trials that do not achieve their pre-determined efficacy goals or outcome measurements does not mean the drug is not approvable or that it is not effective for that indication or for other indications. There are many factors that affect a clinical trial's success, not all of which indicate a lack of effectiveness. The U.S. drug development process is rigorous and scientifically sound. The FDA estimates that among 5,000 compounds initially identified as having potential as a new drug, only five will enter clinical testing in the U.S. Of the five that enter into clinical development, only one will eventually be marketed. (The Beginnings: Laboratory and Animal Studies, FDA Consumer Magazine Special Report, 4th Ed., Jan. 2006, available at http://www.fda.gov/fdac/special/testtubetopatient/studies.html).

IV.     THE FDA'S INITIAL APPROVAL OF NEURONTIN®

Warner-Lambert/Parke-Davis submitted the Neurontin IND to the FDA on May 29, 1986. The initial Neurontin NDA, which includes 250 volumes of data, was submitted on January 15, 1992. The FDA approved the NDA on December 30, 1993. Letter from Robert Temple, M.D., Director, Office of Drug Evaluation, FDA, to Parke Davis Pharmaceutical Research (December 30, 1993).

V.      APPROVAL FOR POST-HERPETIC NEURALGIA

Neurontin underwent additional regulatory review when Pfizer submitted a Supplemental New Drug Application ("sNDA") in August of 2001 for Neurontin in the management of neuropathic pain. Letter from Drusilla Scott, Ph.D., Pfizer to FDA (August 6, 2001) Pfizer_AGarrity_0002519. Initial discussions with the FDA regarding a submission for neuropathic pain were with the Division of Analgesics, Anti-Inflammatory, and Ophthalmic Drug Products ("DAAODP"). The DAAODP indicated that a broad indication for neuropathic pain could be supported by two positive trials in one neuropathic pain model and a single

4

positive trial in another neuropathic pain model. The FDA subsequently transferred responsibility for pain indications to the Division of Anesthetics, Critical Care and Addiction Drug Products ("DACCADP"). The DACCADP did not believe that a general neuropathic pain indication could be given absent further clinical testing.

The sponsor then revised the neuropathic pain indication to treatment of post-herpetic neuralgia ("PHN") in October 2001. Letter from Drusilla Scott, Ph.D., Pfizer to FDA (October 22, 2001). The submission included data from two controlled trials in PHN and five controlled trials for neuropathic pain. The FDA's clinical reviewers carefully evaluated the clinical safety and effectiveness information submitted in this NDA. The clinical review of these data was performed by Sharon Hertz, M.D., and Dr. Cynthia McCormick, the primary reviewer for Neurontin's initial approval in December 1993 and now the division director for DACCADP, submitted her own evaluation of the PHN submission as the "Division Director Review and Basis for Approval Action."

Both the reviewing medical officer, Dr. Hertz, and the division director, Dr. McCormick, concluded that Neurontin's safety and efficacy in treating patients with PHN was established in two adequate and well-controlled clinical trials at doses ranging from 1800 to 3600 mg/day. Accordingly, on May 24, 2002, the FDA approved the use of Neurontin in the management of PHN when used in accordance with its approved labeling. Letter from Cynthia McCormick, M.D., Director, FDA Division of Anesthetic, Critical Care, and Addiction Drug Products, to Drusilla Scott (May 24, 2002).

The fact that Neurontin did not receive a broad indication for management of neuropathic pain does not mean that it is not effective for pain indications other than post-herpetic neuralgia. Neurontin has been approved more broadly for safe and effective treatment of neuropathic pain in numerous other countries, including the United Kingdom, Germany, Spain, Italy, Australia, Russia and the Netherlands.

In his report, Dr. Kessler does not consider or describe the initial discussions between Pfizer and DAAODP, which gave Pfizer reason to believe that the FDA would approve a general neuropathic pain indication, pending appropriate data. Nor does he mention Pfizer's subsequent attempts to reconcile the apparent discrepancies in advice between DAAODP and DACCADP. Letter from Robin Pitts, R.Ph., to Cynthia McCormick, M.D., Director, FDA Division of Anesthetic, Critical Care, and Addiction Drug Products (May 18, 2001). The transfer of responsibility from DAAODP to DACCADP had already occurred, and DACCADP had already expressed its views by September 2001, the date of the meeting of the pain management consultants referenced in Dr. Kessler's report. According to these experts, "a broad claim with *any* drug is not possible *at this time*" (emphases added); their views were not limited to the then-pending Neurontin sNDA. The draft minutes provide the consultants' assessment of the types of clinical models that should be included in the assessment of Neurontin's effectiveness in treating a range of conditions associated with neuropathic pain, including neuropathic pain resulting from chemotherapy, from stroke, from spinal cord damage, from carpal tunnel nerve entrapment and

other etiologies. Their consensus was that *no drug* would likely be granted approval for a general neuropathic pain indication at that time.

Despite Dr. David Kessler's assertion in his expert report filed July 31, 2008 that "FDA did not approve dose recommendations in Neurontin's labeling greater than 1800 mg/day,"the medical officer's report in which Dr. Sharon Hertz recommended approval of the post-herpetic neuralgia indication contains the following statement on page 3, under the heading "Efficacy."

> These results demonstrate that gabapentin doses of 1800 mg/day, 2400 mg/day, and 3600 mg/day were effective for post-herpetic neuralgia. Patients should undergo a gradual titration from 300 mg/day to 1800 mg/day. Although there does not appear to be additional benefit from higher doses, safety data support the use of doses up to 3600 mg/day.

Also, in contrast to Dr. Kessler's statement concerning the absence of dose recommendations greater than 1800 mg/day in the Neurontin labeling, the following paragraph is copied verbatim from the Neurontin label approved May 24, 2002, which reflects the addition of the post-herpetic neuralgia indication:

Postherpetic Neuralgia

> In adults with postherpetic neuralgia, Neurontin® therapy may be initiated as a single 300-mg dose on Day 1, 600 mg/day on Day 2 (divided BID), and 900 mg/day on Day 3 (divided TID). The dose can subsequently be titrated up as needed for pain relief to a daily dose of 1800 mg (divided TID). In clinical studies, efficacy was demonstrated over a range of doses from 1800 mg/day to 3600 mg/day with comparable effects across the dose range. Additional benefit of using doses greater than 1800 mg/day was not demonstrated.

In addition, the Neurontin labeling approved May 24, 2002 includes graphic information reflecting the effectiveness of Neurontin dosed at 3600 mg/day as well as the statement that Neurontin's efficacy is demonstrated over a range of doses that includes 3600 mg/day. 21 C.F.R. § 201.55 (April 1, 2002) provides the regulatory intent of such dosing information as reflecting "an informative, realistic, recommended or usual dosage." Thus it is my opinion that Dr. Kessler is mistaken in his assertion that doses above 1800 mg/day were not recommended in Neurontin's labeling.

## VII.   THE FDA'S DIVISION OF DRUG MARKETING, ADVERTISING AND COMMUNICATION

The Division of Drug Marketing, Advertising, and Communication (DDMAC) is the division within the Center for Drug Evaluation and Research charged with reviewing and commenting on advertising, professional detail materials and other promotional statements or representations.

DDMAC's mission is "[t]o protect the public health by assuring prescription drug information is truthful, balanced, and accurately communicated." DDMAC enforces regulations (21 C.F.R. § 202.1 (Prescription-drug advertisement)) that require an advertisement for a prescription drug to present a brief summary of side effects, contraindications, and effectiveness that is consistent with the approved product label. This summary should be a "true statement" of information that includes information about important risks and benefits. This information should be provided in a balanced fashion so that effectiveness claims and information about side effects, conditions under which the drug cannot be expected to provide sufficient benefit to outweigh possible risks, or possible adverse effects are equally addressed. An advertisement or other promotional material may be considered false and misleading by DDMAC if a reviewer determines that the risks and benefits of the product are presented in such a way that it "lacks fair balance." The specific allegations of "false and misleading," "lacking in fair balance," or "failing to provide a true statement" of risks and benefits are required in all sponsor-directed notifications of potential violations. Those specific phrases reflect the statutory authority that a DDMAC reviewer must cite when communicating to the product sponsor that a particular promotional item or advertising statement is not in compliance with the sponsor's responsibilities in promoting its product.

While the regulations provide some guidance on what constitutes a "true statement," "fair balance," and "false and misleading," application of the regulations is subjective. DDMAC evaluations of advertising, educational, and promotional materials, are based on the reviewer's interpretations of the regulations governing such materials. If a DDMAC reviewer believes a violation of 21 C.F.R. § 202.1 has occurred, there are a number of responses available to address the alleged violation. Among DDMAC's possible responses are, in increasing order of severity: untitled letters, warning letters, recalls, seizures, injunctions, administrative detention, and criminal prosecution. Issuance of an untitled letter is the lowest level response to an alleged violation. The CDER handbook (http://www.fda.gov/cder/handbook/pruntlet.htm) explains that an untitled letter is used to "address promotion violations that are less serious that those addressed in warning letters." In addition, "there is no requirement that the agency take enforcement action, although the [untitled] letters may serve as a basis for additional regulatory action."

In his expert report, Dr. David Kessler refers to an untitled letter from DDMAC to Pfizer dated June 29, 2001 notifying the company of promotional materials for Neurontin which, in the opinion of the DDMAC reviewer, contain "misleading claims." These materials, which had been developed by Warner-Lambert/Parke-Davis, were said to contain "misleading claims" because Quality of Life ("QOL") data for patients with partial seizures presented in the promotional piece derived from a published, open label, uncontrolled study, the NEON study. The NEON study design is described in the promotional piece itself as "a 5-month, open-label, prospective multicenter study (N=141)." According to the DDMAC reviewer, the NEON clinical trial "is not considered to be substantial evidence for claims of QOL improvements because it is not a controlled study." While NEON was a valid study (published May 1998 in the Canadian Journal of Neurological Sciences, Vol. 25, No. 2; pp. 134-140) and the promotional piece accurately conveyed the design of and results from NEON, the fact that NEON did not contain a control

group apparently led this particular DDMAC reviewer to conclude that NEON did not provide substantial evidence of effectiveness in improvement in QOL parameters.

In paragraphs 46 through 52 of his report, Dr. Kessler details the actions by Pfizer after receiving this untitled, notice of violation letter. As noted by Dr. Kessler, Pfizer not only withdrew all promotional materials with references to the NEON study cited by DDMAC, but also reviewed additional promotional materials for other references that might be viewed as objectionable by the reviewer. As noted by Dr. Kessler, Pfizer identified additional promotional items describing QOL data from another uncontrolled study not cited by DDMAC, the STEPS study. Pfizer provided an initial response to DDMAC within the specified 10 day timeframe and indicated that it was discontinuing the use of the materials to which the FDA objected. These responses by Pfizer were appropriate, timely and resulted in withdrawal of the materials cited by DDMAC. While Dr. Kessler carefully outlines the actions of Pfizer following receipt of the untitled letter from DDMAC, he does not address Pfizer's conscientious and appropriate response to the DDMAC letter. Dr. Kessler's failure to note the appropriateness of Pfizer's responses to DDMAC is, in my opinion, a significant oversight for the former head of a regulatory agency.

In addition, in the case of the DDMAC untitled letter to Pfizer, no additional regulatory actions were taken following Pfizer's responses, even though this was a possible additional step DDMAC could have pursued had Pfizer's actions in regard to the letter been considered unsatisfactory by DDMAC.

I have also reviewed a DDMAC letter to Pfizer dated July 1, 2002. In that letter, DDMAC objected to promotional labeling regarding use of a model of the human brain as part of the promotion to healthcare providers. As described in the DDMAC letter, the model included a "presentation of the human brain with full presentation of the hippocampus, the cerebellum, lower medullary structures leading to the spine, and the cerebellum with a prominent mention of the product name below." Opposite to the picture of the model was the heading "Mechanism of Action," under which were illustrations of cellular activity resulting from administration of Neurontin, including a decrease in "action potential frequency," and increase in "GABA synthesis," and an increase in "GABA release."

DDMAC objected to this promotional piece, asserting that the use of the brain model in this promotion incorrectly implied that the mechanism of action for the drug was known. Actually, it is not uncommon in approved product labeling to have a statement that the mechanism of action for the drug is unknown. DDMAC also objected to the use of the brain model in the use of the product name and the purported mechanism of action suggested that Neurontin was useful for a broader range of central nervous system conditions. DDMAC further objected that the "solo and prominent mention" of the product name suggested that Neurontin could be used as monotherapy for various central nervous system disorders.

The issues raised by DDMAC regarding this promotional piece are minor. As discussed above, the term "misleading" does not mean that any physician or consumer was actually misled.

DDMAC did not require Pfizer to issue a retraction or institute any corrective action based on its review of the promotional materials noted in the letter.

VIII.   THE FDA REGULATION OF OFF-LABEL USES OF DRUGS

The FDA does not regulate the practice of medicine, meaning that once a product is approved for marketing in the U.S., prescribers are permitted to prescribe or use the product as they feel is in their patients' best interests.  Physicians may prescribe medications for uses that have not been approved by the FDA.  However, the FDA does regulate the marketing of pharmaceutical products.  Drug companies may not promote pharmaceutical products for uses that have not been approved by the FDA.  If a pharmaceutical company claims that a drug is effective for a condition not approved by the FDA, the FDA can take action and has taken the position that it may pursue a claim whether or not the information communicated by the pharmaceutical company is true.  In my experience, the FDA does not restrict the legitimate dissemination of scientific and clinical communication, some of which may include discussion of off-label use.

Under 21 C.F.R. § 201.57(e)(2005), "[i]f there is a common belief that the drug may be effective for a certain use of if there is a common use of the drug for a condition, but the preponderance of evidence related to the use or condition shows the drug is ineffective" the FDA may request that the label state that there is a *lack* of evidence demonstrating efficacy for that use.

The recently published revisions to the format for prescription drug labels reiterate this point. Section 201.57(c)(3)(iii) states, in part, that "If there is a common belief that the drug may be effective for a certain use or if there a common use of the drug for a condition, but the preponderance of evidence related to the use or condition shows that the drug is ineffective or that the therapeutic benefits of the product do not generally outweigh its risks, the FDA may require that this section state that there is a lack of evidence that the drug is effective or safe for that use or condition." 21 C.F.R. § 201.57(c)(2)(ii)(2006).

Plaintiffs have alleged that physicians were prescribing Neurontin for off-label indications for years.  The FDA was certainly aware of off-label prescriptions of Neurontin and could have requested that Pfizer include in the Neurontin labeling a specific warning regarding any perceived inefficacy associated with off-label uses.  21 C.F.R. § 201.57(e) (April 2002).  The FDA could have requested a statement in the indications section of the label noting that while Neurontin was widely used for an off-label condition, there was not data supporting its safety or efficacy for that condition.  The FDA also could have issued or requested that Pfizer issue a public health alert or dear healthcare provider letter to inform the medical community that Neurontin was not effective for specific off-label uses.  In my experience, the FDA may pursue addition of such warnings to a label, particularly when a company is seeking a new indication for an approved product.  Nevertheless, the FDA took no such action in connection with the 2002 approval for post-herpetic neuralgia and, to date, has not requested any such remedial measures.

December 12, 2008

Janet Arrowsmith-Lowe, M.D.

# EXHIBIT A

CURRICULUM VITAE
JANET B. ARROWSMITH-LOWE, M.D., F.A.C.P, F.A.C.E.
November 2008

Home Address:

Office Addresses
Arrowsmith-Lowe Consulting, Inc

email:

Education:
| | | |
|---|---|---|
| Bachelor of Arts | Duke University | 1972 |
| Doctor of Medicine | Tulane University | 1979 |

Internship and Residency:
Internal Medicine                    University of Alabama at Birmingham
                                                   1979 through 1982

Additional Training:
Epidemic Intelligence Service        National Centers for Disease Control and
                                                   Prevention, 1984 through 1986

Licensure:
| | | |
|---|---|---|
| Federal Licensing Exam | June | 1979 |
| New Mexico | November 1996 | |

Specialty Board Certification:
American Board of Internal Medicine,        September 1986

Professional Associations:
| | |
|---|---|
| Member, American College of Epidemiology | Elected April 2002 |
| Fellow, American College of Epidemiology | Elected October, 2008 |
| Member, American College of Physicians | Elected 1987 |
| Fellow, American College of Physicians | Elected April 1994 |
| American Medical Association | |
| International Society of Pharmacoepidemiology | |
| Drug Information Association | |
| Reserve Officers Association | |
| Lincoln County Medical Society | |

Professional Experience:
1999 to present
Arrowsmith-Lowe Consulting, Inc.
         * President of drug, biologic, and device consulting firm
Consultant, NIDA Division of Research and Development, National Institutes of Health
Special Emphasis Panel, National Institute of Allergy and Infectious Diseases, NIH
1999 to 2006
         * Arrowsmith-Lowe Consulting, Inc.
         * Primary Care provider, Family Practice Associates of Ruidoso, NM
1998 to 1999
Internal Medicine Associates, Ruidoso, NM
              *Full time internal medicine practice with ICU privileges
              *Member, Critical Care / Cardiorespiratory Committee
              *Physician member, Infection Control Committee
              *Physician Board member, Headstart of Lincoln County
              *Ryan White provider, University of New Mexico Health Sciences Center

Janet Arrowsmith-Lowe, M.D., F.A.C.P., F.A.C.E.
Curriculum vitae
Page 2 of 8

Professional Experience, continued:

1996-1998:
*Clinical Specialty Consultant*, Mescalero PHS Indian Health Service
Hospital, Mescalero, NM
> * Full time clinician in a family practice inpatient and outpatient setting
> * Consultant on Internal Medicine specialty problems
> * Member of the Quality Assurance special team
> * Co-chair of the Hospital Infection Control Committee
> * Mescalero Service Unit member of the Albuquerque Area Diabetes Team
> *Acting Clinical Director, June 1997 – November 1997

1995-1996:
*Medical Review Officer*, Division of Blood Applications, Office of Blood Research and Review, Center for Biologics Evaluation and Research, U.S. Food and Drug Administration, Rockville, MD

> * Internal medicine clinical specialist with expertise in clinical trial design and xenograft transplantation
> * Primary care provider for HIV-infected persons, Whitman-Walker Clinic, Washington, DC

1993 - 1995
*Acting Director, Office of Surveillance and Biometrics,* Center for Devices and Radiological Health. U.S. Food and Drug Administration, Rockville, MD

> * Supervised staff of 113 professional and support personnel with an annual budget of $2.5 million
> * Responsible for monitoring safety and effectiveness of all medical devices marketed in the U.S.
> * Primary care provider for HIV-infected persons, Whitman-Walker Clinic, Washington, DC

1991-1993:
*Medical Review Officer, Division of Antiviral Drug Products*, Center for Drug Evaluation and Research, U.S. Food and Drug Administration, Rockville, MD

> * Reviewer for initial clinical trials of new drugs developed to treat HIV, Herpes, Varicella-Zoster and other human viral pathogens
> * Clinical consultant to the Division's laboratory for pre- and post exposure prophylaxis to prevent Hepatitis B and HIV infections
> * Field reviewer for CDC's community-based programs in HIV prevention
> * Primary care provider for HIV-infected persons, Whitman-Walker Clinic, Washington, DC

Janet Arrowsmith-Lowe, M.D. F.A.C.P., F.A.C.E.
Curriculum vitae
Page 3 of 8

<u>Professional Experience, continued</u>

1990-1991:

*Senior Medical Officer (HIV),* Office of the Forum on Quality in Health Care, Agency for Health Care Policy and Research, Rockville, MD

> \* Senior Agency clinical consultant HIV-related policies
> \* Established and convened panel of clinical and community experts for the development of clinical care and treatment guidelines for HIV infection, published in 1993.
> \* Primary care provider for HIV-infected persons, Whitman-Walker Clinic, Washington, DC

1988-1990

*Deputy Director, Office of AIDS and Special Health Concerns, Office of the Commissioner*, U.S. Food and Drug Administration, Rockville, MD

> \*Directed the FDA activities for the AIDS Clinical Trials Information Service, a publicly accessible database of all clinical trials to treat HIV infection
> \*National and international representative for FDA policies on regulation of HIV-related products for diagnosis and treatment
> \* Primary care provider for HIV-infected persons, Whitman-Walker Clinic, Washington, DC

1986 to 1996
*Clinical Instructor*                    Department of Medicine
                                         Georgetown University Medical Center
                                         Washington, DC

1986-1988
*Staff Epidemiologist, Office of Epidemiology and Biostatistics*, Center for Drug Evaluation and Research, U.S. Food and Drug Administration

> \* Monitored postmarket safety and effectiveness of marketed drugs
> \* Consultant to Centers for Drug and Biologics  Evaluation and Research on epidemiologic issues and problems
> \* Special consultant to the U.S. Department of Justice
> \* Primary care, Department of Medicine, Georgetown University Medical Center, Washington, DC.

1984-1986

*Epidemic Intelligence Service Officer*, National Centers for Disease Control and Prevention, Atlanta, GA

> \* First EIS officer assigned to the FDA
> \* Participated in CDC and FDA epidemiologic investigations of problems of national and regional interest, see bibliography and abstract listings
> \* Assigned as editor <u>pro tempore</u>  <u>Morbidity and Mortality Weekly Report,</u>

Janet Arrowsmith-Lowe, M.D., F.A.C.P., F.A.C.E.
Curriculum vitae
Page 4 of 8

Professional Experience, continued
1982-1984
*Staff Physician*, Cooper Green Hospital, Birmingham AL
> \* Internal Medicine attending physician with student, resident and intern teaching responsibilities
> \* Quality Assurance review responsibilities and Chair, medical-nursing quality assurance program

Other Professional Activities

- Chair, Membership Committee, American College of Epidemiology, 2008
- Medical specialist, Managed Health Care Bureau, N M Public Regulation Commission 2007
- Vice Chair, Membership Committee American College of Epidemiology 2006 - 2008
- Reviewer, 2006 Congress of Epidemiology abstracts
- Lincoln County Councilor, New Mexico Medical Society Council of Governors, 2005 -2007
- Editorial Consultant, ACP's PIER program 2005 - 2006
- Reviewer, American College of Physicians' (ACP)'s Physician Information and Education Resource (PIER) modules 2004-2006
- President, Lincoln County Medical Society, 2004-2005
- Hoofbeats Therapeutic Riding Program Board of Directors, Alto NM, 2004 to 2006
- Membership Committee, American College of Epidemiology, 2002
- Volunteer physician, Bishop Stoney Camp, Episcopal Dioceses of the Rio Grande, 2004, 2005
- Reviewer, Scientific Program Committee, International Society for Pharmacoepidemiology, 2004, 2005, 2007, 2008
- Secretary/treasurer, Lincoln County Medical Society, elected December 2003-2004
- Medical Director, Ruidoso Home Care, September 2000 to present
- Professional Advisory Group, Ruidoso Home Care and Hospice, September 2000 to present
- Medical Advisor and Board , Hoofbeats Therapeutic Riding Program, Alto, NM 2001 to 2006
- Representative, NM Council of the American College of Physicians, 1998 - 2000
- Moderator, Pharmacoepidemiology session, Annual EIS Conference, CDC, Atlanta, GA; 4/97
- Physician Representative DC Branch of the Commissioned Officers' Association 7/95-4/96.
- Member, PHS Medical Review Board July 1991 to 1998
- Member, PHS Co-Step Board Panel January 1991 to 1998.
- FDA Representative, PHS working Group on management of occupational exposure to HIV, 2/89.
- FDA Representative, AIDS Information Service Panel, US PHS Executive Task Force on AIDS; September 1989 - September 1990.
- Editorial Board, Journal of Pharmacoepidemiology, April 1988.
- Reviewer, Annals of Internal Medicine, 1988 to present

Uniformed Services
- US PHS 1984 – 1998; Highest rank achieved Captain (06); Honorable discharge, February, 1998 at Commander (05) grade. Inactive Reserve, US PHS, 1998 to present

Bibliography
- Silverman BG, Brown SL, Kaczmarek RG, Arrowsmith-Lowe JB, Kessler DA. Reported complications of silicone breast implants: An epidemiologic review.  Ann Int Med 1995; 124:744-56.
- Ulatowski TA and Arrowsmith-Lowe J.  "Antiviral Claims for Medical Devices" . In: Proceeding from the First Workshop on Antiviral Claims for topical Antiseptics, May 31-June 1, 1994. U.S.GPO;1995-386-982:43728 ; pp 19-23.

Janet Arrowsmith-Lowe, M.D., F.A.C.P., F.A.C.E.
Curriculum vitae
Page 5 of 8

Bibliography, continued

- Arrowsmith-Lowe J. Medical Device Regulations and the Postmarket Surveillance Studies Section of SMDA '980. Jap J Medical Instrumentation 1995; 65:158-9.
- Arrowsmith JB, Gerstman BB, Fleischer DE, Benjamin SB. Results from the ASGE/FDA collaborative study on complication rates and drug use during gastrointestinal endoscopy. Gastrointestinal Endoscopy 1991; 37: 421-7.
- 
- Arrowsmith JB. FDA contributing author. PHS Statement on management of occupational exposure to human immunodeficiency virus. MMWR 1990; 39 RR-1: 1-14.

- Arrowsmith JB. AIDS therapy and the detection of adverse drug reactions in dental practice. J Am Dent Assoc 1989; 119: 46S-48S.

- Arrowsmith JB, Faich GA, Tomita DL, et al. Morbidity and mortality among low birthweight infants exposed to an intravenous vitamin E product, Eferol. Pediatrics 1989; 83: 244-9.

- Hine LK, Arrowsmith JB, Gallo-Torres H. Monooctanoin-associated pulmonary edema. Am J Gastroenterol 1988; 1128-31.

- Spengler RF, Arrowsmith JB, Kilarski DJ, et al. Severe soft tissue injury following intravenous phenytoin: Patient and drug administration risk factors. Arch Med 1988; 148: 1329-33.

- Arrowsmith JB, Creamer JI, Bosco L. Severe dermatologic reactions reported after treatment with tocainide. Ann Int Med 1987; 107: 693-6.

- Arrowsmith JB, Kennedy DL, Kuritsky JN, Anello C, Faich GA. Trends in aspirin use and Reye syndrome reporting, United States, 1979-1985. Pediatrics; 79: 858-63.

- Nelson WL, Fraunfelder FT, Sills JM, Arrowsmith JB, Kuritsky JN. Adverse respiratory and cardiovascular events attributed to timolol ophthalmic solution, 1978-1985. Am J Ophthal 1986; 102: 606-11.

- Hoffman R. Zakonen S, Yang HH, Bruno E, LoBuglio AF, Arrowsmith JB, Prchal JT. An antibody cytotoxic to megakaryocyte progenitor cells in a patient with immune thrombocytopenic purpura, N Eng J Med 1985; 312: 1170-4.

Abstracts

- Arrowsmith-Lowe, Janet. How Do Drugs Get onto the US Market and What Happens Next? Annual Meeting NM Chapter American College of Physicians November 3 – 5, 2005 Albuquerque, NM (poster presentation, second prize in presentation)

- Arrowsmith-Lowe J, Gogel HK, Lynn R, et al. Serendipitous overdose of octreotide acetate used for variceal hemorrhage. Annual meeting NM Chapter ACP-ACIM, Albuquerque NM, 1999.

- Arrowsmith JB and Kennedy DL. National patterns of aspirin use and Reye syndrome reporting APHA Annual Meeting; New Orleans, LA. 1987

- Arrowsmith JB. Guillian-Barre Syndrome following Streptokinase Exposure : A case study in Pharmacoepidemiology, APHA Annual Meeting Washington DC 1986.

Janet Arrowsmith-Lowe, M.D., F.A.C.P., F.A.C.E.
Curriculum vitae
Page 6 of 8

<u>Abstracts</u>, continued
- Arrowsmith JB, Kuritsky JN, Faich GA, Hsu JP.  Morbidity and mortality associated with the use of an intravenous vitamin E preparation, Eferol.  EIS Conference, CDC Atlanta, GA 1986.
- Arrowsmith JB, Kuritsky JN, Faich GA, Kennedy DL, Anello C.  Changing patterns of aspirin use, 1980-1983.  EIS Conference, CDC, Atlanta GA, 1985.

<u>Letters</u>
- Arrowsmith-Lowe, JB Drug safety reporting.  ACP Observer 2005;25:2.
- Tanner LA, Arrowsmith JB. Histamine type-2 receptor blockers and bradyarrythmias.  Ann Int Med 1988; 109:434-5.
- Arrowsmith JB, Dreis M.  Thrombocytopenia after treatment with danazol. N Engl J Med 1986; 315:302
- Arrowsmith JB, Kuritsky JN, Milstein JB, Murano G. Streptokinase and the Guillian-Barre syndrome. Ann Int Med 1985; 103: 302.
- Arrowsmith JB, Gams R.  Dystonia with Droperidol therapy. N Engl J Med 1981; 305: 227.

<u>Book Chapters</u>
- Arrowsmith-Lowe J "Post-Market Safety Surveillance for Pharmaceuticals" In<u>: Principles and Practice of Public Health Surveillance</u>, 2nd edition Teutsch SM and Churchill RE, eds. Oxford University Press, 2000.
- Arrowsmith JB, Anello C. Postmarketing Surveillance: A view from a regulatory agency.  In: <u>Pharmacoepidemiology</u> Strom BL, ed.  Churchill Livingstone, New York, 1989; revised 1994.

<u>Other Publications</u>
- Arrowsmith-Lowe J. Summertime and the "stomach flu".  *Apache Scout*; Mescalero NM, August 1996.
- Arrowsmith-Lowe J and Simmons D "Recognizing Sexual Abuse in Children" *Apache Scout*, Mescalero, NM, September 1997.
- Arrowsmith J and delaHoussaye MK.  Flow of Federal Health Funds, State of Louisiana. Prepared for the Office of the Commissioner, Division of Administration , State of Louisiana, Baton Rouge LA, 1975.

<u>Representative Presentations</u>:
- "How drugs get to market in the US" Sacramento Mountain Village, Ruidoso NM May 2008
- "How FDA Works" Lincoln County Medical Society, Ruidoso NM March 13, 2008
- "Medication Errors in Children" Pediatric Research Roundtable, Consumer Healthcare Products Association, Washington DC, June 28, 2007
- Arrowsmith-Lowe J, Gogel HK, Lynn R, et al.  "Serendipitous overdose of octreotide acetate used for variceal hemorrhage". Annual meeting NM Chapter ACP-ACIM, Albuquerque NM, 1999.
- Medical Issues for Women Living with HIV.  Positive Women's Retreat, sponsored by Camino de Vida of New Mexico. Las Cruces NM, May 12, 2000
- Sexually Transmitted Diseases: Prevention and treatment.  Camp Sierra Blanca Juvenile Detention Center, Capitan, NM December, 1999.
- Antibiotic Resistance and Misuse of Antibiotics, Artesia, NM and Portales NM March, 1998
- Moderator, Postmarketing Surveillance Panel, Annual EIS Convention, CDC, April 1997.
- "Recognizing sexual abuse in a child"  Mescalero Headstart Program continuing education series. September, 1996; Mescalero, NM.
- "Menopause" Federal Women's Association monthly meeting, Mescalero NM; August 1996.
- "An update on the new Medical Device Regulations" The Center of Devices and Radiological Health televised conference on postmarket issues, September 27 1994; 1:30- 2:30 pm.

Janet Arrowsmith-Lowe, M.D.., F.A.C.P, M.A.C.E
Curriculum vitae
Page 7 of 8

Representative Presentations, continued
- "CDRH Executive Roundtable" at the Regulatory Affairs Professional Society Annual Meeting Washington, DC; September 1994.
- "Medical Device Reporting " Medical Devices Update 1994,  The Food and Drug Law Institute, Washington, DC; June 1994.
- "Epidemiology of Blood Borne Pathogens, Including HIV" University of Texas University of Health Sciences School of Dentistry, October 1993.

Awards

- PHS Citation- 1987 epidemiology of aspirin and Reye syndrome and of the E-Ferol syndrome.
- American Medical Association's Physicians Recognition Award, July 1985 through June 1988, July 1988 through June 1991, July 1991 through June 1994,  July 1994 through June 1997, July 1998 through June 2001, June 2001 through June 2003, June 2003 through June 2006.
- PHS Citation-1989 for outstanding effort in coordination of AIDS activities for the Food and Drug Administration.
-  PHS Unit Commendation-1990 for extraordinary achievements in developing a toll-free accessible AIDS clinical trials database.
- PHS Unit Commendation-1991 for exemplary service in clinical guideline development.
- Whitman-Walker Clinic volunteer of the month, April 1992.
- PHS Outstanding Unit Commendation -1992 for contributions to the review and approval of ddI.
- Center for Devices and Radiological Health Certificate of Appreciation-1995 for outstanding leadership and exceptional achievement.
- US Food and Drug Administration Certificate of Appreciation-1995 for support and contribution of the FDA MedWatch Program.
- PHS Unit Commendation -1995 as a member of the corporate wide injunctions group.
- PHS Unit Commendation -1995 as a member of the Ad Hoc Committee on Total Parenteral Nutrition Issues.
- PHS Unit commendation -1995 as a member of the MedWatch Coordinating Council.
- PHS Unit Commendation -1995 as a member of the Cables and Leads Working Group.
- DHHS Secretary's Award and PHS Unit Commendation -1996 for outstanding performance addressing the problems of electrodes and patient cables and leads
- Letters of appreciation,1996, David A. Kessler, Commissioner, U.S. Food and Drug Administration; and Mary Pendergast, Deputy Commissioner, US FDA
- Certificate of Appreciation for eight years of volunteer service, presented March 1996, Whitman-Walker Medical Center, Washington, DC.
- PHS Isolated Hardship Ribbon, 1996.
- Outstanding Alumna, Louise McGhee School, New Orleans, LA March 1997.
- "Angel of Adoption" Congressional Coalition on Adoption, September, 2001

Janet Arrowsmith-Lowe, M.D., F.A.C.P, M.A.C.E
Curriculum vitae
Page 8 of 8

Other Activities and Associations

- Lector, Episcopal Church in Lincoln County, NM 2008
- Hoofbeats Therapeutic Riding Program Board of Directors, 2004 - 2006
- Vice President, PAC, White Mountain Elementary School, 2002-2003
- Parent Advisory Council (PAC) Representative, SVP 2001-2002
- Participant, *Volunteer in Public Schools Program*, Ruidoso Municipal Schools, 1998,1999,2000,2001,2002, 2003, 2004, 2005, 2006
- Homeroom Parent and Parents' Council member, Nob Hill Early Childhood Center, Ruidoso, NM, 1999-2000
- Physician Consultant, Headstart Program of Lincoln County, NM, 1998-1999
- Lector, St. Thomas' Episcopal Parish, Washington DC 1992 -1996.
- Alumnae Advisor, Duke University Students' Career Counseling Program, 1992 to present.
- Member, Education Committee, St. Thomas' Episcopal Parish, Washington DC 1990 to 1993.
- Member, Latin American Parents' Association, Washington Metropolitan Area, 1989 to 1996.

Continuing Medical Education Activities

- Poster Presentation,  Annual Meeting American College of Physicians, NM Chapter, November 3, 4, 5, 2005
- Massachusetts Medical Society's Journal Watch Program, 50 credit hours per year, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007
- Drug Information Association annual Meeting, 2003, 2004, 2006
- American College of Epidemiology Annual meeting 2002, 2006, 2008
- American College of Physicians Annual Meetings 1985, 1987, 1995, 1999, 2001
- ACP Regional Meeting, Albuquerque, NM1996, 1998, 1999, 2004, 2005
- IHS Course on Gyn, Prenatal and Obstetrical Care, September 1996, Denver CO
- Basic CPR Lincoln County Medical Center, 1996, 1997, 1998, 2000, 2002, 2003, 2004, 2005, 2006
- Advanced Cardiac Life Support, Lincoln County Medical Center 1996, 1998, 2000, 2002
- Medical Response to Public Health Emergencies, Albuquerque NM,  May 2005

# EXHIBIT B

**Cases in Which Dr. Janet Arrowsmith-Lowe has testified
as an Expert at Trial or by Deposition Since December 2004**.

Maria De Jesus Cabrera and spouse Antonio Cabrera v. Bayer Corporation et al Cause No. 2002-CI-15612 166th Judicial District Bexar County Texas January 11, 2005.

Warner-Lambert Company vs. LEP  Profit International, Inc. et al Civil Action No. 99-3619 United States District Court, District of New Jersey,  Albuquerque NM, June 16, 2005.

Ernst et al vs. Merck & Co, Inc Cause no. 19962*BH02 23rd Judicial District Court Brazoria County Texas Houston Texas 29 June 2005

Evelyn Irvin Plunkett vs. Merck & Co, Inc. United States District Court Eastern District of Louisiana, MDL Docket No 1657 Santa Fe, NM 28 October 2005.

Bonnie Weston v. Wyeth Inc, 03-679878 Jasper County, Circuit Court at Joplin MO, 18 January  2006.

Garza v. Merck & Co., Inc., No. DC-03-84, District Court of 229th Judicial District, Starr County, Texas Houston TX 2 February 2006.

Evelyn Irvin Plunkett vs. Merck & Co, Inc. United States District Court Eastern District of Louisiana, MDL Docket No 1657, New Orleans, Louisiana, February 16, 2006.

Patricia Geers vs. Wyeth, et al, United States District Court, Western District of Texas, Midland Division, February 27-28, 2006.

Barnett vs Merck & Co Inc.  United States District Court Eastern District of Louisiana, MDL Docket No 1657, Santa Fe, NM 7 June 2006.

Smith v. Merck & Co, Inc. United States District Court Eastern District of Louisiana, MDL Docket No 1657, New Orleans, Louisiana, September 21, 2006

Anthony Wayne Dedrick  vs Merck & Co., Inc. United States District Court Eastern District of Louisiana, MDL Docket No. 1657 New Orleans LA 7 December 2006.

Virginia Cavender vs American Home Products Corporation, et al.  United States District Court Eastern District of Missouri Case No. 4:02CV01830 ERW St. Louis MO 18 June 2007.

Lisa Dean v. American Home Products Corporation, et al., United States District Court Eastern District of Missouri, Eastern Division, 02-CV-1833-ERW, St. Louis MO 20 July 2007

Aredia® and Zometa® Products Liability Litigation (MDL No. 1760), United States District Court Middle District of Tennessee at Nashville, No. 3:06-MD-1760, Santa Fe NM 3 August 2007

William and Kimberly Dunston v. Perrigo Company and Wal-Mart. United States
District Court for the Northern Division District of Maryland, No. JFM 06 CV-01732,
Albuquerque NM 27 September 2007

Scherring AG and Berlex, Inc v. Barr Laboratories, Inc. United States District Court for
the District of New Jersey, Civil Action No. 05-2308 (PGS) (ES), Albuquerque, NM 4
October 2007

Nicole Hurley PPA Navarro and Lucinda Hurley, etc. vs The Heart Physicians, P.C.,
Richard H. Landesman, and Medtronic, Inc. Judicial District of Stamford No. X05 CV
00-0177475S Stamford CT 14 December 2007

Gloria Ann Stribling v. Wyeth, Inc., et. al., Superior Court of New
Jersey, Law Division, Bergen County, Docket No. L-002352-07,
Hackensack, NJ October 16, 2008.

# EXHIBIT C

**Janet Arrowsmith-Lowe, M.D.**
**Materials Considered**

21 C.F.R. § 201.57.

21 C.F.R. § 201.57 (April 2002).

21 C.F.R § 202.1

21 U.S.C § 301.

21 C.F.R. § 312.20

21 C.F.R § 312.22.

21 C.F.R. § 314.50

21 C.F.R. § 314.105

44 Fed. Reg. 37488.

51 Fed. Reg. 43900.

71 Fed. Reg. 3922-29 (Jan. 24, 2006).

21 U.S.C. § 352.

21 U.S.C § 393.

21 U.S.C. § 355.

Affidavit of Cynthia McCormick, M.D. (September 13, 2007).

Annotated Neurontin Labeling (August 2001) Pfizer_LAlphs_0080557.

Appendix B-1, Fourth Safety Update (November 16, 1993).

Appendix 4, Pfizer Response to EMEA, (December 14, 2005).

Appendix 5, Pfizer Safety and Risk Management Literature Review: Gabapentin Use Among Persons with a History of Psychotic Disorder (December 1, 2005) Pfizer Regulatory_000260.

April 6, 1993 Record of FDA Contact.

August 12, 2002 DDMAC Letter.

CHMP Day 180 List of Outstanding Questions (June 23, 2005)
Pfizer_EGarofalo_0001107.

Cynthia G. McCormick, M.D., FDA Division of Neuropharmacological Drug Products,
Combined Medical-Statistical Review (May 1993).

Cynthia G. McCormick, M.D., FDA Division of Neuropharmacological Drug Products,
Review and Evaluation of Safety Update #3 (December 28, 1993).

Cynthia G. McCormick, M.D., FDA Division of Neuropharmacological Drug Products,
Review and Evaluation of Safety Update #4 (December 28, 1993).

Cynthia McCormick, M.D., Director, FDA Division of Anesthetic, Critical Care, and
Addiction Drug Products, Division Director Review and Basis for Approval Action (May
22, 2002).

December 22, 1993 Record of FDA Contact.

December 23, 1993 Letter from FDA to Janeth Turner, Parke-Davis.

Deposition transcript of Andrea Garity

Deposition transcript of Atul Pande

Deposition Transcript of Drusilla Scott (12/12/07 and 12/13/07).

Deposition transcript of Janeth Turner.

Deposition Transcript of Lloyd Knapp (07/18/06 and 6/26 -6/28/07).

EMEA, Joint Response Assessment Report (January 12, 2006)

PfizeLMPatel_0252359.

E-mail from Courtney Calder, FDA, to Molly Powers, dated October 20, 2005,
Pfizer Regulatory_000001.

E-mail from Courtney Calder, FDA, to Molly Powers, dated October 20, 2005,
Pfizer Regulatory_000001.

E-mail from Courtney Calder, FDA, to Manini Patel, Pfizer, dated October 27, 2005,
Pfize*_Regulatory_000002.

E-mail from Manini Patel, Pfizer, to Courtney Calder, FDA, dated November 18, 2005, Pfizer_Regulatory_000031.

E-mail from Courtney Calder, FDA, to Manini Patel, Pfizer, dated November 22, 2005, Pfizer_Regulatory_000003.

Exhibits of Deposition of Drusilla Scott, Ph.D.

Expert report of David A. Kessler, M.D., dated July 31, 2008.

FDA Approval Letter (December 30, 1993).

FDA Approval Letter (April 8, 1994).

FDA Non-Approvable Letter (August 26, 1997).

FDA Approval Letter (September 29, 1998).

FDA Approval Letter (October 9, 1998).

FDA Approval Letter (October 12, 2000).

FDA Approval Letter (February 6, 2002).

FDA Approval Letter (May 24, 2002).

FDA Approval Letter (August 27, 2002).

FDA Approval Letter (December 12, 2003).

FDA Approval Letter (April 30, 2004).

FDA Approval Letter (May 3, 2005).

FDA Briefing Document for December 1992 PCNS Advisory Committee

Meeting.

FDA Contact Report (April 26, 2004) Pfizer_BParsons_0141815.

FDA Guidance for Industry Providing Clinical Evidence of Effectiveness for Human Drug and Biological Products; www.fda.gov/cderiguidance/1397fnl.pdf (accessed 12 May 2008)

FDA Revised Draft of Neurontin U.S. Package Insert, FDA, Division of Neu ropharmacology, HFD-120 (May 16, 2002) Pfizer LCastro_0011566.

FDA Staff Manual Guides, Vol. II, § 1410.10 (available at

http://www.fda.gov/smg/vol2/1410/1410.html).


Fisbain DA, Cutler R, Rosomoff HL, Rosomoff RS. Chronic Pain-Associated Depression: Antecedent or Consequence of Chronic Pain? A Review. Clinical Journal of Pain 1997; 13(2):116-137.

Gabapentin Annotated Package Insert, NDA 20-235 (January 1992).

Goodwin FK, Jamison KR. Manic-Depressive Illness: Bipolar Disorders and Recurrent Depression (2007). New York, New York: Oxford University Press, Inc; 247-269

June 2006 Submission to FDA.


June 29, 2001 DDMAC Letter.

July 9, 2001 Letter to DDMAC.

July 31, 2001 Letter to DDMAC.

July 1, 2002 DDMAC Letter.

July 12, 2002 Letter to DDMAC

Letter from Drusilla Scott, Ph.D., Pfizer to FDA (August 6, 2001) Pfizer_AGarrity_0002519.

Letter from Drusilla Scott, Ph.D., Pfizer to FDA (October 22, 2001) Pfizer_LKnapp_0025817.

Letter from Dr. Russell Katz, Director, FDA Division of Neuropharmacology to Pfizer (March 16, 2005) Pfizer_LKnapp_0062278.

Letter from Robert Temple, M.D., Director, Office of Drug Evaluation, FDA, to Parke Davis Pharmaceutical Research (December 30, 1993).

Letter from Robin Pitts, R.Ph., to Cynthia McCormick, M.D., Director, FDA Division of Anesthetic, Critical Care, and Addiction Drug Products (May 18, 2001).

Memo from Janeth Turner, "Explanation of Changes in Neurontin Package Insert" WLC JTurner 001685.

NDA 20-235 Cover Letter.

NDA 20-235 Index.

NDA Narratives in Epilepsy NDA.

Neurontin Indication Status Spreadsheets; Pfizer_MDL_0008374-0008650

Neurontin Revised Package Insert (January 26, 1993) WLC_CBU_118839.

Neurontin Revised Package Insert (September 2, 1993) WLC_CBU_122636.

Neurontin Revised Package Insert (January 2001)

Neurontin SPC viewed online at

http://vvww.nelm.nhs.uk/Record %

20Viewing/viewRecord.aspx?id=5803

99 (accessed 12 May 08)

Neurontin U.S.P.I. (December 1993).

Neurontin U.S.P.I. (October 2000).

Neurontin U.S.P.I. (May 2002).

Neurontin U.S.P.I. (February 1995).

Neurontin U.S.P.I. (December 2005).

October 20, 1993 Record of FDA Contact.

Parke-Davis Briefing Document for December 1992 PCNS Advisory Committee.

Pfizer_LKnapp_0066074.

Pfizer, Inc., Response to EMEA (December 14, 2005)

Pfizer_JMohan_0000479.

Pfizer_MEvertsz_0084480.

Record of FDA Contact (January 28, 1993) Pfizer_LAlphs_0087185.

Record of FDA Contact (October 6, 1993) WLC_JTumer_000717.

Record of FDA Contact (October 15, 1993) WLC_JTurner_000688.

Record of FDA Contact (October 19, 1993) WLC_JTurner_000694.

Records of FDA Contact, WLCJTurner_000813-000828.

Response to FDA: Neurontin (September 9, 2004) Pfizer_MPatel_0039110.
Robert Temple, M.D., Director, FDA Office of Drug Evaluation (December 21, 1993)
WLC CBU 119980.

RR-Reg 720-02957, Integrated Summary of Safety, NDA 20-235 (November 19, 1991),
including appendices.

RR-Reg 720-03079, NDA 20-235, First Safety Update (May 29, 1992), including
appendices.

RR-Reg 720-03132, NDA 20-235, Second Safety Update (October 29, 1992), including
appendices.

RR-Reg 720-03236, NDA 20-235, Third Safety Update (May 12, 1993), including
appendices.

RR-Reg 720-03315, NDA 20-235, Fourth Safety Update (December 15, 1992),
including appendices.

RR-Reg 720-30135, PHN Integrated Summary of Safety, (December 13, 2001).

RR-Reg 720-03236, NDA 20-235, Appendix B.3 (May 12, 1993)

Russell Katz, M.D., FDA Division of Neuropharmacological Drug Products, Supervisory
Overview of Safety and Efficacy Data for NDA 20-235 (October 11, 1993).

Sharon Hertz, M.D., FDA Division of Anesthetic, Critical Care, and Addiction Drug
Products (May 24, 2002).

September 10, 1993 Record of FDA Contact.

September 17, 1993 Record of FDA Contact.

The Beginnings: Laboratory and Animal Studies, FDA Consumer Magazine Special
Report, 4th Ed., Jan. 2006, available at
http://www.fda.gov/fdac/special/testtubetopatient/studies.html.

Transcript of Peripheral and Central Nervous System Drugs Advisory Committee,
December 15, 1992.