# EXHIBIT 28

DEPOSITION OF CURT DANIEL FURBERG, MD, PhD

Wednesday, March 11th, 2009
9:13 a.m.

Held At:
White and Williams
100 Summer Street
Boston, Massachusetts

REPORTED BY:
Maureen O'Connor Pollard, RPR, CLR, CSR

Q. -- the Exhibit 4, the one we just finished talking about, correct?
A. Correct.
Q. Okay. And you're familiar with this one, correct?
A. Yes.
Q. This document was issued after the date Neurontin was approved, correct?
A. Correct.
Q. And you would agree that it's the convention that once the -- this one is actually issued right after the drug was approved, correct?
A. Yes.
Q. And you would agree that it's a convention that at that point it was appropriate in the United States for the company to reference the FDA approved package insert in communicating to physicians the risks associated with the use of the medication in clinical trials, correct?
A. Yes.
Q. Okay. I'll show you one more, and it's --

Q. And there you have, the depression numbers are 1.8 versus 1.1, correct?
A. Correct.
Q. So those numbers are included in the international brochure, correct?
A. Correct.
Q. Okay. These are the numbers Dr. McCormick had cited in her report that you've been discussing, correct?
A. Yes.
Q. And this is the 60 percent difference that you've been mentioning as a signal?
A. Correct.
Q. Okay. Now, if you'd go further on Page XIX. I'm sorry, sir, you're in Exhibit 6.
A. Page XIX?
Q. Yes, sir.
A. Roman XIX?
Q. Yes.
A. Uh-huh.
Q. The investigator is also advised of events of suicide gesture and suicidal events under "nervous system," correct?
A. Yes.

Q. Okay. So the investigator brochure in Europe has this information, or overseas has this information, correct?

A. Yes, but it's different from the US.

Q. Do you think Exhibit 6 is adequate disclosure to the European investigator?

A. It's adequate if you look at Page 12.

Q. And what is it about Page --

A. And you read precautions, information for patients. This is an instruction to physicians/investigators that "patients should be advised that Neurontin may cause dizziness, somnolence and other symptoms and signs of depression."

Q. Of CNS depression?

A. Well, where else do you have depression, in your foot? You have it up CNS, that's depression.

Q. I'm just saying the word, you were reading it but the left out the word "CNS"?

A. But CNS doesn't mean anything.

Q. Do you know what CNS means?

A. Yes, central nervous system. That's where you have depression, it's in your head.

Q. So you believe that a precaution in a communication to a physician that includes the statement "patients should be advised that Neurontin may cause dizziness, somnolence, and other symptoms and signs of CNS depression," along with a disclosure on table one that depression occurred in 1.1 percent of the Neurontin exposed subjects versus 1.1 percent of the placebo exposed subjects, and references to suicide gesture and suicidal events in the adverse events section of the investigator brochure is an adequate disclosure to the physician, and your criticism is that it was not given to the doctors in the United States?

A. Correct. I mean the issue is that listing them the way you've done on Page whatever, XVIII and XIX, is not informative, it's just listing them. The issue is what do you do with that information. And the investigator brochure is for the investigator, tell him what to do. And here you have it under the heading "information for patients," it's telling the investigator you should -- patients should be advised, they should be told about