# EXHIBIT 29
# Part III

Pennsylvania case agree that Neurontin can be effective for off-label uses.[120]   Furthermore,

Professor Rosenthal has acknowledged that off-label prescribing is a routine part of clinical

practice and that lack of FDA approval does not indicate anything about the true effectiveness

of Neurontin.[121]

104.   In addition, Dr. Hartman himself has used Neurontin for many years to treat pain—an

off-label use—and was still doing so as of at least the time of his deposition in the

Pennsylvania matter in June 2008.[122]   That he has chosen to continue using (and paying for)

Neurontin for an off-label condition despite being fully aware of the allegations in this case

indicates that he perceives a benefit to taking Neurontin, in which case damages for Dr.

Hartman and similar patients cannot be out-of-pocket costs.


## XII.   Conclusions

105.   For all of the above reasons Professor Rosenthal's claims about the effect of improper

promotion on off-label prescriptions have no statistical or scientific validity.   Thus, Dr.

Hartman's supposed damage estimates have no validity for this reason alone.   In addition, Dr.

Hartman's supposed damage estimates have no validity because they are based on unwarranted

and unsupported assumptions about the efficacy of Neurontin.

---

[120] Deposition of Dr. E. Michael Okin, 8/30/05, pp. 44-45, 66-67; Deposition of Dr. Gregory Rogers, 2/2/08, pp. 34-36; Deposition of Dr. Jerrold Gray, 2/6/08, pp. 102-104, 113; Deposition of Dr. Rick T. Waldo, p. 27; Deposition of Dr. John Arness, p. 64; Deposition of Dr. Vithal Dhaduk, 11/12/06, pp. 39, 42, 44-45, 48-49; Deposition of Dr. Robert F. Haynsworth, Jr., 2/1/08, p. 71; Deposition of Dr. Gwen Robinson, 12/8/04, p. 22; Deposition of Dr. Kylene Huler, 11/1/06, pp. 16, 40, 44, 51-52, 138, 181, 187, 229-230; Deposition of Dr. Thaddeus Poe, 11/1/06, pp. 16-17, 19-20, 23-24; and Deposition of Dr. Douglas Barrett, 12/7/04, pp. 52-53.

[121] Rosenthal Deposition, 10/24/06, p. 212; Rosenthal Deposition, 10/25/06, pp. 512-513.

[122] Hartman Pennsylvania Deposition, 6/26/08, p. 193.

## XIII.  Signature

106.  The above reflects my opinions at this time.

_____
Michael C. Keeley, Ph.D.

# Appendix A

## MICHAEL C. KEELEY, Ph.D.
### Senior Vice President
**Cornerstone Research**

## ACADEMIC BACKGROUND

| | | |
|---|---|---|
| 1974 | **University of Chicago**<br>*Ph.D., Economics* | Chicago, Illinois |
| 1971 | **University of Chicago**<br>*M.A., Economics* | Chicago, Illinois |
| 1969 | **Massachusetts Institute of Technology**<br>*S.B., Mathematics* | Cambridge, Massachusetts |

## RANGE OF EXPERIENCE

Expert in economics, econometrics, and finance. Provided consulting and expert testimony in antitrust, intellectual property, breach of contract, and securities matters. Testified in over 15 trials. Provided business consulting on pricing, auction design, and strategy. Provided public policy analysis on energy, labor, economic development, welfare reform, and banking issues. Has industry experience in telecommunications, oil & gas, medical device, pharmaceutical, computer software and hardware, automotive, internet, chemical, financial, and real estate industries.

## PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| 1989 – Present | **Cornerstone Research**<br>*Senior Vice President* | Menlo Park, California |

Developed the firm's antitrust practice. Cases involved issues of alleged price fixing, monopolization, predatory pricing, price discrimination, tying and mergers and acquisitions.

Developed the firm's intellectual property practice. Addressed issues of damages in patent, copyright, trade secret, and trade dress infringement matters, commercial success in a patent liability matter and the economics of technology sharing agreements.

Testified in several prominent cases, such as the Long Beach crude oil price fixing case, the Mercedes-Benz tying cases, *Verizon v. Cox*, *Verdin v. R & B Falcon et al.*, *Aguilar v. Atlantic Richfield et al.*, and the *AMD v. Intel* litigation. Served as the expert in a number of other antitrust and intellectual property matters.

Managed a number of prominent cases, including the *High Fructose Corn Syrup Antitrust Litigation*, the *Lotus v. Borland* copyright litigation, and the Wyoming Tight Sands Antitrust Cases, in which affiliated experts served as the testifying experts. Responsible for defining the scope of research and analysis, managing project teams, coordinating work with attorneys and experts and presenting research findings.

**MICHAEL C. KEELEY, Ph.D.**
**Senior Vice President**

---

**PROFESSIONAL EXPERIENCE (CONT.)**

Consulted on issues of auction design and bidding strategy.  Work has included consulting on the PCS spectrum auctions and helping to design and administer an auction in the petrochemical industry.  Also, assisted a firm in the petrochemical industry on contract negotiation strategy.

Provided public policy analysis on energy issues.

Consulted or testified in a variety of other types of cases, including securities fraud, breach of contract, fraudulent conveyance, usury, piercing the corporate veil, transfer pricing and wrongful termination.

Cases have involved a variety of industries, including telecommunications, oil and gas, automotive, chemical, health care, pharmaceutical, software, semi-conductor, banking, insurance and retailing.

1983 – 1989    **Federal Reserve Bank of San Francisco**              San Francisco, California
               *Research Officer*
               Contributed to the development of the Bank's policy on regulatory, banking and financial issues.

               Conducted research and published articles on banking and financial regulation and deregulation.  (See **Journal Articles** and **Weekly Letters**.)

               Analyzed the competitive effects of bank mergers and acquisitions in conjunction with the Bank's regulatory activities.

1983 – 1989    **Michael C. Keeley, Consulting**
               *Sole Proprietor*
               Provided expert testimony and litigation consulting.  Work involved primarily economic and statistical analysis of damage claims.

1975 – 1983    **SRI International**                                   Menlo Park, California
               *Manager, Antitrust Economics Consulting Group*
               Started up and managed SRI's Antitrust Economics Consulting Group, which provided economic research, statistical analysis and expert testimony.
               *Project Director and Principal Investigator, The Labor-Market Evaluation of the Employment Opportunity Pilot Projects (EOPP)*
               Developed study design and was awarded a multi-million dollar contract to conduct an evaluation of EOPP.  Managed in-house staff and two sub-contracting firms.
               *Principal Investigator of a Study of the Labor-Market Performance of Small Business*
               Developed study plan and was awarded funding to analyze turnover, new hiring, and flows between large and small business.
               *Senior Economist, Regulatory Economics Program*
               Conducted series of published studies of market-oriented approaches to regulation funded by the Presidential Task Force on Regulatory Relief.  (See **Government Publications**.)
               *Task Leader of Studies of the Seattle and Denver Income Maintenance Experiment*
               Developed new approach for evaluating the behavioral effects and costs of alternative welfare programs.  (See **Books and Monographs**, **Journal Articles** and **SRI Publications**.)

**MICHAEL C. KEELEY, Ph.D.**
**Senior Vice President**

**PROFESSIONAL EXPERIENCE (Cont.)**

| | | |
|---|---|---|
| 1982 – 1983 | **University of Santa Clara** | Santa Clara, California |

*Visiting Associate Professor*

Taught courses in managerial economics and microeconomics in the Graduate School of Business and Department of Economics.

| | | |
|---|---|---|
| 1976 – 1977 | **University of Santa Clara** | Santa Clara, California |

*Lecturer*

Taught courses in managerial economics in the Graduate School of Business.

1973 – 1975   **General Electric, TEMPO, Center for Advanced Studies**

*Economist*

Developed economic-demographic simulation models and conducted research on the relationships between economic and demographic variables.  Research culminated in book on economic development.  (See **Books and Monographs** and **Journal Articles**.)

**AWARDS AND SERVICES**

Four-year full fellowship, University of Chicago; selected for inclusion in Who's Who in Economics, Who's Who in the West, Who's Who in Finance and Industry, and the International Biographical Dictionary; reviewer for the National Science Foundation, the Hoover Institution and the Pacific Institute; invited speaker for the Garn Institute, the Cato Institute, the Lowe Institute, Urban Land Institute, the National League of Cities, the Chicago Bank Structure Conference, the Municipal Finance Officers Association, The Law and Society Association, and the Bank Administration Institute; awarded the Garn prize for paper on bank risk-taking.

**REFEREEING ACTIVITY**

Referee for:  *American Economic Review*; *The Journal of Political Economy*; *The Journal of Economic Literature*; *The Journal of Law and Economics*; *The Journal of Banking and Finance*; *The Journal of Financial Services Research*; *The Journal of Money, Credit and Banking*; *Demography*; *Economic Inquiry*; *International Economic Review*; *The Quarterly Journal of Economics*; *The Review of Economics and Statistics*; *The Journal of Human Resources*; *Public Finance Quarterly*; *Behavioral and Brain Sciences*; *Economic Development and Cultural Change*; *Land Economics*; *Eastern Economic Review*; and *Federal Reserve Bank of San Francisco's Economic Review*.

**PUBLICATIONS**

**Books and Monographs**

*Labor Supply and Public Policy:  A Critical Review*, New York, New York:  Academic Press, June 1981, 196 pp.

*Population, Public Policy, and Economic Development*, ed., New York, New York:  Praeger, 1976, 259 pp.

## MICHAEL C. KEELEY, Ph.D.
### Senior Vice President

**PUBLICATIONS (CONT.)**

**Journal Articles**

"Uniform Gasoline Price Regulation: Consequences for Consumer Welfare," with K. Elzinga, *International Journal of the Economics of Business*, Volume 10, No. 2, July 2003, pp. 157-168.

"Infringement: Valuing IP for Damages," *les Nouvelles*, Volume XXXIV No. 4, December 1999, pp. 172-175.

"Deposit Insurance, Risk and Market Power in Banking," *American Economic Review*, Volume 80, 1990, pp. 1183–1200.

"A Reexamination of Mean-Variance Analysis of Bank Capital Regulation," with F. Furlong, *Journal of Banking and Finance*, Volume 14, 1990, pp. 69–84.

"Capital Regulation and Bank Risk-Taking: A Note," with F. Furlong, *Journal of Banking and Finance*, Volume 13, 1989, pp. 883–891.

"Estimating the Fisher Effect and the Stochastic Money Growth Process," with M. Hutchinson, *Economic Inquiry*, Volume XXVII, April 1989, pp. 219–239.

"The Stock Price Effects of Bank Holding Company Security Issuance," *Economic Review*, Federal Reserve Bank of San Francisco, Winter 1989, pp. 3–19.

"Bank Capital Regulation in the 1980s: Effective or Ineffective," *Economic Review*, Federal Reserve Bank of San Francisco, Winter 1988, pp. 3–20.

"Bank Capital Regulation and Asset Risk," with F. Furlong, *Economic Review*, Federal Reserve Bank of San Francisco, Spring 1987, pp. 20–40.

"Policy Coordination and Financial Intermediaries: The 1986 Fall Academic Conference of the Federal Reserve Bank of San Francisco," with C. Walsh, *Economic Review*, Federal Reserve Bank of San Francisco, Winter 1987, pp. 31–46.

"The Effects of Experimental Negative Income Tax Programs on Marital Dissolution: Evidence from the Seattle and Denver Income Maintenance Experiments," *International Economic Review*, Volume 28, No. 1, February 1987, pp. 241–257.

"Deposit Rate Deregulation and the Demand for Transactions Media," with G. Zimmerman, *Economic Review*, Federal Reserve Bank of San Francisco, Summer 1986, pp. 47–62.

"Bank Regulation and the Public Interest," with F. Furlong, *Economic Review*, Federal Reserve Bank of San Francisco, Spring 1986, pp. 55–71.

"The Regulation of Bank Entry," *Economic Review*, Federal Reserve Bank of San Francisco, Summer 1985, pp. 5–13.

"Determining Geographic Markets for Deposit Competition in Banking," with G. Zimmerman, *Economic Review*, Federal Reserve Bank of San Francisco, Summer 1985, pp. 25–45.

"Job Search for the Duration of Unemployment," with P.K. Robins, *Journal of Labor Economics*, July 1985, pp. 337–362.

"Competition for Money Market Deposit Accounts," with G. Zimmerman, *Economic Review*, Federal Reserve Bank of San Francisco, Spring 1985, pp. 5–27.

**MICHAEL C. KEELEY, Ph.D.**
**Senior Vice President**

## PUBLICATIONS (CONT.)

### Journal Articles (cont.)

"Cyclical Unemployment and Employment: Effects of Labor-Force Entry and Exit," *Economic Review*, Federal Reserve Bank of San Francisco, Summer 1984, pp. 5–25.

"The Economics of Firm Size: Implications from Labor-Market Studies," *Economic Review*, Federal Reserve Bank of San Francisco, Winter 1984, pp. 5–21.

"A Review of the Evidence on Labor-Supply Response from the Income Maintenance Experiments," *Social Science Forum*, Volume 4, No. 1, 1981–1982, pp. 23–37.

"The Effects of a Negative Income Tax on Migration," *The Journal of Human Resources*, Volume VI, No. 4, Fall 1980, pp. 480–498.

"The Effects of a Negative Income Tax on Fertility," *The Journal of Human Resources*, Volume VI, No. 4, Fall 1980, pp. 675–694.

"Experimental Design, The Conlisk-Watts Assignment Model, and the Proper Estimation of Behavioral Response," with P.K. Robins, *The Journal of Human Resources*, Volume VI, No. 4, Fall 1980, pp. 695–706.

"An Analysis of the Age Pattern of First Marriage," *International Economic Review*, Volume 20, No. 2, June 1979, pp. 421–438.

"Work Incentives and the Negative Income Tax," with P.K. Robins, *Challenge*, Volume 22, No. 1, March/April 1979, pp. 52–56.

"The Estimation of Labor-Supply Models Using Experimental Data," with P.K. Robins, R.G. Spiegelman and R.W. West, *The American Economic Review*, Volume 68, No. 5, December 1978, pp. 873–887.

"The Economics of Family Formation: An Investigation of the Age of First Marriage," *Economic Inquiry*, April 1977, pp. 238–250.

"A Comment on an Interpretation of the Economic Theory of Fertility," *Journal of Economic Literature*, Volume XIII, No. 2, June 1975, pp. 461–468.

### Chapters in Books

"Potential Damages Facing Auditors in Securities Fraud Cases," with William H. Beaver and James K. Malernee, in *Accountants' Liability: The Need for Fairness*, Washington, D.C.: National Legal Center for the Public Interest, 1994.

"Interest on Business Checking Accounts," in *Readings in Money, the Financial System and Monetary Policy*, N.Y.: Prentice Hall, 1990.

"Troubled Banks and Thrifts," in *Financial Institutions and Markets in a Changing World*, Business Publications, Fall 1989.

"Reforming Deposit Insurance," in *Financial Institutions and Markets in a Changing World*, Business Publications, Fall 1989.

## PUBLICATIONS (CONT.)

### Chapters in Books (cont.)

"A Cashless Society?" in *Macroeconomics*, Guildford, Conn.: Dushkin Publishing Group, Inc., Fall 1989; Also in *Readings in Money, the Financial System and Monetary Policy*, N.Y.: Prentice Hall, 1990.

"The Thrift Insurance Crisis," with J. Neuberger, in *Financial Institutions and Markets in a Changing World*, Business Publications, Fall 1989.

"International Coordination of Regulation: Comment," in *Proceedings of a Conference of Governing Banking's Future*, The Cato Institute, 1989.

"Regulating Bank Capital," with F. Furlong, in *Macroeconomics*, Guildford, Conn.: Dushkin Publishing Group, Inc., Fall 1988.

"Money and the Fisher Effect," with M. Hutchinson, in *Macroeconomics,* Guildford, Conn.: Dushkin Publishing Group, Inc., Fall 1988.

"Bank Capital Regulation: Effective or Ineffective?" in *Proceedings of a Conference on Bank Structure and Competition,* Federal Reserve Bank of Chicago, 1988.

"Uniting Investment and Commercial Banking," with R. Pozdena, in *Current Readings on Money, Banking and Financial Markets,* edited by James Wilcox, Boston, Mass.: Little, Brown & Co., 1988.

"Interest Checking," with G. Zimmerman, in *Current Readings on Money, Banking and Financial Markets,* edited by James Wilcox, Boston, Mass.: Little, Brown & Co., 1987.

"Regulation of Bank Entry," in *Financial Institutions and Markets in a Changing World, Business Publications,* Spring 1986.

"The Search for Financial Stability," with F. Furlong, in *The Search for Financial Stability: The Past 50 Years*, Federal Reserve Bank of San Francisco, 1986.

"Competition for Money Market Deposit Accounts," with G. Zimmerman, in *Proceedings of a Conference on Bank Structure and Competition*, Federal Reserve Bank of Chicago, 1985.

"Unemployment vs. Employment," in *Macroeconomics 85/86*, edited by John Pisciotta, Guildford, Conn.: Dushkin Publishing Group, Inc., 1985.

"The Design of Social Experiments: A Critique of the Conlisk-Watts Assignment Model," with P. Robins, in *Research in Labor Economics*, Volume 3, edited by Ronald G. Ehrenberg, Greenwich, Conn.: JAI Press, 1980.

"A Design for Evaluating the Labor-Market Effects of the Employment Opportunity Pilot Projects," with J. Bishop, G. Farkas, E. Stromsdorfer and P. Robins, in *Evaluation Studies Review Annual*, Volume 5, edited by Ernst W. Stromsdorfer and George Farkas, Beverly Hills, Calif.: Sage Publications, 1980, pp. 759–800.

"The Design of an Income Maintenance Experiment," Chapter I, with R.G. Spiegelman and R.W. West, in *A Guaranteed Annual Income: Results from an Income Maintenance Experiment*, edited by P. Robins, R.G. Spiegelman, S. Weiner, and J.G. Bell, New York, New York: Academic Press, 1980, pp. 3–32.

**MICHAEL C. KEELEY, Ph.D.**
**Senior Vice President**

**PUBLICATIONS (CONT.)**

**Chapters in Books (cont.)**

"Migration," Chapter XI, in *A Guaranteed Annual Income: Results from an Income Maintenance Experiment*, edited by P. Robins, R.G. Spiegelman, S. Weiner, and J.G. Bell, New York, New York: Academic Press, 1980, pp. 241–262.

"The Demand for Children," Chapter XVI, in *A Guaranteed Annual Income: Results from an Income Maintenance Experiment*, edited by P. Robins, R.G. Spiegelman, S. Weiner, and J.G. Bell, New York, New York: Academic Press, 1980, pp. 207–220.

"Migration as Consumption: The Impact of Alternative Negative Income Tax Programs," in *Research in Population Economics*, Volume 2, edited by Julian Simon and Julie DaVanzo, Greenwich, Conn.: JAI Press, 1979, pp. 401–432.

"A Neoclassical Analysis of Economic-Demographic Simulation Models," Chapter I, in *Population, Public Policy, and Economic Development*, Praeger, edited by M.C. Keeley, 1976, pp. 25–45.

**Other Publications**

"An Economic Evaluation of the California Energy Commission's 2005 Integrated Energy Policy Report and an Alternative Blueprint for California Transportation Fuel Policy," Sacramento, California: California Chamber of Commerce, May 10, 2006.

**Cornerstone Research Publications**

"Estimating Damages in Patent Infringement Cases: An Economic Perspective," 1999.

"Stock Trading Behavior and Damage Estimation in Securities Cases," with William H. Beaver and James K. Malernee, 1993.

"Bank Charter Values and Risk Taking," 1990.

**Weekly Letters, Federal Reserve Bank of San Francisco**

"Reforming Deposit Insurance," April 21, 1989.

"The Thrift Insurance Crisis," with J. Neuberger, March 31, 1989.

"Banks' Cost of Capital," March 17, 1989.

"Bank Charter Values and Risk," February 24, 1989.

"States Take the Lead," with G. Zimmerman, September 9, 1988.

"Corporate Separateness," with B. Bennett, June 3, 1988.

"A Cashless Society?" April 15, 1988.

"Legislation to Expand Bank Powers," (with B. Bennett), March 19, 1988.

"Troubled Banks and Thrifts," January 29, 1988.

"Bank Capital Regulation in the Early 1980s," January 22, 1988.

"Subordinated Debt as Bank Capital," with F. Furlong, October 23, 1987.

## MICHAEL C. KEELEY, Ph.D.
### Senior Vice President

**PUBLICATIONS (CONT.)**

**Weekly Letters, Federal Reserve Bank of San Francisco (cont.)**

"Money and the Fisher Effect," with M. Hutchinson, August 7, 1987.

"A Deposit Insurance Puzzle," with F. Furlong, July 3, 1987.

"Uniting Investment and Commercial Banking," with R. Pozdena, June 19, 1987.

"Regulating Bank Capital," with F. Furlong, May 22, 1987.

"Interest Checking and M1," with G. Zimmerman, November 21, 1986.

"Monetary Policy in a Deregulated World," August 22, 1986.

"Bank Runs," with F. Furlong, July 25, 1986.

"Are Banks Special?" with F. Furlong, July 18, 1986.

"Interest on Business Checking Accounts?" May 2, 1986.

"The Health of Banks and Thrifts," February 21, 1986.

"Geographic Deposit Competition," with G. Zimmerman, September 1985.

"Bank Entry and Deregulation," August 1985.

"Interest Sensitivity of MMDAs," with G. Zimmerman, June 1985.

"The Big Switch," with G. Zimmerman, June 1985.

"Western Banking Turnaround," with G. Zimmerman, April 1985.

"Unemployment vs. Employment," September 1984.

"Deregulation and Bank Profitability," with G. Zimmerman, July 1984.

"Interest–Rate Deregulation," January 1984.

**Government Publications**

"Monetary Incentives:  A Practical Guide to the Use of Fees, Subsidies and Cost Internalization as Regulatory Techniques," with J. Daly, U.S. Government publication, 1981.

"Marketable Rights in Regulatory Programs:  A Practical Guide," with D. Downing, U.S. Government publication, 1981.

**SRI Publications**

"Earnings Mobility, Program Participation, and the Labor-Supply Response to a Negative Income Tax Program," with H.S. Wai, Research Memorandum, 1981.

"A Simultaneous Model of the Marital Stability and Labor-Supply Response to a Negative Income Tax Program," Research Memorandum, 1980.

"Labor-Supply Response to a Permanent Negative Income Tax Program," with H.S. Wai, Research Memorandum, 1980.

## PUBLICATIONS (CONT.)

### SRI Publications (cont.)

"The Effects of a Negative Income Tax Program on Work in the Home:  A Study of Nonmarket Time," with K. Yaeger, Research Memorandum, 1980.

"The Effects of Alternative Negative Income Tax Programs on Marital Dissolution," Research Memorandum, 1980.

"Taxes, Transfers, and Subsidies and the Demand for Children:  The Impact of Alternative Negative Income Tax Programs," Research Memorandum No. 65, June 1979.

"The Destination Choices and Earnings of Migrants:  The Impact of Negative Income Tax Programs," Research Memorandum No. 64, May 1979.

"Final Report:  Design of the Labor-Market Impacts of the Employment Opportunity Pilot Projects," with John Bishop and George Farkas, co-principal investigators, prepared for the U.S. Department of Labor, December 1979.

"The Design of Social Experiments:  A Critique of the Conlisk-Watts Assignment Model," with P.K. Robins, Research Memorandum No. 57, December 1978.

"The Impact of Income Maintenance on Fertility:  Preliminary Findings from the Seattle and Denver Income Maintenance Experiments," Research Memorandum No. 49, February 1978.

"Impact of Income Maintenance on Geographical Mobility:  Preliminary Analysis and Empirical Results from the Seattle and Denver Income Maintenance Experiments," Research Memorandum No. 47, October 1977.

"An Interim Report on the Work-Effort Effects and Costs of a Negative Income Tax Using Results of the Seattle and Denver Income Maintenance Experiments:  A Summary," with P.K. Robins, R.G. Spiegelman and R.W. West, Research Memorandum No. 41, June 1977.

"The Labor-Supply Effects and Costs of Alternative Negative Income Tax Programs:  Evidence from the Seattle and Denver Income Maintenance Experiments, Part II:  National Predictions Using the Labor Supply Response Function," with P.K. Robins, R.G. Spiegelman and R.W. West, Research Memorandum No. 39, May 1977.

"The Labor-Supply Effects and Costs of Alternative Negative Income Tax Programs:  Evidence from the Seattle and Denver Income Maintenance Experiments, Part I:  The Labor Supply Response Function," with P.K. Robins, R.G. Spiegelman and R.W. West, Research Memorandum No. 38, May 1977.

"The Estimation of Labor-Supply Models Using Experimental Data:  Evidence from the Seattle and Denver Income Maintenance Experiments, Part II:  National Predictions Using the Labor Supply Response Function," with P.K. Robins, R.G. Spiegelman and R.W. West, Research Memorandum No. 29, August 1976.

# Appendix B

# Dr. Michael C. Keeley's Prior Testimony Since 2002

I have given expert testimony in written testimony, expert reports or declarations, depositions and/or at trial since 2002 as indicated below. I have indicated in bold the party by whom I was retained.

2008: *Verizon Services Corp., et al. v. Cox Fibernet Virginia, Inc., et al.*
(expert reports, deposition, trial)
— United States District Court for the Eastern District of Virginia 1:08-cv-157 CMH-TRJ
— Kilpatrick Stockton, 607 14th Street, N. W., Suite 900, Washington D.C., 20005
— Patent infringement matter. Assessment of the validity of plaintiffs expert's damage claims and assessment of plaintiff's damages assuming liability.

2008: *Gregory Clark and Linda Meashey v. Pfizer Inc., and Warner-Lambert Company, LLC*
(declaration, testimony in Frye hearing)
— In the Court of Common Pleas of Philadelphia County, Civil Trial Division No: 01819
— Davis Polk & Wardwell, LLP, 450 Lexington Ave., New York, NY 10017
— Class action in which plaintiffs allege that defendants engaged in promotion of Neurontin for certain indications and/or for certain dosage levels that were not approved by the FDA. Assessment of plaintiffs' experts' reports on aggregate impact and damages.

2008: *Goodridge, et al. v. Pfizer Canada, Inc., et al.*
(expert report)
— Ontario Superior Court of Justice, Court File No. 06-CV_307728CP
— Cassels Brock & Blackwell LLP, 2100 Scotia Plaza, 40 King Street, West Toronto, ON M5H 3C2, Canada
— Proposed class action in which plaintiffs allege that defendants engaged in false or misleading promotion of Neurontin for certain indications and/or for certain dosage levels that were not approved by Canadian regulatory authorities. Assessment of whether common evidence can be used to address plaintiffs' claims causation, impact, and damages.

2008: *Reese v. Ticketmaster, et al.*
(declaration)
— United States District Court Central District of California, Los Angeles Division, Case No. CV 07-01459 DSF (JTLx)
— Manatt, Phelps & Phillips LLP, 11355 West Olympic Blvd., Los Angeles, CA 90064
— Proposed class action involving allegations of misleading advertising. Assessment of whether common evidence can be used to prove plaintiffs' allegations.

2008:   *BP Chemicals Ltd. v. **Jiangsu SOPO Corporation (Group) Ltd.,** Zhenjiang Chemical
        Plant, and Shanghai SOPO Chemical Design Engineering Co., Ltd*
        (expert report)
   — United States District Court for the Eastern District of Missouri, No. 4:99-CV-00323
     CDP
   — Paul, Hastings, Janofsky & Walker LLP, 55 Second St., 24th Floor, San Francisco, CA
     94105
   — Case involving allegations of misappropriation of trade secrets.  Assessment of the
     validity of BP Chemicals' damage claim.

2007:   *Gary Yokoyama, et al. v. **Midland National Life Insurance Company***
        (expert report)
   — United States District Court District of Hawai'i, Civil No. CV 05-00303 JMS KSC
   — Reed Smith LLP, 1999 Harrison Street, Suite 2400, Oakland, CA  94612-3572
   — Class action alleging incomplete disclosures in the sale of fixed-index annuities.
     Assessment of plaintiffs' expert's approach to damages.

2007:   *In Re Methyl Tertiary Butyl Ether (MTBE) Products Liability Litigation* (retained by
        **Chevron**) (expert report)
   — United States District Court, Southern District of New York, MDL No. 1358 (SAS)
   — King & Spalding LLP, 1100 Louisiana, Suite 4000, Houston, TX 77002-5213
   — Matter alleging groundwater contamination resulting from MTBE.  Assessment of
     whether Chevron was in the geographic market of focus for gasoline containing MTBE
     and if so, the volume of Chevron's deliveries into the market.

2007:   *In Re **Midland National Life Insurance Co.** Annuity Sales Practices Litigation*
        (declarations, deposition)
   — United States District Court, Central District of California, Western Division, MDL No.
     07-1825 CAS(MANx)
   — Reed Smith, LLP, 1999 Harrison Street, Suite 2400, Oakland, CA  94612-3572
   — Class action alleging incomplete disclosures in the sale of fixed index annuities.
     Assessment of the validity of the damage methods and damage calculations of plaintiffs'
     expert.  Assessment of whether common evidence can be used to address plaintiffs'
     claims and assessment of the validity of plaintiffs' expert's analysis.

2007:   *United States ex rel. J. Richard West et al. v.* **Timex Corporation** (expert report)
— United States District Court, District of Connecticut, CV-212 (JBA)
— Carmody & Torrance, 195 Church Street, New Haven Connecticut
— Breach of contract matter.  Assessment of plaintiffs' claims regarding an alleged MFN clause.

2007:   *Cynthia Jean Goff as Administrator of the Estate of Lawrence J. Torango v.* **Harrah's Operating Company, Inc., Harveys Tahoe Management Company Inc., Harrah's Laughlin, Inc., Aristocrat Technologies Australia Pty Ltd., Aristocrat Technologies, Inc.,** *and International Game Technology* (expert report, deposition)
— United States District Court for the District of Nevada, CV-N-03-0690-ECR (RAM)
— McDermott, Will & Emery, 3150 Porter Dr., Palo Alto, CA 94304
— Patent infringement, theft of trade secrets, and breach of contract matter.  Assessment of the validity of plaintiffs expert's damage claims and assessment of plaintiff's damages assuming liability.

2007:   *Morris & Dickson Co., LLC v.* **Abbott Laboratories** (expert report, deposition)
— United States District Court for the Western District of Louisiana, Shreveport Division, CV05-2147 S
— Munger, Tolles & Olson, 560 Mission Street, San Francisco, CA 94105
— Robison-Patman matter alleging price discrimination against plaintiff.  Assessment of the economics and competitive effects of the disputed practice and the validity of plaintiff's damage claims.

2007:   *Carmen Migliaccio, et al.  v.* **Midland National Life Insurance Company** (declaration, deposition)
— United States District Court Central District of California, Western Division, Case No. 2:06-CV-01007-CAS (MANx)
— Reed Smith LLP, 1999 Harrison Street, Suite 2400, Oakland, CA  94612-3572
— Class action alleging incomplete disclosures in the sale of fixed-index annuities.  Assessment of whether common evidence can be used to address plaintiffs' claims and assessment of the validity of plaintiffs' experts' analysis.

2007:   *Ross v.* **Hewlett Packard Corp.** (expert report, depositions, trials)
— Superior Court of California County of Santa Clara, Case No. 104 CV 015323
— Wilson, Sonsini, Goodrich & Rosati, 650 Page Mill Road, Palo Alto, CA 94304
— Assess the earn-out provisions of technology purchase agreement.

2006: *In Re:  Neurontin Marketing, Sales Practices, and Products Liability Litigation (retained
by **Pfizer, Inc and Warner-Lambert Company**)*
(declarations, deposition)
— United States District Court District of Massachusetts, Master File No. 04-10981
— Davis, Polk & Wardwell, 450 Lexington Avenue, New York, NY  10017
— Proposed class action in which plaintiffs allege that defendants engaged in false or
misleading promotion of Neurontin for certain indications and/or for certain dosage
levels that were not approved by the FDA.  Assessment of whether common evidence can
be used to address plaintiffs' claims of causation, impact, and damages,  and assessment
of the validity of plaintiffs' experts' declarations.

2006: *Gary Yokoyama, et al. v. **Midland National Life Insurance Company***
(declaration)
— United States District Court District of Hawai'i, Civil No. CV 05-00303 JMS KSC
— Reed Smith LLP, 1999 Harrison Street, Suite 2400, Oakland, CA  94612-3572
— Class action alleging incomplete disclosures in the sale of fixed-index annuities.
Assessment of whether common evidence can be used to address plaintiffs' claims and
assessment of the validity of plaintiffs' expert's analysis.

2006: *In the Matter of:  Certain Incremental Dental Positioning Adjustment Appliances and
Methods of Producing Same (retained by **Align Technology**)* (expert report, deposition)
— United States International Trade Commission, Washington, DC, Inv. No. 337-TA-562
— Paul, Hastings, Janofsky & Walker LLP, 875 15th Street, N.W., Washington, DC  20005
— Section 337 matter.  Analysis of the domestic industry.

2006: ***LG. Philips LCD Co., Ltd.** v. Tatung Co. of America, et al.*
(expert report, deposition, trial testimony)
— United States District Court – Central District of California, Case No. CV-02-6775 CBM
(JTLx)
— Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Avenue, NW, Washington, DC
20004
— Patent infringement matter.  Assessment of plaintiff's damages.

2006: *Saskia V.W. Hilton v. Children's Hospital San Diego;* **San Diego Diagnostic Radiology Medical Group, Inc.; Lee Pinckney, M.D., Lee Harvey, M.D., Patrick Carey, M.D.; and Melvin Senac, M.D.**
(expert report)

— United States District Court – Southern District of California, Civil Action No. 02-CV-01080 L

— Sheppard, Mullin, Richter & Hampton LLP, 501 West Broadway, 19th Floor, San Diego, CA 92101

— Antitrust matter alleging Section I and Section II violations. Assessment of the validity of plaintiff's antitrust claims.

2006: *Power Integrations, Inc. v.* **Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation**
(expert reports, deposition, trial testimony)

— United States District Court – District of Delaware, Civil Action No. 04-1371-JJF

— Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025-1015

— Patent infringement matter. Assessment of the validity of plaintiff's damage claim and plaintiff's expert's analysis.

2005: *Spartanburg Regional Healthcare System v.* **Hillenbrand Industries, Inc., et al.**
(declaration, affidavits, depositions)

— United States District Court – District of South Carolina, Civil Action No. 7 03 2141 20

— Boies, Schiller & Flexner LLP, 5301 Wisconsin Avenue, NW, Suite 800, Washington, D.C. 20015

— Class action alleging tying and attempted monopolization. Assessment of factors pertaining to class certification and assessment of the validity of plaintiff's experts' declarations.

2005: *Brunswick Bowling & Billiards Corporation v.* **Shanghai Zhonglu Industrial Co. Ltd.**
(expert reports, testimony at arbitration)

— Hong Kong International Arbitration Centre

— Williams, Kastner & Gibbs PLLC, Two Union Square, 601 Union Street, Suite 4100, Seattle, WA 98101-2380

— Assessment of damages resulting from Zhonglu's antitrust counterclaim alleging patent misuse. Assessment of the validity of Brunswick's breach of contract damage claim.

2005: *Central Valley Dairymen, Inc. v. **Sorrento Lactalis, Inc., fka Sorrento Cheese Company, Inc.*** (depositions, declaration, trial testimony)

— Superior Court of California County of Stanislaus, Case No. 331029

— Hoge, Fenton, Jones & Appel, Inc., 60 South Market Street, Suite 1400, San Jose, CA 95113-2396

— Alleged breach of contract.  Assessment of the validity of plaintiff's damage claim.


2004: *Klein and Klein v. **North American Company for Life and Health Insurance, et al.*** (declarations, deposition)

— Superior Court of California County of Los Angeles – Central District, Case No. BC 257856

— Flemings & Phillips LLP, 1340 Treat Boulevard, Suite 630, Walnut Creek, CA  94597; Pepper Hamilton, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, PA 19103-2799

— Alleged deceptive sales practices.  Assessment of the validity of plaintiffs' expert's claims regarding the predictability of interest rate changes.


2004: *Arleen Freeman, et al., v. **San Diego Association of Realtors, et al.*** (expert report, deposition)

— United States District Court for the Southern District of California, Case No. 98-CV-0139-WQH (JMA)

— Paul, Hastings, Janofsky & Walker LLP, 55 Second Street, 24th Floor, San Francisco, CA  94105-3441

— Antitrust matter.  Analysis of whether conduct at issue caused antitrust impact or damages.


2004: ***Medtronic Vascular, Inc., et al**. v. Advanced Cardiovascular Systems, Inc., et al*.  (expert reports, deposition)

— United States District Court for the District of Delaware, Civil Action No. 98-80-SLR

— McDermott, Will & Emery, 18191 Von Karman Ave., Suite 400, Irvine California 92612-7107

— Matter alleging theft of trade secrets and patent infringement.  Assessment of Medtronic's trade secret damages.  Assessment of the validity of Advanced Cardiovascular Systems' patent damage claim.

2004:  *Mattel, Inc. v. JAKKS Pacific, Inc., et al.*  (declaration, deposition)

— Superior Court of the State of California for the County of Los Angeles, Case No. BC 244868

— Feder, Kaszovitz, Isaacson Weber, Skala, Bass & Rhine LLP, 750 Lexington Avenue, 23rd Floor, New York, NY  10022-1200

— Matter alleging theft of trade secrets.  Assessment of the validity of plaintiffs' damage claims.


2003:  *Analysis of the MEIE Syndicate* (retained by the Australian Taxation Office) (expert report)

— Australian Taxation Office, 100 Market Street, Sydney NSW 2000 Australia

— Analysis of the licensing and funding of the MEIE Syndicate's transfer and development of technology.


2003:  *KLA Tencor Corporation v. Tokyo Seimitsu Co., Ltd.; and TSK America, Inc.,* (expert reports, deposition)

— United States District Court, Northern District of California, Oakland Division, Case No. CV-01-2489 SBA

— Howrey Simon Arnold & White, LLP, 301 Ravenswood Avenue, Menlo Park, CA 94025

— Antitrust counterclaim in a patent matter.  Assessment of the competitive effects of the alleged patent misuse.


2003:  *S&M Farm Supply Inc. v. Pharmacia Corporation and Monsanto Company* (expert reports, deposition)

— United District Court, Eastern District of Missouri, Eastern Division, Case No. 4:02CV518ERW

— Husch & Eppenberger, LLC, 190 Carondelet Plaza, Suite 600, St. Louis, MO  63105

— Class action price fixing matter.  Assessment of factors pertaining to class certification. Assessment of the validity of plaintiff's expert's analysis.

2003: *Lawrence J. Knipp and Nykar Technologies, L.P. v. Raymond M. Galasso and **Thompson & Knight L.L.P.*** (expert report)
— In the District Court of Tarrant County, Texas, 153rd Judicial District, Case No. 153-191270-02
— Shannon, Gracey, Ratliff, & Miller, L.L.P., 777 Main St., 38th Floor, Fort Worth, TX 76102-5304
— Matter alleging negligence in patent prosecution. Assessment of the validity of plaintiffs' damage claims and plaintiff's expert's analysis.

2002: *In re **Retail Services, Inc. and Freebie, Inc.**, v. Freebies Publishing, Eugene F. Zannon, and Gail Zannon* (expert report, deposition)
— United States District Court for the Eastern District of Virginia, Civil No. 02-111-A
— Gibson, Dunn & Crutcher LLP, 1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
— Assessment of plaintiff's trademark damage claims.

2002: *In re Pacific Gas and Electric Company, Debtor* (retained by **NCPA**) (expert report, trial testimony)
— United States Bankruptcy Court, Northern District of California, No. 01-30923 DM
— Brobeck Phleger & Harrison LLP, One Market Plaza, Spear Street Tower, San Francisco, CA 94123
— Antitrust and breach of contract claims in Bankruptcy Court. Assessment of the damages of certain NCPA members.

2002: *In the Matter of the Arbitration of The Venetian Casino Resort LLC dba Venetian Resort Hotel Casino and **ExxonMobil Corporation*** (expert report and testimony)
— American Arbitration Association, Case #181 00122 01 TMS
— Walther, Key, Maupin, Oats, Cox & LeGoy, Lakeside Professional Plaza, 3500 Lakeside Court, Reno, NV 89509
— Breach of contract matter. Assessment of the validity of plaintiffs' damage claims and plaintiffs' expert's analysis.

2002: *MacPherson's Inc., et al. v. **Windermere Real Estate Services Company, et al**.* (expert report)
— United States District Court, Western District of Washington at Seattle, No. C01-1885P
— Demco Law Firm, 5224 Wilson Avenue South, Seattle, WA 98118
— Real estate antitrust matter involving both Section I and Section II claims: Assessment of the validity of plaintiffs' antitrust claims.

2002: *Microblend, L.L.C. and GC Intermark Company, L.L.C. v. **Exxon Mobil Corporation, Mobil Oil Corporation and Mobil Corporation*** (expert report)
— United States District Court for the Eastern Division of Virginia, Civil Action No. 02-145-A
— Patton Boggs LLP, 2550 M Street, N.W., Suite 500, Washington, DC 20037-1350
— Breach of contract matter. Analyses and assessment of damage claims.

2002: ***Spirit Airlines, Inc.** v. Northwest Airlines* (expert reports, depositions)
— United States District Court, Eastern District of Michigan, Southern Division
— Kenny Nachwalter Seymour Arnold Critchlow & Spector, 1100 Miami Center, 201 South Biscayne Blvd., Miami, FL 33131-4327
— Monopolization case alleging predatory pricing. Assessment of damages resulting from the predatory pricing.

2002: *In re Sorbates Direct Purchaser Antitrust Litigation (retained by the **class**) (expert reports, deposition)*
— United States District Court for the Northern District of New York, Case No. C-98-04886 CAL
— Berman DeValerio Pease Tabacco Burt & Pucillo, P.C., 425 California Street, Suite 2025, San Francisco, CA 94104-2205
— Matter alleging price fixing of sorbates. Assessment of damages resulting from the price fixing.

## Appendix C: Documents Considered by Michael C. Keeley, Ph.D.

| Document Title | Document Date |
|---|---|
| **Legal Documents** | |
| Affidavits of Mirta Millares | |
| Class Plaintiffs' Post-Argument Submission in Support of Class Certification, *In Re Neurontin Marketing, Sales Practices and Products Liability Litigation,* MDL Docket No. 1629, Master File No. 04-10981, May 25, 2007 | May 25, 2007 |
| Class Plaintiffs' Response to Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Second Motion for Class Certification, *In Re Neurontin Marketing, Sales Practices, and Products Liability Litigation,* MDL Docket No. 1629, Master File No. 04-10981, October 1, 2008 | October 1, 2008 |
| Plaintiffs' Renewed Motion for Class Certification, *In Re Neurontin Marketing, Sales Practices, and Products Liability Litigation,* MDL Docket No. 1629, Master File No. 04-10982, filed December 18, 2007 | December 19, 2007 |
| Judge Patti B. Saris, Memorandum and Order, *In Re Neurontin Marketing and Sales Practices Litigation,* United States District Court, District of Massachusetts, MDL Docket No. 1629, Civil Action No. 04-10981, August 29, 2007 | August 29, 2007 |
| Objections to Defendants' Second Set of Interrogatories, *In Re Neurontin Marketing and Sales Practices Litigation,* MDL Docket No. 1629, Master File No. 04-10981, November 10, 2008 | November 10, 2008 |
| Defendant's Supplemental Memorandum of Law in Opposition to Plaintiff's Second Motion for Class Certification, in *In Re Neurontin Marketing and Sales Practices Litigation,* MDL Docket No. 1629, Master File No. 04-10981, September 18, 2008 | September 18, 2008 |
| Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals Fifth Supplemental Response and Objections to Defendants' Second Set of Interrogatories, *In Re Neurontin Marketing and Sales Practices Litigation,* MDL Docket No. 1629, Master File No. 04-10981, November 10, 2008 | November 10, 2008 |

| | |
|---|---|
| Complaint, *Gregory Clark and Linda Meashey v. Pfizer Inc. and Warner-Lambert Company* | October 26, 2004 |
| Stipulation and Order Dismissing Count V of the Amended Complaint with Prejudice, *Gregory Clark and Linda Meashey v. Pfizer Inc. and Warner-Lambert Company* | February 18, 2005 |
| Final Hearing Transcript, *Gregory Clark and Linda Meashey v. Pfizer Inc. and Warner-Lambert Company* | August 15, 2005 |
| Defendants' Motion to Exclude the Opinions of Professor Meredith Rosenthal And Dr. Raymond S. Hartman, *Gregory Clark and Linda Meashey v. Pfizer Inc. and Warner-Lambert Company* | May 30, 2008 |
| Plaintiffs' Answer to Defendants' Motion to Exclude Opinions, *Gregory Clark and Linda Meashey v. Pfizer Inc. and Warner-Lambert Company* | June 19, 2008 |

**Declarations and Expert Reports**

| | |
|---|---|
| Declaration of Fiona Scott Morton | December 21, 2006 |
| Declaration of Meredith Rosenthal, with backup programs and data | August 11, 2008 |
| Declaration of Raymond Hartman, with backup programs and data | August 11, 2008 |
| Keeley Class Certification Declaration | December, 2006 |
| Rosenthal MDL Class Certification Declaration | August 8, 2005 |
| Rosenthal Pennsylvania Class Certification Declaration | August 31, 2005 |
| Rosenthal Class Certification Reply Declaration | February 21, 2007 |
| Rosenthal Pennsylvania Damages Declaration | March 31, 2008 |
| Rosenthal Pennsylvania Reply Declaration | November 17, 2005 |

| | |
|---|---|
| Declaration of Sara Fisher Ellison | September 30, 2005 |
| Declaration of Raymond S. Hartman - FINAL | March 31, 2008 |
| Revision to Hartman Declaration | April 8, 2008 |
| Revision to March 31, 2008 Declaration of Meredith Rosenthal | April 8, 2008 |
| Declaration of Mirta Millares | December 5, 2008 |
| Rebuttal Declaration of Rena Conti | March 28, 2008 |
| Expert Report of Henry Grabowski | |
| Reply Report of Henry Grabowski | |
| Reply Exhibits of Grabowski | |
| Expert Report of Alan M. Rapoport | December 1, 2006 |
| Expert Report of Andrew E. Slaby, M.D., PH.D., M.P.H | |
| Expert Report of Dr. Samuel Potolicchio | December 8, 2006 |
| Expert Report of Dr. Shawn Bird | November 29, 2006 |

**Depositions and Testimony**

| | |
|---|---|
| Deposition of Allison Fannon | June 19-20, 2007 |
| Deposition of Avanish Mishra | June 14-15, 2007 |
| Deposition of Dr. Richard Brown | August 18, 2005 |

| | |
|---|---|
| Deposition of Christopher Dowd | September 13-14, 2007 |
| Deposition of Dr. Vithal Dhaduk | November 12, 2006 |
| Deposition of Suzanne Doft | June 12-13, 2007 |
| Deposition of Dr. Amy Fitzsimmons | September 22, 2008 |
| Deposition of Dr. Brian Ahlstrom | September 30, 2008 |
| Deposition of Dr. Douglas Barrett | December 7, 2004 |
| Deposition of Dr. E. Michael Okin | August 30, 2005 |
| Deposition of Dr. Gregory Rogers | February 2, 2008 |
| Deposition of Dr. Gwen Robinson | December 8, 2004 |
| Deposition of Dr. Jerrold Gray | February 6, 2008 |
| Deposition of Dr. John Arness | February 13, 2008 |
| Deposition of Raymond Hartman | June 26, 2008 |
| Deposition of Dr. Kylene Huler | November 1, 2006 |
| Deposition of Dr. Rick T. Waldo | February 1, 2008 |
| Deposition of Dr. Robert F. Haynsworth, Jr. | February 1, 2008 |
| Deposition of Dr. Thaddeus Poe | November 1, 2006 |
| Deposition of Dr. Thomas Graham | October 3, 2008 |

| | |
|---|---|
| Deposition of Timothy George | June 20-21, 2007 |
| Deposition of Christine Grogan | June 26, 2007 |
| Deposition of John Marino | July 2-3, 2007 |
| Deposition of Leonard Bruce Fleischmann | June 13-14, 2007 |
| Deposition of Margaret Yoder | June 20-21, 2007 |
| Deposition of Mark Brown | October 2, 2007 |
| Deposition of Meredith Rosenthal in Clark et al v. Pfizer, Inc. and Warner Lambert ("Rosenthal Pennsylvania Deposition") | July 9, 2008 |
| Deposition of Meredith Rosenthal | October 24-25, 2006 |
| Deposition of Tamela Martin | October 4-5, 2007 |
| Rosenthal Frye Motion Hearing Testimony | August 18, 2008 |

**Academic Articles**

| | |
|---|---|
| Azoulay, Pierre, "Do Pharmaceutical Sales Respond to Scientific Evidence?," *Journal of Economics & Management Strategy*, Volume 11(4), Winter 2002, pp. 551-594 | Winter 2002 |
| Bass, Frank M., "A New Product Growth Model for Consumer Durables," *Management Science*, 15 (1), January, 1969, pp. 215-227 | January, 1969 |
| Berndt, E., "The U.S. Pharmaceutical Industry: Why Major Growth in Times of Cost Containment?," *Health Affairs*, 20(2), March, 2001, p. 111 | March, 2001 |
| Berndt, Ernst R. , "Pharmaceuticals in U.S. Health Care: Determinants of Quantity and Price," *The Journal of Economic Perspectives*, Fall 2002, pp. 45-66 | Fall 2002 |

Berndt, Ernst R., Linda T. Bui, David H. Reiley and Glen L. Urban, "Information, Marketing and Pricing in the U.S. Anti-Ulcer Drug Market," American Economic Review, Vol. 85, No. 2, May 1995, pp. 100-105 — May 1995

Berndt, Ernst R., Robert Pindyck, and Pierre Azoulay, "Consumption and Diffusion in Pharmaceutical Markets: Antiulcer Drugs," *Journal of Industrial Economics,* LI(2), June 2003, pp. 243-270 — June 2003

Cameron and Trivedi, Microeconometrics, Cambridge University Press, 2005, p. 97 — 2005

Ching, Andrew, and Masakazu Ishihara, "The Effects of Detailing on Prescribing Decisions under Quality Uncertainty," *Draft Paper*, August 2006 — August 2006

Coscelli, Andrea, and Matthew Shum, "An Empirical Model of Learning and Patient Spillovers in New Drug Entry," *Journal of Econometrics,* 122(2), 2004, pp. 213–246 — 2004

Donohue, Berndt, Rosenthal, Epstein, and Frank, "Effects of Pharmaceutical Promotion on Adherence to the Treatment Guidelines for Depression," Medical Care 42(12), December 2004, pp. 1176-1185 — December 2004

Geroski, Paul A., "Models of Technology Diffusion," *Research Policy* (29), 2000, pp. 603-625 — 2000

Griliches, Zvi, "Hybrid Corn: An Exploration of the Economics of Technological Change," *Econometrica*, 25(4), October 1957, pp. 501-522 — October 1957

Mahajan, Vijay, Eitan Muller, and Frank M. Bass,  "New Product Diffusion Models in Marketing: A Review and Directions for Research," *Journal of Marketing*, 54 (1), January 1990 — January 1990

Mizik, Natalie and Robert Jacobson, (2004) "Are Physicians 'Easy Marks'? Quantifying the Effects of Detailing and Sampling on New Prescriptions," *Management Science*, Vol. 50, No. 12, pp. 1704-1715 — 2004

Nelson, P., "Advertising as Information," *Journal of Political Economy*, 82, August, 1974, pp. 729-754 — August, 1974

*Reference Guide on Scientific Evidence*, 2nd Edition, Federal Judicial Center, 2000 — 2000

Rosenthal, M., E. Berndt, J. Donohue, A. Epstein, and R. Frank, "Demand Effects of Recent Changes in Prescription Drug Promotion," Ch. 1 in Alan M. Garber, ed., Frontiers in Health Policy Research, Vol. 6, Cambridge, MA: MIT Press for the National Bureau of Economic Research, June 2003 — June 2003

Tirole, J. The Theory of Industrial Organization, MIT Press, 1988 — 1988

The New Palgrave Dictionary of Economics, Second Edition, 2008          2008

Berndt, E., L. Bui, D. Reiley and G. Urban, "The Roles of Marketing,          1997
Product Quality and Price Competition in the Growth and Composition of
U.S. Anti-Ulcer Drug Industry," Chapter 7 in Timothy F. Bresnahan and
Robert J. Gordon, eds., *The Economics of New Products, Studies in Income
and Wealth*, Volume 58, Chicago: University of Chicago Press for the
National Bureau of Economic Research, 1997

Venkataraman, Sriram, Stefan Stremersch, "The Debate on Influencing          2007
Doctors' Decisions: Are Drug Characteristics the Missing Link?"
*Management Science*, Vol 53, No. 11, November 2007, pp. 1688-1701

**Bates-numbered Documents**

All Bates-numbered documents cited in Attachment B to Declaration of
Meredith Rosenthal, August 11, 2008.

Pfizer_AMishra_0007311-0007470 at 0007319-0007320

**Websites**

http://www.fda.gov/cder/foi/appletter/2005/020998s018,019ltr.pdf

http://health.law360.com/print_article/73164

http://health.law360.com/print_article/73358

http://www.accessdata.fda.gov/scripts/cder/drugsatfda/

http://www.dictionaryofeconomics.com/article?id=pde2008_D000260#div1

**Miscellaneous**

EViews 6 Users Guide II

NDTI Drug Volume 1, 1Q 2006

EXHIBIT 1A



**Comparison of Psychiatrists' Bipolar Prescriptions to Psychiatrists' Detailing and Journal Advertising Stock**

Note: Detail/Journal Ad Stock is deflated to 1982-84 dollars and, for the purposes of this chart, is assumed to depreciate at a 3% quarterly rate, as estimated by Professor Rosenthal.

HIGHLY CONFIDENTIAL

EXHIBIT 1B

# Comparison of Neurologists' Migraine Prescriptions to Neurologists' Detailing and Journal Advertising Stock



Note: Detail/Journal Ad Stock is deflated to 1982-84 dollars and, for the purposes of this chart, is assumed not to depreciate, as estimated by Professor Rosenthal.

HIGHLY CONFIDENTIAL

EXHIBIT 1C



Comparison of Neurologists' Neuropathic Pain Prescriptions
to Neurologists' Detailing and Journal Advertising Stock

Note: Detail/Journal Ad Stock is deflated to 1982-84 dollars and, for the purposes of this chart, is assumed to depreciate at a 45% quarterly rate, as estimated
by Professor Rosenthal.

*HIGHLY CONFIDENTIAL*

EXHIBIT 1D



## Comparison of PHN Specialties' Neuropathic Pain Prescriptions to PHN Specialties' Detailing and Journal Advertising Stock

Note: Detail/Journal Ad Stock is deflated to 1982-84 dollars and, for the purposes of this chart, is assumed not to depreciate, as estimated by Professor Rosenthal.

*HIGHLY CONFIDENTIAL*

EXHIBIT 1E



Comparison of Other Specialties' Neuropathic Pain Prescriptions
to Other Specialties' Detailing and Journal Advertising Stock

Note: Detail/Journal Ad Stock is deflated to 1982-84 dollars and, for the purposes of this chart, is assumed to depreciate at a 2% quarterly rate, as estimated by Professor Rosenthal.

HIGHLY CONFIDENTIAL

EXHIBIT 1F

## Comparison of Neurologists' Nociceptive Pain Prescriptions to Neurologists' Detailing and Journal Advertising Stock



Note: Detail/Journal Ad Stock is deflated to 1982-84 dollars and, for the purposes of this chart, is assumed not to depreciate, as estimated by Professor Rosenthal.

*HIGHLY CONFIDENTIAL*

EXHIBIT 1G



## Comparison of PHN Specialties' Nociceptive Pain Prescriptions to PHN Specialties' Detailing and Journal Advertising Stock

Note: Detail/Journal Ad Stock is deflated to 1982-84 dollars and, for the purposes of this chart, is assumed to depreciate at a 1% quarterly rate, as estimated by Professor Rosenthal.

HIGHLY CONFIDENTIAL

EXHIBIT 1H

# Comparison of Other Specialties' Nociceptive Pain Prescriptions to Other Specialties' Detailing and Journal Advertising Stock



Note: Detail/Journal Ad Stock is deflated to 1982-84 dollars and, for the purposes of this chart, is assumed not to depreciate, as estimated by Professor Rosenthal.

*HIGHLY CONFIDENTIAL*

EXHIBIT 1I



## Share of Prescriptions That Are High-Dose to Total Detailing and Journal Advertising Stock

Note: Detail/Journal Ad Stock is deflated to 1982-84 dollars and, for the purposes of this chart, is assumed to depreciate at a 3% monthly rate, as assumed by Professor Rosenthal.

*HIGHLY CONFIDENTIAL*

EXHIBIT 2A

# Estimated Effect of Promotions on
# Bipolar Prescriptions Written by Psychiatrists
# Rosenthal Model vs. Revised Model

Source: Declaration of Prof. Meredith Rosenthal; Data produced by Plaintiffs' counsel

| Variable | Rosenthal Model | | Revised Model | |
|---|---|---|---|---|
| | Coefficient | t-statistic | Coefficient | t-statistic |
| Constant | -3.100 | -0.143 | 5.688 ** | 4.421 |
| Time | | | 0.402 * | 2.670 |
| Quadratic Time | | | -0.006 * | -2.094 |
| Neurontin Price Index | -3.343 ** | -3.596 | -1.905 | -1.610 |
| Baseline Promotions Stock | 1.000 ** | 3.645 | 0.046 | 0.229 |
| "Spike" Promotions Stock | | | | |
| Competitor Price Index | -3.442 | -0.238 | | |
| Competitor Promotions Stock | 0.335 | 0.276 | | |
| AR(1) | 0.498 ** | 3.143 | 0.450 * | 2.534 |
| | | | | |
| | | | | |
| Promotional Stock | | | | |
| Depreciation Rate | 3% | | 31% | |
| R-squared | 0.932 | | 0.938 | |

Note:

The Rosenthal Model results are those displayed in the Rosenthal Declaration, Attachment F, Table 1. The Revised Model results are from a model that includes an intercept, linear and quadratic time trends, a single, correctly deflated promotional stock, and the smallest number of autoregressive (AR) terms for which a Breusch-Godfrey LM test rejects further autocorrelation. The highlighted row gives the estimated effect of promotion on prescriptions. Note that under the revised model, promotion has no statistically significant effect on prescriptions.

Prices, promotions stock, and prescriptions are measured in logs.

* indicates significance at the 5 percent level; ** indicates significance at the 1 percent level.

HIGHLY CONFIDENTIAL

EXHIBIT 2B

# Estimated Effect of Promotions on
# Migraine Prescriptions Written by Neurologists
# Rosenthal Model vs. Revised Model

Source: Declaration of Prof. Meredith Rosenthal; Data produced by Plaintiffs' counsel

| Variable | Rosenthal Model | | Revised Model | |
|---|---|---|---|---|
| | Coefficient | t-statistic | Coefficient | t-statistic |
| Constant | | | 1.684 | 0.135 |
| Time | | | 0.346 ** | 3.398 |
| Quadratic Time | | | -0.006 * | -2.349 |
| Neurontin Price Index | -4.094 ** | -11.648 | -0.270 | -0.052 |
| "Baseline" Promotions Stock | 0.924 ** | 74.107 | 0.319 | 0.378 |
| "Spike" Promotions Stock | | | | |
| Competitor Price Index | | | | |
| Competitor Promotions Stock | | | | |
| AR(1) | 0.373 * | 2.271 | | |
| AR(2) | 0.048 | 0.292 | | |
| | | | | |
| Promotional Stock Depreciation Rate | 0% | | 52% | |
| R-squared | 0.858 | | 0.896 | |

Note:

The Rosenthal Model results are those displayed in the Rosenthal Declaration, Attachment F, Table 2.  The Revised Model results are from a model that includes an intercept, linear and quadratic time trends, a single, correctly deflated promotional stock, and the smallest number of autoregressive (AR) terms for which a Breusch-Godfrey LM test rejects further autocorrelation.  The highlighted row gives the estimated effect of promotion on prescriptions.  Note that under the revised model, promotion has no statistically significant effect on prescriptions.

Prices, promotions stock, and prescriptions are measured in logs.

* indicates significance at the 5 percent level; ** indicates significance at the 1 percent level.

*HIGHLY CONFIDENTIAL*

# Estimated Effect of Promotions on
# Neuropathic Pain Prescriptions Written by Neurologists
## Rosenthal Model vs. Revised Model

Source: Declaration of Prof. Meredith Rosenthal; Data produced by Plaintiffs' counsel

| Variable | Rosenthal Model | | Revised Model | |
|---|---|---|---|---|
| | Coefficient | t-statistic | Coefficient | t-statistic |
| Constant | 3.168 | 0.579 | 3.569 | 0.450 |
| Time | | | 0.335 ** | 3.035 |
| Quadratic Time | | | -0.005 * | -2.342 |
| Neurontin Price Index | 0.833 | 0.671 | -0.048 | -0.014 |
| Baseline Promotions Stock | 0.938 ** | 2.090 | 0.298 | 0.579 |
| "Spike" Promotions Stock | | | | |
| Competitor Price Index | -1.446 | -0.693 | | |
| Competitor Promotions Stock | 0.046 | 0.386 | | |
| AR(1) | 0.481 ** | 3.058 | 0.474 * | 2.408 |
| AR(2) | 0.332 | 1.707 | | |
| | | | | |
| Promotional Stock Depreciation Rate | 45% | | 64% | |
| R-squared | 0.913 | | 0.922 | |

Note:

The Rosenthal Model results are those displayed in the Rosenthal Declaration, Attachment F, Table 3. The Revised Model results are from a model that includes an intercept, linear and quadratic time trends, a single, correctly deflated promotional stock, and the smallest number of autoregressive (AR) terms for which a Breusch-Godfrey LM test rejects further autocorrelation. The highlighted row gives the estimated effect of promotion on prescriptions. Note that under the revised model, promotion has no statistically significant effect on prescriptions.

Prices, promotions stock, and prescriptions are measured in logs.

\* indicates significance at the 5 percent level; \*\* indicates significance at the 1 percent level.

HIGHLY CONFIDENTIAL