# EXHIBIT 29

# Part IV

EXHIBIT 2D

## Estimated Effect of Promotions on
## Neuropathic Pain Prescriptions Written by PHN Specialists
## Rosenthal Model vs. Revised Model

Source: Declaration of Prof. Meredith Rosenthal; Data produced by Plaintiffs' counsel

| Variable | Rosenthal Model | | Revised Model | |
|---|---|---|---|---|
| | Coefficient | t-statistic | Coefficient | t-statistic |
| Constant | | | 2.057 | 0.602 |
| Time | | | 0.439 ** | 5.638 |
| Quadratic Time | | | -0.006 ** | -3.472 |
| Neurontin Price Index | -3.859 ** | -11.484 | -0.757 | -0.392 |
| "Baseline" Promotions Stock | 0.830 | 2.624 | 0.258 | 1.157 |
| "Spike" Promotions Stock | -0.020 | -0.916 | | |
| Competitor Price Index | 4.825 | 1.162 | | |
| Competitor Promotions Stock | 0.256 | 1.129 | | |
| AR(1) | 0.306 | 1.455 | | |
| AR(2) | 0.103 | 0.384 | | |
| AR(3) | -0.236 | -1.541 | | |
| | | | | |
| Promotional Stock Depreciation Rate | 0% | | 78% | |
| | | | | |
| R-squared | 0.895 | | 0.929 | |

Note:

The Rosenthal Model results are those displayed in the Rosenthal Declaration, Attachment F, Table 5. The Revised Model results are from a model that includes an intercept, linear and quadratic time trends, a single, correctly deflated promotional stock, and the smallest number of autoregressive (AR) terms for which a Breusch-Godfrey LM test rejects further autocorrelation. The highlighted row gives the estimated effect of promotion on prescriptions. Note that under the revised model, promotion has no statistically significant effect on prescriptions.
Prices, promotions stock, and prescriptions are measured in logs.

* indicates significance at the 5 percent level; ** indicates significance at the 1 percent level.

HIGHLY CONFIDENTIAL

**EXHIBIT 2E**

# Estimated Effect of Promotions on Neuropathic Pain Prescriptions Written by Other Specialists
## Rosenthal Model vs. Revised Model

Source: Declaration of Prof. Meredith Rosenthal; Data produced by Plaintiffs' counsel

| Variable | Rosenthal Model | | Revised Model | |
|---|---|---|---|---|
| | Coefficient | t-statistic | Coefficient | t-statistic |
| Constant | -3.363 ** | -10.701 | 1.221 | 0.712 |
| Time | | | 0.454 ** | 3.289 |
| Quadratic Time | | | -0.007 ** | -2.976 |
| Neurontin Price Index | 0.717 | 2.061 | 0.116 | 0.087 |
| "Baseline" Promotions Stock | | | 0.274 | 1.138 |
| "Spike" Promotions Stock | -0.030 | -0.910 | | |
| Competitor Price Index | 1.969 | 0.490 | | |
| Competitor Promotions Stock | 0.313 | 1.230 | | |
| AR(1) | 0.461 ** | 3.424 | 0.325 | 2.019 |
| AR(2) | 0.098 | 0.461 | 0.175 | 0.891 |
| AR(3) | -0.371 ** | -3.370 | | |
| | | | | |
| Promotional Stock Depreciation Rate | 2% | | 79% | |
| | | | | |
| R-squared | 0.909 | | 0.924 | |

Note:

The Rosenthal Model results are those displayed in the Rosenthal Declaration, Attachment F, Table 4. The Revised Model results are from a model that includes an intercept, linear and quadratic time trends, a single, correctly deflated promotional stock, and the smallest number of autoregressive (AR) terms for which a Breusch-Godfrey LM test rejects further autocorrelation. The highlighted row gives the estimated effect of promotion on prescriptions. Note that under the revised model, promotion has no statistically significant effect on prescriptions.
Prices, promotions stock, and prescriptions are measured in logs.

* indicates significance at the 5 percent level; ** indicates significance at the 1 percent level.

HIGHLY CONFIDENTIAL

**EXHIBIT 2F**

## Estimated Effect of Promotions on Nociceptive Pain Prescriptions Written by Neurologists
## Rosenthal Model vs. Revised Model

Source: Declaration of Prof. Meredith Rosenthal; Data produced by Plaintiffs' counsel

| Variable | Rosenthal Model | | Revised Model | |
|---|---|---|---|---|
| | Coefficient | t-statistic | Coefficient | t-statistic |
| Constant | | | 4.880 | 0.408 |
| Time | | | 0.230 | 1.155 |
| Quadratic Time | | | -0.004 | -0.876 |
| Neurontin Price Index | -3.888 ** | -15.238 | -1.496 | -0.299 |
| Baseline Promotions Stock | 0.748 ** | 5.130 | 0.191 | 0.267 |
| "Spike" Promotions Stock | | | | |
| Competitor Price Index | -3.288 | -1.182 | | |
| Competitor Promotions Stock | 0.176 | 1.224 | | |
| AR(1) | 0.434 * | 2.353 | 0.498 ** | 3.093 |
| AR(2) | 0.272 | 1.455 | | |
| AR(3) | -0.322 * | -2.472 | | |
| AR(4) | -0.404 * | -2.328 | | |
| AR(5) | 0.116 | 0.776 | | |
| | | | | |
| Promotional Stock Depreciation Rate | 0% | | 46% | |
| | | | | |
| R-squared | 0.939 | | 0.922 | |

Note:
The Rosenthal Model results are those displayed in the Rosenthal Declaration, Attachment F, Table 6. The Revised Model results are from a model that includes an intercept, linear and quadratic time trends, a single, correctly deflated promotional stock, and the smallest number of autoregressive (AR) terms for which a Breusch-Godfrey LM test rejects further autocorrelation. The highlighted row gives the estimated effect of promotion on prescriptions. Note that under the revised model, promotion has no statistically significant effect on prescriptions.
Prices, promotions stock, and prescriptions are measured in logs.

\* indicates significance at the 5 percent level; \*\* indicates significance at the 1 percent level.

HIGHLY CONFIDENTIAL

EXHIBIT 2G

# Estimated Effect of Promotions on
# Nociceptive Pain Prescriptions Written by PHN Specialists
# Rosenthal Model vs. Revised Model

Source: Declaration of Prof. Meredith Rosenthal; Data produced by Plaintiffs' counsel

| Variable | Rosenthal Model | | Revised Model | |
|---|---|---|---|---|
| | Coefficient | t-statistic | Coefficient | t-statistic |
| Constant | | | 8.940 | 1.334 |
| Time | | | 0.107 | 0.650 |
| Quadratic Time | | | 0.000 | -0.047 |
| Neurontin Price Index | -4.365 ** | -18.378 | -5.155 | -1.353 |
| "Baseline" Promotions Stock | 0.839 ** | 3.522 | -0.027 | -0.064 |
| "Spike" Promotions Stock | 0.028 | 1.717 | | |
| Competitor Price Index | 4.382 | 1.098 | | |
| Competitor Promotions Stock | 0.183 | 1.112 | | |
| AR(1) | -0.135 | -0.767 | | |
| AR(2) | -0.097 | -0.828 | | |
| AR(3) | -0.273 | -1.201 | | |
| AR(4) | -0.402 ** | -3.125 | | |
| AR(5) | -0.281 * | -2.394 | | |
| Promotional Stock Depreciation Rate | 1% | | 90% | |
| R-squared | 0.850 | | 0.744 | |

Note:
The Rosenthal Model results are those displayed in the Rosenthal Declaration, Attachment F, Table 8. The Revised Model results are from a model that includes an intercept, linear and quadratic time trends, a single, correctly deflated promotional stock, and the smallest number of autoregressive (AR) terms for which a Breusch-Godfrey LM test rejects further autocorrelation. The highlighted row gives the estimated effect of promotion on prescriptions. Note that under the revised model, promotion has no statistically significant effect on prescriptions.
Prices, promotions stock, and prescriptions are measured in logs.
* indicates significance at the 5 percent level; ** indicates significance at the 1 percent level.

HIGHLY CONFIDENTIAL

EXHIBIT 2H

# Estimated Effect of Promotions on Nociceptive Pain Prescriptions Written by Other Specialists
## Rosenthal Model vs. Revised Model

Source: Declaration of Prof. Meredith Rosenthal; Data produced by Plaintiffs' counsel

| Variable | Rosenthal Model | | Revised Model | |
|---|---|---|---|---|
|  | Coefficient | t-statistic | Coefficient | t-statistic |
| Constant |  |  | 1.603 | 0.450 |
| Time |  |  | 0.360 ** | 5.306 |
| Quadratic Time |  |  | -0.005 ** | -3.409 |
| Neurontin Price Index | -3.302 ** | -7.970 | -0.721 | -0.364 |
| "Baseline" Promotions Stock | 0.979 *** | 33.665 | 0.244 | 0.800 |
| "Spike" Promotions Stock | 0.089 * | 2.041 |  |  |
| Competitor Price Index |  |  |  |  |
| Competitor Promotions Stock |  |  |  |  |
| AR(1) | 0.403 ** | 5.368 |  |  |
| AR(2) |  |  |  |  |
| AR(3) |  |  |  |  |
| Promotional Stock Depreciation Rate | 0% |  | 77% |  |
| R-squared | 0.690 |  | 0.808 |  |

Note:

The Rosenthal Model results are those displayed in the Rosenthal Declaration, Attachment F, Table 7. The Revised Model results are from a model that includes an intercept, linear and quadratic time trends, a single, correctly deflated promotional stock, and the smallest number of autoregressive (AR) terms for which a Breusch-Godfrey LM test rejects further autocorrelation. The highlighted row gives the estimated effect of promotion on prescriptions. Note that under the revised model, promotion has no statistically significant effect on prescriptions.
Prices, promotions stock, and prescriptions are measured in logs.

* indicates significance at the 5 percent level; ** indicates significance at the 1 percent level.

HIGHLY CONFIDENTIAL

**EXHIBIT 21**

# Estimated Effect of Promotions on Proportion of High-Dose Prescriptions Written by All Specialties Rosenthal Model vs. Revised Model

Source: Production of Prof. Meredith Rosenthal; Data produced by Plaintiffs' counsel.

| Variable | Rosenthal Model | | Revised Model | |
|---|---|---|---|---|
| | Coefficient | t-statistic | Coefficient | t-statistic |
| Constant | | | -5.207 ** | -3.510 |
| Time | | | 0.472 | 1.411 |
| Quadratic Time | | | -0.005 | -1.382 |
| "Baseline" Promotions Stock | 0.149 ** | 27.374 | 0.172 | 0.393 |
| "Spike" Promotions Stock | 0.001 | 0.174 | | |
| Post-Generic Neurontin Price | -2.111 | -0.925 | 0.537 | 1.938 |
| PHN Approval Indicator | 0.047 | 0.450 | | |
| Pediatric Approval Indicator | -0.115 | -0.928 | | |
| Generic Entry Indicator | -0.878 | -0.925 | | |
| AR(1) | -0.172 | -0.697 | -0.567 * | -2.276 |
| AR(2) | 0.045 | 0.333 | | |
| AR(3) | 0.150 | 1.018 | | |
| AR(4) | -0.198 ** | -2.896 | | |
| | | | | |
| R-squared | 0.163 | | 0.544 | |

Note:

The Rosenthal Model results are those displayed in the Rosenthal Declaration, Attachment F, Table 9.  The Revised Model results are from a model that includes an intercept, linear and quadratic time trends, a single, correctly deflated promotional stock, and the smallest number of autoregressive (AR) terms for which a Breusch-Godfrey LM test rejects further autocorrelation.  The highlighted row gives the estimated effect of promotion on prescriptions.  Note that under the revised model, promotion has no statistically significant effect on prescriptions.
Prices, promotions stock, and prescriptions are measured in logs.

* indicates significance at the 5 percent level; ** indicates significance at the 1 percent level.

HIGHLY CONFIDENTIAL