# EXHIBIT 30

**CONFIDENTIAL**

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                 DISTRICT OF MASSACHUSETTS
 3    ---------------------------- :
 4    In Re:                       :   MDL Docket
                                   :   No. 1629
 5    NEURONTIN MARKETING,         :
      SALES PRACTICES AND          :   Master File
 6    PRODUCTS LIABILITY           :   No. 04-10981
      LITIGATION                   :   JUDGE PATTI B. SARIS
 7                                 :   MAGISTRATE JUDGE
                                   :   LEO T. SOROKIN
 8                                 :
                                   :   CONFIDENTIAL
 9                                 :   DEPOSITION OF:
                                   :   TAMELA MARTIN
10                                 :   (VOLUME I)
                                   :
11    - - - - - - - - - - - - -
12
13              TRANSCRIPT of the stenographic notes of
14    the proceedings in the above-entitled matter, as
15    taken by and before LINDA M. HOFFMANN, a Certified
16    Shorthand Reporter and Notary Public, held at the
17    office of DAVIS POLK & WARDWELL, ESQUIRES, 450
18    Lexington Avenue, New York, New York, on Thursday,
19    October 4, 2007, commencing at 9:10 in the forenoon.
20
21
22
23
24
25
```

1  promotion of Neurontin.
2       Q.     Okay.  At any time when you worked for
3  Warner-Lambert in representing Neurontin, did you
4  ever target physicians that specialized in pain or
5  psychiatrists?
6             MR. ZISSU:  Objection.
7       A.     As a representative for Warner-Lambert,
8  I was responsible for, as a District Manager for
9  promoting Celexa, and I was responsible for calling
10 on psychiatrists with Celexa.
11      Q.     All right.  Did you ever call on
12 psychiatrists for Neurontin?
13      A.     Sir, the very first call that I received
14 as a sales representative for Neurontin, I launched
15 Neurontin in January of 1994, and the very first call
16 I ever received was a psychiatrist asking me to bring
17 them samples of Neurontin.  And I was totally baffled
18 because I had no idea why a psychiatrist would be
19 calling me and asking me for samples of my Neurontin.
20 The psychiatrist happened to be a psychiatrist at the
21 University of Tennessee, and I was responsible for
22 the University of Tennessee.
23             And I went by to see the psychiatrist
24 and asked him why in the world he wanted samples of
25 Neurontin because Neurontin is indicated for partial

**CONFIDENTIAL**

Page 81

1  seizures and partial seizures that secondarily
2  generalized as an adjunctive agent.  And I was
3  completely puzzled by this.
4            And the psychiatrist stated that he
5  wanted the Neurontin samples because he thought his
6  patients would benefit.  And that was the only time
7  that I recall talking with a psychiatrist as a sales
8  representative.
9       Q.   My question was any time, though, when
10 you were employed at Warner-Lambert, did you ever in
11 representing Neurontin target a pain specialist or
12 psychiatrists?
13           MR. ZISSU:  Objection.
14      Q.   Aside from the single instance that you
15 just reported to us.
16           MR. ZISSU:  Same objection.
17      A.   Sir, I shared with you that I called on
18 psychiatrists to promote Celexa or my representatives
19 did when I was a DM, ADM.
20      Q.   My question, ma'am, had the word
21 "representing Neurontin" in it.  So let me give you
22 the question again.
23           At any time that you worked for
24 Warner-Lambert in representing the drug product
25 Neurontin, did you ever target physicians that

**CONFIDENTIAL**

Page 335

```
 1              UNITED STATES DISTRICT COURT
 2                 DISTRICT OF MASSACHUSETTS
 3      ------------------------ :
 4      In Re:                   :  MDL Docket
                                 :  No. 1629
 5      NEURONTIN MARKETING,     :
        SALES PRACTICES AND      :  Master File
 6      PRODUCTS LIABILITY       :  No. 04-10981
        LITIGATION               :  JUDGE PATTI B. SARIS
 7                               :  MAGISTRATE JUDGE
                                 :  LEO T. SOROKIN
 8                               :
                                 :  CONFIDENTIAL
 9                               :  DEPOSITION OF:
                                 :  TAMELA MARTIN
10                               :  (VOLUME II)
                                 :
11      - - - - - - - - - - - -
12
13              TRANSCRIPT of the stenographic notes of
14      the proceedings in the above-entitled matter, as
15      taken by and before LINDA M. HOFFMANN, a Certified
16      Shorthand Reporter and Notary Public, held at the
17      office of DAVIS POLK & WARDWELL, ESQUIRES, 450
18      Lexington Avenue, New York, New York, on Friday,
19      October 5, 2007, commencing at 9:05 in the forenoon.
20
21
22
23
24
25
```

1   responsibility.
2        Q.    When you were -- in the interim period
3   from June to September or October, 2000, when you
4   were CNS Area Business Manager, what products did you
5   have responsibility for?
6        A.    I had responsibility for Celebrex,
7   Neurontin, and Aricept.
8        Q.    Okay. And then when you became District
9   Manager for the RON Sales Force, you had
10  responsibility for Celebrex and Neurontin, I think
11  you told us. Correct?
12       A.    Okay. I'm sorry. Maybe I misheard your
13  first question.
14            What was the question before this last
15  one?
16       Q.    When you -- in the interim period, June,
17  2000, to September/October 2000, you said you were
18  CNS Area Business Manager. Correct?
19       A.    Yes.
20       Q.    What products did you have
21  responsibility for for that time period?
22       A.    Celexa and Neurontin.
23       Q.    Celexa and Neurontin.
24       A.    Yes.
25       Q.    What -- when you became the District

**CONFIDENTIAL**

Page 344

```
 1    Manager with the RON Sales Force, did you have res --
 2    what were your responsibilities?
 3         A.    I had a team of sales representatives
 4    that covered the geography of North Carolina, South
 5    Carolina and Georgia.  And they were responsible for
 6    representing the portfolio of products at that time
 7    to the health practitioners and accounts that they
 8    called on.
 9         Q.    Okay.  And the portfolio of products
10    that those sales representatives had responsibility
11    for were Celebrex and Neurontin?
12         A.    They were responsible, at that time, for
13    Celebrex, Neurontin, and Aricept.
14         Q.    And Aricept.  Okay.
15         A.    Yes.
16         Q.    But you didn't have responsibility for
17    Aricept?
18         A.    No, I had responsibility for Aricept.
19         Q.    Okay.  As District Manager of the RON
20    Sales Force, you had responsibility for Aricept, as
21    well as Neurontin and Celebrex.
22         A.    Yes.
23         Q.    Okay.  And you said that those sales
24    representatives called on health practitioners and
25    accounts.  Correct?
```