# EXHIBIT 31

Page 2

```
 1                    CONFIDENTIAL
 2   STATE OF NEW YORK
 3   COUNTY OF NEW YORK
 4   ---------------------------------x
 5   IN RE NEURONTIN PRODUCT
 6   LIABILITY LITIGATION              Index Number 765000
 7   ---------------------------------x
 8
 9
10
11      VIDEOTAPED DEPOSITION OF ALLISON FANNON, Ph.D.
12                    New York, New York
13                     June 19, 2007
14
15
16
17
18
19
20
21
22
23
24
25
```

Confidential - Allison Fannon

1
2  were merged.
3      Q     Let me ask you this:  When were the
4  sales reps detailing the psychiatrists, what
5  period of time?
6           MR. ROUHANDEH:  Objection to form.
7      Lack of foundation.
8      A     Which sales reps?
9      Q     The Parke Davis sales reps.
10     A     To my knowledge, the Parke Davis
11 sales reps started detailing psychiatrists when
12 Celexa came into the portfolio, which was around
13 the fall of -- fall, summer, fall of 1999.
14     Q     Okay.  So, that was at Parke Davis?
15     A     That was at Parke Davis.
16     Q     And they were detailing the
17 psychiatrists concerning Celexa?
18     A     Yes.
19     Q     Were they detailing the psychiatrists
20 concerning Neurontin?
21     A     Not to my knowledge, and that was
22 against company policy.
23     Q     I will show you what we marked as
24 Exhibit 2 and ask you to turn to Bates 588.
25           Last three digits 588.