UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------- x
:
In re:  NEURONTIN MARKETING, SALES PRACTICES, :
AND PRODUCTS LIABILITY LITIGATION :
:
:
---------------------------------------------- x  MDL Docket No. 1629
:
THIS DOCUMENT RELATES TO: : Master File No. 04-10981
:
---------------------------------------------- x Judge Patti B. Saris
:
HARDEN MANUFACTURING CORPORATION; : Magistrate Judge Leo T.
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, : Sorokin
dba BLUECROSS/BLUESHIELD OF LOUISIANA; :
INTERNATIONAL UNION OF OPERATING ENGINEERS, :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and :
LORRAINE KOPA, on behalf of themselves and all others :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT :
COMPANY. :
:
---------------------------------------------- x
:
THE GUARDIAN LIFE INSURANCE COMPANY OF :
AMERICA v. PFIZER INC. and :
:
AETNA, INC. v. PFIZER INC. :
:
---------------------------------------------- x

**DEFENDANTS' RESPONSE TO CLASS PLAINTIFFS' STATEMENT OF
DISPUTED AND UNDISPUTED MATERIAL FACTS IN OPPOSITION TO
<u>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

# **<u>FILED UNDER SEAL PURSUANT TO THE STIPULATED PROTECTIVE ORDER (DKT. NO. 27) AND AMENDED STIPULATED PROTECTIVE ORDER (DKT. NO. 744)</u>**

| | |
|---|---|
| Dated: May 20, 2009 | Respectfully submitted, |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | By:/s/Mark S. Cheffo<br>Mark S. Cheffo |
| | Four Times Square<br>New York, New York 10036<br>Tel: (212) 735-3000 |
| | -and- |
| | SHOOK, HARDY & BACON L.L.P. |
| | By:/s/Scott W. Sayler<br>Scott W. Sayler |
| | 2555 Grand Blvd.<br>Kansas City, MO 64108-2613<br>Tel: (816) 474-6550 |
| | -and- |
| | WHITE & WILLIAMS |
| | By:/s/David B. Chaffin<br>David B. Chaffin |
| | 100 Summer Street, 27th Floor<br>Boston, MA 02110<br>Tel: (617) 748-5200 |
| | *Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC* |

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3.

                                                      /s/David B. Chaffin
                                                      David B. Chaffin