UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:

---

HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY.

---

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. and

AETNA, INC. v. PFIZER INC.

---

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**DEFENDANTS' REPLY TO CLASS PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS <u>PURSUANT TO LOCAL RULE 56.1</u>**

# FILED UNDER SEAL PURSUANT TO THE STIPULATED PROTECTIVE ORDER (DKT. NO. 27) AND AMENDED STIPULATED PROTECTIVE ORDER (DKT. NO. 744)

Dated: May 20, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/Mark S. Cheffo
Mark S. Cheffo

Four Times Square
New York, New York 10036
Tel: (212) 735-3000

-and-

SHOOK, HARDY & BACON L.L.P.

By: /s/Scott W. Sayler
Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

-and-

WHITE & WILLIAMS

By: /s/David B. Chaffin
David B. Chaffin

100 Summer Street, 27th Floor
Boston, MA 02110
Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company LLC*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3.

/s/David B. Chaffin
David B. Chaffin

2