UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
----------------------------------------------- x
                                                :
In re:  NEURONTIN MARKETING, SALES PRACTICES,   :
        AND PRODUCTS LIABILITY LITIGATION       :
                                                :
----------------------------------------------- x   MDL Docket No. 1629
                                                :
THIS DOCUMENT RELATES TO:                       :   Master File No. 04-10981
                                                :
----------------------------------------------- x   Judge Patti B. Saris
                                                :
HARDEN MANUFACTURING CORPORATION;               :   Magistrate Judge Leo T.
LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,     :   Sorokin
dba BLUECROSS/BLUESHIELD OF LOUISIANA;           :
INTERNATIONAL UNION OF OPERATING ENGINEERS,     :
LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL    :
52 HEALTH BENEFITS TRUST; GERALD SMITH; and     :
LORRAINE KOPA, on behalf of themselves and all others :
similarly situated, v. PFIZER INC. and WARNER-LAMBERT :
COMPANY.                                         :
                                                :
----------------------------------------------- x
                                                :
THE GUARDIAN LIFE INSURANCE COMPANY OF          :
AMERICA v. PFIZER INC. and                      :
                                                :
AETNA, INC. v. PFIZER INC.                      :
                                                :
----------------------------------------------- x
```

**DEFENDANTS' REPLY TO COORDINATED TPP PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1**

**AND**

**DEFENDANTS' RESPONSE TO COORDINATED TPP PLAINTIFFS' COUNTERSTATEMENT OF UNDISPUTED AND DISPUTED FACTS IN OPPOSITION <u>TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

# **FILED UNDER SEAL PURSUANT TO THE STIPULATED PROTECTIVE ORDER (DKT. NO. 27) AND AMENDED STIPULATED PROTECTIVE ORDER (DKT. NO. 744)**

Dated: May 20, 2009                             Respectfully submitted,

               SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

               By: /s/Mark S. Cheffo
                  Mark S. Cheffo

               Four Times Square
               New York, New York 10036
               Tel: (212) 735-3000

                 -and-

               SHOOK, HARDY & BACON L.L.P.

               By: /s/Scott W. Sayler
                  Scott W. Sayler

               2555 Grand Blvd.
               Kansas City, MO 64108-2613
               Tel:  (816) 474-6550

                 -and-

               WHITE & WILLIAMS

               By: /s/David B. Chaffin
                  David B. Chaffin

               100 Summer Street, 27th Floor
               Boston, MA 02110
               Tel:  (617) 748-5200

               *Attorneys for Defendants Pfizer Inc. and*
               *Warner-Lambert Company LLC*

## **CERTIFICATE OF SERVICE**

   I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3.


               /s/David B. Chaffin
               David B. Chaffin