UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL SALES & MARKETING ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**CLASS PLAINTIFFS' MOTION FOR PERMISSION
TO EXCEED THE 20-PAGE LIMIT SET FORTH IN RULE 7.1(b)(4)
IN ITS FILING OF THE MEMORANDUM OF LAW IN
SUPPORT OF THEIR MOTION FOR RECONSIDERATION**

Pursuant to Local Rule 7.1(b)(4), Class Plaintiffs hereby respectfully request permission to exceed the 20-page limit set forth in Rule 7.1(b)(4) in its simultaneous filing of a memorandum of law in support of its motion for reconsideration of the Court's Order denying class certification dated May 13, 2009 ("Order") (Docket No. 1780). Due to the grave importance of the issues raised in the Court's 51-page Order, as well as the attendant factual and legal complexities, Class Plaintiffs could not adequately brief the motion for reconsideration in only 20 pages. Despite counsel's best efforts, the memorandum of law could only be trimmed to 31 pages, and given the short period of time allowed for drafting, counsel were unable to estimate the required length of their memorandum sufficiently in advance of its completion.

                                                   Respectfully submitted,

Dated:  May 28, 2009                        GREENE & HOFFMAN

                                            By:  */s/ Thomas M. Greene*
                                                 Thomas M. Greene, Esq.

                                            33 Broad Street, 5th Floor,
                                            Boston, MA  02109

                                            LIEFF, CABRASER, HEIMANN
                                               & BERNSTEIN, LLP

                                            By:  */s/ Barry R. Himmelstein*
                                                 Barry R. Himmelstein, Esq.

                                            275 Battery Street, 30th Floor
                                            San Francisco, CA  94111-3339


                                            HAGENS BERMAN SOBOL SHAPIRO LLP

                                            By*:*  */s/ Thomas M. Sobol*
                                                 Thomas M. Sobol, Esq.

                                            One Main Street, 4th Floor
                                            Cambridge, MA  02142

                                            BARRETT LAW OFFICE

                                            By:  */s/ Don Barrett*
                                                 Don Barrett, Esq.

                                            404 Court Square North
                                            P.O. Box 987
                                            Lexington, MS  39095

                                            LAW OFFICES OF DANIEL BECNEL, JR.

                                            By:  */s/ Daniel E. Becnel, Jr.*
                                                 Daniel E. Becnel, Jr., Esq.

                                            106 W. Seventh Street
                                            P.O. Drawer H
                                            Reserve, LA  70084

DUGAN & BROWNE

By:   */s/ James R. Dugan*
         James R. Dugan, Esq.

650 Poydras Street, Suite 2150
New Orleans, LA  70130

*Members of the Class Plaintiffs' Steering Committee*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 28, 2009.

*/s/  Barry Himmelstein*

### CERTIFICATION PURSUANT TO L.R. 7.1

The undersigned, counsel for Class Plaintiffs in the above-reference matter, hereby certifies that on May 28, 2009, he conferred with James Rouhandeh, counsel for Defendants, via telephone concerning the foregoing motion, and attempted in good faith to resolve or narrow the issues set forth above.

/s/ Thomas M. Greene
Thomas M. Greene
Greene & Hoffman, P.C.
33 Broad Street, 5th Floor,
Boston, MA  02109