UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
------------------------------------------------x
THIS DOCUMENT RELATES TO:

*Bulger v. Pfizer Inc., et al.*
*Case No. 05-cv-11515-PBS*

------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**DEFENDANTS' MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS ATTACHED TO THE DECLARATION OF MARK S. CHEFFO**

Pursuant to the Amended Stipulated Protective Order (Docket No. 744) (the "Protective Order"), endorsed by the Court on May 11, 2007, Defendants Pfizer Inc and Warner-Lambert Company LLC hereby respectfully move for leave to file under seal Exhibits A, B, C, and E to the Declaration of Mark S. Cheffo in Support of Defendants' Emergency Motion to Strike Late Filed Rule 26 Disclosures and Interrogatory Responses, Compel Compliance with the Court's April 9, 2009 Scheduling Order, Rule 26 and Rule 16, and for a Pre-Trial Conference. As grounds for seeking leave to file under seal, Defendants state the following:

1. Pursuant to the Protective Order, "all documents and materials filed with the Court containing or reflecting the contents of Confidential Information shall be filed in sealed envelopes . . . ."

2. Exhibits A, B, C, and E to the Declaration of Mark S. Cheffo make reference to and reflect the contents of the medical records of decedent and documents that have been produced in this litigation that have been designated as "Confidential."

WHEREFORE, in order to comply with the Protective Order, Defendants hereby request that the above-referenced Exhibits be filed under seal.

Dated: May 28, 2009                                  Respectfully submitted,

                                                     SKADDEN, ARPS, SLATE,
                                                       MEAGHER & FLOM LLP

                                                   By:    /s/Mark S. Cheffo
                                                           Mark S. Cheffo

                                                   Four Times Square
                                                 New York, NY 10036
                                                 Tel:  (212) 735-3000

                                                            -and-

                                                 SHOOK, HARDY & BACON L.L.P.

                                                 By:    /s/Scott W. Sayler
                                                           Scott W. Sayler

                                                 2555 Grand Blvd.
                                                 Kansas City, MO 64108-2613
                                                 Tel:  (816) 474-6550

                                                            -and-

                                                 WHITE AND WILLIAMS LLP

                                                 By:    /s/David B. Chaffin
                                                           David B. Chaffin

                                                 BBO # 549245
                                                 100 Summer Street, Suite 2707
                                                 Boston, MA 02110
                                                 Tel:  (617) 748-5200

                                                 *Attorneys for Defendants Pfizer Inc and*
                                                 *Warner-Lambert Company LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 28, 2009.

                  <u>/s/David B. Chaffin</u>
                  David B. Chaffin