UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
------------------------------------------------x
THIS DOCUMENT RELATES TO:

*Bulger v. Pfizer Inc., et al.*
Case No. 05-cv-11515-PBS

------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

### DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION TO STRIKE LATE-FILED RULE 26 DISCLOSURES AND INTERROGATORY RESPONSES, COMPEL COMPLIANCE WITH THE COURT'S APRIL 9, 2009 SCHEDULING ORDER, RULE 26 AND RULE 16, AND FOR A PRE-TRIAL CONFERENCE

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of Plaintiff's List of Witnesses to Be Presented at Trial, dated May 22, 2009 (filed under seal).

3. Attached as Exhibit B is a true and correct copy of Plaintiff's Response to Defendants' First Set of Interrogatories, dated January 25, 2008 (filed under seal).

4. Attached as Exhibit C is a true and correct copy of Plaintiff's Further Supplemental Response to Defendants' First Set of Interrogatories, dated May 22, 2009 (filed under seal).

5. Attached as Exhibit D is a true and correct copy of an excerpt from transcript of the deposition Ron Bulger, Jr., dated May 8, 2008.

- 2 -

6. Attached as Exhibit E is a true and correct copy of Plaintiff's Further Supplemental Disclosure Statement, dated May 22, 2009 (filed under seal).

7. Attached as Exhibit F is a true and correct copy of *Ballinger v. Brush Wellman, Inc.*, No. 96-CV-2532, slip op. (Colo. Dist. Ct. June 22, 2001), *aff'd in part, vacated in part*, No. 01CA1982 (Colo. Ct. App. Sept. 5, 2002).

8. Attached as Exhibit G is a true and correct copy of Plaintiff's Supplemental Disclosure Statement, dated April 21, 2009 (without attachments).

9. Attached as Exhibit H is a true and correct copy of Plaintiff's Further Supplemental Disclosure Statement, dated May 8, 2009 (without attachments).

10. Attached as Exhibit I is a true and correct copy of a letter from Katherine Armstrong to Keith Altman, dated May 22, 2009.

11. Attached as Exhibit J is a true and correct copy of a letter from Keith Altman to Katherine Armstrong, dated May 22, 2009.

12. Attached as Exhibit K is a true and correct copy of Plaintiff's Request for Admissions to Defendants, dated May 22, 2009 (without attachment).

13. Attached as Exhibit L is a true and correct copy of an email from Mark S. Cheffo to Keith Altman, dated May 8, 2009.

Signed under the penalties of perjury this 28th day of May 2009.

/s/Mark S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 28, 2009.

                                        /s/David B. Chaffin
                                        David B. Chaffin