# Exhibit D

1              UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF MASSACHUSETTS

3                 MDL Docket No. 1629

4                 Master File No. 04-10981

5     **********************************

6   IN RE:  NEURONTIN MARKETING, SALES

7            PRACTICES AND PRODUCTS

8            LIABILITY LITIGATION

9     **********************************

10  THIS DOCUMENT RELATES TO:

11  RONALD J. BULGER, SR., as Administrator

12  of the Estate of Susan Bulger, Deceased

13    **********************************

14

15

16  VIDEOTAPED DEPOSITION OF RONALD J. BULGER, JR.

17

18                   Held At:
                   Hare & Chaffin
19                160 Federal Street
               Boston, Massachusetts 02110
20
                   May 8th, 2008
21                  10:01 AM

22

    Reported By:  Maureen O'Connor Pollard, RPR, CLR
23

24  Videographer:  Tom Tracy

Page 2

```
1   APPEARANCES:
2   FOR THE PLAINTIFF:
3       BY:  ANDREW G. FINKELSTEIN, ESQ.
4       FINKELSTEIN & PARTNERS
5       436 Robinson Avenue
6       Newburgh, New York 12550
7       800-634-1212
8       fink33@mac.com
9
10  FOR THE DEFENDANTS:
11      BY:  LORI R. SCHULTZ, ESQ.
12      SHOOK, HARDY & BACON
13      2555 Grand Avenue
14      Kansas City, Missouri 64105
15      816-559-2991
16      lschultz@shb.com
17
18
19
20
21
22
23
24
```

Page 3

```
1               INDEX
2   EXAMINATION                    PAGE
3   RONALD J. BULGER, JR.
4   BY MS. SCHULTZ                 5
5
6            EXHIBITS
7   NO.     DESCRIPTION            PAGE
8   Ex.    ...........................
9
10
11      **NO EXHIBITS WERE MARKED**
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
1           P R O C E E D I N G S
2
3       THE VIDEOGRAPHER:  This is the video
4   operator, Tom Tracy of Veritext.
5       Today's date is May 8th, 2008.  The
6   time is 10:02 a.m..
7       We are here at the offices of Hare
8   Chaffin located at 160 Federal Street, Boston,
9   Mass to take the videotaped deposition of Ronald
10  Bulger, Jr. in the matter of In Re:  Neurontin
11  Marketing, Sales Practices and Product Liability
12  Litigation in the U.S. District Court of
13  Massachusetts, MDL Docket Number 1629.
14      Would counsel please voice identify
15  yourselves and state whom you represent?
16      MR. FINKELSTEIN:  Andrew Finkelstein,
17  Finkelstein & Partners, on behalf of the Bulger
18  family.
19      MS. SCHULTZ:  Lori Schultz, Shook,
20  Hardy & Bacon, on behalf of Defendant Pfizer.
21      THE VIDEOGRAPHER:  And would the court
22  reporter please swear in the witness?
23
24
```

Page 5

```
1           RONALD J. BULGER, JR.,
2   having been satisfactorily identified by photo
3   identification, being first duly sworn, was
4   examined and testified as follows:
5       DIRECT EXAMINATION
6       BY MS. SCHULTZ:
7       Q.  Could you please state your full name?
8       A.  Ronald Joseph Bulger, Jr..
9       Q.  And what is your current address?
10      A.
11
12      Q.
13      A.
14      Q.  And is that a home?
15      A.  It's a mobile home.
16      Q.  Who lives there with you?
17      A.  My father and my little sister.
18      Q.  Have you always lived in the same
19  house as your father?
20      A.  Yes.
21      Q.  Has anyone else ever lived in the
22  house on Lafayette with you, your father and
23  your little sister?
24      A.  No.
```

1  was specific. She was very sad. It was before
2  DSS at a bad time in her life.
3      Q.   Did he give you any more specifics
4  about it?
5      A.   No.
6      Q.   Did you ask him for any more details?
7      A.   No.
8      Q.   Did he tell you whether she had
9  attempted suicide on more than one occasion?
10     A.   No.
11     Q.   At the time of your mother's death,
12 was the woman that you indicated before, Susan
13 Murphy, her close friend?
14     A.   Which woman did I indicate?
15     Q.   You said your friend is Michael
16 Cennami?
17     A.   Yes.
18     Q.   Is that right?
19     A.   Yes.
20     Q.   And what is his mother's name?
21     A.   Susan Murphy.
22     Q.   Okay. And you said Susan Murphy was
23 your mother's friend?
24     A.   Yes.

1      Q.   Was she your mother's close friend at
2  the time of your mother's death?
3      A.   Not very close, but they knew each
4  other well. My mother worked in a gift shop at
5  the Sheraton Ferncroft, she attempted to.
6      Q.   Did Susan work with your mother?
7      A.   She managed the gift shop.
8      Q.   At the time of your mother's death,
9  can you think of any close friends that she had?
10     A.   No.
11     Q.   What about any friends or
12 acquaintances?
13     A.   None. I was her best friend.
14     Q.   Did she ever talk to you about not
15 having friends?
16     A.   No.
17     Q.   Who are your father's closest friends
18 currently?
19     A.   There's Ronald Elwell, who is a good
20 friend of his, he's been a long family friend,
21 he knew my mother.
22     Q.   Where does Ronald live?
23     A.   Up in Salisbury.
24     Q.   Who are his other close friends?

1      A.   That's about it.
2      Q.   Has your father dated anyone, to your
3  knowledge, since your mother's death?
4      A.   No.
5      Q.   Did you graduate from high school?
6      A.   Yes. That's the one thing my mom
7  wanted.
8      Q.   What high school did you graduate
9  from?
10     A.   Peabody High School.
11     Q.   In what year was that?
12     A.   2005.
13     Q.   Can you tell me what type of
14 activities you were in in high school?
15     A.   ROTC.
16     Q.   Anything else?
17     A.   No.
18     Q.   Have you considered going into the
19 Army?
20     A.   Yes.
21     Q.   Do you have any plans to do that as of
22 today?
23     A.   No.
24     Q.   Have you taken any college courses?

1      A.   Not yet.
2      Q.   Do you plan to do that?
3      A.   Yes.
4      Q.   Have you had any other type of
5  training or education since you graduated from
6  high school?
7      A.   No.
8      Q.   Are you currently employed?
9      A.   Yes.
10     Q.   Where do you work?
11     A.   The Home Depot.
12     Q.   What do you do for Home Depot?
13     A.   I work in the freight team.
14     Q.   How long have you worked at Home
15 Depot?
16     A.   I started about a week and a half ago.
17     Q.   Which Home Depot do you work at?
18     A.   Seabrook, New Hampshire on Lafayette
19 Road.
20     Q.   And are you working full-time?
21     A.   Part-time at the moment.
22     Q.   Approximately how many hours a week?
23     A.   20.
24     Q.   Are you looking for a full-time job?

8 (Pages 26 to 29)