# Exhibit J

Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, II (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)
Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)
Nancy Y. Morgan (NY, NJ & PA)

**Finkelstein & Partners LLP**
**THE INJURY ATTORNEYS**

Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)

Debra J. Reisenman (NY)

Michael T. McGarry (NY)
Steven P. Shultz (NY & MA)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)

Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)
Keith L. Altman (CA)
*Of Counsel*
Steven G. Davis (NY & PA)
Michael Feldman (NY & NJ)
Michael Finkelstein (NY)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Kenneth Cohen (NJ)

Linda Armatti-Epstein (NY)
John F. Dowd (NY & CT)
David Akerib (NY)
Frances M. Bova (NY & NJ)
Mark B. Hudoba (NY)
Kenneth G. Bartlett (CT & NJ)
Gustavo W. Alzugaray (NY & NJ)
Sharon A. Scanlan (NY & CT)
Robert E. Borrero (NY)
Marc S. Becker (NY)
Ernest S. Buonocore (NY)
Ari Kresch (NY & MI)
Jeffrey A. Brown, M.D. (NY & NJ)
Dennis G. Ellis (NY)
Gail Koff, P.C. (NY)
Joel Bossom (NY)
Eric L. Horn (NY, CT & MA)
Michael O. Gittelsohn (NY)

May 22, 2009

Katherine Armstrong
Skadden Arps
4 Times Square
NY, NY 10036

Dear Katherine,

Please find attached to this cover letter Plaintiff's May 22, 2009 submissions in accordance with Judge Saris' order of April 4, 2009.  Several files are attached and are outlined below:

1) BulgerWitnessList.PDF and BulgerWitnessPageAndLineDesignations.PDF

   Plaintiff's witness list for both love and video witnesses.  The page and line designations are attached as a separate file.

2) BulgerExhibitList.PDF

   Plaintiff's Master Exhibit List

3) BulgerNoticeToAdmit.PDF

   Plaintiff's Request For Admissions on Authenticity and Admissibility

4) MedicalArticleList.PDF

   Plaintiff's Preliminary Medical Literature List.  This is to be combined and deduped with Defendant's list.

5) BulgerMedicalRecords.PDF

   Listing of Bulger Medical Records.  This is to be combined and deduped with Defendant's list.

6) Designations.ZIP

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy

1279 ROUTE 300, P.O. BOX 1111
NEWBURGH, NY  12551
Phone: (845) 562-0203    Fax: (845) 562-3492    www.lawampm.com
101 WHITNEY AVENUE
NEW HAVEN, CT  06510

A zip file with individual files for each witness. One set of files is page and line only. The other set has the designation transcript text.

7) DesignationsComplete.ZIP

   A zip file containing one file for all page/line designations and one file for all designated transcript text.

8) ExhibitList.XLS, ExhibitListAuthenticate.XLS, MedicalArticleList.XLS, BulgerMedicalRecords.XLS

   For convenience, Excel spreadsheets of the lists have been provided but do not represent the actual lists.

9) Pande designations.txt and Pande designations text.txt

   After the drive was shipped out, it was discovered that the Pande files were defective. While they have been provided as above, separate files have been provided and should replace those on the hard drive.

Earlier today, Plaintiffs shipped a hard drive to Defendants for Saturday delivery. The drive contained the vast majority of Plaintiff's exhibits from the Master Exhibit List. Additional images will be provided as they are located.

As to your letter dated today concerning the status of issues that we have agreed to and that we disagree on, I believe that your letter is an accurate reflection of our discussions. We clearly disagree on the topic of databases and believe that FRE Rule 1006 requires that the underlying materials are listed. Furthermore, we do not agree that demonstrative or summary exhibits based upon the databases are due today. I look forward to resolving the outstanding issues.

If there are any questions concerning Plaintiff's submissions, feel free to call me at 516-456-5885.

Have a good holiday weekend.

Sincerely,

# Keith Altman

Keith Altman, Esq.