# Exhibit H

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------------X
In re:  NEURONTIN MARKETING, SALES PRACTICES,    : MDL Docket No. 1629
        AND PRODUCTS LIABILITY LITIGATION        :
                                                 : Master File No. 04-10981
                                                 :
----------------------------------------------------------------------X Judge Patti B. Saris
                                                 :
THIS DOCUMENT RELATES TO:                        : Magistrate Judge Leo T.
                                                 : Sorokin
----------------------------------------------------------------------X
                                                 :
RONALD J. BULGER, SR., as Administrator of the   :
Estate of SUSAN BULGER, deceased                 :
                                                 :
                07 CA 11426 PBS                  :
                                                 :
----------------------------------------------------------------------X

## PLAINTIFF'S FURTHER SUPPLEMENTAL DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, that, pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiff(s), by their attorneys, make and supplement their disclosures as follows.

These disclosures are made subject to all objections as to competence, materiality, relevance, or other objections as to admissibility that may apply in the event that any such response, or the information contained in it, is sought to be used in court. Plaintiff(s) expressly reserve all such objections.

A. **Rule 26(a)(1)(B): A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Because discovery and investigation in this action is ongoing, Plaintiff is unable at the present time, based on the information readily available, to identify all documents, compilations, and

1

tangible things, if any, that Plaintiff may use to support claims or defenses in this case and the subject of such information.

Subject to the foregoing and without waiving any of Plaintiff's rights, Plaintiff submits the following documents the Plaintiff may use to support their claims or defenses in this action:

1. Photographs of REDACTED attached hereto;
2. Funeral records, attached hereto;
3. March 24, 2009 letter from Children's Friend & Family Services, annexed hereto;
4. Birth certificate of REDACTED annexed hereto;
5. Health Report Form, annexed hereto;
6. Pediatric Associates of Greater Salem, Inc record, annexed hereto;
7. School records of REDACTED annexed hereto.

To the extent any additional discovery and investigation provides additional facts and legal contentions that may substantially alter these disclosures, Plaintiff reserves the right to amend or supplement without prejudice any and all disclosures herein consistent with these developments, including identifying additional areas of information, relevant documents, and tangible things that support their claims or defenses in this case.

Pursuant to Fed. R. Civ. P. 26(b)(5), Plaintiffs object to disclosure or production of documents and materials generated during the course of this litigation that constitute attorney work product or that contain privileged attorney-client communications. These documents and materials may consist, among others, of communications or correspondence between counsel and Plaintiff to facilitate the rendering of legal advice. These documents may be exempt from discovery pursuant to Fed. R. Civ. P.26(b)(3), 26(b)(4)(B), and/or the applicable attorney-client privilege.

Dated: May 8, 2009            s/ Andrew G. Finkelstein
                              Andrew G. Finkelstein
                              Finkelstein & PARTNERS, LLP
                              1279 Route 300, PO Box 1111
                              Newburgh, NY 12551
                              (845) 562-0203

TO:

Shook, Hardy & Bacon
Attorneys for Defendants
2555 Grand Blvd
Kansas City, MO  64108-2613

Davis Polk & Wardwell
Attorneys for Defendants
450 Lexington Avenue
New York, NY  10017

Williams & White
Attorneys for Defendants
100 Summer St, Suite 2707
Boston, MA  02110

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May, 2009, I caused to be served a true and correct copy of the foregoing Rule 26 Supplemental Disclosure, by first class U.S. Mail, postage prepaid to:

David B. Chaffin, Esq.
100 Summer St, Suite 2707
Boston, MA  02110

*Liaison Counsel for MDL Defendants*

Davis Polk & Wardwell
Attorneys for Defendants
450 Lexington Avenue
New York, NY  10017

Shook, Hardy & Bacon
Attorneys for Defendants
2555 Grand Blvd
Kansas City, MO  64108-2613

*Attorneys for Defendants Pfizer, Inc., Warner-Lambert, LLC, et. al.*

Dated: May 8, 2009
       Newburgh, N.Y.

_____
Eleanor L. Polimeni
Finkelstein & PARTNERS, LLP
1279 Route 300, PO Box 1111
Newburgh, NY 12551
(845) 562-0203

4