# Exhibit B
# Part II



Percentage of Serious Reports for Suicidal and Self Injurious Behaviors(HLT) By Indication Group

# Altman April 3, 2008 Declaration

# Exhibit Altman-D



# Altman April 3, 2008 Declaration

# Exhibit Altman-E

| | |
|---|---|
| **From:** | Pacella, Christopher |
| **Sent:** | Friday, July 12, 2002 2:36 PM |
| **To:** | Arena, Philip; Cortina, Lisa; Glanzman, Robert; Hassell, Alan; Hauben, Manfred; Patel, Manini; Quintana, Alvaro; Zhang, Tina |
| **Subject:** | RE: gabapentin Core Working Group Meeting scheduled for July 25, 2002 |

To All,

Please find attached a summary of the post-marketing reports for gabapentin through 31Mar02. I have high-lighted all of the adverse events that are approximately 1% or equal to or greater than 1%. In addition, I have indicated whether it is labeled or unlabeled in the current IPI and USPI and have recommended whether the event should be reviewed or not. Please review this list prior to our meeting on 25Jul02, as this will expedite our meeting time. Please bring all comments to the meeting.


Gaba
945_arisg_wears_al

If there are any questions prior to our meeting, please do not hesitate to contact me.

Thank you.
Best regards,
Chris

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| Arena, Philip | Delivered: 7/12/2002 2:36 PM | Read: 7/12/2002 4:40 PM |
| Cortina, Lisa | Delivered: 7/12/2002 2:36 PM | Read: 7/15/2002 6:23 PM |
| Glanzman, Robert | Delivered: 7/12/2002 2:36 PM | Read: 7/12/2002 3:31 PM |
| Hassell, Alan | Delivered: 7/12/2002 2:36 PM | Read: 7/12/2002 2:41 PM |
| Hauben, Manfred | Delivered: 7/12/2002 2:36 PM | Read: 7/15/2002 4:02 PM |
| Patel, Manini | Delivered: 7/12/2002 2:36 PM | Read: 7/12/2002 2:50 PM |
| Quintana, Alvaro | Delivered: 7/12/2002 2:36 PM | Read: 7/12/2002 2:37 PM |
| Zhang, Tina | Delivered: 7/12/2002 2:36 PM | Read: 7/12/2002 2:36 PM |

Pfizer_CPacella_0061231

Summary of Spontaneous Post-Marketing Reports for Gabapentin, as of March 31, 2002
All Cases

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
|  | BODY SYSTEM / PREFERRED TERM |  | Number of Events | Percentage (Events/Cases) | IPI | USPI | Review |
|  |  |  |  |  | (L = Labeled) (NL = Not Labeled) | | |
| 5 | BODY AS WHOLE | | | | | | |
| 6 | ABDOMEN ENLARGED | | 20 | 0.18 | | | |
| 7 | ABDOMINAL PAIN | | 190 | 1.72 | L | L | No |
| 8 | ABSCESS | | 10 | 0.09 | | | |
| 9 | ACCIDENTAL INJURY | | 212 | 1.92 | L | NL | No |
| 10 | ACCIDENTAL OVERDOSE | | 27 | 0.25 | | | |
| 11 | ADENOMA | | 1 | 0.01 | | | |
| 12 | ADMINISTRATION ERRONEOUS | | 1 | 0.01 | | | |
| 13 | AGGRAVATION REACTION | | 11 | 0.1 | | | |
| 14 | AIDS | | 3 | 0.03 | | | |
| 15 | ALLERGIC REACTION | | 73 | 0.66 | NL | NL | Yes |
| 16 | ALTERED DRUG LEVEL | | 43 | 0.39 | | | |
| 17 | ALTERED HORMONE LEVEL | | 1 | 0.01 | | | |
| 18 | ANAPHYLACTOID REACTION | | 10 | 0.09 | | | |
| 19 | ANAPHYLAXIS | | 1 | 0.01 | | | |
| 20 | APLASIA | | 1 | 0.01 | | | |
| 21 | ASCITES | | 4 | 0.04 | | | |
| 22 | ASTHENIA | | 584 | 5.3 | L | L | No |
| 23 | BACK PAIN | | 126 | 1.14 | L | L | No |
| 24 | BIRTH WEIGHT SUBNORMAL | | 5 | 0.05 | | | |
| 25 | BODY ODOR | | 5 | 0.05 | | | |
| 26 | CACHEXIA | | 3 | 0.03 | | | |
| 27 | CARCINOMA | | 23 | 0.21 | | | |
| 28 | CELLULITIS | | 15 | 0.14 | | | |
| 29 | CHEST PAIN | | 92 | 0.83 | NL | NL | Yes |
| 30 | CHEST PAIN SUBSTERNAL | | 1 | 0.01 | | | |
| 31 | CHILLS | | 51 | 0.46 | | | |
| 32 | CHILLS AND FEVER | | 3 | 0.03 | | | |
| 33 | CHOLINERGIC SYNDROME | | 1 | 0.01 | | | |
| 34 | CHROMOSOME ABNORMALITY | | 2 | 0.02 | | | |

PAGE 1 OF 1

Pfizer_CPacella_0061232