UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                                            :  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                :
        SALES PRACTICES AND                                 :  Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                       :
                                                            :  Judge Patti B. Saris
------------------------------------------------------------x
                                                            :  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
*Bulger v. Pfizer Inc.*, 1:07-cv-11425-PBS                  :
                                                            :
------------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS' EMERGENCY MOTION TO STRIKE
THE NEW MARCH 2009 EXPERT REPORT AND BIPOLAR STUDY OF ROBERT
GIBBONS, PH.D., AND FOR RECONSIDERATION OF JUDGE SARIS'S NOVEMBER
2008 DECISION TO ALLOW DR. GIBBONS'S STUDY AND ARTICLE AT TRIAL**

Products Liability Plaintiffs, (hereinafter "Plaintiffs"), by their attorneys, Finkelstein & Partners, LLP, pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, hereby move this Court by emergency motion for an order striking the new March 2009 expert report and bipolar study of Defendants' expert, Robert Gibbons, Ph.D., and for reconsideration of Judge Saris's November 2008 decision to allow Dr. Gibbons's study and article at trial.

This Motion is supported by the Declaration of Andrew G. Finkelstein, Esq., and the Exhibits annexed thereto, and the Memorandum in Support, submitted herewith.

Dated:  May 29, 2009                                        Respectfully submitted,

                                                    By:     **/s/ Andrew G. Finkelstein**
                                                            Andrew G. Finkelstein, Esquire
                                                            Finkelstein & Partners, LLP
                                                            1279 Route 300, P.O. Box 1111
                                                            Newburgh, NY  12551
                                                            *Attorneys for Plaintiff Ronald J. Bulger, Sr.*

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:   May 29, 2009

        **/s/ Jack W. London**
        Jack W. London, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 29, 2009.

Dated:  May 29, 2009

        **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein, Esquire