UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:       MDL Docket No. 1629
In re:   NEURONTIN MARKETING,       :
         SALES PRACTICES AND        :       Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION   :
                                    :       Judge Patti B. Saris
------------------------------------------------------------x
                                    :       Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:           :
                                    :
*Bulger v. Pfizer Inc.*, 1:07-cv-11425-PBS   :
                                    :
------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN SUPPORT
OF PRODUCTS LIABILITY PLAINTIFFS' EMERGENCY MOTION TO
STRIKE ROBERT GIBBONS, PH.D.'S NEW MARCH 2009 EXPERT
REPORT AND BIPOLAR STUDY, AND FOR RECONSIDERATION
OF JUDGE SARIS'S NOVEMBER 2008 DECISION TO ALLOW
DR. GIBBONS'S STUDY AND ARTICLE AT TRIAL**

I, Andrew G. Finkelstein, deposes and states as follows:

1.      I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2.      This declaration is submitted in support of Plaintiffs' Emergency Motion to Strike the new March 2009 Expert Report and Bipolar Study of Robert Gibbons, Ph.D., and for Reconsideration of Judge Saris's November 2008 Decision to Allow Dr. Gibbons's Study and Article at Trial.

3.      The following documents are attached hereto in support of this motion:

Exhibit 1 -   November 5, 2008 Supplemental Expert Report of Defendants' Expert Witness Dr. Gibbons

Exhibit 2 -   February 2, 2009 letter from Archives of General Psychiatry to Dr. Gibbons rejecting publication of his article

Exhibit 3 -   November 12, 2008 letter from Plaintiffs' counsel Kenneth B. Fromson to defense counsel Lori McGroder

Exhibit 4 -   November 26, 2008 letter from defense counsel Lori McGroder to Plaintiffs' counsel Kenneth B. Fromson

Exhibit 5 -   Excerpts from the Deposition Testimony of Defendants' Expert Dr. Gibbons

Exhibit 6 -   February 10, 2009 letter from defense counsel Lori McGroder to Plaintiffs' counsel Kenneth B. Fromson

Exhibit 7 -   February 16, 2009 e-mail from defense counsel Lori McGroder to Plaintiffs' counsel Keith Altman and Kenneth Fromson

Exhibit 8 -   March 19, 2009 Supplemental Expert Report of Dr. Gibbons

Exhibit 9 -   Gibbons's Tables 2A, B, and C and Tables 3 A, B, and C

Exhibit 10 –  April 23, 2009 E-mail from defense counsel Angela Seaton to Plaintiffs' counsel Jack London and Keith Altman regarding Gibbons documents going out

Exhibit 11 -  Gibbons's March 2009 Bipolar Study – manuscript revised, first disclosed to Plaintiffs' counsel on March 7, 2009

Exhibit 12 –  March 15, 2009 letter from Dr. Gibbons to J. Coyle regarding resubmission of his manuscript

Exhibit 13 –  April 13, 2009 letter from defense counsel Angela Seaton to Plaintiffs' counsel Jack London and Keith Altman regarding additional documents provided

Exhibit 14 –  February 2, 2009 E-mail from defense counsel Lori McGroder to Gibbons regarding Gibbons's notes from the *Daubert* hearing

Exhibit 15 – June 9, 2008 through June 11, 2008 string of E-mails between Lori McGroder and Dr. Gibbons

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 29, 2009

          **/s/ Andrew G. Finkelstein**
          Andrew G. Finkelstein
          Finkelstein & Partners, LLP
          1279 Route 300, P.O. Box 1111
          Newburgh, NY  12551
          (800) 634-1212
          *Attorneys for Plaintiff Ronald J. Bulger, Sr.*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 29, 2009.

Dated:  May 29, 2009

          **/s/ Andrew G. Finkelstein**
          Andrew G. Finkelstein