# EXHIBIT 7

## FW: Dr. Gibbons' Analyses and Documents Requested by Plaintiffs

From: **Keith Altman** (kaltman@lawampmmt.com)
Sent: Mon 2/16/09 1:26 PM
To: jlondon716@hotmail.com

6 attachments
BP and GA...txt (267.9 KB), BP Analys...xls (22.1 KB), GABA ANAL...xls (28.9 KB), GABA ANAL...xls (28.9 KB), Ltr to Ke...pdf (173.9 KB), Statistic...ppt (3.0 MB)

```
-----Original Message-----
From: McGroder, Lori (SHB) [mailto:LMCGRODER@shb.com]
Sent: Monday, February 16, 2009 10:49 AM
To: KAltman@lawampmmt.com; KennethFromson@lawampm.com
Subject: Dr. Gibbons' Analyses and Documents Requested by Plaintiffs
```

Ken and Keith,

Attached are the sensitivity analyses addressed in my Feb 10 letter (attached and discussed under #4), summarized in tabular form. My understanding is that the zip file in this email contains all of the SAS programs and associated output files discussed at #1, 5 and 6 in my letter. (It believe it also contains the FORTRAN programs and ACSII files addressed at #2-3 in my letter, but I was unable to open it to verify. You will know far more about how to open it and what it contains, so let me know if you don't have everything referenced in my letter.) Also attached is the October 2008 powerpoint Dr. Gibbons testified about, only a small portion of which deals with his AED analysis.

Dr. Gibbons also conducted three sensitivity analyses in SuperMix on the bipolar cohort based on a person-time logistic regression model that models the effects of AEDs on time to the first suicide attempt adjusted for covariates such as concomitant medications, age, sex, year, previous suicide attempts and month from index episode. I believe he testified about these analyses at around pp.164-65 of his deposition on Day 2. I will send this zip file next by separate email to avoid sending too much in a single email.

As best I can tell, this covers everything requested as set out in my letter to you of Feb 10. If I'm mistaken (because I can't open the zip file in this email -- admittedly due to the fact that I am technically challenged and our office is not open today), please let me know.

Finally, is there any chance you could take Dr. Gibbons' deposition on March 4 or 5 instead of March 6? I have a family event the night of March 6 that I forgot about (for which I am in trouble) and wont be able to get back from Chicago in time. Another possibility is to start the afternoon of March 5 and wrap up the morning of March 6. Let me know if any of these alternatives will work for you.

Thanks,

Lori McGroder

Partner
2555 Grand Boulevard
Kansas City, MO 64108
PHONE: 816.474.6550 x19024
FAX: 816.421.5547
lmcgroder@shb.com
www.shb.com