# EXHIBIT 9

Suicide Attempt Rate per 1,000 Persons by AED Drug
(logistic regression model - excluding suicide date = index date)

| Drug Use | New Monotherapy | # Suicide Attempts | Rate per 1000 person years | Rate per 1000 persons | Odd Ratio[1] | 95% CI for OR |
|---|---|---|---|---|---|---|
| Gabapentin | 1,225 | 13 | 12.8 | 10.6 | 1.13 | 0.63-2.03 |
| Valproate | 4,568 | 40 | 9.6 | 8.8 | 0.74 | 0.53-1.05 |
| Felbamate | na | na | na | na | na | na |
| Lamotrigine | 4,404 | 50 | 13.2 | 11.4 | 0.98 | 0.71-1.35 |
| Levetiracetam | 42 | 0 | 0.0 | 0.0 | na | na |
| Oxcarbazepine | 1,455 | 22 | 17.0 | 15.1 | 1.05 | 0.67-1.64 |
| Pregabalin | 85 | 0 | 0.0 | 0.0 | na | na |
| Tiagabine | 80 | 0 | 0.0 | 0.0 | na | na |
| Topiramate | 1,059 | 15 | 17.1 | 14.2 | 1.18 | 0.69-2.03 |
| Zonisamide | 82 | 0 | 0.0 | 0.0 | na | na |
| Carbamazepine | 346 | 7 | 22.9 | 20.2 | 1.99 | 0.92-4.30 |
| Any AED | 13,346 | 147 | 12.6 | 11.0 | 0.91 | 0.73-1.12 |
| Lithium | 2,507 | 34 | 14.9 | 13.6 | 1.22 | 0.84-1.77 |
| No Medication with respect to 12 medications | 25,579 | 255 | 10.0 | 10.0 | | |

[1] OR from logistic model adjusted for concomitant medications, age, gender, and previous attempt

NOTE This came via Email from Lori McGroder on March 3, 2009, two days before resuming Dr. Gibbons' deposition

New AED Drug and Lithium Monotherapy

| Drug Use | Previous Monotherapy | Multi-drug-therapy to Monotherapy[1] | Monotherapy to No Medication[2] | New Monotherapy |
|---|---|---|---|---|
| Gabapentin | 1,229 | 4 | 8 | 1,225 |
| Valproate | 4,581 | 12 | 25 | 4,568 |
| Felbamate | na | na | na | na |
| Lamotrigine | 4,412 | 15 | 23 | 4,404 |
| Levetiracetam | 42 | 0 | 0 | 42 |
| Oxcarbazepine | 1,463 | 9 | 17 | 1,455 |
| Pregabalin | 85 | 0 | 0 | 85 |
| Tiagabine | 80 | 0 | 0 | 80 |
| Topiramate | 1,063 | 4 | 8 | 1,059 |
| Zonisamide | 84 | 0 | 2 | 82 |
| Carbamazepine | 346 | 1 | 1 | 346 |
| Lithium | 2,518 | 9 | 20 | 2,507 |
| Multi-Drug_Therapy | 6,583 | 54 | 43 | 6,486 |
| No Medication with respect to 12 medications | 25,432 | na | na | 25,579 |

[1] monotherapy is defined prior to first suicide attempt

[2] suicide attempt prior to first medication

Suicide Attempt Rate per 1,000 Persons by AED Drug

| Drug Use | New Monotherapy | # Suicide Attempts | Rate per 1000 persons | Odd Ratio[1] | 95% CI for OR |
|---|---|---|---|---|---|
| Gabapentin | 1,225 | 13 | 10.6 | 0.59 | 0.33-1.04 |
| Valproate | 4,568 | 40 | 8.8 | 0.43 | 0.31-0.60 |
| Felbamate | na | na | na | na | na |
| Lamotrigine | 4,404 | 50 | 11.4 | 0.53 | 0.39-0.73 |
| Levetiracetam | 42 | 0 | 0.0 | na | na |
| Oxcarbazepine | 1,455 | 22 | 15.1 | 0.59 | 0.38-0.92 |
| Pregabalin | 85 | 0 | 0.0 | na | na |
| Tiagabine | 80 | 0 | 0.0 | na | na |
| Topiramate | 1,059 | 15 | 14.2 | 0.60 | 0.35-1.03 |
| Zonisamide | 82 | 0 | 0.0 | na | na |
| Carbamazepine | 346 | 7 | 20.2 | 1.12 | 0.52-2.42 |
| Lithium | 2,507 | 34 | 13.6 | 0.68 | 0.47-0.99 |
| No Medication with respect to 12 medications | 25,579 | 392 | 15.3 | | |

[1] OR from logistic model adjusted for concomitant medications, age, gender, and previous attempt

Suicide Attempt Rate per 1,000 Persons by AED Drug
(logistic regression model - only those patients with at least a 30 day supply of drug)

| Drug Use | New Monotherapy | # Suicide Attempts | Rate per 1000 persons | Odd Ratio[1] | 95% CI for OR |
|---|---|---|---|---|---|
| Gabapentin | 1,140 | 11 | 9.6 | 0.53 | 0.29-0.99 |
| Valproate | 4,346 | 38 | 8.7 | 0.42 | 0.30-0.69 |
| Felbamate | na | na | na | na | na |
| Lamotrigine | 4,214 | 48 | 11.4 | 0.52 | 0.38-0.72 |
| Levetiracetam | 38 | 0 | 0.0 | na | na |
| Oxcarbazepine | 1,374 | 17 | 12.4 | 0.47 | 0.29-0.78 |
| Pregabalin | 75 | 0 | 0.0 | na | na |
| Tiagabine | 72 | 0 | 0.0 | na | na |
| Topiramate | 1,000 | 14 | 14.0 | 0.60 | 0.34-1.04 |
| Zonisamide | 75 | 0 | 0.0 | na | na |
| Carbamazepine | 320 | 6 | 18.8 | 1.03 | 0.45-2.35 |
| Lithium | 2,396 | 30 | 12.5 | 0.63 | 0.43-0.92 |
| No Medication with respect to 12 medications | 25,579 | 392 | 15.3 | | |

[1] OR from logistic model adjusted for concomitant medications, age, gender, and previous attempt

Suicide Attempt Rate per 1,000 Persons by AED Drug
(logistic regression model - excluding suicide date = index date)

| Drug Use | New Monotherapy | # Suicide Attempts | Rate per 1000 persons | Odd Ratio[1] | 95% CI for OR |
|---|---|---|---|---|---|
| Gabapentin | 1,225 | 13 | 10.6 | 0.95 | 0.53-1.70 |
| Valproate | 4,568 | 40 | 8.8 | 0.67 | 0.47-0.94 |
| Felbamate | na | na | na | na | na |
| Lamotrigine | 4,404 | 50 | 11.4 | 0.84 | 0.61-1.15 |
| Levetiracetam | 42 | 0 | 0.0 | na | na |
| Oxcarbazepine | 1,455 | 22 | 15.1 | 0.92 | 0.59-1.45 |
| Pregabalin | 85 | 0 | 0.0 | na | na |
| Tiagabine | 80 | 0 | 0.0 | na | na |
| Topiramate | 1,059 | 15 | 14.2 | 0.97 | 0.57-1.67 |
| Zonisamide | 82 | 0 | 0.0 | na | na |
| Carbamazepine | 346 | 7 | 20.2 | 1.70 | 0.79-3.68 |
| Lithium | 2,507 | 34 | 13.6 | 1.08 | 0.75-1.57 |
| No Medication with respect to 12 medications | 25,579 | 255 | 10.0 | | |

[1] OR from logistic model adjusted for concomitant medications, age, gender, and previous attempt

Suicide Attempt Rate per 1,000 Person Years Before and After Treatment of Gabapentin by Drug Indication
(Poisson regression model with time invariant concomitant medication)

| Diagnosis | # at Risk | # Attempts Before | Person Years | Rate per 1,000 Person Years | # Attempts After | Person Days | Rate per 100,000 Person days | Relative Risk[2] | 95% CIs for RR |
|---|---|---|---|---|---|---|---|---|---|
| Bipolar Disorder | 3,783 | 181 | 3,783 | 47.85 | 119 | 3,783 | 31.46 | 0.66 | 0.43-0.99 |
| Epilepsy | 1,411 | 12 | 1,411 | 8.50 | 10 | 1,411 | 7.09 | 0.83 | 0.33-2.08 |
| Major Depressive Disorder | 15,167 | 372 | 15,167 | 24.53 | 234 | 15,167 | 15.43 | 0.63 | 0.49-0.81 |
| Pain Disorder | 107,816 | 345 | 107,816 | 3.20 | 370 | 107,816 | 3.43 | 1.07 | 0.84-1.36 |
| Other Psychiatric Disorder | 38,280 | 442 | 38,280 | 11.55 | 355 | 38,280 | 9.27 | 0.80 | 0.64-1.00 |
| Schizophrenia | 598 | 38 | 598 | 63.55 | 28 | 598 | 46.82 | 0.74 | 0.39-1.40 |
| All | 131,178 | 456 | 131,178 | 3.48 | 453 | 131,178 | 3.45 | 0.99 | 0.80-1.23 |
| Gabapentin Monotherapy[1] | 57,085 | 17 | 57,085 | 0.30 | 9 | 57,085 | 0.16 | 0.53 | 0.16-1.73 |

Note: [1] Adjusting for concomitant diagonses, age, and gender (subjects with any CNS drugs after index date were excluded)
[2] Relative risk was calculated from Poisson regression model with time invariant concomitant medication

Suicide Attempt Rate per 1,000 Person Years Before and After Treatment of Gabapentin by Drug Indication
(Poisson regression model with time-varying concomitant medication)

| Diagnosis | # at Risk | # Attempts Before | Person Years | Rate per 1,000 Person Years | # Attempts After | Person Days | Rate per 100,000 Person days | Relative Risk[2] | 95% CIs for RR |
|---|---|---|---|---|---|---|---|---|---|
| Bipolar Disorder | 3,783 | 181 | 3,783 | 47.85 | 119 | 3,783 | 31.46 | 0.62 | 0.41-0.94 |
| Epilepsy | 1,411 | 12 | 1,411 | 8.50 | 10 | 1,411 | 7.09 | 0.81 | 0.32-2.04 |
| Major Depressive Disorder | 15,167 | 372 | 15,167 | 24.53 | 234 | 15,167 | 15.43 | 0.57 | 0.44-0.73 |
| Pain Disorder | 107,816 | 345 | 107,816 | 3.20 | 370 | 107,816 | 3.43 | 0.99 | 0.78-1.25 |
| Other Psychiatric Disorder | 38,280 | 442 | 38,280 | 11.55 | 355 | 38,280 | 9.27 | 0.71 | 0.56-0.88 |
| Schizophrenia | 598 | 38 | 598 | 63.55 | 28 | 598 | 46.82 | 0.74 | 0.41-1.35 |
| All | 131,178 | 456 | 131,178 | 3.48 | 453 | 131,178 | 3.45 | 0.93 | 0.75-1.14 |
| Gabapentin Monoterapy[1] | 57,085 | 17 | 57,085 | 0.30 | 9 | 57,085 | 0.16 | 0.53 | 0.16-1.73 |

Note: [1] Adjusting for concomitant diagonses, age, and gender (subjects with any CNS drugs after index date were excluded)
[2] Relative risk was calculated from Poisson regression model with time-varying concomitant medication

Suicide Attempt Rate per 1,000 Person Years Before and After Treatment of Gabapentin by Drug Indication
(Poisson regression model with time-varying concomitant medication - only those patients with at least a 30 day supply of drug)

| Diagnosis | # at Risk | # Attempts Before | Person Years | Rate per 1,000 Person Years | # Attempts After | Person Days | Rate per 100,000 Person days | Relative Risk[2] | 95% CIs for RR |
|---|---|---|---|---|---|---|---|---|---|
| Bipolar Disorder | 3,469 | 169 | 3,469 | 48.72 | 106 | 3,469 | 30.56 | 0.59 | 0.38-0.92 |
| Epilepsy | 1,327 | 11 | 1,327 | 8.29 | 10 | 1,327 | 7.54 | 0.87 | 0.34-2.22 |
| Major Depressive Disorder | 13,791 | 351 | 13,791 | 25.45 | 204 | 13,791 | 14.79 | 0.53 | 0.40-0.69 |
| Pain Disorder | 94,653 | 320 | 94,653 | 3.38 | 313 | 94,653 | 3.31 | 0.91 | 0.71-1.17 |
| Other Psychiatric Disorder | 34,177 | 412 | 34,177 | 12.05 | 307 | 34,177 | 8.98 | 0.66 | 0.52-0.83 |
| Schizophrenia | 548 | 38 | 548 | 69.34 | 24 | 548 | 43.80 | 0.62 | 0.33-1.14 |
| All | 115,434 | 426 | 115,434 | 3.69 | 390 | 115,434 | 3.38 | 0.86 | 0.69-1.07 |
| Gabapentin Monoterapy[1] | 48,739 | 15 | 48,739 | 0.31 | 4 | 48,739 | 0.08 | 0.27 | 0.08-0.89 |

Note: [1] Adjusting for concomitant diagonses, age, and gender (subjects with any CNS drugs after index date were excluded)
[2] Relative risk was calculated from Poisson regression model with time-varying concomitant medication

Suicide Attempt Rate per 1,000 Person Years Before and After Treatment of Gabapentin by Drug Indication
(Poisson regression model with time-varying concomitant medication - excluding suicide date = index date)

| Diagnosis | # at Risk | # Attempts Before | Person Years | Rate per 1,000 Person Years | # Attempts After | Person Days | Rate per 100,000 Person days | Relative Risk[2] | 95% CIs for RR |
|---|---|---|---|---|---|---|---|---|---|
| Bipolar Disorder | 3,783 | 181 | 3,783 | 47.85 | 119 | 3,783 | 31.46 | 0.62 | 0.41-0.95 |
| Epilepsy | 1,411 | 12 | 1,411 | 8.50 | 10 | 1,411 | 7.09 | 0.81 | 0.32-2.04 |
| Major Depressive Disorder | 15,167 | 372 | 15,167 | 24.53 | 234 | 15,167 | 15.43 | 0.57 | 0.44-0.74 |
| Pain Disorder | 107,816 | 345 | 107,816 | 3.20 | 370 | 107,816 | 3.43 | 1.00 | 0.79-1.26 |
| Other Psychiatric Disorder | 38,280 | 442 | 38,280 | 11.55 | 355 | 38,280 | 9.27 | 0.71 | 0.57-0.89 |
| Schizophrenia | 598 | 38 | 598 | 63.55 | 28 | 598 | 46.82 | 0.74 | 0.41-1.35 |
| All | 131,178 | 456 | 131,178 | 3.48 | 453 | 131,178 | 3.45 | 0.93 | 0.76-1.14 |
| Gabapentin Monoterapy[1] | 57,085 | 17 | 57,085 | 0.30 | 9 | 57,085 | 0.16 | 0.53 | 0.16-1.73 |

Note: [1] Adjusting for concomitant diagonses, age, and gender (subjects with any CNS drugs after index date were excluded)
[2] Relative risk was calculated from Poisson regression model with time-varying concomitant medication