UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
       SALES PRACTICES AND : Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Bulger v. Pfizer Inc.*, 1:07-cv-11425-PBS :
:
------------------------------------------------------------x

**PRODUCT LIABILITY PLAINTIFFS' EMERGENCY MOTION
TO STRIKE DEFENDANTS' EXPERT, ROBERT
GIBBONS, PH.D. FOR PROVIDING FALSE TESTIMONY
AND MAKING FALSE STATEMENTS IN HIS DECLARATIONS**

      Products Liability Plaintiffs, (hereinafter "Plaintiffs"), by their attorneys, Finkelstein & Partners, LLP, pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, hereby move this Court by emergency motion for an order striking Defendants' expert, Robert Gibbons, Ph.D., from testifying at trial for knowingly providing false testimony and making false statements in his Declarations.

      This Motion is supported by the Declaration of Andrew G. Finkelstein, Esq., and the Exhibits attached thereto, and the Memorandum in Support, submitted herewith.

Dated:  May 29, 2009                                 Respectfully submitted,

                                         By:   **/s/ Andrew G. Finkelstein**
                                                   Andrew G. Finkelstein, Esquire
                                                   Finkelstein & Partners, LLP
                                                   1279 Route 300, P.O. Box 1111
                                                   Newburgh, NY  12551
                                                   *Attorneys for Plaintiff Ronald G. Bulger, Sr.*

2

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:   May 29, 2009

                                                            **/s/ Jack W. London**
                                                            Jack W. London, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 29, 2009.

                                                            **/s/ Kenneth B. Fromson**
                                                            Kenneth B. Fromson, Esquire