UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:       **MDL Docket No. 1629**
In re:  NEURONTIN MARKETING,           :
       SALES PRACTICES AND           :       **Master File No. 04-10981**
       PRODUCTS LIABILITY LITIGATION :
:       **Judge Patti B. Saris**
---------------------------------------------------------------x
:       **Magistrate Judge Leo T. Sorokin**
THIS DOCUMENT RELATES TO:              :
:
*Bulger v. Pfizer Inc.*, 1:07-cv-11425-PBS   :
:
---------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN SUPPORT
OF PRODUCTS LIABILITY PLAINTIFFS' EMERGENCY MOTION TO STRIKE
DEFENDANTS' EXPERT, ROBERT GIBBONS, PH.D., FOR PROVIDING
FALSE TESTIMONY AND MAKING FALSE STATEMENTS IN HIS
DECLARATIONS, AND FOR ASSORTED OTHER RELIEF**

    I, Andrew G. Finkelstein, deposes and states as follows:

    1.    I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

    2.    This declaration is submitted in support of Plaintiffs' Emergency Motion to Strike Defendants' Expert. Dr. Robert Gibbons, for providing false testimony and making false statements in his declarations.

    3.    The following documents are attached hereto in support of this motion:

Exhibit 1 -    November 12, 2008 letter from Plaintiffs' counsel, Kenneth B. Fromson, Esq,. to defense counsel, Lori McGroder, Esq.;

Exhibit 2 -    November 26, 2008 letter from defense counsel, Lori McGroder, Esq. to Plaintiffs' counsel, Kenneth B. Fromson, Esq;

Exhibit 3 -     Excerpts from the Deposition Testimony of Defendants' Expert, Dr. Robert Gibbons;

Exhibit 4 -     February 10, 2009 letter from defense counsel, Lori McGroder, Esq., to Plaintiffs' counsel, Kenneth B. Fromson, Esq.;

Exhibit 5 -     February 16, 2009 E-mail from defense counsel, Lori McGroder, Esq. to Plaintiffs' counsel, Keith Altman, Esq., and Kenneth Fromson, Esq.;

Exhibit 6 -     March 19, 2009 Supplemental Expert Report of Dr. Gibbons;

Exhibit 7 -     April 23, 2009 e-mail from defense counsel, Angela Seaton, Esq., to Plaintiffs' counsel, Jack London, Esq., and Keith Altman, Esq., regarding Dr. Gibbons documents going out;

Exhibit 8 -     Dr. Gibbons's March 2009 Bipolar Study - manuscript revised, first disclosed to Plaintiffs' counsel on May 7, 2009;

Exhibit 9 -     February 3, 2009 e-mail from Archives to Gibbons rejecting manuscript;

Exhibit 10 -    February 2, 2009 e-mail from defense counsel, Lori McGroder, Esq., to Dr. Gibbons regarding Gibbons's notes from the *Daubert* hearing;

Exhibit 11 -    April 2, 2008 e-mail from Dr. Gibbons to Lori McGroder, Esq., attaching proposal, paper and detailed specification;

Exhibit 12 -    June 9, 2008 through June 11, 2008 string of e-mails between Lori McGroder, Esq., and Dr. Gibbons;

Exhibit 13 -    May 2008 e-mails discussing use of dataset to support Pfizer;

Exhibit 14 -    June 16, 2008 e-mail attaching records pertaining to one of Plaintiffs' experts and a Gabapentin spreadsheet;

Exhibit 15 -    March 15, 2009 letter from Dr. Gibbons to J. Coyle regarding resubmission of his manuscript; and

Exhibit 16 -   Dr. Gibbons's invoices for July 29, 2008, and August 6, 2008 bills.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 29, 2009

                                       **/s/ Andrew G. Finkelstein**
                                       Andrew G. Finkelstein
                                       Finkelstein & Partners, LLP
                                       1279 Route 300, P.O. Box 1111
                                       Newburgh, NY  12551
                                       (800) 634-1212
                                       *Attorneys for Plaintiff Ronald J. Bulger, Sr.*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on May 29, 2009.

Dated:  May 29, 2009

                                       **/s/ Andrew G. Finkelstein**
                                       Andrew G. Finkelstein