# EXHIBIT 7

## Jack London

**From:** Seaton, Angela (SHB) [ASEATON@shb.com]
**Sent:** Thursday, April 23, 2009 9:27 AM
**To:** Jack London; Keith Altman
**Subject:** Gibbons Docs

Are going out today for delivery tomorrow morning. Where do you want me to send them – to Jack or to Keith? There are too many pages to send to both of you – if I do that, it will take another day of copying (there are well over 1,000 pages). Thanks. Angela

Angela M. Seaton, x19046

SHOOK, HARDY & BACON LLP

2555 Grand Blvd.

Kansas City, MO 64108-2613

Ph 816.474.6550

Fax 816.421.5547

DD 816.559.2132

Email: aseaton@shb.com

Mail Gate made the following annotations on Thu Apr 23 2009 09:26:33

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.