# EXHIBIT 10

EXHIBIT
73
11-27-09

Delivered-To: rdgib@mstore-11.priv.cc.uic.edu
X-M-MSG:
X-WSS-ID: 0KEGS2G-01-ANE-03
Subject: FW: Stufflebean, Kerry (SHB) (KSTUFFLEBEAN@shb.com) has sent you a document - File Name:Gibbons Notes from Daubert Hearing.pdf, Pages:2, File Size:121951.
Date: Mon, 2 Feb 2009 18:30:27 -0600
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Stufflebean, Kerry (SHB) (KSTUFFLEBEAN@shb.com) has sent you a scanned document - File Name:Gibbons Notes from Daubert Hearing.pdf, Pages:2, File Size:121951.
Thread-Index: AcmFjlvlyK+HM1AQT4uVyx252KPHIQACgmkQ
Priority: Urgent
From: "McGroder, Lori (SHB)" <LMCGRODER@shb.com>
To: "Robert Gibbons" <rdgib@uic.edu>
X-OriginalArrivalTime: 03 Feb 2009 00:30:28.0762 (UTC) FILETIME=[9D4FEFA0:01C98596]
X-UIC-Note: Already SA Checked - Bypassed: Too Big
X-Scanned-By: MIMEDefang 2.56 on 128.248.155.49
X-Spam-Status: unchecked - too big.


-----Original Message-----
From: Stufflebean, Kerry (SHB)
Sent: Monday, February 02, 2009 5:18 PM
To: McGroder, Lori (SHB)
Subject: Stufflebean, Kerry (SHB) (KSTUFFLEBEAN@shb.com) has sent you a scanned document - File Name:Gibbons Notes from Daubert Hearing.pdf, Pages:2, File Size:121951.


This PDF file was created using SHB's eCopy Suite of products.
<<Gibbons Notes from Daubert Hearing.pdf>>

Mail Gate made the following annotations on Mon Feb 02 2009 18:30:16

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please discontact the sender by reply e-mail and destroy all copies of the original conmessage. Thank you.

Gibbons Notes from Daubert Hearing1.pdf