EXHIBIT 11

McGroder, Lori (SHB), 06:00 PM 4/2/2008, RE: PHARMetrics Data proposal                    Page 1 of 2

Delivered-To: rdgib@mstore5.priv.cc.uic.edu
X-WSS-ID: 0JYPZWK-01-G2Q-02
Subject: RE: PHARMetrics Data proposal
Date: Wed, 2 Apr 2008 18:00:17 -0500
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: PHARMetrics Data proposal
Thread-Index: AclVDzV0DJKge8E5Rda0lrn7451EgwABc9QQ
From: "McGroder, Lori (SHB)" <LMCGRODER@shb.com>
To: "Robert Gibbons" <rdgib@uic.edu>
X-OriginalArrivalTime: 02 Apr 2008 23:00:17.0382 (UTC) FILETIME=[51796060:01C89515]
X-Spam-Level:
X-Spam-Status: No, score=-5 required=5 tests=UIC_MENTIONED
   autolearn=disabled version=3.2.3
X-UIC-Note: Already SA Checked.
X-Scanned-By: MIMEDefang 2.56 on 128.248.155.28

Thanks Robert. I'll pass along to Pfizer for use with Pharmetrics. We are aware of the Kalinin paper, which some of our other experts have also relied on. I will call you tomorrow with an update. Many thanks

Lori

-----Original Message-----
From: Robert Gibbons [mailto:rdgib@uic.edu]
Sent: Wednesday, April 02, 2008 5:16 PM
To: McGroder, Lori (SHB)
Subject: PHARMetrics Data proposal

Hi Lori,

Attached is the proposal that includes an overview of what we plan to do as well as a detailed file specification. I am also attaching a relevant paper that I have not seen referenced in your discussions.

Best,

Robert

Robert D. Gibbons
Director, Center for Health Statistics
University of Illinois at Chicago
1601 W. Taylor
Chicago IL 60612
312-413-7755
312-996-2113 (fax)



EXHIBIT
74
4-27-09

Printed for Robert Gibbons <rdgib@uic.edu>                                           4/20/2009

McGroder, Lori (SHB), 06:00 PM 4/2/2008, RE: PHARMetrics Data proposal     Page 2 of 2

Mail Gate made the following annotations on Wed Apr 02 2008 18:00:21

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please discontact the sender by reply e-mail and destroy all copies of the original conmessage. Thank you.