EXHIBIT 12

McGroder, Lori (SHB), 01:05 PM 6/11/2008, FW: Gabapentin data for 2006 FDA submis... Page 1 of 1

Delivered-To: rdgib@mstore5.priv.cc.uic.edu
X-WSS-ID: 0K2B8XI-01-0FL-02
Subject: FW: Gabapentin data for 2006 FDA submission
Date: Wed, 11 Jun 2008 13:05:50 -0500
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Gabapentin data for 2006 FDA submission
Thread-Index: AcjKaRY1ewE7pC37SwO+g79daw6XqgBhAy7w
From: "McGroder, Lori (SHB)" <LMCGRODER@shb.com>
To: "Robert Gibbons" <rdgib@uic.edu>
X-OriginalArrivalTime: 11 Jun 2008 18:05:51.0839 (UTC) FILETIME=[C8E7EEF0:01C8CBED]
X-UIC-Note: Already SA Checked - Bypassed: Too Big
X-Scanned-By: MIMEDefang 2.56 on 128.248.155.35
X-Spam-Status: unchecked - too big.

<<GBP Ns for SHB.pdf>>
Robert -- I believe that if you put these 2 charts together you are able to see gbp n's for drug treated and placebo patients -- 1=gabapentin, 2=placebo, 3=active comparator, 4="low dose placebo" in the excel. So for each study identified in the excel spreadsheet, there should be corresponding n's in the attached pdf.

I don't have anyone here today who can combine this. If this is difficult for you, I can ask my analyst to do it tomorrow. Let me know if you need us to do anything.

---

From: McGroder, Lori (SHB)
Sent: Monday, June 09, 2008 2:44 PM
To: 'Robert Gibbons'
Subject: Gabapentin data for 2006 FDA submission

<<gabapentin summary.xls>>
Robert -- attached is the excel spreadsheet with the data you requested. I believe there are 3 additional studies for which you will need the same information and I will send those along as soon as I have them. Thanks!

Mail Gate made the following annotations on Wed Jun 11 2008 13:05:43

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

 GBP Ns for SHB.pdf

 gabapentin summary1.xls


EXHIBIT
76
4.22.09

McGroder, Lori (SHB), 07:18 AM 6/10/2008, Re: Gabapentin data for 2006 FDA submiss...   Page 1 of 3

Delivered-To: rdgib@mstore5.priv.cc.uic.edu
X-WSS-ID: 0K28Y79-01-IY4-02
Subject: Re: Gabapentin data for 2006 FDA submission
Date: Tue, 10 Jun 2008 07:18:50 -0500
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Gabapentin data for 2006 FDA submission
Thread-Index: AcjK83P1oV/vKUXoQiS0BM7qXMOCgQAAK/rL
From: "McGroder, Lori (SHB)" <LMCGRODER@shb.com>
To: rdgib@uic.edu
X-OriginalArrivalTime: 10 Jun 2008 12:18:50.0907 (UTC) FILETIME=[244016B0:01C8CAF4]
X-Spam-Level:
X-Spam-Status: No, score=-4.999 required=5 tests=HTML_MESSAGE,
    UIC_MENTIONED autolearn=disabled version=3.2.3
X-UIC-Note: Already SA Checked.
X-Scanned-By: MIMEDefang 2.56 on 128.248.155.35

I will find out. Also working on your request for pt Ns.

Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

---

**From:** Robert Gibbons
**To:** McGroder, Lori (SHB)
**Sent:** Tue Jun 10 07:15:43 2008
**Subject:** Re: Gabapentin data for 2006 FDA submission

If it is not too much trouble, can I also get the Lyrica data in the same format?

Thanks,

Robert

At 05:24 PM 6/9/2008, you wrote:

> Right - the all codes were identified through the blinded review, but FDA excluded event codes 4 and 6a and b
> from the analysis according to the Alert.
>
> Sent from my BlackBerry Wireless Handheld ( www.BlackBerry.net)

---

**From:** Robert Gibbons
**To:** McGroder, Lori (SHB)
**Sent:** Mon Jun 09 16:50:16 2008
**Subject:** RE: Gabapentin data for 2006 FDA submission
But FDA's analysis excluded codes 6A and B.  Correct?  Otherwise there would be more than
3 events.

At 03:53 PM 6/9/2008, you wrote:

> (1=gabapentin, 2=placebo, 3=active comparator, 4='low dose placebo').    yes, just
> gabapentin.   no, the company followed FDA protocol and Columbia Classification System

Printed for Robert Gibbons <rdgib@uic.edu>



EXHIBIT

77

4-27-09

4/20/2009

protocol for the codes which are set out in the June 2006 submission. Any events that fit codes 1-6b should be identified -- see June 2006 letter to FDA.    See you in DC - I'll have some lunch waiting for you at the office. Hopefully it will be edible. Certainly not as good as Chicago Italiano!

**From:** Robert Gibbons [mailto:rdgib@uic.edu ]
**Sent:** Monday, June 09, 2008 3:37 PM
**To:** McGroder, Lori (SHB)
**Subject:** Re: Gabapentin data for 2006 FDA submission

Can I get a column with the number of patients (in addition to # of exposure days)? Also please define the treatment arms (1, 2, 3, and 4). These are just Gabapentin studies? FDA only analyzed codes 4 and 5?

See you tomorrow in DC. My cell is 773-401-9647. I arrive at National at 12:10PM.

Thanks,

Robert

At 02:43 PM 6/9/2008, you wrote:

<<gabapentin summary.xls>>
Robert -- attached is the excel spreadsheet with the data you requested.   I believe there are 3 additional studies for which you will need the same information and I will send those along as soon as I have them. Thanks!

Mail Gate made the following annotations on Mon Jun 09 2008 14:43:21
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Robert D. Gibbons
Director, Center for Health Statistics
University of Illinois at Chicago
1601 W. Taylor
Chicago IL 60612
312-413-7755
312-996-2113 (fax)

Mail Gate made the following annotations on Mon Jun 09 2008 15:53:22
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Robert D. Gibbons

McGroder, Lori (SHB), 07:18 AM 6/10/2008, Re: Gabapentin data for 2006 FDA submis...   Page 3 of 3

Director, Center for Health Statistics
University of Illinois at Chicago
1601 W. Taylor
Chicago IL 60612
312-413-7755
312-996-2113 (fax)

Mail Gate made the following annotations on Mon Jun 09 2008 17:24:31 CONFIDENTIALITY
NOTICE: This e-mail message including attachments, if any, is intended for the person or
entity to which it is addressed and may contain confidential and/or privileged material. Any
unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact the sender by reply e-mail and destroy all copies of the original
message. Thank you.

Robert D. Gibbons Ph.D.
Director, Center for Health Statistics
University of Illinois at Chicago
1601 W. Taylor
Chicago IL 60612
312-413-7755
312-996-2113 (fax)

Mail Gate made the following annotations on Tue Jun 10 2008 07:18:45

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended
for the person or entity to which it is addressed and may contain confidential and/or privileged
material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not
the intended recipient, please contact the sender by reply e-mail and destroy all copies of the
original message. Thank you.

McGroder, Lori (SHB), 05:24 PM 6/9/2008, Re: Gabapentin data for 2006 FDA submission    Page 1 of 2

Delivered-To: rdgib@mstore5.priv.cc.uic.edu
X-WSS-ID: 0K27VKV-01-JE1-02
Subject: Re: Gabapentin data for 2006 FDA submission
Date: Mon, 9 Jun 2008 17:24:41 -0500
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Gabapentin data for 2006 FDA submission
Thread-Index: AcjKes8gRHbgwaBtTHSokgO6toE7FQABM2Jg
From: "McGroder, Lori (SHB)" <LMCGRODER@shb.com>
To: rdgib@uic.edu
X-OriginalArrivalTime: 09 Jun 2008 22:24:42.0563 (UTC) FILETIME=[9D1CD930:01C8CA7F]
X-Spam-Level:
X-Spam-Status: No, score=-4.999 required=5 tests=HTML_MESSAGE,
    UIC_MENTIONED autolearn=disabled version=3.2.3
X-UIC-Note: Already SA Checked.
X-Scanned-By: MIMEDefang 2.56 on 128.248.155.68

Right - the all codes were identified through the blinded review, but FDA excluded event codes 4 and 6a and b
from the analysis according to the Alert.

Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

From: Robert Gibbons
To: McGroder, Lori (SHB)
Sent: Mon Jun 09 16:50:16 2008
Subject: RE: Gabapentin data for 2006 FDA submission

But FDA's analysis excluded codes 6A and B. Correct? Otherwise there would be more than
3 events.

At 03:53 PM 6/9/2008, you wrote:

> (1=gabapentin, 2=placebo, 3=active comparator, 4='low dose placebo').    yes, just
> gabapentin.    no, the company followed FDA protocol and Columbia Classification System
> protocol for the codes which are set out in the June 2006 submission. Any events that fit
> codes 1-6b should be identified -- see June 2006 letter to FDA.    See you in DC - I'll have
> some lunch waiting for you at the office. Hopefully it will be edible. Certainly not as good as
> Chicago Italiano!

From: Robert Gibbons [mailto:rdgib@uic.edu ]
Sent: Monday, June 09, 2008 3:37 PM
To: McGroder, Lori (SHB)
Subject: Re: Gabapentin data for 2006 FDA submission

Can I get a column with the number of patients (in addition to # of exposure days)?  Also
please define the treatment arms (1, 2, 3, and 4). These are just Gabapentin studies? FDA
only analyzed codes 4 and 5?

See you tomorrow in DC.  My cell is 773-401-9647. I arrive at National at 12:10PM.



Printed for Robert Gibbons <rdgib@uic.edu>                                    4/20/2009

McGroder, Lori (SHB), 05:24 PM 6/9/2008, Re: Gabapentin data for 2006 FDA submission  Page 2 of 2

Thanks,

Robert

At 02:43 PM 6/9/2008, you wrote:

<<gabapentin summary.xls>>
Robert – attached is the excel spreadsheet with the data you requested.   I believe there are
3 additional studies for which you will need the same information and I will send those along
as soon as I have them.  Thanks!

Mail Gate made the following annotations on Mon Jun 09 2008 14:43:21
CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is
intended for the person or entity to which it is addressed and may contain confidential and/or
privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If
you are not the intended recipient, please contact the sender by reply e-mail and destroy all
copies of the original message. Thank you.

Robert D. Gibbons
Director, Center for Health Statistics
University of Illinois at Chicago
1601 W. Taylor
Chicago IL 60612
312-413-7755
312-996-2113 (fax)

Mail Gate made the following annotations on Mon Jun 09 2008 15:53:22 CONFIDENTIALITY
NOTICE: This e-mail message including attachments, if any, is intended for the person or
entity to which it is addressed and may contain confidential and/or privileged material. Any
unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended
recipient, please contact the sender by reply e-mail and destroy all copies of the original
message. Thank you.

Robert D. Gibbons
Director, Center for Health Statistics
University of Illinois at Chicago
1601 W. Taylor
Chicago IL 60612
312-413-7755
312-996-2113 (fax)

Mail Gate made the following annotations on Mon Jun 09 2008 17:24:31

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended
for the person or entity to which it is addressed and may contain confidential and/or privileged
material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not
the intended recipient, please contact the sender by reply e-mail and destroy all copies of the
original message. Thank you.

Printed for Robert Gibbons <rdgib@uic.edu>                                    4/20/2009

McGroder, Lori (SHB), 05:53 PM 6/9/2008, RE: Gabapentin data for 2006 FDA submissi...    Page 1 of 2

Delivered-To: rdgib@mstore5.priv.cc.uic.edu
X-WSS-ID: 0K27RCX-01-DEI-02
Subject: RE: Gabapentin data for 2006 FDA submission
Date: Mon, 9 Jun 2008 15:53:31 -0500
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Gabapentin data for 2006 FDA submission
Thread-Index: AcjKclneUIEInfV6SE+76a0YxUfQcwAAe+Dw
From: "McGroder, Lori (SHB)" <LMCGRODER@shb.com>
To: "Robert Gibbons" <rdgib@uic.edu>
X-OriginalArrivalTime: 09 Jun 2008 20:53:32.0184 (UTC) FILETIME=[E0834180:01C8CA72]
X-Spam-Level: :
X-Spam-Status: No, score=-4.999 required=5 tests=HTML_MESSAGE,
    UIC_MENTIONED autolearn=disabled version=3.2.3
X-UIC-Note: Already SA Checked.
X-Scanned-By: MIMEDefang 2.56 on 128.248.155.32

(1=gabapentin, 2=placebo, 3=active comparator, 4='low dose placebo').    yes, just
gabapentin.    no, the company followed FDA protocol and Columbia Classification System
protocol for the codes which are set out in the June 2006 submission.  Any events that fit
codes 1-6b should be identified -- see June 2006 letter to FDA.    See you in DC - I'll have
some lunch waiting for you at the office.  Hopefully it will be edible.  Certainly not as good as
Chicago Italiano!

From: Robert Gibbons [mailto:rdgib@uic.edu]
Sent: Monday, June 09, 2008 3:37 PM
To: McGroder, Lori (SHB)
Subject: Re: Gabapentin data for 2006 FDA submission

Can I get a column with the number of patients (in addition to # of exposure days)?  Also
please define the treatment arms (1, 2, 3, and 4).  These are just Gabapentin studies?  FDA
only analyzed codes 4 and 5?

See you tomorrow in DC.  My cell is 773-401-9647.  I arrive at National at 12:10PM.

Thanks,

Robert

At 02:43 PM 6/9/2008, you wrote:

<<gabapentin summary.xls>>
Robert -- attached is the excel spreadsheet with the data you requested.  I believe there are
3 additional studies for which you will need the same information and I will send those along
as soon as I have them.  Thanks!

Mail Gate made the following annotations on Mon Jun 09 2008 14:43:21 CONFIDENTIALITY
NOTICE: This e-mail message including attachments, if any, is intended for the person or
entity to which it is addressed and may contain confidential and/or privileged material. Any



4/20/2009

McGroder, Lori (SHB), 05:55 PM 6/9/2008, RE: Gabapentin data for 2006 FDA submissi...   Page 2 of 2

unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Robert D. Gibbons
Director, Center for Health Statistics
University of Illinois at Chicago
1601 W. Taylor
Chicago IL 60612
312-413-7755
312-996-2113 (fax)

Mail Gate made the following annotations on Mon Jun 09 2008 15:53:22

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

McGroder, Lori (SHB), 02:43 PM 6/9/2008, Gabapentin data for 2006 FDA submission       Page 1 of 1

Delivered-To: rdgib@mstore5.priv.cc.uic.edu
X-WSS-ID: 0K27O49-01-7PY-02
Subject: Gabapentin data for 2006 FDA submission
Date: Mon, 9 Jun 2008 14:43:30 -0500
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Gabapentin data for 2006 FDA submission
Thread-Index: AcjKaRY1ewE7pC37SwO+g79daw6Xqg==
From: "McGroder, Lori (SHB)" <LMCGRODER@shb.com>
To: "Robert Gibbons" <rdgib@uic.edu>
X-OriginalArrivalTime: 09 Jun 2008 19:43:31.0376 (UTC) FILETIME=[18A2D300:01C8CA69]
X-Spam-Level: ***
X-Spam-Status: No, score=3.101 required=5 tests=BOTNET,
    HTML_MESSAGE,RDNS_NONE autolearn=disabled version=3.2.3
X-UIC-Note: Already SA Checked.
X-Scanned-By: MIMEDefang 2.56 on 128.248.155.32

<<gabapentin summary.xls>>
Robert -- attached is the excel spreadsheet with the data you requested.  I believe there are 3 additional studies for which you will need the same information and I will send those along as soon as I have them.  Thanks!

Mail Gate made the following annotations on Mon Jun 09 2008 14:43:21

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

gabapentin summary.xls



EXHIBIT
80
4-27-09