Exhibit 13

McGroder, Lori (SHB), 08:02 AM 5/23/2008, Re: Dr Gibbons - License Agmt 05 20 08....    Page 1 of 3

Delivered-To: rdgib@mstore5.priv.cc.uic.edu
X-WSS-ID: 0K1BO8S-01-2AW-02
Subject: Re: Dr Gibbons - License Agmt 05 20 08.DOC
Date: Fri, 23 May 2008 08:02:56 -0500
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Dr Gibbons - License Agmt 05 20 08.DOC
Thread-Index: Acl8Xv2/HViBsf/DQgaiGf6f5SI/8AAdIPro
From: "McGroder, Lori (SHB)" <LMCGRODER@shb.com>
To: rdgib@uic.edu
X-OriginalArrivalTime: 23 May 2008 13:02:57.0228 (UTC) FILETIME=[522520C0:01C8BCD5]
X-Spam-Level:
X-Spam-Status: No, score=-5.999 required=5 tests=HTML_MESSAGE,
    UIC_MENTIONED,UIC_MENTIONED2 autolearn=disabled version=3.2.3
X-UIC-Note: Already SA Checked.
X-Scanned-By: MIMEDefang 2.56 on 128.248.155.28

Tell me wshere to call you in about an hour or so. I don't see any language that would prevent you from publishing, which you would not agree to, nor would Pfizer restrict in any way - what paragraph or language are you concerned about?

Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

----- Original Message -----
From: Robert Gibbons <rdgib@uic.edu>
To: dhuffnagle@us.imshealth.com <dhuffnagle@us.imshealth.com>
Cc: McGroder, Lori (SHB)
Sent: Thu May 22 17:55:28 2008
Subject: RE: Dr Gibbons - License Agmt 05 20 08.DOC

What if I want to publish the results after the trial(s) with their permission? Lori?

At 01:47 PM 5/22/2008, you wrote:

> Dr. Gibbons I am OK with the insert as long as we add "as further defined in the Permitted Use section of the Proposal."
> This dataset is for your use, but only to support the analyses for Pfizer. The dataset cannot be used for any other client or purpose.
>
> Please let me know if this is acceptable.
>
> Thank you.
> Debbie Huffnagle
>
> D. J. Huffnagle
>
> Sr Mgr., Contracting, US
>
> IMS Health Incorporated
>
> Direct: 856.983.1558



Printed for Robert Gibbons <rdgib@uic.edu>    4/20/2009

Director, Center for Health Statistics
University of Illinois at Chicago
1601 W. Taylor
Chicago IL 60612
312-413-7755
312-996-2113 (fax)

Robert D. Gibbons Ph.D.
Director, Center for Health Statistics
University of Illinois at Chicago
1601 W. Taylor
Chicago IL 60612
312-413-7755
312-996-2113 (fax)

Mail Gate made the following annotations on Fri May 23 2008 08:02:52

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

McGroder, Lori (SHB), 11:30 AM 5/22/2008, Dr Gibbons - License Agmt 05 20 08.DOC        Page 1 of 1

Delivered-To: rdgib@mstore5.priv.cc.uic.edu
X-WSS-ID: 0K1A35Y-01-RYF-02
Subject: Dr Gibbons - License Agmt 05 20 08.DOC
Date: Thu, 22 May 2008 11:30:06 -0500
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Dr Gibbons - License Agmt 05 20 08.DOC
Thread-Index: Aci8KRU53BSOuRzKRAKVWLkbPgk8LA==
From: "McGroder, Lori (SHB)" <LMCGRODER@shb.com>
To: "Robert Gibbons" <rdgib@uic.edu>
X-OriginalArrivalTime: 22 May 2008 16:30:06.0585 (UTC) FILETIME=[1834BE90:01C8BC29]
X-UIC-Note: Already SA Checked - Bypassed: Too Big
X-Scanned-By: MIMEDefang 2.56 on 128.248.155.32
X-Spam-Status: unchecked - too big.

<<Dr Gibbons - License Agmt 05 20 08.DOC>>

Track changes to proposed agreement. I do not understand what is meant by the deleted words and so I would modify as stated. Also, the Agreement requires only that PharMetrics approve any publication, not Pfizer, which is fine. I think the PharMetrics approval rests on incorporation of the disclaimers they use and, of courses, attribution.

Mail Gate made the following annotations on Thu May 22 2008 11:29:59

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Dr Gibbons - License Agmt 05 20 08.DOC


EXHIBIT
82
1-27-09

Delivered-To: rdgib@mstore5.priv.cc.uic.edu
X-WSS-ID: 0K0FDX1-01-81K-02
Subject: FW: Phase Two - Code Approval Request - GPI's for Other drugs-of-interest
Date: Mon, 5 May 2008 21:36:49 -0500
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Phase Two - Code Approval Request - GPI's for Other drugs-of-interest
Thread-Index: AcIsXgAIFKKU0sY5QUCR49YYAPPvmwCUGBPgAAN1M+AAFauuAAADwGRg
From: "McGroder, Lori (SHB)" <LMCGRODER@shb.com>
To: "Robert Gibbons" <rdgib@uic.edu>
X-OriginalArrivalTime: 06 May 2008 02:36:51.0694 (UTC) FILETIME=[0A51C8E0:01C8AF22]
X-UIC-Note: Already SA Checked - Bypassed: Too Big
X-Scanned-By: MIMEDefang 2.56 on 128.248.155.26
X-Spam-Status: unchecked - message over 250K.

This note contains one or more suspicious attachments. The
ACCC mailservers have automatically quarantined these
attachments as a precaution, and inserted this explanation.

These attachments almost always carry viruses, but we can't be
completely sure. If you were not expecting these attachements,
just hit delete now. But if you do want them, to recover them
read this:

http://www.accc.uic.edu/ecomm/mimedefang.html

The quarantine actions taken for this note were:

'GPIs_and_NDCs_and_Jcodes_for_Other_drugs_of_interest.zip' was renamed to
'GPIs_and_NDCs_and_Jcodes_for_Other_drugs_of_interest.zip.txt'
additional codes for your review.

Mail Gate made the following annotations on Mon May 05 2008 21:36:39

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended
for the person or entity to which it is addressed and may contain confidential and/or privileged
material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not
the intended recipient, please contact the sender by reply e-mail and destroy all copies of the
original message. Thank you.

 GPIs_and_NDCs_and_Jcodes_for_Other_drugs_of_interest.zip.txt



McGroder, Lori (SHB), 09:38 AM 5/5/2008, FW: Code Approval Request - Phase 1        Page 1 of 2

Delivered-To: rdgib@mstore5.priv.cc.uic.edu
X-WSS-ID: 0K0EGOH-01-BF8-02
Subject: FW: Code Approval Request - Phase 1
Date: Mon, 5 May 2008 09:38:44 -0500
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Code Approval Request - Phase 1
Thread-Index: AcisXgAIFKKU0sY5QUCR49YYAPPvmwCValTwAAJqRYA=
From: "McGroder, Lori (SHB)" <LMCGRODER@shb.com>
To: "Robert Gibbons" <rdgib@uic.edu>
X-OriginalArrivalTime: 05 May 2008 14:38:48.0310 (UTC) FILETIME=[BA9F1960:01C8AEBD]
X-UIC-Note: Already SA Checked - Bypassed: Too Big
X-Scanned-By: MIMEDefang 2.56 on 128.248.155.212
X-Spam-Status: unchecked - too big.

This note contains one or more suspicious attachments. The
ACCC mailservers have automatically quarantined these
attachments as a precaution, and inserted this explanation.

These attachments almost always carry viruses, but we can't be
completely sure. If you were not expecting these attachements,
just hit delete now. But if you do want them, to recover them
read this:

http://www.accc.uic.edu/ecomm/mimedefang.html

The quarantine actions taken for this note were:

'BiPolar_diags_and_Gabapentin_GPIs.zip' was renamed to
'BiPolar_diags_and_Gabapentin_GPIs.zip.txt'
Dr. Gibbons, please see below. Can you please let me know if you have any modifications.

---

From: csemonelli@us.imshealth.com [mailto:csemonelli@us.imshealth.com]
Sent: Friday, May 02, 2008 10:09 AM
To: Cuffel, Brian
Cc: seth.goodman@us.imshealth.com; Sergey.Sian@us.imshealth.com
Subject: Code Approval Request - Phase 1

Hi Brian,

Please find attached the code list for Gabapentin and the diagnosis list for Bipolar Disorder.
We are asking if you can approve this list while the larger list is being extracted. We will send
that early next week and request a second approval.

Again, if you could kindly approve the attached or request any changes as soon as possible
then we can begin working on the first phase of the project while the other drug list is being
compiled.

Printed for Robert Gibbons <rdgib@uic.edu>        4/20/2009

EXHIBIT 84
4-27-09

McGroder, Lori (SHB), 09:38 AM 5/5/2008, FW: Code Approval Request - Phase 1    Page 2 of 2

Please let me know if you have any questions.

Thank you.

Carmela

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Carmela Semonelli
Senior Healthcare Analyst, Database Services
PharMetrics, a unit of IMS
311 Arsenal Street
Watertown, MA 02472
Direct: 617.393.8330
Cell: 617.833.0417
Email: csemonelli@us.imshealth.com


Mail Gate made the following annotations on Mon May 05 2008 09:38:41

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

 BiPolar_diags_and_Gabapentin_GPIs.zip.txt