# EXHIBIT 14

Delivered-To: rdgib@mstore5.priv.cc.uic.edu
X-WSS-ID: 0K2KUKV-01-7ZQ-02
Subject: more Neurontin material
Date: Mon, 16 Jun 2008 17:31:54 -0500
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: more Neurontin material
Thread-Index: AcjQAMOdP1OneCEgTGImJbAw7700fA==
From: "Raymond, Leigh (SHB)" <LRAYMOND@shb.com>
To: "Robert Gibbons" <rdgib@uic.edu>
cc: "McGroder, Lori (SHB)" <LMCGRODER@shb.com>, "Stufflebean, Kerry (SHB)" <KSTUFFLEBEAN@shb.com>
X-OriginalArrivalTime: 16 Jun 2008 22:31:55.0923 (UTC) FILETIME=[C84E9630:01C8D000]
X-UIC-Note: Already SA Checked - Bypassed: Too Big
X-Scanned-By: MIMEDefang 2.56 on 128.248.155.58
X-Spam-Status: unchecked - message over 250K.

Dr. Gibbons attached please data and materials for your review in the Neurontin matter.

Leigh A.M. Raymond, PhD.
*Senior Research Analyst*
2555 Grand Boulevard
Kansas City, MO 64108
PHONE: 816.559.2688 x18536
FAX: (816) 421-5547
LRAYMOND@shb.com

Mail Gate made the following annotations on Mon Jun 16 2008 17:31:44

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

 Greenland, S - pg1324.pdf

 gabapentin RTC summary w ALL Ns .xls

Delivered-To: rdgib@mstore5.priv.cc.uic.edu
X-WSS-ID: 0K2BL4W-01-JY8-02
Subject: Neurontin materials
Date: Wed, 11 Jun 2008 17:24:50 -0500
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Neurontin materials
Thread-Index: AcjMEfbF/ef/ne0VQg6ynFEp5/MIAQ==
From: "Raymond, Leigh (SHB)" <LRAYMOND@shb.com>
To: rdgib@uic.edu
cc: "McGroder, Lori (SHB)" <LMCGRODER@shb.com>,
"Stufflebean, Kerry (SHB)" <KSTUFFLEBEAN@shb.com>
X-OriginalArrivalTime: 11 Jun 2008 22:29:32.0450 (UTC) FILETIME=[9EB99820:01C8CC12]
X-Spam-Level:
X-Spam-Status: No, score=0.001 required=5 tests=HTML_MESSAGE
autolearn=disabled version=3.2.3
X-UIC-Note: Already SA Checked.
X-Scanned-By: MIMEDefang 2.56 on 128.248.155.48

Dr. Gibbons,

Attached please find an Excel spreadsheet of the compiled data from the Neurontin trials including a breakdown of patients per treatment arm and duration of exposure.

Please let me or Lori McGroder know if you have any questions.

Best Regards,

Leigh

Mail Gate made the following annotations on Wed Jun 11 2008 17:29:20

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

 gabapentin RTC summary w Ns .xls

Sheet1

| TRIAL | TXARM | exposuredays | event4 | event5 | event6ab | ntotal | nonevent |
|---|---|---|---|---|---|---|---|
| 1032-001 | 1 | 252 | 0 | 0 | 0 | 252 | 252 |
| 1032-001 | 2 | 52 | 0 | 0 | 0 | 52 | 52 |
| 1032-001 | 3 | 179 | 0 | 0 | 0 | 179 | 179 |
| 1032-002 | 1 | 4250 | 0 | 0 | 0 | 157 | 157 |
| 1032-002 | 2 | 1336 | 0 | 0 | 0 | 53 | 53 |
| 1032-002 | 3 | 1378 | 0 | 0 | 0 | 52 | 52 |
| 1032-004 | 1 | 656 | 0 | 0 | 0 | 82 | 82 |
| 1032-004 | 2 | 336 | 0 | 0 | 0 | 42 | 42 |
| 1032-004 | 3 | 649 | 0 | 0 | 0 | 82 | 82 |
| 1035-001 | 1 | 152 | 0 | 0 | 0 | 152 | 152 |
| 1035-001 | 2 | 51 | 0 | 0 | 0 | 51 | 51 |
| 1035-001 | 3 | 122 | 0 | 0 | 0 | 122 | 122 |
| 1035-001B | 1 | 81 | 0 | 0 | 0 | 81 | 81 |
| 1035-001B | 2 | 20 | 0 | 0 | 0 | 20 | 20 |
| 1035-002 | 1 | 101 | 0 | 0 | 0 | 101 | 101 |
| 1035-002 | 2 | 49 | 0 | 0 | 0 | 49 | 49 |
| 1035-002 | 3 | 50 | 0 | 0 | 0 | 50 | 50 |
| 877-210G | 1 | 5614 | 0 | 0 | 0 | 58 | 58 |
| 877-210G | 2 | 7049 | 0 | 0 | 1 | 71 | 70 |
| 877-210P | 1 | 5784 | 1 | 0 | 0 | 61 | 60 |
| 877-210P | 2 | 6389 | 0 | 0 | 0 | 66 | 66 |
| 879-200 | 1 | 2177 | 0 | 0 | 0 | 44 | 44 |
| 879-200 | 2 | 2266 | 0 | 0 | 0 | 43 | 43 |
| 934-324 | 1 | 131 | 0 | 0 | 0 | 131 | 131 |
| 934-324 | 2 | 20 | 0 | 0 | 0 | 20 | 20 |
| 934-325 | 1 | 3579 | 0 | 0 | 0 | 129 | 129 |
| 934-325 | 2 | 598 | 0 | 0 | 0 | 21 | 21 |
| 934-335 | 1 | 60 | 0 | 0 | 0 | 60 | 60 |
| 934-335 | 2 | 30 | 0 | 0 | 0 | 30 | 30 |
| 945-005 | 1 | 17429 | 0 | 0 | 1 | 208 | 207 |
| 945-005 | 2 | 8238 | 0 | 0 | 0 | 98 | 98 |
| 945-006 | 1 | 16277 | 0 | 0 | 0 | 163 | 163 |
| 945-006 | 2 | 11300 | 0 | 0 | 0 | 109 | 109 |
| 945-009 | 1 | 2260 | 0 | 0 | 0 | 27 | 27 |
| 945-009 | 2 | 1640 | 0 | 0 | 0 | 18 | 18 |
| 945-010 | 1 | 2176 | 0 | 0 | 0 | 26 | 26 |

Sheet1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 945-010 | 2 | 1240 | 0 | 0 | 0 | 16 | 16 |
| 945-019 | 1 | 131 | 0 | 0 | 0 | 9 | 9 |
| 945-019 | 2 | 180 | 0 | 0 | 0 | 12 | 12 |
| 945-020 | 1 | 73 | 0 | 0 | 0 | 5 | 5 |
| 945-020 | 2 | 95 | 0 | 0 | 0 | 6 | 6 |
| 945-077 | 1 | 15423 | 0 | 0 | 0 | 146 | 146 |
| 945-077 | 3 | 8046 | 0 | 0 | 0 | 74 | 74 |
| 945-077 | 4 | 6282 | 0 | 0 | 0 | 72 | 72 |
| 945-082 | 1 | 17892 | 0 | 0 | 1 | 181 | 180 |
| 945-082 | 4 | 8647 | 0 | 0 | 0 | 93 | 93 |
| 945-086 | 1 | 3385 | 0 | 0 | 0 | 43 | 43 |
| 945-086 | 2 | 3948 | 0 | 0 | 0 | 49 | 49 |
| 945-088 | 1 | 264 | 0 | 0 | 0 | 40 | 40 |
| 945-088 | 4 | 165 | 0 | 0 | 0 | 42 | 42 |
| 945-094 | 1 | 18565 | 0 | 1 | 0 | 110 | 109 |
| 945-094 | 2 | 15983 | 0 | 0 | 0 | 107 | 107 |
| 945-177 | 1 | 4921 | 0 | 0 | 0 | 43 | 43 |
| 945-177 | 3 | 3257 | 0 | 0 | 0 | 20 | 20 |
| 945-177 | 4 | 2960 | 0 | 0 | 0 | 20 | 20 |
| 945-186 | 1 | 5260 | 0 | 1 | 0 | 68 | 67 |
| 945-186 | 2 | 4784 | 0 | 0 | 0 | 65 | 65 |
| 945-203 | 1 | 2556 | 0 | 0 | 0 | 34 | 34 |
| 945-203 | 2 | 2471 | 0 | 0 | 0 | 35 | 35 |
| 945-204 | 1 | 2443 | 0 | 0 | 0 | 52 | 52 |
| 945-204 | 2 | 2297 | 0 | 0 | 0 | 51 | 51 |
| 945-209 | 1 | 2849 | 0 | 0 | 0 | 58 | 58 |
| 945-209 | 2 | 3361 | 0 | 0 | 0 | 59 | 59 |
| 945-210 | 1 | 4443 | 0 | 0 | 0 | 84 | 84 |
| 945-210 | 2 | 4150 | 0 | 0 | 0 | 81 | 81 |
| 945-211 | 1 | 5563 | 0 | 0 | 0 | 113 | 113 |
| 945-211 | 2 | 6016 | 0 | 0 | 0 | 116 | 116 |
| 945-213 | 1 | 6532 | 0 | 0 | 0 | 75 | 75 |
| 945-213 | 4 | 5520 | 0 | 0 | 0 | 65 | 65 |
| 945-217 | 1 | 6839 | 0 | 0 | 0 | 95 | 95 |
| 945-217 | 2 | 4119 | 0 | 0 | 0 | 55 | 55 |
| 945-220 | 1 | 7441 | 0 | 0 | 0 | 98 | 98 |
| 945-220 | 2 | 3445 | 0 | 0 | 0 | 45 | 45 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 945-224 | 1 | 11307 | 0 | 0 | 0 | 247 | 247 |
| 945-224 | 2 | 3538 | 0 | 0 | 0 | 77 | 77 |
| 945-271 | 1 | 4893 | 0 | 0 | 0 | 61 | 61 |
| 945-271 | 2 | 4889 | 0 | 0 | 0 | 59 | 59 |
| 945-295 | 1 | 9660 | 0 | 0 | 0 | 223 | 223 |
| 945-295 | 2 | 5029 | 0 | 1 | 0 | 111 | 110 |
| 945-306 | 1 | 7659 | 0 | 0 | 0 | 153 | 153 |
| 945-306 | 2 | 7361 | 0 | 0 | 1 | 152 | 151 |
| 945-421-222 | 1 | 1138 | 0 | 0 | 0 | 15 | 15 |
| 945-421-222 | 2 | 1038 | 0 | 0 | 0 | 15 | 15 |
| 945-439 | 1 | 75 | 0 | 0 | 0 | 15 | 15 |
| 945-439 | 2 | 76 | 0 | 0 | 0 | 15 | 15 |
| 945-439 | 3 | 153 | 0 | 0 | 0 | 30 | 30 |
| 945-448-001 | 1 | 4795 | 0 | 0 | 0 | 50 | 50 |
| 945-448-001 | 3 | 5064 | 0 | 0 | 0 | 52 | 52 |
| 945-475-283 | 1 | 42 | 0 | 0 | 1 | 1 | 0 |
| 945-8J | 2 | 13 | 0 | 0 | 1 | 1 | 0 |
| A9451008 | 1 | 15518 | 0 | 0 | 0 | 200 | 200 |
| A9451008 | 2 | 15639 | 0 | 0 | 0 | 189 | 189 |
| A9451139 | 1 | 206 | 0 | 0 | 0 | 206 | 206 |
| A9451139 | 2 | 103 | 0 | 0 | 0 | 103 | 103 |
| A9451140 | 1 | 522 | 0 | 0 | 0 | 522 | 522 |
| A9451140 | 2 | 262 | 0 | 0 | 0 | 262 | 262 |
| A9451141 | 1 | 515 | 0 | 0 | 0 | 515 | 515 |
| A9451141 | 2 | 258 | 0 | 0 | 0 | 258 | 258 |