EXHIBIT 15

# UNIVERSITY OF ILLINOIS
# AT CHICAGO

Center for Health Statistics (MC 912)
PI 455-457
1601 West Taylor Street
Chicago, Illinois 60612

Robert D. Gibbons, PhD
*Professor of Biostatistics and Psychiatry*
*Director, Center for Health Statistics*

March 15, 2009

Joseph T. Coyle, MD
Editor, Archives of General Psychiatry

Dear Dr. Coyle,

My co-authors and I have revised our manuscript "The relationship between antiepileptics and suicide attempts in patients with bipolar disorder" for resubmission to the *Archives of General Psychiatry*. Our analysis of 47,918 patients with bipolar disorder shows no evidence that antiepileptic drugs are associated with increased risk of suicide attempts. This contrasts sharply with FDA's recent public health advisories on the relationship between antiepileptic drugs and suicidality (thoughts and behavior) based on their meta-analysis of randomized clinical trial data. My colleagues and I thank you and your reviewers for the helpful comments related to the original version of our manuscript and firmly believe that we have fully addressed all of the issues raised in their review.

I would also like to insure that I have fully disclosed a potential conflict of interest. As I have indicated in the acknowledgement section and in the note to the editor on the html form, I have served as an expert witness on the relationship between antidepressants and suicide for the US Department of Justice and Wyeth Pharmaceuticals, and antiepileptic drugs and suicide for Pfizer pharmaceuticals. As a part of the latter case, I advised Pfizer to conduct a pharmacoepidemiologic study of the relationship between gabapentin and suicide attempts by obtaining data on a cohort of 130,000 patients with one year before and one year after initiating treatment. To further study FDA's warning on suicidality and antiepileptic drugs in general, I also asked them to provide data on a cohort of 47,000 bipolar patients with one year prior to the index episode and one year after the index episode. These data were ultimately acquired from PharMetrics for $15,000 by Pfizer. I was paid for my time as an expert witness for my analysis of the gabapentin data, but have not been paid by Pfizer for my work on the bipolar cohort which forms the basis of the paper that you are currently reviewing. Furthermore, neither Pfizer nor any of their representatives participated in any way in the writing of this manuscript nor did they see the manuscript prior to its original submission to *JAMA*. Furthermore, they have not seen any correspondence with the *Archives of General Psychiatry* nor have they seen the revised manuscript that we are resubmitting today. I have, however, referred to this paper in my expert report in the Pfizer case as additional corroboration of my findings that were derived from the gabapentin cohort. The analysis of the gabapentin cohort was the primary foundation for my expert opinions in that case.

I am providing you with this extensive background to insure that I have fulfilled my disclosure obligations required for the peer review of my work and the work of my colleagues. Please feel free to contact me at 312-413-7755 should you require any further clarification or additions to the disclosure section of the acknowledgement section.

Thank you in advance for taking the time to continue to review our work.

Sincerely yours,

Robert D. Gibbons Ph.D.