EXHIBIT 16

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL 60614

INVOICE NO. 080710
DATE: July 29, 2008

CONSULT TO:
Shook, Hardy & Bacon
attn: Lori McGroder

| ITEM | DESCRIPTION | PRICE ($) |
|---|---|---|
| 1 | Expense for data from IMS/PharMetrics | $15,000 |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Rate $500/hour |  |
|  | TOTAL | $15,000.00 |

Payment Terms
Please remit payment within 30 days of invoice date to:
Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL 60614
FEIN # 36-326-0796

2

02/03/2008 18:31 FAX 8184215547   SHOOK HARDY & BACON

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL 60614

INVOICE NO. 080801
DATE: August 6, 2008

CONSULT TO:
Shook, Hardy & Bacon
attn: Lori McGroder

| ITEM | DESCRIPTION | PRICE ($) |
|---|---|---|
| 1 | Create specifications for statistical databases | 8 hrs |
| 2 | Construct statistical database, compute summary statistics and perform screening analyses for BP cohort | 50 hrs |
| | Rate $500/hour | |
| | TOTAL | $29,000.00 |

Payment Terms
Please remit payment within 30 days of invoice date to:
Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL 60614
FEIN # 36-326-0796

2