UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ————————————————— | ) | MDL Docket No. 1629 |
| IN RE NEURONTIN MARKETING, | ) | |
| SALES PRACTICES AND PRODUCTS | ) | Master File No. 04-10981 |
| LIABILITY LITIGATION | ) | |
| —————————————————) | | Judge Patti B. Saris |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Magistrate Judge Leo T. Sorokin |
| | ) | |
| PRODUCTS LIABILITY ACTIONS | ) | |
| —————————————————) | | |

**PRODUCTS LIABILITY PLAINTIFFS' REQUEST FOR
PERMISSION TO RESPOND TO DEFENDANTS' OBJECTION
TO MAGISTRATE JUDGE SOROKIN'S ORDER DENYING
<u>DISCOVERY OF KEITH ALTMAN AND DR. CHERYL BLUME</u>**

Products Liability Plaintiffs respectfully request that this Court grant Plaintiffs permission to respond to Defendants' objection to Magistrate Judge Sorokin's order which denied Defendants' motion to compel discovery of Keith Altman and Dr. Cheryl Blume.

Dated: June 1, 2009

Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:     **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

By:     **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
& Associates
3701 Bee Cave Road
Austin, TX  78746

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 1, 2009.


　　　　　　　　　　　　　　　　　　　　　　**/s/ Andrew G. Finkelstein**
　　　　　　　　　　　　　　　　　　　　　　Andrew G. Finkelstein, Esquire