UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re:   NEURONTIN MARKETING, SALES
         PRACTICES AND PRODUCTS
         LIABILITY LITIGATION
------------------------------------------------x

THIS DOCUMENT RELATES TO:

*Bulger v. Pfizer Inc., et al.*
Case No. 05-cv-11515-PBS

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**DEFENDANTS' EMERGENCY MOTION TO STRIKE LATE-FILED
RULE 26 DISCLOSURES AND INTERROGATORY RESPONSES,
COMPEL COMPLIANCE WITH THE COURT'S APRIL 9, 2009 SCHEDULING
ORDER, RULE 26 AND RULE 16, AND FOR A PRE-TRIAL CONFERENCE**

Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully move, on an emergency basis, for an order striking Plaintiff's late filed Rule 26 disclosures and interrogatory responses, compelling compliance with the Court's April 9, 2009 Scheduling Order, Rule 26 and Rule 16, and scheduling a pre-trial conference.

Defendants request that this motion be resolved on an expedited basis, with an abbreviated time for Plaintiff to respond, because the issues involve the parties' and the Court's ability to properly prepare for trial in this matter, which is currently set to commence in two months. In particular, the motion addresses Plaintiff's belated disclosure, after the close of discovery and on the eve of trial, of a new damages theory, new fact and expert witnesses, and new documents. The motion also seeks relief in connection with Plaintiff's voluminous and otherwise improper designations of trial exhibits, witnesses, and deposition testimony, and the improper requests for admission Plaintiff served in connection with his exhibit designations. Further, the motion addresses the impact that this Court's Memorandum and Order of May 26, 2009, dismissing Plaintiff's fraud claims based on affirmative misrepresentations and his concealment claims to the extent they are premised on national advertising and marketing

activities, should have on the scope of issues and evidence for trial. Defendants respectfully submit that the Court's Order warrants a significant narrowing by both parties of their evidentiary designations. Finally, this motion requests a pre-trial conference in the near term to present for clarification by the Court several additional areas of dispute or uncertainty and to narrow the remaining issues to be decided at the final pretrial conference.

The grounds for this motion are set forth in more detail in the accompanying memorandum of law. Also submitted in support of this motion is a Declaration of Mark S. Cheffo.

WHEREFORE, Defendants respectfully request that the Court strike Plaintiff's late filed Rule 26 disclosures and interrogatory responses, compel compliance with the Court's April 9, 2009 Scheduling Order, Rule 26 and Rule 16, and schedule a pre-trial conference.

Dated: May 28, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   /s/Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

SHOOK, HARDY & BACON L.L.P.

By:   /s/Scott W. Sayler
      Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

        WHITE AND WILLIAMS LLP

        By:    /s/David B. Chaffin
                David B. Chaffin

        BBO # 549245
        100 Summer Street, Suite 2707
        Boston, MA 02110
        Tel:  (617) 748-5200

        *Attorneys for Defendants Pfizer Inc and*
        *Warner-Lambert Company LLC*

## CERTIFICATION PURSUANT TO LOCAL RULE 37.1

I certify that counsel have attempted in good faith to resolve or narrow the issues presented by this motion and that the provisions of Local Rule 37.1 have been complied with.

        /s/Mark S. Cheffo
        Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 28, 2009.

        /s/David B. Chaffin
        David B. Chaffin