UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------X
                                                   :
In re: NEURONTIN MARKETING, SALES                  :
       PRACTICES AND PRODUCTS                      :
       LIABILITY LITIGATION                        :
                                                   :
---------------------------------------------------X   MDL Docket No. 1629
                                                   :
THIS DOCUMENT RELATES TO:                          :   Master File No. 04-10981
                                                   :
*Bentley v. Pfizer Inc, et al.,* CA No. 05-11997-PBS   :   Judge Patti B. Saris
*Bulger v. Pfizer Inc, et al.,* CA No. 07-11426-PBS    :
*Dixon v. Pfizer Inc, et al.,* CA No. 05-11998-PBS     :   Magistrate Judge Leo T.
*McGee v. Pfizer Inc, et al.,* CA No. 05-12593-PBS     :   Sorokin
*Owens v. Pfizer Inc, et al.,* CA No. 05-11017-PBS     :
*Pursey v. Pfizer Inc, et al.,* CA No. 07-10106-PBS    :
*Roberson v. Pfizer Inc, et al.,* CA No. 05-12001-PBS  :
*Shearer v. Pfizer Inc, et al.,* CA No. 07-11428-PBS   :
*Smith v. Pfizer Inc, et al.,* CA No. 05-11515-PBS     :
*Valentine v. Pfizer Inc, et al.,* CA No. 07-11067-PBS :
*Vercillo v. Pfizer Inc, et al.,* CA No. 05-11019-PBS  :
*Woolum v. Pfizer Inc, et al.,* CA No. 07-10853-PBS    :
                                                   :
---------------------------------------------------X

**PFIZER INC AND WARNER-LAMBERT COMPANY LLC'S
ASSENTED-TO MOTION FOR EXTENSION OF TIME TO
<u>ANSWER THE TWELVE TRACK ONE AMENDED COMPLAINTS</u>**

Defendants Pfizer Inc and Warner-Lambert Company LLC ("defendants") respectfully move for an extension, from June 9, 2009 through July 15, 2009, of the time within which they must answer the twelve amended complaints in the Track One cases, which are identified in the caption above. The grounds for this motion are:

1. On April 7, 2008, plaintiffs filed twelve amended complaints in the Track One cases, repleading their fraud claims pursuant to this Court's February 23, 2007 Order.

2. Defendants moved to dismiss the fraud claims on April 21, 2008.

5346184v.1

3. On May 26, 2009, the Court granted in part and denied in part defendants' motion to dismiss.

4. Pursuant to Federal Rule of Civil Procedure 12(a)(4), absent an extension, defendants would be required to respond to the amended complaints on or before June 9, 2009.

5. Given the number of amended complaints and in light of trial preparation being conducted for the July 27, 2009 trial in *Bulger v. Pfizer*, defendants require and respectfully request an extension of time through July 15, 2009, to answer these amended complaints.

6. Plaintiffs' counsel have consented to this extension.

WHEREFORE, defendants respectfully request that this Court grant their assented-to motion for an extension of time, through July 15, 2009, to answer the twelve amended complaints in the Track One cases.

Dated: June 4, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Mark S. Cheffo
By: Mark S. Cheffo

Four Times Square
New York, New York 10036
Tel: (212) 735-3000

-and-

SHOOK, HARDY & BACON L.L.P.

/s/ Scott W. Sayler
By: Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

5346184v.1

WHITE AND WILLIAMS LLP

/s/ David B. Chaffin
By: David B. Chaffin

BBO # 549245
100 Summer Street, 27th Floor
Boston, MA 02110
Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 4, 2009.

/s/ David B. Chaffin
David B. Chaffin

5346184v.1