UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                               :
        SALES PRACTICES AND                                :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                      :
                                                           :   Judge Patti B. Saris
-----------------------------------------------------------x
                                                           :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                  :
                                                           :
Bulger v. Pfizer Inc., 1:07-cv-11426-PBS                   :
                                                           :
-----------------------------------------------------------x
```

**PLAINTIFF'S EMERGENCY MOTION FOR**
**LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff, RONALD J. BULGER, SR., as Administrator of the Estate of SUSAN BULGER, Deceased, by his attorneys, Finkelstein & Partners, LLP, pursuant to Rules 15 and 17 of the Federal Rules of Civil Procedure, hereby moves this Court by emergency motion for an Order to File an Amended Complaint to substitute David S. Egilman as Administrator of the Estate of Susan Bulger, in place of Ronald J. Bulger, Sr.

This Motion is supported by the Declaration of Andrew G. Finkelstein, Esq., and attached Exhibits, and the Memorandum in Support, submitted herewith.

Dated: June 4, 2009                                   Respectfully submitted,

                                               By:   **/s/ Andrew G. Finkelstein**
                                                     Andrew G. Finkelstein, Esquire
                                                     Finkelstein & Partners, LLP
                                                     1279 Route 300, P.O. Box 1111
                                                     Newburgh, NY  12551
                                                     *Attorneys for Plaintiff Ronald J. Bulger, Sr.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 4, 2009.

Dated:  June 4, 2009

                                                  **/s/ Andrew G. Finkelstein**
                                                    Andrew G. Finkelstein, Esquire