UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,          :
       SALES PRACTICES AND           :   Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION :
:   Judge Patti B. Saris
---------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:             :
:
*Bulger v. Pfizer Inc.*, 1:07-cv-11426-PBS   :
:
---------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.
IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION
FOR LEAVE TO FILE AN AMENDED COMPLAINT**

I, Andrew G. Finkelstein, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff, Ronald J. Bulger, Sr., as Administrator of the Estate of Susan Bulger, Deceased, in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in support of Plaintiffs' motion for leave to file an Amended Complaint to substitute David S. Egilman, as Administrator of the Estate of Susan Bulger, in place of Ronald J. Bulger, Sr..

3. The following documents are attached hereto in support of this motion:

    Exhibit 1 -   January 6, 2005 Letters of Administration for appointment of Ronald J. Bulger, Sr.

    Exhibit 2 -   Plaintiff's Summons and Complaint

    Exhibit 3 -   May 28, 2009 Letters of Administration for appointment of David S. Egilman

    Exhibit 4 -   Proposed Amended Complaint

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 4, 2009

      **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212
*Attorneys for Plaintiff Ronald J. Bulger, Sr.*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 4, 2009.

Dated:  June 4, 2009

      **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein