# EXHIBIT 1

## Commonwealth of Massachusetts
### The Trial Court

Essex Division     Probate and Family Court Department     Docket No. 05P0169AD1

### Administration (with / without) Sureties

Name of Decedent _____ Susan E. Bulger _____

Domicile at Death __11 Elaine Ave.__ __Peabody__ __MA__ __Essex__ __01960__
(Street and No.) (City or Town) (County) (Zip)

Date of Death _____ August 4, 2004 _____

Name and address of Petitioner(s) _____ Ronald J Bulger 11 Elaine Avenue, Peabody, MA 01960 _____

Status _____ Husband _____

Heirs at law or next of kin of deceased including surviving spouse:

| Name | Residence (minors and incompetents must be so designated) | Relationship |
|---|---|---|
| ✓ Ronald J. Bulger | 11 Elaine Avenue, Peabody, MA 01960 | Husband |
| Bulger - minor child | 11 Elaine Avenue, Peabody, MA 01960 | Daughter |
| Ronald Bulger, Jr. minor child | 11 Elaine Avenue, Peabody, MA | Son |

[handwritten margin notes: "05P0952 am", "W/# 6 Motion to Amend"]

☑ The petitioner hereby certifies that a copy of this document, along with a copy of the decedent's death certificate has been sent by certified mail to the Division of Medical Assistance, P.O. Box 15205, Worcester, Massachusetts 01615-9906.

Petitioner prays that he or ~~some other suitable person~~ _____ of _____ with _____ ~~in the County of~~ _____ be appointed administrator of said estate, (without) surety on his bond, and certifies under the penalties of perjury that the foregoing statements are true to the best of his knowledge and belief.

Date __1/6/05__    Signature(s) __Ronald J Bulger__

The undersigned hereby assent to the foregoing petition.

__Ronald J Bulger__
__[signature] by father RB__
__[signature] father RB__

As amended,

### DECREE

All persons interested having been notified in accordance with the law or having assented and no objections being made thereto, it is decreed that __Ronald J. Bulger__ of __Peabody__ in the County of __Essex__ be appointed administrat~~or~~ of said estate first giving bond with _____ sureties, for the due performance of said trust.

Date __8/23/05__    __[signature]__
JUSTICE OF THE PROBATE AND FAMILY COURT

CJ-P 1 (11/01)                                             PSC (800) 518-8726 – c.g.f.

---

I, Pamela Casey O'Brien, Register of Probate Court for Essex County do hereby certify that the foregoing is a true copy of a document on file in this court.

IN WITNESS, Whereof, I have set my hand and affixed the seal of said Court this __AUG 23 2005__

ESSEX, SS     __Pamela Casey O'Brien__          PROBATE COURT
CERTIFIED     REGISTER OF PROBATE               A TRUE COPY

FILED AUG 2 3 2005

**Commonwealth of Massachusetts**
**The Trial Court**

Essex Division    Probate and Family Court Department    Docket No. 05P0169AD1

Estate of Susan Bulger
Plaintiff/Petitioner

v.

_____
Defendant/Respondent

MOTION FOR

To Amend Petition

and for Speedy Hearing

Now comes _____Ronald J. Bulger, Sr._____ the Petitioner in this action who moves this
(name of moving party)

Honorable Court as follows: 1. To Amend his Petition to be appointed Administrator of the Estate of Susan Bulger to an Administration with Personal Sureties. The Petitioner has filed herewith a Bond of Administrator with Personal Sureties; 2. To Allow the General Assent of Ronald Bulger, Jr., to the Petition. Ronald Bulger, Jr. has turned 18 since the original petition was filed; and 3. To approve the Petition quickly as Petitioner needs to be appointed so as to be able to initiate a lawsuit to protect the estate's right to recover money for injuries the decedent suffered as a result of a motor vehicle accident on September 2, 2002. The statute of limitations expires on September 1, 2005.

**NOTICE OF HEARING**
This Motion will be heard at the Probate & Family
Court in _____
            (city)
on _____
     (month/day/year)
at _____
    (time of hearing)

Date: _____

/s/ Ronald J. Bulger
(signature)
Ronald J. Bulger, Sr.
(PRINT name)
11 Elaine Avenue
(street address)
Peabody      MA      01960
(city or town) (state) (zip code)

Tel. No. _____

The within motion is hereby ALLOWED -- **DENIED**.

_____
8/23/05                    /s/ Justice
  Date                Justice of the Probate and Family Court

**INSTRUCTIONS**
1. Generally, refer to Mass. R. Civ. P./Mass. R. Dom. Rel. P. 6 and 7; Probate Court Rules 6, 29 and 29B
2. If the opposing party is represented by an attorney who has filed an appearance, service of this motion MUST be made on the attorney.
3. Certificate of Service on reverse side must be completed.
4. All motions shall be accompanied by a proposed order which shall be served with the motion

CJ-D 400 (4/98)                                                PSC (800) 616-8726--o.g.t.

---

I, Pamela Casey O'Brien, Register of Probate Court for Essex County do hereby certify that the foregoing is a true copy of a document on file in this court.

IN WITNESS, Whereof, I have set my hand and affixed the seal of said Court this ___AUG 2 3 2005___

ESSEX, SS          /s/ Pamela Casey O'Brien                PROBATE COURT

CERTIFIED          REGISTER OF PROBATE                     A TRUE COPY