# EXHIBIT 3

**Commonwealth of Massachusetts**
**The Trial Court**
**Probate and Family Court Department**

Essex Division                                                                 Docket No. ES09P1453EA

**Administration De Bonis Non with Sureties**

Name of Decedent __Susan E. Bulger__

Domicile at Death __11 Elaine Avenue__ (street and no.)   Date of Death __August 4, 2004__   __Peabody__ (city or town)

__Essex__ (county)   __01960__ (zip)

Name and address of petitioner __David S. Egilman of__

__8 North Main Street, Attleboro, MA 02703__   Status __friend__

That __Ronald J. Bulger__ was appointed by this Court, administrator of the estate of said decedent and has resigned without having fully administered said estate, and that there are goods and estate of the said decedent to the amount of twenty dollars remaining to be administered: there is a personal injury claim pending.

☒ The petitioner hereby certifies that a copy of this document, along with a copy of the decedent's death certificate has been sent by certified mail to the Division of Medical Assistance, P.O. Box 15205, Worcester, Massachusetts 01615-9906.

Your petitioner prays that he or some other suitable person __David S. Egilman__
of __8 North Main Street__ (street and no.)   __Attleboro__ (city or town)   __Bristol__ (county)   __02703__ (zip)

be appointed administrator of the estate, not already administered, of said estate with sureties on his bond and certifies under the penalties of perjury that the foregoing statements herein contained are true to the best of his knowledge and belief.

Date __May 15, 2009__                               Signature __David S. Egilman__

The undersigned hereby assent to the foregoing petition.

**Decree**

All persons interested having been notified in accordance with the law or having assented and no objections being made thereto, it is decreed that __David S. Egilman__ of __Attleboro in the County of Bristol__ be appointed administrator / ~~administratrix~~ of said estate not already administered, first giving bond with _____ sureties, for the due performance of said trust.

Date __May 28, 2009__                               Justice of the Probate and Family Court

CJ-P 5 (11/01)                                                                   TurboLaw (800) 518-8726 – c.g.f.

I, Pamela Casey O'Brien, Register of Probate Court for Essex County do hereby certify that the foregoing is a true copy of a document on file in this court.

IN WITNESS, Whereof, I have set my hand and affixed the seal of said Court this __MAY 2 8 2009__

ESSEX, SS                                                                         PROBATE COURT

CERTIFIED           REGISTER OF PROBATE                              A TRUE COPY