UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
      SALES PRACTICES AND : Master File No. 04-10981
      PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
----------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Bulger v. Pfizer Inc.*, 1:07-cv-11426-PBS :
:
----------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN OPPOSITION
TO DEFENDANTS' EMERGENCY MOTION TO STRIKE PLAINTIFF'S
RULE 26 DISCLOSURES AND INTERROGATORY RESPONSES, COMPEL
COMPLIANCE WITH THE COURT'S APRIL 9, 2009 SCHEDULING ORDER,
<u>RULE 26 AND RULE 16, AND FOR A PRE-TRIAL CONFERENCE</u>**

I, Andrew G. Finkelstein, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in opposition to Defendants' emergency motion to strike Plaintiff's Rule 26 disclosures and interrogatory responses, compel compliance with the Court's April 9, 2009 Scheduling Order, Rule 26 and Rule 16, and for a pre-trial conference. *See* ECF Doc. ## 1798, 1799, 1801, 1816.

3. The following documents are attached hereto in support of this motion:

Exhibit 1 -   Neurontin Action Plan 2004

Exhibit 2 -   Internal document of Manfred Hauben; Bates No. Pfizer M Hauben 0000123-0000125

Exhibit 3 -   Gabapentin Data Capture Aid

Exhibit 4 -   May 22, 2009 letter from defense counsel Katherine Armstrong to Plaintiff's counsel Keith Altman

Exhibit 5 -   May 12 and 13, 2009 e-mails between Plaintiff's and Defendants' counsel

Exhibit 6 -   Defendants' Live Witness List

Exhibit 7 -   Excerpts from the Deposition Testimony of Leslie Tive

Exhibit 8 -   Excerpts from the Deposition Testimony of Adrian Vega

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 5, 2009

                                                **/s/ Andrew G. Finkelstein**
                                                Andrew G. Finkelstein
                                                Finkelstein & Partners, LLP
                                                1279 Route 300, P.O. Box 1111
                                                Newburgh, NY  12551
                                                (800) 634-1212
                                                *Attorneys for Plaintiff Ronald G. Bulger, Sr.*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 5, 2009.

Dated:  June 5, 2009

                                                **/s/ Andrew G. Finkelstein**
                                                Andrew G. Finkelstein