


# Presentation Materials for an Effective In-Service Program

**_Discussion Guide_**

- For the Meeting Leader
- Designed to Complement the Video Presentation
- PowerPoint Slides and Speaker Notes

**_Short Video Presentation That Addresses_**

- Impact of PHN in Elderly Patients
- Need to Focus on Accurate Diagnosis and Treatment of PHN
- Patient and Nurse Testimonials
  - Featuring PHN Patients Rue McClanahan and Husband Morrow Wilson
- Treatment with NEURONTIN



# LTC Sell Sheet Emphasizes 3-Step Message with LTC Branding

***Leave Behind That Delivers 3-Step Message***

- **Differentiation (Left Panel)**
- **Efficacy (Center Panel)**
- **Dosing (Right Panel)**
- **Back Panel Highlights**
  - Reduction in Pain-Related Sleep Interference
  - Dosage Forms for Flexibility in Dosing
  - Oral Solution

NE186750

# Trileptal: New Safety Warnings

TRILEPTAL
INDICATION
Trileptal is indicated for use as monotherapy or adjunctive therapy in the treatment of partial seizures in adults and children aged 4 to 16 years with epilepsy.
Trileptal does not have FDA approval for the treatment of any neuropathic pain condition.
SAFETY
WARNINGS
PRECAUTIONS
For sales colleagues' information only. Not to be copied, distributed, left behind, or used for detailing.

NE194670B

- Indications in Addition to Epilepsy
  - None
  - No FDA Approval for Any Type of Neuropathic Pain
- Safety: Warnings
  - Clinically Significant Low Sodium (Hyponatremia: Sodium <125 mmol/L) Can Develop During Trileptal Use
  - Label Recommends Monitoring of Serum Sodium Levels for All Patients
  - Patients Who Have Had a Hypersensitivity Reaction to Tegretol Have a 30-35% Chance of Experiencing Hypersensitivity to Trileptal

**Implications:**
***Routine Monitoring of All Patients***

NEURONTIN (gabapentin)

# Trileptal: Many Drug Interactions

TRILEPTAL (oxcarbazepine)

PHARMACOKINETICS

Other drug interactions include:

- Calcium antagonists

ADULT DOSING (FOR ADJUNCTIVE THERAPY)

- Recommended dosage: 1200 mg/day

Trileptal (oxcarbazepine) is a registered trademark of Novartis Pharmaceutical Corporation.

NE194670B

## *Significant Drug Interactions*

- ◆ Interacts Significantly with Other Common Anticonvulsants Like Phenytoin, Carbmazepine and Valproic Acid
- ◆ Trileptal Can Inhibit CYP2C19 and Induce CYP3A4/5 with Important Effects on Plasma Concentrations of Other Drugs
- ◆ Efficacy of Oral Contraceptives May Be Compromised
- ◆ Interactions with Calcium Antagonists

Implications:
*Many Drug-Drug Interactions*

NEURONTIN (gabapentin)

# Zonegran: New Safety Warnings

ZONEGRAN

INDICATION

SAFETY

PRECAUTIONS

WARNINGS

For sales colleagues' information only. Not to be copied, distributed, left behind, or used for detailing.

NE194670A

- Indications: In Addition to Epilepsy
  - None
  - No FDA Approval for Any Type of Neuropathic Pain
- Warnings
  - Impaired Sweating (Oligohidrosis) and Hyperthermia in Pediatric Patients
  - Potentially Fatal Hypersensitivity to Sulfonamides (Zonisamide Is a Sulfonamide)
  - Serious Skin Reactions – 49 Cases of Stevens-Johnson Syndrome and Toxic Epidermal Necrolysis, 7 of Which Resulted in Death
  - Serious Hematologic Events, Including Aplastic Anemia and Agranulocytosis

**Implications:**
***Potentially Disfiguring or Fatal Reaction***

NEURONTIN
(gabapentin)

# Zonegran: Precautions and Important Drug Interactions

ZONEGRAN

DOSING

PHARMACOKINETICS

NE194670A

- **Precautions**
  - Associated with Increased Incidence of Kidney Stones
  - Should Not Be Used in Patients with Renal Failure
  - Somnolence and Fatigue Appear to Be a Common Effect of Treatment
  - Safety and Efficacy Not Established in Patients Under 16
- **Significant Drug Interactions**
  - Concurrent Medication with Drugs That Induce or Inhibit CYP3A4 Would Be Expected to Alter Concentrations of Zonegran
  - Plasma Clearance of Zonegran Is Increased in Patients Concurrently Taking Enzyme-Inducing AEDs

**Implications:**
***Potentially Fatal and Many Drug-Drug Interactions***

TEAM

NEURONTIN
(gabapentin)

# Keppra: Warnings and Precautions

KEPPRA® (levetiracetam)

**INDICATION**

*Keppra is indicated as adjunctive therapy in the treatment of partial onset seizures in adults with epilepsy.*

***Keppra does not have FDA approval for the treatment of any neuropathic pain condition.***

**SAFETY**

The following tables list key warnings and precautions of therapy with Keppra that are in addition to those associated with all antiepileptic drugs (AEDs).

**WARNINGS**

- Neuropsychiatric adverse events, including somnolence and fatigue, coordination difficulties, and behavioral abnormalities
- Caution should be taken in dosing patients with moderate and severe renal impairment and in patients undergoing hemodialysis; dosage adjustment may be required
- 0.5% of patients treated with Keppra attempted suicide compared with 0% of patients treated with placebo. One of these patients successfully committed suicide. In the other 3 patients, the events did not lead to discontinuation or dose reduction. The events occurred after patients had been treated for between 4 weeks and 6 months.

**PRECAUTIONS**

- Minor, but statistically significant, decreases compared with placebo in total mean red blood cell count, mean hemoglobin, and mean hematocrit were seen in patients treated with Keppra
- Pregnancy category C

In well-controlled clinical studies, the most frequently reported adverse events associated with the use of Keppra in combination with other AEDs, not seen at an equivalent frequency among placebo-treated patients, were somnolence, asthenia, infection, and dizziness.

In clinical studies, 15% of patients receiving Keppra and 11.6% of patients receiving placebo either discontinued or had a dose reduction as the result of an adverse event. The adverse events most commonly associated (>1%) with discontinuation or dose reduction in patients receiving Keppra were asthenia (1.3%), convulsion (3%), dizziness (1.4%), and somnolence (4.4%).

DETAIL

For sales colleagues' information only. Not to be copied, distributed, left behind, or used for detailing.

NE194670C

- Indications in Addition to Epilepsy
  - None
  - No FDA Approval for Any Type of Neuropathic Pain
- Safety: Warnings
  - Caution in Dosing Patients with Moderate and Severe Renal Impairment and in Patients Undergoing Hemodialysis
  - 0.5% of Patients with Keppra Attempted Suicide Compared with 0% of Patients Treated with Placebo. One of These Patients Successfully Committed Suicide

**Implications:**
***No Demonstration of Efficacy in PHN and Suicide Warning***

TEAM

NEURONTIN
(gabapentin)

# Action: Use Competitive Backgrounder to

- Highlight Warnings, Monitoring Requirements and Drug-Drug Interactions of Trileptal and Zonegran *IF AND ONLY IF* Physician Discusses These Drugs
- Highlight That Keppra, Trileptal and Zonegran *ARE NOT APPROVED* for the Treatment of Any Neuropathic Pain Condition *IF AND ONLY IF* Physician Discusses Use of These Drugs to Treat PHN

NEURONTIN (gabapentin)

February 9, 2004

## INDICATION

*Topamax is indicated as adjunctive therapy for adults and pediatric patients aged 2 to 16 years with partial onset seizures, or primary generalized tonic-clonic seizures, and in patients 2 years of age or older with seizures associated with Lennox-Gastaut syndrome.*

*An indication for prevention of migraine is expected in early 2004.*

***Topamax has no FDA approval for the treatment of any neuropathic pain condition.***

## SAFETY

In December 2003, a warning regarding metabolic acidosis (decreased serum bicarbonate below the normal reference range in the absence of chronic respiratory alkalosis) was added to the Topamax label. Previous labeling listed metabolic acidosis as an infrequent adverse event. However, the new warning recommends monitoring of serum bicarbonate during treatment with Topamax. Conditions that may predispose patients to acidosis include renal disease, severe respiratory disorders, status epilepticus, diarrhea, surgery, and ketogenic diet.

In July 2003, a warning regarding the development of oligohidrosis (decreased sweating) and hyperthermia was added to the Topamax label. The new warning appears in 2 sections of the label. The first mention is a warning for oligohidrosis, which may lead to increased body temperatures because the patient's normal mechanism of cooling (sweating) may be diminished. The second mention warns about drug interactions with Topamax that may predispose a patient to oligohidrosis and hyperthermia.

The following table lists key warnings and precautions of therapy with Topamax that are in addition to those associated with all antiepileptic drugs (AEDs).

| WARNINGS AND PRECAUTIONS |
|---|
| ■ Metabolic acidosis |
| ■ Oligohidrosis and hyperthermia |
| ■ Risk of myopia associated with secondary angle closure glaucoma |
| ■ Associated with a higher incidence of kidney stones |
| ■ Paresthesia appears to be a common effect of treatment |
| ■ Dosage adjustments may be required in patients with renal or hepatic impairment |
| ■ Pregnancy category C |

In clinical trials, 11% of patients who received Topamax 200 mg/day to 400 mg/day and approximately 28% of patients who received Topamax 200 mg/day to 1600 mg/day discontinued treatment due to adverse events.

For sales colleagues' information only. Not to be copied, distributed, left behind, or used for detailing.

February 9, 2004

TOPAMAX® (topiramate)

Adverse events most often associated with Topamax were central nervous system (CNS) related. In adults, the most significant of these can be classified into 2 general categories: 1) psychomotor slowing, difficulty with concentration, and speech or language problems; and 2) somnolence or fatigue.

The most common adverse events associated with the use of Topamax at dosages of 200 mg/day to 400 mg/day that were seen at greater frequency in patients receiving Topamax and did not appear to be dose-related were somnolence, dizziness, ataxia, speech disorders and related speech problems, psychomotor slowing, abnormal vision, difficulty with memory, paresthesia, and diplopia.

The most common dose-related adverse events at dosages of 200 mg/day to 1000 mg/day were fatigue, nervousness, difficulty with concentration or attention, confusion, depression, anorexia, language problems, anxiety, mood problems, and weight decrease.

## PHARMACOKINETICS

The half-life of Topamax is 21 hours, and concentrations reach steady state in 4 days. Topamax is approximately 13% to 17% protein bound. Topamax is not extensively metabolized.

Pharmacokinetic interactions between Topamax and other anticonvulsants, including phenytoin, carbamazepine, and valproic acid, have been reported. For example, coadministration of Topamax and phenytoin results in a 48% decrease in Topamax concentration, and coadministration of Topamax and carbamazepine results in a 40% decrease in Topamax concentration. Other drug interactions include:

- CNS-depressant drugs, with which Topamax should be used with caution
- Oral contraceptives, the efficacy of which may be compromised by Topamax
- Other carbonic anhydrase inhibitors, which should be avoided by patients taking Topamax

## ADULT DOSING (FOR ADJUNCTIVE THERAPY)

- Initial dosage: 25 mg/day to 50 mg/day
- Titration schedule: Increase by 25 mg/week to 50 mg/week
- Recommended total dosage: 400 mg/day
- Daily doses >1600 mg have not been studied

The following dosage adjustments should be made in special populations:

- In patients with renal impairment (creatinine clearance <70 mL/min/1.73 m$^2$), 50% of the usual dose is recommended
- Since Topamax is rapidly cleared in patients undergoing hemodialysis, a supplemental dose may be required to maintain antiseizure effect

Topamax (topiramate) is a registered trademark of Ortho-McNeil Pharmaceutical.

NE171452A © 2004 Pfizer Inc. All rights reserved. Printed in USA/February 2004 Pfizer U.S. Pharmaceuticals

February 9, 2004

DO NOT DETAIL

## INDICATION

*Lamictal is indicated as adjunctive therapy for partial seizures in adults and pediatric patients 2 years of age or older. Lamictal is also indicated as adjunctive therapy for the generalized seizures of Lennox-Gastaut syndrome in adults and pediatric patients 2 years of age or older. Lamictal is indicated for conversion to monotherapy in adults with partial seizures who are receiving treatment with a single enzyme-inducing antiepileptic drug (AED). The safety and effectiveness of Lamictal have not been established in the following situations:*

- *As initial monotherapy*
- *For conversion to monotherapy from non–enzyme-inducing anticonvulsant therapy (valproate)*
- *For simultaneous conversion to monotherapy from 2 or more concomitant anticonvulsants*

*Lamictal is also indicated for maintenance treatment of Bipolar 1 Disorder (in patients treated for acute mood episodes with standard therapy).*

***Lamictal has no FDA approval for the treatment of any neuropathic pain condition.***

## BLACK BOX WARNING

The Lamictal labeling includes a black box warning about serious rashes requiring hospitalization and discontinuation of treatment that have been reported with the use of Lamictal. The incidence of these rashes is approximately 0.8% in pediatric patients (aged <16 years) receiving Lamictal as adjunctive therapy for epilepsy and 0.3% in adults on adjunctive therapy for epilepsy. There are suggestions that the risk of rash may be increased by coadministration of Lamictal and valproate.

In a prospectively followed cohort of 1983 pediatric patients with epilepsy taking adjunctive Lamictal, there was 1 rash-related death. In worldwide postmarketing experience, rare cases of toxic epidermal necrolysis and/or rash-related death have been reported in adult and pediatric patients, but their numbers are too few to permit a precise estimate.

Because the rate of serious rash is greater in pediatric patients than in adults, it bears emphasis that Lamictal is approved only for use in pediatric patients (aged <16 years) who have seizures associated with the Lennox-Gastaut syndrome or in patients with partial seizures.

Although benign rashes also occur with Lamictal, it is not possible to predict reliably which rashes will prove to be serious or life threatening. Discontinuation of treatment may not prevent a rash from becoming life threatening or permanently disabling or disfiguring.

**For sales colleagues' information only. Not to be copied, distributed, left behind, or used for detailing.**

February 9, 2004

LAMICTAL® (lamotrigine)

## SAFETY

The following table lists key warnings and precautions of therapy with Lamictal that are in addition to those associated with all AEDs.

| WARNINGS AND PRECAUTIONS |
|---|
| ■ Black box warning regarding serious rashes requiring hospitalization and discontinuation of treatment. Prior to initiation of treatment with Lamictal, the patient should be instructed that a rash or other signs or symptoms of hypersensitivity (eg, fever, lymphadenopathy) may herald a serious medical event and that the patient should report any such occurrence to a physician immediately |
| ■ Hypersensitivity reactions, some fatal or life threatening have occurred; early manifestations may include fever and lymphadenopathy |
| ■ Acute multiorgan failure, which in some cases has been fatal or irreversible, has occurred in patients taking Lamictal |
| ■ Dosage should be reduced when added to a regimen that includes valproate |
| ■ Should be used with caution in patients with diseases or conditions that may affect metabolism or elimination of Lamictal (such as renal, hepatic, or cardiac function impairment) |
| ■ There have been reports of blood dyscrasias that may or may not be associated with the hypersensitivity syndrome. These have included neutropenia, leukopenia, anemia, thrombocytopenia, pancytopenia, and rarely, aplastic anemia and pure red cell aplasia |
| ■ Pregnancy category C |

In clinical trials, approximately 11% of patients who received Lamictal as adjunctive therapy and 10% of patients who received Lamictal as monotherapy discontinued treatment due to adverse events. The most common adverse events associated with the use of Lamictal and not seen at an equivalent frequency among placebo-treated patients were dizziness, ataxia, somnolence, headache, diplopia, blurred vision, nausea, vomiting, and rash.

## PHARMACOKINETICS

The half-life of Lamictal varies considerably (13 to 59 hours), depending on how many other—and which—AEDs a patient is taking. Changes in dosage produce proportional changes in concentration. Lamictal is approximately 55% protein bound. Lamictal is metabolized in the liver by glucuronidation (not by the cytochrome P-450 system), and the major metabolite is inactive.

Pharmacokinetic interactions between Lamictal and valproate can occur, causing reduced clearance of Lamictal. When administered with valproate, the dosage of Lamictal should be reduced. Lamictal can also interact with phenytoin and carbamazepine.

## ADULT DOSING

- Varies by condition and type of therapy

The following dosage adjustments should be made in special populations:

- In patients taking a drug regimen that includes valproate, the dosage of Lamictal should be reduced
- Since the metabolism or elimination of Lamictal may be affected by renal, hepatic, or cardiac function impairment, caution should be used in patients with 1 or more of these conditions

**Lamictal (lamotrigine) is a registered trademark of GlaxoSmithKline.**

10% TOTAL RECOVERED FIBER NE1714528 © 2004 Pfizer Inc. All rights reserved. Printed in USA/February 2004 Pfizer U.S. Pharmaceuticals

# COMPETITION USED FOR PHN

**CARBAMAZEPINE (Tegretol, Epitol, Carbatrol)**

Carbamazepine is indicated for another type of neuropathic pain: trigeminal neuralgia. Carbamazepine has severe dermatologic reactions and hepatic effects. It also has a black box warning for aplastic anemia and agranulocytosis.

**LAMICTAL**

Although it has no indication, GSK has conducted clinical trials for the indication of neuropathic pain. Lamictal has a black box warning as it causes serious rashes. After extended use, it had toxicity in melanin-rich tissues, such as the eye. It cautions use in patients with conditions that affect metabolism and elimination. It also has 38% occurrence of dizziness as an adverse event.

**TCAs (amitryptyline/nortriptyline)**

Analgesic effects are independent of antidepressant effects and occur at lower doses. TCAs are used as first-line agents in all types of neuropathic pain except trigeminal neuralgia. However, the therapeutic effects of TCAs usually occur 4-6 weeks after therapy begins. Also, plasma levels of TCAs often have to be monitored.

**OPIOIDS**

Opioids are sometimes used in the treatment of neuropatic pain. However, the efficacy in trials is controversial. Opioids can cause problems with the respiratory, cardiac, GI, and urinary systems. Also, opioids are linked with drug dependance and psychologic effects.

**NSAIDs (Cox 1 and 2 inhibition)**

NSAIDs are not indicated for neuropathic pain. It is important to speak of the differences of neuropathic and nociceptive pain. Many physicians use neurontin with NSAIDs in patients where diagnosis is difficult.

**TRAMADOL (Ultram)**

Tramadol is not indicated for any type of neuropathic pain. Tramadol is used by physicians in the treatment of moderate pain. Although Ortho-NcNeil has conducted clinical research, there is no published data for the treatment of PHN.

**LIDODERM PATCH**

Lidoderm patch is indicated for the treatment of pain associated with PHN. It is a local anesthetic agent. Lidoderm patch causes localized reactions at the treatment site. It

must be applied only to intact skin. Also, eye exposure and mucous membrane exposure must be avoided.

**CAPSAICIN**

Capsaicin is indicated for the relief of neuralgias such as PHN and diabetic neuropathy. It is a topical analgesic derived from hot paprika or chili peppers. Capsaicin causes burning, stinging, redness, cough, and respiratory inflammation. This gives this treatment a lower amount of compliance. Also, it has warnings against eye exposure and use on broken or irritated skin.

**NMDA RECEPTOR ANTAGONISTS (ketamine)**

Ketamine is a parenteral general anesthetic. It is not indicated for the treatment of PHN. It produced intolerable local reactions and adverse events in two studies. It causes hallucinations, vivid dreams, and delirium symptoms.

**CLONIDINE**

Clonidine is not indicated for PHN. Although it has shown effectiveness in clinical trials, frequent and severe adverse events such as drowsiness, dry mouth, and dizziness limit it's use.

**BENZODIAZEPINES (valium/xanax)**

Benzofiazepines work by enhancing the activity of GABA. Although they have no indication for PHN, they have shown effectiveness in clinical studies. Benzodiazepines have the risk for developing dependence. They also have frequent adverse events such as fatigue and drowsiness.

Compare and Win

*Lamictal* Compare and Win

1.No indication for any type of neuropathic pain
2.Black box warning-Serious rashes
a.Possibly life threatening or disfiguring
b.Discontinuation may not prevent rash from becoming life
threatening or disfiguring
3.Possible acute multiorgan failure(can be fatal and irreversible)
4.Inconsistent half life-varies from 13-59 hours
5.Drug-drug interactions-Valproate, phenytoin, and carbamazepine

*Topamax* Compare and Win
1.No indication for any type of neuropathic pain
2. Safety Warnings
    a.Decreased sweating
    b.Hyperthermia
    c.Metabolic acidosis
3.Drug-drug interactions
    a.Oral contraceptives may be compromised
    b.Other AEDs(e.g. Phenytoin and Carbamazepine)
    c.Use caution w/other CNS depressant drugs
4.Titration schedule-can take up to 4 months to get to
        recommended dosage
5.Dosage adjustment for renally or hepatically impaired

*Trileptal* Compare and Win
    1. No indication for any type of neuropathic pain
    2. Hyponatremia(low sodium) can develop with use
    3. Sodium level monitoring w/all patients
    4. Drug-drug interactions
            a. Other AEDs(Phenytoin, Carbamazepine, Valproic
                Acid)
            b. Cyp 3a4/5 inducer and Cyp2c19 inhibitor

    c. Oral contraceptives may be compromised
    d. Calcium Antagonists interactions

*Zonegran* Compare and Win
1. No indication for any type of neuropathic pain
2. Serious Skin Reactions(49 cases-7 resulted in deaths-Stevens-Johnson syndrome)
3. Can cause Aplastic Anemia and Agranulocytosis
4. Side effects-Somnolence, Fatigue, Kidney stone increase
5. No use in renal failure patients or patients under 16
6. Drug-drug
    a. Non substrates of CYP3a4(Inducer or Inhibitor) alter concentrations
    b. Plasma clearance increased with patients taking enzyme-inducing AEDs

*Keppra* Compare and Win
1. No indication for any type of neuropathic pain
2. Suicide warning
3. Caution with moderate and severe renally impaired patients(undergoing hemodialysis)

*Neurontin* Compare and Win
1. Indication for Epilepsy and Post Herpetic Neuralgia
2. Two pivotal studies showing pain reduction within 1 week(Rice and Rowbotham)
3. Not hepatically metabolized or protein bound
4. Few Drug-drug interactions
5. Improved sleep(Reduction in sleep interference)
6. Easy to titrate with NEW scored 600mg tablet

# Neurontin

## Objection Handler

Pfizer_DProbert_0028599

I’ve tried Neurontin for the management of PHN and I don’t think it works.

# When dosed to 1800 mg Neurontin provides proven efficacy in reductions in pain as well as other outcome domains…

- Efficacy proven in Rice and Rowbothom→500 patients
- Efficacy in PHN as well as improvement in bodily pain, vitality and mental health
- Significant reductions in sleep interference

1800 mg seems to be a very high dose.

# If I showed you data on Neurontin used at 2400 mg and 3600 mg would that ease your concerns?

- Dosed to 2400 mg and 3600 mg in pivotal trials.
- Titration completed in 2 or 3 weeks respectively.
- A/E's were mild to moderate and transient included somnolence, dizziness and peripheral edema.
- NO clinically significant drug interactions.

It's difficult to titrate Neurontin and the titration schedule seems confusing.

The PI is clear about how to initiate therapy, but does not provide specific titration direction. However, the dosing option chart allows…

- Patients can reach 1800 mg by day 16.
- Start with 300 mg and add 300 mg every 3 days.
- The 600 mg TID dose provides your patients with the benefits of proven efficacy—including improved pain scores, improvement in bodily pain, vitality and mental health.