# EXHIBIT 6

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | : | |
|---|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : : : | MDL Docket No. 1629 |
| | : | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | : : | Judge Patti B. Saris |
| | : | Magistrate Judge Leo T. Sorokin |
| *Bulger v. Pfizer Inc, et al.*, C. A. No. 07-11426-PBS | : : | |

**DEFENDANTS' LIVE WITNESS LIST**

Defendants, Pfizer Inc ("Pfizer") and Warner-Lambert Company LLC ("Warner-Lambert") (collectively, "Defendants"), by and through their undersigned counsel, pursuant to the Court's Pretrial Order of April 9, 2009, hereby identify the following witnesses who may be called live at trial. Defendants identify these witnesses conditionally and without waiver of their right to object on grounds of relevancy, prejudice, or any other ground to the subject matter as to which the witnesses might testify, and reserve their right to call these witnesses in rebuttal in the event that their objections to Plaintiff's evidence are overruled. In submitting this live witness list, Defendants specifically reserve the right to: 1) withdraw at any time any witness identified on this list; 2) supplement and/or amend this list in the event that additional witnesses are discovered subsequent to the date of service of this list; 3) call additional witnesses at trial as required for authentication, rebuttal or impeachment and/or as necessitated by evidence presented by plaintiff; 4) supplement and/or amend this list in response to the Court's rulings on pretrial motions or other evidentiary matters; 5) supplement this list to identify witnesses on the issue of punitive damages, in the event that the jury is asked to determine punitive damages during a separate phase of trial, 6) supplement and/or amend this list as otherwise permitted by the Court. Defendants also reserve their right to call any witness listed on Plaintiff's live witness list. Defendants further reserve their right to call any of these witnesses by deposition.

1

|     | **Witness Name** | **Estimated Time for Direct Examination** |
| --- | --- | --- |
| 1.  | Janet Arrowsmith-Lowe, M.D. | 2 hours |
| 2.  | Keith Altman | 30 minutes |
| 3.  | Yoshiharu Akabane, M.D. (live or by videotape deposition) | 15 minutes |
| 4.  | Professor Edward W. Boyer, M.D. | 45 minutes |
| 5.  | Alan Brenner | 15 minutes |
| 6.  | Professor Gary J. Brenner, M.D., Ph.D. | 1 hour |
| 7.  | Ronald Bulger, Sr. (live or by videotape deposition) | 1 hour |
| 8.  | Ronald Bulger, Jr. (live or by videotape deposition) | 15 minutes |
| 9.  | Amanda Cavallaro (live or by videotape deposition) | 15 minutes |
| 10. | Dino Crognale, M.D. (live or by videotape deposition) | 1.5 hours |
| 11. | Russell Gallant (live or by videotape deposition) | 10 minutes |
| 12. | Teresa Gallant (live or by videotape deposition) | 10 minutes |
| 13. | Professor Robert D. Gibbons, Ph.D. | 4 hours |
| 14. | Richard Goldman, M.D. (live or by videotape deposition) | 1.5 hours |
| 15. | Professor Henry Grabowski, Ph.D. | 2 hours |
| 16. | Matthew Gravini (live or by videotape deposition) | 15 minutes |
| 17. | Manfred Hauben | 1 hour |
| 18. | Steven Hollis, M.D. | 15 minutes |
| 19. | Professor Douglas G. Jacobs, M.D. | 3 hours |
| 20. | Walter Jacobs, M.D. (live or by videotape deposition) | 1 hour |
| 21. | Lloyd Knapp, Pharm. D. (live or by videotape deposition) | 2 hours |
| 22. | Linda Landry  (live or by videotape deposition) | 30 minutes |
| 23. | Barry McEachern (live or by videotape deposition) | 15 minutes |
| 24. | William Medwid, M.D. (live or by videotape deposition) | 1 hour |
| 25. | Mark Mengel, M.D. (live or by videotape deposition) | 40 minutes |
| 26. | Cheryl Nadeau (live or by videotape deposition) | 30 minutes |

|  | **Witness Name** | **Estimated Time for Direct Examination** |
|---|---|---|
| 27. | Hugh O'Flynn, M.D. | 30 minutes |
| 28. | Atul Pande, M.D. (live or by videotape deposition) | 1.5 hours |
| 29. | Dwight Robinson, M.D. (live or by videotape deposition) | 30 minutes |
| 30. | Chaim Rosenberg, M.D. (live or by videotape deposition) | 15 minutes |
| 31. | Anthony Rothschild, M.D. | 4 hours |
| 32. | Alexander Ruggieri, M.D. | 2 hours |
| 33. | Gerard Sanacora | 2 hours |
| 34. | Nancy Scialdone (live or by videotape deposition) | 10 minutes |
| 35. | Steven Scialdone (live or by videotape deposition) | 5 minutes |
| 36. | Joanne Swindell (live or by videotape deposition) | 40 minutes |
| 37. | Charles Taylor, Ph.D. | 3 hours |
| 38. | Carol Rocca Veronicas | 45 minutes |
| 39. | Professor Sheila Weiss-Smith, Ph.D. | 1 hour |
| 40. | Diana Zantos-Beaupre, M.D. | 15 minutes |

Dated: May 22, 2009

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

And

Mark S. Cheffo
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Tel: (212) 735-3000

3

And

David B. Chaffin
WHITE & WILLIAMS
100 Summer Street, 27th Floor
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served via FedEx Saturday delivery and Electronic Mail this 22nd day of May 2009 to the following:

Mr. Keith Altman
26 Willow Drive
Massapequa Park, NY 11762

_____
Scott W. Sayler

4