# EXHIBIT 7

Tive, Leslie  7/19/2006  10:15:00 AM

```
                                                    1
 1        UNITED STATES DISTRICT COURT
          DISTRICT OF MASSACHUSETTS
 2
 3   _____
     In re: NEURONTIN MARKETING,    MDL Docket No. 1629
 4   SALES PRACTICES AND            Master File No.
     PRODUCTS LIABILITY LITIGATION  04-10981
 5   _____
     THIS DOCUMENT RELATES TO:      Judge Patti B. Saris
 6   PRODUCTS LIABILITY LITIGATION
     _____ Magistrate
 7                                  Leo T. Sorokin
 8
 9        IN THE SUPERIOR COURT OF THE STATE OF
                      CALIFORNIA
10        IN AND FOR THE COUNTY OF LAKE
                    NO. CV400432
11   _____
12   NICOLETTE CRONE, individually
     and as Guardian ad Litem for
13   Cassie Marie Crone, a minor,
     and BENJAMIN JONATHAN CRONE,
14   all individually and as
     successors in interest to
15   ESTATE OF RICK ARTHUR CRONE,
16        Plaintiffs,      VIDEOTAPED
          vs.              DEPOSITION OF:
17                         LESLIE TIVE
     PFIZER INC., PARKE-DAVIS, a
18   division of Warner-Lambert
     Company, WARNER-LAMBERT
19   COMPANY, RAYMOND D. JENNINGS,
     M.D. and DOES 1-100,
20
          Defendants.
21   _____/
22
23
24
25
```

```
                                                    2
 1
 2
 3        TRANSCRIPT of the stenographic notes of
 4   the proceedings in the above-entitled matter, as taken
 5   by and before ELLEN HAMER, a Certified Shorthand
 6   Reporter and Notary Public of the State of New Jersey,
 7   held at the offices of DAVIS, POLK & WARDELL, ESQS.,
 8   450 Lexington Avenue, New York, New York, on
 9   Wednesday, July 19, 2006, commencing at 10:15 a.m.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                    3
 1
 2   A P P E A R A N C E S:
 3   FINKELSTEIN & PARTNERS, LLP
     BY:  KENNETH B. FROMSON, ESQ.
 4        - and -
          RONALD ROSENKRANZ, ESQ.
 5   436 Robinson Avenue
     Newburgh, New York  12550
 6   Attorneys for Products Liability Plaintiffs
 7   COHEN & MALAD, LLP
     BY:  ERIC S. PAVLACK, ESQ.
 8   One Indiana Square, Suite 1400
     Indianapolis, Indiana  46204
 9   Attorneys for Gerry Smith, Consumer Plaintiff
10   BERNSTEIN, LIEBHARD & LIFSHITZ, LLP
     BY:  SUSAN COLLYER, ESQ.
11        - and -
          RON ARANOFF, ESQ.
12   10 East 40th Street
     New York, New York  10016
13   Attorneys for Loraine Kopa, Consumer Plaintiff
14   COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
     BY:  STEIG OLSON, ESQ.
15   150 East 52nd Street
     30th Floor
16   New York, New York  10022
     Attorneys for Coordinated Plaintiffs and MDL
17
     SHOOK, HARDY & BACON, LLP
18   BY:  SCOTT W. SAYLER, ESQ.
     2555 Grand Boulevard
19   Kansas City, Missouri  64108-2613
     Attorneys for Defendant, Pfizer, Inc. and
20   Warner-Lambert
21
22
23
24
25
```

```
                                                    4
 1
 2   A P P E A R A N C E S (contd.):
 3   DAVIS, POLK & WARDELL, ESQS.
     BY:  ERIK M. ZISSU, ESQ.
 4        JAMES ROUHANDEH, ESQ.
          - and -
 5        KATHRYN COLE, ESQ.
     450 Lexington Avenue
 6   New York, New York  10017
     Attorneys for Defendant, Pfizer, Inc.
 7
     GREENE & HOFFMAN, PC
 8   BY:  ILYAS J. RONA, ESQ.
     125 Summer Street
 9   Boston, Massachusetts  02110
     Attorneys for Gerry Smith and Loraine Kopa,
10   Consumer Plaintiffs
11   A L S O  P R E S E N T:
12   MR. KEITH ALTMAN
     Finkelstein & Partners LLP
13
     MICHELE SUGGS, ESQ.
14   Pfizer, Inc.
     235 East 42nd Street
15   New York, New York  10017
16   CRAIG ATELLA
     Videographer
17   Nationwide Video Productions
18
19
20
21
22
23
24
25
```

                                                                                    297
 1    Q.   And is there a certain purpose in the
 2   brain for dopamine?
 3    A.   Yes.
 4    Q.   What -- generally speaking, what's
 5   the -- this -- this purpose for dopamine in the
 6   brain?
 7    A.   Well, it depends on what part of the
 8   brain.  It can be different in different parts of
 9   the brain, so I can't answer that.
10    Q.   How about in the -- in the context of
11   treating a person for depression?  All right.  Can
12   you explain the significance of dopamine in the
13   brain?
14         MR. ROUHANDEH:  Objection to the form.
15   It's vague and ambiguous.
16    Q.   Well, you indicated that when I asked
17   what the purpose of dopamine in the brain indicated
18   that it depends on what part of the brain.  And I'm
19   reading off this computer, I'm hoping it is as
20   accurate as possible, but what generally -- what,
21   generally speaking, is the purpose for dopamine in
22   the brain?
23         And you indicated in sum and substance
24   that it pertains to -- it -- you can't answer the
25   question till we discuss what part of the brain

                                                                                    298
 1   we're talking about, basically.  Right?
 2    A.   No.  You asked me, what does it do in
 3   the brain?  And I said it does different things in
 4   different parts of the brain.
 5    Q.   Okay.  Well --
 6    A.   And I didn't say anything about not
 7   being able to explain.
 8    Q.   Explain to me the part of the brain --
 9   all right? -- in which dopamine is involved and for
10   which an antidepressant drug would have an effect.
11         MR. ROUHANDEH:  Objection to form,
12   vague and ambiguous.
13    A.   The antidepressant drug that Pfizer has
14   works on serotonin, not dopamine.
15    Q.   Are you referring to Zoloft?
16    A.   Yes, I am.
17    Q.   And when you reference serotonin, what
18   is serotonin?
19    A.   It's another neurotransmitter.
20    Q.   And is Zoloft used to increase
21   serotonin or deplete serotonin?
22         MR. ROUHANDEH:  I think we're -- we're
23   not going to go into Zoloft.  That has nothing to do
24   with this case.
25         MR. FROMSON:  She's referenced there's

                                                                                    299
 1   another drug sold by the company as an
 2   anticonvulsant --
 3         MR. ROUHANDEH:  But you asked her
 4   already.
 5         MR. FROMSON:  I didn't ask her that at
 6   all.
 7         MR. ROUHANDEH:  I gave you a little
 8   leeway.
 9         MR. FROMSON:  Give me a little more
10   then, Jim, 'cause I'm not going far with it.  And I
11   didn't open the door.  She said there's another drug
12   sold by Pfizer as an antidepressant.
13         MR. ROUHANDEH:  Because you asked.
14         MR. FROMSON:  I didn't ask her if
15   there's another drug sold by Pfizer as an
16   antidepressant.  She just told me.
17         MR. ROUHANDEH:  No.  You asked earlier
18   in your questions --
19         MR. FROMSON:  I didn't hear --
20         MR. ROUHANDEH:  -- does Pfizer sell
21   drugs with antidepressant purposes.
22         MR. FROMSON:  Well, they sell
23   Neurontin, and it's used as an antidepressant by
24   some physicians.  I didn't ask whether it was Zoloft
25   or not --

                                                                                    300
 1         MR. ROUHANDEH:  According to you.
 2         MR. FROMSON:  No.  Pfizer does sell
 3   drugs, and they are used as an antidepressant.
 4         MR. ROUHANDEH:  And --
 5         MR. FROMSON:  I didn't say they're
 6   marketed for in any event.
 7    Q.   Miss Tive, do you have an understanding
 8   as to whether an increased amount of serotonin or a
 9   decreased amount of serotonin in the brain can be
10   associated with depression?
11    A.   An increase or decrease of serotonin in
12   the brain can be associated with depression.  But
13   when you talk about depression, are we talking about
14   central nervous system depression, or are we talking
15   about clinical depression?
16    Q.   Let's talk about clinical depression.
17         All right.  What happens when there's a
18   reduction in the flow of monoamines such as
19   dopamine, serotonin, and norepinephrine?
20         MR. ROUHANDEH:  Objection to the form.
21    A.   You're saying monoamines in general?
22    Q.   Correct.
23    A.   A reduction in monoamines has been
24   associated with depression.
25    Q.   Okay.  What is your understanding of