UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING,  :
      SALES PRACTICES AND : Master File No. 04-10981
      PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
----------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Bulger v. Pfizer Inc.*, 1:07-cv-11426-PBS :
:
----------------------------------------------------------x

**PLAINTIFF'S REQUEST FOR LEAVE TO REPLY TO DEFENDANTS'
OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR
LEAVE TO FILE AN AMENDED COMPLAINT**

  Plaintiff, RONALD J. BULGER, SR., as Administrator of the Estate of SUSAN BULGER, Deceased, by his attorneys, Finkelstein & Partners, LLP, respectively move for leave of Court to reply to Defendants, Pfizer Inc. and Warner-Lambert Company, LLC 's (hereinafter "Defendants") Opposition to Plaintiff's emergency motion for an Order to file an Amended Complaint to substitute David S. Egilman as Administrator of the Estate of Susan Bulger, in place of Ronald J. Bulger, Sr.

  This request is supported by the [Proposed] Declaration of Kenneth B. Fromson, Esq., and the [Proposed] Plaintiff's Reply Memorandum, submitted herewith.

Dated: June 11, 2009           Respectfully submitted,

                By:  **/s/ Andrew G. Finkelstein**
                   Andrew G. Finkelstein, Esquire
                   Finkelstein & Partners, LLP
                   1279 Route 300, P.O. Box 1111
                   Newburgh, NY  12551
                   *Attorneys for Plaintiff Ronald J. Bulger, Sr.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 11, 2009.

Dated:  June 11, 2009

                                                     **/s/ Andrew G. Finkelstein**
                                                      Andrew G. Finkelstein, Esquire