UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:  MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Bulger v. Pfizer Inc.*, 1:07-cv-11426-PBS :
:
------------------------------------------------------------x

**[PROPOSED]**
**REPLY DECLARATION OF KENNETH B. FROMSON, ESQ.**
**IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION**
**FOR LEAVE TO FILE AN AMENDED COMPLAINT**

I, Kenneth B. Fromson, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff, Ronald J. Bulger, Sr., as Administrator of the Estate of Susan Bulger, Deceased, in this matter.

2. This declaration is submitted in reply to Defendants' opposition and in further support of Plaintiffs' motion for leave to file an Amended Complaint to substitute David S. Egilman as Administrator of the Estate of Susan Bulger, in place of Ronald J. Bulger, Sr.

3. Ronald J. Bulger, Sr. resigned as administrator of decedent, Susan Bulger's estate on May 15, 2009. ECF Doc. # 1821-4.

4. On May 28, 2009, I sent counsel for Defendants an email message requesting that they consent to amendment of the caption to substitute Ronald J. Bulger, Sr. as administrator of the estate.

5. On May 28, 2009 I spoke with counsel for Defendants and disclosed the underlying facts leading to the resignation of Ronald J. Bulger, Sr. as estate administrator.

6. Plaintiff timely notified Defendants that a new estate administrator had been appointed, prior to the filing of Plaintiff's motion.

7. On June 1, 2009, counsel for Defendants advised that he would not consent to an amendment of the complaint to reflect the name of the new administrator.  Plaintiff's motion to amend the Complaint was therefore filed on June 4, 2009.

8. Plaintiff respectfully requests that the Court grant his motion for leave to amend the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 11, 2009

**/s/ Kenneth B. Fromson**
Kenneth B. Fromson
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212
*Attorneys for Plaintiff Ronald J. Bulger, Sr.*

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on  June 11, 2009.

Dated:  June 11, 2009

**/s/ Kenneth B. Fromson**
Kenneth B. Fromson

2