UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY. | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. and AETNA, INC. v. PFIZER INC. | |

**UNOPPOSED EMERGENCY MOTION FOR EXTENSION OF TIME TO JUNE 18, 2009, TO FILE OPPOSITION TO CLASS PLAINTIFFS' MOTION FOR RECONSIDERATION**

Earlier this afternoon, Class Plaintiffs filed an "Errata," Dkt. 1827, which purports to correct various errors in their motion for reconsideration, Dkt. 1796, and adds five more pages of argument to that motion. Class Plaintiffs filed this document on the afternoon of the due date for Defendants' opposition to their motion for reconsideration. Class Plaintiffs have consented to the extension of time requested herein.

Defendants respectfully request an additional seven calendar days, or until June 18, 2009,

in which to file their Opposition to Class Plaintiffs' Motion for Reconsideration, in order to allow an opportunity to review and analyze Plaintiffs' additional submission of today.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' motion for an additional seven calendar days, or until June 18, 2009, in which to file their Opposition to Class Plaintiffs' Motion for Reconsideration.

Dated: June 11, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

SHOOK, HARDY & BACON L.L.P.

By:   /s/ Scott W. Sayler
      Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

                WHITE AND WILLIAMS LLP

                By:   /s/ David B. Chaffin  
                          David B. Chaffin

                BBO # 549245  
                100 Summer Street, Suite 2707  
                Boston, MA 02110  
                Tel:  (617) 748-5200

                *Attorneys for Defendants Pfizer Inc and*  
                *Warner-Lambert Company LLC*

### **CERTIFICATION OF CONSULTATION**

      I certify that counsel for Defendants have conferred in good faith with Class Plaintiffs' counsel, who indicated that they do not oppose this motion.

                                            /s/ David B. Chaffin  
                                            David B. Chaffin

### **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 11, 2009.

                                            /s/ David B. Chaffin  
                                            David B. Chaffin