UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No.: 1629
In re:  NEURONTIN MARKETING, :
       SALES PRACTICES AND : Master File No.: 04-10981
       PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Bulger v. Pfizer Inc.,* 1:07-11426-PBS :
:
:
:
---------------------------------------------------------------x

**PLAINTIFF'S EMERGENCY MOTION FOR A
CONTINUANCE OF THE TRIAL DATE OF THIS ACTION TO
AUGUST 18, 2009, AND REQUEST FOR EMERGENCY HEARING**

    Plaintiff, by his attorneys, The Lanier Law Firm, P.L.L.C. and Finkelstein & Partners, LLP, hereby moves this Court by emergency motion for an order allowing a short three-week continuance of the trial of this action from July 27, 2009, to August 17, 2009.  Plaintiff requests an emergency conference, either in person or telephonic on this critical issue.

    This Motion is supported by the Declaration of W. Mark Lanier, Esq., and the Memorandum in Support, and exhibit annexed thereto, submitted herewith.

Dated: June 12, 2009                         Respectfully submitted,

                                          By:   **/s/ W. Mark Lanier**
                                                W. Mark Lanier, Esquire
                                          THE LANIER LAW FIRM, P.L.L.C.
                                          126 East 56th Street, 6th Floor
                                          New York, NY  10022

2

By: **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 12, 2009.

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire