UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

-----------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

Bulger v. Pfizer, et. al.
07-11426-PBS

MDL Docket No. 1629
Master File No. 04-10981

Judge Patti B. Saris
Magistrate Leo T. Sorokin

-----------------------------------------------------------------x

Declaration of W. Mark Lanier

1. My name is W. Mark Lanier.

2. At the request of the Plaintiffs, I have agreed to try the *Bulger v. Pfizer* case in this Court that is scheduled to begin on July 27, 2009.

3. I am presently scheduled to be in Guatemala from August 4 to August 7, 2009. I have been invited to Guatemala to meet with the Vice-President of Guatemala, Dr. Rafael Espada, during this time to discuss a variety of initiatives.

4. Attached to this declaration is a true and correct copy of a letter from Dr. Espada regarding these meetings in early August.

5. I was aware of the July 27, 2009, trial setting when I agreed to try this lawsuit. It was my hope and belief that Plaintiffs would be able to tender evidence in my absence by playing videotaped depositions, presenting documentary evidence, etc.

6. Given the Court's recent ruling limiting both sides to 21 hours of testimony, my absence would now cause me to miss a significant portion of vital trial presentations and, accordingly, I would not be able to effectively serve as lead trial counsel.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on the __10__ day of June, 2009.

_____
W. Mark Lanier