

*El Vicepresidente*
*de la*
*República de Guatemala*
*Dr. Rafael Espada*

June 10, 2009

The Honorable Patti B. Saris
United States District Judge
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way – Suite 2300
Boston, MA  02210

Dear Judge Saris:

Please be advised that I have asked Mr. Mark Lanier to come to Guatemala to meet with me and several other dignitaries during the week of August 3, 2009.

Mr. Lanier has been a wonderful friend to the nation of Guatemala. He has repeatedly donated his time, money, and energy to a variety of philanthropic and charitable causes. Mark has raised a substantial amount of money and supplies to aid Guatemala's public school system. He has offered his assistance in our initiative to build a network of regional hospitals and has spent many hours assisting me in trying to improve Guatemala's public works infrastructure and technological development.

During our series of meetings scheduled in early August, I plan on asking all these dignitaries for ways that we can work together to improve Guatemala for all its citizens and visitors.

Please contact my office if I can be of any further assistance.

Sincerely,

Dr. Rafael Espada

RE/rb