# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x<br>:<br>In re: NEURONTIN MARKETING :<br>SALES PRACTICES AND PRODUCTS :<br>LIABILITY LITIGATION :<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x<br>THIS DOCUMENT RELATES TO: :<br>:<br>TERESA DRINKWINE, Individually and as Trustee :<br>for The Next of Kin of MICHAEL DRINKWINE, :<br>Decedent, :<br>:<br>Plaintiff, :<br>:<br>-against- :<br>:<br>PFIZER INC., PARKE-DAVIS, a division of Warner- :<br>Lambert Company and Warner-Lambert Company :<br>LLC, WARNER-LAMBERT COMPANY, WARNER- :<br>LAMBERT COMPANY LLC, and TEVA :<br>PHARMACEUTICALS USA, INC., :<br>:<br>Defendants. :<br>x<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>:<br>AND RELATED CASES (SEE EXHIBIT A) :<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -:<br>x | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br><br><br>Judge Patti B. Saris<br><br><br>Magistrate Judge Leo T. Sorokin | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2 (a), please enter the appearance of U. Gwyn Williams of Goodwin Procter LLP, Exchange Place, 53 State Street, Boston, MA 02109, as counsel on behalf of Defendant Teva Pharmaceuticals USA, Inc. in the above-captioned matter.

| | |
|---|---|
| Dated: June 12, 2009<br>　　　　Boston, Massachusetts | Respectfully submitted,<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>By its attorneys,<br><br>/s/ U. Gwyn Williams_____<br>U. Gwyn Williams (BBO # 565181)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2881<br>617.570.1000 |

**CERTIFICATE OF SERVICE**

　　　I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 12, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　　By:/s/ U. Gwyn Williams_____