# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

----------------------------------------x
:
In re: NEURONTIN MARKETING : MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
----------------------------------------x
THIS DOCUMENT RELATES TO: :
:
TERESA DRINKWINE, Individually and as Trustee :
for The Next of Kin of MICHAEL DRINKWINE, : Judge Patti B. Saris
Decedent, :
:
Plaintiff, : Magistrate Judge Leo T. Sorokin
:
-against- :
:
PFIZER INC., PARKE-DAVIS, a division of Warner- :
Lambert Company and Warner-Lambert Company :
LLC, WARNER-LAMBERT COMPANY, WARNER- :
LAMBERT COMPANY LLC, and TEVA :
PHARMACEUTICALS USA, INC., :
:
Defendants. :
:
----------------------------------------x
: **ORAL ARGUMENT**
AND RELATED CASES (SEE EXHIBIT A) : **REQUESTED**
----------------------------------------:
x

## TEVA PHARMACEUTICALS USA, INC.'S
## MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(c), Defendant Teva Pharmaceuticals USA, Inc. ("Teva") respectfully moves this Court for an Order dismissing the Complaint in the above-captioned action, and the complaints pending in the Neurontin MDL No. 1629 in which Teva is listed a defendant (*see* Exhibit A, annexed hereto). The claims against Teva all fail to state a claim for relief, in that the claims against Teva are preempted by the

Supremacy Clause of the United States Constitution. The grounds for this motion are set forth more fully in Teva's accompanying Memorandum of Law In Support of Its Motion to Dismiss the Complaint.

In support of its Motion, Teva relies upon the attached Memorandum of Law and upon the annexed exhibits.

WHEREFORE, Teva respectfully requests that the Court dismiss this action as to Teva in its entirety.

### **REQUEST FOR ORAL ARGUMENT**

Teva believes that oral argument may assist the Court and wishes to be heard. Teva therefore requests oral argument on this motion at such time and date as may be convenient to the Court.

| | |
|---|---|
| Dated: June 12, 2009<br>Boston, Massachusetts | Respectfully submitted,<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>By its attorneys,<br><br>/s/ U. Gwyn Williams_____<br>U. Gwyn Williams (BBO # 565181)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2881<br>617.570.1000 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 12, 2009.

By: /s/ U. Gwyn Williams_____

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, U. Gwyn Williams hereby certify that counsel for Teva Pharmaceuticals USA, Inc. and counsel for Plaintiff Teresa Drinkwine had previously conferred and stipulated that Teva Pharmaceuticals USA would file this foregoing motion subsequent to resolution of Pfizer Inc.'s Motion to Dismiss on Preemption Grounds.

By: /s/ U. Gwyn Williams_____