# EXHIBIT D

# Guidance for Industry

## Changes to an Approved
## NDA or ANDA

U.S. Department of Health and Human Services
Food and Drug Administration
Center for Drug Evaluation and Research (CDER)
November 1999
CMC

# Guidance for Industry

## Changes to an Approved
## NDA or ANDA

*Additional copies are available from:*

*Drug Information Branch (HFD-210)*
*Center for Drug Evaluation and Research (CDER)*
*5600 Fishers Lane, Rockville, MD  20857 (Tel) 301-827-4573*
*Internet at http://www.fda.gov/cder/guidance/index.htm*

**U.S. Department of Health and Human Services**
**Food and Drug Administration**
**Center for Drug Evaluation and Research (CDER)**
**November 1999**
**CMC**

## TABLE OF CONTENTS

I.      INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II.     REPORTING CATEGORIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

III.    GENERAL REQUIREMENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

IV.     ASSESSING THE EFFECT OF MANUFACTURING CHANGES . . . . . . . . . . . . 4

V.      COMPONENTS AND COMPOSITION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

VI.     MANUFACTURING SITES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

VII.    MANUFACTURING PROCESS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

VIII.   SPECIFICATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

IX.     PACKAGE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2 0

X.      LABELING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

XI.     MISCELLANEOUS CHANGES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

XII.    MULTIPLE RELATED CHANGES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

ATTACHMENT A
        MANUFACTURING SITES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

ATTACHMENT B
        TYPE OF OPERATION AND CGMP INSPECTIONS . . . . . . . . . . . . . . . . . . . . 30

ATTACHMENT C
        CDER-APPROVED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

GLOSSARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

- A change in the crimp sealant.

7.  A change in the flip seal cap color, as long as the cap color is consistent with any established color coding system for that class of drug products.


## X.   LABELING

### A.   General Considerations

A drug product labeling change includes changes in the package insert, package labeling, or container label.  An applicant should promptly revise all promotional labeling and drug advertising to make it consistent with any labeling change implemented in accordance with the regulations.  All labeling changes for ANDA products must be consistent with section 505(j) of the Act.

### B.   Major Changes (Prior Approval Supplement)

Any proposed change in the labeling, except those that are designated as moderate or minor changes by regulation or guidance, should be submitted as a prior approval supplement.  The following list contains some examples of changes that are currently considered by CDER to fall into this reporting category.

1.  Changes based on postmarketing study results, including, but not limited to, labeling changes associated with new indications and usage.

2.  Change in, or addition of, pharmacoeconomic claims based on clinical studies.

3.  Changes to the clinical pharmacology or the clinical study section reflecting new or modified data.

4.  Changes based on data from preclinical studies.

5.  Revision (expansion or contraction) of population based on data.

6.  Claims of superiority to another product.

7.  Change in the labeled storage conditions, unless exempted by regulation or guidance.

### C.   Moderate Changes  (Supplement — Changes Being Effected)

24

A changes being effected supplement should be submitted for any labeling change that (1) adds or strengthens a contraindication, warning, precaution, or adverse reaction, (2) adds or strengthens a statement about drug abuse, dependence, psychological effect, or overdosage, (3) adds or strengthens an instruction about dosage and administration that is intended to increase the safe use of the product, (4) deletes false, misleading, or unsupported indications for use or claims for effectiveness, or (5) is specifically requested by FDA. The submission should include 12 copies of final printed labeling. The following list includes some examples of changes that are currently considered by CDER to fall into this reporting category.

1.    Addition of an adverse event due to information reported to the applicant or Agency.

2.    Addition of a precaution arising out of a postmarketing study.

3.    Clarification of the administration statement to ensure proper administration of the product.

4.    Labeling changes, normally classified as major changes, that FDA specifically requests be implemented using a changes being effected supplement.

### D.    Minor Changes (Annual Report)

Labeling with editorial or similar minor changes or with a change in the information concerning the description of the drug product or information about how the drug is supplied that does not involve a change in the dosage strength or dosage form should be described in an annual report. The following list includes some examples that are currently considered by CDER to fall into this reporting category.

1.    Changes in the layout of the package or container label that are consistent with FDA regulations (e.g., 21 CFR part 201), without a change in the content of the labeling.

2.    Editorial changes, such as adding a distributor's name.

3.    Foreign language versions of the labeling, if no change is made to the content of the approved labeling and a certified translation is included.

4.    Labeling changes made to comply with an official compendium.

### XI.    MISCELLANEOUS CHANGES

# Guidance for Industry

# Changes to an Approved NDA or ANDA

**U.S. Department of Health and Human Services**
**Food and Drug Administration**
**Center for Drug Evaluation and Research (CDER)**
**April 2004**
**CMC**

**Revision 1**

# Guidance for Industry

## Changes to an Approved NDA or ANDA

*Additional copies are available from:*

*Office of Training and Communications*
*Division of Drug Information, HFD-240*
*Center for Drug Evaluation and Research*
*Food and Drug Administration*
*5600 Fishers Lane*
*Rockville, MD 20857*
*(Tel) 301-827-4573*
*http://www.fda.gov/cder/guidance/index.htm*

**U.S. Department of Health and Human Services**
**Food and Drug Administration**
**Center for Drug Evaluation and Research (CDER)**
**April 2004**
**CMC**

**Revision 1**

# TABLE OF CONTENTS

I.    INTRODUCTION AND BACKGROUND ...........................................................................1

II.    REPORTING CATEGORIES .........................................................................................3

III.    GENERAL REQUIREMENTS .......................................................................................4

IV.    ASSESSING THE EFFECT OF MANUFACTURING CHANGES ..........................................5
    A.   ASSESSMENT OF THE EFFECTS OF THE CHANGE..........................................................5
        1.   *Conformance to Specifications*..........................................................................5
        2.   *Additional Testing*..........................................................................................6
    B.   EQUIVALENCE..............................................................................................6
    C.   ADVERSE EFFECT ........................................................................................7

V.    COMPONENTS AND COMPOSITION ...........................................................................7

VI.    MANUFACTURING SITES .........................................................................................8
    A.   GENERAL CONSIDERATIONS.........................................................................8
    B.   MAJOR CHANGES (PRIOR APPROVAL SUPPLEMENT).......................................9
    C.   MODERATE CHANGES (SUPPLEMENT - CHANGES BEING EFFECTED) .................10
        1.   *Supplement - Changes Being Effected in 30 Days*.........................................10
        2.   *Supplement - Changes Being Effected*...........................................................11
    D.   MINOR CHANGES (ANNUAL REPORT)............................................................11

VII.    MANUFACTURING PROCESS ...................................................................................11
    A.   GENERAL CONSIDERATIONS.........................................................................11
    B.   MAJOR CHANGES (PRIOR APPROVAL SUPPLEMENT).....................................12
    C.   MODERATE CHANGES (SUPPLEMENT - CHANGES BEING EFFECTED) .................14
        1.   *Supplement - Changes Being Effected in 30 Days*.........................................14
        2.   *Supplement - Changes Being Effected*...........................................................15
    D.   MINOR CHANGES (ANNUAL REPORT)............................................................15

VIII.    SPECIFICATIONS ...................................................................................................16
    A.   GENERAL CONSIDERATIONS.........................................................................16
    B.   MAJOR CHANGES (PRIOR APPROVAL SUPPLEMENT).....................................17
    C.   MODERATE CHANGES (SUPPLEMENT - CHANGES BEING EFFECTED) .................18
        1.   *Supplement - Changes Being Effected in 30 Days*.........................................18
        2.   *Supplement - Changes Being Effected*...........................................................18
    D.   MINOR CHANGES (ANNUAL REPORT)............................................................19

IX.    CONTAINER CLOSURE SYSTEM .............................................................................19
    A.   GENERAL CONSIDERATIONS.........................................................................19
    B.   MAJOR CHANGES (PRIOR APPROVAL SUPPLEMENT).....................................20
    C.   MODERATE CHANGES (SUPPLEMENT - CHANGES BEING EFFECTED) .................21
        2.   *Supplement - Changes Being Effected*...........................................................21
    D.   MINOR CHANGES (ANNUAL REPORT)............................................................22

X.    LABELING...........................................................................................................24
    A.   GENERAL CONSIDERATIONS.........................................................................24
    B.   MAJOR CHANGES (PRIOR APPROVAL SUPPLEMENT).....................................24
    C.   MODERATE CHANGES (SUPPLEMENT - CHANGES BEING EFFECTED) .................25

    D.    MINOR CHANGES (ANNUAL REPORT)..................................................................................26

XI.    MISCELLANEOUS CHANGES..................................................................................................26

    A.    MAJOR CHANGES (PRIOR APPROVAL SUPPLEMENT)..................................................26
    B.    MODERATE CHANGES (SUPPLEMENT - CHANGES BEING EFFECTED)..........................27
        1.    *Supplement - Changes Being Effected in 30 Days*................................27
        2.    *Supplement - Changes Being Effected*.....................................27
    C.    MINOR CHANGES (ANNUAL REPORT)..................................................................................27

XII.    MULTIPLE RELATED CHANGES.........................................................................................28

ATTACHMENT A: MANUFACTURING SITES.......................................................................29

ATTACHMENT B: TYPE OF OPERATION AND CGMP INSPECTIONS...........................31

ATTACHMENT C: CDER-APPROVED DRUG PRODUCTS....................................................34

GLOSSARY...................................................................................................................................35

*Contains Nonbinding Recommendations\**

better protective properties and any new primary packaging component materials have been used in and been in contact with CDER-approved semisolid drug products:

- Changes in the closure or cap.

- Increasing the wall thickness of the container.

- A change in or addition of a cap liner.

- A change in or addition of a seal.

- A change in the crimp sealant.

8.    A change in the flip seal cap color as long as the cap color is consistent with any established color coding system for that class of drug products.


## X.    LABELING

### A.    General Considerations

A drug product labeling change includes changes in the package insert, package labeling, or container label. In accordance with § 314.70(a)(4), an applicant must promptly revise all promotional labeling and drug advertising to make it consistent with any labeling change implemented in accordance with paragraphs (b) or (c) of § 314.70. All labeling changes for ANDA drug products must be consistent with section 505(j) of the Act.

### B.    Major Changes (Prior Approval Supplement)

Any proposed change in the labeling, except changes designated as moderate or minor by regulation or guidance, must be submitted as a prior approval supplement (§ 314.70(b)(2)(v)(A)). If applicable, any change to a Medication Guide required under 21 CFR part 208, except for changes in the information specified in § 208.20(b)(8)(iii) and (b)(8)(iv), must be submitted in a prior approval supplement (§ 314.70(b)(v)(B)). The following list contains some examples of changes currently considered by CDER to fall into this reporting category.

1.    Changes based on postmarketing study results, including, but not limited to, labeling changes associated with new indications and usage.

2.    Change in, or addition of, pharmacoeconomic claims based on clinical studies.

3.    Changes to the clinical pharmacology or the clinical study section reflecting new or modified data.

4.    Changes based on data from preclinical studies.

---

\* Insofar as this guidance adjusts reporting categories pursuant to section 506A of the Federal Food, Drug, and Cosmetic Act and 21 CFR 314.70, it does have binding effect.

*Contains Nonbinding Recommendations\**

5.    Revision (expansion or contraction) of population based on data.

6.    Claims of superiority to another drug product.

7.    Change in the labeled storage conditions, unless exempted by regulation or guidance.

## C.    Moderate Changes  (Supplement - Changes Being Effected)

Under § 314.70(c)(6)(iii), a changes-being-effected supplement must be submitted for any labeling change that (1) adds or strengthens a contraindication, warning, precaution, or adverse reaction, (2) adds or strengthens a statement about drug abuse, dependence,

\* Insofar as this guidance adjusts reporting categories pursuant to section 506A of the Federal Food, Drug, and Cosmetic Act and 21 CFR 314.70, it does have binding effect.

*Contains Nonbinding Recommendations\**

psychological effect, or overdosage, (3) adds or strengthens an instruction about dosage and administration that is intended to increase the safe use of the drug product, (4) deletes false, misleading, or unsupported indications for use or claims for effectiveness, or (5) normally requires a supplement submission and approval prior to distribution of the drug product that FDA specifically requests be submitted under this provision. A changes-being-effected supplement that provides for a labeling change under §§ 314.70(c)(6)(iii) must include 12 copies of final printed labeling (§ 314.70(c)(1)). The following list includes some examples of changes currently considered by CDER to fall into this reporting category.

1.    Addition of an adverse event due to information reported to the applicant or Agency.

2.    Addition of a precaution arising out of a postmarketing study.

3.    Clarification of the administration statement to ensure proper administration of the drug product.

## D.    Minor Changes (Annual Report)

Labeling with editorial or similar minor changes or with a change in the information concerning the description of the drug product or information about how the drug is supplied that does not involve a change in the dosage strength or dosage form should be described in an annual report (§ 314.70(d)(2)(ix) and (d)((2)(x)) . The following list includes some examples currently considered by CDER to fall into this reporting category.

1.    Changes in the layout of the package or container label that are consistent with FDA regulations (e.g., 21 CFR part 201) without a change in the content of the labeling.

2.    Editorial changes, such as adding a distributor's name.

3.    Foreign language versions of the labeling if no change is made to the content of the approved labeling and a certified translation is included.

4.    Labeling changes made to comply with an official compendium.

## XI.    MISCELLANEOUS CHANGES

### A.    Major Changes (Prior Approval Supplement)

The following are examples of changes considered to have a substantial potential to have an adverse effect on the identity, strength, quality, purity, or potency of a drug product as these factors may relate to the safety or effectiveness of the drug product.

---

\* Insofar as this guidance adjusts reporting categories pursuant to section 506A of the Federal Food, Drug, and Cosmetic Act and 21 CFR 314.70, it does have binding effect.