# EXHIBIT H

LIBNY/4831800.1

U.S. Department of Justice

Civil Division, Appellate Staff
950 Pennsylvania Ave., N.W., Rm: 7250
DNL:SSwingle                                                                     Washington, D.C. 20530

Sharon.Swingle@usdoj.gov                                                                    Tel: (202) 353-2689
                                                                                            Fax: (202) 514-8151

April 28, 2009

Ms. Marcia M. Waldron, Clerk
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

     Re:    *Joseph C. Colacicco v. Apotex Inc.*, No. 06-3107 (3d Cir.)

Dear Ms. Waldron:

     The United States has previously participated in the above-captioned case as amicus curiae in support of defendants-appellees. This Court entered judgment for defendants-appellees on Apr. 8, 2008. The plaintiffs filed a petition for certiorari, which the Supreme Court granted on Mar. 17, 2009. The Supreme Court vacated the judgment of this Court, and remanded the case for further consideration in light of *Wyeth v. Levine*, 555 U.S. ___ (2009).

     The purpose of this letter is to notify the Court that the United States does not take a position on whether plaintiffs-appellants' claims in this case are preempted. The Food and Drug Administration has not yet conducted the sort of reexamination of various preemption issues following the Supreme Court's decision in *Wyeth* that would be necessary to inform a position of the United States in this case. Accordingly, the United States hereby withdraws the amicus brief previously filed in this Court.

     Thank you very much for your attention to this matter.

                                                  Very truly yours,

                                                  /s/ Sharon Swingle

                                                  Sharon Swingle

cc: Harris Pogust
Derek Braslow
Pogust & Braslow
161 Washington Street, Suite 1520
Conshohocken, PA 19428

Charles A. Fitzpatrick, III
Arthur B. Keppel
Rawle & Henderson
1339 Chestnut Street
The Widener Building
One South Penn Square, 16th Floor
Philadelphia, PA 19107

Chilton D. Varner
Andrew T. Bayman
Erica M. Long
S. Samuel Griffin
King & Spaulding
1180 Peachtree Street
Atlanta, GA 30309

Joseph O'Neil
Lavin, O'Neil, Ricci, Cedrone & Disipio
190 North Independence Mall West
6th & Race Streets
Suite 500
Philadelphia, PA 19106

Allison Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009

Shanin Specter
David J. Caputo
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Fred S. Longer
Arnold Levin
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Arnold A. Vickery
Vickery & Waldner
One Riverway
Suite 1150
Houston, TX 77056

Kenneth S. Geller
Mayer Brown Rowe & Maw
1909 K Street, N.W.
Washington, DC 20006

Robert N. Weiner
Jeffrey L. Handwerker
Arnold & Porter
555 12th Street, N.W.
Washington, DC 20004

Michael X. Imbroscio
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004