UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Bulger v. Pfizer Inc.*, 1:07-cv-11425-PBS | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**ASSENTED-TO MOTION FOR LEAVE TO FILE AN OVERSIZED MEMORANDUM IN OPPOSITION TO PLAINTIFFS' EMERGENCY MOTIONS TO STRIKE DEFENSE EXPERT ROBERT GIBBONS, PH.D. AND, ALTERNATIVELY, TO STRIKE DR. GIBBONS' MARCH 2009 EXPERT REPORT AND BIPOLAR STUDY AND FOR RECONSIDERATION OF THE COURT'S NOVEMBER 2008 DECISION ALLOWING DR. GIBBONS' STUDY AND ARTICLE AT TRIAL**

Defendants Pfizer Inc. and Warner-Lambert Company (together, "Defendants") respectfully move for leave to file a 23-page memorandum in opposition to plaintiffs' Emergency Motions to Strike Defendants' Expert Robert Gibbons, Ph.D., and, alternatively, to Strike Dr. Gibbons' March 2009 Supplemental Expert Report and Bipolar Study and for Reconsideration of the Court's November 2008 Decision to Allow Dr. Gibbons' Study and Article at Trial (the "Emergency Motions"). [1804-1809]. Defendants' proposed memorandum is attached hereto as Exhibit A.

The grounds for this motion are as follows:

1. Plaintiffs filed two separate Emergency Motions to strike with respect to Dr. Gibbons on May 29, 2009. [1805, 1808]. Those motions were each accompanied by separate briefs totaling 38 pages.

2. Defendants wish to file one consolidated Opposition to Plaintiffs two Emergency Motions. Defendants proposed consolidated Opposition (attached as Exhibit A) stands at 23 pages.

3. Defendants believe that their proposed consolidated memorandum will assist the Court with respect to the issues raised.

4. Plaintiffs have assented to this motion.

WHEREFORE defendants respectfully request that the Court permit them to file their proposed oversized memorandum in opposition to Plaintiffs Emergency Motions.

Dated: June 12, 2009                                     Respectfully submitted,

                                                    SKADDEN, ARPS, SLATE,
                                                      MEAGHER & FLOM LLP

                                                By:    /s/ Mark S. Cheffo
                                                         Mark S. Cheffo

                                                Four Times Square
                                                New York, NY 10036
                                                Tel: (212) 735-3000

                                                     -and-

                                                SHOOK, HARDY & BACON L.L.P.

                                                By:    /s/ Scott W. Sayler
                                                         Scott W. Sayler

                                                2555 Grand Blvd.
                                                Kansas City, MO 64108-2613
                                                Tel: (816) 474-6550

                                                     -and-

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 12, 2009.

/s/ David B. Chaffin
David B. Chaffin