UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:   NEURONTIN MARKETING, SALES
        PRACTICES AND PRODUCTS
        LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T.
: Sorokin
:
:
:
:

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS'
CONSOLIDATED OPPOSITION TO PLAINTIFFS' EMERGENCY MOTIONS TO
STRIKE EXPERT ROBERT GIBBONS, PH.D. AND, ALTERNATIVELY, TO STRIKE
DR. GIBBONS' MARCH 2009 EXPERT REPORT AND BIPOLAR STUDY AND FOR
RECONSIDERATION OF THE COURT'S NOVEMBER 2008 DECISION ALLOWING
DR. GIBBONS' STUDY AND ARTICLE AT TRIAL**

I, Mark S. Cheffo, declare and state as follows:

       1.       I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom

LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC.  I make this

declaration based on my own personal knowledge and information.

       2.       Attached as Exhibit A is a true and correct copy of the May 31, 2009

Supplemental Report of Sander Greenland.

       3.       Attached as Exhibit B is a true and correct copy of an April 29, 2009 email

from Joseph Coyle to Robert Gibbons.

       4.       Attached as Exhibit C is a true and correct copy of a November 26, 2008

letter from Lori McGroder to Kenneth Fromson with attachments.

       5.       Attached as Exhibit D is a true and correct copy of a November 14, 2008

letter from Lori McGroder to Kenneth Fromson.

       6.       Attached as Exhibit E is a true and correct copy of a March 16, 2009 letter

from Lori McGroder to Keith Altman.

7.      Attached as Exhibit F is a true and correct copy of a February 10, 2009 letter from Lori McGroder to Kenneth Fromson.

8.      Attached as Exhibit G is a true and correct copy of a February 23, 2009 email from Lori McGroder to Keith Altman with attachments.

9.      Attached as Exhibit H is a true and correct copy of a February 5, 2009 letter from Lori McGroder to Kenneth Fromson.

10.      Attached as Exhibit I is a true and correct copy of an April 13, 2009 letter from Angela Seaton to Keith Altman and Jack London.

11.      Attached as Exhibit J is a true and correct copy of a June 4, 2008 letter from Lori McGroder to Kenneth Fromson.

12.      Attached as Exhibit K is a true and correct copy of emails from Lori McGroder to Keith Altman.

13.      Attached as Exhibit L is a true and correct copy of a "controlled trial Excel spreadsheet," provided to Plaintiffs on February 4, 2009 during Dr. Gibbons' deposition, and marked by Plaintiffs' counsel as deposition Exhibit 24.

14.      Attached as Exhibit M is a true and correct copy of a February 18, 2009 email from Lori McGroder to Keith Altman.

15.       Attached as Exhibit N is a true and correct copy of a two-page document containing Robert Gibbons' hand-written notes.

16.      Attached as Exhibit O is a true and correct copy of an excerpt from the *Daubert* hearing transcript.

17.      Attached as Exhibit P is a true and correct copy of a March 15, 2009 letter from Robert Gibbons to Joseph Coyle.

18.      Attached as Exhibit Q is a true and correct copy of Dr. Gibbons' manuscript accepted by the *Archives of General Psychiatry* entitled *The Relationship Between Antiepileptics and Suicide Attempts in Patients With Bipolar Disorder.*

- 3 -

Signed under the penalties of perjury this 12th day of June 2009.

/s/ Mark S. Cheffo
Mark S. Cheffo

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 12, 2009.

/s/ David B. Chaffin
David B. Chaffin