# EXHIBIT H



www.shb.com

February 5, 2009

**Lori C. McGroder**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2290 DD
816.421.5547 Fax
lmcgroder@shb.com

Mr. Keith L. Altman
FINKELSTEIN & PARTNERS
1279 Route 300
P. O. Box 1111
Newburgh, NY 12551

Dear Keith:

As I advised many times on the record during your 14 hour examination of Dr. Gibbons, we will work with you to produce items requested by plaintiffs during his deposition. It is worth noting that at no time have you, or anyone representing plaintiffs, contacted me to complain about an incomplete production of the Pharmetrics database, produced to you on November 14, 2008. In fact, the first time any complaint was raised by plaintiffs was in your Opposition to our Motion for Protective Order on January 28, 2009 -- more than two months after the production of the Pharmetrics database. Even after plaintiffs filed this brief, no one contacted me to request materials or discuss what you thought was an incomplete production.

As Dr. Gibbons testified yesterday, if you had notified us that you believed there was something missing from the Pharmetrics database production, we could and would have provided it well in advance of the deposition ensuring your opportunity to ask any questions you claim you were unable to ask as a result of not having this file. Despite your "lie in wait" strategy to raise this issue *at*, rather than *before*, the deposition, we have always worked cooperatively with plaintiffs in discovery matters and will continue to do so.

We are preparing a disc for production early next week that includes:

1.  The additional SAS file(s) we thought were on the original Pharmetrics disc (about which plaintiffs did not notify us until yesterday).

2.  The FORTRAN programs that Dr. Gibbons wrote to verify the SAS results.

3.  The ASCII files containing the data read by Dr. Gibbons' FORTRAN programs.

This is not to say there may not be additional materials plaintiffs are interested in receiving. You can contact me to identify and discuss any additional items plaintiffs

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

3316413v1



www.shb.com

Mr. Keith Altman
February 5, 2009
Page 2

request.  We can also discuss a continuation of Dr. Gibbons' deposition limited to the documents and materials provided following his two day deposition.

Sincerely,

Lori C. McGroder
Partner

LMG:lkw

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

3316413v1