# EXHIBIT I



www.shb.com

**Angela M. Seaton**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.421.5547 Fax
aseaton@shb.com

April 13, 2009

VIA U.S. MAIL

Jack W. London
Law Offices of Jack W. London &
Associates
3701 Bee Cave Rd., Suite 200
Austin, TX 78746

Keith Altman
Finkelstein & Partners, LLP
1279 Route 300
P.O. Box 1111
Newburgh, NY 12551

Gentleman:

This letter confirms that you have asked for and we have worked with Dr. Gibbons in an effort to provide the following documents:

> Email correspondence from Shook, Hardy & Bacon, LLP;
>
> Email correspondence from PHARMetrics;
>
> The check Dr. Gibbons wrote to Dr. Hur, see deposition testimony at Volume 3, pp. 7-12;
>
> The correspondence Dr. Gibbons received from the *Archives of General Psychiatry* related to his AED Manuscript entitled "The Relationship Between Antiepileptics and Suicide Attempts."

This letter serves as additional confirmation that Dr. Gibbons has searched his files to ensure that he has provided documents in the above categories that are responsive to your requests.

As I explained, Dr. Gibbons is currently out of the country. He returns on April 21. We will produce these documents to you sometime the week of his return.

Plaintiffs agree that with this production, defendants and Dr. Gibbons have satisfied the plaintiffs' discovery requests related to Dr. Gibbons, as set forth in correspondence between the parties dated February 8, February 10, March 10 and March 16 and that they will forego a motion to compel on issues raised in that correspondence.

Dr. Gibbons is available for deposition on Thursday, April 23 or Monday, April 27 subject to our agreement of April 16 specifically limiting the areas of inquiry to the new language in his Supplemental Expert Report, dated March 19, 2009, appearing in paragraphs 18-20, and Tables 2A, 2B, 2C, Tables 3, 3A, 3B, and 3C. As per our

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

3409937v1



www.shb.com

Jack W. London
Keith Altman
April 13, 2009
Page 2

conversations, although we will not set an arbitrary time limit, our expectation is that this will not be a full day deposition.

With regard to your request for additional deposition time with Dr. Gibbons closer to trial, now that trial has been set for July, 2009, it is not clear that Dr. Gibbons will have considered additional materials or formed supplemental opinions between now and trial. If he does, we will, of course, timely supplement under Rule 26. Absent such supplementation, we will not voluntarily agree to produce him separate and apart from the upcoming April deposition date.

If this letter does not set forth a correct and complete understanding of our verbal agreement, please contact me as soon as possible, as our production of Dr. Gibbons for deposition and production of the documents listed in this letter is premised on the agreement as set forth herein.

Sincerely,


Angela M. Seaton


AMS:trp

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

3409937v1