# EXHIBIT L

Sheet1

| TRIAL | TXARM | exposuredays | event4 | event5 | event6ab | ntotal | nonevent |
|---|---|---|---|---|---|---|---|
| 1032-001 | 1 | 252 | 0 | 0 | 0 | 252 | 252 |
| 1032-001 | 2 | 52 | 0 | 0 | 0 | 52 | 52 |
| 1032-001 | 3 | 179 | 0 | 0 | 0 | 179 | 179 |
| 1032-002 | 1 | 4250 | 0 | 0 | 0 | 157 | 157 |
| 1032-002 | 2 | 1336 | 0 | 0 | 0 | 53 | 53 |
| 1032-002 | 3 | 1378 | 0 | 0 | 0 | 52 | 52 |
| 1032-004 | 1 | 656 | 0 | 0 | 0 | 82 | 82 |
| 1032-004 | 2 | 336 | 0 | 0 | 0 | 42 | 42 |
| 1032-004 | 3 | 649 | 0 | 0 | 0 | 82 | 82 |
| 1035-001 | 1 | 152 | 0 | 0 | 0 | 152 | 152 |
| 1035-001 | 2 | 51 | 0 | 0 | 0 | 51 | 51 |
| 1035-001 | 3 | 122 | 0 | 0 | 0 | 122 | 122 |
| 1035-001B | 1 | 81 | 0 | 0 | 0 | 81 | 81 |
| 1035-001B | 2 | 20 | 0 | 0 | 0 | 20 | 20 |
| 1035-002 | 1 | 101 | 0 | 0 | 0 | 101 | 101 |
| 1035-002 | 2 | 49 | 0 | 0 | 0 | 49 | 49 |
| 1035-002 | 3 | 50 | 0 | 0 | 0 | 50 | 50 |
| 877-210G | 1 | 5614 | 0 | 0 | 0 | 58 | 58 |
| 877-210G | 2 | 7049 | 0 | 0 | 1 | 71 | 70 |
| 877-210P | 1 | 5784 | 1 | 0 | 0 | 61 | 60 |
| 877-210P | 2 | 6389 | 0 | 0 | 0 | 66 | 66 |
| 879-200 | 1 | 2177 | 0 | 0 | 0 | 44 | 44 |
| 879-200 | 2 | 2266 | 0 | 0 | 0 | 43 | 43 |
| 934-324 | 1 | 131 | 0 | 0 | 0 | 131 | 131 |
| 934-324 | 2 | 20 | 0 | 0 | 0 | 20 | 20 |
| 934-325 | 1 | 3579 | 0 | 0 | 0 | 129 | 129 |
| 934-325 | 2 | 598 | 0 | 0 | 0 | 21 | 21 |
| 934-335 | 1 | 60 | 0 | 0 | 0 | 60 | 60 |
| 934-335 | 2 | 30 | 0 | 0 | 0 | 30 | 30 |
| 945-005 | 1 | 17429 | 0 | 0 | 1 | 208 | 207 |
| 945-005 | 2 | 8238 | 0 | 0 | 0 | 98 | 98 |
| 945-006 | 1 | 16277 | 0 | 0 | 0 | 163 | 163 |
| 945-006 | 2 | 11300 | 0 | 0 | 0 | 109 | 109 |
| 945-009 | 1 | 2260 | 0 | 0 | 0 | 27 | 27 |
| 945-009 | 2 | 1640 | 0 | 0 | 0 | 18 | 18 |
| 945-010 | 1 | 2176 | 0 | 0 | 0 | 26 | 26 |

EXHIBIT 24 FOR I.D. 2/4/09 AC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 945-010 | 2 | 1240 | 0 | 0 | 0 | 16 | 16 |
| 945-019 | 1 | 131 | 0 | 0 | 0 | 9 | 9 |
| 945-019 | 2 | 180 | 0 | 0 | 0 | 12 | 12 |
| 945-020 | 1 | 73 | 0 | 0 | 0 | 5 | 5 |
| 945-020 | 2 | 95 | 0 | 0 | 0 | 6 | 6 |
| 945-077 | 1 | 15423 | 0 | 0 | 0 | 146 | 146 |
| 945-077 | 3 | 8046 | 0 | 0 | 0 | 74 | 74 |
| 945-077 | 4 | 6282 | 0 | 0 | 0 | 72 | 72 |
| 945-082 | 1 | 17892 | 0 | 0 | 1 | 181 | 180 |
| 945-082 | 4 | 8647 | 0 | 0 | 0 | 93 | 93 |
| 945-086 | 1 | 3385 | 0 | 0 | 0 | 43 | 43 |
| 945-086 | 2 | 3948 | 0 | 0 | 0 | 49 | 49 |
| 945-088 | 1 | 264 | 0 | 0 | 0 | 40 | 40 |
| 945-088 | 4 | 165 | 0 | 0 | 0 | 42 | 42 |
| 945-094 | 1 | 18565 | 0 | 1 | 0 | 110 | 109 |
| 945-094 | 2 | 15983 | 0 | 0 | 0 | 107 | 107 |
| 945-177 | 1 | 4921 | 0 | 0 | 0 | 43 | 43 |
| 945-177 | 3 | 3257 | 0 | 0 | 0 | 20 | 20 |
| 945-177 | 4 | 2960 | 0 | 0 | 0 | 20 | 20 |
| 945-186 | 1 | 5260 | 0 | 1 | 0 | 68 | 67 |
| 945-186 | 2 | 4784 | 0 | 0 | 0 | 65 | 65 |
| 945-203 | 1 | 2556 | 0 | 0 | 0 | 34 | 34 |
| 945-203 | 2 | 2471 | 0 | 0 | 0 | 35 | 35 |
| 945-204 | 1 | 2443 | 0 | 0 | 0 | 52 | 52 |
| 945-204 | 2 | 2297 | 0 | 0 | 0 | 51 | 51 |
| 945-209 | 1 | 2849 | 0 | 0 | 0 | 58 | 58 |
| 945-209 | 2 | 3361 | 0 | 0 | 0 | 59 | 59 |
| 945-210 | 1 | 4443 | 0 | 0 | 0 | 84 | 84 |
| 945-210 | 2 | 4150 | 0 | 0 | 0 | 81 | 81 |
| 945-211 | 1 | 5563 | 0 | 0 | 0 | 113 | 113 |
| 945-211 | 2 | 6016 | 0 | 0 | 0 | 116 | 116 |
| 945-213 | 1 | 6532 | 0 | 0 | 0 | 75 | 75 |
| 945-213 | 4 | 5520 | 0 | 0 | 0 | 65 | 65 |
| 945-217 | 1 | 6839 | 0 | 0 | 0 | 95 | 95 |
| 945-217 | 2 | 4119 | 0 | 0 | 0 | 55 | 55 |
| 945-220 | 1 | 7441 | 0 | 0 | 0 | 98 | 98 |
| 945-220 | 2 | 3445 | 0 | 0 | 0 | 45 | 45 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 945-224 | 1 | 11307 | 0 | 0 | 0 | 247 | 247 |
| 945-224 | 2 | 3538 | 0 | 0 | 0 | 77 | 77 |
| 945-271 | 1 | 4893 | 0 | 0 | 0 | 61 | 61 |
| 945-271 | 2 | 4889 | 0 | 0 | 0 | 59 | 59 |
| 945-295 | 1 | 9660 | 0 | 0 | 0 | 223 | 223 |
| 945-295 | 2 | 5029 | 0 | 1 | 0 | 111 | 110 |
| 945-306 | 1 | 7659 | 0 | 0 | 0 | 153 | 153 |
| 945-306 | 2 | 7361 | 0 | 0 | 1 | 152 | 151 |
| 945-421-222 | 1 | 1138 | 0 | 0 | 0 | 15 | 15 |
| 945-421-222 | 2 | 1038 | 0 | 0 | 0 | 15 | 15 |
| 945-439 | 1 | 75 | 0 | 0 | 0 | 15 | 15 |
| 945-439 | 2 | 76 | 0 | 0 | 0 | 15 | 15 |
| 945-439 | 3 | 153 | 0 | 0 | 0 | 30 | 30 |
| 945-448-001 | 1 | 4795 | 0 | 0 | 0 | 50 | 50 |
| 945-448-001 | 3 | 5064 | 0 | 0 | 0 | 52 | 52 |
| 945-475-283 | 1 | 42 | 0 | 0 | 1 | 1 | 0 |
| 945-8J | 2 | 13 | 0 | 0 | 1 | 1 | 0 |
| A9451008 | 1 | 15518 | 0 | 0 | 0 | 200 | 200 |
| A9451008 | 2 | 15639 | 0 | 0 | 0 | 189 | 189 |
| A9451139 | 1 | 206 | 0 | 0 | 0 | 206 | 206 |
| A9451139 | 2 | 103 | 0 | 0 | 0 | 103 | 103 |
| A9451140 | 1 | 522 | 0 | 0 | 0 | 522 | 522 |
| A9451140 | 2 | 262 | 0 | 0 | 0 | 262 | 262 |
| A9451141 | 1 | 515 | 0 | 0 | 0 | 515 | 515 |
| A9451141 | 2 | 258 | 0 | 0 | 0 | 258 | 258 |