# EXHIBIT M

**From:** McGroder, Lori (SHB) [LMCGRODER@shb.com]
**To:** KAltman@lawampmmt.com
**Subject:** SAS file? for studies submitted to FDA in 2006
**Date:** 2/18/2009 1:14:49 PM
**CC:**
**BCC:**

**Message:**

Keith,

In addition to the excel spreadsheet Dr. Gibbons provided at his deposition, see p.136 and Ex 24, my understanding is that Dr. Gibbons may have also considered the attached document which I believe provides "n's" the for study treatment arms in the RCTs submitted by Pfizer to FDA in 2006, which are addressed in his original analyses (before the FDA Statistical Review was released) set out in his Declaration and original expert report.   I am not totally certain whether he considered or used this document, but it was provided to him in response to his request at that time, so you can ask him about it if you like on March 5.   (As you know, Dr. Gibbons is out of pocket this week, so I didn't have a chance to call him about it, but wanted you to have the document as soon as possible.)

Thanks,

**Lori McGroder**
*Partner*
2555 Grand Boulevard
Kansas City, MO  64108
PHONE: 816.474.6550 x19024
FAX: 816.421.5547
lmcgroder@shb.com
www.shb.com


<<GBP Ns for SHB.pdf>>


**Attachments:**

GBP Ns for SHB.pdf

1

```
                                    The SAS System              17:47 Wednesday,
June 4, 2008    1
```

|            | Randomized Treatment ||||
|------------|------|------|------|------|
|            | 1    | 2    | 3    | 4    |
|            | N    | N    | N    | N    |
| Trial ID   |      |      |      |      |
| 1032-001   | 252  | 52   | 179  | .    |
| 1032-002   | 157  | 53   | 52   | .    |
| 1032-004   | 82   | 42   | 82   | .    |
| 1035-001   | 152  | 51   | 122  | .    |
| 1035-001B  | 81   | 20   | .    | .    |
| 1035-002   | 101  | 49   | 50   | .    |
| 877-210G   | 58   | 71   | .    | .    |
| 877-210P   | 61   | 66   | .    | .    |
| 879-200    | 44   | 43   | .    | .    |
| 934-324    | 131  | 20   | .    | .    |
| 934-325    | 129  | 21   | .    | .    |
| 934-335    | 60   | 30   | .    | .    |
| 945-005    | 208  | 98   | .    | .    |
| 945-006    | 163  | 109  | .    | .    |
| 945-009    | 27   | 18   | .    | .    |
| 945-010    | 26   | 16   | .    | .    |
| 945-019    | 9    | 12   | .    | .    |
| 945-020    | 5    | 6    | .    | .    |
| 945-077    | 146  | .    | 74   | 72   |
| 945-082    | 181  | .    | .    | 93   |
| 945-086    | 43   | 49   | .    | .    |

(Continued)

June 4, 2008    2                        The SAS System                17:47 Wednesday,

|  | Randomized Treatment | | | |
|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 |
|  | N | N | N | N |
| Trial ID | | | | |
| 945-088 | 40 | . | . | 42 |
| 945-094 | 110 | 107 | . | . |
| 945-177 | 43 | . | 20 | 20 |
| 945-186 | 68 | 65 | . | . |
| 945-203 | 34 | 35 | . | . |
| 945-204 | 52 | 51 | . | . |
| 945-209 | 58 | 59 | . | . |
| 945-210 | 84 | 81 | . | . |
| 945-211 | 113 | 116 | . | . |
| 945-213 | 75 | . | . | 65 |
| 945-217 | 95 | 55 | . | . |
| 945-220 | 98 | 45 | . | . |
| 945-224 | 247 | 77 | . | . |
| 945-271 | 61 | 59 | . | . |
| 945-295 | 223 | 111 | . | . |
| 945-306 | 153 | 152 | . | . |
| 945-421-222 | 15 | 15 | . | . |
| 945-439 | 15 | 15 | 30 | . |
| 945-448-001 | 50 | . | 52 | . |
| 945-475-283 | 1 | . | . | . |
| 945-8J | . | 1 | . | . |

(Continued)