# EXHIBIT N

1) Dr. Greenland criticizes you for excluding lamotrigine + topiramate on the basis of their statistically significant odds ratios. Is that what you did?

"No. I excluded them because they had the majority of events in both active treatment and placebo arms. As such, there was something clearly different about them or the patient populations in which they were studied. If the data are homogenous, why should 38% of the data contain 61% of the events?"

2) Dr. Greenland states that Gabapentin is not different from lamotrigine and topiramate because the confidence intervals for topiramate and lamotrigine risk differences include the Gabapentin risk difference of 0.28. Is this correct?

"No, the confidence interval for topiramate is 0.98 - 5.11 which does not include the risk difference for Gabapentin of 0.28. Gabapentin and topiramate are significantly different from one another and the difference approaches significance for

lamotrigine (0.24 — ).

3. Does Dr. Gren lend state that there
is statistical evidence of an association
of Gabapentin and suicide?

No, he states that "I concur with the
FDA analysis, which showed that any
conclusion regarding Gabapentin must be based
on a physiologic judgment of whether
Gabapentin effects resemble those of other
drugs in its class (a judgment that FDA

determined should be affirmative."
He then goes on to state:
"Because Dr. Gibbons is, like me, a
statistical expert, it is natural and indeed
expected that he focus on the statistical
aspects of the FDA analysis, which are
described by the agency in their statistical
review on 5/25/08. It should be remembered
however that this FDA statistical review
is an input into a broader scientific
analysis used by the FDA and that
the broad analysis involves elements beyond
the qualifications of both Dr. Gibbons and myself.
What broader analysis is he talking abo