# EXHIBIT O

```
 1                 UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
 2

 3  _____

 4  IN RE:  NEURONTIN MARKETING,
    SALES PRACTICES AND PRODUCTS
 5  LIABILITY LITIGATION,             Civil Action
                                      No. 04-10981-PBS
 6
                                      July 23, 2008, 9:22a.m.
 7  _____

 8

 9

10         TRANSCRIPT OF DAUBERT HEARING DAY 3

11          BEFORE THE HONORABLE PATTI B. SARIS

12              UNITED STATES DISTRICT JUDGE

13                         and

14          HONORABLE MARCY S. FRIEDMAN

15              NEW YORK SUPREME COURT

16          JOHN J. MOAKLEY U.S. COURTHOUSE

17                  1 COURTHOUSE WAY

18                  BOSTON, MA  02210

19

20
              DEBRA M. JOYCE, RMR, CRR
21              Official Court Reporter
          John J. Moakley U.S. Courthouse
22         1 Courthouse Way, Room 5204
                Boston, MA  02210
23                617-737-4410

24

25
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFFS:

 3   ANDREW G. FINKELSTEIN, ESQ.
     KENNETH B. FROMSON, ESQ.
 4   Finkelstein & Partners, LLP.
     436 Robinson Avenue
 5   Newburgh, New York  12550

 6   JACK W. LONDON, ESQ.
     Jack W. London & Associates, P.C.
 7   3710 Bee Cave Road, Suite 200
     Austin, TX  78746
 8
     W. MARK LANIER, ESQ
 9   Lanier Law Office
     6810 FM 1960 Road W
10   Houston, TX 77069
     713-659-5200
11
     FOR THE DEFENDANTS:
12

13   JAMES P. ROUHANDEH, ESQ.
     Davis, Polk & Wardwell
14   450 Lexington Avenue
     New York, NY  10017
15
     JAMES E. HOOPER, ESQ.
16   Wheeler Trigg Kennedy, LLP
     1801 California Street, Suite 3600
17   Denver, Colorado 80202-2617

18   SCOTT W. SAYLER, ESQ.
     LORI CONNORS McGRODER, ESQ.
19   JENNIFER M. STEVENSON, ESQ.
     Shook, Hardy & Bacon, LLP
20   2555 Grand Boulevard
     Kansas City, MO  64108-2613
21
     RICHARD M. BARNES, ESQ.
22   Goodell, DeVries, Leech & Dann, LLP
     One South Street, 20th Floor
23   Baltimore, MD  21202

24

25
```

PDF created with pdfFactory trial version www.pdffactory.com

```
1                         INDEX
2

3   WITNESS                  Direct   Cross   Redirect   Recross

4   ROBERT GIBBONS

5       By Mr. Lanier                 368
        BY Ms. McGroder                       420, 530
6
    CHARLES P. TAYLOR
7
        By Mr. Hooper         436

8

9   ANTHONY ROTHSCHILD

10      By Ms. McGroder       450              526
        By Mr. Finkelstein             475
11

12
    CLOSING ARGUMENTS
13
        By Mr. Sayler         535
14      By Mr. Finkelstein    556

15

16                       E X H I B I T S

17

18
    Exhibit No.   Description                        Received
19
        6         Transcript of FDA hearing             525
20

21

22

23

24

25
```

PDF created with pdfFactory trial version www.pdffactory.com

Case 1:04-cv-10981-PBS   Document 1837-16   Filed 06/12/09   Page 5 of 13

530

```
1            No further questions.
2            JUDGE SARIS:  Thank you.
3            MS. McGRODER:  Dr. Gibbons.
4                    REDIRECT EXAMINATION
5   BY MS. McGRODER:
6   Q.  Now, Dr. Gibbons, recognizing that --
7            JUDGE SARIS:  He's just responding to this most
8   recent declaration, right?
9            MS. McGRODER:  Exactly.  And have your Honors
10  had a chance it review it?
11           JUDGE SARIS:  Not much.
12  BY MS. McGRODER:
13  Q.  So we're very briefly going to address the new
14  declaration that has been submitted by Dr. Greenland
15  today, which you've just had a short time review.
16           JUDGE SARIS:  This is in lieu of a declaration.
17           MS. McGRODER:  I sure hope so.  It depends on
18  how much you want to hear about it.
19           JUDGE SARIS:  I haven't read it.
20           MS. McGRODER:  I'm a little worried about that,
21  because it's sort of abstract, you not having a chance
22  to review it.
23           JUDGE FRIEDMAN:  I'm sorry, Counselor, if we
24  think we need something further after we've had a full
25  opportunity to review the Greenland submission, we'll
```

```
 1   let you know.
 2             MS. McGRODER:  Okay, great.
 3   BY MS. McGRODER:
 4   Q.   Dr. Gibbons, you've now read a report by
 5   Dr. Greenland and three declarations by Dr. Greenland,
 6   the most recent one provided today, correct?
 7   A.   Correct.
 8   Q.   In any of those reports and declarations, has
 9   Dr. Greenland ever offered the opinion that there is a
10   statistically significant association between Neurontin
11   and suicidal thinking and behavior?
12   A.   Never.
13   Q.   Has Dr. Greenland ever offered the opinion in any
14   report or declaration that Neurontin is capable of
15   causing suicide?
16   A.   Never.
17   Q.   Now, Dr. Greenland has made a couple of criticisms
18   regarding your most recent supplemental report, we're
19   just going to take them one by one, okay?
20   A.   Sure.
21   Q.   If I misstate Dr. Greenland's declaration, I'm sure
22   you'll clear it, up.
23   A.   I live for the opportunity.
24   Q.   Dr. Greenland criticizes you for excluding
25   lamotrigine and topiramate in your analysis on the basis
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1    of a statistically significant odds ratio.  Have I
 2    stated that correctly?
 3    A.   Close enough.
 4    Q.   Can you explain that?
 5    A.   Sure, let me explain.
 6         What Dr. Greenland said that I did is I took a
 7    look at lamotrigine, which confidence interval doesn't
 8    include zero here, these are risk differences, this is
 9    FDA figure 5, I believe, for their statistical report,
10    and also for topiramate and said, well, those two are
11    the only two statistical significant ones so I'm going
12    to throw those two out and I'm going to look at the rest
13    of them.  That's not what I did, and I testified in this
14    Court that's not what I did.
15         What I did was I noticed that lamotrigine and
16    topiramate contained the majority of events, both in the
17    placebo and in active treatment.  On the basis of that,
18    I said those two drugs, which account for about a third
19    of the data but they account for almost two-thirds of
20    all the events, seem to be acting differently.  I want
21    to take a look at the remaining drugs without those two
22    drugs in there.  It so happened that they're also
23    statistically significant, and when you removed them,
24    you don't see a signal, it just doesn't flow.  So that's
25    what I did, which is very different from what
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1   Dr. Greenland has said that I did.
 2            The second point -- do you want to ask a
 3   question?
 4   Q.   I do.  So big deal.  So Dr. Greenland said you
 5   kicked out lamotrigine and topiramate because they did
 6   have significant odds ratios.  What's wrong with that?
 7   A.   Somebody could say I was doing this based on
 8   cherry-picking, that somehow I have a collection of
 9   studies, some of them are significant some of them
10   aren't significant and I threw away the significant ones
11   based on looking at the data already and then I looked
12   at everything else.  I mean, in part, that's still a
13   sort of valid sensitivity analysis, but I didn't do
14   that.
15            What I did do is I noticed that the overall
16   rates were much higher for those two drugs, and I
17   excluded them on the basis of that, not on the basis of
18   whether or not there was a significant difference
19   between them and placebo.
20   Q.   And now, Dr. Greenland did his own analysis and
21   compared, if I have this right -- compared gabapentin
22   statistically to the odds ratios for topiramate and
23   lamotrigine, and opined that statistically there's no
24   difference really between gabapentin and lamotrigine and
25   topiramate; is that fair?
```

PDF created with pdfFactory trial version www.pdffactory.com

1  A.    Yeah.  So what he said was, look, you got rid of
2  these two drugs and I'm assuming you got rid of them
3  because they were statistically significant, but the
4  confidence intervals for lamotrigine and topiramate for
5  these risk differences include the point estimate of the
6  gabapentin risk difference of .28.  So you don't have
7  any reason to say that gabapentin is statistically
8  significantly different from lamotrigine and topiramate,
9  so what are you really talking about?  He made a fatal
10 flaw here.  He looked at these figures, which are not
11 drawn all that well, but he didn't look at the number.
12 If you look at the lower confidence limit for
13 topiramate, it's .98.  If you look at the point estimate
14 for gabapentin, it's .28, it is not included in the
15 confidence interval for topiramate, for the risk
16 differences.  It is statistically significant.  And for
17 lamotrigine, it goes from .24, and this is .28, it's
18 borderline significant.  It's almost significant.
19       So his statement that .28 lies within the
20 confidence interval of .98, the 5.11 is just wrong.  I
21 don't know where he got that, but he didn't get it from
22 FDA and he didn't get it from the data and so any
23 comments on the basis of that just are completely
24 without force.
25 Q.    So just to summarize, if Dr. Greenland's opinion is

PDF created with pdfFactory trial version www.pdffactory.com

```
 1    that you can't differentiate gabapentin from topiramate
 2    and lamotrigine statistically significantly, that's
 3    wrong?
 4    A.   Topiramate is statistically different from
 5    gabapentin, and lamotrigine approaches significance.
 6           MS. McGRODER:  That's all I have.  Thank you,
 7    Dr. Gibbons.
 8           Unless you have any questions.
 9           MR. FINKELSTEIN:  Just -- I offer to your
10    Honors -- this is not an epi offer, but if you want to
11    hear from Dr. Greenland, we're happy to bring him in.
12           JUDGE SARIS:  So is the evidence now closed?
13           MR. FINKELSTEIN:  Yes.
14           THE COURT:  The evidence is closed?
15           MS. McGRODER:  Yes, it is your Honor.
16           JUDGE SARIS:  You're the moving party on the
17    Daubert.
18           MR. SAYLER:  Thank you.
19           JUDGE SARIS:  I am going to hold you each to
20    half an hour, simply because I do need to leave at 3:30.
21           MR. SAYLER:  If I may, your Honor, here are the
22    slides that I prepared for the closing.  I can't promise
23    I'll get through each and every one, but I'll do my
24    best.
25           First, on behalf of all of us, a sincere thank
```

PDF created with pdfFactory trial version www.pdffactory.com

1  you to both Courts for all the time, energy, and
2  attention that you've devoted to this very important
3  matter.
4          Plaintiffs' experts are lacking in any
5  controlled clinical trial data or epidemiologic data
6  specific to Neurontin establishing a statistically
7  significant association between Neurontin and
8  suicidality.  Plaintiffs' experts, as we've heard over
9  the three days of hearing, attempt to overcome this
10 deficiency by relying very heavily on a theory of
11 biological plausibility.
12         I'd like to begin by explaining why plaintiffs'
13 biological plausibility theory fails as a matter of fact
14 or law to help them overcome their Daubert and Frye
15 hurdles.
16         Plaintiffs' experts' biological plausibility
17 theory is scientifically flawed for three dispositive
18 independent reasons.  We boil it down to these three
19 reasons and I'll address each of them very briefly with
20 evidence that the Court has seen already and we have on
21 all these Power Point slides attempted to identify
22 specifically where in the record all of the cited
23 materials are contained.
24         The first flaw in the plaintiffs 'theory is
25 their premise that elevated GABA activity leads to

PDF created with pdfFactory trial version www.pdffactory.com

1  depression and suicidality is contradicted by scientific
2  knowledge on the relationship between GABA activity and
3  those conditions.
4      You've seen this before.  The leading textbook
5  on psychopharmacology establishes that depression is
6  associated with reduced, not elevated, GABA activity in
7  humans.
8      Contradicting plaintiffs' experts' hypothesis is
9  the fact that agents and therapies that treat depression
10 are known to increase GABA levels directly in
11 contradiction of the plaintiffs' experts' opinion.
12     This is why, for example, on the paper on yoga
13 and the fact that it increases GABA, the authors of that
14 study have stated that this suggests that the practice
15 of yoga should be explored as a treatment for disorders
16 with low GABA levels, such as depression and anxiety
17 disorders.
18     The second point, even if plaintiffs' premise
19 were correct, plaintiffs' experts have presented no
20 scientific proof that Neurontin increases GABA activity,
21 and that's the key word, GABA activity, in humans.
22     Next, next.
23     We heard a lot about the Petroff and Kuzniecky
24 studies.  The Petroff and Kuzniecky studies did not
25 measure whether Neurontin increases extracellular GABA

PDF created with pdfFactory trial version www.pdffactory.com

1  activity.  All these studies did is measure whole brain
2  or total tissue GABA levels, both intra- and
3  extracellular, and, as with yoga and therapies and
4  treatments that treat depression, showed that there was
5  an increase in total tissue GABA levels.  But these
6  studies did not assess or measure whether Neurontin
7  increases extra cellular GABA activity.
8          Next, please.
9          This is why Dr. Kruszewski testified that these
10 studies basically give individuals gabapentin and they
11 show an increase in whole brain GABA.  The ultimate
12 effect of how that interacts with monoamine
13 neurotransmitters, that work is yet to be done.  That
14 was Dr. Kruszewski's testimony.
15         The fact of the matter is, that work is yet to
16 be done in a way that supports the plaintiffs' case.
17 There have been human studies measuring the effect of
18 active GABA levels of Neurontin on active GABA levels in
19 humans.
20         Next slide, please.
21         Those are the Ben-Menachem studies.  The
22 Ben-Menachem studies that both short-term and long-term
23 use of Neurontin has no effect on active GABA levels.
24 That is, by measuring CSF GABA levels or GABA levels in
25 the cerebrospinal fluid.  No effect on active GABA