# EXHIBIT Q

Word Count: 4343
Tables: 3
Figures: 2

**The Relationship Between Antiepileptics and Suicide Attempts in Patients with Bipolar Disorder**

Robert D. Gibbons[1]
Kwan Hur[1,2]
C. Hendricks Brown[1,3]
J. John Mann[4]

[1]Center for Health Statistics, University of Illinois at Chicago
Rooms 455-457 (MC 912), 1601 W. Taylor, Chicago, IL 60612, USA

[2]Cooporate Studies Program Coordinating Center,
Hines VA Hospital, Hines, IL 60141

[3]Prevention Science and Methodology Group,
Center for Family Studies, Department of Epidemiology and Public Health, University of
Miami, 1425 N.W. 10th Avenue, Miami, Florida 33136

[4]Department of Neuroscience, New York State Psychiatric Institute
Department of Psychiatry, Columbia University College of Physicians & Surgeons
1051 Riverside Drive, New York, NY 10032, USA

March 2009

**Corresponding Author:**
Robert D. Gibbons, Ph.D.
Director, Center for Health Statistics
University of Illinois at Chicago
1601 W. Taylor
Chicago, IL 60614
Phone: (312) 413-7755
Fax:    (312) 996-2113
Email: rdgib@uic.edu

**Acknowledgements:** This work was supported by NIMH grants MH062185 (JJM) and
R56 MH078580 (RDG and CHB), and MH40859 (CHB) and AHRQ grant
1U18HS016973 (RDG).   Dr. Gibbons has served or is currently serving as an expert
witness for the U.S. Department of Justice, Wyeth and Pfizer Pharmaceuticals, the latter
involving gabapentin, one of the drugs considered in this paper.  Dr. Mann has received
research support from GlaxoSmithKline and has served as an adviser to Eli Lilly and
Lundbeck Pharmaceuticals.  Dr. Brown directed a suicide prevention program at the
University of South Florida that received funding from JDS Pharmaceuticals.  Dr. Hur

assisted Dr. Gibbons in some analyses of data related to the above listed expert testimony work. Dr. Gibbons had full access to all of the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis. The data were obtained from PHARMetrics and purchased as a part of the above listed litigation by Pfizer for $15,000. Pfizer was not involved in any of the research related to this manuscript or the data used in this study and did not review the results or the manuscript prior to submission for publication.

## ABSTRACT

**Context:**  On January 31, 2008, FDA issued an alert regarding increased risk of suicidal thoughts and behavior with antiepileptic drugs (AED) (1).  On July 10, 2008, an FDA scientific advisory committee voted yes that there was a significant positive association between AEDs and suicidality but voted against placing a black box warning on AEDs for suicidality.  **Objective:** To determine if AEDs increase risk of suicide attempt in patients with bipolar disorder.  **Design:**  A pharmacoepidemiologic study in which suicide attempt rates were compared before and after treatment and to a no medication comparison group.  Analyses were restricted to AED and lithium monotherapy.  **Setting:** We used the PharMetrics medical claims database to study the relationship between the 11 AEDs identified in the FDA alert and lithium to suicide attempts.  **Main Outcome Measure:**  Suicide attempts.  **Patients:** A cohort of 47,918 patients with bipolar disorder with a minimum of a one-year window of information before and after the index date of their illness.  **Results:**  Overall, there was no significant difference in suicide attempt rates for patients treated with an AED (13/1000 PY) versus patients not treated with either an AED or lithium (13/1000).  In AED treated subjects, the rate of suicide attempts was significantly higher prior to treatment (72/1000) than after treatment (13/1000).    In patients receiving no concomitant treatment with an antidepressant, other AED or antipsychotic, AEDs were significantly protective relative to no pharmacologic treatment (3/1000 versus 15/1000).  **Conclusions:**  Despite FDA reports regarding increased risk of suicidality associated with AED treatment, the current study reveals that as a class, AEDs do not increase risk of suicide attempts in patients with bipolar disorder relative to patients not treated with an AED or lithium.  AEDs reduce suicide attempt rates both

relative to patients not receiving any psychotropic medication and relative to their own pre-treatment levels.

**INTRODUCTION**

Anticonvulsant medications are life saving in the treatment of seizure disorders and are also extensively used for other indications such as mood disorders and trigeminal neuralgia.  In March of 2005, The Food and Drug Administration (FDA) sent letters to sponsors of 11 antiepileptic drugs (AEDs) requesting the submission of suicidality data from randomized clinical trials (RCTs).  The data consisted of suicide-related adverse event reports and a search for suicide-related terms in electronic data bases related to the studies. The 11 AEDs included gabapentin, divalproex, felbamate, lamotrigine, levetiracetam, oxcarbazepine, pregabalin, tiagabine, topiramate, zonisamide, and carbamazepine. FDA (2) conducted a meta-analysis of 199 placebo-controlled trials including 43,892 patients (27,863 in drug treatment groups and 16,029 in placebo). 0.43% of the patients in drug treatment groups reported suicidal behavior or ideation versus 0.22% of the patients in placebo groups. 2.1 per 1000 (95% CI: 0.7, 4.2) more treated patients reported suicidal behavior or ideation than placebo controls.  On January 31, 2008, FDA issued an alert to health care providers warning of increased risk of suicidal thoughts and behavior with AEDs (1).  On July 10, 2008 FDA's  scientific advisory committee voted that there was a significant association between AEDs and suicidality but voted against a black box warning.

Previous pharmacoepidemiologic studies of AEDs and suicide in bipolar patients have been conducted (3,4).   One study (3) compared suicide completion and attempt rates between lithium, gabapentin, divalproex, and carbamazepine in a cohort of 12,662 bipolar patients from an Oregon Medicaid medical claims database.  There were 11

suicides and 79 attempts. Relative to lithium, divalproex had higher suicide attempt (SA) rates, and gabapentin had higher rates of suicide completion. The authors concluded that lithium may have protective effects; however it remained unclear whether or not lithium protects these patients against suicide completion. They also note that the difference between lithium and gabapentin in suicide rates could be due to confounding by indication, where gabapentin users may also suffer from chronic pain and be at even higher suicidal risk. The study did not control for previous SAs or previous treatment with lithium. It may be the case that more severely ill patients who did not respond to lithium were then prescribed gabapentin, and it is this lack of treatment response that is related to increased suicide incidence. The study was limited to only 11 suicides, and has not been replicated.

The second study (4) involved 20,638 bipolar disorder patients from two large integrated health plans from California and Washington. SA rates were 31.3/1000 person years (PY) for divalproex versus 10.8/1000 for lithium, a significant difference following adjustment for age, sex, comorbid medical and psychiatric conditions and concomitant use of other psychotropic drugs. Completed suicide rates were also higher for divalproex versus lithium (1.7/1000 versus 0.7/1000). Again, there was no adjustment for previous SAs or comparison to patients who were not treated with either lithium or an AED.

Completed suicide and attempted suicide are major concerns for people with bipolar disorder (5-8). In the absence of treatment, approximately 10 per thousand individuals with bipolar disorder complete suicide annually and about 40 per thousand attempt

suicide (5). These risks are approximately one hundred-fold higher (completed suicide) and ten-fold greater (SAs) than those for the general population (5). That makes this a population of interest in detecting the effect on suicide risk of AEDs in comparison to a no-treatment group. Further, the FDA warning implicated all 11 AEDs as a whole, which is surprising given their often quite different modes of action. This paper examines the association between AED treatment and risk of SA exclusively in a population of bipolar patients.  Relative to previous studies, we examined a larger cohort of bipolar patients, a larger set of AEDs (i.e., 11 AEDs and lithium) and considered monotherapy only, thereby reducing the confounding effect of treatment resistance from the analysis.  We also adjusted for concomitant therapy (antidepressants, antipsychotics and other anticonvulsants) and SAs in the year prior to diagnosis.  Our two primary analyses compared SA rates between individuals who did or did not received AED or lithium treatment as well as within individuals before and after initiation of treatment.  Finally, we performed a series of sensitivity analyses to determine the extent to which our findings were dependent on the various assumptions underlying our primary analysis.

## METHODS

*Data*

Data for this study came from the PharMetrics Patient Centric Database, the largest national patient-centric database of longitudinal integrated health care claims data commercially available from PHARMetrics®, Inc., under unrestricted license. These national data are not statistically different from the 2000 U.S. Census distributions of age,

gender, and region.  The universe of data are comprised of medical, specialty, facility, and pharmacy paid claims from more than 85 managed care plans nationally, representing more than 47 million covered lives.

### Definition of Cohort and SA

Data were collected during fiscal years 2000 through 2006.  All patients with an ICD 9 diagnosis of bipolar disorder (ICD-9 codes: 296.0x, 296.1x, and 296.4x-296.8x) who were continuously enrolled in the same health care plan for at least one year before and after the index diagnosis date were included in the sample.   A total of 47,918 patients met these criteria, and there were 1,226 patients with at least one SA. The ICD 9 codes used to identify SAs were E950-E959, where subcategories are E950-E952 (self-inflicted poisoning), E953 (self-inflicted injury by hanging), E954 (drowning), E955 (self-inflicted injury by firearms), E956 (self-inflicted injury by cutting), E957 (self-inflicted injury by jumping from high places), E958 (other/unspecified self-inflicted injury), and E959 (late effects of self- inflicted injury).  Based on this definition, our discussion of SAs includes deliberate self harm.

### Treatment and Comparator Groups

To help insulate our findings from bias we restricted our attention to AED monotherapy.  AED monotherapy was defined for the one-year period following the index episode as taking only one of the 11 AEDs and not taking lithium.  Concomitant antidepressant, other anticonvulsant, and antipsychotic medications were included as covariates.  Lithium monotherapy was also examined.  As comparator groups, we considered (a) patients who

received none of the 11 AEDs or lithium following diagnosis and (b) patients who received no CNS medication.

*Primary Analysis*

Primary analysis of these data was based on Poisson regression models using the number of patient exposure days as an offset. The method of generalized estimating equations (GEE) was used for within-subject analyses that compared SA rates before and after initiation of therapy. Poisson regression analysis was used for between subject comparisons of no medication (i.e., 11 AEDs and lithium) to pre-treatment and post-treatment AED and lithium conditions respectively. Comparing no AED/lithium treatment to the pre-treatment period allows us to examine selection effects. The term pre-treatment indicates prior to the initiation of AED or Li+ monotherapy from the time of diagnosis. To adjust for other potential confounders, all models included concomitant other anticonvulsants, antidepressants, antipsychotics, previous SAs (in the year prior to the index diagnosis), age, sex, and year (2000-2006) as covariates. Results were expressed as event rate ratios (ERR) and associated confidence intervals (CI). The ERR is a rate multiplier which reflects the increased rate associated with treatment versus no treatment. An ERR of 2.0 reflects a doubling of the rate whereas an ERR of 0.5 reflects one-half the risk.

*Sensitivity Analyses*

A series of sensitivity analyses were performed to examine various aspects of our primary model specification on the results of our analyses. These sensitivity analyses

included (a) Monotherapy defined up to the first SA or one year (logistic regression), (b) same as (a) but restricted to patients with at least a 30 day supply of an AED, (c) same as (a) but excluding patients with SAs on the day of the index diagnosis.

As a further sensitivity analysis (d) we used a person-time logistic regression model (9,10), where AED treatment was modeled as a time-varying covariate, and the hazard rate of SA was estimated on a month by month basis. Unlike the previous analyses where exposure was considered constant from the time of treatment initiation through the one-year follow-up, in this analysis, treatment was evaluated on a month by month basis. This analysis combines patients who did not take an AED with non-medication months for patients who did take an AED, and compares them to active treatment months. This analysis determines the effects of duration and pattern of exposure on our overall conclusions. This model also adjusted for month, which allowed the risk of SA to decrease (or increase) over time. An additional sensitivity analysis (e) was the same as (d) but was restricted to those highest risk patients who made a SA in the year prior to the index episode.

The final sensitivity analysis (f) was conducted in an attempt to provide a causal inference. In this analysis we used propensity score matching (11) to obtain a 1:1 matched sample of patients who took AED monotherapy versus those who did not take an AED or lithium, where potential confounders included the previously described covariates. For each pair (i.e., AED versus no-AED or lithium) the number of days post diagnosis for the treated patient was used to define the exposure period. A simple comparison of rates between the AED and non-AED groups (pre and post-exposure) was

then performed using GEE.  This analysis provides a causal inference to the extent that

the propensity score matching adjusts for confounding between patients treated and not

treated, and the matching on date of treatment initiation adjusts for the natural course of

SAs over time (i.e., they become less frequent as a function of time from the index

episode (12)).

## RESULTS

*Primary Analyses*

Table 1 presents number of patients at risk, number of SAs, PY of exposure and rate of

SAs per 1000 PY of exposure before and after initiation of treatment during the year

following the index diagnosis.  These statistics are provided for each of the AEDs,

lithium, the combination of all AEDs, no AEDs or lithium, and no CNS treatment at all.

Table 1 reveals that there were a total of 13,385 patients who received one of the 11

AEDs and 25,432 patients who did not receive any of the 11 AEDs or lithium.  Post

treatment SA rates for AEDs (13/1000 PY) and lithium (18/1000 PY) were comparable to

no treatment rates (13/1000 PY).  Of the 25,432 patients who did not receive an AED or

lithium, 11,207 (44%) also did not receive any other CNS medication.  Their SA rate was

15/1000 PY.   Felbamate, levetiracetam, pregabalin, tiagabine, and zonisamide had

insufficient data for drug-level analysis.  Figure 1 presents a graphical summary of SA

by treatment (before and after).

**Table 1**
**Suicide Attempt Rate per 1,000 Person Years Before and After Treatment by AED, Lithium and No Treatment**

| Drug Use | # at Risk | # Attempts Before tx | Person Years | Rate before Tx per 1,000 Person Years | # Attempts After tx | Person Years | Rate after Tx per 1,000 Person Years |
|---|---|---|---|---|---|---|---|
| Gabapentin | 1,229 | 13 | 213 | 61 | 13 | 1,016 | 13 |
| Divalproex | 4,581 | 40 | 412 | 97 | 38 | 4,169 | 9 |
| Felbamate | na | | | | | | |
| Lamotrigine | 4,412 | 24 | 613 | 39 | 50 | 3,799 | 13 |
| Levetiracetam | 42 | 0 | 6 | 0 | 0 | 36 | 0 |
| Oxcarbazepine | 1,463 | 30 | 164 | 183 | 20 | 1,299 | 15 |
| Pregabalin | 85 | 0 | 29 | 0 | 0 | 56 | 0 |
| Tiagabine | 80 | 0 | 16 | 0 | 0 | 64 | 0 |
| Topiramate | 1,063 | 11 | 184 | 60 | 24 | 879 | 27 |
| Zonisamide | 84 | 2 | 11 | 182 | 0 | 73 | 0 |
| Carbamazepine | 346 | 2 | 40 | 50 | 9 | 306 | 29 |
| Any of 11 AEDs | 13,385 | 122 | 1,688 | 72 | 154 | 11,697 | 13 |
| 11 AEDs only | 1,910 | 9 | 204 | 44 | 5 | 1,706 | 3 |
| Lithium | 2,518 | 23 | 233 | 99 | 40 | 2,285 | 18 |
| No AED or Li+ | 25,432 | 334 | 25,432 | 13 | | | |
| No Medication | 11,207 | 170 | 11,207 | 15 | | | |

Following treatment there was no overall significant difference in SA rates for patients treated with an AED (13/1000 PY) versus patients not treated with an AED or lithium (13/1000 PY), ERR = 0.88, (CI: 0.72-1.08), $p < 0.22$. Similar results were seen for the individual AEDs, with the exception of topiramate (27/1000 PY ERR=1.87, (CI: 1.22-2.87), $p < 0.004$) and carbamazepine (29/1000 PY, ERR=2.37, (CI:1.21-4.61), $p < 0.01$) which had significantly greater post-treatment risk relative to no treatment (see Table 2). A small but significant post-treatment increase for lithium versus no treatment was also found (ERR=1.46, (CI: 1.04-2.03), $p < 0.03$). Overall, AEDs were associated with lower

SA rates than lithium (13/1000 versus 18/1000, ERR=0.62, (CI: 0.44-0.89), p<0.008); however, pre-treatment SA rates were not significantly higher for patients treated with lithium (99/1000 PY) relative to AEDs (72/1000 PY; adjusted ERR is 0.80, (0.51-1.25), p = 0.325).   While not statistically significant, the increased rate of SAs observed before treatment for lithium might account for the modestly higher post treatment rate for lithium relative to AEDs.

The rate of SAs was significantly greater prior to any AED treatment (72/1000 PY) than after treatment (13/1000 PY), ERR=0.19, (CI: 0.11-0.26), p<.0001.  Similar reductions in SA rates were seen for the individual drugs and lithium, although the results for topiramate (60/1000 vs. 27/1000, ERR=0.52, (CI: 0.18-1.48), p<0.22) and carbamazepine (50/1000 vs. 29/1000, ERR=0.76, (CI: 0.10-6.01), p<0.80) were not statistically significant (see Table 2).   The pre-treatment rate of SAs in patients who ultimately received AED treatment was significantly higher than the no treatment SA rate (ERR=4.88, (CI: 3.91-6.09), p<0.0001) suggesting that patients who receive AED treatment were more severely impaired.  A similar result was found for lithium (see Table 2).

**Table 2**
**Event Rate Ratios (Confidence Intervals) Comparing Suicide Rates Before and After Treatment with AED and Lithium and Against No Drug**

| Drug | Post-Drug vs. No Drug | | Pre-Drug vs. No Drug | | Post-Drug vs. Pre-Drug | |
|---|---|---|---|---|---|---|
| | ERR (CI) | p | ERR (CI) | p | ERR (CI) | p |
| Gabapentin | 1.16 (0.66-2.05) | .60 | 6.11 (3.46-10.79) | .0001 | 0.15 (0.05-0.47) | .001 |
| Divalproex | 0.72 (0.51-1.02) | .06 | 7.27 (5.16-10.25) | .0001 | 0.10 (0.05-0.19) | .0001 |
| Lamotrigine | 0.85 (0.62-1.16) | .31 | 2.49 (1.63-3.81) | .0001 | 0.33 (0.19-0.59) | .0001 |
| Oxcarbazepine | 0.98 (0.62-1.56) | .94 | 10.78 (7.31-15.86) | .0001 | 0.09 (0.04-0.24) | .0001 |
| Topiramate | 1.87 (1.22-2.87) | .004 | 3.96 (2.15-7.29) | .0001 | 0.52 (0.18-1.48) | .22 |
| Carbamazepine | 2.37 (1.21-4.61) | .01 | 3.21 (0.80-12.94) | .10 | 0.76 (0.10-6.01) | .80 |
| Lithium | 1.46 (1.04-2.03) | .03 | 7.19 (4.65-11.11) | .0001 | 0.23 (0.11-0.49) | .0001 |
| Any AED | 0.88 (0.72-1.08) | .22 | 4.88 (3.91-6.09) | .0001 | 0.19 (0.11-0.26) | .0001 |
| AED only | 0.19 (0.08-0.47) | .0003 | 2.85 (1.46-5.57) | .002 | 0.05 (0.02-0.18) | .0001 |

ERR – Event Rate Ratio – ERR=2.0 indicates a doubling of the rate, ERR=0.5 indicates a halving of the rate.  These are adjusted for concomitant other AEDs (other than the 11 identified by FDA), antidepressants, antipsychotics, previous SAs (in the year prior to the index diagnosis), age, sex, and year (2000-2006).

SA rates for patients treated with no CNS drug (15/1000 PY) was significantly higher (ERR=0.19, (CI: 0.08-0.47), p<0.0003) than patients treated with an AED only (3/1000 PY).   In the absence of concomitant treatment, AEDs were associated with significantly decreased risk of SA relative to untreated patients, despite an almost three-fold increased risk prior to treatment (44/1000 versus 15/1000, ERR=2.85, (CI: 1.46-5.57), p<0.002), and exhibited significant reduction with treatment.   The post-treatment adjusted SA rate

was one twentieth of the pre-treatment rate (44/1000 versus 3/1000, ERR=0.05, (CI: 0.02-0.18), p<0.0001).



Figure 1: Suicide Attempt Rates Before and After Treatment

*Sensitivity Analyses*

The sensitivity analyses reported here are for all AEDs combined.  Similar results were found for the individual AEDs (available from the authors), but they have less statistical power because of reduced sample size.  All but the last sensitivity analysis were restricted to a single SA per individual.  The first sensitivity analysis defined monotherapy prior to the first SA if present.  The odds ratio (OR) for any AED versus no AED or lithium was OR=0.58, CI=0.48-0.71, p<0.0001 (12.6/1000 PY versus 15.3/1000 PY).  The second sensitivity analysis only considered the AED to be present if the cumulative prescription(s) consisted of a 30 day or more supply, and revealed quite similar results OR=0.58, CI=0.47-0.71, p<0.0001 (12.5/1000 PY versus 15.3/1000 PY).  The third sensitivity analysis excluded SAs made on the index episode date and revealed no significant treatment related differences (OR=0.91, CI=0.73-1.12, p<0.37).

The fourth sensitivity analysis was a person-time logistic regression model that related AED treatment on a monthly basis to the first SA.  A significant decrease in SA rate associated with AED treatment (OR=0.59, CI=0.47-0.75, p<0.0001) was found.  Figure 2 presents the estimated hazard functions (post-diagnosis) for treated and untreated patients.

**Figure 2**

Hazard Functions for Suicide Attempts over Time

Comparison of AED versus No-AED



Adjusted for age, sex, concomitant medication, previous suicide attempt and year

Overall the SA rate decreases with time; however, the rates are lower in AED treated patients throughout. Restricting the analysis to only those patients (n=662) that made a SA in the year prior to the index diagnosis revealed an even larger decrease in SA rate associated with treatment (OR=0.35, CI=0.17-0.74, p<0.005).

The final sensitivity analysis involved 1:1 propensity score matching of patients that did and did not take an AED and initial exposure date assignment for each pair based on the patient who took the AED. Table 3 presents the covariate distributions for AED and no-AED groups before and after matching. Table 3 presents differences in means for age, and proportions (all other variables), and standardized differences (mean or proportion difference divided by pooled standard deviation). As a rule of thumb, standardized

differences of 10% or less are considered well matched (13).   Table 3 reveals large

imbalances prior to matching, which disappear in the matched sample.  Comparison of

the AED and no-AED groups revealed that prior to treatment, the rate of SAs was

70.52/1000 PY for treated and 38.07/1000 PY for untreated (OR=1.85, CI=(1.22-2.81),

p<0.0037).  Following treatment the SA rate was 12.88/1000 PY for the treated and

10.46/1000 for untreated (OR=1.23, CI=(0.89-1.71), p<0.22).  These results reveal that

even after matching, the pre-treatment SA rate is significantly elevated; however,

following treatment there is no significant difference in SA rates between those who did

and did not receive AED treatment.

Table 3
Comparison of Patient Characteristic Distributions in Original and Propensity Score
Matched Samples

| Variable | Original Dataset (n = 38,817) | | | Matched Dataset (n = 25,574) | | |
|---|---|---|---|---|---|---|
| | NoMed % or mean | AED % or mean | STD Difference | NoMed % or mean | AED % or mean | STD Difference |
| Male | 40.2 | 40.0 | 0.5 | 40.3 | 40.1 | 0.5 |
| Previous suicide attempt | 1.1 | 1.6 | 4.0 | 1.4 | 1.6 | 1.4 |
| Anticonvulsant before index date | 5.2 | 11.8 | 23.9 | 9.1 | 10.5 | 4.8 |
| Anticonvulsant after index date | 6.0 | 14.9 | 29.6 | 10.9 | 13.0 | 6.7 |
| Antidepressant before index date | 39.4 | 66.9 | 57.5 | 67.3 | 65.5 | 3.9 |
| Antidepressant after index date | 42.4 | 70.6 | 59.4 | 71.9 | 69.3 | 5.8 |
| Antipsychotic before index date | 13.1 | 23.6 | 27.4 | 21.4 | 22.5 | 2.6 |
| Antipsychotic after index date | 19.9 | 41.1 | 47.3 | 36.1 | 38.7 | 5.4 |
| Age | 35.4 (15.9) | 34.6 (15.2) | 4.9 | 34.6 (15.5) | 34.7 (15.3) | 0.7 |

**DISCUSSION**

Drawing causal inference from observational data is complicated in general, but even more complicated for the study of suicide. First, suicide and SAs are rare events and their determinants are difficult to estimate precisely in all but the largest samples. Second, suicide is related to the indication for treatment (i.e., a psychiatric disorder) and is therefore difficult to disentangle from the possible effects of treatment. Third, a SA can lead to the identification of the psychiatric disorder that can in turn lead to treatment. It is not uncommon to find patients who have a SA, diagnosis of depression or bipolar disorder, and initiate treatment all on the same day. While this SA is not the consequence of initiating treatment, it can inflate the rate of SAs observed prior to initiation of treatment or in those patients that do not receive treatment. Fourth, the natural course of psychiatric illnesses exhibits a decrease in SAs over time from diagnosis. This can make it appear that the SA rate is higher prior to treatment initiation than after, giving the false appearance of a protective effect. Fifth, patients who receive treatment often have increased severity of illness and may therefore be at increased suicidal risk to begin with.

This study reveals that AEDs do not increase risk of SAs relative to patients not treated with an AED or lithium. Among patients not receiving any concomitant treatment, the SA rate in AED treated patients was significantly lower than untreated patients. Our analysis also reveals that there is a selection effect in that the pre-treatment SA rate is 5 times higher than the rate in untreated patients. If pre-treatment SA rates reflect severity of illness, it is the more severely impaired patients who receive treatment with an AED or lithium. Nevertheless, the post-treatment SA rate is significantly reduced in

relative to their elevated pre-treatment levels to the level found at or below patients not receiving treatment.   This finding suggests a possible protective effect of AED treatment on suicidality. Similar findings for lithium (14) and both lithium and AEDs (15) have been reported.

Possible exceptions are topiramate and carbamazepine which did not show significant reduction in SA rates with treatment and had post treatment SA rates significantly higher than untreated levels.   Nevertheless, even for these two AEDs, there was no evidence that they increased suicide rates.

Sensitivity analyses revealed that our findings were robust to duration of treatment, defined as duration of 30 days or more, or defined on a monthly basis.  The later analysis reveals that despite the systematic decreases in SA rates over time, there remains a statistically significant decrease in SA rate for patients treated with an AED.  Similar results were found for multiple attempts or a single attempt per person.  Similar results were observed when monotherapy was defined for the entire year following the index episode or just until the first SA.  Excluding all SAs that occurred on the index episode date produced an odds ratio less than 1.0, but was no longer statistically significant.  This finding suggests that some of the difference between patients treated with an AED and those not treated may be due to the identification of bipolar disorder because of the SA. To further examine this possibility, we matched AED treated and untreated patients in terms of potential confounders and compared pre and post treatment periods based on the treatment initiation day for the treated patient.   Treated patients still had elevated pre-

treatment SA rate but no difference following treatment. AED treatment therefore appears to produce a larger decrease in SA rates because the patients who ultimately receive AED treatment have a higher rate of SAs prior to receiving treatment. The exception to this is the case of patients who received no CNS treatment at all versus those that only received an AED, where the post AED treatment rate was significantly lower than the no treatment rate (3/1000 patient years versus 15/1000 patient years). Finally, restricting attention to those patients at highest risk for SA (i.e., those patients making a SA in the year prior to the index episode) revealed an even larger significant reduction in SA rate with AED treatment, suggesting that benefit of AED treatment may be greatest for the highest risk patients.

The question arises as to the source of the difference between the results reported here and the findings of the FDA meta-analysis of RCTs. There are several possibilities. First, FDA's analysis was based on adverse events reports of suicidal thoughts and behavior, whereas our analysis is based exclusively on SAs. Second, FDA's meta-analysis combined several indications including psychiatric, pain, and epilepsy. Note that FDA's sub-analysis for psychiatric indications was not significant (OR=1.51, CI=0.95-2.45). Third, the majority of the suicidality events in the FDA analyses were observed for only 2 of the 11 AEDs, lamotrigine and topiramate. Sixty-one percent of all of the events were observed for these two drugs and they were the only two drugs that showed significant association with suicidality risk (lamotrigine OR=2.08, CI=1.03-4.40; topiramate, OR=2.53, CI=1.21-5.85). By contrast, the other 9 drugs showed no significant association with suicidality either individually or in combination (OR=1.127,

CI=0.652-1.948, p=0.78).  FDA's meta-analysis could have been driven by lamotrigine and topiramate.  Note that the increased overall risk of SA for lamotrigine may reflect the increased use and number of trials for psychiatric indications; however, this is not true for topiramate, and would not account for the increased ORs for these two drugs.  Fourth, the results of FDA's analysis could be affected by two different ascertainment biases. Patients treated with a drug will have more side effects than patients on placebo and therefore more opportunity to report their suicidal thoughts (16).  SAs made by taking an overdose of study medication will result in contact with the health care system (e.g., an emergency room) and therefore have a greater likelihood of being detected than an overdose on placebo (17).

With respect to the previous report by Collins and McFarland (3), their study was restricted to lithium, divalproex, gabapentin, and carbamazepine.  For these four drugs, they identified 79 SAs in 7017 PY whereas we identified 100 attempts in 7776 PY, so the overall incidence rate for these four drugs was slightly higher in our study.  In terms of SA rates, they found rates of 6, 19, 10, and 17 per 1000 PY for lithium, divalproex, gabapentin, and carbamazepine respectively, whereas our post-treatment incidence rates were 18, 9, 13, and 29 respectively.   Rates reported by Goodwin and colleagues (4) were generally higher than those found by Collins and McFarland (3) and somewhat closer to our study with the exception of divalproex: 11, 31, and 22 per 1000 PY for lithium, divalproex, and carbamazepine respectively.   Completed suicide rates for bipolar patients treated with lithium have been reported as 0.7/1000 (18), 1.6/1000 (4) and 1.9/1000 (14) PY.

The major differences between our study and the two previous studies are that (a) we were able to adjust for pre-treatment SAs, (b) we considered AEDs and lithium monotherapy whereas they designated patients in terms of their first treatment, (c) we included a no treatment comparator group, and (d) we had pre-treatment data which permitted a within-subject analysis.

Finally, our estimates of the untreated SA rate of 13 per 1000 PY for no treatment with any of the 11 AEDs or lithium and 15 per 1000 PY for no treatment with any AED, antidepressant, or antipsychotic medication is considerably below the rate of 40 per 1000 reported by Baldessarini and colleagues (5).  Note however, that among those bipolar patients who go on to be treated with an AED, the rate is 72 SAs per 1000 patient years and for those who are ultimately treated with lithium, the SA rate is 99 per 1000 patient years.  As such their reported rate of 40 per 1000 may be a reasonable estimate of the overall rate of SAs in untreated bipolar patients averaging over the entire range of severity of illness.

It should be noted that anticonvulsants as a class have not demonstrated thymoleptic efficacy in bipolar disorder.  Some AEDs exert mood regulation such as carbamazepine or divalproex or have antidepressant effects like lamotrigine, and others apparently do not such as topiramate, gabapentin or oxcarbamazepine. Some AEDs have not been adequately evaluated such as zonisamide, levetiracetam and tiagabine. A comparison of anticonvulsants with known efficacy (including lithium) to those with no antimanic or

antidepressant properties suggests that post treatment SA rates are relatively similar. Carbamazepine and topiramate had the highest post-treatment SA rates whereas divalproex had the lowest rate. Overall treatment efficacy at least in RCTs does not appear to adequately explain the differences in post-treatment SA rates observed in our study.

There are several limitations of our study. First, our results are based on medical claims data and there is likely to be under-reporting of SAs. Second, we do not have access to information on completed suicides in this population. Third, our analyses do not incorporate intensity of treatment. Fourth, patients were not randomized to treatment, and there may be other factors that play a significant role in the process by which specific treatments are selected for patients. For example, drugs such as lamotrigine and divalproex are prescribe predominantly for bipolar disorder and may therefore reflect higher suicide risk due to confounding by indication. Fifth, diagnoses were obtained from electronic data systems and not from structured psychiatric interviews. Sixth, our analyses do not consider treatment adherence, which may play an important role in suicidal behavior. Seventh, while all patients in the cohort had bipolar disorder, there may have been concomitant diagnoses such as pain or epilepsy disorders for which the AED was actually prescribed. While this does not limit our ability to determine if there is an association between AED treatment and SAs, the comorbid diagnosis may further increase the suicidal risk in these patients (19). Finally, bipolar disorder is characterized by a large variety of symptom intensity and severity, which may further confound our ability to disentangle selection effects from the effects of AED treatment.

In summary, the present analysis provides no evidence that AEDs increase risk of SAs among patients with bipolar disorder.  Most AEDs and lithium are associated with reduction in SA rates relative to pre-treatment levels in those patients who are ultimately prescribed these drugs.   In patients treated with no other psychotropic medication, AEDs as a whole significantly reduced the SA rate below that of patients who received no psychopharmacological treatment, despite the fact that their pre-treatment SA rate was almost 3 times higher than those who did not receive treatment.  In the rest of the population, the SA rate in AED treated patients is either equal to or significantly less than the rate for patients not treated with an AED, depending on the analysis and cohort examined.

## REFERENCES

1. Information for Healthcare Professionals Suicidality and Antiepileptic Drugs. http://www.fda.gov/CDER/Drug/InfoSheets/HCP/antiepilepticsHCP.htm, January 31, 2008.

2. Statistical review and evaluation. http://www.fda.gov/ohrms/dockets/ac/08/briefing/2008-4372b1-01-FDA.pdf, May 23, 2008.

3. Collins JC, & McFarland BH. Divalproex, lithium, and suicide among Medicaid patients with bipolar disorder. *Journal of Affective Disorders*. 2008;107:23-28.

4. Goodwin, FK, Fireman, B, Simon, GE, Hunkeler, EM, Lee, J, Revicki, D.  Suicide risk in bipolar disorder during treatment with lithium and divalproex. *JAMA*. 2003; 290:1467–1473.

5. Baldessarini RJ, Pompili M, Tondo L. Suicide in bipolar disorder: risks and management. *CNS Spectr*. 2006;11:465–471.

6. Goodwin FK. 1999. Anticonvulsant therapy and suicide risk in affective disorders. *J. Clin. Psychiatry*. 1999;60 (Suppl 2):89–93.

7. Baldessarini, RJ, Tondo, L. Suicide risk and treatments for patients with bipolar disorder. *JAMA*. 2003;290:1517–1519.

8. Müller-Oerlinghausen, B, Berghöfer, A, Bauer, M. Bipolar disorder. *Lancet*. 2002;359:241–247.

9. Gibbons  R.D., Duan N., Meltzer D., Pope, A., Penhoet E.D., Dubler N.N., Francis C.K., Gill, B., Guinan E., Henderson M., Ildstad S.T., King, P.A., Martinez-Maldonado M., Mclain G.E., Murray J.E., Nelkin D. Spellman M.W, and Pitluck S. Waiting for Organ Transplantation: Results of an analysis by an Institute of Medicine Committee, *Biostatistics*, *4*, 207-222, 2003.

10. Efron B. Logistic regression, survival analysis, and the Kaplan Meier curve (1988). JASA 83, 414-425.

11. Rosenbaum P,  Rubin DB.  The Central Role of the Propensity Score in Observational Studies for Causal Effects.  Biometrika 1983; 70: 41-50.

12. Søndergård L. Antidepressants / Mood-stabilizing Treatment and Risk of Suicide - a pharmacoepidemiological study. Danish Medical Bulletin. 2007; 54:45-46

13. Austin PC. A critical appraisal of propensity-score matching in the medical literature between 1996-2003.  Statistics in Medicine. 2007; 27:2037-2049.

14. Kessing LV, Søndergård L, Kvist K, Andersen PK. Suicide Risk in Patients Treated With Lithium. Archives of General Psychiatry 2005;62:860-866.

15. Søndergård L, Lopez AG, Andersen PK, Kessing LV. Mood-stabilizing pharmacological treatment in bipolar disorders and risk of suicide. Bipolar Disorders. 2008; 10: 87-94.

16. Posner K, Oquendo MA, Gould M, Stanley B, Davies M: Columbia classification algorithm of suicide assessment (C-CASA): Classification of suicidal events in the FDA's pediatric suicidal risk analysis of antidepressants. *American Journal of Psychiatry*. 2007;164:1035-1043.

17. Gibbons R.D., Brown C.H., Hur K., Marcus S., Bhaumik D.K., Mann J.J.  The relationship between antidepressants and suicide: Results of analysis of the Veterans Health Administration datasets. *American Journal of Psychiatry*, 2007;164:1044-1049:2007.

18. Tondo L, Hennen J, Baldessarini RJ. Lower suicide risk with long-term lithium treatment in major affective illness: a meta-analysis. *Acta Psychiatr Scand*. 2001;104:163-172.

19. Christensen J, Vestergaard P, Mortensen P, Sidenius P, Agerbo E. Epilepsy and risk of suicide: a population-based case-control study, Lancet Neurol. 2007; 6: 693-698.