UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: <br><br> *Bulger v. Pfizer Inc., et al.* <br> Case No. 1:07-cv-11426-PBS | |

## DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR A CONTINUANCE OF THE TRIAL DATE AND ENTRY OF A NEW PRETRIAL SCHEDULE

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of a letter from Mark S. Cheffo to Kenneth B. Fromson, dated June 10, 2009.

Signed under the penalties of perjury this 12th day of June 2009.

                                                                                    s/ Mark S. Cheffo
                                                                                    Mark S. Cheffo

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 12, 2009.

/s/ David B. Chaffin
David B. Chaffin