# EXHIBIT A

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212 735-2183
DIRECT FAX
917 777-2183

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

June 10, 2009

BY FAX & U.S. MAIL
Kenneth B. Fromson, Esq.
Finkelstein & Partners, LLP
1279 Rte. 300, P.O. Box 1111
Newburgh, NY 12551

RE:   Bulger v. Pfizer

Dear Ken:

In light of the Court's Order yesterday, limiting each side to 21 hours and directing the parties to revise their respective exhibit lists and deposition designations, we need to reach an agreement on a date for a mutual and simultaneous exchange of the revised exhibit lists and deposition designations. Since the Court has not altered any of the current pre-trial deadlines, objections remain due on June 22, 2009, along with a host of other items.

To meet the June 22nd and other deadlines, we propose that the parties exchange revised lists and designations electronically, between 4:45 p.m. and 5:00 p.m. on Wednesday, June 17, 2009. Hard copies can be sent overnight for Thursday delivery. As part of the revised lists and designations, we propose that the parties use the same lists, numbering and format, and simply excise exhibits or designations from them. This will enable both sides to readily identify the "dropped" exhibits and testimony.

I am hopeful that the revised lists and designations will be more manageable and will require far fewer issues for the Court to resolve. By nature of the 21 hour limit, the number of actual exhibits should be substantially reduced.

Ken Fromson, Esq.
June 10, 2009
Page 2


       Please let me know if Plaintiff will agree to Pfizer's proposal. We are willing to discuss alternate proposals, provided they have enough time to comply with the June 22nd deadline.

       Sincerely yours,

       Mark S. Cheffo