UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>*Bulger v. Pfizer Inc., et al.*<br>Case No. 1:07-cv-11426-PBS | |

**DEFENDANTS' EMERGENCY MOTION FOR A CONFERENCE WITH THE COURT**

Defendants Pfizer Inc and Warner-Lambert Company LLC, by their counsel, respectfully move for an emergency conference with the Court, in person or by telephone, in connection with newly obtained information that is both highly material to this action and extremely sensitive. Because of the sensitivity of the information at issue, Defendants are currently not at liberty to disclose additional details to the Court or Plaintiff's counsel absent confidentiality protections beyond those provided in the governing stipulated protective order. Defendants have, however, given Plaintiff's counsel advance notice of this motion.

Defendants do not make this motion lightly, and seek the Court's guidance as to how to proceed.

WHEREFORE, Defendants request an opportunity to appear before the Court, on an emergency basis, to present this newly obtained, material, and highly sensitive information *in camera* or in another manner that would maintain its confidentiality. Defendants are, of course,

willing to provide additional information to the Court in advance of a conference, but would ask that the Court impose strict limitations, including "attorneys eyes only" restrictions pending the conference.

Dated: June 17, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By: <u>/s/ Mark S. Cheffo</u>
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

      -and-

BOIES, SCHILLER & FLEXNER LLP

By: <u>/s/ William S. Ohlemeyer</u>
      William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

      -and-

SHOOK, HARDY & BACON L.L.P.

By: <u>/s/ Scott W. Sayler</u>
      Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

      -and-

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I certify that counsel have attempted in good faith to resolve or narrow the issues presented by this motion and that the provisions of Local Rule 7.1 have been complied with.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 17, 2009.

/s/ David B. Chaffin
David B. Chaffin