UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER, INC., and | Judge Patti B. Saris |
| AETNA, INC. v. PFIZER, INC. | Magistrate Judge Leo T. Sorokin |

## MOTION TO FILE DOCUMENTS UNDER SEAL

The Coordinated Plaintiffs respectfully submit this motion to file under seal certain documents filed in support of the Coordinated Plaintiffs' Surreply to Defendants' Motion for Summary Judgment.

Pursuant to the stipulated Protective Order entered in this case by the Court on January 10, 2005, "all documents and materials filed with the Court containing or reflecting the contents of Confidential Information shall be filed in sealed envelopes . . ." *See* Exhibit A, Stipulated Protective Order at Section 3(f).

Pursuant to that Order, Coordinated Plaintiffs respectfully leave to file the following documents under seal:

1.      The Exhibits to the Declaration of Linda Nussbaum, dated June 18, 2009 contain information that has been designated as Confidential or Highly Confidential in this action, or reflect such information.

2.      The Exhibit to the Declaration of Rodney St. John, dated June 11, 2009 contain information that has been designated as Confidential in this action.

3.      The Declaration of Nicolas A. Wieder, dated June 15, 2009 contains Kaiser's confidential business information.

4.      The Declaration of David Campen, dated June 12, 2009 contains Kaiser's confidential business information.

5.      The Declaration of Dale Daniel, dated June 12, 2009 contains Kaiser's confidential business information.

6.      The Declaration of Norman Muilenburg, dated June 15, 2009, and its accompanying exhibits contain information that has been designated as Confidential in this action and contains Kaiser's confidential business information.

7.      The Declaration of Mirta Millares, dated June 12, 2009, and its accompanying exhibits contain information that has been designated as Confidential in this action and contains Kaiser's confidential business information.

8.      The Declaration of Michael Brodeur, dated June 16, 2009, contains Aetna's confidential business information.]

9.      The Declaration of Ariel Fernando, dated June 15, 2009, contains Guardian's confidential business information.

10.     The Coordinated Third Party Payor ("TPP") Plaintiffs Surreply to Defendants' Reply to Coordinated TPP Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 and to Defendants' Response to Coordinated TPP Plaintiffs' Counterstatement of Undisputed and Disputed Facts in Opposition to Defendants' Motion for

Summary Judgment, dated June 18, 2009, incorporates confidential information and information that has been designated Confidential from the above documents.

11.    The Memorandum of Law in Support of the Coordinated Third Party Payor ("TPP") Plaintiffs' Surreply to Defendants Motion for Summary Judgment, dated June 18, 2009, incorporates confidential information and information that has been designated Confidential from the above documents.

WHEREFORE, the Coordinated Plaintiffs respectfully request they be permitted to file under seal their Opposition to Defendants' Motion for Summary Judgment, and accompanying documents.

Respectfully Submitted,

| Dated: June 18, 2009 | For the  Coordinated Plaintiffs: |
|---|---|
|  | /s/ Linda P. Nussbaum<br>KAPLAN FOX & KILSHEIMER LLP<br>Linda P. Nussbaum, Esq.<br>850 Third Avenue, 14th Floor<br>New York, New York 10022 |
|  | RAWLINGS & ASSOCIATES, PLLC<br>Mark D. Fischer, Esq.<br>Mark Sandmann, Esq.<br>325 W. Main Street<br>Louisville, KY 40202 |
|  | LOWEY DANNENBERG BEMPORAD & SELINGER, PC<br>Gerry Lawrence, Esq.<br>The Gateway – 11th Floor<br>One North Lexington Avenue<br>White Plains, NY 10601-1714 |
|  | BLANK ROME LLP<br>W. Scott Simmer |

-3-

| | 600 New Hampshire Ave., NW<br>Washington, DC  20037 |
|---|---|

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2009, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

ATTORNEY FOR THE COORDINATED PLAINTIFFS

/s/ Elana Katcher
ELANA KATCHER