UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------------- x
                                                                    )
IN RE NEURONTIN MARKETING AND SALES                                 )
PRACTICES LITIGATION                                                )   MDL Docket No. 1629
------------------------------------------------------------------- x
                                                                    )   Master File No. 04-10981
THIS DOCUMENT RELATES TO:                                           )
                                                                    )
                                                                    )   Honorable Patti B. Saris
------------------------------------------------------------------- x   Honorable Leo T. Sorokin
THE GUARDIAN LIFE INSURANCE                                         )
COMPANY OF AMERICA v. PFIZER INC., et al.,                          )
04 CV 10739 (PBS) and                                               )
                                                                    )
AETNA, INC. v. PFIZER INC., et al.,                                 )
04 CV 10958 (PBS)                                                   )
------------------------------------------------------------------- x
```

**COORDINATED TPP PLAINTIFFS' SUR-REPLY MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# FILED UNDER SEAL