UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------ x
                                                             )
IN RE NEURONTIN MARKETING AND SALES                          )
PRACTICES LITIGATION                                         )   MDL Docket No. 1629
------------------------------------------------------------ x
                                                             )   Master File No. 04-10981
THIS DOCUMENT RELATES TO:                                    )
                                                             )   Honorable Patti B. Saris
------------------------------------------------------------ x   Honorable Leo T. Sorokin
THE GUARDIAN LIFE INSURANCE                                  )
COMPANY OF AMERICA v. PFIZER INC., et al.,                   )
04 CV 10739 (PBS) and                                        )
                                                             )
AETNA, INC. v. PFIZER INC., et al.,                          )
04 CV 10958 (PBS)                                            )
------------------------------------------------------------ x
```

**COORDINATED THIRD PARTY PAYOR ("TPP") PLAINTIFFS' SURREPLY TO
DEFENDANTS' REPLY TO COORDINATED TPP PLAINTIFFS' RESPONSE
TO DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS
PURSUANT TO LOCAL RULE 56.1 and
TO DEFENDANTS' RESPONSE TO COORDINATED TPP PLAINTIFFS'
COUNTERSTATEMENT OF UNDISPUTED AND DISPUTED FACTS IN OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

# FILED UNDER SEAL