UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> _____ ) <br> THE GUARDIAN LIFE INSURANCE ) <br> COMPANY OF AMERICA v. ) <br>  PFIZER, INC., and ) <br> ) <br> AETNA, INC. v. PFIZER, INC. ) <br> _____ ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

### DECLARATION OF LINDA P. NUSSBAUM

I, LINDA P. NUSSBAUM declare and state as follows:

1. I am a partner with the law firm Kaplan Fox & Kilsheimer LLP, counsel for Plaintiffs Kaiser Foundation Hospitals Inc. and Kaiser Foundation Health Plan, Inc., (together "Kaiser") in this action.

2. I submit this declaration in support of Coordinated Plaintiffs' Surreply in Opposition to Defendants' Motion for Summary Judgment.

3. I have personal knowledge of the matters stated herein.

4. Attached as Exhibit 1 is a true and correct copy of Defendants' Second Amended Notice of Deposition of Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals, dated July 5, 2007. Kaiser designated Mirta Millares as its corporate witness for Topic 2 of this Notice. Dr. Millares was also deposed in her individual capacity.

5.  Attached as Exhibit 2 is a true and correct copy of a document entitled "Kaiser Permanente 2004 Operating Plan," which bears the Pfizer logo, and which was produced by the defendants in this litigation as MDL_SM_001614-43.

6.  Attached as Exhibit 3 is a true and correct copy of the transcript of the deposition of Susan Scheid, taken on July 24, 2007 in this litigation.

7.  Attached as Exhibit 4 is a true and correct copy of a webpage entitled "About the Project," *Prescribing for Better Outcomes*, The University of North Carolina at Chapel Hill, *available at* http://www.prescribingforbetteroutcomes.org/?q=aedp/abouttheproject (last visited June 15, 2009).

8.  Attached as Exhibit 5 is a true and correct copy of a webpage entitled "Key Findings," Prescribing for Better Outcomes, The University of North Carolina at Chapel Hill, *available at* http://www.prescribingforbetteroutcomes.org/?q=aboutus/keyfindings (last visited June 15, 2009).

9.  Attached as Exhibit 6 is a true and correct copy of a document entitled "1998 Business Plan Managed Markets," dated December 1997, and which was produced by the defendants in this litigation as WLC_CBU_079020-40.

10. Attached as Exhibit 7 is a true and correct copy of a document entitled "NEURONTIN (gabapentin): RMHQ Meeting PQA 3 2000," which was produced by the defendants in this litigation as Pfizer_DProbert_0013763-820.

11. Attached as Exhibit 8 is a true and correct copy of a document entitled "Neurontin Managed Care Advisory Board: Quick Report," dated April 2, 1999, bearing

the names of both "Parke-Davis" and "EMA Health Care Strategies," and produced by the defendants in this litigation as WLC_CBU_071338-49.

12. Attached as Exhibit 9 is a true and correct copy of a document entitled "Strategic Markets Management: Growing Neurontin Share in Managed Care," dated April 15, 1999, which indicates that it was submitted to Parke-Davis by "EMA Health Care Strategies," and produced by the defendants in this litigation as WLC_CBU_074674-85.

13. Attached as Exhibit 10 is a true and correct copy of an email from John Marino to Pfizer employees John Krayacich, Marino Garcia, Michael Rowbotham, Angela Crespo, and David Probert, dated August 9, 2001, and produced by the defendants in this litigation as Pfizer_DProbert_0006391.

14. Attached as Exhibit 11 is a true and complete copy of a document the first page of which appears to be a folder labeled "Health Strategies," and the remainder a document entitled "Neuropathic Pain and Managed Care: An Opportunity Analysis," dated November 1, 2001, which was prepared for Pfizer Inc. by Health Strategies Group, Inc., and which was produced by the defendants as Pfizer_LeslieTive_0007601-37.

Dated: New York, New York
       June 18, 2009

Linda P. Nussbaum

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3.

ATTORNEY FOR PLAINTIFFS

/s/ Linda P. Nussbaum
LINDA P. NUSSBAUM