UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> _____ ) <br> THE GUARDIAN LIFE INSURANCE ) <br> COMPANY OF AMERICA ) <br>   v. PFIZER, INC., ) <br> 04 CV 10739 (PBS) ) <br> _____ ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

## DECLARATION OF RODNEY ST. JOHN

I, Rodney St. John, declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

1. Annexed as Exhibit A to this Declaration is a true and complete copy of a final Draft version of a PharmaFAX message that I helped prepare in the course of my DUAT-related activities on or around January 21, 2004. A substantially similar version of this document would have been distributed to a select number of Southern California Permanente Medical Group physicians via facsimile beginning on or around March 1, 2004. I participated in preparing the Draft of this document as a regular part of my business responsibilities at Kaiser, and it was the regular practice at Kaiser to make these types of document. These documents were kept in the course of regularly conducted business activity at Kaiser, and it was Kaiser's regular practice, as part of such business activities, to maintain such document.

Executed on: June 11, 2009

_____
Rodney St. John

1