UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | ) ) ) ) | Master File No. 04-10981<br><br>Honorable Patti B. Saris<br>Honorable Leo T. Sorokin |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., et al., 04 CV 10739 (PBS) and<br><br>AETNA, INC. v. PFIZER INC., et al., 04 CV 10958 (PBS) | ) ) ) ) ) ) ) | |

## DECLARATION OF NICOLAS A. WIEDER

# FILED UNDER SEAL