UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------------- x
                                                    )
IN RE NEURONTIN MARKETING AND SALES                 )
PRACTICES LITIGATION                                )   MDL Docket No. 1629
-------------------------------------------------------------------- x
                                                    )   Master File No. 04-10981
THIS DOCUMENT RELATES TO:                           )
                                                    )   Honorable Patti B. Saris
-------------------------------------------------------------------- x   Honorable Leo T. Sorokin
THE GUARDIAN LIFE INSURANCE                         )
COMPANY OF AMERICA v. PFIZER INC., et al.,          )
04 CV 10739 (PBS) and                               )
                                                    )
AETNA, INC. v. PFIZER INC., et al.,                 )
04 CV 10958 (PBS)                                   )
-------------------------------------------------------------------- x
```

## DECLARATION OF DAVID CAMPEN

# FILED UNDER SEAL