UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| | Honorable Patti B. Saris |
| | Honorable Leo T. Sorokin |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., et al., 04 CV 10739 (PBS) and | |
| AETNA, INC. v. PFIZER INC., et al., 04 CV 10958 (PBS) | |

**DECLARATION OF NORMAN MUILENBURG**

# FILED UNDER SEAL