UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ------------------------------------------------------------- x<br>)<br>IN RE NEURONTIN MARKETING AND SALES )<br>PRACTICES LITIGATION )<br>------------------------------------------------------------- x<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>)<br>------------------------------------------------------------- x<br>THE GUARDIAN LIFE INSURANCE )<br>COMPANY OF AMERICA v. PFIZER INC., et al., )<br>04 CV 10739 (PBS) and )<br>)<br>AETNA, INC. v. PFIZER INC., et al., )<br>04 CV 10958 (PBS) )<br>------------------------------------------------------------- x | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Honorable Patti B. Saris<br>Honorable Leo T. Sorokin |

**<u>DECLARATION OF ARIEL FERNANDO</u>**

# <u>FILED UNDER SEAL</u>