UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------- x
                                                                 )
IN RE NEURONTIN MARKETING AND SALES                              )
PRACTICES LITIGATION                                             )   MDL Docket No. 1629
                                                                 )
---------------------------------------------------------------- x
                                                                 )   Master File No. 04-10981
THIS DOCUMENT RELATES TO:                                        )
                                                                 )   Honorable Patti B. Saris
                                                                 )
---------------------------------------------------------------- x   Honorable Leo T. Sorokin
THE GUARDIAN LIFE INSURANCE                                      )
COMPANY OF AMERICA v. PFIZER INC., et al.,                       )
04 CV 10739 (PBS) and                                            )
                                                                 )
AETNA, INC. v. PFIZER INC., et al.,                              )
04 CV 10958 (PBS)                                                )
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Elana Katcher, declare that, on June 18, 2009, I caused a true and correct copy of the following documents to be filed under seal with the Court:

- Coordinated TPP Plaintiffs' Surreply Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, dated June 18, 2009;

- Coordinated Third Party Payor ("TPP") Plaintiffs' Surreply to Defendants' Reply to Coordinated TPP Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 and to Defendants' Response to Coordinated TPP Plaintiffs' Counterstatement of Undisputed and Disputed Facts in Opposition to Defendants' Motion for Summary Judgment, dated June 18, 2009;

- Exhibits to the Declaration of Linda Nussbaum, dated June 18, 2009;

- Exhibits to the Declaration of Rodney St. John, dated June 11, 2009;

- Declaration of Nicolas A. Wieder, dated June 15, 2009;

1

- Declaration of David Campen, dated June 12, 2009;

- Declaration of Dale Daniel, dated Dale Daniel, dated June 12, 2009;

- Declaration Norman Muilenburg, dated June 15, 2009, and accompanying exhibits;

- Declaration of Mirta Millares, dated June 12, 2009, and accompanying exhibits;

- Declaration of Michael Brodeur; dated June 16, 2009; and

- Declaration of Ariel Fernando, dated June 15, 2009, 2009.

In addition, I caused the following documents to be filed via the Court's ECF system:

- Motion to File Documents Under Seal, dated June 18, 2009;

- Declaration of Linda P. Nussbaum, dated June 18, 2009;

- Declaration of Kimberly McDonough, dated June 18, 2009; and

- Declaration of Rodney St. John, dated June 15, 2009.

Copies of all filed documents were sent on this date to Counsel listed below:

**VIA HAND DELIVERY**
Mark S. Cheffo
SKADDEN ARPS SLATE
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

-and-

**VIA FEDERAL EXPRESS**
David B. Chaffin
WHITE & WILLIAMS LLP
100 Summer Street, 27th Floor
Boston, Massachusetts 02110

-and-

**VIA FEDERAL EXPRESS**
Scott Sayler
Jim Muelhlberger
Lori Schultz
Nicholas Mizell

Vince Gunter
SHOOK HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108

*Attorneys for Defendants Pfizer, Inc. and Warner-Lambert Company*

**VIA FEDERAL EXPRESS**
Thomas M. Greene
Ilyas J. Rona
GREENE & HOFFMAN
33 Broad Street, 5th Floor
Boston, Massachusetts 02109

*Attorneys for Class Plaintiffs*

June 18, 2009

            /s/ *Elana Katcher*
            Elana Katcher