UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY. | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. and AETNA, INC. v. PFIZER INC. | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF 20 PAGES IN RESPONSE TO CLASS PLAINTIFFS' MOTION FOR RECONSIDERATION**

Pursuant to Local Rule 7.1(b)(4), Defendants request leave of Court to file a brief in excess of 20 pages in response to Class Plaintiffs' motion for reconsideration of this Court's order denying Class Plaintiffs' renewed motion for class certification. Class Plaintiffs have consented to this request. Defendants' proposed brief is attached hereto as Exhibit A.

On May 28, 2009, Class Plaintiffs requested leave to file a 31-page memorandum of law in support of their motion for reconsideration. (Dkt. 1797.) The Court granted Class Plaintiffs' request on June 5, 2009. Thereafter, Class Plaintiffs filed an "Errata" brief (Dkt. 1827)

containing 5 additional pages of argument.  Thus, Class Plaintiffs have filed 36 pages of briefing in support of this motion, whereas Defendants' response is just over 22 pages long.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' motion for leave to file a brief in excess of 20 pages in response to Class Plaintiffs' motion for reconsideration.

Dated: June 18, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

SHOOK, HARDY & BACON L.L.P.

By:   /s/ Scott W. Sayler
      Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

-and-

WHITE AND WILLIAMS LLP

By:   /s/ David B. Chaffin
      David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

- 3 -

## CERTIFICATION OF CONSULTATION

I certify that counsel for Defendants have conferred in good faith with Class Plaintiffs' counsel, who have assented to this motion.

/s/ David B. Chaffin
David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 18, 2009.

/s/ David B. Chaffin
David B. Chaffin