# EXHIBIT 1

```
                                                                    1

 1                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
 2                                MDL Docket No. 1629
                                  Master File No. 04-10981
 3
        *********************************
 4      In Re:  NEURONTIN MARKETING, SALES
        PRACTICES, AND PRODUCTS LIABILITY
 5      LITIGATION,

 6      *********************************

 7      THIS DOCUMENT RELATES TO:

 8      *********************************
        HARDEN MANUFACTURING CORPORATION;
 9      LOUISIANA HEALTH SERVICE INDEMNITY
        COMPANY, dba BLUECROSS/BLUESHIELD OF
10      LOUISIANA; INTERNATIONAL UNION OF
        OPERATING ENGINEERS, LOCAL NO. 68
11      WELFARE FUND; ASEA/AFSCME LOCAL 52
        HEALTH BENEFITS TRUST; GERALD SMITH;
12      and LORRAINE KOPA, on behalf of
        themselves and all others similarly
13      situated, v. PFIZER INC. and
        WARNER-LAMBERT COMPANY.
14
        *********************************
15
        THE GUARDIAN LIFE INSURANCE COMPANY
16      OF AMERICA v. PFIZER INC. and

17      AETNA, INC. v. PFIZER, INC.
        *********************************
18
             SUPREME COURT OF THE STATE OF NEW YORK
19                    COUNTY OF NEW YORK
        *********************************
20
        In Re:  NEURONTIN PRODUCT LIABILITY
21      LITIGATION

22      *********************************         Index No.

23      THIS DOCUMENT APPLIES TO:                 765000/06

24              ALL CASES
```

Page 2

```
 1            VOLUME 1 OF THE
 2   VIDEOTAPED DEPOSITION OF JEFFREY S. BARKIN, MD
 3
 4         Wednesday, January 21st, 2009
 5                  9:11 a.m.
 6
 7            Held At:
 8         Regus Business Center
 9          470 Atlantic Avenue
10          Boston, Massachusetts
11
12
13
14
15
16
17   REPORTED BY:
18   Maureen O'Connor Pollard, RPR, CLR, CSR
19
20
21
22
23
24
```

Page 3

```
 1  APPEARANCES:
 2
 3  FOR THE CLASS PLAINTIFFS IN MDL:
 4     BY: ILYAS J. RONA, ESQ.
 5         GREENE & HOFFMAN, PC
 6         33 Broad Street, 5th Floor
 7         Boston, Massachusetts 02109
 8         617-261-0040
 9         irona@greenehoffman.com
10
11  FOR THE DEFENDANTS:
12     BY: KIMBERLY D. HARRIS, ESQ.
13         CHRISTOPHER J. ROCHE, ESQ.
14         DAVIS POLK & WARDWELL
15         450 Lexington Avenue
16         New York, New York 10017
17         212-450-4000
18         kim.harris@dpw.com
19         christopher.roche@dpw.com
20
21
22
23
24
```

Page 4

```
 1  FOR COORDINATED NON-CLASS PLAINTIFFS:
 2     BY: ERIC G. FIKRY, ESQ.
 3         BLANK ROME, LLP
 4         One Logan Square
 5         130 North 18th Street
 6         Philadelphia, Pennsylvania 19103-6998
 7         215-569-5495
 8         fikry@blankrome.com
 9
10
11  Also Present:
12
13  Bill Slater, Videographer
14  Palko Goldman, Non-Attorney
15
16
17
18
19
20
21
22
23
24
```

Page 5

```
 1                   INDEX
 2
 3  EXAMINATION                        PAGE
 4  JEFFREY S. BARKIN, MD
    BY MS. HARRIS                        7
 5
                    EXHIBITS
 6  NO.    DESCRIPTION                  PAGE
 7  Exhibit 1   Jeffrey S. Barkin, MD CV..... 42
    Exhibit 2   Copies of ads, Bates
 8              Barkin_000001 and 000002..... 54
    Exhibit 3   Web site printout of Dr.
 9              Barkin....................... 91
    Exhibit 4   Dr. Barkin's expert report... 218
10  Exhibit 5   Supplemental report of Dr.
                Barkin....................... 219
11  Exhibit 6   Dr. Barkin's billing
                records, Bates Barkin_000026
12              through 000031............... 258
    Exhibit 7   Handwritten documents, Bates
13              Barkin_000006 through 000024.. 269
    Exhibit 8   Subpoena to Dr. Barkin....... 277
14  Exhibit 9   Letter to the editor in
                Journal of Clinical
15              Psychopharmacology........... 366
    Exhibit 10  February 2007 issue of The
16              Carlat Psychiatry Report..... 374
17
18
19
20
21
22
23
24
```

VERITEXT CORPORATE SERVICES (800) 567-8658

## Page 202

```
14:09:55   1   prescribe medications off-label.
14:09:57   2      Q.   For which there may not necessarily be
14:10:00   3   Level 1 evidence supporting?
14:10:01   4           MR. RONA:  Objection.
14:10:02   5      A.   Sometimes there is and sometimes there
14:10:04   6   isn't.
14:10:06   7           BY MS. HARRIS:
14:10:06   8      Q.   Can you give me an example of another
14:10:08   9   drug that you might prescribe off-label?
14:10:11  10      A.   The practice of adding thyroid hormone
14:10:19  11   to an anti-depressant again to boost the effect
14:10:22  12   of the anti-depressant and the medication
14:10:26  13   non-responder is an off-label use, and yet there
14:10:29  14   is double-blind, placebo-controlled trials
14:10:33  15   supporting that use, even in the context of both
14:10:36  16   of those, the anti-depressants tested and the
14:10:40  17   thyroid hormone being generic.  So there is
14:10:44  18   Level 1 evidence there.
14:10:45  19      Q.   Can you give me another example?
14:10:47  20      A.   The addition of the drug Abilify to an
14:10:54  21   anti-depressant was common practice, and it was
14:10:57  22   FDA-approved just recently, within the past
14:10:59  23   year.  Another example of off-label in that case
14:11:07  24   becoming on-label, as an example.
```

## Page 203

```
14:11:08   1      Q.   Do you always inform a patient that
14:11:19   2   you're prescribing an off-label before you do
14:11:21   3   so?
14:11:22   4      A.   Yes.
14:11:23   5      Q.   Is that just your particular practice?
14:11:26   6           MR. RONA:  Objection.
14:11:26   7      A.   No.  I can speak for myself, but I can
14:11:30   8   also tell you in teaching other people about the
14:11:32   9   informed consent process in psychiatry that
14:11:36  10   designating something as off-label is important,
14:11:39  11   because if there's an adverse finding and you
14:11:41  12   didn't disclose it, the old "why didn't you"
14:11:46  13   comes into play.  So as risk management strategy
14:11:49  14   it's something that should be done.
14:11:49  15           BY MS. HARRIS:
14:11:51  16      Q.   I understand.
14:11:53  17           Have you also advocated the use of
14:11:56  18   buprenorphine for meth addicts?
14:12:00  19      A.   I'm sorry?
14:12:02  20      Q.   Buprenorphine.
14:12:03  21      A.   For meth addicts?  For meth
14:12:07  22   amphetamine?  There is no role for buprenorphine
14:12:13  23   in meth amphetamine.
14:12:18  24      Q.   How about heroin addicts?
```

## Page 204

```
14:12:20   1      A.   Yes, buprenorphine has proven itself
14:12:24   2   to be a very, very effective opiate substitute
14:12:27   3   in heroin addicts and other opiate-dependent
14:12:31   4   individuals.
14:12:31   5      Q.   Is it FDA-approved for that purpose?
14:12:33   6      A.   I believe it is.  I'd have to look,
14:12:35   7   but I believe it is.
14:12:36   8      Q.   Has it always been FDA-approved?
14:12:38   9           MR. RONA:  Objection.
14:12:39  10      A.   Well, it wasn't FDA-approved before it
14:12:42  11   was FDA-approved.
14:12:43  12           BY MS. HARRIS:
14:12:43  13      Q.   No, I mean -- I'm sorry, that was an
14:12:44  14   unclear question.
14:12:45  15           At the time that you've been
14:12:46  16   advocating the use of buprenorphine for heroin
14:12:49  17   addicts, was it always FDA-approved for that
14:12:52  18   purpose?
14:12:53  19      A.   I don't know.  I'd have to do a
14:12:54  20   search.
14:12:55  21      Q.   Have you ever prescribed Neurontin?
14:12:59  22      A.   I've never started a patient on
14:13:01  23   Neurontin.
14:13:04  24      Q.   I'm not sure that was an answer to my
```

## Page 205

```
14:13:06   1   question.
14:13:07   2           Have you ever prescribed Neurontin to
14:13:09   3   one of your patients?
14:13:10   4      A.   I've prescribed Neurontin over the
14:13:12   5   years to two of my patients, and in both cases
14:13:15   6   they were patients who had been started on
14:13:18   7   Neurontin by somebody else and who were skittish
14:13:22   8   about getting off it.
14:13:23   9      Q.   What were the indications for which
14:13:26  10   Neurontin had been prescribed to them?
14:13:28  11      A.   In both cases for bipolar disorder.
14:13:30  12      Q.   And you indicated that the patients
14:13:35  13   were skittish about being taken off.  Is that
14:13:38  14   because the patients perceived that Neurontin
14:13:40  15   was helping them with their bipolar disorder?
14:13:42  16      A.   In both of those patients they were on
14:13:44  17   combination treatment with other mood
14:13:46  18   stabilizers, and in both of those individuals
14:13:49  19   their course had been so poor beforehand, before
14:13:53  20   they were stable, that the mere insinuation of
14:13:57  21   wanting to change something just engendered too
14:14:00  22   much anxiety.
14:14:01  23      Q.   So those patients had been unstable,
14:14:04  24   were given a course of treatment that included
```

### Page 206

```
14:14:06   1   Neurontin, became more stable, is that correct?
14:14:09   2        MR. RONA: Objection.
14:14:10   3    A.  These were patients who had been
14:14:11   4   started on Neurontin who did not do well, who
14:14:16   5   then had other medications added to the
14:14:19   6   Neurontin who then did do well, who I later
14:14:22   7   inherited on those combination treatments, and
14:14:26   8   when I -- one of the first things I try to do
14:14:29   9   when I know what's going on with a patient is
14:14:31  10   try to strip unnecessary things away, when I had
14:14:33  11   tried to strip away Neurontin or whatever else I
14:14:36  12   felt ineffective, were reluctant to do so
14:14:40  13   because of the stormy nature of their treatment
14:14:42  14   history.
14:14:43  15        BY MS. HARRIS:
14:14:43  16    Q.  Are those patients continuing to
14:14:45  17   receive Neurontin today?
14:14:46  18    A.  Yes, two of them.
14:14:47  19    Q.  And are they continuing to be stable?
14:14:51  20    A.  Yes.
14:14:51  21    Q.  So you are renewing their
14:14:54  22   prescriptions for Neurontin?
14:14:55  23    A.  I am continuing their prescriptions of
14:14:58  24   Neurontin purely based on their anxiety about
```

### Page 207

```
14:15:02   1   stopping it, their perception, which I believe
14:15:05   2   to be false, that the Neurontin is doing
14:15:06   3   anything useful in their pharmacotherapy.
14:15:13   4    Q.  How long have these patients been in
14:15:15   5   your care?
14:15:16   6    A.  Well, I'd have to get back to you on
14:15:18   7   that, but I would say generally speaking,
14:15:21   8   generally, three years, three and a half years.
14:15:24   9    Q.  And they've been on Neurontin that
14:15:26  10   whole time?
14:15:27  11    A.  Yes. Some patients are on things that
14:15:35  12   make no sense, some patients will not accept
14:15:40  13   change, and sometimes you're stuck with it as a
14:15:43  14   prescriber.
14:15:44  15    Q.  But clearly you don't view it as
14:15:47  16   harmful, because you're allowing them to
14:15:50  17   continue on the drug?
14:15:51  18        MR. RONA: Objection.
14:15:51  19    A.  In those two patients I'm not
14:15:55  20   perceiving a particularly dangerous signal that
14:16:00  21   is forcing me to enforce no Neurontin in those
14:16:03  22   two cases.
14:16:04  23        The concern that I've had with
14:16:06  24   Neurontin is the use of Neurontin initially in
```

### Page 208

```
14:16:13   1   lieu of mood stabilizers that work, that's
14:16:17   2   really the problem is lack of efficacy. In
14:16:20   3   these two patients who are on a bunch of other
14:16:23   4   things, too, you know, the easiest, the path of
14:16:26   5   least resistance, if you will, is to continue
14:16:28   6   the gabapentin, Neurontin.
14:16:29   7        BY MS. HARRIS:
14:16:30   8    Q.  What else are they on?
14:16:31   9    A.  Oh, one is on quite a litany. She is
14:16:35  10   on Seroquel, thyroid hormone, Lamictal, lithium,
14:16:44  11   Xanax, Ambien, Remeron and Rozerem.
14:16:51  12    Q.  That is a lot of medication.
14:16:52  13    A.  It is.
14:16:56  14    Q.  Are all of those prescribed for
14:16:57  15   bipolar?
14:16:57  16    A.  They're prescribed for bipolar
14:17:00  17   disorder and for anxiety and for sleep. And
14:17:05  18   interestingly, because we talked about the
14:17:07  19   off-label use of drugs in the context of
14:17:09  20   substance abuse, this is a lady with a terrible
14:17:12  21   history of alcohol dependence who's a teacher,
14:17:16  22   somebody well-known in the community, who just
14:17:18  23   got her license back after losing it for four
14:17:21  24   years, and has spent 40 days and 40 nights in
```

### Page 209

```
14:17:24   1   jail, who is doing beautifully. And I realize
14:17:27   2   yes, that's a large number of medicines and a
14:17:29   3   lot of medicine, but she's stable.
14:17:31   4    Q.  Are all of those medications approved
14:17:36   5   for, FDA-approved that is, for bipolar?
14:17:40   6    A.  The mood stabilizers, with the
14:17:42   7   exception of Neurontin, are all FDA-approved for
14:17:45   8   bipolar disorder.
14:17:45   9    Q.  And which of the mood stabilizers
14:17:48  10   among the list of drugs?
14:17:49  11    A.  Seroquel, lithium, Lamictal, the
14:17:56  12   anti-anxiety agent is the Xanax, the sleep aid
14:18:00  13   is the Ambien, and the Rozerem. The
14:18:05  14   anti-depressant, also anti-anxiety agent, is the
14:18:10  15   mirtazapine. I think I've covered all of them.
14:18:12  16    Q.  What's the thyroid one for?
14:18:14  17    A.  She has hypothyroidism.
14:18:17  18    Q.  It's actually to treat a thyroid
14:18:19  19   condition?
14:18:19  20    A.  Yes.
14:18:19  21        The other piece, she has a profoundly
14:18:22  22   bad hypothyroidism. The other piece in that
14:18:26  23   equation is that when you have a mood disorder
14:18:28  24   patient and they're hypothyroid they almost
```

**Page 210**

```
14:18:30  1   always get worse, so it's a common medical
14:18:34  2   comorbidity that has to be treated, kind of like
14:18:39  3   managing stress or not using -- or withdrawing
14:18:40  4   from substances.
14:18:42  5       Q.  Is the anxiety a symptom of the
14:18:44  6   bipolar?
14:18:44  7       A.  No, I think it's just a comorbidity in
14:18:47  8   this lady's case.
14:18:48  9       Q.  In this particular case it's a
14:18:49 10   comorbidity?
14:18:51 11       A.  Yes.
14:18:51 12       Q.  Does it also manifest -- does anxiety
14:18:55 13   also manifest itself as a symptom of bipolar?
14:18:57 14       A.  Does anxiety manifest as a symptom of
14:19:01 15   bipolar?
14:19:02 16       Q.  Maybe that's not the right way to ask
14:19:03 17   the question.
14:19:04 18           Is anxiety one of the symptoms of
14:19:06 19   bipolar?
14:19:06 20       A.  Typically no.  The symptoms of bipolar
14:19:09 21   disorder are classic bipolar disorder, manic
14:19:14 22   bipolar disorder that sort of form-through
14:19:17 23   symptoms are elation or profound irritability
14:19:22 24   with other associated symptoms.  And using the
```

**Page 211**

```
14:19:25  1   DSM, which is our Diagnostic & Statistical
14:19:28  2   Manual, anxiety is not a symptom of bipolar
14:19:34  3   disorder in any of the phases of bipolar
14:19:36  4   disorder.
14:19:36  5       Q.  Isn't it true, though, that some
14:19:38  6   bipolar patients have anxiety?
14:19:39  7       A.  Yes, anxiety can be a comorbidity in
14:19:44  8   patients with bipolar disorder, for that matter
14:19:47  9   any mood disorder.
14:19:50 10       Q.  So the anxiety can rise to the level
14:19:51 11   of a comorbidity, but it would not itself be a
14:19:54 12   symptom?
14:19:54 13           MR. RONA:  Objection.
14:19:55 14       A.  Yes.
14:19:55 15           BY MS. HARRIS:
14:20:00 16       Q.  So only two patients that you have are
14:20:05 17   being prescribed Neurontin for any purpose?
14:20:07 18       A.  Correct.
14:20:08 19       Q.  You described one patient and her list
14:20:12 20   of medications.  Can you describe the other
14:20:14 21   patient?
14:20:14 22       A.  Sure.  This is a guy who has bipolar
14:20:18 23   disorder who is on, and I may boggle this
14:20:22 24   because I haven't seen him in a bit of time,
```

**Page 212**

```
14:20:24  1   lithium, Lamictal, Neurontin, and Concerta.
14:20:36  2       Q.  What's the diagnosis for this patient?
14:20:39  3       A.  Bipolar disorder and attention deficit
14:20:42  4   disorder.
14:20:43  5       Q.  What is the lithium being prescribed
14:20:47  6   for?
14:20:48  7       A.  Bipolar disorder.
14:20:48  8       Q.  How about the Lamictal?
14:20:52  9       A.  Lamictal.
14:20:54 10       Q.  Lamictal?
14:20:54 11       A.  Bipolar disorder.
14:20:55 12       Q.  The Neurontin?
14:20:57 13       A.  It's, again it's in the context of a
14:21:01 14   guy who when I've suggested on numerous
14:21:03 15   occasions removing, it is "no, I don't want to
14:21:06 16   many rock the boat, I'm doing too well."  So I
14:21:09 17   wish I could tell you there's a good
14:21:11 18   justification, but there is not.
14:21:13 19       Q.  The patient thinks so?
14:21:14 20       A.  Yes.
14:21:15 21       Q.  Concerta?
14:21:16 22       A.  For ADD.
14:21:17 23       Q.  And lithium and Lamictal are both
14:21:26 24   FDA-approved for bipolar disorder?
```

**Page 213**

```
14:21:27  1       A.  Yes.
14:21:27  2       Q.  Why do you need two?
14:21:29  3           MR. RONA:  Objection.
14:21:30  4       A.  A good percentage of patients with
14:21:32  5   bipolar disorder need more than one treatment.
14:21:36  6   There are different types of mood stabilizers.
14:21:39  7   The ideal mood stabilizer would work on the
14:21:42  8   depressive component as well as the manic or
14:21:45  9   hypomanic component, and work acutely and
14:21:49 10   chronically, that's the ideal mood stabilizer.
14:21:52 11   There's no such thing as an ideal mood
14:21:54 12   stabilizer.
14:21:55 13           In this man the Lamictal has been
14:21:58 14   particularly useful for treating the depressive
14:22:00 15   components of his bipolarity, and the lithium
14:22:01 16   has been particularly effective for the -- for
14:22:03 17   his mania, and so the combination in him works.
14:22:07 18           BY MS. HARRIS:
14:22:07 19       Q.  You're not prescribing Neurontin to
14:22:23 20   any other patients for other purposes?
14:22:25 21       A.  No, I'm not.
14:22:27 22       Q.  And you're a solo practitioner,
14:22:33 23   correct?
14:22:33 24       A.  Correct.
```