UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) |
| | ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| ALL MARKETING AND SALES PRACTICES ACTIONS | ) ) ) ) |

MDL Docket No. 1629
Master File No. 04-10981
Judge Patti B. Saris
Mag. Judge Leo T. Sorokin

**SURREPLY DECLARATION OF BARRY HIMMELSTEIN**
**IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, BARRY R. HIMMELSTEIN, declare and state:

1.      I am a partner in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, Co-Lead Counsel for the Class Plaintiffs in this action.  I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

2.      Attached hereto are true and correct copies of the following documents:

| Exhibit | Description |
|---------|-------------|
| A | Shachtman Fagan, Inc. Marketing Research, Neurontin Incremental Market Potential With An FDA Approved Indication for Neuropathic Pain (Aug. 2001) |
| B | Excerpts of the Deposition of Gregory Rogers, D.O. |
| C | Excerpts of the Deposition of Douglas C. McCrory, MD |
| D | Excerpts of the Deposition of Thomas L. Perry, MD |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.  Executed this 18th day of June, 2009 at Oakland, California.

*/s/ Barry Himmelstein* _____

# EXHIBIT A



***Neurontin***
***Incremental Market Potential***
***With An FDA Approved***
***Indication For***
***Neuropathic Pain***

SHACHTMAN FAGAN, INC
MARKETING RESEARCH

WLC_CBU_169332

 SHACHTMAN FAGAN, INC. MARKETING RESEARCH

59 Glover Avenue, Norwalk, CT 06850
Phone: 203-846-7777 Fax: 203- 846-7727
Email: sfi7777@aol.com

**Confidential**

# *Neurontin*
# *Incremental Market Potential*
# *With An FDA Approved*
# *Indication For*
# *Neuropathic Pain*

**Prepared For:**

**Pfizer, Inc.**

**August, 2001**

**SFI #:  1601**

WLC_CBU_169333

*Shachtman-Fagan, Inc.*

# *Table Of Contents*

*Background* ................................................................. *2*

*Research Methodology* ................................................ *3*

*Executive Summary* .................................................... *5*

*Summary Of Findings* ................................................. *9*

 *Characteristics Of Participating Physicians* ..................... *10*

 *Treatment Of Neuropathic Pain* ..................................... *12*

 *Physicians' Perception Of FDA Drug Approval For Neuropathic Pain* ................................................. *19*

 *Neurontin - Incremental Market Potential Under Three FDA Approval Scenarios* ................................................. *25*

*Appendix* .................................................................. *63*

 *Questionnaires* ........................................................

# Neurontin

## Incremental Market Potential With An FDA Approved Indication For Neuropathic Pain

Prepared For: Pfizer, Inc.

August, 2001

SFI: #1601

*Pfizer*

Shachtman-Fagan, Inc.

WLC_CBU_169335

# Background – The Situation

◆ Neurontin does not have an FDA approved indication for neuropathic pain although many physicians use the product for the treatment of the condition.

◆ Pfizer has filed for and is currently awaiting FDA approval for the subject indication.

◆ The FDA approval may be a broad indication or limited to neuropathic pain associated with a specific condition(s).

**Pfizer**

2

Shachtman-Fagan, Inc.

WLC_CBU_169336

# Research Methodology

◆ *Quantify awareness, trial and usage of Neurontin and its competitors for the treatment of neuropathic pain.*

◆ *Determine the extent to which physicians currently believe Neurontin is approved for neuropathic pain.*

◆ *Estimate the incremental usage potential for Neurontin with an approved indication under each of three scenarios:*

    *Any type of neuropathic pain*

    *Neuropathic pain associated with post herpetic neuralgia*

    *Neuropathic pain associated with diabetic peripheral neuropathy and post herpetic neuralgia*

*Pfizer*

3

*Shachtman-Fagan, Inc.*

WLC_CBU_169337

# Research Methodology

◆ *Quantitative study using a question and answer telephone interviewing approach.*

◆ *Three cell study design with each cell addressing only one of the three possible FDA approval scenarios.*

◆ *Conducted with 300 primary care physicians evenly divided between General/Family Practitioners and Internists.*

◆ *Each participant must treat at least five patients with neuropathic pain during an average month.*

◆ *Study was conducted nationally.*

◆ *Average interview length was eighteen minutes.*

◆ *Data collected from July 3, 2001 through July 19, 2001.*

*Pfizer*

4

*Shachtman-Fagan, Inc.*

WLC_CBU_169338



Executive Summary

Shachtman-Fagan, Inc.

# *Executive Summary*

◆ *Over the last three months, primary care physicians treated on average 52 patients for neuropathic pain.*

◆ *The most common neuropathic pain is associated with diabetic peripheral neuropathy followed by chronic back or neck pain.*

◆ *The great majority of primary care physicians treat neuropathic pain patients and do not refer them at any time to a specialist.*

◆ *Neurontin, although not indicated, is the leading agent for the treatment of neuropathic pain.*

◆ *Perhaps contributing to primary care physicians reliance on Neurontin for neuropathic pain is the belief among a sizeable proportion of those physicians that Neurontin has an FDA approval for the treatment of this pain condition.*

**Pfizer**

6

*Shachtman-Fagan, Inc.*

WLC_CBU_169340

# *Executive Summary*

◆ *With some type of FDA neuropathic pain approval, Neurontin will benefit from a sizeable increase in its already high share of patients.*

◆ *Overall, the brand has the potential to realize a gain of 25% in usage for any type of neuropathic pain.*

◆ *A potential share gain of 35% may be realized with a broad "neuropathic pain" approved indication.*

◆ *Share gains of 28% and 18% for the treatment of any type of neuropathic pain are possible for the more limited FDA approvals, namely "neuropathic pain associated with post herpetic neuralgia" and "diabetic peripheral neuropathy and post herpetic neuralgia".*

Pfizer

7

*Shachtman-Fagan, Inc.*

WLC_CBU_169341

# Executive Summary

◆ *Although there are differences in share gain across the three FDA approval scenarios, the ultimate share of pain patients under each is approximately the same...50%.*

◆ *There does not appear to be any indication that physicians' perception that Neurontin currently has an FDA approval for neuropathic pain has had an impact on the study results.*

◆ *There is some evidence that general/family practitioners will be somewhat more positively impacted by an FDA approval than internists.*

◆ *Topamax which does not have nor is believed to have an FDA approval for neuropathic pain, has the potential to achieve a significant but relatively limited share of patients under each of the three FDA approval scenarios.*

**Pfizer®**

8

*Shachtman-Fagan, Inc.*

WLC_CBU_169342

# Summary Of Findings

Pfizer

WLC_CBU_169343

# Characteristics Of The Participating Physicians

Pfizer®

WLC_CBU_169344

# *Characteristics Of The Participating Physicians*

Specialty

| | |
|---|---|
| General/Family Practice | 50% |
| Internal Medicine | 50% |
| | |
| Practice Size Average Week | 125 |
| Years In Practice | 20 |
| | |
| Patients Covered By Managed Care | 39% |
| Patients Covered By Medicare | 35% |
| Patients With Prescription Coverage | 58% |

*Pfizer*

11

*Shachtman-Fagan, Inc.*

WLC_CBU_169345



Treatment Of
Neuropathic Pain

Pfizer®

Shachtman-Fagan, Inc.

# *Treatment Of Neuropathic Pain*

◆ *On average, the study participants treated 52 patients during the last three months for neuropathic pain.*

◆ *The most common type of neuropathic pain, of those examined, is associated with diabetic peripheral neuropathy followed by chronic back or neck pain.*

◆ *Neurontin is the leading agent used by primary care physicians followed by Elavil and Tegretol.*

◆ *The great majority of neuropathic pain patients are treated by their primary care physicians and not referred to a specialist at any time for treatment.*

Pfizer

13

*Shachtman-Fagan, Inc.*

WLC_CBU_169347

# Treatment Of Neuropathic Pain

- ◆ *There is a sizable minority of patients for whom treatment is initiated by their primary care physician but at some point they are referred to a specialist.*

- ◆ *Very few neuropathic pain patients are referred directly to a specialist.*

- ◆ *Over 80% of the physicians indicated, in response to an unaided question, that they have used Neurontin for the treatment of neuropathic pain in the last three months.*

- ◆ *On a combined unaided and aided basis, virtually all the physicians claimed to have used Neurontin for neuropathic pain.*

*Shachtman–Fagan, Inc.*

**Pfizer**

14

WLC_CBU_169348



## Patients Treated With Neuropathic Pain
### Last Three Months

| Category | Value |
|---|---|
| Any Type Of Neuropathic Pain | 52 |
| Post Herpetic Neuralgia | 5 |
| Diabetic Peripheral Neuropathy | 21 |
| Carpal Tunnel Syndrome | 5 |
| Chronic Back Or Neck Pain | 15 |
| All Other Conditions | 6 |

Q. 6a, Q. 6b

*Shachtman-Fagan, Inc.*

Pfizer

15

WLC_CBU_169349

# *Unaided Mentions Of Products Used For The Treatment Of Neuropathic Pain Within The Past Three Months*



| | Neuropathic Pain | Post Herpetic Neuralgia | Diabetic Peripheral Neuropathy And Post Herpetic Neuralgia |
|---|---|---|---|
| ⊞ Neurontin | 80% | 88% | 88% |
| ☐ Davil | 63% | 62% | 68% |
| ☐ Tegretol | 32% | 23% | 36% |
| ⊞ Vicodin | 14% | 17% | 18% |
| ☐ Ultram | 13% | 10% | 15% |
| ☐ Vioxx | 9% | 12% | 18% |
| ⊞ Tylenol #3 | 8% | 10% | 12% |
| ⊞ Celebrex | 8% | 9% | 12% |
| ⊞ Lidoderm | 3% | 5% | 2% |
| ⊞ Topamax | 2% | 1% | 4% |

Q. 3

*Shachtman-Fagan, Inc.*

Pfizer

16

# Unaided/Aided Mentions Of Products Used For The Treatment Of Neuropathic Pain Within The Past Three Months



|  | Neuropathic Pain | Post Herpetic Neuralgia | Diabetic Peripheral Neuropathy And Post Herpetic Neuralgia |
|---|---|---|---|
| Neurontin | 94% | 94% | 98% |
| Elavil | 96% | 93% | 89% |
| Tegretol | 72% | 73% | 76% |
| Vicodin | 72% | 72% | 80% |
| Ultram | 72% | 72% | 80% |
| Tylenol #3 | 70% | 69% | 70% |
| Vioxx | 58% | 63% | 75% |
| Celebrex | 50% | 60% | 62% |
| Lidoderm | 33% | 26% | 27% |
| Topamax | 6% | 9% | 12% |

Q. 3, Q. 4

*Shachtman-Fagan, Inc.*

Pfizer

17

WLC_CBU_169351



*Physicians' Treatment Pattern For Neuropathic Pain*

Q. 7

*Shachtman-Fagan, Inc.*

WLC_CBU_169352

Pfizer

# Physicians' Perception Of FDA Drug Approval For Neuropathic Pain

Shachtman-Fagan, Inc.

WLC_CBU_169353

# Physicians' Perception Of FDA Drug Approval For Neuropathic Pain

◆ *On a unaided basis, slightly more than two-fifths of the physicians believe that Neurontin is approved for neuropathic pain.  Variances were noted across the three study cells, ranging from a low of 30% in the Diabetic Peripheral Neuropathy And Post Herpetic Neuralgia cell to a high of 53% in the Post Herpetic Neuralgia cell.*

◆ *When aided, the proportion of physicians in each study cell that believe Neurontin is FDA approved for neuropathic pain increases somewhat.  The range across the three cells is 67% in the Post Herpetic Neuralgia cell, to 55% in the Neuropathic Pain cell and 44% in the Diabetic Peripheral Neuropathy And Post Herpetic Neuralgia cell.*

Pfizer

20

*Shachtman-Fagan, Inc.*

WLC_CBU_169354

# Physicians' Perception Of FDA Drug Approval For Neuropathic Pain

◆ Of those that believe Neurontin to have a neuropathic pain indication, the vast majority (over 80%) believe that the approval is broad based, that is for any type of neuropathic pain.

◆ A greater proportion of physicians feel that Neurontin is FDA approved for neuropathic pain than any of its competitors, none of which are specifically indicated for the treatment of neuropathic pain.

Pfizer

21

WLC_CBU_169355

## Unaided Belief Of Products With An FDA Approved Indication For The Treatment Of Neuropathic Pain



| | Neuropathic Pain | Post Herpetic Neuralgia | Diabetic Peripheral Neuropathy And Post Herpetic Neuralgia |
|---|---|---|---|
| Neurontin | 43% | 53% | 30% |
| Elavil | 24% | 27% | 23% |
| Tegretol | 29% | 36% | 24% |
| Lidoderm | 15% | 13% | 7% |
| Celebrex | 7% | 8% | 3% |
| Ultram | 7% | 4% | 5% |
| Vicodin | 5% | 6% | 4% |
| Tylenol #3 | 5% | 4% | 3% |
| Vioxx | 5% | 4% | 4% |
| Topamax | 4% | 6% | 2% |

Q. 5a

*Shachtman-Fagan, Inc.*

Pfizer

22

# Unaided/Aided Belief Of Products With An FDA Approved Indication For The Treatment Of Neuropathic Pain



| | Neuropathic Pain | Post Herpetic Neuralgia | Diabetic Peripheral Neuropathy And Post Herpetic Neuralgia |
|---|---|---|---|
| Neurontin | 55% | 67% | 44% |
| Tegretol | 57% | 64% | 43% |
| Lidoderm | 48% | 43% | 29% |
| Elavil | 44% | 47% | 35% |
| Ultram | 21% | 28% | 20% |
| Vicodin | 20% | 25% | 17% |
| Topamax | 9% | 14% | 8% |
| Celebrex | 7% | 8% | 3% |
| Vioxx | 5% | 4% | 4% |
| Tylenol #3 | 5% | 4% | 3% |

Q. 5a, Q. 5b

*Shachtman-Fagan, Inc.*

Pfizer

23

WLC_CBU_169357



## Type Of Neuropathic Pain For Which Physicians Believe Neurontin Has An FDA Approved Indication

Q. 5c

Shachtman-Fagan, Inc.

# EXHIBIT B

1

```
1              IN THE UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
2
  IN RE:  NEURONTIN              MDL DOCKET NO. 1629
3 MARKETING, SALES               Master File No. 04-10981
  PRACTICES AND                    Judge Patti B. Saris
4 PRODUCTS LIABILITY             Magistrate Leo T. Sorokin
  LITIGATION
5

6

7          SUPREME COURT OF THE STATE OF NEW YORK
                   COUNTY OF NEW YORK
8

9 In Re:  NEURONTIN              Index No. 765000/06
  PRODUCT LIABILITY              Hon. Marcy S. Friedman
10 LITIGATION

11

12         DEPOSITION OF GREGORY ROGERS, D.O.
            TAKEN ON BEHALF OF THE DEFENDANTS
13          ON FEBRUARY 2, 2008 AT 10:02 AM
                 IN McALESTER, OKLAHOMA
14

15                     APPEARANCES

16 On behalf of the PLAINTIFF:
   Mark Edwards, Attorney at Law
17 THE EDWARDS LAW FIRM
   323 South 3rd Street, Suite 1
18 McAlester, OK  74501
   918.302.3700
19 medwards@edwardslawok.com

20
   On behalf of the DEFENDANT:
21 Matthew B. Rowland, Attorney at Law

22 Christopher J. Roche, Attorney at Law
   DAVIS, POLK & WARDWELL
23 450 Lexington Avenue
   New York, NY  10017
24 214.460-4000
   matthew.rowland@dpw.com
25 REPORTED BY:   Jody Graham, CSR, RPR, RMR, CRR
```

14

1  when did you finish your residency?  What year was

2  that?

3      A     Well, I --

4      Q     I'm sorry.  Your internship rotation.

5      A     Yeah.  I finished my internship in 1984.

6      Q     1984.  Okay.  And then you were the flight

7  surgeon in Germany from --

8      A     From '84 through '87.

9      Q     And then private practice for two years?

10     A     For two years.

11     Q     Okay.

12     A     And then I joined the Air Force in '89.

13     Q     Okay.  And how long were you with the Air

14  Force?

15     A     Until the end before '95.  There was one

16  other duty station with the Air Force.  I was

17  stationed at Vance Air Force Base at Enid, Oklahoma.

18  And I was the chief of aerospace medicine there at

19  the 71st Flight Training Wing.  And then I went into

20  practice as an emergency room physician.

21     Q     And what year was that?

22     A     That was in '96.

23     Q     And where was that?

24     A     That was out at Enid, Oklahoma.  No, I

25  mean, Elk City, Oklahoma.

# EXHIBIT C

1

<pre>
 1                UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
 2                      MDL Docket No. 1629
                       Master File No. 04-10981
 3
           **********************************
 4         In Re:  NEURONTIN MARKETING, SALES
           PRACTICES, AND PRODUCTS LIABILITY
 5         LITIGATION,

 6         **********************************

 7         THIS DOCUMENT RELATES TO:

 8         **********************************
           HARDEN MANUFACTURING CORPORATION;
 9         LOUISIANA HEALTH SERVICE INDEMNITY
           COMPANY, dba BLUECROSS/BLUESHIELD OF
10         LOUISIANA; INTERNATIONAL UNION OF
           OPERATING ENGINEERS, LOCAL NO. 68
11         WELFARE FUND; ASEA/AFSCME LOCAL 52
           HEALTH BENEFITS TRUST; GERALD SMITH;
12         and LORRAINE KOPA, on behalf of
           themselves and all others similarly
13         situated, v. PFIZER INC. and
           WARNER-LAMBERT COMPANY.
14
           **********************************
15
           THE GUARDIAN LIFE INSURANCE COMPANY
16         OF AMERICA v. PFIZER INC. and

17         AETNA, INC. v. PFIZER, INC.
           **********************************
18
               SUPREME COURT OF THE STATE OF NEW YORK
19                    COUNTY OF NEW YORK
           **********************************
20
           In Re:  NEURONTIN PRODUCT LIABILITY
21         LITIGATION

22         ********************************** Index No.

23         THIS DOCUMENT APPLIES TO:          765000/06
                      ALL CASES
24         **********************************
</pre>

**2**

1    VOLUME 1 OF THE VIDEOTAPED

2    DEPOSITION OF DOUGLAS C. McCRORY, MD

3

4    Job No.: 187695

5    Thursday, January 29th, 2009

6    9:05 a.m.

7

8

9    Held At:

10    Regus Business Center

11    470 Atlantic Avenue

12    Boston, Massachusetts

13

14

15

16

17    REPORTED BY:

18    Maureen O'Connor Pollard, RPR, CLR, CSR

19

20

21

22

23

24

**4**

1    FOR KAISER FOUNDATION:

2    BY:  LINDA P. NUSSBAUM, ESQ.

3    KAPLAN FOX & KILSHEIMER LLP

4    850 Third Avenue

5    New York, New York 10022

6    212-687-1980

7    lnussbaum@kaplanfox.com

8

9

10    Also Present:

11

12    Bill Slater, Videographer

13    Palko Goldman, Non-Attorney

14

15    PRESENT VIA SPEAKERPHONE:

16

17    FOR DR. OBIEDZINSKI:

18    BY:  LINDA FULOP-SLAUGHTER, ESQ.

19    DURAN & PANDOS

20    1044 Route 22 West, Suite 5

21    Mountainside, New Jersey 07092

22    lslaughter@duranandpandos.com

23

24

**3**

1    APPEARANCES:

2

3    FOR THE CLASS PLAINTIFFS IN MDL:

4    BY:  ILYAS J. RONA, ESQ.

5    GREENE & HOFFMAN, PC

6    33 Broad Street, 5th Floor

7    Boston, Massachusetts 02109

8    617-261-0040

9    irona@greenehoffman.com

10

11    FOR THE DEFENDANTS:

12    BY:  EDMUND POLUBINSKI, III, ESQ.

13    BROOKE A. RUSSAKOFF, ESQ.

14    DAVIS POLK & WARDWELL

15    450 Lexington Avenue

16    New York, New York 10017

17    212-450-4000

18    edmund.polubinski@dpw.com

19    brooke.russakoff@dpw.com

20

21

22

23

24

**5**

1    INDEX

2    EXAMINATION                    PAGE
     DOUGLAS C. McCRORY, MD

3    BY MR. POLUBINSKI              9

     EXHIBITS

4    NO.      DESCRIPTION           PAGE

5    Exhibit 1   Dr. McCrory's 8/11/08 expert
        report.....................  9

6    Exhibit 2   Dr. McCrory's 1/25/09 expert
        report.....................  9

7    Exhibit 3   1/26/09 e-mail............  12

     Exhibit 4   Dr. McCrory's curriculum

8        vitae.....................  17

     Exhibit 5   9/4/08 letter, Bates

9        McCrory_000526 and 527.......  56

     Exhibit 6   E-mail string, Bates

10       McCrory_000473 through 475......  58

     Exhibit 7   One page handwritten errata

11       sheet.....................  67

     Exhibit 8   Subpoena dated 8/13/08.......  84

12   Exhibit 9   Document titled "Gabapentin
        in the prophylaxis of
        chronic daily headache".......  149

13   Exhibit 10   Excerpt from "Cephalalgia,
        An International Journal of

14       Headache"...................  187

     Exhibit 11   E-mail chain, Bates

15       Pfizer_JMarino_0001000 and
        1001......................  195

16   Exhibit 12   Document titled
        "Evidence-Based Guidelines

17       for Migraine Headache in the
        Primary Care Setting".........  203

18   Exhibit 13   Document titled
        "Anti-convulsant drugs for

19       migraine prophylaxis
        (Review)" by The Cochrane

20       Collaboration.............  208

     Exhibit 14   Handwritten document, Bates

21       McCrory_000523.............  227

     Exhibit 15   E-mail string, Bates

22       Pfizer_RGlanzman_0140655
        through 658.................  230

23   Exhibit 16   9/29/95 memo, Bates
        WLC_FRANKLIN_0000087284

24       through 87293.............  240

**6**

1   Exhibit 17   Document titled "Mastering
        Epilepsy," Bates
2           WLC-FRANKLIN_0000015468
        through 15519................. 254
3   Exhibit 18   12/12/95 memo, Bates
            WLC-FRANKLIN_0000015522....... 261
4   Exhibit 19   Document titled "Emerging
        Applications for
5       Anti-Convulsant Therapy,"
        Bates
6           WLC-FRANKLIN_000032920
        through 32949................. 268
7   Exhibit 20   Document titled "Emerging
        Applications for
8       Anti-Convulsant Therapy,"
        Bates
9           WLC-FRANKLIN_000068798
        through 68831................. 271
10  Exhibit 21   Document Bates
            WLC-FRANKLIN_0000016148
11      through 16195................. 276
    Exhibit 22   Document Bates
12          WLC-CBU_018761 through
        018763....................... 281
13  Exhibit 23   Document Bates
            WLC-FRANKLIN_0000041545
14      through 41555................. 284
    Exhibit 24   3/22/96 memo, Bates
15          WLC-FRANKLIN_0000036427
        through 36431................. 287
16  Exhibit 25   Document titled "Mastering
        Epilepsy, 4/19/96, Treiman,"
17      Bates
            WLC-FRANKLIN_0000015725
18      through 15754................. 289
    Exhibit 26   Document titled "Advances in
19      Anti-Convulsants," Bates
            WLC-FRANKLIN_0000064326
20      through 64357................. 293
    Exhibit 27   Document titled "Advances in
21      Anti-Convulsants," Bates
            WLC-FRANKLIN_0000064358
22      through 64367................. 300
    Exhibit 28   Document titled "Advances in
23      Anti-Convulsants," Bates
            WLC-CBU_157309 through
24      157339....................... 303

**7**

```
08:17:09    1          P R O C E E D I N G S
08:17:09    2
09:05:15    3          THE VIDEOGRAPHER:  My name is Bill
09:05:19    4    Slater of Veritext.
09:05:20    5          Today's date is January 29th, 2009.
09:05:23    6    The time is 9:05 a.m..
09:05:27    7          This deposition is being held at the
09:05:29    8    Regus Business Center located at 470 Atlantic
09:05:33    9    Avenue, Boston, Massachusetts.
09:05:34   10          The caption of this case is In Re:
09:05:36   11    Neurontin Marketing, Sales Practice and Products
09:05:39   12    Liability Litigation, United States District
09:05:41   13    Court, District of Massachusetts, MDL Docket
09:05:44   14    Number 1629, Master File Number 04-10981.
09:05:52   15          The name of the witness is Dr. Douglas
09:05:54   16    McCrory.
09:05:54   17          At this time the attorneys will
09:05:55   18    identify themselves and the parties they
09:05:58   19    represent, after which our court reporter,
09:06:00   20    Maureen Pollard of Veritext, will swear in the
09:06:01   21    witness, and we can proceed.
09:06:03   22          MR. POLUBINSKI:  I'm Ted Polubinski
09:06:05   23    from Davis, Polk & Wardwell, we represent the
09:06:09   24    Defendants.  I'm here with my colleague, Brooke
```

**8**

```
09:06:11    1    Russakoff.
09:06:13    2          MR. RONA:  Good morning.  My name is
09:06:15    3    Ilyas Rona, I'm with the law firm Greene &
09:06:18    4    Hoffman, and I'm here today on behalf of the
09:06:20    5    Class Plaintiffs.  I'm joined by Palko Goldman
09:06:24    6    also from Greene & Hoffman, and he's a
09:06:26    7    non-attorney.
09:06:27    8          MS. NUSSBAUM:  Linda Nussbaum from
09:06:29    9    Kaplan Fox here on behalf of the Coordinated
09:06:32   10    individual Plaintiffs.
09:06:34   11
09:06:34   12          DOUGLAS C. McCRORY, MD,
09:06:34   13    having been satisfactorily identified by photo
09:06:34   14    identification, being first duly sworn, was
09:06:34   15    examined and testified as follows:
09:06:40   16          MR. POLUBINSKI:  One quick question.
09:06:41   17    We've got the phone line on; has anyone dialed
09:06:45   18    in?
09:06:45   19          MS. FULOP-SLAUGHTER:  Yes.
09:06:48   20          MR. POLUBINSKI:  Could you announce
09:06:49   21    your presence for the court reporter?
09:06:52   22          MS. FULOP-SLAUGHTER:  Sure, Linda
09:06:55   23    Fulop-Slaughter from Duran & Pandos on behalf of
09:06:56   24    Dr. Obiedzinski.
```

**9**

```
09:07:00    1          DIRECT EXAMINATION
09:07:00    2    BY MR. POLUBINSKI:
09:07:01    3      Q.  Okay.  Can you please state your full
09:07:03    4    name?
09:07:03    5      A.  Yes, Douglas Charles McCrory.
09:07:05    6      Q.  And do you prefer to go by Doctor or
09:07:07    7    Professor, or what's your preference?
09:07:09    8      A.  Dr. McCrory would be fine, Dr. would
09:07:14    9    be great.
09:07:14   10      Q.  So, Dr. McCrory, could you give us
09:07:16   11    your business address for the record, please?
09:07:18   12      A.  Yes.  2200 West Main Street,
09:07:24   13    Suite 220, Durham, North Carolina, 27705.  It's
09:07:28   14    the Center For Clinical Health Policy Research
09:07:31   15    at Duke University.
09:07:32   16      Q.  Dr. McCrory, you prepared a report in
09:07:34   17    this case, correct?
09:07:34   18      A.  Yes.
09:07:36   19      Q.  We have premarked a couple of exhibits
09:07:38   20    that I'd like to hand you now.
09:07:40   21          (Whereupon, McCrory Exhibit Numbers 1
09:07:41   22          and 2 was marked for identification.)
09:07:41   23          BY MR. POLUBINSKI:
09:07:43   24      Q.  Exhibit 1 and Exhibit 2 to your
```

3 (Pages 6 to 9)

126

| | | |
|---|---|---|
| 11:51:35 | 1 | my belief in the efficacy of gabapentin, so |
| 11:51:40 | 2 | currently as I refill a prescription for |
| 11:51:43 | 3 | gabapentin I do so reluctantly with less belief |
| 11:51:48 | 4 | in the efficacy of gabapentin than I used to |
| 11:51:51 | 5 | have. I am more doubtful that it's effective. |
| 11:51:58 | 6 | BY MR. POLUBINSKI: |
| 11:51:58 | 7 | Q. But you still prescribe it, correct? |
| 11:52:00 | 8 | MS. NUSSBAUM: Objection. |
| 11:52:01 | 9 | A. There are some patients I still |
| 11:52:03 | 10 | prescribe for, yes. |
| 11:52:04 | 11 | BY MR. POLUBINSKI: |
| 11:52:04 | 12 | Q. Would you prescribe a patient a |
| 11:52:07 | 13 | medicine if you didn't think the medicine was |
| 11:52:08 | 14 | effectively treating their condition? |
| 11:52:10 | 15 | MS. NUSSBAUM: Objection. |
| 11:52:12 | 16 | MR. RONA: Objection. |
| 11:52:14 | 17 | A. You know, I would say that I at least |
| 11:52:17 | 18 | have some doubt that some patients benefit from |
| 11:52:22 | 19 | it. And if a patient has been on it, had a good |
| 11:52:25 | 20 | response, I'm willing to continue it under the |
| 11:52:28 | 21 | belief that that patient may be getting some |
| 11:52:31 | 22 | benefit from it, yes. |
| 11:52:57 | 23 | BY MR. POLUBINSKI: |
| 11:53:06 | 24 | Q. Do any of the patients to whom you |

127

| | | |
|---|---|---|
| 11:53:08 | 1 | prescribe or have prescribed gabapentin |
| 11:53:14 | 2 | experienced side effects of which you're aware |
| 11:53:16 | 3 | that you believe to be associated with their |
| 11:53:19 | 4 | gabapentin use? |
| 11:53:20 | 5 | MS. NUSSBAUM: Objection. |
| 11:53:21 | 6 | A. Yes, quite a few of my patients have |
| 11:53:24 | 7 | reported side effects from gabapentin. |
| 11:53:26 | 8 | BY MR. POLUBINSKI: |
| 11:53:26 | 9 | Q. What side effects? |
| 11:53:28 | 10 | MS. NUSSBAUM: Objection. |
| 11:53:29 | 11 | A. Sometimes drowsiness, sometimes a |
| 11:53:35 | 12 | feeling of sort of, I don't know, spaciness or |
| 11:53:39 | 13 | some sort of cognitive effects, sometimes I |
| 11:53:44 | 14 | think memory impairment, sometimes emotional |
| 11:53:46 | 15 | abilities, sometimes depression. I think that's |
| 11:53:52 | 16 | probably about it. |
| 11:53:55 | 17 | BY MR. POLUBINSKI: |
| 11:54:02 | 18 | Q. How do you know about these side |
| 11:54:04 | 19 | effects? |
| 11:54:04 | 20 | MS. NUSSBAUM: Objection. |
| 11:54:05 | 21 | MR. RONA: Objection. |
| 11:54:05 | 22 | A. From patients reporting or querying |
| 11:54:08 | 23 | them about it. |
| 11:54:09 | 24 | BY MR. POLUBINSKI: |

128

| | | |
|---|---|---|
| 11:54:11 | 1 | Q. Some number of the patients who report |
| 11:54:13 | 2 | side effects, I take it, are willing to tolerate |
| 11:54:15 | 3 | those side effects and stay on the medicine? |
| 11:54:17 | 4 | MS. NUSSBAUM: Objection. |
| 11:54:18 | 5 | A. Yes, I've had some patients with the |
| 11:54:20 | 6 | first two of those say that those are tolerable. |
| 11:54:24 | 7 | BY MR. POLUBINSKI: |
| 11:54:27 | 8 | Q. And other patients who take the |
| 11:54:29 | 9 | medicine don't experience any of these side |
| 11:54:30 | 10 | effects, correct? |
| 11:54:32 | 11 | A. Yes. |
| 11:54:32 | 12 | MS. NUSSBAUM: Objection. |
| 11:54:33 | 13 | BY MR. POLUBINSKI: |
| 11:54:40 | 14 | Q. Have you ever taken Neurontin |
| 11:54:41 | 15 | yourself? |
| 11:54:41 | 16 | A. Yes. |
| 11:54:42 | 17 | Q. How recently? |
| 11:54:46 | 18 | A. In November and December of 2008 -- |
| 11:54:51 | 19 | no, 2007. I'm sorry. |
| 11:54:52 | 20 | Q. For what condition? |
| 11:54:55 | 21 | MS. NUSSBAUM: Objection. |
| 11:54:55 | 22 | A. Chronic back pain and neuropathy. |
| 11:55:02 | 23 | BY MR. POLUBINSKI: |
| 11:55:02 | 24 | Q. Was that the only time you took it? |

129

| | | |
|---|---|---|
| 11:55:04 | 1 | A. Yes. |
| 11:55:04 | 2 | Q. You're aware that Neurontin isn't |
| 11:55:10 | 3 | indicated for the uses for which you took it, |
| 11:55:11 | 4 | correct? |
| 11:55:12 | 5 | MS. NUSSBAUM: Objection. |
| 11:55:13 | 6 | A. Yes. |
| 11:55:13 | 7 | BY MR. POLUBINSKI: |
| 11:55:23 | 8 | Q. How long did you take it? |
| 11:55:24 | 9 | A. Six to eight weeks maybe. |
| 11:55:29 | 10 | Q. Did it relieve your chronic back pain? |
| 11:55:34 | 11 | A. It didn't really have much effect on |
| 11:55:36 | 12 | my pain. |
| 11:55:37 | 13 | Q. Did it have any effect? |
| 11:55:38 | 14 | A. I noticed some side effects, it made |
| 11:55:42 | 15 | be sleep better at night and it made me feel |
| 11:55:45 | 16 | bad. There was some disquieting thing that it |
| 11:55:49 | 17 | gave me, that I decided to stop taking it |
| 11:55:52 | 18 | because of side effects and lack of efficacy. |
| 11:55:54 | 19 | Q. Did it improve your back pain at all? |
| 11:55:57 | 20 | A. No. |
| 11:55:58 | 21 | Q. Why did you decide to prescribe it to |
| 11:56:01 | 22 | yourself? |
| 11:56:01 | 23 | A. I didn't prescribe it to myself. |
| 11:56:03 | 24 | MR. RONA: Objection. |

33 (Pages 126 to 129)

174

| | | |
|---|---|---|
| 14:18:42 | 1 | to prove that gabapentin is ineffective in |
| 14:18:44 | 2 | treating migraine in all patients, have you? |
| 14:18:47 | 3 | A. No, by no means. |
| 14:18:49 | 4 | Q. And, in fact, I think you write at one |
| 14:18:51 | 5 | point in your report that these data do not show |
| 14:18:54 | 6 | that gabapentin is inert or totally inactive in |
| 14:18:59 | 7 | migraine prophylaxis, is that correct? |
| 14:19:02 | 8 | A. That's correct. |
| 14:19:03 | 9 | Q. So you're not offering an opinion to |
| 14:19:04 | 10 | the effect that gabapentin was an ineffective |
| 14:19:08 | 11 | treatment for every single patient that took the |
| 14:19:10 | 12 | medication for migraine prophylaxis, correct? |
| 14:19:13 | 13 | MR. RONA: Objection. |
| 14:19:14 | 14 | A. I'm not offering, I'm not offering an |
| 14:19:18 | 15 | opinion about its use in individual patients or |
| 14:19:21 | 16 | for every single patient. I mean I think that |
| 14:19:23 | 17 | would mischaracterize the way I think about the |
| 14:19:26 | 18 | data in the analysis. |
| 14:19:27 | 19 | BY MR. POLUBINSKI: |
| 14:19:28 | 20 | Q. Okay. How so? |
| 14:19:29 | 21 | A. Because the studies have given us |
| 14:19:35 | 22 | aggregate data about populations of patients |
| 14:19:37 | 23 | that have been involved in the studies, and we |
| 14:19:39 | 24 | don't have a lot of data about, I mean the |

175

| | | |
|---|---|---|
| 14:19:44 | 1 | primary analyses that would average headache |
| 14:19:46 | 2 | frequencies across the populations, I just |
| 14:19:52 | 3 | wouldn't put it in those words. |
| 14:19:53 | 4 | Q. Okay. Fair enough. |
| 14:20:16 | 5 | So you have no opinion one way or the |
| 14:20:18 | 6 | other on whether gabapentin may have been an |
| 14:20:21 | 7 | effective treatment for some number of patients |
| 14:20:25 | 8 | who took it for migraine prophylaxis, correct? |
| 14:20:27 | 9 | MS. NUSSBAUM: Objection. |
| 14:20:28 | 10 | MR. RONA: Objection. |
| 14:20:28 | 11 | A. I don't think that the data |
| 14:20:30 | 12 | demonstrate that gabapentin is an effective |
| 14:20:32 | 13 | agent for migraine prophylaxis in any patients. |
| 14:20:36 | 14 | We observe a set of data and we make a |
| 14:20:40 | 15 | conclusion about its efficacy. It didn't reach |
| 14:20:42 | 16 | the standard for efficacy. |
| 14:20:43 | 17 | I would not render an opinion that the |
| 14:20:48 | 18 | patients who reported at least a 50 percent |
| 14:20:50 | 19 | reduction of headache frequency in these studies |
| 14:20:55 | 20 | was effective for because that's not the way I |
| 14:20:59 | 21 | make decisions about effectiveness in the |
| 14:21:01 | 22 | context of a clinical trial. I mean I wouldn't |
| 14:21:03 | 23 | ever say that. |
| 14:21:08 | 24 | BY MR. POLUBINSKI: |

176

| | | |
|---|---|---|
| 14:21:08 | 1 | Q. Fair enough. |
| 14:21:09 | 2 | I guess the point is that you're |
| 14:21:12 | 3 | certainly not in a position to rule out the |
| 14:21:18 | 4 | possibility that the efficacy that some number |
| 14:21:22 | 5 | of those patients experienced was, in fact, due |
| 14:21:24 | 6 | to the gabapentin that they took? |
| 14:21:26 | 7 | MS. NUSSBAUM: Objection. |
| 14:21:26 | 8 | MR. RONA: Objection. |
| 14:21:27 | 9 | MS. NUSSBAUM: Asked and answered. |
| 14:21:28 | 10 | The witness gave an answer. |
| 14:21:31 | 11 | MR. POLUBINSKI: Enough, enough. |
| 14:21:31 | 12 | A. I mean I feel like I can't say yes to |
| 14:21:36 | 13 | that question because I feel like you're putting |
| 14:21:38 | 14 | words in my mouth. I feel like I stated it as |
| 14:21:42 | 15 | clearly as I can in the report. You're -- that |
| 14:21:46 | 16 | question doesn't make it clearer for me. |
| 14:21:52 | 17 | BY MR. POLUBINSKI: |
| 14:22:05 | 18 | Q. I'm sorry if it doesn't make it |
| 14:22:07 | 19 | clearer for you, but it is a question to which |
| 14:22:09 | 20 | I'd like to have an answer. |
| 14:22:11 | 21 | MR. POLUBINSKI: So if you could read |
| 14:22:11 | 22 | it back, please, Maureen, that would be great. |
| 14:22:13 | 23 | (Whereupon, the reporter read back the |
| 14:22:28 | 24 | pending question.) |

177

| | | |
|---|---|---|
| 14:22:28 | 1 | MR. RONA: Same objection. |
| 14:22:29 | 2 | MS. NUSSBAUM: Objection. |
| 14:22:38 | 3 | I just ask the witness not to |
| 14:22:40 | 4 | speculate. I don't even understand the |
| 14:22:42 | 5 | question. |
| 14:22:42 | 6 | MR. POLUBINSKI: Stop. That's a |
| 14:22:43 | 7 | speaking objection. |
| 14:22:44 | 8 | A. I do feel like I can't answer that |
| 14:22:47 | 9 | question because the question has in it the word |
| 14:22:50 | 10 | efficacy in an individual patient, and in my |
| 14:22:54 | 11 | mind the definition of efficacy requires |
| 14:22:57 | 12 | analyzing data between a treatment and control |
| 14:23:01 | 13 | group, and looking at the aggregated data and |
| 14:23:06 | 14 | the statistics. It doesn't make sense to me. |
| 14:23:10 | 15 | You can't evaluate efficacy under that |
| 14:23:13 | 16 | definition in an individual patient. |
| 14:23:16 | 17 | BY MR. POLUBINSKI: |
| 14:23:17 | 18 | Q. So are you saying that you can't tell |
| 14:23:19 | 19 | whether a medicine works or doesn't work in an |
| 14:23:21 | 20 | individual patient as a doctor? |
| 14:23:22 | 21 | MR. RONA: Objection. |
| 14:23:23 | 22 | MS. NUSSBAUM: Objection. |
| 14:23:24 | 23 | A. Again, I don't know what the |
| 14:23:26 | 24 | definition of the word "works" is. I mean I |

45 (Pages 174 to 177)

---

178

| | | |
|---|---|---|
| 14:23:28 | 1 | know what the definition of the word "efficacy" |
| 14:23:30 | 2 | is, I provided a definition earlier, and I think |
| 14:23:35 | 3 | I understand how to evaluate efficacy.  You |
| 14:23:38 | 4 | know, works in clinic is not the same thing as |
| 14:23:44 | 5 | efficacy in a study.  So -- |
| 14:23:47 | 6 | BY MR. POLUBINSKI: |
| 14:23:47 | 7 | Q.  I'm not trying to be tricky here. |
| 14:23:49 | 8 | A.  I know.  But it's a fundamental way of |
| 14:23:53 | 9 | your approach to data and what you mean by |
| 14:23:56 | 10 | efficacy.  I mean I just don't -- I can't use |
| 14:23:58 | 11 | the word in that way. |
| 14:23:59 | 12 | Q.  All right.  You're a doctor who |
| 14:24:01 | 13 | prescribes medicines, correct?  And when you -- |
| 14:24:05 | 14 | yes or no? |
| 14:24:05 | 15 | A.  Yes. |
| 14:24:06 | 16 | Q.  She can't pick up your nods. |
| 14:24:09 | 17 | When you prescribe a medicine, you do |
| 14:24:13 | 18 | so, I assume, to try to alleviate a patient's |
| 14:24:16 | 19 | symptoms, correct? |
| 14:24:17 | 20 | A.  Yes. |
| 14:24:17 | 21 | Q.  And as a doctor, I assume that you can |
| 14:24:21 | 22 | come to some conclusion one way or the other as |
| 14:24:24 | 23 | to whether a particular medication achieves that |
| 14:24:26 | 24 | goal, reduces those symptoms, is that correct? |

---

179

| | | |
|---|---|---|
| 14:24:29 | 1 | MS. NUSSBAUM: Objection. |
| 14:24:29 | 2 | MR. RONA: Objection. |
| 14:24:30 | 3 | A.  Yes.  I may have a feeling about |
| 14:24:38 | 4 | whether I believe -- a belief about whether a |
| 14:24:40 | 5 | medicine works or not in a given patient. |
| 14:24:50 | 6 | BY MR. POLUBINSKI: |
| 14:24:50 | 7 | Q.  And your belief, I assume, is founded |
| 14:24:52 | 8 | in some absolute way at least in part on whether |
| 14:24:56 | 9 | the medicine actually really does or doesn't |
| 14:24:57 | 10 | work for a given patient, correct? |
| 14:24:59 | 11 | MR. RONA: Objection. |
| 14:25:00 | 12 | MS. NUSSBAUM: Objection. |
| 14:25:08 | 13 | A.  Again, I mean if a patient comes back |
| 14:25:11 | 14 | to me and reports that their symptoms have |
| 14:25:13 | 15 | improved after they take the medication, I'm not |
| 14:25:15 | 16 | sure that I actually conclude that that medicine |
| 14:25:18 | 17 | worked for that patient.  I don't think about it |
| 14:25:20 | 18 | that way. |
| 14:25:20 | 19 | BY MR. POLUBINSKI: |
| 14:25:21 | 20 | Q.  Understood that you don't.  But |
| 14:25:26 | 21 | medicines either do or don't work for patients, |
| 14:25:28 | 22 | correct? |
| 14:25:28 | 23 | MR. RONA: Objection. |
| 14:25:29 | 24 | MS. NUSSBAUM: Objection. |

---

180

| | | |
|---|---|---|
| 14:25:30 | 1 | BY MR. POLUBINSKI: |
| 14:25:30 | 2 | Q.  Whether they know it or you know it as |
| 14:25:33 | 3 | a doctor? |
| 14:25:33 | 4 | MR. RONA: Objection. |
| 14:25:34 | 5 | MS. NUSSBAUM: Objection. |
| 14:25:34 | 6 | A.  No, maybe that's why I can't |
| 14:25:36 | 7 | understand your question, because I don't know |
| 14:25:37 | 8 | that I agree with that statement. |
| 14:25:39 | 9 | BY MR. POLUBINSKI: |
| 14:25:39 | 10 | Q.  I don't understand what you don't |
| 14:25:41 | 11 | agree with about it. |
| 14:25:42 | 12 | A.  Well, you use a medicine in a patient, |
| 14:25:44 | 13 | you observe a response afterward, and the |
| 14:25:46 | 14 | response may be better or worse.  But you don't |
| 14:25:48 | 15 | have that certainty that there's a causal |
| 14:25:52 | 16 | relationship between the medicine and the |
| 14:25:53 | 17 | patient's response in an individual case. |
| 14:25:56 | 18 | That's why we do controlled trials. |
| 14:25:58 | 19 | Q.  I understand that.  But the controlled |
| 14:26:00 | 20 | trials ultimately do reflect something one way |
| 14:26:03 | 21 | or the other as to whether or not there is an |
| 14:26:05 | 22 | effect from the medicine, correct? |
| 14:26:06 | 23 | MR. RONA: Objection. |
| 14:26:07 | 24 | MS. NUSSBAUM: Objection. |

---

181

| | | |
|---|---|---|
| 14:26:08 | 1 | A.  The controlled trials reflect a |
| 14:26:13 | 2 | pharmacological action and, yes, an expected |
| 14:26:22 | 3 | response in a patient population, a concept of |
| 14:26:24 | 4 | efficacy.  Yes. |
| 14:26:29 | 5 | BY MR. POLUBINSKI: |
| 14:26:31 | 6 | Q.  And the point of a controlled trial is |
| 14:26:33 | 7 | to try to figure out whether -- well, withdrawn. |
| 14:26:55 | 8 | So if a patient comes in to you and |
| 14:26:58 | 9 | says "you prescribed this medicine to me --" |
| 14:27:15 | 10 | withdraw the question. |
| 14:27:39 | 11 | Let's turn to Page 18 of your report, |
| 14:27:51 | 12 | and look at Table 2. |
| 14:27:52 | 13 | A.  Okay. |
| 14:27:53 | 14 | Q.  In Table 2 you list migraine |
| 14:27:57 | 15 | preventative drugs with at least moderate |
| 14:28:00 | 16 | efficacy, correct? |
| 14:28:00 | 17 | A.  Yes. |
| 14:28:01 | 18 | Q.  Besides gabapentin, how did you decide |
| 14:28:05 | 19 | to include these other medicines? |
| 14:28:06 | 20 | A.  I consulted a, you know, previous work |
| 14:28:13 | 21 | that I'd been involved in, and wanted to get |
| 14:28:16 | 22 | estimates that were comparable, calculated in a |
| 14:28:25 | 23 | comparable way, and in order to put the estimate |
| 14:28:28 | 24 | of gabapentin in perspective of other drugs I |

---

46 (Pages 178 to 181)

# EXHIBIT D

1

```
1              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
2                       MDL Docket No. 1629
                        Master File No. 04-10981
3
   ***********************************
4  In Re:  NEURONTIN MARKETING, SALES
   PRACTICES, AND PRODUCTS LIABILITY
5  LITIGATION,

6  ***********************************

7  THIS DOCUMENT RELATES TO:

8  ***********************************
   HARDEN MANUFACTURING CORPORATION;
9  LOUISIANA HEALTH SERVICE INDEMNITY
   COMPANY, dba BLUECROSS/BLUESHIELD OF
10 LOUISIANA; INTERNATIONAL UNION OF
   OPERATING ENGINEERS, LOCAL NO. 68
11 WELFARE FUND; ASEA/AFSCME LOCAL 52
   HEALTH BENEFITS TRUST; GERALD SMITH;
12 and LORRAINE KOPA, on behalf of
   themselves and all others similarly
13 situated, v. PFIZER INC. and
   WARNER-LAMBERT COMPANY.
14
   ***********************************
15
   THE GUARDIAN LIFE INSURANCE COMPANY
16 OF AMERICA v. PFIZER INC. and

17 AETNA, INC. v. PFIZER, INC.
   ***********************************
18
        SUPREME COURT OF THE STATE OF NEW YORK
19            COUNTY OF NEW YORK
   ***********************************
20
   In Re:  NEURONTIN PRODUCT LIABILITY
21 LITIGATION

22 ********************************** Index No.

23 THIS DOCUMENT APPLIES TO:          765000/06

24          ALL CASES
```

2

```
 1        VOLUME 1 OF THE VIDEOTAPED
 2     DEPOSITION OF THOMAS L. PERRY, MD
 3
 4
 5
 6        Friday, January 23rd, 2009
 7            9:09 a.m.
 8
 9
10
11        Hare & Chaffin
12        160 Federal Street
13        Boston, Massachusetts
14
15
16
17
18  REPORTED BY:
19  Maureen O'Connor Pollard, RPR, CLR, CSR
20
21
22
23
24
```

4

```
 1  FOR COORDINATED NON-CLASS PLAINTIFFS:
 2     BY:  ERIC G. FIKRY, ESQ.
 3        BLANK ROME, LLP
 4        One Logan Square
 5        130 North 18th Street
 6        Philadelphia, Pennsylvania 19103-6998
 7        215-569-5495
 8        fikry@blankrome.com
 9
10     PRESENT VIA SPEAKERPHONE:
11
12  FOR DR. OBIEDZINSKI:
13     BY:  LAUREN DEWITT, ESQ.
14        DURAN & PANDOS
15        1044 Route 22 West, Suite 5
16        Mountainside, New Jersey 07092
17
18  Also Present:
19
20  Shawn Budd, Videographer
21
22  Palko Goldman, Non-Attorney
23
24
```

3

```
 1  APPEARANCES:
 2
 3  FOR THE CLASS PLAINTIFFS IN MDL:
 4     BY:  ILYAS J. RONA, ESQ.
 5        GREENE & HOFFMAN, PC
 6        33 Broad Street, 5th Floor
 7        Boston, Massachusetts 02109
 8        617-261-0040
 9        irona@greenehoffman.com
10
11  FOR THE DEFENDANTS:
12     BY:  EDMUND POLUBINSKI, III, ESQ.
13        CHRISTOPHER LYNCH, ESQ.
14        DAVIS POLK & WARDWELL
15        450 Lexington Avenue
16        New York, New York 10017
17        212-450-4000
18        edmund.polubinski@dpw.com
19        christopher.lynch@dpw.com
20
21
22
23
24
```

5

```
 1             INDEX
 2
 3  EXAMINATION                    PAGE
 4  THOMAS L. PERRY, MD
 5    BY MR. POLUBINSKI               8
 6
 7
 8          EXHIBITS
 9  NO.     DESCRIPTION         PAGE
10  Exhibit 1   Dr. Perry's 8/1/08 report.....   9
11  Exhibit 2   Dr. Perry's curriculum vitae..  25
12  Exhibit 3   Subpoena to Dr. Perry.........  123
13  Exhibit 4   E-mail, Bates Perry_000146
14        and 147......................  283
15  Exhibit 5   Article titled "Neuropathic
16        Pain:  A Practical Guide for
17        the Clinician"...............  287
18  Exhibit 6   Article titled
19        "Pharmacological Management
20        of Chronic Neuropathic Pain"..  299
21  Exhibit 7   Report of The Cochrane
22        Collaboration................  315
23  Exhibit 8   E-mail string, Bates
24        Perry_000139 through 141......  320
```

2 (Pages 2 to 5)

6

1      Exhibit 9     Article titled
2                    "Pharmacologic Management of
3                    Neuropathic Pain:
4                    Evidence-Based
5                    Recommendations"..............   324
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

7

1          P R O C E E D I N G S
2                                     09:08:19
3          THE VIDEOGRAPHER: We are on the    09:08:19
4   record. This is the video operator speaking,   09:08:33
5   Shawn Budd.                   09:08:36
6          Today's date is January 23rd, 2009,   09:08:36
7   and the time is nine minutes after nine.    09:08:39
8          We are here at the offices of Hare &   09:08:41
9   Chaffin located in Boston, Massachusetts to take   09:08:44
10  the videotaped deposition of Dr. Thomas Perry in   09:08:47
11  the matter of In Re: Neurontin Marketing, Sales   09:08:51
12  Practices and Products Liability Litigation.    09:08:54
13         Would counsel please introduce    09:08:57
14  themselves.                   09:08:59
15         MR. POLUBINSKI: Sure. Ted Polubinski   09:08:59
16  from David Polk & Wardwell representing    09:09:02
17  Defendants. With me is my colleague, Chris   09:09:06
18  Lynch.                    09:09:08
19         MR. RONA: Ilyas Rona from Greene &   09:09:09
20  Hoffman on behalf of the Class Plaintiffs, and   09:09:13
21  I'm joined by Palko Goldman of Greene & Hoffman   09:09:15
22  who is a non-attorney.            09:09:19
23         MR. FIKRY: Eric Fikry with Blank Rome   09:09:20
24  on behalf of the Non-Class Plaintiffs.    09:09:22

8

1          THE VIDEOGRAPHER: The court reporter   09:09:22
2   is Maureen Pollard.              09:09:23
3          I'm sorry, people on the phone?    09:09:25
4          MR. POLUBINSKI: Why don't we just say   09:09:32
5   we've got Lauren Dewitt from Duran and Pandos on   09:09:35
6   the line as well.              09:09:41
7          THE VIDEOGRAPHER: Okay. The court   09:09:42
8   reporter is Maureen Pollard. Would you please   09:09:43
9   swear in the witness?            09:09:45
10                                   09:09:52
11         THOMAS L. PERRY, MD,         09:09:52
12  having been satisfactorily identified by photo   09:09:52
13  identification, being first duly sworn, was   09:09:52
14  examined and testified as follows:    09:09:52
15         DIRECT EXAMINATION           09:09:54
16         BY MR. POLUBINSKI:           09:09:54
17    Q.  Could you please state your full name?   09:09:55
18    A.  Thomas Lockwood Perry.        09:09:56
19    Q.  And what's your business address,   09:09:58
20  Dr. Perry?                   09:10:00
21    A.  I use two business addresses. My   09:10:01
22  academic address is Department of Medicine,   09:10:05
23  University Hospital, 2211 Wesbrook,    09:10:08
24  W-E-S-B-R-O-O-K, Mall, Vancouver, BC, I think   09:10:15

9

1   the Postal Code is hopefully on my report, I   09:10:20
2   think it's V6T 2B5, but there are several   09:10:23
3   different Postal Codes that will work.    09:10:28
4          And my home office address is -- I   09:10:31
5   also practice as an incorporated physician, so I   09:10:33
6   use my home as an office also at 3949 West   09:10:39
7   Twelfth Avenue, Vancouver, BC, Canada, V6R 2P1.   09:10:45
8     Q.  You prepared a report in this case,   09:10:50
9   correct, Dr. Perry?              09:10:54
10    A.  Correct.                09:10:55
11         (Whereupon, Perry Exhibit Number 1 was   09:10:57
12         marked for identification.)    09:10:57
13         BY MR. POLUBINSKI:           09:10:57
14    Q.  Let me hand you what we've marked as   09:10:58
15  Exhibit 1 to your deposition (handing).    09:11:00
16         Is Exhibit 1 a copy of your report in   09:11:07
17  this case?                   09:11:10
18    A.  I'd have to look through the entire   09:11:10
19  thing to be sure. I've relied on, myself, on   09:11:16
20  the version that was posted on Pharmalot.com   09:11:21
21  which is what I assume was the final version   09:11:25
22  turned into the Court because there were so many   09:11:27
23  appendices that the pagination gets difficult.   09:11:32
24  So without looking at it very carefully I can't   09:11:35

278

1    is there a small but statistically significant          16:19:30
2    benefit sort of that affects everybody? You             16:19:33
3    take it, you get this bit of help. And I don't          16:19:36
4    know the answer to that because they're not             16:19:41
5    really broken down that way. You can go -- one          16:19:43
6    can go as far as saying this percentage are             16:19:45
7    moderately or more than moderately improved.            16:19:48
8          And I can either refer you in the                 16:19:53
9    interest of time to the Forest plot, or I can           16:19:56
10   look it up if you prefer.                               16:20:01
11   Q.   You can refer it to us if you like.                16:20:02
12   A.   I don't remember it off the top of my              16:20:04
13   head.                                                   16:20:06
14         But beyond that I don't really know,              16:20:06
15   because those data would lie in the raw data of         16:20:07
16   looking at supposing there were, what, something        16:20:11
17   like 200 patients in the Rowbotham Trial total,         16:20:14
18   100 in the gabapentin group, how many of them at        16:20:20
19   end point rather than baseline had a really             16:20:24
20   dramatic effect. I don't know the answer to             16:20:27
21   that.                                                   16:20:29
22   Q.   So just so that I'm sure I understand,             16:20:30
23   do you not have an opinion one way or the other         16:20:34
24   as to whether gabapentin is efficacious in the          16:20:36

279

1    treatment of PHN?                                       16:20:40
2    A.   I'll just rely on my report for the                16:20:40
3    estimate of the mean effect, and the percentage         16:20:47
4    of people who achieved a patient global                 16:20:50
5    impression of change at one or two, and the             16:20:54
6    percent who achieved a 50 percent or greater            16:20:59
7    reduction in pain, and I'm happy to refresh my          16:21:01
8    memory if you want, but it's all there in               16:21:04
9    writing, and I stand by it.                             16:21:06
10         But what that means in the real world             16:21:12
11   I'm less convinced about.                               16:21:13
12   Q.   Okay. You're aware that the FDA has                16:21:14
13   concluded that gabapentin is efficacious in the         16:21:17
14   treatment of PHN and has, in fact, approved --          16:21:21
15   A.   Yes, I am.                                          16:21:21
16   Q.   -- the drug for that use, correct?                 16:21:24
17        MR. RONA: Objection.                               16:21:26
18        BY MR. POLUBINSKI:                                 16:21:31
19   Q.   Do you disagree with the FDA's                     16:21:33
20   conclusion?                                             16:21:35
21        MR. RONA: Objection.                               16:21:36
22   A.   Well, I'm not party to how they made               16:21:36
23   the decision. I'm not disputing anything in my          16:21:46
24   own report or the mean effect observed in the           16:21:49

280

1    experiments, I just -- in terms of efficacy I           16:21:52
2    stand by what I've written in the report. In an         16:22:04
3    experimental setting, and in a real world               16:22:07
4    setting I don't really know what percentage of          16:22:09
5    people would get a meaningful response. I think         16:22:13
6    it would be some, but I don't know how many.            16:22:17
7         BY MR. POLUBINSKI:                                 16:22:21
8    Q.   And that's true of PHN, or true of                 16:22:21
9    neuropathic pain more generally?                        16:22:25
10   A.   Both. But let me give you an example,              16:22:27
11   just a very brief one.                                  16:22:30
12         A man with PHN for ten months was                 16:22:31
13   referred to me last September or October of 2008        16:22:33
14   for an opinion, he'd been taking gabapentin for         16:22:40
15   ten months, and he had inadequate relief of             16:22:44
16   pain. I suggested to him -- I asked him                 16:22:49
17   carefully "can you tell, discern adverse effects        16:22:52
18   or not?", and he said "not really, nothing              16:22:55
19   that's bothering me." I asked him "well, let's          16:22:58
20   try an experiment."                                     16:23:02
21         And I tried five milligrams of                    16:23:02
22   morphine. "And those tablets can be split in            16:23:04
23   half, if it's too strong take less the next time        16:23:08
24   you take some, if it it's too weak take another         16:23:12

281

1    tablet and come back in two to three weeks and          16:23:14
2    let me know what's happened. I'll give you              16:23:17
3    enough prescription that you can fill part of           16:23:19
4    it, and you can fill the rest if you like and           16:23:21
5    stop the gabapentin."                                   16:23:23
6         When he came back two to three weeks               16:23:25
7    later he said "it's amazing, I'm sleeping very          16:23:27
8    nicely now, I take five milligrams of morphine          16:23:30
9    at night and two and a half in the day, and my          16:23:32
10   balance disturbance is gone." So he could in            16:23:35
11   retrospect identify the neurotoxicity of                16:23:40
12   gabapentin, and he could recognize good pain            16:23:43
13   relief when he got it.                                  16:23:45
14         That's what I'm talking about when I'm            16:23:46
15   referring -- that man was 88, he'd had a                16:23:48
16   melanoma removed, he has a limited life                 16:23:51
17   expectancy, and he's looking for something              16:23:53
18   meaningful to him, and there's no question about        16:23:57
19   it. Cut and dried clinically.                           16:23:58
20         There might be other people who would             16:24:04
21   not have that experience, but I can't tell you          16:24:05
22   from either literature review or from personal          16:24:08
23   experience what the precise frequency would be.         16:24:11
24   Q.   On Pages 36 and 37 of your report,                 16:24:15

71 (Pages 278 to 281)

338

```
 1      Q.  Okay.                    17:34:06
 2      A.  Never has been.          17:34:06
 3      Q.  I assume, though, that it would be   17:34:07
 4  reasonable to try it because it can be for some   17:34:09
 5  patients an appropriate treatment for   17:34:11
 6  neuropathic pain?              17:34:13
 7      MR. RONA:  Objection.         17:34:14
 8      BY MR. POLUBINSKI:           17:34:14
 9      Q.  If it weren't it wouldn't be   17:34:15
10  reasonable to try it, correct?    17:34:17
11      MR. RONA:  Objection.         17:34:18
12      A.  Well, it depends what you're talking   17:34:18
13  about.  For example, in postherpetic neuralgia   17:34:21
14  or acute herpes zoster pain, to the extent the   17:34:29
15  evidence suggests any benefit, that's where it's   17:34:34
16  the most convincing, and presumably that's why   17:34:38
17  the FDA chose to license it for that indication.   17:34:40
18  In my opinion, it would be more reasonable to   17:34:46
19  try it than for someone suffering from an acute   17:34:48
20  disk protrusion or a spinal abscess impinging   17:34:55
21  upon a nerve root.            17:34:59
22      I would say if somebody -- I had a   17:35:00
23  patient in Vancouver General Hospital in   17:35:02
24  December with unfortunately a bad staphylococcal   17:35:04
```

339

```
 1  infection impinging on nerve roots.  If somebody   17:35:08
 2  proposed to try gabapentin on them and said   17:35:12
 3  "let's titrate it up to a reasonable dose," I   17:35:16
 4  would think they're absolutely crazy or terribly   17:35:18
 5  misinformed and completely unethical to leave a   17:35:21
 6  patient suffering that way.  Whereas in mild   17:35:24
 7  postherpetic neuralgia, it could be reasonable   17:35:27
 8  to try it briefly.            17:35:30
 9      I don't -- I wouldn't agree with   17:35:31
10  someone trying it for a full month.  From my   17:35:33
11  interpretation of the research trials, and   17:35:35
12  particularly the trial run in San Francisco in   17:35:39
13  acute herpes zoster pain, it's probably possible   17:35:42
14  to tell within 24 hours or perhaps less whether   17:35:47
15  the drug has a useful benefit in a patient.   17:35:51
16      So if I were trying it on a patient,   17:35:54
17  and the rare times that I have, I'm looking for   17:35:57
18  an effect almost immediately.  And it's hard to   17:35:59
19  imagine an insurance company designing that kind   17:36:04
20  of policy.  Maybe they did, might have been a   17:36:06
21  good idea, but can't comment unless I see the   17:36:10
22  policy.  That's what good clinical medicine is,   17:36:14
23  is assessing people promptly when they're   17:36:24
24  suffering.                    17:36:26
```

340

```
 1      Q.  Sure, and making the decision that's   17:36:26
 2  appropriate for a particular patient in a   17:36:28
 3  particular time?              17:36:30
 4      A.  In a timely way.          17:36:30
 5      Q.  Do you intend to look at your clients'   17:36:34
 6  treatment recommendations with regard to   17:37:11
 7  Neurontin after this deposition?   17:37:13
 8      MR. RONA:  I'm sorry, who are his   17:37:15
 9  clients?                      17:37:17
10      MR. POLUBINSKI:  The Plaintiffs in the   17:37:18
11  case.                         17:37:20
12      MR. RONA:  They're not his clients.   17:37:21
13      MR. POLUBINSKI:  Are you his client?   17:37:23
14      BY MR. POLUBINSKI:           17:37:26
15      Q.  I'm sorry, the clients of your clients   17:37:26
16  I should say.                 17:37:28
17      MR. RONA:  I'm sorry.  I'm not his   17:37:28
18  client.                       17:37:31
19      A.  I'm getting, maybe I'm getting tired,   17:37:33
20  I'm getting mixed up, too.  Clients of -- I   17:37:36
21  thought for a moment you were talking about   17:37:40
22  patients --                   17:37:41
23      BY MR. POLUBINSKI:           17:37:41
24      Q.  That's fine.  The term client we don't   17:37:42
```

341

```
 1  need to use.                  17:37:44
 2      You've been retained to offer your   17:37:49
 3  opinion by Plaintiffs' counsel in this case,   17:37:51
 4  correct?                      17:37:53
 5      A.  Correct.                17:37:53
 6      Q.  One of the Plaintiffs is Aetna.   17:37:53
 7      Do you intend to go back and review   17:37:58
 8  Aetna's policy after this deposition?   17:38:02
 9      A.  No.  I haven't been asked to.  I would   17:38:04
10  reserve the right to determine whether I would   17:38:07
11  or would not depending on whether I have the   17:38:10
12  time, whether I'm instructed to by the Court,   17:38:13
13  whether I'm interested in it or not.  Nobody has   17:38:19
14  ever raised that before you.       17:38:22
15      I'm not offering to now.  I don't need   17:38:29
16  any more work.                17:38:32
17      MR. POLUBINSKI:  How much time do we   17:38:46
18  have left?                    17:38:47
19      THE VIDEOGRAPHER:  One minute.   17:38:48
20      MR. POLUBINSKI:  Let's go off the   17:38:48
21  record.                       17:38:52
22      THE VIDEOGRAPHER:  The time is 5:39.   17:38:52
23  We're off the record.          17:38:53
24      (Whereupon, the deposition was
```

86 (Pages 338 to 341)

342

```
 1      suspended.)
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

344

```
 1    COMMONWEALTH OF MASSACHUSETTS )
 2    SUFFOLK, SS.              )
 3
 4         I, MAUREEN O'CONNOR POLLARD, RPR, CLR,
 5    and Notary Public in and for the Commonwealth of
 6    Massachusetts, do certify that on the 23rd day
 7    of January, 2009, at 9:09 o'clock, the person
 8    above-named was duly sworn to testify to the
 9    truth of their knowledge, and examined, and such
10    examination reduced to typewriting under my
11    direction, and is a true record of the testimony
12    given by the witness.  I further certify that I
13    am neither attorney, related or employed by any
14    of the parties to this action, and that I am not
15    a relative or employee of any attorney employed
16    by the parties hereto, or financially interested
17    in the action.
18         In witness whereof, I have hereunto
19    set my hand this 30th day of January, 2009.
20
21         _____
22         REGISTERED PROFESSIONAL REPORTER
23
24
```

343

```
 1    ATTACH TO DEPOSITION OF THOMAS L. PERRY, MD
 2    CASE:  NEURONTIN MARKETING, SALES PRACTICES AND
 3        PRODUCTS LIABILITY LITIGATION
 4    DATE TAKEN:  January 23rd, 2009
 5
 6         ERRATA SHEET
 7    PAGE   LINE   CHANGE     REASON
 8    _____
 9    _____
10    _____
11    _____
12    _____
13    _____
14         I have read the foregoing transcript
15    of my deposition and except for any corrections
16    or changes noted above, I hereby subscribe to
17    the transcript as an accurate record of the
18    statements made by me.
19
20         Executed this____day of_____, 2009.
21
22         _____
23         THOMAS L. PERRY, MD
24
```

87 (Pages 342 to 344)