UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :   MDL Docket No.: 1629
In re:  NEURONTIN MARKETING,                               :
        SALES PRACTICES AND                                :   Master File No.: 04-10981
        PRODUCTS LIABILITY LITIGATION                      :
                                                           :   Judge Patti B. Saris
-----------------------------------------------------------x
                                                           :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                  :
                                                           :
Bulger v. Pfizer Inc., 1:07-11426-PBS                      :
                                                           :
                                                           :
-----------------------------------------------------------x
```

**PLAINTIFF'S REQUEST FOR LEAVE TO REPLY TO
DEFENDANTS' CORRECTED CONSOLIDATED OPPOSITION TO
PLAINTIFFS' EMERGENCY MOTIONS TO STRIKE DEFENSE EXPERT
ROBERT D. GIBBONS, PH.D. AND, ALTERNATIVELY, TO STRIKE
DR. GIBBONS'S MARCH 2009 EXPERT REPORT AND BIPOLAR
STUDY AND FOR RECONSIDERATION OF THE COURT'S NOVEMBER 2008
DECISION ALLOWING DR. GIBBONS'S STUDY AND ARTICLE AT TRIAL**

Plaintiff RONALD J. BULGER, SR., as Administrator of the Estate of Susan Bulger, deceased, by and through his attorneys, The Lanier Law Firm, P.L.L.C. and Finkelstein & Partners, LLP, hereby request that this Court grant Plaintiff leave to reply to Defendants' Corrected Consolidated Opposition to Plaintiffs' Emergency Motion to Strike Defense Expert Robert D. Gibbons, Ph.D. and, Alternatively, to Strike Dr. Gibbons's March 2009 Expert Report and Bipolar Study and for Reconsideration of the Court's November 2008 Decision Allowing Dr. Gibbons's Study and Article at Trial.

Copies of the proposed Reply Memorandum, and the proposed Reply Declaration of Andrew G. Finkelstein, Esq. and exhibits annexed thereto, are also submitted herewith.

Dated:  June 22, 2009                                             Respectfully submitted,

By:     **/s/ W. Mark Lanier**
            W. Mark Lanier, Esquire
            THE LANIER LAW FIRM, P.L.L.C.
            126 East 56th Street, 6th Floor
            New York, NY  10022

By:     **/s/ Andrew G. Finkelstein**
            Andrew G. Finkelstein, Esquire
            Finkelstein & Partners, LLP
            1279 Route 300, P.O. Box 1111
            Newburgh, NY  12551

            *Attorneys for Plaintiff Ronald J. Bulger, Sr.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 22, 2009.

             **/s/ Andrew G. Finkelstein**
                Andrew G. Finkelstein, Esquire