# EXHIBIT G

# Jack London

| | |
|---|---|
| **From:** | Keith Altman [kaltman@lawampmmt.com] |
| **Sent:** | Monday, June 15, 2009 7:29 AM |
| **To:** | 'Cheffo, Mark S'; kfromson@lawampm.com; Jack London |
| **Subject:** | Opposition to Gibbons Motions |

Mark,

In reviewing your opposition to our motions concerning Dr. Gibbons, I notice that the following was written on page 13:

What Plaintiffs do not tell the Court is that none of their own expert witnesses have produced their email correspondence,

In reading this text, it is obvious that you may not have been provided with all of the deposition exhibits from the depositions of our experts.

In particular, exhibit 6 to Dr. Blume's deposition was responsive emails.
Exhibit 11 to Dr. Brock's deposition was responsive e-mails
Exhibit 2 to Dr. McFarland's deposition contained numerous e-mails.
Exhibit 6 to Dr. King's deposition were responsive emails.

This is not an exhaustive list of the emails provided.

Furthermore, you continue to fail to present to the court that you were provided a disk with all of the materials used for Blume and King. As to the Blume materials, Michael Wasico even used some of the charts in Dr. Blume's deposition.

Will you agree to amend your submission to reflect the facts which were misrepresented to the court for perhaps the third time?

Also, will you consent to a reply to your opposition?

Thanks,

Keith


Keith Altman, Esq.
Finkelstein & Partners
516-456-5885 (c)
516-795-6605 (o)
516-795-7599 (f)
kaltman@lawampmmt.com

1