UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : : : : | MDL Docket No. 1629 Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | : : | Judge Patti B. Saris |
| *Bulger v. Pfizer Inc., et al.* *Case No. 1:07-cv-11426-PBS* | : : : | Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE THE
TESTIMONY OF DECEDENT'S MINOR DAUGHTER, FAMILY
PHOTOGRAPHS AND MEMORABILIA, AND POST-MORTEM PHOTOGRAPHS**

Pursuant to Federal Rules of Evidence 401, 402, and 403, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move this Court for an order *in limine* to exclude the following evidence at trial:  (1) the testimony of Ron Bulger and Susan Bulger's minor daughter; (2) family photographs and memorabilia, including evidence pertaining to Mrs. Bulger's funeral; and (3) post-mortem photographs of the Decedent, Susan Bulger.  These items have no tendency to prove or disprove any of Plaintiff's product liability claims against Pfizer and are, therefore, not relevant under Rules 401 and 402.  In addition, such evidence is not probative of any issue relating to Plaintiff's claims and would be presented only to generate sympathy for Plaintiff, to the prejudice of Pfizer.  Accordingly, such evidence should also be excluded under Rule 403.

The grounds for this motion are set forth in more detail in the accompanying memorandum of law.  Also submitted in support of this motion is a Declaration of Mark S. Cheffo.

WHEREFORE, Defendants respectfully request that the Court exclude at trial all the evidence described above.

Dated: June 22, 2009                     Respectfully submitted,

                                         SKADDEN, ARPS, SLATE,
                                           MEAGHER & FLOM LLP

                                         By:    /s/ Mark S. Cheffo
                                                Mark S. Cheffo

                                         Four Times Square
                                         New York, NY 10036
                                         Tel:  (212) 735-3000

                                                -and-

                                         BOIES, SCHILLER & FLEXNER LLP

                                         By:    /s/ William S. Ohlemeyer
                                                William S. Ohlemeyer

                                         333 Main Street
                                         Armonk, NY 10504
                                         Tel: (914) 749-8200

                                                -and-

                                         SHOOK, HARDY & BACON L.L.P.

                                         By:    /s/ Scott W. Sayler
                                                Scott W. Sayler

                                         2555 Grand Blvd.
                                         Kansas City, MO 64108-2613
                                         Tel:  (816) 474-6550

                                                -and-

WHITE AND WILLIAMS LLP

By:     /s/ David B. Chaffin
        David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 22, 2009.

/s/ David B. Chaffin
David B. Chaffin