UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:  NEURONTIN MARKETING, SALES
          PRACTICES AND PRODUCTS
          LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

*Bulger v. Pfizer Inc., et al.*
*Case No. 1:07-cv-11426-PBS*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: MDL Docket No. 1629

: Master File No. 04-10981

Judge Patti B. Saris

: Magistrate Judge Leo T.
: Sorokin

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS'
MOTION *IN LIMINE* TO EXCLUDE THE  TESTIMONY OF
DECEDENT'S MINOR DAUGHTER, FAMILY PHOTOGRAPHS
<u>AND MEMORABILIA, AND POST-MORTEM PHOTOGRAPHS</u>**

I, Mark S. Cheffo, declare and state as follows:

1.      I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP,
counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC.  I make this declaration
based on my own personal knowledge and information.

2.      Attached as Exhibit A is a true and correct copy of excerpts from the May 7, 2008,
deposition of Decedent's minor daughter.

3.      Attached as Exhibit B is a true and correct copy of excerpts from the May 7, 2008,
deposition of Patricia Bulger.

Signed under the penalties of perjury this 22nd day of June 2009.

s/ Mark S. Cheffo
Mark S. Cheffo

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 22, 2009.

/s/ David B. Chaffin
David B. Chaffin