# EXHIBIT A

Page 1

1        UNITED STATES DISTRICT COURT
2        FOR THE DISTRICT OF MASSACHUSETTS
3              MDL Docket No. 1629
4              Master File No. 04-10981
5        ************************************
6    IN RE:  NEURONTIN MARKETING, SALES
7            PRACTICES AND PRODUCTS
8            LIABILITY LITIGATION
9        ************************************
10   THIS DOCUMENT RELATES TO:
11   RONALD J. BULGER, SR., as Administrator
12   of the Estate of Susan Bulger, Deceased
13   ************************************
14
15            DEPOSITION OF ████ █. ████
16
17             Held At:
             Hare & Chaffin
18           160 Federal Street
         Boston, Massachusetts 02110
19
             May 7th, 2008
20              10:05 AM
21
22
     Reported By:  Maureen O'Connor Pollard, RPR, CLR
23
24

Page 2

```
 1   APPEARANCES:
 2   FOR THE PLAINTIFF:
 3      BY: ANDREW G. FINKELSTEIN, ESQ.
 4          FINKELSTEIN & PARTNERS
 5          436 Robinson Avenue
 6          Newburgh, New York 12550
 7          800-634-1212
 8          fink33@mac.com
 9
10   FOR THE DEFENDANTS:
11      BY: LORI R. SCHULTZ, ESQ.
12          SHOOK, HARDY & BACON
13          2555 Grand Avenue
14          Kansas City, Missouri 64105
15          816-559-2991
16          lschultz@shb.com
17
18   ALSO PRESENT:
19   Ronald Bulger, Sr.
20
21
22
23
24
```

Page 3

```
 1                  INDEX
 2   EXAMINATION                         PAGE
 3   ██████ ██████
 4   BY MS. SCHULTZ                         4
 5
 6               EXHIBITS
 7   NO.      DESCRIPTION               PAGE
 8   Ex.      .........................
 9
10         **NO EXHIBITS WERE MARKED**
```

Page 4

```
 1                PROCEEDINGS
 2
 3   ██████ ██████
 4   having been satisfactorily identified by photo
 5   identification, being first duly sworn, was
 6   examined and testified as follows:
 7           DIRECT EXAMINATION
 8           BY MS. SCHULTZ:
 9       Q.  Good morning.  My name is Lori
10   Schultz, and I am a lawyer, I'm not sure if you
11   know what a lawyer is or not.  But I want to
12   introduce the court reporter that we have
13   sitting here, her name is Maureen Pollard, okay?
14           I want to tell you a little bit about
15   what we're going to do today.  I'm going to ask
16   you a series of questions, and Maureen is going
17   to type up my questions, and then when you give
18   the answers she's going to type up your answers
19   as well, okay?
20           One other thing you'll need to do is
21   make sure that when you answer my questions you
22   don't just nod your head, but you give a yes or
23   a no, okay?
24       A.  Okay.
```

Page 5

```
 1       Q.  And if I ask you any questions today
 2   that you don't understand, I want you to tell me
 3   that, okay?
 4       A.  Yep.
 5       Q.  And if you ever want to stop and take
 6   a break, I want you to tell me that, too, okay?
 7       A.  Okay.
 8       Q.  If I ask you a couple questions and
 9   you decide, "okay, I'm tired, I want to go to
10   the bathroom, I want to get a drink," just tell
11   me, that's fine, and we'll stop for a little bit
12   and we'll come back in and I'll ask some more,
13   okay?
14       A.  Yep.
15       Q.  Can you tell me your complete name,
16   your first name, your middle name, and your last
17   name?
18       A.  ██████████████
19       Q.  And, ██████ how old are you?
20       A.  Nine.
21       Q.  When is your birthday?
22       A.  ██████████, ████
23       Q.  ████████ before you came here today,
24   did anyone tell you what was going to happen
```

2 (Pages 2 to 5)

## Page 22

1 Q. Did you have your own bedroom?
2 A. Yes.
3 Q. And did your brother have his own
4 bedroom?
5 A. Yes.
6 Q. And then who slept in the other two
7 bedrooms?
8 A. Well, the other one we had for a
9 playroom, then the other one my mom and dad
10 would sleep in.
11 Q. Which bedroom was next -- closest to
12 your bedroom?
13 A. My dad's.
14 Q. What was in the downstairs part of the
15 house?
16 A. A big playroom, all sorts of clothes,
17 toys, and our laundry room.
18 Q. Was there a bedroom in the downstairs
19 part of the house?
20 A. Well, yeah.
21 Q. There was another bedroom in the
22 downstairs part?
23 A. Yeah.
24 Q. And whose bedroom was that?

## Page 23

1 A. Well, when my grandmother slept over
2 we would take her Aerobed downstairs so we would
3 sleep down there, then when she would go home
4 she would take the Aerobed home, then it would
5 be a playroom.
6 Q. So the downstairs was only a bedroom
7 when you took an Aerobed down there, is that
8 what you're telling me?
9 A. Yeah.
10 Q. And if the Aerobed wasn't blown up
11 down there, there was no bed, is that right?
12 A. Yes.
13 Q. Do you have any pictures of your old
14 house?
15 A. Yes.
16 Q. What color was your house?
17 A. White.
18 Q. And do you have pictures of the
19 outside of the house?
20 A. Yes.
21 Q. Do you have pictures of the inside of
22 the house?
23 A. Yes.
24 Q. Do you have any pictures of your room?

## Page 24

1 A. No.
2 Q. What kind of pictures do you have of
3 the inside of your house?
4 A. The living room and the kitchen.
5 Q. Did you have televisions in your old
6 house?
7 A. Yes.
8 Q. How many?
9 A. Three.
10 Q. Where were the televisions?
11 A. One was in my room, one was in my
12 dad's room, and one was in the living room.
13 Q. And when you say "your dad's room,"
14 was that a room that your dad and mom shared?
15 A. Yes.
16 Q. And who lived with you at your old
17 house?
18 A. My brother, my father, and my mother.
19 Q. Did anyone else ever live with you
20 there?
21 A. No.
22 Q. I'm going to ask you a few questions
23 about your mother, okay?
24 A. Yep.

## Page 25

1 Q. Do you have any photographs of her?
2 A. Yes.
3 Q. About how many photographs do you
4 have?
5 A. Five or -- four or five.
6 Q. And tell me about the pictures that
7 you have of her.
8 A. I can't remember.
9 Q. Do you remember who's in the pictures?
10 Is it just your mom, or are there other people?
11 A. Other people.
12 Q. Other people with your mom?
13 A. Yes.
14 Q. Do you have any pictures of you with
15 your mom?
16 A. Yes.
17 Q. When you were a baby or when you were
18 a little older?
19 A. Both.
20 Q. Can you tell me what your mom looked
21 like?
22 A. She had red-orange hair, she had green
23 eyes, she would always wear lipstick, she
24 would --

Page 26

1      MR. FINKELSTEIN: If you can remember
2  anything else.
3      A.  That's it.
4      BY MS. SCHULTZ:
5      Q.  Do you have any keepsakes that your
6  mom gave you, or things that remind you of your
7  mom?
8      A.  Yes.
9      Q.  Like what?
10     A.  A gold necklace with a gold heart that
11 opens, a couple rings, a necklace, a picture,
12 earrings, bracelets.  That's all.
13     Q.  And was that your mom's jewelry, do
14 you think?
15     A.  Yes.
16     Q.  Do you sometimes get to wear it?
17     A.  No.
18     Q.  You just keep it?
19     A.  Yes.
20     Q.  Have you ever seen any movies or
21 videos that have your mom in them?
22     A.  No.
23     Q.  Do you know how old you were when your
24 mother died?

Page 27

1      A.  Three.
2      Q.  Do you know if you went to preschool
3  or if you were in school yet?
4      A.  Yes.
5      Q.  What school were you going to?
6      A.  The YMCA.
7      Q.  Has your dad ever told you stories
8  about your mom, what she was like?
9      A.  Yeah.
10     Q.  What kind of things does he tell you
11 about her?
12     A.  She liked to talk a lot, she would
13 dress up, she would always wear high heels, and
14 she would always wear skirts.
15     Q.  Anything else you can think of that he
16 told you about your mom?
17     A.  No.
18     Q.  Has your brother told you any stories
19 about your mom?
20     A.  No.
21     Q.  What about your Gram, does she tell
22 you stories about your mom?
23     A.  No.
24     Q.  Do you feel like you remember your

Page 28

1  mom?
2      A.  Yes.
3      Q.  Tell me what kind of things you
4  remember.
5      A.  She would take a shower every day, she
6  would wear perfume.  That's it.
7      Q.  Do you ever remember if your mom was
8  sick at any time?
9      A.  Yeah.
10     Q.  What do you remember about her being
11 sick?
12     A.  Well, she ended up in the hospital,
13 had to take special medicine.  That's it.
14     Q.  Do you know why she was in the
15 hospital?
16     A.  Because she got a bad cold.
17     Q.  Do you remember any other time she was
18 in the hospital?
19     A.  No.
20     Q.  When you say "she had to take special
21 medicine," what kind of medicine, do you know?
22     A.  Like some kind of pink medicine.
23     Q.  Pink medicine?
24     A.  Yes.

Page 29

1      Q.  Was it liquid medicine?
2      A.  Yes.
3      Q.  Okay.  Did she ever have to take any
4  pills?
5      A.  I don't know.
6      Q.  Was she taking the medicine because of
7  the cold she got?
8      A.  Yes.
9      Q.  Did your mother drive a car, do you
10 know?
11     A.  Yes.
12     Q.  Do you remember her driving you
13 places?
14     A.  Yeah.
15     Q.  Like where?
16     A.  The movie store, Wal*Mart, Toys R Us,
17 Hallmark, the lake, Water Country, Canobie Lake,
18 the YMCA.
19     Q.  Now, do you remember your mom taking
20 you to all of those places?
21     A.  Yeah.
22     Q.  What lake did she take you to, do you
23 know?
24     A.  I don't know the name.

8 (Pages 26 to 29)

Page 30

1  Q. And what is Water Country?
2  A. Water Country is like a big water
3  park.
4  Q. And is that near where you live?
5  A. No.
6  Q. Do you know where that is?
7  A. No.
8  Q. But have you been there before?
9  A. Yeah.
10 Q. Who else went with you to Water
11 Country?
12 A. My dad, my cousins, and my brother.
13 Q. Which cousins went with you?
14 A. ▇, ▇▇▇ and
15 ▇
16 Q. And your mom went there, too?
17 A. Yep.
18 Q. Do you have any pictures of your time
19 at Water Country?
20 A. No.
21 Q. Do you know if your mom ever had a
22 job?
23 A. Yeah.
24 Q. You think she did?

Page 31

1  A. Yeah.
2  Q. Do you remember her having a job, or
3  did someone tell you that she had a job?
4  A. I remember her having a job.
5  Q. What job do you remember her having?
6  A. I can't remember.
7  Q. Do you remember what kind of work she
8  did?
9  A. I think she did -- I forget.
10 Q. Do you remember going to where she
11 worked?
12 A. Yeah.
13 Q. What did the place look like?
14 A. Well, it smelled nice, it -- that's
15 all I can remember.
16    MR. FINKELSTEIN: You're doing great.
17    BY MS. SCHULTZ:
18 Q. Are you okay? Do you want to take a
19 little break?
20 A. Yeah.
21 Q. Okay. Let's do that.
22    (Whereupon, a recess was taken from
23    10:38 a.m. to 10:57 a.m.)
24    MS. SCHULTZ: Something I should have

Page 32

1  asked before we started the first time, Andrew,
2  are you representing ▇ today?
3     MR. FINKELSTEIN: Yes.
4     MS. SCHULTZ: Okay.
5     BY MS. SCHULTZ:
6  Q. ▇ do you think that you remember
7  the day your mom died?
8  A. Yeah.
9  Q. Have you talked with anyone about that
10 day over the years?
11 A. No.
12 Q. Have you ever talked with your dad
13 about the day your mom died since she died?
14 A. No.
15 Q. Have you ever talked with any
16 counselor at school about your mom dying?
17 A. Nope.
18 Q. Can you tell me what you remember
19 about your mom dying?
20 A. Well, I remember -- I can't remember
21 anything.
22 Q. Do you remember the last time you saw
23 your mom?
24 A. No.

Page 33

1  Q. What is one of the last things you
2  remember about your mom?
3  A. I can't remember.
4  Q. Has anyone ever told you about how
5  your mom died?
6  A. No.
7  Q. Did your mom have a funeral?
8  A. Yeah.
9  Q. Do you think you remember going to the
10 funeral?
11 A. I didn't go.
12 Q. You didn't go.
13    Do you have any written, any documents
14 or any mementos from the funeral at all that you
15 know about?
16 A. No.
17 Q. Do you know where your mom died?
18 A. Yes.
19 Q. Where did she die?
20 A. In our cellar.
21 Q. And did someone tell you that that's
22 where she died?
23 A. No.
24 Q. Why do you think that's where she

Page 34

1  died?
2     A.  Because I was there.
3     Q.  What do you remember about that?
4     A.  I remember my dad rushing upstairs, I
5  remember the police, the ambulance and the
6  firemen coming, and I remember getting to
7  ride -- getting a ride in the ambulance car.
8     Q.  Were you upstairs when he came rushing
9  upstairs, your dad?
10    A.  No.
11    Q.  Where were you?
12    A.  Downstairs.
13    Q.  Did you see your mom?
14    A.  Yes.
15    Q.  Tell me what you remember about seeing
16 your mom.
17    A.  I can't remember anything.
18    Q.  When the ambulance came, did they take
19 your mom in the ambulance?
20    A.  Yes.
21    Q.  Do you remember seeing her put into
22 the ambulance?
23    A.  Yeah.
24    Q.  Tell me what you remember about that.

Page 35

1     A.  I remember standing in the driveway
2  and watching the ambulance men just carry her
3  into the car.
4     Q.  And then did you say you rode in the
5  ambulance?
6     A.  Yeah.
7     Q.  Was your mom in the ambulance with
8  you?
9     A.  Yeah.
10    Q.  Did your mom look like she was
11 sleeping or awake?
12    A.  Sleeping.
13    Q.  And when you rode in the ambulance
14 then, where did you ride to?
15    A.  The hospital.
16    Q.  And once you got to the hospital, did
17 you see your mom again?
18    A.  No.
19    Q.  Was that the last time you saw her?
20    A.  Yeah.
21    Q.  I'm so sorry.  Okay?
22    A.  Mm-hmm.
23    Q.  Do you remember anything else about
24 that day that your mom died?

Page 36

1     A.  No.
2     Q.  Before your mom died, did she seem any
3  different to you?  Was she --
4        MR. FINKELSTEIN:  You mean that day?
5        BY MS. SCHULTZ:
6     Q.  That day or in the days before that,
7  do you know, do you have any memory of that?
8     A.  No.
9     Q.  Have you been out to your mother's --
10 is your mother buried in a grave, do you know?
11    A.  Yes.
12    Q.  Have you been out there?
13    A.  Yes.
14    Q.  How often do you go out there?
15    A.  Like on Mother's Day, Christmas,
16 Valentine's day, and school vacation.
17    Q.  Have you ever asked to talk to someone
18 about your mom and how she died?
19    A.  No.
20    Q.  Do you know why she died?
21       MR. FINKELSTEIN:  Objection.
22       You can answer.
23    A.  Because she got the wrong medicine.
24       BY MS. SCHULTZ:

Page 37

1     Q.  What do you mean when you say "she got
2  the wrong medicine"?
3     A.  Like she got -- she took a medicine
4  she wasn't supposed to take, an accident.
5     Q.  And who told you that?
6     A.  My dad.
7     Q.  And so she took medicine she wasn't
8  supposed to take, and that's what killed her you
9  think?
10    A.  Yeah.
11    Q.  Have you ever kept any kind of a diary
12 or a journal?
13    A.  Yeah.
14    Q.  Do you ever write about your mom in
15 your diary?
16    A.  No.
17    Q.  What about in any journal, do you ever
18 write about your mom?
19    A.  No.
20    Q.  Do you have any notes or letters that
21 your mom wrote?
22    A.  Yeah.
23    Q.  What kind of notes and letters do you
24 have?

10 (Pages 34 to 37)