# EXHIBIT B

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MASSACHUSETTS
 3                  MDL Docket No. 1629
 4                  Master File No. 04-10981
 5  ***********************************
 6  IN RE:  NEURONTIN MARKETING, SALES
 7          PRACTICES AND PRODUCTS
 8          LIABILITY LITIGATION
 9  ***********************************
10  THIS DOCUMENT RELATES TO:
11  RONALD J. BULGER, SR., as Administrator
12  of the Estate of Susan Bulger, Deceased
13  ***********************************
14
15  VIDEOTAPED DEPOSITION OF PATRICIA A. BULGER
16
17                     Held At:
                    Hare & Chaffin
18                 160 Federal Street
              Boston, Massachusetts 02110
19
                    May 7th, 2008
20                    11:50 AM
21
22  Reported By:  Maureen O'Connor Pollard, RPR, CLR
23
    Videographer:  Ralph Scopa
24
```

Page 2

1  APPEARANCES:
2  FOR THE PLAINTIFF:
3     BY:  ANDREW G. FINKELSTEIN, ESQ.
4        FINKELSTEIN & PARTNERS
5        436 Robinson Avenue
6        Newburgh, New York 12550
7        800-634-1212
8        fink33@mac.com
9
10 FOR THE DEFENDANTS:
11    BY:  LORI R. SCHULTZ, ESQ.
12       SHOOK, HARDY & BACON
13       2555 Grand Avenue
14       Kansas City, Missouri 64105
15       816-559-2991
16       lschultz@shb.com

Page 3

          INDEX
EXAMINATION                PAGE
PATRICIA A. BULGER
BY MS. SCHULTZ             5

          EXHIBITS
NO.     DESCRIPTION          PAGE
Ex.    ............................

**NO EXHIBITS WERE MARKED**

Page 4

PROCEEDINGS

    THE VIDEOGRAPHER:  Good afternoon. We've now recording and on the record.
    My name is Ralph Scopa, I'm a legal video specialist working for Veritext Court Reporter Services.
    Today's date is May 7th, 2008. The time is 11:50 a.m..
    This is the deposition of Pat Bulger in the matter of Neurontin versus Pfizer, U.S. District Court of Massachusetts, Docket Number 1629.
    This deposition is being taken at Hare & Chaffin, 160 Federal Street, Boston. The court reporter is Maureen Pollard.
    Counsel will state their appearances, and the court reporter will administer the oath.
    MR. FINKELSTEIN:  Andrew Finkelstein, Finkelstein & Partners, on behalf of the Bulger family.
    MS. SCHULTZ:  Lori Schultz, Shook, Hardy & Bacon, on behalf of Pfizer.

Page 5

    PATRICIA A. BULGER,
having been satisfactorily identified by photo identification, being first duly sworn, was examined and testified as follows:
    DIRECT EXAMINATION
    BY MS. SCHULTZ:
  Q.  Could you please state your full name?
  A.  Patricia Alice Bulger.
  Q.  Where do you currently live?
  A.  Peabody, Massachusetts.
  Q.  And what is your address?
  A.  [REDACTED]
  Q.  What is your date of birth?
  A.  [REDACTED]
  Q.  Are you the mother of Ronald Bulger, Sr.?
  A.  Yes.
  Q.  And I take it you call him Ron?
  A.  Mm-hmm.
  Q.  Is that a yes?
  A.  Yes. I'm sorry.
    MR. FINKELSTEIN:  I'm sorry, I forgot to tell you, Maureen is taking down everything that we say, so she can't take down mm-hmms or

Page 82

```
 1  condition?
 2      A.  No. Well, not at first. I didn't go
 3  in the house. She was dead, what difference
 4  does it make what time I got there and things?
 5  It's not going to change what happened.
 6      Q.  So did you know when he called you
 7  that she was dead already?
 8      A.  No. But the thing is, you keep asking
 9  me the same questions. I don't -- I didn't
10  know. I went there as soon as I could, and I
11  don't know all the details.
12      Q.  When did you find out that she had
13  died?
14      A.  I told you, when he called me on the
15  phone, close to five, I went down there, and
16  then they said -- someone said to me, I think it
17  was the police girl that I know, that she had
18  passed away.
19      Q.  And when did you learn how she had
20  passed away?
21      A.  I don't recall.
22      Q.  Did -- at some point someone told you,
23  though, is that right?
24      A.  Well, yes.
```

Page 83

```
 1      Q.  And what were you told?
 2      A.  That she committed suicide.
 3      Q.  Were you told how she committed
 4  suicide?
 5      A.  Not then, no.
 6      Q.  Were you ever told how she committed
 7  suicide?
 8      A.  I think eventually, but I don't know
 9  exactly when.
10      Q.  Who eventually told you?
11      A.  I don't remember that either. I was
12  trying to take care of -- we were all trying to
13  take care of the situation so that it's minor.
14      Q.  When you were eventually told, what
15  were you told about how she had committed
16  suicide?
17      A.  I'm sure you -- that she went down to
18  take a nap and a book to read, and they went
19  down to check on her and change the laundry.
20  She was not in bed, so they went into the
21  laundry room, and she had hung herself. That's
22  all I know. I don't know what she used,
23  anything, and I don't want to know.
24      Q.  When they took Susan to the hospital,
```

Page 84

```
 1  did [REDACTED] ride with her in the ambulance?
 2      A.  When? When she died?
 3      Q.  Yes.
 4      A.  No. [REDACTED] was taken right -- they
 5  wouldn't do that. [REDACTED] was taken -- I took
 6  [REDACTED] home right away before anybody else came.
 7      Q.  The reason I ask that, she told me
 8  this morning that she rode in the ambulance to
 9  the hospital.
10      A.  No, she didn't.
11          See, this is why I don't like bringing
12  this up with her.
13      Q.  So you took her home with you?
14      A.  Yes.
15      Q.  And then did she end up staying with
16  you for a period of time?
17      A.  Until it was over, everything was
18  over.
19      Q.  For several days at least?
20      A.  They all did, the three of them. They
21  come up my house, and my daughter stayed until
22  the coroner and everybody came.
23          I mean what's this proving?
24      Q.  During those weeks after her suicide,
```

Page 85

```
 1  did you have discussions with Ron as to why she
 2  would have done that?
 3      A.  We talked, but it wasn't discussions,
 4  and I don't want to talk about it. It's
 5  something he -- I don't think he has the answer,
 6  none of us have the answer why. And the kids, I
 7  think it's not right.
 8      Q.  What's not right?
 9      A.  That I should tell everything that we
10  talked about. We talked about she died. What
11  more can you say?
12      Q.  I'm just wondering if he during those
13  discussions questioned, for example, you know,
14  "maybe it was this, maybe it was her pain" --
15      A.  No.
16      Q.  -- maybe it was -- was there any of
17  that kind of discussion?
18      A.  No, any -- the way you explained it, I
19  didn't understand what you were saying.
20      Q.  Have you -- are you aware of anyone
21  else that saw Susan Bulger the day of her death
22  other than your son and [REDACTED]?
23      A.  And her son, he must have been home
24  earlier.
```

22 (Pages 82 to 85)