UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |
| *Bulger v. Pfizer Inc., et al.* <br> Case No. 1:07-cv-11426-PBS | |

**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE
EVIDENCE OF FOREIGN LABELS AND REGULATORY ACTIONS**

Pursuant to Federal Rules of Evidence 104(a), 401, 402, and 403, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move this Court for an order *in limine* excluding evidence of and references to foreign regulatory actions and labeling with respect to Neurontin. The decisions and actions of foreign regulatory bodies with respect to Neurontin are irrelevant to this action, which is governed by domestic law and the decisions of the U.S. Food and Drug Administration. Even if evidence of foreign regulatory actions or requirements were relevant to this action, it should nevertheless be excluded because its minimal probative value would be substantially outweighed by the likelihood that it would cause unfair prejudice to Defendants, mislead and confuse the jury, and waste time and judicial resources. Accordingly, all such evidence should be excluded.

The grounds for this motion are set forth in more detail in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court exclude at trial all evidence of and references to foreign regulatory actions and labeling with respect to Neurontin.

Dated: June 22, 2009                    Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:    /s/ Mark S. Cheffo
       Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

BOIES, SCHILLER & FLEXNER LLP

By:    /s/ William S. Ohlemeyer
       William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

-and-

SHOOK, HARDY & BACON L.L.P.

By:    /s/ Scott W. Sayler
       Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

2

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 22, 2009.

/s/ David B. Chaffin
David B. Chaffin