UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
                                     :   MDL DOCKET NO: 1629
In re: NEURONTIN MARKETING, SALES    :
       PRACTICES, AND PRODUCTS       :   Master File No. 04-10981
       LIABILITY LITIGATION          :
                                     :   Judge Patti B. Saris
                                     :
                                     :   Magistrate Judge Leo T. Sorokin
                                     :
------------------------------------ x
                                     :
THIS DOCUMENT RELATES TO:            :
                                     :
Bulger v. Pfizer Inc., et al.        :
Case No. 1:07-cv-11426-PBS           :
                                     :
                                     :
------------------------------------ x
```

**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE
VARIOUS EVIDENCE, REFERENCES, AND ARGUMENTS**

Pursuant to Federal Rules of Evidence 401, 402, 403, and 411, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move this Court for an order *in limine* excluding at trial various evidence, references, and arguments, which are specifically described in the accompanying memorandum of law. The grounds for this motion are set forth in more detail in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that this Court exclude from trial the specific items of evidence set forth in the accompanying memorandum of law.

Dated: June 22, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

BOIES, SCHILLER & FLEXNER LLP

By: /s/ William S. Ohlemeyer
    William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

-and-

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
    Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

-and-

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
    David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 22, 2009.

    /s/ David B. Chaffin
    David B. Chaffin