UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x
: MDL Docket No.: 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No.: 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
----------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Bulger v. Pfizer Inc.,* 1:07-11426-PBS :
:
----------------------------------------------------------------x

**PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE THE
TESTIMONY AND EXHIBITS OF DEFENSE EXPERT DR. GIBBONS**

Plaintiff RONALD J. BULGER, SR., as Administrator of the Estate of Susan Bulger, deceased, by and through his attorneys, The Lanier Law Firm, P.L.L.C. and Finkelstein & Partners, LLP, hereby moves this Court for an order precluding Defendants PFIZER INC. and WARNER-LAMBERT COMPANY LLC from proffering testimony and exhibits of Defendants' expert Robert D. Gibbons, Ph.D.

This Motion is supported by Plaintiff's Memorandum in Support, and the Declaration of Andrew G. Finkelstein, Esq. and the exhibits annexed thereto, submitted herewith.

Dated: June 22, 2009                        Respectfully submitted,

                                            By:   **/s/ W. Mark Lanier**
                                                  W. Mark Lanier, Esquire
                                                  THE LANIER LAW FIRM, P.L.L.C.
                                                  126 East 56th Street, 6th Floor
                                                  New York, NY  10022

2

By:    **/s/ Andrew G. Finkelstein**
       Andrew G. Finkelstein, Esquire
       FINKELSTEIN & PARTNERS, LLP
       1279 Route 300, P.O. Box 1111
       Newburgh, NY  12551

*Attorneys for Plaintiff Ronald J. Bulger, Sr.*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 22, 2009.

   **/s/ Andrew G. Finkelstein**
   Andrew G. Finkelstein, Esquire