UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                                            :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                :
        SALES PRACTICES AND                                 :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                       :
                                                            :    Judge Patti B. Saris
------------------------------------------------------------x
                                                            :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO                                    :
                                                            :
Bulger v. Pfizer Inc., 1:07-11426-PBS                       :
                                                            :
------------------------------------------------------------x
```

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN SUPPORT
OF PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE THE
TESTIMONY AND EXHIBITS OF DEFENSE EXPERT DR. GIBBONS**

I, Andrew G. Finkelstein, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in support of Plaintiff's Motion in Limine to preclude the testimony and exhibits of Defendants' expert Robert D. Gibbons, Ph.D.

3. The following documents are attached hereto in support of this motion:

Exhibit A -   Greenland Declaration, dated May 2, 2008

Exhibit B -   Greenland Declaration, dated July 22, 2008

Exhibit C -   FDA Safety Alert, dated January 31, 2008

Exhibit D -   FDA Slide Show

Exhibit E -   FDA Statistical Review and Analysis, dated May 23, 2008

Exhibit F -   Defendants' Spreadsheet, Gibbons Ex. 85

Exhibit G -   Gibbons Dep., pp. 233, 299, 303-305, 331, 332, 398, 399, 404, 405, 407, 408, 468, 499, 509, 525, 527, 579, 620, 675, 679, 757-761, 794, 822, 823, 867, 878, 886, 887, 928, 979, 998, 999, 1009, 1010, 1142

Exhibit H -   Gibbons Supp. Expert Report, dated March 19, 2009, Gibbons Ex. 91

Exhibit I -   Greenland Declaration, dated May 31, 2009

Exhibit J -   FDA Guidance for Industry, dated March 2005

Exhibit K -   International Society for Pharmacoepidemiology Guidelines, April 2007

Exhibit L -   Re Patient Bipolar 6416AAAAAACAZJAF, Gibbons Ex. 28

Exhibit M -   Summary of All Adverse Events, Pande Ex. 34

Exhibit N -   Review of Gibbons First Report from Archives

Exhibit O -   Spreadsheet, Gibbons Ex. 24

Exhibit P -   Gibbons Invoice, dated August 6, 2008

Exhibit Q -   Gibbons PharMetrics paper

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 22, 2009

    **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212
*Attorneys for Plaintiff Ronald J. Bulger, Sr.*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 22, 2009.

Dated:  June 22, 2009

    **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein