EXHIBIT H

## Supplemental Expert Report of Robert D. Gibbons Ph.D.

## March 19, 2009

## Neurontin Litigation

### QUALIFICATIONS

My name is Robert D. Gibbons, and I am the Director of the Center for Health Statistics, and Professor of Biostatistics and Psychiatry at the University of Illinois at Chicago. I am a Fellow of the American Statistical Association and a two-time recipient of the American Statistical Association's Youden Award for statistical contributions to the field of Chemistry (2001 and 2006). I have received the Harvard Award for lifetime contributions to the field of Psychiatric Epidemiology and Biostatistics. I am a member of the Institute of Medicine (IOM) of the National Academy of Sciences (NAS), and served for six years on the IOM Board on Health Sciences Policy. I am the author of over 175 peer reviewed scientific papers, and four books. Two of these books are considered foundational in the area of environmental statistics (Statistical Methods for Groundwater Monitoring (1994); and Statistical Methods for Detection and Quantification of Environmental Contamination (2001) with David Coleman, both published by John Wiley and Sons), and the 2001 book received the distinction of being in the top 5 books for statisticians, from the American Statistical Association. My most recent book with Don Hedeker "Longitudinal Data Analysis," also published by John Wiley and Sons, presents a comprehensive overview of methods for the analysis of longitudinal data, with particular emphasis on analytic problems in mental health research. My first book, "Statistical and Methodological Advances in Psychiatric Research," was published in 1982.

I have served as a member on the Institute of Medicine Committee on the Prevention of Suicide, and developed the statistical Appendix of that report that provides a state of the art presentation of statistical methods for the analysis of suicide completion and attempts. I also served on the Institute of Medicine Committee on U.S. Drug Safety, which recommended major changes in the way in which the FDA evaluates safety and post-marketing surveillance of pharmaceuticals. These recommendations have been adopted by Congress and are now being implemented at FDA. I also served on the FDA Scientific Advisory Committee on Suicide and Antidepressants in Children. My colleagues and I have recently published five peer reviewed papers on the relationship between antidepressants and suicide. These papers included U.S. county-level analyses of the relationship between antidepressants and suicide in (1) the general population (Archives of General Psychiatry, 2005) and (2) in children (American Journal of Psychiatry, 2006) in the United States, (3) a study of 226,000 depressed U.S. veterans, (4) a study of changes in antidepressant prescriptions and youth suicide rates in the U.S. and

1

Europe before and after public health advisories in the U.S., U.K., and Europe, and black box warning in the U.S, and (5) a statistical paper that develops a new approach to the analysis of spontaneous report data, illustrated with an example of antidepressants and suicide from the FDA Adverse Event Reporting System (AERS) data. Funding for this work comes from an R56 grant from the National Institute of Mental Health and from a Center for Education and Research on Therapeutics (CERT) from AHRQ, for which I direct the statistical core. Most recently, I have served on the expert panel on reducing suicide for the Veteran's Administration:

> **WASHINGTON –Secretary of Veterans Affairs Dr. James B. Peake today announced the names of members appointed to two special panels that will make recommendations on ways the Department of Veterans Affairs (VA) can improve its programs in suicide prevention, suicide research and suicide education.**

In addition, I have just received a 4-year 3 million dollar grant from the National Institute of Mental Health for statistical and pharmacoepidemiologic study of suicide. My CV is attached as an exhibit to this expert report.

## Opinions

1. Anticonvulsant medications are life saving in the treatment of seizure disorders and also used for other indications such as mood disorders and trigeminal neuralgia. In March of 2005, FDA sent letters to sponsors of 11 antiepileptic drugs (AEDs) requesting the submission of suicidality data from placebo-controlled clinical trials. Based on FDA's analysis of these data, on January 31, 2008, they issued an alert to health care providers regarding increased risk of suicidal thoughts and behavior with AEDs (1). While details of the analysis were extremely limited in the alert, on May 23, 2008, FDA released a report on the details of their statistical review and evaluation of these data (2).

2. The primary analysis performed by FDA was a fixed-effects meta-analysis that required them to remove all studies with zero events in both arms. With an overall rate of suicidality events (thoughts and behaviors) of less than 0.5%, this led to the elimination of the majority of the data for many of the drugs. As an example, of the 49 studies of gabapentin submitted to the FDA, only 3 were included in FDA's primary meta-analysis (i.e., there were only 3 events out of 4932 observations that FDA used in their analysis). As a sensitivity analysis, FDA also performed a meta-analysis of risk differences that permitted use of all of the available data. This analysis was only reported for the overall analysis and not used for any of the secondary analyses (e.g., drug classes or gabapentin alone). Based on these analyses, FDA concluded that there was an increased risk of suicidality for patients receiving AEDs relative to placebo (odds ratio (OR)=1.80, confidence interval (CI) 1.24-2.66, risk difference of 2.1 per 1000 more patients in the drug treated group experiencing

suicidality relative to placebo) and concluded that "the results were generally consistent among all the different drug products."

3.  Inspection of the data reported by FDA in their statistical report raises serious questions regarding the FDA's conclusion about the consistency of these results across this diverse group of AEDs.  The majority of the suicidality events were observed for only 2 of the 11 AEDs, lamotrigine and topiramate.   Sixty-one percent of all of the events were observed for these two drugs, despite the fact that these two drugs account for only 38% of the data used by FDA in their meta-analysis.  These two drugs were the only drugs that had a statistically significant difference relative to placebo both in the analysis discarding zero events (lamotrigine OR=2.08, CI=1.03-4.40; topiramate (OR=2.53, CI=1.21-5.85) and in the risk difference (RD) analysis that included data from all studies (lamotrigine RD=5.40 per 1000, CI=0.24-10.57; topiramate 3.05, CI=0.98-5.11).   For OR, the null value representing no difference between drug and placebo is 1.0 (i.e., equal likelihood of event in drug and placebo, hence ratio equals 1.0), whereas for RD the null value is zero (i.e., no difference in the risk between drug and placebo, hence difference equals 0.0). Using the data provided by FDA in their report, I examined the association between AED treatment and suicidality separately for lamotrigine and topiramate versus the other 9 AEDs. The suicidality event incidence for the combination of lamotrigine and topiramate was 0.63% in active treatment relative to 0.32% in placebo (OR=2.015, CI=1.216-3.339, p=0.007), which is statistically significant (i.e., inconsistent with chance expectations).  By contrast, the suicidality event incidence for the combination of the other 9 AEDs was 0.21% in active treatment relative to 0.18% in placebo (OR=1.127, CI=0.652-1.948, p=0.78), which is not statistically significant (i.e., it is consistent with chance alone).  These results reveal that FDA's statements regarding increased risk are being driven by lamotrigine and topiramate, and had these two drugs (that already have suicidality warnings in their labels) been excluded from the analysis, there would have been no remaining signal of an association between AEDs and suicidality.

4.  As a secondary analysis, FDA explored whether the association between AEDs and suicidality was retained within pharmacologically distinct subclasses.  FDA's categorization was as follows: sodium channel blocking drugs (carbamazepine, lamotrigine, oxcarbazepine, topiramate, and zonisamide); GABAergic drugs (divalproex, gabapentin, pregabalin, tiagapine and topiramate); and carbonic anhydrase inhibitors (topiramate and zonisamide).  FDA found statistically significant associations between AED treatment and suicidality for each of the 3 drug classes (sodium channel blockers – OR=2.08, CI=1.31-3.39; GABAergic – OR=1.68, CI=1.02-2.88; carbonic anhydrase inhibitors – OR=2.53, CI=1.25-5.56).  Note however, that topiramate is a member of all three of these drug classes.  Excluding topiramate from these analyses (and lamotrigine from sodium channel blockers) reveals that none of the remaining drugs within these classes provide evidence of an association between AED treatment and suicidality (sodium channel blockers – OR=0.94, CI=0.31-2.80; GABAergic – OR=1.01, CI=0.51-2.02; carbonic anhydrase inhibitors – OR=1.96, CI=0.28-13.71).  While the remaining sample size for carbonic

anhydrase inhibitors is too small for a meaningful analysis (672 patients treated with zonisamide versus 438 on placebo), results for GABAergic drugs (excluding topiramate) where there were 12,266 patients treated with drug and 6,754 on placebo, the incidence rates are virtually identical at 0.179% versus 0.178%, with corresponding OR=1.01. Note that for topiramate alone, a statistically significant effect of treatment was found (OR=2.57, CI=1.22-5.41,p=0.014). For sodium channel blockers (excluding lamotrigine and topiramate), there were 2266 patients treated with drug and 1510 patients on placebo, and the suicidality incidence was 0.31% on drug and 0.33% on placebo, with corresponding OR=0.94. Again, these results clearly indicate that in the absence of lamotrigine and topiramate there is no signal for an association between AEDs and suicidality.

5. With respect to gabapentin, FDA performed two separate analyses. First, as part of their primary analysis, they computed a gabapentin-specific odds ratio of 1.57 (0.12-47.66). The confidence interval clearly includes 1.0 indicating that there is no statistical evidence of increased risk relative to placebo. However, the confidence interval is extremely wide, which at first examination might suggest that the true OR could indicate that gabapentin is either very protective or very harmful. In fact, the width of the confidence interval is due to the fact that in FDA's primary analysis, they excluded all but 3 of the studies for which there was at least one event of suicidality, in this case suicidal thoughts (2 for gabapentin and 1 for placebo). As a sensitivity analysis, FDA did a meta-analysis of risk differences, which did not require the exclusion of zero-event studies. Here, FDA found that for gabapentin, the estimated risk difference was only 0.28 suicidal thoughts per 1000 patients (i.e., one quarter of a patient more experiencing a suicidal thought treated with gabapentin relative to placebo). The confidence interval was from -1.37 to 1.92, indicating that (a) the CI includes zero, so there is no statistical evidence of suicidality risk for patients treated with gabapentin (i.e., 1.37 fewer patients experiencing a suicidal thought on gabapentin relative to placebo for every 1000 patients treated to 1.92 more patients per 1000 experiencing a suicidal thought on gabapentin relative to placebo), and (b) the confidence interval is in fact quite narrow when the data from all subjects are used in the analysis. By contrast, the estimated risk difference for lamotrigine was 5.40 per 1000 patients treated and for topiramate the risk difference was 3.05 per 1000 patients treated (see Figure below).



The risk difference for lamotrigine is 19 times higher than for gabapentin, and the risk difference for topiramate is 11 times larger than for gabapentin (see Figure below). Again, these findings raise serious questions regarding the homogeneity of results across members of this class of drugs. Furthermore, they make it clear that for gabapentin, no increased risk of suicidality was observed.



6. So what happened?  First, FDA's primary analysis was based solely on studies with events, and since the majority of the events were for lamotrigine and topiramate, studies of those two drugs dominated the primary meta-analysis.  Second, FDA relied upon underpowered tests of heterogeneity to test the consistency of the effect across studies.  Third, FDA relied upon the consistency of the effects between drug classes as support for the consistency of the effects for the individual drugs.  In fact, when lamotrigine and topiramate are removed from the secondary drug-class analyses there is no signal whatsoever for GABAergic and sodium channel blockers where sufficient data are available for a meaningful analysis.  In fact, for sodium channel blockers, if anything, the direction of the effect is protective.  To conclude that "the results were generally consistent among all the different drug products" is not supported by the available data.

7. With respect to lamotrigine and topiramate, is there evidence of a causal association to suicidality?  The observational nature of meta-analysis does not permit causal inference.  In fact there are several alternative explanations that can account for the observed association.  First, patients treated with a drug will have more side effects than patients on placebo and therefore more opportunity to report their suicidal thoughts (3).  Second, suicide attempts made by taking an overdose of study medication will result in contact with the health care system (e.g., an emergency room) and therefore have a greater likelihood of being detected than an overdose on

6

placebo (4). Finally, given the increased incidence of suicidality events on both drug and placebo for these two drugs, the patient populations recruited for these two drugs may be different than those for the other 9 AEDs.

8. Do we have enough subjects tested with gabapentin to conclude that there is no increased risk of suicidality relative to placebo, based on the data used in the FDA analysis? First, using a similar number of subjects, statistically significant odds ratios and risk differences were found for both lamotrigine and topiramate. Clearly, there is sufficient data to detect a significant effect of drug treatment on suicidality, since FDA was able to identify a statistically significant effect for these two drugs. A total of 4935 patients were enrolled in the lamotrigine RCTs, 11,713 in the topiramate RCTs, and 4932 in the gabapentin RCTs. The number of subjects in the gabapentin RCTs was virtually identical to the number of subjects in the lamotrigine RCTs, yet both the OR and risk difference were not even close to being statistically significant for gabapentin, but were statistically significant for lamotrigine and for topiramate. Second, for the combination of lamotrigine and topiramate, the incidence of suicidality events on drug was 0.63% and 0.32% on placebo. By contrast, for the so-called GABAergic drugs excluding topiramate, the incidence of suicidality events on drug was 0.18% and 0.18% on placebo. For these drugs (i.e., GABAergic excluding topiramate), there were a total of 12266 patients who received active treatment and 6754 who received placebo. The sampling ratio of GABAergic drugs (excluding topiramate) to placebo is 1.8:1. The statistical power to detect the difference observed for lamotrigine and topiramate in the GABAergic drugs excluding topiramate is 0.85, or 85%, which exceeds the traditional scientific standard of 80% (also used by FDA). This finding indicates that we would have more than sufficient statistical power to detect an effect equal to that found for lamotrigine and topiramate for the other so-called GABAergic drugs, if it existed. Clearly it did not exist. Finally, based on the IOM report Reducing Suicide: A National Imperative (5), in order to accurately estimate an incidence rate for a rare event such as suicidality that occurs at a rate of 0.5%, similar to that observed in the FDA alert, approximately 3000 subjects are required. This is in fact quite similar to the number of gabapentin treated subjects (N=2903) in FDA's analysis. What this means is that our estimates of the incidence of suicidality for gabapentin are reliably obtained in a sample of the size used by FDA in their meta-analysis.

In Dr. Sander Greenland's previous report in the Daubert trial related to this case, he concludes that nothing can be learned from the gabapentin data alone because there are insufficient data. He also suggests that the gabapentin may be associated with as much as 30 times higher incidence of suicidality than placebo. This is somewhat misleading. Assuming that the base-rate of suicidality among placebo controlled subjects is 0.22% as stated in the FDA alert, we would have power of 80% to detect a statistically significant effect of gabapentin relative to placebo for gabapentin alone in the 4932 subjects (2903 on drug and 2029 on placebo) used by FDA in their analysis, once the rate for gabapentin reached 0.70%, or a relative risk of 3.18. This computation reveals that even for the subset of gabapentin data used by FDA in their analysis, a significant difference between gabapentin and placebo would have been

consistently detected for gabapentin alone, once the incidence was approximately three times higher in gabapentin treated subjects relative to placebo. This is a far cry from the impression left by Dr. Greenland that the difference could be as large as 30 times higher for gabapentin than placebo.

9. There are several other features of the FDA statistical report that give rise to serious concerns regarding the consistency of these data. First, for studies conducted in North America, there was no signal for a significant association between antiepileptic drugs and suicidality (OR=1.38, CI=0.90-2.13). Second, for patients treated for psychiatric indications, there was no signal for a significant association between antiepileptic drugs and suicidality (OR=1.51, CI=0.95-2.45). Third, for inpatients, there was no signal for a significant association between antiepileptic drugs and suicidality (OR=1.42, CI=0.40-5.62). Fourth, for females, there was no signal for a significant association between antiepileptic drugs and suicidality (OR=1.39, CI=0.85-2.35). These subgroup analyses that were performed by FDA, are inconsistent with their conclusion that the data show a consistent picture of increased risk of suicidality for all antiepileptic drugs.

10. On July 10, FDA convened a meeting of two of their scientific advisory boards to determine the type and extent of the public health warning that FDA will promulgate regarding AEDs and suicidality. The committee voted against placing a black box warning on AEDs for suicidality. I completely agree with the decision of the committee. I do not believe there is any statistical justification for such a labeling change and it is my unequivocal opinion that meta-analysis cannot be used for drawing causal inferences, especially with respect to any individual drug within the pooled dataset. Rather, meta-analysis is more appropriately viewed as a useful observational tool for hypothesis generation (i.e., a signal that should motivate future research), a stimulus for research and something for the clinician to consider as one of several considerations in recommending treatment choices for patients.

11. I have reviewed the declarations of Dr. Blume and Mr. Altman that were submitted for the Daubert hearing. These declarations assert that spontaneous adverse event reports show a signal for suicidality. First, the data that formed the basis of Dr. Blume's opinion were spontaneous adverse event reports obtained from a variety of sources that went well beyond the placebo controlled randomized clinical trials that were statistically evaluated by the FDA. Dr. Blume included AE terms that were ambiguous since they appear to change throughout Dr. Blume's report and declaration. Dr. Blume's AE terms went well beyond the four event terms that define "suicidality" in the FDA's analysis of placebo controlled clinical trial data. As a consequence, it is unclear what if anything Dr. Blume's AE terms have to do with suicidality. As pointed out both by the FDA and their scientific advisory boards at the hearing on July 10, 2008, tallies of spontaneous reports do not form the basis of any reliable scientific evidence regarding drug adverse event interactions. Second, Dr. Blume testified at the Daubert hearing that a pharmacoepidemiologic study could have been done; however neither she nor any of plaintiffs experts have conducted such a study, and no studies of suicidality comparing gabapentin to an untreated

comparison group have been conducted and/or published in the literature. To address this limitation, I have conducted such a study. In an attempt to better understand if a possible relationship between AEDs and suicide exists, I initiated a study of a cohort of 131,178 patients who took gabapentin and who had an observation period of one year before initiating treatment and one year following the initiation of treatment. Data for this study came from the PHARMetrics Patient Centric Database, the largest national patient-centric database of longitudinal integrated health care claims data commercially available from PHARMetrics®, Inc., under unrestricted license. These national data are not statistically different from the 2000 U.S. Census distributions of age, gender, and region. The universe of data are comprised of medical, specialty, facility, and pharmacy paid claims from more than 85 managed care plans nationally, representing more than 47 million covered lives.

12. Data were collected during fiscal years 2000 through 2006. All patients who took gabapentin and had continuous enrollment in the system one year before initiating treatment and one year following treatment initiation were included in the sample. Analyses were conducted overall, and separately within relevant diagnostic groups (epilepsy, pain disorders, bipolar illness, major depressive disorder (MDD), schizophrenia, and other psychiatric disorders). Analyses also adjusted for age, sex, and concomitant treatment (other AEDs, antidepressants, antipsychotics, and lithium). A sensitivity analysis was also performed excluding patients who were taking any of these concomitant medications. The ICD 9 codes used to identify suicide attempts were E950-E959, where subcategories are E950-E952 (self-inflicted poisoning), E953 (self-inflicted injury by hanging), E954 (drowning), E955 (self-inflicted injury by firearms), E956 (self-inflicted injury by cutting), E957 (self-inflicted injury by jumping from high places), E958 (other/unspecified self-inflicted injury), and E959 (late effects of self- inflicted injury).

13. Analysis of these data was based on a Poisson regression model using the number of patient exposure days as an offset. The method of generalized estimating equations (GEE) was used to absorb the within-subject correlation in the analyses which compared suicide attempt rates before and after initiation of therapy. Results were expressed as event rate ratios (ERR) and associated confidence intervals (CI), which are the exponential of the estimated treatment effect (and confidence interval) in the Poisson regression model. The ERR is a rate multiplier which reflects the increased rate associated with treatment versus no treatment. An ERR of 1.0 means that there is no effect of treatment (i.e., the rates are identical). ERRs above 1.0 indicate increased risk associated with treatment and ERRs below 1.0 indicate decreased risk associated with treatment (i.e., treatment is protective). An ERR of 2.0 reflects double the rate of suicide attempts following initiation of treatment relative to before treatment was initiated, whereas an ERR of 0.5 reflects one-half the rate of suicide attempts following treatment initiation. To determine if an ERR is statistically significant, we can compute its confidence interval. If the confidence contains the value 1.0, then it is not significant. If the confidence interval is below 1.0 then it is significantly protective. If the confidence interval is above 1.0, then it is significantly harmful. An advantage of the Poisson model is that it allows incorporation of multiple suicide

attempts and unequal measurement periods before and after initiation of treatment.
This latter benefit was not needed in the current study because all patients had exactly
one year of observation before and after initiation of treatment.

14. Characteristics of the sample are described in Table 1.  Table 1 reveals that the bulk
of the subjects had a pain disorder (107,816), and that for patients with epilepsy or
psychiatric disorders (bipolar, MDD, schizophrenia, other), 70%-80% also had a
concomitant pain disorder.  Treatment with concomitant medications was also
relatively high, particularly among patients with psychiatric disorders.  In particular,
many of these patients received antidepressant medications in addition to gabapentin,
although the rate was lower for pain disorder patients (50%) which constituted the
majority of the sample.  Patients with epilepsy also had lower rates of concomitant
antidepressant treatment.

15. In terms of age, the distribution was relatively homogeneous across the diagnostic
groups with bipolar disorder and epilepsy patients being the youngest and pain
disorder patients the oldest.  With respect to sex, the majority of patients were female
(63%), but females were even more highly represented among MDD and bipolar
subpopulations (72% and 68% respectively).

16. Table 2 presents results of the statistical comparisons of suicide attempt rates before
and after initiation of treatment.  Significant decreases in suicide attempt rates were
observed for bipolar patients (ERR=0.66, CI=0.43-1.00, p=0.047) and for MDD
patients (ERR=0.73, CI=0.58-0.92, p=0.0004), and approached significance for other
psychiatric disorders (ERR=0.79, CI=0.63-1.00, p=0.055).  By contrast, no significant
effects of treatment on suicide attempt rates were observed for epilepsy, pain disorder
or schizophrenia, although schizophrenia had a favorable ERR of 0.74 (0.39-1.40),
but was not statistically significant due to the much smaller number of patients.  The
overall effect, pooling all disorders was not significant (ERR=0.99, CI=0.80-1.23,
p=0.903), which is to be expected because the majority of patients were pain disorder
patients for which there was no effect of treatment on suicide attempt rates.  Finally,
the analysis which excluded all patients who took any concomitant CNS medication
(i.e., an additional AED, antidepressant, lithium, or antipsychotic medication), also
failed to identify any increased risk of suicide attempt associated with gabapentin
treatment (ERR=0.53, CI=0.16-1.73,p=0.29).  In fact, the rate of suicide attempts was
cut in half following treatment initiation (0.16/1000 patient years) relative to prior to
treatment (0.30/1000 patient years); however, this difference was not statistically
significant given the reduced sample size (n=57,085) and much lower incidence of
suicide attempts in the gabapentin monotherapy sample.

17. These findings clearly reveal that in this cohort of over 130,000 patients treated with
gabapentin, there is no overall increased risk of suicide attempt associated with
gabapentin treatment.  Gabapentin does not increase the likelihood of suicide
attempts, and the suicide attempts considered here were of sufficient severity to make
it into the medical record.  However, among patients with a psychiatric disorder, who
are at increased suicidal risk, statistically significant protective effects of gabapentin

10

were clearly demonstrated.   Indeed, the pretreatment suicide attempt rate for patients with bipolar disorder was 48 per 1000 patient years as compared to only 3 per 1000 patient years for patients with pain disorder.  Following treatment, however, the suicide attempt rate decreased to 32 per 1000 patient years in bipolar patients (a 33% decrease), but remained constant at 3 per 1000 patient years for pain disorder patients. These findings suggest that among those patients at increased risk of serious suicide attempts, gabapentin significantly decreases their risk of making a suicide attempt. Whether this protective effect is based on reducing the symptoms of the psychiatric disorder or by treating the concomitant pain disorder that is present in many of these patients remains an open question.

18. Analysis of gabapentin monotherapy patients (i.e., no concomitant AED, antidepressant, antipsychotic or lithium), revealed that the annual suicide attempt rate among patients taking gabapentin alone is in fact quite low (16/100,000); however, it is almost twice as high in these same patients prior to initiating treatment with gabapentin (30/100,000).  The patients in this monotherapy cohort, are primarily patients being treated for pain, which represents the majority of patients treated with gabapentin.  Elevated suicide attempt rates among patients who receive gabapentin are therefore due to psychiatric illness and concomitant medications which is a marker for increased severity of illness, treatment resistance, and/or diagnostic comorbidities, all of which increase suicidal risk.   Gabapentin decreases suicide attempt rates in these more severely ill patients with psychiatric comorbidities. Gabapentin also appears to decrease the already low suicide attempt rate in the least severely ill patients who received gabapentin alone.  None of the analyses in the largest cohort ever studied in this area (n=130,000) revealed any evidence whatsoever that gabapentin increases risk of suicide.

19. A series of sensitivity analyses were also conducted to determine the robustness of the findings of the primary analysis to changes in model specifications and assumptions underlying the analysis.  First, the same model was used, but in this case, concomitant medications were treated as a time-varying (pre and post gabapentin treatment) covariate (see Table 2A).  In this analysis bipolar disorder, other psychiatric disorders and major depressive disorder all showed significant decreases in suicide attempt rate following treatment with gabapentin, whereas the other diagnostic classifications showed no effect of treatment.  Second, requiring at least a 30 day supply of gabapentin treatment produced the same conclusions as the previous sensitivity analysis (see Table 2B), however,  gabapentin monotherapy now also showed a significant reduction in suicide attempts (OR=0.27 (CI=0.08-0.89), p<0.032), despite the rarity of suicide attempts in patients treated exclusively with gabapentin.  Third, excluding patients with a suicide attempt on the index date of gabapentin treatment also produced similar conclusions (except for gabapentin monotherapy which was no longer significant) as the previous two sensitivity analyses (see Table 2C), indicating that even if we exclude patients where the suicide attempt may have led to treatment, either significant decreases (bipolar disorder, major depressive disorder, and other psychiatric disorders) or no significant effect of gabapentin treatment (pain, schizophrenia, epilepsy and overall analyses) were

observed.  These sensitivity analyses reveal that the findings of the primary analysis were not due to (a) changes in concomitant pharmacotherapy prior to and then after initiation of gabapentin treatment, (b) duration of treatment, and (c) suicide attempts that may have led to the initiation of treatment with gabapentin.

20. In a second series of sensitivity analyses I considered a single suicide attempt (i.e. the first) for each patient rather than multiple attempts and reanalyzed the data using a logistic regression analysis.  Results of the primary analysis for a single suicide attempt are displayed in Table 3 and reveal quite similar findings as the overall analysis for multiple attempts.  Significant decreases in post-treatment suicide attempt rates were found for bipolar disorder, and major depressive disorder, and a result that approached significance for other psychiatric disorders.  All other diagnostic classifications showed no evidence of increased risk of suicide attempt following initiation of treatment with gabapentin.  Second, the same model was used, but in this case, concomitant medications were treated as a time-varying (pre and post gabapentin treatment) covariate (see Table 3A).  In this analysis bipolar disorder, other psychiatric disorders and major depressive disorder all showed significant decreases in suicide attempt rate following treatment with gabapentin, whereas the other diagnostic classifications showed no effect if treatment.  Third, requiring at least a 30 day supply of gabapentin treatment produced the same conclusions as the previous sensitivity analysis (see Table 3B).  Note however, that for gabapentin monotherapy the OR=0.36 (CI=0.11-1.14), p<0.08 approached significance even given the rarity of suicide attempts in patients treated exclusively with gabapentin.  Fourth, excluding patients with a suicide attempt on the index date of gabapentin treatment also produced identical conclusions as the previous two sensitivity analyses (see Table 3C), indicating that even if we exclude patients where the suicide attempt may have led to treatment, either significant decreases (bipolar disorder, major depressive disorder, and other psychiatric disorders) or no significant effect of gabapentin treatment (pain, schizophrenia, epilepsy and overall analyses) were observed.  These sensitivity analyses reveal that the findings of the primary analysis and first series of sensitivity analyses were not due to over-counting multiple attempts that may have been duplicated in the medical record.

21. More broadly, in connection with FDA's public health alert on the entire class of AEDs, Gibbons et.al. (under review) examined a cohort of 47,918 patients with bipolar disorder with a minimum of a one-year window of information before and after the index date of their illness.  Among those patients studied by FDA, the bipolar patient subgroup are at the highest risk of suicide.  Despite this, overall, there was no significant difference in suicide attempt rates for bipolar patients treated with an AED (13/1000 person years) versus bipolar patients not treated with an AED (13/1000).  In bipolar patients treated with an AED, the rate of suicide attempts was significantly higher prior to treatment (72/1000) than after treatment (13/1000).  This analysis adjusted for concomitant treatment with other AEDs, antidepressants and antipsychotics, age, sex, and previous suicide attempts in the year prior to the index diagnosis and excluded patients treated with lithium.  In bipolar patients

receiving no concomitant treatment with an antidepressant, antipsychotic or lithium, AEDs were significantly protective relative to no pharmacologic treatment (3/1000 versus 15/1000). These findings are consistent with the findings of the gabapentin analyses presented here and extend the protective effects of gabapentin observed in bipolar patients identified in the present analysis to the entire class of 11 AEDs identified in FDA's analysis. Finally, these findings are consistent with FDA's meta-analysis which also found no evidence of increased risk of suicidality for patients treated with gabapentin.

Based on all of the evidence that I have reviewed, and the data that I have personally analyzed, it is my opinion that there is no increased risk of suicidal thinking and behavior for gabapentin overall, and if anything, protective effects for psychiatric patients who are at increased suicidal risk. Because no signal has been identified for increased risk of suicidality for gabapentin, there was never any reason for Pfizer to warn physicians of this non-existent risk.

## Table 1
## Summary Statistics (Mean and Percent) by Diagnosis

| Diagnosis | # Subjects | Mean (std) Age | Male | Bipolar Disorder | Epilepsy | MDD | Pain Disorder | Psychiatric Disorder | Schiz | Anticonv | Antidepr | Antipsyc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bipolar Disorder | 3,783 | 40.4 (13.9) | 31.7 | | 1.9 | 56.3 | 70.9 | 65.9 | 5.8 | 60.4 | 80.3 | 48.6 |
| Major Depressive Disorder | 25,203 | 45.9 (12.7) | 28.2 | 8.5 | 1.5 | | 83.8 | 56.1 | 1.3 | 33.4 | 85.0 | 19.4 |
| Schizophrenia | 598 | 44.2 (13.2) | 39.5 | 37.0 | 2.8 | 53.3 | 71.1 | 66.4 | | 52.8 | 76.9 | 81.6 |
| Other Psychiatric Disorder | 31,847 | 45.2 (13.6) | 36.6 | 7.8 | 1.9 | 44.4 | 83.6 | | 1.3 | 30.2 | 70.3 | 17.3 |
| Epilepsy | 1,411 | 41.8 (17.8) | 40.2 | 5.0 | | 26.9 | 72.0 | 42.3 | 1.2 | 72.4 | 48.7 | 13.8 |
| Pain Disorder | 107,816 | 49.3 (12.2) | 35.7 | 2.5 | 0.9 | 19.6 | | 24.7 | 0.4 | 19.5 | 50.2 | 7.4 |
| All | 131,178 | 48.9 (12.9) | 37.1 | 2.9 | 1.1 | 19.2 | 82.2 | 24.3 | 0.5 | 19.4 | 49.5 | 8.0 |
| Gabapentin Monotherapy | 57,085 | 50.1 (13.0) | 44.2 | 0.4 | 0.4 | 4.8 | 81.5 | 12.8 | 0.1 | na | na | na |

14

Table 2

Suicide Attempt Rate per 1,000 Person Years Before and After Treatment of Gabapentin by Diagnosis
Poisson Regression Model with Time-invariant (post-treatment) Concomitant Medication

| Diagnosis | # at Risk | #Attempts Before | Rate per 1,000 | #Attempts After | Rate per 1,000 | Relative Risk[2] | 95% CIs for RR | P-value |
|---|---|---|---|---|---|---|---|---|
| Bipolar Disorder | 3,783 | 181 | 47.85 | 119 | 31.46 | 0.66 | 0.43-1.00 | 0.047 |
| Major Depressive Disorder | 25,203 | 436 | 17.30 | 319 | 12.66 | 0.73 | 0.58-0.92 | 0.007 |
| Schizophrenia | 598 | 38 | 63.55 | 28 | 46.82 | 0.74 | 0.39-1.40 | 0.353 |
| Other Psychiatric Disorder | 31,847 | 409 | 12.84 | 323 | 10.14 | 0.79 | 0.63-1.00 | 0.047 |
| Epilepsy | 1,411 | 12 | 8.50 | 10 | 7.09 | 0.83 | 0.33-2.08 | 0.696 |
| Pain Disorder | 107,816 | 345 | 3.20 | 370 | 3.43 | 1.07 | 0.84-1.36 | 0.568 |
| All | 131,178 | 456 | 3.48 | 453 | 3.45 | 0.99 | 0.80-1.23 | 0.951 |
| Gabapentin Monotherapy[1] | 57,085 | 17 | 0.30 | 9 | 0.16 | 0.53 | 0.16-1.73 | 0.294 |

Notes: [1] Adjusting for concomitant diagnoses, age, and gender (subjects with any CNS drugs after index date were excluded)
        [2] Relative risk was calculated from Poisson regression model with time invariant concomitant medication

15

16

Table 2A

Suicide Attempt Rate per 1,000 Person Years Before and After Treatment of Gabapentin by Diagnosis
Poisson Regression Model with Time-varying Concomitant Medication

| Diagnosis | # at Risk | # Attempts Before | Rate per 1,000 | # Attempts After | Rate per 1,000 | Relative Risk[2] | 95% CIs for RR | P-value |
|---|---|---|---|---|---|---|---|---|
| Bipolar Disorder | 3,783 | 181 | 47.85 | 119 | 31.46 | 0.62 | 0.41-0.94 | 0.026 |
| Major Depressive Disorder | 25,203 | 436 | 17.30 | 319 | 12.66 | 0.65 | 0.52-0.82 | < 0.001 |
| Schizophrenia | 598 | 38 | 63.55 | 28 | 46.82 | 0.74 | 0.41-1.35 | 0.326 |
| Other Psychiatric Disorder | 31,847 | 409 | 12.84 | 323 | 10.14 | 0.69 | 0.55-0.88 | 0.002 |
| Epilepsy | 1,411 | 12 | 8.50 | 10 | 7.09 | 0.83 | 0.34-2.04 | 0.683 |
| Pain Disorder | 107,816 | 345 | 3.20 | 370 | 3.43 | 0.99 | 0.78-1.26 | 0.944 |
| All | 131,178 | 456 | 3.48 | 453 | 3.45 | 0.93 | 0.76-1.14 | 0.487 |
| Gabapentin Monoterapy[1] | 57,085 | 17 | 0.30 | 9 | 0.16 | 0.53 | 0.16-1.73 | 0.294 |

Note: [1] Adjusting for concomitant diagnoses, age, and gender (subjects with any CNS drugs after index date were excluded)
[2] Relative risk was calculated from Poisson regression model with time-varying concomitant medication

17

Table 2B

Suicide Attempt Rate per 1,000 Person Years Before and After Treatment of Gabapentin by Diagnosis
Poisson Regression Model with Time-varying Concomitant Medication and 30 or More Days Supply

| Diagnosis | # at Risk | # Attempts Before | Rate per 1,000 | # Attempts After | Rate per 1,000 | Relative Risk[2] | 95% CIs for RR | P-value |
|---|---|---|---|---|---|---|---|---|
| Bipolar Disorder | 3,469 | 169 | 48.72 | 106 | 30.56 | 0.59 | 0.38-0.92 | 0.019 |
| Major Depressive Disorder | 22,726 | 407 | 17.91 | 281 | 12.36 | 0.62 | 0.49-0.79 | < 0.001 |
| Schizophrenia | 548 | 38 | 69.34 | 24 | 43.80 | 0.62 | 0.33-1.14 | 0.125 |
| Other Psychiatric Disorder | 28,448 | 384 | 13.50 | 281 | 9.88 | 0.65 | 0.51-0.83 | < 0.001 |
| Epilepsy | 1,327 | 11 | 8.29 | 10 | 7.54 | 0.89 | 0.35-2.24 | 0.801 |
| Pain Disorder | 94,653 | 320 | 3.38 | 313 | 3.31 | 0.91 | 0.71-1.18 | 0.481 |
| All | 115,434 | 426 | 3.69 | 390 | 3.38 | 0.86 | 0.68-1.08 | 0.179 |
| Gabapentin Monotherapy[1] | 48,739 | 15 | 0.31 | 4 | 0.08 | 0.27 | 0.08-0.89 | 0.032 |

Note: [1] Adjusting for concomitant diagnoses, age, and gender (subjects with any CNS drugs after index date were excluded)
[2] Relative risk was calculated from Poisson regression model with time-varying concomitant medication

Table 2C

Suicide Attempt Rate per 1,000 Person Years Before and After Treatment of Gabapentin by Diagnosis
Poisson Regression Model with Time-varying Concomitant Medication Excluding Attempts on Index Date

| Diagnosis | # at Risk | # Attempts Before | Rate per 1,000 | # Attempts After | Rate per 1,000 | Relative Risk[2] | 95% CIs for RR | P-value |
|---|---|---|---|---|---|---|---|---|
| Bipolar Disorder | 3,783 | 180 | 47.58 | 119 | 31.46 | 0.62 | 0.41-0.95 | 0.027 |
| Major Depressive Disorder | 25,203 | 433 | 17.18 | 319 | 12.66 | 0.66 | 0.53-0.82 | < 0.001 |
| Schizophrenia | 598 | 38 | 63.55 | 28 | 46.82 | 0.74 | 0.41-1.35 | 0.326 |
| Other Psychiatric Disorder | 31,847 | 407 | 12.78 | 323 | 10.14 | 0.70 | 0.55-0.88 | 0.003 |
| Epilepsy | 1,411 | 12 | 8.50 | 10 | 7.09 | 0.83 | 0.34-2.04 | 0.683 |
| Pain Disorder | 107,816 | 342 | 3.17 | 370 | 3.43 | 1.00 | 0.79-1.27 | 0.999 |
| All | 131,178 | 453 | 3.45 | 453 | 3.45 | 0.94 | 0.76-1.15 | 0.528 |
| Gabapentin Monoterapy[1] | 57,085 | 17 | 0.30 | 9 | 0.16 | 0.53 | 0.16-1.73 | 0.294 |

Note: [1] Adjusting for concomitant diagnoses, age, and gender (subjects with any CNS drugs after index date were excluded)
      [2] Relative risk was calculated from Poisson regression model with time-varying concomitant medication

18

19

Table 3

Suicide Attempt Rate per 1,000 Person Years Before and After Treatment of Gabapentin by Diagnosis
Logistic Regression Model with Time-invariant (post-treatment) Concomitant Medication

| Diagnosis | # at Risk | # of Patients Attempts >= 1 Before | Rate per 1,000 | # of Patients Attempts >= 1 After | Rate per 1,000 | Odds Ratio[2] | 95% CIs for OR | P-value |
|---|---|---|---|---|---|---|---|---|
| Bipolar Disorder | 3,783 | 104 | 27.49 | 67 | 17.71 | 0.63 | 0.48-0.85 | 0.002 |
| Major Depressive Disorder | 25,203 | 263 | 10.44 | 210 | 8.33 | 0.79 | 0.67-0.94 | 0.008 |
| Schizophrenia | 598 | 21 | 35.12 | 19 | 31.77 | 0.90 | 0.51-1.57 | 0.706 |
| Other Psychiatric Disorder | 31,847 | 244 | 7.66 | 206 | 6.47 | 0.84 | 0.71-1.00 | 0.051 |
| Epilepsy | 1,411 | 7 | 4.96 | 9 | 6.38 | 1.30 | 0.53-3.17 | 0.565 |
| Pain Disorder | 107,816 | 203 | 1.88 | 224 | 2.08 | 1.11 | 0.92-1.33 | 0.273 |
| All | 131,178 | 273 | 2.08 | 289 | 2.20 | 1.06 | 0.90-1.24 | 0.468 |
| Gabapentin Monotherapy[1] | 57,085 | 13 | 0.23 | 6 | 0.11 | 0.46 | 0.17-1.22 | 0.117 |

Note: [1] Adjusting for concomitant diagnoses, age, and gender (subjects with any CNS drugs after index date were excluded)
     [2] Odds ratio was calculated from logistic regression model with time invariant concomitant medication

Table 3A

Suicide Attempt Rate per 1,000 Person Years Before and After Treatment of Gabapentin by Diagnosis

Logistic Regression Model with Time-varying Concomitant Medication

| Diagnosis | # at Risk | # of Patients Attempts >= 1 Before | Rate per 1,000 | # of Patients Attempts >= 1 After | Rate per 1,000 | Odds Ratio[2] | 95% CIs for OR | P-value |
|---|---|---|---|---|---|---|---|---|
| Bipolar Disorder | 3,783 | 104 | 27.49 | 67 | 17.71 | 0.59 | 0.44-0.78 | < 0.001 |
| Major Depressive Disorder | 25,203 | 263 | 10.44 | 210 | 8.33 | 0.70 | 0.59-0.83 | < 0.001 |
| Schizophrenia | 598 | 21 | 35.12 | 19 | 31.77 | 0.86 | 0.48-1.52 | 0.596 |
| Other Psychiatric Disorder | 31,847 | 244 | 7.66 | 206 | 6.47 | 0.73 | 0.61-0.87 | < 0.001 |
| Epilepsy | 1,411 | 7 | 4.96 | 9 | 6.38 | 1.29 | 0.54-3.04 | 0.567 |
| Pain Disorder | 107,816 | 203 | 1.88 | 224 | 2.08 | 1.01 | 0.84-1.20 | 0.929 |
| All | 131,178 | 273 | 2.08 | 289 | 2.20 | 0.97 | 0.83-1.14 | 0.741 |
| Gabapentin Monoterapy[1] | 57,085 | 13 | 0.23 | 6 | 0.11 | 0.46 | 0.17-1.22 | 0.117 |

Note: [1] Adjusting for concomitant diagnoses, age, and gender (subjects with any CNS drugs after index date were excluded)

[2] Odds ratio was calculated from logistic regression model with time-varying concomitant medication

21

Table 3B

Suicide Attempt Rate per 1,000 Person Years Before and After Treatment of Gabapentin by Diagnosis
Logistic Regression Model with Time-varying Concomitant Medication and 30 or More Days Supply

| Diagnosis | # at Risk | # of Patients Attempts >= 1 Before | Rate per 1,000 | # of Patients Attempts >= 1 After | Rate per 1,000 | Odds Ratio[2] | 95% CIs for OR | P-value |
|---|---|---|---|---|---|---|---|---|
| Bipolar Disorder | 3,469 | 98 | 28.25 | 61 | 17.58 | 0.56 | 0.42-0.76 | < 0.001 |
| Major Depressive Disorder | 22,726 | 242 | 10.65 | 185 | 8.14 | 0.67 | 0.56-0.80 | < 0.001 |
| Schizophrenia | 548 | 21 | 38.32 | 16 | 29.20 | 0.69 | 0.38-1.26 | 0.223 |
| Other Psychiatric Disorder | 28,448 | 226 | 7.94 | 180 | 6.33 | 0.69 | 0.57-0.83 | < 0.001 |
| Epilepsy | 1,327 | 6 | 4.52 | 9 | 6.78 | 1.48 | 0.61-3.61 | 0.385 |
| Pain Disorder | 94,653 | 185 | 1.95 | 192 | 2.03 | 0.95 | 0.79-1.15 | 0.607 |
| All | 115,434 | 251 | 2.17 | 251 | 2.17 | 0.92 | 0.78-1.08 | 0.314 |
| Gabapentin Monoterapy[1] | 48,739 | 11 | 0.23 | 4 | 0.08 | 0.36 | 0.11-1.14 | 0.083 |

Note: [1] Adjusting for concomitant diagnoses, age, and gender (subjects with any CNS drugs after index date were excluded)

[2] Odds ratio was calculated from logistic regression model with time-varying concomitant medication

22

## Table 3C

Suicide Attempt Rate per 1,000 Person Years Before and After Treatment of Gabapentin by Diagnosis
Poisson Regression Model with Time-varying Concomitant Medication Excluding Attempts on Index Date

| Diagnosis | # at Risk | # of Patients Attempts >= 1 Before | Rate per 1,000 | # of Patients Attempts >= 1 After | Rate per 1,000 | Odds Ratio[2] | 95% CIs for OR | P-value |
|---|---|---|---|---|---|---|---|---|
| Bipolar Disorder | 3,783 | 104 | 27.49 | 67 | 17.71 | 0.59 | 0.44-0.78 | < 0.001 |
| Major Depressive Disorder | 25,203 | 261 | 10.36 | 210 | 8.33 | 0.71 | 0.60-0.84 | < 0.001 |
| Schizophrenia | 598 | 21 | 35.12 | 19 | 31.77 | 0.86 | 0.48-1.52 | 0.596 |
| Other Psychiatric Disorder | 31,847 | 243 | 7.63 | 206 | 6.47 | 0.73 | 0.62-0.87 | < 0.001 |
| Epilepsy | 1,411 | 7 | 4.96 | 9 | 6.38 | 1.29 | 0.54-3.04 | 0.567 |
| Pain Disorder | 107,816 | 201 | 1.86 | 224 | 2.08 | 1.02 | 0.85-1.22 | 0.838 |
| All | 131,178 | 271 | 2.07 | 289 | 2.20 | 0.98 | 0.84-1.15 | 0.819 |
| Gabapentin Monotherapy[1] | 57,085 | 13 | 0.23 | 6 | 0.11 | 0.46 | 0.17-1.22 | 0.117 |

Note: [1] Adjusting for concomitant diagnoses, age, and gender (subjects with any CNS drugs after index date were excluded)

[2] Odds ratio was calculated from logistic regression model with time varying concomitant medication

I reserve the right to supplement these opinions and my reports based on additional information, data, or materials provided in connection with the FDA alert.

## References

1. Information for Healthcare Professionals Suicidality and Antiepileptic Drugs. http://www.fda.gov/CDER/Drug/InfoSheets/HCP/antiepilepticsHCP.htm, January 31, 2008.

2. Statistical review and evaluation. http://www.fda.gov/ohrms/dockets/ac/08/briefing/2008-4372b1-01-FDA.pdf, May 23, 2008.

3. Posner K, Oquendo MA, Gould M, Stanley B, Davies M: Columbia classification algorithm of suicide assessment (C-CASA): Classification of suicidal events in the FDA's pediatric suicidal risk analysis of antidepressants. American Journal of Psychiatry 2007; 164: 1035-1043.

4. Gibbons R.D., Brown C.H., Hur K., Marcus S., Bhaumik D.K., Mann J.J. The relationship between antidepressants and suicide: Results of analysis of the Veterans Health Administration datasets. *American Journal of Psychiatry*, 2007; 164:1044-1049, 2007.

5. Goldsmith S.K., Pellmar T.C., Kleinman A.M., Bunney W.E. Bell, C.C., Brent D.A., Eggert L., Fawcett J., Gibbons, R.D., Redfield-Jamison K., Korbin J.E., Mann, J.J., May P.A., Reynolds C.F., Tsuang M.T., Frank R.G. *Reducing Suicide: A National Imperative*, Washington D.C., National Academy Press, 2002.

I declare under penalty of perjury under the laws of the United States of America that the opinions set forth in this document and Appendix are my opinions to a reasonable degree of medical and scientific certainty, and are true and correct.

Executed March 19, 2009.

Sincerely,

Robert D. Gibbons Ph.D.

23