# EXHIBIT L

## PATIENT_BIPOLAR

| pat_id | der_sex | index_dt | age |
|---|---|---|---|
| 6416AAAAAACAZJAF | F | 2006-05-18 | 44 |

## ALL_DIAGS_FOR_BIPOLAR

| pat_id | from_dt | diag | diag_description |
|---|---|---|---|
| 6416AAAAAACAZJAF | 2005-06-04 | V1041 | V1041 - HX OF CERVICAL MALIGNANCY |
| 6416AAAAAACAZJAF | 2005-06-04 | 05410 | 05410 - HERPES GENITAL NOS |
| 6416AAAAAACAZJAF | 2005-06-06 | 05410 | 05410 - HERPES GENITAL NOS |
| 6416AAAAAACAZJAF | 2005-06-11 | 78909 | 78909 - PAIN ABDOMINAL SITE NEC |
| 6416AAAAAACAZJAF | 2005-06-13 | E8809 | E8809 - FALL ON/FROM STAIRS OR STEPS NEC |
| 6416AAAAAACAZJAF | 2005-06-13 | 84500 | 84500 - SPRAIN/STRAIN ANKLE NOS |
| 6416AAAAAACAZJAF | 2005-06-13 | 84510 | 84510 - SPRAIN/STRAIN FOOT NOS |
| 6416AAAAAACAZJAF | 2005-06-15 | 84510 | 84510 - SPRAIN/STRAIN FOOT NOS |
| 6416AAAAAACAZJAF | 2005-06-15 | 1121 | 1121 - CANDIDIASIS VULVA/VAGINA |
| 6416AAAAAACAZJAF | 2005-06-21 | 61610 | 61610 - VAGINITIS NOS |
| 6416AAAAAACAZJAF | 2005-06-21 | 7048 | 7048 - DISEASE HAIR NEC |
| 6416AAAAAACAZJAF | 2005-06-21 | 6238 | 6238 - DISORDER NONINFLM VAGINA NEC |
| 6416AAAAAACAZJAF | 2005-06-21 | 1121 | 1121 - CANDIDIASIS VULVA/VAGINA |
| 6416AAAAAACAZJAF | 2005-06-23 | 84509 | 84509 - SPRAIN/STRAIN ANKLE NEC |
| 6416AAAAAACAZJAF | 2005-06-28 | 8250 | 8250 - FX CALCANEUS CLOSED |
| 6416AAAAAACAZJAF | 2005-07-19 | 7806 | 7806 - FEVER |
| 6416AAAAAACAZJAF | 2005-07-19 | 05410 | 05410 - HERPES GENITAL NOS |
| 6416AAAAAACAZJAF | 2005-07-19 | 78701 | 78701 - NAUSEA WITH VOMITING |
| 6416AAAAAACAZJAF | 2005-07-21 | 05410 | 05410 - HERPES GENITAL NOS |
| 6416AAAAAACAZJAF | 2005-07-21 | 78079 | 78079 - MALAISE AND FATIGUE NEC |
| 6416AAAAAACAZJAF | 2005-07-21 | 34600 | 34600 - MIGRAINE CLASSICAL NOT INTRACTABLE |
| 6416AAAAAACAZJAF | 2005-07-21 | 7840 | 7840 - HEADACHE |
| 6416AAAAAACAZJAF | 2005-07-21 | 7804 | 7804 - DIZZINESS AND GIDDINESS |
| 6416AAAAAACAZJAF | 2005-07-22 | 83900 | 83900 - DSLOC CRVCL VERTEBRA NOS CLOSED |
| 6416AAAAAACAZJAF | 2005-07-22 | 7231 | 7231 - CERVICALGIA |
| 6416AAAAAACAZJAF | 2005-07-22 | 7840 | 7840 - HEADACHE |
| 6416AAAAAACAZJAF | 2005-07-25 | 9239 | 9239 - CONTUSION UPPER LIMB NOS |
| 6416AAAAAACAZJAF | 2005-07-25 | V610 | V610 - FAMILY DISRUPTION |
| 6416AAAAAACAZJAF | 2005-07-25 | 7840 | 7840 - HEADACHE |
| 6416AAAAAACAZJAF | 2005-07-25 | 92310 | 92310 - CONTUSION FOREARM |
| 6416AAAAAACAZJAF | 2005-07-25 | 7231 | 7231 - CERVICALGIA |
| 6416AAAAAACAZJAF | 2005-07-25 | 83900 | 83900 - DSLOC CRVCL VERTEBRA NOS CLOSED |
| 6416AAAAAACAZJAF | 2005-07-29 | 7840 | 7840 - HEADACHE |
| 6416AAAAAACAZJAF | 2005-07-29 | 7231 | 7231 - CERVICALGIA |
| 6416AAAAAACAZJAF | 2005-07-29 | 83900 | 83900 - DSLOC CRVCL VERTEBRA NOS CLOSED |
| 6416AAAAAACAZJAF | 2005-08-02 | 8250 | 8250 - FX CALCANEUS CLOSED |
| 6416AAAAAACAZJAF | 2005-08-05 | 8250 | 8250 - FX CALCANEUS CLOSED |
| 6416AAAAAACAZJAF | 2005-08-17 | 78607 | 78607 - WHEEZING |
| 6416AAAAAACAZJAF | 2005-08-17 | 7862 | 7862 - COUGH |
| 6416AAAAAACAZJAF | 2005-08-17 | 4660 | 4660 - BRONCHITIS ACUTE |
| 6416AAAAAACAZJAF | 2005-08-19 | 78607 | 78607 - WHEEZING |
| 6416AAAAAACAZJAF | 2005-08-19 | 4660 | 4660 - BRONCHITIS ACUTE |
| 6416AAAAAACAZJAF | 2005-08-19 | 7862 | 7862 - COUGH |
| 6416AAAAAACAZJAF | 2005-09-01 | 311 | 311 - DISORDER DEPRESSIVE NEC |
| 6416AAAAAACAZJAF | 2005-09-01 | 30113 | 30113 - DISORDER CYCLOTHYMIC PERSONALITY |
| 6416AAAAAACAZJAF | 2005-09-04 | 78605 | 78605 - SHORTNESS OF BREATH |
| 6416AAAAAACAZJAF | 2005-09-08 | 4660 | 4660 - BRONCHITIS ACUTE |
| 6416AAAAAACAZJAF | 2005-09-08 | 7862 | 7862 - COUGH |

Complete Data For Patient 6416AAAAAACAZJAF                    Page 1 of 7

FOR I.D. ___2/4/09___   EXHIBIT 28

| pat_id | from_dt | diag | diag_description |
|---|---|---|---|
| 6416AAAAAACAZJAF | 2005-09-08 | 78607 | 78607 - WHEEZING |
| 6416AAAAAACAZJAF | 2005-09-08 | 78605 | 78605 - SHORTNESS OF BREATH |
| 6416AAAAAACAZJAF | 2005-09-23 | 311 | 311 - DISORDER DEPRESSIVE NEC |
| 6416AAAAAACAZJAF | 2005-09-23 | 30113 | 30113 - DISORDER CYCLOTHYMIC PERSONALITY |
| 6416AAAAAACAZJAF | 2005-09-29 | 30113 | 30113 - DISORDER CYCLOTHYMIC PERSONALITY |
| 6416AAAAAACAZJAF | 2005-09-29 | 311 | 311 - DISORDER DEPRESSIVE NEC |
| 6416AAAAAACAZJAF | 2005-09-30 | 30113 | 30113 - DISORDER CYCLOTHYMIC PERSONALITY |
| 6416AAAAAACAZJAF | 2005-09-30 | 311 | 311 - DISORDER DEPRESSIVE NEC |
| 6416AAAAAACAZJAF | 2005-10-06 | 7291 | 7291 - MYALGIA/MYOSITIS NOS |
| 6416AAAAAACAZJAF | 2005-10-06 | 29632 | 29632 - DPRSV DSORD MAJOR RECURRENT MOD |
| 6416AAAAAACAZJAF | 2005-10-06 | 78071 | 78071 - SYNDROME CHRONIC FATIGUE |
| 6416AAAAAACAZJAF | 2005-10-17 | 30113 | 30113 - DISORDER CYCLOTHYMIC PERSONALITY |
| 6416AAAAAACAZJAF | 2005-10-17 | 311 | 311 - DISORDER DEPRESSIVE NEC |
| 6416AAAAAACAZJAF | 2005-10-27 | 7291 | 7291 - MYALGIA/MYOSITIS NOS |
| 6416AAAAAACAZJAF | 2005-10-27 | 5589 | 5589 - GASTROENTERITIS/COLITIS NONINFC NEC |
| 6416AAAAAACAZJAF | 2005-10-27 | 0088 | 0088 - ENTERITIS VIRAL NOS |
| 6416AAAAAACAZJAF | 2005-10-27 | 27651 | 27651 - DEHYDRATION |
| 6416AAAAAACAZJAF | 2005-10-27 | 78071 | 78071 - SYNDROME CHRONIC FATIGUE |
| 6416AAAAAACAZJAF | 2005-12-05 | 7242 | 7242 - LUMBAGO |
| 6416AAAAAACAZJAF | 2005-12-05 | 83921 | 83921 - DSLOC THORACIC VERTEBRA CLOSED |
| 6416AAAAAACAZJAF | 2005-12-05 | 8390 | 8390 - DSLOC CERVICAL VERTEBRA CLOSED |
| 6416AAAAAACAZJAF | 2005-12-05 | 7291 | 7291 - MYALGIA/MYOSITIS NOS |
| 6416AAAAAACAZJAF | 2005-12-05 | 78071 | 78071 - SYNDROME CHRONIC FATIGUE |
| 6416AAAAAACAZJAF | 2005-12-05 | 83920 | 83920 - DSLOC LUMBAR VERTEBRA CLOSED |
| 6416AAAAAACAZJAF | 2005-12-29 | 7291 | 7291 - MYALGIA/MYOSITIS NOS |
| 6416AAAAAACAZJAF | 2005-12-29 | 29632 | 29632 - DPRSV DSORD MAJOR RECURRENT MOD |
| 6416AAAAAACAZJAF | 2006-01-04 | 7248 | 7248 - SYMPTOMS BACK NEC |
| 6416AAAAAACAZJAF | 2006-02-03 | 8472 | 8472 - SPRAIN/STRAIN LUMBAR REGION |
| 6416AAAAAACAZJAF | 2006-04-22 | 34610 | 34610 - MIGRAINE COMMON NOT INTRACTABLE |
| 6416AAAAAACAZJAF | 2006-04-22 | 311 | 311 - DISORDER DEPRESSIVE NEC |
| 6416AAAAAACAZJAF | 2006-04-22 | 34690 | 34690 - MIGRAINE NOS NOT INTRACTABLE |
| 6416AAAAAACAZJAF | 2006-04-24 | 9879 | 9879 - TOXIC EFFECT OF GAS/VAPOR/FUME NOS |
| 6416AAAAAACAZJAF | 2006-04-24 | 34600 | 34600 - MIGRAINE CLASSICAL NOT INTRACTABLE |
| 6416AAAAAACAZJAF | 2006-05-02 | V5869 | V5869 - LONG-TERM USE OF MEDICATIONS NEC |
| 6416AAAAAACAZJAF | 2006-05-02 | 7291 | 7291 - MYALGIA/MYOSITIS NOS |
| 6416AAAAAACAZJAF | 2006-05-02 | E9504 | E9504 - SUICIDE BY MEDICINALS NEC |
| 6416AAAAAACAZJAF | 2006-05-02 | E9503 | E9503 - SUICIDE BY TRANQUILIZERS NEC |
| 6416AAAAAACAZJAF | 2006-05-02 | 311 | 311 - DISORDER DEPRESSIVE NEC |
| 6416AAAAAACAZJAF | 2006-05-02 | 9778 | 9778 - POISONING BY MEDICINAL AGENTS NEC |
| 6416AAAAAACAZJAF | 2006-05-02 | 9694 | 9694 - POISONING BY BENZODIAZEPINE TRANQ |
| 6416AAAAAACAZJAF | 2006-05-02 | 9690 | 9690 - POISONING BY ANTIDEPRESSANTS |
| 6416AAAAAACAZJAF | 2006-05-03 | 30000 | 30000 - ANXIETY STATE NOS |
| 6416AAAAAACAZJAF | 2006-05-03 | 9690 | 9690 - POISONING BY ANTIDEPRESSANTS |
| 6416AAAAAACAZJAF | 2006-05-03 | 311 | 311 - DISORDER DEPRESSIVE NEC |
| 6416AAAAAACAZJAF | 2006-05-03 | 9694 | 9694 - POISONING BY BENZODIAZEPINE TRANQ |
| 6416AAAAAACAZJAF | 2006-05-03 | 7291 | 7291 - MYALGIA/MYOSITIS NOS |
| 6416AAAAAACAZJAF | 2006-05-03 | 30001 | 30001 - PANIC DISORDER |
| 6416AAAAAACAZJAF | 2006-05-03 | 78601 | 78601 - HYPERVENTILATION |
| 6416AAAAAACAZJAF | 2006-05-03 | E9503 | E9503 - SUICIDE BY TRANQUILIZERS NEC |
| 6416AAAAAACAZJAF | 2006-05-03 | E9504 | E9504 - SUICIDE BY MEDICINALS NEC |
| **6416AAAAAACAZJAF** | **2006-05-18** | **29651** | **29651 - BPLR AFCTV DSORD DPRSD MILD**  ********** |
| 6416AAAAAACAZJAF | 2006-09-06 | 7295 | 7295 - PAIN IN LIMB |
| 6416AAAAAACAZJAF | 2006-09-17 | 7840 | 7840 - HEADACHE |
| 6416AAAAAACAZJAF | 2006-09-21 | 83921 | 83921 - DSLOC THORACIC VERTEBRA CLOSED |
| 6416AAAAAACAZJAF | 2006-09-21 | 7242 | 7242 - LUMBAGO |
| 6416AAAAAACAZJAF | 2006-09-21 | 83920 | 83920 - DSLOC LUMBAR VERTEBRA CLOSED |

| pat_id | from_dt | diag | diag_description |
|---|---|---|---|
| 6416AAAAAACAZJAF | 2006-09-21 | 8390 | 8390 - DSLOC CERVICAL VERTEBRA CLOSED |
| 6416AAAAAACAZJAF | 2006-09-28 | 29632 | 29632 - DPRSV DSORD MAJOR RECURRENT MOD |
| 6416AAAAAACAZJAF | 2006-09-28 | 7291 | 7291 - MYALGIA/MYOSITIS NOS |
| 6416AAAAAACAZJAF | 2006-09-28 | 78071 | 78071 - SYNDROME CHRONIC FATIGUE |
| 6416AAAAAACAZJAF | 2006-10-23 | 7291 | 7291 - MYALGIA/MYOSITIS NOS |
| 6416AAAAAACAZJAF | 2006-10-23 | 78071 | 78071 - SYNDROME CHRONIC FATIGUE |
| 6416AAAAAACAZJAF | 2006-10-23 | 29632 | 29632 - DPRSV DSORD MAJOR RECURRENT MOD |
| 6416AAAAAACAZJAF | 2006-11-16 | 0549 | 0549 - HERPES SIMPLEX UNCOMPLICATED |
| 6416AAAAAACAZJAF | 2006-12-14 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-14 | 45981 | 45981 - INSUFFICIENCY VENOUS NOS |
| 6416AAAAAACAZJAF | 2006-12-14 | 5180 | 5180 - COLLAPSE PULMONARY |
| 6416AAAAAACAZJAF | 2006-12-14 | 86110 | 86110 - INJURY HEART NOS W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-14 | 86239 | 86239 - INJURY INTRATHR NEC W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-14 | 9584 | 9584 - SHOCK TRAUMATIC |
| 6416AAAAAACAZJAF | 2006-12-14 | E9554 | E9554 - SUICIDE BY FIREARM NEC |
| 6416AAAAAACAZJAF | 2006-12-15 | 5180 | 5180 - COLLAPSE PULMONARY |
| 6416AAAAAACAZJAF | 2006-12-15 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-15 | 86239 | 86239 - INJURY INTRATHR NEC W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-15 | 9584 | 9584 - SHOCK TRAUMATIC |
| 6416AAAAAACAZJAF | 2006-12-15 | E9554 | E9554 - SUICIDE BY FIREARM NEC |
| 6416AAAAAACAZJAF | 2006-12-15 | 45981 | 45981 - INSUFFICIENCY VENOUS NOS |
| 6416AAAAAACAZJAF | 2006-12-16 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-16 | E9554 | E9554 - SUICIDE BY FIREARM NEC |
| 6416AAAAAACAZJAF | 2006-12-16 | 86239 | 86239 - INJURY INTRATHR NEC W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-16 | 51881 | 51881 - FAILURE ACUTE RESPIRATORY |
| 6416AAAAAACAZJAF | 2006-12-16 | 5180 | 5180 - COLLAPSE PULMONARY |
| 6416AAAAAACAZJAF | 2006-12-17 | 86239 | 86239 - INJURY INTRATHR NEC W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-17 | 5180 | 5180 - COLLAPSE PULMONARY |
| 6416AAAAAACAZJAF | 2006-12-17 | 51881 | 51881 - FAILURE ACUTE RESPIRATORY |
| 6416AAAAAACAZJAF | 2006-12-17 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-18 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-18 | 5180 | 5180 - COLLAPSE PULMONARY |
| 6416AAAAAACAZJAF | 2006-12-18 | 45981 | 45981 - INSUFFICIENCY VENOUS NOS |
| 6416AAAAAACAZJAF | 2006-12-18 | 51881 | 51881 - FAILURE ACUTE RESPIRATORY |
| 6416AAAAAACAZJAF | 2006-12-18 | 86239 | 86239 - INJURY INTRATHR NEC W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-18 | E9554 | E9554 - SUICIDE BY FIREARM NEC |
| 6416AAAAAACAZJAF | 2006-12-19 | 5180 | 5180 - COLLAPSE PULMONARY |
| 6416AAAAAACAZJAF | 2006-12-19 | 51881 | 51881 - FAILURE ACUTE RESPIRATORY |
| 6416AAAAAACAZJAF | 2006-12-19 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-19 | 86239 | 86239 - INJURY INTRATHR NEC W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-20 | 5180 | 5180 - COLLAPSE PULMONARY |
| 6416AAAAAACAZJAF | 2006-12-20 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-20 | 7806 | 7806 - FEVER |
| 6416AAAAAACAZJAF | 2006-12-20 | 86239 | 86239 - INJURY INTRATHR NEC W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-21 | 33811 | 33811 - ACUTE PAIN DUE TO TRAUMA |
| 6416AAAAAACAZJAF | 2006-12-21 | 7806 | 7806 - FEVER |
| 6416AAAAAACAZJAF | 2006-12-21 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-21 | 86110 | 86110 - INJURY HEART NOS W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-21 | 5180 | 5180 - COLLAPSE PULMONARY |
| 6416AAAAAACAZJAF | 2006-12-21 | 86239 | 86239 - INJURY INTRATHR NEC W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-22 | 2851 | 2851 - ANEMIA ACUTE POSTHEMORRHAGIC |
| 6416AAAAAACAZJAF | 2006-12-22 | 86110 | 86110 - INJURY HEART NOS W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-22 | 5185 | 5185 - INSFCY PULMONARY PSTTRAUM/SURG |
| 6416AAAAAACAZJAF | 2006-12-22 | 2699 | 2699 - DEFICIENCY NUTRITIONAL NEC |
| 6416AAAAAACAZJAF | 2006-12-22 | 86239 | 86239 - INJURY INTRATHR NEC W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-22 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |

| pat id | from dt | diag | diag description |
|---|---|---|---|
| 6416AAAAAACAZJAF | 2006-12-22 | 5180 | 5180 - COLLAPSE PULMONARY |
| 6416AAAAAACAZJAF | 2006-12-23 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-23 | 5185 | 5185 - INSFCY PULMONARY PSTTRAUM/SURG |
| 6416AAAAAACAZJAF | 2006-12-23 | 2851 | 2851 - ANEMIA ACUTE POSTHEMORRHAGIC |
| 6416AAAAAACAZJAF | 2006-12-23 | 2699 | 2699 - DEFICIENCY NUTRITIONAL NEC |
| 6416AAAAAACAZJAF | 2006-12-24 | 2699 | 2699 - DEFICIENCY NUTRITIONAL NEC |
| 6416AAAAAACAZJAF | 2006-12-24 | 5109 | 5109 - EMPYEMA W/O FISTULA |
| 6416AAAAAACAZJAF | 2006-12-24 | 5185 | 5185 - INSFCY PULMONARY PSTTRAUM/SURG |
| 6416AAAAAACAZJAF | 2006-12-24 | E9554 | E9554 - SUICIDE BY FIREARM NEC |
| 6416AAAAAACAZJAF | 2006-12-24 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-24 | 2851 | 2851 - ANEMIA ACUTE POSTHEMORRHAGIC |
| 6416AAAAAACAZJAF | 2006-12-25 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-25 | 2851 | 2851 - ANEMIA ACUTE POSTHEMORRHAGIC |
| 6416AAAAAACAZJAF | 2006-12-25 | 5185 | 5185 - INSFCY PULMONARY PSTTRAUM/SURG |
| 6416AAAAAACAZJAF | 2006-12-25 | 2699 | 2699 - DEFICIENCY NUTRITIONAL NEC |
| 6416AAAAAACAZJAF | 2006-12-26 | 2699 | 2699 - DEFICIENCY NUTRITIONAL NEC |
| 6416AAAAAACAZJAF | 2006-12-26 | 2851 | 2851 - ANEMIA ACUTE POSTHEMORRHAGIC |
| 6416AAAAAACAZJAF | 2006-12-26 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-26 | 5185 | 5185 - INSFCY PULMONARY PSTTRAUM/SURG |
| 6416AAAAAACAZJAF | 2006-12-27 | E9554 | E9554 - SUICIDE BY FIREARM NEC |
| 6416AAAAAACAZJAF | 2006-12-27 | 95911 | 95911 - OTH INJURY CHEST WALL |
| 6416AAAAAACAZJAF | 2006-12-27 | 486 | 486 - PNEUMONIA ORGANISM NOS |
| 6416AAAAAACAZJAF | 2006-12-27 | 2851 | 2851 - ANEMIA ACUTE POSTHEMORRHAGIC |
| 6416AAAAAACAZJAF | 2006-12-27 | 5109 | 5109 - EMPYEMA W/O FISTULA |
| 6416AAAAAACAZJAF | 2006-12-27 | 2699 | 2699 - DEFICIENCY NUTRITIONAL NEC |
| 6416AAAAAACAZJAF | 2006-12-27 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-28 | 2851 | 2851 - ANEMIA ACUTE POSTHEMORRHAGIC |
| 6416AAAAAACAZJAF | 2006-12-28 | 2699 | 2699 - DEFICIENCY NUTRITIONAL NEC |
| 6416AAAAAACAZJAF | 2006-12-28 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-28 | 5185 | 5185 - INSFCY PULMONARY PSTTRAUM/SURG |
| 6416AAAAAACAZJAF | 2006-12-29 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-29 | 2851 | 2851 - ANEMIA ACUTE POSTHEMORRHAGIC |
| 6416AAAAAACAZJAF | 2006-12-29 | 2699 | 2699 - DEFICIENCY NUTRITIONAL NEC |
| 6416AAAAAACAZJAF | 2006-12-29 | 486 | 486 - PNEUMONIA ORGANISM NOS |
| 6416AAAAAACAZJAF | 2006-12-30 | 486 | 486 - PNEUMONIA ORGANISM NOS |
| 6416AAAAAACAZJAF | 2006-12-30 | 2851 | 2851 - ANEMIA ACUTE POSTHEMORRHAGIC |
| 6416AAAAAACAZJAF | 2006-12-30 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-30 | 2699 | 2699 - DEFICIENCY NUTRITIONAL NEC |
| 6416AAAAAACAZJAF | 2006-12-31 | 2851 | 2851 - ANEMIA ACUTE POSTHEMORRHAGIC |
| 6416AAAAAACAZJAF | 2006-12-31 | 2699 | 2699 - DEFICIENCY NUTRITIONAL NEC |
| 6416AAAAAACAZJAF | 2006-12-31 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2006-12-31 | 486 | 486 - PNEUMONIA ORGANISM NOS |
| 6416AAAAAACAZJAF | 2007-01-01 | 2851 | 2851 - ANEMIA ACUTE POSTHEMORRHAGIC |
| 6416AAAAAACAZJAF | 2007-01-01 | 86239 | 86239 - INJURY INTRATHR NEC W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2007-01-01 | 2699 | 2699 - DEFICIENCY NUTRITIONAL NEC |
| 6416AAAAAACAZJAF | 2007-01-01 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2007-01-01 | 86110 | 86110 - INJURY HEART NOS W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2007-01-01 | 5180 | 5180 - COLLAPSE PULMONARY |
| 6416AAAAAACAZJAF | 2007-01-01 | 486 | 486 - PNEUMONIA ORGANISM NOS |
| 6416AAAAAACAZJAF | 2007-01-02 | 2699 | 2699 - DEFICIENCY NUTRITIONAL NEC |
| 6416AAAAAACAZJAF | 2007-01-02 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2007-01-02 | 2851 | 2851 - ANEMIA ACUTE POSTHEMORRHAGIC |
| 6416AAAAAACAZJAF | 2007-01-02 | 486 | 486 - PNEUMONIA ORGANISM NOS |
| 6416AAAAAACAZJAF | 2007-01-03 | 2699 | 2699 - DEFICIENCY NUTRITIONAL NEC |
| 6416AAAAAACAZJAF | 2007-01-03 | 2851 | 2851 - ANEMIA ACUTE POSTHEMORRHAGIC |
| 6416AAAAAACAZJAF | 2007-01-03 | 486 | 486 - PNEUMONIA ORGANISM NOS |

| pat_id | from_dt | diag | diag_description |
|---|---|---|---|
| 6416AAAAAACAZJAF | 2007-01-03 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2007-01-04 | 8750 | 8750 - WOUND OPEN CHEST (WALL) W/O CMPL |
| 6416AAAAAACAZJAF | 2007-01-04 | 5819 | 5819 - SYND NEPHROTIC W/UNSPC KDNY LSN |
| 6416AAAAAACAZJAF | 2007-01-04 | 5180 | 5180 - COLLAPSE PULMONARY |
| 6416AAAAAACAZJAF | 2007-01-04 | 86239 | 86239 - INJURY INTRATHR NEC W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2007-01-04 | 86110 | 86110 - INJURY HEART NOS W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2007-01-04 | 8603 | 8603 - HEMOTHORAX TRAUM W/OPEN WOUND |
| 6416AAAAAACAZJAF | 2007-01-04 | 29633 | 29633 - DPRSV DSORD MAJOR RCR SEVERE |
| 6416AAAAAACAZJAF | 2007-01-04 | E8490 | E8490 - PLACE OF OCCURRENCE HOME |
| 6416AAAAAACAZJAF | 2007-01-05 | E8490 | E8490 - PLACE OF OCCURRENCE HOME |
| 6416AAAAAACAZJAF | 2007-01-05 | 29633 | 29633 - DPRSV DSORD MAJOR RCR SEVERE |
| 6416AAAAAACAZJAF | 2007-01-05 | E9550 | E9550 - SUICIDE BY FIREARM AIR GUN EXPLSV |
| 6416AAAAAACAZJAF | 2007-01-06 | 29633 | 29633 - DPRSV DSORD MAJOR RCR SEVERE |
| 6416AAAAAACAZJAF | 2007-01-06 | E9550 | E9550 - SUICIDE BY FIREARM AIR GUN EXPLSV |
| 6416AAAAAACAZJAF | 2007-01-06 | E8490 | E8490 - PLACE OF OCCURRENCE HOME |
| 6416AAAAAACAZJAF | 2007-01-07 | E9550 | E9550 - SUICIDE BY FIREARM AIR GUN EXPLSV |
| 6416AAAAAACAZJAF | 2007-01-07 | E8490 | E8490 - PLACE OF OCCURRENCE HOME |
| 6416AAAAAACAZJAF | 2007-01-07 | 29633 | 29633 - DPRSV DSORD MAJOR RCR SEVERE |
| 6416AAAAAACAZJAF | 2007-01-08 | E8490 | E8490 - PLACE OF OCCURRENCE HOME |
| 6416AAAAAACAZJAF | 2007-01-08 | E9550 | E9550 - SUICIDE BY FIREARM AIR GUN EXPLSV |
| 6416AAAAAACAZJAF | 2007-01-08 | 29633 | 29633 - DPRSV DSORD MAJOR RCR SEVERE |
| 6416AAAAAACAZJAF | 2007-01-09 | E8490 | E8490 - PLACE OF OCCURRENCE HOME |
| 6416AAAAAACAZJAF | 2007-01-09 | 29633 | 29633 - DPRSV DSORD MAJOR RCR SEVERE |
| 6416AAAAAACAZJAF | 2007-01-09 | E9550 | E9550 - SUICIDE BY FIREARM AIR GUN EXPLSV |
| 6416AAAAAACAZJAF | 2007-01-11 | 5109 | 5109 - EMPYEMA W/O FISTULA |
| 6416AAAAAACAZJAF | 2007-01-11 | 7296 | 7296 - FOREIGN BODY OLD IN SOFT TISSUE |
| 6416AAAAAACAZJAF | 2007-01-11 | 8390 | 8390 - DSLOC CERVICAL VERTEBRA CLOSED |
| 6416AAAAAACAZJAF | 2007-01-11 | 7242 | 7242 - LUMBAGO |
| 6416AAAAAACAZJAF | 2007-01-11 | 311 | 311 - DISORDER DEPRESSIVE NEC |
| 6416AAAAAACAZJAF | 2007-01-11 | 83920 | 83920 - DSLOC LUMBAR VERTEBRA CLOSED |
| 6416AAAAAACAZJAF | 2007-01-11 | V5889 | V5889 - AFTERCARE NEC |
| 6416AAAAAACAZJAF | 2007-01-11 | 8750 | 8750 - WOUND OPEN CHEST (WALL) W/O CMPL |
| 6416AAAAAACAZJAF | 2007-01-11 | E9229 | E9229 - ACCIDENT D/T FIREARM MISSILE NOS |
| 6416AAAAAACAZJAF | 2007-01-11 | 2859 | 2859 - ANEMIA NOS |
| 6416AAAAAACAZJAF | 2007-01-11 | 83921 | 83921 - DSLOC THORACIC VERTEBRA CLOSED |
| 6416AAAAAACAZJAF | 2007-01-23 | 29632 | 29632 - DPRSV DSORD MAJOR RECURRENT MOD |
| 6416AAAAAACAZJAF | 2007-01-23 | E9229 | E9229 - ACCIDENT D/T FIREARM MISSILE NOS |
| 6416AAAAAACAZJAF | 2007-02-02 | 78650 | 78650 - PAIN CHEST NOS |
| 6416AAAAAACAZJAF | 2007-02-02 | 78651 | 78651 - PAIN PRECORDIAL |
| 6416AAAAAACAZJAF | 2007-02-02 | V1041 | V1041 - HX OF CERVICAL MALIGNANCY |
| 6416AAAAAACAZJAF | 2007-02-02 | 78659 | 78659 - PAIN CHEST NEC |
| 6416AAAAAACAZJAF | 2007-02-02 | 311 | 311 - DISORDER DEPRESSIVE NEC |
| 6416AAAAAACAZJAF | 2007-02-03 | 78659 | 78659 - PAIN CHEST NEC |
| 6416AAAAAACAZJAF | 2007-02-03 | 311 | 311 - DISORDER DEPRESSIVE NEC |
| 6416AAAAAACAZJAF | 2007-03-06 | 78907 | 78907 - PAIN ABDOMINAL GENERALIZED |
| 6416AAAAAACAZJAF | 2007-03-06 | 2859 | 2859 - ANEMIA NOS |
| 6416AAAAAACAZJAF | 2007-03-06 | E9229 | E9229 - ACCIDENT D/T FIREARM MISSILE NOS |
| 6416AAAAAACAZJAF | 2007-03-26 | 7242 | 7242 - LUMBAGO |
| 6416AAAAAACAZJAF | 2007-03-26 | 83908 | 83908 - DSLOC MULT CRVCL VERTEBRA CLOSED |
| 6416AAAAAACAZJAF | 2007-03-26 | 83920 | 83920 - DSLOC LUMBAR VERTEBRA CLOSED |
| 6416AAAAAACAZJAF | 2007-03-26 | 83921 | 83921 - DSLOC THORACIC VERTEBRA CLOSED |
| 6416AAAAAACAZJAF | 2007-04-24 | 83908 | 83908 - DSLOC MULT CRVCL VERTEBRA CLOSED |
| 6416AAAAAACAZJAF | 2007-04-24 | 7242 | 7242 - LUMBAGO |
| 6416AAAAAACAZJAF | 2007-04-24 | 83920 | 83920 - DSLOC LUMBAR VERTEBRA CLOSED |
| 6416AAAAAACAZJAF | 2007-04-24 | 83921 | 83921 - DSLOC THORACIC VERTEBRA CLOSED |

## ALL_DRUGS_FOR_BIPOLAR

| pat_id | from_dt | ndc | DAYSSUP | QUAN | gen_nm |
|---|---|---|---|---|---|
| 6416AAAAAACAZJAF | 2005-08-05 | 00032449201 | 30 | 0 | LITHIUM CARBONATE |
| 6416AAAAAACAZJAF | 2005-08-17 | 55111034301 | 15 | 0 | CITALOPRAM HYDROBROMIDE |
| 6416AAAAAACAZJAF | 2005-09-08 | 00054002125 | 30 | 0 | LITHIUM CARBONATE |
| 6416AAAAAACAZJAF | 2005-09-08 | 60505252004 | 30 | 0 | CITALOPRAM HYDROBROMIDE |
| 6416AAAAAACAZJAF | 2005-10-11 | 60505252004 | 30 | 0 | CITALOPRAM HYDROBROMIDE |
| 6416AAAAAACAZJAF | 2005-10-11 | 68968449201 | 30 | 0 | LITHIUM CARBONATE |
| 6416AAAAAACAZJAF | 2005-11-08 | 60505252004 | 30 | 0 | CITALOPRAM HYDROBROMIDE |
| 6416AAAAAACAZJAF | 2005-12-29 | 60505252001 | 30 | 0 | CITALOPRAM HYDROBROMIDE |
| 6416AAAAAACAZJAF | 2005-12-29 | 68968449201 | 30 | 0 | LITHIUM CARBONATE |
| 6416AAAAAACAZJAF | 2006-02-02 | 60505252001 | 30 | 0 | CITALOPRAM HYDROBROMIDE |
| 6416AAAAAACAZJAF | 2006-02-06 | 59762502701 | 30 | 0 | GABAPENTIN |
| 6416AAAAAACAZJAF | 2006-02-06 | 00603221432 | 30 | 0 | AMITRIPTYLINE HCL |
| 6416AAAAAACAZJAF | 2006-02-27 | 68968449201 | 30 | 0 | LITHIUM CARBONATE |
| 6416AAAAAACAZJAF | 2006-03-25 | 60505252001 | 30 | 0 | CITALOPRAM HYDROBROMIDE |
| 6416AAAAAACAZJAF | 2006-05-05 | 65862000701 | 30 | 0 | CITALOPRAM HYDROBROMIDE |
| 6416AAAAAACAZJAF | 2006-05-05 | 68968449201 | 30 | 0 | LITHIUM CARBONATE |
| 6416AAAAAACAZJAF | 2006-05-25 | 00173073001 | 30 | 0 | BUPROPION HCL |
| 6416AAAAAACAZJAF | 2006-06-15 | 68968449201 | 30 | 0 | LITHIUM CARBONATE |
| 6416AAAAAACAZJAF | 2006-06-15 | 65862000701 | 30 | 0 | CITALOPRAM HYDROBROMIDE |
| 6416AAAAAACAZJAF | 2006-07-23 | 00054002125 | 15 | 0 | LITHIUM CARBONATE |
| 6416AAAAAACAZJAF | 2006-11-07 | 00002323560 | 30 | 0 | DULOXETINE HCL |
| 6416AAAAAACAZJAF | 2007-01-09 | 00002324030 | 30 | 0 | DULOXETINE HCL |
| 6416AAAAAACAZJAF | 2007-01-09 | 00054002025 | 30 | 0 | LITHIUM CARBONATE |
| 6416AAAAAACAZJAF | 2007-02-06 | 00054002125 | 30 | 0 | LITHIUM CARBONATE |
| 6416AAAAAACAZJAF | 2007-02-06 | 00002324030 | 30 | 0 | DULOXETINE HCL |
| 6416AAAAAACAZJAF | 2007-03-06 | 00054002125 | 30 | 0 | LITHIUM CARBONATE |
| 6416AAAAAACAZJAF | 2007-04-02 | 00002324030 | 30 | 0 | DULOXETINE HCL |
| 6416AAAAAACAZJAF | 2007-04-03 | 00054002125 | 30 | 0 | LITHIUM CARBONATE |
| 6416AAAAAACAZJAF | 2007-05-07 | 00054002125 | 30 | 0 | LITHIUM CARBONATE |
| 6416AAAAAACAZJAF | 2007-05-07 | 00002324030 | 30 | 0 | DULOXETINE HCL |

## ALL_SUICIDE_FOR_BIPOLAR

| pat_id | from_dt | diag | diag_description |
|---|---|---|---|
| 6416AAAAAACAZJAF | 2006-05-02 | E9504 | E9504 - SUICIDE BY MEDICINALS NEC |
| 6416AAAAAACAZJAF | 2006-05-02 | E9503 | E9503 - SUICIDE BY TRANQUILIZERS NEC |
| 6416AAAAAACAZJAF | 2006-05-03 | E9504 | E9504 - SUICIDE BY MEDICINALS NEC |
| 6416AAAAAACAZJAF | 2006-05-03 | E9503 | E9503 - SUICIDE BY TRANQUILIZERS NEC |
| 6416AAAAAACAZJAF | 2006-12-14 | E9554 | E9554 - SUICIDE BY FIREARM NEC |
| 6416AAAAAACAZJAF | 2006-12-15 | E9554 | E9554 - SUICIDE BY FIREARM NEC |
| 6416AAAAAACAZJAF | 2006-12-16 | E9554 | E9554 - SUICIDE BY FIREARM NEC |
| 6416AAAAAACAZJAF | 2006-12-18 | E9554 | E9554 - SUICIDE BY FIREARM NEC |
| 6416AAAAAACAZJAF | 2006-12-24 | E9554 | E9554 - SUICIDE BY FIREARM NEC |
| 6416AAAAAACAZJAF | 2006-12-27 | E9554 | E9554 - SUICIDE BY FIREARM NEC |
| 6416AAAAAACAZJAF | 2007-01-05 | E9550 | E9550 - SUICIDE BY FIREARM AIR GUN EXPLSV |
| 6416AAAAAACAZJAF | 2007-01-06 | E9550 | E9550 - SUICIDE BY FIREARM AIR GUN EXPLSV |
| 6416AAAAAACAZJAF | 2007-01-07 | E9550 | E9550 - SUICIDE BY FIREARM AIR GUN EXPLSV |
| 6416AAAAAACAZJAF | 2007-01-08 | E9550 | E9550 - SUICIDE BY FIREARM AIR GUN EXPLSV |
| 6416AAAAAACAZJAF | 2007-01-09 | E9550 | E9550 - SUICIDE BY FIREARM AIR GUN EXPLSV |