# EXHIBIT M

RR-REG 720-02957
Gabapentin
Capsules

TABLE 15.  Summary of All Adverse Events in ≥1% of Patients in Placebo-Controlled Studies, by Body System and Treatment Group
[Number (%) of Patients]
(Page 2 of 3)

| BODY SYSTEM Adverse Event[b] | Placebo N = 307 | | 600 N = 53 | | 900 N = 147 | | Gabapentin (mg/day)[d] 1200 N = 231 | | 1800 N = 54 | | Total N = 485 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NERVOUS SYSTEM** | | | | | | | | | | | | |
| Somnolence | 30 | (9.8) | 4 | (7.5) | 25 | (17.0) | 58 | (25.1) | 11 | (20.4) | 98 | (20.2) |
| Dizziness | 24 | (7.8) | 13 | (24.5) | 24 | (16.3) | 40 | (17.3) | 10 | (18.5) | 87 | (17.9) |
| Ataxia | 16 | (5.2) | 6 | (11.3) | 15 | (10.2) | 33 | (14.3) | 10 | (18.5) | 64 | (13.2) |
| Nystagmus | 15 | (4.9) | 5 | (9.4) | 7 | (4.8) | 22 | (9.5) | 11 | (20.4) | 45 | (9.3) |
| Tremor | 12 | (3.9) | 4 | (7.5) | 3 | (2.0) | 20 | (8.7) | 8 | (14.8) | 35 | (7.2) |
| Convulsions | 8 | (2.6) | 1 | (1.9) | 10 | (6.8) | 2 | (0.9) | 1 | (1.9) | 14 | (2.9) |
| Dysarthria | 2 | (0.7) | 2 | (3.8) | 3 | (2.0) | 6 | (2.6) | 2 | (3.7) | 13 | (2.7) |
| Amnesia | 0 | (0.0) | 2 | (3.8) | 3 | (2.0) | 6 | (2.6) | 1 | (1.9) | 12 | (2.5) |
| Confusion | 5 | (1.6) | 0 | (0.0) | 2 | (1.4) | 5 | (2.2) | 0 | (0.0) | 7 | (1.4) |
| Insomnia | 7 | (2.3) | 0 | (0.0) | 0 | (0.0) | 3 | (1.3) | 2 | (3.7) | 5 | (1.0) |
| Paresthesia | 5 | (1.6) | 0 | (0.0) | 2 | (1.4) | 1 | (0.4) | 1 | (1.9) | 4 | (0.8) |
| **PSYCHOBIOLOGIC FUNCTION** | | | | | | | | | | | | |
| Nervousness | 6 | (2.0) | 3 | (5.7) | 3 | (2.0) | 3 | (1.3) | 2 | (3.7) | 11 | (2.3) |
| Thinking Abnormal | 4 | (1.3) | 1 | (1.9) | 2 | (1.4) | 5 | (2.2) | 1 | (1.9) | 9 | (1.9) |
| Depression | 3 | (1.0) | 0 | (0.0) | 2 | (1.4) | 3 | (1.3) | 3 | (5.6) | 8 | (1.6) |
| Anxiety | 5 | (1.6) | 0 | (0.0) | 2 | (1.4) | 1 | (0.4) | 0 | (0.0) | 3 | (0.6) |
| **RESPIRATORY SYSTEM** | | | | | | | | | | | | |
| Rhinitis | 12 | (3.9) | 4 | (7.5) | 0 | (0.0) | 11 | (4.8) | 7 | (13.0) | 22 | (4.5) |
| Pharyngitis | 4 | (1.3) | 2 | (3.8) | 2 | (1.4) | 8 | (3.5) | 2 | (3.7) | 14 | (2.9) |
| Coughing | 5 | (1.6) | 2 | (3.8) | 0 | (0.0) | 5 | (2.2) | 3 | (5.6) | 10 | (2.1) |
| Upper Respiratory Infection | 3 | (1.0) | 0 | (0.0) | 0 | (0.0) | 2 | (0.9) | 3 | (5.6) | 5 | (1.0) |

[a] Dosages of 600 and 1800 mg/day were used only in US studies, 900 mg/day was used only in non-US studies, and 1200 mg/day was used in both US and non-US studies.
[b] COSTART preferred term

U:\NDA\CI-945\CLC21AA.ISS
11/20/91 - 7:57

46

EXHIBIT
Pande 34

RR-REG 720-02957
Gabapentin
Capsules

55