EXHIBIT N

Delivered-To: rdgib@mstore-11.priv.cc.uic.edu
X-Spam-Processed: mail2.ejpress.com, Tue, 03 Feb 2009 12:46:40 -0500
    (not processed: spam filter heuristic analysis disabled)
X-MDRemoteIP: 10.10.1.208
X-Return-Path: archgenpsychiatry@jama-archives.org
X-Envelope-From: archgenpsychiatry@jama-archives.org
X-MDaemon-Deliver-To: rdgib@uic.edu
X-Mailer: MIME::Lite 3.021 (F2.74; T1.23; A2.02; B3.07; Q3.07)
Date: Tue, 3 Feb 2009 12:46:44 -0500
To: rdgib@uic.edu
Subject: PSY08-0874-T Decision Letter
Cc: archgenpsychiatry@jama-archives.org
From: archgenpsychiatry@jama-archives.org
X-Spam-Level:
X-Spam-Status: No, score=-4.899 required=5 tests=HTML_MESSAGE,
    RDNS_DYNAMIC,UIC_MENTIONED autolearn=disabled version=3.2.3
X-UIC-Note: Already SA Checked.
X-Scanned-By: MIMEDefang 2.56 on 128.248.155.57



February 2, 2009

Dr. Robert Gibbons
University of Illinois
Center for Health Statistics
1601 W. Taylor
Chicago, IL 60612

RE: The Relationship Between Antiepileptics and Suicide Attempts

Dear Dr. Gibbons:

Thank you for submitting your manuscript to Archives of General Psychiatry. Your manuscript was sent for external peer review, which is now complete. The reviewers raise a number of concerns which are outlined at the bottom of this letter. Given the nature of these concerns, I regret to inform you that Archives of General Psychiatry must reject your manuscript. However, if you believe that you can respond to the concerns of the reviewers, we will consider a revised manuscript.

If you choose to submit a revised manuscript, please submit it online to http://manuscripts.archgenpsychiatry.com. In addition to the revised manuscript file(s), please provide a point-by-point response to the concerns of the reviewers

and indicate in the manuscript where these changes have been made. Note that Archives of General Psychiatry has a strict word count of 4,500 words. Please note the number of words of text in your manuscript on the title page.

If the revised manuscript is not received within 90 days, any revision will be treated as a new manuscript and will be subject to peer review.

Thank you for the privilege of reviewing your work.

Sincerely yours,

Joseph T. Coyle, MD
Editor, Archives of General Psychiatry
E-mail: archgenpsychiatry@jama-archives.org

Confidentiality Note: This communication, including any attachments, is solely for the use of the addressee, may contain privileged, confidential or proprietary information, and may not be redistributed in any way without the sender's consent. Thank you.

---

Reviewer #1 (Remarks to the author):

This paper utilizes a pharmaceutical database of 47,918 patients with bipolar disorder to examine the association between anticonvulsant use and suicide attempts. The main findings were that no overall increased risk for suicide attempts was observed during the study period, in contrast to the recent FDA warning that anticonvulsant drugs as a class may increase the risk for suicidality broadly-defined. The findings provide a useful point of contrast to the FDA advisory and offer empirical support to challenge assumptions that anticonvulsants pose an iatrogenic risk for suicidal behavior.

Several points should be addressed in a revision of the manuscript:

The title should more accurately reflect "......in Patients with Bipolar Disorder" since other illnesses treated with anticonvulsants (which the FDA considered in its warning label) were not studied.

The analyses appear to have separately examined subgroups on an AED monotherapy (i.e., no other AEDs or other psychotropics) as well as a subgroup

on one AED + concomitant psychotropics (i.e., no group of multiple AEDs). The distinctions and definitions of these subgroups should be made clearer than now appears in manuscript lines 141-144. Also, how were cross-titrations from one AED to another dealt with?

There should be a more explicit statement in the Discussion section, and possibly the Introduction, that anticonvulsants as a class have not demonstrated thymoleptic efficacy in bipolar disorder, and that if a bipolar patient were switched from an anticonvulsant with known efficacy (i.e., divalproex, carbamazepine or lamotrigine) to another with unestablished mood stabilizing properties (e.g., zonisamide, levetiracetam, tiagabine) or one with no antimanic or antidepressant properties based on placebo-controlled trials (e.g., gabapentin, topiramate, oxcarbazepine) then any observed pre-/post- anticonvulsant changes in suicide rate could be an artifact of the an ineffective mood stabilizer (or, the loss of an effective one followed by the introduction of a different anticonvulsant with no established mood stabilizing properties). This is a particularly important component of the authors' hypotheses, and a key limitation of the study design, since there are no data presented on covarying suicidal behavior by mood state and mood symptoms. Topiramate, for example, was not associated with a reduction in suicidal behavior in the current study, but given the multiple negative placebo-controlled studies with topiramate for mood symptoms in bipolar disorder, there is little reason to assume it would confer protection against suicidal behavior in a way that is comparable to proven thymoleptics such as lithium or anticonvulsants with known mood-stabilizing properties.

When the authors speak of "pre-drug" do they mean "pre-treatment" altogether, or rather, other treatments being taken prior to any one specific AED? Not knowing what other medications were being prescribed "pre-drug", in the case of any one specific AED, it is hard to make assumptions about pre- versus post-drug outcomes.

The limitations section of the Discussion section should also mention the lack of data on medication adherence, and its potential impact on suicidal behavior.

Did the authors consider some minimum exposure time on anticonvulsant in order to "count" for inclusion in a treatment group?

During the exposure period, how did the authors account for chronology between AED introduction and suicide attempt, and duration of time between both? (that is, likely causality is harder to infer if a suicide attempt occurs many, many months after initial exposure -- did the authors attempt to account for this, or draw comparisons in mean time from exposure to suicide attempt across the 11 AEDs

they studied?)

Reviewer #2 (Remarks to the author):

As a whole, the present article concerns very crucial issue in psychiatry. Obtained results are very impressive. Really this work must be appreciated as exellent. Nevertheless, the more definite and concrete data on Antidepressants use in studied cohorts should be presented, since the probability exists that suicidality rate reduction might be caused not only by AEDs alone, but by Antidepressants too. Discussion should be broaden, and different AEDs should be compared between each other in terms their risk/protective properties on suicidal behavior in bipolar patients.

Reviewer #3 (Remarks to the author):

The authors have provided an investigation to determine if antiepileptic drugs (AED) increase risk of suicide attempt in patients with bipolar disorder. They found that overall, there was no significant difference in suicide attempt rates for patients treated with an AED versus patients not treated with an AED or lithium. Their study is a direct answer to the Food and Drug Administration warning regarding increased risk of suicidal thoughts and behavior with antiepileptic drugs (AED) (Jan 31, 2008). This is a very well-performed study with great statistical analysis. Nevertheless, the FDA never had any evidence that anticonvulsants increased suicidal thinking or acts in psychiatric patients, which should be commented on in the Discussion of this MS. When pooling together data from the FDA databases one observes that the data vary somewhat, depending on how the meta-analyses were done, but these data are, I believe, the most recent analyses provided by FDA. They have a soft point
re. epileptic patients, but nothing re. psychiatric applications (various diagnoses though the base rate (placebo) for "suicidality" is higher among psychiatric patients than epileptics, as expected. So the main problem with this MS is that FDA data of any kind fail to show an increase in risk of suicidality among psychiatric patients—only in epileptics.
I believe, authors are not considering a major issue when providing a direct answer to FDA's warning on AED. I guess this MS may have a good place in the literature, probably after revision and after a review of the literature on suicide

risk among epileptic patients. Indeed, authors might point to comorbidity of epilepsy with mood disorders and provide possible interpretations for their data as well as for the FDA ones.

Reviewer #4 (Remarks to the author):

This is a very interesting, timely and highly relevant paper based on a well conducted study using a very large cohort. Suicide attempts are somewhat difficult to study as many suicide attempts are either secret by the patient or never reported by the professionals.

I have some statistical concerns - probably based on lacking clarity, only. In survival analyses as the present Poisson regression analysis, it is not allowed to use information before it happens (this makes study patients "immortal"). I cannot disentangle whether those who never were treated with lithium or ACD were separated from those who were treated with lithium or ACD before Poisson regression analyses were performed? If this is the case, this can explain the low event rate in that group. Those who later were treated with lithium or ACD have to contribute to the person years in the no treatment cohort before they initiated treatment - i.e. the correct use of the poisson regression is based on dynamical shift of exposure status. Furthermore, how was duration of treatment estimated? Once treated, always treated? Censoring? In pharmacoepidemiology treatment intensity is very difficult to estimate. The statistical procedures need a clarification e.g. a flow chart.

Line 147: "individuals". Although, individual data are used, what is compared is not individuals from two groups despite the statistical mistake mentioned above occur. What has to be compared is the rate (events/person years) derived from time under risk according to exposure status. Individuals may contribute to time under risk as unexposed and later as exposed. This is crucial, as data may never be used in survival analyses before it has happened.

Line 57: control group - this is rather a comparison group, I think?

Line 60 and 175: Some non-differential misclassification seems to occur as e.g. "cutting" and even "self poisoning" are not necessarily a suicide attempt, but rather deliberate self-harm. The patient may never have had any intentions to die. It has to be clarified that the suicide attempt rate could be a deliberate self-harm rate as well.

Line 60: "A cohort of 47,918 patients with bipolar disorder". To what extend is this cohort exclusive? Although, the medication "knows" nothing about indications – can it be excluded that some patients were treated with AED because of epilepsy or pain conditions? Further, I suggest mentioning that the suicide rate is increased in epilepsy too e.g. (Christensen et al., 2007, "Epilepsy and risk of suicide: a population-based case-control study", Lancet Neurol., vol. 6, no. 8, pp. 693-698.).

Line 99: I suggest mentioning two other pharmacoepidemiological studies: (Kessing et al. (2005) Suicide Risk in Patients Treated With Lithium. Archives of General Psychiatry 62:860-866) and (Søndergård et al. (2008) Mood-stabilizing pharmacological treatment in bipolar disorders and risk of suicide. Bipolar Disorders 10; 87-94).

Line 239/360-364: I suggest to mention the completed suicide rate in bipolar disorder patients in similar studies (e.g. as discussed in Kessing et al. – as above).

344 - 345 and 386-387: About lamotrigine; I think it is relevant to note this drug is used in bipolar depression, predominantly. Conclusively, increased suicidality among patients treated with lamotrigine could be caused by confounding by indication (bipolar depression associated with a higher risk of suicide) rather than caused by the drug. In literature different spellings of the drug are used; lamotragine or lamotrigine. In this paper the spelling "lamotragine" has been used - is this intentional?

Line 391-393: The reduced suicide attempt rate associated with AED treatment is probably not an effect of AEDs as stated but a simple effect of time i.e., the risk of suicidal behaviour decreases with time. Such an effect of time cannot be disentangled from an effect of the drug. A more detailed discussion of this specific problem can be found in:

http://www.dadlnet.dk/app/plsql/dmb_phd.phd?v_phd=888

(Søndergård: Antidepressants / Mood-stabilizing Treatment and Risk of Suicide - a pharmacoepidemiological study. Danish Medical Bulletin 2007, page 45-46). This problem may be the main concern according to the present paper too and needs at least to be mentioned in the discussion.

Discussion section in general:

In observational studies such as the present, it is very difficult to separate an effect of the drug from an effect of confounding factors. Throughout the whole

manuscript. I think it will be more accurate to replace the term "effect" with the correct statistical term "association".

Bipolar disorder is characterised by a large variety of symptom intensity and this may confound the study as well as a lot of other confounders. However, this can never be solved in naturalistic studies. I think a few words more about this in the discussion section could improve the paper.