# EXHIBIT P

Robert D. Gibbons Ltd.
2021 North Mohawk
Chicago, IL 60614

INVOICE NO. 080801
DATE: August 6, 2008

CONSULT TO:
Shook, Hardy & Bacon
attn: Lori McGroder

| ITEM | DESCRIPTION | PRICE ($) |
|---|---|---|
| 1 | Create specifications for statistical databases | 8 hrs |
| 2 | Construct statistical database, compute summary statistics and perform screening analyses for BP cohort | 50 hrs |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Rate $500/hour |  |
|  | TOTAL | $29,000.00 |

Payment Terms
　　Please remit payment within 30 days of invoice date to:
　　　　Robert D. Gibbons Ltd.
　　　　2021 North Mohawk
　　　　Chicago, IL 60614
　　　　FEIN # 36-326-0796

2