UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                                             :   MDL Docket No.: 1629
In re:  NEURONTIN MARKETING,                                 :
        SALES PRACTICES AND                                  :   Master File No.: 04-10981
        PRODUCTS LIABILITY LITIGATION                        :
                                                             :   Judge Patti B. Saris
-------------------------------------------------------------x
                                                             :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                    :
                                                             :
Bulger v. Pfizer Inc., 1:07-11426-PBS                        :
                                                             :
                                                             :
-------------------------------------------------------------x
```

**PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE ANY
EVIDENCE PROFFERED BY DEFENDANTS AT TRIAL THAT ANY
DRUG OTHER THAN NEURONTIN CAUSED OR WAS ASSOCIATED
WITH PLAINTIFF'S DECEDENT SUSAN BULGER'S SUICIDE**

Plaintiff RONALD J. BULGER, SR., as Administrator of the Estate of Susan Bulger, deceased, by and through his attorneys, The Lanier Law Firm, P.L.L.C. and Finkelstein & Partners, LLP, hereby moves this Court for an order precluding any evidence proffered by Defendants at trial that any drug other than Neurontin caused or was associated with Plaintiff's decedent Susan Bulger's suicide.

This Motion is supported by Plaintiff's Memorandum in Support, and the Declaration of Andrew G. Finkelstein, Esq. and exhibits annexed thereto, submitted herewith.

Dated:  June 22, 2009                    Respectfully submitted,

                                         By:    /s/ W. Mark Lanier
                                                W. Mark Lanier, Esquire
                                                THE LANIER LAW FIRM, P.L.L.C.
                                                126 East 56th Street, 6th Floor
                                                New York, NY  10022

2

By: **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

*Attorneys for Plaintiff Ronald J. Bulger, Sr.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 22, 2009.

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire