# EXHIBIT C

# PROFESSIONAL PSYCHIATRIC ASSOCIATES
ONE WASHINGTON STREET, SUITE 304
WELLESLEY HILLS, MASSACHUSETTS 02481-1706
TEL (781) 239-0071
FAX (781) 235-6390

Douglas G. Jacobs, M.D.
E-mail: drj@djacobsmd.com

December 20, 2007

Ms. Lori McGroder
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, Missouri 64108-2613

*Re:  Neurontin Litigation-General Causation Report*

Dear Ms. McGroder,

## I. INTRODUCTION

You have asked me to provide an opinion regarding the issue of general causation in terms of whether reliable scientific and medical evidence establishes Neurontin causes suicidality *(i.e.,* suicide or suicide attempt). My opinion is based upon my education, training, and experience, a review of the materials in Attachment A, a review of relevant literature, and my work in the field of suicidology, including my work as editor of The Harvard Medical School Guide to Suicide Assessment and Intervention (1999) and as chairperson of the Work Group For The American Psychiatric Association Practice Guidelines for the Assessment and Treatment of Patients With Suicidal Behavior. A copy of my Curriculum Vitae is attached and is incorporated herein by reference. I reserve the right to supplement my opinions based on review of additional materials including the reports and testimony and materials considered by other designated experts.

- 1 -

All opinions in my report are expressed to a reasonable degree of scientific and medical certainty.

## II. SUMMARY OF OPINIONS

- It is not generally accepted in the scientific or medical community that Neurontin is associated with, or that it can cause or contribute to, suicidality.

- There are no peer reviewed published studies concluding that Neurontin is associated with or can cause or contribute to suicidality.

- Controlled, open label and epidemiology studies are generally accepted as scientifically reliable and necessary to determine whether a drug is associated with an event. The data from controlled, open label and epidemiology studies for Neurontin does not establish that Neurontin is associated with, let alone causes, suicidality. In fact, these data are consistently supportive of the conclusion that Neurontin is neither associated with nor causes suicidality.

- Analysis of spontaneous reports indicates that the number of observed cases of suicides are <u>below</u> the expected number of cases in the populations taking Neurontin. Although these data cannot be used to determine causation, nevertheless they do not support plaintiffs' claim that Neurontin causes suicide.

- The absence of an association between Neurontin and suicide is scientifically meaningful. It indicates that there is no reliable scientific evidence to conclude that Neurontin is associated with, let alone causes, suicide. Analysis of the criteria used to evaluate whether an association is "causal" also does not support a conclusion that Neurontin causes suicide. I have examined ten representative cases[1] and the suicide behavior in each and every case can be fully explained by recognized suicide risk factors without regard to Neurontin. In other words, alternative explanations and confounders account for the suicide or suicide attempt in each and every case.

---

[1] The cases I reviewed were the original ten cases selected as Track One cases. My understanding is that this group of ten cases was comprised of six random selections, two selected by plaintiffs and two selected by Pfizer. I further understand that three of these cases (Strickland, Mendoza, and Moore) are no longer considered Track One cases.

- 2 -

- The available reliable scientific and medical evidence fails to establish that Neurontin is associated with, or causes or contributes to cause suicidality.
- The label for Neurontin adequately apprises physicians of the risks and benefits of Neurontin.

### III. QUALIFICATIONS

I am an Associate Clinical Professor of Psychiatry at Harvard Medical School. I maintain an active clinical psychiatric practice in Wellesley and Newton, Massachusetts, suburbs of Boston. I have edited three books and numerous papers on suicide. I edited the textbook, the Harvard Medical School Guide to Suicide Assessment and Intervention, was published in 1999. I have organized and have led academic seminars, locally for Harvard faculty and nationally for other mental health professionals, on the subject of suicide and related psychiatric subjects (e.g., depression). I currently teach Harvard medical students, who are pursing careers in nonpsychiatric disciplines. In addition, I established a unique non-profit organization, Screening for Mental Health, Inc. (SMH), which is devoted to screening for, and providing education about, a variety of mental health disorders, including depression. The programs of SMH are offered to a variety of healthcare clinicians, mental health professionals, and primary care clinicians.

I received my undergraduate degree from Trinity College in Hartford, Connecticut, in 1967. I received my medical degree from the University Of Pennsylvania School Of Medicine in 1971. Next, I completed a three-year residency (1972-75) in adult psychiatry at the Massachusetts Mental Health Center, a Harvard Medical School teaching program. I was board certified by the American Board of Psychiatry and Neurology in 1977. Between 1978 and 1992 I served by invitation as an examiner for the Board, participating in the examinations of physicians who were seeking board certification in psychiatry.

As part of my clinical practice, I am on the staff of several psychiatric hospitals in the greater Boston area, including McLean Hospital in Belmont, Massachusetts. I have been a member of the Harvard Medical School faculty since 1975. I am a member of several professional organizations, including the American Psychiatric Association, the