# EXHIBIT E

Gerard Sanacora, M.D., Ph.D.
Associate Professor, Department of Psychiatry
Yale University, School of Medicine
34 Park St.
New Haven, CT 06519

## Expert Report on General Medical Causation:
## Neuropsychopharmacological Evidence Regarding
## Alleged Causal Relationship Between
## Use of Neurontin (Gabapentin) and Suicidal Behavior

I.     **Introduction**

My name is Gerard Sanacora, M.D., Ph.D. I am a psychiatrist and neuropsychopharmacologist at the Yale University School of Medicine. A copy of my current curriculum vitae is appended at Attachment A.

This report contains my opinions, expressed to a reasonable degree of scientific certainty, regarding current scientific understanding of the neurobiological bases of major depression and mood disorders and their symptomatology, including suicidality; the role of amino acid neurotransmitter systems such as γ-aminobutyric acid (GABA), glutamate, and monoamines in brain and central nervous system function; the pharmacology of gabapentin and other relevant compounds; and the clinical efficacy and safety profile of gabapentin when used to treat human psychiatric and neurological disorders.

Materials that I reviewed specifically in connection with preparation of this report are listed on Attachment B. My opinions are also based in part upon information gained through my medical and scientific education and training, my professional familiarity with the medical and scientific literature germane to the subject matter, and my discussions with colleagues, my research experience, and my clinical experience. It is not possible to list all of the manuscripts and documents that support or that I consider

relevant to my opinions, however, I have listed all of the materials provided to me in specific connection with my work in this matter or that I consider particularly important to the subjects of this report. I will supplement this report to the extent any new scientific developments or additional information warrant its revision.

My major opinions in this matter may be summarized as follows: Based on existing scientific knowledge I find no credible evidence to support the hypothesis that a medication that simply increases brain tissue GABA content would be in anyway causative of depressive episodes or suicidality. Contrarily, there is now mounting evidence to suggest that medications that increase tissue GABA content are actually associated with an antidepressant-like response. However, the neural mechanisms mediating emotion and behavior in humans are extremely complex, and our current understanding of these processes remains insufficient to reliably predict how emotion and behavior will be affected based solely on a molecule's ability to slightly alter the level or release of one or another neurotransmitter system in isolation. In reviewing the available safety data, literature and adverse events reports available to me, I see no scientific evidence to suggest the risk of suicide is increased in patients using gabapentin compared to a similar group of patients not using gabapentin. Absent an association between gabapentin use and suicidality, it is not possible to draw the conclusion the gabapentin is causally associated with suicidal behavior.

**II.     Qualifications**

I am an Associate Professor of Psychiatry at Yale University School of Medicine, and Director of the Yale Depression Research Program. I received my Bachelor of Science (B.S.) degree with a double major in Biology and Psychology from the State