# EXHIBIT F

# Neurontin Track One (Plaintiff / Prescriber / Expert Depos)
## Sanacora, Gerard MD (Defense Expert)
1/18/2008

Sanacora, Gerard MD (Defense Expert) 1/18/2008 9:14:00 AM

**Page 1**

```
 2         UNITED STATES DISTRICT COURT
 3        FOR THE DISTRICT OF MASSACHUSETTS
 4   ------------------------------x
 5   IN RE NEURONTIN MARKETING AND
     SALES PRACTICES LITIGATION
 6
     MDL Docket No. 1629
 7   Master File No. 04-10981
     Judge Patti B. Saris
 8   Magistrate Leo T. Sorokin
     ------------------------------x
 9
10
11      SUPREME COURT OF THE STATE OF NEW YORK
12             COUNTY OF NEW YORK,
13
     -----------------------x
14
     IN RE: NEW YORK NEURONTIN
15   PRODUCTS LIABILITY LITIGATION
16   Case Management
     IndexNo. 765,000/2006
17   Hon. Marcy S. Friedman
     -----------------------x
18
                January 18, 2008
19                9:14 a.m.
```

**Page 2**

```
 4       Deposition of GERARD SANACORA, M.D.,
 5   PH.D., taken by Class Plaintiffs, at the Omni
 6   New Haven Hotel, 155 Temple Street, New Haven,
 7   Connecticut, before Brandon Rainoff, a Federal
 8   Certified Realtime Reporter and Notary Public of
 9   the State of New York.
```

**Page 3**

```
 2   APPEARANCES:
 3
 4   FINKELSTEIN & PARTNERS
 5   Attorneys for Product Liability Plaintiffs
 6       785 Broadway, 3rd Floor
 7       Kingston, NY 12401
 8       (800) 634-1212
 9   BY:  ANDREW G. FINKELSTEIN, ESQ.
10        KENNETH B. FROMSON, ESQ.
11
12   THE LANIER LAW FIRM
13   Attorneys for Plaintiffs
14       6810 FM 1960 West
15       Houston, Texas 77069
16   BY:  KENNETH S. SOH, ESQ.
17
18   SHOOK, HARDY & BACON LLP
19   Attorneys for Pfizer
20       2555 Grand Blvd.
21       Kansas City, Missouri 64108-2613
22   BY:  LEIGH A.M. RAYMOND, Ph.D.
23        TREY ALFORD, ESQ. (By telephone)
```

**Page 4**

```
 2   A P P E A R A N C E S (Continued):
 3
 4   WHEELER TRIGG KENNEDY LLP
 5   Attorneys for Pfizer and the witness
 6       1801 California Street, Suite 3600
 7       Denver, Colorado 80202-2617
 8   BY:  JAMES E. HOOPER, JR.
 9
10
11
12   APPEARING BY TELEPHONE:
13
14   OFFICES OF STEVEN HILLYARD
15   Attorneys for Dr. Jennings
16       345 California Street
17       San Francisco, California 94117
18   BY:  ANNA FURNISS, ESQ.
19
20
21
22   ALSO PRESENT:
23   SHAWN BUDD, Nationwide Video, Videographer
```

Page 81

```
 1        GERARD SANACORA, M.D., Ph.D.
 2    Q.  Do you have an opinion as to what
 3  their antidepressant qualities are of the SSRIs
 4  as a class?
 5        MR. HOOPER:  Object to form.
 6    A.  I'm sorry, if you could --
 7    Q.  Do you believe the SSRIs are
 8  efficacious in treating major depressive
 9  disorder?
10    A.  I believe there is efficacy in
11  treating major depressive disorder in some
12  patients, yes.
13    Q.  With SSRIs?
14    A.  Yes.
15    Q.  And those that you believe there is
16  efficacy for treating major depressive disorder
17  with SSRIs, from a biological standpoint, can
18  you explain why that is?
19    A.  I could tell you what the prevalent
20  theories are at this point, that there is
21  acting -- and I think right now the predominant
22  theory would be acting at the serotonin
23  transporter, changing serotonergic
24  neurotransmission at the post-synaptic neuron
25  sets off a cascade of events including changes
```

Page 82

```
 1        GERARD SANACORA, M.D., Ph.D.
 2  in receptor expression at -- so there is up
 3  regulation, there is down regulation, there is
 4  at least 14, probably more than 17 different
 5  serotonin receptors.
 6        So activation is some --
 7  post-synaptically, presynaptically, it's a very
 8  complex mechanism that sets off a cascade of
 9  events, acting, again, we discussed through
10  second messenger systems that eventually have
11  effects on gene expression that then have
12  effects on protein expression and then have
13  structural effects on the brain that in some way
14  at the end of that black box leads to
15  improvement in mood or improvement from the
16  symptoms of depression.
17    Q.  Are all SSRIs as a class effective in
18  treating depression?
19    A.  I can't answer that.  I mean, I don't
20  know every possible selective serotonin reuptake
21  inhibitor.
22        Are you talking the ones that are
23  indicated?
24    Q.  Yes, the ones that --
25    A.  The ones that are indicated for the
```

Page 83

```
 1        GERARD SANACORA, M.D., Ph.D.
 2  treatment of depression are effective, I
 3  believe, for the treatment of depression.
 4    Q.  Do you understand whether or not all
 5  SSRIs that are approved for the indication of
 6  depression -- and I'll use that globally -- have
 7  risks associated with them?
 8    A.  Yes.
 9    Q.  What do you understand the risks
10  associated with all SSRIs as a class with
11  respect to deleterious effects on mood?
12        MR. HOOPER:  Object to form.
13    A.  Again, deleterious effects meaning
14  worsening --
15    Q.  Negative effect on mood.
16    A.  Okay.  It is not uncommon to get some
17  increase in anxiety or restlessness with
18  antidepressants in some small percent of people.
19  There are also sexual adverse events that can be
20  reported, delayed orgasm and other things that
21  could be considered a deleterious effect on
22  mood, and there is very contested but currently
23  investigated view that some of the SSRIs might
24  increase suicidal ideation especially in
25  children, in adolescents.
```

Page 84

```
 1        GERARD SANACORA, M.D., Ph.D.
 2    Q.  From a biological standpoint, can you
 3  explain how an SSRI may increase suicidal
 4  ideation in adolescents?
 5    A.  No.
 6    Q.  Do you believe that SSRIs have the
 7  capacity to cause suicidal ideation in
 8  adolescents, do you accept that hypothesis?
 9        MR. HOOPER:  Objection.
10    A.  I think it is a hypothesis that we
11  still -- it is an incredibly important
12  hypothesis that we still really need to pursue.
13  I think there is enough there that we need to
14  continue to do further research.
15    Q.  My question is do you accept the
16  hypothesis that given the current science as it
17  is now?
18    A.  I am still on the fence with that.  I
19  think -- I think it is important enough that we
20  really pursue it right now and take great
21  caution and consider that hypothesis when we
22  prescribe.
23    Q.  What type of caution would you provide
24  to a patient, adolescent who is about to
25  undertake a course of SSRI treatment?
```

Sanacora, Gerard MD (Defense Expert) 1/18/2008 9:14:00 AM

### Page 85

GERARD SANACORA, M.D., Ph.D.

A. When weighing the risk-benefit ratio I would -- in prescribing any medication, like I said, there is always that risk-benefit ratio. This would weight a little bit heavier on the risk side for me. I would inform the patient that currently it is considered a major concern and that there might be some risk, specifically any adolescent, even early 20-year-old I would do that.

Q. Can you explain what the mechanism of action that serves as the foundation for the SSRI hypothesis of inducing suicidal thought in adolescents?

A. No, I really can't.

Q. I just didn't hear you.

A. No, I really can't.

Q. Why is it that you can't explain that?

A. I don't think it is known. First of all, I am not convinced that it is known that it does happen without knowing what the mechanism of it would be.

Q. Have you ever heard of the term serotonergic dysfunction?

A. I have heard it used, yes.

### Page 86

GERARD SANACORA, M.D., Ph.D.

Q. Have you ever used it?

A. Have I ever used it?

Q. I mean, is it a term that you use?

A. It is not a term I commonly use at present. It is not a term I commonly use.

Q. Based on what is known in psychiatry, would you agree that many knowledgeable scientists and physicians accept the working hypothesis that serotonergic dysfunction is related to negative effects on mood in humans?

A. I guess I just ask -- we can agree upon a definition of serotonergic dysfunction.

Q. What do you understand the term "dysfunction" to be?

A. To me it would mean abnormal function.

Q. Based on what you know in psychiatry, would you agree that many knowledgeable scientists and physicians accept the working hypothesis that abnormal function of the serotonergic systems is related to negative effects on mood and behavior in humans?

MR. HOOPER: Objection.

A. I guess I would agree that it would be commonly accepted that there is an association

### Page 87

GERARD SANACORA, M.D., Ph.D.

between abnormal serotonergic measures and the diagnosis of depression.

Q. Would you agree that there is -- it is well known in psychiatry that there is an association between low measures of serotonin and suicide victims?

A. There are -- there is a fairly large literature base showing abnormal measures of serotonin associated with suicide, yes.

Q. Have you reviewed that literature base for purposes of this litigation?

A. I have reviewed some of it, yes. I don't think I have reviewed exhaustively every study, but yes.

Q. Did you think it was important to review for purposes of this litigation?

A. Yes. To some extent, yes.

Q. Why?

A. Because I was asked to review that, I guess with the -- knowing that this would be asked about.

Q. What did you review that you recall?

A. I reviewed a lot of John Mann studies going through those. I reviewed Asberg and a

### Page 88

GERARD SANACORA, M.D., Ph.D.

few others, older studies, studies by Maria Oquendo.

Q. You said John Mann studies?

A. The Columbia Group.

Q. And Asberg --

A. I'm not sure.

Q. -- you said?

A. Trying to remember the actual name. Yes, an older study.

Q. And I just didn't hear the third name.

A. Maria Oquendo who is actually part of John Mann's group, so it is the Columbia Group.

Q. So Maria Oquendo?

A. O-Q-U-E-N-D-O.

Q. Would you agree that it is not novel in the medical field or the scientific community to accept a working hypothesis that low serotonin is associated with postmortem studies of suicide victims?

MR. HOOPER: Objection.

A. I would agree that it is not -- I'm coming to accept that low serotonin measures have -- are associated -- are found commonly in suicide victims.

181

GERARD SANACORA, M.D., Ph.D.
1  event, I don't -- I think it would matter what
2  psychiatric adverse event.
3  Q. Suicidal ideation.
4  A. I mean, that's something that's not
5  fairly -- it is completely subjective, so the
6  things that are subjective I think might have
7  less value than some other challenge,
8  rechallenge, specifically like the rash. You
9  know, you take the drug, you get the rash; you
10 stop the drug, it goes away; you start it again,
11 it comes back again. Or liver enzymes going up
12 when you take the drug, coming down when you
13 stop it.
14     Those I would put more credence in,
15 and I think we used the word "weight," I would
16 put more weight on those than I would
17 subjective.
18 Q. Do you put any weight to whether or
19 not the clinical investigator believed it was
20 possibly or probably related to a study
21 medication?
22 A. Again, it is all -- we are talking
23 relative terms. I would put some more weight
24 but I wouldn't -- it would be far from

182

GERARD SANACORA, M.D., Ph.D.
1  convincing me that it was real.
2  Q. Do you believe there is any social
3  stigmas attached to individuals who attempt
4  suicide?
5  A. Do I believe -- I'm sure, yes, some
6  people have -- hold a social stigma for that.
7  Q. Appreciate your time. I am done and
8  we'll pass the witness.
9  EXAMINATION
10 BY MR. HOOPER:
11 Q. Dr. Sanacora, do you recall testifying
12 earlier this morning in the first hour in
13 response to various questions about the
14 neurobiology of the GABA and monoamine systems?
15 A. Yes.
16 Q. Do you recall testifying earlier this
17 morning in that first hour in response to
18 numerous questions about the subject of
19 neurotransmission or signaling between nerves in
20 the brain?
21 A. Yes.
22 Q. Do you recall testifying this morning
23 in response to questions that asked you about
24 very specific locations in the brain including

183

GERARD SANACORA, M.D., Ph.D.
1  prefrontal cortex, occipital cortex, raphe
2  nuclei and limbic areas?
3  A. Yes.
4  Q. Do you also recall testifying this
5  morning in response to a number of questions
6  about the pharmacological properties of
7  gabapentin?
8  A. Yes.
9  Q. In your opinion, Dr. Sanacora, is
10 there any reliable scientific evidence that
11 Neurontin has any affect on any aspect of brain
12 function that increases the risk of or that
13 causes depression or suicidal behavior?
14 A. No. In fact, as I state in my report,
15 the evidence -- the only thing that I see in
16 terms of human studies is this elevation in
17 occipital cortex tissue GABA content is what we
18 frequently see in our studies to be associated
19 with drugs that have antidepressant properties.
20    So we see in our studies with SSRIs
21 increasing, we see electroconvulsive therapy
22 increasing it. Other groups see things like
23 yogurt increasing it. And we see the opposite
24 in depressed patients. We actually see low

184

GERARD SANACORA, M.D., Ph.D.
1  levels of this.
2     So if we really had to make a stretch,
3  because I am not saying that I think these
4  changes in occipital lobe are directly causative
5  of any type of mood effects, but if anything the
6  evidence would seem to suggest that the
7  properties of gabapentin in increasing occipital
8  cortex GABA would be more associated with an
9  antidepressant response.
10 Q. In response to -- well, in various
11 questions and responses to questions, the word
12 "association" has been used, correct?
13 A. Correct.
14 Q. That is a word that is akin as a noun
15 to the word "relationship"?
16 A. Yes.
17 Q. It is a word that can mean many
18 different things in many different contexts
19 depending on how we use it and what adjectives
20 we put with it, correct?
21 A. Correct.
22 Q. There is such a thing as a temporal,
23 T-E-M-P-O-R-A-L, temporal association, correct?
24 A. Correct.