UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:   MDL Docket No.: 1629
In re:  NEURONTIN MARKETING, :
SALES PRACTICES AND :   Master File No.: 04-10981
PRODUCTS LIABILITY LITIGATION :
:   Judge Patti B. Saris
---------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Bulger v. Pfizer Inc.,* 1:07-11426-PBS :
:
:
:
---------------------------------------------------------------x

**PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE ANY TESTIMONY
OR DISCUSSION BY DEFENDANTS THAT THEY COULD NOT
HAVE AMENDED THE NEURONTIN LABEL OR ISSUED
<u>STRENGTHENED WARNINGS WITHOUT PRIOR FDA APPROVAL</u>**

Plaintiff RONALD J. BULGER, SR., as Administrator of the Estate of Susan Bulger, deceased, by and through his attorneys, The Lanier Law Firm, P.L.L.C. and Finkelstein & Partners, LLP, hereby moves this Court for an order precluding Defendants PFIZER INC. and WARNER-LAMBERT COMPANY LLC from arguing that they could not have amended the Neurontin label without prior approval of the United States Food and Drug Administration.

This Motion is supported by Plaintiff's Memorandum in Support and the exhibit annexed thereto, submitted herewith.

Dated:  June 22, 2009                                  Respectfully submitted,


                                        By:    /s/ W. Mark Lanier
                                               W. Mark Lanier, Esquire
                                               THE LANIER LAW FIRM, P.L.L.C.
                                               126 East 56th Street, 6th Floor
                                               New York, NY  10022

By:    **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY 12551

*Attorneys for Plaintiff Ronald J. Bulger, Sr.*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 22, 2009.

   **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire