UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | | |
| *Bulger v. Pfizer Inc, et al.*, C. A. No. 07-11426-PBS | | |

**DEFENDANTS' PROPOSED VOIR DIRE AND JUROR QUESTIONNAIRE**

Pursuant to the Court's April 9, 2009, PreTrial Order, Defendants request that the Court use the following Proposed Voir Dire questions and Juror Questionnaire to aid in the selection of a jury in this matter.

**VOIR DIRE**

1. This case involves a suicide. Is there anyone here who has been touched in any way by suicide, attempted suicide, suicidal thoughts or related issues? If so, please approach and we will ask you to discuss your experience privately.

2. Is there anyone here who feels that due to a recent loss of a loved one or for some other reason that they would not be comfortable listening to a case that involves a suicide?

3. Is there anyone here who has taken or is close to someone who has taken one or more of the following medications: **Neurontin, Oxycontin, Methadone, Lexapro, Klonopin, Effexor, Paxil, Zoloft, Prozac**. If yes to any, have you or someone close to you had a <u>bad</u> experience with any of these medicines?

4. Is there anyone here who feels they or someone close to them has been harmed by a prescription medication? In thinking about your answer please consider any unwanted side effects including addiction.

5. In this case a pharmaceutical company is being sued by an individual who claims that a prescription medicine was a substantial factor in a person's decision to commit

suicide.  Is there anyone here that for <u>any</u> reason feels that in this type of case, the pharmaceutical company automatically starts off behind?

   a. Please raise your hand if you believe that in this type of case in order to win, the pharmaceutical company must prove that the medicine was <u>not</u> a factor in the suicide?

6. In this case you might learn that sometimes, doctors prescribe medicines for uses other than those for which they were specifically approved by the U.S. Food and Drug Administration (FDA).  Is there anyone here who is opposed to the idea that doctors can prescribe medicines for uses not approved by the FDA?  Would refuse to take a medicine for an unapproved use, even if your doctor recommended it?

7. Please raise your hand if you believe that a prescription drug should be 100% safe before being sold to the public?

8. If all you knew is that a person took a medicine and then had a health problem would that be enough to show that it was more likely than not the medicine that caused the health problem?

9. Is there anyone here who has a strong negative reaction to any of the following topics:

   - Cost of prescription medication?

   - The profit made by pharmaceutical companies?

   - The safety record of the pharmaceutical industry?

10. No matter what the actual cause of the problem may be, if a patient has a serious health problem while taking a prescription drug, does the company that made the medicine necessarily have an obligation to take care of that patient?

11. Even if there is insufficient proof that a drug causes a particular side effect, raise your hand if you believe the drug company has a duty to warn about the side effect anyway.

12. Please raise your hand if you have a strong <u>distrust</u> of:

- Large corporations

- The U.S. Government

13. Does anyone feel that the warning labels on prescription drugs are not adequate? Why?

14. Have you been involved in any lawsuit as a party, witness or juror?

# **JUROR QUESTIONNAIRE**

Please Print Clearly

NAME: _____

ADDRESS: _____

Age: _____

Gender:      A.    Male
             B.    Female

For the following questions, please circle the number next to the response that best describes you and your current situation:

1. Current marital status:

    | Never Married       | 1 |
    | Married             | 2 |
    | Living with partner | 3 |
    | Separated           | 4 |
    | Divorced            | 5 |
    | Widowed             | 6 |

2. Highest level of education completed:

    | Less than high school       | 1 |
    | GED                         | 2 |
    | High school                 | 3 |
    | Technical/trade school      | 4 |
    | Some college                | 5 |
    | Bachelor's degree           | 6 |
    | Some graduate study         | 7 |
    | Master's or Doctoral degree | 8 |
    | Don't know                  | 9 |

3. Current employment status:

    | Full Time  | 1 |
    | Part Time  | 2 |
    | Retired    | 3 |
    | Unemployed | 4 |
    | Homemaker  | 5 |
    | Disabled   | 6 |

4. Job title (if unemployed or retired, please indicate most recent job):

   _____

   _____

5. Name of employers (if unemployed or retired, write most recent employer):

   _____

   _____

6. Spouse/partner's employment status:

   | Full Time  | 1 |
   | Part Time  | 2 |
   | Retired    | 3 |
   | Unemployed | 4 |
   | Homemaker  | 5 |
   | Disabled   | 6 |

7. Job title (if unemployed or retired, please indicate most recent job):

   _____

   _____

8. Name of employers (if unemployed or retired, write most recent employer):

   _____

   _____

9. Do you have any special training, work experience or education in the following areas? (check all that apply)

| Industry | No | Yes, currently | Yes, in the past | If yes, please explain |
|---|---|---|---|---|
| Law | | | | |
| Medicine/Healthcare | | | | |
| Government regulation | | | | |
| Statistics | | | | |
| Education | | | | |
| Mental Health/Social Work/Counseling | | | | |

4

| Industry | No | Yes, currently | Yes, in the past | If yes, please explain |
|---|---|---|---|---|
| Media | | | | |
| Insurance | | | | |
| Finance/Economics | | | | |
| Science | | | | |

10. Have you ever been a member of a labor union?

    A. Yes
    B. No

11. How long have you lived in this area?

    A. 0-5 years
    B. 6-10 years
    C. 11-20 years
    D. Over 20 years
    E. All my life

12. The current downturn in the economy can mostly be blamed on:

    A. The greed of corporations and top executives
    B. Incompetent Government
    C. The choices of individual citizens
    D. Other
    E. I have no idea

13. Do you basically trust or distrust the U.S. Government?

    A. Trust
    B. Distrust

14. I am outraged at the conduct of Corporate America today.

    A. Strongly agree
    B. Somewhat agree
    C. Somewhat disagree
    D. Strongly disagree

15. Would you say you have strong positive or negative opinions of pharmaceutical companies?

    A. Yes, positive opinions
    B. Yes, negative opinions
    C. No

If yes, please explain:

_____

_____

_____

16. Do you believe a prescription drug should be proved 100% safe for all people under all conditions before being sold to the public?

    A.   Yes
    B.   No

17. All prescription medicine has risks.

    A.   Strongly agree
    B.   Somewhat agree
    C.   Somewhat disagree
    D.   Strongly disagree

18. If all you knew was that a person took a medicine and then had a health problem, would that be enough to show that it was more likely than not the medicine caused the health problem?

    A.   Yes
    B.   No

19. No matter what the actual cause of the problem may be, if a patient has a serious health problem while taking a prescription drug, does the company that made the medicine necessarily have an obligation to take care of that patient?

    A.   Yes
    B.   No

20. Assume that a medicine has been approved by the FDA (Food and Drug Administration) for a specific use. Is a doctor allowed to prescribe that medication to a patient for a use that has not been approved by the FDA?

    A.   Yes
    B.   No

21. Even if your doctor recommended it, would you refuse to take a prescribed medication for a use not approved by the FDA?

    A. I would refuse to take it even if the doctor recommended it
    B. I would take it if the doctor recommended it
    C. I would consider taking it

22. Assume that doctors are allowed to prescribe medicine for uses other than those for which it has been approved by the FDA if they believe it will help an individual patient. Do you support this practice or do you oppose it?

    A. Support
    B. Oppose

23. Do you believe a prescription drug should be proved 100% safe for all people under all conditions before being sold to the public?

    A. Yes
    B. No

24. If there is lack of clear evidence that a medicine causes a serious side effect, which of the following ideas should take priority?

    A. It is wrong to scare off or confuse patients in need with a strong warning that may not be necessary.

    B. When it comes to medicine, it is always better to err on the side of safety, no matter what the evidence.

25. If a prescription drug is approved by the FDA and is safe and effective for most people, but dangerous for a very small number of people, should the drug be taken off the market?

    A. Yes
    B. No

26. Have you, or anyone close to you, had suicidal thoughts?

    A. Yes, me
    B. Yes, someone close to me
    C. Yes, both
    D. No

27. Have you or someone close to you ever taken any of the following drugs: Oxycontin (or oxycodone); Neurontin (or gabapentin); Methadone; Lexapro; Klonopin (or Clonazepam); Effexor (or Venlafaxine); Paxil (or paroxetine); Zoloft (or sertraline); or Prozac (or fluoxetine)?

    A. Yes, I have (Specify which drug(s)): _____
    B. Yes, someone close to me has (Specify which drug(s)): _____
    C. Yes, both (Specify which drug(s)): _____
    D. No:

28. Have you, or someone close to you, had a bad experience taking any of the following drugs: Oxycontin (or oxycodone); Neurontin (or gabapentin); Methadone; Lexapro; Klonopin (or Clonazepam); Effexor (or Venlafaxine); Paxil (or paroxetine); Zoloft (or sertraline); or Prozac (or fluoxetine)?

    A. Yes, I have (Specify which drug(s)): _____
    B. Yes, someone close to me has (Specify which drug(s)): _____
    C. Yes, both (Specify which drug(s)): _____
    D. No

29. Have you, or someone close to you, ever developed an addiction to narcotic pain killers?

    A. Yes, me
    B. Yes, someone close to me
    C. Yes, both
    D. No

30. Have you suffered a loss of a loved one or experienced some other serious loss in the last year?

    A. Yes
    B. No

31. How frequently do you search the internet for health information?

    A. Frequently
    B. Sometimes
    C. Rarely
    D. Never

8

33. Would you describe yourself as very religious?

    A. Yes
    B. No

34. Do you exercise regularly?

    A. Yes
    B. No

35. Have you ever served in the U.S. military?

    A. Yes
    B. No

36. Do you work or volunteer for any child protection or advocacy programs?

    A. Yes, currently
    B. Yes, in the past
    C. No

    If yes, please explain:

    _____
    _____
    _____

37. Are you a parent or regularly take care of children in your home?

    A. Yes
    B. No

38. Would you describe yourself as:

    A. Very smart
    B. Smarter than average
    C. About average as far as intelligence goes
    D. Below average as far as intelligence goes

39. I am very passionate about helping people.

    A. Strongly agree
    B. Somewhat agree
    C. Somewhat disagree
    D. Strongly disagree

40. If you had some leisure time, would you rather read a:

    A.  Science magazine
    B.  Entertainment magazine

41. Do you enjoy watching TV shows like CSI?

    A.  Yes
    B.  No

42. Who are the 3 people you:

| Most Admire | Least Admire |
|---|---|
|  |  |
|  |  |
|  |  |

43. Have you ever been a plaintiff or defendant in a civil lawsuit?

    A.  Yes, plaintiff
    B.  Yes, defendant
    C.  Yes, both
    D.  No, neither

    Please explain any "yes" answer below:

44. Have you ever been on a jury in a civil case where someone was asking for monetary compensation for a harm they had suffered?

    A.  Yes, and the jury reached a verdict
    B.  Yes, but the jury did not reach a verdict
    C.  No

45. Have you ever been a foreperson on a jury?
    A.  Yes
    B.  No
    C.  I have never served on a jury

10

46. If you were a juror in a civil lawsuit and the evidence showed that the person suing could not prove his or her case, would you feel it necessary to award the person suing some money anyway?

    A. Yes
    B. No

47. Are you personally familiar with or have done business with any of the following individuals? (CIRCLE ALL THAT APPLY)

    Yoshiharu Akabane, MD

    Larry Alphs, MD

    Keith Altman

    Janet Arrowsmith-Lowe, MD, FACP

    Becky Baker-Warry

    Richard Barnes

    James Bello

    Cheryl Blume, PhD

    Edward W. Boyer, MD, PhD

    Gary J. Brenner, MD, PhD

    Dan W. Brock, PhD

    Patricia Bulger

    Ronald Bulger, Jr.

    Ronald Bulger, Sr.

    Carter Burwell

    Det. Richard Callahan

    Lucy Castro

    Amanda Marie Cavallaro

    Michael Cennami

    David Chaffin

    Mark Cheffo

    Steve Cohen

    Sgt. William Cook

    Stephen Cristo

    Dino Crognale, MD

11

Thomas Cullen

Annamarie Daley

Clarence Davis

Suzanne Doft

Officer Sean Dowd

Helen Duda-Racki

David Egilman

Andrew Finkelstein

Bruce Fleischmann

Matt Flemming

David Franklin

Kenneth Fromson

Russell Gallant

Teresa Gallant

Kelly Gates

James Gibbons, Jr.

Robert D. Gibbons, PhD

Robert Glanzman

Richard Goldman, MD

Charles Goodell

Henry G. Grabowski, PhD

Sgt. Matthew Gravini

Thomas Greene

Sander Greenland, MA, MS DrPh

Vincent Gunter

Officer Nancy Hart

Mark Hegarty

James Hooper

Douglas G. Jacobs, MD

Walter Jacobs, MD

David Kessler

Charles King III

Lloyd Knapp

John Knoop

Sean Knowles

Stefan Kruszewski, MD

Linda Landry

Mark Lanier

Harlan Levy

Irwin Lewin

Jack London

John Marino

Ron Maris, PhD

Cynthia McCormick

Barry McEachern

Lori McGroder

Michele Meager

William Medwid, MD

Susan Murphy

James Murray

Cheryl Nadeau

David Nims

Ed Notargiacomo

Linda Nussbaum

William Ohlemeyer

Fran Pacillo

Atul Pande, MD

Erick Pavlack

Edmund Polubinski

Officer Eric Ricci

Det. Scott Richards

Marshall Richer

Louis S. Roh, MD

Ilyas Rona

       Ronald Rosenkranz

       Michael Ross

       Anthony J. Rothschild, MD

       James Rouhandeh

       Alexander Ruggieri, MD

       Gerard Sanacora, MD, PhD

       Mark Sandmann

       Scott Sayler

       Nancy Scialdone

       Steven Scialdone

       Lori Schultz

       Druscilla Scott, PhD

       Angela Seaton

       John Soares

       Catherine Stevens

       Charles P. Taylor, PhD

       Martin Teicher

       Thomas Thrash

       Leslie Tive

       Michael Trimble, MD

       Janeth Turner

       Sheila Weiss-Smith, PhD

       Michael Wasicko

       Sgt. Scott Wlasuk

48.   Have you heard or read anything about this case?

       A.    Yes
       B.    No

   If "yes", please state what you have read or heard in the lines below:

_____

_____

_____

49. Do you or any family member own stock in, or have any financial interest in any pharmaceutical companies?

    A. Yes
    B. No

    If "yes", please explain:

    _____
    _____
    _____

50. Have you already formed an opinion about this case based on what you have heard or read?

    A. Yes
    B. No

    If "yes", please state what you have read or heard in the lines below:

    _____
    _____
    _____

51. Is there any medical, family or religious hardship that would prevent you from serving as a juror on this case?

    A. Yes
    B. No

    If you answered "yes", please explain:

    _____
    _____
    _____
    _____
    _____

52. Is there any reason you could not be a totally fair and impartial juror in a case in which an individual was suing a pharmaceutical company?

    A. Yes
    B. No

    If you answered "yes", please explain:

    _____
    _____
    _____
    _____

53. This trial is scheduled to continue for 3 weeks. Is there any reason you believe that you would not be able to serve on this case?

    A. Yes
    B. No

    If you answered "yes", please explain:

    _____
    _____
    _____
    _____

Defendants respectfully request that the Court use the foregoing Proposed Voir Dire questions and Juror Questionnaire to aid in the selection of a jury in this matter.

Dated: June 22, 2009                            Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:     /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

        -and-

BOIES, SCHILLER & FLEXNER LLP

By:     /s/ William S. Ohlemeyer
        William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

        -and-

SHOOK, HARDY & BACON L.L.P.

By:     /s/ Scott W. Sayler
        Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

        -and-

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 22, 2009.

/s/ David B. Chaffin
David B. Chaffin