UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:  MDL Docket No.: 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No.: 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Bulger v. Pfizer Inc.,* 1:07-11426-PBS :
:
:
:
------------------------------------------------------------x

**PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE ANY
MENTION AT TRIAL BY DEFENDANTS THAT THE NEURONTIN
PACKAGE INSERT WAS LABELED TO WARN AGAINST COMPLETED
SUICIDE PRIOR TO THE DECEMBER 21, 2005 LABELING CHANGE**

Plaintiff RONALD J. BULGER, SR., as Administrator of the Estate of Susan Bulger, deceased, by and through his attorneys, The Lanier Law Firm, P.L.L.C. and Finkelstein & Partners, LLP, hereby moves this Court for an order precluding any comment, evidence, testimony, inference or document concerning that the Neurontin package insert was labeled to warn against completed suicide prior to the December 21, 2005 labeling change.

This Motion is supported by Plaintiff's Memorandum in Support, and the Declaration of Andrew G. Finkelstein, Esq. and exhibits annexed thereto, submitted herewith.

Dated: June 22, 2009                Respectfully submitted,


By:   **/s/ W. Mark Lanier**
         W. Mark Lanier, Esquire
         THE LANIER LAW FIRM, P.L.L.C.
         126 East 56th Street, 6th Floor
         New York, NY  10022

2

              By:    **/s/ Andrew G. Finkelstein**
                     Andrew G. Finkelstein, Esquire
                     Finkelstein & Partners, LLP
                     1279 Route 300, P.O. Box 1111
                     Newburgh, NY  12551

                     *Attorneys for Plaintiff Ronald G. Bulger, Sr.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 22, 2009.

                     **/s/ Andrew G. Finkelstein**
                     Andrew G. Finkelstein, Esquire