EXHIBIT A

----Original Message-----
From: Calder, Courtney
To: Powers, Molly
Sent: 10/20/05 4:24 PM
Subject: RE: Neurontin requests

Hi Molly,

I'm not sure if you're the correct regulatory affairs contact for
Neurontin.  If not, could you please forward this to the correct
person?

Regarding NDA 20-235, 20-882, 21-129, 21-216, 21-397, and 21-424, the
following are our latest suggestions for labeling changes pertaining to
suicide-related events.

1.  In the "Other Adverse Events Observed During All Clinical Trials:
Clinical Trials in Adults and Adolescents with Epilepsy" section,
delete "suicidal" and "suicide gesture" and add "suicide attempt" as an
infrequent event and "suicide" as a rare event.

2.  In the same section, update the information regarding the number of
patients exposed to Neurontin.  The current information in this section
is not consistent with the number of patients exposed to Neurontin in
add-on epilepsy trials according to the suicidality analyses Pfizer
submitted to us in September, 2004.

3.  In the subsection entitled "Clinical Trials in Adults With
Neuropathic Pain of Various Etiologies," add suicide attempts as an
infrequent event.

Please let me know if you have questions.
Sincerely,
Courtney


**************************************************
Courtney R. Calder, Pharm.D., LT USPHS
Regulatory Project Manager
Division of Neurology Products, HFD-120
Center For Drug Evaluation and Research, FDA
Office of Drug Evaluation I
Ph: (301) 796-1050
Fax: (301) 796-9842
Email: calderc@cder.fda.gov