EXHIBIT B

-----Original Message-----
From: Calder, Courtney [mailto:CalderC@cder.fda.gov]
Sent: Thursday, October 27, 2005 3:17 PM
To: Patel, Manini
Subject: : Neurontin clarification by phone request


Hi Manini,
Regarding your phone call, below are our answers:

1. We think that "suicidal" should be deleted because its meaning is
unclear.  It is not clear what, as an adjective, it is referring to
since there is no noun following it.

2. "Suicide gesture" is a less clear term than "suicide attempt."  If
interpreted as meaning "suicide attempt," the current placement of the
term with respect to the frequency of its occurrence in clinical trials
is incorrect.  According to the analysis submitted in September, 2004,
suicide attempts occurred in .12% of patients participating in non-
placebo-controlled adult add-on epilepsy trials and 0.17% of patients
in adult add-on placebo-controlled studies. Therefore, "suicide
attempt" should be listed as an infrequent adverse event.

3. Because suicides occurred in 0.02% of patients participating in
non-placebo-controlled adult add-on epilepsy trials, suicide should be
listed as a rare adverse event in this section (describing events that
occurred in adult add-on epilepsy trials).

I hope this answers your questions.

Sincerely,

Courtney

****************************************************
Courtney R. Calder, Pharm.D., LT USPHS
Regulatory Project Manager
Division of Neurology Products, HFD-120
Center For Drug Evaluation and Research, FDA
Office of Drug Evaluation I
Ph: (301) 796-1050
Fax: (301) 796-9842
Email: calderc@cder.fda.gov

Pfizer_Regulatory_000002