# EXHIBIT E



Worldwide Regulatory Strategy
Pfizer Inc
235 East 42nd Street   605/5/18
New York, NY 10017

**Pfizer Global Pharmaceuticals**

December 21, 2005

Russell G. Katz, MD
Division Director
Division of Neuropharmacological Drug Products
Central Document Room
Center for Drug Evaluation and Research
5901-B Ammendale Road
Beltsville, MD 20705-1266
USA

RE:   **NEURONTIN® (gabapentin)**
   **Labeling Supplement - NDA 20-235/S-029, NDA 20-882/S-015, NDA 21-129/S-016**

Dear Dr. Katz:

Reference is made to our approved new drug application (NDA) 20-235, 20-882 and 21-129 for NEURONTIN® (gabapentin) capsules, tablets and oral solution respectively. Further reference is made to correspondences dated 22 November 2005, 18 November 2005, 27 October 2005 and 20 October 2005, which requested the revision of suicide-related adverse events and update to the number of patients exposed to Neurontin in add-on epilepsy trials to the USPI.

As agreed, the USPI has been revised with the following changes:

- Suicide attempt" will replace the terms "suicidal" and "suicide gesture," and will be listed as an infrequent event under the "Other Adverse Events Observed During All Clinical Trials: Clinical Trials in Adults and Adolescents with Epilepsy" section.
- "Suicide" will be added as a rare event in this same section.

CONFIDENTIAL/TRADE SECRET INFORMATION SUBJECT TO 18-USC-1905 AND TO WHICH ALL CLAIMS OF PRIVILEGE AND CONFIDENTIALITY ARE ASSERTED IN BOTH STATUTORY AND COMMON LAW.

- "Suicide attempt" will be listed as an infrequent event in the "Clinical Trials in Adults With Neuropathic Pain of Various Etiologies" section of the revised label.
- The number of patients exposed to Neurontin in add-on epilepsy trials has been updated.

The content of labeling is being provided for this label in the Structured Product Labeling (SPL) format, which incorporates the changes and format as per the current SPL implementation guideline.

Enclosed please find a CD-ROM, approximately 2.0 MB in size, which contains the NEURONTIN® (gabapentin) submission. This CD-ROM was scanned for viruses using Mcafee Virusscan Enterprise version 8.0.0. and are virus free.

If you have any questions regarding this supplement, please feel to contact me at the (212) 573-1747.


Sincerely,


Mary Ann C. Evertsz


cc: Courtney R. Calder, Pharm.D., Regulatory Project Manager (Hard Copy)

CONFIDENTIAL/TRADE SECRET INFORMATION SUBJECT TO 18-USC-1905 AND TO WHICH ALL CLAIMS OF PRIVILEGE AND CONFIDENTIALITY ARE ASSERTED IN BOTH STATUTORY AND COMMON LAW.

Confidential

Pfizer_MEvertsz_0079494