# EXHIBIT H

# -CONFIDENTIAL-

# NEURONTIN (gabapentin)

# SINGLE MOIETY PERIODIC REPORT

# NDA #20-235

# NDA #20-882

# NDA #21-129

# August 19, 2005 to August 18, 2006

## Safety Surveillance and Reporting
## Pfizer Inc
## New York, New York

**Prepared by**
Inessa Neyman
Manager

## October 12, 2006

The information contained in this document is proprietary and confidential and is intended for the exclusive use of the designated addressee. Any disclosure, reproduction, distribution, or other dissemination of this information outside of Pfizer, its Affiliates, its Licensees, or Regulatory Agencies is strictly prohibited. If you have received this document in error, please contact Pfizer immediately at 212-573-1759 and we will arrange for its return.

NEURONTIN (gabapentin) SINGLE MOIETY
Reporting Period: August 19, 2005 to August 18, 2006 (NDA #20-235, 20-882, 21-129)

## PERIODIC REPORT

## TABLE OF CONTENTS

| DESCRIPTION | | PAGE |
|---|---|---|
| **Neurontin Capsules (NDA #20-235)** | | |
| **SECTION I:** | **FDA 3500A: NON-ALERT REPORTS** | 1 |
| I A: | Serious Labeled - Initial Reports | 2 |
| I B: | Serious Labeled – Follow-Up Reports | 700 |
| I C: | Non Serious Labeled - Initial Reports | N/A |
| I D: | Non Serious Labeled – Follow-Up Reports | N/A |
| I E: | Non Serious Unlabeled – Initial Reports | 739 |
| I F: | Non Serious Unlabeled – Follow-Up Reports | 1719 |
| **SECTION II:** | **TABULAR LISTING: NON-ALERT REPORTS** | **2027** |
| II A: | Serious Labeled - Initial Reports | 2028 |
| II B: | Serious Labeled – Follow-Up Reports | 2049 |
| II C: | Non Serious Labeled - Initial Reports | 2051 |
| II D: | Non Serious Labeled – Follow-Up Reports | 2075 |
| II E: | Non Serious Unlabeled – Initial Reports | 2081 |
| II F: | Non Serious Unlabeled – Follow-Up Reports | 2115 |
| **SECTION III:** | **TABULAR LISTING AND NARRATIVE SUMMARY AND ANALYSIS** | **2126** |
| III A: | Tabular Listing of 15-Day Alert Reports | 2127 |
| III B: | Summary Tabular Listing of all Adverse Events Classified According to Body System with Counts of Occurrences | 2212 |
| III C: | Summary of Reports Where the Drug was not Primary Suspect Drug and Filed to Another NDA | 2234 |
| III D: | Narrative Summary and Analysis | 2285 |
| **APPENDIX I:** | **SERIOUS NON 15-DAY REPORTABLE SOLICITED REPORTS** | **2287** |
| | Serious Non 15-Day Reportable Solicited ADR's – Initial Reports | 2288 |
| | Serious Non 15-Day Reportable Solicited ADR's – Follow-up Reports | 2301 |
| | Body System Summary Table of Serious Non 15-Day Solicited Cases | 2302 |

NEURONTIN (gabapentin) SINGLE MOIETY
Reporting Period: August 19, 2005 to August 18, 2006 (NDA #20-235, 20-882, 21-129)

## PERIODIC REPORT

## TABLE OF CONTENTS

| DESCRIPTION | PAGE |
|---|---|

**Neurontin Tablets (NDA #20-882)**

| | | | |
|---|---|---|---|
| **SECTION I:** | | **FDA 3500A: NON-ALERT REPORTS** | 2308 |
| | I A: | Serious Labeled - Initial Reports | 2309 |
| | I B: | Serious Labeled – Follow-Up Reports | N/A |
| | I C: | Non Serious Labeled - Initial Reports | N/A |
| | I D: | Non Serious Labeled – Follow-Up Reports | N/A |
| | I E: | Non Serious Unlabeled – Initial Reports | 2317 |
| | I F: | Non Serious Unlabeled – Follow-Up Reports | 2334 |
| **SECTION II:** | | **TABULAR LISTING: NON-ALERT REPORTS** | 2350 |
| | II A: | Serious Labeled - Initial Reports | 2351 |
| | II B: | Serious Labeled – Follow-Up Reports | 2352 |
| | II C: | Non Serious Labeled - Initial Reports | 2353 |
| | II D: | Non Serious Labeled – Follow-Up Reports | 2354 |
| | II E: | Non Serious Unlabeled – Initial Reports | 2355 |
| | II F: | Non Serious Unlabeled – Follow-Up Reports | 2356 |
| **SECTION III:** | | **TABULAR LISTING AND NARRATIVE SUMMARY AND ANALYSIS** | 2357 |
| | III A: | Tabular Listing of 15-Day Alert Reports | 2358 |
| | III B: | Summary Tabular Listing of all Adverse Events Classified According to Body System with Counts of Occurrences | 2362 |
| | III C: | Summary of Reports Where the Drug was not Primary Suspect Drug and Filed to Another NDA | 2366 |
| | III D: | Narrative Summary and Analysis | 2368 |
| **APPENDIX II:** | | **SERIOUS NON 15-DAY REPORTABLE SOLICITED REPORTS** | 2369 |
| | | Serious Non 15-Day Reportable Solicited ADR's – Initial Reports | 2370 |
| | | Serious Non 15-Day Reportable Solicited ADR's – Follow-up Reports | 2371 |
| | | Body System Summary Table of Serious Non 15-Day Solicited Cases | 2372 |

NEURONTIN (gabapentin) SINGLE MOIETY
Reporting Period: August 19, 2005 to August 18, 2006 (NDA #20-235, 20-882, 21-129)

## PERIODIC REPORT

## TABLE OF CONTENTS

| DESCRIPTION | | PAGE |
|---|---|---|
| **Neurontin Oral Solution (NDA #21-129)** | | |
| **SECTION I:** | **FDA 3500A: NON-ALERT REPORTS** | 2374 |
| I A: | Serious Labeled - Initial Reports | 2375 |
| I B: | Serious Labeled – Follow-Up Reports | N/A |
| I C: | Non Serious Labeled - Initial Reports | N/A |
| I D: | Non Serious Labeled – Follow-Up Reports | N/A |
| I E: | Non Serious Unlabeled – Initial Reports | 2378 |
| I F: | Non Serious Unlabeled – Follow-Up Reports | 2380 |
| **SECTION II:** | **TABULAR LISTING: NON-ALERT REPORTS** | 2383 |
| II A: | Serious Labeled - Initial Reports | 2384 |
| II B: | Serious Labeled – Follow-Up Reports | 2385 |
| II C: | Non Serious Labeled - Initial Reports | 2386 |
| II D: | Non Serious Labeled – Follow-Up Reports | 2387 |
| II E: | Non Serious Unlabeled – Initial Reports | 2388 |
| II F: | Non Serious Unlabeled – Follow-Up Reports | 2389 |
| **SECTION III:** | **TABULAR LISTING AND NARRATIVE SUMMARY AND ANALYSIS** | 2390 |
| III A: | Tabular Listing of 15-Day Alert Reports | 2391 |
| III B: | Summary Tabular Listing of all Adverse Events Classified According to Body System with Counts of Occurrences | 2392 |
| III C: | Summary of Reports Where the Drug was not Primary Suspect Drug and Filed to Another NDA | 2394 |
| III D: | Narrative Summary and Analysis | 2395 |
| **APPENDIX III:** | **SERIOUS NON 15-DAY REPORTABLE SOLICITED REPORTS** | 2396 |
| | Serious Non 15-Day Reportable Solicited ADR's – Initial Reports | 2397 |
| | Serious Non 15-Day Reportable Solicited ADR's – Follow-up Reports | 2398 |
| | Body System Summary Table of Serious Non 15-Day Solicited Cases | 2399 |
| **LABELING** | | |
| A: | Narrative Summary of Actions Taken NDA #20-235, 20-882, 21-129 | 2400 |
| B: | Copy of Current Labeling Attached | 2402 |

**U.S. Department of Health and Human Services**
**Food and Drug Administration**

**MEDWATCH**
FORM FDA 3500A (10/05)

DSS
For use by user-facilities, importers, distributors and manufacturers for MANDATORY reporting
Page 1 of 1

FDA Facsimile Approval 05/09/2006 (ArisGlobal, LLC)
Mfr Report # 2006059400
UF/Importer Report #

FDA Use Only

### A. PATIENT INFORMATION

1. Patient Identifier: Redacted — In confidence
2. Age at Time of Event: Unk  or  Date of Birth:
3. Sex: [X] Female  [ ] Male
4. Weight: ___ lbs or Unk ___ kgs

### B. ADVERSE EVENT OR PRODUCT PROBLEM

1. [X] Adverse Event  and/or  [ ] Product Problem (e.g., defects/malfunctions)

2. Outcomes Attributed to Adverse Event (Check all that apply)
   - [X] Death: ___ (mm/dd/yyyy)
   - [ ] Life-threatening
   - [ ] Hospitalization - initial or prolonged
   - [ ] Disability or Permanent Damage
   - [ ] Congenital Anomaly/Birth Defect
   - [ ] Other serious (Important Medical Events)
   - [ ] Required Intervention to Prevent Permanent Impairment/Damage (Devices)

3. Date of Event (mm/dd/yyyy): UNKNOWN
4. Date of This Report (mm/dd/yyyy): 10/04/2006

5. Describe Event or Problem
   This attorney reports, by means of a summons and complaint, that a female patient on an unknown dose of Neurontin (gabapentin) for an unspecified indication, successfully committed suicide. No further information is available at this time.

6. Relevant Tests/Laboratory Data, Including Dates
   Initial (01May2006): Unknown

7. Other Relevant History, Including Preexisting Medical Conditions (e.g., allergies, race, pregnancy, smoking and alcohol use, hepatic/renal dysfunction, etc.)
   Initial (01May2006): Unknown

### C. SUSPECT PRODUCT(S)

1. Name (Give labeled strength & mfr/labeler)
   #1 NEURONTIN (GABAPENTIN)
   #2

2. Dose, Frequency & Route Used
   #1 (UNKNOWN), UNKNOWN
   #2

3. Therapy Dates (If unknown, give duration) from/to (or best estimate)
   #1 UNKNOWN -
   #2

4. Diagnosis for Use (Indication)
   #1 Ill-defined disorder
   #2

5. Event Abated After Use Stopped or Dose Reduced?
   #1 [ ] Yes  [ ] No  [ ] Doesn't Apply  Unk
   #2 [ ] Yes  [ ] No  [ ] Doesn't Apply

6. Lot # #1 / #2
7. Exp. Date #1 / #2

8. Event Reappeared After Reintroduction?
   #1 [ ] Yes  [ ] No  [ ] Doesn't Apply  Unk
   #2 [ ] Yes  [ ] No  [ ] Doesn't Apply

9. NDC # or Unique ID

10. Concomitant Medical Products and Therapy Dates (Exclude treatment of event)

### G. ALL MANUFACTURERS

1. Contact Office - Name/Address (and Manufacturing Site for Devices)
   DSS
   PFIZER INC
   235 EAST 42ND STREET
   NEW YORK, NY 10017
   USA
   ( Initial Unit )

2. Phone Number: 212-573-3129

3. Report Source (Check all that apply)
   - [ ] Foreign
   - [ ] Study
   - [ ] Literature
   - [X] Consumer
   - [ ] Health Professional
   - [ ] User Facility
   - [ ] Company Representative
   - [ ] Distributor
   - [ ] Other:

4. Date Received by Manufacturer (mm/dd/yyyy): 05/01/2006
5. (A)NDA # 20-235
   IND #
   STN #
   PMA/510(k) #

6. If IND, Give Protocol #

7. Type of Report (Check all that apply)
   - [ ] 5-day
   - [ ] 7-day
   - [ ] 10-day
   - [ ] 15-day
   - [ ] 30-day
   - [X] Periodic
   - [X] Initial
   - [ ] Follow-up #
   - Combination Product [ ] Yes
   - Pre-1938 [ ] Yes
   - OTC Product [ ] Yes

9. Manufacturer Report Number: 2006059400
8. Adverse Event Term(s): 1) Suicide

### E. INITIAL REPORTER

1. Name and Address: Redacted Patient Information
   Phone #: Redacted Patient Information

2. Health Professional? [ ] Yes  [X] No
3. Occupation: Not Applicable
4. Initial Reporter Also Sent Report to FDA [ ] Yes  [ ] No  [X] Unk.

Submission of a report does not constitute an admission that medical personnel, user facility, importer, distributor, manufacturer or product caused or contributed to the event.

3500A Facsimile

Page No. : 427

**428**

Pfizer_MEvertsz_0131786

## Periodic Report
### NON 15-Day Report
### Serious Labeled - Initial Report

| Manufacturer's report # CTU # | Adverse Experience | Page no. |
|---|---|---|
| 2005118262 | Aphasia<br>Asthenia<br>Drug ineffective<br>Dyspepsia<br>Herpes virus infection<br>Menopause | 1 |
| 2005118265 | Amnesia<br>Loss of consciousness | 3 |
| 2005120505 | Cerebrovascular accident<br>Depression<br>Gastroenteritis viral<br>Vomiting | 5 |
| 2005120538 | Convulsion<br>Convulsion | 7 |
| 2005121180 | Drug ineffective<br>Suicide attempt | 9 |
| 2005126482 | Drug ineffective<br>Suicide attempt | 11 |
| 2005127215 | Deafness | 13 |
| 2005128849 | Drug ineffective<br>Suicide attempt | 15 |
| 2005128852 | Drug ineffective for unapproved indication<br>Suicidal ideation<br>Suicide attempt | 17 |
| 2005129734 | Drug screen positive<br>Incoherent<br>Limb crushing injury | 19 |
| 2005129768 | Blood pressure increased<br>Pain<br>Panic attack | 21 |
| 2005129868 | Drug ineffective<br>Suicide attempt | 23 |
| 2005129869 | Drug ineffective<br>Overdose<br>Suicide attempt | 25 |
| 2005131124 | Drug ineffective<br>Suicide attempt | 27 |
| 2005131125 | Drug ineffective<br>Suicide attempt | 29 |

Periodic Report  
NON 15-Day Report  
Serious Labeled - Initial Report

| Manufacturer's report # / CTU # | Adverse Experience | Page no. |
|---|---|---|
| 2005131126 | Drug ineffective<br>Suicide attempt | 31 |
| 2005131127 | Drug ineffective<br>Suicide attempt | 33 |
| 2005132286 | Drug ineffective<br>Suicide attempt | 35 |
| 2005132299 | Drug ineffective<br>Suicide attempt | 37 |
| 2005132308 | Drug ineffective<br>Suicide attempt | 39 |
| 2005132311 | Drug ineffective<br>Suicide attempt | 41 |
| 2005132312 | Drug ineffective<br>Suicide attempt | 43 |
| 2005132315 | Drug ineffective<br>Suicide attempt | 45 |
| 2005132317 | Drug ineffective<br>Suicide attempt | 47 |
| 2005132357 | Drug ineffective<br>Suicide attempt | 49 |
| 2005132642 | Somnolence | 51 |
| 2005133241 | Drug ineffective<br>Suicide attempt | 53 |
| 2005133247 | Drug ineffective<br>Suicide attempt | 55 |
| 2005133248 | Drug ineffective<br>Suicide attempt | 57 |
| 2005133251 | Drug ineffective for unapproved indication<br>Intentional overdose<br>Suicide attempt | 59 |
| 2005133253 | Drug ineffective<br>Suicide attempt | 61 |
| 2005133768 | Pulmonary thrombosis | 63 |
| 2005135055 | Drug ineffective | 64 |

Cont...

Periodic Report  
NON 15-Day Report  
Serious Labeled - Initial Report

| Manufacturer's report # / CTU # | Adverse Experience | Page no. |
|---|---|---|
|  | Suicide attempt |  |
| 2005135076 | Drug ineffective<br>Suicide attempt | 66 |
| 2005135347 | Drug ineffective<br>Suicide attempt | 68 |
| 2005136088 | Depression<br>Drug ineffective<br>Mood swings<br>Suicide attempt | 70 |
| 2005136315 | Convulsion<br>Drug ineffective<br>Headache | 72 |
| 2005136973 | Deafness | 74 |
| 2005137072 | Convulsion<br>Headache<br>Malaise<br>Pharmaceutical product complaint | 76 |
| 2005137559 | Encephalopathy | 78 |
| 2005137636 | Breast cancer<br>Drug ineffective | 80 |
| 2005139376 | Body height decreased<br>Cholelithiasis<br>Drug ineffective<br>Pain | 82 |
| 2005140252 | Drug ineffective<br>Suicidal ideation<br>Suicide attempt | 85 |
| 2005140611 | Drug ineffective<br>Suicide attempt | 87 |
| 2005140617 | Drug ineffective for unapproved indication<br>Suicide attempt | 89 |
| 2005141192 | Blood pressure diastolic decreased<br>Drug ineffective | 91 |
| 2005141576 | Drug ineffective<br>Haemorrhage<br>Hypoaesthesia<br>Limb injury | 94 |
| 2005141837 | Diarrhoea<br>Lymphadenopathy<br>Melaena | 96 |

Cont...

Neurontin .(gabapentin) Capsules      Date/Time : 04/OCT/2006;14:19:1
NDA : 20-235

## Periodic Report
## NON 15-Day Report
### Serious Labeled - Initial Report

| Manufacturer's report # / CTU # | Adverse Experience | Page no. |
|---|---|---|
|  | Weight decreased<br>Weight increased |  |
| 2005143658 | Dizziness | 98 |
| 2005145440 | Convulsion<br>Nausea<br>Tremor | 100 |
| 2005145550 | Goitre | 102 |
| 2005145559 | Drug ineffective<br>Suicide attempt | 103 |
| 2005145575 | Deafness<br>Hypoaesthesia<br>Micturition disorder<br>Migraine<br>Tongue disorder<br>Visual disturbance | 105 |
| 2005146208 | Convulsion | 107 |
| 2005148982 | Breast cancer<br>Cardiac failure<br>Fall<br>Gait disturbance<br>Injury<br>Lung disorder<br>Tremor | 109 |
| 2005150112 | Suicide attempt | 111 |
| 2005151220 | Drug ineffective<br>Suicide attempt | 112 |
| 2005151261 | Drug ineffective<br>Suicide attempt | 114 |
| 2005151281 | Drug ineffective<br>Suicide attempt | 116 |
| 2005151284 | Drug ineffective<br>Suicide attempt | 118 |
| 2005151850 | Deafness<br>Faecal incontinence<br>Sleep disorder | 120 |
| 2005153649 | Diarrhoea<br>Dyspepsia<br>Flatulence<br>Malaise<br>Menorrhagia<br>Polymenorrhoea<br>Pyrexia<br>Rectal tenesmus<br>Tremor | 122 |

Cont...

Neurontin .(gabapentin) Capsules

Date/Time : 04/OCT/2006;14:19:1
NDA : 20-235

## Periodic Report
## NON 15-Day Report
## Serious Labeled - Initial Report

| Manufacturer's report # CTU # | Adverse Experience | Page no. |
|---|---|---|
| 2005154052 | Amnesia<br>Suicide attempt | 124 |
| 2005155454 | Drug ineffective<br>Suicide attempt | 126 |
| 2005156272 | Anaemia<br>Hallucination<br>Personality disorder | 128 |
| 2005156882 | Drug ineffective<br>Suicide attempt | 131 |
| 2005157025 | Drug ineffective<br>Suicide attempt | 133 |
| 2005157057 | Drug ineffective<br>Suicide attempt | 135 |
| 2005157202 | Transient ischaemic attack | 137 |
| 2005158048 | Back disorder<br>Suicidal ideation<br>Suicide attempt | 139 |
| 2005159179 | Suicide attempt | 141 |
| 2005159187 | Drug ineffective<br>Suicide attempt | 142 |
| 2005159407 | Adverse event<br>Nausea<br>Vomiting | 144 |
| 2005159495 | Angioneurotic oedema<br>Bilirubin conjugated increased<br>Blood alkaline phosphatase increased<br>Blood bilirubin increased<br>Blood sodium decreased | 146 |
| 2005160431 | Convulsion<br>Vertigo | 149 |
| 2005162349 | Drug ineffective<br>Suicide attempt | 151 |
| 2005162350 | Drug ineffective<br>Suicide attempt | 153 |
| 2005162353 | Suicidal ideation | 155 |
| 2005162364 | Drug ineffective<br>Suicide attempt | 156 |

Cont...

Periodic Report
NON 15-Day Report
Serious Labeled - Initial Report

| Manufacturer's report # CTU # | Adverse Experience | Page no. |
|---|---|---|
| 2005162379 | Convulsion | 158 |
| 2005164812 | Anorgasmia<br>Convulsion | 159 |
| 2005166859 | Anxiety<br>Completed suicide<br>Drug ineffective<br>Suicide attempt | 161 |
| 2005169547 | Amnesia<br>Transient ischaemic attack | 163 |
| 2005170543 | Drug ineffective<br>Suicide attempt | 165 |
| 2005170555 | Drug ineffective<br>Suicide attempt | 167 |
| 2005171846 | Arthralgia<br>Headache | 169 |
| 2005172523 | Suicide attempt | 171 |
| 2006000297 | Arthralgia<br>Dry eye<br>Glaucoma<br>Keratitis<br>Myalgia<br>Pruritus<br>Stress<br>Tinea pedis<br>Weight fluctuation | 173 |
| 2006000317 | Suicide attempt | 175 |
| 2006000516 | Liver function test abnormal | 176 |
| 2006000518 | Hypercholesterolaemia<br>Liver function test abnormal | 179 |
| 2006000858 | Confusional state<br>Convulsion<br>Disorientation<br>Dizziness<br>Impaired driving ability<br>Pain | 182 |
| 2006003334 | Drug ineffective<br>Suicide attempt | 184 |
| 2006003352 | Drug ineffective<br>Suicide attempt | 186 |
| 2006003362 | Drug ineffective for unapproved indication<br>Suicide attempt | 188 |

Cont...