Periodic Report
NON 15-Day Report
Serious Labeled - Initial Report

| Manufacturer's report # CTU # | Adverse Experience | Page no. |
|---|---|---|
| 2006005610 | Convulsion | 190 |
| 2006008881 | Convulsion<br>Feeling abnormal | 192 |
| 2006009985 | Drug ineffective<br>Intentional overdose<br>Suicide attempt | 194 |
| 2006013225 | Convulsion | 196 |
| 2006014272 | Dry mouth<br>Oral discomfort<br>Sleep disorder<br>Tooth disorder<br>Toothache | 198 |
| 2006014936 | Drug ineffective<br>Suicide attempt | 200 |
| 2006014963 | Drug ineffective<br>Suicide attempt | 202 |
| 2006014970 | Drug ineffective<br>Suicide attempt | 204 |
| 2006015761 | Pain in extremity | 206 |
| 2006016293 | Suicide attempt | 208 |
| 2006016300 | Atrioventricular block<br>Myocardial infarction | 209 |
| 2006016632 | Cataract | 211 |
| 2006017213 | Drug ineffective<br>Suicide attempt | 213 |
| 2006018710 | Asthenia<br>Confusional state<br>Fear<br>Increased appetite<br>Mood swings<br>Skin exfoliation<br>Suicidal ideation<br>Thinking abnormal<br>Tremor<br>Weight increased | 215 |
| 2006018768 | Accident<br>Pruritus | 218 |
| 2006018992 | Suicide attempt | 221 |
| 2006019416 | Bronchitis<br>Dizziness<br>Drug ineffective | 222 |

Cont...

Neurontin .(gabapentin) Capsules   NDA : 20-235   Date/Time : 04/OCT/2006;14:19:1

## Periodic Report
### NON 15-Day Report
### Serious Labeled - Initial Report

| Manufacturer's report # / CTU # | Adverse Experience | Page no. |
|---|---|---|
| | Somnolence | |
| 2006019944 | Depression<br>Drug ineffective<br>Migraine<br>Pain<br>Suicide attempt | 224 |
| 2006022260 | Drug ineffective<br>Suicide attempt | 228 |
| 2006022569 | Drug ineffective<br>Suicide attempt | 230 |
| 2006027011 | Aggression<br>Agitation<br>Amnesia<br>Anorexia<br>Anxiety<br>Depression<br>Feeling abnormal<br>Insomnia<br>Irritability<br>Self-injurious ideation<br>Suicidal ideation<br>Suicidal ideation<br>Suicide attempt | 232 |
| 2006027781 | Amnesia<br>Coordination abnormal<br>Depression<br>Dizziness<br>Emotional distress<br>Fatigue<br>Reading disorder<br>Stomach discomfort<br>Suicidal ideation<br>Thinking abnormal<br>Tremor<br>Unevaluable event<br>Vertigo<br>Vision blurred | 234 |
| 2006028638 | Anxiety<br>Drug ineffective<br>Hepatic enzyme increased<br>Insomnia<br>Suicide attempt | 237 |
| 2006029309 | Drug ineffective<br>Suicide attempt | 239 |
| 2006029789 | Dyspnoea<br>Face oedema | 241 |
| 2006030603 | Drug ineffective<br>Suicide attempt | 243 |
| 2006030618 | Drug ineffective<br>Suicide attempt | 245 |

Periodic Report
NON 15-Day Report
Serious Labeled - Initial Report

| Manufacturer's report # CTU # | Adverse Experience | Page no. |
|---|---|---|
| 2006030623 | Drug ineffective<br>Suicide attempt | 247 |
| 2006030657 | Completed suicide<br>Drug ineffective<br>Pain | 249 |
| 2006031229 | Cerebrovascular accident | 251 |
| 2006031536 | Depression<br>Suicidal ideation | 252 |
| 2006031543 | Depression<br>Suicide attempt | 254 |
| 2006031549 | Suicidal ideation | 256 |
| 2006031552 | Suicidal ideation | 258 |
| 2006031554 | Suicidal ideation | 260 |
| 2006031566 | Suicidal ideation | 263 |
| 2006031567 | Completed suicide | 265 |
| 2006031578 | Suicidal ideation | 267 |
| 2006031580 | Suicidal ideation | 269 |
| 2006031600 | Suicidal ideation | 271 |
| 2006031606 | Insomnia<br>Suicidal ideation | 273 |
| 2006031618 | Suicidal ideation | 275 |
| 2006031620 | Affective disorder<br>Anger<br>Depression<br>Suicidal ideation | 277 |
| 2006031648 | Suicidal ideation | 280 |
| 2006031651 | Suicidal ideation | 282 |
| 2006031656 | Suicidal ideation | 284 |
| 2006031658 | Suicidal ideation | 286 |
| 2006031668 | Suicidal ideation | 288 |
| 2006031671 | Suicidal ideation | 290 |
| 2006031682 | Suicidal ideation | 292 |

Cont...

Periodic Report
NON 15-Day Report
Serious Labeled - Initial Report

| Manufacturer's report # CTU # | Adverse Experience | Page no. |
|---|---|---|
| 2006031728 | Suicidal ideation | 294 |
| 2006031732 | Suicidal ideation | 296 |
| 2006031733 | Suicidal ideation | 298 |
| 2006031736 | Suicidal ideation | 300 |
| 2006031744 | Suicidal ideation | 302 |
| 2006031747 | Suicidal ideation | 305 |
| 2006031749 | Suicidal ideation | 307 |
| 2006031755 | Suicidal ideation | 309 |
| 2006031758 | Suicidal ideation | 311 |
| 2006031759 | Suicidal ideation<br>Suicide attempt | 313 |
| 2006031760 | Suicidal ideation | 315 |
| 2006031765 | Suicidal ideation | 317 |
| 2006031767 | Bipolar disorder<br>Depression<br>Psychotic disorder<br>Suicidal ideation | 319 |
| 2006031769 | Cerebrovascular accident | 321 |
| 2006031796 | Drug ineffective<br>Suicidal ideation | 325 |
| 2006031797 | Suicidal ideation | 328 |
| 2006031799 | Suicidal ideation | 330 |
| 2006031800 | Completed suicide | 332 |
| 2006031803 | Suicidal ideation | 334 |
| 2006031804 | Suicidal ideation | 336 |
| 2006031805 | Suicidal ideation | 338 |
| 2006031809 | Suicidal ideation | 340 |
| 2006031811 | Suicidal ideation | 342 |
| 2006031816 | Suicidal ideation | 344 |
| 2006031818 | Suicidal ideation | 346 |

Neurontin .(gabapentin) Capsules                         NDA : 20-235                Date/Time : 04/OCT/2006;14:19:1

## Periodic Report
### NON 15-Day Report
### Serious Labeled - Initial Report

| Manufacturer's report # / CTU # | Adverse Experience | Page no. |
|---|---|---|
| 2006031819 | Suicidal ideation | 348 |
| 2006031820 | Suicidal ideation | 350 |
| 2006031825 | Suicidal ideation | 353 |
| 2006031826 | Suicidal ideation | 355 |
| 2006031827 | Anxiety<br>Depressed mood<br>Panic attack<br>Suicidal ideation | 357 |
| 2006031828 | Suicidal ideation | 359 |
| 2006031829 | Accidental overdose<br>Hallucination<br>Paranoia<br>Suicidal ideation | 361 |
| 2006031837 | Suicidal ideation | 364 |
| 2006031914 | Suicidal ideation | 367 |
| 2006032689 | Suicidal ideation | 369 |
| 2006032696 | Suicidal ideation | 371 |
| 2006038975 | Dizziness<br>Drug ineffective<br>Somnolence | 373 |
| 2006039065 | Depression<br>Suicidal ideation | 376 |
| 2006040903 | Convulsion<br>Drug effect decreased<br>Drug ineffective | 378 |
| 2006041213 | Drug ineffective<br>Suicide attempt | 381 |
| 2006041218 | Drug ineffective<br>Suicide attempt | 383 |
| 2006041219 | Drug ineffective<br>Suicide attempt | 385 |
| 2006041609 | Drug ineffective<br>Suicide attempt | 387 |
| 2006044832 | Drug ineffective<br>Suicide attempt | 389 |

Neurontin .(gabapentin) Capsules                               NDA : 20-235
                                                        Date/Time : 04/OCT/2006;14:19:1

# Periodic Report
## NON 15-Day Report
### Serious Labeled - Initial Report

| Manufacturer's report # / CTU # | Adverse Experience | Page no. |
|---|---|---|
| 2006045034 | Drug ineffective<br>Suicide attempt | 391 |
| 2006045038 | Drug ineffective<br>Suicide attempt | 393 |
| 2006045042 | Drug ineffective<br>Suicide attempt | 395 |
| 2006045045 | Drug ineffective<br>Suicide attempt | 397 |
| 2006046265 | Drug ineffective<br>Suicide attempt | 399 |
| 2006049037 | Suicide attempt | 401 |
| 2006049043 | Suicide attempt | 402 |
| 2006049192 | Suicide attempt | 404 |
| 2006049477 | Suicide attempt | 405 |
| 2006050868 | Blister<br>Dizziness<br>Fatigue<br>Hyperaemia<br>Malaise<br>Rash | 406 |
| 2006051801 | Drug ineffective<br>Suicide attempt | 411 |
| 2006052716 | Drug ineffective<br>Suicide attempt | 413 |
| 2006055225 | Cataract<br>Drug ineffective<br>Feeling drunk<br>Hypoaesthesia<br>Joint stiffness<br>Oedema peripheral<br>Sensory disturbance | 415 |
| 2006058576 | Drug ineffective<br>Suicide attempt | 418 |
| 2006058578 | Drug ineffective<br>Suicide attempt | 420 |
| 2006058585 | Drug ineffective<br>Suicide attempt | 422 |
| 2006058875 | Suicidal ideation | 424 |

Cont...

Neurontin .(gabapentin) Capsules          NDA : 20-235          Date/Time : 04/OCT/2006;14:19:1

## Periodic Report
### NON 15-Day Report
### Serious Labeled - Initial Report

| Manufacturer's report # CTU # | Adverse Experience | Page no. |
|---|---|---|
| 2006059398 | Suicidal ideation | 425 |
| 2006059399 | Suicidal ideation | 426 |
| 2006059400 | Completed suicide | 427 |
| 2006059401 | Suicidal ideation | 428 |
| 2006059402 | Suicidal ideation | 429 |
| 2006059403 | Suicidal ideation | 430 |
| 2006059404 | Suicidal ideation | 431 |
| 2006059405 | Suicidal ideation | 432 |
| 2006059406 | Suicidal ideation | 433 |
| 2006059407 | Suicidal ideation | 434 |
| 2006059408 | Suicidal ideation | 435 |
| 2006059409 | Suicidal ideation | 436 |
| 2006059410 | Suicidal ideation | 437 |
| 2006059411 | Suicidal ideation | 438 |
| 2006059412 | Suicidal ideation | 439 |
| 2006059413 | Suicidal ideation | 440 |
| 2006059414 | Suicidal ideation | 441 |
| 2006059416 | Suicidal ideation | 442 |
| 2006059417 | Suicidal ideation | 443 |
| 2006059419 | Suicidal ideation | 444 |
| 2006059420 | Suicidal ideation | 445 |
| 2006059421 | Suicidal ideation | 446 |
| 2006059422 | Suicidal ideation | 447 |
| 2006059424 | Completed suicide | 448 |
| 2006059429 | Suicide attempt | 449 |
| 2006059433 | Completed suicide | 450 |
| 2006059434 | Suicidal ideation | 451 |
| 2006059435 | Suicidal ideation | 452 |

Cont...

Periodic Report  
NON 15-Day Report  
Serious Labeled - Initial Report

| Manufacturer's report # CTU # | Adverse Experience | Page no. |
|---|---|---|
| 2006059436 | Suicidal ideation | 453 |
| 2006059438 | Suicidal ideation | 454 |
| 2006059440 | Suicidal ideation | 455 |
| 2006059441 | Suicidal ideation | 456 |
| 2006059442 | Suicidal ideation | 457 |
| 2006059443 | Suicidal ideation | 458 |
| 2006059444 | Suicidal ideation | 459 |
| 2006059445 | Suicidal ideation | 460 |
| 2006059448 | Suicidal ideation | 461 |
| 2006059449 | Suicidal ideation | 462 |
| 2006059450 | Suicidal ideation | 463 |
| 2006059451 | Suicidal ideation | 464 |
| 2006059452 | Suicidal ideation | 465 |
| 2006059453 | Suicidal ideation | 466 |
| 2006059456 | Suicidal ideation | 467 |
| 2006059457 | Suicidal ideation | 468 |
| 2006059458 | Suicidal ideation | 469 |
| 2006059459 | Completed suicide | 470 |
| 2006059460 | Suicidal ideation | 471 |
| 2006059461 | Suicidal ideation | 472 |
| 2006059462 | Suicidal ideation | 473 |
| 2006059466 | Suicidal ideation | 474 |
| 2006059468 | Suicidal ideation | 475 |
| 2006059469 | Suicidal ideation | 476 |
| 2006059471 | Suicidal ideation | 477 |
| 2006059472 | Suicidal ideation | 478 |
| 2006059473 | Suicidal ideation | 479 |
| 2006059474 | Suicidal ideation | 480 |

Cont...

Neurontin .(gabapentin) Capsules                NDA : 20-235
                                                Date/Time : 04/OCT/2006;14:19:1

## Periodic Report
### NON 15-Day Report
### Serious Labeled - Initial Report

| Manufacturer's report # / CTU # | Adverse Experience | Page no. |
|---|---|---|
| 2006059475 | Completed suicide | 481 |
| 2006059476 | Suicidal ideation | 482 |
| 2006059477 | Suicidal ideation | 483 |
| 2006059556 | Suicidal ideation | 484 |
| 2006059570 | Suicidal ideation | 485 |
| 2006059571 | Suicidal ideation | 486 |
| 2006061007 | Pain<br>Visual disturbance<br>Weight increased | 487 |
| 2006061015 | Suicidal ideation | 489 |
| 2006061379 | Suicide attempt | 490 |
| 2006061383 | Suicide attempt | 491 |
| 2006061384 | Suicide attempt | 492 |
| 2006061385 | Suicide attempt | 493 |
| 2006061386 | Suicide attempt | 494 |
| 2006061389 | Suicide attempt | 495 |
| 2006061390 | Suicide attempt | 496 |
| 2006061391 | Suicide attempt | 497 |
| 2006061393 | Suicide attempt | 498 |
| 2006061394 | Suicide attempt | 499 |
| 2006061395 | Suicide attempt | 500 |
| 2006061406 | Suicide attempt | 501 |
| 2006061407 | Suicide attempt | 502 |
| 2006061728 | Myocardial infarction | 503 |
| 2006062428 | Drug ineffective<br>Suicide attempt | 505 |
| 2006062892 | Asthma<br>Dizziness<br>Glaucoma<br>Muscle spasms<br>Oedema peripheral<br>Somnolence<br>Vision blurred | 507 |

Cont...

Neurontin .(gabapentin) Capsules

Date/Time : 04/OCT/2006;14:19:1
NDA : 20-235

## Periodic Report
## NON 15-Day Report
### Serious Labeled - Initial Report

| Manufacturer's report # CTU # | Adverse Experience | Page no. |
|---|---|---|
| 2006063668 | Drug ineffective<br>Suicide attempt | 509 |
| 2006063691 | Drug ineffective<br>Suicide attempt | 511 |
| 2006063703 | Drug ineffective<br>Intentional overdose<br>Suicide attempt | 513 |
| 2006063719 | Drug ineffective<br>Suicide attempt | 515 |
| 2006063734 | Drug ineffective<br>Intentional overdose<br>Suicide attempt | 517 |
| 2006065345 | Suicide attempt | 519 |
| 2006065757 | Discomfort<br>Drug effect decreased<br>Feeling abnormal<br>Neuralgia<br>Vision blurred<br>Weight increased | 521 |
| 2006066314 | Suicide attempt | 524 |
| 2006066317 | Suicide attempt | 526 |
| 2006066318 | Completed suicide | 527 |
| 2006066320 | Suicide attempt | 528 |
| 2006066321 | Suicide attempt | 530 |
| 2006066322 | Suicide attempt | 532 |
| 2006066324 | Completed suicide | 534 |
| 2006066326 | Suicide attempt | 535 |
| 2006066329 | Suicide attempt | 537 |
| 2006066331 | Suicide attempt | 539 |
| 2006066738 | Drug ineffective<br>Suicide attempt | 541 |
| 2006066743 | Drug ineffective<br>Suicide attempt | 543 |
| 2006066744 | Drug ineffective<br>Suicide attempt | 545 |

Cont...

Periodic Report
NON 15-Day Report
Serious Labeled - Initial Report

| Manufacturer's report # CTU # | Adverse Experience | Page no. |
|---|---|---|
| 2006066762 | Drug ineffective<br>Suicide attempt | 547 |
| 2006066767 | Drug ineffective<br>Suicide attempt | 549 |
| 2006066769 | Drug ineffective<br>Suicide attempt | 551 |
| 2006067947 | Constipation<br>Diarrhoea<br>Gastritis<br>Pain<br>Stomach discomfort<br>Unevaluable event<br>Weight increased | 553 |
| 2006068610 | Suicide attempt | 557 |
| 2006068673 | Drug ineffective<br>Suicide attempt | 558 |
| 2006068678 | Drug ineffective<br>Suicide attempt | 560 |
| 2006069597 | Suicide attempt | 562 |
| 2006069794 | Suicide attempt | 563 |
| 2006069795 | Suicide attempt | 564 |
| 2006069797 | Suicide attempt | 565 |
| 2006069800 | Suicide attempt | 566 |
| 2006069801 | Suicide attempt | 567 |
| 2006069802 | Suicide attempt | 568 |
| 2006069803 | Suicide attempt | 569 |
| 2006069804 | Suicide attempt | 570 |
| 2006069806 | Suicide attempt | 571 |
| 2006069807 | Suicide attempt | 572 |
| 2006069808 | Suicide attempt | 573 |
| 2006069810 | Suicide attempt | 574 |
| 2006069812 | Suicide attempt | 575 |
| 2006069813 | Suicide attempt | 576 |

Periodic Report
NON 15-Day Report
Serious Labeled - Initial Report

| Manufacturer's report #<br>CTU # | Adverse Experience | Page no. |
| --- | --- | --- |
| 2006069814 | Suicide attempt | 577 |
| 2006069815 | Suicide attempt | 578 |
| 2006069816 | Suicide attempt | 579 |
| 2006069817 | Suicide attempt | 580 |
| 2006069818 | Suicide attempt | 581 |
| 2006069819 | Suicide attempt | 582 |
| 2006069821 | Suicide attempt | 583 |
| 2006069822 | Suicide attempt | 584 |
| 2006069823 | Suicide attempt | 585 |
| 2006069825 | Suicide attempt | 586 |
| 2006069826 | Suicide attempt | 587 |
| 2006069827 | Suicide attempt | 588 |
| 2006069828 | Suicide attempt | 589 |
| 2006069830 | Suicide attempt | 590 |
| 2006069831 | Suicide attempt | 591 |
| 2006069832 | Suicide attempt | 592 |
| 2006069834 | Suicide attempt | 593 |
| 2006069835 | Suicide attempt | 594 |
| 2006069836 | Suicide attempt | 595 |
| 2006069837 | Completed suicide | 596 |
| 2006069839 | Suicide attempt | 597 |
| 2006069841 | Suicide attempt | 598 |
| 2006069843 | Suicide attempt | 599 |
| 2006069844 | Suicide attempt | 600 |
| 2006069845 | Suicide attempt | 601 |
| 2006069847 | Suicide attempt | 602 |
| 2006069848 | Suicide attempt | 603 |
| 2006069849 | Suicide attempt | 604 |

Cont...

Periodic Report
NON 15-Day Report
Serious Labeled - Initial Report

| Manufacturer's report # / CTU # | Adverse Experience | Page no. |
|---|---|---|
| 2006069851 | Suicide attempt | 605 |
| 2006069852 | Suicide attempt | 606 |
| 2006069854 | Suicide attempt | 607 |
| 2006069855 | Suicide attempt | 608 |
| 2006069856 | Suicide attempt | 609 |
| 2006069857 | Suicide attempt | 610 |
| 2006069858 | Suicide attempt | 611 |
| 2006069860 | Suicide attempt | 612 |
| 2006069861 | Suicide attempt | 613 |
| 2006069862 | Suicide attempt | 614 |
| 2006069865 | Suicide attempt | 615 |
| 2006069868 | Suicide attempt | 616 |
| 2006069870 | Suicide attempt | 617 |
| 2006069871 | Suicide attempt | 618 |
| 2006069873 | Suicide attempt | 619 |
| 2006069876 | Suicide attempt | 620 |
| 2006069877 | Suicide attempt | 621 |
| 2006069878 | Completed suicide | 622 |
| 2006069879 | Suicide attempt | 623 |
| 2006069880 | Suicide attempt | 624 |
| 2006069882 | Suicide attempt | 625 |
| 2006069883 | Suicide attempt | 626 |
| 2006069884 | Suicide attempt | 627 |
| 2006069885 | Suicide attempt | 628 |
| 2006069886 | Suicide attempt | 629 |
| 2006069887 | Suicide attempt | 630 |
| 2006072064 | Fluid retention<br>Hypotension<br>Scar | 631 |

Cont...

Neurontin .(gabapentin) Capsules                             Date/Time : 04/OCT/2006;14:19:1
                                                             NDA : 20-235

## Periodic Report
## NON 15-Day Report
## Serious Labeled - Initial Report

| Manufacturer's report # CTU # | Adverse Experience | Page no. |
|---|---|---|
| 2006073850 | Anxiety<br>Feeling hot<br>Headache<br>Hypertension | 633 |
| 2006076863 | Completed suicide<br>Drug ineffective | 636 |
| 2006078558 | Completed suicide<br>Drug ineffective | 638 |
| 2006080198 | Completed suicide | 640 |
| 2006080802 | Dysphagia | 641 |
| 2006080854 | Back pain | 643 |
| 2006081103 | Pain<br>Renal failure | 645 |
| 2006081455 | Drug ineffective<br>Suicide attempt | 648 |
| 2006081472 | Aggression<br>Completed suicide<br>Drug ineffective<br>Paranoia<br>Psychotic disorder | 650 |
| 2006081480 | Drug ineffective<br>Suicide attempt | 652 |
| 2006081490 | Drug ineffective<br>Suicide attempt | 654 |
| 2006085523 | Suicidal ideation | 656 |
| 2006086582 | Completed suicide<br>Drug ineffective | 657 |
| 2006087838 | Eczema<br>Psoriasis | 659 |
| 2006088609 | Suicidal behaviour | 662 |
| 2006088641 | Depression<br>Suicidal ideation<br>Suicide attempt | 663 |
| 2006088648 | Drug ineffective<br>Suicide attempt | 665 |
| 2006088714 | Completed suicide<br>Drug ineffective | 667 |

Cont...

Page No. :2045

**2047**

Pfizer_MEvertsz_0133405

Periodic Report
NON 15-Day Report
Serious Labeled - Initial Report

| Manufacturer's report # / CTU # | Adverse Experience | Page no. |
|---|---|---|
| 2006091330 | Drug ineffective<br>Suicide attempt | 669 |
| 2006093415 | Completed suicide<br>Drug ineffective | 671 |
| 2006093534 | Burning sensation<br>Diabetes mellitus | 673 |
| 2006093743 | Coordination abnormal | 675 |
| 2006093809 | Convulsion | 677 |
| 2006094526 | Syncope | 679 |
| 2006096714 | Crying<br>Drug intolerance<br>Pain<br>Psychomotor hyperactivity<br>Somnolence<br>Tremor | 680 |
| 2006097101 | Completed suicide<br>Drug ineffective | 684 |
| 2006097974 | Apraxia<br>Convulsion<br>Coordination abnormal<br>Drug effect decreased<br>Muscle spasms<br>Weight increased | 686 |
| 2006098700 | Completed suicide<br>Drug ineffective | 689 |
| 2006098706 | Suicide attempt | 691 |
| 2006099676 | Dyspnoea<br>Hypersensitivity | 693 |
| 2006100396 | Discomfort<br>Hallucination, auditory<br>Unevaluable event | 695 |
| 2006102045 | Drug ineffective<br>Suicide attempt | 697 |