Neurontin :(gabapentin) Capsules                              Date/Time : 04/OCT/2006;14:19:1
                                                              NDA : 20-235

Periodic Report
Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic
Combined Initial/Follow-up Cases

|  |  | Number of reports | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  | Serious Unlabeled | | Serious Labeled | | Non Serious | | Total |
| Body System | Adverse Experience | Domestic | Foreign | Domestic | Foreign | Domestic | Foreign |  |
| Blood and lymphatic system disorders | | | | | | | | |
| | Anaemia | | | 4 | 3 | 5 | | 12 |
| | Neutropenia | | 9 | | | | | 9 |
| | Thrombocytopenia | | 1 | 2 | 3 | | | 6 |
| | Blood disorder | 2 | | | | 3 | | 5 |
| | Lymphadenopathy | | | 2 | | 3 | | 5 |
| | Leukopenia | | | | 4 | | | 4 |
| | Coagulopathy | 1 | | 1 | | | 1 | 3 |
| | Eosinophilia | | 3 | | | | | 3 |
| | Pancytopenia | 2 | | | | 1 | | 3 |
| | Anaemia macrocytic | | 2 | | | | | 2 |
| | Agranulocytosis | | 1 | | | | | 1 |
| | Aplastic anaemia | 1 | | | | | | 1 |
| | Bone marrow disorder | | | | | 1 | | 1 |
| | Bone marrow failure | 1 | | | | | | 1 |
| | Haemolytic anaemia | | 1 | | | | | 1 |
| | Hypercoagulation | 1 | | | | | | 1 |
| | Iron deficiency anaemia | 1 | | | | | | 1 |
| | Microcytic anaemia | | 1 | | | | | 1 |
| | Platelet disorder | | | | | | 1 | 1 |
| | Splenomegaly | | | | | 1 | | 1 |
| | Thrombocytopenic purpura | 1 | | | | | | 1 |
| | Thrombotic thrombocytopenic purpura | | 1 | | | | | 1 |
| | White blood cell disorder | | | | 1 | | | 1 |
| | Sub Totals | 10 | 19 | 9 | 11 | 14 | 2 | 65 |
| Cardiac disorders | | | | | | | | |
| | Palpitations | | | | 1 | 17 | | 18 |
| | Myocardial infarction | 2 | | 13 | 1 | | | 16 |
| | Cardiac arrest | 11 | 2 | | | | | 13 |
| | Cardiac failure congestive | 4 | 1 | 6 | | 1 | | 12 |
| | Cardiac disorder | 5 | | | | 6 | | 11 |
| | Coronary artery occlusion | 11 | | | | | | 11 |
| | Angina pectoris | | | 2 | | 4 | | 6 |
| | Cardiac failure | | 1 | 4 | | | 1 | 6 |
| | Cardiac valve disease | 5 | | | | 1 | | 6 |
| | Arrhythmia | 2 | | 1 | | 1 | 1 | 5 |
| | Tachycardia | 1 | 1 | 1 | | 1 | 1 | 5 |
| | Atrial fibrillation | | | 3 | 1 | | | 4 |
| | Bradycardia | | 1 | | 1 | 1 | | 3 |
| | Ventricular extrasystoles | | | 2 | | 1 | | 3 |
| | Cardiovascular disorder | 1 | | | | 1 | | 2 |
| | Cor pulmonale | 2 | | | | | | 2 |
| | Acute coronary syndrome | | 1 | | | | | 1 |
| | Acute myocardial infarction | | | 1 | | | | 1 |
| | Angina unstable | | | | 1 | | | 1 |
| | Aortic valve calcification | 1 | | | | | | 1 |
| | Arteriosclerosis coronary artery | | | | | 1 | | 1 |
| | Atrioventricular block | | | 1 | | | | 1 |
| | Cardiac failure acute | | 1 | | | | | 1 |
| | Cardiac failure chronic | 1 | | | | | | 1 |
| | Cardiac flutter | | 1 | | | | | 1 |
| | Cardio-respiratory arrest | 1 | | | | | | 1 |
| | Cardiomegaly | 1 | | | | | | 1 |
| | Cardiovascular deconditioning | 1 | | | | | | 1 |
| | Coronary artery disease | 1 | | | | | | 1 |
| | Cyanosis | | 1 | | | | | 1 |
| | Dilatation ventricular | 1 | | | | | | 1 |
| | Heart valve stenosis | 1 | | | | | | 1 |
| | Hypertensive cardiomyopathy | | 1 | | | | | 1 |
| | Mitral valve incompetence | 1 | | | | | | 1 |
| | Myocardial ischaemia | | 1 | | | | | 1 |
| | Pericardial effusion | | | | 1 | | | 1 |
| | Pericardial fibrosis | 1 | | | | | | 1 |
| | Postural orthostatic tachycardia syndrome | | | | | 1 | | 1 |
| | Sinus tachycardia | | | 1 | | | | 1 |
| | Supraventricular tachycardia | 1 | | | | | | 1 |
| | Torsade de pointes | | 1 | | | | | 1 |
| | Tricuspid valve disease | 1 | | | | | | 1 |
| | Ventricular arrhythmia | 1 | | | | | | 1 |
| | Ventricular fibrillation | | 1 | | | | | 1 |
| | Sub Totals | 57 | 14 | 35 | 6 | 36 | 3 | 151 |

Congenital, familial and genetic disorders

Neurontin :(gabapentin) Capsules  Date/Time : 04/OCT/2006;14:19:1
NDA : 20-235

Periodic Report
Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic
Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Serious Unlabeled Domestic | Serious Unlabeled Foreign | Serious Labeled Domestic | Serious Labeled Foreign | Non Serious Domestic | Non Serious Foreign | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Cont... | |
| | Facial dysmorphism | 1 | | | | 6 | | 7 |
| | Trisomy 21 | 2 | | | | | | 2 |
| | Ventricular septal defect | 2 | | | | | | 2 |
| | Carbohydrate metabolism disorder | | | | | 1 | | 1 |
| | Cleft lip | | 1 | | | | | 1 |
| | Congenital anomaly | 1 | | | | | | 1 |
| | Corneal dystrophy | | 1 | | | | | 1 |
| | Factor V deficiency | 1 | | | | | | 1 |
| | Homocystinaemia | | | | | 1 | | 1 |
| | Hyperexplexia | | | | | 1 | | 1 |
| | Macrognathia | | | | | 1 | | 1 |
| | Neurofibromatosis | | 1 | | | | | 1 |
| | Porphyria | | | | | | 1 | 1 |
| | Spondylolisthesis | 1 | | | | | | 1 |
| | Talipes | | 1 | | | | | 1 |
| | Sub Totals | 8 | 4 | | | 10 | 1 | 23 |
| Ear and labyrinth disorders | | | | | | | | |
| | Vertigo | | | | 3 | 12 | 3 | 18 |
| | Tinnitus | | | | | 15 | | 15 |
| | Deafness | 1 | | 8 | | 2 | | 11 |
| | Hearing impaired | | 1 | 1 | | 5 | | 7 |
| | Ear disorder | 2 | | | | 1 | | 3 |
| | Hypoacusis | | | 1 | | 2 | | 3 |
| | Meniere's disease | 1 | | | | 2 | | 3 |
| | Ear pain | | | | | 2 | | 2 |
| | Cerumen impaction | | | | | 1 | | 1 |
| | Deafness unilateral | 1 | | | | | | 1 |
| | Ear discomfort | | 1 | | | | | 1 |
| | Hyperacusis | | | | | 1 | | 1 |
| | Inner ear disorder | | | | | 1 | | 1 |
| | Motion sickness | | 1 | | | | | 1 |
| | Vestibular disorder | 1 | | | | | | 1 |
| | Sub Totals | 6 | 3 | 10 | 3 | 44 | 3 | 69 |
| Endocrine disorders | | | | | | | | |
| | Hypothyroidism | | | | | 7 | | 7 |
| | Thyroid disorder | | | | | 4 | | 4 |
| | Goitre | | | 1 | | 1 | | 2 |
| | Hypothalamo pituitary disorders | 1 | | | | 1 | | 2 |
| | Acromegaly | 1 | | | | | | 1 |
| | Adrenal disorder | | | | | 1 | | 1 |
| | Adrenal insufficiency | 1 | | | | | | 1 |
| | Basedow's disease | | | | | 1 | | 1 |
| | Cushing's syndrome | 1 | | | | | | 1 |
| | Diabetes insipidus | 1 | | | | | | 1 |
| | Hyperprolactinaemia | | | | | | 1 | 1 |
| | Inappropriate antidiuretic hormone secretion | | 1 | | | | | 1 |
| | Thyroid cyst | 1 | | | | | | 1 |
| | Sub Totals | 6 | 1 | 1 | | 15 | 1 | 24 |
| Eye disorders | | | | | | | | |
| | Vision blurred | | | 8 | | 78 | 2 | 88 |
| | Visual disturbance | | | 2 | 1 | 31 | | 34 |
| | Diplopia | | | 2 | | 16 | 1 | 19 |
| | Cataract | 3 | | 10 | | 4 | | 17 |
| | Eye disorder | 2 | | 2 | | 13 | | 17 |
| | Visual acuity reduced | 2 | | 2 | 1 | 9 | 2 | 16 |
| | Eye pain | | | | 1 | 14 | | 15 |
| | Dry eye | | | | 1 | 12 | 1 | 14 |
| | Glaucoma | 2 | | 5 | | 5 | | 12 |
| | Blindness | 2 | | 6 | 1 | 1 | | 10 |
| | Lacrimation increased | | | | | 6 | | 6 |
| | Eye movement disorder | | | | | 5 | | 5 |
| | Eye haemorrhage | | | 4 | | | | 4 |
| | Eye irritation | | | | | 4 | | 4 |
| | Macular degeneration | 3 | | | | 1 | | 4 |
| | Mydriasis | 1 | | | | 3 | | 4 |
| | Asthenopia | | | | | 3 | | 3 |
| | Eyelid ptosis | | | | 2 | 1 | | 3 |
| | Photophobia | | | | | 3 | | 3 |
| | Photopsia | | | | | 3 | | 3 |
| | | | | | | | Cont... | |

Neurontin :(gabapentin) Capsules    NDA : 20-235    Date/Time : 04/OCT/2006;14:19:1

Periodic Report
Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic
Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Number of reports | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | Serious Unlabeled | | Serious Labeled | | Non Serious | | |
| | | Domestic | Foreign | Domestic | Foreign | Domestic | Foreign | |
| | Blindness unilateral | | | 2 | | | | 2 |
| | Cyanopsia | | | | | 2 | | 2 |
| | Miosis | | | | 1 | | 1 | 2 |
| | Ocular hyperaemia | | | | | 2 | | 2 |
| | Ophthalmoplegia | 1 | | | | 1 | | 2 |
| | Retinal disorder | | | | | 1 | 1 | 2 |
| | Abnormal sensation in eye | | | | | 1 | | 1 |
| | Altered visual depth perception | | | | | 1 | | 1 |
| | Astigmatism | | | | | 1 | | 1 |
| | Blepharospasm | | | | | 1 | | 1 |
| | Ciliary muscle spasm | | | | | 1 | | 1 |
| | Conjunctivitis | | | | | 1 | | 1 |
| | Dark circles under eyes | | | | | 1 | | 1 |
| | Erythropsia | | | | | 1 | | 1 |
| | Eye degenerative disorder | | | | | 1 | | 1 |
| | Eye discharge | | | | | 1 | | 1 |
| | Eye oedema | | | | | 1 | | 1 |
| | Eye pruritus | | | | | 1 | | 1 |
| | Eye rolling | | | | | | 1 | 1 |
| | Eye swelling | 1 | | | | | | 1 |
| | Eyelid pain | | | | | 1 | | 1 |
| | Hypoaesthesia eye | | | | | 1 | | 1 |
| | Keratitis | | | | | 1 | | 1 |
| | Keratoconus | | | | | 1 | | 1 |
| | Lens disorder | | | | | 1 | | 1 |
| | Ocular icterus | | | | | 1 | | 1 |
| | Ocular vascular disorder | 1 | | | | | | 1 |
| | Optic nerve disorder | | | | | 1 | | 1 |
| | Photokeratitis | 1 | | | | | | 1 |
| | Pupil fixed | | 1 | | | | | 1 |
| | Refraction disorder | | | | | 1 | | 1 |
| | Retinal artery occlusion | 1 | | | | | | 1 |
| | Retinal haemorrhage | | 1 | | | | | 1 |
| | Retinal oedema | | 1 | | | | | 1 |
| | Retinal vein thrombosis | | | | 1 | | | 1 |
| | Strabismus | 1 | | | | | | 1 |
| | Ulcerative keratitis | | | | | 1 | | 1 |
| | Uveitis | | 1 | | | | | 1 |
| | Visual brightness | | | | | 1 | | 1 |
| | Sub Totals | 21 | 4 | 43 | 9 | 240 | 9 | 326 |
| Gastrointestinal disorders | | | | | | | | |
| | Nausea | 1 | | 2 | 4 | 85 | 6 | 98 |
| | Diarrhoea | | | 5 | 3 | 52 | 1 | 61 |
| | Dry mouth | | | 1 | | 51 | 3 | 55 |
| | Vomiting | 1 | | 10 | 3 | 37 | 4 | 55 |
| | Constipation | | | 1 | | 36 | 2 | 39 |
| | Abdominal pain upper | | | 1 | | 26 | 1 | 28 |
| | Dysphagia | 3 | | 5 | 2 | 16 | 1 | 27 |
| | Stomach discomfort | | | | | 27 | | 27 |
| | Gastrooesophageal reflux disease | 1 | | | | 20 | | 21 |
| | Abdominal pain | | | 3 | | 13 | 1 | 17 |
| | Dyspepsia | | | | | 16 | | 16 |
| | Abdominal distension | | | | | 13 | 1 | 14 |
| | Flatulence | | | | | 10 | | 10 |
| | Tooth disorder | | | 3 | | 6 | | 9 |
| | Tooth loss | 1 | 2 | | | 5 | | 8 |
| | Abdominal discomfort | | | | | 7 | | 7 |
| | Faecal incontinence | | | 1 | | 6 | | 7 |
| | Gastric disorder | | | | | 7 | | 7 |
| | Gastrointestinal disorder | 3 | | 1 | | 3 | | 7 |
| | Hiatus hernia | 1 | | | | 6 | | 7 |
| | Irritable bowel syndrome | 1 | | 2 | | 3 | 1 | 7 |
| | Haemorrhoids | | | 1 | | 5 | | 6 |
| | Retching | 1 | | | | 5 | | 6 |
| | Swollen tongue | 1 | 1 | | | 2 | 1 | 5 |
| | Coeliac disease | 2 | | | | 2 | | 4 |
| | Pancreatic disorder | 3 | 1 | | | | | 4 |
| | Pancreatitis | 1 | | 3 | | | | 4 |
| | Bowel sounds abnormal | 1 | | | | 2 | | 3 |
| | Gastric ulcer | | | 1 | | 2 | | 3 |
| | Gastrointestinal haemorrhage | 1 | 1 | | | 1 | | 3 |
| | Gingival disorder | | | | | 3 | | 3 |
| | Hypoaesthesia oral | | 1 | | | 1 | 1 | 3 |
| | Oesophageal spasm | 1 | | 1 | | 1 | | 3 |
| | Stomatitis | | | | | 3 | | 3 |
| | Tooth discolouration | | | | | 3 | | 3 |

Cont...

Neurontin :(gabapentin) Capsules  
Date/Time : 04/OCT/2006;14:19:1  
NDA : 20-235

Periodic Report  
Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic  
Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Number of reports | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | Serious Unlabeled | | Serious Labeled | | Non Serious | | |
| | | Domestic | Foreign | Domestic | Foreign | Domestic | Foreign | |
| | Toothache | | | | | 3 | | 3 |
| | Abdominal rigidity | 1 | | | | 1 | | 2 |
| | Dental plaque | | | | | 2 | | 2 |
| | Eructation | | | | | 2 | | 2 |
| | Gastritis | | | | | 2 | | 2 |
| | Gastrointestinal motility disorder | 1 | | | | 1 | | 2 |
| | Glossodynia | | | | | 1 | 1 | 2 |
| | Haematemesis | | | | 2 | | | 2 |
| | Impaired gastric emptying | 1 | | | | 1 | | 2 |
| | Intestinal functional disorder | | | | | 2 | | 2 |
| | Melaena | | | | 1 | 1 | | 2 |
| | Oral discomfort | | | | | 2 | | 2 |
| | Paraesthesia oral | | | | | 1 | 1 | 2 |
| | Rectal haemorrhage | | | | 1 | 1 | | 2 |
| | Regurgitation of food | | | | | 2 | | 2 |
| | Tongue disorder | | | | | 2 | | 2 |
| | Tooth malformation | | | | 2 | | | 2 |
| | Abdominal adhesions | 1 | | | | | | 1 |
| | Abdominal symptom | | | | | 1 | | 1 |
| | Abdominal tenderness | | | | | 1 | | 1 |
| | Abnormal faeces | | | | | 1 | | 1 |
| | Acute abdomen | 1 | | | | | | 1 |
| | Anal discomfort | | | | | 1 | | 1 |
| | Anal sphincter atony | | | | | 1 | | 1 |
| | Aphagia | 1 | | | | | | 1 |
| | Aptyalism | | | | | 1 | | 1 |
| | Ascites | 1 | | | | | | 1 |
| | Barrett's oesophagus | 1 | | | | | | 1 |
| | Bowel movement irregularity | | | | | 1 | | 1 |
| | Crohn's disease | | | | | 1 | | 1 |
| | Diverticulum | | | | | 1 | | 1 |
| | Epigastric discomfort | | | | | 1 | | 1 |
| | Frequent bowel movements | | | | | 1 | | 1 |
| | Gastric haemorrhage | 1 | | | | | | 1 |
| | Gastrointestinal hypomotility | | | 1 | | | | 1 |
| | Gastrointestinal mucosal disorder | | | | | 1 | | 1 |
| | Gastrointestinal pain | | | | | 1 | | 1 |
| | Gastrointestinal ulcer | | | | | 1 | | 1 |
| | Gingival hyperplasia | | | | | 1 | | 1 |
| | Gingival pain | | | | | 1 | | 1 |
| | Gingival recession | | | | | 1 | | 1 |
| | Gingival swelling | | | | | 1 | | 1 |
| | Haemorrhoidal haemorrhage | | | | | | 1 | 1 |
| | Hyperchlorhydria | | | | | 1 | | 1 |
| | Intestinal infarction | 1 | | | | | | 1 |
| | Intestinal prolapse | 1 | | | | | | 1 |
| | Intestinal strangulation | 1 | | | | | | 1 |
| | Lip pain | | | | | | 1 | 1 |
| | Loose tooth | | | 1 | | | | 1 |
| | Mouth ulceration | | | | | 1 | | 1 |
| | Odynophagia | | | 1 | | | | 1 |
| | Oesophageal achalasia | 1 | | | | | | 1 |
| | Oesophageal disorder | | | | | 1 | | 1 |
| | Oesophageal pain | | | | | 1 | | 1 |
| | Oesophageal ulcer | 1 | | | | | | 1 |
| | Oral mucosal blistering | | | | | 1 | | 1 |
| | Pancreatitis acute | | | | 1 | | | 1 |
| | Parotid gland enlargement | | | | | 1 | | 1 |
| | Periodontitis | | | | | 1 | | 1 |
| | Peritoneal disorder | 1 | | | | | | 1 |
| | Proctalgia | | | | | 1 | | 1 |
| | Rectal discharge | | | | | 1 | | 1 |
| | Rectal prolapse | 1 | | | | | | 1 |
| | Rectal tenesmus | | | | | 1 | | 1 |
| | Reflux gastritis | | | | | 1 | | 1 |
| | Retroperitoneal haematoma | 1 | | | | | | 1 |
| | Salivary hypersecretion | | | | | 1 | | 1 |
| | Sensitivity of teeth | | | | | 1 | | 1 |
| | Steatorrhoea | | | | | 1 | | 1 |
| | Stress ulcer | | | | | 1 | | 1 |
| | Tongue exfoliation | | | | | 1 | | 1 |
| | Tongue haemorrhage | | | | | 1 | | 1 |
| | Tongue oedema | | | | | | 1 | 1 |
| | Tongue ulceration | | | | | 1 | | 1 |
| | Tooth erosion | | | | | 1 | | 1 |
| | Umbilical hernia | | | | | 1 | | 1 |
| | Volvulus | | | 1 | | | | 1 |

Cont...

Periodic Report
Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic
Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Number of reports | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | Serious Unlabeled | | Serious Labeled | | Non Serious | | |
| | | Domestic | Foreign | Domestic | Foreign | Domestic | Foreign | |
| | Sub Totals | 40 | 12 | 46 | 12 | 537 | 28 | 675 |
| General disorders and administration site conditions | | | | | | | | |
| | Drug ineffective | | | 24 | 2 | 775 | 16 | 817 |
| | Pain | 10 | 6 | 7 | 1 | 293 | 7 | 324 |
| | Feeling abnormal | 2 | | | | 134 | 4 | 140 |
| | Fatigue | 1 | | | 1 | 114 | 11 | 127 |
| | Unevaluable event | 12 | 1 | | | 64 | 1 | 78 |
| | Oedema peripheral | | 1 | 4 | 5 | 61 | 3 | 74 |
| | Drug effect decreased | | | | | 72 | | 72 |
| | Malaise | 2 | 2 | 4 | 4 | 55 | 2 | 69 |
| | Asthenia | 3 | 1 | 7 | 2 | 50 | 2 | 65 |
| | Drug interaction | 8 | 9 | | 3 | 42 | 2 | 64 |
| | Adverse event | 13 | 1 | | | 48 | | 62 |
| | Difficulty in walking | 12 | 3 | | 1 | 44 | | 60 |
| | Gait disturbance | 1 | | | 2 | 32 | 4 | 39 |
| | Swelling | 2 | | 2 | | 33 | | 37 |
| | Drug withdrawal syndrome | 5 | 6 | 1 | 1 | 19 | 1 | 33 |
| | Abasia | 24 | 2 | | | 4 | | 30 |
| | Feeling drunk | 1 | | | | 25 | | 26 |
| | Irritability | | | | | 23 | 3 | 26 |
| | Chest pain | | | 7 | | 11 | 1 | 19 |
| | Drug intolerance | | | | | 17 | 2 | 19 |
| | Oedema | 1 | 1 | 3 | 3 | 11 | | 19 |
| | Chest discomfort | 1 | | | | 16 | 1 | 18 |
| | Pyrexia | 1 | 1 | 5 | 1 | 10 | | 18 |
| | Ill-defined disorder | 2 | | | | 15 | | 17 |
| | Therapeutic response decreased | | | | | 17 | | 17 |
| | Death | 8 | 5 | | | | | 13 |
| | Discomfort | | | | | 12 | 1 | 13 |
| | Feeling cold | | 1 | | | 12 | | 13 |
| | Adverse drug reaction | 2 | | | | 8 | | 10 |
| | Disease progression | 2 | 1 | | | 7 | | 10 |
| | Drug ineffective for unapproved indication | | | | | 10 | | 10 |
| | Chills | 1 | | | 1 | 7 | | 9 |
| | Feeling hot | | 1 | | | 8 | | 9 |
| | General physical health deterioration | 4 | | | | 5 | | 9 |
| | Peripheral coldness | 1 | 1 | | | 7 | | 9 |
| | Breakthrough pain | | | | | 7 | | 7 |
| | Feeling jittery | | | | | 7 | | 7 |
| | Influenza like illness | | | | | 7 | | 7 |
| | Thirst | | | | | 7 | | 7 |
| | Condition aggravated | | 2 | | | 4 | | 6 |
| | Facial pain | 1 | | | | 5 | | 6 |
| | Inflammation | 1 | | | | 4 | 1 | 6 |
| | Drug resistance | | | | | 5 | | 5 |
| | Ulcer | 2 | | 1 | | 1 | 1 | 5 |
| | Hangover | | | | | 4 | | 4 |
| | Local swelling | 1 | | | | 3 | | 4 |
| | Sluggishness | | | | | 4 | | 4 |
| | Energy increased | 1 | | | | 1 | 1 | 3 |
| | Hernia | | | 1 | | 2 | | 3 |
| | Hunger | | | | | 3 | | 3 |
| | Inadequate analgesia | | | | | 3 | | 3 |
| | Loss of control of legs | | | | | 3 | | 3 |
| | Chronic fatigue syndrome | 1 | | | | 1 | | 2 |
| | Deformity | 2 | | | | | | 2 |
| | Drug tolerance | 1 | | | | 1 | | 2 |
| | Face oedema | | | 1 | 1 | | | 2 |
| | Generalised oedema | | | 1 | | 1 | | 2 |
| | Impaired healing | | | | | 2 | | 2 |
| | Multi-organ failure | 2 | | | | | | 2 |
| | Tenderness | | | | | 2 | | 2 |
| | Therapeutic response delayed | | | | | 2 | | 2 |
| | Adhesion | | | | | 1 | | 1 |
| | Atrophy | 1 | | | | | | 1 |
| | Brain death | 1 | | | | | | 1 |
| | Calcinosis | | | | | 1 | | 1 |
| | Cyst | | | | | 1 | | 1 |
| | Developmental delay | | 1 | | | | | 1 |
| | Drug effect increased | | | | | 1 | | 1 |
| | Exercise tolerance decreased | | | | | 1 | | 1 |
| | Feeling hot and cold | | | | | 1 | | 1 |
| | Feeling of relaxation | | | | | 1 | | 1 |
| | General symptom | | | | | 1 | | 1 |

Periodic Report
Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic
Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Number of reports | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | Serious Unlabeled | | Serious Labeled | | Non Serious | | |
| | | Domestic | Foreign | Domestic | Foreign | Domestic | Foreign | |
| | | | | | | | Cont... | |
| | Hyperthermia | | 1 | | | | | 1 |
| | Hypothermia | | | | | | 1 | 1 |
| | Inflammatory pain | | | | | 1 | | 1 |
| | Mucous membrane disorder | | | | | 1 | | 1 |
| | No adverse drug effect | | | | | 1 | | 1 |
| | No adverse effect | | | | | 1 | | 1 |
| | No therapeutic response | 1 | | | | | | 1 |
| | Nodule | | | | | 1 | | 1 |
| | Non-cardiac chest pain | | | | | 1 | | 1 |
| | Nonspecific reaction | | | | | 1 | | 1 |
| | Paradoxical drug reaction | | | | | 1 | | 1 |
| | Performance status decreased | | | | | 1 | | 1 |
| | Pharmaceutical product complaint | | | | | 1 | | 1 |
| | Pitting oedema | | | | | 1 | | 1 |
| | Premature ageing | | | | | 1 | | 1 |
| | Sensation of pressure | | | | | 1 | | 1 |
| | Symptom masked | | | | | 1 | | 1 |
| | Tachyphylaxis | | | | | 1 | | 1 |
| | Temperature intolerance | | | | | 1 | | 1 |
| | Therapeutic response increased | | | | | 1 | | 1 |
| | Therapeutic response unexpected | | | | | 1 | | 1 |
| | Therapeutic response unexpected with drug substitution | | | | | 1 | | 1 |
| | Therapy non-responder | | | | | | 1 | 1 |
| | Ulcer haemorrhage | 1 | | | | | | 1 |
| | Sub Totals | 135 | 47 | 68 | 28 | 2167 | 66 | 2511 |
| Hepatobiliary disorders | | | | | | | | |
| | Liver disorder | 2 | 2 | | | 4 | | 8 |
| | Cholelithiasis | | 1 | 3 | | | | 4 |
| | Cytolytic hepatitis | | 4 | | | | | 4 |
| | Hepatitis | | 2 | 1 | 1 | | | 4 |
| | Cholestasis | | 3 | | | | | 3 |
| | Hepatocellular damage | 2 | 1 | | | | | 3 |
| | Jaundice | 1 | | | 2 | | | 3 |
| | Hepatic cirrhosis | 1 | 1 | | | | | 2 |
| | Hepatic failure | 2 | | | | | | 2 |
| | Hepatic steatosis | 1 | 1 | | | | | 2 |
| | Hepatitis toxic | | 2 | | | | | 2 |
| | Hepatotoxicity | 2 | | | | | | 2 |
| | Bile duct stenosis | 1 | | | | | | 1 |
| | Gallbladder disorder | 1 | | | | | | 1 |
| | Hepatic congestion | 1 | | | | | | 1 |
| | Hepatic function abnormal | | | | 1 | | | 1 |
| | Hepatic necrosis | 1 | | | | | | 1 |
| | Hepatitis alcoholic | 1 | | | | | | 1 |
| | Hepatitis cholestatic | | 1 | | | | | 1 |
| | Hepatomegaly | | | | | 1 | | 1 |
| | Jaundice cholestatic | | 1 | | | | | 1 |
| | Jaundice hepatocellular | | | | 1 | | | 1 |
| | Sub Totals | 16 | 19 | 4 | 5 | 5 | | 49 |
| Immune system disorders | | | | | | | | |
| | Hypersensitivity | | 2 | 8 | 1 | 42 | | 53 |
| | Drug hypersensitivity | | | 1 | | 7 | | 8 |
| | Immune system disorder | 3 | | | | | | 3 |
| | Multiple allergies | | | | | 3 | | 3 |
| | Anaphylactic reaction | 2 | | | | | | 2 |
| | Immunodeficiency | 1 | | | | 1 | | 2 |
| | Anaphylactoid reaction | 1 | | | | | | 1 |
| | Autoimmune disorder | | 1 | | | | | 1 |
| | Graft versus host disease | 1 | | | | | | 1 |
| | Reaction to colouring | | | | | 1 | | 1 |
| | Sarcoidosis | 1 | | | | | | 1 |
| | Sub Totals | 9 | 3 | 9 | 1 | 54 | | 76 |
| Infections and infestations | | | | | | | | |
| | Herpes zoster | | | | | 18 | | 18 |
| | Pneumonia | 1 | 1 | 13 | | 3 | | 18 |
| | Bronchitis | | | 1 | | 8 | | 9 |
| | Infection | 2 | | 3 | 1 | 2 | | 8 |
| | | | | | | | Cont... | |

Neurontin :(gabapentin) Capsules                                       Date/Time : 04/OCT/2006;14:19:1
                                                                       NDA : 20-235

Periodic Report
Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic
Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Number of reports | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | Serious Unlabeled | | Serious Labeled | | Non Serious | | |
| | | Domestic | Foreign | Domestic | Foreign | Domestic | Foreign | |
| | Sinusitis | | | | | 8 | | 8 |
| | Urinary tract infection | | | | | 8 | | 8 |
| | Cystitis | | | | | 7 | | 7 |
| | Gastroenteritis viral | | | | | 7 | | 7 |
| | Nasopharyngitis | | | | | 7 | | 7 |
| | Staphylococcal infection | 7 | | | | | | 7 |
| | Diverticulitis | 3 | | | | 2 | 1 | 6 |
| | Influenza | | | | | 6 | | 6 |
| | Cellulitis | | | 3 | | 1 | | 4 |
| | Dental caries | | | | | 3 | | 3 |
| | Hepatitis C | 1 | 1 | 1 | | | | 3 |
| | Kidney infection | | | | | 3 | | 3 |
| | Lung infection | | | 1 | | 2 | | 3 |
| | Oral candidiasis | | 1 | | | 2 | | 3 |
| | Osteomyelitis | 2 | | | | 1 | | 3 |
| | Viral infection | | | | | 3 | | 3 |
| | Abscess | 1 | | 1 | | | | 2 |
| | Bacteraemia | 2 | | | | | | 2 |
| | Clostridial infection | 1 | | | | 1 | | 2 |
| | Epstein-Barr virus infection | | | | | 2 | | 2 |
| | Eye infection | | | | | 2 | | 2 |
| | Fungal infection | | | | | 2 | | 2 |
| | Gastroenteritis | | 1 | | | 1 | | 2 |
| | Herpes virus infection | | | | | 2 | | 2 |
| | Lyme disease | 2 | | | | | | 2 |
| | Post polio syndrome | 1 | | | | 1 | | 2 |
| | Sepsis | 1 | | 1 | | | | 2 |
| | Tinea pedis | | | | | 2 | | 2 |
| | Upper respiratory tract infection | | | | | 2 | | 2 |
| | Acquired immunodeficiency syndrome | 1 | | | | | | 1 |
| | Appendicitis | 1 | | | | | | 1 |
| | Arthritis infective | 1 | | | | | | 1 |
| | Babesiosis | | | | | 1 | | 1 |
| | Bacterial infection | 1 | | | | | | 1 |
| | Bronchitis acute | | | 1 | | | | 1 |
| | Bronchitis chronic | | | | | 1 | | 1 |
| | Bronchopneumonia | | | 1 | | | | 1 |
| | Candidiasis | | | | | 1 | | 1 |
| | Dacryocystitis infective | 1 | | | | | | 1 |
| | Ear infection | | | | | 1 | | 1 |
| | Enterococcal infection | 1 | | | | | | 1 |
| | Gingival infection | | | | | 1 | | 1 |
| | Hepatitis A | 1 | | | | | | 1 |
| | Hepatitis B | 1 | | | | | | 1 |
| | Hepatosplenic candidiasis | | 1 | | | | | 1 |
| | Herpes simplex | | | | | 1 | | 1 |
| | Infectious mononucleosis | | | | | 1 | | 1 |
| | Localised infection | | | | | 1 | | 1 |
| | Lower respiratory tract infection | | | | | 1 | | 1 |
| | Lung infection pseudomonal | 1 | | | | | | 1 |
| | Onychomycosis | | | | | 1 | | 1 |
| | Orchitis | 1 | | | | | | 1 |
| | Pharyngitis | | | | | 1 | | 1 |
| | Pneumonia haemophilus | 1 | | | | | | 1 |
| | Pneumonia mycoplasmal | | | 1 | | | | 1 |
| | Pseudomonas infection | 1 | | | | | | 1 |
| | Rhinitis | | | | | 1 | | 1 |
| | Sinusitis bacterial | | | | | 1 | | 1 |
| | Tooth abscess | | | | | 1 | | 1 |
| | Viral rash | | | | | | 1 | 1 |
| | Viral upper respiratory tract infection | | | | | 1 | | 1 |
| | Vulvovaginal mycotic infection | | | | | 1 | | 1 |
| | Wound infection | | | | | 1 | | 1 |
| | Sub Totals | 36 | 5 | 27 | 1 | 123 | 2 | 194 |
| Injury, poisoning and procedural complications | | | | | | | | |
| | Fall | 23 | 8 | 4 | | 38 | 2 | 75 |
| | Overdose | 32 | 2 | 3 | 1 | 4 | | 42 |
| | Intentional overdose | 22 | | 8 | 1 | 4 | | 35 |
| | Nerve injury | 12 | 1 | | | 12 | | 25 |
| | Drug toxicity | 8 | 5 | | | 4 | | 17 |
| | Road traffic accident | 11 | | 2 | | 4 | | 17 |
| | Gun shot wound | 16 | | | | | | 16 |

Cont...

**2218**

Pfizer_MEvertsz_0133576

Periodic Report
Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic
Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Number of reports | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | Serious Unlabeled | | Serious Labeled | | Non Serious | | |
| | | Domestic | Foreign | Domestic | Foreign | Domestic | Foreign | |
| | Injury | 7 | 2 | | | 6 | | 15 |
| | Drug administration error | 1 | 1 | 2 | | 10 | | 14 |
| | Drug exposure during pregnancy | 4 | 4 | | | 6 | | 14 |
| | Intentional drug misuse | 1 | | 1 | | 11 | 1 | 14 |
| | Contusion | | | | 3 | 9 | | 12 |
| | Joint dislocation | 5 | | | | 2 | | 7 |
| | Medication error | 4 | 1 | | | 2 | | 7 |
| | Multiple drug overdose intentional | 5 | | 1 | | | | 6 |
| | Accident | 2 | | 1 | | 2 | | 5 |
| | Alcohol poisoning | 5 | | | | | | 5 |
| | Foot fracture | 1 | | 3 | | 1 | | 5 |
| | Head injury | 2 | | | 1 | 2 | | 5 |
| | Thermal burn | 3 | | | | 1 | 1 | 5 |
| | Back injury | | | 1 | | 3 | | 4 |
| | Drug dispensing error | 1 | 1 | | | 2 | | 4 |
| | Joint injury | 1 | | | | 3 | | 4 |
| | Limb injury | 1 | | | | 3 | | 4 |
| | Lower limb fracture | 2 | | 2 | | | | 4 |
| | Traumatic brain injury | 4 | | | | | | 4 |
| | Accidental exposure | 1 | | | | 2 | | 3 |
| | Accidental overdose | 1 | 1 | | | 1 | | 3 |
| | Ankle fracture | 2 | | 1 | | | | 3 |
| | Concussion | 3 | | | | | | 3 |
| | Facial bones fracture | 3 | | | | | | 3 |
| | Fracture | | | 2 | | 1 | | 3 |
| | Intervertebral disc injury | 2 | | | | 1 | | 3 |
| | Poor quality drug administered | | | | | 3 | | 3 |
| | Subdural haematoma | 1 | | 2 | | | | 3 |
| | Tooth injury | | | | | 3 | | 3 |
| | Upper limb fracture | 2 | | 1 | | | | 3 |
| | Cervical vertebral fracture | 2 | | | | | | 2 |
| | Closed head injury | 2 | | | | | | 2 |
| | Device failure | 1 | | | | 1 | | 2 |
| | Difficult to wean from ventilator | 2 | | | | | | 2 |
| | Drug prescribing error | | | | | 2 | | 2 |
| | Face injury | | | | | 2 | | 2 |
| | Gastrointestinal stoma complication | 1 | 1 | | | | | 2 |
| | Haemothorax | 2 | | | | | | 2 |
| | Incorrect dose administered | 1 | | | | 1 | | 2 |
| | Joint sprain | | | | | 2 | | 2 |
| | Ligament injury | 1 | | | | 1 | | 2 |
| | Ligament rupture | 2 | | | | | | 2 |
| | Limb crushing injury | 1 | | 1 | | | | 2 |
| | Lung injury | 1 | | | | 1 | | 2 |
| | Multiple drug overdose | 1 | 1 | | | | | 2 |
| | Muscle strain | | | | | 2 | | 2 |
| | Post procedural complication | 2 | | | | | | 2 |
| | Procedural pain | | | 1 | | 1 | | 2 |
| | Rib fracture | 1 | | | | 1 | | 2 |
| | Skull fracture | 2 | | | | | | 2 |
| | Spinal cord injury | 2 | | | | | | 2 |
| | Tendon injury | 2 | | | | | | 2 |
| | Therapeutic agent toxicity | | 1 | | | 1 | | 2 |
| | Accident at home | 1 | | | | | | 1 |
| | Anticonvulsant toxicity | 1 | | | | | | 1 |
| | Arthropod bite | | | | | 1 | | 1 |
| | Brachial plexus injury | | | | | 1 | | 1 |
| | Brain herniation | 1 | | | | | | 1 |
| | Burns second degree | 1 | | | | | | 1 |
| | Burns third degree | 1 | | | | | | 1 |
| | Carbon monoxide poisoning | 1 | | | | | | 1 |
| | Caustic injury | 1 | | | | | | 1 |
| | Clavicle fracture | | | 1 | | | | 1 |
| | Compression fracture | 1 | | | | | | 1 |
| | Coronary artery restenosis | | | 1 | | | | 1 |
| | Drug dose omission | | | | | 1 | | 1 |
| | Drug exposure via breast milk | | | | | 1 | | 1 |
| | Dural tear | 1 | | | | | | 1 |
| | Ear injury | 1 | | | | | | 1 |
| | Eye injury | 1 | | | | | | 1 |
| | Femur fracture | | | 1 | | | | 1 |
| | Fractured coccyx | | | | | 1 | | 1 |
| | Fractured sacrum | 1 | | | | | | 1 |
| | Gastrointestinal injury | 1 | | | | | | 1 |
| | Graft complication | | | | | 1 | | 1 |

Cont...

Neurontin :(gabapentin) Capsules  
Date/Time : 04/OCT/2006;14:19:1  
NDA : 20-235

Periodic Report  
Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic  
Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Serious Unlabeled Domestic | Serious Unlabeled Foreign | Serious Labeled Domestic | Serious Labeled Foreign | Non Serious Domestic | Non Serious Foreign | Total |
|---|---|---|---|---|---|---|---|---|
| | Hand fracture | 1 | | | | | | 1 |
| | Hip fracture | 1 | | | | | | 1 |
| | Incisional hernia | 1 | | | | | | 1 |
| | Incorrect drug administration duration | | | | | 1 | | 1 |
| | Incorrect route of drug administration | | | | | 1 | | 1 |
| | Internal injury | | | | | 1 | | 1 |
| | Intracranial injury | 1 | | | | | | 1 |
| | Intraocular lens dislocation | 1 | | | | | | 1 |
| | Laceration | 1 | | | | | | 1 |
| | Ligament sprain | | | | | 1 | | 1 |
| | Lumbar vertebral fracture | 1 | | | | | | 1 |
| | Meniscus lesion | 1 | | | | | | 1 |
| | Mouth injury | | | | | 1 | | 1 |
| | Multiple fractures | | | 1 | | | | 1 |
| | Muscle injury | | | | | 1 | | 1 |
| | Narcotic intoxication | | 1 | | | | | 1 |
| | Neck injury | 1 | | | | | | 1 |
| | Nerve root injury lumbar | 1 | | | | | | 1 |
| | Open wound | 1 | | | | | | 1 |
| | Pelvic fracture | 1 | | | | | | 1 |
| | Peroneal nerve injury | | | | | 1 | | 1 |
| | Poisoning | 1 | | | | | | 1 |
| | Polytraumatism | | | | | 1 | | 1 |
| | Post laminectomy syndrome | | | | | 1 | | 1 |
| | Procedural complication | | | | | 1 | | 1 |
| | Procedural site reaction | | | | | 1 | | 1 |
| | Pubic rami fracture | 1 | | | | | | 1 |
| | Scratch | | | | | | 1 | 1 |
| | Seroma | 1 | | | | | | 1 |
| | Skeletal injury | | | | | 1 | | 1 |
| | Skin injury | | | | 1 | | | 1 |
| | Skin laceration | | | | | 1 | | 1 |
| | Skull fractured base | 1 | | | | | | 1 |
| | Spinal fracture | 1 | | | | | | 1 |
| | Suture rupture | 1 | | | | | | 1 |
| | Thoracic vertebral fracture | 1 | | | | | | 1 |
| | Tooth fracture | | | | | 1 | | 1 |
| | Treatment noncompliance | | | | | 1 | | 1 |
| | Vertebral injury | 1 | | | | | | 1 |
| | Vth nerve injury | | | | | 1 | | 1 |
| | Wound dehiscence | 1 | | | | | | 1 |
| | Sub Totals | 248 | 32 | 38 | 7 | 177 | 5 | 507 |
| Investigations | | | | | | | | |
| | Weight increased | | | 21 | 4 | 123 | 2 | 150 |
| | Weight decreased | | | 11 | | 44 | 3 | 58 |
| | Body height decreased | | | | | 42 | | 42 |
| | Blood cholesterol increased | | | | | 37 | 1 | 38 |
| | Blood pressure increased | 1 | | 4 | | 18 | | 23 |
| | Heart rate increased | 1 | | 3 | | 17 | | 21 |
| | Blood glucose increased | | 1 | 2 | | 13 | | 16 |
| | Blood pressure decreased | | | 3 | 2 | 5 | | 10 |
| | Hepatic enzyme increased | | | | 3 | 6 | 1 | 10 |
| | Blood sodium decreased | 2 | | 1 | | 4 | 1 | 8 |
| | Drug screen positive | 1 | | | | 6 | | 7 |
| | Heart rate decreased | 2 | | 2 | 1 | 1 | 1 | 7 |
| | Alanine aminotransferase increased | | 2 | | 2 | 2 | | 6 |
| | Blood alkaline phosphatase increased | | | 1 | 2 | 3 | | 6 |
| | Blood creatinine increased | 1 | 2 | | | 3 | | 6 |
| | Blood triglycerides increased | | | | | 6 | | 6 |
| | Heart rate irregular | | 1 | 1 | | 4 | | 6 |
| | Medication residue | | | | | 6 | | 6 |
| | Anticonvulsant drug level increased | | 1 | | | 4 | | 5 |
| | Blood cholesterol abnormal | | | | | 5 | | 5 |
| | Blood creatine phosphokinase increased | 1 | 1 | | | 3 | | 5 |
| | Blood glucose abnormal | 1 | | | | 3 | 1 | 5 |
| | Drug level decreased | 1 | | | | 4 | | 5 |
| | Drug level increased | 1 | | | | 4 | | 5 |
| | Gamma-glutamyltransferase increased | | | | 5 | | | 5 |
| | Oxygen saturation decreased | 3 | | | | | 2 | 5 |
| | White blood cell count increased | | | | | 5 | | 5 |

Cont...