Neurontin :(gabapentin) Capsules                             Date/Time : 04/OCT/2006;14:19:1
NDA : 20-235

## Periodic Report
### Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic
### Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Serious Unlabeled Domestic | Serious Unlabeled Foreign | Serious Labeled Domestic | Serious Labeled Foreign | Non Serious Domestic | Non Serious Foreign | Total |
|---|---|---|---|---|---|---|---|---|
| | Blood urea increased | | 1 | | | 2 | 1 | 4 |
| | Bone density decreased | 1 | | | | 2 | 1 | 4 |
| | Drug level | | | | | 4 | | 4 |
| | Drug screen false positive | | | | | 4 | | 4 |
| | Haematocrit decreased | 1 | | | | 3 | | 4 |
| | Laboratory test abnormal | | | | | 4 | | 4 |
| | Liver function test abnormal | | 2 | 2 | | | | 4 |
| | Aspartate aminotransferase increased | | 1 | | 1 | 1 | | 3 |
| | Blood glucose decreased | | | 2 | | 1 | | 3 |
| | Blood thyroid stimulating hormone increased | | | | | 3 | | 3 |
| | Blood urine present | | | 2 | | 1 | | 3 |
| | Body temperature increased | 1 | | | | 1 | 1 | 3 |
| | Drug level fluctuating | 1 | | | | 2 | | 3 |
| | Electroencephalogram abnormal | 1 | | | | 2 | | 3 |
| | Glycosylated haemoglobin increased | | | | | 3 | | 3 |
| | Haemoglobin decreased | 1 | | | | 2 | | 3 |
| | International normalised ratio increased | 1 | 2 | | | | | 3 |
| | Urine analysis abnormal | | | | | 3 | | 3 |
| | White blood cell count decreased | | | 1 | | 2 | | 3 |
| | Blood cholesterol | 1 | | | | 1 | | 2 |
| | Blood glucose fluctuation | | | 1 | | 1 | | 2 |
| | Blood oestrogen decreased | | | | | 2 | | 2 |
| | Blood potassium decreased | 1 | 1 | | | | | 2 |
| | Blood potassium increased | | | | | 2 | | 2 |
| | Blood pressure abnormal | | | | | 2 | | 2 |
| | Blood testosterone decreased | 1 | | | | 1 | | 2 |
| | Cardiac murmur | | | 2 | | | | 2 |
| | Creatinine renal clearance decreased | 1 | | | | 1 | | 2 |
| | International normalised ratio decreased | | 1 | | | 1 | | 2 |
| | Intraocular pressure increased | | | | | 2 | | 2 |
| | Investigation abnormal | | | | | 2 | | 2 |
| | Low density lipoprotein increased | | | | | 1 | 1 | 2 |
| | Nuclear magnetic resonance imaging abnormal | | | | | 2 | | 2 |
| | Platelet count decreased | | | 1 | | 1 | | 2 |
| | Prostate examination abnormal | 1 | | | | 1 | | 2 |
| | Protein total increased | | | | | 2 | | 2 |
| | Protein urine present | | | | | 2 | | 2 |
| | Red blood cell count decreased | | | | | 2 | | 2 |
| | Red blood cell sedimentation rate increased | | | | | 2 | | 2 |
| | Thyroid function test abnormal | | | | | 2 | | 2 |
| | Vitamin D decreased | | | | | 2 | | 2 |
| | Ammonia increased | | | | | 1 | | 1 |
| | Amphetamines positive | | | | | 1 | | 1 |
| | Antibody test positive | 1 | | | | | | 1 |
| | Anticoagulation drug level above therapeutic | | | | | 1 | | 1 |
| | Anticonvulsant drug level abnormal | | | | | 1 | | 1 |
| | Anticonvulsant drug level decreased | | | | | 1 | | 1 |
| | Bacterial test positive | | | | | 1 | | 1 |
| | Bilirubin conjugated increased | | | | | 1 | | 1 |
| | Blood amylase increased | 1 | | | | | | 1 |
| | Blood bilirubin increased | | | | | 1 | | 1 |
| | Blood cortisol decreased | | | | | 1 | | 1 |
| | Blood count abnormal | 1 | | | | | | 1 |
| | Blood creatine increased | | | | | | 1 | 1 |
| | Blood electrolytes abnormal | 1 | | | | | | 1 |
| | Blood human chorionic gonadotropin abnormal | | | | | 1 | | 1 |
| | Blood iron decreased | 1 | | | | | | 1 |
| | Blood magnesium decreased | | | | | 1 | | 1 |
| | Blood phosphorus increased | | | | | 1 | | 1 |
| | Blood pressure diastolic decreased | | | 1 | | | | 1 |
| | Blood pressure immeasurable | | 1 | | | | | 1 |

Cont...

Neurontin :(gabapentin) Capsules  
Date/Time : 04/OCT/2006;14:19:1  
NDA : 20-235

## Periodic Report
### Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic
### Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Serious Unlabeled Domestic | Serious Unlabeled Foreign | Serious Labeled Domestic | Serious Labeled Foreign | Non Serious Domestic | Non Serious Foreign | Total |
|---|---|---|---|---|---|---|---|---|
| | Blood pressure orthostatic increased | | | | | 1 | | 1 |
| | Blood sodium abnormal | 1 | | | | | | 1 |
| | Blood test abnormal | | | | | 1 | | 1 |
| | Blood urea abnormal | | | | 1 | | | 1 |
| | Blood uric acid increased | | | | | 1 | | 1 |
| | Body height abnormal | | | | | 1 | | 1 |
| | Body height increased | | | | | 1 | | 1 |
| | Breath sounds abnormal | | | | | 1 | | 1 |
| | Cardiac monitoring | | | | | 1 | | 1 |
| | Cardiac stress test abnormal | | | | | 1 | | 1 |
| | Catheterisation cardiac | 1 | | | | | | 1 |
| | Colonoscopy | | | | | 1 | | 1 |
| | Complement factor increased | 1 | | | | | | 1 |
| | Computerised tomogram abnormal | | | | | 1 | | 1 |
| | Creatinine renal clearance increased | | | | | 1 | | 1 |
| | Drug level above therapeutic | | | | | 1 | | 1 |
| | Drug level below therapeutic | | | | | 1 | | 1 |
| | Electrocardiogram QT corrected interval prolonged | 1 | | | | | | 1 |
| | Electrocardiogram abnormal | | | | | 1 | | 1 |
| | Electrophoresis abnormal | | | | | 1 | | 1 |
| | Electrophoresis protein | | | | | 1 | | 1 |
| | Eosinophil count increased | | | | | | 1 | 1 |
| | False positive laboratory result | | | | | 1 | | 1 |
| | Gastric pH decreased | | | | | 1 | | 1 |
| | General physical condition abnormal | | | | | 1 | | 1 |
| | Glomerular filtration rate abnormal | | | | | | 1 | 1 |
| | Glycosylated haemoglobin decreased | | | | | 1 | | 1 |
| | Grip strength decreased | 1 | | | | | | 1 |
| | Heart rate abnormal | | | | | 1 | | 1 |
| | Hepatic enzyme abnormal | | | | | 1 | | 1 |
| | Hormone level abnormal | | | | | 1 | | 1 |
| | Investigation | | | | | 1 | | 1 |
| | Lipase increased | 1 | | | | | | 1 |
| | Metabolic function test abnormal | | | | | 1 | | 1 |
| | Nerve conduction studies abnormal | | | | | 1 | | 1 |
| | Neurological examination abnormal | | | | | 1 | | 1 |
| | Opiates positive | | | | | 1 | | 1 |
| | Oxygen saturation | | | | | 1 | | 1 |
| | Platelet count increased | | | | | 1 | | 1 |
| | Protein urine | | | | | 1 | | 1 |
| | Prothrombin time prolonged | | | | | 1 | | 1 |
| | Pulse abnormal | 1 | | | | | | 1 |
| | Respiratory rate decreased | | | 1 | | | | 1 |
| | Respiratory rate increased | | | | | 1 | | 1 |
| | Transaminases increased | | | | | | 1 | 1 |
| | Tri-iodothyronine increased | | | | | 1 | | 1 |
| | Urine output decreased | | | 1 | | | | 1 |
| | Urine output increased | | | | | 1 | | 1 |
| | Vitamin B12 decreased | | | | | | 1 | 1 |
| | White blood cells urine | | | | | 1 | | 1 |
| | pH body fluid abnormal | | | | | 1 | | 1 |
| | Sub Totals | 39 | 19 | 62 | 20 | 489 | 21 | 650 |
| Metabolism and nutrition disorders | | | | | | | | |
| | Diabetes mellitus | 2 | 3 | 5 | | 18 | | 28 |
| | Anorexia | | | 2 | | 15 | 2 | 19 |
| | Fluid retention | 1 | | | | 17 | | 18 |
| | Dehydration | 2 | 1 | 5 | 1 | 3 | | 12 |
| | Increased appetite | | | | | 10 | | 10 |
| | Decreased appetite | | | | | 8 | 1 | 9 |
| | Hypoglycaemia | | | 2 | | 2 | | 4 |
| | Hypokalaemia | 4 | | | | | | 4 |
| | Oral intake reduced | 1 | | | | 3 | | 4 |
| | Glucose tolerance impaired | | | | | 3 | | 3 |
| | Gout | | | | | 3 | | 3 |
| | Hyponatraemia | | | | 2 | 1 | | 3 |
| | Malnutrition | 1 | | | | 2 | | 3 |
| | Diabetes mellitus non-insulin-dependent | | | | 1 | 1 | | 2 |

Cont...

Neurontin :(gabapentin) Capsules                                    Date/Time : 04/OCT/2006;14:19:1
NDA : 20-235

Periodic Report
Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic
Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Number of reports | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | Serious Unlabeled | | Serious Labeled | | Non Serious | | |
| | | Domestic | Foreign | Domestic | Foreign | Domestic | Foreign | |
| | Electrolyte imbalance | 1 | | | | 1 | | 2 |
| | Hyperammonaemia | 1 | 1 | | | | | 2 |
| | Hyperglycaemia | | | | | 2 | | 2 |
| | Hyperlipidaemia | | | | | 2 | | 2 |
| | Hyperphagia | | | | | 2 | | 2 |
| | Polydipsia | | | | | 2 | | 2 |
| | Vitamin D deficiency | | | | | 2 | | 2 |
| | Weight fluctuation | | | | | 2 | | 2 |
| | Weight loss poor | | | | | 2 | | 2 |
| | Diabetes mellitus inadequate control | | | | | 1 | | 1 |
| | Diabetes mellitus insulin-dependent | | | 1 | | | | 1 |
| | Diabetic foot | | 1 | | | | | 1 |
| | Electrolyte depletion | | | | | 1 | | 1 |
| | Fluid overload | | | 1 | | | | 1 |
| | Food craving | | | | | 1 | | 1 |
| | Gestational diabetes | 1 | | | | | | 1 |
| | Hypercholesterolaemia | | | | | 1 | | 1 |
| | Hypernatraemia | 1 | | | | | | 1 |
| | Hypoalbuminaemia | | 1 | | | | | 1 |
| | Hypomagnesaemia | 1 | | | | | | 1 |
| | Hypovolaemia | 1 | | | | | | 1 |
| | Metabolic acidosis | 1 | | | | | | 1 |
| | Metabolic disorder | | | | | 1 | | 1 |
| | Obesity | | | | | 1 | | 1 |
| | Overweight | | | | | 1 | | 1 |
| | Underweight | | | | | 1 | | 1 |
| | Sub Totals | 18 | 7 | 17 | 3 | 109 | 3 | 157 |
| Musculoskeletal and connective tissue disorders | | | | | | | | |
| | Pain in extremity | 2 | | 2 | 1 | 62 | 3 | 70 |
| | Back pain | | | 3 | | 51 | 1 | 55 |
| | Muscle spasms | 1 | 2 | | | 45 | 3 | 51 |
| | Arthralgia | | | 5 | 5 | 29 | | 39 |
| | Arthritis | 2 | | 4 | | 31 | | 37 |
| | Myalgia | | | | 2 | 31 | | 33 |
| | Muscular weakness | 1 | 2 | 4 | 2 | 12 | 2 | 23 |
| | Fibromyalgia | 3 | | | | 19 | | 22 |
| | Arthropathy | 5 | | | | 8 | | 13 |
| | Osteoporosis | | | 1 | | 12 | | 13 |
| | Back disorder | 4 | | | | 7 | | 11 |
| | Intervertebral disc protrusion | 8 | 1 | | | 2 | | 11 |
| | Joint swelling | | 1 | | | 10 | | 11 |
| | Limb discomfort | | | | | 11 | | 11 |
| | Musculoskeletal stiffness | 1 | | | | 10 | | 11 |
| | Osteoarthritis | 1 | 1 | | | 9 | | 11 |
| | Muscle tightness | | | | | 10 | | 10 |
| | Muscle twitching | | | | | 9 | | 9 |
| | Neck pain | | | 2 | | 7 | | 9 |
| | Spinal column stenosis | 6 | | | | 2 | | 8 |
| | Intervertebral disc disorder | 5 | | | | 2 | | 7 |
| | Sensation of heaviness | | 1 | | | 6 | | 7 |
| | Spinal disorder | 2 | | | | 5 | | 7 |
| | Exostosis | 3 | | | | 3 | | 6 |
| | Joint stiffness | | | | 1 | 5 | | 6 |
| | Musculoskeletal discomfort | 1 | | | | 5 | | 6 |
| | Rhabdomyolysis | 5 | 1 | | | | | 6 |
| | Shoulder pain | 1 | | 1 | | 4 | | 6 |
| | Bone pain | 1 | | | | 4 | | 5 |
| | Intervertebral disc degeneration | 2 | | | | 3 | | 5 |
| | Mobility decreased | 2 | 1 | | | 2 | | 5 |
| | Muscle atrophy | 2 | | | | 3 | | 5 |
| | Systemic lupus erythematosus | 4 | | | | 1 | | 5 |
| | Toe deformity | 2 | | | | 3 | | 5 |
| | Bone disorder | 2 | 1 | | | 1 | | 4 |
| | Muscle disorder | | | | | 4 | | 4 |
| | Spinal osteoarthritis | 2 | | | | 2 | | 4 |
| | Bursitis | | | 1 | | 2 | | 3 |
| | Foot deformity | | | | | 3 | | 3 |
| | Groin pain | | | | | 3 | | 3 |
| | Musculoskeletal chest pain | | | | | 3 | | 3 |
| | Polymyalgia rheumatica | | | | | 3 | | 3 |
| | Rheumatoid arthritis | | | 1 | | 2 | | 3 |
| | Rotator cuff syndrome | 3 | | | | | | 3 |
| | Temporomandibular joint syndrome | 1 | | | | 2 | | 3 |

Cont...

Page No. :2220

2223
Pfizer_MEvertsz_0133581

Neurontin :(gabapentin) Capsules         Date/Time : 04/OCT/2006;14:19:1
NDA : 20-235

Periodic Report
Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic
Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Number of reports | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | Serious Unlabeled | | Serious Labeled | | Non Serious | | |
| | | Domestic | Foreign | Domestic | Foreign | Domestic | Foreign | |
| | Bunion | 1 | | | | 1 | | 2 |
| | Chondropathy | 2 | | | | | | 2 |
| | Head deformity | 2 | | | | | | 2 |
| | Lumbar spinal stenosis | 1 | | | | 1 | | 2 |
| | Muscle rigidity | | 2 | | | | | 2 |
| | Osteopenia | | | | | 2 | | 2 |
| | Pain in jaw | | | | | 2 | | 2 |
| | Scoliosis | 1 | | | | 1 | | 2 |
| | Sjogren's syndrome | 1 | | | | 1 | | 2 |
| | Tendonitis | | | | | 2 | | 2 |
| | Trismus | | | | | 2 | | 2 |
| | Ankylosing spondylitis | | 1 | | | | | 1 |
| | Bone development abnormal | 1 | | | | | | 1 |
| | Buttock pain | | | | | 1 | | 1 |
| | Cataplexy | | 1 | | | | | 1 |
| | Cervical spinal stenosis | 1 | | | | | | 1 |
| | Compartment syndrome | | | | | 1 | | 1 |
| | Connective tissue disorder | 1 | | | | | | 1 |
| | Joint contracture | | | | | 1 | | 1 |
| | Joint crepitation | | | | | 1 | | 1 |
| | Joint lock | | | | | 1 | | 1 |
| | Kyphosis | | | | | 1 | | 1 |
| | Myopathy | | 1 | | | | | 1 |
| | Nuchal rigidity | | | | | 1 | | 1 |
| | Osteomalacia | 1 | | | | | | 1 |
| | Osteonecrosis | 1 | | | | | | 1 |
| | Periarthritis | | | | | 1 | | 1 |
| | Plantar fasciitis | | | | | 1 | | 1 |
| | Polyarthritis | | | | | 1 | | 1 |
| | Posture abnormal | 1 | | | | | | 1 |
| | Tenosynovitis | | | | | 1 | | 1 |
| | Sub Totals | 86 | 16 | 24 | 11 | 471 | 9 | 617 |
| Neoplasms benign, malignant and unspecified (incl cysts and polyps) | | | | | | | | |
| | Breast cancer | 4 | | 5 | | | | 9 |
| | Lung neoplasm malignant | 5 | 1 | | | | | 6 |
| | Neoplasm malignant | 4 | 1 | | | | | 5 |
| | Breast cancer recurrent | 2 | | | | | | 2 |
| | Lymphoma | 2 | | | | | | 2 |
| | Myelodysplastic syndrome | | 2 | | | | | 2 |
| | Neoplasm skin | | 1 | | | 1 | | 2 |
| | Squamous cell carcinoma | 2 | | | | | | 2 |
| | Thyroid neoplasm | 2 | | | | | | 2 |
| | Adenoma benign | | | | | 1 | | 1 |
| | Benign neoplasm | 1 | | | | | | 1 |
| | Bone neoplasm malignant | 1 | | | | | | 1 |
| | Carcinoid tumour | | | | | | | 1 |
| | Chronic lymphocytic leukaemia recurrent | | 1 | | | | | 1 |
| | Gammopathy | 1 | | | | | | 1 |
| | Lipoma | 1 | | | | | | 1 |
| | Lymphoproliferative disorder | 1 | | | | | | 1 |
| | Metastases to lymph nodes | 1 | | | | | | 1 |
| | Metastases to spine | 1 | | | | | | 1 |
| | Metastasis | | 1 | | | | | 1 |
| | Metastatic carcinoma of the bladder | 1 | | | | | | 1 |
| | Metastatic neoplasm | | 1 | | | | | 1 |
| | Multiple myeloma | 1 | | | | | | 1 |
| | Neoplasm | 1 | | | | | | 1 |
| | Neoplasm progression | | 1 | | | | | 1 |
| | Neuroma | 1 | | | | | | 1 |
| | Non-Hodgkin's lymphoma | | | 1 | | | | 1 |
| | Non-Hodgkin's lymphoma recurrent | 1 | | | | | | 1 |
| | Oesophageal carcinoma | 1 | | | | | | 1 |
| | Ovarian cancer | 1 | | | | | | 1 |
| | Peritoneal carcinoma | 1 | | | | | | 1 |
| | Renal cell carcinoma stage unspecified | 1 | | | | | | 1 |
| | Spinal cord neoplasm | 1 | | | | | | 1 |
| | T-cell lymphoma | 1 | | | | | | 1 |
| | Thyroid gland cancer | 1 | | | | | | 1 |
| | Tumour lysis syndrome | 1 | | | | | | 1 |
| | Waldenstrom's macroglobulinaemia | 1 | | | | | | 1 |
| | Sub Totals | 43 | 9 | 6 | | 2 | | 60 |

Page No. :2221

**2224**

Pfizer_MEvertsz_0133582

Periodic Report
Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic
Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Serious Unlabeled Domestic | Serious Unlabeled Foreign | Serious Labeled Domestic | Serious Labeled Foreign | Non Serious Domestic | Non Serious Foreign | Total |
|---|---|---|---|---|---|---|---|---|
| Nervous system disorders | | | | | | | | |
| | Somnolence | 3 | | 7 | 7 | 194 | 10 | 221 |
| | Dizziness | | | 6 | 8 | 174 | 8 | 196 |
| | Headache | | | 4 | 2 | 101 | 5 | 112 |
| | Convulsion | 20 | 3 | 58 | 7 | 4 | 1 | 93 |
| | Tremor | 2 | 1 | 4 | 7 | 69 | 3 | 86 |
| | Neuropathy | 2 | 1 | 1 | | 70 | | 74 |
| | Hypoaesthesia | 2 | | 3 | 1 | 62 | 2 | 70 |
| | Paraesthesia | | | 3 | 1 | 60 | 1 | 65 |
| | Amnesia | 1 | | 10 | 4 | 46 | 1 | 62 |
| | Neuralgia | 3 | 1 | | | 55 | 1 | 60 |
| | Balance disorder | 6 | | 1 | | 47 | 2 | 56 |
| | Memory impairment | 1 | 2 | 1 | | 43 | 2 | 49 |
| | Burning sensation | 1 | | | | 46 | 1 | 48 |
| | Disturbance in attention | 1 | | | | 37 | | 38 |
| | Cerebrovascular accident | 2 | 3 | 29 | 2 | | | 36 |
| | Speech disorder | 2 | 1 | 2 | 3 | 24 | 1 | 33 |
| | Loss of consciousness | 11 | 9 | 6 | | 3 | | 29 |
| | Neuropathy peripheral | 6 | | 4 | | 18 | | 28 |
| | Coordination abnormal | | | 3 | 3 | 21 | | 27 |
| | Sedation | | 3 | | | 22 | 1 | 26 |
| | Dyskinesia | 1 | | 2 | 2 | 20 | | 25 |
| | Mental impairment | 3 | 1 | | | 19 | 1 | 24 |
| | Coma | 12 | 10 | | 1 | | | 23 |
| | Lethargy | 3 | | | | 20 | | 23 |
| | Migraine | 1 | | 1 | | 18 | | 20 |
| | Dysarthria | 1 | | 1 | 1 | 15 | 1 | 19 |
| | Movement disorder | 6 | | 3 | | 10 | | 19 |
| | Dysstasia | 9 | 1 | | | 6 | | 16 |
| | Complex regional pain syndrome | 4 | | | | 11 | | 15 |
| | Transient ischaemic attack | 2 | | 12 | | | | 14 |
| | Cognitive disorder | 4 | 1 | | | 7 | | 12 |
| | Diabetic neuropathy | 2 | | 1 | | 9 | | 12 |
| | Epilepsy | 3 | 7 | | 2 | | | 12 |
| | Syncope | | | 5 | 4 | 3 | | 12 |
| | Aphasia | 2 | | 3 | 2 | 4 | | 11 |
| | Restless legs syndrome | | | | | 11 | | 11 |
| | Dysgeusia | | 1 | | | 9 | | 10 |
| | Nervous system disorder | 5 | 1 | | | 4 | | 10 |
| | Paralysis | 7 | 2 | | | 1 | | 10 |
| | Facial palsy | 3 | | 2 | | 4 | | 9 |
| | Hypersomnia | | | | | 9 | | 9 |
| | Myoclonus | 1 | | 1 | 5 | 2 | | 9 |
| | Psychomotor hyperactivity | | | | | 9 | | 9 |
| | Trigeminal neuralgia | 2 | | | | 7 | | 9 |
| | Clumsiness | | | | | 8 | | 8 |
| | Depressed level of consciousness | 3 | 3 | | | 1 | 1 | 8 |
| | Encephalopathy | 2 | | 2 | 4 | | | 8 |
| | Post herpetic neuralgia | 1 | | | | 7 | | 8 |
| | Sensory disturbance | 1 | 1 | | | 5 | 1 | 8 |
| | Carpal tunnel syndrome | 4 | | | | 3 | | 7 |
| | Grand mal convulsion | 5 | 1 | | 1 | | | 7 |
| | Multiple sclerosis | 4 | 1 | | | 2 | | 7 |
| | Cerebral haemorrhage | 3 | 3 | | | | | 6 |
| | Hyperaesthesia | | | | | 6 | | 6 |
| | Incoherent | 2 | | | 1 | 3 | | 6 |
| | Nerve compression | 2 | | | | 4 | | 6 |
| | Poor quality sleep | | | 1 | | 5 | | 6 |
| | Dementia Alzheimer's type | 2 | 1 | | | 2 | | 5 |
| | Head discomfort | | | | 1 | 4 | | 5 |
| | Hemiplegia | | 1 | 3 | 1 | | | 5 |
| | Radiculopathy | 1 | | | | 4 | | 5 |
| | Ageusia | | | 1 | | 3 | | 4 |
| | Demyelination | 2 | | | | 2 | | 4 |
| | Formication | | | | | 4 | | 4 |
| | Motor dysfunction | | | | | 4 | | 4 |
| | Parkinson's disease | 2 | | | | 2 | | 4 |
| | Parosmia | | 1 | | | 3 | | 4 |
| | Partial seizures | 3 | | 1 | | | | 4 |
| | Stupor | | | 1 | 1 | 2 | | 4 |
| | Anosmia | 1 | | | | 2 | | 3 |
| | Brain damage | 3 | | | | | | 3 |
| | Dysgraphia | | 1 | | | 2 | | 3 |
| | Hemiparesis | | 1 | | | 2 | | 3 |
| | Hypokinesia | | | | | 3 | | 3 |
| | Hypotonia | | 1 | 1 | | 1 | | 3 |

Cont...

Neurontin :(gabapentin) Capsules   Date/Time : 04/OCT/2006;14:19:1
NDA : 20-235

Periodic Report
Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic
Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Number of reports | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | Serious Unlabeled | | Serious Labeled | | Non Serious | | |
| | | Domestic | Foreign | Domestic | Foreign | Domestic | Foreign | |
| | Parkinsonism | | 1 | | | 2 | | 3 |
| | Peroneal nerve palsy | 1 | | | | 2 | | 3 |
| | Sciatica | | | | | 3 | | 3 |
| | Sensory loss | 1 | 2 | | | | | 3 |
| | Simple partial seizures | 1 | 2 | | | | | 3 |
| | Subarachnoid haemorrhage | 3 | | | | | | 3 |
| | Aphonia | | | | | 2 | | 2 |
| | Arachnoid cyst | 1 | | | | 1 | | 2 |
| | Asterixis | 2 | | | | | | 2 |
| | Aura | | | | | 2 | | 2 |
| | Carotid artery occlusion | 2 | | | | | | 2 |
| | Cerebral disorder | 1 | 1 | | | | | 2 |
| | Complex partial seizures | 2 | | | | | | 2 |
| | Dystonia | | | | 1 | 1 | | 2 |
| | Encephalomalacia | 2 | | | | | | 2 |
| | Facial nerve disorder | | | | | 2 | | 2 |
| | Haemorrhagic stroke | | | | 2 | | | 2 |
| | Muscle spasticity | | | | | 2 | | 2 |
| | Neuroleptic malignant syndrome | | 2 | | | | | 2 |
| | Status epilepticus | 2 | | | | | | 2 |
| | Tarsal tunnel syndrome | 2 | | | | | | 2 |
| | Allodynia | | | | | 1 | | 1 |
| | Anoxic encephalopathy | 1 | | | | | | 1 |
| | Anticholinergic syndrome | | | | | 1 | | 1 |
| | Apallic syndrome | 1 | | | | | | 1 |
| | Apraxia | | | | | 1 | | 1 |
| | Arachnoiditis | 1 | | | | | | 1 |
| | Autism | | | | | 1 | | 1 |
| | Benign intracranial hypertension | 1 | | | | | | 1 |
| | Brain oedema | 1 | | | | | | 1 |
| | Carotid artery stenosis | | 1 | | | | | 1 |
| | Central nervous system lesion | 1 | | | | | | 1 |
| | Cerebellar syndrome | | | | | 1 | | 1 |
| | Cerebral ischaemia | | 1 | | | | | 1 |
| | Cervicobrachial syndrome | 1 | | | | | | 1 |
| | Chorea | | | | | 1 | | 1 |
| | Clonus | | | | 1 | | | 1 |
| | Cranial nerve disorder | 1 | | | | | | 1 |
| | Dementia | | | | | 1 | | 1 |
| | Diabetic coma | 1 | | | | | | 1 |
| | Diplegia | 1 | | | | | | 1 |
| | Dizziness postural | | | | | 1 | | 1 |
| | Drop attacks | 1 | | | | | | 1 |
| | Dysphasia | | 1 | | | | | 1 |
| | Epileptic aura | | | | | 1 | | 1 |
| | Glossopharyngeal neuralgia | | | | | 1 | | 1 |
| | Guillain-Barre syndrome | | 1 | | | | | 1 |
| | Head titubation | | | | | 1 | | 1 |
| | Hypertonia | | | | | 1 | | 1 |
| | Hyporeflexia | | | | | 1 | | 1 |
| | Hyposmia | | | | | 1 | | 1 |
| | Intracranial haematoma | 1 | | | | | | 1 |
| | Lacunar infarction | 1 | | | | | | 1 |
| | Lhermitte's sign | | | | | 1 | | 1 |
| | Lumbar radiculopathy | 1 | | | | | | 1 |
| | Masked facies | | | | | 1 | | 1 |
| | Monoparesis | | | | 1 | | | 1 |
| | Monoplegia | 1 | | | | | | 1 |
| | Mutism | | 1 | | | | | 1 |
| | Myasthenia gravis | 1 | | | | | | 1 |
| | Narcolepsy | | 1 | | | | | 1 |
| | Nerve root compression | | | | | 1 | | 1 |
| | Nerve root lesion | | 1 | | | | | 1 |
| | Neuritis | | | 1 | | | | 1 |
| | Optic neuritis | | 1 | | | | | 1 |
| | Paraparesis | | | 1 | | | | 1 |
| | Paraplegia | 1 | | | | | | 1 |
| | Paresis | | | | 1 | | | 1 |
| | Peripheral motor neuropathy | 1 | | | | | | 1 |
| | Peripheral sensory neuropathy | 1 | | | | | | 1 |
| | Petit mal epilepsy | 1 | | | | | | 1 |
| | Phantom pain | | | | | 1 | | 1 |
| | Pneumocephalus | 1 | | | | | | 1 |
| | Polyneuropathy | | | | | 1 | | 1 |
| | Sinus headache | | | | | 1 | | 1 |
| | Sleep talking | | | | | 1 | | 1 |
| | Speech disorder developmental | | | | | 1 | | 1 |
| | Spinal cord disorder | 1 | | | | | | 1 |

Cont...

Neurontin :(gabapentin) Capsules　　　　　　　　　　　　　　　　Date/Time : 04/OCT/2006;14:19:1
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NDA : 20-235

Periodic Report
Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic
Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Number of reports | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | Serious Unlabeled | | Serious Labeled | | Non Serious | | |
| | | Domestic | Foreign | Domestic | Foreign | Domestic | Foreign | |
| | Temporal lobe epilepsy | 1 | | | | | | 1 |
| | Tension headache | | | | | 1 | | 1 |
| | Tongue biting | | | | | 1 | | 1 |
| | Unresponsive to pain stimuli | 1 | | | | | | 1 |
| | Vagus nerve disorder | | | | | 1 | | 1 |
| | Vascular dementia | | 1 | | | | | 1 |
| | Vascular encephalopathy | | 1 | | | | | 1 |
| | Visual field defect | | | 1 | | | | 1 |
| | Sub Totals | 219 | 81 | 190 | 73 | 1420 | 43 | 2026 |
| Pregnancy, puerperium and perinatal conditions | | | | | | | | |
| | Abortion spontaneous | | 4 | | | | | 4 |
| | Unintended pregnancy | | 1 | | | | 1 | 2 |
| | Antepartum haemorrhage | | 1 | | | | | 1 |
| | Premature separation of placenta | | 1 | | | | | 1 |
| | Uterine contractions abnormal | | 1 | | | | | 1 |
| | Sub Totals | | 8 | | | | 1 | 9 |
| Psychiatric disorders | | | | | | | | |
| | Suicide attempt | 4 | | 278 | 1 | | | 283 |
| | Suicidal ideation | 4 | 1 | 188 | 2 | 6 | 1 | 202 |
| | Depression | 11 | | 21 | 2 | 100 | | 134 |
| | Insomnia | | | | 1 | 89 | 1 | 91 |
| | Completed suicide | 51 | 1 | 38 | | | | 90 |
| | Anxiety | 8 | 1 | 5 | | 64 | 2 | 80 |
| | Confusional state | | | 4 | 9 | 43 | 2 | 58 |
| | Sleep disorder | 1 | 2 | | | 39 | 2 | 44 |
| | Agitation | | | 3 | 2 | 22 | 2 | 29 |
| | Abnormal behaviour | 4 | 1 | 1 | | 21 | | 27 |
| | Nervousness | | | | | 26 | | 26 |
| | Mental disorder | 9 | 1 | | | 14 | | 24 |
| | Mood swings | | | | | 19 | 1 | 20 |
| | Stress | 1 | | | | 19 | | 20 |
| | Euphoric mood | | | | 1 | 16 | 2 | 19 |
| | Hallucination | 1 | | 6 | 1 | 11 | | 19 |
| | Thinking abnormal | 1 | 1 | 1 | | 16 | | 19 |
| | Drug dependence | 10 | 4 | | | 4 | | 18 |
| | Psychotic disorder | 2 | 1 | 10 | 1 | 3 | | 17 |
| | Disorientation | 2 | 1 | 1 | 1 | 11 | | 16 |
| | Aggression | 3 | 3 | 2 | | 6 | 1 | 15 |
| | Anger | 3 | | | | 11 | | 14 |
| | Panic attack | | 1 | | | 13 | | 14 |
| | Bipolar disorder | 7 | 1 | | | 5 | | 13 |
| | Crying | | | | | 12 | | 12 |
| | Hallucination, auditory | 3 | 2 | 2 | 1 | 3 | | 11 |
| | Paranoia | | | 5 | 2 | 4 | | 11 |
| | Restlessness | | | 1 | 1 | 9 | | 11 |
| | Abnormal dreams | | | 1 | | 9 | | 10 |
| | Affect lability | | | | | 10 | | 10 |
| | Mood altered | | 1 | | | 8 | 1 | 10 |
| | Personality change | 1 | 1 | | | 8 | | 10 |
| | Hallucination, visual | 1 | 1 | 1 | 2 | 4 | | 9 |
| | Fear | | | | | 8 | | 8 |
| | Major depression | 2 | | 6 | | | | 8 |
| | Nightmare | | | | | 8 | | 8 |
| | Affective disorder | 1 | | | | 4 | 2 | 7 |
| | Depressed mood | | | | 1 | 6 | | 7 |
| | Emotional disorder | | | 1 | | 6 | | 7 |
| | Mental status changes | 4 | | 1 | | 2 | | 7 |
| | Emotional distress | | | 1 | | 5 | | 6 |
| | Homicidal ideation | 5 | | 1 | | | | 6 |
| | Personality disorder | 2 | | | | 4 | | 6 |
| | Decreased activity | | 1 | | | 4 | | 5 |
| | Dissociation | | | | | 5 | | 5 |
| | Hostility | | | 2 | | 3 | | 5 |
| | Intentional self-injury | 4 | | 1 | | | | 5 |
| | Logorrhoea | | | | | 5 | | 5 |
| | Mania | | | 1 | | 4 | | 5 |
| | Tension | | | | | 5 | | 5 |
| | Anorgasmia | | | | | 4 | | 4 |
| | Bradyphrenia | 1 | | | | 3 | | 4 |
| | Dependence | 3 | 1 | | | | | 4 |
| | Eating disorder | | | | | 4 | | 4 |
| | Initial insomnia | | | | | 4 | | 4 |
| | Obsessive-compulsive disorder | 1 | | | | 3 | | 4 |
| | Alcoholism | 2 | | | | 1 | | 3 |

Page No. :2224

**2227**

Pfizer_MEvertsz_0133585

Periodic Report
Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic
Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Number of reports | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | Serious Unlabeled | | Serious Labeled | | Non Serious | | |
| | | Domestic | Foreign | Domestic | Foreign | Domestic | Foreign | |
| | | | | | | | Cont... | |
| | Apathy | | | 1 | | 2 | | 3 |
| | Bipolar I disorder | 2 | | | | 1 | | 3 |
| | Delusion | 2 | 1 | | | | | 3 |
| | Dysphemia | | | | | 3 | | 3 |
| | Loss of libido | | | | | 3 | | 3 |
| | Panic disorder | 1 | | | | 2 | | 3 |
| | Panic reaction | | | | | 3 | | 3 |
| | Reading disorder | | | | | 3 | | 3 |
| | Communication disorder | 1 | | | | 1 | | 2 |
| | Feeling of despair | | | | | 1 | 1 | 2 |
| | Generalised anxiety disorder | | | | | 2 | | 2 |
| | Hypomania | | | 1 | 1 | | | 2 |
| | Impulse-control disorder | 2 | | | | | | 2 |
| | Impulsive behaviour | | | | | 2 | | 2 |
| | Inappropriate affect | 1 | | | | 1 | | 2 |
| | Lack of spontaneous speech | | | 1 | | 1 | | 2 |
| | Laziness | | | | | 2 | | 2 |
| | Middle insomnia | | | | | 2 | | 2 |
| | Neurosis | | | | | 2 | | 2 |
| | Post-traumatic stress disorder | 1 | | | | 1 | | 2 |
| | Psychogenic pain disorder | | | | | 2 | | 2 |
| | Schizoaffective disorder | 2 | | | | | | 2 |
| | Screaming | | | | | 2 | | 2 |
| | Self injurious behaviour | 2 | | | | | | 2 |
| | Self-injurious ideation | | | 1 | | | 1 | 2 |
| | Somatoform disorder | | | | | 2 | | 2 |
| | Stereotypy | | 2 | | | | | 2 |
| | Suicidal behaviour | | | 2 | | | | 2 |
| | Adjustment disorder | | | | | 1 | | 1 |
| | Adjustment disorder with anxiety | | | | | 1 | | 1 |
| | Adjustment disorder with disturbance of conduct | 1 | | | | | | 1 |
| | Alcohol problem | | | | | 1 | | 1 |
| | Alcoholic hangover | | | | | 1 | | 1 |
| | Anxiety disorder | | | 1 | | | | 1 |
| | Bereavement reaction | | | | | 1 | | 1 |
| | Bipolar II disorder | 1 | | | | | | 1 |
| | Bruxism | 1 | | | | | | 1 |
| | Catatonia | | 1 | | | | | 1 |
| | Conversion disorder | 1 | | | | | | 1 |
| | Delirium | 1 | | | | | | 1 |
| | Delirium tremens | 1 | | | | | | 1 |
| | Delusional perception | | | | | 1 | | 1 |
| | Derealisation | | | | | 1 | | 1 |
| | Disinhibition | | | | | 1 | | 1 |
| | Distractibility | | | | | 1 | | 1 |
| | Dysphoria | | | | | 1 | | 1 |
| | Early morning awakening | | | | | 1 | | 1 |
| | Elevated mood | | | | | 1 | | 1 |
| | Excitability | | | | | 1 | | 1 |
| | Expressive language disorder | | | | | | 1 | 1 |
| | Feelings of worthlessness | | | | | 1 | | 1 |
| | Flat affect | | | | | 1 | | 1 |
| | Hallucination, tactile | | | | | 1 | | 1 |
| | Ideas of reference | | 1 | | | | | 1 |
| | Illogical thinking | | | | | 1 | | 1 |
| | Illusion | | 1 | | | | | 1 |
| | Impaired self-care | 1 | | | | | | 1 |
| | Impatience | | | | | 1 | | 1 |
| | Libido decreased | | | | | 1 | | 1 |
| | Listless | | | | | 1 | | 1 |
| | Loss of dreaming | | | | | 1 | | 1 |
| | Moaning | | | | | 1 | | 1 |
| | Negative thoughts | 1 | | | | | | 1 |
| | Neglect of personal appearance | | | | | 1 | | 1 |
| | Phobia of driving | | | | | 1 | | 1 |
| | Psychosomatic disease | | | | | 1 | | 1 |
| | Schizophrenia | 1 | | | | | | 1 |
| | Schizophrenia, paranoid type | 1 | | | | | | 1 |
| | Schizophreniform disorder | 1 | | | | | | 1 |
| | School refusal | | | | | 1 | | 1 |
| | Self esteem decreased | | | | | 1 | | 1 |
| | Sleep terror | | 1 | | | | | 1 |
| | Somatisation disorder | | | | | 1 | | 1 |
| | Tearfulness | | | | | 1 | | 1 |
| | Trance | | | | | 1 | | 1 |

Cont...

Neurontin :(gabapentin) Capsules                             Date/Time : 04/OCT/2006;14:19:1
                                                             NDA : 20-235

Periodic Report
Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic
Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Number of reports | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | Serious Unlabeled | | Serious Labeled | | Non Serious | | |
| | | Domestic | Foreign | Domestic | Foreign | Domestic | Foreign | |
| | Sub Totals | 177 | 33 | 589 | 29 | 781 | 20 | 1629 |
| Renal and urinary disorders | | | | | | | | |
| | Renal failure | 3 | | 7 | 3 | 1 | | 14 |
| | Pollakiuria | | | | | 12 | | 12 |
| | Urinary incontinence | | | | 1 | 11 | | 12 |
| | Dysuria | | | 3 | 1 | 5 | | 9 |
| | Renal disorder | 4 | | 1 | | 3 | | 8 |
| | Bladder disorder | 3 | | | | 2 | | 5 |
| | Incontinence | | | | | 5 | | 5 |
| | Urinary retention | 1 | | | | 4 | | 5 |
| | Enuresis | | | | | 3 | | 3 |
| | Nephrolithiasis | | | 1 | | 2 | | 3 |
| | Renal failure acute | | | 2 | 1 | | | 3 |
| | Chromaturia | | | | | 2 | | 2 |
| | Hypertonic bladder | | | | | 2 | | 2 |
| | Micturition disorder | | | | | 2 | | 2 |
| | Micturition urgency | | | | | 2 | | 2 |
| | Polyuria | | | | | 1 | 1 | 2 |
| | Pyuria | | | | | 2 | | 2 |
| | Renal failure chronic | | 2 | | | | | 2 |
| | Renal impairment | | | 1 | 1 | | | 2 |
| | Renal pain | | | | | 1 | 1 | 2 |
| | Urine odour abnormal | | | | | 2 | | 2 |
| | Bladder hypertrophy | 1 | | | | | | 1 |
| | Bladder pain | | | | | 1 | | 1 |
| | Bladder prolapse | 1 | | | | | | 1 |
| | Bladder spasm | | | | | 1 | | 1 |
| | Cystitis interstitial | | 1 | | | | | 1 |
| | Haematuria | | | | | 1 | | 1 |
| | Neurogenic bladder | | 1 | | | | | 1 |
| | Renal artery occlusion | 1 | | | | | | 1 |
| | Renal cyst | | | | | 1 | | 1 |
| | Renal tubular necrosis | 1 | | | | | | 1 |
| | Tubulointerstitial nephritis | | 1 | | | | | 1 |
| | Urinary tract disorder | | 1 | | | | | 1 |
| | Sub Totals | 15 | 6 | 15 | 7 | 66 | 2 | 111 |
| Reproductive system and breast disorders | | | | | | | | |
| | Erectile dysfunction | | | | | 18 | | 18 |
| | Breast tenderness | | | | | 4 | | 4 |
| | Ejaculation failure | | | | | 3 | | 3 |
| | Vulvovaginal discomfort | | | | | 3 | | 3 |
| | Breast mass | 2 | | | | | | 2 |
| | Breast pain | | | | | 2 | | 2 |
| | Epididymitis | | | 2 | | | | 2 |
| | Menorrhagia | | | | | 2 | | 2 |
| | Oligomenorrhoea | | | | | 2 | | 2 |
| | Polymenorrhoea | 1 | | | | 1 | | 2 |
| | Sexual dysfunction | | | | | 2 | | 2 |
| | Vaginal haemorrhage | | | | | 2 | | 2 |
| | Amenorrhoea | | | | | 1 | | 1 |
| | Breast discharge | | | | | 1 | | 1 |
| | Breast swelling | | | | | 1 | | 1 |
| | Dysmenorrhoea | | | | | 1 | | 1 |
| | Ejaculation disorder | | | | | 1 | | 1 |
| | Erection increased | | | | | 1 | | 1 |
| | Galactorrhoea | | | | | 1 | | 1 |
| | Genital pain male | | | | | 1 | | 1 |
| | Gynaecomastia | | | | | 1 | | 1 |
| | Male sexual dysfunction | | | | | 1 | | 1 |
| | Menstrual disorder | | | | | 1 | | 1 |
| | Menstruation irregular | | | | | 1 | | 1 |
| | Nipple disorder | | | | | | 1 | 1 |
| | Ovarian cyst | 1 | | | | | | 1 |
| | Ovarian enlargement | | | | | 1 | | 1 |
| | Pelvic floor muscle weakness | 1 | | | | | | 1 |
| | Pelvic pain | | | | | 1 | | 1 |
| | Premenstrual syndrome | 1 | | | | | | 1 |
| | Priapism | 1 | | | | | | 1 |
| | Prostatic disorder | 1 | | | | | | 1 |
| | Vaginal burning sensation | | | | | 1 | | 1 |
| | Vaginal pain | | | | | 1 | | 1 |
| | Sub Totals | 8 | | 2 | | 55 | 1 | 66 |
| Respiratory, thoracic and mediastinal disorders | | | | | | | | |

Cont...