Neurontin :(gabapentin) Capsules  
Date/Time : 04/OCT/2006;14:19:1  
NDA : 20-235

## Periodic Report
### Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic
### Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Serious Unlabeled Domestic | Serious Unlabeled Foreign | Serious Labeled Domestic | Serious Labeled Foreign | Non Serious Domestic | Non Serious Foreign | Total |
|---|---|---|---|---|---|---|---|---|
| | Dyspnoea | 1 | | 25 | 4 | 26 | 2 | 58 |
| | Asthma | 3 | 2 | 3 | | 8 | | 16 |
| | Respiratory failure | 11 | 3 | | | | | 14 |
| | Respiratory arrest | 9 | 3 | | | | | 12 |
| | Cough | | | 1 | | 9 | 1 | 11 |
| | Throat tightness | 7 | | | | 3 | | 10 |
| | Chronic obstructive pulmonary disease | 6 | 1 | | | 2 | | 9 |
| | Epistaxis | | | 2 | | 7 | | 9 |
| | Pharyngolaryngeal pain | | 1 | | | 8 | | 9 |
| | Dysphonia | 1 | | 1 | | 3 | 1 | 6 |
| | Emphysema | 4 | | | | 2 | | 6 |
| | Lung disorder | 3 | | 1 | | 2 | | 6 |
| | Pharyngeal oedema | 2 | 3 | | | 1 | | 6 |
| | Pulmonary oedema | 1 | 1 | 3 | 1 | | | 6 |
| | Sinus disorder | | | | | 6 | | 6 |
| | Sleep apnoea syndrome | 1 | | | | 5 | | 6 |
| | Pneumonia aspiration | 2 | | 3 | | | | 5 |
| | Pulmonary congestion | 3 | | | | 1 | | 4 |
| | Atelectasis | 2 | | | | 1 | | 3 |
| | Pulmonary embolism | 1 | | 1 | 1 | | | 3 |
| | Pulmonary fibrosis | | 3 | | | | | 3 |
| | Pulmonary hypertension | 2 | 1 | | | | | 3 |
| | Respiratory depression | 1 | 2 | | | | | 3 |
| | Throat irritation | | | | | 3 | | 3 |
| | Wheezing | | 1 | 1 | | | 1 | 3 |
| | Apnoea | | | 1 | | 1 | | 2 |
| | Asphyxia | 1 | 1 | | | | | 2 |
| | Aspiration | 2 | | | | | | 2 |
| | Choking | 1 | | | | 1 | | 2 |
| | Dry throat | | | | | 2 | | 2 |
| | Haemopneumothorax | 2 | | | | | | 2 |
| | Haemoptysis | | | 2 | | | | 2 |
| | Hyperventilation | | | | | 2 | | 2 |
| | Increased upper airway secretion | | | | | 2 | | 2 |
| | Nasal congestion | | | | | 2 | | 2 |
| | Pleural effusion | 1 | | | | 1 | | 2 |
| | Rhinorrhoea | | | | | 2 | | 2 |
| | Acute pulmonary oedema | | | 1 | | | | 1 |
| | Acute respiratory distress syndrome | 1 | | | | | | 1 |
| | Bradypnoea | | 1 | | | | | 1 |
| | Bronchial hyperactivity | 1 | | | | | | 1 |
| | Bronchospasm | | | | 1 | | | 1 |
| | Cheyne-Stokes respiration | | 1 | | | | | 1 |
| | Cyanosis neonatal | | 1 | | | | | 1 |
| | Dyspnoea exertional | | | | | 1 | | 1 |
| | Foreign body aspiration | 1 | | | | | | 1 |
| | Hypercapnia | | 1 | | | | | 1 |
| | Hypoventilation | | | 1 | | | | 1 |
| | Hypoxia | | 1 | | | | | 1 |
| | Interstitial lung disease | 1 | | | | | | 1 |
| | Nasal disorder | 1 | | | | | | 1 |
| | Nasal dryness | | | | | 1 | | 1 |
| | Nasal polyps | | | | | 1 | | 1 |
| | Pharyngeal hypoaesthesia | | | | | 1 | | 1 |
| | Pickwickian syndrome | | 1 | | | | | 1 |
| | Pleural fibrosis | | | | | 1 | | 1 |
| | Pleurisy | | | | | 1 | | 1 |
| | Pleuritic pain | | | | | 1 | | 1 |
| | Pneumomediastinum | 1 | | | | | | 1 |
| | Pneumonitis | | 1 | | | | | 1 |
| | Pulmonary granuloma | | | | | 1 | | 1 |
| | Pulmonary mass | 1 | | | | | | 1 |
| | Pulmonary thrombosis | | | 1 | | | | 1 |
| | Respiratory distress | 1 | | | | | | 1 |
| | Sinus congestion | | | | | 1 | | 1 |
| | Sneezing | | | | | 1 | | 1 |
| | Suffocation feeling | | | | | 1 | | 1 |
| | Vocal cord polyp | 1 | | | | | | 1 |
| | **Sub Totals** | **76** | **29** | **47** | **7** | **111** | **5** | **275** |
| Skin and subcutaneous tissue disorders | | | | | | | | |
| | Rash | 1 | | 2 | 4 | 40 | 1 | 48 |
| | Pruritus | | | 1 | 2 | 37 | 3 | 43 |
| | Alopecia | | | | | 33 | | 33 |
| | Hyperhidrosis | | | | 2 | 28 | | 30 |
| | Urticaria | | | 1 | 1 | 19 | | 21 |

Cont...

Page No. :2227

**2230**

Pfizer_MEvertsz_0133588

Neurontin :(gabapentin) Capsules    Date/Time : 04/OCT/2006;14:19:1    NDA : 20-235

Periodic Report
Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic
Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Number of reports | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| | | Serious Unlabeled | | Serious Labeled | | Non Serious | | |
| | | Domestic | Foreign | Domestic | Foreign | Domestic | Foreign | |
| | Erythema | | 1 | | | 13 | | 14 |
| | Swelling face | | 3 | 2 | | 6 | | 11 |
| | Blister | 1 | | | | 5 | | 6 |
| | Skin discolouration | | | | | 5 | 1 | 6 |
| | Skin disorder | | 1 | | | 5 | | 6 |
| | Photosensitivity reaction | 1 | | | | 3 | 1 | 5 |
| | Rash macular | | 1 | | | 4 | | 5 |
| | Scar | 1 | | | | 4 | | 5 |
| | Skin lesion | | | | | 4 | 1 | 5 |
| | Cold sweat | | | | | 4 | | 4 |
| | Ecchymosis | 1 | | | | 2 | 1 | 4 |
| | Rash maculo-papular | | 1 | 1 | 1 | 1 | | 4 |
| | Rash pruritic | | | | | 4 | | 4 |
| | Skin ulcer | | 1 | 1 | | 2 | | 4 |
| | Acne | | | | | 3 | | 3 |
| | Angioneurotic oedema | | | 3 | | | | 3 |
| | Dry skin | | | | | 3 | | 3 |
| | Skin burning sensation | | | | | 3 | | 3 |
| | Cutaneous vasculitis | | 2 | | | | | 2 |
| | Dermatitis bullous | | | | 1 | | 1 | 2 |
| | Dermatitis exfoliative | | 2 | | | | | 2 |
| | Eczema | | 1 | 1 | | | | 2 |
| | Lichen planus | 1 | | | | 1 | | 2 |
| | Neurodermatitis | | | | | 2 | | 2 |
| | Night sweats | | | | | 2 | | 2 |
| | Pain of skin | | | | | 2 | | 2 |
| | Psoriasis | | 1 | 1 | | | | 2 |
| | Purpura | | | | 2 | | | 2 |
| | Rash generalised | | | | | | 2 | 2 |
| | Rosacea | | | | | 2 | | 2 |
| | Skin exfoliation | | | | | 2 | | 2 |
| | Actinic keratosis | | | | | 1 | | 1 |
| | Acute febrile neutrophilic dermatosis | | | | | 1 | | 1 |
| | Blood blister | | | | | 1 | | 1 |
| | Dandruff | | | | | 1 | | 1 |
| | Decubitus ulcer | | | | | 1 | | 1 |
| | Dermatitis | | | | | 1 | | 1 |
| | Hypoaesthesia facial | | | | | 1 | | 1 |
| | Hypotrichosis | | | | | 1 | | 1 |
| | Increased tendency to bruise | | | | | | 1 | 1 |
| | Ingrowing nail | 1 | | | | | | 1 |
| | Leukocytoclastic vasculitis | 1 | | | | | | 1 |
| | Male pattern baldness | | | | | 1 | | 1 |
| | Nail discolouration | | | | | 1 | | 1 |
| | Nail growth abnormal | | | | | 1 | | 1 |
| | Palmar erythema | | | | | 1 | | 1 |
| | Petechiae | | 1 | | | | | 1 |
| | Precancerous skin lesion | | | | | 1 | | 1 |
| | Pruritus generalised | | | | | 1 | | 1 |
| | Rash erythematous | | | | | 1 | | 1 |
| | Scab | | | | | 1 | | 1 |
| | Seborrhoeic dermatitis | | | | | 1 | | 1 |
| | Skin atrophy | | | | | 1 | | 1 |
| | Skin chapped | | | | | 1 | | 1 |
| | Skin depigmentation | | | | | 1 | | 1 |
| | Skin discomfort | | | | | 1 | | 1 |
| | Skin erosion | | | | | 1 | | 1 |
| | Skin inflammation | | | | | 1 | | 1 |
| | Skin irritation | | | | | 1 | | 1 |
| | Skin reaction | 1 | | | | | | 1 |
| | Skin striae | | | | | 1 | | 1 |
| | Stevens-Johnson syndrome | | | 1 | | | | 1 |
| | Trichorrhexis | | | | | 1 | | 1 |
| | Yellow skin | | | | | 1 | | 1 |
| | Sub Totals | 9 | 15 | 14 | 13 | 266 | 12 | 329 |
| Social circumstances | | | | | | | | |
| | Disability | 17 | | | | 4 | | 21 |
| | Activities of daily living impaired | 6 | 2 | | | 9 | | 17 |
| | Impaired driving ability | | 1 | | | 12 | | 13 |
| | Impaired work ability | 6 | 1 | | | 4 | 1 | 12 |
| | Drug abuser | 7 | 2 | | | 2 | | 11 |
| | Bedridden | 5 | 2 | | | 2 | | 9 |
| | Wheelchair user | 5 | | | | | | 5 |
| | Menopause | | | | | 3 | | 3 |
| | Physical disability | 2 | 1 | | | | | 3 |
| | Polysubstance abuse | 3 | | | | | | 3 |

Cont...

Page No. :2228

**2231**

Neurontin :(gabapentin) Capsules       Date/Time : 04/OCT/2006;14:19:1
NDA : 20-235

Periodic Report
Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic
Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Serious Unlabeled | | Serious Labeled | | Non Serious | | Total |
|---|---|---|---|---|---|---|---|---|
| | | Domestic | Foreign | Domestic | Foreign | Domestic | Foreign | |
| | Corrective lens user | | | | | 2 | | 2 |
| | Job dissatisfaction | 1 | | | | 1 | | 2 |
| | Victim of crime | 1 | | | | 1 | | 2 |
| | Walking aid user | 2 | | | | | | 2 |
| | Walking disability | 1 | 1 | | | | | 2 |
| | Economic problem | | | | | 1 | | 1 |
| | Imprisonment | 1 | | | | | | 1 |
| | Learning disability | | | | | 1 | | 1 |
| | Parent-child problem | 1 | | | | | | 1 |
| | Partner stress | 1 | | | | | | 1 |
| | Physical abuse | | | | | 1 | | 1 |
| | Physical assault | | | | | 1 | | 1 |
| | Social problem | | | | | 1 | | 1 |
| | Truancy | | | | | 1 | | 1 |
| | Victim of abuse | | | | | 1 | | 1 |
| | Sub Totals | 59 | 10 | | | 47 | 1 | 117 |
| Surgical and medical procedures | | | | | | | | |
| | Surgery | 25 | 3 | | | | | 28 |
| | Knee arthroplasty | 8 | | | | | | 8 |
| | Spinal laminectomy | 5 | 1 | | | | | 6 |
| | Hysterectomy | 5 | | | | | | 5 |
| | Spinal fusion surgery | 5 | | | | | | 5 |
| | Spinal operation | 4 | 1 | | | | | 5 |
| | Face lift | 4 | | | | | | 4 |
| | Knee operation | 4 | | | | | | 4 |
| | Stent placement | 4 | | | | | | 4 |
| | Cardiac operation | 3 | | | | | | 3 |
| | Coronary arterial stent insertion | 3 | | | | | | 3 |
| | Dialysis | 3 | | | | | | 3 |
| | Hip arthroplasty | 3 | | | | | | 3 |
| | Therapy regimen changed | | | | | 3 | | 3 |
| | Amputation | 2 | | | | | | 2 |
| | Brain operation | 1 | 1 | | | | | 2 |
| | Cardiac pacemaker insertion | 1 | 1 | | | | | 2 |
| | Eye operation | 2 | | | | | | 2 |
| | Gastric bypass | 2 | | | | | | 2 |
| | Haemodialysis | | 2 | | | | | 2 |
| | Nerve block | 1 | | | | 1 | | 2 |
| | Peripheral nerve operation | 2 | | | | | | 2 |
| | Shoulder operation | 2 | | | | | | 2 |
| | Toe operation | 2 | | | | | | 2 |
| | Tracheostomy | 2 | | | | | | 2 |
| | Triple vessel bypass graft | 2 | | | | | | 2 |
| | Analgesic intervention supportive therapy | | | | | 1 | | 1 |
| | Appendicectomy | 1 | | | | | | 1 |
| | Bladder operation | 1 | | | | | | 1 |
| | Bunion operation | 1 | | | | | | 1 |
| | Carpal tunnel decompression | 1 | | | | | | 1 |
| | Cataract operation | 1 | | | | | | 1 |
| | Colon operation | 1 | | | | | | 1 |
| | Cryotherapy | 1 | | | | | | 1 |
| | Cyst drainage | 1 | | | | | | 1 |
| | Cyst removal | 1 | | | | | | 1 |
| | Dental implantation | 1 | | | | | | 1 |
| | Drug therapy | | | | | 1 | | 1 |
| | Drug therapy changed | | | | | 1 | | 1 |
| | Eye excision | 1 | | | | | | 1 |
| | Eye laser surgery | 1 | | | | | | 1 |
| | Foot operation | | 1 | | | | | 1 |
| | Forceps delivery | | 1 | | | | | 1 |
| | Gallbladder operation | 1 | | | | | | 1 |
| | Gamma radiation therapy | 1 | | | | | | 1 |
| | Heart valve replacement | 1 | | | | | | 1 |
| | Hip surgery | 1 | | | | | | 1 |
| | Hospitalisation | 1 | | | | | | 1 |
| | Implantable defibrillator replacement | 1 | | | | | | 1 |
| | Intervertebral disc operation | 1 | | | | | | 1 |
| | Intestinal operation | 1 | | | | | | 1 |
| | Joint stabilisation | | | | | 1 | | 1 |
| | Leg amputation | 1 | | | | | | 1 |
| | Life support | 1 | | | | | | 1 |
| | Nervous system surgery | | 1 | | | | | 1 |
| | Prostatic operation | 1 | | | | | | 1 |
| | Resuscitation | 1 | | | | | | 1 |
| | Sinus operation | 1 | | | | | | 1 |

Cont...

Neurontin :(gabapentin) Capsules  
Date/Time : 04/OCT/2006;14:19:1  
NDA : 20-235

Periodic Report  
Number of Adverse Experiences by Body System, Seriousness, Labeling and Geographic  
Combined Initial/Follow-up Cases

| Body System | Adverse Experience | Serious Unlabeled Domestic | Serious Unlabeled Foreign | Serious Labeled Domestic | Serious Labeled Foreign | Non Serious Domestic | Non Serious Foreign | Total |
|---|---|---|---|---|---|---|---|---|
| | Spinal cord operation | 1 | | | | | | 1 |
| | Spinal nerve stimulator implantation | 1 | | | | | | 1 |
| | Splenectomy | 1 | | | | | | 1 |
| | Tendon operation | 1 | | | | | | 1 |
| | Tendon transfer | 1 | | | | | | 1 |
| | Toe amputation | 1 | | | | | | 1 |
| | Ureteric diversion operation | 1 | | | | | | 1 |
| | Uterine operation | 1 | | | | | | 1 |
| | Vena cava filter insertion | 1 | | | | | | 1 |
| | Venous operation | 1 | | | | | | 1 |
| | Vestibular apparatus operation | 1 | | | | | | 1 |
| | Sub Totals | 131 | 12 | | | 8 | | 151 |
| Vascular disorders | | | | | | | | |
| | Hypertension | 1 | 1 | 4 | | 43 | | 49 |
| | Hypotension | 2 | | 8 | 1 | 5 | 4 | 20 |
| | Haemorrhage | 8 | 1 | | | 1 | | 10 |
| | Hot flush | | | | | 9 | | 9 |
| | Flushing | | | | | 8 | | 8 |
| | Pallor | | 1 | | | 4 | 1 | 6 |
| | Deep vein thrombosis | 1 | 1 | 1 | 2 | | | 5 |
| | Blood pressure fluctuation | 2 | | | | 1 | 1 | 4 |
| | Thrombosis | 2 | 1 | 1 | | | | 4 |
| | Circulatory collapse | 3 | | | | | | 3 |
| | Lymphoedema | 1 | | | | 2 | | 3 |
| | Angiopathy | 1 | | | | | 1 | 2 |
| | Aortic aneurysm | 1 | 1 | | | | | 2 |
| | Arterial occlusive disease | 1 | | | | 1 | | 2 |
| | Orthostatic hypotension | | 2 | | | | | 2 |
| | Poor peripheral circulation | 1 | | | | 1 | | 2 |
| | Shock | | 2 | | | | | 2 |
| | Aneurysm | 1 | | | | | | 1 |
| | Aortic arteriosclerosis | | | | | 1 | | 1 |
| | Arterial disorder | | | | | 1 | | 1 |
| | Arterial thrombosis | 1 | | | | | | 1 |
| | Blood pressure inadequately controlled | | | | | 1 | | 1 |
| | Embolism | 1 | | | | | | 1 |
| | Hyperaemia | | | | | 1 | | 1 |
| | Infarction | | 1 | | | | | 1 |
| | Ischaemia | 1 | | | | | | 1 |
| | Jugular vein thrombosis | 1 | | | | | | 1 |
| | Lymphangiectasia | 1 | | | | | | 1 |
| | Peripheral artery aneurysm | | | | | 1 | | 1 |
| | Peripheral ischaemia | | 1 | | | | | 1 |
| | Peripheral vascular disorder | | | | | 1 | | 1 |
| | Temporal arteritis | | | 1 | | | | 1 |
| | Vasculitis | | 1 | | | | | 1 |
| | Vasoconstriction | | | | | 1 | | 1 |
| | Vasodilatation | | | | 1 | | | 1 |
| | Venous occlusion | | | | | 1 | | 1 |
| | Sub Totals | 30 | 13 | 15 | 4 | 83 | 7 | 152 |
| | Grand Totals | 1502 | 421 | 1271 | 250 | 7330 | 245 | 11019 |

Page No. :2230

2233

Pfizer_MEvertsz_0133591

**PERIODIC REPORT**

## NARRATIVE SUMMARY OF ACTIONS TAKEN

**A: Listing of Labeling Changes Made During the Reporting Period**

The package insert corresponding to Neurontin Capsules (NDA# 20-235), Neurontin Tablets (NDA# 20-882), and Neurontin Oral Solution (NDA# 21-129) underwent multiple revisions from LAB-0106-6 (May 2004). These included LAB-0106-7.0 (April 2005) and LAB-0106-8.0 (December 2005). The package insert (Greenstone) corresponding to Gabapentin Capsules (NDA# 20-235), Gabapentin Tablets (NDA# 20-882), and Gabapentin Oral Solution (NDA# 21-129) underwent multiple revisions from LAB-0290-2 (September 2004). These included LAB-0290-3.0 (April 2005) and LAB-0290-4.0 (December 2005).

The following same changes were made in the package inserts:

In the **ADVERSE REACTIONS** section, **Other Adverse Events Observed During All Clinical Trials** subsection, under Clinical Trials in Adults and Adolescents (Except Clinical Trials in Neuropathic Pain), the following changes were made:

The number of patients was changed from 2074 to 4717.

In the Nervous System paragraph, the events of "suicidal" and "suicidal gesture" were deleted, and replaced with the events of "suicide attempt" and "suicide".

In the **ADVERSE REACTIONS** section, **Clinical Trials in Adults with Neuropathic Pain of Various Etiologies** subsection, in the Nervous System paragraph, **the event of "suicide attempt" was added.**

In the **ADVERSE REACTIONS** section, **Postmarketing and Other Experience** subsection, the following change was made:

The words "such as dyskinesia" were removed from the first paragraph, and the paragraph reads as: "In addition to the adverse experiences reported during clinical testing of Neurontin, the following adverse experiences have been reported in patients receiving marketed Neurontin. These adverse experiences have not been listed above and data are insufficient to support an estimate of their incidence or to establish causation. The listing is alphabetized: angioedema, blood glucose fluctuation, erythema multiforme, elevated liver function tests, fever, hyponatremia, jaundice, movement disorder, Stevens-Johnson syndrome."

In the **DOSAGE AND ADMINISTRATION** section, the second paragraph was updated to: "If Neurontin dose is reduced, discontinued or substituted with an alternative medication, this should be done gradually over a minimum of 1 week (a longer period may be needed at the discretion of the prescriber)."

NEURONTIN (gabapentin) SINGLE MOIETY
Reporting Period: August 19, 2005 to August 18, 2006 (NDA #20-235, 20-882, 21-129)

**PERIODIC REPORT**

---

The labeling revisions also consisted of minor editorial and cosmetic changes that were not a result of any adverse or safety-related events.

These changes are highlighted on the attached package inserts.

**B: Current Labeling-** Copies of the current labeling for the above mentioned NDA #'s are attached.