# EXHIBIT I

| AER_ID | AER_NO | Report Initially Received | Last Best Case Report Received | Event | Label Status | County Label |
|---|---|---|---|---|---|---|
| 199700003699 | 001-0945-940300 | 9/19/1994 | 10/6/1994 | Completed suicide | Unlabelled | USA |
| 200000101725 | 032-0945-M0000010 | 3/22/2000 | 8/2/2000 | Completed suicide | Unlabelled | USA |
| 200000116853 | 001-0945-M0100100 | 1/22/2001 | 1/22/2001 | Completed suicide | Unlabelled | USA |
| 250000218780 | 2002057053 | 9/6/2002 | 9/6/2002 | Completed suicide | Unlabelled | USA |
| 250000225199 | 2002060656 | 10/1/2002 | 10/1/2002 | Completed suicide | Unlabelled | USA |
| 250000233220 | 2002064869 | 10/26/2002 | 10/26/2002 | Completed suicide | Unlabelled | USA |
| 250000256390 | 2003001595 | 1/9/2003 | 1/17/2003 | Completed suicide | Unlabelled | USA |
| 250000277609 | 2003003067 | 12/12/2002 | 12/12/2002 | Completed suicide | Unlabelled | USA |
| 250000277612 | 2003003069 | 12/12/2002 | 12/12/2002 | Completed suicide | Unlabelled | USA |
| 250000277621 | 2003003072 | 12/12/2002 | 12/12/2002 | Completed suicide | Unlabelled | USA |
| 250000277626 | 2003003074 | 12/12/2002 | 12/12/2002 | Completed suicide | Unlabelled | USA |
| 250000277628 | 2003003075 | 12/12/2002 | 12/12/2002 | Completed suicide | Unlabelled | USA |
| 250000277632 | 2003003076 | 12/12/2002 | 12/12/2002 | Completed suicide | Unlabelled | USA |
| 250000277671 | 2003003080 | 12/12/2002 | 12/12/2002 | Completed suicide | Unlabelled | USA |
| 310000279569 | 2003013657 | 3/25/2003 | 3/25/2003 | Completed suicide | Unlabelled | USA |
| 310000279571 | 2003013658 | 3/25/2003 | 3/25/2003 | Completed suicide | Unlabelled | USA |
| 310000289749 | 2003016387 | 4/14/2003 | 4/14/2003 | Completed suicide | Unlabelled | USA |
| 310000289763 | 2003016394 | 4/14/2003 | 4/14/2003 | Completed suicide | Unlabelled | USA |
| 310000289765 | 2003016395 | 4/14/2003 | 4/14/2003 | Completed suicide | Unlabelled | USA |
| 310000289767 | 2003016396 | 4/14/2003 | 4/14/2003 | Completed suicide | Unlabelled | USA |
| 310000289769 | 2003016397 | 4/14/2003 | 4/14/2003 | Completed suicide | Unlabelled | USA |
| 310000289773 | 2003016399 | 4/14/2003 | 4/14/2003 | Completed suicide | Unlabelled | USA |
| 310000289809 | 2003016417 | 4/14/2003 | 4/14/2003 | Completed suicide | Unlabelled | USA |
| 310000349978 | 2003017239 | 4/17/2003 | 7/10/2003 | Completed suicide | Unlabelled | USA |
| 310000393189 | 2003039719 | 9/22/2003 | 9/22/2003 | Completed suicide | Unlabelled | USA |
| 310000393191 | 2003039720 | 9/22/2003 | 9/22/2003 | Completed suicide | Unlabelled | USA |
| 310000393193 | 2003039721 | 9/22/2003 | 9/22/2003 | Completed suicide | Unlabelled | USA |
| 310000393683 | 2003039897 | 9/22/2003 | 9/22/2003 | Completed suicide | Unlabelled | USA |
| 310000393685 | 2003039898 | 9/22/2003 | 9/22/2003 | Completed suicide | Unlabelled | USA |
| 320000016366 | 2003113340 | 10/20/2003 | 10/22/2003 | Completed suicide | Unlabelled | USA |
| 320000058790 | 2003016415 | 4/14/2003 | 1/5/2004 | Completed suicide | Unlabelled | USA |
| 320000089950 | 2003023631 | 5/31/2003 | 1/3/2004 | Completed suicide | Unlabelled | USA |
| 320000098557 | 2004002253 | 1/12/2004 | 2/27/2004 | Completed suicide | Unlabelled | USA |
| 320000100985 | 2003121920 | 12/3/2003 | 3/3/2004 | Completed suicide | Unlabelled | USA |

| AER_ID | AER_NO | Report Initially Received | Last Best Case Report Received | Event | Label Status | County Label |
|---|---|---|---|---|---|---|
| 320000126432 | 2004022191 | 3/30/2004 | 3/30/2004 | Completed suicide | Unlabelled | USA |
| 320000155403 | 2004032207 | 5/13/2004 | 5/13/2004 | Completed suicide | Unlabelled | USA |
| 320000173934 | 001-0945-M0101475 | 12/28/2001 | 6/3/2004 | Completed suicide | Unlabelled | USA |
| 320000173946 | 001-0945-M0200490 | 4/12/2002 | 6/4/2004 | Completed suicide | Unlabelled | USA |
| 320000198021 | 2004043537 | 6/25/2004 | 6/25/2004 | Completed suicide | Unlabelled | USA |
| 320000205491 | 2004049251 | 7/20/2004 | 7/20/2004 | Completed suicide | Unlabelled | USA |
| 320000211767 | 2004033685 | 5/18/2004 | 7/28/2004 | Completed suicide | Unlabelled | USA |
| 320000213141 | 2004052118 | 7/29/2004 | 7/29/2004 | Completed suicide | Unlabelled | USA |
| 320000230748 | 2004058040 | 8/18/2004 | 8/18/2004 | Completed suicide | Unlabelled | USA |
| 320000230752 | 2004058042 | 8/18/2004 | 8/18/2004 | Completed suicide | Unlabelled | USA |
| 320000236604 | 2004059901 | 8/27/2004 | 8/27/2004 | Completed suicide | Unlabelled | USA |
| 320000252037 | 2004065930 | 9/15/2004 | 9/15/2004 | Completed suicide | Unlabelled | USA |
| 320000263504 | 2004070288 | 9/27/2004 | 9/27/2004 | Completed suicide | Unlabelled | USA |
| 320000263517 | 2004070293 | 9/27/2004 | 9/27/2004 | Completed suicide | Unlabelled | USA |
| 320000263524 | 2004070297 | 9/27/2004 | 9/27/2004 | Completed suicide | Unlabelled | USA |
| 320000264086 | 2004070485 | 9/27/2004 | 9/27/2004 | Completed suicide | Unlabelled | USA |
| 320000264122 | 2004070501 | 9/27/2004 | 9/27/2004 | Completed suicide | Unlabelled | USA |
| 320000267589 | 2004071970 | 9/29/2004 | 9/29/2004 | Completed suicide | Unlabelled | USA |
| 320000274440 | 2004074993 | 10/6/2004 | 10/6/2004 | Completed suicide | Unlabelled | USA |
| 320000296182 | 2004083654 | 10/26/2004 | 10/26/2004 | Completed suicide | Unlabelled | USA |
| 320000318408 | 2004093208 | 11/16/2004 | 11/16/2004 | Completed suicide | Unlabelled | USA |
| 320000318493 | 2004093246 | 11/15/2004 | 11/15/2004 | Completed suicide | Unlabelled | USA |
| 320000324813 | 2004096018 | 11/18/2004 | 11/18/2004 | Completed suicide | Unlabelled | USA |
| 320000341377 | 2004102854 | 11/29/2004 | 11/29/2004 | Completed suicide | Unlabelled | USA |
| 320000341914 | 2004103044 | 12/3/2004 | 12/3/2004 | Completed suicide | Unlabelled | USA |
| 320000350136 | 2004106658 | 12/7/2004 | 12/7/2004 | Completed suicide | Unlabelled | USA |
| 320000350215 | 2004106702 | 12/7/2004 | 12/7/2004 | Completed suicide | Unlabelled | USA |
| 320000350252 | 2004106719 | 12/7/2004 | 12/7/2004 | Completed suicide | Unlabelled | USA |
| 320000350453 | 2004106809 | 12/7/2004 | 12/7/2004 | Completed suicide | Unlabelled | USA |
| 320000376269 | 2004117310 | 12/16/2004 | 12/16/2004 | Completed suicide | Unlabelled | USA |
| 320000376499 | 2004117391 | 12/16/2004 | 12/16/2004 | Completed suicide | Unlabelled | USA |
| 320000395979 | 2005004215 | 1/4/2005 | 1/4/2005 | Completed suicide | Unlabelled | USA |
| 320000396066 | 2005004260 | 1/4/2005 | 1/4/2005 | Completed suicide | Unlabelled | USA |
| 320000402260 | 2005007328 | 1/5/2005 | 1/5/2005 | Completed suicide | Unlabelled | USA |

| AER_ID | AER_NO | Report Initially Received | Last Best Case Report Received | Event | Label Status | County Label |
|---|---|---|---|---|---|---|
| 320000402694 | 2005007511 | 1/5/2005 | 1/5/2005 | Completed suicide | Unlabelled | USA |
| 320000407554 | 2004064324 | 9/9/2004 | 1/10/2005 | Completed suicide | Unlabelled | USA |
| 320000420906 | 2005012866 | 1/13/2005 | 1/13/2005 | Completed suicide | Unlabelled | USA |
| 320000448051 | 2005024040 | 2/2/2005 | 2/2/2005 | Completed suicide | Unlabelled | USA |
| 320000448116 | 2005024066 | 2/2/2005 | 2/2/2005 | Completed suicide | Unlabelled | USA |
| 320000448131 | 2004065605 | 9/14/2004 | 1/29/2005 | Completed suicide | Unlabelled | USA |
| 320000448141 | 2004070295 | 9/27/2004 | 2/2/2005 | Completed suicide | Unlabelled | USA |
| 320000459126 | 2005022778 | 1/31/2005 | 2/4/2005 | Completed suicide | Unlabelled | USA |