EXHIBIT K

```
 1              UNITED STATES DISTRICT COURT              DISTRICT OF MASS[A]

 2                  MDL Docket No. 1629                Master File No. 04-1[0

 3   In re:  NEURONTIN MARKETING,

 4   SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION

 5   _____xTHIS DOCUMENT RELATES TO:

 6   Bulger v. Pfizer, et al.

 7   07-CV-11426-PBS_____x

 8

 9

10        VIDEO DEPOSITION OF JANET ARROWSMITH-LOWE, M.D.           Ja[n

11                    9:18 a.m.              Homewood Suites by Hilton

12                7101 Arvada Avenue, N.E.        Albuquerque, New Mexi[co

13

14

15          PURSUANT TO THE FEDERAL RULES OF CIVILPROCEDURE, this deposition

16   TAKEN BY:  MR. KEITH L. ALTMAN

17            Attorney for the Products Liability       Plaintiffs

18

19

20

21

22   REPORTED BY:  Jan A. Williams, RPR, CCR 14         Bean & Associates

23              Professional Court Reporting Service         201 Thir[d

24              Albuquerque, New Mexico   87102

25   (1945D)   JAW
```

1

```
 1      A.    Well, I guess there are kind of a lot of
 2   levels of that.  Whether you're talking about
 3   completed suicide or someone who attempts suicide but
 4   does not complete the act or has not acted in a way as
 5   to terminate their life, I mean they're still
 6   suicidal.
 7      Q.    Objection, nonresponsive.
 8            Does everybody who exhibits suicidal behavior
 9   actually commit suicide?
10      A.    If they exhibit suicidal behavior, it would
11   imply that they are placing themselves at risk for
12   suicide.
13      Q.    Objection, nonresponsive.
14            Does everybody who exhibits suicidal behavior
15   commit suicide?
16            MR. BARNES:  Objection, asked and answered.
17   She's answered it three times.
18   BY MR. ALTMAN:
19      Q.    She has not answered it.
20      A.    What do you mean by suicide?
21      Q.    Commits -- do you know what the term to
22   commit suicide means?
23      A.    Do you -- what do you mean by suicide?  Do
24   you mean that someone has actually killed themselves?
25      Q.    That's what to commit suicide means.
```

```
 1        A.   No, it doesn't.
 2        Q.   That's fine.
 3        A.   I don't think so.  I think you were asking me
 4   if they -- if suicide -- about suicidal behavior.
 5   That's not the same as actually a completed suicide.
 6        Q.   Okay.  That's what I'm saying.  So
 7   everybody -- so not everybody who -- who exhibits
 8   suicidal behavior actually completes suicide, correct?
 9        A.   Yes, I believe I've -- I've said that several
10   times, yes.
11        Q.   And not everybody who exhibits suicidal
12   behavior attempts suicide, correct?
13             MR. BARNES:  Objection, asked and answered.
14   You may answer.
15             THE WITNESS:  I don't know what you mean by
16   attempts suicide.
17   BY MR. ALTMAN:
18        Q.   What do you think attempts suicide means?
19        A.   I'm not asking the question.
20        Q.   I'm asking -- I'm asking what does attempt
21   suicide mean in your mind?
22        A.   It means someone has made preparatory acts to
23   commit suicide, it means that they have in some way
24   perhaps attempted to complete a suicide.  I
25   mean they -- I don't think there's a clear definition
```