UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:

*Bulger v. Pfizer Inc.,* 1:07-11426-PBS
------------------------------------------------------------x

MDL Docket No.: 1629

Master File No.: 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE THE TESTIMONY
OF ALL OF DEFENDANTS' EXPERT WITNESSES OTHER THAN DR.
GIBBONS CONCERNING THE FDA ALERT AND RELATED FDA SUBJECTS
OR, IN THE ALTERNATIVE, TO PRECLUDE THE TESTIMONY OF DR. GIBBONS**

Plaintiff RONALD J. BULGER, SR., as Administrator of the Estate of Susan Bulger, deceased, by and through his attorneys, The Lanier Law Firm, P.L.L.C. and Finkelstein & Partners, LLP, hereby moves this Court for an order precluding the testimony of all of Defendants' expert witnesses other than Robert D. Gibbons, Ph.D., concerning the FDA Alert and related FDA subjects or, in the alternative, precluding the testimony of Dr. Gibbons.

This Motion is supported by Plaintiff's Memorandum in Support, and the Declaration of Andrew G. Finkelstein, Esq. and exhibits annexed thereto, submitted herewith.

Dated: June 22, 2009

Respectfully submitted,

By:   **/s/ W. Mark Lanier**
W. Mark Lanier, Esquire
THE LANIER LAW FIRM, P.L.L.C.
126 East 56th Street, 6th Floor
New York, NY  10022

By: **/s/ Andrew G. Finkelstein**

Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY 12551

*Attorneys for Plaintiff Ronald J. Bulger, Sr.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 22, 2009.

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire