UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629 |
| | : Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | : Judge Patti B. Saris |
| | : Magistrate Judge Leo T. Sorokin |
| *Bulger v. Pfizer Inc., et al.* Case No. 1:07-cv-11426-PBS | : |

**DEFENDANTS' MOTION TO EXCLUDE**
**THE TESTIMONY OF DAN BROCK**

Pursuant to Federal Rules of Evidence 403, 602, 702, and 703, Defendants, Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer"), respectfully move this Court for an order *in limine* excluding the testimony of Professor Dan Brock from trial. Professor Brock's testimony is inadmissible under Rule 702 because it is subjective and personal testimony on ethical duties, which invades the province of the Court and is unhelpful to the jury. Moreover, Professor Brock's testimony is inadmissible under Rules 702 and 703 both because he lacks relevant knowledge or expertise and because his testimony is not sufficiently reliable. Further, Professor Brock's testimony cannot simply serve as a "document prop" to put documents about which he lacks personal knowledge before the jury to offer his conclusions about them. Finally, Professor Brock's testimony is inadmissible under Rule 403 because it poses a risk of unfair prejudice to Pfizer that substantially outweighs its minimal, if any, probative value. Accordingly, Professor Brock's testimony must be excluded in its entirety.

The grounds for this motion are set forth in more detail in the accompanying memorandum of law. Also submitted in support of this motion is a Declaration of Mark S. Cheffo.

WHEREFORE, Defendants respectfully request that the Court exclude Professor Brock's testimony at trial.

Dated: June 22, 2009                                    Respectfully submitted,

                                                        SKADDEN, ARPS, SLATE,
                                                          MEAGHER & FLOM LLP

                                                        By:/s/ Mark S. Cheffo
                                                           Mark S. Cheffo

                                                        Four Times Square
                                                        New York, NY 10036
                                                        Tel:  (212) 735-3000

                                                           -and-

                                                        BOIES, SCHILLER & FLEXNER LLP

                                                        By:/s/ William S. Ohlemeyer
                                                           William S. Ohlemeyer

                                                        333 Main Street
                                                        Armonk, NY 10504
                                                        Tel: (914) 749-8200

                                                           -and-

                                                        SHOOK, HARDY & BACON L.L.P.

                                                        By:/s/ Scott W. Sayler
                                                           Scott W. Sayler

                                                        2555 Grand Blvd.
                                                        Kansas City, MO 64108-2613
                                                        Tel:  (816) 474-6550

                                                           -and-

- 3 -

WHITE AND WILLIAMS LLP

By:/s/ David B. Chaffin
David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 22, 2009.

/s/ David B. Chaffin
David B. Chaffin