UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:             MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                :
         SALES PRACTICES AND                 :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION       :
                                             :   Judge Patti B. Saris
------------------------------------------------------------x
                                             :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO                     :
                                             :
*Bulger v. Pfizer Inc., 1:07-11426-PBS*      :
                                             :
------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN SUPPORT OF
PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF
ALL OF DEFENDANTS' EXPERT WITNESSES OTHER THAN DR. GIBBONS
CONCERNING THE FDA ALERT AND RELATED FDA SUBJECTS
OR, IN THE ALTERNATIVE, EXCLUDE THE TESTIMONY OF DR. GIBBONS**

I, Andrew G. Finkelstein, deposes and states as follows:

1.  I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter and a member of the Products Liability Plaintiffs' Steering Committee.

2.  This declaration is submitted in support of Plaintiff's Motion in Limine to exclude the testimony of all of Defendants' expert witnesses other than Robert D. Gibbons, Ph.D., concerning the FDA Alert and related FDA subjects or, in the alternative, exclude the testimony of Dr. Gibbons.

3.  The following documents are attached hereto in support of this motion:

Exhibit A -   Arrowsmith-Lowe Deposition, January 9, 2009, pp. 127:19-129:11

Exhibit B -   Ruggieri Dep., December 5, 2008, pp. 98:23-100:22, 101:12-101:20

Exhibit C -   Weiss Smith Dep., December 22, 2008, pp. 60:6-63:21, Plaintiffs Ex. E

Exhibit D -   Defendants' February 2008 update to their expert disclosures

Exhibit E -   Arrowsmith-Lowe Supplemental Expert Report

Exhibit F -   Ruggieri Supplemental Expert Report

Exhibit G -   Weiss Smith Supplemental Expert Report

Exhibit H -   Sancora Supplemental Expert Report

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 22, 2009

                                        **/s/ Andrew G. Finkelstein**
                                        Andrew G. Finkelstein
                                        Finkelstein & Partners, LLP
                                        1279 Route 300, P.O. Box 1111
                                        Newburgh, NY  12551
                                        (800) 634-1212
                                        *Attorneys for Plaintiff Ronald J. Bulger, Sr.*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 22, 2009.

Dated:  June 22, 2009

                                        **/s/ Andrew G. Finkelstein**
                                        Andrew G. Finkelstein