EXHIBIT A

```
 1            UNITED STATES DISTRICT COURT              DISTRICT OF MASS[A]
 2              MDL Docket No. 1629                     Master File No. 04-1[0
 3   In re:  NEURONTIN MARKETING,
 4   SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION
 5   _____xTHIS DOCUMENT RELATES TO:
 6   Bulger v. Pfizer, et al.
 7   07-CV-11426-PBS_____x
 8
 9
10       VIDEO DEPOSITION OF JANET ARROWSMITH-LOWE, M.D.            Ja[n
11                   9:18 a.m.              Homewood Suites by Hilton
12              7101 Arvada Avenue, N.E.        Albuquerque, New Mexi[co
13
14
15       PURSUANT TO THE FEDERAL RULES OF CIVILPROCEDURE, this deposition
16   TAKEN BY:  MR. KEITH L. ALTMAN
17            Attorney for the Products Liability       Plaintiffs
18
19
20
21
22   REPORTED BY:  Jan A. Williams, RPR, CCR 14       Bean & Associates
23              Professional Court Reporting Service         201 Third
24              Albuquerque, New Mexico  87102
25   (1945D)  JAW
```

1

1    A.   I know about the practices of FDA and what
2    data are available to FDA.  And based on that I can
3    estimate that probably they did know about Neurontin's
4    off-label use.
5         MR. BARNES:  Is this a good time to break for
6    lunch?
7         MR. ALTMAN:  Yeah, if you want to.  Why don't
8    we go off the record.
9         THE VIDEOGRAPHER:  We are off the record.
10   The time now is 12:21 p.m.
11        (Recess.)
12        THE VIDEOGRAPHER:  We are on the record.  The
13   time now is 1:15 p.m.
14   BY MR. ALTMAN:
15   Q.   Dr. Arrowsmith-Lowe, we're going to move off
16   of your addendum to your supplemental report and onto
17   some other things.
18   A.   Okay.
19   Q.   Are you aware that in the end of January of
20   2008, the FDA came out with an alert associated with
21   anticonvulsant drugs and suicidality?
22   A.   Yes, I'm aware of that.
23   Q.   Have you read that alert?
24   A.   Yes.
25   Q.   Okay.  Are you aware that in May of 2008, the

```
 1    FDA published a statistical review associated with
 2    that alert?
 3         A.   I'm aware of that, yes, of that statistical
 4    review, yes.
 5         Q.   Did you review that statistical review?
 6         A.   Yes, I've read it.
 7         Q.   Okay.  Are you aware that in July of 2008,
 8    the FDA convened an advisory committee to discuss what
 9    proposed label changes associated with the
10    anticonvulsants and suicidality?
11              MR. BARNES:  Objection, incomplete question
12    regarding what the advisory committee did.  But go
13    ahead and answer.
14              THE WITNESS:  I'm aware that FDA convened a
15    joint advisory committee, yes, to discuss AEDs and
16    suicide.
17    BY MR. ALTMAN:
18         Q.   Okay.  Did you review that transcript?
19         A.   Yes.
20         Q.   At the time the FDA alert came out, were you
21    qualified to render opinions based upon the FDA alert?
22         A.   I don't understand what you're asking me.
23         Q.   Were you qualifying to render opinions
24    concerning the FDA alert and what it means and what it
25    meant for Neurontin?
```

```
 1      A.   I believe so, yes.
 2      Q.   When the statistical analysis came out in May
 3  of 2008, were you qualified to render opinions based
 4  upon the FDA's statistical review and its adequacy and
 5  completeness and appropriateness?
 6      A.   Yes.
 7      Q.   When the -- when you read the advisory
 8  committee transcript in July -- from July of 2008,
 9  were you qualified to render opinions based upon what
10  was discussed at the advisory committee?
11      A.   In my opinion, yes.
12      Q.   Okay.  Thank you.  Dr. Arrowsmith-Lowe, are
13  you familiar with the term a Daubert hearing?
14      A.   I generally know what it means, yeah.
15      Q.   And I think you've been subject to Daubert
16  hearings in the past, correct?
17      A.   I don't know.
18      Q.   Do you know if a court has ever reviewed your
19  expert reports and depositions to decide whether you
20  were -- would be allowed to testify in court?
21      A.   I don't know.
22      Q.   What's your understanding of what a Daubert
23  hearing is?
24      A.   Well, I thought it had to do with the quality
25  or the appropriateness of the data on which a claim is
```