# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
                                      :  MDL DOCKET NO: 1629
In re:  NEURONTIN MARKETING, SALES    :
        PRACTICES, AND PRODUCTS       :  Master File No. 04-10981
        LIABILITY LITIGATION          :
                                      :  Judge Patti B. Saris
                                      :
                                      :  Magistrate Judge Leo T. Sorokin
                                      :
------------------------------------- x
                                      :
THIS DOCUMENT RELATES TO:             :
                                      :
    ALL PRODUCTS LIABILITY ACTIONS    :
                                      :
                                      :
------------------------------------- x
SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

------------------------------------- x
                                      :  Case Management
IN RE: NEW YORK NEURONTIN             :  Index No. 765000/2006
PRODUCTS LIABILITY LITIGATION         :  Hon. Marcy S. Friedman

------------------------------------- x
                                      :
THIS DOCUMENT APPLIES TO ALL          :
PRODUCT LIABILITY CASES               :
                                      :
------------------------------------- x

**DEFENDANTS PFIZER INC.'S AND WARNER-LAMBERT COMPANY LLC'S**
**SUPPLEMENTAL EXPERT DISCLOSURE ON GENERAL CAUSATION**

Defendants Pfizer Inc. and Warner-Lambert Company, LLC (collectively referred to hereinafter as "Defendants"), by and through their undersigned counsel, pursuant to FED R. CIV. P. 26(a)(2), hereby supplement Defendants' expert disclosure for each of the following previously designated experts on general causation:

1.   Arrowsmith-Lowe, Janet, M.D., F.A.C.P.

2803783v1

2. Jacobs, Douglas G., M.D.

3. Rothschild, Anthony J., M.D.

4. Ruggieri, Alexander, M.D.

5. Sanacora, Gerald, M.D. PhD.

6. Taylor, Charles P., Ph.D.

7. Weiss-Smith, Sheila, Ph.D.

Each of the aforementioned experts has reviewed and considered the U.S. Food and Drug Administration (FDA) Alert relating to antiepileptic drugs, dated January 31, 2008, attached hereto and incorporated by reference to this supplemental disclosure. Further, each of the aforementioned defense experts shall review and consider the data, analyses and other documents as they become available relating to FDA's analysis of drugs identified in the FDA Alert, which may supply additional bases for their opinions on general causation and/or may form the basis for additional opinions once considered. *See* Defendants' Emergency Motion to Modify the November 9, 2007 Case Management Order. In addition, Defendants' experts may have additional opinions regarding the FDA Alert and underlying data and analyses based on Plaintiffs' experts' reliance on the FDA Alert once adequately disclosed pursuant to Rule 26(a)(2) and following additional expert discovery, if allowed by the court. This supplemental expert disclosure is also provided pursuant to New York CPLR § 3101(d) and the Case Management Order filed on December 12, 2006, in *In Re Neurontin Product Liability Litigation*, NY Docket No. 765000/2006.

2803783v1

Dated: February 12, 2008

HARE & CHAFFIN

By: *William H. Hfoz III*
*FOR* David B. Chaffin, Esq.
160 Federal Street
Boston, MA 02110

OF COUNSEL:
Scott W. Sayler
SHOOK, HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Tel: (816) 474-6550
Fax: (816) 421-5547

SCHOEMAN, UPDIKE & KAUFMAN, LLP

By: 
Christopher Milito, Esq.
60 East 42nd Street
New York, New York 10165
Tel: (212) 661-5030
Fax: (212) 687-2123

ATTORNEYS FOR DEFENDANTS
PFIZER INC. AND WARNER-LAMBERT
COMPANY LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served this 12th day of February, 2008, upon the following via electronic mail:

| | |
|---|---|
| Ilyas Rona<br>Greene & Hoffman<br>125 Summer Street, Suite 1410<br>Boston, MA 02110<br>T: 617-261-0040<br>F: 617-261-3558<br>irona@greenehoffman.com | Ronald J. Aranoff<br>Bernstein Liebhard & Lifshitz, LLP<br>10 East 40th Street, 22nd Floor<br>New York, NY 10016<br>T: 212-779-1414<br>F: 212-779-3218<br>aranoff@bernlieb.com |
| Annamarie Daley<br>Robins, Kaplan, Miller & Ciresi<br>2800 LaSalle Plaza,<br>800 LaSalle Road<br>Minneapolis, MN 55402<br>T: 612-349-8500<br>F: 612-339-4181<br>aadaley@rkmc.com | Edward Notargiacomo<br>Hagens Berman, LLP<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br>T: 617-482-3700<br>F: 617-482-3003<br>ed@hbsslaw.com |
| Richard Bemporad<br>Gerald Lawrence<br>Lowey Dannenberg Bemporad & Selinger, P.C.<br>White Plains Plaza, One North Broadway, White Plains, NY 10601-2310<br>T: 914-997-0500<br>F: 914-997-0035<br>rbemporad@lowey.com<br>glawrence@lowey.com | Kenneth B. Fromson<br>Finkelstein & Partners<br>436 Robinson Avenue<br>Newburgh, NY 12550-3341<br>T: 800-529-2676<br>F: 845-562-3492<br>kfromson@lawampm.com |
| Linda Nussbaum<br>Kaplan Fox Kilsheimer, LLP<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022<br>T: 800-290-1952<br>F: 212-687-7714<br>lnussbaum@kaplanfox.com | W. Mark Lanier<br>David Kuttles<br>The Lanier Law Firm, P.L.L.C.<br>126 East 56th Street<br>6th Floor<br>New York, NY 10022<br>T: 212-421-2800<br>F: 212-421-2878 / 713-659-2204<br>dxk@lanierlawfirm.com |
| Christopher Keenan<br>Westermann, Hamilton, Sheehy, Aydelott & Keenan LLP<br>222 Bloomingdale Road, Suite 308<br>White Plains, NY 10605<br>T: 914-946-7770<br>F: 914-946-4587<br>cpkeenan@westerlaw.com | Daniel Woodard<br>Alan L. Fuchsberg<br>The Jacob D. Fuchsberg Law Firm, LLP<br>500 Fifth Ave., 45th Floor<br>New York, NY 10110<br>T: 212-869-3500<br>F: 212-398-1532<br>a.fuchsberg@fuchsberg.com |

- 7 -

| Theresa M. Walsh, Esq.<br>Brown Chiari LLP<br>5775 Broadway<br>Lancaster, NY 14086-2360<br>T: 800-662-7696<br>F: 716-681-8136<br>twalsh@brownchiari.com | Jonathan I. Price, Esq.<br>Goodwin Proctor LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>T: 212-813-8800<br>F: 212-355-3333<br>jprice@goodwinproctor.com<br>RMcDonald@goodwinproctor.com<br>MLeahy@goodwinproctor.com |
| --- | --- |
| Robert Wilkey<br>Pogust & Braslow<br>8 Tower Bridge, Suite 1520<br>161 Washington Street<br>Conshohocken, PA 19428<br>T: 610-941-4204<br>F: 610-941-4245<br>rwilkey@cpm-law.com | Jill Zibkow<br>Armienti, DeBellis & Whiten, LLP<br>44 Wall Street, 18th Floor<br>New York, NY 10005<br>T: 212-809-7074<br>F: 212-809-7713<br>jzibkow@adwlaw.com |

*/s/ [signature]*

Attorney for Defendants Pfizer Inc. and Warner-Lambert Company LLC