UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:   MDL Docket No.: 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No.: 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Bulger v. Pfizer Inc.,* 1:07-11426-PBS :
:
:
:
---------------------------------------------------------------x

**PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE
MISCELLANEOUS SUBJECTS FROM EVIDENCE AT TRIAL**

Plaintiff RONALD J. BULGER, SR., as Administrator of the Estate of Susan Bulger, deceased, by and through his attorneys, The Lanier Law Firm, P.L.L.C. and Finkelstein & Partners, LLP, hereby moves this Court for an order precluding Defendants PFIZER INC. and WARNER-LAMBERT COMPANY LLC from proffering all evidence, references, testimony or argument relating to the miscellaneous topics set forth in Plaintiff's Memorandum in Support, submitted herewith.

Dated: June 22, 2009                              Respectfully submitted,


                                    By:     **/s/ W. Mark Lanier**
                                            W. Mark Lanier, Esquire
                                            THE LANIER LAW FIRM, P.L.L.C.
                                            126 East 56th Street, 6th Floor
                                            New York, NY  10022

2

              By:    **/s/ Andrew G. Finkelstein**
                      Andrew G. Finkelstein, Esquire
                      Finkelstein & Partners, LLP
                      1279 Route 300, P.O. Box 1111
                      Newburgh, NY  12551

                      *Attorneys for Plaintiff Ronald J. Bulger, Sr.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 22, 2009.

                      **/s/ Andrew G. Finkelstein**
                      Andrew G. Finkelstein, Esquire