UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No.: 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No.: 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Bulger v. Pfizer Inc.,* 1:07-11426-PBS :
:
:
:
---------------------------------------------------------------x

**PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE ANY MENTION
AT TRIAL BY DEFENDANTS OF BAD ACTS OF PLAINTIFF'S
DECEDENT AND HER FAMILY AND THE MEDICAL
<u>HISTORY OF PLAINTIFF'S DECEDENT'S FAMILY</u>**

# **<u>FILED UNDER SEAL</u>**