UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,   :
        SALES PRACTICES AND   :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION   :
:   Judge Patti B. Saris
------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO   :
:
*Bulger v. Pfizer Inc., 1:07-11426-PBS*   :
:
------------------------------------------------------------x

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION IN
LIMINE TO PRECLUDE ANY MENTION AT TRIAL BY DEFENDANTS
OF BAD ACTS OF PLAINTIFF'S DECEDENT AND HER FAMILY
<u>AND THE MEDICAL HISTORY OF PLAINTIFF'S DECEDENT'S FAMILY</u>**

# FILED UNDER SEAL