UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                              :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                 :
         SALES PRACTICES AND                  :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION        :
                                              :   Judge Patti B. Saris
-------------------------------------------------------------x
                                              :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO                      :
                                              :
Bulger v. Pfizer Inc., 1:07-11426-PBS         :
                                              :
-------------------------------------------------------------x
```

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN SUPPORT
OF PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE ANY MENTION BY
DEFENDANTS OF BAD ACTS OF PLAINTIFF'S DECEDENT AND HER FAMILY
AND THE MEDICAL HISTORY OF PLAINTIFF'S DECEDENT'S FAMILY**

# **FILED UNDER SEAL**