UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *Bulger v. Pfizer Inc., et al.* Case No. 07-11426-PBS | Magistrate Judge Leo T. Sorokin |

## DEFENDANTS' CONDITIONAL MOTION FOR
## BIFURCATED TRIAL OF PUNITIVE DAMAGES CLAIM

Pursuant to Federal Rule of Civil Procedure 42(b), Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move this Court to order a bifurcated trial of Plaintiff's punitive damages claim, on the condition, and only in the event, that this Court determines that any of the evidence for which Pfizer now seeks exclusion, in its entirety, is relevant only to the issue of punitive damages.

The grounds for this motion are set forth in more detail in the accompanying memorandum of law.  Pfizer reserves the right to withdraw the instant motion pending this Court's decision on its various motions *in limine*.

WHEREFORE, Defendants respectfully request that this Court order bifurcated trial of Plaintiff's punitive damages claim in the event that this Court determines that certain evidence is relevant and admissible only on the issue of punitive damages.

Dated: June 22, 2009                                 Respectfully submitted,

                                                     SKADDEN, ARPS, SLATE,
                                                       MEAGHER & FLOM LLP

                                                     By:    /s/ Mark S. Cheffo
                                                            Mark S. Cheffo

                                                     Four Times Square
                                                     New York, NY 10036
                                                     Tel:  (212) 735-3000

                                                            -and-

                                                     BOIES, SCHILLER & FLEXNER LLP

                                                     By:    /s/ William S. Ohlemeyer
                                                            William S. Ohlemeyer

                                                     333 Main Street
                                                     Armonk, NY 10504
                                                     Tel: (914) 749-8200

                                                            -and-

                                                     SHOOK, HARDY & BACON L.L.P.

                                                     By:    /s/ Scott W. Sayler
                                                            Scott W. Sayler

                                                     2555 Grand Blvd.
                                                     Kansas City, MO 64108-2613
                                                     Tel:  (816) 474-6550

                                                            -and-

3

WHITE AND WILLIAMS LLP

By:     /s/ David B. Chaffin
        David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 22, 2009.

/s/ David B. Chaffin
David B. Chaffin