UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION                                                  MDL Docket No. 1629
-------------------------------------------------------------x
THIS DOCUMENT RELATES TO:                     Master File No. 04-10981

*Bulger  vs. Pfizer, et al., 1:07-cv-11426-PBS*          Judge Patti B. Saris


-------------------------------------------------------------x

PLAINTIFF'S PROPOSED VOIR DIRE

1. Are you or someone close to you involved in sales? If "yes" please elaborate.

2.  Are you or someone close to you a licensed pharmacist? If "yes" please elaborate.

3.  Have you or anyone close to you been employed by or had a business association of any kind with any pharmaceutical company? If "yes" please elaborate.

4.  Do you, your company, or any pension, retirement, or investment account in which you have a financial interest have any money invested in the stock of any pharmaceutical company?

5.  Do you have any experience, training, knowledge or education that you can rely on to help you decide a case involving a prescription drug? If "yes" please elaborate.

6.  Are you familiar with the term "off-label use" of a prescription drug, and if so what do you understand that term to mean?

7.  Are you familiar with the practice of off-label marketing used by drug companies?

8.  Before taking a prescription drug, do you read the printed information that comes with the drug?

9 .Have you heard or read anything about a prescription drug called Neurontin? If "yes" please elaborate.

10. Have you or anyone close to you ever taken Neurontin? If "yes" please elaborate.

11. Have you heard or read anything about any other case involving Warner-Lambert, Parke-Davis, Pfizer or the drug Neurontin? If "yes" please elaborate.

12. Do you believe that a prescription drug can ever lead to suicide in patients who take it?

13.  Have you, your company, your family, or anyone close to you been sued for any reason?  If so,
       a.  what was the nature of the suit
       b.  when and how was it resolved
       c.  in what court, county, or jurisdiction was the case filed?

14. Do you believe that lawsuits brought against pharmaceutical companies by people who claim they were hurt by their drugs are hurting the American economy?

15.  Do you think that defending against personal injury claims takes valuable resources away from pharmaceutical companies' research and development efforts? **[Plaintiffs' request is subject to *in limine* motion brought by Plaintiffs]**

16. Have you, a family member, or anyone close to you ever worked for or with the Food and Drug Administration?

17. Do you think if someone commits suicide there should be no one to blame but themselves?

18. Do you personally know anyone who committed suicide? If yes, please identify the following: (a) who? (b) when? (c ) would this experience make it difficult for you to be fair to Plaintiff?

19. Do you believe that civil lawsuits are an inappropriate way to resolve disagreements or claims?

20. Do you oppose an award of money as compensation for damages in a civil lawsuit such as for wages, medical bills, pain/suffering, or loss of services of a parent or spouse?

Dated: June 22, 2009                    s/ *Kenneth B. Fromson*_____
                                    Kenneth B. Fromson, Esq.
                                    Finkelstein & Partners, LLP
                                    Attorneys for Plaintiff
                                    1279 Route 300, PO Box 1111
                                    Newburgh, NY 12551

                                    *s/ Jack W. London*_____
                                    Jack W. London, Esq.
                                    Jack W. London and Associates, P.C.
                                    3701 Bee Cave Rd., Suite 200
                                    Austin, TX 78746

*s/ W. Mark Lanier*
W. Mark Lanier
The Lanier Law Firm, PLLC
126 East 56th Street, 6th Floor
New York, NY 10022

TO: Skadden, Arps, Slate, Meagher & Flom LLP
      Four Times Square
      New York, N.Y. 10036

      Shook, Hardy & Bacon
      2555 Grand Blvd
      Kansas City, MO  64108-2613

      Davis Polk & Wardwell
      450 Lexington Avenue
      New York, NY  10017

      Williams & White
      100 Summer St, Suite 2707
      Boston, MA  02110