JURY VERDICT SHEET

Bulger vs. Pfizer, et al.

Question 1

Was any defendant negligent for failing to adequately warn Susan Bulger or her prescribing doctors about the risks of taking Neurontin?

Answer "Yes" or "No"

Yes_____    No_____

If your answer is Yes, proceed to Question 2.  If your answer is No, proceed to Question 3.

Question 2

Was such negligence a proximate cause of Susan Bulger's death?

Answer "Yes" or "No"

Yes_____    No_____

Proceed to Question 3.

Question 3

Did any Defendant fail to revise the labeling to include a warning for Neurontin as soon as there was reasonable evidence of an association of a serious hazard with the drug, as required by FDA regulations?

Answer "Yes" or "No"

Yes_____    No_____

If your answer is Yes, proceed to Question 4.  If your answer is No, proceed to Question 5.

Question 4.

Was such negligence a proximate cause of Susan Bulger's death?

Answer "Yes" or "No"

Yes_____    No_____

Proceed to Question 5.

Question 5

Was any defendant negligent for failing to develop adequate written procedures for the surveillance, receipt, evaluation or reporting of post marketing adverse drug experiences to the FDA, as required by FDA regulations?

Answer "Yes" or "No"

Yes_____      No_____

If your answer is Yes, proceed to Question 6.  If your answer is No, proceed to Question 7.

Question 6.

Was such negligence a proximate cause of Susan Bulger's death?

Answer "Yes" or "No"

Yes_____      No_____

Proceed to Question 7

Question 7

Did any defendant breach an implied warranty of merchantability for failing to provide adequate instructions or warnings with respect to the use of Neurontin?

Answer "Yes" or "No"

Yes_____      No_____

If your answer is Yes, proceed to Question 8.  If your answer is No, proceed to Question 9.

Question 8

Was such breach of an implied warranty of merchantability a proximate cause of Susan Bulger's death?

Answer "Yes" or "No"

Yes_____      No_____

Proceed to Question 9.

Question 9

Did any defendant intentionally misrepresent an important fact or facts regarding the risks of taking Neurontin?

Answer "Yes" or "No"

Yes_____      No_____

If your answer is Yes, proceed to Question 10. If your answer is No, proceed to Question 11.

Question 10

Was such intentional misrepresentation a proximate cause of Susan Bulger's death?

Answer "Yes" or "No"

Yes_____     No_____

Proceed to Question 11.

Question 11

Did any defendant negligently misrepresent an important fact or facts regarding the risks of taking Neurontin?

Answer "Yes" or "No"

Yes_____     No_____

If your answer is Yes, proceed to Question 12.  If your answer is No, proceed to Question 13.

Question 12

Was such negligent misrepresentation a proximate cause of Susan Bulger's death?

Answer "Yes" or "No"

Yes_____     No_____

Proceed to Question 13.

Question 13

Did any defendant fraudulently conceal or suppress material information concerning risks of taking Neurontin?           How about concerning any risk

Answer "Yes" or "No"          or a risk?

Yes_____     No_____

If your answer is Yes, proceed to Question 14.  If your answer is No, proceed to Question 15.

Question 14

Was such fraudulent concealment or suppression a proximate cause of Susan Bulger's death?

Answer "Yes" or "No"

Yes_____     No_____

If you have answered "Yes" to any questions numbered 2, or 4, or 6, or 8, or 10, 12, or 14, then proceed to Question 15. Otherwise, proceed no further and report to the Court.

Question 15

What amount of money would fairly and reasonably compensate [name of decedent's minor child] for the loss of services, protection, care, assistance, society, companionship, comfort, guidance, counsel, or advice of her mother as a result of her death, if any?

Answer in dollars.     $_____

Proceed to Question 16.

Question 16

What amount of money would fairly and reasonably compensate Ronald Bulger, Jr., for the loss of services, protection, care, assistance, society, companionship, comfort, guidance, counsel, or advice of his mother as a result of her death, if any?

Answer in dollars.     $_____

Proceed to Question 17.

Question 17

What amount of money would fairly and reasonably compensate Ronald Bulger, Sr., for the loss of services, protection, care, assistance, society, companionship, comfort, guidance, counsel, or advice of his wife as a result of her death, if any?

Answer in dollars.     $_____

Proceed to Question 18.

Question 18

What amount of money, if any, would fairly and reasonably compensate the Estate of Susan Bulger for Susan Bulger's pain and suffering, disability and loss of enjoyment of life?

Answer in dollars.     $_____

Proceed to Question 19

Question 19

Did any defendant act with reckless, wanton or willful disregard of another's rights or safety so as to justify an award of punitive damages?

Answer "Yes" or "No"

Yes_____    No_____

If your answer is Yes, proceed to question 20.  If your answer is No, proceed no further and report to the Court.

Question 20

What amount, if any, should be awarded to the plaintiff as punitive damages for the death of Susan Bulger?

"Punitive damages" means any damages awarded as a penalty or by way of punishment of the defendants, rather than as compensation to the plaintiff.

Answer in dollars.     $_____