# EXHIBIT 2
# DEFENDANTS' LIST OF TRIAL WITNESSES

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| *Bulger v. Pfizer Inc., et al.*, C. A. No. 07-11426-PBS | |

## DEFENDANTS' REVISED LIVE WITNESS LIST

Defendants, Pfizer Inc ("Pfizer") and Warner-Lambert Company LLC ("Warner-Lambert") (collectively, "Defendants"), by and through their undersigned counsel, pursuant to the Court's Order of June 9, 2009, hereby identify the revised list of live witnesses who may be called at trial. Defendants identify these witnesses conditionally and without waiver of their right to object on grounds of relevancy, prejudice, or any other ground to the subject matter as to which the witnesses might testify, and reserve their right to call these witnesses in rebuttal in the event that their objections to Plaintiff's evidence are overruled. In submitting this live witness list, Defendants specifically reserve the right to: 1) withdraw at any time any witness identified on this list; 2) supplement and/or amend this list in the event that additional witnesses are discovered subsequent to the date of service of this list; 3) call additional witnesses at trial as required for authentication, rebuttal or impeachment and/or as necessitated by evidence presented by Plaintiff; 4) supplement and/or amend this list in response to the Court's rulings on pretrial motions or other evidentiary matters; 5) supplement this list to identify witnesses on the issue of punitive damages, in the event that the jury is asked to determine punitive damages during a separate phase of trial, 6) supplement and/or amend this list as otherwise permitted by

the Court. Defendants also reserve their right to call any witness listed on Plaintiff's live witness list. Defendants further reserve their right to call any of these witnesses by deposition.

|     | Witness | Estimated Time |
| --- | --- | --- |
| 1.  | Janet Arrowsmith-Lowe | 120 minutes |
| 2.  | Ronald Bulger, Sr. | 30 minutes |
| 3.  | Ronald Bulger, Jr. | 15 minutes |
| 4.  | Professor Edward W. Boyer, M.D. | 30 minutes |
| 5.  | Professor Gary J. Brenner, M.D., Ph.D | 45 minutes |
| 6.  | Amanda Cavallaro | 20 minutes |
| 7.  | Dr. Dino Crognale | 30 minutes |
| 8.  | Professor Robert D. Gibbons, Ph.D. | 60 minutes |
| 9.  | Dr. Richard Goldman | 20 minutes |
| 10. | Professor Henry G. Grabowski, Ph.D. | 45 minutes |
| 11  | Matthew Gravini | 20 minutes |
| 12. | Dr. Walter Jacobs | 30 minutes |
| 13  | Professor Douglas G. Jacobs, M.D. | 45 minutes |
| 14. | Lloyd Knapp | 60 minutes |
| 15. | Linda Landry | 20 minutes |
| 16. | Dr. William Medwid | 30 minutes |
| 17. | Cheryl Nadeau | 15 minutes |
| 18. | Anthony J. Rothschild, M.D. | 90 minutes |
| 19. | Alexander Ruggieri, M.D. | 60 minutes |
| 20. | Charles Taylor, Ph.D. | 60 minutes |

| | | |
|---|---|---|
| 21. | Professor Sheila Weiss-Smith, Ph.D. | 45 minutes |

Dated: June 19, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: Mark S. Cheffo

Four Times Square
New York, New York 10036
Tel: (212) 735-3000

-and-

Scott W. Sayler
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

David B. Chaffin
WHITE AND WILLIAMS LLP
100 Summer Street, 27th Floor
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*