# EXHIBIT 4
# DEFENDANTS' DEPOSITION DESIGNATIONS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : | MDL Docket No. 1629 |
| | : | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | : | Judge Patti B. Saris |
| | : | Magistrate Judge Leo T. Sorokin |
| *Bulger v. Pfizer Inc, et al., C. A. No. 07-11426-PBS* | : | |

## **DEFENDANTS' REVISED AFFIRMATIVE DEPOSITION DESIGNATIONS**

Defendants, Pfizer Inc ("Pfizer") and Warner-Lambert Company LLC ("Warner-Lambert") (collectively, "Defendants"), by and through their undersigned counsel, pursuant to the Court's June 9, 2009 Order, hereby identify the following revised list of deposition testimony that may be played or read at trial. Defendants identify this testimony conditionally and without waiver of their rights to object on the grounds of relevancy, prejudice, and/or any other grounds. In submitting these designations, Defendants specifically reserve the right to: 1) withdraw at any time any designation identified herein; 2) supplement and/or amend this list in the event that additional relevant materials are produced in this action or are discovered subsequent to the date of service of this list; 3) supplement and/or amend this list to use additional deposition testimony at trial as required for authentication, rebuttal or impeachment and/or as necessitated by evidence presented by plaintiff; 4) supplement and/or amend this list to add depositions that have not yet been taken or with regard to which a deposition transcript is not yet available; 5) supplement and/or amend this list in response to the Court's rulings on pretrial motions or other evidentiary matters; 6) supplement and/or amend this list as otherwise permitted by this Court. Defendants

also reserve their right to use any deposition testimony listed on Plaintiff's deposition testimony list.

## DEFENDANTS' AFFIRMATIVE DESIGNATIONS

**Ronald Bulger, Sr.**

Time: 1 hr. 12 mins.

March 26, 2008
0005:02 - 0005:12
0005:19 - 0006:07
0010:24 - 0012:04
0014:22 - 0015:06
0016:04 - 0016:18
0020:05 - 0020:07
0020:15 - 0021:17
0022:07 - 0022:16
0022:21 - 0023:19
0037:23 - 0038:05
0048:13 - 0048:18
0053:17 - 0056:05
0056:21 - 0056:23
0057:03 - 0057:15
0057:21 - 0059:04
0059:08 - 0060:17
0074:10 - 0074:16
0078:21 - 0081:13
0095:16 - 0095:22
0096:23 - 0097:08
0097:10 - 0097:12
0097:22 - 0098:11
0098:24 - 0101:09
0106:11 - 0108:05
0108:18 - 0108:20

0108:22 - 0108:22
0110:06 - 0110:16
0111:03 - 0111:06
0126:14 - 0127:04
0133:16 - 0133:24
0161:06 - 0162:17
0164:11 - 0164:23
0165:04 - 0165:07
0165:20 - 0173:16
0173:18 - 0176:24
0177:03 - 0177:13
0177:15 - 0181:23
0183:20 - 0186:09
0186:11 - 0188:14
0189:14 - 0191:07
0192:11 - 0195:22
0198:15 - 0199:14
0200:07 - 0201:24
0202:03 - 0205:02
0205:19 - 0206:16
0206:21 - 0207:12
0208:07 - 0211:05
0213:21 - 0214:05
0219:05 - 0219:20
0234:03 - 0235:16
0253:10 - 0254:22

**Ronald Bulger, Jr.**
Time: 17 mins.

May 8, 2008
0005:07 - 0005:20
0006:01 - 0006:08
0009:01 - 0009:06

0010:02 - 0010:09

0010:20 - 0011:02

0012:18 - 0015:23

0016:10 - 0017:03

0017:17 - 0018:05

0018:08 - 0021:12

0022:05 - 0023:23

0025:17 - 0026:10

0027:08 - 0027:10

0034:20 - 0035:02

0066:09 - 0066:11

0069:10 - 0070:06

0078:02 - 0078:05

0079:01 - 0079:20

0085:10 - 0085:20

0095:09 - 0095:22

0104:16 - 0104:20

**Amanda Cavallaro**
Time: 17 mins.

June 16, 2008

0005:04 - 0006:06

0007:24 - 0010:07

0010:17 - 0010:19

0011:09 - 0013:11

0015:17 - 0016:04

0016:11 - 0017:17

0018:06 - 0019:09

0019:13 - 0019:24

0031:09 - 0032:09

0036:03 - 0036:10

0049:06 - 0049:18

0051:06 - 0052:01

0052:17 - 0052:19

0053:11 - 0054:13

0054:16 - 0054:17

0054:20 - 0055:13

0057:24 - 0058:04

0067:03 - 0067:06

0067:08 - 0067:11

0067:13 - 0067:22

0067:24 - 0068:12

0073:23 - 0074:09

0085:09 - 0085:15

**Dino Crognale**
Time: 1 hour 49 mins.

March 25, 2008
0006:12 - 0007:14

0011:02 - 0012:05

0012:06 - 0012:20

0015:13 - 0015:18

0018:18 - 0019:01

0020:04 - 0021:10

0027:22 - 0028:05

0029:19 - 0031:08

0035:06 - 0035:14

0036:06 - 0036:24

0037:03 - 0038:10

0038:16 - 0038:24

0039:12 - 0040:07

0040:10 - 0041:20

0044:11 - 0045:09

0045:15 - 0046:03

0046:16 - 0048:06

0048:19 - 0048:22

0048:23 - 0049:19

0050:13 - 0050:20

0051:04 - 0052:01

0053:10 - 0053:24

0054:07 - 0055:02

0056:06 - 0056:11

0057:03 - 0058:07

0059:14 - 0059:20

0061:05 - 0061:09

0061:12 - 0061:17

0066:09 - 0067:23

0067:24 - 0074:15

0075:06 - 0076:09

0076:14 - 0078:05

0080:05 - 0080:11

0081:12 - 0081:15

0082:11 - 0084:06

0084:20 - 0090:10

0091:01 - 0102:10

0103:15 - 0114:17

0115:10 - 0127:06

0127:22 - 0128:04

0130:23 - 0139:16

0140:05 - 0149:13

0149:19 - 0151:11

0152:09 - 0158:18

0159:23 - 0164:10

0165:11 - 0165:20

0166:24 - 0167:11

0170:12 - 0170:16

0171:06 - 0172:11

0173:06 - 0173:17

**Suzanne Doft**
Time: 21 mins.

June 12, 2007

0012:17 - 0012:21

0021:23 - 0022:18

0041:02 - 0041:18

0067:08 - 0067:19

0069:09 - 0069:14

0234:06 - 0234:23

June 13, 2007

0631:14 - 0634:02

0636:21 - 0638:08

0640:14 - 0646:13

0653:15 - 0654:21

0655:16 - 0658:08

0662:18 - 0664:06

0668:23 - 0669:13

0675:12 - 0675:20

**Russell Gallant**
Time: 8 mins.

June 16, 2008

0005:14 - 0006:03

0008:09 - 0008:20

0009:20 - 0010:22

0013:23 - 0014:13

0014:16 - 0015:23

0016:01 - 0016:06

0021:13 - 0022:24

0023:11 - 0023:14

0023:20 - 0024:13

0024:19 - 0025:10

0025:21 - 0026:24

0027:04 - 0027:08

0029:09 - 0029:20

0038:05 - 0038:14

**Teresa Gallant**
Time: 10 mins.

June 16, 2008

0005:09 - 0005:15

0008:05 - 0009:07

0010:18 - 0011:04

0011:16 - 0012:18

0014:21 - 0015:02

0020:18 - 0022:04

0023:11 - 0024:08

0026:07 - 0027:03

0027:17 - 0028:18

0029:17 - 0030:05

0034:10 - 0034:23

0035:08 - 0036:19

0056:15 - 0056:18

0057:23 - 0058:04

**James Gibbons**
Time: 42 mins.

June 19, 2008

0005:05 - 0005:12

0007:12 - 0007:24

0009:13 - 0011:06

0013:20 - 0013:22

0014:01 - 0014:09

0014:11 - 0014:15

0014:17 - 0015:17

8

0015:21 - 0016:11

0017:05 - 0017:08

0018:21 - 0019:01

0019:03 - 0020:15

0020:18 - 0020:21

0021:18 - 0021:20

0021:23 - 0022:13

0022:15 - 0023:01

0023:03 - 0023:17

0023:19 - 0023:23

0024:01 - 0024:16

0024:19 - 0025:02

0025:04 - 0025:21

0025:24 - 0026:02

0026:05 - 0028:13

0028:16 - 0030:07

0030:11 - 0035:14

0035:15 - 0038:12

0039:02 - 0039:07

0039:09 - 0040:13

0041:15 - 0041:21

0042:17 - 0044:18

0044:20 - 0045:08

0050:23 - 0050:24

0051:02 - 0053:03

0053:15 - 0054:02

0054:03 - 0057:04

0057:10 - 0058:06

**Richard Goldman**
Time: 1 hour 56 mins.

April 22, 2008
0005:17 - 0005:20

0009:18 - 0012:01
0013:01 - 0013:05
0014:01 - 0014:03
0016:08 - 0016:14
0019:24 - 0020:22
0021:10 - 0021:19
0023:19 - 0024:11
0024:20 - 0025:12
0027:08 - 0028:19
0030:24 - 0032:11
0033:20 - 0033:23
0034:01 - 0034:03
0035:07 - 0036:05
0036:08 - 0036:15
0037:17 - 0038:21
0039:18 - 0040:12
0041:06 - 0041:15
0041:21 - 0042:13
0045:10 - 0045:13
0046:12 - 0046:17
0047:04 - 0048:01
0048:10 - 0048:14
0049:24 - 0050:07
0050:18 - 0051:24
0055:15 - 0058:05
0059:19 - 0061:09
0062:01 - 0065:04
0067:03 - 0067:16
0067:23 - 0068:12
0072:16 - 0075:10
0075:20 - 0079:17
0080:13 - 0081:02

0081:17 - 0083:20

0086:09 - 0086:20

0087:07 - 0089:13

0090:24 - 0091:19

0092:21 - 0093:17

0094:08 - 0098:02

0099:02 - 0100:24

0101:08 - 0102:21

0103:05 - 0109:17

0110:10 - 0114:12

0114:16 - 0115:20

0116:18 - 0118:01

0118:05 - 0126:22

0127:12 - 0130:10

0130:12 - 0132:17

0132:24 - 0133:11

0137:06 - 0140:09

0141:24 - 0142:18

0145:15 - 0147:02

0147:24 - 0149:05

0149:09 - 0150:06

0150:07 - 0151:07

0153:06 - 0156:10

0156:14 - 0158:10

0159:15 - 0165:18

0165:23 - 0171:18

0200:19 - 0203:13

0212:07 - 0213:06

0214:15 - 0218:03

**Matthew Gravini**
Time: 12 mins.

June 27, 2008

0005:13 - 0006:05

0008:07 - 0008:16

0010:09 - 0010:17

0017:15 - 0017:24

0018:06 - 0018:09

0018:21 - 0019:07

0021:18 - 0021:21

0023:02 - 0023:08

0023:17 - 0023:19

0023:23 - 0025:15

0025:19 - 0027:24

0028:05 - 0028:24

0029:06 - 0030:05

0030:15 - 0030:21

0031:04 - 0031:16

0032:12 - 0033:09

0033:14 - 0034:03

0035:20 - 0036:16

0038:01 - 0039:02

**Manfred Hauben**
Time: 52 mins.

July 12, 2007

0008:25 - 0009:08

0009:15 - 0009:23

0017:05 - 0017:20

0042:07 - 0042:13

0125:08 - 0125:18

0126:05 - 0128:18

0129:06 - 0129:17

0209:04 - 0209:07

0209:10 - 0209:17

0295:21 - 0296:14

0296:17 - 0297:01

0316:13 - 0318:06

0318:23 - 0319:11

0323:02 - 0323:12

0325:22 - 0326:01

0334:15 - 0334:20

July 13, 2007
0346:05 - 0346:09

0348:05 - 0348:16

0349:02 - 0349:14

0511:21 - 0512:03

0512:10 - 0513:03

0513:04 - 0514:01

0516:15 - 0517:01

0518:03 - 0518:10

0519:07 - 0519:24

0519:25 - 0520:04

0521:06 - 0521:14

0521:18 - 0521:22

0521:23 - 0522:03

0522:15 - 0522:24

0523:04 - 0524:10

0524:11 - 0524:24

0524:25 - 0525:17

0525:18 - 0526:11

0526:12 - 0529:05

0529:06 - 0530:07

0530:08 - 0530:23

0530:24 - 0531:04

0531:09 - 0531:22

0537:05 - 0537:20

13

0537:21 - 0538:16
0539:10 - 0539:12
0539:15 - 0540:15
0540:16 - 0541:07
0541:09 - 0542:18
0542:25 - 0543:14
0543:15 - 0545:13
0563:18 - 0563:24
0567:21 - 0567:24
0568:07 - 0568:11
0568:20 - 0569:12
0569:13 - 0569:19
0569:23 - 0570:05
0570:11 - 0570:17
0570:18 - 0571:12
0572:01 - 0572:07
0572:08 - 0572:11
0572:12 - 0572:18
0572:23 - 0574:09
0576:02 - 0576:19
0576:20 - 0577:06
0577:11 - 0577:23
0643:12 - 0644:06
0644:07 - 0644:22
0644:23 - 0645:19

**Walter Jacob**
Time: 30 mins.

June 13, 2008
0005:11 - 0005:15
0005:19 - 0006:06
0007:18 - 0007:23

0008:16 - 0008:24

0009:12 - 0010:10

0010:15 - 0011:01

0012:24 - 0013:13

0013:19 - 0014:03

0032:13 - 0034:13

0035:05 - 0037:19

0040:07 - 0040:14

0058:23 - 0059:23

0072:02 - 0074:16

0080:11 - 0082:13

0092:14 - 0096:11

0096:23 - 0097:10

0097:20 - 0102:20

0109:10 - 0110:22

0116:06 - 0117:02

0119:18 - 0120:09

0126:11 - 0126:20

0137:08 - 0137:23

0141:03 - 0141:20

**Lloyd Knapp**
Time: 1 hr. 8 mins.

July 18, 2006
0186:16 - 0189:02

0190:04 - 0199:25

0200:23 - 0203:25

0210:22 - 0217:05

0226:21 - 0231:03

0233:11 - 0233:20

June 26, 2007

0019:05 - 0019:19

15

0019:20 - 0020:03

0024:10 - 0025:18

0110:03 - 0111:14

June 28, 2007
0710:06 - 0710:14

0711:04 - 0713:25

0714:23 - 0715:09

0716:05 - 0716:14

0754:23 - 0757:10

0757:14 - 0763:06

0763:07 - 0772:03

**Linda Landry**
Time: 33 mins.

June 27, 2007

0005:01 - 0006:14

0006:20 - 0008:14

0008:23 - 0009:10

0014:08 - 0015:18

0016:08 - 0018:06

0018:19 - 0019:11

0019:22 - 0022:20

0023:15 - 0028:10

0028:12 - 0028:18

0028:20 - 0030:18

0031:08 - 0033:18

0034:11 - 0036:01

0038:05 - 0038:10

0038:24 - 0039:22

0041:10 - 0042:04

0042:08 - 0043:03

0044:19 - 0045:13

0047:11 - 0049:17

0050:23 - 0051:14

0053:01 - 0053:22

0054:05 - 0055:04

0055:16 - 0056:10

0057:03 - 0058:07

0058:24 - 0059:16

0059:24 - 0060:13

0061:09 - 0062:05

0064:04 - 0064:15

0066:01 - 0067:20

0085:16 - 0085:23

0086:05 - 0088:20

**Cynthia McCormick**
Time: 46 mins.

February 14, 2008

0100:15 - 0100:22

0102:10 - 0102:21

0103:02 - 0104:06

0104:18 - 0104:23

0106:21 - 0107:03

0107:05 - 0107:17

0108:13 - 0108:22

0108:24 - 0109:06

0116:10 - 0121:10

0122:11 - 0127:17

0128:02 - 0129:14

0129:15 - 0130:17

0132:03 - 0132:10

0132:18 - 0132:22

0133:10 - 0133:24

0133:25 - 0134:25

0142:23 - 0143:25
0149:20 - 0152:04
0152:05 - 0154:06
0159:07 - 0159:16
0164:03 - 0165:21
0171:13 - 0171:19
0172:07 - 0172:11
0174:11 - 0176:17
0180:11 - 0182:06
0182:07 - 0182:25
0183:18 - 0185:13
0186:19 - 0186:24
0188:19 - 0189:13
0189:14 - 0190:24
0190:25 - 0192:11
0192:19 - 0193:06

**William Medwid**
Time: 14 mins.

June 12, 2008
0005:13 - 0005:21
0007:07 - 0008:16
0009:12 - 0009:14
0009:24 - 0010:11
0011:19 - 0012:15
0012:19 - 0012:21
0013:15 - 0020:08
0021:09 - 0022:24
0023:01 - 0027:11
0030:02 - 0033:16
0034:13 - 0035:22
0036:24 - 0037:17
0038:02 - 0040:21

0047:17 - 0047:19

0049:23 - 0051:08

0052:18 - 0053:03

0054:13 - 0054:22

0055:05 - 0055:08

0057:14 - 0061:05

0061:10 - 0064:02

0064:11 - 0064:21

0065:01 - 0065:14

0067:07 - 0067:11

0067:13 - 0068:10

0070:03 - 0070:24

0073:04 - 0075:07

0075:17 - 0075:21

0076:07 - 0076:09

0076:16 - 0079:20

0080:05 - 0081:08

0081:19 - 0081:23

0083:14 - 0084:04

0084:06 - 0089:06

0089:15 - 0092:05

0093:19 - 0094:18

0094:20 - 0095:01

0095:15 - 0101:17

0102:03 - 0106:06

0108:10 - 0109:09

0110:04 - 0110:13

0112:19 - 0115:15

0118:13 - 0119:03

0125:07 - 0125:19

**Mark Mengel**
Time: 52 mins.

June 5, 2008

0004:19 - 0005:02

0006:07 - 0006:13

0006:22 - 0008:14

0009:01 - 0009:11

0009:22 - 0010:02

0012:11 - 0014:07

0017:11 - 0018:25

0020:17 - 0020:23

0022:23 - 0024:02

0026:16 - 0027:05

0027:25 - 0028:25

0030:19 - 0030:22

0031:04 - 0031:16

0032:15 - 0034:25

0037:16 - 0038:05

0039:18 - 0040:04

0042:03 - 0043:01

0045:19 - 0046:06

0048:01 - 0048:07

0048:21 - 0048:23

0049:01 - 0049:23

0049:25 - 0050:06

0050:17 - 0050:25

0052:13 - 0053:07

0054:10 - 0056:15

0057:01 - 0057:17

0060:04 - 0061:21

0062:02 - 0062:11

0063:02 - 0064:06

0064:15 - 0065:23

0066:18 - 0068:04

0068:12 - 0069:07

0070:16 - 0071:03

0071:16 - 0074:03

0074:11 - 0076:08

0077:06 - 0078:15

0083:11 - 0083:22

0084:10 - 0084:12

0086:14 - 0087:06

0088:10 - 0092:10

0092:17 - 0092:22

0093:03 - 0093:16

0093:25 - 0094:23

0095:07 - 0095:16

0095:18 - 0095:19

0096:04 - 0096:13

0096:15 - 0096:16

0096:18 - 0096:25

**Cheryl K. Nadeau**
Time: 36 mins.

July 1, 2008

0005:23 - 0006:01

0007:21 - 0008:07

0008:13 - 0008:15

0009:21 - 0010:19

0012:16 - 0012:19

0013:10 - 0013:24

0014:01 - 0015:01

0015:07 - 0015:19

0016:03 - 0016:11

0017:01 - 0019:20

0020:05 - 0020:16

0021:06 - 0021:24

0022:18 - 0023:11

0023:24 - 0025:02

0025:20 - 0026:08

0027:03 - 0027:13

0028:12 - 0029:16

0030:04 - 0030:13

0031:14 - 0031:24

0032:20 - 0033:20

0034:07 - 0035:13

0035:15 - 0035:17

0035:22 - 0036:12

0036:24 - 0037:21

0038:05 - 0038:10

0039:12 - 0039:24

0040:10 - 0042:16

0044:03 - 0045:17

0046:08 - 0051:18

0052:05 - 0052:19

0052:23 - 0053:02

0053:10 - 0054:23

0055:06 - 0055:21

0056:04 - 0057:13

0057:23 - 0059:12

0062:18 - 0062:19

0063:01 - 0063:08

0063:14 - 0063:22

0064:10 - 0064:20

**Christopher Pacella**
Time: 54 mins.

October 2, 2007

0011:06 - 0011:07

0011:12 - 0011:16

0021:03 - 0021:09
0025:07 - 0025:10
0026:08 - 0027:05
0030:09 - 0031:04
0033:08 - 0034:02
0034:03 - 0035:03
0048:04 - 0049:03
0119:11 - 0121:10
0156:19 - 0157:14
0159:02 - 0159:09
0160:16 - 0162:13
0162:14 - 0162:25
0163:01 - 0163:17
0163:18 - 0164:10
0164:11 - 0164:18
0165:17 - 0169:20
0170:04 - 0174:04
0174:09 - 0180:09
0180:17 - 0180:25
0181:06 - 0184:09
0185:11 - 0185:15
0185:20 - 0186:10
0186:21 - 0188:04
0188:13 - 0189:09
0189:22 - 0191:22
0192:09 - 0192:12
0193:02 - 0196:02
0196:15 - 0197:14
0198:09 - 0198:25
0201:03 - 0201:11
0202:05 - 0207:23
0207:24 - 0208:10

0208:18 - 0209:11

0252:05 - 0252:08

0252:13 - 0252:25

0261:04 - 0262:14

**Atul Pande**
Time: 32 mins.

September 19, 2007

0014:09 - 0016:04

September 20, 2007

0613:10 - 0614:24

0622:14 - 0624:20

0626:23 - 0627:14

0628:13 - 0628:22

0629:16 - 0632:17

0633:20 - 0635:21

0636:07 - 0637:11

0637:22 - 0638:25

0641:08 - 0641:17

0652:09 - 0653:17

0656:09 - 0657:23

0658:02 - 0659:14

0660:09 - 0660:21

0673:01 - 0674:11

**Drusilla Scott**
Time: 32 mins.

December 12, 2007

0009:10 - 0009:11

0026:19 - 0027:24

December 13, 2007

0592:17 - 0594:08

0594:09 - 0615:16

0619:12 - 0621:21

0621:22 - 0622:20

**Charlie Taylor**
Time: 56 mins.

June 4, 2007

0013:18 - 0013:23

0017:18 - 0018:04

0033:21 - 0034:15

0039:25 - 0040:25

0065:02 - 0066:07

0070:06 - 0070:20

0073:08 - 0075:03

0106:18 - 0109:05

0160:06 - 0160:19

0227:15 - 0243:23

0247:03 - 0247:10

0252:23 - 0259:15

0289:09 - 0290:03

0291:02 - 0291:25

0299:14 - 0306:08

0306:09 - 0310:22

0310:23 - 0312:08

0313:04 - 0313:22

**Janeth Turner**
Time: 2 hrs. 40 mins.

October 11, 2007

0009:15 - 0010:24

0011:04 - 0013:21

0015:25 - 0016:24

0019:11 - 0024:07

0027:13 - 0027:18
0027:20 - 0027:24
0028:22 - 0031:22
0033:07 - 0043:21
0043:23 - 0046:13
0046:15 - 0049:09
0049:22 - 0064:09
0065:10 - 0070:08
0070:10 - 0074:05
0074:07 - 0076:15
0077:07 - 0080:02
0082:06 - 0085:12
0087:24 - 0090:22
0091:12 - 0092:10
0093:08 - 0094:19
0096:21 - 0097:23
0101:21 - 0102:16
0105:05 - 0109:17
0115:16 - 0121:15
0121:18 - 0122:04
0123:11 - 0128:14
0132:13 - 0136:22
0137:14 - 0140:07
0140:15 - 0142:12
0142:24 - 0146:20
0146:22 - 0147:24
0148:02 - 0148:22
0200:22 - 0201:20
0237:08 - 0239:03
0262:03 - 0263:08
0264:02 - 0265:19
0267:17 - 0267:21

0268:15 - 0270:14

0271:02 - 0272:20

0273:02 - 0276:11

0276:13 - 0276:16

0277:20 - 0278:07

0279:14 - 0281:06

0283:05 - 0285:11

0286:05 - 0286:20

October 12, 2007

0386:03 - 0387:08

0387:11 - 0388:06

0556:22 - 0557:02

0557:19 - 0559:19

0561:24 - 0566:17

0567:17 - 0568:25

0569:23 - 0572:10

0578:05 - 0581:04

0586:02 - 0587:17

**DEFENDANTS' COUNTER-DESIGNATIONS**

**Yoshiharu Akabane**

June 26, 2008

0011:07 - 0011:14

0027:17 - 0027:23

0028:02 - 0028:15

0029:17 - 0030:04

0050:16 - 0051:03

**Larry Alphs**

June 21, 2007

0194:19 - 0194:23

0229:09 - 0230:09

0251:14 - 0251:18

0251:21 - 0251:22

0251:23 - 0251:25

0252:03 - 0252:15

June 22, 2007

0643:21 - 0644:15

0644:18 - 0644:19

0644:22 - 0647:10

0647:11 - 0649:02

**Patricia Bulger**

May 7, 2008

0009:02 - 0009:10

0012:14 - 0012:19

0012:20 - 0013:22

0014:11 - 0014:13

0014:21 - 0015:21

0016:04 - 0016:16

0016:19 - 0017:15

0017:16 - 0018:01

0018:02 - 0018:13

0019:02 - 0019:03

0019:06 - 0019:07

0021:08 - 0023:01

0024:21 - 0025:06

0025:07 - 0025:09

0026:23 - 0027:24

0029:11 - 0029:19

0030:17 - 0032:01

0035:10 - 0035:15

0035:12 - 0035:22

0035:23 - 0038:09

0036:05 - 0038:15

0038:16 - 0039:18

0042:22 - 0043:03

0045:20 - 0046:04

0047:21 - 0048:03

0049:23 - 0050:23

0050:24 - 0051:24

0053:14 - 0054:02

0054:03 - 0054:18

0057:12 - 0057:20

0061:22 - 0062:04

0063:15 - 0064:03

0068:11 - 0068:17

0069:05 - 0070:21

0070:22 - 0070:23

0071:01 - 0071:01

0071:05 - 0071:16

0071:17 - 0072:03

0074:07 - 0074:09

0075:01 - 0075:05

0075:16 - 0076:18

0077:06 - 0077:07

0078:22 - 0079:01

0088:09 - 0093:24

0094:01 - 0094:08

**Ronald Bulger, Jr.**

May 8, 2008

0067:21 - 0067:22

0067:24 - 0067:24

0073:08 - 0073:19

0075:16 - 0076:05

0106:08 - 0106:14

**Ronald Bulger, Sr.**

March 26, 2008

0062:03 - 0062:05

0092:13 - 0092:23

0124:10 - 0124:14

0131:23 - 0132:03

0132:07 - 0132:15

0135:08 - 0135:11

0135:15 - 0135:19

0136:22 - 0137:02

0137:04 - 0137:20

0138:14 - 0139:05

0144:17 - 0144:23

0145:20 - 0147:07

0147:16 - 0148:09

0148:10 - 0150:06

0159:04 - 0160:11

0199:15 - 0199:20

**Regina Bulger**

May 7, 2008

0021:11 - 0021:17

**Lucy Castro**

July 10, 2007

0033:13 - 0033:25

0046:18 - 0047:05

0104:24 - 0105:03

0105:08 - 0105:10

0349:10 - 0349:25

0368:02 - 0368:11

July 11, 2007

0444:03 - 0444:05

0451:19 - 0451:25

0461:03 - 0461:14

0503:09 - 0503:14

0551:03 - 0551:04

0643:03 - 0643:12

0646:21 - 0649:02

0730:02 - 0730:24

**Amanda Cavallaro**

June 16, 2008

0017:21 - 0018:05

0020:01 - 0020:05

0023:02 - 0024:05

0025:04 - 0026:21

0027:16 - 0028:03

0052:02 - 0052:08

0055:19 - 0057:20
0066:13 - 0066:20
0075:13 - 0076:10
0081:06 - 0081:23
0091:09 - 0091:12

**Dino Crognale**

March 25, 2008
0014:02 - 0015:01
0016:17 - 0017:13
0058:14 - 0058:19
0061:20 - 0062:17
0223:08 - 0224:14
0224:15 - 0224:21
0224:22 - 0227:20

**Suzanne Doft**

June 12, 2007
0149:10 - 0149:14
0338:11 - 0338:14

June 13, 2007
0636:03 - 0636:13
0647:11 - 0648:15
0648:16 - 0650:02
0654:22 - 0655:15
0658:09 - 0662:17

**Helen Duda-Racki**

February 24, 2005
0042:04 - 0043:09
0060:23 - 0061:07

**David Franklin**

September 12, 2000

0098:13 - 0099:24

September 13, 2000

0025:05 - 0026:24

0036:01 - 0039:22

0059:23 - 0060:01

0071:08 - 0074:24

0077:07 - 0083:23

0097:21 - 0100:15

0102:21 - 0103:18

0111:06 - 0111:15

0112:09 - 0113:07

0182:22 - 0185:02

0185:22 - 0188:24

0268:06 - 0268:13

0332:19 - 0334:17

0334:18 - 0335:07

**Russell Gallant**

June 16, 2008

0019:09 - 0020:06

**Teresa Gallant**

June 16, 2008

0030:21 - 0032:10

0042:09 - 0043:04

0056:19 - 0057:02

0057:04 - 0057:05

**James Gibbons, Jr.**

June 19, 2008

0012:16 - 0013:04

**Robert Glanzman**

August 1, 2007
0011:11 - 0011:17
0017:15 - 0017:23
0121:11 - 0122:03
0350:08 - 0350:23

August 2, 2007
0495:08 - 0495:20
0688:07 - 0688:25
0690:18 - 0693:05
0700:10 - 0704:13
0751:23 - 0753:24

**Richard Goldman**

April 22, 2008
0014:18 - 0015:07
0018:03 - 0018:10
0018:11 - 0019:03
0219:05 - 0220:20
0220:21 - 0223:02

**John Knoop**

January 23, 2008
0011:07 - 0011:21

**Linda Landry**

June 27, 2008
0050:01 - 0050:15
0058:22 - 0058:23
0073:12 - 0074:05
0074:06 - 0074:22

**John Marino**

July 2, 2007

0016:09 - 0016:17

0017:23 - 0017:25

0034:04 - 0035:09

0036:03 - 0036:07

0121:15 - 0121:20

0260:13 - 0260:24

0282:03 - 0282:22

0284:17 - 0284:22

0285:02 - 0285:05

0306:14 - 0306:24

0308:06 - 0308:24

July 3, 2007

0392:01 - 0392:21

0394:13 - 0394:16

0505:17 - 0505:22

0588:18 - 0590:21

0594:08 - 0598:09

0598:11 - 0602:03

0603:15 - 0605:11

0605:13 - 0606:18

0607:15 - 0607:25

0609:19 - 0611:16

0611:22 - 0612:06

0612:07 - 0616:09

0616:10 - 0618:18

0618:19 - 0619:06

0619:07 - 0619:25

0621:18 - 0622:14

0622:18 - 0624:14

0624:17 - 0624:18

0624:22 - 0624:23

0625:09 - 0626:07

0626:10 - 0626:12

0626:19 - 0626:24

0626:25 - 0628:10

0628:16 - 0630:05

0630:06 - 0630:17

0630:24 - 0631:19

0631:20 - 0631:22

0631:25 - 0632:12

## Cynthia McCormick

February 14, 2008

0009:07 - 0009:15

0011:24 - 0012:06

0023:14 - 0024:14

0025:17 - 0027:07

0044:17 - 0044:18

0044:22 - 0048:08

0052:12 - 0053:09

0061:07 - 0062:08

0067:18 - 0068:21

0084:19 - 0085:10

0107:20 - 0107:25

0108:03 - 0108:11

0109:09 - 0111:15

## Barry McEachern

July 1, 2008

0028:09 - 0030:01

0064:04 - 0064:06

**Michele Meager**

March 21, 2008

0007:21 - 0007:22

0039:18 - 0039:23

0041:24 - 0042:06

0058:17 - 0058:23

**Avanish Mishra**

June 15, 2007

0529:19 - 0529:22

**Atul Pande**

September 19, 2007

0117:10 - 0118:02

0119:22 - 0120:07

0125:24 - 0126:07

0192:23 - 0193:19

0356:04 - 0356:10

0366:14 - 0366:15

September 20, 2007

0415:09 - 0416:07

0421:09 - 0421:15

0434:14 - 0434:22

0440:07 - 0440:13

0585:17 - 0586:11

0661:03 - 0661:10

0662:16 - 0663:04

0664:02 - 0664:19

0665:02 - 0667:06

0667:10 - 0668:01

**Drusilla Scott**

December 12, 2007

0200:23 - 0201:23

0202:10 - 0202:21

0233:14 - 0233:18

0236:10 - 0236:17

0258:10 - 0258:25

0270:18 - 0270:24

December 13, 2007

0643:10 - 0645:14

0646:16 - 0647:07

0660:15 - 0660:19

0660:21 - 0661:03

0661:05 - 0661:09

0661:11 - 0661:16

0667:10 - 0669:09

0669:10 - 0673:10

0676:15 - 0676:18

0677:10 - 0677:24

0678:06 - 0679:14

0684:19 - 0684:19

0685:03 - 0688:06

0691:04 - 0691:17

**Leslie Tive**

July 11, 2007

0505:10 - 0506:13

0506:16 - 0506:22

July 19, 2006

0026:15 - 0026:24

0289:15 - 0290:01