**EXHIBIT 7
PLAINTIFF'S PROPOSED
JUROR QUESTIONNAIRE**

**PLEASE PRINT ALL ANSWERS**   CONFIDENTIAL JUROR QUESTIONNAIRE   JUROR NO. _____

1. Full Name: _____
                   First          Middle/Maiden       Last

2. Where do you live in Boston Area (address):_____
   City_____ County _____ Zip Code _____

3. Date of Birth:____/____/____   Gender: M___  F___   Race: _____

4. Place of Birth  -  City _____ State:_____

5. Do you _____ Rent your home?
          _____ Live with homeowners?
          _____ Own your own home?
   If you are a homeowner, how long have you owned your home? _____

6. What other cities or states, if any, have you lived in during the last 10 years?
   _____

7. What is your current marital status?
                       ___Never Married   ___Divorced _____
                       ___Married        ___Widowed _____
                       ___Separated      ___Other: (Please explain) _____

8. Name of spouse or significant other:_____

9. Date of birth of spouse or significant other:_____

10. State the age, gender and occupation of each of your children or step-children:
    Age:_____  M__ F__   Occupation:_____
    Age:_____  M__ F__   Occupation:_____
    Age:_____  M__ F__   Occupation:_____
    Age:_____  M__ F__   Occupation:_____
    Age:_____  M__ F__   Occupation:_____
    Age:_____  M__ F__   Occupation:_____

11. Have you ever been arrested for a crime?   Yes ___   No ___
    Have you ever been convicted of a crime?   Yes ___   No ___

12. Have you ever followed any sports?  Yes ___   No ___
    If so, what sports/teams:_____

PLEASE PRINT YOUR ANSWERS

13. What is the highest level of education you have achieved?

   What High school did you attend? _____

   | | | | |
   |---|---|---|---|
   | Less than high school | _____ | Some college | _____ |
   | GED | _____ | Bachelor's degree | _____ |
   | High School | _____ | Some Graduate Study | _____ |
   | Tech/Trade School | _____ | Masters/Doctoral degree | _____ |

   What was your area(s) of study? _____

14. Please state the last year of schooling completed by your spouse/partner and state his/her area of study:

   _____

15. 
   Annual Family Income:   Less than $50,000   _____

                           $50,000 to $100,000 _____

                           More than 100,000   _____

16. What is your current employment status?

   | | | | |
   |---|---|---|---|
   | Full Time | _____ | Homemaker | _____ |
   | Part Time | _____ | Disabled | _____ |
   | Retired | _____ | Student | _____ |
   | Unemployed | _____ | | |

17. Which best describes your current work situation?

   Manufacturing / Trade           _____
   Professional                    _____
   Service (clerical, sales, etc.) _____
   At-home parent / homemaker      _____
   Unemployed                      _____

18. If employed, state your current occupation: _____

   Name of employer: _____

   Length of current employment: _____

   What is your primary job function at your place of employment? (For example, if a teacher, what do you teach? If a salesperson, what do you sell?)

   _____

19. Do you supervise other people?    Yes ___    No ___    If "Yes", how many? _____

   What are your supervisory duties? _____

20. Are you or someone close to you involved in sales?

   Yes _____   No _____   If "Yes" please explain:_____

2

**PLEASE PRINT YOUR ANSWERS**

21. If you are not presently employed or if you have held different employment during the past 10 years, please provide the following information regarding past jobs held:

    Job Title:_____ Employer:_____ Job Duties _____ Dates_____
    Job Title:_____ Employer:_____ Job Duties _____ Dates_____
    Job Title:_____ Employer:_____ Job Duties _____ Dates_____
    Job Title:_____ Employer:_____ Job Duties _____ Dates_____
    Job Title:_____ Employer:_____ Job Duties _____ Dates_____

22. If applicable, what is your spouse or significant other's current employment status?

    Full Time   _____     Homemaker _____
    Part Time   _____     Disabled   _____
    Retired     _____     Student    _____
    Unemployed _____      N/A        _____

23. If you have been married at any time during the last 10 years, please try to list each job your spouse held during that period.

    Spouse's Job Title:_____ Employer:_____ Job Duties _____
    Spouse's Job Title:_____ Employer:_____ Job Duties _____
    Spouse's Job Title:_____ Employer:_____ Job Duties _____

24. Are you now or have you ever received worker's compensation?

    Yes, currently _____   Yes, in the past_____   Dates: _____   No _____

25. What are/were your parents' current or most recent occupation and employer before retirement or death?

    Mother's occupation:_____ Employer:_____ Job Duties _____
    Father's occupation: _____ Employer:_____ Job Duties _____

26. Are you a member of a church, temple, or other religious organization?   Yes___   No___

    Past or present church offices held, if any? _____

27. Do you consider your religious training and/or your religious principles to be a significant part of how you live your life?   Yes___   No _____

28. Have you or any family member ever served in the U.S. Armed Forces? Yes _____   No_____

    If yes, what was the Branch and the Highest Rank you/they attained and how long? _____

    Where did you/they serve?_____   When? _____

29. Are you involved in any volunteer organizations?

    Yes, I am an active member_____   Yes, but I'm not active _____   No _____

    If "Yes", please list the organization(s): _____

30. Of what civic clubs, societies, professional associations, or other organizations are you a member?

    _____

    Please indicate offices held, if any: _____   When? _____

3

**PLEASE PRINT YOUR ANSWERS**

31. Are you now or have you been a member of a labor union?   Yes ____   No ____
    If yes, which one? _____   When? _____

32. Have you or your spouse ever worked on a political campaign either for the election of a candidate or for any special interest group seeking a change or enforcement of the law?
    Yes ___   No ___   If yes, please explain: _____

33. Have you ever run for elected office?   Yes ____   No ____
    If "Yes", what office? _____   When? _____

34. Do you or anyone close to you have any training or experience in the following areas?

    _____Healthcare/Medical Profession          _____Insurance (sales, claim adjusting, etc.)
    _____Journalism, media                      _____Law or the Legal or Court System
    _____Pharmaceutical Industry                _____Prescription Drug Sales
    _____Contract Writing                       _____Finance and Economics
    _____Food and Drug Administration (FDA)     _____Government Standards and Regulations
    _____Public Relations                       _____Research and Development
    _____Product Design or Testing              _____Product Manufacturing
    _____Statistics                             _____Social Service

35. If "Yes", to any of the above, please explain your/their involvement:
    _____
    _____

36. Do you have any experience, training, knowledge or education that you can rely on to help you decide a case involving a prescription drug?
    Yes _____   No _____   If "Yes" please explain: _____
    _____

37. Have you ever taken courses relating to counseling, social work, psychology, psychiatry or the social sciences?
    Yes _____   No _____
    If "Yes" please explain: _____

38. Do you regularly read any newspapers or magazines?   Yes ____   No ____
    If yes, please list the name(s) of what you read: _____

39. During an average week, how many days do you read a newspaper?   1-4 ___   5+ ___   Never ___

40. Are you a member of any consumer organization or do you subscribe to any magazine (such as Consumer Reports) that deals with consumer complaints or product safety?
    Yes ___   No ___   If "Yes", which one(s)? _____

41. Do you spend more time watching TV or reading?   TV ____   Reading ____

42. What are the ways you learn about the news? (Check all that apply)
    TV ___   Newspaper ___   Magazines ___   Radio ___   Internet ___   Other ( Please Describe) _____
    Please list the names of your different sources of information: _____

43. Do you enjoy watching daytime talk shows?
    Yes ___   No ___   If yes, which programs do you like to watch: _____

4

**PLEASE PRINT YOUR ANSWERS**

44. What television programs do you regularly watch? (Including news programs, etc.): _____

45. What are your favorite television shows? _____

46. Do you regularly watch "Court TV" or any other court case television shows?   Yes ___   No ___
    If "Yes", which ones? _____

47. Do you regularly listen to "talk radio"?   Yes ___   No ___   If "Yes", which ones? _____

48. Have you ever written a letter to the editor of a newspaper ?   Yes ___   No ___
    If yes, please explain the nature of the letter(s): _____
    _____   Date: _____

49. What were the last three movies you saw?
    1. _____
    2. _____
    3. _____

50. What are the names (or types) of the last two books you read?
    1. _____   2. _____

51. Have you ever had a bumper sticker on your car?   Yes ___   No ___
    If "Yes", what did the bumper sticker say? _____

52. Do you use the internet for research either at work, school or home?
    Yes ___   No ___   If yes, what type of research? _____

53. How often do you use the internet?

    Every day ___   A few times per week ___   A few times per month ___   Never ___

    Do you have a web page?   Yes ___   No ___

54. Do you believe that the use of inter-office e-mails as evidence of what a person knew is an invasion of privacy?
    Yes ___   No ___

55. Which of the following would you use to describe yourself? (**Check all that apply**)

    ☐ Analytical       ☐ Attractive      ☐ Compassionate   ☐ Emotional        ☐ Overweight
    ☐ Generous         ☐ Judgmental      ☐ Logical         ☐ Pretty           ☐ Opinionated
    ☐ Outspoken        ☐ Practical       ☐ Private         ☐ Self-conscious   ☐ Skeptical
    ☐ Sloppy           ☐ Smart           ☐ Successful      ☐ Selfish          ☐ Sensitive
    ☐ Strict           ☐ Technical       ☐ Trusting        ☐ Vain             ☐ Controlling
    ☐ Rational         ☐ Reasonable      ☐ Suspicious      ☐ Friendly         ☐ **Other** _____
    ☐ Rule Oriented    ☐ Naive           ☐ Talkative       ☐ Quiet            _____

56. Which three words would a close friend or relative use to describe you?
    1. _____   2. _____   3. _____

57. In general, how is your overall health?   Excellent ___   Good ___   Fair ___   Poor ___

5

**PLEASE PRINT YOUR ANSWERS**

58. Have you <u>ever</u> smoked cigarettes? Yes ___ No___      Packs per day _____

    If yes, how long did you smoke? _____      When did you smoke (dates)? _____

59. Do you <u>currently</u> smoke cigarettes? Yes _____ No_____      Packs per day_____

    If yes, how long have you been smoking? _____   Have you ever tried to quit? Yes ___ No ___

60. Do you exercise regularly? Yes ____ No____   If yes, how often? _____

61. Have you or someone close to you ever suffered a serious side effect while taking a prescription drug? Yes ___  No ___   If "Yes", please explain: _____

62. Have you or someone close to you ever taken, on a regular basis, a prescription or over the counter medication for pain relief ? Yes___   No___

    If yes, list which ones:_____

63. Have you or someone close to you ever taken, on a regular basis, a prescription medication for epilepsy? Yes___  No___

    If yes, list which ones:_____

64. Have you or someone close to you ever stopped taking a prescription or over the counter medication because you thought it was potentially dangerous? Yes ___  No___   If "Yes", please explain: _____

65. Before taking any type of prescription medication, do you read the patient information sheet?

    Always_____    Frequently___    Sometimes___    Rarely____    Never ____

66. Have you ever done, or do you keep in your home, any books, manuals or other reference sources to do independent health or medical research regarding your personal health?
    Yes ___  No___   If yes, please explain:_____

67. Have you experienced a serious, stressful event in the last year, such as the death of a loved one, divorce, loss of a job, major illness or serious injury?   Yes____  No _____

    If "Yes", please explain: _____

68. List the three people you <u>most</u> admire or <u>most</u> respect and please tell us why:

    1. _____ Why? _____
    2. _____ Why? _____
    3. _____ Why? _____

69. List the three people you <u>least</u> admire or <u>least</u> respect and please tell us why:

    1. _____ Why? _____
    2. _____ Why? _____
    3. _____ Why? _____

70. What are your favorite hobbies, recreations or pastimes?
    _____

71. What are the favorite hobbies, recreations or pastimes of the people in your family?
    _____

**PLEASE PRINT YOUR ANSWERS**

72. Have you ever heard of Pfizer, Inc.?  Yes ___  No ___
    If yes, what have you heard? _____

73. Have you ever heard of Parke-Davis, Pharmaceuticals,?  Yes ___  No ___
    If yes, what have you heard? _____

74. Have you ever heard of Warner Lambert Company, LLC?  Yes ___  No ___
    If yes, what have you heard? _____

75. Have you or anyone close to you had any association at all, (personal or professional), with Pfizer, Parke-Davis, Warner Lambert, or any other pharmaceutical company?  Yes ___  No ___
    If yes, please identify the company and explain the association:
    _____

76. Have you or anyone close to you ever owned stock in Pfizer, Parke-Davis, Warner Lambert or any other pharmaceutical company?
    Yes ___  No ___  If "Yes", please describe: _____

77. On a scale of 1 to ten, circle the number that best expresses your opinion of Pfizer:

    1-------2-------3-------4-------5-------6-------7-------8-------9-------10
    Very Low Opinion              No Opinion                    Very High Opinion

    Why do you have that opinion? _____

78. Pfizer must be a good company because they give free drugs to people who qualify for their special program.
    ___Strongly Agree    ___Somewhat Agree    ___Somewhat Disagree    ___Strongly Disagree

79. Have you heard or read anything about a prescription medicine called NEURONTIN?
    Yes ___  No ___  If "Yes", please describe what you have heard or seen: _____

80. Have you heard or read anything about any other cases involving Pfizer or Neurontin?  Yes ___  No ___
    If "Yes", What have you heard? _____
    Did you agree?  Yes ___  No ___  Why? _____

81. Do you believe a prescription drug can ever lead to suicide in patients who take it?  Yes ___  No ___
    Please explain: _____

82. Do you believe Neurontin is a cause or contributes to suicide in:
    ___Everyone who takes it
    ___Some people who take it
    ___Only a few people who take it
    ___No one who takes it

83. What is your opinion of the Food and Drug Administration (FDA)?
    _____
    _____

7

**PLEASE PRINT YOUR ANSWERS**

84. Have you, a family member, or anyone close to you ever worked for or with the Food and Drug Administration (FDA)? Yes ___   No ___

    If yes, who is the person?_____ When did the work occur? _____

    Person's Position or Title?_____ Person's Job Duties? _____

85. As far as you know, does the FDA conduct its own testing of prescription drugs?   Yes ___   No ___

86. Do you believe that the FDA can't properly determine the safety of prescription drugs because they don't do their own testing but instead rely on the testing of pharmaceutical companies?   Yes ___   No ___

87. Do you believe the FDA lacks the ability to adequately oversee the safety of prescription medicines?

    Yes ___   No ___

88. If the FDA approved a prescription drug would you consider it safe no matter what the evidence in the case shows?   Yes ___   No ___   If "Yes", please explain: _____

    _____

89. In the past few years, has your confidence in the FDA's ability to ensure the safety of prescription drugs:

    Increased _____   Decreased _____   Stayed the same _____

90. If the FDA approves a new drug then it must be safe.   True ____   False ____

91. The FDA would not approve a prescription drug if it were not 100 % safe.

    ___Strongly Agree   ___Somewhat Agree   ___Somewhat Disagree   ___Strongly Disagree

92. Today, when you hear the FDA has given its approval to a new drug, how much confidence do you have that the drug is safe?

    ___Complete confidence   ___Some confidence   ___Very little confidence   ___No confidence

93. Are you familiar with the practice of off label marketing used by drug companies?   Yes ___   No ___

94. Should a drug company be allowed to market and sell a drug for a condition that the drug was neither developed or tested for?   Yes ___   No ___

95. Other than the information you have provided, do you have any special knowledge or experience involving the FDA or how the FDA functions?   Yes ___   No ___

    If yes please explain:_____

96. Drug companies often rush drugs to market before they are proven safe.

    ___Strongly Agree   ___Somewhat Agree   ___Somewhat Disagree   ___Strongly Disagree

97. Prescription drug companies do an adequate job of warning the public about the risks of using their medicines.

    ___Strongly Agree   ___Somewhat Agree   ___Somewhat Disagree   ___Strongly Disagree

98. Prescription drug companies do an adequate job of monitoring the safety of their drugs once they are on the market.

    ___Strongly Agree   ___Somewhat Agree   ___Somewhat Disagree   ___Strongly Disagree

99. Do you believe that drug companies should be forced to give free medicine to people who can't afford it?

    Please explain: _____

**PLEASE PRINT YOUR ANSWERS**

100. Do you believe a prescription drug should be proven 100% safe for any medical condition before being sold to the public?

   Please explain: _____

101. Do you worry a lot about the safety of prescription drugs?

   Yes ___   No ___   Don't Know ___

102. Have you ever had a serious side effect while taking a prescription drug?

   Yes ___   No ___   Don't Know ___

103. What degree of responsibility do patients have for their own healthcare, as compared to their medical provider? (Check one)

   Patient has No Responsibility                     ___

   Patient has Some Degree of Responsibility         ___

   Patient has Equal Degree of Responsibility        ___

   Patient has Very High Degree of Responsibility    ___

   Patient has Total Responsibility                  ___

104. Do you believe the cost of prescription drugs is:

   Too High ___   About Right ___   Too Low ___   Do Not Know ___   No Opinion ___

105. I would have to be completely convinced, beyond any shadow of a doubt, that a medicine was a cause of a person's suicide before I could find against the company that made the medicine.

   ___Strongly Agree   ___Somewhat Agree   ___Somewhat Disagree   ___Strongly Disagree

106. No matter what the actual cause of the problem may be, if a patient has a serious health problem while taking a prescription drug, does the company that made the medicine necessarily have an obligation to take care of that patient?

   Yes ___   No ___   Don't Know ___

107. If a prescription drug is approved by the FDA and is safe and effective for most people, but is sold to a different group of patients, should the drug company be held responsible?

   Yes ___   No ___   Don't Know ___

108. Should a prescription drug be prescribed for a medical problem that it was not clinically developed or tested for?

   Yes ___   No ___   Don't Know ___

109. Does a pharmaceutical company have a duty to warn about the potential dangerous side effects of its prescription drugs?   Yes ___   No ___   Please explain: _____

110. Drug companies sometimes rush drugs to market before they are proven safe.

   ___Strongly Agree   ___Somewhat Agree   ___Somewhat Disagree   ___Strongly Disagree

9

**PLEASE PRINT YOUR ANSWERS**

111. I am outraged at the conduct of companies that make prescription medicines.
 ___Strongly Agree    ___Somewhat Agree    ___Somewhat Disagree    ___Strongly Disagree

112. Do you or anyone close to you suffer from epilepsy?    Yes ___    No ___

113. Has anyone close to you ever committed suicide?    Yes ___    No ___

114. Have you or anyone close to you ever attempted to commit suicide?    Yes ___    No ___

115. If someone already had attempted suicide I would not hold a company responsible just because the company added to that risk.
 ___Strongly Agree    ___Somewhat Agree    ___Somewhat Disagree    ___Strongly Disagree

116. Has anyone ever concealed information from you regarding an important matter?   Yes___   No___

 If "Yes", please explain: _____

117. If the FDA has approved a prescription drug and then someone dies or is injured due to that drug, who is responsible?

 ___The person who took the drug
 ___The drug manufacturer
 ___The FDA
 ___The doctor who prescribed the drug
 ___Don't know

118. Do you believe that all of the findings of medical studies on prescription drugs should be made known to the public?
 ___Strongly Agree    ___Somewhat Agree    ___Somewhat Disagree    ___Strongly Disagree

119. Do you agree that corporations should be held to the same standards of truthfulness as an individual?
 ___Strongly Agree    ___Somewhat Agree    ___Somewhat Disagree    ___Strongly Disagree

120. In a situation in which you were trying to figure out whether a drug was safe or unsafe, would you place more trust in:

 ___The reports of patients who used the drug

 ___The opinions of scientists and doctors

 ___The approval of the FDA

 ___Reports in the media or on the internet

121. Are you in favor of advertising by pharmaceutical companies for promotion of their prescription medications?
 Yes ___   No___   Why do you say that? _____

122. Do you believe there can be more than one cause of an event?   Yes ___    No ___
 If "No", please explain:_____

123. Do you believe there can be more than one cause of a suicide?   Yes ___    No ___
 If "No", please explain:_____

10

**PLEASE PRINT YOUR ANSWERS**

124. Do you believe some risk factors for suicide are more important than others?   Yes___   No___

    Please explain: _____

125. If you were a juror, would you begin jury service favoring one side or the other in a lawsuit where a patient who has committed suicide after taking Neurontin is suing the manufacturer of the drug?

    Yes, the manufacturer___   Yes, the person suing ___   No ___

126. If you or a family member were seriously injured and you thought it might be someone else's fault, do you think you would:
    ___Definitely bring a lawsuit
    ___Probably bring a lawsuit
    ___Probably not bring a lawsuit
    ___Definitely not bring a lawsuit

    Why do you say that?
    _____

127. Please check whether you agree or disagree as to the following statements:

| | Agree | Disagree | Comment |
|---|---|---|---|
| Large companies won't disclose damaging information about their products until they are forced to do so. | _____ | _____ | _____ |
| Company executives will lie to increase their profits | _____ | _____ | _____ |
| Most people are too quick to file a lawsuit | _____ | _____ | _____ |
| People often fake their damages for a lawsuit | _____ | _____ | _____ |
| Companies can't do the research they need to do because of all the lawsuits | _____ | _____ | _____ |
| Some people die from taking prescription drugs but that is unavoidable in order for scientists to learn | _____ | _____ | _____ |
| People like me have little chance of protecting our interests when they conflict with powerful people or groups. | | | |

128. Have you ever been a plaintiff or a defendant in a civil lawsuit?
    Yes, plaintiff ___   Yes, both___   Yes, defendant ___   No, neither___
    Please explain the nature of the lawsuit(s): _____
    How was(were) the case(s) resolved? _____
    Who was(were) the attorney or firm that represented you? _____   When? _____

129. Have you ever been on a jury in a civil case where someone was asking for monetary compensation for a harm they had suffered?
    Yes, and the jury reached a verdict___   Yes, but the jury did not reach a verdict ___   When? _____   No ___

11

**PLEASE PRINT YOUR ANSWERS**

130. Have you ever been a foreperson on a jury?
Yes ___   If "Yes", When? ___   No ___   I have never served on a jury _____

131. Have you, a family member, or someone close to you ever worked for a law firm or had any legal training or experience?

Yes, I have ____   Yes, a family member has ____   Yes, someone close to me has ____   No ____

If "Yes", please indicate:

Who: _____   Which Law Firm: _____
Job: _____   For how long? _____
Duties: _____   Law firm specialty? _____

132. Have you or someone close to you ever testified as an expert witness in any field or business?

Yes _____   No _____   If yes, please explain: _____

133. Do you have a monetary limit which you believe you could not go beyond when considering damages?

Yes ___   No ___   Please explain: _____

134. Do you think that jury verdicts are too high, too low or just about right?

Too High _____   Too Low _____   About Right _____

135. Do you think our system of lawsuits needs to be changed?   Yes ___   No ___

Please explain: _____

136. What is your opinion of people who file lawsuits against prescription drug manufacturers?
_____
_____

137. Are you or anyone close to you a member of any organization or group involved in tort or lawsuit reform?

Yes ___   No ___

138. Under certain circumstances, the law allows what are called exemplary or punitive damages to make an example of or to punish a corporation or to deter others from engaging in similar conduct. What, if anything, do you think about these types of damages?
_____

139. From what you have read in this questionnaire do you believe you may have personal knowledge and/or Familiarity with the people or facts of this case?
Yes _____   No _____   Is yes, please explain
_____

140. Do you personally know anyone else here?   Yes ____   No ____
If yes, please explain _____

141. Do you have any loss of hearing or sight impairment or other physical impairment that would make jury service difficult for you?   Yes ____   No _____   If "Yes", please explain: _____
_____

12

**PLEASE PRINT YOUR ANSWERS**

142. Is there any other medical condition that would make jury service difficult for you?

    Yes___ No___    If "Yes", please explain: _____

143. Will you do the best you can to keep sympathy for the plaintiffs out of any decision you might reach in this case?   Yes____   No____

144. Will you do the best you can to keep prejudice against the plaintiffs out of any decision you might reach in this case?   Yes____   No____

145. If you felt one side or the other had proved their case, could you be pressured by outside publicity to change your mind and not render a verdict?   Yes___   No___

146. If you felt one side or the other had proved their case, could you be pressured by long hours of deliberation or fatigue into changing your mind and not rendering a verdict?   Yes___   No___

147. Is their anything in your background or experience that could make you find for or against a company simply because you wouldn't want to hurt a company?   Yes___   No___

148. If you were to find against Pfizer, is there any way it would effect you either financially or socially?

    Yes___ No___    If "Yes", please explain: _____

149. Is there any reason you could not be a totally fair and impartial juror in a case where a person has committed suicide and the family of that person is suing the manufacturer of the prescription drug that they say was a cause of that suicide?

    Yes___   No___

150. Can you think of anything (e.g., people you know, experiences you have had, information about any of the parties or anything else) that would make serving as a fair and impartial juror in this case difficult for you?

    Yes_____ No_____    If "Yes", please explain:_____
    _____

151. Do you remember seeing or hearing any television ads, radio ads or newspaper editorial accounts concerning Neurontin or Pfizer or this case?

    Yes___ No___    If "Yes", please explain: _____

152. Will you do the best you can to keep any information you have already heard about this case from TV, Radio, Newspapers or any other media source out of any decision you might reach in this case?   Yes___   No___

153. Is there any other reason you could not serve on the jury in this case?   Yes___   No___
    If yes please explain: _____
    _____

154. Have you or someone close to you ever taken Neurontin?
    Yes, me____   No____   Yes, someone close to me____   Yes, both____

    If "Yes", please explain: _____
    What dosage?____   For how long did you take the drug?_____ Dates of use:_____

155. Do you or anyone close to you believe you have a claim concerning alleged injuries from Neurontin?

    Yes, me____   Yes, someone close to me____   Yes, both____   No____   Don't Know____

13

**PLEASE PRINT YOUR ANSWERS**

156.  If a small business owner, will you be financially hurt by serving on the jury?   Yes ___   No ___

157.  If employed, will you be paid by your employer during jury service?   Yes ____   No ____

If "No", would you still able to serve on the jury during a six week trial? _____

158.  Is there anything else you would like to share?

_____
_____
_____
_____

I hereby swear and affirm that the answers I have given are **true and complete** to the best of my knowledge.

**JUROR SIGNATURE**:_____

**PRINT NAME**:            _____


*THANK YOU VERY MUCH FOR YOUR COOPERATION!*