# EXHIBIT 8
# DEFENDANTS' PROPOSED
# JUROR QUESTIONNAIRE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| *Bulger v. Pfizer Inc, et al.*, C. A. No. 07-11426-PBS | |

**DEFENDANTS' PROPOSED JUROR QUESTIONNAIRE**

# JUROR QUESTIONNAIRE

Please Print Clearly

NAME: _____

ADDRESS: _____

Age: _____

Gender:   A.   Male
          B.   Female

For the following questions, please circle the number next to the response that best describes you and your current situation:

1. Current marital status:

   | | |
   |---|---|
   | Never Married | 1 |
   | Married | 2 |
   | Living with partner | 3 |
   | Separated | 4 |
   | Divorced | 5 |
   | Widowed | 6 |

2. Highest level of education completed:

   | | |
   |---|---|
   | Less than high school | 1 |
   | GED | 2 |
   | High school | 3 |
   | Technical/trade school | 4 |
   | Some college | 5 |
   | Bachelor's degree | 6 |
   | Some graduate study | 7 |
   | Master's or Doctoral degree | 8 |
   | Don't know | 9 |

3. Current employment status:

   | | |
   |---|---|
   | Full Time | 1 |
   | Part Time | 2 |
   | Retired | 3 |
   | Unemployed | 4 |
   | Homemaker | 5 |
   | Disabled | 6 |

4. Job title (if unemployed or retired, please indicate most recent job):

_____

_____

5. Name of employers (if unemployed or retired, write most recent employer):

_____

_____

6. Spouse/partner's employment status:

   Full Time      1
   Part Time      2
   Retired        3
   Unemployed     4
   Homemaker      5
   Disabled       6

7. Job title (if unemployed or retired, please indicate most recent job):

_____

_____

8. Name of employers (if unemployed or retired, write most recent employer):

_____

_____

9. Do you have any special training, work experience or education in the following areas? (check all that apply)

| Industry | No | Yes, currently | Yes, in the past | If yes, please explain |
|---|---|---|---|---|
| Law | | | | |
| Medicine/Healthcare | | | | |
| Government regulation | | | | |
| Statistics | | | | |
| Education | | | | |
| Mental Health/Social Work/Counseling | | | | |

2

| Industry | No | Yes, currently | Yes, in the past | If yes, please explain |
|---|---|---|---|---|
| Media | | | | |
| Insurance | | | | |
| Finance/Economics | | | | |
| Science | | | | |

10. Have you ever been a member of a labor union?

    A.    Yes
    B.    No

11. How long have you lived in this area?

    A.    0-5 years
    B.    6-10 years
    C.    11-20 years
    D.    Over 20 years
    E.    All my life

12. The current downturn in the economy can mostly be blamed on:

    A.    The greed of corporations and top executives
    B.    Incompetent Government
    C.    The choices of individual citizens
    D.    Other
    E.    I have no idea

13. Do you basically trust or distrust the U.S. Government?

    A.    Trust
    B.    Distrust

14. I am outraged at the conduct of Corporate America today.

    A.    Strongly agree
    B.    Somewhat agree
    C.    Somewhat disagree
    D.    Strongly disagree

15. Would you say you have strong positive or negative opinions of pharmaceutical companies?

    A.    Yes, positive opinions
    B.    Yes, negative opinions
    C.    No

3

If yes, please explain:

_____

_____

_____

16. Do you believe a prescription drug should be proved 100% safe for all people under all conditions before being sold to the public?

   A. Yes
   B. No

17. All prescription medicine has risks.

   A. Strongly agree
   B. Somewhat agree
   C. Somewhat disagree
   D. Strongly disagree

18. If all you knew was that a person took a medicine and then had a health problem, would that be enough to show that it was more likely than not the medicine caused the health problem?

   A. Yes
   B. No

19. No matter what the actual cause of the problem may be, if a patient has a serious health problem while taking a prescription drug, does the company that made the medicine necessarily have an obligation to take care of that patient?

   A. Yes
   B. No

20. Assume that a medicine has been approved by the FDA (Food and Drug Administration) for a specific use. Is a doctor allowed to prescribe that medication to a patient for a use that has not been approved by the FDA?

   A. Yes
   B. No

21. Even if your doctor recommended it, would you refuse to take a prescribed medication for a use not approved by the FDA?

    A. I would refuse to take it even if the doctor recommended it
    B. I would take it if the doctor recommended it
    C. I would consider taking it

22. Assume that doctors are allowed to prescribe medicine for uses other than those for which it has been approved by the FDA if they believe it will help an individual patient. Do you support this practice or do you oppose it?

    A. Support
    B. Oppose

23. Do you believe a prescription drug should be proved 100% safe for all people under all conditions before being sold to the public?

    A. Yes
    B. No

24. If there is lack of clear evidence that a medicine causes a serious side effect, which of the following ideas should take priority?

    A. It is wrong to scare off or confuse patients in need with a strong warning that may not be necessary.

    B. When it comes to medicine, it is always better to err on the side of safety, no matter what the evidence.

25. If a prescription drug is approved by the FDA and is safe and effective for most people, but dangerous for a very small number of people, should the drug be taken off the market?

    A. Yes
    B. No

26. Have you, or anyone close to you, had suicidal thoughts?

    A. Yes, me
    B. Yes, someone close to me
    C. Yes, both
    D. No

27. Have you or someone close to you ever taken any of the following drugs: Oxycontin (or oxycodone); Neurontin (or gabapentin); Methadone; Lexapro; Klonopin (or Clonazepam); Effexor (or Venlafaxine); Paxil (or paroxetine); Zoloft (or sertraline); or Prozac (or fluoxetine)?

   A.   Yes, I have (Specify which drug(s)): _____
   B.   Yes, someone close to me has (Specify which drug(s)): _____
   C.   Yes, both (Specify which drug(s)): _____
   D.   No:

28. Have you, or someone close to you, had a bad experience taking any of the following drugs: Oxycontin (or oxycodone); Neurontin (or gabapentin); Methadone; Lexapro; Klonopin (or Clonazepam); Effexor (or Venlafaxine); Paxil (or paroxetine); Zoloft (or sertraline); or Prozac (or fluoxetine)?

   A.   Yes, I have (Specify which drug(s)): _____
   B.   Yes, someone close to me has (Specify which drug(s)): _____
   C.   Yes, both (Specify which drug(s)): _____
   D.   No

29. Have you, or someone close to you, ever developed an addiction to narcotic pain killers?

   A.   Yes, me
   B.   Yes, someone close to me
   C.   Yes, both
   D.   No

30. Have you suffered a loss of a loved one or experienced some other serious loss in the last year?

   A.   Yes
   B.   No

31. How frequently do you search the internet for health information?

   A.   Frequently
   B.   Sometimes
   C.   Rarely
   D.   Never

33. Would you describe yourself as very religious?

    A. Yes
    B. No

34. Do you exercise regularly?

    A. Yes
    B. No

35. Have you ever served in the U.S. military?

    A. Yes
    B. No

36. Do you work or volunteer for any child protection or advocacy programs?

    A. Yes, currently
    B. Yes, in the past
    C. No

    If yes, please explain:

    _____
    _____
    _____

37. Are you a parent or regularly take care of children in your home?

    A. Yes
    B. No

38. Would you describe yourself as:

    A. Very smart
    B. Smarter than average
    C. About average as far as intelligence goes
    D. Below average as far as intelligence goes

39. I am very passionate about helping people.

    A. Strongly agree
    B. Somewhat agree
    C. Somewhat disagree
    D. Strongly disagree

40. If you had some leisure time, would you rather read a:

    A. Science magazine
    B. Entertainment magazine

41. Do you enjoy watching TV shows like CSI?

    A. Yes
    B. No

42. Who are the 3 people you:

| Most Admire | Least Admire |
|---|---|
|  |  |
|  |  |
|  |  |

43. Have you ever been a plaintiff or defendant in a civil lawsuit?

    A. Yes, plaintiff
    B. Yes, defendant
    C. Yes, both
    D. No, neither

    Please explain any "yes" answer below:

    _____
    _____
    _____

44. Have you ever been on a jury in a civil case where someone was asking for monetary compensation for a harm they had suffered?

    A. Yes, and the jury reached a verdict
    B. Yes, but the jury did not reach a verdict
    C. No

45. Have you ever been a foreperson on a jury?
    A. Yes
    B. No
    C. I have never served on a jury

8

46. If you were a juror in a civil lawsuit and the evidence showed that the person suing could not prove his or her case, would you feel it necessary to award the person suing some money anyway?

    A.  Yes
    B.  No

47. Are you personally familiar with or have done business with any of the following individuals? (CIRCLE ALL THAT APPLY)

    Yoshiharu Akabane, MD

    Larry Alphs, MD

    Keith Altman

    Janet Arrowsmith-Lowe, MD, FACP

    Becky Baker-Warry

    Richard Barnes

    James Bello

    Cheryl Blume, PhD

    Edward W. Boyer, MD, PhD

    Gary J. Brenner, MD, PhD

    Dan W. Brock, PhD

    Patricia Bulger

    Ronald Bulger, Jr.

    Ronald Bulger, Sr.

    Carter Burwell

    Det. Richard Callahan

    Lucy Castro

    Amanda Marie Cavallaro

    Michael Cennami

    David Chaffin

    Mark Cheffo

    Steve Cohen

    Sgt. William Cook

    Stephen Cristo

    Dino Crognale, MD

9

Thomas Cullen

Annamarie Daley

Clarence Davis

Suzanne Doft

Officer Sean Dowd

Helen Duda-Racki

David Egilman

Andrew Finkelstein

Bruce Fleischmann

Matt Flemming

David Franklin

Kenneth Fromson

Russell Gallant

Teresa Gallant

Kelly Gates

James Gibbons, Jr.

Robert D. Gibbons, PhD

Robert Glanzman

Richard Goldman, MD

Charles Goodell

Henry G. Grabowski, PhD

Sgt. Matthew Gravini

Thomas Greene

Sander Greenland, MA, MS DrPh

Vincent Gunter

Officer Nancy Hart

Mark Hegarty

James Hooper

Douglas G. Jacobs, MD

Walter Jacobs, MD

David Kessler

Charles King III

Lloyd Knapp

John Knoop

Sean Knowles

Stefan Kruszewski, MD

Linda Landry

Mark Lanier

Harlan Levy

Irwin Lewin

Jack London

John Marino

Ron Maris, PhD

Cynthia McCormick

Barry McEachern

Lori McGroder

Michele Meager

William Medwid, MD

Susan Murphy

James Murray

Cheryl Nadeau

David Nims

Ed Notargiacomo

Linda Nussbaum

William Ohlemeyer

Fran Pacillo

Atul Pande, MD

Erick Pavlack

Edmund Polubinski

Officer Eric Ricci

Det. Scott Richards

Marshall Richer

Louis S. Roh, MD

Ilyas Rona

Ronald Rosenkranz

Michael Ross

Anthony J. Rothschild, MD

James Rouhandeh

Alexander Ruggieri, MD

Gerard Sanacora, MD, PhD

Mark Sandmann

Scott Sayler

Nancy Scialdone

Steven Scialdone

Lori Schultz

Druscilla Scott, PhD

Angela Seaton

John Soares

Catherine Stevens

Charles P. Taylor, PhD

Martin Teicher

Thomas Thrash

Leslie Tive

Michael Trimble, MD

Janeth Turner

Sheila Weiss-Smith, PhD

Michael Wasicko

Sgt. Scott Wlasuk

48. Have you heard or read anything about this case?

   A. Yes
   B. No

If "yes", please state what you have read or heard in the lines below:

_____

_____

_____

49. Do you or any family member own stock in, or have any financial interest in any pharmaceutical companies?

    A. Yes
    B. No

If "yes", please explain:

_____
_____
_____

50. Have you already formed an opinion about this case based on what you have heard or read?

    A. Yes
    B. No

If "yes", please state what you have read or heard in the lines below:

_____
_____
_____

51. Is there any medical, family or religious hardship that would prevent you from serving as a juror on this case?

    A. Yes
    B. No

If you answered "yes", please explain:

_____
_____
_____
_____

52. Is there any reason you could not be a totally fair and impartial juror in a case in which an individual was suing a pharmaceutical company?

    A.  Yes
    B.  No

    If you answered "yes", please explain:

    _____
    _____
    _____
    _____

53. This trial is scheduled to continue for 3 weeks. Is there any reason you believe that you would not be able to serve on this case?

    A.  Yes
    B.  No

    If you answered "yes", please explain:

    _____
    _____
    _____
    _____

14