UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:   NEURONTIN MARKETING,
       SALES PRACTICES AND
       PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:


*Bulger v. Pfizer Inc., et al.*
Case No. 1:07-cv-11426-PBS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:   MDL Docket No. 1629
:
:
:   Master File No. 04-10981
:
:   Judge Patti B. Saris
:
:   Magistrate Judge Leo T.
:   Sorokin
:
:
:
:
:

**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF MARKETING
OR ADVERTISING MATERIALS AND CONDUCT, DAVID FRANKLIN AND
THE *FRANKLIN* LITIGATION, AND OTHER CLAIMS OR ACTIONS**

Pursuant to the Federal Rules of Evidence, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move this Court for an order excluding any evidence of or reference to:  (1) any marketing, advertising, or promotional materials or conduct concerning Neurontin (whether for off-label use or otherwise); (2) any testimony of David Franklin or evidence of, or reference to, the separate and unrelated *qui tam* action styled *United States ex rel. Franklin v. Parke-Davis, Division of Warner-Lambert Company, & Pfizer Inc.*, No. 1:96-CV-11651-PBS (D. Mass filed Aug. 13, 1996); or (3) any other claims, actions, or legal proceedings related to Neurontin or other Pfizer products.  None of this evidence bears any connection to the claims in this litigation, thus rendering it irrelevant under Rules 401 and 402. Moreover, the unfair prejudice to Pfizer from admitting such evidence would substantially outweigh its non-existent probative value, thus mandating its exclusion under Rule 403.  Further, to the extent that this evidence constitutes prior bad acts used to show Pfizer's propensity, it is inadmissible under Rule 404(b).  Finally, this evidence is irrelevant to the issue of punitive damages because it lacks a sufficient nexus with Decedent's alleged harm in this case.

Accordingly, all such evidence must be excluded.

The grounds for this motion are set forth in more detail in the accompanying memorandum of law.  Also submitted in support of this motion is a Declaration of Mark S. Cheffo.

WHEREFORE, Defendants respectfully request that the Court exclude at trial all of the evidence described above.

Dated: June 22, 2009                          Respectfully submitted,

                                              SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP

                                              By:    /s/ Mark S. Cheffo
                                                     Mark S. Cheffo

                                              Four Times Square
                                              New York, NY 10036
                                              Tel:  (212) 735-3000

                                                  -and-

                                              BOIES, SCHILLER & FLEXNER LLP

                                              By:    /s/ William S. Ohlemeyer
                                                     William S. Ohlemeyer

                                              333 Main Street
                                              Armonk, NY 10504
                                              Tel: (914) 749-8200

                                                  -and-

                                              SHOOK, HARDY & BACON L.L.P.

                                              By:    /s/ Scott W. Sayler
                                                     Scott W. Sayler

                                              2555 Grand Blvd.
                                              Kansas City, MO 64108-2613
                                              Tel:  (816) 474-6550

                                                  -and-

2

WHITE AND WILLIAMS LLP

By:     /s/ David B. Chaffin
        David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 22, 2009.

                        /s/ David B. Chaffin_____
                        David B. Chaffin