UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------

In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

----------------------------------------------

THIS DOCUMENT RELATES TO:

*Bulger v. Pfizer Inc., et al.*
Case No. 1:07-cv-11426-PBS

----------------------------------------------

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T.
: Sorokin
:
:
:
:
:

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS'
MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF MARKETING OR
ADVERTISING MATERIALS AND CONDUCT, DAVID FRANKLIN AND
THE *FRANKLIN* LITIGATION, AND OTHER CLAIMS OR ACTIONS**

I, Mark S. Cheffo, declare and state as follows:

1.      I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC.  I make this declaration based on my own personal knowledge and information.

2.      Attached as Exhibit A is a true and correct copy of excerpts from the April 22, 2008, deposition of Richard S. Goldman, M.D.

3.      Attached as Exhibit B is a true and correct copy of excerpts from the March 25, 2008, deposition of Dino A. Crognale, M.D.

4.      Attached as Exhibit C is a true and correct copy of excerpts from the October 28, 2008, deposition of Charles King, III, Ph.D.

5.      Attached as Exhibit D is a true and correct copy of the October 22, 2007, report of Charles King, III, Ph.D.

6.      Attached as Exhibit E is a true and correct copy of the Disclosure of Information of David P. Franklin in *United States ex rel. Franklin v. Parke-Davis, Division of Warner-Lambert Company, & Pfizer Inc.*, No. 1:96-CV-11651-PBS (D. Mass filed Aug. 13, 1996).

7.      Attached as Exhibit F is a true and correct copy of excerpts from the September 13, 2000, deposition of David P. Franklin.

8.      Attached as Exhibit G is a true and correct copy of excerpts from the November 21, 2000, deposition of David P. Franklin.

Signed under the penalties of perjury this 22nd day of June 2009.

s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 22, 2009.

/s/ David B. Chaffin
David B. Chaffin