# EXHIBIT G

Franklin, David
page 1

```
 1                             VOLUME:   IV                          PAGES: 1 to 236
 2                             EXHIBITS: 30 to 82
 3
 4          UNITED STATES DISTRICT COURT
 5            DISTRICT OF MASSACHUSETTS                           NO. 96-11651-PBS
 6   *******************************
 7   UNITED STATES OF AMERICA,    *ex rel. DAVID FRANKLIN       *
 8                Plaintiff,      *    v.                       *
 9   PARKE-DAVIS, DIVISION OF     *WARNER-LAMBERT COMPANY,      *
10                Defendant.      *******************************
11
12
13              VOLUME IV OF THE DEPOSITION OFDAVID FRANKLIN, a witness called on behalf of
14   the Defendant, taken pursuant to the FederalRules of Civil Procedure, before Maureen
15   O'Connor Pollard, RPR and Notary Public withinand for the Commonwealth of Massachusetts, at
16   the offices of Hare & Chaffin, 160 FederalStreet, Boston, Massachusetts, on Tuesday,
17   November 21, 2000, commencing at 9:58 o'clocka.m.
18
19
20
21
22            O'CONNOR POLLARD REPORTING                32 Shady Lane
23          Franklin, Massachusetts 02038              800-528-2951 (508)-528-2950
24                FAX: (508)-528-3927
4-2
```

page 1

```
Franklin, David
page 2

    1    PRESENT:
    2    GREENE & HOFFMAN      BY:  THOMAS M. GREENE, ESQ.
    3         125 Summer Street     Boston, Massachusetts 02110
    4         (617)-261-0040    appearing on behalf of the Plaintiff.
    5    DAVIS, POLK & WARDWELL
    6         BY:  JAMES E. MURRAY, ESQ.        MARTINE M. BEAMON, ESQ.
    7         450 Lexington Avenue    New York, New York 10017
    8         (212)-450-4000    appearing on behalf of the Defendant.
    9
   10
   11
   12
   13
   14
   15
   16
   17
   18
   19
   20
   21
   22
   23
   24

page 2
```

```
Franklin, David
page 36

 1    Q.   And this is -- this tape of this conference
 2    call starting on page eighteen, this is the only
 3    tape that you have of any of those meetings?
 4    A.   Right.
 5    Q.   Do you remember anything -- let's talk
 6    about the Farmingham meeting.  Do you recall in
 7    particular who was present?
 8    A.   I believe it was everybody in the Northeast
 9    CBU.
10    Q.   Do you remember when this was?
11    A.   I don't recall the specific date.
12    Q.   Did it include Mike Valentino?
13    A.   Yes.
14    Q.   John Ford?
15    A.   I believe so.  I'm not sure.
16    Q.   John Krukar?
17    A.   Yes.
18    Q.   Phil Magistro?
19    A.   Yes.
20    Q.   The other medical liaisons?
21    A.   Yes.
22    Q.   Area business managers?
23    A.   I believe so.  Again at this point I didn't
24    know who all the area business managers were,

page 36
```