UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
                                     :  MDL DOCKET NO: 1629
In re:  NEURONTIN MARKETING, SALES   :
        PRACTICES, AND PRODUCTS      :  Master File No. 04-10981
        LIABILITY LITIGATION         :
                                     :  Judge Patti B. Saris
                                     :
                                     :  Magistrate Judge Leo T. Sorokin
                                     :
------------------------------------ x
                                     :
THIS DOCUMENT RELATES TO:            :
                                     :
Bulger v. Pfizer Inc., et al.,       :
Case No. 1:07-cv-11426-PBS           :
                                     :
                                     :
```

**DEFENDANTS' MOTION TO EXCLUDE ANECDOTAL ADVERSE EVENT REPORTS**

Defendants, Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer"), respectfully move this Court for an order *in limine* excluding anecdotal adverse event reports.

Pfizer requests that the Court preclude Plaintiff from disclosing adverse event reports to the jury. As demonstrated in the accompanying memorandum of law, adverse event reports are inadmissible hearsay under Federal Rule of Evidence 802, not within any exception to the hearsay rule, irrelevant under Rules 401 and 402, and unfairly prejudicial under Rule 403. Defendants, therefore, respectfully request this Court enter an order precluding Plaintiff from disclosing adverse event reports to the jury and granting such other relief as the Court deems just and proper.

WHEREFORE, Defendants respectfully request that the Court exclude evidence of adverse event reports at trial.

Dated: June 22, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

BOIES, SCHILLER & FLEXNER LLP

By: /s/ William S. Ohlemeyer
    William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

-and-

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
    Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

- 3 -

        WHITE AND WILLIAMS LLP

        By: /s/ David B. Chaffin
        David B. Chaffin

        BBO # 549245
        100 Summer Street, Suite 2707
        Boston, MA 02110
        Tel:  (617) 748-5200

        *Attorneys for Defendants Pfizer Inc and*
        *Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 22, 2009.

        /s/ David B. Chaffin
        David B. Chaffin