UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>*Bulger v. Pfizer Inc., et al.*<br>Case No. 1:07-cv-11426-PBS | |

## DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE ANECDOTAL ADVERSE EVENT REPORTS

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of an email from Donald Dobbs to Dr. Alexander Ruggieri, dated April 1, 2008.

3. Attached as Exhibit B is a true and correct copy of a letter from Russell Katz, M.D., to Andrew G. Finkelstein, dated April 12, 2005.

4. Attached as Exhibit C is a true and correct copy of excerpts from the transcript of this Court's *Daubert* hearing on June 20, 2008.

- 2 -

5. Attached as Exhibit D is a true and correct copy of a letter from Andrew Finkelstein to FDA, dated March 21, 2005.

Signed under the penalties of perjury this 22nd day of June 2009.

<u>s/ Mark S. Cheffo</u><br>
Mark S. Cheffo

5. Attached as Exhibit D is a true and correct copy of a letter from Andrew Finkelstein to FDA, dated March 21, 2005.

Signed under the penalties of perjury this 22nd day of June 2009.

s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 22, 2009.

/s/ David B. Chaffin
David B. Chaffin