UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Proposed Document<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>*Bulger v. Pfizer Inc.*, 1:07-cv-11425-PBS | |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR LEAVE TO REPLY TO DEFENDANTS' CONSOLIDATED OPPOSITION TO PLAINTIFFS' EMERGENCY MOTIONS TO STRIKE DEFENSE EXPERT ROBERT GIBBONS, PH.D. AND, ALTERNATIVELY, TO STRIKE DR. GIBBONS' MARCH 2009 EXPERT REPORT AND BIPOLAR STUDY AND FOR RECONSIDERATION OF THE COURT'S NOVEMBER 2008 DECISION ALLOWING DR. GIBBONS' STUDY AND ARTICLE AT TRIAL**

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants"), by counsel, respectfully submit this opposition to Plaintiffs' Request for Leave to Reply to Defendants' Corrected Consolidated Opposition to Plaintiffs' Emergency Motions to Strike Defendants' Expert Robert Gibbons, Ph.D. and, alternatively, to Strike Dr. Gibbons' March 2009 Supplemental Expert Report and Bipolar Study and for Reconsideration of the Court's November 2008 Decision to Allow Dr. Gibbons' Study and Article at Trial.

Plaintiffs' motion for leave to reply should be summarily denied and Plaintiffs' "emergency motions" to strike Dr. Gibbons should be denied and stricken from the record for the reasons set forth in the Defendants' Opposition dated June 15, 2009.

Plaintiffs' proposed reply is yet another broadside on Dr. Gibbons personally and professionally. Again, Plaintiffs attack Dr. Gibbons' credibility and honesty, calling into question the work he has done in this case, and even scientific results that have been previously

published in peer reviewed journals with regard to drugs not even at issue in this litigation. This is clearly Plaintiffs throwing everything but the proverbial "kitchen sink" at an expert who has been deposed about his opinions and analyses on four separate occasions for nearly 25 hours. Given the desperate tenor of their most recent attack, the only conclusion is that plaintiffs do not want to deal with Dr Gibbons and his analyses at trial.

But this is not trial, and if Plaintiffs want to cross-examine Dr. Gibbons they will have their opportunity next month. Of course, if Dr. Gibbons was one-tenth the unscrupulous scientific fraud that Plaintiffs charge, they would relish the opportunity of cross-examining him before the jury, and would not be filing brief after brief desperately trying to strike him on the basis of misleading and factually inaccurate accusations. Plaintiffs' proposed reply also raises still more entirely improper and baseless charges of unethical wrongdoing against defense counsel pertaining to Dr. Gibbons' work in this litigation. These charges should not be dignified with a response, and Plaintiffs' motion for leave to file yet another 15 pages of personal attacks on Dr. Gibbons and Pfizer's counsel should be denied. In the event the court is inclined to grant Plaintiffs' motion for leave, however, Defendants alternatively request leave to file a short sur-reply (of less than 5 pages) within two days to clarify the record regarding Dr. Gibbons' work in this case and the egregious misstatements made by Plaintiffs in their proposed reply and relentless attacks on Dr. Gibbons and counsel.

Dated:  June 22, 2009               Respectfully submitted,

                                    SKADDEN, ARPS, SLATE,
                                      MEAGHER & FLOM LLP

                                    By:    /s/ Mark S. Cheffo
                                           Mark S. Cheffo

                                    Four Times Square
                                    New York, NY 10036
                                    Tel:  (212) 735-3000

                                           -and-

SHOOK, HARDY & BACON L.L.P.

By:   /s/ Scott W. Sayler
      Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

        -and-

WHITE AND WILLIAMS LLP

By:   /s/ David B. Chaffin
      David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 330-5000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 22, 2009.

                                              /s/ David B. Chaffin
                                              David B. Chaffin