UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) ) |
| ALL MARKETING AND SALES PRACTICES ACTIONS | ) ) ) ) |

MDL Docket No. 1629
Master File No. 04-10981
Judge Patti B. Saris
Mag. Judge Leo T. Sorokin

**CERTIFICATE OF SERVICE**

822523.1

I hereby certify that the following documents:

SURREPLY MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Dkt. No. 1859); and

SURREPLY DECLARATION OF BARRY HIMMELSTEIN IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Dkt. No. 1860)

were served upon the attorney(s) of record for each other party by electronic filing through the ECF system, pursuant to Case Management Order #3, on June 19, 2009.

*/s/ Barry Himmelstein*

822523.1                             -1-