UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING,   :
       SALES PRACTICES AND   : Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION   :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO   :
: **LEAVE TO FILE**
*Bulger v. Pfizer Inc.*, 1:07-11426-PBS   : **GRANTED ON 6/23/2009**
:
------------------------------------------------------------x

**REPLY DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN
SUPPORT OF PLAINTIFF'S REQUEST FOR LEAVE TO REPLY
TO DEFENDANTS' CORRECTED CONSOLIDATED OPPOSITION TO
PLAINTIFF'S EMERGENCY MOTIONS TO STRIKE DEFENSE EXPERT
ROBERT D. GIBBONS, PH.D. AND, ALTERNATIVELY, TO STRIKE
DR. GIBBONS'S MARCH 2009 EXPERT REPORT AND BIPOLAR STUDY
AND FOR RECONSIDERATION OF THE COURT'S NOVEMBER 2008
<u>DECISION ALLOWING DR. GIBBONS'S STUDY AND ARTICLE AT TRIAL</u>**

I, Andrew G. Finkelstein, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in support of Plaintiff's Request for Leave to File a Reply to Defendants' Corrected Consolidated Opposition to Plaintiff's Emergency Motions to Strike Defense Expert Robert D. Gibbons, Ph.D. and, Alternatively, to Strike Dr. Gibbons's March 2009 Expert Report and Bipolar Study and for Reconsideration of the Court's November 2008 Decision allowing Dr. Gibbons's Study and Article at Trial.

3. The following documents are attached hereto in support of this Request:

Exhibit A - Excerpts from *Daubert* Hearing – Day Two, dated June 20, 2008

Exhibit B - Defendants' Motion for Leave to Supplement Record, dated November 12, 2008

Exhibit C - Letter from Kenneth B. Fromson, Esq., to Lori McGroder, Esq., dated November 12, 2008, Gibbons Dep., 2-3-08, Ex. 2

Exhibit D - Letter from Lori McGroder, Esq., to Kenneth B. Fromson, Esq., dated November 26, 2008

Exhibit E - Letter from Lori McGroder, Esq., to Kenneth B. Fromson, Esq., dated February 10, 2009

Exhibit F - E-mail from Keith Altman, Esq., to Jack London, Esq., forwarding e-mail from Lori McGroder, Esq., to Keith Altman and Kenneth Fromson, dated February 16, 2009

Exhibit G - E-mail from Keith Altman, Esq., to Mark S. Cheffo, Esq., Kenneth Fromson, Esq., and Jack London, Esq., dated June 15, 2009

Exhibit H - Gibbons Dep., February 4, 2009

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 22, 2009

    **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Attorneys for Plaintiff Ronald J. Bulger, Sr.*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 22, 2009.

Dated: June 22, 2009

    **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein