# EXHIBIT D



www.shb.com

Lori C. McGroder

November 26, 2008

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.559.2290 DD
816.421.5547 Fax
lmcgroder@shb.com

**VIA U.S. MAIL**

Mr. Kenneth B. Fromson
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550-3341

Dear Ken:

In response to your letter request of November 12, 2008, please find enclosed a disk containing the data and analyses pertaining to Dr. Gibbons' pharmacoepidemiologic study on the AEDs referenced in FDA's pooled dataset, as well as the Neurontin-specific analyses, on which he bases opinions set out in his November 5, 2008, Rule 26 report.

Also enclosed in response to your document request are the following: a copy of the PharMetrics license agreement, a copy of Dr. Gibbons' retention agreement in the Neurontin litigation, and a copy of the manuscript entitled *The Relationship Between Antiepileptics and Suicide Attempts* authored by Gibbons, Hur, Brown and Mann. With the production of these materials, plaintiffs "document demand" is satisfied.

Have a good holiday weekend.

Very truly yours,

Lori C. McGroder / ks

Lori C. McGroder
Partner

LMG:ks

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

3230869v1