UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
TERESA DRINKWINE, Individually and as :
Trustee for the Next of Kin of MICHAEL :
DRINKWINE, Decedent, :
:
Plaintiff, :
:
- against - :
:
PFIZER INC., PARKE-DAVIS, :
a division of Warner-Lambert Company :
and Warner-Lambert Company LLC, :
WARNER-LAMBERT COMPANY, :
WARNER-LAMBERT COMPANY LLC :
and TEVA PHARMACEUTICALS USA, INC., :
:
Defendants. :
:
---------------------------------------------------------------x

## STIPULATION TO ADJOURN DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys, that Plaintiffs' Opposition to Defendant TEVA PHARMACEUTICALS USA, INC.'s motion to dismiss, ECF Doc. # 1834, on the grounds that the actions are barred by the doctrine of federal preemption, pursuant to the Supremacy Clause of the United States Constitution, be continued to thirty (30) days subsequent to the conclusion of the trial scheduled in the first Track One case in the Multidistrict Litigation, *Bulger v. Pfizer*

*Inc., et al.,* which is presently scheduled to begin on July 27, 2009, or until such time as the parties may agree otherwise, or may be directed otherwise by the Court.

Dated:   June 22, 2009

| | |
|---|---|
| FINKELSTEIN & PARTNERS, LLP<br>Attorneys for Plaintiffs | GOODWIN PROCTER LLP<br>Attorneys for Defendant<br>Teva Pharmaceuticals USA, Inc. |
| By: /s/ Kenneth B. Fromson<br>Kenneth B. Fromson<br>1279 Route 300, P.O. Box 1111<br>Newburgh, NY 12551<br>(845) 562-0203 | By: /s/ J. Gwyn Williams<br>J. Gwyn Williams<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2881<br>(617) 570-1000 |