UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ----------------------------------------------------------------x | | |
| | : | MDL Docket No.: 1629 |
| In re:  NEURONTIN MARKETING, | : | |
| SALES PRACTICES AND | : | Master File No.: 04-10981 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | Judge Patti B. Saris |
| ----------------------------------------------------------------x | | |
| | : | Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Bulger v. Pfizer Inc.,* 1:07-11426-PBS | : | |
| | : | |
| | : | |
| ----------------------------------------------------------------x | | |

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN SUPPORT
OF PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE THE
<u>TESTIMONY AND EXHIBITS OF DEFENSE EXPERT DR. GIBBONS</u>**

# EXHIBIT Q (CORRECTED)

Dated:  June 25, 2009

                                                   **/s/ Andrew G. Finkelstein**
                                                  Andrew G. Finkelstein
                                                  Finkelstein & Partners, LLP
                                                  1279 Route 300, P.O. Box 1111
                                                  Newburgh, NY  12551
                                                  (800) 634-1212

                                                   *Attorneys for Plaintiff Ronald J. Bulger, Sr.*

<u>**CERTIFICATE OF SERVICE**</u>

     I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 25, 2009.

Dated:  June 25, 2009

                                                   **/s/ Andrew G. Finkelstein**
                                                   Andrew G. Finkelstein