UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------

In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

------------------------------------------------

THIS DOCUMENT RELATES TO:

*Bulger v. Pfizer Inc., et al.*
Case No. 1:07-cv-11426-PBS

------------------------------------------------

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S JUNE 22, 2009 PROPOSED AMENDED DEPOSITION DESIGNATIONS AND PROPOSED COUNTER-DESIGNATIONS FOR MANFRED HAUBEN**

Plaintiff filed and served deposition designations for Manfred Hauben on June 22, 2009. By agreement between the parties, Defendants agreed to object and provide counter-designations within a reasonable time period. Defendants' objections and counter-designations for this witness are attached. Additionally, Defendants incorporate their Objections to Plaintiff's Proposed Amended Depositions Designations and Proposed Counter-Designations, including their reservation of rights, filed on June 22, 2009.

**Objections**

**Manfred Hauben**

July 12, 2007

| | |
|---|---|
| **Page(s):** | 0075:03 - 0075:07 |
| **Objection(s):** | Form |
| **Page(s):** | 0075:11 - 0075:19 |
| **Objection(s):** | Form; Probative Value Outweighed by Prejudice; Relevance |
| **Page(s):** | 0075:21 - 0075:23 |
| **Objection(s):** | Form; Probative Value Outweighed by Prejudice; Relevance |

| | |
|---|---|
| **Page(s):** | 0102:03 - 0102:22 |
| **Objection(s):** | Form; Incomplete hypo |
| **Page(s):** | 0103:01 - 0103:01 |
| **Objection(s):** | Form; Incomplete hypo |
| **Page(s):** | 0129:18 - 0129:25 |
| **Objection(s):** | Form |
| **Page(s):** | 0130:01 - 0130:01 |
| **Objection(s):** | Form |
| **Page(s):** | 0140:16 - 0140:21 |
| **Objection(s):** | Form |
| **Page(s):** | 0143:05 - 0143:14 |
| **Objection(s):** | Form; Foundation |
| **Page(s):** | 0144:14 - 0144:20 |
| **Objection(s):** | Form; Misstates testimony |
| **Page(s):** | 0144:23 - 0144:25 |
| **Objection(s):** | Answer fragment; Form; Misstates testimony |
| **Page(s):** | 0145:01 - 0145:04 |
| **Objection(s):** | Answer fragment |
| **Page(s):** | 0154:02 - 0154:06 |
| **Objection(s):** | Foundation |
| **Page(s):** | 0154:10 - 0154:21 |
| **Objection(s):** | Foundation |
| **Page(s):** | 0155:15 - 0155:19 |
| **Objection(s):** | Form |
| **Page(s):** | 0155:21 - 0155:21 |
| **Objection(s):** | Form |
| **Page(s):** | 0165:22 - 0165:25 |
| **Objection(s):** | Form |
| **Page(s):** | 0194:20 - 0194:24 |
| **Objection(s):** | Form; Foundation |
| **Page(s):** | 0195:01 - 0195:11 |
| **Objection(s):** | Form |
| **Page(s):** | 0195:14 - 0195:17 |
| **Objection(s):** | Form |
| **Page(s):** | 0210:03 - 0210:12 |
| **Objection(s):** | Form |
| **Page(s):** | 0210:14 - 0210:16 |
| **Objection(s):** | Form |
| **Page(s):** | 0249:25 - 0249:25 |
| **Objection(s):** | Question fragment |

| | |
|---|---|
| **Page(s):** | 0250:01 - 0250:04 |
| **Objection(s):** | Question fragment |

July 13, 2007

| | |
|---|---|
| **Page(s):** | 0391:04 - 0391:11 |
| **Objection(s):** | Form; Vague/Ambiguous |
| **Page(s):** | 0391:14 - 0391:17 |
| **Objection(s):** | Form; Vague/Ambiguous |
| **Page(s):** | 0394:23 - 0394:25 |
| **Objection(s):** | Question fragment |
| **Page(s):** | 0395:01 - 0395:12 |
| **Objection(s):** | Form; Foundation |
| **Page(s):** | 0416:12 - 0416:25 |
| **Objection(s):** | Foundation |
| **Page(s):** | 0419:21 - 0419:25 |
| **Objection(s):** | Question fragment |
| **Page(s):** | 0420:01 - 0420:10 |
| **Objection(s):** | Probative Value Outweighed by Prejudice; Relevance |
| **Page(s):** | 0420:20 - 0420:25 |
| **Objection(s):** | Form |
| **Page(s):** | 0421:01 - 0421:16 |
| **Objection(s):** | Form |
| **Page(s):** | 0421:19 - 0421:25 |
| **Objection(s):** | Form; Question fragment |
| **Page(s):** | 0422:01 - 0422:01 |
| **Objection(s):** | Form; Question fragment |
| **Page(s):** | 0422:03 - 0422:11 |
| **Objection(s):** | Form |
| **Page(s):** | 0428:16 - 0428:25 |
| **Objection(s):** | Question fragment; Speculation |
| **Page(s):** | 0429:01 - 0429:05 |
| **Objection(s):** | Question fragment |
| **Page(s):** | 0522:01 - 0522:14 |
| **Objection(s):** | Answer fragment |

**Counter-designations**

**Manfred Hauben**

July 12, 2007

0008:25 - 0009:14

0062:24 - 0063:14

0140:22 - 0141:01

0142:23 - 0143:04

0249:01 - 0249:04

0249:24 - 0249:24

July 13, 2007

0416:03 - 0416:11

Dated:  June 25, 2009                              Respectfully submitted,

                                                   SKADDEN, ARPS, SLATE,
                                                   MEAGHER & FLOM LLP

                                                   By: /s/ Mark S. Cheffo
                                                        Mark S. Cheffo

                                                   Four Times Square
                                                   New York, NY 10036
                                                   Tel:  (212) 735-3000

                                                          -and-

        BOIES, SCHILLER & FLEXNER LLP

        By: /s/ William S. Ohlemeyer
            William S. Ohlemeyer

        333 Main Street
        Armonk, NY 10504
        Tel: (914) 749-8200

        -and-

        SHOOK, HARDY & BACON L.L.P.

        By: /s/ Scott W. Sayler
            Scott W. Sayler

        2555 Grand Blvd.
        Kansas City, MO 64108-2613
        Tel:  (816) 474-6550

        -and-

        WHITE AND WILLIAMS LLP

        By: /s/ David B. Chaffin
            David B. Chaffin

        BBO # 549245
        100 Summer Street, Suite 2707
        Boston, MA 02110
        Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 25, 2009.

        /s/ David B. Chaffin
        David B. Chaffin