UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>ALL PRODUCTS LIABILITY ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

ORDER ON PENDING DISCOVERY MOTIONS

SOROKIN, M.J.

**1. Motion to Amend the Complaint (#1819)**

Plaintiff's Motion to replace the Administrator of the Estate with the newly appointed Appointed Administrator is ALLOWED subject to the following. Professor Egilman shall, within seven days of this Order, sign the acknowledgment of the Protective Order (if he has not already done so) and file a copy of the same with the Court. Plaintiffs' counsel represented that Egilman's testimony at trial would be limited and circumscribed to his status as the administrator of the estate, e.g. that he has authorized the lawsuit and that he will distribute properly any proceeds of the suit. He may not testify as an expert witness. The parties have agreed that defendant may depose Egilman; that deposition is limited to four hours.

**2. The Motion to Strike Gibbons' Expert Reports As a Sanction (#1807)**

This Motion is DENIED as Plaintiff has not established a basis to warrant striking either Gibbons Report as a sanction. Insofar as the Plaintiff's other motion (#1817) to strike Dr. Gibbons' reports relies on alleged discovery violations it is DENIED for the same reason.

Insofar as the other motion (#1817) seeks to strike Dr. Gibbons' March 2009 report as untimely, the motion is DENIED as there has been sufficient discovery including a follow deposition of Dr. Gibbons in April.

SO ORDERED.

/s/ Leo T. Sorokin
_____
United States Magistrate Judge