*In Re Neurontin Marketing, Sales Practices and Products Liability Litigation*

## MDL 1629 - MARKETING AND SALES PRACTICES LITIGATION STATUS CHART AS OF 7/1/09

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (Marketing and Sales Practices)** | Master File 04-10981-PBS | D. Mass. pursuant to JPML Order dated October 26, 2004 | • Motion for Appointment of Tennessee Lead Counsel, *sub judice* <br><br>   o January 21, 2005 – Motion for Appointment of Tennessee Lead Counsel [Docket No. 37], Brief in Support of Motion for Appointment of Tennessee Lead Counsel [Docket No. 38] <br><br>   o February 1, 2005 – Request for Oral Argument on Motion for Appointment of Tennessee Lead counsel [Docket No. 39] <br><br>   o February 2, 2005 – Notice of Opposition to Motion for Appointment of Tennessee Lead Counsel [Docket No. 32] <br><br>   o February 11, 2005 – Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 36] <br><br>   o March 15, 2005 – Reply of Bauda Vauda Lee Sutton to Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 56] <br><br>   o August 17, 2005 – Order by Judge Patti B. Saris, Denying [#39] Motion for hearing re: [#37] Motion to Appoint counsel as Tennessee Lead Counsel <br><br> • Motion for Summary Judgment <br><br>   o March 2, 2009 – Defendants' Motion for Summary Judgment Pursuant to Rule 56 of the Federal Rules of Civil Procedure |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action** **(Marketing and Sales Practices)** *(cont'd)* | | | [Docket No. 1689], Declaration of Rajesh S. James [Docket No. 1692], Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 [1693], Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Filed Under Seal]<br><br>o   March 2, 2009 – Assented-To Motion for Leave to File Under Seal Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment, Certain Exhibits Attached to the Declaration of Rajesh S. James, and Statement of Undisputed Facts Pursuant to Local Rule 56.1 [Docket No. 1690]<br><br>o   March 2, 2009 – Assented-To Motion for Leave to File a 37-Page Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Docket No. 1691]<br><br>o   April 16, 2009 – Class Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1754]; Declaration of Joshua Peteet in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1755]; Class Plaintiffs' Motion for Leave to File Under Seal the Sealed Exhibits to Declaration of Ilyas Rona in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1756]; Affidavit of Douglas C. McCrory, MD, MHS [Docket No. 1757]; Class Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 [Docket No. 1758]; Class Plaintiffs' Appendix of Charts in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1759]; Class Plaintiffs' Statement of Disputed and Undisputed Material Facts in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1760]; Declaration of Ilyas Rona in Opposition to Defendants' Motion for Summary Judgment [Docket No. |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action** **(Marketing and Sales Practices)** *(cont'd)* | | | 1761]; Declaration of Brian K. Alldredge, Pharm.D. in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1762] |
| | | | o  May 20, 2009 – Motion for Leave to File Under Seal Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Replies and Responses to Plaintiffs' Statements of Fact, and Certain Exhibits Attached to the Declaration of James P. Muehlberger [Docket No. 1784] |
| | | | o  May 20, 2009 – Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Filed Under Seal], Declaration of James P. Muehlberger for Defendants' Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Docket No. 1786], Defendants' Response to Class Plaintiffs' Statement of Disputed and Undisputed Material Facts in Opposition to Defendants' Motion for Summary Judgment [Filed Under Seal], Defendants' Reply to Class Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 [Filed Under Seal] |
| | | | o  June 19, 2009 – Class Plaintiffs' Surreply Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1859], Surreply Declaration of Barry Himmelstein in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1860] |
| | | | ●  Motion for Reconsideration |
| | | | o  May 28, 2009 – Class Plaintiffs' Motion for Reconsideration of Order Denying Renewed Motion for Class Certification as to Consumer and Third Party Payor Bipolar and Mood Disorder Subclasses [Docket No. 1796] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (Marketing and Sales Practices)** *(cont'd)* | | |   o June 11, 2009 – Errata re Class Plaintiffs' Motion for Reconsideration of Order Denying Renewed Motion for Class Certification as to Consumer and Third Party Payor Bipolar and Mood Disorder Subclasses [Docket No. 1827]<br><br>  o June 30, 2009 – Opposition to Class Plaintiffs' Motion for Reconsideration [Docket No. 1928]<br><br> • Motion to Dismiss<br><br>  o June 12, 2009 – Teva Pharmaceuticals USA, Inc.'s Motion to Dismiss [Docket No. 1834], Memorandum of Law in Support of Teva Pharmaceuticals USA, Inc.'s Motion to Dismiss the Complaint [Docket No. 1835]<br><br>  o June 24, 2009 – Stipulation to Adjourn Defendant Teva Pharmaceuticals USA, Inc.'s Motion to Dismiss [Docket No. 1925] |

5410380v.1

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (Marketing and Sales Practices)** | Master File 04-10981-PBS | D. Mass. cases originally filed. | • Motion for Summary Judgment <br><br> ○ March 2, 2009 – Defendants' Motion for Summary Judgment Pursuant to Rule 56 of the Federal Rules of Civil Procedure [Docket No. 1689], Declaration of Rajesh S. James [Docket No. 1692], Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 [1693], Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Filed Under Seal] <br><br> ○ March 2, 2009 – Assented-To Motion for Leave to File Under Seal Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment, Certain Exhibits Attached to the Declaration of Rajesh S. James, and Statement of Undisputed Facts Pursuant to Local Rule 56.1 [Docket No. 1690] <br><br> ○ March 2, 2009 – Assented-To Motion for Leave to File a 37-Page Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Docket No. 1691] <br><br> ○ April 15, 2009 – Coordinated Plaintiffs' Motion to File Documents Under Seal [Docket No. 1743]; Coordinated TPP Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1744]; Coordinated Third Party Payor ("TPP") Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 and Counterstatement of Undisputed and Disputed Facts in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1745]; Declaration of Linda P. Nussbaum [Docket No. 1746]; Declaration of Mitchell S. Y. Cohen [Docket No. 1747]; Declaration of Rodney St. John [Docket No. 1748]; Declaration of Mirta Millares [Docket No. 1749]; Declaration |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (Marketing and Sales Practices) (cont'd)** | | | of Calvin T. Togashi [Docket No. 1750]; Declaration of Michael Brodeur [Docket No. 1751]; Declaration of Ariel Fernando [Docket No. 1752]; Certificate of Service [Docket No. 1753] |
| | | | o   May 20, 2009 – Motion for Leave to File Under Seal Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Replies and Responses to Plaintiffs' Statements of Fact, and Certain Exhibits Attached to the Declaration of James P. Muehlberger [Docket No. 1784] |
| | | | o   May 20, 2009 – Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Filed Under Seal], Declaration of James P. Muehlberger for Defendants' Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Docket No. 1786], Defendants' Reply to Coordinated TPP Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 and Defendants' Response to Coordinated TPP Plaintiffs' Counterstatement of Undisputed and Disputed Facts in Opposition to Defendants' Motion for Summary Judgment [Filed Under Seal] |
| | | | o   June 18, 2009 – Coordinated TPP Plaintiffs' Surreply to Defendants' Reply to Coordinated TPP Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 and to Defendants' Response to Coordinated TPP Plaintiffs' Counterstatement of Undisputed and Disputed Facts in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1844] [Filed Under Seal], Declaration of Linda P. Nussbaum [Docket No. 1845], Declaration of Rodney St. John [Docket No. 1846], Declaration of Nicolas A. Wieder [Docket No. 1847] [Filed Under Seal], Declaration of David Campen [Docket No. |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (Marketing and Sales Practices) (cont'd)** | | | 1848] [Filed Under Seal], Declaration of Dale Daniel [Docket No. 1849] [Filed Under Seal], Declaration of Norman Muilenburg [Docket No. 1850] [Filed Under Seal], Declaration of Mirta Millares [Docket No. 1851] [Filed Under Seal], Declaration of Michael Brodeur [Docket No. 1852] [Filed Under Seal], Declaration of Kimberly Ply McDonough, R.PH, Pharm.D. Regarding Various Issues Cited in the Memorandum and Order Dated May 13, 2009 [Docket No. 1853], Declaration of Ariel Fernando [Docket No. 1854] [Filed Under Seal] |
| ***Assurant Health, Inc., et. al., v. Pfizer, Inc. et al.*** Mass. Docket No. 05-10535 – PBS | Mass. Docket No. 05-10535 -PBS | D. New Jersey | • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| ***Allen et al v. Pfizer, Inc. et al,*** Mass. Docket No. 05-10797 – PBS | Master File 04-10981-PBS | Massachusetts Suffolk Superior Court | • Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Motion to Remand, stayed<br><br>    o May 26, 2005 – Plaintiffs' Motion to Remand [Docket No. 131]<br><br>    o May 26, 2005 – Memorandum in Support of Plaintiffs' Motion to Remand [Docket No. 132]<br><br>    o June 2, 2005 – Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 142]<br><br>    o June 16, 2005 – Request for Oral Argument, by Defendant Pfizer [Docket No. 153]<br><br>    o June 16, 2005 – Plaintiffs' Reply Memorandum of Law in |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al,* Mass. Docket No. 05-10797 – PBS *(cont'd)* | | | Support of Motion to Remand [Docket No. 155] |
| | | | o   August 12, 2005 – Notice by Defendants re: [# 131] Motion to Remand of Additional Authority [Docket No. 213] |
| | | | o   August 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 214] |
| | | | o   August 15, 2005 – Order by Magistrate Judge Leo T. Sorokin rescheduling hearing on Allen's Motion to Remand for November, 2005, and granting each side leave to file seven pages of supplemental briefing provided the memos are filed a week in advance of the hearing [Docket No. 215] |
| | | | o   October 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 241] |
| | | | o   October 14, 2005 – Defendants' Response to Plaintiff's Notice of Additional Relevant Authority [Docket No. 242] |
| | | | o   November 10, 2005 – Order by Magistrate Judge Leo T. Sorokin parties may file supplemental memos of no more than seven pages; the Court will determine whether, and if so when, to hold oral argument after reviewing the supplemental submissions. [Docket No. 248] |
| | | | o   November 17, 2005 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 251] |
| | | | o   November 25, 2005 – Plaintiffs' Supplemental Memorandum of Law in Support of Motion to Remand [Docket No. 252] |
| | | | o   December 22, 2005 – Defendants' Notice of Additional Authority [Docket No. 258] |

8

5410380v.1

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al,* Mass. Docket No. 05-10797 – PBS *(cont'd)* | | | ○   February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279] <br><br> • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *McMinn v. Pfizer, 04-2690* | Master File 04-10981-PBS | D. Colorado | • Conditionally Transferred on February 8, 2005 – JPML CTO-3 <br><br> • Consolidated with MDL by Court's Order of Consolidation dated 4/25/05 <br><br> • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Miller v. Pfizer, 05-2113* | Master File 04-10981-PBS | W.D. Tennessee | • Conditionally Transferred on March 9, 2005 – JPML CTO-4 <br><br> • Consolidated with MDL by Court's Order of Consolidation dated 4/25/05 <br><br> • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Davis v. Pfizer, 05-39* | Master File 04-10981-PBS | E.D. Arkansas | • Conditionally Transferred on March 16, 2005 – JPML CTO-5 <br><br> • Consolidated with MDL by Court's Order of Consolidation dated 4/25/05 <br><br> • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

9

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *DeRosa v. Pfizer, 05-116* | Master File 04-10981-PBS | D. New Hampshire | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br><br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br><br>• Response to Opposition to Transfer filed by Defendants June 30, 2005<br><br>• Transferred on August 10, 2005 – JPML TO, August 10, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Hansen v. Pfizer, 05-100* | Master File 04-10981-PBS | D. Vermont | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br><br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br><br>• Response to Opposition to Transfer filed by Defendants June 30, 2005<br><br>• Transferred on August 10, 2005 – JPML Transfer Order, August 10, 2005<br><br>• Motion to Remand<br><br>   o May 19, 2005 – Plaintiff's Motion to Remand filed in U.S. District Court, District of Vermont<br><br>   o June 6, 2005 – Defendants' Opposition to Plaintiff's Motion To Remand, Affidavit of Aaron Foster in Support of Defendant's Objection to Plaintiff's Motion To Remand, and Affidavit of Marinel Lotrean in Support of Defendant's Objection to Plaintiff's Motion To Remand, filed in U.S. District Court, District of Vermont<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Demers v. Pfizer, 05-84* | Master File 04-10981-PBS | D. Maine | <ul><li>Conditionally Transferred on May 20, 2005 – JPML CTO-8</li><li>Notice of Opposition to Transfer filed by Plaintiff on June 6, 2005</li><li>Response to Opposition to Transfer filed by Defendants July 11, 2005</li><li>Transferred on October 19, 2005 – JPML Transfer Order, October 19, 2005</li><li>Motion to Remand<ul><li>June 2, 2005 – Plaintiff's Motion to Remand filed in U.S. District Court, District of Maine</li><li>June 23, 2005 – Defendants' Opposition to Plaintiff's Motion to Remand, Affidavit of Aaron Foster in Support of Defendant's Objection to Plaintiff's Motion to Remand, and Affidavit of Marinel Lotrean in Support of Defendant's Objection to Plaintiff's Motion to Remand, filed in U.S. District Court, District of Maine</li></ul></li><li>Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005</li></ul> |
| *Medero v. Pfizer, 04-cv-22228* | Master File 04-10981-PBS<br><br>Civil action number assigned to Medero by MDL: 04-12616-PBS | S.D. Florida | <ul><li>Consolidated pursuant to the Court's Order of Consolidation dated April 25, 2005; stayed pursuant to the terms of the Court's Order of Consolidation dated July 20, 2005</li><li>Motion to Remand, stayed<ul><li>August 19, 2005 – Medero Plaintiffs' Motion to Remand (Suggestion of Remand) for the Conditionally Transferred Medero Action Pursuant to MDL R. 7.6 [Docket No. 219]</li></ul></li></ul> |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Medero v. Pfizer, 04-cv-22228 (cont'd)* | | | ○ September 16, 2005 – Defendants' Opposition to Plaintiffs' Motion Requesting a "Suggestion of Remand" in Medero v. Pfizer [Docket No. 225]<br><br>○ September 22, 2005 – Plaintiffs' Reply to: Defendants' "Opposition to Plaintiffs' Motion Requesting a 'Suggestion of Remand'" [Docket No. 230]<br><br>○ February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279]<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Blue Cross & Blue Shield of Alabama, et al. v. Pfizer Inc., et al., 06-524* | | M.D. Alabama | • Conditionally Transferred on August 11, 2006 – JPML CTO-27<br><br>• Motion to Remand, *sub judice*<br><br>○ February 27, 2007 – Joint Motion for Leave To Proceed with Motion Practice, for Decision of Plaintiffs' Motion To Remand Filed in the Transferor Court, and for Hearing at the March 13, 2007 Motion Hearing [Docket No. 650]<br><br>○ February 28, 2007 – Defendants' Response to [Dkt # 650] Joint Motion for Leave To Proceed with Motion Practice, for Decision of Plaintiffs' Motion To Remand Filed in the Transferor Court, and for Hearing at the March 13, 2007 Motion Hearing [Docket No. 656]<br><br>○ April 5, 2007 – Plaintiffs' Supplemental Memorandum in Support of Motion To Remand [Docket No. 712]<br><br>○ April 9, 2007 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion To Remand and in Response to |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Blue Cross & Blue Shield of Alabama, et al. v. Pfizer Inc., et al., 06-524 (cont'd)* | | | Plaintiffs' Supplemental Memorandum in Support of Motion To Remand [Docket No. 720] <br><br> o April 9, 2007 – Defendant David Longmire's Memorandum Identifying Certain Inaccurate Representations Asserted in Plaintiffs' Supplemental Memorandum in Support of the Motion To Remand [Docket No. 721] <br><br> o April 13, 2007 – Plaintiffs' Supplemental Reply Memorandum in Support of Motion To Remand [Docket No. 730] <br><br> o April 17, 2007 – Hearing before Magistrate Judge Sorokin (pursuant to Magistrate Sorokin's March 9, 2007 electronic order) <br><br> o January 28, 2008 – Plaintiffs' Submission of Additional Authority on Motion to Remand [Docket No. 1094] |

## MDL 1629 - PRODUCTS LIABILITY LITIGATION STATUS CHART

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** | Master File 04-10981-PBS | D. Mass. pursuant to JPML Transfer Order dated April 19, 2005 | • Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims, *sub judice*<br><br>   o May 27, 2005 – Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 137]<br><br>   o May 27, 2005 – Defendants' Memorandum in Support of Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 138]<br><br>   o May 31, 2005 – Plaintiffs' Memorandum in Support of Motion for Entry of Case Management Order No. 4 and in Response to Defendants' Motion for Inclusion of Certain Provision in Case Management Order No. 4 [Docket No. 139]<br><br>   o May 31, 2005 – Order Referring Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims to Magistrate Judge Leo T. Sorokin [Docket No. 140]<br><br>   o June 8, 2005 – Response to Plaintiffs' Motion for Entry of Case Management Order No. 4 [Docket No. 147]<br><br>   o June 10, 2005 – Order by Judge Leo T. Sorokin for Entry of Case Management Order No. 4 [#137] Allowed Except Defendant's Request to Include Disputed Paragraph is Denied without Prejudice. |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases (cont'd)** | | | o   June 23, 2005 – Defendants' Amended Motion with Regard to Case Management Order No. 4 [Docket No. 164]<br><br>o   June 23, 2005 – Defendants' Memorandum in Support of their Amended Motion with Regard to Case Management Order No. 4 [Docket No. 165]<br><br>o   July 5, 2005 – Personal Injury Plaintiffs' Memorandum in Response to the Magistrate's Order of June 10, 2005 Concerning Case Management Order No. 4 [Docket No. 174]<br><br>o   July 5, 2005 – Personal Injury Plaintiffs' Memorandum in Support of Motion for Entry of Case Management No. 4 and In Opposition to Defendants' Motion for Inclusion of Certain Provisions in Case Management Order No. 4 [Docket No. 175]<br><br>o   August 9, 2005 – Order by Magistrate Judge Leo T. Sorokin Denying Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [#137] and Defendants' Amended Motion with Regard to Case Management Order No. 4 [#164]<br><br>o   Parties to confer in attempt to agree on language reflecting Magistrate Judge Sorokin's directives on August 1, 2005, and to report to Court<br><br>•   Motion To Establish a Plaintiffs' Personal Injury Litigation Expense Fund, *sub judice*<br><br>o   February 14, 2008 – Product Liability Plaintiffs' Motion To Establish a Plaintiffs' Personal Injury Litigation Expense Fund [Docket No. 1129], Product Liability Plaintiffs' Memorandum in Support of Motion To Establish a Plaintiffs' |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases (cont'd)** | | | Personal Injury Litigation Expense Fund [Docket No. 1130], Declaration, Declaration of Andrew G. Finkelstein in Support of Product Liability Plaintiffs' Motion To Establish a Plaintiffs' Personal Injury Litigation Expense Fund [Docket No. 1131] |
| | | | o   February 19, 2008 – Defendants' Opposition to [Dkt # 1129] Product Liability Plaintiffs' Motion To Establish a Plaintiffs' Personal Injury Litigation Expense Fund [Docket No. 1139] |
| | | | o   February 22, 2008 -- Product Liability Plaintiffs' Reply Memorandum and in Further Support of [Dkt # 1129] Motion To Establish a Plaintiffs' Personal Injury Litigation Expense Fund [Docket No. 1141] |
| *Brodsky v. Pfizer, 04-7960* <br> *Huffman v. Pfizer, 04-7961* <br> *Paulsen v. Pfizer, 04-8464* <br> *Sumait v. Pfizer, 04-8719* <br> *Smith v. Pfizer, 04-8720* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on February 8, 2005 – JPML CTO-3 <br><br> • Cases Transferred April 20, 2005 – JPML Order Lifting Stay of Conditional Transfer Order and Vacating the May 26, 2005 Hearing Session |
| *Dorsey v. Pfizer, Inc., et al. 05-10639* | | D. Massachusetts | • Complaint filed April 1, 2005 |
| *Owens v. Pfizer, 04-768* | Master File 04-10981-PBS | S.D. Alabama | • Conditionally Transferred on April 13, 2005 – JPML CTO-6 <br><br> • Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Whitehouse v. Pfizer, 04-6257* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on April 13, 2005 – JPML CTO-6 <br><br> • Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Vercillo v. Pfizer, 05-32* | Master File 04-10981-PBS | N.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Lyman v. Pfizer, 04-6704*<br>*Minisquero v. Pfizer, 04-7297*<br>*Justine James v. Pfizer, 04-7374*<br>*DiGiacomo v. Pfizer, 04-7962*<br>*Aronson v. Pfizer, 04-8721*<br>*Dodson v. Pfizer, 04-8963*<br>*Kern v. Pfizer, 04-9249*<br>*Dees v. Pfizer, 04-9304*<br>*Veraas v. Pfizer, 04-9429*<br>*Populis v. Pfizer, 04-10265*<br>*Wilson v. Pfizer, 05-72*<br>*Montgomery v. Pfizer, 05-73*<br>*Mendoza v. Pfizer, 05-74*<br>*Hargrove v. Pfizer, 05-75*<br>*Feyer v. Pfizer, 05-76*<br>*Retzer v. Pfizer, 05-77*<br>*Brown v. Pfizer, 05-237* | Master File 04-10981-PBS | S.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005 – JPML Transfer Order May 11, 2005 |
| *Cooper v. Pfizer, 04-255* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005 – JPML Transfer Order April 19, 2005 |
| *Anderson v. Pfizer, 04-275* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005 –  JPML Transfer Order April 19, 2005 |
| *Belbruno v. Pfizer, 05-1682* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 6, 2005 – JPML CTO-7 |
| *Burroughs v. Pfizer, 05-74* | Master File 04-10981-PBS | N.D. Alabama | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |

5410380v.1

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Smolucha v. Pfizer, 04-4882* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Gambardello v. Pfizer, 04-4883* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Jarosz v. Pfizer, 05-2061* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Almeida v. Pfizer, 04-1694* | Master File 04-10981-PBS | D. Nevada | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Barlow v. Pfizer, 05-175* | Master File 04-10981-PBS | W.D. Texas | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Notice of Opposition to transfer filed by Plaintiff on June 3, 2005<br><br>• Transferred on July 1, 2005 – JPML Transfer Order July 1, 2005 |
| *Wilson, et al. v. Pfizer, 04-1963* | Master File 04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br><br>• Order issued by Judge Janet C. Hall, District Judge in the District of Connecticut, on 7/21/05 granting Defendants' motion to compel discovery and awarding costs in the amount of $250. |
| *Cunningham v. Pfizer, 05-4012* | Master File 04-10981-PBS | D. Kansas | • Conditionally Transferred on June 10, 2005 – JPML CTO-9 |
| *Coleman v. Pfizer, 04-722*<br>*Fish v. Pfizer, 04-723* | Master File 04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on June 10, 2005 – JPML CTO-9 |
| *Teater v. Pfizer, 05-604* | Master File 04-10981-PBS | D. Oregon | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br><br>• Notice of Opposition to transfer filed by Plaintiff on June 27, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Teater v. Pfizer, 05-604 (cont'd)* | | | • August 25, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on October 19, 2005 – JPML Transfer Order |
| *Minervino v. Pfizer, 04-1230* | Master File 04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 27, 2005 – JPML CTO-10 |
| *Reott v. Pfizer, 05-359* | Master File 04-10981-PBS | W.D. Pennsylvania | • Conditionally Transferred on June 27, 2005 – JPML CTO-10 |
| *Smith v. Pfizer, 05-444* | Master File 04-10981-PBS | M.D. Tennessee | • Conditionally Transferred on June 27, 2005 – JPML CTO-10<br><br>• Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D.<br><br>    ○ January 23, 2009 – Products Liability Plaintiffs' Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D. [Docket No. 1625], Memorandum in Support of Products Liability Plaintiffs' Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D. [Docket No. 1626], Declaration of Kenneth B. Fromson, Esq. in Support of Products Liability Plaintiffs' Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D. [Docket No. 1628]<br><br>    ○ February 6, 2009 – Defendants' Opposition to Products Liability Plaintiffs' Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D. [Docket No. 1657], Declaration of Scott W. Sayler, Esq. [Docket No. 1658]<br><br>    ○ March 5, 2009 – Products Liability Plaintiffs' Reply Memorandum to Defendants' Opposition to Plaintiffs' Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D. [Docket No. 1696], Declaration of Kenneth B. Fromson, Esq. in Support of Products Liability Plaintiffs' |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Smith v. Pfizer, 05-444 (cont'd)* | | | Reply to Defendants Opposition to Plaintiffs' Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D. [Docket No. 1697]<br><br>• Motion to Exclude the Specific Causation Testimony of Dr. Ronald W. Maris and Professor Michael Trimble<br><br>   o January 23, 2009 – Pfizer Inc. and Warner-Lambert Company LLC's Motion to Exclude the Specific Causation Testimony of Dr. Ronald W. Maris and Professor Michael Trimble [Docket No. 1627], Memorandum in Support of Pfizer Inc. and Warner-Lambert Company LLC's Motion to Exclude the Specific Causation Testimony of Doctor Maris and Professor Trimble [Docket No. 1629], Declaration of Scott W. Sayler, Esq. in Support of Motion to Exclude [Docket No. 1633]<br><br>   o February 23, 2009 – Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Plaintiffs' Experts, Dr. Maris and Prof. Trimble [Docket No. 1671], Declaration of Andrew G. Finkelstein, Esq. in Opposition to Defendants' Motion to Exclude the Specific Causation Testimony of Dr. Maris and Prof. Trimble [Docket No. 1672], Declaration of Ronald W. Maris, Ph.D. in Opposition to Defendants' Motion to Exclude Specific Causation Testimony of Dr. Maris [Docket 1673]<br><br>   o March 12, 2009 – Defendants' Reply Memorandum in Support of Pfizer Inc. and Warner-Lambert Company LLC's Motion to Exclude the Specific Causation Testimony of Doctor Maris and Professor Trimble [Docket No. 1713], Declaration of Lori C. McGroder, Esq. in Support of Defendants' Reply in Support of Motion to Exclude [Docket No. 1714] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Smith v. Pfizer, 05-444 (cont'd)* | | |     o  March 23, 2009 – Plaintiff's Sur-Reply Memorandum in Further Opposition to Defendants' Motion to Exclude Plaintiff's Experts, Dr. Maris and Prof. Trimble [Docket No. 1720], Sur-Reply Declaration of Andrew G. Finkelstein, Esq., in Further Opposition to Defendants' Motion to Exclude the Specific Causation Testimony of Dr. Maris and Prof. Trimble [Docket No. 1721]<br><br>•  Motion for Summary Judgment *re Smith v. Pfizer Inc., et al.*<br><br>    o  January 23, 2009 – Defendants' Motion for Summary Judgment [Docket No. 1641], Memorandum in Support of Defendants' Motion for Summary Judgment [Docket No. 1642], Defendants Pfizer Inc. and Warner-Lambert Company LLC's Local Rule 56.1 Statement of Material Facts [Docket No. 1643], Declaration of Scott W. Sayler, Esq. in Support of Motion for Summary Judgment [Docket No. 1644]<br><br>    o  February 23, 2009 – Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1677], Plaintiffs' Responses to Defendants' Local Rule 56.1 Statement of Undisputed Material Facts and Plaintiffs' Further Statement of Material Facts [Docket No. 1678], Declaration of Andrew G. Finkelstein, Esq. in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1679]<br><br>    o  March 12, 2009 – Reply Memorandum in Support of Defendants' Motion for Summary Judgment [Docket No. 1708], Defendants Pfizer Inc. and Warner-Lambert Company LLC's Reply to Plaintiffs' Response to Local Rule 56.1 Statement of Materials Facts and Response to Plaintiff's Further Material Facts and Response to Plaintiff's Further Statement of Material Facts [Docket No. 1709], Declaration |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Smith v. Pfizer, 05-444 (cont'd)* | | | of Lori C. McGroder, Esq. in Support of Defendants' Reply in Support of Motion for Summary Judgment [Docket No. 1710]<br><br>○  March 23, 2009 – Plaintiff's Sur-Reply Memorandum in Further Opposition to Defendants' Motion for Summary Judgment [Docket No. 1724], Sur-Reply Declaration of Andrew G. Finkelstein, Esq. in Further Opposition to Defendants' Motion for Summary Judgment [Docket No. 1725]<br><br>○  April 3, 2009 – Product Liability Plaintiffs' Notice of Supplemental Authority in Opposition to Defendants Pfizer Inc. and Warner-Lambert Company LLC's  Motion for Summary Judgment in the *Bulger* and *Smith* Cases [Docket No. 1734]<br><br>○  April 7, 2009 – Response to Product Liability Plaintiffs' Notice of Supplemental Authority in Opposition to Defendants Pfizer Inc. and Warner Lambert Company LLC's Motion for Summary Judgment in the Bulger and Smith Cases [Docket No. 1736]<br><br>•  Motion to Strike Untimely Supplemental Declarations of Stefan P. Kruszewski and Ronald W. Maris<br><br>○  March 12, 2009 – Motion to Strike the Untimely Supplemental Declarations of Stefan P. Kruszewski and Ronald W. Maris [Docket No. 1715], Memorandum of Law in Support of Defendants' Motion to Strike the Untimely Supplemental Declarations of Stefan P. Kruszewski and Ronald W. Maris [Docket No. 1716], Declaration of Lori C. McGroder, Esq. in Support of Defendants' Motion to Strike [Docket No. 1717] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Smith v. Pfizer, 05-444 (cont'd)* | | | ○ March 26, 2009 – Plaintiffs' Memorandum in Opposition to Defendants' Motion to Strike the Rebuttal Declarations of Plaintiffs' Experts Dr. Maris and Dr. Kruszewski [Docket No. 1727]<br><br>○ March 27, 2009 – Motion for Leave to File Reply Memorandum in Support of Defendants' Motion to Strike the Untimely Supplemental Declarations of Stefan P. Kruszewski and Ronald W. Maris [ Docket No. 1729] |
| *Alsberge v. Pfizer Inc., et al, 05-5809* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Briggs v. Pfizer Inc., et al, 05-5810* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Edwards v. Warner-Lambert Co., et al., 05-00657* | Master File 04-10981-PBS | S.D. Ohio | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Sanutti v. Pfizer, Inc., et al, 05-03401* | Master File 04-10981-PBS | E.D. Pennsylvania | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Strickland, et al. v. Pfizer, Inc., et al., 05-110* | Master File 04-10981-PBS | N.D. Georgia | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| *Werner v. Pfizer, 05-6084*<br>*Henry v. Pfizer, 05-6087*<br>*Colton v. Pfizer, 05-6271*<br>*Bentley v. Pfizer, 05-6272*<br>*Dixon v. Pfizer, 05-6273*<br>*Wendorf v. Pfizer, 05-6274*<br>*Richey v. Pfizer, 05-7103* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Roberson v. Pfizer, 05-7253* | | | |
| *Watson v. Pfizer, Inc., et al., 05-162* | Master File 04-10981-PBS | D. Wyoming | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| *Johnson v. Pfizer, Inc., 05-2615* | Master File 04-10981-PBS | D. Arizona | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *Leiendecker v. Pfizer, Inc., et al., 05-3377* | Master File 04-10981-PBS | N.D. California | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *Dolgoff v. Pfizer, Inc., et al., 05-4134* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *McPherson v. Pfizer, Inc., et al., 05-1962* | Master File 04-10981-PBS | N.D. Ohio | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *Johnson v. Pfizer Inc., et al., 05-3688* | Master File 04-10981-PBS | E.D. Louisiana | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br><br>• November 1, 2005 –  Motion to Vacate Conditional Transfer<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on February 13, 2006 – JPML Transfer Order |
| *White v. Pfizer, 05-7571*<br>*Christ v. Pfizer, 05-7572*<br>*Acton v. Pfizer, 05-7573* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on October 5, 2005 – JPML CTO-14 |

5410380v.1

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Aranda v. Pfizer Inc., et al., 05-309* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br>• November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14)<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on February 13, 2006 – JPML Transfer Order |
| *Fonseca v. Pfizer Inc., et al., 05-312* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br><br>• November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14)<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on February 13, 2006 – JPML Transfer Order |
| *Dane v. Pfizer, Inc., et al., 05-1376* | Master File 04-10981-PBS | E.D. Missouri | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Browne v. Pfizer, Inc., et al., 05-7675* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Smith v. Pfizer, Inc., et al., 05-7827* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |

5410380v.1

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Marzolo v. Pfizer, Inc., et al., 05-7828* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Mosley v. Pfizer, Inc., et al., 05-8110* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Salinas v. Pfizer Inc., et al., 05-363* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on December 2, 2005 – JPML CTO-16<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – December 14, 2005<br><br>• December 23, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-16)<br><br>• January 12, 2006 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on April 12, 2006 – JPML Transfer Order |
| *McGee v. Pfizer Inc. et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| *O'Bryan v. Pfizer Inc. et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| *French v. Pfizer Inc. et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| *Spears v. Pfizer, 05-8890*<br>*Belongie v. Pfizer, 05-8891*<br>*Montgomery v. Pfizer, 05-9144*<br>*Sizemore v. Pfizer, 05-9145*<br>*George v. Pfizer, 05-9238* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 28, 2005 – JPML CTO-17 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Felici v. Pfizer Inc., et al., 05-386* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on December 28, 2005 – JPML CTO-17<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – January 10, 2006<br><br>• January 20, 2006 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-17)<br><br>• February 10, 2006 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on April 12, 2006 – JPML Transfer Order |
| *Scott v. Pfizer, 05-9350*<br>*Haddock v. Pfizer, 05-9417* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on January 20, 2006 – JPML CTO-18 |
| *Lutz v. Pfizer Inc., et al., 05-7469* | Master File 04-10981-PBS | N.D. Ohio | • Conditionally Transferred on January 20, 2006 – JPML CTO-18 |
| *Sims v. Pfizer Inc., et al., 05-471* | Master File 04-10981-PBS | N.D. Florida | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |
| *Blackwell v. Pfizer Inc., et al., 06-12* | Master File 04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |
| *Smith et al. v. Pfizer Inc., et al* | Master File 04-10981-PBS | E.D. California | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Cascio v. Pfizer Inc et al* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Cailor v. Pfizer Inc et al* | Master File 04-10981-PBS | W. D. Pennsylvania | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |

5410380v.1

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Keegan v. Pfizer Inc et al* | Master File 04-10981-PBS | W. D. Washington | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Adkins v. Pfizer Inc et al* | Master File 04-10981-PBS | S. D. West Virginia | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Mecija v. Pfizer Inc et al, 06-293* | | C.D. California | • Conditionally Transferred on April 12, 2006 – JPML CTO-21<br><br>• Notice of Opposition to transfer filed by Defendant – April 21, 2006<br><br>• May 2, 2006 – Defendant Hall's Motion to Vacate Conditional Transfer Order (CTO-21)<br><br>• May 26, 2006 – Defendants' Response to Defendant Hall's Motion to Vacate Conditional Transfer Order<br><br>• June 1, 2006 – Defendant Hall's Reply Brief to Pfizer Inc.'s Opposition to His Motion to Vacate Conditional Transfer Order (CTO-21)<br><br>• Transferred on August 9, 2006 – JPML Transfer Order |
| *Morris v. Pfizer Inc et al, 06-74* | | M.D. Florida | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Burke v. Pfizer Inc et al, 06-61* | | D. Maine | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Strickland v. Pfizer Inc et al, 06-1332* | | D. New Jersey | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Cook v. Pfizer Inc et al, 06-980* | | S.D. New York | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Young v. Pfizer Inc et al, 06-1308* | | E.D. Pennsylvania | • Conditionally Transferred on April 12, 2006 – JPML CTO-21<br><br>• Notice of Opposition to transfer filed by Plaintiff – April 19, 2006<br><br>• May 4, 2006 – Plaintiffs' Motion to Vacate in Part Conditional Transfer Order (CTO-21)<br><br>• May 22, 2006 – Defendants' Response to Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-21)<br><br>• Transferred on August 9, 2006 – JPML Transfer Order |
| *Accettullo, et al. v. Pfizer Inc., et al., 06-341* | | E.D. Arkansas | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Flanders v. Pfizer Inc., et al., 06-1261* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Ellis, et al. v. Pfizer Inc., et al., 06-1262* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Huff v. Pfizer Inc., et al., 06-160* | | M.D. Florida | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Bundoff, et al. v. Pfizer Inc., et al., 05-10317* | | E.D. Michigan | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Henderson, etc. v. Pfizer Inc., et al., 06-3064* | | D. Nebraska | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |

5410380v.1

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Alsberge, etc. Pfizer Inc., et al., 06-5197* | | W.D. Washington | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *White, et al. v. Pfizer Inc., et al., 06-3149* | | W.D. Missouri | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Brewster, et al. v. Pfizer Inc., et al., 06-529* | | D. Nevada | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Girard, et al. v. Pfizer Inc., et al., 06-1742* | | E.D. Pennsylvania | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Anderson, et al. v. Pfizer Inc., et al., 06-1271* | | D. South Carolina | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Agee v. Pfizer Inc., 06-926 Baker v. Pfizer Inc., 06-1109 Brown v. Pfizer Inc., 06-1110 Chappell v. Pfizer Inc., 06-1111 Eaddy v. Pfizer Inc., 06-1112 Grissom v. Pfizer Inc., 06-1113 Holloway v. Pfizer Inc., 06-1114 Huff v. Pfizer Inc., 06-1115 Poole v. Pfizer Inc., 06-1116 Reach v. Pfizer Inc., 06-1117 Whitten v. Pfizer Inc., 06-1118* | | N.D. Alabama | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Lewis et al. v. John Barrett, et al., 06-3736* | | C.D. California | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Putnam v. Pfizer Inc., et al., 06-1144* | | E.D. California | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |

5410380v.1

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Mustafa, et al. v. Pfizer Inc., et al., 06-349* | | S.D. Illinois | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Wolosonowich v. Pfizer Inc., et al., 06-2696* | | D. Minnesota | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Amato v. Pfizer Inc., et al., 06-1604* | | D. New Jersey | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Blackwell v. Pfizer Inc., et al., 06-2295* | | E.D. Pennsylvania | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Wendorf, etc. v. Pfizer Inc., et al., 06-589* | | W.D. Pennsylvania | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Libby, etc. v. Pfizer Inc., et al. 06-950* | | D. Oregon | • Conditionally Transferred on July 31, 2006 – JPML CTO-26 |
| *Campbell, etc. v. Pfizer Inc., et al. 06-5049* | | E.D. Washington | • Conditionally Transferred on July 31, 2006 – JPML CTO-26 |
| *Morrow, et al. v. Pfizer Inc., et al. 06-1240* | | S.D. California | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Gaudio, et al. v. Pfizer Inc., et al. 06-3381* | | D. New Jersey | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Fenelon, etc. v. Pfizer Inc., et al. 06-4136* | | S.D. New York | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |

5410380v.1

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Long, etc. v. Pfizer Inc., et al.* 06-4285 | | S.D. New York | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Burleson v. Pfizer Inc., et al.* 06-220 | | S.D. Texas | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Shaw, etc. v. Pfizer Inc., et al.* 06-5058 | | E.D. Washington | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Manfredi, et al. v. Pfizer Inc., et al.* 06-970 | | W.D. Washington | • Conditionally Transferred on August 23, 2006 – JPML CTO-28 |
| *Tilley, etc. v. Pfizer Inc., et al.* 06-513 | | D. Delaware | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Diana v. Pfizer Inc., et al.* 06-3332 | | D. Minnesota | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Garcia v. Pfizer Inc., et al.* 06-348 | | S.D. Texas | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Johnson v. Pfizer Inc., et al.* 06-1311 | | M.D. Florida | • Conditionally Transferred on September 27, 2006 – JPML CTO-30 |
| *Shelley v. Pfizer Inc., et al.* 06-959 | | W.D. Oklahoma | • Conditionally Transferred on October 3, 2006 – JPML CTO-31 |
| *Cox v. Pfizer Inc., et al.* 06-288 | | M.D. Florida | • Conditionally Transferred on October 17, 2006 – JPML CTO-32 |

5410380v.1

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Hogge v. Pfizer Inc., et al.* 06-3818 | | D. Minnesota | • Conditionally Transferred on October 17, 2006 – JPML CTO-32 |
| *Farris v. Pfizer Inc., et al.* 06-3975 | | D. Minnesota | • Conditionally Transferred on October 24, 2006 – JPML CTO-33 |
| *Beckworth v. Pfizer Inc., et al.* 06-538 | | M.D. Florida | • Conditionally Transferred on November 17, 2006 – JPML CTO-34 |
| *Ramsey v. Pfizer Inc., et al.* 06-4718 | | E.D. Pennsylvania | • Conditionally Transferred on November 17, 2006 – JPML CTO-34 |
| *Pursey v. Pfizer Inc., et al.* 06-5668 | | W.D. Washington | • Conditionally Transferred on December 29, 2006 – JPML CTO-35 |
| *Bonner v. Pfizer Inc. et al.* 06-1198 | | S.D. Mississippi | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |
| *Briggs v. Pfizer Inc. et al.* 06-15451 | | S.D. New York | • Conditionally Transferred on January 31, 2007 – JPML CTO-36<br><br>• March 12, 2007 – Motion to Dismiss [Docket No. 672]<br><br>  o March 12, 2007 – Memorandum of Defendant Teva Pharmaceuticals USA, Inc. in Support of Its Motion to Dismiss the Complaint [Docket No. 673]<br><br>  o March 28, 2007 – Electronic Order of Magistrate Judge Leo T. Sorokin allowing Products Liability Plaintiffs' Agreed to Request [Dkt # 685] that the briefing on Defendant Teva Pharmaceuticals' USA, Inc. Motion To Dismiss proceed on the same schedule as already set for dispositive motions for the Products Liability Plaintiffs' Track One cases [Docket No. 696] |

5410380v.1

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Michielsen v. Pfizer Inc. et al. 07-32* | | M.D. Tennessee | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |
| *Southern v. Pfizer Inc. et al. 06-836* | | N.D. Alabama | • Conditionally Transferred on February 8, 2007 – JPML CTO-37 |
| *Armbruster v. Pfizer Inc., et al. 06-1613* | | E.D. Missouri | • Conditionally Transferred on March 1, 2007 – JPML CTO-38 |
| *De La Garza v. Pfizer Inc., et al. 07-13* | | W.D. Texas | • Conditionally Transferred on March 1, 2007 – JPML CTO-38 |
| *Isaacs v. Pfizer Inc., et al. 07-1216* | | D. Minnesota | • Conditionally Transferred on March 12, 2007 – JPML CTO-39 |
| *Woolum, et al. v. Pfizer Inc., et al. 07-176* | | M.D. Florida | • Conditionally Transferred on April 4, 2007 – JPML CTO-40 |
| *Neilson v. Pfizer Inc., et al. 07-224* | | W.D. Wisconsin | • Conditionally Transferred on May 9, 2007 – JPML CTO-41 |
| *Valentine v. Pfizer Inc., et al. 07-510* | | M.D. Florida | • Conditionally Transferred on May 17, 2007 – JPML CTO-42 |
| *Wampole, et al. v. Pfizer Inc., et al. 07-204* | | W.D. Wisconsin | • Conditionally Transferred on May 17, 2007 – JPML CTO-42 |
| *Ballard v. McKinnell, Jr. et al. 06-688* | | N.D. New York | • Conditionally Transferred on May 31, 2007 – JPML CTO-43 |

5410380v.1

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Telles, etc.  v. Pfizer Inc. 07-161* | | W.D. Texas | • Conditionally Transferred on May 31, 2007 – JPML CTO-43 |
| *Sloan, et al. v. Pfizer Inc., et al. 07-2551* | | N.D. California | • Conditionally Transferred on June 20, 2007 – JPML CTO-44 |
| *Milligan, Jr., et al. v. Pfizer Inc., et al. 07-2540* | | D. Minnesota | • Conditionally Transferred on June 20, 2007 – JPML CTO-44 |
| *Bulger v. Pfizer Inc., et al. 07-11426* | | D. Massachusetts | • Complaint filed August 3, 2007<br><br>• Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D.<br><br>   o January 23, 2009 – Products Liability Plaintiffs' Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D. [Docket No. 1625], Memorandum in Support of Products Liability Plaintiffs' Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D. [Docket No. 1626], Declaration of Kenneth B. Fromson, Esq. in Support of Products Liability Plaintiffs' Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D. [Docket No. 1628]<br><br>   o February 6, 2009 – Defendants' Opposition to Product Liability Plaintiffs' Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D. [Docket No. 1657], Declaration by Scott W. Sayler, Esq. [Docket No. 1658]<br><br>   o March 5, 2009 – Products Liability Plaintiffs' Reply Memorandum to Defendants' Opposition to Plaintiffs' Motion to Exclude the Testimony of Sheila Weiss Smith, Ph.D. [Docket No. 1696], Declaration of Kenneth B. Fromson, Esq. in Support of Products Liability Plaintiffs' Reply to Defendants Opposition to Plaintiffs' Motion to |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| ***Bulger v. Pfizer Inc., et al. 07-11426 (cont'd)*** | | | Exclude the Testimony of Sheila Weiss Smith, Ph.D. [Docket No. 1697]<br><br>• Motion to Exclude the Specific Causation Testimony of Doctors Ronald W. Maris and Stefan Kruszewski<br><br>o January 23, 2009 – Pfizer Inc. and Warner-Lambert Company LLC's Motion to Exclude the Specific Causation Testimony of Doctors Ronald W. Maris and Stefan Kruszewski [Docket No. 1634], Memorandum in Support of Pfizer Inc. and Warner-Lambert Company LLC's Motion to Exclude the Specific Causation Testimony of Doctors William Maris and Stefan Kruszewski [Docket No. 1635], Declaration of Scott W. Sayler, Esq. in Support of Motion to Exclude [Docket No. 1636]<br><br>o January 27, 2009 – Corrected Memorandum in Support of Pfizer Inc. and Warner-Lambert Company LLC's Motion to Exclude the Specific Causation Testimony of Doctors William Maris and Stefan Kruszewski [Docket No. 1648]<br><br>o February 23, 2009 – Plaintiffs' Memorandum in Opposition to Defendants' Motion to Exclude Plaintiffs' Experts, Dr. Maris and Dr. Kruszewski [Docket No. 1667], Declaration of Andrew G. Finkelstein, Esq. in Opposition and attached Exhibits 1-19 [Docket No. 1668], Declaration of Ronald W. Maris, Ph.D. in Opposition to Defendants' Motion to Exclude Specific Causation Testimony of Dr. Maris [Docket No. 1669], Declaration of Stefan P. Kruszewski, M.D. in Opposition to Defendants' Motion to Excule Specific Causation Testimony of Dr. Kruszewski [Docket No. 1670]<br><br>o March 12, 2009 – Defendants' Reply Memorandum in Support of Pfizer Inc. and Warner-Lambert Company LLC's |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Bulger v. Pfizer Inc., et al. 07-11426 (cont'd)* | | | Motion to Exclude the Specific Causation Testimony of Doctors Maris and Kruszewski [Docket No. 1711], Declaration of Lori C. McGroder, Esq. in Support of Defendants' Reply in Support of Motion to Exclude [Docket No. 1712] |
| | | |    o  March 23, 2009 – Plaintiff's Sur-Reply Memorandum in Further Opposition to Defendants' Motion to Exclude Plaintiff's Experts, Dr. Maris and Dr. Kruszewski [Docket No. 1718], Sur-Reply Declaration of Andrew G. Finkelstein, Esq., in Further Opposition to Defendants' Motion to Exclude the Specific Causation Testimony of Dr. Maris and Dr. Kruszewski [Docket No. 1719] |
| | | | •  Motion to Strike Untimely Supplemental Declarations of Stefan P. Kruszewski and Ronald W. Maris |
| | | |    o  March 12, 2009 – Motion to Strike the Untimely Supplemental Declarations of Stefan P. Kruszewski and Ronald W. Maris [Docket No. 1715], Memorandum of Law in Support of Defendants' Motion to Strike the Untimely Supplemental Declarations of Stefan P. Kruszewski and Ronald W. Maris [Docket No. 1716], Declaration of Lori C. McGroder, Esq. in Support of Defendants' Motion to Strike [Docket No. 1717] |
| | | |    o  March 26, 2009 – Plaintiffs' Memorandum in Opposition to Defendants' Motion to Strike the Rebuttal Declarations of Plaintiffs' Experts Dr. Maris and Dr. Kruszewski [Docket No. 1727] |
| | | |    o  March 27, 2009 – Motion for Leave to File Reply Memorandum in Support of Defendants' Motion to Strike the Untimely Supplemental Declarations of Stefan P. Kruszewski |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Bulger v. Pfizer Inc., et al.* 07-11426 *(cont'd)* | | | and Ronald W. Maris [Docket No. 1729] |

• Defendants' Motion *In Limine* to Exclude the Testimony of Decedent's Minor Daughter, Family Photographs and Memorabilia, and Post-Mortem Photographs

  o June 22, 2009 – Defendants' Motion *In Limine* to Exclude the Testimony of Decedent's Minor Daughter, Family Photographs and Memorabilia, and Post-Mortem Photographs [Docket No. 1864], Memorandum of Law in Support of Defendants' Motion *In Limine* to Exclude the Testimony of Decedent's Minor Daughter, Family Photographs and Memorabilia, and Post-Mortem Photographs [Docket No. 1865], Declaration of Mark S. Cheffo in Support of Defendants' Motion *In Limine* to Exclude the Testimony of Decedent's Minor Daughter, Family Photographs and Memorabilia, and Post-Mortem Photographs [Docket No. 1866]

• Defendants' Motion *In Limine* to Exclude Evidence of Foreign Labels and Regulatory Actions

  o June 22, 2009 – Defendants' Motion *In Limine* to Exclude Evidence of Foreign Labels and Regulatory Actions [Docket No. 1867], Memorandum of Law in Support of Defendants' Motion *In Limine* to Exclude Evidence of Foreign Labels and Regulatory Actions [Docket No. 1868]

• Defendants' Motion *In Limine* to Exclude Evidence of Post-Incident Regulatory Actions, Labeling, and Patient Information Guides

  o June 22, 2009 – Defendants' Motion *In Limine* to Exclude Evidence of Post-Incident Regulatory Actions, Labeling, and Patient Information Guides [Docket No. 1869], Memorandum

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Bulger v. Pfizer Inc., et al. 07-11426* (cont'd) | | | of Law in Support of Defendants' Motion *In Limine* to Exclude Evidence of Post-Incident Regulatory Actions, Labeling, and Patient Information Guides [Docket No. 1870], Declaration of Mark S. Cheffo in Support of Defendants' Motion *In Limine* to Exclude Evidence of Post-Incident Regulatory Actions, Labeling, and Patient Information Guides [Docket No. 1871] <br><br> • Defendants' Motion *In Limine* to Exclude Various Evidence, References, and Arguments <br><br>     o June 22, 2009 – Defendants' Motion *In Limine* to Exclude Various Evidence, References, and Arguments [Docket No. 1872], Memorandum of Law in Support of Defendants' Motion *In Limine* to Exclude Various Evidence, References, and Arguments [Docket No. 1874] <br><br> • Plaintiff's Motion In Limine to Preclude the Testimony and Exhibits of Defense Expert Dr. Gibbons <br><br>     o June 22, 2009 – Plaintiff's Motion In Limine to Preclude the Testimony and Exhibits of Defense Expert Dr. Gibbons [Docket No. 1875], Plaintiff's Memorandum in Support of Motion In Limine to Preclude the Testimony and Exhibits of Defense Expert Dr. Gibbons [Docket No. 1876], Declaration of Andrew G. Finkelstein, Esq. in Support of Plaintiff's Motion In Limine to Preclude the Testimony and Exhibits of Defense Expert Dr. Gibbons [Docket No. 1877] <br><br>     o June 25, 2009 – Declaration of Andrew G. Finkelstein, Esq. in Support of Plaintiff's Motion In Limine to Preclude the Testimony and Exhibits of Defense Expert Dr. Gibbons, Exhibit Q Corrected [Docket No. 1926] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Bulger v. Pfizer Inc., et al.* 07-11426 *(cont'd)* | | | • Plaintiff's Motion In Limine to Preclude Any Evidence Proffered by Defendants at Trial that Any Drug Other Than Neurontin Caused or Was Associated With Plaintiff's Decedent Susan Bulger's Suicide<br><br>    o June 22, 2009 – Plaintiff's Motion In Limine to Preclude Any Evidence Proffered by Defendants at Trial that Any Drug Other Than Neurontin Caused or Was Associated With Plaintiff's Decedent Susan Bulger's Suicide [Docket No. 1878], Plaintiff's Memorandum in Support of Motion In Limine to Preclude Any Evidence Proffered by Defendants at Trial That Any Drug Other Than Neurontin Caused or Was Associated With Plaintiff's Decedent Susan Bulger's Suicide [Docket No. 1879], Declaration of Andrew G. Finkelstein, Esq. in Support of Plaintiff's Motion In Limine to Preclude Any Evidence Proffered by Defendants at Trial that Any Drug Other Than Neurontin Caused or Was Associated With Plaintiff's Decedent Susan Bulger's Suicide [Docket No. 1880]<br><br>• Plaintiff's Motion In Limine to Preclude Any Testimony or Discussion by Defendants that They Could Not Have Amended the Neurontin Label or Issued Strengthened Warnings Without Prior FDA Approval<br><br>    o June 22, 2009 – Plaintiff's Motion In Limine to Preclude Any Testimony or Discussion by Defendants that They Could Not Have Amended the Neurontin Label or Issued Strengthened Warnings Without Prior FDA Approval [Docket No. 1881], Plaintiff's Memorandum in Support of Motion In Limine to Preclude Any Testimony or Discussion by Defendants that They Could Not Have Amended the Neurontin Label or Issued Strengthened Warnings Without Prior FDA Approval [Docket No. 1883]<br><br>• Plaintiff's Motion In Limine to Preclude Any Mention at Trial by |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Bulger v. Pfizer Inc., et al.* 07-11426 *(cont'd)* | | | Defendants that the Neurontin Package Insert Was Labeled to Warn Against Completed Suicide Prior to the December 21, 2005 Labeling Change |
| | | |     o   June 22, 2009 – Plaintiff's Motion In Limine to Preclude Any Mention at Trial by Defendants that the Neurontin Package Insert Was Labeled to Warn Against Completed Suicide Prior to the December 21, 2005 Labeling Change [Docket No. 1884], Plaintiff's Memorandum in Support of Motion In Limine to Preclude Any Mention at Trial by Defendants that the Neurontin Package Insert Was Labeled to Warn Against Completed Suicide Prior to the December 21, 2005 Labeling Change [Docket No. 1885], Declaration of Andrew G. Finkelstein, Esq. in Support of Plaintiff's Motion In Limine to Preclude Any Mention at Trial by Defendants that the Neurontin Package Insert Was Labeled to Warn Against Completed Suicide Prior to the December 21, 2005 Labeling Change [Docket No. 1886] |
| | | | • Plaintiff's Motion In Limine to Preclude the Testimony of All of Defendants' Expert Witnesses Other Than Dr. Gibbons Concerning the FDA Alert and Related FDA Subjects, Or, in the Alternative, to Preclude the Testimony of Dr. Gibbons |
| | | |     o   June 22, 2009 – Plaintiff's Motion In Limine to Preclude the Testimony of All of Defendants' Expert Witnesses Other Than Dr. Gibbons Concerning the FDA Alert and Related FDA Subjects, Or, in the Alternative, to Preclude the Testimony of Dr. Gibbons [Docket No. 1887], Plaintiff's Memorandum in Support of Motion In Limine to Preclude the Testimony of All of Defendants' Expert Witnesses Other Than Dr. Gibbons Concerning the FDA Alert and Related FDA Subjects, Or, in the Alternative, to Preclude the Testimony of Dr. Gibbons [Docket No. 1888], Declaration of |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Bulger v. Pfizer Inc., et al. 07-11426 (cont'd)* | | | Andrew G. Finkelstein, Esq. in Support of Plaintiff's Motion In Limine to Exclude the Testimony of All of Defendants' Expert Witnesses Other Than Dr. Gibbons Concerning the FDA Alert and Related FDA Subjects, Or, in the Alternative, to Preclude the Testimony of Dr. Gibbons [Docket No. 1891] |
| | | | • Defendants' Motion to Exclude the Testimony of Dan Brock |
| | | | ○ June 22, 2009 – Defendants' Motion to Exclude the Testimony of Dan Brock [Docket No. 1889], Memorandum of Law in Support of Defendants' Motion to Exclude the Testimony of Dan Brock [Docket No. 1890], Declaration of Mark S. Cheffo in in Support of Defendants' Motion to Exclude the Testimony of Dan Brock [Docket No. 1892] |
| | | | • Plaintiff's Motion In Limine to Preclude Miscellaneous Subjects From Evidence at Trial |
| | | | ○ June 22, 2009 – Plaintiff's Motion In Limine to Preclude Miscellaneous Subjects From Evidence at Trial [Docket No. 1893], Memorandum in Support of Plaintiff's Motion In Limine to Preclude Miscellaneous Subjects From Evidence at Trial [Docket No. 1895] |
| | | | • Defendants' Motion *In Limine* to Exclude All Evidence of or References to Warner-Lambert Company LLC's Guilty Plea or Any Related Government Investigations or Agreements |
| | | | ○ June 22, 2009 – Defendants' Motion *In Limine* to Exclude All Evidence of or References to Warner-Lambert Company LLC's Guilty Plea or Any Related Government Investigations or Agreements [Docket No. 1896], Memorandum of Law in Support of Defendants' Motion *In Limine* to Exclude All Evidence of or References to Warner-Lambert Company |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Bulger v. Pfizer Inc., et al.* 07-11426 (cont'd) | | | LLC's Guilty Plea or Any Related Government Investigations or Agreements [Docket No. 1898], Declaration of Mark S. Cheffo in Support of Defendants' Motion *In Limine* to Exclude All Evidence of or References to Warner-Lambert Company LLC's Guilty Plea or Any Related Government Investigations or Agreements [Docket No. 1900]<br><br>• Plaintiff's Motion In Limine to Preclude Any Mention at Trial by Defendants of Bad Acts of Plaintiff's Decedent and Her Family and the Medical History of Plaintiff's Decedent's Family<br><br>    ○ June 22, 2009 – Plaintiff's Motion In Limine to Preclude Any Mention at Trial by Defendants of Bad Acts of Plaintiff's Decedent and Her Family and the Medical History of Plaintiff's Decedent's Family [Docket No. 1897], Plaintiff's Memorandum in Support of Motion In Limine to Preclude Any Mention at Trial by Defendants of Bad Acts of Plaintiff's Decedent and Her Family and the Medical History of Plaintiff's Decedent's Family [Docket No. 1899], Declaration of Andrew G. Finkelstein, Esq. in Support of Plaintiff's Motion In Limine to Preclude Any Mention at Trial by Defendants of Bad Acts of Plaintiff's Decedent and Her Family and the Medical History of Plaintiff's Decedent's Family [Docket No. 1901]<br><br>• Defendants' Conditional Motion for Bifurcated Trial of Punitive Damages Claim<br><br>    ○ June 22, 2009 – Defendants' Conditional Motion for Bifurcated Trial of Punitive Damages Claim [Docket No. 1903], Memorandum of Law in Support of Defendants' Defendants' Conditional Motion for Bifurcated Trial of Punitive Damages Claim [Docket No. 1905] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Bulger v. Pfizer Inc., et al.* 07-11426 *(cont'd)* | | | • Defendants' Motion *In Limine* to Exclude Evidence of Marketing or Advertising Materials and Conduct, David Franklin and the *Franklin* Litigation, and Other Claims or Actions<br><br>   o June 22, 2009 – Defendants' Motion *In Limine* to Exclude Evidence of Marketing or Advertising Materials and Conduct, David Franklin and the *Franklin* Litigation, and Other Claims or Actions [Docket No. 1912], Memorandum of Law in Support of Defendants' Motion *In Limine* to Exclude Evidence of Marketing or Advertising Materials and Conduct, David Franklin and the *Franklin* Litigation, and Other Claims or Actions [Docket No. 1913], Declaration of Mark S. Cheffo in Support of Defendants' Motion *In Limine* to Exclude Evidence of Marketing or Advertising Materials and Conduct, David Franklin and the *Franklin* Litigation, and Other Claims or Actions [Docket No. 1914]<br><br>• Defendants' Motion to Exclude Anecdotal Adverse Event Reports<br><br>   o June 22, 2009 – Defendants' Motion to Exclude Anecdotal Adverse Event Reports [Docket No. 1915], Memorandum of Law in Support of Defendants' Motion to Exclude Anecdotal Adverse Event Reports [Docket No. 1916], Declaration of Mark S. Cheffo in Support of Defendants' Motion to Exclude Anecdotal Adverse Event Reports [Docket No. 1917]<br><br>• Sealed Motion<br><br>   June 22, 2009 – Sealed Motion [Docket No. 1919], Sealed Document [Docket No. 1920], Sealed Document [Docket No. 1921] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Shearer v. Pfizer Inc., et al. 07-11428* | | D. Massachusetts | • Complaint filed August 3, 2007 |
| *Lynch v. Pfizer Inc., et al. 07-169* | | W.D. Texas | • Conditionally Transferred with Separation on June 21, 2007 – JPML CTO-45 |
| *Huberman v. Pfizer, Inc. et al. 07-11336* | | D. Mass. | • Removed to the District of Massachusetts on July 20, 2007 |
| *Newberry, et al. v. Pfizer Inc., et al. 07-110* | | M.D. Georgia | • Conditionally Transferred on July 24, 2007 – JPML CTO-46 |
| *Allen, et al. v. Pfizer Inc. 07-74* | | N.D. Mississippi | • Conditionally Transferred on August 31, 2007 – JPML CTO-47 |
| *Brida, etc. v. Pfizer Inc., et al. 07-8060* | | S.D.N.Y. | • Conditionally Transferred on October 23, 2007 – JPML CTO-48 |
| *Vinyard v. Pfizer Inc., et al. 07-438* | | N.D. Florida | • Conditionally Transferred on November 13, 2007 – JPML CTO-49 |
| *Reilly v. Pfizer Inc., et al. 07-4428* | | D. Minnesota | • Conditionally Transferred on November 13, 2007 – JPML CTO-49 |
| *Dove v. Pfizer Inc., et al. 05-53* | | M.D. Louisiana | • Conditionally Transferred on January 8, 2008 – JPML CTO-50 |
| *Bennett, et al. v. Pfizer Inc., et al. 08-341* | | S.D. California | • Conditionally Transferred on March 24, 2008 – JPML CTO-51 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Vorhalt, et al. v. Pfizer Inc., et al.* 08-807 | | D. Minnesota | • Conditionally Transferred on April 4, 2008 – JPML CTO-52 |
| *Samuels, etc. v. Pfizer Inc., et al.* 08-980 | | D. Maryland | • Conditionally Transferred on May 7, 2008 – JPML CTO-53 |
| *Hairfield, etc. v. Pfizer Inc., et al.* 08-1998 | | E.D. Pennsylvania | • Conditionally Transferred on May 7, 2008 – JPML CTO-53 |
| *Messer, etc. v. Pfizer Inc., et al.,* 08-254 | | S.D. West Virginia | • Conditionally Transferred on May 29, 2008 – JPML CTO-54 |
| *O'Sullivan v. Pfizer Inc., et al.,* 08-1374 | | D. Minnesota | • Conditionally Transferred on June 25, 2008 – JPML CTO-55 |
| *Stadler v. Pfizer Inc., et al.,* 08-3295 | | D. Minnesota | • Conditionally Transferred on July 14, 2008 – JPML CTO-56 |
| *Monsue v. Pfizer Inc., et al.,* 08-6993 | | S.D. New York | • Conditionally Transferred on August 19, 2008 – JPML CTO-57 |
| *Durden, et al. v. Pfizer Inc., et al.* 08-267 | | M.D. Florida | • Conditionally Transferred on September 15, 2008 – JPML CTO-58 |
| *Morrow, etc. v. Pfizer Inc., et al.,* 08-71 | | N.D. Mississippi | • Conditionally Transferred on September 15, 2008 – JPML CTO-58 |
| *Mowdy, etc. v. Pfizer Inc., et al.,* 08-550 | | S.D. Mississippi | • Conditionally Transferred on September 15, 2008 – JPML CTO-58 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Spencer-Acker, etc. v. Pfizer Inc., et al., 08-13505* | | E.D. Michigan | • Conditionally Transferred on November 20, 2008 – JPML CTO-59 |
| *McLendon v. Parke-Davis, et al., 08-7843* | | S.D. New York | • Conditionally Transferred on November 20, 2008 – JPML CTO-59 |
| *Leu, etc. v. Pfizer Inc., et al., 09-1245* | | S.D. New York | • Conditionally Transferred on February 27, 2009 – JPML CTO-60 |
| *Drinkwine, etc. v. Pfizer Inc., et al., 09-948* | | D. Minnesota | • Conditionally Transferred on May 20, 2009 – JPML CTO-61<br><br>• Motion to Dismiss<br><br>    o June 12, 2009 – Teva Pharmaceuticals USA, Inc.'s Motion to Dismiss [Docket No. 1834], Memorandum of Law in Support of Teva Pharmaceuticals USA, Inc.'s Motion to Dismiss the Complaint [Docket No. 1835]<br><br>    o June 24, 2009 – Stipulation to Adjourn Defendant Teva Pharmaceuticals USA, Inc.'s Motion to Dismiss [Docket No. 1925] |

5410380v.1