UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ------------------------------------------------ x | MDL Docket No. 1629 |
| In re: NEURONTIN MARKETING,<br>SALES PRACTICES AND<br>PRODUCTS LIABILITY LITIGATION | Master File No. 04-10981 |
| ------------------------------------------------ x | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>    ALL ACTIONS<br>------------------------------------------------ x | Magistrate Judge Leo T. Sorokin |

**ASSENTED-TO MOTION FOR LEAVE TO PRACTICE
PURSUANT TO LOCAL RULE 83.5.3(b)**

David B. Chaffin, a member of the bar of this Court and co-counsel of record for defendants, Pfizer Inc, Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC, respectfully moves pursuant to Local Rule 83.5.3(b) for an order granting Katherine Armstrong of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, leave to appear and practice on behalf of defendants.  As set forth in the attached declaration, Ms. Armstrong is a member in good standing of the bar of each jurisdiction in which she has been admitted to practice, no disciplinary proceedings are pending against her, and she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Counsel for plaintiffs have assented to this motion.

WHEREFORE, I respectfully request that Ms. Armstrong be granted leave to appear and represent defendants in this matter.

Dated:  July 2, 2009

/s/ David B. Chaffin
David B. Chaffin
BBO # 549245
WHITE AND WILLIAMS LLP
100 Summer Street, Suite 2707
Boston, MA  02110
(617) 748-5215 (Direct)
chaffind@whiteandwilliams.com


**CERTIFICATE OF SERVICE**

I hereby certify that this document has been served pursuant to Case Management Order No. 3.

/s/David B. Chaffin
David B. Chaffin