# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL ACTIONS | Magistrate Judge Leo T. Sorokin |

**DECLARATION OF KATHERINE ARMSTRONG**

I, Katherine Armstrong, state, under the penalties of perjury, as follows:

1. I am a member of the firm of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY, 10036. My telephone number is (212) 735-2954, and my email address is Katherine.Armstrong@skadden.com.

2. I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc, Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3. I am a member in good standing of the bar of the States of New York and Texas. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

4. I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 2nd DAY JULY 2009.

/s/ Katherine Armstrong
Katherine Armstrong

2