UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Egilman v. Pfizer Inc.*, 1:07-cv-11426-PBS :
:
---------------------------------------------------------------x

**PLAINTIFF'S EMERGENCY MOTION FOR A CONTINUANCE,
A PRE-TRIAL CONFERENCE, AND TO COMPEL
<u>DISCOVERY OF IDENTITIES OF POTENTIAL WITNESSES</u>**

# <u>FILED UNDER SEAL</u>