UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,          :
         SALES PRACTICES AND          :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION :
:   Judge Patti B. Saris
---------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:             :
:
*Egilman v. Pfizer Inc.*, 1:07-cv-11426-PBS   :
:
---------------------------------------------------------------x

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF
EMERGENCY MOTION FOR A CONTINUANCE,
A PRE-TRIAL CONFERENCE, AND TO COMPEL
<u>DISCOVERY OF IDENTITIES OF POTENTIAL WITNESSES</u>**


# <u>FILED UNDER SEAL</u>