UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | : | |
|---|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : : : | MDL Docket No. 1629 |
| | : | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | : : | Judge Patti B. Saris |
| | : : | Magistrate Judge Leo T. Sorokin |
| *Bulger v. Pfizer Inc., et al.* Case No. 07-11426-PBS | : : : | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S EMERGENCY
MOTION FOR A CONTINUANCE, A PRE-TRIAL CONFERENCE, AND
TO COMPEL DISCOVERY OF IDENTITIES OF POTENTIAL WITNESSES**

# FILED UNDER SEAL