UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:

*Bulger v. Pfizer Inc., et al.*
Case No. 1:07-cv-11426-PBS

---

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR A CONTINUANCE, A
PRE-TRIAL CONFERENCE, AND TO COMPEL DISCOVERY OF IDENTITIES OF
<u>POTENTIAL WITNESSES</u>**

# FILED UNDER SEAL