UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

IN NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

_____

THIS DOCUMENT RELATES TO:

*Bulger  vs. Pfizer, et al., 1:07-cv-11426-PBS*

_____

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris
Mag. Judge Leo T. Sorokin

 

Pursuant to the July 1, 2009 Order on Pending Discovery Motions (Docket
#1929) on behalf of Counsel for the Plaintiff, annexed hereto is the acknowledgment of
the Protective Order that has been entered in this litigation signed by Professor Egilman
and dated July 7, 2009.

Dated: July 7, 2009

Respectfully submitted,

s/ *Kenneth B. Fromson*_____
Kenneth B. Fromson, Esq.
Finkelstein & Partners, LLP
Attorneys for Plaintiff
1279 Route 300, PO Box 1111
Newburgh, NY 12551

 s/ *Jack W. London*_____
Jack W. London, Esq.
Jack W. London and Associates, P.C.
3701 Bee Cave Rd., Suite 200
Austin, TX 78746

s/ *W. Mark Lanier*_____
W. Mark Lanier
The Lanier Law Firm, PLLC
126 East 56th Street, 6th Floor
New York, NY 10022