UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629<br>:<br>:Master File No. 04-10981<br>:<br>:Judge Patty B. Saris |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | :<br>:Magistrate Judge Leo T. Sorkin<br>:<br>:<br>: |

## MOTION TO WITHDRAWAL APPEARANCE OF
## BENJAMIN J. SWEET AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule 83.5.2(c), the undersigned counsel for Plaintiffs, Amy Wendorf and Lore J. Cailor respectfully request that the Court grant Benjamin J. Sweet leave to withdraw his appearance as counsel for the Plaintiffs in this action. In support of this motion, counsel for the Plaintiffs states as follows:

1. Benjamin J. Sweet is no longer associated with case captioned *Harden Manufacturing Corporation v. Pfizer, Inc., et al.,* D. Mass., No. 04cv10981. Accordingly, Plaintiffs' counsel respectfully requests that the Court permit Mr. Sweet to withdraw as counsel.

2. Plaintiffs will continue to have their interests represented by Andrew G. Finkelstein, Esquire, of the firm Finkelstein & Partners, LLP, located at 1279 Route 300, P.O. Box 1111, Newburgh, NY 12551, who has filed a pro hac vice motion in this action.

For the foregoing reasons, Plaintiffs' counsel requests that the Court grant the proposed order permitting Benjamin J. Sweet to withdraw as counsel for the Plaintiffs in this action. Granting this motion will not prejudice any party, nor will it delay this litigation.

Dated: July 6, 2009            By:  /s/ Benjamin J. Sweet
                                    Benjamin J. Sweet
                                    BARROWAY TOPAZ KESSLER
                                    MELTZER & CHECK, LLP
                                    280 King of Prussia Rd.
                                    Radnor, PA 19087
                                    610-667-7706
                                    Fax: 610-667-7056

                                    *Counsel for Plaintiffs*