UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629 : :Master File No. 04-10981 : :Judge Patty B. Saris |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : :Magistrate Judge Leo T. Sorkin : : : : |

## CERTIFICATE OF SERVICE

I hereby certify that the following document:

**MOTION TO WITHDRAWAL APPEARANCE OF BENJAMIN J. SWEET AS COUNSEL FOR PLAINTIFFS and**

**[PROPOSED] ORDER**

were served upon the attorney(s) of record for each other party by electronic filing through the

ECF system, pursuant to the March 18, 2005 Case Management Order #3, on July 7, 2009.

                                                                                                                        /s/Benjamin J. Sweet