UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629 :  :Master File No. 04-10981 :  :Judge Patty B. Saris : |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | :Magistrate Judge Leo T. Sorkin : : : : |

**[PROPOSED] ORDER**

On this date, come on to be heard the Motion To Withdraw Appearance Of Benjamin J. Sweet as Counsel for Plaintiffs, Amy Wendorff and Lore J. Cailor, and the Court, having considered said Motion, enters the following Order:

It is Ordered, Adjudged and Decreed that Benjamin J. Sweet is no longer counsel of record for Plaintiffs and has no further responsibility in the case.

Signed this _____ day of _____, 2009

_____
The Honorable Leo T. Sorokin
United States Magistrate Judge