UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
                                                    :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                        :
        SALES PRACTICES AND                         :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION               :
                                                    :   Judge Patti B. Saris
-----------------------------------------------------------------x
                                                    :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                           :
                                                    :
Egilman v. Pfizer Inc., 1:07-cv-11426-PBS           :
                                                    :
-----------------------------------------------------------------x
```

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.
IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE*
TO EXCLUDE THE TESTIMONY OF DECEDENT'S
MINOR DAUGHTER, FAMILY PHOTOGRAPHS
AND MEMORABILIA, AND POST-MORTEM PHOTOGRAPHS**

I, Andrew G. Finkelstein, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in opposition to Defendants' Motion *in Limine* to exclude testimony of decedent's minor daughter, family photographs and memorabilia, and post-mortem photographs.

3. The following documents are attached hereto in support of this motion:

Exhibit A - Transcript of deposition of decedent's minor daughter (name redacted) at pp. 28-33, 36

Exhibit B - Excerpt from the transcript of the deposition of Linda Landry at pp. 72-73

Exhibit C - Excerpts from the transcript of the deposition of Ronald W. Maris at pp. 973:22-974:11

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 8, 2009

      **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Attorneys for Plaintiff David S. Egilman*

### CERTIFICATE OF SERVICE

    I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 8, 2009.

Dated:  July 8, 2009

       **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein