# EXHIBIT A

Bulger, (ger) 5/7/2008 10:05:00 AM

**Page 1**

```
 1    UNITED STATES DISTRICT COURT
 2    FOR THE DISTRICT OF MASSACHUSETTS
 3         MDL Docket No. 1629
 4         Master File No. 04-10981
 5    ****************************
 6    IN RE: NEURONTIN MARKETING, SALES
 7         PRACTICES AND PRODUCTS
 8         LIABILITY LITIGATION
 9    ****************************
10    THIS DOCUMENT RELATES TO:
11    RONALD J. BULGER, SR., as Administrator
12    of the Estate of Susan Bulger, Deceased
13    ****************************
14
15         DEPOSITION OF ▮▮▮ BULGER
16
17              Held At:
                Hare & Chaffin
18              160 Federal Street
                Boston, Massachusetts 02110
19
                May 7th, 2008
20              10:05 AM
21
22
      Reported By: Maureen O'Connor Pollard, RPR, CLR
23
24
```

**Page 2**

```
 1    APPEARANCES:
 2    FOR THE PLAINTIFF:
 3      BY: ANDREW G. FINKELSTEIN, ESQ.
 4         FINKELSTEIN & PARTNERS
 5         436 Robinson Avenue
 6         Newburgh, New York 12550
 7         800-634-1212
 8         fink33@mac.com
 9
10    FOR THE DEFENDANTS:
11      BY: LORI R. SCHULTZ, ESQ.
12         SHOOK, HARDY & BACON
13         2555 Grand Avenue
14         Kansas City, Missouri 64105
15         816-559-2991
16         lschultz@shb.com
17
18    ALSO PRESENT:
19    Ronald Bulger, Sr.
20
21
22
23
24
```

**Page 3**

```
 1              INDEX
 2    EXAMINATION                 PAGE
 3    ▮▮▮ BULGER
 4    BY MS. SCHULTZ               4
 5
 6              EXHIBITS
 7    NO.   DESCRIPTION           PAGE
 8    Ex.   .........................
 9
10         **NO EXHIBITS WERE MARKED**
```

**Page 4**

```
 1              PROCEEDINGS
 2
 3         ▮▮▮ BULGER,
 4    having been satisfactorily identified by photo
 5    identification, being first duly sworn, was
 6    examined and testified as follows:
 7         DIRECT EXAMINATION
 8    BY MS. SCHULTZ:
 9    Q.  Good morning. My name is Lori
10    Schultz, and I am a lawyer, I'm not sure if you
11    know what a lawyer is or not. But I want to
12    introduce the court reporter that we have
13    sitting here, her name is Maureen Pollard, okay?
14         I want to tell you a little bit about
15    what we're going to do today. I'm going to ask
16    you a series of questions, and Maureen is going
17    to type up my questions, and then when you give
18    the answers she's going to type up your answers
19    as well, okay?
20         One other thing you'll need to do is
21    make sure that when you answer my questions you
22    don't just nod your head, but you give a yes or
23    a no, okay?
24    A.  Okay.
```

Bulger,████(Bulger) 5/7/2008 10:05:00 AM

```
                                    5
1    Q. And if I ask you any questions today
2    that you don't understand, I want you to tell me
3    that, okay?
4    A. Yep.
5    Q. And if you ever want to stop and take
6    a break, I want you to tell me that, too, okay?
7    A. Okay.
8    Q. If I ask you a couple questions and
9    you decide, "okay, I'm tired, I want to go to
10   the bathroom, I want to get a drink," just tell
11   me, that's fine, and we'll stop for a little bit
12   and we'll come back in and I'll ask some more,
13   okay?
14   A. Yep.
15   Q. Can you tell me your complete name,
16   your first name, your middle name, and your last
17   name?
18   A. ████ Bulger.
19   Q. And, ████, how old are you?
20   A. Nine.
21   Q. When is your birthday?
22   A. January 11th, 1999.
23   Q. ████, before you came here today,
24   did anyone tell you what was going to happen
```

```
                                    6
1    today?
2    A. Yeah.
3    Q. Tell me what you were told about what
4    you were going to do today.
5    A. I was told that I was going to answer
6    questions and go in an office, and that's it.
7    Q. Did anyone tell you what the questions
8    were going to be about?
9    A. Yes.
10   Q. What were you told the questions were
11   going to be about?
12   A. What -- I forget.
13   Q. Do you know your home address, ████?
14   A. Yeah.
15   Q. What is it?
16   A. 194 Lafayette Road.
17   Q. And do you know for about how long
18   you've lived there?
19   A. Two years.
20   Q. Do you have your own room in your
21   current house?
22   A. Yes.
23   Q. Who else lives there with you?
24   A. My dad and my brother.
```

```
                                    7
1    Q. And what is your dad's name?
2    A. Ron Bulger.
3    Q. And what is your brother's name?
4    A. Ron Bulger.
5    Q. Has anyone else lived at the house
6    with you other than your dad and your brother?
7    A. No.
8    Q. Do you know your neighbors at your
9    house where you live now?
10   A. Yes.
11   Q. Do you have any friends you play with
12   in the neighborhood?
13   A. Yes.
14   Q. Do you have a best friend in the
15   neighborhood?
16   A. Well, no.
17   Q. Do you have any pets?
18   A. Yes.
19   Q. What kind?
20   A. I have a dog and a cat.
21   Q. What is your dog's name?
22   A. Duchess.
23   Q. And what is your cat's name?
24   A. Blackie.
```

```
                                    8
1    Q. What kind of dog do you have? Do you
2    know what kind it is?
3    A. Pit bull.
4    Q. And how old is Duchess?
5    A. Two, I think.
6    Q. And is Duchess a girl, I take it?
7    A. Yes.
8    Q. Do you recall ever having any other
9    pets?
10   A. Well, I had a fish.
11   Q. And the fish is gone now?
12   A. Yeah.
13   Q. Any other pets?
14   A. No.
15      MR. FINKELSTEIN: Other dogs?
16      THE WITNESS: (Nodding in the
17   negative).
18      BY MS. SCHULTZ:
19   Q. No.
20      You have a brother named Ron, right?
21   A. Yes.
22   Q. Do you have any other brothers and
23   sisters?
24   A. No.
```

Page 9

1  Q. And do you get along with your
2  brother?
3  A. No.
4  Q. Do you two fight sometimes?
5  A. Yeah.
6  Q. About what kind of things?
7  A. Like if I don't pick up my Webkinz off
8  the floor, he says he's going to throw them in
9  the trash, and then I tell my dad, and then he
10 starts yelling and everything.
11 Q. Do you do things with your brother?
12 A. No.
13 Q. Do you have grandparents?
14 A. Yes.
15 Q. Do you have a grandmother?
16 A. Yes.
17 Q. And what do you call her?
18 A. Gram.
19 Q. Gram.
20    And is her name Pat Bulger?
21 A. Yes.
22 Q. Do you have a grandfather?
23 A. Yes.
24 Q. What do you call him?

Page 10

1  A. Grampy.
2  Q. Grampy?
3     MR. BULGER: She never met him.
4     MR. FINKELSTEIN: You have to not say
5  anything.
6     BY MS. SCHULTZ:
7  Q. Have you ever met your grandfather?
8  A. No.
9  Q. Have you seen pictures of your
10 grandfather?
11 A. No.
12 Q. But in your mind you'd call him
13 Grampy?
14 A. Yeah.
15 Q. How often do you see your Gram?
16 A. Not often. Like Fridays and
17 Saturdays.
18 Q. Do you go to your Gram's house?
19 A. Yes.
20 Q. And do you go to her house on Fridays
21 and Saturdays?
22 A. Yeah.
23 Q. Does Gram ever come to your house?
24 A. Yes.

Page 11

1  Q. Are you old enough to stay alone ever?
2     MR. FINKELSTEIN: Home do you mean?
3  Stay home?
4     BY MS. SCHULTZ:
5  Q. Home alone?
6  A. Yeah.
7  Q. Do you ever get to stay home alone?
8  A. Yeah.
9  Q. During the day?
10 A. Yeah.
11 Q. And do you ever get to stay home alone
12 at night?
13 A. Yes.
14 Q. Sometimes?
15 A. Yeah, sometimes.
16 Q. Do you have a baby-sitter that stays
17 with you sometimes?
18 A. Yeah.
19 Q. What is your baby-sitter's name?
20 A. Ronny.
21 Q. Oh, Ron your brother?
22 A. Mm-hmm.
23 Q. Okay. Do you have any other
24 baby-sitters other than Ron?

Page 12

1  A. No.
2  Q. Let me ask you this. Is your Gram
3  your father's mother?
4  A. Yes.
5  Q. And Grampy that you referred to, is
6  that your father's father?
7  A. Yes.
8  Q. And is Grampy still living, do you
9  know?
10 A. No.
11 Q. He's not.
12    Do you have any other grandparents
13 that you see?
14 A. No.
15 Q. Do you have any aunts and uncles?
16 A. Yes.
17 Q. What are their names?
18 A. Nancy and Steven.
19 Q. And what is their last name?
20 A. Schildone.
21 Q. Schildone?
22 A. Yeah.
23 Q. And is Nancy your father's sister?
24 A. Yes.

Bulger, ▮ (Bulger) 5/7/2008 10:05:00 AM

Page 13

1  Q. Do they have any children?
2  A. Yes.
3  Q. What are their names?
4  A. Gina and Jessica.
5  Q. And they're your cousins?
6  A. Yes.
7  Q. How old are they?
8  A. Jessica is fourteen, and Gina is
9  twelve.
10 Q. Do you get to see them a lot?
11 A. Yes.
12 Q. Do you have any other aunts and
13 uncles?
14 A. No.
15 Q. Did your mom have any sisters or
16 brothers, do you know?
17 A. I don't know exactly.
18 Q. Do you have any other cousins?
19 A. Yes.
20 Q. What are your other cousins' names?
21 A. Josh, Elizabeth and Michaela.
22 Q. What is their last name?
23 A. Josh's last name is Cripps, and
24 Elizabeth's last name is Cripps, and Michaela's

Page 14

1  last name is Claire.
2  Q. And do you know who their parents are?
3  A. Yes.
4  Q. Who are their parents?
5  A. Josh's and Elizabeth's parents are
6  Kelly and Jimmy.
7  Q. And Kelly and Jimmy Cripps?
8  A. Yep.
9  Q. And do you know if that starts with a
10 C or a K?
11 A. C.
12 Q. And what about -- I can't read what I
13 wrote here.
14    MR. FINKELSTEIN: Michaela.
15    BY MS. SCHULTZ:
16 Q. -- Michaela, what are her parents'
17 name?
18 A. Jen and Rob.
19 Q. And is it Jen and Rob Claire?
20 A. No.
21 Q. What is their last name?
22    MR. FINKELSTEIN: If you know.
23 A. I don't know.
24    BY MS. SCHULTZ:

Page 15

1  Q. What grade are you in at school?
2  A. Third.
3  Q. And what's the name of your school you
4  go to?
5  A. Salisbury Elementary School.
6  Q. Did you go to Salisbury Elementary
7  when you were in second grade, too?
8  A. Yes.
9  Q. And is that where you went when you
10 were in first grade?
11 A. No.
12 Q. Where did you go to first grade?
13 A. Captain Samuel Brown School.
14 Q. What is the name of your teacher this
15 year?
16 A. Miss Foley.
17 Q. Do you like school?
18 A. Yeah.
19 Q. How do you get to school in the
20 morning?
21 A. My dad will drive me, or I will take
22 the bus.
23 Q. And then how do you get home?
24 A. I will go to an after-school program,

Page 16

1  or come home on the bus.
2  Q. Do you have a best friend at school?
3  A. No.
4  Q. Do you have a lot of different friends
5  at school?
6  A. Yes.
7  Q. Do you work on a computer at school?
8  A. Yes.
9  Q. Do you have a computer at your house?
10 A. Yes.
11 Q. And do you send e-mails on the
12 computer?
13 A. No.
14 Q. Do you have an e-mail address?
15 A. Yes.
16 Q. What's your e-mail address?
17 A. ▮
18 Q. ▮
19   Do people send e-mails to you?
20 A. No.
21 Q. And you don't send e-mails to anyone
22 else either?
23 A. No.
24 Q. Okay. I saw you had your own phone so

Bulger, ▊ (Bulger) 5/7/2008 10:05:00 AM

```
                                                                    17
 1    I thought you probably knew how to work a
 2    computer, too.
 3            What do you like to do for fun?
 4       A. Play on Webkinz.
 5       Q. And you do that on the computer,
 6    right?
 7       A. Yes.
 8       Q. My nine and ten-year old do that a
 9    lot.
10            What else do you like to do for fun?
11       A. Ride bikes.
12       Q. Do you play any sports?
13       A. No.
14       Q. Does your dad have a job?
15       A. No.
16       Q. Have you ever known your dad to have a
17    job?
18       A. Yeah.
19       Q. What kind of job did he have?
20       A. I'm not sure.
21       Q. Do you remember what kind of work he
22    did?
23       A. No.
24       Q. How long ago do you remember your dad
```

```
                                                                    18
 1    having a job?
 2       A. Probably 15 years ago or something.
 3       Q. And do you know why you think he had a
 4    job 15 years ago?
 5       A. To make money.
 6       Q. Did someone tell you that he had a
 7    job?
 8       A. Yes.
 9       Q. Who told you that?
10       A. Ron.
11       Q. Your brother?
12       A. Yes.
13       Q. Does your brother have a job?
14       A. Yes.
15       Q. What does he do?
16       A. He works at a Home Depot.
17       Q. Do you ever go visit him at Home
18    Depot?
19       A. No.
20       Q. Does he like his job at Home Depot?
21       A. Yeah.
22       Q. Do you know why your dad doesn't have
23    a job?
24       A. No.
```

```
                                                                    19
 1       Q. Have you ever asked him that?
 2       A. Yes.
 3       Q. And what does he tell you?
 4       A. He says -- I forget.
 5       Q. Do you know what your dad does during
 6    the day while you're at school?
 7       A. He lets the dog out, takes the dog for
 8    a walk, shampoos the rugs, sweeps the floor,
 9    cleans my room, and that's it.
10       Q. Do you see a doctor every now and
11    then?
12       A. Twice a year.
13       Q. Have you ever had any broken bones or
14    stitches or anything like that?
15       A. Yes.
16       Q. Tell me about that.
17       A. Well, I got bit by a dog.
18       Q. And where did you get bit by the dog?
19       A. On the cheek.
20       Q. Do you remember getting bit by the
21    dog?
22       A. Yes.
23       Q. Did it hurt?
24       A. Yes.
```

```
                                                                    20
 1       Q. And did you have to get stitches?
 2       A. Yes.
 3       Q. How long were you stitches in, do you
 4    know?
 5       A. No.
 6       Q. What dog did you get bit by?
 7       A. Pit bull.
 8       Q. Was this a different pit bull than you
 9    have now?
10       A. Yes.
11       Q. What was the name of that pit bull?
12       A. Cobe.
13       Q. Was that your family's pit bull that
14    bit you?
15           MR. FINKELSTEIN: Whose dog was it?
16       A. My dad's.
17           BY MS. SCHULTZ:
18       Q. How old were you when you got bit, do
19    you know?
20       A. I think five.
21       Q. Did you have to go to the hospital?
22       A. Yes.
23       Q. And do you remember being in the
24    hospital?
```

Bulger, ███ (Bulger) 5/7/2008 10:05:00 AM

---

**21**

1   A.  Yes.
2   Q.  Tell me what you remember about that.
3   A.  I remember getting drove there, going
4   into a room, watching TV, having my dad check on
5   me, and I remember a towel all covered in blood.
6   Q.  It doesn't look like you still have
7   any scar from that, do you?
8   A.  Yeah.
9   Q.  A little bit?
10  A.  Yes.
11  Q.  Do you remember living in the house
12  you lived in before the house you live in now?
13  A.  Yes.
14  Q.  Tell me about that house.
15  A.  Well, it had like ten ghosts around
16  it, it wasn't very big, it had a downstairs. It
17  had four bedrooms, and that's it.
18  Q.  Were all of the bedrooms upstairs?
19  A.  Yes.
20  Q.  So was it two stories?
21  A.  Yeah.
22  Q.  And then were there steps going from
23  one level down to the other level?
24  A.  Yeah.

**22**

1   Q.  Did you have your own bedroom?
2   A.  Yes.
3   Q.  And did your brother have his own
4   bedroom?
5   A.  Yes.
6   Q.  And then who slept in the other two
7   bedrooms?
8   A.  Well, the other one we had for a
9   playroom, then the other one my mom and dad
10  would sleep in.
11  Q.  Which bedroom was next -- closest to
12  your bedroom?
13  A.  My dad's.
14  Q.  What was in the downstairs part of the
15  house?
16  A.  A big playroom, all sorts of clothes,
17  toys, and our laundry room.
18  Q.  Was there a bedroom in the downstairs
19  part of the house?
20  A.  Well, yeah.
21  Q.  There was another bedroom in the
22  downstairs part?
23  A.  Yeah.
24  Q.  And whose bedroom was that?

**23**

1   A.  Well, when my grandmother slept over
2   we would take her Aerobed downstairs so we would
3   sleep down there, then when she would go home
4   she would take the Aerobed home, then it would
5   be a playroom.
6   Q.  So the downstairs was only a bedroom
7   when you took an Aerobed down there, is that
8   what you're telling me?
9   A.  Yeah.
10  Q.  And if the Aerobed wasn't blown up
11  down there, there was no bed, is that right?
12  A.  Yes.
13  Q.  Do you have any pictures of your old
14  house?
15  A.  Yes.
16  Q.  What color was your house?
17  A.  White.
18  Q.  And do you have pictures of the
19  outside of the house?
20  A.  Yes.
21  Q.  Do you have pictures of the inside of
22  the house?
23  A.  Yes.
24  Q.  Do you have any pictures of your room?

**24**

1   A.  No.
2   Q.  What kind of pictures do you have of
3   the inside of your house?
4   A.  The living room and the kitchen.
5   Q.  Did you have televisions in your old
6   house?
7   A.  Yes.
8   Q.  How many?
9   A.  Three.
10  Q.  Where were the televisions?
11  A.  One was in my room, one was in my
12  dad's room, and one was in the living room.
13  Q.  And when you say "your dad's room,"
14  was that a room that your dad and mom shared?
15  A.  Yes.
16  Q.  And who lived with you at your old
17  house?
18  A.  My brother, my father, and my mother.
19  Q.  Did anyone else ever live with you
20  there?
21  A.  No.
22  Q.  I'm going to ask you a few questions
23  about your mother, okay?
24  A.  Yep.

Bulger, ████ (Bulger) 5/7/2008 10:05:00 AM

Page 25

1   Q. Do you have any photographs of her?
2   A. Yes.
3   Q. About how many photographs do you
4   have?
5   A. Five or -- four or five.
6   Q. And tell me about the pictures that
7   you have of her.
8   A. I can't remember.
9   Q. Do you remember who's in the pictures?
10  Is it just your mom, or are there other people?
11  A. Other people.
12  Q. Other people with your mom?
13  A. Yes.
14  Q. Do you have any pictures of you with
15  your mom?
16  A. Yes.
17  Q. When you were a baby or when you were
18  a little older?
19  A. Both.
20  Q. Can you tell me what your mom looked
21  like?
22  A. She had red-orange hair, she had green
23  eyes, she would always wear lipstick, she
24  would --

Page 26

1       MR. FINKELSTEIN: If you can remember
2   anything else.
3   A. That's it.
4       BY MS. SCHULTZ:
5   Q. Do you have any keepsakes that your
6   mom gave you, or things that remind you of your
7   mom?
8   A. Yes.
9   Q. Like what?
10  A. A gold necklace with a gold heart that
11  opens, a couple rings, a necklace, a picture,
12  earrings, bracelets. That's all.
13  Q. And was that your mom's jewelry, do
14  you think?
15  A. Yes.
16  Q. Do you sometimes get to wear it?
17  A. No.
18  Q. You just keep it?
19  A. Yes.
20  Q. Have you ever seen any movies or
21  videos that have your mom in them?
22  A. No.
23  Q. Do you know how old you were when your
24  mother died?

Page 27

1   A. Three.
2   Q. Do you know if you went to preschool
3   or if you were in school yet?
4   A. Yes.
5   Q. What school were you going to?
6   A. The YMCA.
7   Q. Has your dad ever told you stories
8   about your mom, what she was like?
9   A. Yeah.
10  Q. What kind of things does he tell you
11  about her?
12  A. She liked to talk a lot, she would
13  dress up, she would always wear high heels, and
14  she would always wear skirts.
15  Q. Anything else you can think of that he
16  told you about your mom?
17  A. No.
18  Q. Has your brother told you any stories
19  about your mom?
20  A. No.
21  Q. What about your Gram, does she tell
22  you stories about your mom?
23  A. No.
24  Q. Do you feel like you remember your

Page 28

1   mom?
2   A. Yes.
3   Q. Tell me what kind of things you
4   remember.
5   A. She would take a shower every day, she
6   would wear perfume. That's it.
7   Q. Do you ever remember if your mom was
8   sick at any time?
9   A. Yeah.
10  Q. What do you remember about her being
11  sick?
12  A. Well, she ended up in the hospital,
13  had to take special medicine. That's it.
14  Q. Do you know why she was in the
15  hospital?
16  A. Because she got a bad cold.
17  Q. Do you remember any other time she was
18  in the hospital?
19  A. No.
20  Q. When you say "she had to take special
21  medicine," what kind of medicine, do you know?
22  A. Like some kind of pink medicine.
23  Q. Pink medicine?
24  A. Yes.

Page 29

```
1    Q. Was it liquid medicine?
2    A. Yes.
3    Q. Okay. Did she ever have to take any
4  pills?
5    A. I don't know.
6    Q. Was she taking the medicine because of
7  the cold she got?
8    A. Yes.
9    Q. Did your mother drive a car, do you
10 know?
11   A. Yes.
12   Q. Do you remember her driving you
13 places?
14   A. Yeah.
15   Q. Like where?
16   A. The movie store, Wal*Mart, Toys R Us,
17 Hallmark, the lake, Water Country, Canobie Lake,
18 the YMCA.
19   Q. Now, do you remember your mom taking
20 you to all of those places?
21   A. Yeah.
22   Q. What lake did she take you to, do you
23 know?
24   A. I don't know the name.
```

Page 30

```
1    Q. And what is Water Country?
2    A. Water Country is like a big water
3  park.
4    Q. And is that near where you live?
5    A. No.
6    Q. Do you know where that is?
7    A. No.
8    Q. But have you been there before?
9    A. Yeah.
10   Q. Who else went with you to Water
11 Country?
12   A. My dad, my cousins, and my brother.
13   Q. Which cousins went with you?
14   A. Gina, Jessica, Josh, Michaela and
15 Elizabeth.
16   Q. And your mom went there, too?
17   A. Yep.
18   Q. Do you have any pictures of your time
19 at Water Country?
20   A. No.
21   Q. Do you know if your mom ever had a
22 job?
23   A. Yeah.
24   Q. You think she did?
```

Page 31

```
1    A. Yeah.
2    Q. Do you remember her having a job, or
3  did someone tell you that she had a job?
4    A. I remember her having a job.
5    Q. What job do you remember her having?
6    A. I can't remember.
7    Q. Do you remember what kind of work she
8  did?
9    A. I think she did -- I forget.
10   Q. Do you remember going to where she
11 worked?
12   A. Yeah.
13   Q. What did the place look like?
14   A. Well, it smelled nice, it -- that's
15 all I can remember.
16       MR. FINKELSTEIN: You're doing great.
17       BY MS. SCHULTZ:
18   Q. Are you okay? Do you want to take a
19 little break?
20   A. Yeah.
21   Q. Okay. Let's do that.
22       (Whereupon, a recess was taken from
23       10:38 a.m. to 10:57 a.m.)
24       MS. SCHULTZ: Something I should have
```

Page 32

```
1  asked before we started the first time, Andrew,
2  are you representing ███ today?
3       MR. FINKELSTEIN: Yes.
4       MS. SCHULTZ: Okay.
5       BY MS. SCHULTZ:
6    Q. Regina, do you think that you remember
7  the day your mom died?
8    A. Yeah.
9    Q. Have you talked with anyone about that
10 day over the years?
11   A. No.
12   Q. Have you ever talked with your dad
13 about the day your mom died since she died?
14   A. No.
15   Q. Have you ever talked with any
16 counselor at school about your mom dying?
17   A. Nope.
18   Q. Can you tell me what you remember
19 about your mom dying?
20   A. Well, I remember -- I can't remember
21 anything.
22   Q. Do you remember the last time you saw
23 your mom?
24   A. No.
```

**Page 33**

1  Q. What is one of the last things you
2  remember about your mom?
3  A. I can't remember.
4  Q. Has anyone ever told you about how
5  your mom died?
6  A. No.
7  Q. Did your mom have a funeral?
8  A. Yeah.
9  Q. Do you think you remember going to the
10 funeral?
11 A. I didn't go.
12 Q. You didn't go.
13    Do you have any written, any documents
14 or any mementos from the funeral at all that you
15 know about?
16 A. No.
17 Q. Do you know where your mom died?
18 A. Yes.
19 Q. Where did she die?
20 A. In our cellar.
21 Q. And did someone tell you that that's
22 where she died?
23 A. No.
24 Q. Why do you think that's where she

**Page 34**

1  died?
2  A. Because I was there.
3  Q. What do you remember about that?
4  A. I remember my dad rushing upstairs, I
5  remember the police, the ambulance and the
6  firemen coming, and I remember getting to
7  ride -- getting a ride in the ambulance car.
8  Q. Were you upstairs when he came rushing
9  upstairs, your dad?
10 A. No.
11 Q. Where were you?
12 A. Downstairs.
13 Q. Did you see your mom?
14 A. Yes.
15 Q. Tell me what you remember about seeing
16 your mom.
17 A. I can't remember anything.
18 Q. When the ambulance came, did they take
19 your mom in the ambulance?
20 A. Yes.
21 Q. Do you remember seeing her put into
22 the ambulance?
23 A. Yeah.
24 Q. Tell me what you remember about that.

**Page 35**

1  A. I remember standing in the driveway
2  and watching the ambulance men just carry her
3  into the car.
4  Q. And then did you say you rode in the
5  ambulance?
6  A. Yeah.
7  Q. Was your mom in the ambulance with
8  you?
9  A. Yeah.
10 Q. Did your mom look like she was
11 sleeping or awake?
12 A. Sleeping.
13 Q. And when you rode in the ambulance
14 then, where did you ride to?
15 A. The hospital.
16 Q. And once you got to the hospital, did
17 you see your mom again?
18 A. No.
19 Q. Was that the last time you saw her?
20 A. Yeah.
21 Q. I'm so sorry. Okay?
22 A. Mm-hmm.
23 Q. Do you remember anything else about
24 that day that your mom died?

**Page 36**

1  A. No.
2  Q. Before your mom died, did she seem any
3  different to you? Was she --
4     MR. FINKELSTEIN: You mean that day?
5     BY MS. SCHULTZ:
6  Q. That day or in the days before that,
7  do you know, do you have any memory of that?
8  A. No.
9  Q. Have you been out to your mother's --
10 Is your mother buried in a grave, do you know?
11 A. Yes.
12 Q. Have you been out there?
13 A. Yes.
14 Q. How often do you go out there?
15 A. Like on Mother's Day, Christmas,
16 Valentine's day, and school vacation.
17 Q. Have you ever asked to talk to someone
18 about your mom and how she died?
19 A. No.
20 Q. Do you know why she died?
21    MR. FINKELSTEIN: Objection.
22    You can answer.
23 A. Because she got the wrong medicine.
24    BY MS. SCHULTZ:

### 37

1  Q. What do you mean when you say "she got
2  the wrong medicine"?
3  A. Like she got -- she took a medicine
4  she wasn't supposed to take, an accident.
5  Q. And who told you that?
6  A. My dad.
7  Q. And so she took medicine she wasn't
8  supposed to take, and that's what killed her you
9  think?
10 A. Yeah.
11 Q. Have you ever kept any kind of a diary
12 or a journal?
13 A. Yeah.
14 Q. Do you ever write about your mom in
15 your diary?
16 A. No.
17 Q. What about in any journal, do you ever
18 write about your mom?
19 A. No.
20 Q. Do you have any notes or letters that
21 your mom wrote?
22 A. Yeah.
23 Q. What kind of notes and letters do you
24 have?

### 38

1  A. Like, I don't know exactly.
2  Q. Do you have a piece of paper that your
3  mom wrote a note on?
4  A. I don't think so.
5  Q. Do you have any letters that she ever
6  wrote?
7  A. No.
8  MS. SCHULTZ: I don't have any more
9  questions for you.
10 MR. FINKELSTEIN: Awesome.
11 MS. SCHULTZ: You've done a great job
12 talking to me, okay?
13 MR. FINKELSTEIN: All done.
14 (Whereupon, the deposition was
15 concluded at 11:09 a.m.)

### 39

1  ATTACH TO DEPOSITION OF REGINA J. BULGER
2  CASE: NEURONTIN MARKETING, SALES PRACTICES AND
3  PRODUCTS LIABILITY LITIGATION
4  DATE TAKEN: May 7th, 2008
5
6  ERRATA SHEET
7  PAGE    LINE    CHANGE    REASON
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 I have read the foregoing transcript
15 of my deposition and except for any corrections
16 or changes noted above, I hereby subscribe to
17 the transcript as an accurate record of the
18 statements made by me.
19
20 Executed this____day of_____, 2008.
21
22 _____
23 ███ BULGER
24

### 40

1  COMMONWEALTH OF MASSACHUSETTS )
2  SUFFOLK, SS.              )
3
4  I, MAUREEN O'CONNOR POLLARD, RPR, CLR,
5  and Notary Public in and for the Commonwealth of
6  Massachusetts, do certify that on the 7th day of
7  May, 2007, at 10:05 o'clock, the person
8  above-named was duly sworn to testify to the
9  truth of their knowledge, and examined, and such
10 examination reduced to typewriting under my
11 direction, and is a true record of the testimony
12 given by the witness. I further certify that I
13 am neither attorney, related or employed by any
14 of the parties to this action, and that I am not
15 a relative or employee of any attorney employed
16 by the parties hereto, or financially interested
17 in the action.
18 In witness whereof, I have hereunto
19 set my hand this 12th day of May, 2008.
20
21 _____
22 REGISTERED PROFESSIONAL REPORTER

Bulger, Regina (Bulger) 5/7/2008 10:05:00 AM

| * | always 25:23 27:13,14 | certify 40:6,12 | drink 5:10 |
|---|---|---|---|
| **no 3:- | am 1:20 4:10 40:13,14 | chaffin 1:- | drive 15:21 29:9 |
| | ambulance 34:5,7,18,19,22 | change 39:7 | driveway 35:1 |
| 0 | 35:2,5,7,13 | changes 39:16 | driving 29:12 |
| | andrew 2:3 32:1 | check 21:4 | drove 21:3 |
| 02110 1:- | answer 4:21 6:5 36:22 | cheek 19:19 | duchess 7:22 8:4,6 |
| 04-10981 1:4 | answers 4:18,18 | children 13:1 | duly 4:5 40:8 |
| | anyone 5:24 6:7 7:5 16:21 | christmas 36:15 | during 11:9 19:5 |
| 1 | 24:19 32:9 33:4 | city 2:14 | dying 32:16,19 |
| | anything 10:5 19:14 26:2 27:15 | claire 14:1,19 | |
| 10 3:- | 32:21 34:17 35:23 | cleans 19:9 | E |
| 10:05 1:20 40:7 | appearances 2:1 | closest 22:11 | |
| 10:38 31:23 | around 21:15 | clothes 22:16 | e-mail 16:14,16 |
| 10:57 31:23 | ask 4:15 5:1,8,12 12:2 24:22 | clr 1:- 40:4 | e-mails 16:11,19,21 |
| 11 3:- | asked 19:1 32:1 36:17 | cobe 20:12 | earrings 26:12 |
| 11:09 38:15 | attach 39:1 | cold 28:16 29:7 | either 16:22 |
| 11th 5:22 | attorney 40:13,15 | color 23:16 | elementary 15:5,6 |
| 12 3:- | aunts 12:15 13:12 | coming 34:6 | elizabeth 13:21 30:15 |
| 12550 2:6 | avenue 2:5,13 | commonwealth 40:1,5 | elizabeth's 13:24 14:5 |
| 12th 40:19 | awake 35:11 | complete 5:15 | else 6:23 7:5 16:22 17:10 24:19 |
| 13 3:- | awesome 38:10 | computer 16:7,9,12 17:2,5 | 26:2 27:15 30:10 35:23 |
| 14 3:- | | concluded 38:15 | employed 40:13,15 |
| 15 3:- 18:2,4 | B | corrections 39:15 | employee 40:15 |
| 16 3:- | | counselor 32:16 | ended 28:12 |
| 160 1:18 | baby 25:17 | country 29:17 30:1,2,11,19 | enough 11:1 |
| 1629 1:3 | baby-sitter 11:16 | couple 5:8 26:11 | errata 39:6 |
| 17 3:- | baby-sitter's 11:19 | court 1:1 4:12 | esq 2:3,11 |
| 18 3:- | baby-sitters 11:24 | cousins 13:5,18,20 30:12,13 | estate 1:12 |
| 19 3:- | back 5:12 | covered 21:5 | ever 5:5 8:8 10:7,23 11:1,7,11 |
| 194 6:16 | bacon 2:12 | cripps 13:23,24 14:7 | 17:16 18:17 19:1,13 24:19 |
| 1999 5:22 | bad 28:16 | current 6:21 | 26:20 27:7 28:7 29:3 30:21 |
| | bathroom 5:10 | | 32:12,15 33:4 36:17 37:11,14 |
| 2 | bed 23:11 | D | ,17 38:5 |
| | bedroom 22:1,4,11,12,18,21 | | every 19:10 28:5 |
| 20 3:- | ,24 23:6 | dad 6:24 7:6 9:9 15:21 17:14 | everything 9:10 |
| 2007 40:7 | bedrooms 21:17,18 22:7 | ,16,24 18:22 19:5 21:4 22:9 | ex 3:8 |
| 2008 1:- 39:4,20 40:19 | best 7:14 16:2 | 24:14 27:7 30:12 32:12 34:4,9 | exactly 13:17 38:1 |
| 21 3:- | big 21:16 22:16 30:2 | 37:6 | examination 3:2 4:7 40:10 |
| 22 3:- | bikes 17:11 | dad's 7:1 20:16 22:13 24:12,13 | examined 4:6 40:9 |
| 23 3:- | birthday 5:21 | date 39:4 | except 39:15 |
| 24 3:- | bit 4:14 5:11 19:17,18,20 20:6 | day 11:9 19:6 28:5 32:7,10,13 | executed 39:20 |
| 2555 2:13 | ,14,18 21:9 | 35:24 36:4,6,15,16 40:6,19 | exhibits 3:6,- |
| | blackie 7:24 | days 36:6 | eyes 25:23 |
| 4 | blood 21:5 | deceased 1:12 | |
| | blown 23:10 | decide 5:9 | F |
| 4 3:4 | bones 19:13 | defendants 2:10 | |
| 436 2:5 | boston 1:- | deposition 1:15 38:14 39:1,15 | family's 20:13 |
| | bracelets 26:12 | depot 18:16,18,20 | father 12:6 24:18 |
| 6 | break 5:6 31:19 | description 3:7 | father's 12:3,6,23 |
| | broken 19:13 | diary 37:11,15 | federal 1:18 |
| 64105 2:14 | brother 6:24 7:6 8:20 9:2,11 | didn't 33:11,12 | feel 27:24 |
| | 11:21 18:11,13 22:3 24:18 | die 33:19 | few 24:22 |
| 7 | 27:18 30:12 | died 26:24 32:7,13,13 33:5,17 | fight 9:4 |
| | brother's 7:3 | ,22 34:1 35:24 36:2,18,20 | file 1:4 |
| 7th 1:- 39:4 40:6 | brothers 8:22 13:16 | different 16:4 20:8 36:3 | financially 40:16 |
| | brown 15:13 | direct 4:7 | fine 5:11 |
| 8 | bulger 1:11,12,15 2:19 3:3 4:3 | direction 40:11 | fink33@mac.com 2:8 |
| | 5:18 7:2,4 9:20 10:3 39:1,23 | district 1:1,2 | finkelstein 2:3,4 8:15 10:4 11:2 |
| 800-634-1212 2:7 | bull 8:3 20:7,8,11,13 | docket 1:3 | 14:14,22 20:15 26:1 31:16 32:3 |
| 816-559-2991 2:15 | buried 36:10 | doctor 19:10 | 36:4,21 38:10,13 |
| | bus 15:22 16:1 | document 1:10 | firemen 34:6 |
| A | | documents 33:13 | first 4:5 5:16 15:10,12 32:1 |
| | C | doesn't 18:22 21:6 | fish 8:10,11 |
| a.m 31:23,23 38:15 | | dog 7:20 8:1 19:7,7,17,18,21 | five 20:20 25:5,5 |
| above 39:16 | call 9:17,24 10:12 | 20:6,15 | floor 9:8 19:8 |
| above-named 40:8 | can't 14:12 25:8 31:6 32:20 | dog's 7:21 | foley 15:16 |
| accident 37:4 | 33:3 34:17 | dogs 8:15 | follows 4:6 |
| accurate 39:17 | canoble 29:17 | doing 31:16 | foregoing 39:14 |
| action 40:14,17 | captain 15:13 | don't 4:22 5:2 9:7 13:17 14:23 | forget 6:12 19:4 31:9 |
| address 6:13 16:14,16 | car 29:9 34:7 35:3 | 16:21 29:5,24 38:1,4,8 | four 21:17 25:5 |
| administrator 1:11 | carry 35:2 | done 38:11,13 | fourteen 13:8 |
| aerobed 23:2,4,7,10 | case 39:2 | down 21:23 23:3,7,11 | fridays 10:16,20 |
| after-school 15:24 | cat 7:20 | downstairs 21:16 22:14,18,22 | friend 7:14 16:2 |
| again 35:17 | cat's 7:23 | 23:2,6 34:12 | friends 7:11 16:4 |
| ago 17:24 18:2,4 | cellar 33:20 | dress 27:13 | fun 17:3,10 |
| alone 11:1,5,7,11 | | | |
| along 9:1 | | | |

Bulger, Regina (Bulger) 5/7/2008 10:05:00 AM

funeral 33:7,10,14
further 40:12

### G

gave 26:6
getting 19:20 21:3 34:6,7
ghosts 21:15
gina 13:4,8 30:14
girl 8:6
give 4:17,22
given 40:12
go 5:9 6:6 10:18,20 15:4,6,12
 ,24 18:17 20:21 23:3 33:11,12
 36:14
going 4:15,15,16,18 5:24 6:4,5
 ,8,11 9:8 21:3,22 24:22 27:5
 31:10 33:9
gold 26:10,10
gone 8:11
good 4:9
grade 15:1,7,10,12
gram 9:18,19 10:15,23 12:2
 27:21
gram's 10:18
grampy 10:1,2,13 12:5,8
grand 2:13
grandfather 9:22 10:7,10
grandmother 9:15 23:1
grandparents 9:13 12:12
grave 36:10
great 31:16 38:11
green 25:22

### H

hair 25:22
hallmark 29:17
hand 40:19
happen 5:24
hardy 2:12
hare 1:-
having 4:4 8:8 18:1 21:4 31:2,4
 ,5
he's 9:8 12:11
head 4:22
heart 26:10
heels 27:13
held 1:17
hereby 39:16
hereto 40:16
hereunto 40:18
high 27:13
home 6:13 11:2,3,5,7,11 15:23
 16:1 18:16,17,20 23:3,4
hospital 20:21,24 28:12,15,18
 35:15,16
house 6:21 7:5,9 10:18,20,23
 16:9 21:11,12,14 22:15,19
 23:14,16,19,22 24:3,6,17
hurt 19:23

### I

I'll 5:12
I'm 4:10,15 5:9 17:20 24:22
 35:21
identification 4:5
identified 4:4
index 3:1
inside 23:21 24:3
interested 40:16
introduce 4:12

### J

january 5:22
jen 14:18,19
jenessa 5:18
jessica 13:4,8 30:14
jewelry 26:13
jimmy 14:6,7
job 17:14,17,19 18:1,4,7,13,20
 ,23 30:22 31:2,3,4,5 38:11
josh 13:21 30:14
josh's 13:23 14:5
journal 37:12,17

### K

kansas 2:14
keep 26:18
keepsakes 26:5
kelly 14:6,7
kept 37:11
killed 37:8
kind 7:19 8:1,2 9:6 17:19,21
 24:2 27:10 28:3,21,22 31:7
 37:11,23
kitchen 24:4
knew 17:1
know 4:11 6:13,17 7:8 8:2 12:9
 13:16,17 14:2,9,22,23 18:3,22
 19:5 20:4,19 26:23 27:2 28:14
 ,21 29:5,10,23,24 30:6,21
 33:15,17 36:7,10,20 38:1
knowledge 40:9
known 17:16

### L

lafayette 6:16
lake 29:17,17,22
last 5:16 12:19 13:22,23,24
 14:1,21 32:22 33:1 35:19
laundry 22:17
lawyer 4:10,11
let 12:2
let's 31:21
lets 19:7
letters 37:20,23 38:5
level 21:23,23
liability 1:8 39:3
liked 27:12
line 39:7
lipstick 25:23
liquid 29:1
litigation 1:8 39:3
little 4:14 5:11 21:9 25:18
 31:19
live 7:9 21:12 24:19 30:4
lived 6:18 7:5 21:12 24:16
lives 6:23
living 12:8 21:11 24:4,12
long 6:17 17:24 20:3
look 21:6 31:13 35:10
looked 25:20
lori 2:11 4:9
lot 13:10 16:4 17:9 27:12
lschultz@shb.com 2:16

### M

marked** 3:-
marketing 1:6 39:2
massachusetts 1:2,- 40:1,6
master 1:4
maureen 1:- 4:13,16 40:4
may 1:- 39:4 40:7,19
mdl 1:3
mean 11:2 36:4 37:1
medicine 28:13,21,21,22,23

29:1,6 36:23 37:2,3,7
mementos 33:14
memory 36:7
men 35:2
met 10:3,7
michaela 13:21 14:14,16 30:14
michaela's 13:24
middle 5:16
mind 10:12
miss 15:16
missouri 2:14
mm-hmm 11:22 35:22
mom 13:15 22:9 24:14 25:10
 ,12,15,20 26:6,7,21 27:8,16,19
 ,22 28:1,7 29:19 30:16,21 32:7
 ,13,16,19,23 33:2,5,7,17 34:13
 ,16,19 35:7,10,17,24 36:2,18
 37:14,18,21 38:3
mom's 26:13
money 18:5
morning 4:9 15:20
mother 12:3 24:18,23 26:24
 29:9 36:10
mother's 36:9,15
movie 29:16
movies 26:20
mr 8:15 10:3,4 11:2 14:14,22
 20:15 26:1 31:16 32:3 36:4,21
 38:10,13
ms 3:4 4:8 8:18 10:6 11:4 14:15
 ,24 20:17 26:4 31:17,24 32:4,5
 36:5,24 38:8,11

### N

name 4:9,13 5:15,16,16,17 7:1
 ,3,21,23 9:20 11:19 12:19
 13:22,23,24 14:1,17,21 15:3,14
 20:11 29:24
named 8:20
names 12:17 13:3,20
nancy 12:18,23
near 30:4
necklace 26:10,11
need 4:20
negative 8:17
neighborhood 7:12,15
neighbors 7:8
neither 40:13
neurontin 1:6 39:2
new 2:6
newburgh 2:6
next 22:11
nice 31:14
night 11:12
nine 5:20 17:8
no 1:3,4 3:7 4:23 7:7,16 8:14
 ,19,24 9:3,12 10:8,11 12:1,10
 ,14 13:14 14:20 15:11 16:3,13
 ,20,23 17:13,15,23 18:19,24
 20:5 23:11 24:1,21 26:17,22
 27:17,20,23 28:19 30:5,7,20
 32:11,14,24 33:6,16,23 34:10
 35:18 36:1,8,19 37:16,19 38:7
nod 4:22
nodding 8:16
nope 32:17
notary 40:5
note 38:3
noted 39:16
notes 37:20,23

### O

o'clock 40:7

o'connor 1:- 40:4
objection 36:21
of_____ 39:20
off 9:7
office 6:6
often 10:15,16 36:14
oh 11:21
okay 4:13,19,23,24 5:3,6,7,9,13
 11:23 16:24 24:23 29:3 31:18
 ,21 32:4 35:21 38:12
old 5:19 8:4 11:1 13:7 17:8
 20:18 23:13 24:5,16 26:23
older 25:18
once 35:16
one 4:20 21:23 22:8,9 24:11,11
 ,12 33:1
opens 26:11
outside 23:19
own 6:20 16:24 22:1,3

### P

page 3:2,7 39:7
paper 38:2
parents 14:2,4,5,16
park 30:3
part 22:14,19,22
parties 40:14,16
partners 2:4
pat 9:20
people 16:19 25:10,11,12
perfume 28:6
person 40:7
pets 7:17 8:9,13
phone 16:24
photo 4:4
photographs 25:1,3
pick 9:7
picture 26:11
pictures 10:9 23:13,18,21,24
 24:2 25:6,9,14 30:18
piece 38:2
pills 29:4
pink 28:22,23
pit 8:3 20:7,8,11,13
place 31:13
places 29:13,20
plaintiff 2:2
play 7:11 17:4,12
playroom 22:9,16 23:5
police 34:5
pollard 1:- 4:13 40:4
practices 1:7 39:2
preschool 27:2
present 2:18
probably 17:1 18:2
products 1:7 39:3
professional 40:22
program 15:24
public 40:5
put 34:21

### Q

questions 4:16,17,21 5:1,8 6:6
 ,7,10 24:22 38:9

### R

re 1:6
read 14:12 39:14
reason 39:7
recall 8:8
recess 31:22
record 39:17 40:11
red-orange 25:22

Bulger, Regina (Bulger) 5/7/2008 10:05:00 AM

| | | | |
|---|---|---|---|
| reduced 40:10<br>referred 12:5<br>regina 1:15 3:3 4:3 5:18,19,23 6:13 32:2,6 39:1,23<br>reginabulger 16:17,18<br>registered 40:22<br>related 40:13<br>relates 1:10<br>relative 40:15<br>remember 17:21,24 19:20 20:23 21:2,3,5,11 25:8,9 26:1 27:24 28:4,7,10,17 29:12,19 31:2,4,5,6,7,10,15 32:6,18,20 ,20,22 33:2,3,9 34:3,4,5,6,15 ,17,21,24 35:1,23<br>remind 26:6<br>reported 1:-<br>reporter 4:12 40:22<br>representing 32:2<br>ride 17:11 34:7,7 35:14<br>right 8:20 17:6 23:11<br>rings 26:11<br>road 6:16<br>rob 14:18,19<br>robinson 2:5<br>rode 35:4,13<br>ron 7:2,4 8:20 11:21,24 18:10<br>ronald 1:11 2:19<br>ronny 11:20<br>room 6:20 19:9 21:4 22:17 23:24 24:4,11,12,12,13,14<br>rpr 1:- 40:4<br>rugs 19:8<br>rushing 34:4,8<br><br>S<br><br>sales 1:6 39:2<br>salisbury 15:5,6<br>samuel 15:13<br>satisfactorily 4:4<br>saturdays 10:17,21<br>saw 16:24 32:22 35:19<br>say 10:4 24:13 28:20 35:4 37:1<br>says 9:8 19:4<br>scar 21:7<br>schildone 12:20,21<br>school 15:1,3,5,13,17,19 16:2 ,5,7 19:6 27:3,5 32:16 36:16<br>schultz 2:11 3:4 4:8,10 8:18 10:6 11:4 14:15,24 20:17 26:4 31:17,24 32:4,5 36:5,24 38:8 ,11<br>second 15:7<br>seeing 34:15,21<br>seem 36:2<br>seen 10:9 26:20<br>send 16:11,19,21<br>series 4:16<br>set 40:19<br>shampoos 19:8<br>shared 24:14<br>she's 4:18<br>sheet 39:6<br>shook 2:12<br>shower 28:5<br>sick 28:8,11<br>sister 12:23<br>sisters 8:23 13:15<br>sitting 4:13<br>skirts 27:14<br>sleep 22:10 23:3<br>sleeping 35:11,12<br>slept 22:6 23:1<br>smelled 31:14 | someone 18:6 31:3 33:21 36:17<br>something 18:2 31:24<br>sometimes 9:4 11:14,15,17 26:16<br>sorry 35:21<br>sorts 22:16<br>special 28:13,20<br>sports 17:12<br>sr 1:11 2:19<br>ss 40:2<br>standing 35:1<br>started 32:1<br>starts 9:10 14:9<br>statements 39:18<br>states 1:1<br>stay 11:1,3,7,11<br>stays 11:16<br>steps 21:22<br>steven 12:18<br>stitches 19:14 20:1,3<br>stop 5:5,11<br>store 29:16<br>stories 21:20 27:7,18,22<br>street 1:18<br>subscribe 39:16<br>suffolk 40:2<br>supposed 37:4,8<br>sure 4:10,21 17:20<br>susan 1:12<br>sweeps 19:8<br>sworn 4:5 40:8<br><br>T<br><br>taken 31:22 39:4<br>taking 29:6,19<br>talk 27:12 36:17<br>talked 32:9,12,15<br>talking 38:12<br>teacher 15:14<br>televisions 24:5,10<br>tell 4:14 5:2,6,10,15,24 6:3,7 9:9 18:6 19:3,16 21:2,14 25:6 ,20 27:10,21 28:3 31:3 32:18 33:21 34:15,24<br>telling 23:8<br>ten 21:15<br>ten-year 17:8<br>testified 4:6<br>testify 40:8<br>testimony 40:11<br>that's 5:11 6:6 19:9 21:17 26:3 ,12 28:6,13 31:14 33:21,24 37:8<br>they're 13:5<br>thing 4:20<br>things 9:6,11 26:6 27:10 28:3 33:1<br>think 8:5 18:3 20:20 26:14 27:15 30:24 31:9 32:6 33:9,24 37:9 38:4<br>third 15:2<br>this ___ day 39:20<br>thought 17:1<br>three 24:9 27:1<br>throw 9:8<br>time 28:8,17 30:18 32:1,22 35:19<br>tired 5:9<br>today 4:15 5:1,23 6:1,4 32:2<br>told 6:3,5,10 18:9 27:7,16,18 33:4 37:5<br>took 23:7 37:3,7<br>towel 21:5 | toys 22:17 29:16<br>transcript 39:14,17<br>trash 9:9<br>true 40:11<br>truth 40:9<br>tv 21:4<br>twelve 13:9<br>twice 19:12<br>type 4:17,18<br>typewriting 40:10<br><br>U<br><br>uncles 12:15 13:13<br>understand 5:2<br>united 1:1<br>upstairs 21:18 34:4,8,9<br>us 29:16<br><br>V<br><br>vacation 36:16<br>valentine's 36:16<br>videos 26:21<br>visit 18:17<br><br>W<br><br>wal*mart 29:16<br>walk 19:8<br>want 4:11,14 5:2,5,6,9,10 31:18<br>wasn't 21:16 23:10 37:4,7<br>watching 21:4 35:2<br>water 29:17 30:1,2,2,10,19<br>we'll 5:11,12<br>we're 4:15<br>wear 25:23 26:16 27:13,14 28:6<br>webkinz 9:7 17:4<br>well 4:19 7:16 8:10 19:17 21:15 22:8,20 23:1 28:12 31:14 32:20<br>went 15:9 27:2 30:10,13,16<br>what's 15:3 16:16<br>whereof 40:18<br>whereupon 31:22 38:14<br>white 23:17<br>who's 25:9<br>whose 20:15 22:24<br>why 18:3,22 28:14 33:24 36:20<br>will 15:21,21,24<br>witness 8:16 40:12,18<br>work 16:7 17:1,21 31:7<br>worked 31:11<br>works 18:16<br>write 37:14,18<br>written 33:13<br>wrong 36:23 37:2<br>wrote 14:13 37:17 38:3,6<br><br>Y<br><br>yeah 6:2,14 8:12 9:5 10:14,22 11:6,8,10,15,18 12:22 15:18 17:18 18:21 21:8,21,24 22:20 ,23 23:9 27:9 28:9 29:14,21 30:9,23 31:1,12,20 32:8 33:8 34:23 35:6,9,20 37:10,13,22<br>year 15:15 19:12<br>years 6:19 18:2,4 32:10<br>yelling 9:10<br>yep 5:4,14 14:8 24:24 30:17<br>yes 4:22 6:9,22 7:10,13,18 8:7 ,21 9:14,16,21,23 10:19,24 11:13 12:4,7,16,24 13:2,6,11 ,19 14:3 15:8 16:6,8,10,15 17:7 | 18:8,12,14 19:2,15,22,24 20:2 ,10,22 21:1,10,13,19 22:2,5 23:12,15,20,23 24:7,15 25:2,13 ,16 26:8,15,19 27:4 28:2,24 29:2,8,11 32:3 33:18 34:14,20 36:11,13<br>yet 27:3<br>ymca 27:6 29:18<br>york 2:6<br>you'd 10:12<br>you'll 4:20<br>you're 19:6 23:8 31:16<br>you've 6:18 38:11 |