# EXHIBIT C

825

```
 1        UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
 2
 3   _____
                                    )
 4   In re: NEURONTIN MARKETING,    )
     SALES PRACTICES, AND PRODUCTS  )
 5   LIABILITY LITIGATION,          )
     _____)
 6
 7              VOLUME IV
 8
 9       CONTINUED VIDEOTAPED DEPOSITION OF
10          RONALD Wm. MARIS, Ph.D.
11           (Taken by Defendant)
12           Columbia, South Carolina
13           Monday, October 20, 2008
14
15
16
17
18
19
20
21
22
23
24       Reported in Stenotype by
         V. Dario Stanziola, CSR, RPR, CRR
25   Transcript produced by computer-aided transcription
```

826

```
 1              APPEARANCES
 2   ON BEHALF OF THE PLAINTIFFS:
 3       RON ROSENKRANZ, Esquire
         Finkelstein & Partners
 4       1279 Route 300
         Newburgh, New York 12551
 5       (845) 563-9442
         rrosenkranz@lawampm.com
 6
 7   ON BEHALF OF THE DEFENDANT PFIZER:
 8       ANGELA M. SEATON, Esquire
         IAN LOSASSO, Esquire
 9       LORI SCHULTZ, Esquire
         (Appearing Via Telephone)
10       Shook, Hardy & Bacon, L.L.P.
         2555 Grand Boulevard
11       Kansas City, Missouri 64108
         (816) 474-6550
12       aseaton@shb.com
         ilosasso@shb.com
13       lschultz@shb.com
14   Also Present:
15       JAMES DOWNIE, CLVS, Videographer
16
17
18
19
20       CONTINUED VIDEOTAPED DEPOSITION OF R
21   Wm. MARIS, Ph.D., a witness called on behalf of the
22   Defendant, before V. Dario Stanziola, CSR, RPR,
23   CRR, held at the Columbia Marriott, 1200 Hampton
24   Street, Columbia, South Carolina, on Monday,
25   October 20, 2008, commencing at 9:01 a.m.
```

827

```
 1              INDEX OF EXAMINATIONS
 2
 3   By Ms. Seaton              PAGE   832
 4              INDEX OF EXHIBITS
 5
     NUMBER       EXHIBIT                MARKED
 6   Exhibit 44: Plaintiff's Expert        832
     Disclosure On Specific Causation
 7
     Exhibit 45: Document entitled Appendix   833
 8   A, New Evidence For Bulger v. Pfizer
     Received After July 18, 2008, Ronald Wm.
 9   Maris, Ph.D. October 8, 2008
10   Exhibit 46: Report of Ronald Wm. Maris,  834
     Ph.D.
11
     Exhibit 47: First Amended Notice of      837
12   Videotaped Deposition Duces Tecum of
     Professor Ronald W. Maris, Ph.D.
13
     Exhibit 48: Handwritten notes            840
14
     Exhibit 49: Manilla folder containing    841
15   billing record of Ronald Wm. Maris,
     Ph.D.
16
     Exhibit 50: Ronald W. Maris, Ph.D.       843
17   Curriculum Vitae September 2008
18   Exhibit 51: Psychological Autopsy and    853
     Death Investigation, File Name Susan
19   Bulger
20   Exhibit 52: Photocopy of videotaped      890
     deposition of Ronald J. Bulger, Sr.
21
     Exhibit 53: Office visit note for Susan  903
22   Bulger dated 1/6/00
23   Exhibit 54: Progress notes for Susan     909
     Bulger dated 12/20/02
24
25
```

828

```
 1   Exhibit 55: Document entitled            951
     Commonwealth of Massachusetts Department
 2   of Social Services Child Abuse/Neglect
     Report
 3
     Exhibit 56: Document entitled            952
 4   Commonwealth of Massachusetts Department
     of Social Services FamilyNet dictation
 5   report
 6   Exhibit 57: Photocopy of a PowerPoint    953
     presentation entitled Suicide and SSRIs
 7   Ronald Wm. Maris, Ph.D. AAFS Annual
     Conference 11 a.m. - 12 p.m. Tuesday
 8   February 20, 2007 San Antonio, Texas
 9   Exhibit 58: Document entitled Beverly    988
     Hospital D/B/A BayRidge Hospital Intake
10   Evaluation
11   Exhibit 59: AtlantiCare Progress Notes   990
     dated 5/25/93
12
     Exhibit 60: AtlantiCare Medical Center   993
13   Report of Consultation dated 5/17/93
14   Exhibit 61: A document entitled Past     999
     Psychiatric History
15
     Exhibit 62: AtlantiCare Medical Center   1001
16   medical record
17   Exhibit 63: A document entitled Patient  1006
     Messages Susan E. Bulger
18
19   Exhibit 64: A medical record            1015
20   Exhibit 65: A photocopy of videotaped    1016
     deposition of Yoshiharu Akabane, M.D.
21   Exhibit 66: A medical record Salem       1017
     Hospital dated 8/17/88
22
     Exhibit 67: AtlantiCare Medical Center   1018
23   report of consultation dated 6/5/90
24   Exhibit 68: Brigham and Women's Hospital 1019
     nursing history questionnaire
25
```

Maris, Ron (F&P Expert-Bulger)  10/20/2008  9:01:00 AM

### 973

1   your opinion that Susan Bulger's prior attempts were
2   low lethality attempts as opposed to high lethality?
3        A.  Sure.  Well, there's actually a reference
4   in one of my books to somebody named Card, like the
5   playing card, and he has a list of all the
6   different methods people can use to attempt
7   suicide.  In that list hanging is one of the most
8   fatal.  Of course, guns are the very most fatal.
9   But overdoses and cutting are among the least
10  fatal, the least likely to kill you.  And so many
11  people think that they're attention getting or
12  cries for help.  Some sort of a tension reduction.
13  But they're not as serious attempts in the sense
14  that they're not likely to result in a death.
15       Q.  Is it your opinion that Susan Bulger never
16  really intended to kill herself until she actually
17  did?
18       A.  I am not clear about that.  I think that
19  all I'm saying is that the methods -- if your
20  serious and you use a low lethality method, that
21  would indicate to me less desire to die usually.
22       Q.  Well, to be fair, I mean, Susan Bulger
23  didn't -- she didn't hang herself from a noose
24  suspended from the ceiling.  In other words, she
25  didn't -- she didn't take a chair and jump off the

### 974

1   chair and hang herself, right?
2        A.  That's true.  And nobody does.
3        Q.  Nobody does?
4        A.  Almost nobody.  You'd be surprised.  In
5   fact, I think the medical examiner consultant said
6   that it's more like an execution, like a hangman's
7   execution where you actually free-fall and break
8   the neck.  Almost nobody does that.  Everybody
9   kneels.
10       Q.  Okay.
11       A.  Let's say 95 percent.
12       Q.  You disagree or agree with Dr. Roh's
13  testimony that at any time while Susan Bulger was
14  leaning she could have changed her mind and/or Ron
15  could have come downstairs?
16       A.  I disagree with that.
17       Q.  You disagree with that?
18       A.  Yeah.  Because I think you rapidly lose
19  conscious -- just think about it for a minute.
20  Once you cut off these arteries, it only takes a
21  few minutes before you're unconscious or before you
22  lose control.  So that -- in fact, one of the
23  things that happens when you hang yourself is that
24  the body purges itself, you defecate, you have --
25  your bladder stops working properly.  So you --

### 975

1   what happens when you hang yourself is you very
2   quickly lose voluntarily control of your muscles.
3   And I think it's very unlikely -- I think it's more
4   likely that she would have tried to hang herself,
5   would have passed out pretty quickly, wouldn't have
6   died immediately, but would have passed out
7   quickly.
8        Q.  But you would agree with me that that is
9   absolutely pure speculation on your part?
10       A.  No.  That's based on thousands of suicide
11  cases that I've investigated, studied or read
12  about.
13       Q.  But it has nothing to do with Susan
14  Bulger's case.  You have no idea whether she passed
15  out quickly or not, correct?
16       A.  That's not true.
17       Q.  How do you know?
18       A.  Because everybody who does that passes
19  out relatively quickly.  They don't sit there and
20  think about it.
21       Q.  Okay. So are you testifying that it is not
22  possible that Susan Bulger sat there and contemplated
23  and leaned forward and leaned back and leaned forwar
24  and leaned back?
25       MR. ROSENKRANZ:  Objection to the form of

### 976

1   the question.
2        A.  I think it's highly unlikely.
3        MR. ROSENKRANZ:  Argumentative.
4        I'm sorry, what was your answer?
5        THE WITNESS: Highly unlikely.
6        Q.  Would you agree with me that in terms of a
7   suicide attempt, a person's intent is really the most
8   important factor, not whether they actually succeed
9   or not?
10       A.  Well, by definition, you go look it up in
11  Webster's or any medical dictionary, the difference
12  between suicide and non-suicide is that you intend
13  to kill yourself.  Now, can people intend to kill
14  themselves but not use a fatal method?  Sure.  That
15  happens occasionally.
16       Q.  Okay. Do you concede that Susan Bulger
17  intended to kill herself before she ever took
18  Neurontin?
19       A.  I don't know.
20       Q.  Okay.
21       A.  I really don't know.  I think probably
22  what she did was tension reduction.  Again, this is
23  based on everything I know about her.  Ways of
24  drawing attention to her problems, ways of -- you
25  know, when you cut yourself you escape from your