UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                                            :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                :
        SALES PRACTICES AND                                 :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                       :
                                                            :    Judge Patti B. Saris
------------------------------------------------------------x
                                                            :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO                                    :
                                                            :
Egilman v. Pfizer Inc., 1:07-11426-PBS                      :
                                                            :
------------------------------------------------------------x
```

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN
OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO
EXCLUDE EVIDENCE OF FOREIGN LABELS AND REGULATORY ACTIONS**

I, Andrew G. Finkelstein, depose and state as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in support of Plaintiff's Opposition to Defendant's Motion *in Limine* to exclude evidence of foreign labels and regulatory actions.

3. The following documents are attached hereto in support of this motion:

Exhibit A -  Email correspondence from Maribeth Lazzaro of Health Canada regarding notifiable change for Neurontin, dated May 13, 2005

Exhibit B -  Pfizer's February 2002 Neurontin Label in China

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 8, 2009

                                              **/s/ Andrew G. Finkelstein**
                                              Andrew G. Finkelstein
                                              Finkelstein & Partners, LLP
                                              1279 Route 300, P.O. Box 1111
                                              Newburgh, NY  12551
                                              (800) 634-1212

                                              *Attorneys for Plaintiff David S. Egilman*

## CERTIFICATE OF SERVICE

     I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 8, 2009.

Dated: July 8, 2009

                                              **/s/ Andrew G. Finkelstein**
                                              Andrew G. Finkelstein