# EXHIBIT B

Neurontin LPD China
Reference Document: Oct 25,00 Germany PI

## Package Insert of Neurontin

**[Drug Name]** Neurontin
Generic Name:      Gabapentin Capsule
Trade Name:        Neurontin
English Name:      Gabapentin Capsule
Chinese Pinyin:    jiabapengdingjiaonang
Chemical Name:     1-(aminomethyl)cyclohexaneacetic acid
Structure Formulation:

$$\text{(cyclohexane ring with } CH_2NH_2 \text{ and } CH_2CO_2H \text{ substituents)}$$

Molecular Formula:   $C_9H_{17}NO_2$
Molecular Weight:    171.24
**[Description]** *Capsule with the content of white powder*

**[Pharmacology and toxicology]**
**Pharmacodynamic Properties**
Gabapentin is a lipophilic analogue structurally related to GABA. Its precise mechanism of action is not yet known. Gabapentin is not active at $GABA_A$ and $GABA_B$ receptors nor at GABA uptake carriers in the brain. Gabapentin is binding with high affinity to binding sites in the brain which are associated with $alpha_2$delta-subunits of voltage sensitive calcium channels.
In vitro, gabapentin modulates the activity of the GABA synthesizing enzyme GAD as well as the activity of the glutamate synthesizing enzyme.
NMR investigations revealed that Gabapentin does increase GABA synthesis in rat and human brain. The release of various monoamine neurotransmitters is being reduced.
In various animal models, gabapentin showed anticonvulsive, analgesic, anxiolytic and neuroprotective properties.

**Pre-clinical safety data**
Fertility was not impaired in rats by gabapentin (up to 2000 mg/kg body weight per day).

Gabapentin is not genotoxic.
In vitro, gabapentin was not mutagenic with or without metabolic activation in either the Ames test or in tests on mammalian cells.

Neurontin LPD China
Reference Document: Oct 25,00 Germany PI

Gabapentin did not induce chromosomal aberrations in mammalian cells neither in vitro nor in vivo. Furthermore, it did not cause micronucleus formation in the bone marrow of hamsters.

Two-year carcinogenicity studies with gabapentin were performed in mice (200, 600 and 2000 mg/kg body weight/day, p.o.) and rats (250, 1000 and 2000 mg/kg body weight/day, p.o.). In male rats, a statistically significant increase in the frequency of pancreatic tumors (acinar cell tumors) was observed in the highest dose group. The maximum gabapentin plasma concentration and the area under the concentration/time curve in the rats receiving 2000 mg gabapentin/kg body weight/day was higher by a factor of 14 than the therapeutic gabapentin concentrations attained in patients taking the recommended maximum therapeutic dose of 2400mg per day.
The pancreatic tumors observed in male rats considerably differ histologically from human pancreatic tumors. The rat tumors are similar to spontaneous tumors of the pancreas in historical comparisons and in the control group. Unlike the human pancreatic tumors, the tumors found in rats did not metastasize, were not invasive, showed no K-ras mutation, occurred later and had no influence on the animals' survival. Taking these data and the accumulation of gabapentin in the rat pancreas into consideration, an epigenetic hormonal mechanism is assumed for the tumor formation in rats. Relevance of these pancreas acinar cell tumors in male rats for a possible carcinogenic risk in humans appears unlikely, also in respect to the given safety margin.

[Pharmacokinetic s]
Mean $c_{max}$ plasma gabapentin concentrations occurred approximately 3 hours following single oral doses of gabapentin regardless of dose size or formulation. Mean $t_{max}$ values following multiple dose administration were approximately 1 hour shorter than the values following single-dose administration.

Pharmacokinetic studies have been conducted with doses from 300-4800 mg. Mean $c_{max}$ and AUC values increased with increasing dose; however, the increase was less than dose proportional. Deviation from linearity was very slight up to 600 mg for both parameters.

Additionally, pharmacokinetic investigations were performed in 24 healthy children between the ages of 4 and 12 years. In general, plasma gabapentin concentrations found in children are similar to those in adults.

Following repeated gabapentin administration, steady-state was achieved within 1 to 2 days after the start of the multiple dosing and was maintained throughout the dosing regime.

Neurontin LPD China
Reference Document: Oct 25,00 Germany PI

The pharmacokinetic parameters of gabapentin can be seen in Table 2:

Table 2: **Summary of Gabapentin Mean (% RSD) Steady-State Pharmacokinetic Parameters following oral administration every 8 hours**

| Pharmacokinetic Parameter | 300 mg (N = 7) | | 400 mg (N = 11) | |
|---|---|---|---|---|
| $C_{max}$ (µg/mL) | 4.02 | (24) | 5.50 | (21) |
| $t_{max}$ (hr) | 2.7 | (18) | 2.1 | (47) |
| $t_{1/2}$ (hr) | 5.2 | (12) | 6.1 | (ND) |
| $AUC_{0-\infty}$ (µg.hr/mL) | 24.8 | (24) | 33.3 | (20) |
| Ae (%) | NA | NA | 63.6 | (14) |

$C_{max}$ = maximum plasma concentration
$t_{max}$ = time of $C_{max}$
$t_{1/2}$ = elimination half-life
AUC = area under the concentration time curve
Ae = quantity of gabapentin excreted in urine
ND = not determined
NA = not available

Plasma gabapentin concentration-time profiles were similar between gabapentin solution and capsule formulations following single doses of 300 and 400 mg. Absolute bioavailability of a 300 mg oral dose of gabapentin was approximately 60 %.
At doses of 300 mg and 400 mg, gabapentin bioavailability was unchanged following multiple-dose administration.

Bioequivalence between gabapentin formulations used in clinical trials and approved market image formulations was demonstrated in a corresponding bioequivalence study.

This study was performed in 20 healthy subjects (9 male, 11 female, aged 23 - 64 years).

A survey on this Bioequivalence Study is given in Table 3:

Neurontin LPD China
Reference Document: Oct 25,00 Germany PI

Table 3: **Summary of the Results of the Bioequivalence Study No. 954-54-0 (RR 764-01490)**

| Study design and brief description | Formulations used | Gabapentin total daily dose (mg) | Duration of dosing |
|---|---|---|---|
| Open, randomized single-dose, four-way crossover study in healthy subjects | 100 mg Supro<br>400 mg Supro<br><br>200 mg capsule (clinical trial formulation) | 400<br>400<br><br>400 | SD<br>SD<br><br>SD |
| Market-image capsules (Supro) vs. clinical trial capsule and vs. aqueous solution | 400 mg aqueous solution (p.o.) | 400 mg | SD |

SD = single dose



It is not necessary to monitor the plasma concentrations of the active ingredient (gabapentin) in order to optimize therapy with Neurontin. Concurrent food intake did not influence the bioavailability of gabapentin. Gabapentin is not metabolized in humans and does not induce hepatic mixed function oxidase enzymes.
Gabapentin is not bound to plasma proteins and has a volume of distribution equal to 57.7 liters. In patients with epilepsy, gabapentin concentrations in CSF are approximately 20 % of corresponding steady-state trough plasma concentrations.

Gabapentin elimination from plasma following i.v. administration was best described by linear pharmacokinetics. Elimination half-life ($t_{1/2}$) of gabapentin ranged from 5 to 7 hours. Gabapentin elimination parameters such as elimination half-life ($t_{1/2}$) and renal clearance ($Cl_r$), were independent of dose and remained unchanged following repeated administration. Renal clearance was the sole elimination pathway for gabapentin. Since gabapentin is not

metabolized in humans, the amount of drug recovered in urine is indicative of gabapentin bioavailability.

Following a single 200 mg p.o. dose of [$^{14}$C] gabapentin recovery of radioactivity was essentially complete with approximately 80 % and 20 % of the dose recovered in the urine and feces, respectively.

In elderly patients, age-related alterations in renal function (determined as decreased creatinine clearance) decrease gabapentin plasma clearance and increase gabapentin elimination half-life. Gabapentin elimination-rate constant, plasma clearance, and renal clearance are diminished proportional to creatinine clearance. Gabapentin is removed from plasma by hemodialysis. Dosage adjustment in patients with impaired renal function or undergoing hemodialysis is recommended (See Posology).

### [Indication]
### Epilepsy

***Monotherapy*** (including treatment of patients with newly diagnosed seizures) in adults and children over 12 years of age with simple and complex partial seizures with and without secondary generalization

***Add-on therapy*** in adults and children aged 3 years and above with partial seizures with and without secondary generalization.

### [Dosage and Administration]

Neurontin capsules[1] contain lactose (See 4.3 Contra-indications and 6.1 List of Excipients)

The dose is determined by the physician depending on the individual tolerance and effect.
The first maintenance dose and further dose increases (if required) can be attained quickly.

### Epilepsy
***Monotherapy and add-on therapy in patients over 12 years of age***

*Initial and Maintenance dose:*
The dose may be titrated gradually within the first 3 days of treatment to 900 mg gabapentin/day according to the following dose scheme:

---

[1] *All information given for Neurontin capsules applies to Neurontin 100 mg Capsules, Neurontin 300 mg Capsules and Neurontin 400 mg Capsules.

Neurontin LPD China
Reference Document: Oct 25,00 Germany PI

| | |
|---|---|
| **Day 1** | Once daily 1 Neurontin 300 mg capsule or three times daily 1 Neurontin 100 mg capsule (300 mg gabapentin/day) |
| **Day 2** | Twice daily 1 Neurontin 300 mg capsule or three times daily 2 Neurontin 100 mg capsules (600 mg gabapentin/day) |
| **From Day 3 onwards** | Three times daily 1 Neurontin 300 mg capsule or three times daily 3 Neurontin 100 mg capsules (900 mg gabapentin/day) |

Alternatively, starting with Day 1, three times daily 1 Neurontin 300 mg capsule can be administered (corresponding to 900 mg gabapentin/day).

Thereafter, the dose can be increased to 1200 mg gabapentin/day.
The total daily dose should not exceed 2400 mg gabapentin as sufficient data regarding efficacy and safety for doses above 2400 mg gabapentin/day are not available.

### *Add-on therapy in children between 3 and 12 years of age*
*Initial and maintenance dose*
A stepwise titration to a maintenance dose of 30 mg gabapentin/kg BW/day takes place over the first 3 days of treatment. On Day 1, the dose is 10 mg gabapentin/kg BW, on Day 2, 20 mg gabapentin/kg BW and on Day 3 30 mg gabapentin/kg BW are given. Thereafter, the dose may be increased to 40-50 mg gabapentin/kg BW/day if required.

The total daily dose should be divided into three doses.

*Note*
In patients in poor condition, with low body weight or after transplantation, the gabapentin dose should be increased in 100-mg steps (using Neurontin 100 mg capsules).

For patients with impaired renal function (creatinine clearance less than 80 mL/min), and patients undergoing hemodialysis, the dosage should be adjusted according to Table 1:

Neurontin LPD China
Reference Document: Oct 25,00 Germany PI

Table 1:

**Dosage in reduced renal function:**

| Renal function Creatinine clearance (mL/min) | Gabapentin total daily dose range* (mg/day) |
|---|---|
| ≥ 80 | 900 - 2400 |
| 50 - 79 | 600 - 1800 |
| 30 - 49 | 300 - 900 |
| 15 - 29 | 150** - 600 |
| < 15 | 150** - 300 |

**Dosage in Hemodialysis**

For patients undergoing hemodialysis who have never received Neurontin, a loading dose of 300 mg to 400 mg gabapentin is recommended, then 200 mg to 300 mg gabapentin following each 4 hours of hemodialysis.
On dialysis-free days there should be no treatment with Neurontin.

\*    Total daily dose should be administered three times daily.
\*\*   To be administered as 3 x 100 mg gabapentin every other day

### Method and duration of administratio n
Neurontin capsules should be swallowed whole with sufficient fluid intake. Administration may be made during or independent of meals. In three-times daily administration, care should be taken that the interval between two single doses does not exceed 12 hours.

Whether a missed dose of Neurontin capsules (this means more than 12 hours passed since the last administration) should be made up for by taking an additional dose of Neurontin later or not is at the physician's discretion.

In concurrent treatment with magnesium- or aluminium-containing antacids, Neurontin capsules (gabapentin) should be taken at least 2 hours after administration of the antacid. This largely avoids a reduction in gabapentin bioavailability (see 4.5 Interactions).

Pfizer_InRe_0001265

The duration of treatment depends on clinical requirements.

In the treatment of epilepsy, normally long-term therapy is required.
If therapy with Neurontin capsules is to be discontinued, this should be done gradually over a minimum of one week, although there is no evidence of rebound phenomenon (increased occurrence of epileptic seizures following abrupt withdrawal of therapy with gabapentin).

[Adverse Reaction]

**Undesirable Effects**
The most frequently reported adverse events under treatment with Neurontin capsules are somnolence, fatigue, dizziness, headache, nausea, vomiting, weight increase, nervousness, insomnia, ataxia, nystagmus, paresthesia, and anorexia.

Asthenia, visual disturbances (amblyopia and diplopia), tremor, dysarthria, thinking abnormal, amnesia, dry mouth, depression, and emotional lability occurred occasionally.

The following adverse events also occurred occasionally during clinical studies: Dyspepsia, constipation, abdominal pain, urinary incontinence, increased appetite, rhinitis, pharyngitis, coughing, myalgia, back pain, edema in face, extremities or the whole body, impotence, dental abnormalities, gingivitis, pruritus, leukopenia, fracture, vasodilatation and hypertension.

In addition, aggressive behavior and excessive, partly uncontrolled movements (hyperkinesia) were observed in clinical trials in children below 12 years of age.

Under treatment with Neurontin capsules hemorrhagic pancreatitis has been reported (See 4.4 Special Precautions for Use).

Under treatment with Neurontin capsules allergic reactions (Stevens-Johnson syndrome, erythema multiforme) have been reported in single cases.

*Laboratory findings*
In the controlled clinical studies, possibly clinically relevant fluctuations in blood glucose (<3.3 mmol/L or $\geq$ 7,8 mmol/L) were measured in 16 % of patients (normal: 3.5-5.5 mmol/L) (See 4.4 Special Precautions for Use). Elevated liver function tests were reported in combination with other antiepileptic drugs.
[Contra-indications]

Neurontin LPD China
Reference Document: Oct 25,00 Germany PI

Neurontin capsules are not to be used in known hypersensitivity to any of the ingredients.

Neurontin capsules are contra-indicated in patients with acute pancreatitis.

Neurontin capsules are not effective against primarily generalized seizures, such as absences.

Due to their lactose content, Neurontin capsules are not to be administered to patients with galactosemia (galactose intolerance).

[Precautions ]

In the controlled clinical studies, possibly clinically relevant fluctuations in blood glucose (<3.3 mmol/L or $\geq$ 7,8 mmol/L) were measured in 16 % of patients (normal: 3.5 - 5.5 mmol/L). For this reason, blood glucose should be monitored more frequently in patients with diabetes mellitus and, if necessary, adjustment of antidiabetic drug dose should be undertaken.

For patients with impaired renal function, the gabapentin dosage must be reduced (See 4.2 Posology).

Under treatment with Neurontin capsules, hemorrhagic pancreatitis has been reported. Therefore, Neurontin therapy should be immediately discontinued, should first clinical signs of pancreatitis (persisting abdominal pain, nausea and repeated vomiting) occur. Besides a thorough clinical examination, clinical and laboratory tests should be carried out to ensure an early diagnosis of pancreatitis.

There is no sufficient experience with Neurontin in chronic pancreatitis. In this case, the treating physician will have to make a judgment regarding continuing or stopping treatment with Neurontin capsules.

**Effects on Ability to Drive and Use Machines**
Neurontin Capsules act on the CNS and may cause individually sedation, dizziness or similar symptoms.
Therefore, Neurontin capsules - even if administered as prescribed - may slow down reactions to such a degree that the capability to drive a car, to operate complex machinery or to work in exposed places is impaired. This applies particularly at the start of treatment, if the dose is increased, or if the medication is changed as well as in conjunction with alcohol.

[Pregnancy and Lactation]

Neurontin LPD China
Reference Document: Oct 25,00 Germany PI

Neurontin capsules should only be used during pregnancy after careful benefit/risk assessment since there is no experience in the use of Neurontin by pregnant women.
Animal experiments have not shown evidence of teratogenic effects (malformations) of gabapentin.
Embryotoxic effects occurred at daily doses above 300 mg/kg BW.

Gabapentin is excreted in human milk. Since it cannot be ruled out that Neurontin capsules may cause serious side effects in the infant, either the child should be weaned or treatment with Neurontin capsules should be withdrawn (keeping in mind the importance of antiepileptic treatment for the mother).

**[Use in Children]**
Dosage and administration for children refer to "item of **Dosage and Administration** "

*Epilepsy*
There is not yet sufficient experience for monotherapy in children below 12 years of age.
There is not yet sufficient experience for add-on therapy in children below 3 years of age.

**[Use in elderly]**
No systematic studies in patients 65 years or older have been conducted. However, clinical investigations in this age group do not indicate an adverse event profile different from that observed in younger patients.

**[Interactions of Drug]**
Pharmacokinetic interaction studies were performed on interactions between gabapentin and phenytoin, valproic acid, carbamazepine, or phenobarbital. During clinical investigations, no significant changes in plasma concentration levels of baseline therapy such as carbamazepine, phenytoin, valproic acid and phenobarbital were observed after additional administration of gabapentin to patients receiving these drugs.

Neurontin capsules do not impair the effect of oral contraceptives containing norethisterone and/or ethinyl estradiol. Contraceptive failure must be anticipated, however, under treatment with Neurontin in combination with other antiepileptics known to disrupt the effect of oral contraceptives.

Concurrent administration of Neurontin capsules with magnesium- or aluminium-containing drugs to neutralize gastric acid (antacids) may reduce

the bioavailability of gabapentin by up to 24 %. Neurontin capsules should not be administered earlier than at least 2 hours after the antacid intake.

The renal elimination of gabapentin is slightly decreased when coadministered with cimetidine.

Alcohol or centrally acting drugs of abuse may exaggerate some Neurontin CNS side effects (e.g. somnolence and ataxia).

*Note regarding interactions with clinical-chemical laboratory findings*
False positive readings may be obtained in the semi-quantitative determination of total urine protein by dipstick tests. It is therefore recommended to verify such a positive dipstick test result by methods based on a different analytical principle (such as the Biuret method, turbidimetric or dye-binding methods) or to use these alternative methods from the beginning.

**[Overdosage]**
Symptoms of overdoses included dizziness, diplopia, dysarthria, sedation, and mild diarrhea. Acute, life-threatening toxicity has not been observed with gabapentin overdoses of up to 49 g per day.

Although gabapentin can be removed by hemodialysis, experience has shown this to be normally unnecessary.
However, hemodialysis may be indicated in patients with renal impairment.

**[Strength]**
100mg/capsule
300mg/capsule
400mg/capsule

**[Shelf life]**
Shelf life of the finished product in the intact packaging:
3 years

**[Storage]**
No Special Precautions for Storage

**[Package]**
Al- foil

**[Approval Number]**

**[Manufacturer]**
Godeck GmbH

Neurontin LPD China
Reference Document: Oct 25,00 Germany PI

Mooswaldallee 1
79090 Freiburg 1 Germeny
Telephone: 0049-(0)721/61 01-01
Telefax: 0049-(0)721/61 01-436