UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

----------------------------------------------

THIS DOCUMENT RELATES TO:

*Bulger v. Pfizer Inc., et al.*
Case No. 1:07-cv-11426-PBS

----------------------------------------------

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
:
: Judge Patti B. Saris
:
:
: Magistrate Judge Leo T. Sorokin
:
:
:
:
:

### DEFENDANTS' OBJECTIONS AND COUNTER DESIGNATION TO PLAINTIFF'S JUNE 22, 2009 PROPOSED "COMPLETENESS" DEPOSITION DESIGNATIONS

Plaintiff filed and served additional deposition designations for "completeness" on June 22, 2009. Defendants' objections and counter designation to this additional testimony are provided below. Additionally, Defendants incorporate their Objections to Plaintiff's Proposed Amended Depositions Designations and Proposed Counter-Designations, including their reservation of rights, filed on June 22, 2009.

### OBJECTIONS

**Dr. Dino Crognale**

| | |
|---|---|
| **Page(s):** | 49:20-49:23 |
| **Objection(s):** | Counsel testifying |
| **Page(s):** | 52:2-52:17 |
| **Objection(s):** | Relevance |
| **Page(s):** | 169:3-170:11 |
| **Objection(s):** | Relevance: marketing |
| **Page(s):** | 169:3-169:22 |
| **Objection(s):** | Hearsay |

## COUNTER DESIGNATION

**Dr. Walter Jacobs**

Pg. 105:6-109:1

| | |
|---|---|
| Dated:  July 08, 2009 | Respectfully submitted, |

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

   -and-

BOIES, SCHILLER & FLEXNER LLP

By: /s/ William S. Ohlemeyer
    William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

   -and-

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
    Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

   -and-

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
    David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 8, 2009.

                      /s/ David B. Chaffin
                      David B. Chaffin