UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Egilman v. Pfizer Inc.*, 1:07-cv-11426-PBS :
:
---------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.
IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE
THE TESTIMONY OF PLAINTIFF'S ETHICS EXPERT, DAN W. BROCK**

I, Andrew G. Finkelstein, depose and state as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for Plaintiff David S. Egilman, Administrator of the Estate of Susan Bulger, Deceased, in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in opposition to Defendants' Motion *in Limine* to exclude the testimony of Plaintiff's ethics expert, Dan W. Brock.

3. The following documents are attached hereto in support of this motion:

Exhibit A -   Curriculum Vitae of Dan W. Brock

Exhibit B -   Excerpts from Deposition of Professor Brock

Exhibit C -   E-mail from Pfizer employee, Joe Feczko, dated December 7, 2000

Exhibit D -   E-mail from Pfizer employee, John Marino, dated April 1, 2003

2

Exhibit E -   Copies of pages from Pfizer's website about its ethical standards

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 8, 2009

       **/s/ Andrew G. Finkelstein**
       Andrew G. Finkelstein
       Finkelstein & Partners, LLP
       1279 Route 300, P.O. Box 1111
       Newburgh, NY  12551
       (800) 634-1212

       *Attorneys for Plaintiff David S. Egilman*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on  July 8, 2009.

Dated:  July 8, 2009

       **/s/ Andrew G. Finkelstein**
       Andrew G. Finkelstein