EXHIBIT E

Case 1:04-cv-10981-PBS   Document 1956-6   Filed 07/08/09   Page 2 of 3




Home     About Pfizer     Products     Research & Development     Responsib

Home > Responsibility

- Grants and Payments
- Global Health Programs
- Local Community Programs
- Medicine Safety
- Conducting Research & Clinical Trials
- Sales & Marketing Compliance
- Protecting the Environment
- Workplace Responsibility



## Our Responsibility In a Changing World

As a member of today's rapidly changing global community, we are striving to adapt to the evolving needs of society and contribute to the overall health and wellness of our world. We are continually reviewing and improving our efforts to lessen our impact on the environment, nurture a workplace of diversity and inclusion, conduct responsible business practices, and uphold the highest ethical standards in everything from research and development to sales and marketing. And, we are building partnerships in communities throughout the world to strengthen health systems, increase access to our medicines and find sustainable solutions to the health challenges of today, and tomorrow.

| U.S. Patient Assistance Programs | Medicine Safety Education | Energy and Climate Change | Corporate Responsibility Report | Anti-Infectives Timeline |



### U.S. Patient Assistance Programs

Everyone should have access to the medicines they need. Pfizer Helpful Answers® is our family of patient assistance programs to help people without prescription coverage save on many Pfizer medicines, no matter their age or income. People with limited income may even qualify to get free prescription medicine.

| Learn how Pfizer is helping patients throughout the U.S. save millions on their Pfizer prescription medicines. | Use Pfizer Helpful Answers to see which prescription drug assistance program may work best for you. |

Case 1:04-cv-10981-PBS   Document 1956-6   Filed 07/08/09   Page 3 of 3




Home     About Pfizer     Products     Research & Development     Responsib

Home > Research & Development > R&D Locations

**Pipeline**

**Phases of Development**

**Post Marketing Commitments**

**R&D Locations**
- Groton/New London
- Sandwich
- La Jolla
- St. Louis
- Cambridge
- Rinat, South San Francisco

**Licensing & Alliances**

**Investigator-Initiated Research**

# Science Policy

We strive to maintain the highest ethical, scientific, and clinical standards in all our clinical research around the world. We regularly review our science policies to align them with Pfizer's vision, values, and goals, and with our stakeholders' evolving values.

**A few facts about Pfizer:**

We focus on a broad range of unmet medical needs spanning 10 major Therapeutic Areas and invest more than $7 billion annually in the in the research and development of new products

In addition to Pfizer's internal clinical research principles, we follow the generally accepted international standards for research.

All of our clinical research must be reviewed by a qualified Independent Ethics Committee or Institutional Review Board.

Our clinical trials in host countries must be relevant to their health needs. For example, we work with the African Center for Clinical Trials, a nonprofit organization of African researchers working to attract foreign research.

We work with more than 250 partners in academia and industry, providing access to novel research and development tools and data on emerging trends.

Learn more about Pfizer's commitment to conducting ethical research and review our science policies.