UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| *Bulger v. Pfizer Inc., et al.* Case No. 1:07-cv-11426-PBS | |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE MISCELLANEOUS SUBJECTS FROM EVIDENCE AT TRIAL**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of the Report of Sheila Weiss Smith, Ph.D., FISPE, dated December 20, 2007.

3. Attached as Exhibit B is a true and correct copy of excerpts from the transcript of the deposition of Cheryl D. Blume, Ph.D., dated November 12, 2007.

4. Attached as Exhibit C is a true and correct copy of the Declaration of Keith Altman, dated April 3, 2008.

Signed under the penalties of perjury this 8th day of July 2009.

s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 8, 2009.

<u>/s/ David B. Chaffin</u>
David B. Chaffin
