UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                              :
In re:  NEURONTIN MARKETING,                  :
        SALES PRACTICES AND                   :
        PRODUCTS LIABILITY LITIGATION         :
                                              :
-----------------------------------------------------------x
                                              :
THIS DOCUMENT RELATES TO                      :
                                              :
Egilman v. Pfizer Inc., 1:07-11426-PBS        :
                                              :
-----------------------------------------------------------x
```

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN
IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO
EXCLUDE ALL EVIDENCE OF OR REFERENCES TO
WARNER-LAMBERT COMPANY LLC'S GUILTY PLEA OR ANY
RELATED GOVERNMENT INVESTIGATIONS OR AGREEMENTS**

I, Andrew G. Finkelstein, depose and state as follows:

1.      I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the

Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2.      This declaration is submitted in support of Plaintiff's Opposition to

Defendant's Defendants' Motion *in Limine* to Exclude All Evidence of or References to

Warner-Lambert Company LLC's Guilty Plea or Any Related Government Investigations or

Agreements.

3.      The following documents are attached hereto in support of this motion:

Exhibit A -   Information, dated May 13, 2004

Exhibit B -   Plea Agreement, dated May 13, 2004

Exhibit C -   Judgment in a Criminal Case, dated June 9, 2004

Exhibit D -   Sentencing Memorandum of the United States, dated June 2, 2004

Exhibit E -   E-mail from Joe Feczko, dated December 7, 2000

Exhibit F -   E-mail from John Marino, dated April 1, 2003

Exhibit G     Chart from October 28, 2008 Deposition of Charles King III, Ex. 1

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 8, 2009

> **/s/ Andrew G. Finkelstein**
> Andrew G. Finkelstein
> Finkelstein & Partners, LLP
> 1279 Route 300, P.O. Box 1111
> Newburgh, NY  12551
> (800) 634-1212
>
> *Attorneys for Plaintiff David S. Egilman*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 8, 2009.

Dated:  July 8, 2009

> **/s/ Andrew G. Finkelstein**
> Andrew G. Finkelstein