# EXHIBIT F

| | |
|---|---|
| From: | Marino, John |
| Sent: | Tuesday, April 01, 2003 9:34 PM |
| To: | Brigaitis, Jim; Natalicchio, Teri; Harrigan, Ed; Poole, Robert Michael; Abrams, Jonathan; Ahmed, Danyal; Alemayehu, Demissie; Alindogan, Jeanette; Allen, Rick; Alphs, Larry; Altevogt, Rudolf; Bade, Patricia; Balkin, Sandy; Batesko, Susanne; Bishay, Mary; Blanckmeister, Carolyn; Bockbrader, Howard; Brandenburg, Nancy; Brennan, Sean; Burch, Rick; C6X01, USPFF; Campbell, Michael; Caprino, Mariann; Carlin, Kathleen; Carlis, Cristina; Castro, Lucy; Cristo, Stephen; Davidson, Simon; De Los Reyes, Christine; DeBenedictis, Karen; Dowd, Christopher; Dowd, Kathleen M; Dukes, Ellen; E3H14, USPFF; Flapan, Valerie; Fleischmann, Bruce; Follmann, Kara; Forminard, Elizabeth; Friedman, Nathan; Garrity, Andrea; George, Tim; Ghosh, Soumojeet; Gipson, Teletha; Glanzman, Robert; Hakes, Sharon E; Harris, Kathy; Hauben, Manfred; Holley, Preston; Huang, Sue; Hylan, Timothy; Johnson, Rady; K1X00, USPFF; K2X00, USPFF; Kennon, Kellie; Kibel, Mark; Kitsis, Elizabeth; Knapp, Lloyd; Krayacich, John; Kristoff, Joe; Lu, Allan; M3H00, RMRS; M7C00, RMRS; Mahjour, Majid; Mancini, Nancy; Mays, Michelle; Misiak, Paul; Muir, Sheila; Murphy, David; Myers, Jeffrey; Nepveux, Kevin; Neraas, Mary Beth; Nugent, Daphne; Pande, Atul; Parsons, Bruce; Patel, Manini; Pearson, David; Peyser, Shoshana; Reehil, Kenna; Rodriguez, Denise; Sadosky, Alesia; Salas, Gilbert; Salgado, Ana; Sase, Shinichi; Sigler, Cathy; Stephenson, Pamela; Stewart, Gordon B.; Symecko, Carl; Taylor, Charles; Taylor, Kirk; Thon, Detlev; Tinney, Francis; Tive, Leslie; Tobin, Maura; Ventura, Anthony; Wang, Yuan; Weissman, James; Williams, David; Zorn, Stevin; Barriera, Linda; Crespo, Angela; Dana, Melissa; Doft, Suzanne; Fannon, Allison; Garcia, Marino; Glover, Craig; Grogan, Christine; Hemenway, Leigh Ann; Kaplan, Joan; Piron, Steve; Probert, David; Rowbotham, Michael; Stampp, Jennifer; Valero, Patricia; Yoder, Meg |
| Subject: | 1000 Days of NEURONTIN |

On July 10th, 2000, I started on a mission to bring NEURONTIN to its rightful place amongst the other Blockbusters of the New Pfizer.  Ever since that first day, it has truly been an incredible journey.

NEURONTIN is officially 30 years old this year, having first been formulated in 1973.  Any person who has been associated with it for some time will tell you that it has survived many very unusual circumstances, well beyond any normal expectation.  Perhaps it really has used up all of its "Nine Lives".  Or maybe not just quite yet.

Global sales in 1999 were just less than $1Billion.  Total sales since the first launch in 1993/94 were about $2Billion.  In the beginning of the Year 2000, it was expected that the Future Value of NEURONTIN was around $1Billion, due to the expected launch of generics after July 16th, 2000.   No one in Parke-Davis really gave it much of a chance to survive.  Of course, that was until April 25th of that year, when Pfizer began to see its potential.

But soon after the New Pfizer Team got started, there were many doubts and challenges that lay ahead.  There was no Global strategy in place and ex-US sales were about $100MM.  NEURONTIN never really had an appropriate life-cycle development plan, and the indications were limited to epilepsy.  No one was really sure if the new patent protection would withstand significant challenges, and generics had threatened to launch.  Most of the Pfizer colleagues did not know anything about the drug, except that it was "very special" and that it had "lots of legal problems".

The reality now is that even if generics launch in the US in early 2004, as is expected, NEURONTIN will have generated an additional $10Billion in sales beyond its original expected life (the Year 2000).  Not too bad for a drug which had initial peak sales projections of $100MM.  Pfizer's 2.2MM shareholders should be grateful for that contribution.

Along the path toward success we have made some impressive accomplishments.  The recent development of the treatment of Neuropathic Pain on a global basis is largely attributed to the expansion of NEURONTIN's usage.  In the US, we were the first oral product to gain an indication in the Management of Post-Herpetic Neuralgia.  That followed gaining an impressive pediatric indication, the 16th product approved by the FDA under the Pediatric Exclusivity Provision.  And we have recently made some significant progress in Japan following the stellar results of a clinical trial in epilepsy.  We have created a product that has helped more than 10MM patients in 100 countries around the world, who take more than 2 billion capsules and tablets each year, to improve their quality of life.  And yet, there remain millions of more patients who can still  benefit.

However, out of all the things of which I am most proud is the incredible NEURONTIN Team that we have created.  From

1

the halls of PGRD Ann Arbor to the N-Force members of PD2, RON, and Vista Sales Forces, the NEURONTIN spirit is alive and well.  I can not tell you how many external colleagues that I have met who consistently tell me that the NEURONTIN Team is one of the best that they have worked with in Pfizer.  We also hear it frequently from the respective countries and they have resoundingly responded with their enthusiastic support.  The fact is that you *can* do things a little bit differently.  Success speaks for itself.

In any case, it is time for myself to move on, especially with new opportunities presented by the acquisition of Pharmacia.  Many of us will fondly remember the past **1000 Days of NEURONTIN**.  Like every long journey, we will probably forget the challenges or impossible odds that we faced.  In retrospect, it will seem like it was not so hard to do, because we did accomplish, or even exceed, all of our basic objectives.

Some might attribute this success to luck.  I will always argue that, in fact, it is the product of hard-working Champions.

Regards,

*John Marino*
*WWTL, NEURONTIN*

2