UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                           :     MDL Docket No. 1629
In re:  NEURONTIN MARKETING,               :
        SALES PRACTICES AND                :     Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION      :
                                           :     Judge Patti B. Saris
-------------------------------------------------------------x
                                           :     Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                  :
                                           :
Egilman  v. Pfizer Inc., 1:07-cv-11426-PBS :
                                           :
-------------------------------------------------------------x
```

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.
IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE*
TO EXCLUDE EVIDENCE OF POST-INCIDENT REGULATORY
ACTIONS, LABELING, AND PATIENT INFORMATION GUIDES**

I, Andrew G. Finkelstein, deposes and states as follows:

1.      I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the

Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2.      This declaration is submitted in opposition to Defendants' Motion *in Limine* to

exclude evidence of post-incident regulatory actions, labeling and patient information guides.

3.       The following documents are attached hereto in support of this motion:

Exhibit A -   April, 2009 Letter from the FDA to Pfizer and attached 2009 new label for
              Neurontin

Exhibit B -   Excerpts from expert report of Plaintiff's expert Dr. Cheryl Blume, pp. 195, 196

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 8, 2009

/s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Attorneys for Plaintiff David S. Egilman*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 8, 2009.

Dated:  July 8, 2009

/s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein