UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,            :
       SALES PRACTICES AND            :   Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION   :
:   Judge Patti B. Saris
----------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:               :
:
*Egilman v. Pfizer Inc.*, 1:07-cv-11426-PBS   :
:
----------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN
OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE*
TO EXCLUDE EVIDENCE OF MARKETING OR ADVERTISING
MATERIALS AND CONDUCT, DAVID FRANKLIN AND THE
*FRANKLIN* LITIGATION, AND OTHER CLAIMS OR ACTIONS**

I, Andrew G. Finkelstein, deposes and states as follows:

1.  I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2.  This declaration is submitted in opposition to Defendants' motion *in limine* to exclude evidence of marketing or advertising materials and conduct, David Franklin and the *Franklin* litigation and other claims or actions,

3.  The following documents are attached hereto in support of this motion:

Exhibit A -   Neurontin Action Plan 2004

Exhibit B -   Internal document of Manfred Hauben; Bates No. Pfizer M Hauben 0000123-0000125

Exhibit C -   Excerpt from Transcript of Akabane, Yoshiharu at pp. 53

Exhibit D -   Gabapentin Data Capture Aid

Exhibit E -   April 1, 2003 e-mail by John Marino

Exhibit F -   December 7, 2000 e-mail from Joe Feczko

Exhibit G -   Chart entitled "Percentage of Serious Reports For Suicide and Self injurious Behavior'

Exhibit H -   Excerpts from the Expert Report of Dr. Charles King III.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 8, 2009

        **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein
        Finkelstein & Partners, LLP
        1279 Route 300, P.O. Box 1111
        Newburgh, NY  12551
        (800) 634-1212
        *Attorneys for Plaintiff David S. Egilman.*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 8, 2009.

Dated:  July 8, 2009

        **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein