# EXHIBIT A

# Neurontin Action Plan – POA2-2004

### 2004 Goal
- National Goal = Achieve $2.5 Billion and 15% growth in 2004
- Currently 104% of Budget, GAR = 98.77%. YTD Sales of $780 million with growth 19.7%

### Market Overview
- Neurontin weekly shares are trending up - bottomed in January after declining in 2003.
- Tablet business has increased from 32% to 37% of Neurontin total.
- 75% of targeted PCPs now achieving at least 1800mg. PCPs still slowest to get there.
- Other AEDs growing faster than Neurontin in LTC (16% vs 59%)
- Eisai's new specialty team will promote Zonegran.

### Strategies
- 2nd position Detail on every call
- Deliver Consistent 3 Step Message
- Grow LTC business

No calls on Psychs!!!!

### Core Message

"NEURONTIN Is a Different Kind of Medication that provides Significant Reduction of the *Burning, Stabbing,* and *Electric-Shock-Like* Pain of PHN, when dosed up to 600mg TID or Pain Free"

### Messaging
1) Differentiate Neuropathic pain from Joint/Muscle pain - Describe PHN as one type of Neuropathic pain
2) Neurontin is most effective for relieving the pain of PHN
    a. Sell Rice & Robotham
    b. Sleep improvements due to pain reduction – esp in LTC
3) Titrate to 600mg TID or Pain Free utilizing scored tablets.

### Executional Excellence
- Roll out LTC Kits – set specific metrics for appropriate LTC areas.
- Roundtable programs, Conference Calls
- Re-N-Force letters

## NEURONTIN POA II DETAIL:

PAGE 1:
"When you have a patient with the *Burning, Stabbing, or Electric-Shock-Like Pain* of PHN, use Neurontin tablets FIRST by dosing up to 600mg TID or Pain Free. (differentiate between nociceptive here)

PAGE 2:
In fact, Neurontin is the only oral medication indicated for PHN—one of the most debilitating forms of neuropathic pain. Neurontin received this indication only after proving efficacious in two pivotal trials for PHN. Patients in both studies showed significant reductions in pain scores by week one and on average a 2.3 reduction in pain scores—that could well be the difference between being able to get up and out the door and staying in bed all day doctor. In addition, please note that half of the patients in Rice study had failed <u>three</u> other treatment therapies before being prescribed Neurontin. These patients are in severe pain and for many of them failure is not an option.

Include pain-related sleep interference here also.

No other oral medication has been able to achieve similar results to date doctor—and be assured that others have tried.

PAGE 3:
Since Neurontin is the only oral agent with demonstrated efficacy in the PHN patient and since most PHN patients would rather avoid failed therapy options, doesn't it make sense to start with Neurontin and to titrate Neurontin tablets to 600mg TID in all of your PHN patients?

# The Medical Letter®

On Drugs and Therapeutics

www.medicalletter.org

Published by The Medical Letter, Inc. • 1000 Main Street, New Rochelle, NY 10801 • A Nonprofit Publication

Vol. 46 (Issue 1180)
April 12, 2004

Also in this issue:
Pemetrexed *(Alimta)*..............Page 31
Index...................................Page 32

## GABAPENTIN *(NEURONTIN)* FOR CHRONIC PAIN

Gabapentin (*Neurontin* - Pfizer), which has been available in the US since 1994, is approved by the FDA only for treatment of partial epilepsy and postherpetic neuralgia, but is widely used off-label for a number of other indications, especially neuropathic pain syndromes. According to one report, among Medicaid recipients in Florida receiving gabapentin, 71% of prescriptions were for chronic pain and 8% for seizures and neuralgia ("The Pink Sheet" February 2, 2004; 66:30).

**TREATMENT OF CHRONIC NEUROPATHIC PAIN** — Neuropathic pain (originating in the peripheral or central nervous system) usually responds poorly or not at all to NSAIDS or acetaminophen (*Tylenol*, and others) and does not respond as well as other types of pain to standard doses of opioids. Anticonvulsants are often used for treatment of chronic neuropathic pain, but the only pain-related indications approved by the FDA for these drugs are trigeminal neuralgia (carbamazepine) and postherpetic neuralgia (gabapentin). Tricyclic antidepressants such as amitriptyline (*Elavil*, and others) and desipramine (*Norpramin*, and others) can relieve many types of neuropathic pain, but they cause anticholinergic effects and orthostatic hypotension, particularly in elderly patients, and are not recommended for patients with ischemic heart disease. A 5% lidocaine patch *(Lidoderm)* and tramadol *(Ultram)*, a centrally acting analgesic, have also been reported to be effective (RH Dworkin et al, Arch Neurol 2003; 60:1524).

**MECHANISM OF ACTION** — Gabapentin is an analog of the inhibitory neurotransmitter gamma-aminobutyric acid (GABA). Its mechanism of action in pain relief is unclear. The drug binds to specific subunits of voltage-sensitive calcium channels in the spinal cord, which may interfere with transmission of noxious stimuli.

**EFFICACY FOR TREATMENT OF NEUROPATHIC PAIN** — **Postherpetic neuralgia** – In a randomized, double-blind 8-week trial, average daily pain scores decreased by 33.3% in 113 patients with postherpetic neuralgia taking 1200-3600 mg/d of gabapentin, compared to a 7.7% reduction in 116 patients taking placebo (M Rowbotham et al, JAMA 1998; 280:1837). Another randomized double-blind trial compared gabapentin 1800 or 2400 mg/d to placebo in 334 patients with postherpetic neuralgia. After 7 weeks of treatment, reductions in pain scores from baseline were 34.5% and 34.4% for the 1800-mg and 2400-mg doses of gabapentin versus 15.7% for placebo, a statistically significant difference (AS Rice, S Maton et al, Pain 2001; 94:215).

**Painful diabetic neuropathy** – In a randomized, double-blind, 8-week trial, in 165 patients with diabetic peripheral neuropathy, mean pain scores were significantly lower with gabapentin (1800-3600 mg/d) compared to placebo from weeks 2-8. About 60% of patients treated with

EDITOR: Mark Abramowicz, M.D.   DEPUTY EDITOR: Gianna Zuccotti, M.D., M.P.H., Weill Medical College of Cornell University
CONSULTING EDITOR: Martin A. Rizack, M.D., Ph.D., Rockefeller University   CONTRIBUTING EDITOR: Philip D. Hansten, Pharm.D., University of Washington
ADVISORY BOARD: Jules Hirsch, M.D., Rockefeller University; James D. Kenney, M.D., Yale University School of Medicine; Gerald L. Mandell, M.D., University of Virginia School of Medicine; Hans Meinertz, M.D., University Hospital, Copenhagen; Dan M. Roden, M.D., Vanderbilt School of Medicine; F. Estelle R. Simons, M.D., University of Manitoba; Neal H. Steigbigel, M.D., New York University School of Medicine
EDITORIAL FELLOWS: Monika K. Shah, M.D., Columbia University College of Physicians and Surgeons; Jane Gagliardi, M.D., Duke University Medical Center
ASSOCIATE EDITORS: Donna Goodstein, Amy Faucard   MANAGING EDITOR: Susie Wong   EDITORIAL ADMINISTRATOR: Marianne Aschenbrenner   PUBLISHER: Doris Peter, Ph.D.
Founded 1959 by Arthur Kallet and Harold Aaron, M.D. Copyright 2004. (ISSN 1523-2859)

Federal copyright law prohibits unauthorized reproduction by any means and imposes fines of up to $25,000 for violations.

Pfizer_DProbert_0028566

gabapentin had at least a moderate improvement in pain scores, compared to 33% of those who took placebo (M Backonja et al, JAMA 1998; 280:1831). A small randomized, double-blind, crossover trial compared gabapentin 900 to 1800 mg/day with a relatively low dose of amitriptyline, 25 to 75 mg/day, for treatment of diabetic peripheral neuropathy pain. After 6 weeks, 11 (52%) of 21 patients treated with gabapentin achieved moderate or greater pain relief compared to 14 (67%) of 21 treated with amitriptyline; this difference was not statistically significant (CM Morello et al, Arch Intern Med 1999; 159:1931).

**Other Pain Syndromes** — Therapeutic benefit has been reported after off-label use of gabapentin for other neuropathic pain syndromes, including trigeminal neuralgia, multiple sclerosis pain, neuropathic head and neck pain, HIV-related sensory neuropathy, phantom limb pain, Guillain-Barré syndrome, complex regional pain syndrome and pain associated with spinal cord injury. These reports were mostly sponsored and, according to some sources, written by the manufacturer (MG Serpell et al, Pain 2002; 99:557; I La Spina et al, Eur J Neurol 2001; 8:71; A Mack, J Manag Care Pharm 2003; 9:559). In one study, gabapentin interacted synergistically with opioids in patients with cancer pain (MI Bennett and KH Simpson, Palliat Med 2004; 18:5). In another, gabapentin given postoperatively decreased use of morphine, but did not affect pain scores (G Dierking et al, Acta Anaesthesiol Scand 2004; 48:322).

**OTHER OFF-LABEL USES** — A randomized, double-blind 12-week trial found that gabapentin titrated to 2400 mg/d was more effective than placebo in preventing **migraine headaches**. The median 4-week migraine rate at the end of the treatment period was 2.7 with gabapentin and 3.5 with placebo, compared to 4.2 and 4.1 at baseline. A reduction of at least 50% in the 4-week migraine rate was observed in 26 of 56 (46%) gabapentin-treated patients compared to 5 of 31 (16%) treated with a placebo (NT Mathew et al, Headache 2001; 41:119).

Small open-label trials and case reports have suggested that gabapentin is effective for treatment of both depression and mania in bipolar disorder. However, controlled trials in patients with refractory **mood disorders** found that gabapentin alone or added to other drugs was less effective than lamotrigine (*Lamictal*), and no more effective than placebo (AE Evins, J Clin Psychiatry 2003; 64 suppl 8:9). In a small controlled trial, gabapentin was more effective than placebo in patients with **social anxiety disorder** (AC Pande et al, J Clin Psychopharmacol 1999; 19:341). Gabapentin has also been used for treatment of **attention deficit disorder**, but only a few case reports have been published.

**ADVERSE EFFECTS** — Common adverse effects of gabapentin are dizziness and somnolence, which usually occur more often during dose titration and resolve over time. Ataxia, fatigue, peripheral edema, confusion, depression and asthenia can occur. A withdrawal syndrome with anxiety, insomnia, nausea, pain and sweating has been reported after abrupt discontinuation of the drug.

**DRUG INTERACTIONS** — Gabapentin does not induce or inhibit hepatic microsomal enzymes. Antacids may decrease the bioavailability of the drug by about 20%.

**DOSAGE AND COST** — Gabapentin is marketed in 100-, 300- and 400-mg capsules and recently became available in 600- and 800-mg scored tablets. The recommended starting dosage for adults with postherpetic neuralgia is 300 mg on Day 1, 600 mg on Day 2 (divided b.i.d.), and 900 mg on Day 3 (divided t.i.d.). The dose can then be titrated up as needed for pain relief to a daily dose of 1800 mg (divided t.i.d.). To limit daytime sedation, some patients may need to start with 100 mg in a single dose at bedtime, which can be increased gradually over 3-8 weeks. In clinical studies of postherpetic neuralgia, efficacy was demonstrated for doses ranging from 1800 to

3600 mg/d (the usual dosage for epilepsy), but no additional benefit was shown at doses greater than 1800 mg/d. The dosage should be lowered for patients with renal insufficiency or on hemodialysis. One month's supply of the drug at a dosage of 1800 mg/day costs about $205.20, according to data from retail pharmacies nationwide provided by NDCHealth, a health care information services company, February, 2004.

**CONCLUSION** — Although FDA-approved only for treatment of partial epilepsy and postherpetic neuralgia, gabapentin *(Neurontin)* is widely used off-label, particularly for chronic pain. In short-term studies, it appears to be effective for painful diabetic neuropathy and might be useful for some other forms of neuropathic pain as well, and possibly for prophylaxis of migraine, but more controlled trials are needed. There is no good evidence that gabapentin is effective for mood disorders or attention deficit disorder. The drug can cause dizziness, somnolence and confusion, especially at higher doses.

## PEMETREXED *(ALIMTA)* FOR MESOTHELIOMA

The combination of pemetrexed (*Alimta* – Lilly) and cisplatin is the first chemotherapy regimen approved by the FDA for treatment of malignant pleural mesothelioma. This uncommon malignancy, which has been linked to asbestos exposure, was previously considered unresponsive to chemotherapy, with a median survival of 6-8 months from diagnosis (VW Rusch, J Clin Oncol 2003; 21:2629).

**PHARMACOLOGY** — Pemetrexed is an antimetabolite that inhibits several enzymes involved in folate metabolism, including dihydrofolate reductase, thymidylate synthase, and glycinamide ribonucleotide formyltransferase (WT Purcell and DS Ettinger, Curr Oncol Rep 2003; 5:114). Following IV administration, the drug is cleared unchanged, primarily by the kidneys, with an elimination half-life of 3.5 hours.

**CLINICAL STUDIES** — Approval of pemetrexed was based mainly on the results of a randomized trial that included 448 chemotherapy-naïve patients with unresectable mesothelioma who were randomized to receive either pemetrexed plus cisplatin (*Platinol*, and others) or cisplatin alone. Patients treated with the combination had a statistically significantly longer median survival (12.1 vs. 9.3 months), a longer time to progression (5.7 vs. 3.9 months), and a higher overall response rate (41% vs. 17%) (NJ Vogelzang et al, J Clin Oncol 2003; 21:2636). Patients on the combination also showed improvement in pain, shortness of breath, and quality of life (RJ Gralla et al, Proc Am Soc Clin Oncol 2003; 22:621, abstract 2496). In 27 patients with mesothelioma, pemetrexed was also effective when combined with carboplatin (A Hughes et al, J Clin Oncol 2002; 20:3533). In a phase II trial of 64 patients taking pemetrexed as a single agent, the response rate was 14% and median survival was 10.7 months (GV Scagliotti et al, J Clin Oncol 2003; 21:1556).

Pemetrexed is under investigation for treatment of several other malignancies besides mesothelioma, including non-small cell lung, gastric, pancreatic, and breast cancer (GV Scagliotti and S Novello, Expert Opin Investig Drugs 2003; 12:853; E Bajetta et al, Ann Oncol 2003; 14:1543; HL Kindler et al, Proc Am Soc Clin Oncol 2002; 21:125a, abstract 499).

**ADVERSE EFFECTS** — The most common adverse effects of pemetrexed are myelosuppression, rash, fatigue, mouth sores, nausea and diarrhea. Supplementation with vitamin B12 (1000 µg IM q9 weeks) and folic acid (350-1000 µg PO daily), started one week before the first treatment, decreases toxicity with no apparent loss of efficacy (C Niyikiza et al, Semin Oncol 2002; 29 suppl 18:24). Patients should also take dexamethasone (4 mg b.i.d. x 3d) starting the






DO NOT DETAIL

# Demand for Tablets Growing with Dosing Message and Scored Tablet



## Scored Tablet News

- Shipping Began February 2, 2004
- Scored Tablets Sales Are $244MM*
- Tablet Sales Are 38% of Total Sales, Up from 32%*

*Source: Internal Sales as of May 3, 2004



Tablet NRx as % of Total | Tablet TRx as % of Total

2003 Mar: 17.6 / 12.2
2004 Mar: 22.4 / 16.4
2003 Mar: 18.8 / 13.2
2004 Mar: 21.4 / 15.4

■ 600   ▨ 800

Source: IMS March 2004

Pfizer_DProbert_0028570

# NEURONTIN Market Share Among PCPs Continues to Rise

## AED NRx Market Share (%)



PCPs

NEURONTIN: 2003, 2004

Branded Competitors (Topamax, Lamictal, Trileptal, Keppra, Zonegran)
2003: 0.6, 0.3, 4.4, —
2004: 0.8, 0.5, 5.6, —

Source: IMS Health NPA, 1st Quarter, 2004

# Competition Experiencing Robust Growth Among Specialists

## AED NRx Market Share (%)

**Anesthesiologists**

NEURONTIN — 2003, 2004
Branded Competitors — 2003, 2004
Topamax, Lamictal, Zonegran, Trileptal, Keppra

**Neurologists**

NEURONTIN — 2003, 2004
Branded Competitors — 2003, 2004
Topamax, Lamictal, Zonegran, Trileptal, Keppra

Source: IMS Health NPA, 1st Quarter 2004

NEURONTIN (gabapentin)

Pfizer_DProbert_0028572

# Competitors Growing Among Neurologists in Non-PHN Markets

**Market Research/Advisory Board Insights**

- Loss in Neurologist AED Market Share Is Concentrated in Off-Label Indications

- Changing PCP Referral Patterns May Be Leading to a Plateau in Neuro AED Market Share for PHN
  - Smaller Percentage of Referrals Are NEURONTIN-Naïve
  - Most Referrals Reaching 1800mg/day
  - Neurologists Are Forced to Try Other AEDs to Treat PHN

- Despite Growing Experience Base in Using Other AEDs to Treat PHN, NEURONTIN Remains the 1st Line Treatment of Choice by Neurologists




Pfizer_DProbert_0028573

# NEURONTIN PHN Use Up Since Launch

## Share of PHN Drug Uses

(Line chart: Codeine & Comb, NSAIDs/COX-2, Darvocet, TCAs, NEURONTIN, Lidoderm Patch, Ultracet/Ultram, Other AEDs; 02/2000 – 02/2004; 0% – 50%)

## NEURONTIN Drug Uses

February 2003: PHN 2.2%, DPN 6.4%, ... 6.5%
February 2004: PHN 5.0%, DPN 5.0%, ... 6.1%

Categories: PHN, DPN, Neuropathic Pain, Chronic Pain, Migraine/Headache, Bipolar, Other Psych Disorders, All Others, Epi/Convulsions

Source: Scott Levin PDDA; MAT February 2004



NEURONTIN (gabapentin)

Case 1:04-cv-10981-PBS   Document 1965-2   Filed 07/08/09   Page 12 of 20

Pfizer_DProbert_0028574

# Still Room for NEURONTIN in PHN

## Agents Used in PHN



Legend: SSRIs, Analgesic Fixed, NEURONTIN, Other Anticonvulsants, Other, Narcotics, Lidoderm Patch, TCAs, NSAIDs, COX-2s

| | PCP | Neurologist | Pain Management |
|---|---|---|---|
| SSRIs | 6% | 4% | 4% |
| Analgesic Fixed | 8% | 1% | 6% |
| NEURONTIN | 17% | 23% | 19% |
| Other Anticonvulsants | 11% | 20% | 7% |
| Other | 9% | 8% | 12% |
| Narcotics | 15% | 10% | 13% |
| Lidoderm Patch | 5% | 10% | 4% |
| TCAs | 9% | 14% | 13% |
| NSAIDs | 11% | 4% | 3% |

Source: Ziment PHN Tracking Study, December 2003



NEURONTIN (gabapentin)

Pfizer_DProbert_0028575








## NEURONTIN GC Core Message

"When you have a patient with the *Burning, Stabbing, or Electric-Shock-Like Pain* of PHN, **Use Neurontin FIRST** - dosing up to 600mg TID or to Pain Free

NEURONTIN (gabapentin)

12

Pfizer_DProbert_0028577

## NEURONTIN
### Key Competitive Advantages

- ◆ Favorable Safety and Tolerability Profile
- ◆ Not Hepatically Metabolized or Protein Bound
- ◆ Few Drug-Drug Interactions
- ◆ Does Not Require Blood Level Monitoring or Liver Function Testing
- ◆ No Contraindications

(Except in Patients Who Have Demonstrated Hypersensitivity to the Drug or Its Ingredients)

Implications: *Safe and Easy*



Pfizer_DProbert_0028578





# 3-Step Messaging Consistently Communicates the Core Message




Pocket Guide — NE170262




Visual Aid — NE170280

◆ *Differentiate* Between Neuropathic and Musculoskeletal (Nociceptive) Pain by Highlighting Symptoms

◆ Drive Home *Efficacy* at 600mg TID
  – Significant PHN Pain Reduction as Early as Week 1 in 2 Pivotal Trials
  – Significant Improvement in Patient-Reported Outcomes
  – Significant Reduction in "Pain-Related" Sleep Interference

◆ Reinforce *Dosing*
  – Up to 600mg TID or Pain Free
  – New 3x3 Dosing Option to Simplify Titration
  – Introduce Scored Tablets

14

NEURONTIN (gabapentin)

Pfizer_DProbert_0028579




# Competition Outpacing NEURONTIN In a Growing LTC Business

## Market Share Eroded by Smaller Players

## NEURONTIN Growing at 16% But Outpaced by Competitors

Source: IMS 2002 and 2003 Full Year Sales, LTC National Sales Perspective

# Get a Handle on PHN:
## LTC In-Service Kit




**New**

NE169291

NE169291F

*Kit in OOAK is a Sample Only*




NEURONTIN
(gabapentin)

- ◆ Comprehensive, Disease-Management Program for Use with LTC Customer
- ◆ Deliver to DON or Medical Director
- ◆ In-Service Audience: LTC Staff
- ◆ In-Service Will Help:
  - Raise Awareness of PHN
  - Highlight Pain Differentiation
  - Reinforce Accurate Diagnosis
  - Promote Effective Treatment of PHN with NEURONTIN
- ◆ Allocation: 15 per PD2 Representative
- ◆ Backgrounder Available Separately for Ordering

22

  

# Invitation Material Helps Introduce and Organize a Successful In-Service



*Announcement Poster*

- Generates Interest in PHN
- Invites Staff to Attend In-Service Meeting



*Sell Sheet*

*Provide Customer with*

- Overview of Program
- Key Benefits for Organizations