I am concerned about dosing Neurontin to this dose in the elderly and renal impaired.

Pfizer_DProbert_0028606

I understand your concern about balancing efficacy and safety, however if dosed properly these patients can benefit from Neurontin therapy…

- You can easily calculate the dosage for elderly patients with renal impairment from the PI—based on creatinine clearance.

- The average age of patients in the 3600 mg study was 73.

Pfizer_DProbert_0028607

# Is there an interaction between morphine and Neurontin?

Pfizer_DProbert_0028608

# I have data showing Neurontin and morphine are safe to use concomitantly....

- Our study shows Neurontin did not affect morphine pharmacokinetics or metabolism.

- Morphine however did affect Neurontin—by causing an increased absorption of Neurontin.

- For this reason it is important to monitor these patients for CNS depression and to reduce the dose of morphine or Neurontin if necessary

How should I use Neurontin in the treatment of diabetic neuropathy, trigeminal neuralgia or "itchy toe syndrome?"

Pfizer_DProbert_0028610

For information on that topic please call Pfizer Headquarters at

1-800-223-0432

- Neurontin has demonstrated efficacy and safety in 2 clinical trial in the management of PHN and in 4 trials for its indication as adjunctive therapy for partial seizures.

TCA's are cheaper than Neurontin and just as effective in the treatment of neuropathic pain.

Pfizer_DProbert_0028612

If you are looking for a safe, effective treatment for PHN, Neurontin is the only oral FDA-approved therapy available.

- Neurontin demonstrated efficacy and safety for the management of PHN in two large placebo controlled clinical trials.

- Patient experienced
  – Significant pain relief
  – Improvement in vitality
  – Improvement in mental health
  – Reductions in sleep disturbances

Pfizer_DProbert_0028613

# I use opiods or NSAIDs (misdiagnosing PHN?)

Pfizer_DProbert_0028614

# NSAIDs and opiods are effective for many types of pain...

- Musculoskeletal pain arises from damage to tissue and neuropathic pain usually arises from injury or dysfunction of the nervous system.

- PHN pain arises from this type of damage to the nervous system

- In studies Neurontin provided significant pain relief to these patients—making it the only FDA-approved oral med for PHN

Pfizer_DProbert_0028615

What does sleep interference mean and isn't it just a result of somnolence?

Pfizer_DProbert_0028616

# Patients with PHN may suffer significant sleep interference…

- Neurontin was shown to significantly reduce sleep interference PHN patients from baseline to the end of the study

- Drowsiness occurred in less than 25% of patients and is a measure of often affects patients during the day

- Sleep interference is however a measure of how well patients sleep at night

- Sleep architecture is improved with Neurontin

Pfizer_DProbert_0028617

My primary concern is the pain of PHN—I find patient-reported data to be less relevant to my patients.

Pfizer_DProbert_0028618

# Pain is the most important outcome of our studies doctor…

- PHN pain can be so debilitating that it can interfere with daily activities.

- In two different trials we used a self administered questionnaire that measures 8 outcome domains

- Patients reported improvement in several domains including bodily pain, vitality and mental health

- Can you see how important patient-reported outcome domains are to your patients with PHN?

Pfizer_DProbert_0028619

# DO NOT DETAIL

January 12, 2004

To:      Sales Managers and Representatives

From:   NEURONTIN DMT

Re:      Inquiries arising from class action advertisements

As you probably know, numerous advertisements are running nationwide seeking plaintiffs for a possible NEURONTIN® class action lawsuit. The advertisements, placed by lawyers and appearing on television, radio, and in newspapers, seek patients who have taken NEURONTIN and who have had suicidal thoughts/suicidal ideation. These ads have generated substantial concern among patients — some even have asked their physicians to take them off NEURONTIN. We believe that the ads are the result of the intense publicity surrounding NEURONTIN over the past year. The purpose of this communication is to provide you with information so that you know how to appropriately handle questions you may receive from health care professionals.

- **What has occurred to date with NEURONTIN?**

At this time, Pfizer is not aware of any legal claim or any lawsuit, whether a class action or not, that has been filed on behalf of anyone claiming to have suffered suicidal thoughts/suicidal ideation after taking NEURONTIN. It appears that the lawyers who are running the ads are trolling for prospective plaintiffs.

- **What are the NEURONTIN data with regard to suicidal ideation/suicidal attempts/suicide?**

Pfizer is committed to monitoring the safety of our products even after product approval. The NEURONTIN clinical database covers trials involving more than 2000 subjects. In subjects with neuropathic pain, in particular with PHN (600 subjects), there were no related reports in gabapentin-treated patients. In subjects with epilepsy, suicidal thoughts were reported as an infrequent adverse event and suicide gesture was reported as a rare adverse event.

- **How should sales representatives respond to safety questions about NEURONTIN?**

As always, your response to questions about our products must strictly conform to and be consistent with the package insert. NEURONTIN has almost 10 years of experience covering over 10 million patients and has been proven to be effective and ***well-tolerated*** in the management of postherpetic neuralgia patients and as adjunctive therapy in the treatment of partial seizures.

Pfizer_DProbert_0028620

# DO NOT DETAIL

## Q & A on the safety of NEURONTIN® (gabapentin) regarding suicidal behaviors

### I. SUMMARY

♦ NEURONTIN is indicated:
  o As adjunctive therapy in the treatment of partial seizures with and without secondary generalization in patients older than 12 years of age with epilepsy.
  o As adjunctive therapy in the treatment of partial seizures in pediatric patients 3 to 12 years of age.
  o For the management of postherpetic neuralgia (PHN) in adults.

♦ In clinical trials, NEURONTIN was administered to 2074 patients older than 12 years of age during epilepsy trials, some of which were placebo-controlled. _Suicidal thoughts_ were reported as _infrequent (happening in 1 out of every 100 to 1 out of every 1000 patients)_ and _suicide gesture_ was reported as _rare (happening in fewer than 1 out of every 1000 patients)_ in both adults and adolescents with epilepsy during clinical trials.

♦ There were no reports of suicide in the PHN trials.

♦ The presence of mental illness is a significant risk factor for suicidal behavior. Patients with chronic medical illnesses such as epilepsy, diabetes mellitus, and chronic pain have a higher incidence of depression than found in the general population. Hence the patients receiving NEURONTIN are part of this group that is already at higher risk for an underlying mood disorder that makes them vulnerable to the potential for suicidal behavior.

♦ We have received spontaneous reports of suicide or suicidal thoughts since the market introduction of NEURONTIN. Please note that these reports cannot be used to calculate incidence, estimates of risk, or whether or not taking NEURONTIN is responsible for suicide or suicidal thoughts.

♦ No relationship between the use of NEURONTIN and suicidal behavior has been established.

♦ The FDA has found no reason to take any action in response to these reports.

1

Pfizer_DProbert_0028621

# DO NOT DETAIL

I. CLINICAL AND EPIDEMIOLOGICAL OVERVIEW OF SUICIDE

### 1. What is the definition of suicide and suicidal ideation or thoughts?

Suicide is defined as the act of taking one's own life. While there is no consistent or common name or classification for suicidal acts, the diagnostic and statistical manual of mental disorders (DSM-IV) includes them as symptoms or signs that may be seen in major depression and borderline personality.[1]

Suicidal ideation, or thinking about committing suicide, can include several behaviors ranging from suicidal gestures, voicing of ideas, suicide plans, or risky lifestyles to nonfatal but injurious behavior with the intention to cause death (referred to as either a suicide attempt or parasuicide).[2]

### 2. How are suicidal thoughts evaluated?

Currently there is no standard way of evaluating suicidal thoughts. In many cases, for patients to be hospitalized, many managed care protocols require that suicidal thoughts not only be documented, but that there be a previous suicide attempt or formulated plan of suicide. The validity of these criteria is debated, however, because most serious attempts at suicide appear to be impulsive.[3]

### 3. How many suicides happen annually in the US?

There are approximately 30,000 suicides annually in the US or 12 out of every 100,000 Americans per year take their own lives, yielding a national percentage of 1.3% per year.[4]

### 4. What special populations are at high risk for suicidal behavior?

The presence of mental illness is a significant risk factor for suicidal behavior. Of the adults who commit suicide, as many as 90% have at least 1 psychiatric illness, most often depression, bipolar disorder, schizophrenia, substance abuse, or borderline personality disorder.[2] In addition, as the severity of depression increases, so does the risk of death by suicide. Furthermore, patients with chronic medical illnesses such as epilepsy, diabetes mellitus, and chronic pain also have a high incidence of depression.[5]

2

Pfizer_DProbert_0028622

# DO NOT DETAIL

## II. NEURONTIN® (gabapentin) AND REPORTS OF SUICIDE

### 1. Is there a link between NEURONTIN and suicidal behavior?

No relationship between the use of NEURONTIN and suicidal behavior has been established.

It should be remembered that the patient population being prescribed NEURONTIN is part of a group of patients that is already at higher risk for an underlying mood disorder that makes them vulnerable to the potential for suicidal behavior. Chronic medical illnesses, such as epilepsy and chronic pain, are associated with a high risk of depression, which is most often linked to suicidal behavior. [5,6]

To date, there have been no case reports of suicidal behavior in elderly patients who were prescribed NEURONTIN for PHN.

### 2. Has suicide or suicidal thoughts (ideations) been reported in clinical trials of NEURONTIN?

In clinical trials, adverse events are recorded without regard to their cause.

NEURONTIN was administered to 2074 patients older than 12 years of age during adjunctive therapy clinical trials in epilepsy, some of which were placebo-controlled. There were 2 patients (0.096%) with suicide gesture and 6 patients (0.29%) who were suicidal (7 patients in total, 1 patient experienced both events). The frequencies shown in Table 1 represent the number of those patients exposed to NEURONTIN who experienced suicidal thoughts or gestures on at least 1 occasion while receiving treatment with NEURONTIN. [7]

As per our FDA-approved package labeling for NEURONTIN, _suicidal thoughts_ were reported as an _infrequent event (happening in 1 out of every 100 to 1 out of every 1000 patients)_ and _suicide gesture_ was reported as a _rare event (happening in fewer than 1 out of every 1000 patients)_ in both adults and adolescents with epilepsy during clinical trials. There were no reports of suicide in the PHN trials. [8]

3

# DO NOT DETAIL

**Table 1.  Reports of Suicidal Thoughts and Suicide Gesture in NEURONTIN[®] (gabapentin) Clinical Trials of Patients With Epilepsy or PHN[7]**

| | Epilepsy | | | PHN | | | |
| | Placebo-controlled adjunctive therapy trials in patients >12 years of age[7,8] | | In clinical trials[*,7,8] | Placebo-controlled trials in adults[7,8] | | In pivotal controlled clinical trials in adults[†,7] | |
| | Gabapentin (N=543) | Placebo (N=378) | Gabapentin (N=1486) | Gabapentin (N=336) | Placebo (N=227) | Gabapentin (N=820) | Placebo (N=537) |
| Suicidal Thoughts | 0 | 0 | 5 (0.3%) | 0 | 0 | 0 | 0 |
| Suicide Gesture | 0 | 0 | 2 (0.1%) | 0 | 0 | 0 | 0 |

[*] These controlled and uncontrolled studies included 1486 patients with epilepsy who received gabapentin therapy. Patients with migraine or spasticity were also included.

[†] These 5, double-blind, placebo-controlled, multicenter trials were conducted in patients with diabetic peripheral neuropathy, PHN, and mixed neuropathic pain.

### 3. Has suicide or suicidal thoughts been reported in postmarketing or safety surveillance data of NEURONTIN?

A search of our postmarketing safety surveillance database for NEURONTIN revealed that we have received spontaneous reports of suicide or suicidal thoughts since the market introduction of NEURONTIN.  Accumulated spontaneous reports cannot be used to calculate incidence, estimates of risk, or whether or not taking NEURONTIN is responsible for suicide or suicidal thoughts because of the following reasons:

- Spontaneous reports are submitted on a voluntary basis and so the number of reports received may not reflect the actual number of cases that have occurred
- The actual number of patients receiving NEURONTIN at any given time is not known
- While case reports of suicidal behavior of patients taking NEURONTIN have been reported, the cause of the suicidal behavior or thoughts has not been established.

Pfizer Inc does not have any recommendations regarding the management of suicidal thoughts in patients receiving NEURONTIN.

### 4. Among case reports of patients who experienced suicidal behavior while taking NEURONTIN, what was the underlying medical condition for which NEURONTIN was prescribed? Were they prescribed other medications?

As of October 2003, a computerized search of the medical literature has identified case reports of suicidal behavior and the use of NEURONTIN.

4

Pfizer_DProbert_0028624

# DO NOT DETAIL

A published study of gabapentin-only exposures from April 1, 1998 to April 1, 2000 reported to 3 poison control centers revealed a total of 20 cases reported, 11 of which were an intentional suicide attempt, 5 were a result of therapeutic error, and 4 were listed as "unintentional general."[9]

Of the case reports published in the literature, a review of the patient medical histories show that 3 of the patients were epileptic, 1 had type 2 diabetes, and 1 had schizoaffective disorder.[10–14] The patient with type 2 diabetes had attempted suicide previously and was taking an antipsychotic and an antidepressant in addition to NEURONTIN. All 3 epileptic patients were taking other antiseizure medications, and 1 of these patients also had concomitant alcohol exposure.  In all cases, the overdose was treated with gastric lavage and recovery was uneventful.  There were no deaths.[10–14]

5

Pfizer_DProbert_0028625

# DO NOT DETAIL

### III. NEURONTIN® (gabapentin) PRESCRIBING AND REGULATORY INFORMATION

### 1. What are the indications for NEURONTIN?

NEURONTIN is indicated as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in patients older than 12 years of age with epilepsy. NEURONTIN is also indicated as adjunctive therapy in the treatment of partial seizures in pediatric patients 3 to 12 years of age.[8]

NEURONTIN is also indicated for the management of postherpetic neuralgia in adults.[8]

NEURONTIN is not approved by the Food and Drug Administration (FDA) for other medical or psychiatric conditions. Therefore, Pfizer Inc does not suggest or recommend the use of NEURONTIN for conditions other than partial epileptic seizures or PHN.

### 2. Has the FDA been informed of these incidents?

Yes. A MedWatch form must be filled out with the admitting diagnosis, detailed patient history and diagnosis, and all concomitant medications, which would include prescription or nonprescription drugs, as well as alcohol and so on.

### 3. What action is being taken by the FDA in response to these incidents?

The FDA has found no reason to take any action in response to these reports. The FDA has approved NEURONTIN as safe and effective as an adjunctive treatment for partial seizures in epilepsy patients and the pain associated with PHN.

### 4. Are there currently any studies underway involving NEURONTIN?

In the US, Pfizer is sponsoring a placebo-controlled trial to determine the efficacy of NEURONTIN in painful diabetic neuropathy.

6

# DO NOT DETAIL

## IV. PATIENT SAFETY INFORMATION

### 1. Who is at risk of suicide?

Up to 90% of adults who commit suicide have been diagnosed with at least 1 psychiatric disorder as classified by the DSM-IV, the most prevalent of which is major depression.[2] Patients with chronic medical illnesses, such as epilepsy and chronic pain like that associated with PHN, have a high prevalence of depression. The progressive loss of function and impairment associated with a chronic illness may cause depression, and several studies show that suicidal behavior is commonly found in chronic pain populations.[5,6]

In addition, an assessment of risk in managed care showed that 84% of the patients studied contacted some type of healthcare provider within the month before their suicide attempt.[3] Thus, the opportunity exists for a physician to evaluate and treat patients in these high-risk groups.

### 2. What percent of NEURONTIN® (gabapentin) patients have committed suicide who were prescribed other treatments, such as opioids, for PHN?

No PHN patients committed suicide.

7

Pfizer_DProbert_0028627