# EXHIBIT G



| Date | Psych Suicidal | Psych Reports | Psychiatric % | AED Suicidal |
|---|---|---|---|---|
| 19940630 | 0 | 0 | x | 6 |
| 19950630 | 0 | 2 | 0.00% | 8 |
| 19960630 | 0 | 2 | 0.00% | 11 |
| 19970630 | 0 | 6 | 0.00% | 12 |
| 19980630 | 1 | 26 | 3.85% | 14 |
| 19990630 | 4 | 61 | 6.56% | 15 |
| 20000630 | 9 | 99 | 9.09% | 15 |
| 20010630 | 13 | 153 | 8.50% | 15 |
| 20020630 | 16 | 228 | 7.02% | 16 |
| 20030630 | 21 | 319 | 6.58% | 17 |

| Date | Value |
|---|---|
| 19980630 | 0.359417554 |
| 19990630 | 1.550539715 |
| 20000630 | 3.388723473 |
| 20010630 | 3.795614683 |
| 20020630 | 3.366615418 |
| 20030630 | 3.433909222 |

| AED Reports | Anti-Epilep | Other Suicidal | Other Reports | Other % | Unspecified Suicidal |
|---:|---|---:|---:|---|---:|
| 362 | 1.66% | 1 | 10 | 10.00% | 2 |
| 502 | 1.59% | 1 | 43 | 2.33% | 2 |
| 726 | 1.52% | 2 | 101 | 1.98% | 2 |
| 872 | 1.38% | 2 | 153 | 1.31% | 2 |
| 960 | 1.46% | 2 | 229 | 0.87% | 2 |
| 1040 | 1.44% | 4 | 352 | 1.14% | 2 |
| 1250 | 1.20% | 7 | 545 | 1.28% | 2 |
| 1387 | 1.08% | 18 | 953 | 1.89% | 3 |
| 1519 | 1.05% | 26 | 1542 | 1.69% | 3 |
| 1668 | 1.02% | 71 | 2368 | 3.00% | 3 |

| | | |
|---:|---:|---:|
| 19.35264874 | 0.410416251 | 47.25412525 |
| 13.3309647 | 1.4707021 | 22.64127837 |
| 16.93620129 | 2.678992428 | 18.69993376 |
| 16.26268047 | 2.237345706 | 9.045061814 |
| 13.18415638 | 2.258811728 | 7.668532964 |
| 12.14961911 | 1.363979044 | 3.534241514 |

| Unspecified Reports | Unspecified % | Total suicidal | Total Count | All Indications % |
|---|---|---|---|---|
| 24 | 8.33% | 9 | 396 | 2.27% |
| 69 | 2.90% | 11 | 616 | 1.79% |
| 69 | 2.90% | 15 | 898 | 1.67% |
| 70 | 2.86% | 16 | 1101 | 1.45% |
| 70 | 2.86% | 19 | 1285 | 1.48% |
| 70 | 2.86% | 25 | 1523 | 1.64% |
| 72 | 2.78% | 33 | 1966 | 1.68% |
| 74 | 4.05% | 49 | 2567 | 1.91% |
| 75 | 4.00% | 61 | 3364 | 1.81% |
| 75 | 4.00% | 112 | 4430 | 2.53% |