UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| *Bulger v. Pfizer Inc., et al.* Case No. 1:07-cv-11426-PBS | |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE ANY TESTIMONY OR DISCUSSION BY DEFENDANTS THAT THEY COULD NOT HAVE AMENDED THE NEURONTIN LABEL OR ISSUED STRENGTHENED WARNINGS WITHOUT PRIOR FDA APPROVAL**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of the May 2002 FDA Approval Letter for Neurontin.

3. Attached as Exhibit B is a true and correct copy of the Affidavit of Cynthia McCormick, M.D., dated September 13, 2007.

Signed under the penalties of perjury this 8th day of July 2009.

s/ Mark S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 8, 2009.

/s/ David B. Chaffin
David B. Chaffin