UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Egilman v. Pfizer Inc.*, 1:07-cv-11426-PBS :
:
---------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.
IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE*
TO EXCLUDE ANECDOTAL ADVERSE EVENT REPORTS**

I, Andrew G. Finkelstein, depose and state as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in opposition to Defendants' Motion *in Limine* to exclude anecdotal adverse event reports.

3. The following documents are attached hereto in support of this motion:

Exhibit A- Mar. 22, 2005 *FDA Guidance for Good Pharmacovigilance Practices*

Exhibit B -Excerpts from December 5, 2008 Deposition of Dr. Alex Ruggieri

Exhibit C- December 16, 2008 Letter Template from FDA to AED Sponsors

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 8, 2009

       **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Attorneys for Plaintiff David S. Egilman*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on  July 8, 2009.

Dated:  July 8, 2009

    **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein