UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | |
| *Bulger v. Pfizer Inc, et al.*<br>Case No. 1:07-cv-11426-PBS | |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE THE TESTIMONY OF ALL DEFENDANTS' EXPERT WITNESSES OTHER THAN DR. GIBBONS CONCERNING THE FDA ALERT AND RELATED FDA SUBJECTS OR, IN THE ALTERNATIVE, TO PRECLUDE THE TESTIMONY OF DR. GIBBONS**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of the Supplemental Report of Janet Arrowsmith-Lowe, M.D., dated November 7, 2008.

3. Attached as Exhibit B is a true and correct copy of the Supplemental Report of Alexander Ruggieri, M.D., M.H.S., dated November 8, 2008.

4. Attached as Exhibit C is a true and correct copy of excerpts from the transcript of the deposition of Sheila Weiss Smith, Ph.D., dated December 22, 2008.

Signed under the penalties of perjury this 8th day of July 2009.

                                                                s/ Mark S. Cheffo
                                                                Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 8, 2009.

/s/ David B. Chaffin
David B. Chaffin
