# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> *Bulger v. Pfizer Inc, et al.* <br> Case No. 1:07-cv-11426-PBS | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

### DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE ANY MENTION AT TRIAL BY DEFENDANTS THAT THE NEURONTIN PACKAGE INSERT WAS LABELED TO WARN AGAINST COMPLETED SUICIDE PRIOR TO THE DECEMBER 21, 2005 LABELING CHANGE

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of the 1993 FDA Approval Letter for Neurontin.

3. Attached as Exhibit B is a true and correct copy of a Record of FDA Contact, dated October 6, 1993.

4. Attached as Exhibit C is a true and correct copy of the Neurontin Package Insert, dated December 21, 2005.

5. Attached as Exhibit D is a true and correct copy of an e-mail from the FDA, dated November 22, 2005.

6. Attached as Exhibit E is a true and correct copy of the Report of Janet Arrowsmith-Lowe, M.D., dated December 20, 2007.

7. Attached as Exhibit F is a true and correct copy of excerpts from the transcript of the deposition of Alexander Ruggieri, M.D., dated December 5, 2008.

Signed under the penalties of perjury this 8th day of July 2009.

s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 8, 2009.

/s/ David B. Chaffin
David B. Chaffin