# Exhibit E
# Part 2

algorithms of spontaneously reported data as if the algorithms tested hypotheses, is incorrect. Id.

In opining on the question of whether Neurontin causes suicidal behavior, Dr. Blume appears to combine uncontrolled clinical data (i.e., rechallenge event from an uncontrolled trial), adverse event reports and both *in vitro* laboratory data and *in vivo* data to conclude that there is a causal association between Neurontin and suicide. I can discern no scientific basis for the use of such disparate data, all of which was reviewed by FDA, and no valid basis for the use of these data to arrive at a conclusion that Neurontin causes suicide or suicidal behavior during the course of its clinical use This speculative use of preclinical and clinical data is not a methodology supported by any scientific data of which I am aware that links the gabapentin laboratory and preclinical data to the clinical outcome of suicide or suicidal behavior.

Blume's Proposed Label Changes:

Dr. Blume, in her report, proposed the following label changes:

> *"Incidences of positive dechallenge/rechallenge events have been documented in clinical trials involving gabapentin. Dechallenge events include suicidal ideation, depression and hostility. In addition, a positive rechallenge event was documented in one patient (depression). The temporal relationship between the tapering/discontinuation of gabapentin therapy and the resolution of the depression and suicidal ideation events in this patient suggests that gabapentin precipitated these events."* Blume Report at pp. 195-96.

FDA had the dechallenge/rechallenge reports upon which Dr. Blume bases her proposed language for the Neurontin label. At no time did FDA recommend or insert such language in any draft label. Since FDA is the expert agency designated by Congress to ensure the safety and effectiveness of medical products on the U.S. market, including prescription pharmaceuticals, it would appear that such language was not appropriate for the agency to discharge its public health obligation.

> *"Neurontin reduces the stimulated release of noradrenaline, dopamine, and glutamate under certain laboratory conditions. Gabapentin administration increases the total brain content of GABA after a single dose. However, the relevance of these findings to clinical use is not yet clear."* Blume Report at 196.

Dr. Blume's proposed changes to the Neurontin label are apparently based upon *in vitro* laboratory experiments, which Pfizer sought to include, but FDA repeatedly removed,

from the Neurontin package insert.   There is no logic in Pfizer re-submitting this language concerning the mechanism of action of Neurontin for FDA consideration given that FDA has already twice considered and rejected this labeling.

> "Neurontin slightly reduces the release of excitatory neurotransmitters (e.g. serotonin, norepinephrine) in vitro.  A reduced release of excitatory neurotransmitters in the brain may contribute to depression and suicidal behavior." Blume Report at 196.

There is no scientific basis for this assertion.  There are no data to support the proposition that a "reduced release of excitatory neurotransmitters in the brain [i.e., changes in release measured in vitro in animal tissue under specific laboratory conditions] may contribute to depression or suicidal behavior."  To date, there have been no data produced that establishes a causal relationship between any pharmacological property of gabapentin and depression or suicidal behavior in humans.

> "Patients of all ages who are started on Neurontin should be monitored appropriately and observed closely for clinical worsening, suicidality, or unusual changes in behavior.  Families and caregivers should be advised of the need for close observation and communication with the prescriber." Blume Report at 196.

FDA has been provided with, and has carefully reviewed, clinical trial and postmarketing data regarding suicide and Neurontin.  FDA has specifically addressed the Neurontin label as it relates to suicide.  Had FDA determined a need for the language proposed by Dr. Blume to assure the safe and effective use of the medication, it would have required such a change to the label, as it has for other psychotropic compounds where an association was suggested between exposure and suicidality.  The pertinent data for gabapentin, in contrast, do not suggestion such an association.

> "Depression and suicidal behavior (ideation, attempt, and completed suicide) have been reported to occur in patients receiving Neurontin. Patients treated with Neurontin should be advised to report immediately any symptoms of depression and/or suicidal ideation to their prescribing physicians.  If a patient develops depression, cessation of Neurontin therapy should be considered."  Blume Report at 196.

Again, FDA has been provided with and reviewed clinical trial and postmarket safety data as regards to suicide and Neurontin.  FDA specifically addressed suicide in the Neurontin label and has neither suggested nor required the type of warning proposed by Dr. Blume to be included in any label.  Had FDA determined the need for such language to be included in the label, it could have communicated this request to Warner-

Lambert/Pfizer and there is no evidence that such communication ever occurred.  As noted above, depression did not occur in a significantly greater number of subjects on Neurontin as compared to those on placebo.

> "A variety of abnormal thinking and behavior changes have been reported to occur in association with the use of Neurontin.  Some of these changes may be characterized by decreased inhibition (e.g. aggressiveness), depersonalization.  In patients with pre-existing psychiatric conditions, worsening of depression, including suicidal thinking has been reported in association with the use of Neurontin.  It can rarely be determined with certainty whether a particular instance of abnormal behaviors listed above is drug induced, spontaneous in origin, or a result of an underlying psychiatric or physical disorder. Nonetheless, the emergence of any new behavior sign or symptom of concern requires careful and immediate evaluation."  Blume Report at 196.

This labeling change is no more appropriate than the previous changes proposed by Dr. Blume and addressed in this report.  FDA has reviewed the data upon which Dr. Blume bases this proposed change.  There is no evidence that FDA, having reviewed the Neurontin safety data  a second time before approving the PHN indication, considered the need to add this or similar language to the Neurontin label.  Furthermore, there is no scientific or clinical basis for the alleged association between Dr. Blume's "psychobiological events" and an increased risk for suicide.  Adding risk information not founded on good science or clinical reasoning could serve only to "erode and disrupt the representation of benefits and risks that prescribers need to make appropriate judgments about drug use.  Exaggeration of risk could discourage appropriate use of a beneficial drug" and is therefore not appropriate.  71 Fed. Reg. at 3935.

VI.    Citizen's Petition

A citizen's petition was filed on May 17, 2004 alleging that Neurontin was responsible for suicides among persons exposed to it for a variety of approved and unapproved uses.  Keith Altman, Finkelstein & Partners, Citizen Petition (May 17, 2004).  The petition, submitted by the law firm of Finkelstein & Partners, requested that "FDA require the manufacturer of Neurontin to amplify the Neurontin labeling to specifically warn prescribers and healthcare professionals of the escalating number of postmarketing reports of completed suicides by patients receiving Neurontin for both its labeled and unlabeled indications."  Id.  Prior to the submission of the Citizen's Petition, one or more members of the law firm had meetings with FDA and Dr. Russell Katz regarding this purported association between Neurontin and suicide.  Letter from Andrew Finkelstein, Finkelstein & Partners, to FDA (March 21, 2005) at pp. 2-3; Letter

from Dr. Russell Katz, Director, FDA Division of Neuropharmacology, to Andrew Finkelstein at p. 1 (April 12, 2005).

On April 26, 2004, after having had several meetings with the attorneys from Finkelstein and Partners, FDA asked Pfizer to perform a comprehensive search of gabapentin clinical trials and postmarketing databases for cases of suicide and suicide attempt.  FDA Contact Report (April 26, 2004) Pfizer_BParsons_0141815.  In a letter dated November 5, 2004, FDA wrote to Finkelstein and Partners, "FDA has been unable to reach a decision on your petition because it raises issues that require additional review and analysis by the agency."  Letter from Jane Axelrad, Associate Director for Policy, FDA, to Keith Altman, Finkelstein & Partners (November 5, 2004).

In September 2004, in response to the request from FDA, Pfizer submitted the results of a search for suicide-related events in 92 Phase II through IV clinical studies that had been included in Pfizer/Warner-Lambert's U.S. regulatory submissions. Response to FDA: Neurontin (September 9, 2004) Pfizer_MPatel_0039110.  The analysis revealed two completed suicides and 12 suicide attempts out of a population of over 9,000 patients and 4,495 patient-years of exposure, most of whom were at increased risk for suicide and suicidal behavior due to their medical conditions.  Id. at p. 2.  Neither of the completed suicides was considered related to Neurontin.  Id. at pp. 2, 39, 44.  In fact, one of the suicides involved a patient who committed suicide 6 months after she had stopped taking Neurontin.  Id. at p. 44.

These data also showed that eleven of the 12 patients who attempted suicide were being treated for epilepsy, and the other event involved a patient suffering from painful diabetic neuropathy.  Id. at pp. 2, 32.  As discussed below in greater length, patients with these illnesses are known to have a higher incidence of suicide-related events than the general population.  There were no suicide-related events reported by any patients from the Neurontin psychiatric disorder studies.

Two months later, in November 2004, Pfizer submitted to FDA the results of its search for cases of suicide and suicide attempts in 55 Phase I studies.  Response to FDA Regarding Suicide and Suicide Attempt in Neurontin Clinical Trials – Phase 1 Studies (November 19, 2004) Pfizer_MPatel_0045143.  There were no cases of suicide or suicide attempt in any of the controlled or un-controlled Phase I studies involving healthy volunteers or patients.  Id.

Overall, the data submitted in September and November of 2004 regarding suicide and suicide attempt from the clinical trials and the postmarketing data failed to signal as association, let alone a causal association between Neurontin and suicidal behavior.  Further, the clinical trial findings on completed and attempted suicide are consistent with the medical literature, which indicates that the background rates for

suicide are higher in patient populations with epilepsy, pain and psychiatric disorders than in the general population.

On March 21, 2005, Finkelstein and Partners sent 258 MedWatch forms to FDA concerning patients who had committed suicide while on Neurontin. Letter from Andrew Finkelstein, Finkelstein & Partners, to FDA (March 21, 2005). These adverse event reports were presumably provided directly to FDA by the Finkelstein law firm and not via expedited reports from Pfizer. The addition of a large number of reports of this type into the AERS database produces a significant bias, which would preclude an analysis of the database for a potential signal.

In a letter dated April 12, 2005, FDA wrote to Mr. Finkelstein stating that FDA was "taking this matter very seriously, and have given it a great deal of attention since you first contacted us." Letter from Dr. Russell Katz, Director, FDA Division of Neuropharmacology, to Andrew Finkelstein at p. 1 (April 12, 2005). FDA also stated, "We would also like you to know that in part because of the concerns you have raised, we have asked the sponsors of all drugs approved to treat epilepsy to re-analyze their controlled trials databases to examine the questions of drug-induced suicide and/or suicidality." Letter from Dr. Russell Katz, Director, FDA Division of Neuropharmacology, to Andrew Finkelstein at p. 2 (April 12, 2005).

In June of 2006, at the request of the FDA and using FDA inclusion criteria, Pfizer submitted the results of its evaluation of Neurontin clinical trial data for "possibly suicide-related adverse events." Response to FDA Suicidality Request (June 22, 2006) Pfizer_MEvertsz_0079431. This analysis included 8829 patients, among whom 336 cases of "possibly suicide-related" adverse events were identified. *Id.* at 3. A further analysis and classification of the 336 possible cases revealed no cases of completed suicide, no cases of attempted suicide and no cases of "preparatory acts towards imminent suicidal behavior" among Neurontin users. *Id.* at 4. Pfizer wrote, ""[T]he currently submitted dated provides further support for the conclusion that Neurontin neither causes nor is associated with an increased risk of suicidal behavior and thinking, including completed suicide, suicide attempt, suicide gesture and suicide ideation." *Id.* The June 2006 submission is consistent with the September and November 2004 submissions in that all three submissions support the conclusion that there is no reliable evidence of an increased risk of suicidal thinking or behavior with Neurontin.

Since 2004, despite repeated efforts by plaintiffs' attorneys to compel specific labeling changes to the Neurontin label, FDA has not sought substantive changes regarding the risk of suicide or other psychiatric adverse events for the Neurontin label.FDA's consideration of both the clinical trial and postmarketing surveillance data has not resulted in any substantive action FDA to change the Neurontin label such as warnings, contraindications or precautions based on suicide adverse events. As of the

date of this report, the only reasonable conclusion is that FDA, in the exercise of its statutory duty to protect the public health, has not found it necessary to change the Neurontin package insert, as suggested by Dr. Blume in her report.

Further, it is my opinion that if FDA had found that the data submitted since 2004 supported a finding of an increased risk for suicidal behaviors associated with the use of Neurontin, FDA would have taken the necessary steps to promptly seek a labeling change. Neither the FDA nor any regulatory authority in the world of which I am aware has found that Neurontin causes suicide. FDA's postion is consistent with my review of the available evidence.

VII.   Background Rates of Suicide in Patients with Chronic Pain, Epilepsy, and Psychiatric Illnesses

Epidemiologic data show that the patient populations who were studied in gabapentin clinical trials and who were prescribed Neurontin in clinical settings have a higher rate of suicide than the general population. These populations include patients with epilepsy, pain disorders, and psychiatric illnesses such as anxiety and bipolar disorder.

Regarding bipolar disorder, published data show that the rate of suicide in bipolar disorder is significantly elevated compared to the rate in the general population. One pooled analysis that examined 28 international studies in bipolar disorder found a one-year incidence rate of 0.40%, compared to the general international baseline rate of 0.0143%. Tondo L. *et al.* Suicidal Behaviour in Bipolar Disorder: Risk and Prevention. *CNS Drugs* 17:491-511 (2003). Bipolar disorder is relatively common and presents elevated risks of premature mortality, the most significant source being a very high risk of suicide. *Id.* at 492, 505. In fact, "[s]uicide rates, averaging 0.4% per year in men and women diagnosed with bipolar disorder, are > 20-fold higher than in the general population." *Id.* at 491.

Patients suffering from anxiety disorders are likewise at a significantly greater risk for suicide. A review of the FDA database of persons participating in anti-anxiety trials (n = 20,076) estimated the rate of suicide to be 0.193% per year. Khan A., *et al.* "Suicide risk in patients with anxiety disorders: a meta-analysis of the FDA database," *J of Affective Disorders* 68:183-190 (2002). This "suicide risk among patients with anxiety disorders is higher than in the general population by a factor of ten or more (CDC, 2000)." *Id.* at 189. "[P]atients with depressive disorders and psychotic disorders have a suicide risk 60-70 times higher than the general population." Khan *et al.* at 189.

Epidemiologic data also indicate that persons with chronic pain (chronic pain patients or CPPs) commit suicide or attempt suicide more frequently than the general population. A review was conducted of studies that examined the association between

26

chronic pain and suicide from 1966 to 1999. Fishbain, D.A. Association of chronic pain and suicide. *Seminars in Clinical Neuropsychiatry* 4:221-27 (1999). "Two studies [addressing suicide completion that were reviewed] found that the suicide rate for CPPs is two to three times greater than the general population." *Id.* at 224. "One controlled study indicated that subjects with low back pain had a significantly increased risk of completing suicide versus subjects without low back pain." *Id.* The studies on suicide ideation showed "a very high prevalence of suicidal ideation within CPPs ranging from 17% to 66%." *Id.*

Patients with epilepsy are also at an increased risk for suicide compared with the general population. Reported rates of suicide in the published literature for epilepsy provide a lifetime prevalence rate from less than 1% to 25%, with an average rate of 11.5%. Jones, J.E. et al., "Rates and risks for suicide, suicidal ideation, and suicide attempts in chronic epilepsy," *Epilepsy and Behavior* 2003; S31-38. This rate is significantly higher than the rate for the general population. *Id.* at S37. "Psychiatric comorbidity is a primary risk factor for suicide[,]" and "[i]ndividuals with epilepsy appear to have elevated rates of Axis I disorders ranging from 19 to 62% with rates of major depressive episodes ranging from 32 to 48%." *Id.* Individuals with epilepsy also have higher rates of suicide attempts compared with the general population. *Id.*

It is important to consider the background incidence rates of suicide in patients with epilepsy, psychiatric disorders, and chronic pain in analyzing the postmarket adverse event data for Neurontin. Despite the assertions of Plaintiffs' expert, Cheryl Blume, FDA epidemiologists and clinicians consider the background rates of suicidal behavior in these patient populations in making a clinical judgment as to the significance of the reports of suicidal behavior associated with the use of Neurontin. In assessing any potential association between Neurontin and suicidal behavior, it is especially important to be able to account for confounding factors, such as co-morbid conditions and concomitant medications. Such analyses are difficult, if not impossible, when using spontaneous adverse event data. Any conclusions based on spontaneous adverse event data must be limited to those that are "hypothesis generating" because of well-documented limitations of these data. Additionally, the complexity of analyzing spontaneous postmarketing adverse event in the face of high background rates of suicide highlights the importance of the need to analyze controlled clinical trial data in order to draw reliable conclusions as to the existence of an association between Neurontin and suicide.

Controlled clinical-trial data provides the most reliable scientific evidence for basing regulatory decisions regarding the association between Neurontin and suicide or suicidal behavior. In the April 12, 2005 letter in response to the Citizen's Petition, Dr. Katz noted that "in the absence of an appropriate control group, it will be difficult, if not impossible, to assess the role of any factors that might explain these events, such as

concomitant medications." Letter from Dr. Russell Katz, Director, FDA Division of Neuropharmacology, to Andrew Finkelstein at p. 1 (April 12, 2005).  Dr. Katz then explained that a controlled-trial analysis is "crucial to deciding the obviously important question of whether or not these drugs do increase the risk of suicidality." *Id.* Consistent with this guidance, the FDA asked all AED manufacturers in March 2005 to undertake a comprehensive analysis of their controlled-trial data for "possibly suicide-related" adverse events.  Letter from Dr. Russell Katz, Director, FDA Division of Neuropharmacology to Pfizer (March 16, 2005) Pfizer_LKnapp_0062278. As demonstrated in the record in this case, that FDA relies upon controlled clinical trial data when making important safety assessments that can impact the language of package inserts.

      A.     Analysis of Clinical-Trial Data

     Per FDA's directive, in 2006, the AED suicidality analysis submitted by Pfizer employed a scientific methodology developed by expert psychiatrists at Columbia University.  FDA Division of Neuropharmacology to Pfizer (March 16, 2005) Pfizer_LKnapp_0062278.  This methodology, which had been used in other suicidality reviews such as the SSRI analysis, provided a classification system for suicide-related events.  Posner K, Oquendo MA, Gould M, Stanley B, Davies M. Columbia Classification Algorithm of Suicide Assessment (C-CASA): Classification of Suicidal Events in the FDA's Pediatric Suicidal Risk Analysis of Antidepressants. Am J Psychiatry 2007; 164:1035-1043.  The events, once identified, were analyzed by psychiatrists blinded to treatment assignment and placed into one of the following six categories: completed suicide (code 1); suicide attempt (code 2); preparatory acts towards imminent suicidal behavior (code 3); self-injurious behavior, intent unknown (code 4); suicidal ideation (code 5); and not enough information (code 6).  *Id.*

     Pfizer submitted the results of its analysis of the Neurontin controlled-trial data to FDA in June of 2006.  The results revealed that of the 5,194 patients who took Neurontin in the controlled trials, there were no cases of completed suicide or attempted suicide.  Response to FDA Suicidality Request (June 22, 2006) at p. 4. Pfizer_MEvertsz_0079431.  Similarly, there were no cases of "preparatory acts towards imminent suicide behavior." *Id.*  The incidence of suicidal ideation was nearly identical to that of placebo patients, specifically 0.039% in Neurontin patients and 0.037% in placebo patients.  *Id.*  Only one of the 5,194 gabapentin-treated patients exhibited self-injurious behavior.  *Id.*  The results from the June 2006 submission are consistent with the findings of earlier analyses that Pfizer has undertaken at the FDA's request.

     The controlled clinical trial data show no association between Neurontin and depression.  The controlled-trial data from the epilepsy studies reveal that 1.8 percent of Neurontin patients reported treatment-emergent depression compared to 1.1 percent of

placebo patients.  First Safety Update at Table 9.  Dr. Blume has conceded that these differences are not statistically significant.  Blume Depo at pp. 538-39; 540, 546.  The controlled-trial data from the neuropathic pain trials also fails to show any association between Neurontin and depression; treatment-emergent depression was more common in patients on placebo than patients on Neurontin.  Specifically 2.2% of patients on placebo reported treatment-emergent depression compared to 1.3 percent of patients on Neurontin.  Dr. Hertz Review, Table 7.20.  Similarly, more patients on placebo (0.7 percent) withdrew because of depression than patients on Neurontin (0.4 percent).  PHN ISS at Table 24.  In total, these data fail to establish a risk for suicide or suicidal behavior in patients treated with Neurontin as compared to patients treated with placebo.

Data from the three controlled clinical studies for psychiatric disorders (social phobia, bipolar disorder, and panic disorder) also fail to show any association with depression or suicidal behavior.  For instance, in the bipolar disorder placebo-controlled study, there were two patients on placebo who reported suicidal ideation compared to zero patients on Neurontin.  Research Report 720-04174 (March 26, 1999).  Similarly, there were no suicide-related events or depression events reported by patients in the controlled studies on social phobia and panic disorder.  Research Report 720-03850 (March 19, 1998); Research Report 720-03851 (April 9, 1999).

As reflected in Appendix B.3 of the epilepsy Third Safety Update, the clinical trial data do not show a dose response for Neurontin and depression.  RR-Reg 720-03236, NDA 20-235, Appendix B.3 (May 12, 1993). Controlling for the length of exposure in the Neurontin-treated groups, patients reported depression at approximately the same frequency in the higher dosages as the lower dosages.  The total duration of exposure was 1,322 weeks at the 300 mg dose, 5,284 weeks at the 600 mg dose, 7,626 weeks at the 900 mg dose, 34,949 weeks at the 1200 mg dose, 22,696 weeks at the 1800 mg dose, and 35,196 weeks at the 2400 mg dose. *Id.* Accordingly, the number of depression events in the higher doses is numerically greater than the lower doses because "patients at the higher dosages had greater opportunity to experience adverse events." RR-Reg 720-02957, Integrated Summary of Safety, NDA 20-235 at p. 72 (November 19, 1991).  This does not reflect a dose-response relationship.

No scientific, medical, or regulatory body has ever concluded that Neurontin is associated with or causes suicidal behavior. FDA has never concluded that Neurontin causes suicide, and FDA has never suggested that a suicide-related warning or suicide-related precaution be included in the labeling   The totality of the human experiential data fails to establish or support an association between Neurontin and suicide or suicidal behavior.

      B.    EMEA Analysis

In December 2005, Pfizer submitted an updated postmarketing report to the European Medicines Agency ("EMEA") and its advisory committee, the Committee for Medicinal Products for Human Use ("CHMP"). Pfizer, Inc., Response to EMEA (December 14, 2005) Pfizer_MEvertsz_0084480. The cutoff date for the postmarketing report submitted to the EMEA was July 31, 2005. Pfizer, Inc., Response to EMEA, Appendix 4 (December 14, 2005) Pfizer_JMohan_0000479 ("Mohan Report"). Whereas the September 2004 postmarketing report revealed 35 reports of suicide and 73 reports of suicide attempt, the report submitted in December 2005 identified 111 reports of completed suicide and 192 reports of attempted suicide with an estimated exposed population of 14 million patients. A month after receiving this report, the EMEA issued a report concluding that "the available data show no clear evidence for a causal association between gabapentin and suicide or suicide attempt and show no causal association for a risk of psychotic or mood disorders in patients with a positive history of psychotic illness." EMEA, Joint Response Assessment Report at 28 (January 12, 2006) Pfizer_MPatel_0252359. No regulatory agency in the world has issued a finding contradicting the EMEA's conclusions.

VIII.   Conclusions

It is my opinion that Pfizer and its predecessor Warner-Lambert/Parke-Davis appropriately developed, investigated, and labeled Neurontin. It is my opinion that the Neurontin package insert appropriately summarized and disclosed safety and effectiveness information to the prescribing public. It is my opinion that physicians and other prescribers were provided with the essential information needed to safely and effectively prescribe Neurontin, including appropriate information concerning reports of suicide, suicidal behavior and depression arising from the clinical trials populations and from patients receiving Neurontin following market approval. It is my opinion that the package insert fully complied with FDA regulations in terms of the information required and the information provided.

It is my opinion that the Neurontin NDA and supplements for the epilepsy and postherpetic neuralgia indications, including the Safety Updates, appropriately identified, summarized, and reported adverse events involving suicidal behavior, depression, and other psychiatric-related reports.

Since December 30, 1993, when Neurontin was initially approved, FDA has not sought or required warnings, precautions or contraindications addressing a risk of suicide, suicidal behavior or other psychiatric adverse events be added to the label, even though such additions have been proposed or by third parties involved with civil litigation. FDA has not required a label prohibiting or advising against off-label uses, as permitted under 21 C.F.R. § 201.57(c)(2)(ii)(2006). Furthermore, language describing Neurontin's mechanism of action had been including draft labels submitted by Pfizer and that language was specifically removed from the label by FDA on two separate occasions. In my clinical experience, this type of information serves no useful purpose

in informing physicians or other prescribers considering the use of Neurontin for their patients. I agree with Dr. McCormick's statements in her affidavit regarding FDA's rational for deleting Pfizer's proposed language concerning Neurontin's mechanism of action from the package insert. I also agree with Dr. McCormick's assessment that the Neurontin label appropriately and accurately identifies the risk benefit profile of Neurontin and that the addition of language regarding monoamines and gabapentin would have little importance to a prescribing clinician.

It is also my opinion that the data from the Neurontin controlled clinical trials do not demonstrate evidence of an increased risk for suicide, suicidal behavior or depression among persons exposed to Neurontin, much less a causal association between the use of Neurontin and suicide, suicidal behavior or depression. The controlled clinical trial data as well as epidemiologic data demonstrating increased risks for these outcomes in the patient populations for whom Neurontin is prescribed overwhelms the highly anecdotal quality of evidence to the contrary based on case listings and calculations of percentages of adverse events offered by plaintiff's expert.

It is my opinion that Neurontin has always been appropriately labeled and that the development of the product and its label has fully complied with FDA regulatory requirements throughout its development and marketing history. It is my opinion that since initial approval in December 1993, the Neurontin package insert has adequately and appropriately advised prescribing physicians and other health care providers in the US of the potential risks and benefits associated with the use of Neurontin.

December 20, 2007

Janet Arrowsmith-Lowe, M.D.