UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| *Bulger v. Pfizer Inc., et al.* Case No. 1:07-cv-11426-PBS | |

### DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE EVIDENCE THAT ANY DRUG OTHER THAN NEURONTIN CAUSED OR WAS ASSOCIATED WITH SUSAN BULGER'S SUICIDE

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of the Report of Ronald Wm. Maris, Ph.D., dated July 18, 2008.

3. Attached as Exhibit B is a true and correct copy of the Report of Stefan P. Kruszewski, M.D.

4. Attached as Exhibit C is a true and correct copy of the Report of Douglas G. Jacobs, M.D., dated November 3, 2008.

5. Attached as Exhibit D is a true and correct copy of the Report of Anthony J. Rothschild, M.D., dated November 10, 2008.

6. Attached as Exhibit E is a true and correct copy of excerpts from the transcript of the deposition of Ronald Wm. Maris, Ph.D., dated October 20, 2008.

Signed under the penalties of perjury this 8th day of July 2009.

s/ Mark S. Cheffo<br>
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 8, 2009.

/s/ David B. Chaffin<br>
David B. Chaffin