# EXHIBIT E

Page 825

```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 2

 3   _____
                                     )
 4   In re: NEURONTIN MARKETING,     )
     SALES PRACTICES, AND PRODUCTS   )
 5   LIABILITY LITIGATION,           )
                                     )
     _____)
 6

 7                    VOLUME IV

 8

 9        CONTINUED VIDEOTAPED DEPOSITION OF

10            RONALD Wm. MARIS, Ph.D.

11              (Taken by Defendant)

12            Columbia, South Carolina

13           Monday, October 20, 2008
```

24              Reported in Stenotype by
         V. Dario Stanziola, CSR, RPR, CRR
25   Transcript produced by computer-aided transcription

Page 826

```
 1            APPEARANCES
 2   ON BEHALF OF THE PLAINTIFFS:
 3        RON ROSENKRANZ, Esquire
          Finkelstein & Partners
 4        1279 Route 300
          Newburgh, New York 12551
 5        (845) 563-9442
          rrosenkranz@lawampm.com
 6
 7   ON BEHALF OF THE DEFENDANT PFIZER:
 8        ANGELA M. SEATON, Esquire
          IAN LOSASSO, Esquire
 9        LORI SCHULTZ, Esquire
          (Appearing Via Telephone)
10        Shook, Hardy & Bacon, L.L.P.
          2555 Grand Boulevard
11        Kansas City, Missouri 64108
          (816) 474-6550
12        aseaton@shb.com
          ilosasso@shb.com
13        lschultz@shb.com
14   Also Present:
15        JAMES DOWNIE, CLVS, Videographer
16
17
18
19
20        CONTINUED VIDEOTAPED DEPOSITION OF RONALD
21   Wm. MARIS, Ph.D., a witness called on behalf of the
22   Defendant, before V. Dario Stanziola, CSR, RPR,
23   CRR, held at the Columbia Marriott, 1200 Hampton
24   Street, Columbia, South Carolina, on Monday,
25   October 20, 2008, commencing at 9:01 a.m.
```

Page 827

```
 1              INDEX OF EXAMINATIONS
 2
 3   By Ms. Seaton              PAGE    832
 4
                INDEX OF EXHIBITS
 5
     NUMBER      EXHIBIT                    MARKED
 6   Exhibit 44: Plaintiff's Expert           832
     Disclosure On Specific Causation
 7
     Exhibit 45: Document entitled Appendix   833
 8   A, New Evidence For Bulger v. Pfizer
     Received After July 18, 2008, Ronald Wm.
 9   Maris, Ph.D. October 8, 2008
10   Exhibit 46: Report of Ronald Wm. Maris,  834
     Ph.D.
11
     Exhibit 47: First Amended Notice of      837
12   Videotaped Deposition Duces Tecum of
     Professor Ronald W. Maris, Ph.D.
13
     Exhibit 48: Handwritten notes            840
14
     Exhibit 49: Manilla folder containing    841
15   billing record of Ronald Wm. Maris,
     Ph.D.
16
     Exhibit 50: Ronald W. Maris, Ph.D.       843
17   Curriculum Vitae September 2008
18   Exhibit 51: Psychological Autopsy and    853
     Death Investigation, File Name Susan
19   Bulger
20   Exhibit 52: Photocopy of videotaped      890
     deposition of Ronald J. Bulger, Sr.
21
     Exhibit 53: Office visit note for Susan  903
22   Bulger dated 1/6/00
23   Exhibit 54: Progress notes for Susan     909
     Bulger dated 12/20/02
24
25
```

Page 828

```
 1   Exhibit 55: Document entitled            951
     Commonwealth of Massachusetts Department
 2   of Social Services Child Abuse/Neglect
     Report
 3
     Exhibit 56: Document entitled            952
 4   Commonwealth of Massachusetts Department
     of Social Services FamilyNet dictation
 5   report
 6   Exhibit 57: Photocopy of a PowerPoint    953
     presentation entitled Suicide and SSRIs
 7   Ronald Wm. Maris, Ph.D. AAFS Annual
     Conference 11 a.m. - 12 p.m. Tuesday
 8   February 20, 2007 San Antonio, Texas
 9   Exhibit 58: Document entitled Beverly    988
     Hospital D/B/A BayRidge Hospital Intake
10   Evaluation
11   Exhibit 59: AtlantiCare Progress Notes   990
     dated 5/25/93
12
     Exhibit 60: AtlantiCare Medical Center   993
13   Report of Consultation dated 5/17/93
14   Exhibit 61: A document entitled Past     999
     Psychiatric History
15
     Exhibit 62: AtlantiCare Medical Center   1001
16   medical record
17   Exhibit 63: A document entitled Patient  1006
     Messages Susan E. Bulger
18
     Exhibit 64: A medical record             1015
19
     Exhibit 65: A photocopy of videotaped    1016
20   deposition of Yoshiharu Akabane, M.D.
21   Exhibit 66: A medical record Salem       1017
     Hospital dated 8/17/88
22
     Exhibit 67: AtlantiCare Medical Center   1018
23   report of consultation dated 6/5/90
24   Exhibit 68: Brigham and Women's Hospital 1019
     nursing history questionnaire
25
```

Page 829

```
 1   Exhibit 69: AtlantiCare Medical Center   1022
     Discharge Summary, discharge date
 2   5/25/93
 3   Exhibit 70: Beverly Hospital d/b/a       1024
     BayRidge Hospital Intake Evaluation
 4
     Exhibit 71: Medical record, alcohol and  1026
 5   other drug use
 6   Exhibit 72: BayRidge Hospital a          1026
     satellite facility of Beverly Hospital
 7   medical record dated 4/30/98
 8   Exhibit 73: A medical evaluation and/or  1028
     psychotherapy of Susan Bulger dated
 9   5/20/98
10   Exhibit 74: A letter dated 6/22/98 to    1029
     Gerald Perlow from William Lloyd
11
     Exhibit 75: Commonwealth of              1029
12   Massachusetts Department of Social
     Services Assessment Worksheet with an
13   assigned date of 4/23/98
14   Exhibit 76: A Progress Note of Susan     1034
     Bulger dated 10/30/00
15
     Exhibit 77: A Progress Note of Susan     1036
16   Bulger dated 11/30/00
17   Exhibit 78: CAB Health and Recovery      1037
     Services, Inc. Dated 12/14/00
18
     Exhibit 79: Progress Notes of Susan      1039
19   Bulger dated 2/6/01
20   Exhibit 80: Progress Notes of Susan      1041
     Bulger dated 3/7/01
21
     Exhibit 81: Progress Notes of Susan      1042
22   Bulger dated 4/25/01
23   Exhibit 82: Progress Notes of Susan      1043
     Bulger dated 5/30/01
24
     Exhibit 83: Progress Notes of Susan      1044
25   Bulger dated 6/7/01
```

2 (Pages 826 to 829)

Page 910

1  900 milligrams BID.
2  Q. What's BID?
3  A. That means twice a day. So it sounds
4  like she is getting 1,800.
5  Q. Okay. Now keep going.
6  A. And HS. So it sounds like she's getting
7  a lot more than 1,200 a day.
8  Q. Okay. In fact, what's nine times three, 27?
9  A. Yep.
10 Q. So she's getting -- she's being prescribed
11 2,700 milligrams of Neurontin in December of 2002,
12 right?
13 A. Let me see here. Sounds like it. I
14 mean, I think that's ambiguous. But one way of
15 reading it is she was getting that much.
16 Q. What's ambiguous about it?
17 A. It's not really ambiguous. Just seems
18 like a lot.
19 Q. Okay. So she's -- in December of 2002
20 she's being prescribed 2,700 milligrams a day. And
21 you'd agree with me that that is a much higher dose
22 than she was taking at the time of her death, right?
23 A. Right.
24 Q. Okay. In order to opine that Susan
25 Bulger's suicide was caused by Neurontin, she had to

Page 911

1  be taking Neurontin at the time of her death, right?
2  A. Well, no, that's not true. We know she
3  took it for some time. And I said there's two
4  effects of Neurontin, one is the -- for example, I
5  opine she may be on Effexor and Lexapro because the
6  Neurontin is making her depressed.
7  Q. You know what, let's talk about. Let's talk
8  about Effexor.
9  A. Well, let me try to answer your first
10 question before you change the question. You asked
11 me a question, I haven't answered it yet. Could you
12 repeat the question?
13 Q. I'm not going to repeat the question.
14    MR. ROSENKRANZ: Can you read it back,
15    please.
16    MS. SEATON: You could read it back.
17    (THE QUESTION WAS READ BACK.)
18 A. And my answer was yes and no. I think
19 there were two effects; one was the long-term
20 effect of taking Neurontin and one was the acute
21 effect of taking Neurontin. So you can have a kind
22 of -- you can have a long-term effect and a
23 short-term effect.
24 Q. Okay. But you're not going to tell a jury
25 that somebody could not be taking Neurontin and you'd

Page 912

1  still opine that Neurontin caused the suicide?
2     MR. ROSENKRANZ: Objection to the form of
3     the question.
4  A. No, of course not.
5  Q. Okay. So in order to opine that she -- that
6  Neurontin caused her suicide, she had to be taking
7  Neurontin at the time, right?
8  A. Not at the time. She had to have been
9  taking it for some time. Plus I think at the time
10 as well.
11 Q. Okay. Well, let's delve into that.
12    How long could she have discontinued
13 Neurontin use prior to the suicide and it would still
14 in your opinion be related to the Neurontin use?
15 A. Gosh, I don't know how to answer that.
16 I'm assuming that she was pretty much on Neurontin
17 right up from the time she started taking it in
18 June 24th of 2002 pretty much right up until she
19 died. Now, you're saying let's assume she wasn't.
20 So that's -- that assumes facts contrary to my
21 reading of the record.
22 Q. That wasn't -- I wasn't asking you to
23 assume that though. I'm trying to understand if
24 you're -- if you're going to tell a jury that she
25 didn't have to be taking Neurontin at the time of her

Page 913

1  death, when could she have stopped taking Neurontin
2  and you would still opine that her death was caused
3  by Neurontin?
4  A. Well --
5  Q. Do you understand my question?
6  A. I'm not sure because I said before I
7  think she had to be taking it chronically and
8  acutely.
9  Q. Okay. So then we agree. We agree that in
10 order for you to opine that Neurontin caused her
11 suicide, she had to be taking it at the time of her
12 death?
13 A. And before her death.
14 Q. Okay. Okay. I think we agree.
15 A. Yeah.
16 Q. Do you remember the Giles case?
17 A. I do. That was an Effexor case in
18 southern Illinois of a mine worker.
19 Q. Do you recall drafting an expert report in
20 which you stated that absent Effexor Jeff had
21 stoically managed years of injuries, work disruptions
22 and physical pain without attempting or even thinking
23 about suicide?
24 A. Yes.
25 Q. Do you recall opining in the Giles case

23 (Pages 910 to 913)

Page 914

1  that, quote, I'm not arguing that Effexor was the one
2  and only cause. Clearly depressive disorder,
3  physical injuries, family history of depression,
4  chronic pain, unemployment were all suicidogenic too.
5  However, Jeff lived with these stressors for many
6  years. It was after starting Effexor. Effexor was
7  the scale tipper, just the noticeable difference
8  maker pushing him over the edge.
9      Do you recall giving that opinion in the
10 Giles case?
11     A.  I do. In fact, I testified to that in
12 Smith, you asked me that same -- when Lori asked me
13 that same question.
14     Q.  Okay. Well, I'm trying to lay a foundation.
15     A.  Okay.
16     Q.  So in the Giles case it was your opinion
17 that Effexor had pushed the decedent over the edge,
18 right?
19     A.  Right.
20     Q.  Okay. And you acknowledge in your report
21 that Susan Bulger was taking Effexor at the time of
22 her death, yes?
23     A.  She was taking Effexor, yes.
24     Q.  Okay. Can we agree that she was first
25 prescribed Effexor in December of 2003?

Page 915

1      A.  Let me just check my records here.
2      Q.  Okay.
3      A.  Actually, I've got November 6, 2003.
4      Q.  Okay. So she begins taking Effexor
5  November 6, 2003?
6      A.  Right. By Dr. Goldman.
7      Q.  Okay. That's after Neurontin was
8  introduced, right?
9      A.  Right.
10     Q.  Okay. She begins taking Effexor
11 November 2003 and she suicides in August of 2004.
12     Did you rule out Effexor as the tipping
13 factor or noticeable difference maker in this case?
14     A.  Yes.
15     Q.  How?
16     A.  Well, for one thing we lost the Giles
17 case.
18     Q.  Okay.
19     A.  So the jury and the judge did not agree
20 with that hypothesis.
21     Q.  Okay. But that's not -- I want to
22 understand did you -- you excluded Effexor as the
23 cause of Susan Bulger's suicide?
24     A.  I think I did. And I think I also
25 suggested that her depression and her need for

Page 916

1  Effexor and Lexapro could have been intensified
2  because she was taking Neurontin. That is, one
3  frequent side effect of Neurontin is depression.
4      Q.  No, I get that.
5      But I want to a understand the methodology
6  by which you concluded that it wasn't the Effexor, it
7  was the Neurontin.
8      A.  I'm not sure I can convince you of that.
9  But I think that to the degree she was on Effexor,
10 that the Neurontin caused that, so the Neurontin
11 caused the Effexor. So if the Effexor caused the
12 suicide, the Neurontin caused the Effexor, if that
13 makes sense.
14     Q.  It doesn't make sense, but I'm going to let
15 it sit.
16     A.  In other words, she had a worsened
17 depression because she was taking Neurontin. That
18 in Goldman's mind necessitated her taking an
19 antidepressant. As you said, it came after
20 Neurontin. But the other thing is I don't think
21 it's -- I don't think it's been proven clearly that
22 Effexor does cause suicide.
23     Q.  Well, Dr. Maris --
24     A.  I was wrong. I was wrong in that case
25 apparently.

Page 917

1      Q.  Really?
2      A.  Yeah.
3      Q.  You gave an expert report in which said
4  that Effexor caused Jeff Giles' death and you were
5  wrong?
6      A.  I was wrong in the sense that the jury
7  didn't agree with me.
8      Q.  Well, do you still believe that Effexor
9  caused Jeff Giles' suicide?
10     A.  I still believe that it did, yes. My own
11 opinion is that it did. But I'm just pointing out
12 that that -- a lot of people didn't share that
13 opinion. I would still stand by the report and the
14 mechanisms of causing it. So yeah, I -- I would
15 suggest that that's still -- still my opinion.
16     Q.  Okay. And what I'm trying to understand is
17 if it was Effexor in the Giles case, how did you
18 exclude Effexor in the Bulger case?
19     A.  Because there was Neurontin and because
20 the Effexor was transitory and because I --
21     Q.  Well, di, di, di --
22     A.  Let me finish my answer.
23     Q.  Okay, okay.
24     A.  And I didn't see the same side effects
25 with Effexor that I saw in the Giles case.

24 (Pages 914 to 917)

Page 918

1  Q. Like what?
2  A. Well, I don't remember the Giles case in
3  enough detail. But if I could look at it and go
4  over the side effects that are common with Effexor.
5  Q. Well, it's -- I mean, it's interesting
6  because it's -- basically it sounds just like the
7  Bulger case. In your report in Giles, you're talking
8  about I'm not arguing that Effexor was the one and
9  only cause. Clearly depressive disorder, physical
10 injuries, family history of depression, chronic pain,
11 unemployment were all suicidogenic too. However,
12 Jeff lived with these stressors for many years. It
13 was after starting Effexor. Effexor was the scale
14 tipper, just the noticeable difference maker pushing
15 him over the edge. To me that sounds just like the
16 Susan Bulger case.
17 A. No, you're not even --
18     MR. ROSENKRANZ: Objection to form.
19 A. You're not --
20     MR. ROSENKRANZ: You're not testifying,
21   counselor.
22 A. You're not even addressing the issue that
23 I'm raising, which is in that case what are the
24 purported adverse effects of taking Effexor in the
25 Giles case.

Page 919

1  Q. Well, I assume that in the Giles case you
2  said that the Effexor made Jeff Giles' depression
3  worse?
4  A. I don't know. We'd have to go back and
5  look. There's specific side effects for each drug.
6  Q. Okay. If in fact in the Giles case you
7  testified that the Effexor made the depression worse,
8  and in this case you're saying the Neurontin made
9  Susan Bulger's depression worse, how do you know it
10 wasn't the Effexor that made her depression worse?
11 A. I don't know for a hundred percent, I
12 agree. And I -- but I do think she's on Effexor
13 partly because she's taking Neurontin. The
14 Neurontin caused the Effexor.
15 Q. Okay. Now, I want to go back. You said
16 something about you -- part of your methodology in
17 excluding the Effexor was the fact that the Effexor
18 was transitory, right?
19 A. Well, it certainly wasn't being taken at
20 the same amount -- I don't know the treatment
21 history. When I see it for the first time here, I
22 have to go back and look at the other times that it
23 could have been prescribed. I know she was on
24 Prozac, I know she was on Paxil. But I don't see
25 any reference to the Effexor until 11/6/03.

Page 920

1  Q. Right.
2     And you acknowledge that at the time of her
3  death she was taking Effexor, according to Ron
4  Bulger, right?
5  A. Right. And, of course, it wasn't found
6  in her blood toxicology either.
7  Q. Well, neither was Neurontin, right?
8  A. They didn't test for Neurontin.
9  Q. Right.
10    And they didn't test for Effexor?
11 A. I don't know. That's a good question.
12 Q. You would agree with me that Ron Bulger
13 told the police that Susan was taking Effexor at the
14 time, right?
15 A. I believe that's true, yes.
16 Q. Okay. And so do you have any reason to
17 dispute that Susan Bulger was prescribed and took
18 Effexor continuously or as prescribed from -- from
19 November 2003 until her suicide?
20 A. I just don't know the answer to that.
21 Q. Okay. But you have no reason to dispute
22 that, right?
23 A. Well, the time she stopped taking her
24 medicines without telling anybody. So it's
25 possible.

Page 921

1  Q. Okay. We've been going for about another
2  hour. If you'd like --
3  A. We have?
4  Q. Yes. I know.
5     Do you mind if we --
6     MR. ROSENKRANZ: It's a little under an
7   hour.
8     MS. SEATON: Okay. Well, can we take five
9   minutes?
10 A. Sure.
11 Q. Great.
12    THE VIDEOGRAPHER: End of tape number two
13 in the deposition of Dr. Ronald Maris, Volume
14 I. The time is 10:52 a.m. We're now off the
15 record.
16    (A BRIEF RECESS WAS TAKEN.)
17    THE VIDEOGRAPHER: This is the beginning
18 of tape number three in the deposition of Dr.
19 Ronald Maris, Volume I. The time is
20 10:59 a.m. We're back on the record.
21 Q. Dr. Maris, I want to go back to this issue
22 and this opinion in your report where your say on
23 page 19, second, meaning your second opinion, Susan
24 Bulger had clearly been ingesting Neurontin from at
25 least 10/20/99 until her death on August 4th, 2004.

25 (Pages 918 to 921)