UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ------------------------------------------------ x | : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING,  SALES PRACTICES AND  PRODUCTS LIABILITY LITIGATION | : : : : | Master File No. 04-10981 |
| ------------------------------------------------ x | : | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:  *Bulger v. Pfizer Inc., et al.*  Case No. 1:07-cv-11426-PBS | : : : : : : : : | Magistrate Judge Leo T. Sorokin |
| ------------------------------------------------ x | | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE*
TO PRECLUDE ANY MENTION BY DEFENDANTS AT TRIAL
OF BAD ACTS OF PLAINTIFF'S DECEDENT AND HER FAMILY
AND THE MEDICAL HISTORY OF PLAINTIFF'S DECEDENT'S FAMILY**

# FILED UNDER SEAL