UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>*Bulger v. Pfizer Inc., et al.*<br>Case No. 1:07-cv-11426-PBS | | |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE*
TO PRECLUDE ANY MENTION BY DEFENDANTS AT TRIAL
OF BAD ACTS OF PLAINTIFF'S DECEDENT AND HER FAMILY
<u>AND THE MEDICAL HISTORY OF PLAINTIFF'S DECEDENT'S FAMILY</u>**

# FILED UNDER SEAL