UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Bulger v. Pfizer Inc.*,<br>Case No. 1:07-cv-11425-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE THE TESTIMONY AND EXHIBITS OF DEFENDANTS' EXPERT DR. GIBBONS**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of the Curriculum Vitae of Dr. Robert Gibbons.

3. Attached as Exhibit B is a true and correct copy of an excerpt from the program for the American Statistical Association's Joint Statistical Meeting.

4. Attached as Exhibit C is a true and correct copy of an April 29, 2009 email from Joseph Coyle to Robert Gibbons.

5. Attached as Exhibit D is a true and correct copy of the May 19, 2008 Expert Report of Dr. Robert Gibbons.

6. Attached as Exhibit E is a true and correct copy of the November 5, 2008 Supplemental Report of Dr. Robert Gibbons.

- 2 -

7. Attached as Exhibit F is a true and correct copy of an excerpt from the program for the 2005 American College of Neuropsychopharmacology Annual Meeting on adult suicide risk.

8. Attached as Exhibit G is a true and correct copy of the March 19, 2009 Supplemental Expert Report of Dr. Robert Gibbons.

9. Attached as Exhibit H is a true and correct copy of the July 11, 2008 Supplemental Report of Dr. Robert Gibbons.

10. Attached as Exhibit I is a true and correct copy of an excerpt from the deposition of Dr. Robert Gibbons.

11. Attached as Exhibit J is a true and correct copy of a March 15, 2009 letter from Robert Gibbons to Joseph Coyle.

12. Attached as Exhibit K is a true and correct copy of J. Leckman's and R. King's article accepted by the *American Journal of Psychiatry* entitled *A Developmental Perspective on the Controversy Surrounding the Use of SSRIs to Treat Pediatric Depression*.

Signed under the penalties of perjury this 8th day of July 2009.

s/ Mark S. Cheffo_____
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 8, 2009.

                                         /s/ David B. Chaffin
                                         David B. Chaffin