# EXHIBIT B

### A Brief Look at Samuel S. Wilks



Wilks played an important role in the development of mathematical statistics, especially in regard to practical applications. He earned his PhD from the University of Iowa and went on to become a professor of mathematics and, later, chair of the Division of Mathematics at Princeton University. He was noted for his work on multivariate statistics and unit-weighted regression.

### A Brief Look at Gottfried E. Noether

Noether was an expert on nonparametric statistics who wrote six books and more than 50 articles. He earned his PhD from Columbia University in 1949 and retired in 1985 as chair of the Department of Statistics at the University of Connecticut. He also served on a statistical advisory committee for the Office of Management and Budget and as an associate editor of *The American Statistician*.

## Samuel S. Wilks Award
*Daniel Zelterman, Chair*
Samuel S. Wilks Memorial Medal Committee

Lee-Jen Wei is awarded the Samuel S. Wilks Medal for statistical methods used in clinical trials.



**Lee-Jen Wei**
Harvard University

## Gottfried E. Noether Award
*Carlos Morales, Chair*
Noether Awards Committee



**Grace Wahba**
University of Wisconsin-Madison

### Noether Senior Scholar Award
To Grace Wahba of the University of Wisconsin-Madison for outstanding contributions to the theory and applications of nonparametric statistics.

## Award of Outstanding Statistical Application
*Barry I. Graubard, Chair*
Committee on Award of Outstanding Statistical Application

For the development of new and innovative statistical approaches to drug safety, in general, and for clarifying the relationship between antidepressant pharmacotherapy and suicide, in particular.



**Robert D. Gibbons**
University of Illinois