# EXHIBIT C

Delivered-To: rdgib@mstore-11.priv.cc.uic.edu
X-Spam-Processed: mail3.ejpress.com, Wed, 29 Apr 2009 22:35:28 -0400
    (not processed: message from trusted or authenticated source)
X-Return-Path: archgenpsychiatry@jama-archives.org
X-Envelope-From: archgenpsychiatry@jama-archives.org
X-MDaemon-Deliver-To: rdgib@uic.edu
X-Mailer: MIME::Lite 3.021 (F2.74; T1.23; A2.02; B3.07; Q3.07)
Date: Wed, 29 Apr 2009 22:35:22 -0400
To: rdgib@uic.edu
Subject: PSY08-0874R Decision Letter
Cc: archgenpsychiatry@jama-archives.org
From: archgenpsychiatry@jama-archives.org
X-Spam-Level:
X-Spam-Status: No, score=-4.999 required=5 tests=HTML_MESSAGE,
    UIC_MENTIONED autolearn=disabled version=3.2.3
X-UIC-Note: Already SA Checked.
X-Scanned-By: MIMEDefang 2.56 on 128.248.155.28

April 29, 2009

Dr. Robert Gibbons
University of Illinois
Center for Health Statistics
1601 W. Taylor
Chicago, IL 60612

RE: The Relationship Between Antiepileptics and Suicide Attempts in Patients with Bipolar Disorder

Dear Dr. Gibbons:

We have completed our review of your manuscript and are pleased to accept it for publication in Archives of General Psychiatry. Your manuscript is accepted with the understanding that its contents, all or in part, have not been published elsewhere and will not be published elsewhere except in abstract form or with the permission of the editor.

All major articles published in Archives of General Psychiatry are made available free online 12 months after publication. Any information you may receive about the proposed publication date of your article is tentative and should be kept confidential. Prepublication distribution of the accepted manuscript without permission is prohibited. If your accepted manuscript reports research that was funded by an organization that requires the article to be posted in an institutional repository, please see our policy at:

http://archpsyc.ama-assn.org/misc/authors.dtl?aclmsg=true #depositing

Please note that the news media should not release any information about your article until 3 PM Central Time on the first Monday of the month of publication. If you need help in coordinating press conferences or releases, please contact the JAMA/Archives Media Relations Department at

mediarelations@jama-archives.org or +312-464-5262.

A typescript, edited according to AMA style, and figures re-created according to AMA style will be sent to you for final approval. It is likely that you will also receive questions about the text, tables, or figures. Your manuscript is accepted, therefore, with the understanding that it may later be necessary to consider some changes in text or ancillary material. Information about reprints and e-prints will accompany the typescript.

Also, please verify and confirm that all financial disclosure information for you and all coauthors is accurate, complete, and up-to-date. Our policy requires that "all affiliations with or financial involvement (eg, employment, consultancies, honoraria, stock ownership or options, expert testimony, grants or patents received or pending, royalties) with any organization or entity with a financial interest in or financial conflict with the subject matter or materials discussed in the manuscript are completely disclosed" and that "all financial and material support for the research and work are clearly identified in the manuscript." Please contact me immediately if you have any questions about this policy.

We appreciate your submitting the manuscript for our consideration and look forward to seeing it in Archives of General Psychiatry in print and online.

For the This Month in Archives section, please send me a short (50-75 words) paragraph that summarizes the main content of your paper. The goal is to provide readers with a succinct overview of the articles published in that issue, so please look at that section for examples of summaries. Please use first author et al. in the paragraph and include your manuscript number for identification.

Sincerely yours,

Joseph T. Coyle, MD
Editor, Archives of General Psychiatry
E-mail: archgenpsychiatry@jama-archives.org

Confidentiality Note: This communication, including any attachments, is solely for the use of the addressee, may contain privileged, confidential or proprietary information, and may not be redistributed in any way without the sender's consent. Thank you.
-----------------
Editor Comments:

Robert D. Gibbons Ph.D.
Director, Center for Health Statistics
University of Illinois at Chicago
1601 W. Taylor
Chicago IL 60612
312-413-7755
312-996-2113 (fax)