# EXHIBIT F



# ACNP 44th Annual Meeting Program Book

**President:**
**Daniel Weinberger**

**Program Committee Chair:**
**Trey Sunderland**

**December 11-15, 2005**
**Hilton Waikoloa Village**
**Waikoloa, Hawaii**

THIS MEETING IS JOINTLY SPONSORED BY THE
VANDERBILT UNIVERSITY SCHOOL OF MEDICINE
DEPARTMENT OF PSYCHIATRY AND
THE AMERICAN COLLEGE OF NEUROPSYCHOPHARMACOLOGY.

84. Decreased Serotonin-1A Receptor Binding in Social Anxiety Disorder

    Rupert Lanzenberger, Christoph Spindelegger, Alexander Holik, Key Mien, Markus Mitterhauser, Wolfgang Wadsak, Nilufar Mossaheb, Trawat Attarbaschi, Julia Sacher, Nikolas Klein, Kurt Kletter, Siegfried Kasper, Johannes Tauscher*

85. Using Symptom Improvement Patterns to Predict Remission in Depressed Outpatients Treated with Venlafaxine Extended Release (XR) or Selective Serotonin Reuptake Inhibitors (SSRI)

    Madhukar H. Trivedi*, Bruce D. Grannemann, Jeff Musgnung, Qin Jiang, Raj Tummala, Michael E. Thase

86. Inhibited Temperament and HPA Axis Function in Healthy Adults

    Audrey R. Tyrka*, Linda Carpenter, George Anderson, Lawrence Price

87. Antidepressant Treatment and Risk of Suicide Attempt by Adults with Major Depressive Disorder: A Propensity-Adjusted Retrospective Cohort Study

    Robert J. Valuck*, Anne M. Libby, Elaine H. Morrato, Maria A. Oquendo, Hendricks Brown, Robert D. Gibbons

88. Mitochondrial Related Gene Expression In Suicide

    Marquis P. Vawter*, Simon J. Evans, Prabha V. Choudary, Fan Meng, Mary E. Atz, Preston Cartagena, David M. Walsh, Jun Li, Hiro Tomita, Richard M. Myers, Huda Akil, Stanley J. Watson, Edward G. Jones, William E. Bunney

89. Altered Sensitivity of Peripheral Blood Leukocytes to Glucocorticoids in Deployment-Related Postraumatic Stress Disorder

    Eric Vermetten*, Carien De Kloet, Annemieke Kavelaars, Angela Bikker, Ellen Meulman, Herman G. Westenberg, Cobi J. Heijnen

90. Evidence That SSRI Response in Depression Is Influenced by a Functional Haplotype in HTR1B and the C-1019G SNP in HTR1A

    Sandra M. Villafuerte*, Elizabeth A. Young, Margit Burmeister