UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
--------------------------------------------------------------x
                                            :      MDL Docket No.: 1629
In re:  NEURONTIN MARKETING,                :
        SALES PRACTICES AND                 :      Master File No.: 04-10981
        PRODUCTS LIABILITY LITIGATION       :
                                            :      Judge Patti B. Saris
--------------------------------------------------------------x
                                            :      Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                   :
                                            :
Egilman v. Pfizer Inc., 1:07-11426-PBS      :
                                            :
                                            :
--------------------------------------------------------------x
```

**PLAINTIFF'S  MOTION TO SUPPLEMENT HIS TRIAL TESTIMONY
DESIGNATIONS FOR THE JULY 27, 2009 TRIAL OF THIS ACTION**

Plaintiff David Egilman, as Administrator of the Estate of Susan Bulger, deceased, by and through his attorneys, The Lanier Law Firm, P.L.L.C. and Finkelstein & Partners, LLP, hereby moves this Court for an order allowing Plaintiff to supplement his trial testimony designations with a few short excerpts which were inadvertently not included in his revised submission.

This Motion is supported by Plaintiff's Memorandum in Support, Declaration in Support and exhibits annexed thereto, submitted herewith.

Dated:  July 9, 2009                        Respectfully submitted,


                                  By:    **/s/ W. Mark Lanier**
                                  _____
                                          W. Mark Lanier, Esquire
                                          THE LANIER LAW FIRM, P.L.L.C.
                                          126 East 56th Street, 6th Floor
                                          New York, NY  10022



                                  By:    **/s/ Andrew G. Finkelstein**
                                  _____

Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

*Attorneys for Plaintiff David Egilman*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 9, 2009.

 **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire