UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
                                          :        MDL Docket No. 1629
In re:   NEURONTIN MARKETING,            :
         SALES PRACTICES AND              :        Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION    :
                                          :        Judge Patti B. Saris
-----------------------------------------------------------------x
                                          :        Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                 :
                                          :
Egilman  v. Pfizer Inc., 1:07-cv-11426-PBS   :
                                          :
-----------------------------------------------------------------x
```

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.**
**IN OF PLAINTIFF'S MOTION TO SUPPLEMENT HIS TRIAL TESTIMONY**
**DESIGNATIONS FOR THE JULY 27, 2009 TRIAL OF THIS ACTION**

I, Andrew G. Finkelstein, deposes and states as follows:

1.      I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the

Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2.      This declaration is submitted in support of Plaintiff's motion to supplement his

trial testimony designations for the July 27, 2009 trial of this action.

3.       The following documents are attached hereto in support of this motion:

Exhibit A -  Plaintiff's counsel, Kenneth B. Fromson's June 29, 2009 e-mail's to defense
             counsel requesting agreement on the supplemental trial designations.

Exhibit B  - Defense counsel's July 7, 2009 e-mail rejecting Plaintiff's request to
             supplement

Exhibit C - Annotation report which contains the full citation of the supplemented
            testimony

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 9, 2009

**/s/ Andrew G. Finkelstein**

Andrew G. Finkelstein
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Attorneys for Plaintiff David S. Egilman*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 9, 2009.

Dated:  July 9, 2009

**/s/ Andrew G. Finkelstein**

Andrew G. Finkelstein
