# EXHIBIT A

| | | |
|---|---|---|
| **Kenneth Fromson/FLGP**<br>06/29/2009 09:39 AM | To | Mark.Cheffo@skadden.com |
| | cc | |
| | bcc | Andrew Finkelstein/FLGP@FLGP |
| | Subject | Neurontin: Bulger case - Request to Confer - Additional Depo Designations |

Mark -

Notwithstanding the deadlines for disclosure, I am requesting that you consent to the disclosure of the following additional pages/lines regarding witness **Michele Meagher** (sales representative to Goldman,MD) and **Richard Goldman, MD** (decedent's prescriber).   If you do not consent, we will likely make a very brief motion to the Court this afternoon requesting leave for the late disclosure, particularly in light of the <u>limited</u> nature of the lines at issue.  Again, I am not asking that you agree to the admissibility -- the substance of the testimony can be handled in minutes via objections, if any.  But that would be putting the cart before the horse.  So, please let me know if you will consent to the disclosure.

If you do consent, the next issue would be your objections, if any, and redesignations based upon these new lines.  As to that, you could have 2 weeks (or more if you need).

Here are the additional pages/lines for Meager:

19 [9-16]
19 [25]

20 [2-3]
20 [13 - 19]

49 [14-21]

50 [3 - 11]

51 [24 - 25]
52 [2-9]

Here are the additional pages/lines for Goldman,MD:

172 [17 - 24]

173 [1-4]
173 [6-24]

174 [1-11]
174 [14-24]
175 [1-2]

198 [19-24]

199 [1-15]

I have attached a copy of the Meager and Goldman transcripts so you can quickly access the testimony at issue.



Kenneth B. Fromson, Esq.
Finkelstein & Partners, LLP
1279 Rte. 300, P.O. Box 1111
Newburgh, NY 12551
845-562-0203 x 2755
Kfromson@lawampm.com

**Kenneth Fromson/FLGP**  To  mark.cheffo@skadden.com
06/29/2009 02:07 PM          cc
                             bcc
                    Subject  Neurontin/Bulger: RE-designations of Goldman & Meeger

Mark - Attached is the actual final work product for the revised designations re Meager and Goldman that were referenced in my email to you this morning. Please let me know your position.

Kenneth B. Fromson, Esq.
Finkelstein & Partners, LLP
1279 Rte. 300, P.O. Box 1111
Newburgh, NY 12551
845-562-0203 x 2755
Kfromson@lawampm.com

---

This Email has been scanned for all viruses by PAETEC Email Scanning Services, utilizing MessageLabs proprietary SkyScan infrastructure. For more information on a proactive anti-virus service working around the clock, around the globe, visit http://www.paetec.com.

---

REVISED redesignation goldman & meeger.rtf