# EXHIBIT B



| | | | |
|---|---|---|---|
| "Cheffo, Mark S" <Mark.Cheffo@skadden.com> | To | "'KennethFromson@lawampm.com'" <KennethFromson@lawampm.com> | |
| | cc | | |
| 07/07/2009 04:17 PM | bcc | | |
| | Subject | Re: Neurontin -BULGER Trial - Deposition Designations - meet/confer | |

History:     🗘 This message has been forwarded.

Ken,

We looked at the issue and it is not simple. The testimony not only requires new objections outside of the schedule, but it would impact other testimony of other witnesses. Thus, we cannot agree. Certainly, if this was a matter of a line being dropped inadvertently, or a page of a document omitted, such inadvertent errors would not be an issue. But this is substantive and has a broader impact on our designations. Absent leave of Court, and based on the Court's comments yesterday, we cannot agree to substantive changes at this point. Please feel free to give me a call if you want to discuss in more detail. Thx.

Mark

**From**: KennethFromson@lawampm.com
**To**: Cheffo, Mark S (NYC)
**Sent**: Tue Jul 07 08:45:28 2009
**Subject**: Neurontin -BULGER Trial - Deposition Designations - meet/confer

Mark - Have you been able to come to a decision on whether to stipulate to the timeliness of those additional deposition designations that I submitted to you last week?  (witnesses Meagher and Goldman).

Kenneth B. Fromson, Esq.
Finkelstein & Partners, LLP
1279 Rte. 300, P.O. Box 1111
Newburgh, NY 12551
845-562-0203 x 2755
Kfromson@lawampm.com

---------------------------------------------------------------------------
***************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
***************************************************
***************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this

email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

======================================================================
=========

_____
This Email has been scanned for all viruses by PAETEC Email Scanning Services, utilizing MessageLabs proprietary SkyScan infrastructure. For more information on a proactive anti-virus service working around the clock, around the globe, visit http://www.paetec.com.
_____