# EXHIBIT C

**Annotations Report [fp neurontin RE-designation ONLY]**

[172:17] - [173:4]        4/22/2008    Goldman, Richard MD (Bulger)

```
page 172
 17      Q.   Do you know who Michelle Meeger is?
 18      A.   Not offhand.  The name sounds
 19  familiar.
 20      Q.   Do you know Michelle Meeger as a
 21  representative of Pfizer who may have paid a
 22  visit to you?
 23      A.   The name is familiar, Michelle Meeger,
 24  but I don't know where I know her from.
page 173
  1      Q.   If I set forth for you that Michelle
  2  Meeger has testified that she has met with you
  3  in your office related to pharmaceutical
  4  products of Pfizer, would you challenge that?
```

[173:6] - [174:11]        4/22/2008    Goldman, Richard MD (Bulger)

```
page 173
  6      A.   If you showed me a picture of her, if
  7  you showed me her, I would probably remember her
  8  more.  I tend to remember faces better than
  9  names.
 10           So I have no reason to doubt, if she
 11  says she met in my office with me then I did.
 12  But again, the name, I can't put a face to the
 13  name, so I can't --
 14      Q.   Have you ever gone to any dinners
 15  sponsored by Pfizer?
 16      A.   I'm sure I have.
 17      Q.   And do you know if any -- who spoke at
 18  any of those dinners?
 19      A.   I have no specific memory of any
 20  particular dinner with a particular speaker
 21  related to Pfizer.
 22      Q.   Do you maintain any records that you
 23  would have, a diary, that shows what dinners
 24  you've gone to?
page 174
  1      A.   Nothing specific.  I would have maybe
  2  at some point, you know, made a note on my
  3  calendar or on my PDA that I had a particular
  4  dinner, but it would have been -- it wasn't a
  5  policy that I had everything listed in terms of
  6  what the dinner was, who was giving the talk, or
  7  where it was.  It was probably more time in
  8  restaurant or something like that, but I have no
  9  specific policy.
 10      Q.   Do you remember any of the restaurants
 11  that you attended, just by name of restaurant?
```

[174:14] - [175:2]        4/22/2008    Goldman, Richard MD (Bulger)

```
page 174
 14      Q.   Related to pharmaceutical dinners?
 15      A.   In Boston?
 16      Q.   Yes.
 17      A.   Probably.  Abe & Louie's, McCormick &
 18  Schmidt or whatever.  I mean I've been to a
 19  number of restaurants in Boston over the years
 20  related to pharmaceutical companies, much less
 21  so lately than I used to.
 22      Q.   Abe & Louie's, McCormick & Schmidt.
 23      A.   I don't know.  I've been to so many
 24  restaurants in Boston, I don't remember if they
page 175
  1  were specific to drug companies or I've gone on
```

|  |  |
|---|---|
|  | 2  my own, but a number of restaurants. |
| [19:9] - [19:16] | 3/21/2008     Meager, Michele (Bulger) |
|  | page 19<br>9  Q.        Okay.  All right.  Did you ever<br>10 discuss off-label use of Neurontin with any<br>11 doctor you ever serviced?<br>12 A.        No.<br>13 Q.        Were you ever asked about Neurontin's<br>14 association with adverse psychiatric experiences<br>15 by any doctor you detailed?<br>16 A.        No. |
| [19:25] | 3/21/2008     Meager, Michele (Bulger) |
|  | page 19<br>25 Q.        Did you ever advise any doctor about |
| [20:2] - [20:3] | 3/21/2008     Meager, Michele (Bulger) |
|  | page 20<br>2  these adverse events?<br>3  A.        No. |
| [20:13] - [20:19] | 3/21/2008     Meager, Michele (Bulger) |
|  | page 20<br>13 Q.        Did you ever advise any doctor about<br>14 adverse psychiatric events or experiences?<br>15 A.        No.<br>16 Q.        Okay.  All right.  Were you ever<br>17 informed about lawsuits relating to Neurontin<br>18 and suicides?<br>19 A.        No. |
| [49:14] - [49:18] | 3/21/2008     Meager, Michele (Bulger) |
|  | page 49<br>14 Q.        Did there come a time when you learned<br>15 that taking Neurontin posed a suicide risk?<br>16 A.        No.  This is the first I've heard of<br>17 it.<br>18 Q.        Today is the first you've heard? |
| [49:21] | 3/21/2008     Meager, Michele (Bulger) |
|  | page 49<br>21 A.        Yes.  Today's the first I've heard. |
| [50:3] - [50:11] | 3/21/2008     Meager, Michele (Bulger) |
|  | page 50<br>3  Q.        What's a backgrounder?<br>4  A.        A backgrounder would be when you<br>5  have -- when you're learning about a product, it<br>6  would be the disease state and treatment for<br>7  that product.  It was a sales tool.<br>8  Q.        Okay.  Did you ever get any<br>9  backgrounders regarding the suicide risks<br>10 associated with Neurontin?<br>11 A.        No. |
| [51:24] - [51:25] | 3/21/2008     Meager, Michele (Bulger) |
|  | page 51<br>24 Q.        Did you ever suggest to any of the<br>25 physicians that you detailed that they take a |

| | | |
|---|---|---|
| [52:2] - [52:7] | 3/21/2008 | Meager, Michele (Bulger) |

```
page 52
 2  history for depression or suicide prior to
 3  prescribing Neurontin to their patients?
 4  A.         No.
 5  Q.         Were you aware of the FDA concern
 6  raised in the original FDA review related to
 7  Neurontin's association with suicide?
```

| | | |
|---|---|---|
| [52:9] | 3/21/2008 | Meager, Michele (Bulger) |

```
page 52
 9  A.         No.
```