UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                              :    MDL Docket No.: 1629
In re:  NEURONTIN MARKETING,                  :
        SALES PRACTICES AND                   :    Master File No.: 04-10981
        PRODUCTS LIABILITY LITIGATION         :
                                              :    Judge Patti B. Saris
-------------------------------------------------------------x
                                              :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                     :
                                              :
Egilman v. Pfizer Inc., 1:07-11426-PBS        :
                                              :
                                              :
-------------------------------------------------------------x
```

**PLAINTIFF'S MOTION REQUESTING CLARIFICATION
OF JUDGE SARIS'S ELECTRONIC ORDER OF
JUNE 9, 2009 REGARDING NO "NEW" WITNESSES**

Plaintiff David Egilman, as Administrator of the Estate of Susan Bulger, deceased, by and through his attorneys, The Lanier Law Firm, P.L.L.C. and Finkelstein & Partners, LLP, hereby moves this Court requesting clarification of Judge Saris's electronic order of June 9, 2009 regarding no "new" witnesses.

This Motion is supported by Plaintiff's Memorandum in Support, Declaration in Support and exhibits annexed thereto, submitted herewith.

Dated: July 9, 2009                         Respectfully submitted,


                                            By:    **/s/ W. Mark Lanier**
                                                    W. Mark Lanier, Esquire
                                                    THE LANIER LAW FIRM, P.L.L.C.
                                                    126 East 56th Street, 6th Floor
                                                    New York, NY  10022



                                            By:    **/s/ Andrew G. Finkelstein**
                                                    Andrew G. Finkelstein, Esquire

2

Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY 12551

*Attorneys for Plaintiff David Egilman*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 9, 2009.

        /s/ **Andrew G. Finkelstein**
        Andrew G. Finkelstein, Esquire