UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING,              :
       SALES PRACTICES AND              : Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION   :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                 :
:
*Egilman v. Pfizer Inc.*, 1:07-cv-11426-PBS   :
:
---------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.
IN SUPPORT OF PLAINTIFF'S MOTION REQUESTING
CLARIFICATION  OF  JUDGE SARIS'S ELECTRONIC
<u>ORDER OF JUNE 9, 2009 REGARDING NO "NEW" WITNESSES</u>**

    I, Andrew G. Finkelstein, deposes and states as follows:

    1.    I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

    2.    This declaration is submitted in support of Plaintiff's motion requesting clarification of Judge Saris's electronic order of June 9, 2009 regarding no "new" witnesses.

    3.    The following documents are attached hereto in support of this motion:

Exhibit A -   Plaintiff's January 25, 2008, Rule 26 Disclosure

Exhibit B -   Excerpts from the transcript of the deposition of Ronald Bulger, Jr. at 11:20-12:13, 26:11-27:7, 99:10-17

Exhibit C -   Plaintiff's May 22, 2009, further supplemental Rule 26 Disclosure

Exhibit D -   Plaintiff's June 22, 2009,  Plaintiff's List of witnesses to be presented at trial

Exhibit E -   Plaintiff's response to Defendants' supplemental interrogatory, No. 1

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 9, 2009

          **/s/ Andrew G. Finkelstein**
          Andrew G. Finkelstein
          Finkelstein & Partners, LLP
          1279 Route 300, P.O. Box 1111
          Newburgh, NY  12551
          (800) 634-1212

          *Attorneys for Plaintiff David S. Egilman*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 9, 2009.

Dated:  July 9, 2009

          **/s/ Andrew G. Finkelstein**
          Andrew G. Finkelstein