# EXHIBIT A

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS | 230337-06 |

----------------------------------------------------------------x

MDL Docket No. 1629

In re: NEURONTIN MARKETING,    Judge Patti B. Saris
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION           Magistrate Judge
                               Leo T. Sorokin

----------------------------------------------------------------x

THIS DOCUMENT RELATES TO:                    PLAINTIFF'S
                                             RULE 26(a)(1)
RONALD J. BULGER, SR., as Administrator of the   DISCLOSURES
Estate of SUSAN BULGER, deceased

                                             07 CA 11426 PBS

----------------------------------------------------------------x

SIRS:

    PLEASE TAKE NOTICE, that pursuant to FRCP Rule 26(a)(1):

(A) The following witnesses may be used to support the claims of the plaintiff, herein:

1. Police and ambulance personnel who responded to/investigated the incident, including Peabody Police Dept, 6 Allens Ln, Peabody, MA 01960; Massachusetts State Police, 407 Worchester Rd, Framingham, MA 01702; Peabody Fire Dept, 41 Lowell St, Peabody, MA 01960; and Northshore Ambulance, 63 Grove St, Salem, MA 01970;
2. Neurontin prescribing physician Dr. Richard Goldman, 873 Worcester St, Wellesley, MA 02482;
3. Physicians and staff personnel at Bayridge Hospital, 212 Boston, Lynn, MA 01904;
4. Physicians and staff personnel at CAB Health & Recovery Services, 111 Middleton Rd, Danvers, MA 01923;
5. Physicians and staff personnel at Danvers Family Care, 75 Lindell St, Danvers, MA 01923;
6. Physicians and staff personnel at Brigham Orthopedic Associates, 75 Francis St, Boston, MA 02115, including Dr. Thomas Thornhill;
7. Physicians and staff personnel at Spaulding Rehabilitation, 1575 Cambridge St, Cambridge, MA 02138;

    8. Physicians and staff personnel at Salem Hospital, 81 Highland Ave, Salem, MA 01970;
    9. Physicians and staff personnel at Charter Brookside Hospital, 11 Northwest Blvd, Nashua, NH 03063;
    10. Dr. Dino Crognale, 72 Lindell St, Danvers, MA 01923;
    11. Dr. Hugh O'Flynn, Beverly Coastal Orthopedic, Beverly, MA;
    12. Friends and family of the deceased.

(B) The following documents may be used to support the claims of the plaintiff herein:

    1. Death certificate, annexed;
    2. Police report, annexed;
    3. Dr. Goldman, records, annexed;
    4. Dr. Crognale, records, annexed;
    5. CAB Health & Recovery Services, records, annexed;
    6. Brigham Orthopedic Associates, records, annexed;
    7. Bayridge Hospital, records, annexed;
    8. Eaton Apothecary, records, annexed;
    9. The Medicine Shoppe, records, annexed;
    10. Records obtained from the Franklin vs. Parke-Davis litigation;
    11. Records obtained from the United States of America vs. Warner Lambert Company LLC litigation, including but not limited to, the global criminal and civil settlement agreement resolving Warner-Lambert's criminal and civil liability regarding the marketing of the drug Neurontin for uses not approved by the United States Food and Drug Administration;
    12. Records obtained from the defendant in the course of discovery.

(C) Computation of Damages:

Plaintiff claims damages for wrongful death, including loss of consortium, including society, guidance, companionship, felicity and sexual relations; loss of society to the children of the decedent, including instruction, moral training and superintendence of education; loss of society of the mutual benefits that each family member received from the other's continued existence, including love, affection, care, attention, companionship, comfort, guidance, and protection; conscious pain and suffering, medical expenses.

(D) Insurance Agreements:

Not applicable to the plaintiff.

Dated: 01/05, 2008

FINKELSTEIN & PARTNERS, LLP

MARSHALL P. RICHER, ESQ.
Attorneys for Plaintiff
436 Robinson Avenue
Newburgh, N.Y. 12550

TO:
Shook, Hardy & Bacon
Attorneys for Defendants
2555 Grand Blvd
Kansas City, MO 64108-2613