# EXHIBIT B

**1**

```
1     UNITED STATES DISTRICT COURT
2     FOR THE DISTRICT OF MASSACHUSETTS
3         MDL Docket No. 1629
4         Master File No. 04-10981
5     ***************************************
6     IN RE:  NEURONTIN MARKETING, SALES
7         PRACTICES AND PRODUCTS
8         LIABILITY LITIGATION
9     ***************************************
10    THIS DOCUMENT RELATES TO:
11    RONALD J. BULGER, SR., as Administrator
12    of the Estate of Susan Bulger, Deceased
13    ***************************************
14
15
16    VIDEOTAPED DEPOSITION OF RONALD J. BULGER, JR.
17
18         Held At:
           Hare & Chaffin
19         160 Federal Street
           Boston, Massachusetts 02110
20
           May 8th, 2008
21         10:01 AM
22
      Reported By:  Maureen O'Connor Pollard, RPR, CLR
23
24    Videographer:  Tom Tracy
```

**2**

```
1     APPEARANCES:
2     FOR THE PLAINTIFF:
3       BY: ANDREW G. FINKELSTEIN, ESQ.
4           FINKELSTEIN & PARTNERS
5           436 Robinson Avenue
6           Newburgh, New York 12550
7           800-634-1212
8           fink33@mac.com
9
10    FOR THE DEFENDANTS:
11      BY: LORI R. SCHULTZ, ESQ.
12          SHOOK, HARDY & BACON
13          2555 Grand Avenue
14          Kansas City, Missouri 64105
15          816-559-2991
16          lschultz@shb.com
17
18
19
20
21
22
23
24
```

**3**

```
1                   INDEX
2     EXAMINATION                      PAGE
3     RONALD J. BULGER, JR.
4      BY MS. SCHULTZ                    5
5
6                 EXHIBITS
7     NO.      DESCRIPTION             PAGE
8     Ex.      ...............
9
10
11        **NO EXHIBITS WERE MARKED**
12
13
14
15
16
17
18
19
20
21
22
23
24
```

**4**

```
1               P R O C E E D I N G S
2
3         THE VIDEOGRAPHER:  This is the video
4     operator, Tom Tracy of Veritext.
5         Today's date is May 8th, 2008.  The
6     time is 10:02 a.m..
7         We are here at the offices of Hare
8     Chaffin located at 160 Federal Street, Boston,
9     Mass to take the videotaped deposition of Ronald
10    Bulger, Jr. in the matter of In Re:  Neurontin
11    Marketing, Sales Practices and Product Liability
12    Litigation in the U.S. District Court of
13    Massachusetts, MDL Docket Number 1629.
14        Would counsel please voice identify
15    yourselves and state whom you represent?
16        MR. FINKELSTEIN:  Andrew Finkelstein,
17    Finkelstein & Partners, on behalf of the Bulger
18    family.
19        MS. SCHULTZ:  Lori Schultz, Shook,
20    Hardy & Bacon, on behalf of Defendant Pfizer.
21        THE VIDEOGRAPHER:  And would the court
22    reporter please swear in the witness?
23
24
```

## Page 9

1  Q. And who are your aunts and uncles on
2  your mother's side?
3  A. I really don't have any. She was in
4  foster care.
5  Q. Your mother was in foster care?
6  A. As a child.
7  Q. So did your mother have any sisters
8  and brothers, to your knowledge?
9  A. I knew one foster sister.
10  Q. Who was the foster sister?
11  A. Linda Landry.
12  Q. Is that Landry?
13  A. Yes, Landry.
14  Q. Is she married?
15  A. Not that I know of.
16  Q. And when you say a foster sister,
17  Linda Landry was not her natural born sister?
18  A. Yes, not -- not by blood.
19  Q. How often did you see Linda?
20  A. Once every four years.
21  Q. When is the last time you saw her?
22  A. About eight years ago.
23  Q. And what was that occasion?
24  A. I couldn't tell you. Maybe visiting.

## Page 10

1  I just know I've seen her.
2  Q. Did your mother ever talk to you about
3  her childhood?
4  A. Yes.
5  Q. Can you tell me what types of things
6  she told you?
7  A. She had an abusive mother, and was
8  kicked out around fourteen, and never wanted her
9  children to grow up that way.
10  Q. Did you ever meet her mother?
11  A. Once.
12  Q. And what was that occasion?
13  A. My mom wanted to visit her, so we
14  visited her in the hospital.
15  Q. Was her mother ill at that time?
16  A. Yes.
17  Q. And is that the only time you saw her
18  mother?
19  A. Yes.
20  Q. Did she tell you whether or not she
21  was ever physically abused?
22  A. Yes.
23  Q. What did she tell you?
24  A. She was physically abused as a child.

## Page 11

1  Q. By her mother?
2  A. Yes.
3  Q. By anyone else?
4  A. No.
5  Q. Do you have any cousins on your
6  mother's side that your aware of?
7  A. No.
8  Q. Who currently are your closest
9  friends?
10  A. My girlfriend.
11  Q. What is her name?
12  A. Kaylen Handren.
13  Q. Can you spell the last name, please?
14  A. H-A-N-D-R-E-N.
15  Q. How long has Kaylen been your
16  girlfriend?
17  A. About a year now.
18  Q. Have you ever been married?
19  A. No.
20  Q. Any other close friends?
21  A. Michael Cennami.
22  Q. And could you spell that, please?
23  A. C-E-N-N-A-M-I.
24  Q. Where does Michael live?

## Page 12

1  A. In Peabody.
2  Q. How long has Michael been your close
3  friend?
4  A. About ten years maybe, twelve. He
5  knew my mom very well.
6  Q. Did any of your other friends know
7  your mother really well?
8  A. No.
9  Q. Just Michael Cennami?
10  A. Yes.
11  Q. Do you know what his address is?
12  A. 27 Bowen Road, I believe. His mother
13  was also good friends with my mother.
14  Q. What is his mother's name?
15  A. Susan Murphy.
16  Q. And where does Susan Murphy live?
17  A. Same address as Michael.
18  Q. Did your mother have any other close
19  friends?
20  A. No.
21  Q. Any friends that -- other friends you
22  can remember your mother having, even if they
23  weren't close friends?
24  A. Maybe back in my childhood.

**Page 25**

1  was prescribed.
2      Q.  Did you ever have any suspicion that
3  anyone coming to the house was using drugs?
4      A.  No, none of those people ever came
5  around again.
6      Q.  And then you said your father started
7  to come around again after Regina was born?
8      A.  Yes.
9      Q.  And approximately how old were you
10  when Regina was born?
11      A.  I believe twelve or thirteen.
12      Q.  From the time Regina was born, was
13  your father in the house?
14      A.  Yes.  Working for him became much more
15  difficult, so he stopped working, he stayed home
16  a lot.
17      Q.  Did your mother ever tell you that she
18  had attempted suicide?
19      A.  No.
20      Q.  Has your father ever told you whether
21  she attempted suicide?
22      A.  Yes.
23      Q.  What did he tell you?
24      A.  That she attempted suicide.  He never

**Page 26**

1  was specific.  She was very sad.  It was before
2  DSS at a bad time in her life.
3      Q.  Did he give you any more specifics
4  about it?
5      A.  No.
6      Q.  Did you ask him for any more details?
7      A.  No.
8      Q.  Did he tell you whether she had
9  attempted suicide on more than one occasion?
10      A.  No.
11      Q.  At the time of your mother's death,
12  was the woman that you indicated before, Susan
13  Murphy, her close friend?
14      A.  Which woman did I indicate?
15      Q.  You said your friend is Michael
16  Cennami?
17      A.  Yes.
18      Q.  Is that right?
19      A.  Yes.
20      Q.  And what is his mother's name?
21      A.  Susan Murphy.
22      Q.  Okay.  And you said Susan Murphy was
23  your mother's friend?
24      A.  Yes.

**Page 27**

1      Q.  Was she your mother's close friend at
2  the time of your mother's death?
3      A.  Not very close, but they knew each
4  other well.  My mother worked in a gift shop at
5  the Sheraton Ferncroft, she attempted to.
6      Q.  Did Susan work with your mother?
7      A.  She managed the gift shop.
8      Q.  At the time of your mother's death,
9  can you think of any close friends that she had?
10      A.  No.
11      Q.  What about any friends or
12  acquaintances?
13      A.  None.  I was her best friend.
14      Q.  Did she ever talk to you about not
15  having friends?
16      A.  No.
17      Q.  Who are your father's closest friends
18  currently?
19      A.  There's Ronald Elwell, who is a good
20  friend of his, he's been a long family friend,
21  he knew my mother.
22      Q.  Where does Ronald live?
23      A.  Up in Salisbury.
24      Q.  Who are his other close friends?

**Page 28**

1      A.  That's about it.
2      Q.  Has your father dated anyone, to your
3  knowledge, since your mother's death?
4      A.  No.
5      Q.  Did you graduate from high school?
6      A.  Yes.  That's the one thing my mom
7  wanted.
8      Q.  What high school did you graduate
9  from?
10      A.  Peabody High School.
11      Q.  In what year was that?
12      A.  2005.
13      Q.  Can you tell me what type of
14  activities you were in in high school?
15      A.  ROTC.
16      Q.  Anything else?
17      A.  No.
18      Q.  Have you considered going into the
19  Army?
20      A.  Yes.
21      Q.  Do you have any plans to do that as of
22  today?
23      A.  No.
24      Q.  Have you taken any college courses?

**97**

1   A.  No.
2   Q.  Do you recall any discussion with your
3   mother that morning other than the fact that you
4   could take the rental car?
5   A.  Not really.
6   Q.  Now, you said that you had gone to
7   return the flying lessons, right?
8   A.  Yeah.
9   Q.  And did you say that your mom called
10  the company that day?
11  A.  Yes.  When I was in there he gave me a
12  problem, so I called my mom, I was a momma's
13  boy, I mean she was there for me, I was there
14  for her, and she called him up and spoke with
15  him.  And I was outside in the parking lot, and
16  he came out and said "come back in and I'll
17  refund you."
18  Q.  And then you spoke with her after
19  that, and that's when you had the conversation
20  you referenced earlier?
21  A.  Yeah.
22  Q.  What time of day was the phone
23  conversation you had with your mom after you got
24  the refund for the flying lessons?

**98**

1   A.  Probably about two or three in the
2   afternoon.
3   Q.  And then what time did you get the
4   phone call from your father?
5   A.  I don't remember exactly, but I
6   believe around 6:30, maybe seven.
7   Q.  And so between the time you got the
8   call from your mother and the time you got the
9   call from your father, you were shopping for
10  futons?
11  A.  Yes.
12  Q.  Did you talk with anyone else that
13  evening other than your father or grandmother,
14  maybe your sister?
15  A.  After she passed?
16  Q.  Yes.
17  A.  Just my girlfriend, she stayed the
18  night over at my grandmother's with me.
19  Q.  Anyone else?
20  A.  No.
21  Q.  Did -- I take it you had a cell phone
22  at the time?
23  A.  Yeah.
24  Q.  Did your mother also have a cell

**99**

1   phone?
2   A.  No.
3   Q.  She just had the landline?
4   A.  Yes.
5   Q.  And I apologize if I've asked you this
6   already, but are you aware of anyone else that
7   she talked to during the day either in person or
8   by phone?
9   A.  No.
10  Q.  Has anyone come and told you "oh, I
11  just saw your mother a week before" or a couple
12  days before her death?
13  A.  Susan Murphy, I believe, spoke with
14  her about a week or two before.
15  Q.  And she told you about that?
16  A.  Yeah, no specifics, she just said "I
17  talked to her not that long ago."
18  Q.  Did she tell you that she thought your
19  mother seemed fine or different in any way?
20  A.  She seemed fine, nothing out of the
21  ordinary.
22  Q.  Anyone else tell you that they had
23  talked with your mother within the weeks
24  preceding her death?

**100**

1   A.  Not that I know of.
2   Q.  Did anyone speak at your mother's
3   funeral?
4   A.  No, besides the guy who owned the
5   funeral place said a few words, and that's about
6   it.
7   Q.  Do you have photographs of your
8   mother?
9   A.  Yeah.
10  Q.  Do you know if there are any
11  videotapes of your mother?
12  A.  Yeah.
13  Q.  What's the subject matter of the
14  videotapes?
15  A.  Christmas.
16  Q.  Was it a specific Christmas?
17  A.  No, not that I --
18  Q.  In other words, do you remember what
19  year it was?
20  A.  Oh, no, maybe sophomore year of high
21  school.
22  Q.  And any other videotapes that you've
23  seen that have your mother in them?
24  A.  No.  They're on the same videotape