UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                                            :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                               :
         SALES PRACTICES AND                                :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION                      :
                                                            :   Judge Patti B. Saris
------------------------------------------------------------x
                                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
Egilman v. Pfizer Inc., 1:07-cv-11425-PBS                   :
                                                            :
------------------------------------------------------------x
```

**PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO PRESENT TRIAL
TESTIMONY AT THE JULY 27, 2009 TRIAL OF THIS ACTION**

Plaintiff, by and through his attorneys, The Lanier Law Firm, P.L.L.C. and Finkelstein & Partners, LLP, hereby move the Court by motion for an Order allowing Plaintiff additional time on Wednesday, July 29, 2009 and Monday, August 3, 2009 from 1 pm to 5 pm to present his trial testimony.

This Motion is supported by the Declaration of Andrew G. Finkelstein, Esq., and the Memorandum in Support, submitted herewith.

Dated:  July 10, 2009

                                          Respectfully submitted,

By:    **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein, Esquire
        Finkelstein & Partners, LLP
        1279 Route 300, P.O. Box 1111
        Newburgh, NY  12550

By:    **/s/ W. Mark Lanier**
        W. Mark Lanier, Esquire

THE LANIER LAW FIRM, P.L.L.C.
126 East 56th Street, 6th Floor
New York, NY  10022

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 10, 2009.

Dated:   July 10, 2009

   /s/ Andrew G. Finkelstein
Andrew G. Finkelstein, Esquire