UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x
                             :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,     :
         SALES PRACTICES AND     :    Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION    :
                             :    Judge Patti B. Saris
-------------------------------------------------------------x
                             :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:     :
                             :
*Egilman  v. Pfizer Inc.*, 1:07-cv-11426-PBS    :
                             :
-------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.
IN SUPPORT OF PLAINTIFF'S MOTION FOR ADDITIONAL
TIME TO PRESENT TRIAL TESTIMONY
AT THE JULY 27, 2009 TRIAL OF THIS ACTION**

I, Andrew G. Finkelstein, depose and state as follows:

1.     I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2.     This declaration is submitted in support of Plaintiff's motion for additional time to present trial testimony at the July 27, 2009 trial of this action.

3.     The following documents are attached hereto in support of this motion:

Exhibit A- Excerpt of transcript from Judge Saris' Partial Motion Hearing, June 22, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 10, 2009

                                  **/s/ Andrew G. Finkelstein**
                                  Andrew G. Finkelstein
                                  Finkelstein & Partners, LLP
                                  1279 Route 300, P.O. Box 1111
                                  Newburgh, NY  12551

(800) 634-1212

*Attorneys for Plaintiff David S. Egilman*

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 10, 2009.

Dated: July 10, 2009

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein