EXHIBIT A

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


    ------------------------------

    IN RE:   NEURONTIN MARKETING,
    SALES PRACTICES AND PRODUCTS
    LIABILITY LITIGATION,                Civil Action
                                         No. 04-10981-PBS

                                         June 22, 2009, 3:00 p.m.
    ------------------------------



              PARTIAL TRANSCRIPT OF MOTION HEARING

             BEFORE THE HONORABLE PATTI B. SARIS

                 UNITED STATES DISTRICT COURT

               JOHN J. MOAKLEY U.S. COURTHOUSE

                        1 COURTHOUSE WAY

                       BOSTON, MA   02210




                    DEBRA M. JOYCE, RMR, CRR
                      Official Court Reporter
                  John J. Moakley U.S. Courthouse
                   1 Courthouse Way, Room 5204
                        Boston, MA   02210
                          617-737-4410
```

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFFS:

 3   W. MARK LANIER, ESQ
     Lanier Law Office
 4   6810 FM 1960 Road W
     Houston, TX 77069
 5   713-659-5200

 6   ANDREW G. FINKELSTEIN, ESQ.
     Finkelstein & Partners, LLP.
 7   436 Robinson Avenue
     Newburgh, New York  12550
 8
     THOMAS M. GREENE, ESQ.
 9   Greene & Hoffman, P.C.
     33 Broad Street
10   5th Floor
     Boston , MA 02109
11   617-261-0040

12
     FOR THE DEFENDANTS:
13
     DAVID B. CHAFFIN, ESQ.
14   Hare & Chaffin
     160 Federal Street, 23rd Floor
15   Boston, MA   02110-1701

16   WILLIAM S. OHLEMEYER, ESQ.
     Boies, Schiller & Flexner LLP
17   333 Main Street
     Armonk , NY 10504
18   914-749-8440

19   MARK S. CHEFFO, ESQ.
     Skadden, Arps, Slate, Meagher & Flom LLP
20   Four Times Square
     New York , NY 10036
21   212-735-3000

22

23

24

25
```

P R O C E E D I N G S

    (The following proceedings were held in open court before the Honorable Patti B. Saris, United States District Judge, United States District Court, District of Massachusetts, at the John J. Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts, on June 22, 2009.)

    (The sealed portion of this hearing has been removed and is under a separate cover.)

    * * * * * * * * * *

    THE COURT: Just for the record, I've reopened the hearing. What's your name from Bloomberg?

    Fordland (phon.).

    This is what this was about. There's basically a new witness that has come to light, at least one, possibly another, but really one, which has some -- which -- who has relevant information late disclosed, late found, and she is scared about being identified, and that is why I have not put it on the public record out of concerns at this point, preliminary concerns for her safety, or for her at least concerns about being confronted, shall we say. And that's all I'm going to say at this point.

    And I've allowed a deposition to be taken, and then counsel will come back to me to tell me what to do next, whether it supports, A, further investigation; or, B, continuance of the trial; or, C, just battle of briefs what to

```
       1    the end of August --
       2         MR. OHLEMEYER:  I think with the guidance you've given
       3    us, we've worked very hard and today is a day we've basically
       4    completed most of our exchanges, to pare down the witnesses --
       5         THE COURT:  It's going to go forward on that date, the
       6    issue is whether I need more time.
       7         MR. OHLEMEYER:  I think we're comfortable we can meet
       8    your time deadlines as you've given them to us.  I think -- I
       9    think that is our operating assumption, that we can do that and
03:25 10    will do that, and I think that's probably preferable to what
      11    happens sometimes when you let a jury go for a week and
      12    anything happens --
      13         THE COURT:  One possibility I might do is talk to
      14    Mr. Alba about maybe -- here's the issue for me is -- I gave
      15    the date you chose on the timetable you chose.  I essentially,
      16    as I usually do, carved off three days, one to impanel, do
      17    openings and closings, arguments and instructions, and then I
      18    usually give at least a day for deliberations.  So I took
      19    three -- quite transparent how I did this.  I took three days
03:26 20    off the top and then I divide it by two, it wasn't rocket
      21    science, on a 9:00 to 1:00 day.
      22         On the other hand, this is the first of a major trial
      23    involving major scientific issues, and we have two sets of
      24    experts, one having to do with the basic causation issue, and
      25    one having to do with the basic suicide issue, Dr. Maris.
```