UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                               :
        SALES PRACTICES AND                                :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                      :
                                                           :   Judge Patti B. Saris
-----------------------------------------------------------x
                                                           :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                  :
                                                           :
Egilman  v. Pfizer Inc., 1:07-cv-11426-PBS                 :
                                                           :
-----------------------------------------------------------x
```

### DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE'S ORDER DENYING MOTIONS TO STRIKE DR. ROBERT GIBBONS FOR CAUSE

I, Andrew G. Finkelstein, depose and state as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in support of Plaintiffs' objections to Magistrate Judge Leo T. Sorokin's Order, denying Plaintiffs' motions to strike Dr. Robert Gibbons for cause.

3. The following documents are attached hereto in support of this motion:

Exhibit A- Excerpts of Dr. Gibbons's testimony at *Daubert* Hearing, Day 2, June 20, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2009

                                        **/s/ Andrew G. Finkelstein**
                                        Andrew G. Finkelstein

Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Attorneys for Plaintiff David S. Egilman*

## CERTIFICATE OF SERVICE

     I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on  July 10, 2009.

Dated:  July 10, 2009

                          /s/ **Andrew G. Finkelstein**
                          Andrew G. Finkelstein