EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


IN RE:                              )
NEURONTIN MARKETING, SALES PRACTICES ) CA No. 04-10981-PBS
AND PRODUCTS LIABILITY LITIGATION    ) Pages 107 - 360



DAUBERT HEARING - DAY TWO

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE
and
JUSTICE MARCY S. FRIEDMAN
NEW YORK SUPREME COURT




United States District Court
1 Courthouse Way, Courtroom 19
Boston, Massachusetts
June 20, 2008, 9:10 a.m.




LEE A. MARZILLI
OFFICIAL COURT REPORTER
United States District Court
1 Courthouse Way, Room 3205
Boston, MA  02210
(617)345-6787

```
 1   A P P E A R A N C E S:

 2   FOR THE PLAINTIFFS:

 3        ANDREW G. FINKELSTEIN, ESQ. and KENNETH B. FROMSON, ESQ.,
     Finkelstein & Partners, LLP, 436 Robinson Avenue, Newburgh,
 4   New York, 12550.

 5        JACK W. LONDON, ESQ., Jack W. London & Associates, P.C.,
     3701 Bee Cave Road, Suite 200, Austin, Texas, 78746.
 6
     FOR THE DEFENDANTS:
 7
          DAVID B. CHAFFIN, ESQ., Hare & Chaffin,
 8   160 Federal Street, 23rd Floor, Boston, Massachusetts,
     02110-1701.
 9
          JAMES P. ROUHANDEH, ESQ., Davis, Polk & Wardwell,
10   450 Lexington Avenue, New York, New York, 10017.

11        JAMES E. HOOPER, ESQ. and DIANE HELLWIG, ESQ.,
     Wheeler Trigg Kennedy, LLP, 1801 California Street,
12   Suite 3600, Denver, Colorado, 80202-2617.

13        SCOTT W. SAYLER, ESQ., LORI CONNORS McGRODER, ESQ.,
     and JENNIFER M. STEVENSON, ESQ., Shook, Hardy & Bacon, LLP,
14   2555 Grand Boulevard, Kansas City, Missouri, 64108-2613.

15        RICHARD M. BARNES, ESQ. and MICHAEL J. WASICKO, ESQ.,
     Goodell, DeVries, Leech & Dann, LLP, One South Street,
16   20th Floor, Baltimore, Maryland, 21202.

17        BETH L. KAUFMAN, ESQ., Shoeman Updike & Kaufman, LLP,
     60 East 42nd Street, New York, New York, 10165-0006.
18

19

20

21

22

23

24

25
```

1                        I N D E X

2    WITNESS              DIRECT      CROSS       REDIRECT

3    Cheryl Blume          113         140         197

4    Stefan P. Kruszewski  203         235         287

5    Robert Gibbons        296         334

6    Charles P. Taylor     339

7

     EXHIBITS            DESCRIPTION                    PAGE
8
     Plaintiff
9
     3           FDA manual - Guidance for Industry   117
10
     4           IV(a) Psychobiological Adverse
11               Events in Pre-Approval Stage

12   Defendant

13
     2           "Seizure frequency and CSF parameters,"
14               Ben-Menachem, E., et al

15   3           Exchange of correspondence between    162
                 Dr. Hauben and Dr. Strom
16
     4           U.S. Department of Health and
17               Human Services - Statistical Review
                 and Evaluation
18
     5           Affidavit of Cynthia McCormick
19

20

21

22

23

24

25

1  on at this time, your Honors, Dr. Robert Gibbons, who's a

2  biostatistician and conducts meta-analyses much like the FDA

3  meta-analyses.  And that was our plan, but we want to do what

4  you want to do, and so we also have here today Dr. Charles

5  Taylor, who obviously, as has been mentioned by the

6  plaintiffs' experts, spent his lifetime working on the

7  mechanism of action of gabapentin, so --

8          JUDGE SARIS:  Where's Dr. Gibbons from?

9          MS. McGRODER:  Dr. Gibbons is from Chicago, the

10 University of Chicago Illinois.

11         JUDGE SARIS:  And where's Dr. Taylor from?

12         MS. McGRODER:  Dr. Taylor is from Michigan.

13         JUDGE SARIS:  Well, let's try and get the two of

14 them if it's possible.

15         MS. McGRODER:  I don't think it's possible to do

16 both.  I would be very surprised if we got through both

17 today, so we can start with wherever you want to start.

18         JUDGE SARIS:  Whatever, but with Dr. Gibbons, I

19 gave permission for his report only with respect to the FDA

20 alert.  The motion to strike the other portions was

21 well-taken.

22         MS. McGRODER:  He's going to talk about the FDA

23 alert.

24         JUDGE SARIS:  I didn't allow a general report, so

25 the only opinion he's going to be allowed to give is with

Page 293

1    respect to the FDA alert.

2           MS. McGRODER:  And that's what he's prepared to

3    talk about today.

4           JUDGE SARIS:  And at some point, I'm confused as

5    well.  I don't even think that judge Friedman got them both.

6    I got two reports.  I read the first one, and then I refused

7    to read the second one.

8           MS. McGRODER:  Let me explain that briefly.  You

9    had not ruled yet that we could submit a report.  We moved

10   for leave to submit a report for Dr. Gibbons, and you hadn't

11   ruled yet.  So at the time that we filed our Daubert motion,

12   we submitted a declaration from him.  Subsequently you ruled

13   that he would be allowed to submit a report and that we

14   should submit the report to you.  So following the Daubert

15   briefing, we submitted his report to you.  So one is a

16   declaration, and the other is his full report.

17          MR. FROMSON:  I disagree.  It's legal argument, not

18   proper for today, unless you want to entertain oral argument.

19          JUDGE SARIS:  Right now I don't want to take the

20   time, but one thing I'm crystal clear on, at least -- I only

21   read the first one for the second time.  One was, of course,

22   three times as long, but at least with respect to the first

23   one, there were at least three opinions in there which were

24   not related to the FDA alert, and the motion to strike is

25   allowed.  Only the FDA alert.  Let's go.

1    fair.  Take it off, take it off.  It's not fair.

2            MR. LONDON:  Not one thing he said today was in his

3    report.

4            MS. McGRODER:  Well, your Honor --

5            MR. LONDON:  Excuse me.  May I finish?  I know you

6    like to -- everything he has said today he has come in and

7    told you for the first time after reading the statistical

8    review.  Nothing that was in the report you authorized him to

9    write has been said by him today.  He has come in and given

10   his spin to the FDA's numbers, and we're hearing it for the

11   first time.

12           JUDGE SARIS:  Is that correct?

13           MS. McGRODER:  Well, your Honor, yes, it is

14   correct.  They submitted the FDA statistical review to you as

15   soon as it came out last week, and every single one of their

16   experts who has been in here for the last day and a half has

17   used that FDA statistical review, including these very odds

18   ratio charts to support their opinions about causation in

19   this case.  And so Dr. Gibbons got the review last week and

20   conducted his analysis on it.  As I said, we'd be happy to

21   submit a supplemental report, but we thought your Honors

22   wanted to hear from the witness today what this meta-analysis

23   is about.

24           JUDGE SARIS:  It's a little unfair.  I can't expect

25   them to cross-examine him.  They can't do it.  That's unfair.