UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| *Bulger v. Pfizer Inc., et al.* Case No. 1:07-cv-11426-PBS | |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION
FOR CLARIFICATION THAT JUDGE SARIS'S ELECTRONIC
ORDER OF JUNE 9, 2009 REGARDING NO "NEW" WITNESSES DID
NOT APPLY TO WITNESSES SUSAN MURPHY AND MICHAEL CENNAMI**

I, Mark S. Cheffo, declare and state as follows:

1.  I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2.  Attached as Exhibit A is a true and correct copy of emails from Mark. S. Cheffo to Kenneth B. Fromson, dated June 19 and 20, 2009.

Signed under the penalties of perjury this 10th day of July 2009.

> s/ Mark S. Cheffo
> Mark S. Cheffo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 10, 2009.

> /s/ David B. Chaffin
> David B. Chaffin