# EXHIBIT A

**From:** Cheffo, Mark S (NYC)
**Sent:** Saturday, June 20, 2009 10:16 AM
**To:** 'KennethFromson@lawampm.com'
**Subject:** Designations

Ken,

I was advised that you actually did not include Fleming, Evans, and the police and fire witnesses. My error. But Plaintiffs are still listing Michael Cennami, Susan Murphy, Fran Pacillo, Kelly Gates, and Becky Baker-Warry, in addition to Prof. Egilman. Please let me know if you will agree to cut or if there is some reason why they should be allowed.

Mark

**From:** Cheffo, Mark S (NYC)
**Sent:** Friday, June 19, 2009 11:55 PM
**To:** 'KennethFromson@lawampm.com'
**Subject:** Designations

Ken,

I am troubled by many of Plaintiff's designations. They are at odds with your representations and the Court's order. You specifically said that Egilman would not testify because he was a new witness, but time is allotted for him. In addition, Plaintiff identified a host of fact witnesses who were not previously disclosed and have not been deposed in this litigation, including: Michael Cennami, Susan Murphy, Fran Pacillo, Kelly Gates, Becky Baker-Warry, Matt Fleming, Richard Evans, and nine representatives of the Peabody Police Department and Peabody Fire Department. What's going on?

Do we have to file another motion to enforce the order we obtained or was this an oversight? I hope we can work this out asap. Please let me know. Thx.

Mark