UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| *Bulger v. Pfizer Inc., et al.* Case No. 1:07-cv-11426-PBS | |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT TRIAL TESTIMONY DESIGNATIONS FOR THE JULY 27, 2009 TRIAL OF THIS ACTION**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of an email from Mark. S. Cheffo to Kenneth B. Fromson, dated June 29, 2009.

Signed under the penalties of perjury this 10th day of July 2009.

s/ Mark S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 10, 2009.

/s/ David B. Chaffin
David B. Chaffin