# EXHIBIT A

**From:** Cheffo, Mark S (NYC)
**Sent:** Monday, June 29, 2009 2:46 PM
**To:** 'KennethFromson@lawampm.com'
**Subject:** Re: Neurontin/Bulger: RE-designations of Goldman & Meeger

Ken,

I am not going to be able to get back to you today on the testimony and don't want to hold you up. Thus, if you need to file today, you should do so and we can then react (or not) once we have an opportunity to evaluate the evidence. I am traveling today.

Mark

---

**From:** KennethFromson@lawampm.com
**To:** Cheffo, Mark S (NYC)
**Sent:** Mon Jun 29 14:07:29 2009
**Subject:** Neurontin/Bulger: RE-designations of Goldman & Meeger


Mark - Attached is the actual final work product for the revised designations re Meager and Goldman that were referenced in my email to you this morning. Please let me know your position.


Kenneth B. Fromson, Esq.
Finkelstein & Partners, LLP
1279 Rte. 300, P.O. Box 1111
Newburgh, NY 12551
845-562-0203 x 2755
Kfromson@lawampm.com

---

This Email has been scanned for all viruses by PAETEC Email Scanning Services, utilizing MessageLabs proprietary SkyScan infrastructure. For more information on a proactive anti-virus service working around the clock, around the globe, visit http://www.paetec.com.