```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| In Re: NEURONTIN MARKETING SALES MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) MDL Docket No. 1629 ) ) Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | ) ) Judge Patti B. Saris ) ) Magistrate Judge Leo T. Sorokin |
| *Bulger v. Pfizer, Inc., et al.* Case No. 07-11426-PBS | ) ) ) |

## RESTRAINING ORDER

July 13, 2009

Saris, U.S.D.J.

IT IS HEREBY ORDERED that Ronald J. Bulger, Sr. refrain from having any contact or communications with

(1) Terrie A. Slater, and any relative, family member, and/or household member of Ms. Slater, including Ms. Slater's daughter and granddaughter (collectively the "Slater Family"),

(2) Marie MacDonald, and any relative, family member, and/or household member of Ms. MacDonald (collectively the "MacDonald Family").

Without limiting the generality of the foregoing, Mr. Bulger is FURTHER ORDERED to refrain from speaking to Ms. Slater, Ms. MacDonald, any member of the Slater Family or MacDonald Family, or any other witness in this action and to refrain from contacting, or causing directly or indirectly any relative,

friend, agent or other third person (except counsel or counsel's agent) to contact Ms. Slater, Ms. MacDonald, any member of the Slater Family, or MacDonald Family, or any witness in this action by telephone, email, instant message, writing, or any form of communication.  Mr. Bulger is ordered not to divulge to any third person that Ms. Slater and Ms. MacDonald are acting as witnesses in this case.

Mr. Bulger is FURTHER ORDERED to (a) keep a distance of 100 feet from Ms. Slater's residence located at 194 Lafayette Road, Unit 15N, Salisbury, Massachusetts, (b) keep a distance of 100 feet from Ms. MacDonald's residence located at 194 Lafayette Road, Unit 25N, Salisbury, Massachusetts, (c) keep a distance of 50 feet from Ms. Slater and Ms. MacDonald and any member of the Slater Family and MacDonald Family at all times.

IT IS FURTHER ORDERED that Mr. Bulger shall refrain from (a) attempting to cause, causing or having a third person cause physical harm to Ms. Slater or Ms. MacDonald or any member of the Slater Family or MacDonald Family, (b) attempting to cause, causing or having a third person cause physical harm to the residence of Ms. Slater or Ms. MacDonald, (c) attempting to cause, causing or having a third person cause physical harm to the automobile of Ms. Slater or Ms. MacDonald or the automobile of any member of the Slater Family or MacDonald Family within which Ms. Slater or Ms. MacDonald or any member of the Slater Family or MacDonald Family is riding, (d) placing Ms. Slater or

Ms. MacDonald or any member of the Slater Family or MacDonald family in fear of physical harm.

Nothing herein shall preclude Mr. Bulger from having contact or communicating with his son, daughter, and mother.

This ORDER shall remain in effect until further notice of the Court.

**S/PATTI B. SARIS**
United States District Judge
