UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |
| *Bulger v. Pfizer Inc., et al.* <br> Case No. 1:07-cv-11426-PBS | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION
FOR ADDITIONAL TIME TO PRESENT TRIAL TESTIMONY**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully request that the Court deny Plaintiff's motion for an additional eight hours of time to present trial testimony.

Plaintiff's motion to extend his trial presentation time by 30 percent is yet another last minute request that disregards the letter and spirit of the Court's June 9 Order and would significantly prejudice Pfizer. Pfizer has been diligently preparing for the July 27 trial under the Court's rules, including trial days of 9 a.m. to 1 p.m., and the additional limitations set forth by the June 9 Order, including the 21-hour per side time allowance.

Now, just two weeks before trial, and more than a month after the Court issued its Order, Plaintiff is asking the Court for an additional eight hours of time to present witnesses, and for an extension of the trial day by four hours on July 29 and August 3. Plaintiff not only made no attempt to meet and confer with Pfizer's counsel before seeking a unilateral expansion of trial time and lengthening of specific trial days, but also fails to provide any justification for this late request for significant additional time. Plaintiff makes only the conclusory assertion that "[t]he Court's present schedule of 9 a.m. – 1 p.m. will not provide adequate time for Plaintiff to present his case-in-chief, let alone time for Defendants' anticipated cross-examination during such a limited daily period." (Pl. Mem. at 2.) He has not offered any explanation for how the extra

eight hours he seeks will be used or why he needs four additional hours on the days he has asked the Court to extend until 5 p.m.

Pfizer has been preparing for trial and determining the availability and order of its witnesses based on the 21-hour per side and four-hour per day limitations.  Plaintiff has provided no reason to change these constraints at this late date, much less to benefit him unilaterally. Indeed, Plaintiff's request completely disregards Pfizer's need for additional time to address the additional evidence Plaintiff will present over eight additional hours.  If Plaintiff is permitted to expand his time as requested, Pfizer would ask for a similar increase in order to rebut Plaintiff's additional evidence.  Although the Court left open the possibility of providing for a small amount of additional time during trial if it became necessary, it has never indicated that it would contemplate a 30 percent increase in time for any side before the trial even started.  (*See* 6/22/09 Hr'g Tr. at 8:8-11 (Court: "I know this case now, I know this case, so if I see a good faith effort and there's a need for *an extra two or three hours* on either side, I'm not going to play that game.") (emphasis added).)

Finally, to the extent Plaintiff's motion is related to his belated effort to call, in his direct case, Pfizer witness Lloyd Knapp, his motion is even more untimely and improper.  Having waiting too long, with no notice to Pfizer, Plaintiff should not be given more time that he will use to disrupt Pfizer's orderly presentation of its case.

For the foregoing reasons, Pfizer respectfully requests that the Court deny Plaintiff's motion for an additional eight hours of trial time.

Dated: July 13, 2009                     Respectfully submitted,

                                             SKADDEN, ARPS, SLATE,
                                             MEAGHER & FLOM LLP

                                             By: /s/ Mark S. Cheffo
                                                   Mark S. Cheffo

                                             Four Times Square
                                             New York, NY 10036
                                             Tel:  (212) 735-3000

-and-

BOIES, SCHILLER & FLEXNER LLP

By: /s/ William S. Ohlemeyer
    William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

-and-

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
    Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

-and-

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
    David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 13, 2009.

    /s/ David B. Chaffin
    David B. Chaffin

3