UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                          :     MDL Docket No.: 1629
In re:  NEURONTIN MARKETING,              :
        SALES PRACTICES AND               :     Master File No.: 04-10981
        PRODUCTS LIABILITY LITIGATION     :
                                          :     Judge Patti B. Saris
------------------------------------------------------------x
                                          :     Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                 :
                                          :
Egilman  v. Pfizer Inc., 1:07-11426-PBS   :
                                          :
                                          :
                                          :
------------------------------------------------------------x
```

**PLAINTIFF'S EMERGENCY MOTION TO COMPEL DEFENDANTS
TO PRODUCE LLOYD E. KNAPP FOR TRIAL ON JULY 28, 2009**

Plaintiff, by and through his attorneys, The Lanier Law Firm, P.L.L.C. and Finkelstein &

Partners, LLP, respectfully move this Court by emergency motion for an order compelling

Defendants to produce their  designated 30(b)(6) witness, Lloyd E. Knapp, to appear at the trial

of this action at 9:00 a.m. on July 28, 2009 and continuing through July 29, 2009.

This Motion is supported by the Memorandum in Support, and the Declaration of

Andrew G. Finkelstein, Esq., and exhibits annexed thereto, submitted herewith.

Dated:  July 15, 2009                              Respectfully submitted,


                          By:     **/s/ W. Mark Lanier**
                                  W. Mark Lanier, Esquire
                                  THE LANIER LAW FIRM, P.L.L.C.
                                  126 East 56th Street, 6th Floor
                                  New York, NY  10022

By:   **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY 12551

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 15, 2009.

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire