UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
       SALES PRACTICES AND : Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
----------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Egilman v. Pfizer Inc.*, 1:07-cv-11426-PBS :
:
----------------------------------------------------------------x

## DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN SUPPORT OF EMERGENCY MOTION TO COMPEL DEFENDANTS TO PRODUCE LLOYD E. KNAPP FOR TRIAL ON JULY 28, 2009

I, Andrew G. Finkelstein, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in support of Plaintiff's Emergency Motion to Compel Defendants to Produce Lloyd E. Knapp for Trial on July 28, 2009.

3. The following documents are attached hereto in support of this motion:

Exhibit A -   Defendants' Revised Live Witness List

Exhibit B -   Plaintiff's List of Witnesses to Be Presented at Trial

Exhibit C -   Excerpts of Mr. Knapp's deposition transcript at pp. 19:20-20:3, 71:1-10, 74:18-75:22

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 15, 2009

                                            **/s/ Andrew G. Finkelstein**
                                            Andrew G. Finkelstein
                                            Finkelstein & Partners, LLP
                                            1279 Route 300, P.O. Box 1111
                                            Newburgh, NY  12551
                                            (800) 634-1212

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 15, 2009.

Dated:  July 15, 2009

                                            **/s/ Andrew G. Finkelstein**
                                            Andrew G. Finkelstein