# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION                                           MDL Docket No. 1629
-----------------------------------------------------------x
THIS DOCUMENT RELATES TO:               Master File No. 04-10981

*Bulger vs. Pfizer, et al., 1:07-cv-11426-PBS*       Judge Patti B. Saris

-----------------------------------------------------------x

### PLAINTIFF'S LIST OF WITNESSES TO BE PRESENTED AT TRIAL

(A)  Plaintiff expects to call the following witnesses to testify at trial and sets forth approximated time (may be somewhat longer or shorter) for direct testimony as follows:

1.  Ronald, Sr. and Susan Bulger's minor daughter, 194 Lafayette Road, Trailer # 27N, Salisbury, MA 01950. Tel: 978-304-3753
    Estimated time needed for direct examination <u>30 min</u>.

2.  Ronald Bulger, Sr., 194 Lafayette Road, Trailer # 27N, Salisbury, MA 01950. Tel: 978-304-3753
    Estimated time needed for direct examination <u>30 min</u>.

3.  Ronald Bulger, Jr., 194 Lafayette Road, Trailer # 27N, Salisbury, MA 01950. Tel: 978-304-3753
    Estimated time needed for direct examination <u>30 min</u>.

4.  Patricia Bulger, 252 Newbury, Trailer #70, Peabody, MA 01960. Tel: 978-535-2523
    Estimated time needed for direct examination <u>30 min</u>.

5.  Amanda Marie Cavallaro, 17 Bayview Avenue, Beverly, MA. Tel: 978-922-6602
    Estimated time needed for direct examination <u>20 min</u>.

6.  James Gibbons, Jr., 95 Main Avenue, Rumford, ME 04276. Tel: 207-364-4016
    Estimated time needed for direct examination <u>20 min</u>.

7. Linda Landry, 96 New Park Street, 1st Floor, Lynn, MA 01905.
   Tel: 781-596-0141
   Estimated time needed for direct examination  30 min.

8. Nancy Scialdone, 24 Beckford St, Beverly, MA.
   Tel: 978-836-7456
   Estimated time needed for direct examination 15 min.

9. Sgt. Matt Gravini, Massachusetts State Police, Detective Unit, Essex County, Museum Place, Two East Indian Square, Salem, MA  01970.
   Tel: 978-745-8908
   Estimated time needed for direct examination 20 min.

10. Professor Dan W. Brock, PhD, Division of Medical Ethics, Harvard Medical School, 641 Huntington Ave.,  4th Floor, Boston, Massachusetts 02115.
    Tel: 617-432-5131
    Estimated time needed for direct examination 45 min.

11. Cheryl Blume, PhD., 13902 North Dale Mabry Highway, Tampa, FL  33618.
    Tel: 813-963-3062
    Estimated time needed for direct examination 120 min.

11. Sander Greenland, MA, MS DrPh. Dept of Epidemiology, UCLA School of Public Health, Los Angeles, CA  90095. Tel: 310-455-1197
    Estimated time needed for direct examination  60 min.

12. Charles King III, Greylock McKinnon Associates, One Memorial Drive, Cambridge, Massachusetts 02142. Tel: 617-871-6900
    Estimated time needed for direct examination 60 min.

13. Stefan Kruszewski, MD; 133 Linglestown Road, Harrisburg, PA 17110.
    Tel: 717-234-2684
    Estimated time needed for direct examination 60 min.

14. Ron Maris, PhD; The Suicide Center, 9 Poacher's Lane, Columbia, SC 29223-3014. Tel: 803-736-0365
    Estimated time needed for direct examination 60 min.

15. Louis S. Roh, MD, 2 Walnut Court, White Plains, NY 10605.
    Tel: 914-261-0839
    Estimated time needed for direct examination 25 min.

16. Michael Trimble, MD., Flat 22 Belvedere House, Grosvenor Rd, London SW1V 3JY United Kingdom. Tel: 02072-78-7748
    Estimated time needed for direct examination 60 min.

17. David Franklin, Whirty Circle, Hopkinton, MA.
    Estimated time needed for direct examination 30 min.

In addition, pursuant to Federal Rule of Evidence 103, Plaintiff incorporates and preserves all rights, if any, so as to call the following witnesses to testify at trial and sets forth approximated time (may be somewhat longer or shorter) for direct testimony as follows

18. David Egilman, Clinical Associate Professor, Brown University, Suite 404, Attleboro, MA 02703.
    Estimated time needed for direct examination 15 min.

19. Michael Cennami, 17 Bowen Road, Peabody, MA 01960.
    Tel: 978-530-1116
    Estimated time needed for direct examination 25 min.

20. Susan Murphy. 17 Bowen Road, Peabody, MA 01960.
    Tel: 978-530-1116
    Estimated time needed for direct examination 25 min.

21. Fran Pucillo, 40 Cannon Roack Road, Lynn, MA 01904.
    Tel: 781-586-9429
    Estimated time needed for direct examination 10 min.

22. Kelly Gates, 73 Lockwood Road, Lynn MA 10904.
    Tel: 781-598-2398
    Estimated time needed for direct examination 10 min

(B) Plaintiff may call the following witnesses to testify at trial if the need arises:

1. Janet Arrowsmith-Lowe, MD, FACP, Arrowsmith-Lowe Consulting Inc., PO Box 3148, 185 Eagle Creek Canyon, Ruidoso, NM 88345. Tel: 757-336-7821

2. Edward W. Boyer, MD, PhD, U. of Mass Memorial Medical Center, 55 Lake Ave North, Worcester, MA  01655. Tel: 781-449-2869

3. Gary J. Brenner, MD, PhD, Mass General Hospital, 55 Fruit St, Boston, MA 02114. Tel: 617-726-3332

4. Robert D. Gibbons, PhD., University of Illinois Chicago, 1601 W Taylor, Chicago, IL  60612 . Tel: 312-413-7755

5. Douglas G. Jacobs, MD, Professional Psychiatric Associates, One Washington Street, Suite 304, Wellesley, MA 02481-1706. Tel: 781-239-0071

6.  Anthony J. Rothschild, MD, U. of Mass Memorial Medical Center, 361 Plantation St, Worchester, MA  01605. Tel: 508-856-1027

7.  Alexander Ruggieri, MD.,  46040 Center Oak Plaza, Suite 100, Sterling, VA 20166. Tel: 805-583-4615

8.  Gerard Sanacora, MD, PhD, Associate Professor, Department of Psychiatry, Yale University, School of Medicine, 34 Park Street, New Haven, CT 06519. Tel: 203-974-7535

9.  Charles P. Taylor, PhD, CP Taylor Consulting, 7560 Lake Shore Dr, Chelssea, MI 48118.

10.  Sheila Weiss-Smith, PhD, University of Maryland School of Pharmacy, 220 Arch St, 12th Floor, Baltimore, MD  21201. Tel: 410-706-6989

11.  Henry Grabowski, PhD, Dept. of Economics, Duke University, 305 Social Sciences, Box 90097, Durham, SC 27708-0097. Tel: 919-660-1839

12.  Atul Pande, MD, 116 Morris Branch Court, Cary, North Carolina 27519.

13.  Michele Meager, 201 Bellegrove Court, Franklin, TN 37069.

14.  David Kessler, former FDA Commissioner, 505 Parnassus Avenue, San Francisco, CA 94143.

15.  Russell Gallant, 15 Elaine Avenue, Peabody, MA 01960. Tel: 978-530-1148

16.  Teresa Gallant, 15 Elaine Avenue, Peabody, MA 01960. Tel: 978-530-1148

17.  Steven Scialdone, 24 Beckford St. Beverly, MA. Tel: 978-836-7456

23.  John Soares, Peabody Fire Dept, 41 Lowell St, Peabody, MA  01960. Tel: 978-531-2209

24.  Barry McEachern, Northshore Ambulance, 63 Grove St, Salem, MA  01970. Tel: 978-744-1349

25.  Matt Flemming, Northshore Ambulance, 63 Grove St, Salem, MA  01970. Tel: 978-744-1349

26.  Officer Sean Dowd, Peabody Police Dept, 6 Allens Lane, Peabody, MA  01960. Tel: 978-538-6300

27.  Sgt. William Cook, Peabody Police Dept, 6 Allens Lane, Peabody, MA  01960. Tel: 978-538-6300

28. Det. Scott Richards, Peabody Police Dept, 6 Allens Lane, Peabody, MA  01960. Tel: 978-538-6300

29. Det. Richard Callahan, Peabody Police Dept, 6 Allens Lane, Peabody, MA  01960. Tel: 978-538-6300

30. Sgt. Scott Wlasuk, Peabody Police Dept, 6 Allens Lane, Peabody, MA  01960. Tel: 978-538-6300

31. Officer Eric Ricci, Peabody Police Dept, 6 Allens Lane, Peabody, MA  01960. Tel: 978-538-6300

32. Officer Nancy Hart, Peabody Police Dept, 6 Allens Lane, Peabody, MA  01960. Tel: 978-538-6300

33. David Nims, Peabody Fire Dept, 41 Lowell St, Peabody, MA  01960. Tel: 978-531-2209

Plaintiff reserves the right to call any individuals identified by the defendants as trial witnesses but not called as witnesses at trial and/or actually called by defendants to testify at trial. Plaintiff also reserves his right to call any rebuttal witnesses, impeachment witnesses or witnesses required to authenticate evidence at trial.

(C) The designation of witnesses whose testimony plaintiff expects to affirmatively present by deposition:

|  | Estimated Time |
|---|---|
| Akabane, Yoshiharu MD | .21 |
| Alphs, Larry MD | .51 |
| Bulger, Patricia | .38 |
| Ron, Sr. and Susan Bulger's minor daughter | .22 |
| Bulger, Ronald Jr. | .70 |
| Bulger, Ronald Sr. | .48 |
| Castro, Lucy | .83 |
| Cavallaro, Amanda | .23 |

| | |
|---|---:|
| Cristo, Stephen | .07 |
| Crognale, Dino MD | 1.67 |
| Doft, Suzanne | .39 |
| Duda-Racki, Helen | .05 |
| Fleischmann, Bruce | .10 |
| Franklin, David | .53 |
| Gallant, Russell | .06 |
| Gallant, Teresa | .15 |
| Gibbons, James Jr. | .18 |
| Glanzman, Robert | .25 |
| Goldman, Richard MD | .50 |
| Gravini, Matthew | .63 |
| Hauben, Manfred | .25 |
| Knoop, John | .09 |
| Landry, Linda | .36 |
| Marino, John | 1.18 |
| McCormick, Cynthia | .64 |
| McEachern, Barry | .10 |
| Meager, Michele | .17 |
| Mishra, Avanish | .09 |
| Pande, Atul MD | .46 |
| Scott, Druscilla PhD | .91 |
| Teicher, Martin | 1.47 |

Tive, Leslie .11

Turner, Janeth 1.35

In the event any witness that plaintiff intended to call live should become unavailable, plaintiff reserves the right to designate such witness as a witness plaintiff expects to affirmatively present by deposition, and to supply the portions of their respective testimony that may be offered into evidence at that time.

Dated: June 22, 2009

                                                  FINKELSTEIN & PARTNERS, LLP

                                                  *Kenneth B. Fromson*
                                                 Kenneth B. Fromson, ESQ.
                                                 Attorneys for Plaintiff
                                                 1279 Route 300
                                                 Newburgh, N.Y. 12551

TO: Shook, Hardy & Bacon
Attorneys for Defendants
2555 Grand Blvd
Kansas City, MO  64108-2613

Davis Polk & Wardwell
Attorneys for Defendants
450 Lexington Avenue
New York, NY  10017

Williams & White
Attorneys for Defendants
100 Summer St, Suite 2707
Boston, MA  02110