EXHIBIT C

Knapp, Lloyd (Pfizer)  6/26/2007  9:15:00 AM

**1**

1  UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF MASSACHUSETTS
2
3
                          :
4  IN RE NEURONTIN MARKETING    : MDL DOCKET NO. 16
   AND SALES PRACTICES          : Master File No. 04-10981
5  LITIGATION          : Judge Patti B. Saris
                       : Magistrate Leo T. Sorokin
6                      :
                       :
7  -------------------------- X ------------------------
   SUPREME COURT OF THE STATE    : Case Management
8  OF NEW YORK           : Index No. 765,000/2006
   COUNTY OF NEW YORK    : Hon. Marcy S. Friedman
9  -------------------------- :
   IN RE: NEW YORK NEURONTIN     :
10 PRODUCTS LIABILITY            : DEPOSITION UPON ORAL
   LITIGATION            :  EXAMINATION OF
11                       :  DR. LLOYD KNAPP
                         :    VOLUME I
12 -------------------------- X ------------------------
13
14
15     TRANSCRIPT of testimony as taken by and before
16  MARK SCHAFFER, a Certified Shorthand Reporter and
17  Notary Public of the States of New Jersey and New
18  York, at the offices of Davis, Polk & Wardwell, P.C.,
19  450 Lexington Avenue, New York, New York 10017 on
20  Tuesday, June 26, 2007, commencing at 9:15 in the
21  forenoon.
22
23
24
25

**2**

1  A P P E A R A N C E S
2
3  HAGENS, BERMAN, SOBOL & SHAPIRO LLP
   One Main Street
4  Fourth Floor
   Boston, Massachusetts
5  617-482-3700
   BY:    ED NOTARGIACOMO, ESQ.
6  ed@hbsslaw.com
   Attorneys for the Sales & Marketing Class Plaintiffs
7
8
9  FINKELSTEIN & PARTNERS, LLP
   785 Broadway
10  Third Floor
   Kingston, New York 12401
11  800-634-1212
   BY:    ANDREW G. FINKELSTEIN, ESQ.
12       KENNETH B. FROMSON, ESQ.
         KEITH ALTMAN, ESQ.
13  Kfromson@lawampm.com
   afinkelstein@lawampm.cm
14  kaltman@lawampm.com
   Attorneys for Products Liability Plaintiffs in Both the
15  MDL and New York Coordinated Litigation and Individual
   Plaintiffs in State Cases
16
17
18  GOODWIN PROCTER LLP
   599 Lexington Avenue
19  New York, New York 10022
   212-813-8800
20  BY:   RYAN A. MCDONALD, ESQ.
   rmcdonald@goodwinprocter.com
21  For Teva Pharmaceuticals USA
22
23
24
25

**3**

1  A P P E A R A N C E S (Continued)
2
3  SHOOK HARDY & BACON LLP
   2555 Grand Boulevard
4  Kansas City, Missouri 64108
   816-559-2220
5  BY:    SCOTT W. SAYLER, ESQ.
          VINCENT GUNTER, ESQ.
6  Attorneys for the Pfizer Defendants
7
8
   PFIZER, INC.
9  LEGAL DIVISION
   235 East 42nd Street
10  New York, New York 10017
   212-733-2085
11  BY:    VIJAY V. BONDADA
   Senior Corporate Counsel
12
13
14  POGUST & BRASLOW
   8 Tower Bridge, Suite 1520
15  161 Washington Street
   Conshohocken, Pennsylvania 19428
16  610-941-4204
   BY:    DEREK T. BRASLOW, ESQ.
17  dbraslow@pogustbraslow.com
   Attorneys for the Plaintiffs
18
19
20  JONES DAY
   222 East 41st Street
21  New York, New York 10017-6702
   212-326-3939
22  BY:    JENNIFER HAGAN, ESQ.
   jhagan@jonesday.com
23  For Wyeth Pharmaceuticals in State Litigation
24
25

**4**

1
   A P P E A R A N C E S (Continued)
2
3
   ROBINS, KAPLAN, MILLER & CIRESI
4  2800 LaSalle Plaza
   800 LaSalle Avenue
5  Minneapolis, Minnesota 55402-2015
   612-349-8431
6  BY:    ANNAMARIE A. DALEY, ESQ.
   aadaley@rkmc.com
7  Attorneys for the Assurant Plaintiffs
8
9
   ALSO PRESENT:   STEVEN RIVERA, VIDEOGRAPHER
10            ROBERT MORVILLO
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                                                                17
 1    A.  Bipolar would be an off-label indication,
 2  correct.
 3    Q.  Can we agree that the use of Neurontin for
 4  the treatment of any psychiatric disorder is an
 5  off-label use?
 6    A.  Yes.
 7    Q.  And anxiety disorder is a psychiatric
 8  indication.  Is that correct?
 9    A.  Yes, uh-huh.
10    Q.  Use of Neurontin for migraine prophylaxis is
11  an off-label -- an off-label use of Neurontin?
12    A.  Yes, it is.
13    Q.  Use for the treatment of diabetic peripheral
14  neuropathy is an off-label use?
15    A.  That is correct.
16    Q.  Use for Neurontin -- use of Neurontin for the
17  treatment of neuropathic pain, excluding post-herpetic
18  neuralgia, are off-label uses?
19    A.  Yes.
20    Q.  Treatment of nociceptive pain with Neurontin
21  is an off-label use.  Is that correct?
22    A.  Nociceptive pain would probably require
23  further definition if we were to use that more
24  extensively; but, yes Neurontin is not approved for
25  nociceptive pain.

                                                                18
 1    Q.  Use of Neurontin for the treatment of a
 2  condition known as restless leg syndrome is an
 3  off-label indication, is it not?
 4    A.  That is correct.
 5    Q.  Use of Neurontin as a mono therapy for the
 6  treatment of epilepsy is an off-label use for
 7  Neurontin?
 8    A.  Again, in the United States that is true.
 9  It is not true outside of the United States.
10    Q.  Again, my question is limited to the United
11  States.
12    A.  But I think the context is important to
13  understand, that sometimes --
14    Q.  I think we are going to have lots of time for
15  context.
16    A.  Sure.
17    Q.  Can we finally agree that the use of
18  Neurontin for any indication in excess of 1800
19  milligrams per day is an off-label use of Neurontin?
20    A.  No, that's not true.
21    Q.  Why is that not true?
22    A.  The post-herpetic neuralgia indication
23  includes dosing up to 3600 milligrams per day.  The
24  epilepsy indication also includes safety information
25  in general clinical experience at 2400 and 3600

                                                                19
 1  milligrams per day.
 2    And those are both included in the
 3  indication -- or the dosing administration section of
 4  the U.S. package insert labeling.
 5    Q.  All right.  We'll come back to those.
 6    I'm going to ask you to briefly describe your
 7  educational background?
 8    A.  I am a pharmacist by training.  I obtained my
 9  bachelor's of Pharmacy from the University of Michigan
10  in Ann Arbor, Michigan in 1976, and I received my
11  Doctor of Pharmacy degree from the University of
12  Michigan in 1985.
13    Q.  Was there time in between your studies for
14  your bachelor's degree and your studies for your
15  Ph.D., or did one move right into the next?  Did you
16  take time off in between?
17    A.  Time off from school?
18    Q.  From school.
19    A.  Yes, yes.
20    Q.  When you -- after you received your
21  bachelor's degree in pharmacy in 1976, what did you
22  do?  Did you go to work?
23    A.  Yes, I did.
24    Q.  Okay.
25    A.  I went to work for Parke-Davis.  And this is

                                                                20
 1  prior to Warner-Lambert Parke-Davis.  This is actually
 2  Parke-Davis.  I started with Parke-Davis in June of
 3  1976, working in a product development function.
 4    Q.  What product were you developing?
 5    A.  Products in general.  And I dealt with
 6  sterile product formulation, stability testing, those
 7  sorts of things; manufacture of clinical batches, of
 8  experimental drugs.
 9    Q.  Any of the drugs that you worked with come to
10  market?
11    A.  Yes, they did.  IV nitroglycerin is one in
12  particular.
13    Q.  You mentioned sterile product formulation.
14  Can you tell me a little bit as a layperson what that
15  means?
16    A.  Uh-huh.  Sterile product formulations could
17  be injectables; these are parenteral products that can
18  be administered either by injection, for example, into
19  the muscle; they can be administered intravenously;
20  they could be administered under the skin.  Those
21  would be typical parenteral product formulations that
22  were worked on.
23    The formulations themselves could exist as
24  solutions.  They could exist as lyophilized forms,
25  that is: Freeze-dried, to which then you add sterile

### 69

1  epilepsy, with -- with Neurontin had a much larger
2  focus than did -- than did these other programs.
3      Q.  And going back to personnel, you said that
4  when you became a -- were you aware of Kent
5  Shallenburger before you moved over to the CNS group?
6      A.  I was certainly familiar with him, yes.
7      Q.  Who replaced him after he left?
8          Well, did he leave the company or did he just
9  move to a new position?
10     A.  He went to -- he did leave the company, and
11 he went to a position with a different pharmaceutical
12 company.
13     Q.  What company is that?
14     A.  I'm sorry.  I don't recall.
15     Q.  Who replaced Kent Shallenburger?
16     A.  There were two individuals that worked on
17 gabapentin during that time period.  Betsy Garofalo
18 would have been the primary person, and another person
19 would have been Deborah Liederman, I believe had some
20 involvement in the gabapentin program, although Betsy
21 was the main person.
22     Q.  Do you know how long Betsy Garofalo held that
23 position?
24     A.  A number of years, and starting in
25 approximately 1992, the latter, the very latter part

### 70

1  of 1992 until -- until the gabapentin work really
2  declined.  And I guess you would say that by 1999,
3  perhaps, Betsy's responsibilities would have -- would
4  have down on gabapentin, although there was always --
5          Betsy was still with the company, there was
6  always residual issues.  Betsy would have been
7  consulted on some of those issues; may have even been
8  the person who, for example, if there was a question
9  that came in from a regulatory agency on -- on
10 anything, and this is a hypothetical example, then
11 Betsy may well have been called in to assist with the
12 response to that regulatory agency.
13         So it's actually difficult to say that her
14 responsibilities were from this point in time to this
15 point in time.  I would say her major responsibilities
16 were from approximately 1992 to approximately 1999,
17 but there would have been issues that continued with
18 her other responsibilities well beyond that, and, in
19 fact, into other roles and responsibilities that Betsy
20 subsequently assumed.
21         She left the company in the 2005, 2006 time
22 frame.
23     Q.  Other roles and responsibilities with respect
24 to Neurontin, or other products?
25     A.  Other CNS roles and responsibilities.

### 71

1      Q.  So at no point when you were director that
2  had responsibility for clinical trials related to
3  Neurontin?
4      A.  I think that's a -- that's a fair
5  characterization.  However, for practical purposes
6  it's not completely -- it's not completely accurate
7  for the epilepsy portion, because even during the
8  epilepsy monotherapy portions of the program, I had
9  involvement at the level of a director, although I did
10 not have overall responsibility.
11         There were parts of the epilepsy pediatric
12 program that I had involvement in, although I did not
13 have overall responsibility for those parts of the
14 program.  There were parts of the post-herpetic
15 neuralgia submission that I had direct responsibility
16 for.
17         So there is a mixture of responsibilities
18 over a number of years related to gabapentin.
19     Q.  I'm going to come back to that.  I just want
20 to -- I just want to finish out a sort of time line of
21 your employment.
22         So I think you last testified that -- well,
23 I'm not sure you did testify.  What's your current
24 position?
25     A.  My current position is Development Team

### 72

1  Leader for Lyrica.  And I have some oversight
2  responsibilities for Neurontin as well.
3      Q.  When did you become the Development Team
4  Leader for Lyrica?
5      A.  I became the full Development Team Leader for
6  Lyrica in 2004, and the company, through
7  reorganizations and some changes in -- in
8  responsibility, that became a Development Team Leader.
9          So the -- the role that I currently have as a
10 Development Team Leader began essentially in 2004,
11 April of 2004, although under a different -- slightly
12 different title; then called Full Development Team
13 Leader rather than Development Team Leader.
14         For Lyrica, for all intents and purposes
15 that's exactly the same.  For a different compound,
16 that might have some different implications for early
17 stage development, and that's the change from Full
18 Development Team Leader, which implies latter stage
19 development, to Development Team Leader, which
20 encompasses early and late stage development.  But for
21 a drug like Lyrica, that of course involves late stage
22 development exclusively.
23     Q.  When did you transition from a manager of --
24 within the CNS clinical group to the -- well, was it,
25 did you go from being a manager in the CNS clinical

### 73

1  group with responsibility for Lyrica to development
2  leader, or was there some sort of progression?
3      A.  I -- When you use the term "manager" --
4      Q.  I'm sorry.  I mean director.
5      A.  Director, yes.  From -- yes, correct.  I
6  continued responsibilities on Lyrica, went from a
7  director with responsibilities on Lyrica to a
8  development team leader with responsibilities for
9  Lyrica.  The scope of responsibilities and the
10  emphasis of those responsibilities changed with that
11  change in title.
12      Q.  How?
13      A.  Previously, the director would have been a
14  director of clinical research or a director of
15  clinical development.  The development team leader has
16  oversight for all of that and all other development
17  activities for Lyrica.  For example, has oversight for
18  the regulatory function; has oversight for any
19  additional animal toxicology work that might need to
20  be done; for any additional animal pharmacology work
21  that might need to be done as further work progresses.
22          So the development team leader is broader in
23  its scope and oversight responsibilities for the
24  project in total, and not just for clinical research
25  or clinical development.

### 74

1      Q.  And you say you have some oversight
2  responsibilities with respect to Neurontin currently
3  as well.  What are those responsibilities?
4      A.  Those responsibilities involve principally
5  dealing with regulatory questions that may  -- that
6  may result either from the EU, any country outside of
7  the U.S., or from the U.S. as well.
8      Q.  So regulatory -- regulatory questions in that
9  regard --
10      A.  From any regulatory agency.
11      Q.  Anywhere --
12      A.  Anywhere in the world.
13      Q.  What percentage of your -- of your time
14  generally is spent on those issues, as opposed to your
15  responsibilities with respect to Lyrica?
16      A.  Less than five percent would probably be an
17  accurate estimate.
18      Q.  Going back now in time with respect to your
19  responsibilities for Neurontin, you mentioned that you
20  had some responsibilities with respect to epilepsy
21  monotherapy, but not full responsibility?
22      A.  Correct.
23      Q.  What were your responsibilities with respect
24  to monotherapy as it relates to Neurontin?
25      A.  Review -- review and commentary on the

### 75

1  monotherapy program would have been the -- the
2  principal involvement, somewhat of a consultancy-type
3  role to that program.
4      Q.  And can you put some dates on that for me?
5  When did it begin?  When did it end, if it did?
6      A.  Probably in the time period of 1995 to '98;
7  but those are the -- those are to the best of my
8  recollection.  They may  -- may well be guesses at
9  this point in time.
10      Q.  When you say your responsibilities were to
11  review and comment on the mono therapy program, can
12  you expand on that?  What do you mean by "review and
13  comment"?  You are reviewing protocols --
14      A.  Principally protocols, but also development
15  plans -- the development plan in general would have
16  been an inherent part of that as well.  But
17  principally the protocols, yes.
18      Q.  Clinical trial protocols?
19      A.  Correct.  As a director in CNS, that would
20  have been part of the general responsibility to review
21  and comment on other programs and lends one's
22  expertise to those programs as well.
23      Q.  Would there have been other directors who
24  didn't have primary responsibility for gabapentin who
25  would also have the same role of review and comment?

### 76

1      A.  There may well have been.  I cannot recall a
2  specific name or person that would have been -- would
3  have been doing that.  But there may well have been.
4      Q.  How did you provide the -- the input that you
5  did?  Was it meetings --
6      A.  Meetings, meetings.
7      Q.  And would these be regular meetings?
8      A.  Regular in what sense?
9      Q.  Monthly?  Weekly?  Quarterly?
10      A.  Probably ad hoc, if that's what you mean, as
11  opposed to some sort of a regularly scheduled sort of
12  meetings.  These probably would have been a meeting
13  set up with the special purpose to review that
14  specific program or that specific protocol.
15      Q.  Were the -- did these meetings have a name?
16      A.  They probably did, but I don't recall.  They
17  probably would have been called protocol review
18  meeting.
19      Q.  You are just sort of guessing there, or you
20  recall?
21      A.  Yes, I'm guessing.
22      Q.  Who would be at these meetings?
23      A.  The clinical scientists, potentially other
24  directors within CNS; the -- the team members of -- of
25  the gabapentin team pertinent to that particular