UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                              :
         SALES PRACTICES AND                               :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION                     :
                                                           :   Judge Patti B. Saris
-----------------------------------------------------------x
                                                           :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                  :
                                                           :
Egilman v. Pfizer Inc., 1:07-cv-11426-PBS                  :
                                                           :
-----------------------------------------------------------x
```

**PLAINTIFF'S EMERGENCY MOTION FOR AN ORDER COMPELLING
DEFENDANTS NOT TO RELEASE ANY INFORMATION TO DR. GIBBONS
RELATED TO DR. GREENLAND'S REBUTTAL TESTIMONY SCHEDULED
OR JULY 21, 2009, AND THAT DEFENDANTS' ONLY CONDUCT
THEIR PREPARATION OF DR. GIBBONS FOR THE *DAUBERT*
HEARING PRIOR TO THE DATE THAT DR. GREENLAND TESTIFIES**

Plaintiff, by and through his attorneys, The Lanier Law Firm, P.L.L.C. and Finkelstein & Partners, LLP, hereby move the Court by emergency motion for an Order compelling Defendants not to release any information to Robert D. Gibbons, Ph.D., related to Sanford Greenland, Dr.P.H.'s rebuttal testimony scheduled for July 21, 2009, and that Defendants only conduct their preparation of Dr. Gibbons for the *Daubert* hearing prior to the date that Dr. Greenland testifies.

This Motion is supported by the Memorandum in Support, submitted herewith.

Dated: July 15, 2009                                    Respectfully submitted,


                                          By:    /s/ W. Mark Lanier
                                                 W. Mark Lanier, Esquire
                                                 THE LANIER LAW FIRM, P.L.L.C.
                                                 126 East 56th Street, 6th Floor
                                                 New York, NY  10022

By:    /s/ Andrew G. Finkelstein
       Andrew G. Finkelstein, Esquire
       Finkelstein & Partners, LLP
       1279 Route 300, P.O. Box 1111
       Newburgh, NY  12551

**CERTIFICATION OF GOOD FAITH**

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:  July 15, 2009

       /s/ Andrew G. Finkelstein
       Andrew G. Finkelstein, Esquire

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 15, 2009.

Dated:  July 15, 2009

       /s/ Andrew G. Finkelstein
       Andrew G. Finkelstein, Esquire