UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| *Bulger v. Pfizer Inc., et al.* Case No. 07-11426-PBS | |

## JULY 20, 2009 PRELIMINARY TRIAL CONFERENCE PROPOSED AGENDA

**I. Plaintiff's Motions in Limine**

1. Plaintiff's Motion in Limine to Preclude the Testimony and Exhibits of Defense Expert Dr. Gibbons

2. Plaintiff's Motion to Preclude any Evidence Proffered by Defendants at Trial that any Drug Other than Neurontin Caused or was Associated with Plaintiff's Decedent Susan Bulger's Suicide

3. Plaintiff's Motion in Limine to Preclude any Mention at Trial by Defendants that the Neurontin Package Insert was Labeled to Warn Against Completed Suicide Prior to the December 21, 2005 Labeling Change

4. Plaintiff's Motion in Limine to Preclude any Testimony or Discussion by Defendants That They Could not Have Amended the Neurontin Label or Issued Strengthened Warnings without Prior FDA Approval

5. Plaintiff's Motion in Limine to Preclude the Testimony of all the Defendants' Expert Witnesses Other Than Dr. Gibbons Concerning the FDA Alert and Related FDA Subjects or, in the Alternative, to Preclude the Testimony of Dr. Gibbons

6. Plaintiff's Motion in Limine to Preclude any Mention at Trial by Defendants of Bad Acts of Plaintiff's Decedent and her Family and the Medical History of Decedent's Family

7. Plaintiff's Motion to Preclude Miscellaneous Subjects from Evidence at Trial

II. **Defendants' Motions in Limine**

1. Defendants' Motion in Limine to Exclude all Evidence of or References to Warner Lambert Company LLC's Guilty Plea or Related Government Investigations or Agreements

2. Defendants' Motion in Limine to Exclude Evidence of Marketing or Advertising Materials and Conduct, David Franklin and the Franklin Litigation, and Other Claims or Actions

3. Defendants' Motion in Limine to Exclude the Testimony of Decedent's Minor Daughter, Family Photographs and Memorabilia, and Post-Mortem Photographs

4. Defendants' Motion in Limine to Exclude Evidence of Post-Incident Regulatory Actions, Labeling, and Patient Information Guides

5. Defendants' Motion in Limine to Exclude Evidence of Foreign Labels and Regulatory Actions

6. Defendants' Motion to Exclude the Testimony of Dan Brock

7. Defendants' Motion in Limine to Exclude Anecdotal Adverse Event Reports

8. Defendants' Motion in Limine to Exclude Various Evidence, References, and Arguments

9. Defendants' Conditional Motion for Bifurcated Trial of Punitive Damages Claim

10. Defendants' Supplemental Memorandum of Law in Support of Their Motion in Limine to Exclude Argument Based Upon How Any Recovery Will be Used, Including How Recovery Will be Divided Among Potential Beneficiaries of the Estate

III. **Proposed Voir Dire and Jury Selection Procedures**

IV. **Opening Statement Protocol**

V.  **Trial Procedures Issues**

   1. Exclusion of witnesses

   2. Defendants' proposal for witness exhibits and demonstratives exchange

   3. Witnesses' access to daily transcript

   4. Process for qualifying experts

   5. Storage of boxes in courthouse

   6. 48-hour witness disclosure rule

   7. Juror note-taking

   8. Ten jurors

   9. Juror strikes

   10. Time-keeping during trial

   11. Media communications

VI.  **Additional Pending Motions**

   1. Defendants' Motion to Exclude the Specific Causation Testimony of Doctors William Maris and Stefan Kruszewski

   2. Plaintiff's Motion to Exclude the Testimony of Sheila Weiss-Smith

   3. Plaintiff's Motion Requesting Clarification of Judge Saris' Electronic Order of June 9, 2009, Regarding no "New" Witnesses

4. Plaintiff's Motion for Additional Time to Present Trial Testimony at the July 27, 2009, Trial of this Action

5. Plaintiff's Motion to Supplement his Trial Testimony Designations for the July 27, 2009, Trial of this Action

6. Plaintiff's Emergency Motion to Compel Defendants to Produce Lloyd E. Knapp for Trial on July 28, 2009

7. Plaintiff's Emergency Motion to Compel Defendants Not to Release Information to Dr. Gibbons Related to Dr. Greenland's Rebuttal Testimony Scheduled for July 21, 2009, and that Defendants Only Conduct Preparation of Dr. Gibbons for the Daubert Hearing Prior to the Date that Dr. Greenland Testifies

8. Plaintiff's Motion Under Seal to Compel Further Deposition of Witness (to be filed)

9. Plaintiff's Motion for Leave to Supplement Expert Disclosure on Toxicology Evidence (to be filed)

**VII**.    **Objections to Exhibits and Deposition Designations**

**VIII.**   **Jury Instructions and Verdict Sheet**

Dated: July 16, 2009

| | |
|---|---|
| FINKELSTEIN & PARTNERS, LLP | JACK W. LONDON AND ASSOCIATES, P.C. |
| By:*/s/Kenneth B. Fromson*_____ | |
| KENNETH B. FROMSON, ESQ. | By:*/s/Jack W. London*_____ |
| Attorneys for Plaintiff | JACK W. LONDON, ESQ. |
| 1279 Route 300 | 3701 Bee Cave Rd., Suite 200 |
| Newburgh, NY 12551 | Austin, TX 78746 |
| Tel: (845) 562-0203 | Tel: (512) 478-5858 |

THE LANIER LAW FIRM, PLLC

By:*/s/W. Mark Lanier*_____
W. MARK LANIER
126 East 56th Street, 6th Floor
New York, NY 10022
Tel: (212) 421-2800

Attorneys for Plaintiff

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | BOIES, SCHILLER & FLEXNER LLP |
| By:   /s/ Mark S. Cheffo_____ | By:   /s/ William S. Ohlemeyer_____ |
|         Mark S. Cheffo |         William S. Ohlemeyer |
| Four Times Square | 333 Main Street |
| New York, NY 10036 | Armonk, NY 10504 |
| Tel:  (212) 735-3000 | Tel: (914) 749-8200 |
| SHOOK, HARDY & BACON L.L.P. | WHITE AND WILLIAMS LLP |
| By:   /s/ Scott W. Sayler_____ | By:   /s/ David B. Chaffin_____ |
|         Scott W. Sayler |         David B. Chaffin, BBO # 549245 |
| 2555 Grand Blvd. | 100 Summer Street, Suite 2707 |
| Kansas City, MO 64108-2613 | Boston, MA 02110 |
| Tel:  (816) 474-6550 | Tel:  (617) 748-5200 |

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 16, 2009.

/s/ David B. Chaffin
David B. Chaffin

5