UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:  MDL Docket No.: 1629
In re: NEURONTIN MARKETING, :
     SALES PRACTICES AND : Master File No.: 04-10981
     PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Egilman v. Pfizer Inc.,* 1:07-11426-PBS :
:
---------------------------------------------------------------x

**PLAINTIFF'S EMERGENCY MOTION FOR AN
ORDER COMPELLING DEFENDANTS TO PRODUCE
<u>CERTAIN WITNESSES FOR DEPOSITION</u>**

# FILED UNDER SEAL