UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                                            :   MDL Docket No.: 1629
In re:  NEURONTIN MARKETING,                                :
        SALES PRACTICES AND                                 :   Master File No.: 04-10981
        PRODUCTS LIABILITY LITIGATION                       :
                                                            :   Judge Patti B. Saris
------------------------------------------------------------x
                                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
*Egilman v. Pfizer Inc.,* 1:07-11426-PBS                    :
                                                            :
------------------------------------------------------------x

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF EMERGENCY
MOTION FOR AN ORDER COMPELLING DEFENDANTS TO
PRODUCE CERTAIN WITNESSES FOR DEPOSITION**

# FILED UNDER SEAL