UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No.: 1629 |
| | Master File No.: 04-10981 |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | Magistrate Judge Leo T. Sorokin |
| *Egilman v. Pfizer Inc.,* 1:07-11426-PBS | |

---

## DECLARATION OF RONALD BULGER, JR.

# FILED UNDER SEAL