UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x
:   MDL Docket No.: 1629
In re:  NEURONTIN MARKETING,                    :
        SALES PRACTICES AND                  :   Master File No.: 04-10981
        PRODUCTS LIABILITY LITIGATION        :
:   Judge Patti B. Saris
----------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                       :
:
*Egilman v. Pfizer Inc.,* 1:07-11426-PBS        :
:
----------------------------------------------------------------x

**PLAINTIFF'S EMERGENCY MOTION FOR LEAVE
TO SUPPLEMENT THE EXPERT REPORT OF PLAINTIFF'S
EXPERT DR. ROH TO INCLUDE CONSIDERATION
OF THE TOXICOLOGY REPORT OF PLAINTIFF'S DECEDENT**

# FILED UNDER SEAL