UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x
: MDL Docket No.: 1629
In re:  NEURONTIN MARKETING,           :
       SALES PRACTICES AND          : Master File No.: 04-10981
       PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
----------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:              :
:
*Egilman v. Pfizer Inc.,* 1:07-11426-PBS   :
:
----------------------------------------------------------------x

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF EMERGENCY
MOTION FOR LEAVE TO SUPPLEMENT THE EXPERT REPORT
OF PLAINTIFF'S EXPERT DR. ROH TO INCLUDE CONSIDERATION
<u>OF THE TOXICOLOGY REPORT OF PLAINTIFF'S DECEDENT</u>**

# FILED UNDER SEAL