UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------x
:   MDL Docket No. 1629
In re: NEURONTIN MARKETING,          :
      SALES PRACTICES AND            :   Master File No. 04-10981
      PRODUCTS LIABILITY LITIGATION  :
:   Judge Patti B. Saris
------------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:            :
:
*Egilman v. Pfizer Inc.*, 1:07-cv-11426-PBS   :
:
------------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN SUPPORT
OF MOTION FOR LEAVE TO SUPPLEMENT THE EXPERT REPORT
OF PLAINTIFF'S EXPERT DR. ROH TO INCLUDE CONSIDERATION
<u>OF THE TOXICOLOGY REPORT OF PLAINTIFF'S DECEDENT</u>**

# FILED UNDER SEAL