UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: <br><br> *Bulger v. Pfizer Inc., et al.* <br> Case No. 1:07-cv-11426-PBS | |

---

## **DEFENDANTS' MOTION TO QUASH TRIAL SUBPOENA**

Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully move, pursuant to Rule 45 of the Federal Rules of Civil Procedure, to quash the trial subpoena Plaintiff served on July 22, 2009, demanding the appearance of Jeffrey B. Kindler.

This motion is supported by Defendants' Memorandum of Law and the Declaration of Mark S. Cheffo, submitted herewith.

WHEREFORE, Defendants respectfully request that the Court grant their motion to quash.

Dated: July 22, 2009

                                        Respectfully submitted,

                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP

                                        By:   /s/ Mark S. Cheffo
                                                   Mark S. Cheffo

                                        Four Times Square
                                        New York, NY 10036
                                        Tel: (212) 735-3000

                                               -and-

        BOIES, SCHILLER & FLEXNER LLP

        By:   /s/ William S. Ohlemeyer
                William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

        -and-

SHOOK, HARDY & BACON L.L.P.

        By:   /s/ Scott W. Sayler
                Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

        -and-

WHITE AND WILLIAMS LLP

        By:   /s/ David B. Chaffin
                David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

### CERTIFICATE OF CONSULTATION

    I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

        /s/ Mark S. Cheffo
        Mark S. Cheffo

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 22, 2009.

                                            /s/ David B. Chaffin
                                            David B. Chaffin