UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>*Bulger v. Pfizer Inc., et al.*<br>Case No. 1:07-cv-11426-PBS | |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS'
MOTION TO QUASH TRIAL SUBPOENA**

I, Mark S. Cheffo, declare and state as follows:

1.  I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2.  Attached as Exhibit A is a true and correct copy of a subpoena to Jeffrey B. Kindler, dated July 21, 2009.

3.  Attached as Exhibit B is a true and correct copy of the transcript of the pretrial conference on July 20, 2009.

4.  Attached as Exhibit C is a true and correct copy of a subpoena to a "Corporate Representative of Pfizer, Inc.," dated July 21, 2009, without attachment.

Signed under the penalties of perjury this 22nd day of July 2009.

s/ Mark S. Cheffo
Mark S. Cheffo

- 2 -

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 22, 2009.

             <u>/s/ David B. Chaffin</u>
             David B. Chaffin