UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,   :
       SALES PRACTICES AND   :   Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION   :
:   Judge Patti B. Saris
---------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:   :
:
*Egilman v. Pfizer Inc.*, 1:07-cv-11426-PBS   :
:
---------------------------------------------------------------x

## DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN OPPOSITION TO DEFENDANTS' BENCH MEMORANDUM ON THE ON THE ADMISSIBILITY OF STATEMENTS BY RONALD BULGER, SR. AT THE JULY 27, 2009 TRIAL OF THIS ACTION

I, Andrew G. Finkelstein, depose and state as follows:

1.    I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2.    This declaration is submitted in opposition to Defendants' Bench Memorandum on the admissibility of statements by Ronald Bulger, Sr. at the July 27, 2009 trial of this action.

3. The following documents are attached hereto in support of this motion:

Exhibit A- Excerpt of transcript from Day One of Judge Saris' Final Pretrial Conference, July 20, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2009

                                      **/s/ Andrew G. Finkelstein**
                                      Andrew G. Finkelstein
                                      Finkelstein & Partners, LLP
                                      1279 Route 300, P.O. Box 1111
                                      Newburgh, NY  12551
                                      (800) 634-1212

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 23, 2009.

Dated: July 23, 2009

                                      **/s/ Andrew G. Finkelstein**
                                      Andrew G. Finkelstein