UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629 : : : Master File No. 04-10981 : |
| THIS DOCUMENT RELATES TO: | : : : Judge Patti B. Saris : |
| *Bulger v. Pfizer Inc.*, Case No. 1:07-cv-11426-PBS | : : Magistrate Judge Leo T. Sorokin |

### DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN CONNECTION WITH *DAUBERT* HEARING REGARDING DR. ROBERT GIBBONS

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants") respectfully move for leave to file the attached, very brief Supplemental Memorandum in Connection with the Court's Daubert Hearing Regarding Dr. Robert Gibbons ("Supplemental Memorandum").

The grounds for this motion are:

1. The Supplemental Memorandum concisely addresses the concerns expressed by the Court concerning Dr. Gibbons' gabapentin study.

2. The Supplemental Memorandum will assist the Court in its consideration of the remaining issue concerning Dr. Gibbons' testimony.

3. The Supplemental Memorandum, including caption and signature lines, is only five pages in length.

WHEREFORE, Defendants respectfully request leave to file the attached Supplemental Memorandum.

Dated: July 24, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in good faith concerning the issue presented by this motion but have been unable to resolve it.

/s/ David B. Chaffin
David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 24, 2009.

/s/ David B. Chaffin
David B. Chaffin