UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629<br>:<br>:<br>: Master File No. 04-10981<br>: |
| THIS DOCUMENT RELATES TO: | :<br>:<br>: Judge Patti B. Saris<br>: |
| *Bulger v. Pfizer Inc.*,<br>Case No. 1:07-cv-11426-PBS | :<br>: Magistrate Judge Leo T. Sorokin |

## NOTICE OF FILING OF TRANSCRIPT OF GREENLAND DEPOSITION

PLEASE TAKE NOTICE that, pursuant to the Court's instructions, Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully submit herewith the transcript of the deposition of Sander Greenland, taken July 21, 2009.

Dated: July 24, 2009                    Respectfully submitted,

                                        SKADDEN, ARPS, SLATE,
                                          MEAGHER & FLOM LLP

                                        By:    /s/ Mark S. Cheffo
                                               Mark S. Cheffo

                                        Four Times Square
                                        New York, NY 10036
                                        Tel: (212) 735-3000

                                               -and-

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 24, 2009.

/s/ David B. Chaffin
David B. Chaffin