UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION                                              MDL Docket No. 1629

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:                    Master File No. 04-10981

*Egilman  vs. Pfizer, et al., 1:07-cv-11426-PBS*        Judge Patti B. Saris

------------------------------------------------------------x

## <u>PLAINTIFF'S  REVISED LIST OF WITNESSES TO BE PRESENTED AT TRIAL</u>

(A)  Plaintiff expects to call the following witnesses to testify at trial and sets forth
approximated time (may be somewhat longer or shorter) for direct testimony as
follows:

1.  Blume, PhD, Cheryl, 13902 North Dale Mabry Highway, Tampa, FL  33618; Tel:
813-963-3062 Estimated time needed for direct examination <u>180 min.</u>

2.  Bulger, Ronald Sr., and Suan's minor daughter, 194 Lafayette Road, Trailer # 27N,
Salisbury, MA 01950. Tel: 978-304-3753. Estimated time needed for direct
examination <u>30 min</u>.

3.  Bulger, Ronald, Sr. 194 Lafayette Road, Trailer # 27N, Salisbury, MA 01950. Tel:
978-304-3753 Estimated time needed for direct examination <u>30 min</u>.

4.  Bulger, Ronald, Jr., 194 Lafayette Road, Trailer # 27N, Salisbury, MA 01950. Tel:
978-304-3753. Estimated time needed for direct examination  <u>30 min</u>.

5.  Bulger, Patricia, 252 Newbury, Trailer #70, Peabody, MA 01960. Tel: 978-535-2523.
Estimated time needed for direct examination <u>30 min</u>.

6.  Egilman, M.D., David, Clinical Associate Professor, Brown University, Suite 404,
Attleboro, MA 02703. Estimated time needed for direct examination <u>45 min</u>.

7.  Franklin, PhD, David, Whirty Circle, Hopkinton, MA. Estimated time needed for
direct examination <u>180 min.</u>

8. Gravini, Sgt., Matthew, Massachusetts State Police, Detective Unit, Essex County, Museum Place, Two East Indian Square, Salem, MA  01970.Tel: 978-745-8908 Estimated time needed for direct examination 30 min.

9. Greenland, MA, MS DrPh, Sander, Dept of Epidemiology, UCLA School of Public Health, Los Angeles, CA  90095. Tel: 310-455-1197. Estimated time needed for direct examination  60 min.

10. King III, Charles, Greylock McKinnon Associates, One Memorial Drive, Cambridge, Massachusetts 02142. Tel: 617-871-6900. Estimated time needed for direct examination 120 min.

11. Kruszewski, MD, Stefan; 133 Linglestown Road, Harrisburg, PA 17110. Tel: 717-234-2684.  Estimated time needed for direct examination 90 min.

12. Maris, PhD, Ronald; The Suicide Center, 9 Poacher's Lane, Columbia, SC 29223-3014. Tel: 803-736-0365. Estimated time needed for direct examination 90 min.

13. Roh, MD, Louis, S., 2 Walnut Court, White Plains, NY 10605. Tel: 914-261-0839 Estimated time needed for direct examination 45 min.

14. Trimble, MD, Michael, Flat 22 Belvedere House, Grosvenor Rd, London SW1V 3JY United Kingdom. Tel: 02072-78-7748 Estimated time needed for direct examination 120 min.

(B)  Plaintiff may call the following witnesses to testify at trial if the need arises, and subject to the Court's order regarding "no new witnesses":

1. Janet Arrowsmith-Lowe, MD, FACP, Arrowsmith-Lowe Consulting Inc., PO Box 3148, 185 Eagle Creek Canyon, Ruidoso, NM 88345. Tel: 757-336-7821

2. Edward W. Boyer, MD, PhD, U. of Mass Memorial Medical Center, 55 Lake Ave North, Worcester, MA  01655. Tel: 781-449-2869

3. Gary J. Brenner, MD, PhD, Mass General Hospital, 55 Fruit St, Boston, MA 02114. Tel: 617-726-3332

4. Robert D. Gibbons, PhD., University of Illinois Chicago, 1601 W Taylor, Chicago, IL  60612 . Tel: 312-413-7755

5. Douglas G. Jacobs, MD, Professional Psychiatric Associates, One Washington Street, Suite 304, Wellesley, MA 02481-1706. Tel: 781-239-0071

6. Anthony J. Rothschild, MD, U. of Mass Memorial Medical Center, 361 Plantation St, Worcester, MA  01605. Tel: 508-856-1027

7. Alexander Ruggieri, MD., 46040 Center Oak Plaza, Suite 100, Sterling, VA 20166. Tel: 805-583-4615

8. Gerard Sanacora, MD, PhD, Associate Professor, Department of Psychiatry, Yale University, School of Medicine, 34 Park Street, New Haven, CT 06519. Tel: 203-974-7535

9. Charles P. Taylor, PhD, CP Taylor Consulting, 7560 Lake Shore Dr, Chelssea, MI 48118.

10. Sheila Weiss-Smith, PhD, University of Maryland School of Pharmacy, 220 Arch St, 12th Floor, Baltimore, MD 21201. Tel: 410-706-6989

11. Henry Grabowski, PhD, Dept. of Economics, Duke University, 305 Social Sciences, Box 90097, Durham, SC 27708-0097. Tel: 919-660-1839

12. Atul Pande, MD, 116 Morris Branch Court, Cary, North Carolina 27519.

13. Michele Meager, 201 Bellegrove Court, Franklin, TN 37069.

14. David Kessler, former FDA Commissioner, 505 Parnassus Avenue, San Francisco, CA 94143.

15. Russell Gallant, 15 Elaine Avenue, Peabody, MA 01960. Tel: 978-530-1148

16. Teresa Gallant, 15 Elaine Avenue, Peabody, MA 01960. Tel: 978-530-1148

17. Steven Scialdone, 24 Beckford St. Beverly, MA. Tel: 978-836-7456

1. John Soares, Peabody Fire Dept, 41 Lowell St, Peabody, MA 01960. Tel: 978-531-2209

2. Barry McEachern, Northshore Ambulance, 63 Grove St, Salem, MA 01970. Tel: 978-744-1349

3. Matt Flemming, Northshore Ambulance, 63 Grove St, Salem, MA 01970. Tel: 978-744-1349

4. Officer Sean Dowd, Peabody Police Dept, 6 Allens Lane, Peabody, MA 01960. Tel: 978-538-6300

5. Sgt. William Cook, Peabody Police Dept, 6 Allens Lane, Peabody, MA 01960. Tel: 978-538-6300

6. Det. Scott Richards, Peabody Police Dept, 6 Allens Lane, Peabody, MA 01960.

Tel: 978-538-6300

7. Det. Richard Callahan, Peabody Police Dept, 6 Allens Lane, Peabody, MA 01960. Tel: 978-538-6300

8. Sgt. Scott Wlasuk, Peabody Police Dept, 6 Allens Lane, Peabody, MA 01960. Tel: 978-538-6300

9. Officer Eric Ricci, Peabody Police Dept, 6 Allens Lane, Peabody, MA 01960. Tel: 978-538-6300

10. Officer Nancy Hart, Peabody Police Dept, 6 Allens Lane, Peabody, MA 01960. Tel: 978-538-6300

11. David Nims, Peabody Fire Dept, 41 Lowell St, Peabody, MA 01960. Tel: 978-531-2209

12. Amanda Marie Cavallaro, 17 Bayview Avenue, Beverly, MA. Tel: 978-922-6602

13. Linda Landry, 96 New Park Street, 1st Floor, Lynn, MA 01905. Tel: 781-596-0141

14. Nancy Scialdone, 24 Beckford St, Beverly, MA. Tel: 978-836-7456

15. Michael Cennami, 17 Bowen Road, Peabody, MA 01960. Tel: 978-530-1116

16. Susan Murphy. 17 Bowen Road, Peabody, MA 01960. Tel: 978-530-1116

17. Fran Pacillo, 40 Cannon Roack Road, Lynn, MA 01904. Tel: 781-586-9429

18. Kelly Gates, 73 Lockwood Road, Lynn MA 10904. Tel: 781-598-2398

19. Defendants' Corporate Representative, if any, present during trial.


Plaintiff reserves the right to call any individuals identified by the

defendants as trial witnesses but not called as witnesses at trial and/or actually called by

defendants to testify at trial. Plaintiff also reserves his right to call any rebuttal witnesses,

impeachment witnesses or witnesses required to authenticate evidence at trial.

(C)  The designation of  witnesses whose testimony plaintiff expects to affirmatively
present by deposition:

|  | Estimated Time |
|---|---|
| Akabane, Yoshiharu MD | .21 |
| Alphs, Larry MD | .51 |
| Bulger, Patricia | .38 |
| Ron, Sr. and Susan Bulger's minor daughter | .22 |
| Bulger, Ronald Jr. | .70 |
| Bulger, Ronald Sr. | .48 |
| Castro, Lucy | .83 |
| Cavallaro, Amanda | .23 |
| Cristo, Stephen | .07 |
| Crognale, Dino MD | 1.67 |
| Doft, Suzanne | .39 |
| Duda-Racki, Helen | .05 |
| Fleischmann, Bruce | .10 |
| Franklin, David | .53 |
| Gallant, Russell | .06 |
| Gallant, Teresa | .15 |
| Gibbons, James Jr. | .18 |
| Glanzman, Robert | .25 |
| Goldman, Richard MD | .50 |
| Gravini, Matthew | .63 |

| | |
|---|---|
| Knoop, John | .09 |
| Landry, Linda | .36 |
| Marino, John | 1.18 |
| McCormick, Cynthia | .64 |
| McEachern, Barry | .10 |
| Meager, Michele | .17 |
| Mishra, Avanish | .09 |
| Pande, Atul MD | .46 |
| Scott, Druscilla PhD | .91 |
| Teicher, Martin | 1.47 |
| Tive, Leslie | .11 |
| Turner, Janeth | 1.35 |

In the event any witness that plaintiff intended to call live should become unavailable, plaintiff reserves the right to designate such witness as a witness plaintiff expects to affirmatively present by deposition, and to supply the portions of their respective testimony that may be offered into evidence at that time.

Dated: July 24, 2009

THE LANIER LAW FIRM, PLLC

*s/ W. Mark Lanier*_____
W. Mark Lanier
126 East 56th Street, 6th Floor
New York, NY 10022

FINKELSTEIN & PARTNERS, LLP

_*Kenneth B. Fromson*_____
Kenneth B. Fromson, ESQ.
Attorneys for Plaintiff
1279 Route 300
Newburgh, N.Y. 12551