UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| *Bulger v. Pfizer Inc., et al.*, C. A. No. 07-11426-PBS | |

**DEFENDANTS' REVISED TRIAL WITNESS LIST**

Defendants, Pfizer Inc and Warner-Lambert Company LLC, by and through their undersigned counsel, pursuant to the Court's request on July 24, 2009, hereby provide their revised lists of witnesses who may be called, or whose testimony may be designated, at trial.

Defendants identify these witnesses conditionally and without waiver of their right to object on grounds of relevancy, prejudice, or any other ground to the subject matter as to which the witnesses might testify, and reserve their right to call these witnesses in rebuttal in the event that their objections to Plaintiff's evidence are overruled.  Defendants further incorporate their reservations of rights set forth in their Revised Live Witness List and Revised Affirmative Deposition Designations, filed on June 22, 2009 [1911-3 & 1911-5].

**Defendants' Live Witness List**

| | **Witness** | **Estimated Time** |
|---|---|---|
| 1. | Janet Arrowsmith-Lowe | 120 minutes |
| 2. | Ronald Bulger, Sr. | 30 minutes |
| 3. | Ronald Bulger, Jr. | 15 minutes |
| 4. | Dr. Edward W. Boyer | 30 minutes |
| 5. | Dr. Gary J. Brenner | 45 minutes |
| 6. | Amanda Cavallaro | 20 minutes |

|     | **Witness**              | **Estimated Time** |
| --- | ------------------------ | ------------------ |
| 8.  | Robert D. Gibbons        | 60 minutes         |
| 10. | Henry G. Grabowski       | 45 minutes         |
| 11  | Matthew Gravini          | 20 minutes         |
| 12. | Dr. Walter Jacobs        | 30 minutes         |
| 13  | Dr. Douglas G. Jacobs    | 45 minutes         |
| 14. | Lloyd Knapp              | 60 minutes         |
| 15. | Linda Landry             | 20 minutes         |
| 16. | Dr. William Medwid       | 30 minutes         |
| 17. | Cheryl Nadeau            | 15 minutes         |
| 18. | Dr. Anthony J. Rothschild| 90 minutes         |
| 19. | Dr. Alexander Ruggieri   | 60 minutes         |
| 20. | Charles Taylor           | 60 minutes         |
| 21. | Sheila Weiss-Smith       | 45 minutes         |
| 22. | Name Provided to Court   | 30 minutes         |
| 23. | Name Provided to Court   | 15 minutes         |

**Defendants' List of Witnesses to Present Through Affirmative Deposition Designations**

Defendants incorporate their page and line designations set forth in their Revised Affirmative Deposition Designations, filed on June 22, 2009 [1911-5].

|     | **Witness**        | **Estimated Time**  |
| --- | ------------------ | ------------------- |
| 1.  | Ronald Bulger, Sr. | 1 hour 12 minutes   |
| 2.  | Ronald Bulger, Jr. | 17 minutes          |
| 3.  | Amanda Cavallaro   | 17 minutes          |
| 4.  | Dr. Dino Crognale  | 1 hour 49 minutes   |

|     | **Witness**             | **Estimated Time**    |
|-----|-------------------------|-----------------------|
| 5.  | Suzanne Doft            | 21 minutes            |
| 6.  | Russell Gallant         | 8 minutes             |
| 7.  | Teresa Gallant          | 10 minutes            |
| 8.  | James Gibbons           | 42 minutes            |
| 9.  | Dr. Richard Goldman     | 1 hour 56 minutes     |
| 10. | Matthew Gravini         | 12 minutes            |
| 11. | Manfred Hauben          | 52 minutes            |
| 12. | Dr. Walter Jacobs       | 30 minutes            |
| 13. | Lloyd Knapp             | 1 hour 8 minutes      |
| 14. | Linda Landry            | 33 minutes            |
| 15. | Cynthia McCormick       | 46 minutes            |
| 16. | Dr. William Medwid      | 14 minutes            |
| 17. | Mark Mengel             | 52 minutes            |
| 18. | Cheryl Nadeau           | 36 minutes            |
| 19. | Christopher Pacella     | 54 minutes            |
| 20. | Atul Pande              | 32 minutes            |
| 21. | Drusilla Scott          | 32 minutes            |
| 22. | Charles Taylor          | 56 minutes            |
| 23. | Janeth Turner           | 2 hours 40 minutes    |
| 24. | Sander Greenland        | 30 minutes            |
| 25. | Name Provided to Court  | 30 minutes            |
| 26. | Name Provided to Court  | 15 minutes            |

Dated: July 24, 2009                    Respectfully submitted,

                                                SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
     Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

    -and-

BOIES, SCHILLER & FLEXNER LLP

By: /s/ William S. Ohlemeyer
     William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

    -and-

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
     Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

    -and-

4

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
    David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 24, 2009.

/s/ David B. Chaffin
David B. Chaffin