UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY
LITIGATION                                               MDL Docket No. 1629
-------------------------------------------------------------x
THIS DOCUMENT RELATES TO:                                Master File No. 04-10981

*Shearer vs. Pfizer, et al., 1:07-cv-11428-PBS*          Judge Patti B. Saris
-------------------------------------------------------------x

## JOINT PROPOSED SCHEDULING ORDER

The schedule is as follows:

October 30, 2009 - Completion of All Fact Depositions and Discovery

November 30, 2009 - Deadline for Plaintiff's Expert Disclosure

December 21, 2009 - Deadline for Defendant's Expert Disclosure

January 10, 2010 - Deadline for Deposition of Experts

February 2, 2010 - Motion for Summary Judgment

February 18, 2010 - Opposition to Summary Judgment Motions

February 22, 2010 - Replies

March 20, 2010 - Pre-Trial Hearing

March 29, 2010 - Trial date

So-Ordered.

Dated:_____

_____
Hon. Patti B. Saris, U.S.D.C.