UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL SALES & MARKETING ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM OF LAW IN SUPPORT OF CLASS PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER <u>DENYING RENEWED MOTION FOR CLASS CERTIFICATION</u>**

827797.1

Class Plaintiffs[1] respectfully request leave to file the attached Reply Memorandum of Law in Support of Class Plaintiffs' Motion for Reconsideration of Order Denying Renewed Motion for Class Certification (Dkt. No. 1796). Plaintiffs seek leave to reply to Defendants' argument that Plaintiffs do not meet the standard for reconsideration. Reconsideration is appropriate under the "interests of justice" test applicable in the First Circuit because of: (1) legitimate confusion over the evidetiary submissions that would be considered by the Court in ruling on class certification; (2) the Court's previously unannounced change of position regarding Plaintiffs' ability to use statistical evidence to prove causation; and (3) three cases decided between March and July 2009 not previously considered by the Court which affirm that reliance *may* be presumed on a class-wide basis where the Defendant has sold a product found to be worthless for the use for which it was sold.

Dated: August 3, 2009                                        Respectfully Submitted,

                                                  By:    */s/ Thomas Greene*
                                                         Thomas Greene
                                                         Greene & Hoffman
                                                         33 Broad Street, 5th Floor
                                                         Boston, MA 02109

                                                  By:    */s/ Barry Himmelstein*
                                                         Barry Himmelstein
                                                         Lieff Cabraser Heimann &
                                                           Bernstein, LLP
                                                         Embarcadero Center West
                                                         275 Battery Street, 30th Floor
                                                         San Francisco, CA 94111-3339

---

[1] Louisiana Health Service Indemnity Company dba BlueCross/BlueShield of Louisiana, ASEA/AFSCME Local 52 Health Benefits Trust, Harden Manufacturing Corporation, Gary L.Varnam, and Jan Frank Wityk (collectively, "Plaintiffs" or "Class Plaintiffs").

-2-

        By:    /s/ Thomas M. Sobol
                  Thomas M. Sobol
                  Hagens Berman Sobol Shapiro LLP
                  One Main Street, 4th Floor
                  Cambridge, MA  02142
                  Boston, MA 02110

        By:    */s/ Don Barrett*
                  Don Barrett
                  Barrett Law Office
                  404 Court Square North
                  P.O. Box 987
                  Lexington, MS 39095

        By:    */s/ Daniel Becnel*
                  Daniel Becnel, Jr.
                  Law Offices of Daniel Becnel, Jr.
                  106 W. Seventh Street
                  P.O. Drawer H
                  Reserve, LA 70084

        By:    */s/ James Dugan*
                  James Dugan
                  Dugan & Browne
                  650 Poydras St., Suite 2150
                  New Orleans, LA 70130

***Members of the Class Plaintiffs'***
***Steering Committee***

827797.1

-3-

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

On the afternoon of July 31, 2009, the undersigned counsel for Plaintiffs left a voicemail message for Mr. Cheffo, counsel for Defendants, informing him that Plaintiffs intended to file this motion. As of the filing of the motion, Plaintiffs have not received a response.

*/s/ Barry Himmelstein*
Barry Himmelstein

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 3, 2009.

*/s/ Barry Himmelstein*
Barry Himmelstein