UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------x
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
----------------------------------------------------x Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
ALL ACTIONS : Sorokin
:
:
:
:
----------------------------------------------------x

## DEFENDANTS' MOTION TO VACATE RESTRAINING ORDER

Defendants Pfizer Inc and Warner-Lambert Company LLC hereby respectfully move the Court to vacate the restraining order prohibiting any contact by Pfizer or any investigator for Pfizer with non-party witness David Franklin.

This motion is supported by Defendants' Memorandum and the Declaration of Mark S. Cheffo, submitted herewith.

WHEREFORE, Defendants respectfully request that the Court grant their motion to vacate the restraining order.

Dated: August 9, 2009          Respectfully submitted,

                               SKADDEN, ARPS, SLATE,
                                 MEAGHER & FLOM LLP

                               By:   /s/ Mark S. Cheffo
                                     Mark S. Cheffo

                               Four Times Square
                               New York, NY 10036
                               Tel: (212) 735-3000

                                       -and-

                               BOIES, SCHILLER & FLEXNER LLP

By: /s/ William S. Ohlemeyer
William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

-and-

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 10, 2009.

/s/ David B. Chaffin