UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ------------------------------------------------- x<br>NEURONTIN MARKETING, SALES PRACTICES, AND<br>PRODUCTS LIABILITY LITIGATION<br><br>------------------------------------------------- x<br>THIS DOCUMENT RELATES TO:<br><br>------------------------------------------------- x<br>HARDEN MANUFACTURING CORPORATION;<br>LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,<br>dba BLUECROSS/BLUESHIELD OF LOUISIANA;<br>INTERNATIONAL UNION OF OPERATING ENGINEERS,<br>LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL<br>52 HEALTH BENEFITS TRUST; GERALD SMITH; and<br>LORRAINE KOPA, on behalf of themselves and all others<br>similarly situated, v. PFIZER INC. and WARNER-LAMBERT<br>COMPANY.<br><br>------------------------------------------------- x<br>THE GUARDIAN LIFE INSURANCE COMPANY OF<br>AMERICA v. PFIZER INC. and<br>AETNA, INC. v. PFIZER INC.<br><br>------------------------------------------------- x | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**CROSS-MOTION FOR LEAVE TO FILE SURREPLY MEMORANDUM OF LAW IN OPPOSITION TO CLASS PLAINTIFFS' MOTION FOR RECONSIDERATION**

Plaintiffs have requested leave to file a reply memorandum of law in support of their motion for reconsideration of this Court's order denying Plaintiffs' renewed motion for class certification.  (Dkt. 2049.)

For the reasons discussed in the accompanying memorandum, Plaintiffs' motion for leave to file a reply brief should be denied.  However, should the Court permit Plaintiffs to file their proposed reply, Defendants request leave to file a surreply memorandum of equal length.

WHEREFORE, Defendants respectfully request that, should the Court permit Plaintiffs to

file their proposed reply memorandum, the Court also grant Defendants' Cross-Motion for Leave to File a Surreply Memorandum of equal length (26 pages) on or before August 26, 2009.

Dated: August 13, 2009                    Respectfully submitted,

                                      SKADDEN, ARPS, SLATE,
                                        MEAGHER & FLOM LLP

                                    By:    /s/ Mark S. Cheffo
                                              Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

                                          -and-

SHOOK, HARDY & BACON L.L.P.

                                    By:    /s/ Scott W. Sayler
                                              Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

                                          -and-

WHITE AND WILLIAMS LLP

                                    By:    /s/ David B. Chaffin
                                              David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATION OF CONSULTATION**

I certify that counsel for Defendants have attempted to confer in good faith with Class Plaintiffs' counsel concerning the issue presented by this cross-motion. On August 12, 2009, I sent an email to Class Plaintiffs' counsel, seeking Class Plaintiffs' position on the issue presented. I have received no response.

/s/ David B. Chaffin_____
David B. Chaffin

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 13, 2009.

/s/ David B. Chaffin_____
David B. Chaffin