**United States District Court**
**District of Massachusetts**

Case 1:04-cv-10981PBS     Document 1998     MDL Docket 1629     Master File 04-10981

Judge Patti B. Saris     Magistrate Judge, Leo.T. Sorokin

## COMPLAINT FOR CIVIL CONTEMPT
## Restraining Order

Terrie A. Slater, Plaintiff          **V**          Ronald Bulger Sr., Defendent

1. Plaintiff resides at

| (Street Address) | (City/Town) | (County) | (State) | (Zip) |
|---|---|---|---|---|

2. Defendant reside at

| (Street Address) | (City/Town) | (County) | (State) | (Zip) |
|---|---|---|---|---|

3. By Order of this court, dated July 13, 2009. Restraining Order, Defendant was ordered to refrain from having any contact or communication with the plaintiff Terrie A. Slater, any relative, family member and/or household member of the plaintiff, including the plaintiff's daughter and granddaughter (collectively the "Slater Family"). Defendant is ordered to have no contact by telephone, e-mail, Instant message, writing, or any form of communication. Defendant is Further Ordered to (a) keep a distance of 100 feet from the Plaintiff. The Plaintiff also, went to Commonwealth of Massachusetts, Superior Court in Salem MA. An Order was placed that the Defendant is prohibited from assaulting, threatening, harassing, intimidating or coercing the Plaintiff and their families.    (Please see attachment)

4. Defendant has not obeyed the Restraining Order and has violated the order on several occasions. The plaintiff has made several calls to the Salisbury Police Department, starting as soon as July 17th. The Defendant standing less than 20 feet from the Plaintiff saying he will kill the Plaintiff as soon as he can get close to the Plaintiff, and called the Plaintiff a rat. He then made hand motion as if he had a gun. The latest violation was on 8/20/09 at 9:45 a.m. and at 2:30 p.m. At 9:45 a.m. the Plaintiff got out of her car and the Defendant was at Lot 16N on the deck which was across the street, when eye contact was made the Defendant brought his hand up as if he had a gun to shoot Plaintiff. At 2:30 p.m. the Plaintiff and family were in their vehicle, pulled into the park and the Defendant walked next to the Plaintiffs vehicle and brought his hand up as if he had a gun and made a motion of shooting at the Plaintiff and her family and said "Your dead you fucking cunt". The Plaintiff and Ms. MacDonald went to the Salisbury Police Department filled out an Offence Report with Office McNeil.

Case 1:04-cv-10981PBS    Document 1998    MDL Docket 1629    Master File 04-10981

Judge Patti B. Saris    Magistrate Judge, Leo T. Sorokin

Officer McNeil left the police department to go to where the Defendant was located and Sgt Chuck Scione spoke with the Plaintiff and Ms Marie MacDonald and advised us that The Salisbury Police Department has "NO RIGHT TO ARREST". All other reports were given to Sgt. Merrill of the Salisbury Police Department and he was to forward said reports to the US Marshalls. The Marshall advised us that they could not do anything without an Order of Judge Patti Saris. On Saturday 8/22/09 the Plaintiff phones the Salisbury Police Department to retrieve all Log reports and other Offense Reports and was advised that the Plaintiff would have to go to the Newburyport District Court to request the release of those reports.
(Please see the Attachments)

5. Wherefore, the plaintiff request that defendant be required to appear before this Court to show cause why the defendant should not be adjudged in contempt of Court and such other relief as the Court deems just.

_08/24/09_
(Date)

_Terri A. Yata_
(Signature of Plaintiff)

_Terri A. Slater_
(Print Name)

████████████████████
(Street Address)

████████████████
(Telephone Number)

**CC/ Mr. Ronald Bulger (personally delivered to ████████████████████████████**
**01952**

**United States District Court**
**District of Massachusetts**

Case 1:04-cv-10981PBS    Document 1998    MDL Docket 1629    Master File 04-10981

Judge Patti B. Saris    Magistrate Judge, Leo T. Sorokin

## COMPLAINT  FOR  CIVIL  CONTEMPT
### Restraining Order

Marie MacDonald, Plaintiff              V         Ronald Bulger Sr., Defendent

1. Plaintiff resides at

| (Street Address) | (City/Town) | (County) | (State) | (Zip) |

2. Defendant reside at

| (Street Address) | (City/Town) | (County) | (State) | (Zip) |

3. By Order of this court, dated July 13, 2009  Restrain Order, Defendant was ordered to refrain from having any contact or communication with the plaintiff Marie MacDonald, any relative, family member and/or household member of the plaintiff, including the plaintiff's daughter and granddaughter (collectively the "MacDonald Family"). Defendant is ordered to have no contact by telephone, e-mail, Instant message, writing, or any form of communication. Defendant is Further Ordered to (a) keep a distance of 100 feet from the Plaintiff. The Plaintiff also, went to Commonwealth of Massachusetts, Superior Court in Salem MA, An Order was placed that the Defendant is prohibited from assaulting, threatening, harassing, intimidating or coercing the Plaintiff and their families (Please see attachment)

4. Defendant has not obeyed the Restraining Order and has violated the order on several occasions. The plaintiff has made several calls to the Salisbury Police Department, starting as soon as July 17th. On August 6th I made a phone call to the Salisbury Police Department stating that Mr. Bulger had been wandering around my home and Ms. Slater's home the entire week.  I had been home three times that week and Mr. Bulger was seen at 23N, 16N and 27N. He also was seen walking by our homes.  Officer Levitt took the phone call and logged the complaint.  On August 11th the Plaintiffs' boyfriend, William Locke dropped the Plaintiff off at the mail boxes feeling no fear that the Defendant was on longer allowed at the park. The Plaintiff turned around and the Defendant was only 2 feet away from the Plaintiff.  The Plaintiff quickly went to her residence and Mr. Locke was in his vehicle telling the Plaintiff to quickly get into the vehicle to get out of the area. While Mr. Locke was backing out of their parking spot, The Defendant nearly was struck by the vehicle because he would not move. The Plaintiff called the Salisbury Police Department spoke to Officer Levitt.  William Locke and Marie MacDonald filed reports with the Salisbury Police Department who forwarded the information to Sergeant Detective Merrill. This information was forwarded to the US Marshalls Office. On August 20th Mr. Bulger again broke the restraining order by being less than 10 feet from my home and me.  He actually gave the middle finger to Mr. Locke while standing 10 feet from our side window. We filed reports with the Salisbury Police Department.  Officer Mc Neil and Officer Scione took the report.  Officer McNeil left the police department to go to where the Defendant was located and Sgt Chuck Scione spoke with the Plaintiff and Ms. Slater and advised us that The Salisbury Police Department "NO RIGHT TO ARREST". All other reports were given to Sgt. Merrill of the Salisbury Police Department and he was to forward said reports to the US Marshalls. The Marshall advised us that they could not do anything without an Order of Judge Patti Saris.
(Please see the Attachments)

Case 1:04-cv-10981PBS    Document 1998      MDL Docket 1629      Master File 04-10981

Judge Patti B. Saris      Magistrate Judge, Leo T. Sorokin

5. Wherefore, the plaintiff request that defendant be required to appear before this Court to show cause why the defendant should not be adjudged in contempt of Court and such other relief as the Court deems just.

_X____2\\09____
(Date)

____marie mssource____
(Signature of Plaintiff)

____marie machnett____
(Print Name)

_____
(Telephone Number)

**CC/ Mr. Ronald Bulger (personally delivered to ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ 01952**