# OFFENSE REPORT

**SALISBURY POLICE DEPARTMENT**
**24 RAILROAD AVENUE, SALISBURY, MA 01952**

Name ______ DOB ______ SS# ______ Case # ______

Address ______ Phone ______

Offense ______ Place of Occurrence ______

Date and time offense committed ______ Officer Assigned ______

Report received by ______ at ______ M. Date ______ 20 ______ How reported ______

Time of investigation ______ M. Date ______

Suspects and/or persons arrested ______

**DETAILS OF OFFENSE (State fully all other circumstances of this offense and its investigation)**

[illegible]

**Signed on this date,** ______ **of my own free will and accord and under the pains and penalties of perjury.**

# OFFENSE REPORT

**SALISBURY POLICE DEPARTMENT**
**24 RAILROAD AVENUE, SALISBURY, MA 01952**

Name Teri A. Slater DOB SS# Case #

Address Phone

Offense Place of Occurrence

Date and time offense committed Officer Assigned

Report received by at M. Date 20 How reported

Time of investigation M. Date

Suspects and/or persons arrested

**DETAILS OF OFFENSE (State fully all other circumstances of this offense and its investigation)**

[illegible] my parking area and [illegible] Mr Bulger standing on the deck on Lot 16N when we made eye contact Mr. Bulge sticks his arm [illegible] of his self and made it look like it was a gun with his finger out. After [illegible] the motion of shooting me he brought his [illegible] to his mouth and blew. While he did that [illegible] I [illegible] . I also [illegible] [illegible]

**Signed on this date,** 8/20/09 **of my own free will and accord and under the pains and penalties of perjury.**

[signature]

# OFFENSE REPORT

**SALISBURY POLICE DEPARTMENT**
**24 RAILROAD AVENUE, SALISBURY, MA 01952**

Name Kevin Slater DOB [redacted] SS# [redacted] Case # ____

Address [redacted] Phone 978-912-4058

Offense Break US Restraining Stay away Order Place of Occurrence Same

Date and time offense committed 8/20/09 2:30 Officer Assigned ____

Report received by ____ at ____ M. Date ____ 20 ____ How reported ____

Time of investigation ____ M. Date ____

Suspects and/or persons arrested ____

**DETAILS OF OFFENSE (State fully all other circumstances of this offense and its investigation)**

I [illegible] and as I drove by Mr [illegible] with my [illegible] Samantha Bianchi [illegible] and my [illegible] Karma [illegible]. He pulled his [illegible] to the [illegible] [illegible] shoot us. Mr Bulger was on the phone as he did this. As we drove next to him he said "your dead you fucking [illegible]" Sorry about my ~~[illegible]~~ languge

**Signed on this date,** 8/20/09 **of my own free will and accord and under the pains and penalties of perjury.**

Kevin R Slater

# OFFENSE REPORT

**SALISBURY POLICE DEPARTMENT**
**24 RAILROAD AVENUE, SALISBURY, MA 01952**

Name ______ DOB ______ SS# ______ Case # ______

Address ______ Phone ______

Offense ______ Place of Occurrence ______

Date and time offense committed ______ Officer Assigned ______

Report received by ______ at ______ M. Date ______ 20 ______ How reported ______

Time of investigation ______ M. Date ______

Suspects and/or persons arrested ______

**DETAILS OF OFFENSE (State fully all other circumstances of this offense and its investigation)**

**gned on this date, ______ of my own free will and accord and under the pains and penalties of perjury.**

Name: William [illegible] Date: 8/11/09
Address: [redacted] 01952
Phone: [illegible] [redacted]
Offender's Name: Ronald Bulger Sr.
Address of offense: Same Date of offense: 8/11/09
Offense: violation of restraining order

I William [illegible], [illegible] [illegible] Rd [illegible] 20, Salisbury [illegible] home today 8/11 around 11:00 am. I dropped [illegible] my [illegible] [illegible] [illegible] at the mail box and [illegible] the driveway. I got out of the car, opened the trailer door and saw Ron Bulger through the window [illegible] between the trailers. [illegible] walked in the driveway. [illegible] get out [illegible]. I had to tie down my [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]. I got back in my car, started [illegible] [illegible] [illegible] the door of the trailer [illegible] [illegible] [illegible]. I [illegible] at [illegible] [illegible] Ron Bulger and he [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible]. I left.

We called [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] 8/11/09

# OFFENSE REPORT

**SALISBURY POLICE DEPARTMENT**
**24 RAILROAD AVENUE, SALISBURY, MA 01952**

Name [illegible] DOB [redacted] SS# [redacted] Case # ____________

Address [illegible] Phone [illegible]

Offense [illegible] Place of Occurrence [redacted]

Date and time offense committed [illegible] Officer Assigned [illegible]

Report received by ____________ at ______ M. Date ____________ 20 ______ How reported ____________

Time of investigation ____________ M. Date ____________

Suspects and/or persons arrested ____________

**DETAILS OF OFFENSE (State fully all other circumstances of this offense and its investigation)**

[illegible]

**Signed on this date,** [illegible] **of my own free will and accord and under the pains and penalties of perjury.**

[illegible signature]

# OFFENSE REPORT

**SALISBURY POLICE DEPARTMENT**
24 RAILROAD AVENUE, SALISBURY, MA 01952

Name William Locke DOB [redacted] S# [redacted] Case # ______

Address [redacted] Phone [redacted]

Offense Violation of restraining order Place of Occurrence [redacted]

Date and time offense committed 8/20/09 Officer Assigned Thomas

Time 930 Am 2 PM

Report received by ______ at ______ M. Date ______ 20 ______ How reported ______

Time of investigation ______ M. Date ______

Suspects and/or persons arrested ______

**DETAILS OF OFFENSE (State fully all other circumstances of this offense and its investigation)**

I Bill Locke saw Ron Bulger outside my window this morning @ about 930 Am. My phone rang and as I got up to answer it Ron saw me through my window and gave me the finger and walked across my front lawn towards his friends cliff and Ann's Trailer. He latter left in anns car with cliff Driving (cliff doesn't have a license) ~~[illegible]~~ they came back latter and around 2pm he was trying to get into his house and found papers that were in the door. He then walked in front of Marie and I. Marie took Pictures.

Signed on this date, 8/20/09 of my own free will and accord and under the pains and penalties of perjury.

William Locke