# OFFENSE REPORT

## SALISBURY POLICE DEPARTMENT
24 RAILROAD AVENUE, SALISBURY, MA 01952

Name: William Locke  DOB: ▇▇▇  SS#: ▇▇▇  Case #: _____
Address: 194 Lafayette Rd 25N Salisbury  Phone: ▇▇▇
Offense: Violation of restraining order  Place of Occurrence: 194 Lafayette Rd 25N +lt
Date and time offense committed: 8/20/09  Officer Assigned: Thomas
Time: 930 AM & 2 PM
Report received by: _____ at _____ M. Date _____ 20 _____ How reported _____
Time of investigation: _____ M. Date _____
Suspects and/or persons arrested: _____

**DETAILS OF OFFENSE** (State fully all other circumstances of this offense and its investigation)

I Bill Locke saw Ron Bulger outside my window this morning @ about 930 AM. My phone rang and as I got up to answer it Ron saw me through my window and gave me the finger and walked across my front lawn towards his friends cliff and Anns trailer. He latter left in anns car with cliff driving (cliff doesn't have a license) ~~during~~ they came back latter and around 2pm he was trying to get into his house and found papers that were in the door. He then walked in front of Marie and I. Marie took pictures.

Signed on this date, 8/20/09 of my own free will and accord and under the pains and penalties of perjury.

_William Locke_ (signature)

# OFFENSE REPORT

## SALISBURY POLICE DEPARTMENT
24 RAILROAD AVENUE, SALISBURY, MA 01952

Name: Marie MacDonald  DOB: ___  SS#: ___  Case #: ___
Address: 194 Lafayette Rd 25N Salisbury  Phone: ___
Offense: Violation of restraining order  Place of Occurrence: 194 Lafayette Rd 25N + 15N
Date and time offense committed: 8/28/09 9:50  Officer Assigned: Thomas
Report received by ___ at ___ M. Date ___ 20 ___ How reported ___
Time of investigation ___ M. Date ___
Suspects and/or persons arrested ___

**DETAILS OF OFFENSE** (State fully all other circumstances of this offense and its investigation)

I have a federal restraining order + a superior court order against Ronald Bulger Sr. Approx 9:35 this morning he was 10' from my side window. He then walked in front of my house which is approx 15' from my home and went to the home of Ann Murphy + Cliff Barchard Sr. I walked to Terri Slater's home at 15N and took pictures of Ron Bulger at their home which is across the street from Terri Slater's home. We called the police but they were busy with multiple accidents. About 11:35 Clifford + Ann + Ron drove out of the park towards Seabrook. Clifford was driving a tan 4 door sedan Plate 740 P27. Mr. Barchard does not have a driver's license. I reported Mr. Barchard to Silva Ass. who manages the trailer park. I also saw Mr. Bulger motion to Terry pointing like a gun. I would like Mr. Bulger violated for not following the rules of the restraining order. For being less than 100' from my home + less than 50' from me.

2PM he walked in front of me 10' and my home towards Ms Slater's home. I called the police and they were responding to accidents. Officer Thomas responded @ 11:45 to the first complaint and gave us reports to fill out.

Signed on this date, 8/28/09, of my own free will and accord and under the pains and penalties of perjury.

Marie MacDonald

# OFFENSE REPORT

**SALISBURY POLICE DEPARTMENT**
24 RAILROAD AVENUE, SALISBURY, MA 01952

Name: Terrie A. Slater   DOB: ███   SS#: ███   Case #: _____

Address: 194 Lafayette Rd LSN Salisbury   Phone: ███

Offense: Violation of Restraining Order   Place of Occurrence: Same

Date and time offense committed: 8/11/09 2:30/3:00   Officer Assigned: _____

Report received by: _____ at _____ M. Date _____ 20____ How reported _____

Time of investigation: _____ M. Date _____

Suspects and/or persons arrested: _____

### DETAILS OF OFFENSE (State fully all other circumstances of this offense and its investigation)

Marie MacDonald advised me that M. Ronald Bulger was at the above address. After leaving my doctors appt, I Terrie A Slater went to check on my Mobil Home which is Lot 15N. As I drove into my parking spot I saw Ronald Bulger stand in front of Sally Fernick Lot 23N. He was with Richard Murphy who now lives at Lot 23N. Ronald Bulger was talking on his cell phone. As soon as he saw me he went into Lot 23N.

Signed on this date, 8/11/09, of my own free will and accord and under the pains and penalties of perjury.

Terrie A. Slater

**OFFENSE REPORT**                           **SALISBURY POLICE DEPARTMENT**
                                             24 RAILROAD AVENUE, SALISBURY, MA 01952

Name: Terrie A. Slater  DOB: ▮  SS#: ▮  Case #: ___
Address: 194 Lafayette Rd 15N  Phone: ▮
Offense: Harassing/Stay Away  Place of Occurrence: Same
Date and time offense committed: 9:25 am  Officer Assigned: ___
Report received by ___ at ___ M. Date ___ 20 ___ How reported ___
Time of investigation ___ M. Date ___
Suspects and/or persons arrested ___

**DETAILS OF OFFENSE** (State fully all other circumstances of this offense and its investigation)

When I pulled into my parking area and noticed Mr Bulger standing on the deck on Lot 16N. When we made eye contact Mr. Bulge stucks his arm out in front of his self and made it look like it was a gun with his finger out. After he did the motion of shooting me he brought his finger to his mouth and blew. While he did that to me I noticed Marie MacDonald was walking to my home. I also phoned White & Williams to advise them of whats happened.

Signed on this date, 8/20/09, of my own free will and accord and under the pains and penalties of perjury.

[signature]

**OFFENSE REPORT**  **SALISBURY POLICE DEPARTMENT**
24 RAILROAD AVENUE, SALISBURY, MA 01952

Name: Terrie Slater   DOB: ███   SS#: ███   Case #: ___
Address: 194 Lafayette Rd 15N Salisbury   Phone: ███
Offense: Break US Restraining & Stayaway Order   Place of Occurrence: SAME
Date and time offense committed: 8/20/09 - 2:30   Officer Assigned: ___
Report received by ___ at ___ M. Date ___ 20 ___ How reported ___
Time of investigation ___ M. Date ___
Suspects and/or persons arrested ___

**DETAILS OF OFFENSE** (State fully all other circumstances of this offense and its investigation)

I pulled into the park and as I drove by Mr. Bulger with my daughter Samantha Blanchette and my granddaughter Karma Eastman. He pulled his arm as if he was going to shoot us. Mr Bulger was on the phone as he did this. As we drove next to him he said "Your dead you fucking cunts" Sorry about my ~~letter~~ langunge

Signed on this date, 8/20/09, of my own free will and accord and under the pains and penalties of perjury.

Terrie A Slater

# OFFENSE REPORT

**SALISBURY POLICE DEPARTMENT**
24 RAILROAD AVENUE, SALISBURY, MA 01952

Name: Maura McDonald  DOB: [redacted]  SS#: [redacted]  Case #: ___

Address: 19?? Lafayette ??? Salisbury  Phone: [redacted]

Offense: Violation of restraining order  Place of Occurrence: Same

Date and time offense committed: 7/11/03  11:30  Officer Assigned: ___

Report received by ___ at ___ M. Date ___ 20 ___ How reported ___

Time of investigation ___ M. Date ___

Suspects and/or persons arrested: ___

**DETAILS OF OFFENSE** (State fully all other circumstances of this offense and its investigation)

Maura McDonald was driving home going to pick up my mail and water my plants. William Locke dropped me off at the mailbox and I picked up the mail and started to walk towards my home. I almost bumped into Ronald Bilger as I passed his mobile home which he has been evicted from. He was talking to Richard Murphy who lives at 35 N. I went inside my house, then William told me that he needed to get out of here. I had to water a few plants first then sit in his car. He backed up out of the driveway and Ronald Bilger was walking across our driveway and he almost hit him. He was about 5 feet away from the passenger window when we pulled out.

gned on this date, 7/11/03, of my own free will and accord and under the pains and penalties of perjury.

Maura McDonald

Name: William J. Locke    Date: 8/11/09
Address: 194 Lafayette Rd 25N, Salisbury MA 01952
DOB: ███████    SSN: ███████
Offender's Name: Ronald Bulger Sr.
Address of offense: Same    Date of offense: 8/11/09
Offense: violation of restraining order

I William Locke, 194 Lafayette Rd Trlr 25N, Salisbury went home today 8/11 around 11:30 am. I dropped off my girlfriend Marie McDonald at the mail boxes and drove into the driveway. I got out of the car, opened the trailer door and saw Ron Bulger through the window standing inbetween the trailers. Marie walked in the driveway, I said lets get out of here. I had to tie down my hood which was loose, Marie watered a couple plants that were wilted, I got back in my car, started it up, Marie locked the door of the trailer got in the car, I backed at almost hitting Ron Bulger and