UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEURONTIN MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO.
04-10981-PBS

**SUMMONS IN A CIVIL CASE**

August 24, 2009

To: RONALD J. BULGER, S R.
   194 LAFAYETTE ROAD
UNIT 27N       SALISBURY,
MA 01952

    YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place:
United States District Court
1Courthouse Way Boston,
MA 02110 Courtroom #19,
7th Floor

Date and Time:
August 28, 2009, at 2:00 p.m.

for the purpose of a Hearing on Request for Contempt.

                                             By the Court,

                                             Deputy Clerk

RETURN OF SERVICE

Service made by:
Date:
Type of Service: