UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEURONTIN MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO.
04-10981-PBS

**SUMMONS IN A CIVIL CASE**

August 24, 2009

To: RONALD J. BULGER, SR.
  194 LAFAYETTE ROAD
UNIT 27N    SALISBURY,
MA 01952

    YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place:
United States District Court
1Courthouse Way Boston,
MA 02110 Courtroom #19,
7th Floor

Date and Time:
August 28, 2009, at 2:00 p.m.

for the purpose of a Hearing on Request for Contempt.

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

RETURN OF SERVICE

Service made by:
Date:
Type of Service: