UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY. | |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. and AETNA, INC. v. PFIZER INC. | |

**UNOPPOSED CONDITIONAL MOTION FOR LEAVE TO FILE SURREPLY MEMORANDUM OF LAW IN FURTHER OPPOSITION TO CLASS PLAINTIFFS' MOTION FOR RECONSIDERATION**

Plaintiffs have requested leave to file an overlength 26-page reply memorandum in support of their motion for reconsideration of this Court's order denying class certification. (*See* Dkt. 2049, 2049-2.) Defendants have opposed and continue to oppose Plaintiffs' request. (*See* Dkt. 2057, 2058.) However, without waiving their opposition, Defendants also filed a cross-motion conditionally requesting that, should the Court permit Plaintiffs to file their proposed reply memorandum, the Court also permit Defendants to file a surreply memorandum of equal

length.  (*See* Dkt. 2057, 2058.)  The Court has not yet ruled on Plaintiffs' motion for leave or on Defendants' cross-motion.

In accordance with Defendants' pending cross-motion – and without waiving their opposition to Plaintiffs' request for leave to file their proposed reply memorandum – Defendants' hereby submit, as Exhibit 1, a proposed 25-page surreply memorandum of law in further opposition to Plaintiffs' reconsideration motion.[1]  If, and only if, the Court permits Plaintiffs to file their proposed reply memorandum, Defendants request leave to file their proposed surreply memorandum.  Plaintiffs "do not oppose Defendants' request to file a surreply." (Dkt. 2061 at 4.)

WHEREFORE, Defendants conditionally request that, should the Court permit Plaintiffs to file their proposed reply memorandum, the Court also grant Defendants' conditional motion for leave to file the enclosed 25-page surreply memorandum.

Dated: August 24, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:  /s/ Mark S. Cheffo
     Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

---

[1] A redacted version of Defendants' surreply memorandum is being filed electronically with this motion.  Defendants will hand-file an unredacted version of their surreply memorandum on Tuesday morning, August 25, 2009.

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
      Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
      David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC

## CERTIFICATION OF CONSULTATION

I certify that counsel for Defendants previously sent an e-mail to Class Plaintiffs' counsel, but did not receive a response prior to filing their pending cross-motion for leave to file the proposed surreply memorandum. (Dkt. 2058.) However, Class Plaintiffs' counsel subsequently indicated that they "do not oppose Defendants' request to file a surreply." (Dkt. 2061 at 4.)

/s/ David B. Chaffin_____
David B. Chaffin

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 24, 2009.

/s/ David B. Chaffin_____
David B. Chaffin