UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                              :

In re:   NEURONTIN MARKETING,      :
        SALES PRACTICES AND       :
        PRODUCTS LIABILITY LITIGATION  :
                              :
---------------------------------------------------------------x
                              :

THIS DOCUMENT RELATES TO:     :
                              :
TERESA DRINKWINE, Individually and as Trustee :
For The Next of Kin of MICHAEL DRINKWINE, :
Decedent,                   :
                              :
               Plaintiff,        :
                              :
          - against –        :
                              :
PFIZER INC., PARKE-DAVIS, a division of  :
Warner-Lambert Company and Warner-Lambert :
Company LLC, WARNER-LAMBERT COMPANY,:
WARNER-LAMBERT COMPANY LLC and  :
TEVA PHARMACEUTICALS USA, INC.,  :
                              :
          Defendants.      :
---------------------------------------------------------------x
                              :

AND RELATED CASES (SEE APPENDIX)  :
                              :
---------------------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.**
**IN OPPOSITION TO DEFENDANT**
**TEVA PHARMACEUTICALS USA, INC.'S MOTION TO DISMISS**

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1.      I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the

majority of the Products Liability Plaintiffs in this matter, and a member of the Products Liability

Plaintiffs' Steering Committee.

2.      This declaration is submitted in opposition to Defendant Teva Pharmaceuticals

USA, Inc.'s Motion to Dismiss, on preemption grounds, the complaint in the above-captioned

action, and the complaints pending in the Neurontin MDL No. 1629 in which Teva is listed as a

defendant.

3.      The following documents are attached hereto in support of this motion:

Exhibit A   -   Complaint of Teresa Drinkwine

Exhibit B   -   Order in *Colacicco v. Apotex, Inc., et al.*, E.D. Pa.
                Civ. No. 05-5500, dated June 18, 2009

Exhibit C   -   57 Fed. Reg. 17950 (1992)

Exhibit D   -   Brief for Government in Third Circuit in *Colacicco v. Apotex, Inc.*

Exhibit E   -   Petitioners' Brief in U.S. Supreme Court in *Riegel v. Medtronic, Inc.*

Exhibit F   -   Listing of 46 State misbranding statutes

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 28, 2009

                                **/s/ Andrew G. Finkelstein**
                                Andrew G. Finkelstein
                                Finkelstein & Partners, LLP
                                1279 Route 300
                                P.O. Box 1111
                                Newburgh, NY  12551
                                (800) 634-1212
                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on August 28, 2009.

Dated:  August 28, 2009

                                **/s/ Andrew G. Finkelstein**
                                Andrew G. Finkelstein

2

# APPENDIX

## CASES PENDING IN THE NEURONTIN MDL NO. 1629
## NAMING TEVA PHARMACEUTICALS USA, INC. AS A DEFENDANT

| ORIGINAL CASE | TEVA'S RESPONSE | TRANSFER TO MDL |
|---|---|---|
| *Blackwell v. Pfizer Inc., et al.*, No. 2:06-cv-2295-BWK (E. D. Pa. filed Jun 1, 2006). | Motion to dismiss filed June 12, 2006. | Transferred to this MDL by CTO-25 (July 17, 2006), No. 1:06-cv-11397-PBS. |
| *Briggs v. Pfizer Inc., et al.*, No. 1:06-cv-15451-JSR (S.D.N.Y filed Dec. 26, 2006). | Motion to dismiss filed March, 12, 2007; Stipulation Adjourn Teva's Motion to Dismiss entered Feb. 28, 2008. | Transferred to this MDL by CTO-36 (Jan. 31, 2007), No. 1:07-cv-10327-PBS. |
| *Farris v. Pfizer Inc., et al.*, No. 0:06-cv-03975-ADM-JSM (D. Minn. filed Oct. 5, 2006). | Stipulations to extend Teva's time to answer entered Feb. 15, 2007 and Feb. 28, 2008. | Transferred to this MDL by CTO-36 (Oct. 24, 2006), No. 1:06-cv-12063-PBS. |
| *Hairfield v. Pfizer Inc., et al.*, No. 2:08-cv-01998-JCJ (E. D. Pa. filed April 2, 2008). | Answer filed June 6, 2008. | Transferred to this MDL by CTO-53 (May 7, 2008), No. 1:08-cv-10930-PBS. |
| *McLendon v. Pfizer Inc., et al.*, No. 1:08-cv-07843-JSR (S.D.N.Y. filed Sept. 9, 2008). | Stipulation to extend Teva's time to answer entered Jan. 9, 2009. | Transferred to this MDL by CTO-59 (Dec. 8, 2008), No. 1:08-cv-12034-PBS. |
| *Morrow v. Pfizer Inc., et al.*, No. 3:08-cv-00071-SA-SAA (N. D. Miss. filed July 2, 2008). | Stipulation to extend Teva's time to answer entered Oct. 16, 2008. | Transferred to this MDL by CTO-58 (Oct. 6, 2008), No. 1:08-cv-11706-PBS. |
| *Newberry v. Pfizer Inc., et al.*, No. 1:07-cv-00110-WLS (M. D. Ga. filed July 7, 2007) (summons issued as to Teva on Oct. 12, 2007). | Answer filed Dec. 14, 2007. | Transferred to this MDL by CTO-46 (July 24, 2007), No. 1:07-cv-11499-PBS. |
| *Ramsey v. Pfizer Inc., et al.*, No. 2:06-cv-04718-MK (E. D. Pa. filed Oct. 20, 2006). | Motion to Dismiss filed Oct. 27, 2007. | Transferred to this MDL by CTO-34 (Nov. 17, 2006), No. 1:06-cv-12212-PBS. |
| *Samuels v. Pfizer Inc., et al.*, No. 1:08-cv-00980-BEL (D. Md. filed April 17, 2008). | Stipulation to extend Teva's time to answer entered June 6, 2008. | Transferred to this MDL by CTO-53 (May 7, 2008), No. 1:08-cv-10958-PBS. |