| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| BULGER | 04-10981-PBS |
| **DEFENDANT** | **TYPE OF PROCESS** |
| PFIZER | Summons – Civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
RONALD J. BULGER,

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
194 LAFAYETTE ROAD, UNIT 27N, SALISBURY, MA 01952

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

USDC JUDGE PATTI B. SARIS
1 COURTHOUSE WAY, SUITE 2-300
BOSTON, MA 02210

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

POSSIBLY AT: SALISBURY INN   (EVICTION NOTICE @ LAFAYETTE RD)
* SERVICE    BEACH ROAD
IN HAND *   SALISBURY, MA

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date: 2009 AUG 24 RECEIVED

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):
SERVED @ HIS RESIDENCE @ 40 OLD COUNTY RD. #2 SALISBURY, MA

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Date of Service: 8/25/09   Time: 9:00 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $220.00 | 74.00 | | 294.00 | | | |

REMARKS:
1ST ATTEMPT – NOT HOME
2ND ATTEMPT – CONTACT MADE

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEURONTIN MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION

CIVIL ACTION NO.
04-10981-PBS

## SUMMONS IN A CIVIL CASE

August 24, 2009

To: RONALD J. BULGER, SR.
   194 LAFAYETTE ROAD
UNIT 27N    SALISBURY,
MA 01952

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place:
United States District Court
1 Courthouse Way Boston,
MA 02110 Courtroom #19,
7th Floor

Date and Time:
August 28, 2009, at 2:00 p.m.

for the purpose of a Hearing on Request for Contempt.

By the Court,

Deputy Clerk

### RETURN OF SERVICE

Service made by:
Date:
Type of Service: