UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| *Slater v. Bulger* *MacDonald v. Bulger* *Bulger v. Pfizer Inc.,* Case No. 07-11426-PBS | |

**FINDING OF CONTEMPT AND RESTRAINING ORDER**

August    , 2009

WHEREAS, the Court issued on July 13, 2009, a Restraining Order that directed Ronald J. Bulger, Sr. to refrain from, among other things, having any contact with Terrie A. Slater and Marie MacDonald and placing Ms. Slater or Ms. MacDonald in fear of physical harm; and

WHEREAS, Mss. Slater and MacDonald each filed on August 24, 2009, a Complaint for Civil Contempt in which it is alleged that Mr. Bulger violated the terms of the July 13, 2009 Restraining Order; and

WHEREAS, Mss. Slater and MacDonald and Mr. Bulger appeared on August 28, 2009, for a hearing on the complaints for civil contempt; and

WHEREAS, the Court heard testimony from Mss. Slater and MacDonald; and

WHEREAS, Mr. Bulger declined to testify, asserting his right against self-incrimination;

THE COURT FINDS AND ORDERS AS FOLLOWS:

1.   The Court finds by clear and convincing evidence that Mr. Bulger is in civil contempt of the Restraining Order.

-2-

2.      The Court finds by clear and convincing evidence that, among other things, Mr. Bulger said to Terrie A. Slater, "You're dead you fucking cunt . . .," and pretended to shoot her.

3.      For a period of one year from the date of this Finding of Contempt and Restraining Order, Mr. Bulger shall not enter the grounds of the Heritage Trailer Park located at 194 Lafayette Road, Salisbury, Massachusetts, without police escort.

4.      The Restraining Order of July 13, 2009, remains in full force and effect for one year from the date of this Finding of Contempt and Restraining Order.

_____
Patti B. Saris
United States District Court Judge