UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No.: 1629
In re:  NEURONTIN MARKETING, :
        SALES PRACTICES AND : Master File No.: 04-10981
        PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Smith v. Pfizer Inc.* No. 1:05-CV-11515-PBS :
:
---------------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS' EMERGENCY**
**REQUEST FOR ISSUANCE OF SUGGESTION OF REMAND**

Products Liability Plaintiffs (hereinafter "Plaintiffs") by and through their counsel, Finkelstein & Partners, LLP, hereby make this emergency request for an order granting the issuance of a Suggestion of Remand of the individual case of *Smith v. Pfizer Inc.,* Civ. No. 1:05-CV-11515-PBS, which was filed against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company and Warner-Lambert Company LLC (hereinafter "Pfizer Defendants"), back to the respective transferor court, the United Stated District Court for the Middle District of Tennessee, pursuant to 28 U.S.C. § 1407 and Multidistrict Litigation Rule 7.6(c)(ii) of the Rules for the Judicial Panel on Multidistrict Litigation, for the completion of case-specific pretrial discovery and trial.

This Emergency Request is supported by the Memorandum in Support, and Exhibit annexed thereto, filed herewith.

2

Dated: September 2, 2009
       Newburgh, NY

                                        Respectfully submitted,

                                        *Members of Products Liability*
                                        *Plaintiffs' Steering Committee*

                          By:    **/s/ Andrew G. Finkelstein**
                                  Andrew G. Finkelstein, Esquire
                                  Finkelstein & Partners, LLP
                                  1279 Route 300, P.O. Box 1111
                                  Newburgh, NY  12551

                        By:    **/s/ Jack W. London**
                                  Jack W. London, Esquire
                                  Law Offices of Jack W. London
                                     & Associates
                                  106 E. 6th Street, Suite 700
                                  Austin, TX  78701

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 2, 2009.

                                          **/s/ Andrew G. Finkelstein**
                                          Andrew G. Finkelstein