September 2, 2009

Hon. Patti B. Saris
United States District Judge
United States District Court
For the District of Massachusetts
1 Courthouse Way, Suite 8110
Boston, Massachusetts 02210

    **RE:**   *In re: Neurontin Marketing, Sales Practice Litigation and Products Liability Litigation*
              <u>**MDL Docket No. 1629, Master Docket No. 04-10981**</u>

Dear Judge Saris:

      A hearing on Defendants' Motion for Summary Judgment [1689] in the Sales and Marketing Cases is currently scheduled for September 18, 2009 at 2:00 P.M. Subsequent to the scheduling of this hearing, the parties completed briefing on Class Plaintiffs' Motion for Reconsideration [1796]. Plaintiffs have requested a hearing on the reconsideration motion, but the Court has not yet acted on this request and no date has been set. Plaintiffs believe that there is some overlap on the facts and arguments relevant to the two motions.

      Accordingly, I am writing to inquire whether the court expects counsel to be prepared to argue both motions on September 18th, or only the summary judgment motion.

      Thank you for your attention to this matter.

                                                        Very truly yours,

                                                         /s/ Thomas M. Greene

                                                        Thomas M. Greene

TMG /