UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
----------------------------------------x
THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

----------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## JOINT PROPOSAL FOR COMPLETION OF INITIAL FACT DISCOVERY

Pursuant to the Magistrate Judge's July 24, 2009 Order, Defendants and Plaintiffs' counsel submit the following proposal for completion of initial fact discovery in the Non-Track 1 Cases (other than Boone and Schwartz cases).

There are approximately 130 cases remaining in this MDL, excluding the Boone and Schwartz cases. This Court has ordered the parties to complete the following discovery in each of these cases not later than September 14, 2010: Depositions of the Plaintiffs, deposition of the prescribing physicians, and deposition of the sales representatives.

In order to prepare for the depositions of defendant witnesses, Plaintiffs will need responses to Plaintiffs' case-specific template interrogatories and request for production of documents. Although some data has been provided by Defendants related to sample data and sales call notes from sales representatives who detailed Plaintiffs' prescribers, the case-specific discovery related to sales representatives is still incomplete to varying degrees.

In order to prepare for the deposition of the Plaintiffs, Defendants need responses to case-specific template interrogatories and requests for document production. In order

to prepare for the depositions of Plaintiffs' Neurontin prescriber(s), the parties will need records from Plaintiffs' Neurontin prescriber(s), dispensing pharmacy records, and records establishing and describing the claimed injury.  Although records and discovery have been collected for many of the cases, records and discovery are still incomplete to varying degrees in cases.

The parties will continue the process of collecting the aforementioned records and discovery, and shall report to each other on the status.  In the case of medical and pharmacy records, because the records are in the possession of entities not parties to this litigation, and can vary in complexity, it is not possible to establish firm deadlines for the completion of the records collection process.

Beginning on October 1, counsel for Defendants and Plaintiffs will confer at least once a month to review the status of records collection and identify those witnesses that are ready for depositions to be completed.  Consistent with Discovery Order #2 (ECF Doc # 372), the parties will confer on the scheduling of such depositions.  If agreement cannot be reached regarding which depositions to take, the parties will apply to the Court for resolution of any disputes.

## **CONCLUSION**

Defendants and Plaintiffs' counsel respectfully ask that the Court approve this Joint Proposal for Completion of Initial Fact Discovery.

Dated: September 4, 2009   Respectfully submitted,


FINKELSTEIN & PARTNERS, LLP


By:   /s/ Andrew G. Finkelstein
      Andrew G. Finkelstein

1279 Route 300, Box 1111
Newburgh, NY 12551
(845) 562-0203

JACK LONDON AND ASSOCIATES, P.C.

By:   /s/ Jack London
      Jack London

3701 Bee Cave Road, Suite 200
Austin TX, 78746
(512) 478-5858

*Products Liability Plaintiffs Steering Committee*


SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

       -and-

3

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
     Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
     David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 330-5000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company*


## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 4, 2009.

/s/ David B. Chaffin
David B. Chaffin