UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ALL ACTIONS ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that effective September 4, 2009 Greene & Hoffman, P.C. has reorganized and will be known as **Greene LLP.** The address and phone number will remain unchanged. The change affects the following attorneys:

Thomas M. Greene, Esq.        Ilyas J. Rona, Esq.
Greene LLP                    Greene LLP
33 Broad Street, 5th Floor    33 Broad Street, 5th Floor
Boston, MA 02110              Boston, MA 02110
617-261-0040                  617-261-0040
tgreene@greenellp.com         irona@greenellp.com

Respectfully submitted,

/s/ Thomas M. Greene
Thomas M. Greene, Esq. (BBO #: 210020)
Greene LLP
33 Broad Street, 5th Floor
Boston, MA 02110
617-261-0040

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 4, 2009, I caused this document to be served on the parties pursuant to Case Management #3 by filing it through the Court's ECF System.

      /s/ Thomas M. Greene
      Thomas M. Greene