# Exhibit A

```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

RONALD J. BULGER, SR.,        :  NO.
as Administrator of           :  07-CA-11426-PBS
the Estate of                 :
SUSAN BULGER,                 :
Deceased,                     :
              Plaintiff       :
         vs.                  :
PFIZER, INC., et al.,         :
              Defendants      :
                              :

              VIDEOTAPE DEPOSITION OF

           STEFAN P. KRUSZEWSKI, M.D.

            VOLUME II, (Page 345-699)


              Taken in the Harrisburg
Hilton, located at 1 North Second Street,
Harrisburg, Pennsylvania, on Thursday,
October 16, 2008, commencing at
8:42 a.m., before Linda Beyerle, Court
Reporter.

APPEARANCES:

    FINKELSTEIN & PARTNERS, L.L.P.
    BY:  KENNETH FROMSON, ESQ.
    785 Broadway, 3rd Floor
    Kingston, NY  12401
      -- For the Plaintiff

                 *  *  *
```

Page 418

1  A. Correct.
2  Q. Doctor, what I see is missing from
3  this list of issues that increased her risk
4  of suicide is any mention of prior suicide
5  attempts, correct?
6  A. I believe I did not include that here.
7  Q. And you did not include suicidal
8  ideation, correct?
9  A. I did not include that here.
10 Q. And you did not include suicide
11 intent?
12 A. Suicide intent?
13 Q. Correct.
14 A. I did not include that in that
15 paragraph.
16 Q. And you did not include suicidal
17 planning, correct?
18 A. That's correct, I did not include
19 suicidal planning in that paragraph.
20 Q. And just so we're clear, that
21 paragraph that you're referring to is the
22 paragraph that identifies the issues that
23 increased Mrs. Bulger's risk of suicide,
24 correct?
25 A. That's correct, or it provides

Page 419

1  protective factors against her suicide in
2  the latter part of the paragraph.
3  Q. So the paragraph says, "I examined the
4  issues that increased Mrs. Bulger's risk of
5  suicide," and then you list those risks,
6  correct?
7  A. Correct.
8  Q. And then you also list the factors
9  that you think protected her from suicide,
10 correct?
11 A. That's correct.
12 Q. Doctor, why wouldn't you list
13 Mrs. Bulger's prior suicide attempts as
14 risk -- as issues that increased her risk
15 for suicide?
16 A. I addressed that yesterday and I'll be
17 happy to repeat my response.
18     I am aware and did consider that
19 there is evidence in her medical records
20 that Mrs. Bulger made attempts to hurt
21 herself. There is an episode when she is a
22 young woman where she drives off a cliff.
23 There are episodes that are documented in
24 her records as early as Salem Hospital in
25 1988, and subsequently, that she attempted

Page 420

1  to overdose on one, two or three occasions,
2  and may have also hurt herself by slicing
3  her wrists, I believe.
4      There is also conflicting
5  evidence in the deposition transcripts about
6  whether any of those represented, in fact,
7  suicide attempts or something other, some
8  attempt at calling attention to herself or
9  an attempt to ask for help or something else
10 entirely.
11     The conflicted evidence about
12 that was highlighted for me, and I believe I
13 put this in my report, in the CAB initial
14 evaluations that were done -- that's the
15 Center for Addictive Behaviors, I believe,
16 in Massachusetts -- where at one time she
17 says that the -- or the person who fills out
18 the form says that she has not had any
19 previous attempts and another form says that
20 she has. So even the same institution has
21 conflicted evidence.
22     And I believe that I quoted her
23 sister, Linda Landry, who has stated in her
24 deposition that she was not suicidal
25 previously.

Page 421

1      The evidence that I just cited
2  about the reports were the -- sorry -- the
3  forms signed by Dr. Medwid on May 31st,
4  2002, where they were signed differently,
5  and the information -- I can't find it at
6  the moment, but there's information, I
7  believe, from Linda Landry, which I again
8  suggested yesterday that says that she was
9  not specifically trying to kill herself.
10     But, nonetheless, again, I
11 didn't list that, I absolutely could have,
12 because I considered that in my overall
13 assessment.
14 Q. Well, first of all, a prior suicide
15 attempt is one of the number one risk
16 factors for suicide, correct?
17 A. Correct.
18 Q. So if you had concluded that she had
19 attempted suicide previously, that would
20 surely be included as one of the issues that
21 increased her risk of suicide in your
22 conclusion, correct?
23 A. As I said, I did mention it in my
24 report, but there was conflicting evidence
25 as to whether or not she was actually trying

20 (Pages 418 to 421)

**Page 422**

1  to hurt herself -- trying to kill herself.
2  Q. But, Doctor, you agree that you did
3  not list prior suicide attempts as an issue
4  that increased Mrs. Bulger's risk of
5  suicide, correct?
6      MR. FROMSON: Objection.
7  Asked and answered.
8      THE WITNESS: In that
9  paragraph, I did not.
10 BY MS. SCHULTZ:
11 Q. Doctor, show me in your report where
12 you listed prior suicide attempts as a risk
13 factor that increased Mrs. Bulger's risk for
14 suicide.
15     MR. FROMSON: Objection.
16     THE WITNESS: I don't believe
17 that I did. What I'm saying verbally is
18 that I accept and did and gave evidence
19 in the exhibits that she had previous
20 attempts at hurting herself and comments
21 on that, but I thought the evidence was
22 so conflicted that I just didn't put it
23 in my conclusionary assessment.
24 BY MS. SCHULTZ:
25 Q. Is it your conclusion that she had

**Page 423**

1  previous attempts at harming herself or your
2  conclusion that she had previous suicide
3  attempts?
4      MR. FROMSON: Objection as to
5  form.
6      THE WITNESS: She clearly had
7  attempts at harming herself.
8  BY MS. SCHULTZ:
9  Q. Do you conclude that she had previous
10 suicide attempts?
11 A. My answer to that is the same. I have
12 accepted the fact that there is enough
13 evidence that she had prior suicide
14 attempts, including running her car off the
15 cliff.
16     However, the evidentiary basis
17 for that in the report is conflicted, and
18 it's the reason I did not put it in that
19 concluding statement, but --
20 Q. So because you think the evidence as
21 to whether there were prior suicide attempts
22 is conflicted, you chose not to consider
23 that as a factor that increased
24 Mrs. Bulger's risk for suicide, correct?
25     MR. FROMSON: Objection as to

**Page 424**

1  form. Misstates his testimony.
2      THE WITNESS: That's not
3  exactly accurate.
4      As I said, I considered it. I
5  did not write it in that summary. I
6  certainly could have.
7  BY MS. SCHULTZ:
8  Q. But you didn't list prior suicide
9  attempts as an issue that increased
10 Mrs. Bulger's risk for suicide, correct?
11     MR. FROMSON: Objection.
12 Asked and answered.
13     THE WITNESS: That is
14 correct, because I was not convinced from
15 the information that I had available and
16 some of the information that I just cited
17 that, in fact, those attempts at hurting
18 herself and driving her car off the cliff
19 represented suicide attempts.
20 BY MS. SCHULTZ:
21 Q. If, in fact, Mrs. Bulger had attempted
22 suicide, and you concluded that there were,
23 in fact, prior suicide attempts, that would
24 be something that you would have included as
25 a risk factor for suicide -- her suicide,

**Page 425**

1  correct?
2      THE WITNESS: May I ask you
3  to read that back to me?
4      MS. SCHULTZ: I'll restate
5  the question.
6  BY MS. SCHULTZ:
7  Q. If you had, in fact, concluded that
8  Mrs. Bulger did, in fact, have prior suicide
9  attempts, then that would have been
10 something that you would have considered to
11 be a high risk for suicide, correct?
12     MR. FROMSON: Objection as to
13 form.
14     THE WITNESS: Yes.
15 BY MS. SCHULTZ:
16 Q. Doctor, you also state that were it
17 not for the prescription of Neurontin,
18 Mrs. Bulger's mental status would not have
19 deteriorated to the point that suicide
20 became an option for her.
21     Do you recall stating that in
22 your report?
23 A. I do.
24 Q. Is it your opinion that Susan Bulger's
25 mental status had not previously ever

**510**

1  accept the fact that she has overdosed, and
2  that she has slit her wrists, and that she
3  has driven her car off a cliff. I don't
4  need to say it again.
5  BY MS. SCHULTZ:
6  Q.  Well, Doctor, you testified earlier
7  that the difference between her prior
8  suicide attempts and the one in 2004 was the
9  fact that she died in 2004, correct?
10 A.  Yes.
11 Q.  Well, the one in 1993, she came about
12 as close to dying as is humanly possible,
13 correct?
14 A.  Yes.
15 Q.  And it was only a matter of chance
16 that Ron Bulger happened to find her and
17 call the EMTs, correct?
18 A.  I'll accept that.
19 Q.  So there's really no difference
20 between her suicide attempt in 1993 where
21 she came so, so close to dying and her
22 attempt in 2004 that was successful; do you
23 agree?
24         MR. FROMSON:  Objection as to
25 the form of the question.

**511**

1          THE WITNESS:  Absolutely not.
2  It's all the difference in the world, and
3  it's the difference between life and
4  death.  In 2004, she had a successfully
5  completed suicide and had ingested
6  Neurontin before that action in an
7  abrupt, impulsive, unplanned decision to
8  kill herself.
9  BY MS. SCHULTZ:
10 Q.  And how is that different from 1993?
11 A.  She was not taking Neurontin at that
12 time.  She did not successfully complete
13 suicide.
14 Q.  So the fact that Ron Bulger found her
15 in time in 1993, but didn't find her in time
16 in 2004 forms the basis for your opinion?
17         MR. FROMSON:  Objection.
18 Misstates testimony.
19         THE WITNESS:  I don't believe
20 that's an accurate reflection of my
21 opinion.
22 BY MS. SCHULTZ:
23 Q.  Well, had Ron Bulger gone downstairs
24 and found Susan Bulger in respiratory arrest
25 or cardiac arrest and called the EMTs and

**512**

1  they saved her, there'd be no difference,
2  correct?
3          MR. FROMSON:  Objection as to
4  the form of the question.
5          THE WITNESS:  There would be
6  still an enormous difference.
7  BY MS. SCHULTZ:
8  Q.  What's the enormous difference?
9  A.  It would be wonderful if she had been
10 found in time and resuscitated.  However, in
11 the retrospective analysis that I did, when
12 people hurt themselves, and in this case,
13 when she was taking Neurontin, that analysis
14 reflected that she was taking Neurontin, and
15 precipitously hurt herself following that.
16 That is not the situation that occurred in
17 1993 or any other time when she hurt herself
18 or did whatever she did to overdose.
19         And again, we don't know the
20 intent of her overdose in this specific
21 event, because it could have been an
22 unintentional overdose, because she was
23 abusing cocaine, alcohol, and opioids.
24 Q.  So you still say it could have been
25 unintentional, even though Susan Bulger,

**513**

1  herself, says she previously attempted
2  suicide by overdose?  Is that right?
3          MR. FROMSON:  Objection as to
4  form.
5          THE WITNESS:  We do not have
6  a statement from Susan Bulger that, I
7  intentionally tried to kill myself in
8  1993 or 1998.
9  BY MS. SCHULTZ:
10 Q.  Do we have that in 2004?  Do we have a
11 statement from Susan Bulger that says, I
12 intentionally tried to kill myself on
13 August 4, 2004?
14 A.  We do not.
15 Q.  And we don't know if she thought that
16 Ron Bulger may come find her, as she was
17 leaning against her rope, correct?
18 A.  That's correct.
19 Q.  So what is the difference between her
20 attempt in 1993 where she was seconds away
21 from death and her attempt in 2004 where
22 Ron Bulger didn't find her in time?
23         MR. FROMSON:  Objection as to
24 form.  Asked and answered.
25         THE WITNESS:  The situation

43 (Pages 510 to 513)