# Exhibit 1


ELSEVIER

*Prog. Neuro-Psychopharmacol. & Biol. Psychiat.* 1996, Vol. 20, pp. 407–417
Copyright © 1996 Elsevier Science Inc.
All rights reserved
0278 – 5846/96 $32.00

PII S0278-5846(96)00005-X

# EFFECT OF GABAPENTIN (NEUROTONIN®) ON MOOD AND WELL-BEING IN PATIENTS WITH EPILEPSY

KATE R. DIMOND, ATUL C. PANDE, LINDA LAMOREAUX, MARK W. PIERCE

CNS Clinical Research and Development, Parke-Davis Pharmaceutical Research, Division of Warner-Lambert Company, Ann Arbor, MI, U.S.A.

(Final form, February 1996)

## Abstract

Dimond, Kate R., Atul C. Pande, Linda LaMoreaux and Mark W. Pierce: Effect of gabapentin (Neurontin®) on mood and well-being in patients with epilepsy. Prog. Neuro-Psychopharmacol. & Biol. Psychiat. 1996, 20.

1.  Global improvement data from five double-blind clinical trials of gabapentin as add-on therapy in patients with epilepsy were reviewed to assess the effects of gabapentin on mood.

2.  One hundred and ninety-four (46%) of 423 gabapentin-treated patients reported improvements in general well-being as compared with 79 (29%) of the 271 placebo-treated patients.

3.  Findings support anecdotal reports of improved affective status among patients taking gabapentin and suggest that the study of gabapentin in psychiatric populations may be warranted.

Keywords:   anti-convulsant, gabapentin, mood, well-being

Abbreviations:  anti-epileptic drug (AED), Gabapentin (GBP), placebo (PBO), Quality of Life (QOL)

K.R. Dimond *et al.*

<u>Introduction</u>

Certain anticonvulsants have gained an important place in psychiatry due to their beneficial effects on mood and well-being. Valproate and carbamazepine have been shown to stabilize mood in patients with bipolar disorder (Dilsaver et. al., 1993; McElroy et. al., 1992), and a number of reports have suggested that valproate and carbamazepine may also help to relieve anxiety (Primeau et. al., 1990; Roy-Byrne et al., 1989; Galpern et. al., 1991; Schweizer et al., 1991). In addition, benzodiazepines have long been accepted as effective treatment for both seizure and anxiety disorders. Though effective in epilepsy, the older anti-convulsants, phenytoin, ethosuximide, and the barbiturates, do not seem to have useful psychotropic properties.

The variable efficacy of anticonvulsants in the treatment of psychiatric disorders is likely a function of their different mechanisms of action. While phenytoin and carbamazepine are thought to inhibit seizures by voltage-dependent blockade of sodium channels in brain (Ragsdale et. al., 1991; MacDonald, 1995a), both compounds have additional pharmacological actions. In particular, carbamazepine modulates responses to adenosine and the glutamate agonist N-methyl-D-aspartate, which may explain its effects on mood and behavior (MacDonald, 1995a). Benzodiazepines (MacDonald, 1995b) and valproic acid (Fariello et. al., 1995) modulate inhibitory GABA systems in the brain, which may account for their efficacy as anti-epileptic and psychiatric agents. Not only are measures of GABA activity abnormal in many psychiatric patients (Enna, 1984; Cross et al., 1988; Petty et. al., 1993; Kasa et al., 1982; Petty and Sherman, 1981), but numerous anxiolytic and antidepressant compounds have been shown to interact with the GABA system (Lloyd et. al., 1985; Breslow et. al., 1989; Motohashi, 1992).

Although originally developed to enhance the actions of GABA (Satzinger, 1994), the pharmacology of gabapentin (Neurontin®) is not completely understood (Taylor, 1995). Gabapentin is shown to increase the enzyme activity of glutamic acid decarboxylase in vitro (Taylor et. al., 1992), GABA turnover in vivo (Loescher et. al., 1991) and non-synaptic GABA responses in vitro (Kocsis and Honmou, 1994; Honmou et. al., 1994). While gabapentin increases GABA release (Goetz et. al., 1993), it reduces the potassium-induced release of several mono-amine neurotransmitters (noradrenaline, dopamine, serotonin) from brain tissue in vitro (Reimann, 1983; Schlicker et. al., 1985). Interaction with GABA and/or mono-amine neurotransmitter systems may explain the anxiolytic-like actions of gabapentin in several

animal models (G. Woodruff, T. Heffner, personal communication).

In human subjects, gabapentin has been shown to increase whole blood serotonin (Rao et. al., 1988), lengthen sleep stages 3 and 4 without change in REM sleep, augment delta and theta activity in electroencephalogram, and to produce subtle psychotropic effects (Saletu et. al., 1986). Animal and clinical studies suggest that gabapentin may have useful psychotropic actions similar to the other anticonvulsants used in psychiatry today. This retrospective analysis attempts to examine the effect of gabapentin on mood in epilepsy patients who were treated with gabapentin added to a regimen of other anti-epileptic drugs.

## Methods

### Included studies

Data from patients (N=705) with refractory partial seizures who took part in five placebo-controlled, multi-centered double-blind studies in the United Kingdom, the United States and Europe, were pooled.  These studies were similar in design, hence, pooling data appeared justified. Studies were conducted under the principles of the Declaration of Helsinki; thus, voluntary informed consent was obtained from patients prior to their participation.

In each study, gabapentin was administered as add-on therapy to patients who were receiving one or more concurrent anti-epileptic drugs (AEDs), without adequate seizure control. Baseline data were collected for all patients for 3 months prior to treatment with study medication. In the subsequent 12-week treatment phase, patients were randomized to receive either placebo (pbo) or gabapentin (gbp) at a dosage of 600 mg/day, 900 mg/day, 1200 mg/day, or 1800 mg/day TID.

### Assessment of Seizure Control

The effect of GBP on seizures was assessed using the response ratio (RRatio), derived by the formula $(T-B)/T+B)$, where $T$ and $B$ represent the frequency of seizures on treatment and at baseline.  The RRatio signifies a reduction in seizure frequency when negative and an increase when positive.

### Global Assessment of Well-being

Global assessments were collected for 694 (98%) of the 705 epilepsy patients who took part

410                                      K.R. Dimond *et al.*

in the gabapentin add-on therapy trials. In the first trial, patients used a four point scale to

Table 1.

Summary of Global Assessments

| Study | 877-210P | 945-5*, -6, -9, -10 |
|---|---|---|
| Dose (mg/day) | 1200 | 600, 900, 1200, 1800 |
| Assessment | Global improvement in patients' general condition<br><br>Global improvement in patients' seizures | Improvement in activities of daily living (ADLs) |
| Anchor Points | Marked/Slight<br>No change<br>Worse | Better<br>Same<br>Worse |
| Methods of defining assessment | Percentage of patients with global improvement in general condition but not seizures | Percentage of patients with improvement in ADLs but not seizures (positive RRatio)<br><br>Physician comments |

*Beneficial effects on quality of life were rated by investigators in Study 945-5; all other global assessments summarized here were made by patients.

evaluate both improvement in General Condition, defined as well-being by the study protocol, and improvement in Seizures at every visit after treatment began. In the four studies that followed, patients' rated their ability to perform the Activities of Daily Living (ADLs) on a three point scale at the end of double-blind treatment as compared with before study entry (Table 1). The ADLs rating was interpreted by patients and investigators as a global measure of "well-being" in three of the studies that used this measure, as recorded in regulatory records. In the fourth ADLs study (945-5), an additional measure of global improvement, Beneficial Effects on Quality of Life (QOL), was introduced half-way through the trial at the suggestion of investigators who noted that patients' affective, cognitive, and social improvements were not being adequately captured by the ADLs rating.

Data Reduction and Analysis

  Global improvement differences between gabapentin- and placebo-treated patients were assessed using a chi-square test.  Data for the four studies in which ADLs were rated were combined for analysis, while final visit ratings of General Condition made from the first study were assessed separately. The four point scale used to evaluate General Condition was condensed to three-points, to facilitate comparison with the global evaluations made on the three-point ADLs rating scale.

  To interpret the global assessments made in each of the epilepsy trials, global ratings from patients who experienced no improvement in epileptic activity were assessed by treatment group. Patients were considered to have experienced increased well-being that was unrelated to seizure control if (a) in the first trial, they reported improved general condition in spite of unchanged to worsened seizure activity, or, (b) in the four following trials, they reported improvement on the ADLs global assessment, but demonstrated no decrease in seizure frequency (positive RRatios). Chi-square tests were performed to assess differences between gabapentin- and placebo-treated patents within this subset.

  Because cognitive, social and affective improvements were not systematically recorded in Study 945-5, the QOL measure was assessed using descriptive statistics only. In addition, the optional physician comments which accompanied many of the global ratings were reviewed.


                                    Results


  As shown in Figs 1 and 2, more patients treated with gabapentin reported global improvement than those treated with placebo in all five add-on therapy trials. The frequency of global improvement as reported by patients with unchanged or worsened seizure activity is displayed in Table 2.  In study 877-210P, improvements in general condition were seen with gabapentin but not placebo in this subset (p=0.013).  In the ADLs studies (945-5, -6, -9, -10), over a quarter of all gabapentin-treated patients whose seizures did not improve considered themselves improved on a global level, but this effect was similar to the placebo group.

  Improvements in affective, cognitive and social function on study 945-5's QOL measure were most commonly recorded by physicians for patients who received gabapentin at the highest study dose (Figure 3).

412          K.R. Dimond *et al.*



Fig 1. Improvement in General Condition (Study 877-210)



Fig 2. Improvement in ADLs (Studies 945-5, -6, -9, -10)

In study 945-6, physician comments accompanied 120 (49%) of the 245 ADLS ratings collected.  Nineteen (24%) of 78 comments among gabapentin-treated patients described improvements in mental well-being as compared with 6 (14%) of the 42 physician comments among placebo-treated patients.  No physician comments accompanied patient

ratings of general condition in study 877-210P and too few accompanied ADLS ratings in studies 945-5, -9 and -10 [11(3%) of 385 ratings] for meaningful evaluation.

Table 2
Patients with Unchanged or Worsened Seizure Activity who Reported Global Improvement

| Studies | Placebo | Gabapentin |
|---|---|---|
| 877-210P | 0/45 (0%) | 4/31 (13%) |
| 945-5, -6, -9, -10 | 24/106 (23%) | 30/ 109 (28%) |



Fig 3. Beneficial Effects on Quality of Life (Study 945-5)

Discussion

In agreement with anecdotal reports of improved mood and cognition in gabapentin-treated epileptics (Dodrill, 1991; Dodrill et. al, 1992; Handforth and Treiman, 1994; Abou-Khalil et. al., 1990), present data suggest a beneficial effect of gabapentin on mood and

ratings, the physician comments and the cognitive, affective, and social aspects of the QOL measure. Further, preliminary data from an epilepsy trial using the Profile of Mood States show reduced anxiety, depression, and hostility in patients on gabapentin (Berent and Giordani, unpublished data).

Since the present study is a retrospective examination of data from trials in epilepsy where psychiatric effects were not the primary focus, only cautious conclusions must be drawn. This analysis is also limited by inadequately defined measures of "well-being" such as the global ratings, physician comments and the QOL measure. Though these measures may be susceptible to many biases, their general agreement in favor of gabapentin bears thought. On no measure was placebo rated better than gabapentin.

It may be argued that successfully treated epilepsy patients would experience improved well-being as a result of reduced seizure activity. However, many patients reported global improvements even when seizure control was not improved. Non-specific benefit due solely to clinical trial participation is also an unlikely explanation for the present findings, since physician comments detailing improved mood, lower anxiety and increased sociability, were nearly twice as frequent among gabapentin patients than placebo patients.

Gabapentin's beneficial effects on mental function in add-on therapy trials differs from usual reports of the negative influence of anti-epileptic polytherapy on attention, concentration, drive, mood, and sociability (Ludgate et. al., 1985). Although the specific effect of gabapentin on mood and cognition await monotherapy trials, the present analysis of general well-being with add-on gabapentin therapy suggests that not only did gabapentin-treated patients not fare any worse than placebo patients, they showed enhanced well-being. At the very least, these findings support gabapentin's lack of adverse effects on mental functioning. The possibility that gabapentin may possess beneficial psychotropic effects which could have utility in the psychiatric disorders can only be clarified through further studies in the appropriate patient populations.

## Conclusions

This retrospective analysis of clinical trial data on gabapentin and placebo in epilepsy suggests potentially beneficial effects of gabapentin on mood and well-being. Given the

efficacy of other anti-convulsants in major psychiatric illness, an exploration of the psychiatric uses of gabapentin is warranted.

## Acknowledgements

   The authors acknowledge Elizabeth Garofalo, MD; Deborah Leiderman, MD; and the Parke-Davis Gabapentin Group for their contributions to the gabapentin clinical program.

## References

ABOU-KHALIL, B., MCLEAN, M., CASTRO, O., and COURVILLE, K. (1990) Gabapentin in the treatment of refractory partial seizures. Epilepsia 31(5): 644 (abstract)

BRESLOW, M.F., FANKHAUSER, M.P., POTTER, R.L., MEREDITH, K.E., MISIASZEK, J. and HOPE, D.G. (1989) Role of gamma-aminobutyric acid in antipanic drug efficacy. Am. J. Psychiatry 146(3):353-356.

CROSS, J.A., CHEETHAM, S.C., CROMPTON, M.R., KATONA, C.L.E. and HORTON, R.W. (1988) Brain GABA binding sites in depressed suicide victims. Psychiatry Res. 26: 119-129.

DILSAVER, S.C., SWANN, A.C., SHOAIB, A.M. and BOWER, T.C. (1993) The manic syndrome: factors which may predict a patient's response to lithium, carbamazepine and valproate. J. Psych. Neurosci. 18(2): 61-66.

DODRILL, C.B. (1991) Behavioral effects of anti-epileptic drugs. In: Neurobehavioral Problems in Epilepsy, D.B. Smith, D.M. Treiman, M.R. Trimble, (Eds.). New York: Raven Press.

DODRILL, C.B., WILENSKY, A.J., OJEMANN, L.M. and TEMKIN, N.R. (1992) Neuropsychological, mood, and psychosocial effects of gabapentin. Epilepsia 33 (Suppl 3):117-8.

ENNA, S.J. (1984) The role of gamma-aminobutyric acid in anxiety. Psychopathology 17: 15-24.

FARIELLO, R.G., VARASI, M. and SMITH, M.C. (1995) Valproic acid: Mechanisms of Action. In: Antiepileptic Drugs, R.H. Levy, R.H. Mattson, B.S. Meldrum, (Eds), pp. 581-588, 4th Ed. Raven Press, New York.

GALPERN, W.R., MILLER, L.G., GREENBLATT, D.J., SZABO, G.K., BROWNE, T.R. and SHADER, R.I. (1991) Attenuation of alprazolam discontinuation effects by carbamazepine. Biochem. Pharmacol. 42S: S99-S104.

GOETZ, E., FEUERSTEIN, T.J. and MEYER, D.K. (1993) Effects of gabapentin on release of gamma-aminobutyric acid-induced GABA accumulation in several regions of rat brain.

416                               K.R. Dimond *et al.*

Artz.-Forschung (Drug Research) 43:636-638.

HANDFORTH, A. and TREIMAN, D.M. (1994) Efficacy and tolerance of long-term, high-dose gabapentin: additional observations. Epilepsia 35(5): 1032-1037.

HONMOU, O., OVELESE, A. and KOCSIS, J.D. (1994) The novel antiepileptic gabapentin enhances promoted release of GABA in hippocampus. Soc. for Neurosci. Abstracts 20: 1640. (abstract)

KASA, K., OTSUKI, S., YAMAMOTO, M., SATO, M., KURODA, H. and OGAWA, N. (1982) Cerebrospinal fluid gamma-amino-butyric acid and homovanillic acid in depressive disorders. Biol. Psychiat. 17: 877-883.

KOCSIS, J.D. and HONMOU, O. (1994) Gabapentin increases GABA-induced depolarization in rat neonatal optic nerve. Neurosci. Lett. 169(1-2): 181-184.

LLOYD, K.G., THURET, F. and PILC, A. (1985) Upregulation of GABA-B binding sites in rat frontal cortex: a common action of repeated administration of different classes of antidepressants and electroshock. J. Pharmacol. Exp. Ther. 235:191-199.

LOESCHER, W., HONACK, D. and TAYLOR, C.P. (1991) Gabapentin increases amino-oxyacetic acid-induced GABA accumulation in several regions of rat brain. Neurosci. Lett. 128: 150-154.

LUDGATE, J., KEATING, J., O'DWYER, R. and CALLAGHAN, N. (1985) An improvement in cognitive function following polypharmacy reduction in a group of epileptic patients. Acta Neurolog. Scand. 71:448-452.

MACDONALD, R.L. (1995a) Carbamazepine: Mechanism of Action. In:  Antiepileptic Drugs, R.H. Levy, R.H. Mattson, B.S. Meldrum, (Eds), pp. 491-498, 4th Ed. Raven Press, New York.

MACDONALD, R.L. (1995b) Benzodiazepines: Mechanisms of Action. In:  Antiepileptic Drugs, R.H. Levy, R.H. Mattson, B.S. Meldrum, (Eds),  pp. 695-704, 4th Ed. Raven Press, New York.

MCELROY, S.L., KECK, P.E., POPE, H.G. and HUDSON, J.I. (1992) Valproate in the treatment of bipolar disorder: literature review and clinical guidelines. J. Clin. Psychopharm. 12: 42S-52S.

MOTOHASHI, N. (1992) GABA receptor alterations after chronic lithium administration. Comparison with carbamazepine and sodium valproate. Prog Neuropsychopharmacol Biol. Psychiatry 16(4): 571-579.

PETTY, F., KRAMER, G.L., FULTON, M., MOELLER, F.G. and RUSH, A.J.  (1993) Low plasma GABA is a trait-like marker for bipolar illness. Neuropsychopharmacol. 9(2):125-132.

PETTY, F. and SHERMAN, A.D. (1981) GABAergic modulation of learned helplessness. Pharmacol. Biochem. Behav. 15:567-570.

PRIMEAU, F., FONTAINE, R. and BEAUCLAIR, L. (1990) Valproic acid and panic disorder.

Can. J. Psych. 35(3): 249-250.

RAGSDALE, D.S., SCHEUER, T. and CATTERALL, W.A. (1991) Frequency and voltage-
    dependent inhibition of type IIA Na + channels, expressed in a mammalian cell line, by
    local anesthetic, antiarrhythmic, and anticonvulsant drugs. Molec. Pharmacol. 40: 756-
    765.

RAO, M.L., CLARENBACH, P., VAHLENSIECK, M. and KRATZSCHMAR, S. (1988)
    Gabapentin augments whole blood serotonin  in healthy young men. J. Neural Transm.
    73: 129-134.

REIMANN, W. (1983) Inhibition by GABA, baclofen, and gabapentin of dopamine release
    from rabbit caudate nucleus: Are there common or different sites of action? Eur. J.
    Pharmacol. 94:341-344.

ROY-BYRNE, P.P., WARD, N.G. and DONNELLY, P.J. (1989) Valproate in anxiety and
    withdrawal syndromes. J. Clin. Psych. 50S:44-48.

SALETU, B., GRUNBERGER, J. and LINZMAYER, L. (1986) Evaluation of encephalotropic
    and psychotropic properties of gabapentin in man by pharmaco-EEG and psychometry.
    Int. J. Clin. Pharmacol. Ther. Toxicol. 24: 362-373.

SATZINGER, G. (1994) Antiepileptics from gamma-aminobutyric acid.  Artz-Forsch. (Drug
    Res) 44: 261-266.

SCHLICKER, E., REIMANN, W. and GOTHERT, M. (1985) Gabapentin decreases monoamine
    release without affecting acetylcholine release in the brain.  Drug Res. 35: 1347 - 1349.

SCHWEIZER, E., RICKELS, K., CASE, W.G. and GREENBLATT, D.J. (1991) Carbamazepine
    treatment in patients discontinuing long-term benzodiazepine therapy. Effects on
    withdrawal severity and outcome. Arch. Gen. Psychiatry 48: 448-452.

TAYLOR, C.P., VARTANIAN, M.G., ANDRUSZKIEWICZ, R. and SILVERMAN, R.B. (1992)
    3-  Alkyl GABA and 3-alkylglutamic acid analogues: two new classes of anticonvulsant
    agents.  Epilepsy Res. 11: 103-110.

TAYLOR, C.P. (1995) Gabapentin: Mechanisms of Action. In: Antiepileptic Drugs, R.H.
    Levy, R.H. Mattson, B.S. Meldrum, (Eds), pp. 829-842, 4th Ed.  Raven Press, New York.

Inquiries and reprint requests should be addressed to:

Atul C. Pande, M.D., FRCPC
Parke-Davis Pharmaceutical Research
2800 Plymouth Road
Ann Arbor, MI 48105
U.S.A.