UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                                            :  MDL Docket No. 1629
In re: NEURONTIN MARKETING,                                 :
       SALES PRACTICES AND                                  :  Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION                        :
                                                            :  Judge Patti B. Saris
------------------------------------------------------------x
                                                            :  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
       PRODUCTS LIABILITY ACTIONS                           :
                                                            :
------------------------------------------------------------x

## PRODUCTS LIABILITY PLAINTIFFS' EMERGENCY MOTION TO RE-OPEN DISCOVERY

Products Liability Plaintiffs, (hereinafter "Plaintiffs"), pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, hereby move, by emergency motion, for an order reopening discovery to facilitate obtaining discovery of Defendants Pfizer Inc., Warner-Lambert Company LLC, Parke-Davis and Warner-Lambert Company (hereinafter "Pfizer Defendants"), relating to information and documents concerning Neurontin that are responsive to Plaintiffs' discovery requests, up until the April 23, 2009 change in the label for Neurontin, and Pfizer Defendants' recent August 2009 settlement with the United States Department of Justice regarding the off-label marketing of several Pfizer drugs, including Bextra and Lyrica.

This motion is supported by the Memorandum, and the Declaration of Andrew G. Finkelstein and attached exhibits, filed herewith.

This application is being made by emergency motion in view of the recent Settlement Agreement entered into between the Pfizer Defendants and the United States Department of

Justice concerning the illegal off-label marketing of several Pfizer drugs, including Lyrica, and the relationship of Lyrica with Neurontin.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs' counsel believes that oral argument may assist the Court and wishes to be heard.  It is therefore respectfully requested that a hearing on this motion be held at the next conference with the Court, scheduled for October 5, 2009.

Dated:  September 14, 2009                                  Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*


By:     **/s/ Andrew G. Finkelstein**
         Andrew G. Finkelstein, Esquire
         Finkelstein & Partners, LLP
         1279 Route 300, P.O. Box 1111
         Newburgh, NY  12551


By:     **/s/ Jack W. London**
         Jack W. London, Esquire
         Law Offices of Jack W. London
            & Associates
         3701 Bee Cave Rd., Suite 200
         Austin, TX  78746

## CERTIFICATE OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants on numerous occasions concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:  September 14, 2009

         **/s/ Kenneth B. Fromson**
         Kenneth B. Fromson, Esquire

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 14, 2009.

                                                   **/s/ Andrew G. Finkelstein**
                                                   Andrew G. Finkelstein, Esquire