UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
PRODUCTS LIABILITY ACTIONS :
:
------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.
IN SUPPORT OF PRODUCTS LIABILITY PLAINTIFFS'
<u>EMERGENCY MOTION TO RE-OPEN DISCOVERY</u>**

I, Andrew G. Finkelstein, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in support of Products Liability Plaintiffs' emergency motion to re-open discovery.

3. The following documents are attached hereto in support of this motion:

Exhibit A - November 29, 2006 Case Management Order in the *In re Neurontin Product Liability Litigation* in New York State court

Exhibit B - Complaint for *Monsue v. Pfizer Inc.,* N.Y. County Index No. 08-11533, in the *In re Neurontin Product Liability Litigation*

Exhibit C - U.S. Food and Drug Administration letter dated April 23, 2009, to Pfizer Inc.

Exhibit D - New 2009 Neurontin Label

Exhibit E - Settlement Agreement between the Department of Justice and Pfizer Inc.

Exhibit F -   Pfizer Defendants' September 10, 2009 Amended Rule 26 Disclosure (a general discovery disclosure)

Exhibit G -   Pfizer Defendants' December 2008 Rule 26 Disclosure

Exhibit H -   Pfizer Defendants' September 10, 2009 letter to Robert Alba

Exhibit I  -   Plaintiffs' [Proposed] Requests for Production (Exhibits to [Proposed] Requests for Production omitted)

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 14, 2009

         **/s/ Andrew G. Finkelstein**
         Andrew G. Finkelstein
         Finkelstein & Partners, LLP
         1279 Route 300, P.O. Box 1111
         Newburgh, NY  12551
         (800) 634-1212
         *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 14, 2009.

Dated:  September 14, 2009

         **/s/ Andrew G. Finkelstein**
         Andrew G. Finkelstein, Esquire