EXHIBIT F

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               :
In re:  NEURONTIN MARKETING, SALES PRACTICES,                  :  MDL Docket No. 1629
        AND PRODUCTS LIABILITY LITIGATION                      :
                                                               :  Master File No. 04-10981
---------------------------------------------------------------x
                                                               :  Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                                      :
                                                               :  Magistrate Judge Leo T.
                                                               :  Sorokin
---------------------------------------------------------------x
                                                               :
ALL ACTIONS                                                    :
                                                               :
                                                               :
---------------------------------------------------------------x

## DEFENDANTS' AMENDED DISCLOSURE STATEMENT

PLEASE TAKE NOTICE that, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company, and Warner Lambert Company LLC ("Defendants") make and amend their disclosures as follows.

These responses are made subject to all objections as to competence, materiality, relevance, or other objections as to admissibility that may apply in the event that any such response, or the information contained in it, is sought to be used in court. Defendants expressly reserve all such objections.

A. **Rule 26(a)(1)(A): The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

Discovery and investigation in these actions are on-going. Based on the information reasonably available, Defendants are unable at the present time to identify each and every

individual who would have discoverable information that the Defendants may use to support their claims or defenses in the case, and the subjects of such information. Defendants reserve the right to supplement these disclosures as they become aware of additional individuals who have such information.

Subject to the foregoing and without waiver of any of Defendants' rights, the following individuals may have information that Defendants may use to support their claims and defenses in this action:

1. Plaintiff(s);

2. Members of Plaintiffs' and/or Plaintiffs' decedents' families;

3. Health care providers and treating physicians and psychiatrists, including those who prescribed Neurontin to Plaintiffs' and/or Plaintiffs' decedent;

4. Hospital, police and emergency personnel who investigated the incidents;

5. Pfizer employees and representatives who had any communications relating to Neurontin with, or were otherwise in contact relating to Neurontin with, the physician(s) who prescribed Neurontin to Plaintiffs' and/or Plaintiffs' decedents;

6. Defendants' employees and representatives with knowledge of the safety of Neurontin, including those listed below;

7. Any witnesses necessary to authenticate documents;

8. Any witnesses identified or disclosed by Plaintiffs or any other party.

Subject to the foregoing and without waiver of any of Defendants' rights, the following additional individuals may have information that Defendants' may use to support their claims and defenses in this action:

**Warner-Lambert**

| | |
|---|---|
| Mi Dong | Clinical Research and Development |
| Elizabeth Garofalo | Clinical Research and Development |
| Lloyd Knapp | Clinical Research and Development |
| Linda LaMoreaux | Clinical Research and Development |
| Atul Pande | Clinical Research and Development |

2

| | |
|---|---|
| Mark Pierce | Clinical Research and Development |
| Charles Taylor | Clinical Research and Development |
| | |
| Helen Duda-Racki | Medical Information |
| | |
| Mike Davies | Medical Liaisons |
| LeeAnne Fogleman | Medical Liaisons |
| Richard Grady | Medical Liaisons |
| Lisa Kellett | Medical Liaisons |
| Ken Lawlor | Medical Liaisons |
| Joe McFarland | Medical Liaisons |
| Darryl Moy | Medical Liaisons |
| | |
| Elizabeth Attias | Medical and Scientific Affairs — Medical Liaisons |
| Adrian Bal | Medical and Scientific Affairs — Medical Liaisons |
| James Black | Medical and Scientific Affairs — Medical Liaisons |
| Jyoti Jankowski | Medical and Scientific Affairs — Medical Liaisons |
| Philip Magistro | Medical and Scientific Affairs — Medical Liaisons |
| | |
| William Sigmund | Medical and Scientific Affairs |
| Leslie Magnus-Miller | Medical and Scientific Affairs |
| | |
| James Parker | Regulatory |
| Alan Rubenstein | Regulatory |
| Janeth Turner | Regulatory |
| | |
| John Boris | Sales/Marketing |
| George Cavic | Sales/Marketing |
| J. Allen Crook | Sales/Marketing |
| Victor Delimata | Sales/Marketing |
| Chris DeSimone | Sales/Marketing |
| Robert Doyle | Sales/Marketing |
| John Ford | Sales/Marketing |
| Tim George | Sales/Marketing |
| Edda Guerrero | Sales/Marketing |
| John Howard | Sales/Marketing |
| Laura Johnson | Sales/Marketing |
| John Knoop | Sales/Marketing |
| Nancy Kohler | Sales/Marketing |
| John Krukar | Sales/Marketing |
| David Murphy | Sales/Marketing |
| John Richter | Sales/Marketing |
| Tim Windom | Sales/Marketing |
| John Woychick | Sales/Marketing |

**Pfizer**

| | |
|---|---|
| Larry Alphs | Clinical Development |
| Lalitha Aiyer | Drug Safety and Risk Management |
| Phil Arena | Drug Safety and Risk Management |
| Gretchen Dieck | Drug Safety and Risk Management |
| Greg Gribko | Drug Safety and Risk Management |
| Manfred Hauben | Drug Safety and Risk Management |
| Tina Ho | Drug Safety and Risk Management |
| Douglas Kargman | Drug Safety and Risk Management |
| Emily Lanigan | Drug Safety and Risk Management |
| Elizabeth Luczak | Drug Safety and Risk Management |
| Jeffrey Mohan | Drug Safety and Risk Management |
| Esperanza Molina | Drug Safety and Risk Management |
| Kathy Sigler | Drug Safety and Risk Management |
| Deepak Taneja | Drug Safety and Risk Management |
| Melissa Dana | Marketing |
| Suzanne Doft | Marketing |
| Allison Fannon | Marketing |
| Marino Garcia | Marketing |
| Craig Glover | Marketing |
| Christine Grogan | Marketing |
| Leigh Ann Hemenway | Marketing |
| John Krayacich | Marketing |
| John Marino | Marketing |
| Avanish Mishra | Marketing |
| Steve Piron | Marketing |
| David Probert | Marketing |
| Jason Totolis | Marketing |
| Meg Yoder | Marketing |
| Andrea Zeuchner Malone | Marketing |
| Nancy Mancini | Marketing Analytics |
| Robert Glanzman | Medical |
| Bruce Parsons | Medical |
| Leslie Tive | Medical |
| Christopher Wohlberg | Medical |
| Claire Wohlhuter | Medical |
| Suzan Carrington | Medical Grants |
| Maria McCauley | Medical Grants |
| Steve Brigandi | Medical/Program Planning & Management |

4

| | |
|---|---|
| Catherine Clary | Medical Information |
| Michelle Claussen | Medical Information |
| Helen Duda-Racki | Medical Information |
| John Rocchi | Medical Information |
| Julie Su | Medical Information |
| Adrian Vega | Medical Information |
| | |
| Ellen Dukes | Outcomes Research & Development |
| | |
| Kay Sumulak | Postmarket Safety |
| | |
| Rudi Altevogt | Regulatory |
| Mary Ann Camel | Regulatory |
| Lucy Castro | Regulatory |
| Art Ciociola | Regulatory |
| Stephen Cristo | Regulatory |
| Andrea Garrity | Regulatory |
| Chris Pacella | Regulatory |
| Manini Patel | Regulatory |
| Drusilla Scott | Regulatory |
| | |
| Valerie Flapan | Review Committee |
| | |
| Carolyn Blankmeister | RMRS |
| Tim Hylan | RMRS |
| Jill Kerrick Walker | RMRS |
| | |
| Dale Amon | Sales |
| Kim Brett | Sales |
| Mark Brown | Sales |
| Chris Dowd | Sales |
| Mike Fox | Sales |
| Bruce Fleischman | Sales |
| Chris Gish | Sales |
| David Gruber | Sales |
| Dan Linden | Sales |
| Tamela Martin | Sales |
| Kathy Rivas | Sales |
| Michael Romano | Sales |
| James Schultz | Sales |
| | |
| Guy Cohen | Statistical Analysis |

5

Subject to the foregoing and without waiver of any of Defendants' rights, the following additional individuals may have information relating to FDA issues pertaining to Neurontin that Defendants may use to support their claims and defenses in this action:

Paul Leber
Neuro-Pharm Group, LLC
11909 Smoketree Road
Potomac, MD 20854

Russell Katz
Director, Division of Neurology
FDA, FDA 120
1451 Rockville Pike, Room 4037
Rockville, MD 20852

Cynthia McCormick
McCormick Consulting LLC
9127 Friars Road
Bethesda, MD 20817

Sharon Hertz
Deputy Director
FDA, Division of Anesthesia, Analgesia, and Rheumatology Products
10903 New Hampshire Avenue
Silver Spring, MD 20993

Timothy McGovern
Supervisory Pharmacologist
Office of New Drugs
Center for Drug Evaluation and Research
FDA
10903 New Hampshire Avenue
Silver Spring, MD 20993

Laura A. Governale
Team Leader, Drug Use Data Specialist
Office of Surveillance and Epidemiology
Center for Drug Evaluation and Research
FDA
Bldg. 22, Room #4484
10903 New Hampshire Avenue
Silver Spring, MD 20993

Subject to the foregoing and without waiver of any of Defendants' rights, the following additional individuals may have information relating to certain clinical studies pertaining to Neurontin that Defendants may use to support their claims and defenses in this action:

Dr. Miroslav Backonja
Professor of Neurology, Anesthesiology, and Rehabilitation Medicine
University of Wisconsin School of Medicine and Public Health
750 Highland Ave.
Madison, WI 53705

Dr. Ninan T. Mathew
Director
Houston Headache Clinic
1213 Hermann Drive, Suite 820
Houston, TX 77004

Dr. Eduard Vieta
Professor of Psychiatry
University of Barcelona
Director of the Bipolar Disorders Program
Clinical Institute of Neuroscience
Hospital Clinic, IDIBAPS, CIBERSAM
Villarroel 170, 08036 Barcelona, Catalonia, Spain

Dr. Kenneth C. Gorson
St. Elizabeth's Medical Center
Caritas Neurology Group
736 Cambridge Street
Brighton, MA 02135

Dr. Robert Gerner
Associate Research Psychiatrist
UCLA School of Medicine
11301 Wilshire Blvd.
Los Angeles, CA 90073

Carol A. Janney
5835 Alderson, St #13
Pittsburgh, PA 15217

To the extent any additional discovery and investigation provides additional facts and legal contentions that may substantially alter these disclosures, Defendants reserve the right to amend without prejudice any and all disclosures herein consistent with those developments,

including product identification, identifying other relevant witnesses and additional areas of information which support Defendants' defenses in this case and identifying additional individuals with discoverable information that may be used to support their claims or defenses in this case.

**B.     Rule 26(a)(1)(B): A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Because discovery and investigation in these actions are ongoing, and because in many instances, Plaintiffs' counsel has not yet identified the physician(s) who prescribed Neurontin to Plaintiffs and Plaintiffs' decedents, Defendants are unable at the present time, based on the information reasonably available, to identify all documents, compilations, and tangible things, if any, that Defendants may use to support claims or defenses in these cases and the subject of such information.

Subject to the foregoing and without waiving any of Defendants' rights, Defendants submit the following list:

1. Documents produced by any party or any third party in this case or in the civil action captioned *United States of America ex rel. David Franklin v. Parke-Davis, et al.*, C.A. No. 96-11651-PBS (D. Mass.).

2. Documents introduced as exhibits during any fact or expert deposition in this case or in the civil action captioned *United States of America ex rel. David Franklin v. Parke-Davis, et al.*, C.A. No. 96-11651-PBS (D. Mass.).

3. Medical records in the possession or control of Plaintiff, Plaintiff's attorneys or health care providers.

4. The applicable package insert for the drug manufactured by Defendants at issue in this case.

To the extent any additional discovery and investigation provides additional facts and legal contentions that may substantially alter these disclosures, Defendants reserve the right to

8

amend without prejudice any and all disclosures herein consistent with these developments, including identifying additional areas of information, relevant documents, and tangible things that support their claims or defenses in this case.

Pursuant to Fed. R. Civ. P. 26(b)(5), Defendants object to disclosure or production of documents and materials generated during the course of this litigation that constitute attorney work product or that contain privileged attorney-client communications. These documents and materials may consist, among others, of communications or correspondence between counsel and Defendants, correspondence between counsel and consulting experts, and between Defendants and employees to facilitate the rendering of legal advice. These documents may be exempt from discovery pursuant to Fed. R. Civ. P. 26(b)(3), 26(b)(4)(B), and/or the applicable attorney-client and/or joint defense privilege.

Moreover, if Defendants identify certain documents that they believe contain trade secrets and other confidential research, development, or commercial information, such documents will be produced subject to an appropriate protective order.

**C.     Rule 26(a)(1)(C): A computation of any category of damages claimed by the disclosing party.**

Not applicable.

**D.     Rule 26(a)(1)(D): For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Defendant is self-insured and has assets sufficient to satisfy any judgment that may be rendered in this matter.

Dated:  September 10, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: _____
Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

Attorney for Defendants Pfizer Inc and
Warner-Lambert Company LLC