UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
------------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
Shearer v. Pfizer Inc., et al. : Sorokin
Case No. 1:07-cv-11428-PBS :
:
:
:
------------------------------------------------x

**DEFENDANTS' EMERGENCY MOTION FOR AN ORDER RESTRICTING
COMMUNICATIONS WITH TREATING PHYSICIANS
AND IMPOSING SANCTIONS AGAINST DR. DAVID EGILMAN**

Defendants Pfizer Inc and Warner-Lambert Company LLC hereby respectfully move, on an emergency basis, for an order preventing Plaintiff's counsel and their agents, including consultant Dr. David Egilman, from engaging in improper communications designed to alter and tamper with the testimony of Mr. Shearer's physicians.

This motion is supported by Defendants' Memorandum and the Declaration of Mark S. Cheffo,[1] submitted herewith.

WHEREFORE, Defendants respectfully request that the Court grant their emergency motion and enter an order directing that Plaintiff's counsel and their agents and consultants, including David Egilman:

(1) refrain from any further substantive communications with the treating physicians of Mr. Shearer or of other products liability plaintiffs or decedents in this MDL, except to the extent that such communications specifically relate to the treatment rendered by those physicians;

---

[1] Because Dr. Egilman's letter to a treating doctor improperly quotes from and encloses a confidential internal e-mail, Pfizer will hand-file the Declaration of Mark S. Cheffo and its attachments (which include Dr. Egilman's letter) under seal.

(2) refrain from making derogatory remarks or providing ostensibly negative information about Defendants or Neurontin to treating physicians of Mr. Shearer or of other products liability plaintiffs or decedents in this MDL; and

(3) disclose all prior communications with treating physicians of Mr. Shearer or of other products liability plaintiffs or decedents in this MDL, including copies of all correspondence previously sent to those physicians.

Pfizer also requests that the Court impose appropriate sanctions against Dr. Egilman based on his violation of this Court's Protective Order.

Dated: September 17, 2009	Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:	/s/ Mark S. Cheffo
	Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

SHOOK, HARDY & BACON L.L.P.

By:	/s/ Scott W. Sayler
	Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

        WHITE AND WILLIAMS LLP

        By:   <u>/s/ David B. Chaffin</u>
                David B. Chaffin

        BBO # 549245
        100 Summer Street, Suite 2707
        Boston, MA 02110
        Tel:  (617) 748-5200

        *Attorneys for Defendants Pfizer Inc and*
        *Warner-Lambert Company LLC*

## **CERTIFICATE OF CONSULTATION**

     I certify that counsel have conferred and have attempted in good faith to narrow or resolve the issue presented by this motion, but have been unable to do so.

        <u>/s/ David B. Chaffin</u>
        David B. Chaffin

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 17, 2009.

        <u>/s/ David B. Chaffin</u>
        David B. Chaffin