UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Shearer v. Pfizer Inc., et al.*<br>Case No. 1:07-cv-11428-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF
DEFENDANTS' EMERGENCY MOTION FOR AN ORDER
RESTRICTING COMMUNICATIONS WITH TREATING PHYSICIANS
<u>AND IMPOSING SANCTIONS AGAINST DR. DAVID EGILMAN</u>**

# FILED UNDER SEAL