# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

---------------------------------------x
:
In re: NEURONTIN MARKETING : MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
---------------------------------------x
THIS DOCUMENT RELATES TO: :
:
TERESA DRINKWINE, Individually and as Trustee :
for The Next of Kin of MICHAEL DRINKWINE, : Judge Patti B. Saris
Decedent, :
:
Plaintiff, : Magistrate Judge Leo T. Sorokin
:
-against- :
:
PFIZER INC., PARKE-DAVIS, a division of Warner- :
Lambert Company and Warner-Lambert Company :
LLC, WARNER-LAMBERT COMPANY, WARNER- :
LAMBERT COMPANY LLC, and TEVA :
PHARMACEUTICALS USA, INC., :
:
Defendants. :
x
---------------------------------------

## JOINT MOTION FOR LEAVE TO FILE A REPLY AND SUR-REPLY

LIBNY/4849868.2

Pursuant to Local Rule 7.1(B)(3), Defendant Teva Pharmaceuticals USA, Inc. ("Teva") and Plaintiff Teresa Drinkwine, parties in the above-captioned matter, move for leave to file a reply and sur-reply, respectively, in response to Teva's Motion to Dismiss Plaintiff's Complaint, filed on June 12, 2009, and Plaintiff's Memorandum in Opposition to Teva's Motion to Dismiss, filed on August 28, 2009.

The Parties in the above-captioned matter have agreed to a seven (7) page limit for the reply and sur-reply. The Parties submit that such supporting papers are necessary to address certain legal and factual issues in the above-captioned litigation. The Parties further submit that supporting papers will materially assist the Court in its consideration of the matters raised in this litigation.

WHEREFORE, Defendant Teva and Plaintiff Teresa Drinkwine respectfully request that the Court grant this Joint Motion for Leave to File a Reply and Sur-reply. Respectfully submitted this 18th day of September, 2009.

By: /s/ U. Gwyn Williams
U. Gwyn Williams (BBO # 565181)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
617.570.1000

Counsel for Teva Pharmaceuticals USA, Inc.

And

By: /s/ Andrew G. Finkelstein
Andrew G. Finkelstein
FINKELSTEIN & PARTNERS, LLP
1279 Route 300
P.O. Box 1111
Newburgh, NY 12551

Counsel for Plaintiff, Teresa Drinkwine

## LOCAL RULE 7.1 CERTIFICATION

   I, U. Gwyn Williams, counsel for Defendant Teva Pharmaceuticals USA, Inc., in the above-captioned action, hereby certifies that on September 17, 2009, I conferred with counsel for Plaintiff in this matter concerning this Joint Motion for Leave to File a Reply and Sur-Reply, and Plaintiff has assented to such filings.

                                                                           /s/ U. Gwyn Williams

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 18, 2009.

                                            By:/s/ U. Gwyn Williams