UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------x
                                                                    :   MDL Docket No. 1629

In re:   NEURONTIN MARKETING,   :
        SALES PRACTICES AND   :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION   :
                                            :   Judge Patti B. Saris
----------------------------------------------------------x
                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:   :
                                            :
*Shearer v. Pfizer Inc.,* 1-07-cv-11428-PBS   :
                                            :
----------------------------------------------------------x

## PLAINTIFF'S EMERGENCY MOTION TO COMPEL DISCOVERY

Plaintiff Linda B. Shearer (hereinafter "Plaintiff"), pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, hereby move, by emergency motion, for an order to compel discovery from Defendants Pfizer Inc., Warner-Lambert Company LLC, Parke-Davis and Warner-Lambert Company (hereinafter "Pfizer Defendants") relating to information and documents concerning Neurontin that are responsive to Products Liability Plaintiffs' discovery requests up until the April 23, 2009 change in the label for Neurontin.

Plaintiff requests an Order to compel Defendants to produce disclosure relating to: (1) documents concerning Plaintiff's decedent Hartley Shearer's treating/prescribing physician, Keith Edwards, M.D.'s relationship and marketing/promotion/Continuing Medical Education ("CME") activities with Pfizer Defendants; (2) the in-house work and analyses of Pfizer Defendants' employee, Christopher Wohlberg, M.D., Ph.D., and other information and documents concerning his activities and involvement in the FDA 2008 Advisory Hearing on Suicidality; (3) the deposition testimony of both Dr. Edwards and Dr. Wohlberg; and (4) discovery of documents and deposition testimony of the district manager (currently unidentified

by Pfizer Defendants) who supervised and "coached" the underlying sales representative(s) who detailed Hartley Shearer's healthcare providers regarding Neurontin.

This motion is supported by the Memorandum, and the Declaration of Andrew G. Finkelstein and attached exhibits, filed herewith.

This application is being made by emergency motion in view of the October 30, 2009 discovery deadline in this case, and the recent Settlement Agreement entered between the Pfizer Defendants and the United States Department of Justice concerning the illegal off-label marketing of several Pfizer drugs, including Lyrica, and the relationship of Lyrica with Neurontin, and in conjunction with Products Liability Plaintiffs' emergency motion to re-open discovery in the Products Liability cases.

## REQUEST FOR ORAL ARGUMENT

Plaintiff's counsel believes that oral argument may assist the Court and wishes to be heard.  Therefore, Plaintiff's counsel respectfully requests a hearing on this motion at the next conference on October 5, 2009.

Dated:  September 19, 2009                          Respectfully submitted,


By:    /s/ W. Mark Lanier
       W. Mark Lanier, Esquire
       THE LANIER LAW FIRM, P.L.L.C.
       126 East 56th Street, 6th Floor
       New York, NY  10022


By:    /s/ Andrew G. Finkelstein
       Andrew G. Finkelstein, Esquire
       Finkelstein & Partners, LLP
       1279 Route 300, P.O. Box 1111
       Newburgh, NY  12551

       *Attorneys for Plaintiff Linda B. Shearer*

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants on numerous occasions concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:  September 18, 2009

                                                  **/s/ Kenneth B. Fromson**
                                                  Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 18, 2009.

                                                  **/s/ Andrew G. Finkelstein**
                                                  Andrew G. Finkelstein, Esquire