UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
                                                    :    MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                       :
         SALES PRACTICES AND                        :    Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION              :
                                                    :    Judge Patti B. Saris
-----------------------------------------------------------------x
                                                    :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                           :
                                                    :
Shearer v. Pfizer Inc., 1:07-cv-11428-PBS          :
                                                    :
-----------------------------------------------------------------x
```

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN SUPPORT
OF PLAINTIFF'S EMERGENCY MOTION TO COMPEL DISCOVERY**

# FILED UNDER SEAL