UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ----------------------------------------------------------------x | : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING, | : | |
| SALES PRACTICES AND | : | Master File No. 04-10981 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | Judge Patti B. Saris |
| ----------------------------------------------------------------x | | |
| | : | Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Shearer v. Pfizer Inc.,* 1:07-cv-11428-PBS | : | |
| | : | |
| ----------------------------------------------------------------x | | |

## NOTICE OF FILING DOCUMENTS UNDER SEAL

PLEASE TAKE NOTICE that the following documents have been filed under seal:

Declaration of Andrew G. Finkelstein, Esq. in Support of Plaintiff's Emergency Motion to Compel Discovery and attached Exhibits A-H (ECF Doc. # 2099)

Dated: September 18, 2009                     Respectfully submitted,

By:   **/s/ W. Mark Lanier**
W. Mark Lanier, Esquire
THE LANIER LAW FIRM, P.L.L.C.
126 East 56th Street, 6th Floor
New York, NY  10022

By:   **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

*Attorneys for Plaintiff Linda B. Shearer*

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 18, 2009.

Dated:  September 18, 2009

                                                **/s/ Andrew G. Finkelstein**
                                                Andrew G. Finkelstein, Esquire