UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL SALES & MARKETING ACTIONS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that, effective immediately, the Massachusetts office of the firm Hagens Berman Sobol Shapiro LLP has changed its address to the following:

Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142

The telephone and facsimile numbers will remain the same.  Telephone: (617) 482-3700; Facsimile: (617) 482-3003.


Dated: September 21, 2009         Respectfully Submitted,

By:   **/s/ Thomas M. Sobol**
Thomas M. Sobol
Edward Notargiacomo
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on September 21, 2009.

      /s/ Thomas M. Sobol

2