UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *Shearer v. Pfizer Inc., et al.*<br>Case No. 1:07-cv-11428-PBS | Magistrate Judge Leo T. Sorokin |

## DEFENDANTS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THEIR EMERGENCY MOTION FOR AN ORDER RESTRICTING COMMUNICATIONS WITH TREATING PHYSICIANS AND IMPOSING SANCTIONS AGAINST DR. DAVID EGILMAN

Defendants Pfizer Inc and Warner-Lambert Company LLC ("Pfizer") respectfully move for leave to submit a supplemental memorandum in support of their emergency motion for an order preventing Plaintiff's counsel and their agents, including consultant Dr. David Egilman, from engaging in improper communications designed to alter and tamper with the testimony of treating physicians, along with a supporting declaration.  The supplemental memorandum and declaration are attached hereto as Exhibits 1 and 2, respectively.

Pfizer previously moved to prevent Plaintiff's counsel and their agents from engaging in improper communications with fact witnesses in this case.  [2093, 2094, 2095]  Subsequent events have made it necessary for Pfizer to supplement the original motion.  Additional, and very troubling, evidence of Dr. Egilman's tampering has come to light.  More specifically, Pfizer, since filing its motion, has received a copy of the documents that Dr. Egilman unilaterally sent to Dr. Lisa Catapano-Friedman on or about September 11, 2009, and desires to inform the Court of new evidence related to Dr. Egilman's material and substantial alteration of one of those documents from its original form.

WHEREFORE, Pfizer respectfully requests that the Court grant this motion for leave to file the supplemental memorandum and supporting declaration that are attached hereto as Exhibits 1 and 2.

Dated: September 25, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:     /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

        -and-

SHOOK, HARDY & BACON L.L.P.

By:     /s/ Scott W. Sayler
        Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

        -and-

WHITE AND WILLIAMS LLP

By:     /s/ David B. Chaffin
        David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## **CERTIFICATE OF CONSULTATION**

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 25, 2009.

/s/ David B. Chaffin
David B. Chaffin