# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:   NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

*Shearer v. Pfizer Inc., et al.*
Case No. 1:07-cv-11428-PBS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

PROPOSED DOCUMENT

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF SUPPLEMENTAL
MEMORANDUM IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION FOR AN
ORDER RESTRICTING COMMUNICATIONS WITH TREATING PHYSICIANS
AND IMPOSING SANCTIONS AGAINST DR. DAVID EGILMAN**

# FILED UNDER SEAL