UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------x
                                                          :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                              :
        SALES PRACTICES AND                               :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                     :
                                                          :   Judge Patti B. Saris
----------------------------------------------------------x
                                                          :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                 :
                                                          :
*Shearer v. Pfizer, Inc.,* 1:07-cv-11428-PBS              :
                                                          :
----------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ., IN OPPOSITION
TO DEFENDANTS' EMERGENCY MOTION FOR AN ORDER
RESTRICTING COMMUNICATIONS WITH TREATING PHYSICIANS
AND IMPOSING SANCTIONS AGAINST DR. DAVID EGILMAN**

# FILED UNDER SEAL