UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------x
                                   :  MDL Docket No. 1629
In re: NEURONTIN MARKETING,        :
       SALES PRACTICES AND         :  Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION:
                                   :  Judge Patti B. Saris
-------------------------------------------------------x
                                   :  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:          :
                                   :
       Shearer v. Pfizer, Inc., 1:07-ca-11428-PBS :
                                   :
-------------------------------------------------------x
```

**Declaration of David Egilman MD, MPH**

# FILED UNDER SEAL