UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:
In re: NEURONTIN MARKETING,    : MDL Docket No. 1629
SALES PRACTICES AND            :
PRODUCTS LIABILITY LITIGATION  : Master File No. 04-10981
:
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:      :
:
*Shearer v. Pfizer Inc.*, 1:07-cv-11428-PBS  :
:
:
---------------------------------------------------------------x

## NOTICE OF FILING DOCUMENTS UNDER SEAL

PLEASE TAKE NOTICE that the following documents have been filed under seal:

1. Declaration of Andrew G. Finkelstein, Esq. in Opposition to Defendants' Emergency Motion for an Order Restricting Communications With Treating Physicians and Imposing Sanctions Against Dr. David Egilman, and attached Exhibits A-J (ECF Doc. # 2105)

2. Declaration of David Egilman MD, MPH and attached Exhibits A-J (ECF Doc. # 2106)

Dated: September 28, 2009              Respectfully submitted,


                                        By:   /s/ W. Mark Lanier
                                              W. Mark Lanier, Esquire
                                              THE LANIER LAW FIRM, P.L.L.C.
                                              126 East 56th Street, 6th Floor
                                              New York, NY 10022


                                        By:   /s/ Andrew G. Finkelstein
                                              Andrew G. Finkelstein, Esquire
                                              Finkelstein & Partners, LLP
                                              1279 Route 300, P.O. Box 1111
                                              Newburgh, NY 12551

                                              *Attorneys for Plaintiff Linda B. Shearer*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 28, 2009.

Dated: September 28, 2009

/s/ Andrew G. Finkelstein
Andrew G. Finkelstein, Esquire
