UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------x

In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

----------------------------------------------x

THIS DOCUMENT RELATES TO:

*Shearer v. Pfizer Inc., et al.*
Case No. 1:07-cv-11428-PBS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

----------------------------------------------x

## DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO COMPEL DISCOVERY

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of excerpts from Plaintiff's Response to Defendants' First Set of Interrogatories.

3. Attached as Exhibit B is a true and correct copy of Plaintiff's September 22, 2009, Further Supplemental Disclosure Statement.

4. Attached as Exhibit C is a true and correct copy of excerpts from the Deposition of Judy Button (April 30, 2008).

5. Attached as Exhibit D is a true and correct copy of excerpts from the Brigham & Women's Medical Records, bates-stamped at 000374-37BWH-00410-11.

6. Attached as Exhibit E is a true and correct copy of excerpts from the Deposition of Daniel M. Sullivan, M.D. (March 27, 2008).

7. Attached as Exhibit F is a true and correct copy of Hart's Pharmacy Records.

- 2 -

8. Attached as Exhibit G is a true and correct copy of Plaintiff's August 5, 2009, Supplemental Disclosure Statement.

9. Attached as Exhibit H is a true and correct copy of Defendants' September 9, 2009, First Supplemental Disclosure Statement.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 28th day of September, 2009.

s/ Mark S. Cheffo<br>
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 28, 2009.

/s/ David B. Chaffin<br>
David B. Chaffin