# EXHIBIT A

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS | 221653-06 |

----------------------------------------x

In re:  NEURONTIN MARKETING,
           SALES PRACTICES AND PRODUCTS
           LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

----------------------------------------x

THIS DOCUMENT RELATES TO:

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

LINDA B. SHEARER, as Executrix of the Estate of
HARTLEY PARKER SHEARER a/k/a HARTLEY
SHEARER

           07 CA 11428 PBS

----------------------------------------x

## PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Set forth below is Defendants' Template First Interrogatories, Products Liability Plaintiffs' corresponding objections, Magistrate Leo T. Sorokin's directives set forth in Discovery Order No. 2 dated June 19, 2006, pertaining thereto, and Individual Plaintiff's responses.

## OBJECTIONS PERTAINING TO ALL INTERROGATORIES
## (GENERAL OBJECTIONS)

1.     Plaintiff, by his/her attorneys, FINKELSTEIN & PARTNERS, LLP, hereby responds and objects to Defendants' First Set of Interrogatories dated May 8, 2006. These responses and objections are made without in any way waiving or intending to waive, but on the contrary reserving and intending to reserve, the right to object on any additional ground at any time to a demand for further response, and

**INTERROGATORY NO. 14:**

State the name and addresses of witnesses with knowledge of any and all medications (whether prescription or not) or drugs (whether prescription or not) which Plaintiff took orally, by injection, through ingestion, by suppository or by external application at any time during a twenty-year period prior to his/her death. For each prescription, please also state the name of the prescribing health-care professional, the name of the prescription, the prescription dosage, each date that the prescription was prescribed, where the prescription was filled, the reason for the prescription and whether it was effective at treating the condition for which it was prescribed.

**RESPONSE TO INTERROGATORY NO. 14:**

In addition to the General Objections, the Plaintiff objects to Interrogatory No. 14 on the ground that it seeks information that is overly broad in seeking information regarding medications taken by the Plaintiff "at any time during a twenty year period prior to his/her death." The Plaintiff further objects on the ground that the request for "the names and addresses of witnesses with knowledge of any and all medications" taken by the Plaintiff over the past 20 years is overly broad, unduly burdensome and not capable of being determined. The Plaintiff further objects on the ground that the request seeks information not relevant to this action. The Plaintiff further objects on the ground that Interrogatory No. 14 seeks information largely duplicative of that sought in Document Request No. 1 of Defendants' First Request for Production of Documents and Things since the names and addresses of the health-care professionals who prescribed medication to the Plaintiff will likely be contained in Plaintiff's medical and hospital records, and that the Plaintiff has agreed to respond

to Document Request No. 1 as set forth in Plaintiff's Response and Objections to Defendants' First Request for Production of Documents and Things, rendering this Interrogatory largely duplicative and unnecessary.

Subject to and without waiving the General Objections and the foregoing specific objections, Plaintiff will provide the name and address of the health-care professionals who prescribed medication to the Plaintiff, and, pursuant to Discovery Order No. 2, dated 6/19/06, Plaintiff will provide the date ranges for prescriptions of specific drugs, rather than the date of each and every prescription.

Subject to and without waiving the General Objections, to the best of Plaintiff's recollection and/or knowledge and according to pharmacy records the decedent was prescribed the following medications.

The names and addresses of prescribers are as follows:

Williamstown Medical Associates, 197 Adams Rd, Williamstown, MA 01267, including Drs. Daniel Sullivan, Smeglin, Stuebner, Kleederman, Payne, Coffield, Parkinson, O'Neill, Baisch, Dagostino, Sethi, Rosenthal, Whateley, Turton and Connor;

Dr. Lisa Catapano-Friedman, 357 Sheilds Dr, Bennington, VT 05201;

Dr. Keith Edwards, South Western Vermont Medical Center, 100 Hospital Dr, East Bennington, VT 05201;

Spaulding Rehab Hospital, 125 Nashua St, Boston, MA 02114, including Dr. Handel;

Dr. Douglas Herr, 77 Hospital Ave, North Adams, MA 01247;

Neurontin
    Dr. Sullivan-100mg-11/4/00-1/31/02

Gelkan Oral Rinse
    Dr. Kleederman-7/20/92-5/15/95
    Dr. Coffield-7/10/95-1/23/02