# EXHIBIT C

1

```
 1  UNITED STATES DISTRICT COURT
    DISTRICT OF MASSACHUSETTS
 2  ------------------------------x
    In re:                        :  MDL Docket No. 1629
 3  NEURONTIN MARKETING,          :  Master File No.
    SALES PRACTICES AND           :  04-10981
 4  PRODUCTS LIABILITY LITIGATION :  Judge Patti B. Saris
                                  :  Magistrate Judge:
 5  ------------------------------x  Leo T. Sorokin
    THIS DOCUMENT RELATES TO:     :
 6                                :
    Shearer v. Pfizer, Inc., et al. :
 7  Case No. 07 CA 11428 PBS      :
    ------------------------------x
 8
```

9            STENOGRAPHIC MINUTES OF VIDEOTAPED

10  DEPOSITION conducted of JUDY BUTTON, on the 30th day

11  of April 2008, at the offices of FINKELSTEIN &

12  PARTNERS, LLP, 80 Wolf Road, Albany, New York,

13  commencing at 10:13 a.m., before Diane Daly-Gage, a

14  Shorthand Reporter and Notary Public in and for the

15  State of New York.

16

17

18

19

20

21

22

23

24

25

2

1   APPEARANCES:

2   ATTORNEYS FOR PERSONAL INJURY PLAINTIFFS:

3      FINKELSTEIN & PARTNERS, LLP
       80 Wolf Road, Suite 503
4      Albany, New York 12205
       (800) 634-1212 ext. 2009
5      mricher@lawampm.com
       BY:  MARSHALL P. RICHER, ESQ.
6

7   ATTORNEYS FOR PFIZER AND WARNER-LAMBERT:

8      SHOOK HARDY & BACON, LLP
       2555 Grand Boulevard
9      Kansas City, Missouri 64108
       (816) 474-6550
10     ilosasso@shb.com
       BY:  IAN LOSASSO, ESQ. - via telephone
11

12

13   VIDEOGRAPHER:

14     NATIONWIDE VIDEO PRODUCTIONS
       25B Vreeland Road
       Suite 301
15     Florham Park, New Jersey 07932
       STEPHENIE HOLLYMAN, CLVS
16

17

18

19

20

21

22

23

24

25

10

1   Q   First of all, when you did your record search were

2       you able to verify that Hartley Shearer had been a

3       patient of Neurological Consultants?

4   A   Yes.

5   Q   And did you find some type of computer record which

6       showed the last date of service rendered to

7       Mr. Shearer by Neurological Consultants?

8   A   Yes.  It's an appointment date.  So there is no

9       other information except for the date of service,

10      and that's all there was.  And that was August 30th,

11      2007.

12  Q   Other than that record of a last date of service or

13      last appointment date were there any other

14      computerized records, for instance, records of other

15      dates of service?

16  A   No.  No.

17  Q   Now, let me ask you some general questions about

18      Neurological Consultants practices with regard to

19      records.

20          Is it fair to say that in general

21      Neurological Consultants does keep records with

22      regard to the treatment of its patients?

23  A   Yes.

24  Q   And does, in general, Neurological Consultants

25      retain those records for some period of time even

16

```
 1              MR. RICHER:  Ian, do you have any
 2        questions for Ms. Button?
 3              MR. LOSASSO:  Just one quick question.
 4                     EXAMINATION
 5   BY MR. LOSASSO:
 6   Q    You've mentioned the date of service, 8/7 of 2000?
 7   A    Yes.
 8   Q    You don't know if he ever appeared.  You just know
 9        that that was an appointment date; correct?
10   A    Correct.
11              MR. LOSASSO:  Okay.  Thank you.  I don't
12        have any other questions.
13              MR. RICHER:  Thank you.  That's all the
14        questions I have for you, ma'am.
15              THE WITNESS:  Okay.  Thank you.
16              MR. LOSASSO:  Thank you.
17              VIDEOGRAPHER:  This concludes the
18        deposition of Judy Button.  The time is 10:29
19        and the deposition consists of one videotape.
20              We are going off the record.
21        (The following discussion was held of the
22        videotaped record.)
23              MR. RICHER:  Okay.  Ian, I will make
24        sure -- in fact, I will note on the record
25        right now for the stenographer, that if she
```