# EXHIBIT D



# BRIGHAM AND WOMEN'S HOSPITAL

Health Information Services

April 18, 2008

MRC
6330 West Loop South
Suite 105
Bellaire, TX 77401
Attention:

## AFFIDAVIT

The undersigned, being duly sworn, does depose and say, under penalty of perjury that:

1. I am the custodian of medical records for Brigham and Women's Hospital, Boston, Massachusetts.

2. The attached is a true and complete copy of **Hartley Shearer** Brigham and Women's Hospital Medical Record, **#15081698**, as of this ▮▮▮▮ to April 11, 2008.

3. That the attached is comprised of **422** pages.

4. These records were made by the Brigham and Women's Hospital in the regular course of business and that it was the regular course of business to make such record at the time of the occurrence of events recorded therein.

Subscribed and sworn under the pains and penalties of perjury by me on this April 18, 2008.

Ellen M Pignatone
*[signature]*
Health Information Specialist
Health Information Services

75 Francis Street, Boston, Massachusetts 02115


A Teaching Affiliate of Harvard Medical School


PARTNERS.

**000374-37BWH-00001**



**BRIGHAM AND WOMEN'S HOSPITAL**
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

```
150 81 69 8
DR. BRITTON, O
55M   10/13/00           CMS 2
SHEARER, HARTLEY P 14C

Page 1/2
```

## SENIOR STAFF CONSULTATION REPORT

10/14/00

**REQUEST TO:** APS
**DX #1:** s/p MV Repair → s/p Stroke       **DX #2:** Lumbar Spasm
**REQUESTING PHYSICIAN - NAME:** Britton     **Physician's ID:** ☐☐☐☐☐

**CONSULTATION SUMMARY - (WITH RECOMMENDATIONS)**

[CC] Lumbar & extremity muscle spasm pain

[HPI] 55 yo ♂ c̄ h/o HTN, myxomatous MV leaflets s/p MV Repair c/w ®hemisphere stroke (in 1/99) presented to North Adams Regional Hospital c̄ lumbar and ® LE spasm pain in 9/00. Over there, Pt was Rx c̄ MS and Celebrex, but there was not significant improvement. He is therefore transferred to BWH this AM for further w/u & treatment. Pt states that the spasm mainly from low back and sometimes radiating down ® leg. Occ. up to ® arm. The spasm pain is "shooting, sharp", totally body movement related, relieved by lying in bed. This spasm pain started about one month ago. The "muscle" spasm pain lasted about few seconds when it occurs. Pt also mentioned that he has mild neck pain (h/o ® Cx radiculopathy) but is not a major problem @ this time.

[PMH] HTN; myxomatous MV s/p MV Repair (1/99); H/o AF.
Stroke → ® hemiparesis
      (1/99)
h/o migraine HA.
OCD & Adult attention deficit disorder.

[Meds] Zestril, Digoxin, Coumadin, M Sante Amoxicillin for SBE prophylaxis.
                                    1 SbiD

[All] NKDA.

[Social] IPPD stopped since 1/99, EtOH: several drinks/day.     (Cont. P2)

**PROCEDURES PERFORMED?**  ☐ Yes  ☐ No
List

Physician's ID ☐☐☐☐☐

Consulting Physician      Signature              Service or Specialty        Date
(Print Name)



**BRIGHAM AND WOMEN'S HOSPITAL**
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

## SENIOR STAFF CONSULTATION REPORT

Page 2/2

| REQUEST TO: APS | |
|---|---|
| DX #1: | DX #2: |
| REQUESTING PHYSICIAN - NAME: | Physician's ID |

**CONSULTATION SUMMARY - (WITH RECOMMENDATIONS)**

[ROS] Cardiac: S/P MV repair, HTN, AF. Respiratory: h/o smoking. Neuro: h/o stroke → (L) hemiparesis. Musculoskeletal: lumbar spasm pain, C/s radiculopathy. Other Systems: Negative.

[PE] A&O x3, no speech problems.
HEENT: nose septum deviation, tenderness (R) neck. O/w NL.
Chest: CTA (B)
Heart: S₁ S₂ RRR. II/VI (S) murmur
Abd: Soft, ND, NT. NBS. Back: mild-mod. Trigger points (along L2-L5 area) mainly (R) side.
Neuro: CNS II-XII grossly intact. (L) sided flaccid for muscle tone.
Muscle strength: 5/5 (R) UE & LE, 2/5 (L)LE, 0/5 (L)UE, (R) leg tremor (congenital).
Sensory: NL to pin prick & touch sensation stimuli B/L UEs & LEs.
Reflexes: (R) arm & leg: 2+. (L) arm & leg: 3+.
Gait: Not examined p° pt could not stand.

[Imp] 55 y/o ♂ c̄ h/o MV repair, stroke presented c̄ about one month lumbar spasm pain, sometimes radiate down LEs. This pain is movement related.

[Plan] TCA MI dx 1.5/7/0/0
                                                Labs
                                                MRI (lumbar) (P)

PROCEDURES PERFORMED? ☐ Yes ☐ No
Patient seen & Agree c̄ above

Consulting Physician (Print Name): Will Myers    Signature    Service or Specialty    Date 10/19/00