# EXHIBIT E

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~

IN RE: NEURONTIN MARKETING, SALES

PRODUCTS AND PRODUCTS LIABILITY          MDL Docket No. 1629

LITIGATION                               Master File

                                         No. 04-10981

THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

Shearer v. Pfizer, Inc., et al.,

Case No. 1:07-CV-11428-PBS

CONTAINS CONFIDENTIAL INFORMATION

~~~~~~~~~~~~~~~~~~~~

Videotaped deposition of

DANIEL M. SULLIVAN, M.D.

March 27, 2008
9:00 a.m.

Taken at:
Cleveland Clinic

29800 Bainbridge Road

Solon, Ohio

CONFIDENTIAL

Donnalee Cotone, RPR, CLR

**Page 2**

```
 1  APPEARANCES:
 2
 3      On behalf of the Shearer Family:
 4          The Lanier Law Firm, by
 5          KENNETH S. SOH, ESQ.
 6          6810 FM 1960 West
 7          Houston, Texas  77069
 8          (713) 659-5200
 9          kss@lanierlawfirm.com
10
11      On behalf of the Defendants:
12          Shook, Hardy & Bacon, LLP, by
13          LORI R. SCHULTZ, ESQ.
14          2555 Grand Boulevard
15          Kansas City, Missouri  64108-2613
16          (816) 474-6550
17          lschultz@shb.com
18
```

**Page 3**

```
 1  Appearances (Continued):
 2
 3      On behalf of the Cleveland Clinic and the
 4      Witness:
 5          MATTHEW J. DONNELLY, ESQ.
 6          Office of General Counsel
 7          3050 Science Park Drive/AC321
 8          Beachwood, Ohio  44122
 9          (216) 448-0140
10          donnem1@ccf.org
11          ~ ~ ~ ~ ~
12          .
13  ALSO PRESENT:
14      Kim DiMuzio, The Videographer
15
16          ~ ~ ~ ~ ~
```

**Page 4**

```
 1                  I N D E X
 2
 3  EXAMINATION OF                    9      14
 4  DANIEL M. SULLIVAN, M.D.
 5  BY MS. SCHULTZ
 6  EXAMINATION OF                   73       5
 7  DANIEL M. SULLIVAN, M.D.
 8  BY MR. SOH
 9  EXAMINATION OF                  119      11
10  DANIEL M. SULLIVAN, M.D.
11  BY MS. SCHULTZ
12  EXAMINATION OF                  126      10
13  DANIEL M. SULLIVAN, M.D.
14  BY MR. SOH
15
16
17  Exhibits 1 and 2 were           8        3
18  marked
19  Exhibit 3 was marked           74       12
20  Exhibit 4 was marked           94       25
21  Exhibit 5 was marked          110       17
22  Exhibit 6 were marked         114       18
23  Exhibit 7 was marked          124        3
```

**Page 5**

```
 1  objection      21    1
 2  objection      65   16
 3  object         80   19
 4  object         81   24
 5  object         84   11
 6  object         85   10
 7  object         86   23
 8  object         87    4
 9  object         87   10
10  object         87   15
11  object         88    9
12  object         88   17
13  object         90   20
14  object         90   24
15  objection      93   17
16  object         98   19
17  object        100   14
18  object        100   25
19  object        101   10
20  object        101   21
21  object        102    6
22  object        102   12
23  object        102   18
24  object        103    3
25  object        103   12
```

**Page 22**

1  despite the fact it doesn't have -- has not
2  submitted studies to the FDA for approval for
3  that instance.
4      Q.   With respect to drugs that you have
5  prescribed off label, as you sit here today,           09:27:53
6  can you recall what any of those drugs have
7  been?
8      A.   No.
9      Q.   Okay. When you prescribe a drug
10 off label, do you always advise the patient           09:28:08
11 that you are doing so?
12     A.   Always.
13     Q.   Now, you prescribed Neurontin for
14 Mr. Shearer, correct?
15     A.   In reviewing the record, the only            09:28:22
16 place I have found that I prescribed it was
17 administering a refill for the medication on
18 one occasion.
19     Q.   Now, when you say reviewing the
20 record, are you referring to the medical              09:28:46
21 records?
22     A.   The medical record that's in front
23 of me.
24     Q.   Okay. And that has been marked
25 Exhibit 2, correct?                                   09:28:52

**Page 23**

1      A.   Yes.
2      Q.   When -- what did you look at in
3  those medical records to try to determine when
4  and on what occasion you had prescribed
5  Neurontin?                                            09:29:02
6      A.   I read through them.
7      Q.   And do you indicate after each
8  session what prescriptions you provided to the
9  patient or is there a separate place in the
10 medical records that list the medications you        09:29:13
11 provide?
12     A.   It varies depending on the visit.
13 There was no standard procedure at the
14 Williamstown Medical Associates for that.
15     Q.   Well, in the records you reviewed           09:29:21
16 that are Exhibit 2, how did you -- how was it
17 that you determined that you prescribed
18 Neurontin at least on one occasion?
19     A.   In the section of this medical
20 record that is -- has the title, Medication          09:29:34
21 Renewal, I saw that on one occasion I approved
22 a refill for his Neurontin.
23     Q.   And on what date did you approve
24 the refill for the Neurontin?
25     A.   On May 4th of 2001.                         09:30:12

**Page 24**

1      Q.   And can you look at the bottom page
2  of the page -- at the bottom of the page that
3  you're looking at and tell me what the last
4  four digits of the number on that page are?
5      A.   0008.                                       09:30:28
6      Q.   And if you can direct me on that
7  page to the Neurontin prescription to which
8  you're referring.
9      A.   It's on the right side of the page
10 in the middle of the page.                           09:30:43
11     Q.   Okay. 5-4-01, Neurontin. Does
12 this indicate the dosage in that prescription
13 and for how many days?
14     A.   It does not.
15     Q.   Okay. So when you say you refilled          09:31:02
16 a prescription on this occasion, could that
17 refill have been a prescription that would have
18 lasted him for several months or a year,
19 perhaps?
20     A.   The exact length of time, I cannot         09:31:19
21 tell from this note, but it does say five
22 refills, so it was five times whatever that
23 prescription was.
24     Q.   And that's the "x 5 R"?
25     A.   Correct.                                    09:31:34

**Page 25**

1      Q.   And is it your testimony that based
2  upon your review of the medical records, you
3  could not find any other occasion on which you
4  issued a prescription for Neurontin to
5  Mr. Hartley [sic]?                                   09:31:47
6      A.   I do not see one.
7      Q.   And for what purpose did you
8  prescribe Neurontin to Mr. Hartley [sic] on May
9  4th, 2001?
10     A.   I was refilling a medication that          09:32:03
11 was prescribed by another physician.
12     Q.   And what do you mean by that, that
13 you were refilling a prescription?
14     A.   He was started on that medication
15 by physicians that -- specialists elsewhere,        09:32:22
16 and he had called our office requesting to
17 continue that treatment and asked us to contact
18 a local pharmacy so that he could continue the
19 medications that were recommended by his
20 physicians elsewhere.                                09:32:40
21     Q.   And who was the physician elsewhere
22 that had originally prescribed the Neurontin to
23 Mr. Shearer?
24     A.   I don't know their name. They were
25 in one of the Boston hospitals.                      09:32:51

**Page 70**

1  A.  It's a medication that, again, it's
2  treated for certain conditions. As his general
3  internist, it's something I would have an
4  interest in knowing about.
5  Q.  Is Provigil used to improve                10:30:38
6  wakefulness in adults who experience excessive
7  sleepiness?
8  A.  It is used for that reason.
9  Q.  And would you want to know if he
10 was on Provigil if he was also taking           10:30:48
11 trazodone?
12 A.  Generally, yes.
13 Q.  Now, would you have relied on
14 Mr. Shearer to disclose to you these other
15 medications that he was taking at the time that 10:30:59
16 you were also prescribing medications to him?
17 A.  My general practice, I can't recall
18 my conversations with Mr. Shearer, but my
19 general practice is always to, for patients to
20 tell us about their current medications.        10:31:12
21 Q.  Okay. And is one of the reasons
22 that you would want to be aware of potential
23 interactions between the drugs that you're
24 prescribing?
25 A.  That is one reason.                         10:31:23

**Page 71**

1  Q.  And what would the other reasons
2  be?
3  A.  For an accurate and complete
4  medical record.
5  Q.  Are you aware that Mr. Shearer     10:31:31
6  committed suicide?
7  A.  Yes.
8  Q.  Okay. When did you become aware of
9  that fact?
10 A.  I can't remember.                   10:31:39
11 Q.  How did you become aware of that
12 fact?
13 A.  Can't remember.
14 Q.  Were you still in Williamstown?
15 A.  I was.                              10:31:44
16 Q.  Did you talk with anyone about the
17 fact that he had committed suicide?
18 A.  I can't remember.
19 Q.  Did you ever reach any conclusion
20 or have any thoughts in your own mind as to why 10:31:56
21 you thought he might have committed suicide?
22 A.  My vague recollection was that it
23 related to his medical problems.
24 Q.  From his stroke?
25 A.  Not -- when I say medical problems, 10:32:19

**Page 72**

1  I look at it in a global fashion, so no
2  particular problem, just the combination of all
3  of his issues.
4  Q.  He, in addition to having the
5  stroke, also had the heart condition, correct?  10:32:31
6  A.  Yes.
7  Q.  And then he also had -- did he have
8  the incident in the hospital with the ruptured
9  spleen?
10 A.  I can't remember.                           10:32:41
11 Q.  But he did have quite a few medical
12 issues going on at that time. You do recall
13 that?
14 A.  Yes, I do.
15 Q.  Did you ever talk with Mrs. Shearer 10:32:48
16 after Mr. Shearer's death?
17 A.  I can't remember.
18     MS. SCHULTZ: I want to stop for
19 now and -- can you tell me how long we've been
20 on the record?                                  10:33:09
21     THE VIDEOGRAPHER: 1:21.
22     MS. SCHULTZ: Okay. I'll reserve a
23 little bit for when you're done to follow up.
24     MR. SOH: Okay.
25     MS. SCHULTZ: Do you need a break   10:33:17

**Page 73**

1  at all?
2     THE WITNESS: I'm good.
3     MS. SCHULTZ: Are you sure?
4     THE WITNESS: Yes.
5  EXAMINATION OF DANIEL M. SULLIVAN, M.D.  10:33:23
6  BY MR. SOH:
7  Q.  Dr. Edwards [sic], my name is Ken
8  Soh and I represent the Shearer family. I just
9  want to ask you -- give you a brief background
10 as to why we're here and ask you a couple       10:33:31
11 topics of questions and hopefully we'll be done
12 by lunch.
13     But the Shearer family has filed a
14 lawsuit against the manufacturers of Neurontin
15 as a result of Mr. Shearer's suicide. Okay.     10:33:40
16 And one of the main reasons that we came here
17 is that we were a little confused and we want
18 your help in trying to figure out if you
19 consider -- who prescribed Neurontin to
20 Mr. Shearer. Okay.                              10:33:56
21     And so let me give you a few things
22 to look at, and then we can talk about that
23 from here. Okay.
24     I think earlier on you testified
25 that you believe that Mr. Shearer was initially 10:34:06

**Page 74**

1 placed on Neurontin by the specialist, I guess,
2 in Boston, I guess at Brigham and Women's, or
3 somewhere along those lines?
4    A.  I saw a note in the record
5 reflecting that.                          10:34:20
6        MR. SOH: What exhibit number are
7 we on, ma'am?
8        MS. SCHULTZ: 3.
9        MR. SOH: 3.
10          - - - - -
11       (Thereupon, Sullivan Deposition
12       Exhibit 3 was marked for purposes of
13       identification.)
14          - - - - -
15    Q.  Those are the records that we got    10:34:28
16 from Harts Pharmacy. You have Harts Pharmacy
17 in Williamstown, Massachusetts, right?
18    A.  Correct.
19    Q.  I get the sense of Williamstown
20 being maybe a one-or-two-pharmacy-kind-of-town.  10:34:33
21 Is that a fair statement?
22    A.  There were two pharmacies in
23 Williamstown.
24    Q.  The reason, one of the reasons why
25 we came here was that in the pharmaceutical   10:34:41

**Page 75**

1 records I highlighted the Neurontin
2 prescriptions, okay. And it shows that you
3 were the prescriber from November of 2000 to,
4 all the way through the last prescription they
5 have is January 31 of 2002. Okay.         10:34:58
6        Do you want to look through that
7 briefly?
8    A.  Mm-hmm.
9    Q.  And then -- and then let's go back
10 to the stack of records that you have       10:35:21
11 that -- back to page -- for whatever reason,
12 the pharmacy has you down as the prescriber to
13 Mr. Shearer, correct?
14    A.  This form has my name associated
15 with the medication.                       10:35:39
16    Q.  So you don't believe that you
17 prescribed -- the only prescription you recall
18 filling for Mr. Shearer for Neurontin was in
19 March 4 of 2001, you did a refill for him, and
20 that's at page 8 in that stack in front of you,  10:35:55
21 is that --
22    A.  I don't recall anything about
23 Neurontin.
24    Q.  Right.
25    A.  The only thing that I can state is   10:36:00

**Page 76**

1 that there's a note in this record in front of
2 me mentioning that I approved five refills for
3 Neurontin.
4    Q.  Okay. Let me ask you this
5 question, and if you can help me translate that  10:36:10
6 note in front of you, page 8. It says Shearer,
7 Hartley. It says N 72208. I guess, is that
8 his patient number he was assigned?
9    A.  Yes.
10    Q.  Okay. And it has the date, 5-4 of    10:36:23
11 '01. It says Neurontin. And it says Rx
12 754415. Is that a tracking number for the
13 Williamstown Medical Associates?
14    A.  I don't know what that number
15 reflects.                                  10:36:38
16    Q.  Okay. If you look at it above, the
17 Celebrex prescription above it, it says 754414.
18 And the one below it, Neurontin, is 774415. Is
19 that some kind of -- my assumption is it's some
20 kind of tracking system, but you don't know one  10:36:53
21 way or the other?
22    A.  I don't.
23    Q.  Okay. And it says, "times 5 R,"
24 which I think you testified earlier is five
25 refills?                                   10:37:02

**Page 77**

1    A.  Correct.
2    Q.  Harts, I guess that's a reference
3 to the pharmacy, it would be filled at or that
4 you would call it into?
5    A.  This type of note is, reflects a     10:37:08
6 phone conversation from the person who created
7 the note --
8    Q.  Okay.
9    A.  -- with the pharmacy.
10    Q.  Right. And so that -- and so DMS,    10:37:17
11 which is your initials?
12    A.  Correct.
13    Q.  And that, I guess, BA O'Neil, RTR.
14 Is that a nurse?
15    A.  She is Barbara O'Neil, who is a      10:37:29
16 registered technician of radiology.
17    Q.  Okay. And would she have been the
18 one who made the phone call to the pharmacy?
19    A.  Based on that note, yes.
20    Q.  Okay. Now, I just want to confirm,   10:37:42
21 there was no office visit that day?
22    A.  I don't recall.
23    Q.  Well, if we can just go through,
24 and I see -- that's why I just want to confirm
25 that there was no office visit, it was just  10:37:59

20 (Pages 74 to 77)