UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| *Shearer v. Pfizer Inc., et al.* Case No. 1:07-cv-11428-PBS | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT OF THEIR EMERGENCY MOTION FOR AN ORDER RESTRICTING COMMUNICATIONS WITH TREATING PHYSICIANS AND IMPOSING SANCTIONS AGAINST DR. DAVID EGILMAN**

Defendants Pfizer Inc and Warner-Lambert Company LLC ("Pfizer") respectfully move for leave to submit a reply memorandum in further support of their emergency motion for an order preventing Plaintiff's counsel and their agents, including consultant Dr. David Egilman, from engaging in improper communications designed to alter and tamper with the testimony of treating physicians, along with a supporting declaration. The proposed reply memorandum and declaration are attached hereto as Exhibits 1 and 2, respectively.

Pfizer submits that its proposed reply memorandum and supplemental declaration are necessary to clarify the issues in this motion and to correct material misstatements set forth in the September 28, 2009, Declaration of David Egilman, M.D., MPH.

WHEREFORE, Pfizer respectfully requests that the Court grant this motion for leave to file the proposed reply memorandum and supporting declaration that are attached hereto as Exhibits 1 and 2.

Dated: October 2, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:     /s/ Mark S. Cheffo
         Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

SHOOK, HARDY & BACON L.L.P.

By:     /s/ Scott W. Sayler
         Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

-and-

WHITE AND WILLIAMS LLP

By:     /s/ David B. Chaffin
         David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 2, 2009.

                              /s/ David B. Chaffin
                              David B. Chaffin