## CERTIFICATE OF SERVICE

       I hereby certify that on October 2, 2009, I caused the Coordinated Plaintiffs' Trial Plan to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

                ATTORNEY FOR THE COORDINATED PLAINTIFFS

                /s/ Elana Katcher
                ELANA KATCHER