UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:     MDL Docket No. 1629
In re:  NEURONTIN MARKETING,             :
       SALES PRACTICES AND                      :     Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION   :
:     Judge Patti B. Saris
---------------------------------------------------------------x
:     Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:            :
:
ALL PRODUCTS LIABILITY CASES        :
:
---------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN SUPPORT
OF PRODUCTS LIABILITY PLAINTIFFS' MOTION TO EXCLUDE
TESTIMONY AND EXHIBITS OF DR. ROBERT GIBBONS
PURSUANT TO FED. R. EVID. 702 ET SEQ. AND DAUBERT**

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1. My name is Andrew G. Finkelstein. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, and a member of the Products Liability Plaintiffs' Steering Committee. I have personal knowledge of the matters stated below in this declaration.

2. This declaration is made in support of Products Liability Plaintiffs' Motion to Exclude Testimony and Exhibits of Dr. Robert Gibbons Pursuant to Fed. R. Evid. 702 et seq. and *Daubert*.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition testimony of Dr. Robert Gibbons from the depositions of February 3, 2009, February 4, 2009, March 5, 2009 and April 27, 2009.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of Dr. Sander Greenland dated July 21, 2009.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the hearing before the Court on July 21, 2009.

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the hearing before the Court on July 23, 2009.

7. Attached hereto as Exhibit 5 is a true and correct copy of the expert report of Dr. Robert Gibbons dated March 19, 2009, ECF Doc. # 1877-9.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Gibbons Bipolar paper, ECF Doc. # 1806-12.

9. Attached hereto as Exhibit 7 is a true and correct copy of the report of Dr. Sander Greenland dated May 31, 2009, ECF Doc. # 1877-10

10. Attached hereto as Exhibit 8 is a true and correct copy of FDA's Guidance for Industry, ECF Doc. # 1877-11.

11. Attached hereto as Exhibit 9 is a true and correct copy of an excerpt from the Reference Manual for Scientific Evidence, 2nd.

12. Attached hereto as Exhibit 10 is a true and correct copy of Plaintiffs' *Daubert* Motion to Strike Dr. Gibbons, dated June 22, 2009, ECF Doc. ## 1875, 1876.

13. Attached hereto as Exhibit 11 is a true and correct copy of Plaintiffs' Memorandum to Strike New Report, dated May 29, 2009, ECF Doc. # 1805.

14. Attached hereto as Exhibit 12 is a true and correct copy of Plaintiffs' Memorandum to Strike Dr. Gibbons for Lying, dated May 29, 2009, ECF Doc. #1808.

15. Attached hereto as Exhibit 13 is a true and correct copy of Defendants' Combined Opposition Memorandum to Strike Dr. Gibbons. dated June 12, 2009, ECF Doc. # 1836.

16. Attached hereto as Exhibit 14 is a true and correct copy of Plaintiffs' Reply Memorandum to Strike Dr. Gibbons, dated June 24, 2009, ECF Doc. # 1923.

17. Attached hereto as Exhibit 15 is a true and correct copy of Plaintiffs' Memorandum Objecting to Order of Magistrate Judge Sorokin, dated July 10, 2009, ECF Doc. # 1992.

18. Attached hereto as Exhibit 16 is a true and correct copy of Defendants' Memorandum Response to Objection ,dated July 17, 2009, ECF Doc. # 2030.

19. Attached hereto as Exhibit 1A is a true and correct copy of the deposition testimony of Dr. Robert Gibbons, dated February 3, 2009.

20. Attached hereto as Exhibit 1B is a true and correct copy of the deposition testimony of Dr. Robert Gibbons, dated February 4, 2009.

21. Attached hereto as Exhibit 1C is a true and correct copy of the deposition testimony of Dr. Robert Gibbons, dated March 5, 2009.

22. Attached hereto as Exhibit 1D is a true and correct copy of the deposition testimony of Dr. Robert Gibbons, dated April 27, 2009.

23. Attached hereto as Exhibit 2A is a true and correct copy of the deposition of Dr. Sander Greenland, dated July 21, 2009.

24. Attached hereto as Exhibit 3A is a true and correct copy of the hearing before the Court on July 21, 2009.

25. Attached hereto as Exhibit 4A is a true and correct copy of the hearing before the Court on July 23, 2009.

Dated:  October 9, 2009

       **/s/ Andrew G. Finkelstein**
       Andrew G. Finkelstein
       FINKELSTEIN & PARTNERS, LLP
       Attorneys for Plaintiffs
       1279 Route 300, P.O. Box 1111
       Newburgh, NY  12551
       Tel.: 845-562-0203
       Fax:  845-562-3492

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on October 9, 2009.

       **/s/ Andrew G. Finkelstein**
       Andrew G. Finkelstein