UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ------------------------------------------------ x<br>NEURONTIN MARKETING, SALES PRACTICES, AND<br>PRODUCTS LIABILITY LITIGATION<br><br>------------------------------------------------ x<br>THIS DOCUMENT RELATES TO:<br><br><br>------------------------------------------------ x<br>HARDEN MANUFACTURING CORPORATION;<br>LOUISIANA HEALTH SERVICE INDEMNITY COMPANY,<br>dba BLUECROSS/BLUESHIELD OF LOUISIANA;<br>INTERNATIONAL UNION OF OPERATING ENGINEERS,<br>LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL<br>52 HEALTH BENEFITS TRUST; GERALD SMITH; and<br>LORRAINE KOPA, on behalf of themselves and all others<br>similarly situated, v. PFIZER INC. and WARNER-LAMBERT<br>COMPANY.<br><br><br>------------------------------------------------ x<br>THE GUARDIAN LIFE INSURANCE COMPANY OF<br>AMERICA v. PFIZER INC. and<br>AETNA, INC. v. PFIZER INC.<br><br><br><br>------------------------------------------------ x | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T.<br>Sorokin |

**DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT
THE RECORD IN SUPPORT OF ITS OPPOSITION TO
CLASS PLAINTIFFS' MOTION FOR RECONSIDERATION**

Defendants Pfizer Inc and Warner-Lambert Company LLC ("Pfizer") respectfully move for leave to supplement the factual record before the Court in advance of the hearing on Class Plaintiffs' Motion for Reconsideration on October 15, 2009. Recent discovery bearing on Pfizer's arguments in opposition to Plaintiffs' motion has come to light, and Pfizer intends to rely on this discovery at the oral argument before the Court on October 15, 2009. Pfizer's supplemental declaration, with the relevant discovery attached thereto, is attached as Exhibit 1.

WHEREFORE, Pfizer respectfully requests that the Court grant this motion for leave to file the supplemental declaration that is attached hereto as Exhibit 1.

Dated: October 13, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

SHOOK, HARDY & BACON L.L.P.

By:   /s/ Scott W. Sayler
      Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

-and-

WHITE AND WILLIAMS LLP

By:   /s/ David B. Chaffin
      David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

2

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 13, 2009.

/s/ David B. Chaffin
David B. Chaffin