UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| HARDEN MANUFACTURING CORPORATION; LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, dba BLUECROSS/BLUESHIELD OF LOUISIANA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL 52 HEALTH BENEFITS TRUST; GERALD SMITH; and LORRAINE KOPA, on behalf of themselves and all others similarly situated, v. PFIZER INC. and WARNER-LAMBERT COMPANY. | PROPOSED DOCUMENT  FILED UNDER SEAL |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC. and AETNA, INC. v. PFIZER INC. | |

**SUPPLEMENTAL DECLARATION OF MARK S. CHEFFO
IN SUPPORT OF DEFENDANTS' OPPOSITION TO
<u>CLASS PLAINTIFFS' MOTION FOR RECONSIDERATION</u>**

I, Mark S. Cheffo, declare and state as follows:

1.   I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2.   Attached as Exhibit A is a true and correct copy of medical records from Four Winds Hospital - Saratoga.

3.      Attached as Exhibit B is a true and correct copy of portions of the October 7, 2009, Deposition of Redacted Y Redacted

I declare the foregoing statements are true and correct under the penalties of perjury, this the 13th day of October, 2009.

s/ Mark S. Cheffo<br>
Mark S. Cheffo

# EXHIBIT A
*Filed Under Seal*

# EXHIBIT B
*Filed Under Seal*