# EXHIBIT A

<u>**CASES PENDING IN THE NEURONTIN MDL NO. 1629**</u>
<u>**NAMING TEVA PHARMACEUTICALS USA, INC. AS A DEFENDANT**</u>

| ORIGINAL CASE | TEVA'S RESPONSE | TRANSFER TO MDL |
| --- | --- | --- |
| *Blackwell v. Pfizer Inc., et al.*, No. 2:06-cv-2295-BWK (E. D. Pa. filed Jun 1, 2006). | Motion to dismiss filed June 12, 2006. | Transferred to this MDL by CTO-25 (July 17, 2006), No. 1:06-cv-11397-PBS. |
| *Briggs v. Pfizer Inc., et al.*, No. 1:06-cv-15451-JSR (S.D.N.Y filed Dec. 26, 2006). | Motion to dismiss filed March, 12, 2007; Stipulation Adjourn Teva's Motion to Dismiss entered Feb. 28, 2008. | Transferred to this MDL by CTO-36 (Jan. 31, 2007), No. 1:07-cv-10327-PBS. |
| *Farris v. Pfizer Inc., et al.*, No. 0:06-cv-03975-ADM-JSM (D. Minn. filed Oct. 5, 2006). | Stipulations to extend Teva's time to answer entered Feb. 15, 2007 and Feb. 28, 2008. | Transferred to this MDL by CTO-36 (Oct. 24, 2006), No. 1:06-cv-12063-PBS. |
| *Hairfield v. Pfizer Inc., et al.*, No. 2:08-cv-01998-JCJ (E. D. Pa. filed April 2, 2008). | Answer filed June 6, 2008. | Transferred to this MDL by CTO-53 (May 7, 2008), No. 1:08-cv-10930-PBS. |
| *McLendon v. Pfizer Inc., et al.*, No. 1:08-cv-07843-JSR (S.D.N.Y. filed Sept. 9, 2008). | Stipulation to extend Teva's time to answer entered Jan. 9, 2009. | Transferred to this MDL by CTO-59 (Dec. 8, 2008), No. 1:08-cv-12034-PBS. |
| *Morrow v. Pfizer Inc., et al.*, No. 3:08-cv-00071-SA-SAA (N. D. Miss. filed July 2, 2008). | Stipulation to extend Teva's time to answer entered Oct. 16, 2008. | Transferred to this MDL by CTO-58 (Oct. 6, 2008), No. 1:08-cv-11706-PBS. |
| *Newberry v. Pfizer Inc., et al.*, No. 1:07-cv-00110-WLS (M. D. Ga. filed July 7, 2007) (summons issued as to Teva on Oct. 12, 2007). | Answer filed Dec. 14, 2007. | Transferred to this MDL by CTO-46 (July 24, 2007), No. 1:07-cv-11499-PBS. |
| *Ramsey v. Pfizer Inc., et al.*, No. 2:06-cv-04718-MK (E. D. Pa. filed Oct. 20, 2006). | Motion to Dismiss filed Oct. 27, 2007. | Transferred to this MDL by CTO-34 (Nov. 17, 2006), No. 1:06-cv-12212-PBS. |
| *Samuels v. Pfizer Inc., et al.*, No. 1:08-cv-00980-BEL (D. Md. filed April 17, 2008). | Stipulation to extend Teva's time to answer entered June 6, 2008. | Transferred to this MDL by CTO-53 (May 7, 2008), No. 1:08-cv-10958-PBS. |

LIBA/1890339.1