# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
------------------------------------------------- x

THIS DOCUMENT RELATES TO:

ALL ACTIONS

------------------------------------------------- x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin
:

## DECLARATION OF CATHERINE B. STEVENS

I, Catherine B. Stevens, state, under the penalties of perjury, as follows:

1. I am counsel to the firm of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY, 10036. My telephone number is (212) 735-2183, and my email address is Catherine.Stevens@skadden.com.

2. I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc., Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3. I am a member in good standing of the bar of the State of New York. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5662071v.1

2

4. I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 5th DAY OCTOBER 2009.

/s/ Catherine B. Stevens
Catherine B. Stevens

5662071v.1