UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

*Shearer v. Pfizer Inc., et al.*
Case No. 1:07-cv-11428-PBS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' EMERGENCY MOTION TO COMPEL CONTINUATION OF PLAINTIFF'S DEPOSITION

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move this Court for an order directing Plaintiff to appear for the continuation of her deposition so that Defendants will have the opportunity to question her about significant and relevant information not previously known at the time of her prior deposition. The grounds for this motion are set forth in more detail in the accompanying memorandum of law.

Counsel for Defendants contacted Plaintiff's counsel on September 22, 2009, to schedule the resumption of Mrs. Shearer's deposition and were later informed that she would only be available for a very brief time, and only by telephone. In light of the approaching cut-off for discovery, Defendants ask that this motion be considered on an expedited basis.

WHEREFORE, Defendants respectfully request that this Court order Plaintiff to appear for the continuation of her deposition.

Dated: October 16, 2009　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE,
　　　　　　　　　　　　　　　　　　　　　MEAGHER & FLOM LLP

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Mark S. Cheffo
　　　　　　　　　　　　　　　　　　　　　　　　Mark S. Cheffo

　　　　　　　　　　　　　　　　　　　　Four Times Square
　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　Tel:  (212) 735-3000

　　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　BOIES, SCHILLER & FLEXNER LLP

　　　　　　　　　　　　　　　　　　　　By:　　/s/ William S. Ohlemeyer
　　　　　　　　　　　　　　　　　　　　　　　　William S. Ohlemeyer

　　　　　　　　　　　　　　　　　　　　333 Main Street
　　　　　　　　　　　　　　　　　　　　Armonk, NY 10504
　　　　　　　　　　　　　　　　　　　　Tel: (914) 749-8200

　　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Scott W. Sayler
　　　　　　　　　　　　　　　　　　　　　　　　Scott W. Sayler

　　　　　　　　　　　　　　　　　　　　2555 Grand Blvd.
　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64108-2613
　　　　　　　　　　　　　　　　　　　　Tel:  (816) 474-6550

　　　　　　　　　　　　　　　　　　　　　　-and-

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 16, 2009.

/s/ David B. Chaffin_____
David B. Chaffin