UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------x

THIS DOCUMENT RELATES TO:

*Shearer v. Pfizer Inc., et al.*
Case No. 1:07-cv-11428-PBS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

------------------------------------------------x

### DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION TO COMPEL CONTINUATION OF PLAINTIFF'S DEPOSITION

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of excerpts from the February 25-26, 2008, Deposition of Linda B. Shearer.

3. Attached as Exhibit B is a true and correct copy of the suicide note of Hartley P. Shearer.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 16th day of October, 2009.

                                                       s/ Mark S. Cheffo
                                                       Mark S. Cheffo

- 2 -

## CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 16, 2009.

                               /s/ David B. Chaffin\_\_\_\_\_
                               David B. Chaffin