# EXHIBIT A

```
                                                                    1
 1              UNITED STATES DISTRICT COURT
                   MDL DOCKET NO. 1629
 2                MASTER FILE NO. 04-10981
                   JUDGE PATTI B. SARIS
 3            MAGISTRATE JUDGE LEO T. SOROKIN

 4

 5   IN RE: NEURONTIN              )
     MARKETING, SALES              )       CONFIDENTIAL
 6   PRACTICES, AND PRODUCTS       )
     LIABILITY LITIGATION          )
 7   _____   )
                                   )
 8   THIS DOCUMENT RELATES TO:     )
                                   )
 9   PRODUCTS LIABILITY ACTIONS    )  HIGHLY CONFIDENTIAL
                                   )
10   HARDEN MANUFACTURING          )
     CORPORATION ET AL.            )
11                                 )
     VS.                           )
12                                 )
     PFIZER, INC. AND              )
13   WARNER-LAMBERT COMPANY        )

14

15   ***********************************************
16              ORAL AND VIDEOTAPED DEPOSITION OF
                       LINDA B. SHEARER
17                     FEBRUARY 25, 2008
                          VOLUME 1
18   ***********************************************

19
         ORAL AND VIDEOTAPED DEPOSITION of LINDA B.
20   SHEARER, produced as a witness at the instance of the
     Defendant Pfizer, Inc., and duly sworn, was taken in
21   the above-styled and numbered cause on FEBRUARY 25,
     2008, from 9:11 a.m. to 5:30 p.m., before Denyce M.
22   Sanders, CSR, RPR, in and for the State of Texas,
     recorded by machine shorthand, at the offices of The
23   Lanier Law Firm, 6810 FM 1960 West,, Houston, Texas,
     pursuant to the Federal Rules of Civil Procedure and
24   the provisions stated on the record or attached
     hereto; that the deposition shall be read and signed
25   before any notary public.
```

## Page 2

```
 1         A P P E A R A N C E S
 2
    FOR THE CLASS PLAINTIFFS:
 3
        THE LANIER LAW FIRM
 4       6810 FM 1960 West,
         Houston, Texas 77069
 5       Mr. Kenneth S. Soh
 6
    FOR THE DEFENDANT PFIZER, INC. AND WARNER-LAMBERT
 7  COMPANY:
 8       SHOOK, HARDY & BACON, L.L.P.
         2555 Grand Boulevard
 9       Kansas City, Missouri  64108-2613
         Ms. Lori Schultz
10
11
    VIDEOGRAPHER:
12
        Corey Laborde
13
```

## Page 3

```
 1          EXAMINATION INDEX
 2
 3  WITNESS:    LINDA B. SHEARER
 4  EXAMINATION                    PAGE
 5    BY MS. SCHULTZ                  4
 6  SIGNATURE REQUESTED             249
 7
    REPORTER'S CERTIFICATION        251
 8
 9
              EXHIBIT INDEX
10
                   PAGE
11
    SHEARER EXHIBIT NO. 1           128
12    Death certificate and various
      medical records
13
    SHEARER EXHIBIT NO. 2           174
14    Williamstown Police Department
      Case Sheet
15
    SHEARER EXHIBIT NO. 3           191
16    Complete hospital records and
      itemized billing
17
    SHEARER EXHIBIT NO. 4           219
18    Psychiatric records
```

## Page 4

```
 1           LINDA B. SHEARER,
 2  having been first duly sworn, testified as follows:
 3               E X A M I N A T I O N
 4  BY MS. SCHULTZ:
 5      Q.  Would you please state your full name.
 6      A.  Linda Balding Shearer.
 7      Q.  What is your current residence address?
 8      A.  1616 Kipling Street, Houston, Texas.
 9      Q.  Does anyone live there with you?
10      A.  No.
11      Q.  How long have you lived at Kipling Street?
12      A.  Since early August.
13      Q.  Where did you live before that?
14      A.  Cincinnati, Ohio.
15      Q.  And what was your address there?
16      A.  224 East 8th Street.
17      Q.  And how long did you live at that address?
18      A.  Two years.
19      Q.  Did anyone live with you in Cincinnati, Ohio?
20      A.  No.
21      Q.  And prior to Cincinnati?
22      A.  Williamstown, Massachusetts.
23      Q.  And your address there?
24      A.  202 Pine Cobble Road.
25      Q.  And how long did you live at that address?
```

## Page 5

```
 1      A.  We moved there in 1995.
 2      Q.  Until?
 3      A.  2004.
 4      Q.  And who lived with you at the Pine Cobble
 5  Road address?
 6      A.  My husband, until he died in 2002.
 7      Q.  Did anyone else at any time live with you?
 8      A.  I'm trying -- our son, I think, was away at
 9  school at -- by that point.  But he would be home for
10  vacations.
11      Q.  And prior to your address at Pine Cobble
12  Road, did you live somewhere else in Williamstown?
13      A.  Yes.
14      Q.  Where was that?
15      A.  32 South Street.
16      Q.  And how long did you live there?
17      A.  Oh, approximately six years.
18      Q.  And who lived with you at that address?
19      A.  My husband and my son.
20      Q.  And what is your son's name?
21      A.  Ivor Hartley Shearer.
22      Q.  Where does Ivor currently live?
23      A.  New Orleans.
24      Q.  What does he do in New Orleans?
25      A.  He does freelance carpentry and is a video
```

2 (Pages 2 to 5)

Page 90

1  thought may be a suicide note or provide some
2  explanation for his suicide?
3      A. I didn't, no.
4      Q. Has anyone else found anything and come to
5  you?
6      A. Yes.
7      Q. Who?
8      A. The trooper who investigated the case.
9      Q. And what was the trooper's name?
10     A. I was trying to -- I don't remember.
11     Q. What did the trooper tell you?
12     A. He gave me a copy of the note.
13     Q. And do you still have the note?
14     A. I -- I -- I think I do. It's somewhere.
15  I've looked for it and I have not been able to find
16  it.
17     Q. Are you aware that would be a document that
18  we would need to see --
19     A. Yes.
20     Q. -- in this case and a document that we've
21  requested?
22     A. Yes.
23     Q. When did you last see this note?
24     A. I -- I don't remember. Probably -- in
25  Williamstown, probably.

Page 91

1      Q. Do you recall seeing it when you packed to
2  move to Cincinnati?
3      A. No. I don't recall that.
4      Q. Where did you keep the note after it was
5  given to you?
6      A. I don't remember.
7      Q. In other words, did you put it in anyplace of
8  safekeeping?
9      A. I -- I put it with other -- other documents.
10  In a box, most likely.
11     Q. And what kind of other documents?
12     A. Oh, I -- I just don't -- I don't know. You
13  know, medical records, that sort of thing.
14     Q. Did you show the suicide note to anyone?
15     A. To my son.
16     Q. To anyone else?
17     A. I don't think so.
18     Q. Did you show the -- or tell anyone about the
19  contents of the note?
20     A. I don't remember.
21     Q. Did you tell any therapist, counselor or
22  doctor about the contents of the note?
23     A. No.
24     Q. When did you show Ivor the note?
25     A. After I received it from the trooper.

Page 92

1      Q. When did the trooper bring it to you?
2      A. Probably about a week after Hartley's death.
3      Q. Did you ask the trooper why he hadn't brought
4  it to you earlier?
5      A. I think I might have.
6      Q. And what did he --
7      A. I don't remember.
8      Q. Tell me what the note said.
9      A. I don't remember exactly what it said. And
10  what I do remember was it -- that it -- that he said
11  that he loved Ivor and me.
12     Q. What else do you recall was in the note?
13     A. It was -- it was something that really didn't
14  make sense, that -- that had to do with -- it was
15  something negative that was -- see, I was away at the
16  time. And I just don't -- I don't remember what the
17  wording was because obviously I've blocked it out.
18  But it was, you know, "This is it. I can't -- I -- I
19  can't take anymore." But that wasn't exactly what it
20  was.
21     Q. Did it seem as if he was angry with you in
22  the note?
23     A. To a certain extent.
24     Q. Did he communicate that he was angry that you
25  were out of town?

Page 93

1      A. I don't think so. I don't think so.
2      Q. Do you know why the trooper did not include
3  the suicide note that he found in the police report or
4  other police documents?
5          MR. SOH: Objection. Form. Assumes
6  facts not in evidence. Go ahead and answer if you
7  can.
8      A. No.
9  (BY MS. SCHULTZ) You said you don't remember the name
10  of the trooper?
11     A. I don't. I know he was a trooper.
12     Q. A state trooper?
13     A. Yes.
14     Q. And he said he was there and had investigated
15  the scene?
16     A. Yes.
17     Q. Did he just come to your house and bring the
18  note?
19     A. He made an appointment to meet with me.
20     Q. Where?
21     A. At my house.
22     Q. Tell me what he said when he came to the
23  house.
24     A. The only thing I remember him saying was a
25  suicide isn't a suicide until it's proven it's not a

24 (Pages 90 to 93)

**Page 94**

1  homicide. Seemed very odd to me. The specific
2  questions he asked me, I don't -- I don't have any
3  memory.
4  Q. Did he imply that he thought it could have
5  been a homicide?
6  A. There -- did he imply? There was --
7  there was -- it wasn't implication, but it was so
8  clear that it wasn't.
9  Q. Did he ask you questions about other people
10  that had been in the home?
11  A. I don't remember. I really don't remember.
12  Q. Well, at the time he came to meet with you,
13  had the death already been determined to be a suicide?
14  A. Well, I think it was under investigation.
15  Q. So at the time he brought the note to you, it
16  was under investigation?
17  A. I believe so.
18  Q. And did he tell you that -- whether or not he
19  had kept a copy of the note?
20  A. No, he did not tell me that.
21  Q. Well, when he handed you the note, did the
22  note make clear that Mr. Shearer was planning to kill
23  himself?
24  A. Yes.
25  Q. And how did it do that?

**Page 95**

1  A. Well, he -- it said, "This is it." Now --
2  yeah.
3  Q. Can you recall anything else that was written
4  in this suicide note?
5  A. I -- I really can't. I really can't.
6  Q. Did it make you feel better or worse when you
7  read it?
8  A. It just made me very unhappy.
9  Q. And was it something that was written in the
10  note that made you feel that way?
11  A. No. The fact that he had killed himself.
12  Q. Did he seem to place any blame on you in the
13  note?
14  A. I just -- I just can't remember exactly what
15  it was. Yes, in a way.
16  Q. And in what way did he place blame on you?
17  A. Probably had to do with my not being there.
18  Q. Anything else you can think of?
19  A. No.
20  Q. Did the note make you feel guilty in any
21  manner?
22  A. No.
23  Q. What kind of paper was it written on?
24  A. I don't know. It was 9-by-12 or 8 --
25  8-by-11.

**Page 96**

1  Q. Was it notebook paper or just plain typing
2  paper?
3  A. I -- I -- I got a Xerox. So I'm not sure.
4  Q. Oh, so they did not give you the original?
5  A. No.
6  Q. Was it handwritten?
7  A. Yes.
8  Q. In Mr. Shearer's handwriting?
9  A. Yes.
10  Q. And did it look like his normal, usual
11  handwriting?
12  A. Yes.
13  Q. And can you give me some approximation as to
14  how long the note was? How many lines, how many
15  words?
16  A. It basically filled up the page. But the
17  lettering was like that (indicating), so it was like
18  maybe five lines, six lines.
19  Q. What did Ivor say when you showed the note to
20  him?
21  A. I don't remember.
22  Q. But you kept a copy -- a Xerox copy of the
23  note, correct?
24  A. Correct.
25  Q. Did you ask the trooper about his comment

**Page 97**

1  regarding a homicide, given the nature of the note?
2       MR. SOH: Objection. Form.
3  Q. (BY MS. SCHULTZ) You can go ahead and answer
4  if you understand.
5       MR. SOH: Yeah. Go ahead and answer,
6  yeah.
7  A. I was in such a state of shock, that I'm sure
8  I did.
9  (BY MS. SCHULTZ) You had a caretaker at the house at
10  the time of his death, right?
11  A. That's right.
12  Q. What was his name?
13  A. Sean Wheeler.
14  Q. To your knowledge, did Mr. Wheeler see the
15  note?
16  A. I don't know.
17  Q. Do you know where the note was found?
18  A. No.
19  Q. When was the last you spoke with Mr. Wheeler?
20  A. Shortly after Hartley's death.
21  Q. Did he attend the funeral?
22  A. No.
23  Q. Did you only speak to him on one occasion
24  after his death?
25  A. I -- I don't remember. I think it was more