# EXHIBIT B

Linda has left me powerless by hanging up on me for the last time. I love you both Ivor & Linda

But this is it —

Harley Beaver