# EXHIBIT H

*In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation*

## EXPERT REPORT OF HENRY G. GRABOWSKI

### I. Qualifications

1) I am a Professor of Economics at Duke University. I received my B.S. degree from Lehigh University in 1962. In 1967, I obtained a Ph.D. in Economics from Princeton University. I have been Director of the Program in Pharmaceuticals and Health Economics at Duke University since 1983. This program performs academic research studies on the economics of the pharmaceutical and biotechnology industries. I have also held visiting scholar appointments at the International Institute of Management in Berlin, Germany, the Health Care Financing Administration in Washington, D.C., the Office of Health Economics in London, and the Centre for Medicines Research in London.

2) My academic and research specialties are the pharmaceutical industry, economics of innovation, government regulation of business, and industrial organization. I have studied the economics of pharmaceuticals over most of my career and have published numerous articles and books on this industry. Under a series of grants from the National Science Foundation and other organizations, I have investigated a number of economic and policy issues involving the pharmaceutical industry. I teach a graduate course at Duke University called "Economics and Management of the Pharmaceutical Industry."

3) I have testified several times before Congressional committees and U.S. regulatory bodies on pharmaceutical industry issues. For example, since 1994, I

### B. Flaws In Dr. Conti's Calculations

44) Dr. Conti relies on NDTI data on drug uses from a sample of physician visits to allocate prescriptions into different indication groupings.[51] For a number of reasons, Dr. Conti's sole reliance on NDTI data for this analysis is misplaced. These reasons include the lack of correspondence between a drug use in the NDTI data and a prescription as well as the size and characteristics of the NDTI sample of physicians. Below I describe some of the issues with Dr. Conti's use of the NDTI data in this case.

45) First, NDTI data is based on a fairly small sample and therefore its estimates of drug uses may be imprecise. For this reason, IMS provides precision tables with confidence intervals or margins of error applicable to NDTI data. For example, the margin of error for an estimate of 100,000 annual uses is plus or minus 61 percent. In other words, if the annual estimate of drug uses equals 100,000, the researcher can only be 95 percent certain the true number of drug uses is between 39,000 and 161,000 uses.[52] Many of Dr. Conti's estimated uses are smaller than 100,000 and are therefore at levels for which IMS does not even provide confidence intervals; however, the confidence intervals would be *wider* (i.e., larger than 61%) in such cases.

---

[51] The IMS definition of drug "use" includes the following physician actions: stock dispensed, stock sold to patient, gave sample, signed/phoned prescription, recommended to patient, hospital order, and not issued this visit. A "use" is counted for every diagnosis the drug is associated with for a particular patient. See IMS Health, National Disease and Therapeutic Index Drug Volume I, 1Q 2006, pp.5, 28, 32

[52] IMS Health, National Disease and Therapeutic Index Drug Volume I, 1Q 2006, pp. 13-14. This confidence interval is based on 2006 NDTI data for drug appearances.