UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL SALES & MARKETING ACTIONS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

## CLASS PLAINTIFFS' AND COORDINATED PLAINTIFFS' ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS' TRIAL PLAN

Class Plaintiffs and Coordinated Plaintiffs (collectively, "Plaintiffs") respectfully request that the Court extend the deadline for Plaintiffs to file their respective replies in response to Defendants' proposed trial plan to October 29, 2009.  Plaintiffs have contacted Defense counsel and Defendants have assented to the extension of this deadline.  Plaintiffs have agreed not to exceed, cumulatively, ten pages for their reply.

Dated: October 22, 2009                                Respectfully Submitted,

By:    **/s/ Thomas M. Sobol**
          Thomas M. Sobol
          Edward Notargiacomo
          Hagens Berman Sobol Shapiro LLP
          55 Cambridge Parkway, Suite 301
          Cambridge, MA 02142

*Plaintiffs' Liaison Counsel and Member of the Class Plaintiffs' Steering Committee*

By:    **/s/Thomas Greene**
          Thomas Greene, Esquire
          Greene LLP
          33 Broad Street, 5th Floor
          Boston, MA 02110

By: **/s/Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By: **/s/Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: **/s/Daniel Becnel, Jr.**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: **/s/James Dugan**
James R. Dugan, Esquire
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

*Members of the Class Plaintiffs' Steering Committee*


By: **/s/Linda P. Nussbaum**
Linda P. Nussbaum, Esquire
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY  10022

By: **/s/Mark D. Fischer**
Mark D. Fischer, Esquire
Mark Sandmann, Esquire
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA  70130

2

> By: **/s/Gerald Lawrence**
> Gerald Lawrence, Esquire
> Lowey Dannenberg Cohen & Hart, PC
> One North Broadway – Suite 509
> White Plains, NY  10601-2310
>
> *Coordinated Plaintiffs*

## CERTIFICATION OF CONSULTATION

I certify that counsel for Plaintiffs have conferred in good faith with Defendants, who indicated that they do not oppose this motion.

> /s/ Thomas M. Sobol

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on October 22, 2009.

> /s/ Thomas M. Sobol

3