UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------x
:  MDL Docket No. 1629
In re: NEURONTIN MARKETING,   :
SALES PRACTICES AND   :  Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION   :
:  Judge Patti B. Saris
----------------------------------------------------------x
:  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:   :
:
*Shearer v. Pfizer Inc.,* 1:07-cv-11428-PBS   :
:
----------------------------------------------------------x

**PLAINTIFF'S EMERGENCY MOTION TO QUASH**
**SUBPOENA DUCES TECUM SERVED ON DAVID FRANKLIN**

Plaintiff Linda B. Shearer, as Executrix of the Estate of Hartley Shearer, hereby moves, by emergency motion, pursuant to Rule 45(c)(3) of the Federal Rules of Civil Procedure, for an order quashing the Subpoena Duces Tecum served on David Franklin by Defendants Pfizer Inc. and Warner-Lambert Company LLC.

This motion is supported by the Memorandum, and the Declaration of Andrew G. Finkelstein, Esq., and attached exhibits, filed herewith.

This application is being made by emergency motion because the proposed deposition of Dr. Franklin is scheduled for October 30, 2009, which also is the deadline for case-specific fact discovery in this case. Pursuant to the Electronic Order entered October 21, 2009, advising the parties to refrain from filing "emergency" discovery motions in the absence of a request for immediate relief, Defendants' time to respond to a non-emergency motion would be October 30, 2009, and the Court would be unable to render a decision on the motion before October 30, 2009, the scheduled deposition date and case-specific fact discovery deadline date.

Dated:  October 23, 2009					Respectfully submitted,

						By:	**/s/ W. Mark Lanier**
							W. Mark Lanier, Esquire
							THE LANIER LAW FIRM, P.L.L.C.
							126 East 56th Street, 6th Floor
							New York, NY  10022

						By:	**/s/ Andrew G. Finkelstein**
							Andrew G. Finkelstein, Esquire
							Finkelstein & Partners, LLP
							1279 Route 300, P.O. Box 1111
							Newburgh, NY  12551

							*Attorneys for Plaintiff Linda B. Shearer*

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:  October 23, 2009

						**/s/ Kenneth B. Fromson**
						Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on October 23, 2009.

						**/s/ Andrew G. Finkelstein**
						Andrew G. Finkelstein, Esquire

2