UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                  :
       SALES PRACTICES AND              :   Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION    :
:   Judge Patti B. Saris
---------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                     :
:
*Shearer v. Pfizer Inc.,* 1:07-cv-11428-PBS   :
:
---------------------------------------------------------------x

### DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION TO QUASH SUBPOENA DUCES TECUM SERVED ON DAVID FRANKLIN

I, Andrew G. Finkelstein, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, and an attorney of record for Plaintiff Linda B. Shearer.

2. This declaration is submitted in support of Plaintiff's emergency motion to quash the Subpoena Duces Tecum served on David Franklin.

3. The following documents are attached hereto in support of this motion:

Exhibit A -   Notice of Deposition and Subpoena Duces Tecum

Exhibit B -   Excerpt from *Egilman* Trial Transcript, Day Three, p. 15

Exhibit C -   Objections of David Franklin

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 23, 2009

                    **/s/ Andrew G. Finkelstein**
                    Andrew G. Finkelstein
                    Finkelstein & Partners, LLP
                    1279 Route 300, P.O. Box 1111
                    Newburgh, NY  12551
                    (800) 634-1212

                    *Attorney for Plaintiff Linda B. Shearer*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on October 23, 2009.

Dated:  October 23, 2009

                    **/s/ Andrew G. Finkelstein**
                    Andrew G. Finkelstein, Esquire