# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
IN RE:                                     )
                                           ) CA No. 04-10981-PBS
NEURONTIN MARKETING, SALES PRACTICES,      ) MDL No. 1629
AND PRODUCTS LIABILITY LITIGATION          ) Pages 1 - 29
-------------------------------------------)
This document relates to:                  )
EGILMAN V. PFIZER, et al, 07-11426-PBS     )
```

JURY TRIAL - DAY THREE

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

United States District Court
1 Courthouse Way, Courtroom 19
Boston, Massachusetts
July 29, 2009, 8:50 a.m.

LEE A. MARZILLI
OFFICIAL COURT REPORTER
United States District Court
1 Courthouse Way, Room 7200
Boston, MA  02210
(617)345-6787

```
 1   A P P E A R A N C E S:

 2   FOR THE PLAINTIFFS:

 3        W. MARK LANIER, ESQ.
          DARA HEGAR, ESQ.
 4        ROBERT LEONE, ESQ.
          Lanier Law Office
 5        6810 FM 1960 Road W
          Houston, TX 77069
 6
          ANDREW G. FINKELSTEIN, ESQ.
 7        KENNETH B. FROMSON, ESQ.
          Finkelstein & Partners, LLP
 8        436 Robinson Avenue
          Newburgh, New York  12550
 9
          JACK W. LONDON, ESQ.
10        Jack W. London & Associates, P.C.
          3710 Bee Cave Road, Suite 200
11        Austin, TX  78746

12
     FOR THE DEFENDANTS:
13
          WILLIAM S. OHLEMEYER, ESQ.
14        Boies, Schiller & Flexner, LLP
          333 Main Street
15        Armonk, NY  10504

16        DAVID B. CHAFFIN, ESQ.
          White and Williams, LLP
17        100 Summer Street, Suite 2707
          Boston, MA  02110
18
          CHARLES P. GOODELL, JR.
19        RICHARD M. BARNES, ESQ.
          Goodell, DeVries, Leech & Dann, LLP
20        One South Street, 20th Floor
          Baltimore, MD  21202
21
          MARK S. CHEFFO, ESQ.
22        Skadden, Arps, Slate, Meagher & Flom, LLP
          Four Times Square
23        New York, NY 10036

24

25
```

Page 15

1          MR. FINKELSTEIN: May I suggest, because I think
2  it's not just Dr. Franklin, it's the rest of his family, and
3  I think it will give him comfort to be able to walk away
4  with this --
5          THE COURT: I think this is what I'm going to do
6  right now. Until -- I understand there are two sides to
7  every story, and Pfizer probably needs --
8          DR. FRANKLIN: And you had the right to
9  question --
10         THE COURT: Has the right to question, I
11 understand that. But until further order of the Court,
12 there should be a stay-away order from any private eye with
13 respect to Dr. Franklin or his family. And you should -- I
14 don't know that you want to give me the names and addresses
15 of your family. Let me just make it that specific. He's
16 been deposed a gazillion times. Isn't that "gazillion" your
17 term?
18         MR. LANIER: Yes, your Honor. It's an appropriate
19 word.
20         THE COURT: And people know what he has to say,
21 and there will be a stay-away order from anybody from Pfizer
22 having to do with Dr. Franklin.
23         And you may want to do your own investigation and
24 put your own version on the record for future -- you know,
25 like, it may come up in Texas or Tennessee, you know,