UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
                                                                 :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                     :
        SALES PRACTICES AND                                      :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                            :
                                                                 :    Judge Patti B. Saris
-----------------------------------------------------------------x
                                                                 :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                        :
                                                                 :
Shearer v. Pfizer Inc., 1:07-cv-11428-PBS                        :
                                                                 :
-----------------------------------------------------------------x
```

## DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL CONTINUATION OF PLAINTIFF'S DEPOSITION

I, Andrew G. Finkelstein, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, and an attorney of record for Plaintiff Linda B. Shearer.

2. This declaration is submitted in opposition to Defendants' motion to compel the continuation of Plaintiff's deposition.

3. The following documents are attached hereto in opposition to Defendants' motion:

   Exhibit A -  February 23, 2009 Letter attaching copy of incident report from Massachusetts State Police, including a copy of the suicide note (remainder of attachments omitted)

   Exhibit B -  December 5, 2007 Letter to Defendants' counsel, attaching Plaintiff's Responses to Defendants' First Set of Interrogatories, Plaintiff's Rule 26(a)(1) Disclosures, Plaintiff's Response to Defendants' First Request for Production of Documents and Things, and various documents, including 22 authorizations (attachments omitted except for authorizations)

Exhibit C -   January 17, 2008 Letter attaching copy of records from Spaulding Rehabilitation Hospital (attachments omitted)

Exhibit D -   January 24, 2008 Letter attaching copy of records from Brigham and Women's Hospital (attachments omitted)

Exhibit E -   January 31, 2008 Letter attaching copy of records from North Adams Regional Hospital, Finkelstein Decl. Ex. E (attachments omitted)

Exhibit F -   January 2008 Letter attaching copy of authorization for Spaulding Rehab Hospital, Finkelstein Decl., Ex. F (attachment omitted)

Exhibit G -   February 14, 2008 Letter attaching copy of records from North Adams Ambulance (attachments omitted)

Exhibit H -   February 15, 2008 Letter attaching copy of records from Dr. Catapano-Friedman (attachments omitted)

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 28, 2009

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Attorney for Plaintiff Linda B. Shearer*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on October 28, 2009.

Dated:  October 28, 2009

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire