EXHIBIT B



# Finkelstein & PARTNERS
## Counselors At Law

A Limited Liability Partnership

(866) 909-8678
Fax: (845) 567-0794
www.lawampm.com

Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)

Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)

Debra J. Reisenman (NY)
Michael T. McGarry (NY)
Steven P. Shultz (NY & MA)

Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Arieh Mezoff (NY)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Karen M. Queenan (NY & CT)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY)
Gail Schlanger (NY)

Of Counsel
Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Sheila Rosenrauch (NY)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)
Gustavo W. Alzugaray (NY & NJ)

Accredited CLE Provider

REFER TO OUR FILE #: 221653-06
December 5, 2007

Shook, Hardy & Bacon
2555 Grand Blvd
Kansas City, MO 64108-2613

Attn: Angela Seaton

Re: Hartley P. Shearer, deceased
    Neurontin MDL 1629

Dear Ms. Seaton:

Enclosed please find Plaintiff's Response to Defendants' First Set of Interrogatories and Plaintiff's Response to Defendants' First Request For Production of Documents And Things, and Plaintiff's Supplemental 26(a)(1) Disclosures.

Also enclosed are authorizations for the following: IRS, Dr. Lisa Catapano-Friedman, Dr. William Chambers, Dr. Elaine Hantman, Dr. Daniel Sullivan, Williamstown Medical Associates, Dr. Keith Edwards, Berkshire Medical Center, North Adams Regional Hospital, Spaulding Rehab Hospital, Brigham & Women's Hospital, Dr. Douglas Herr, Hart's Pharmacy, Williamstown Police Department, Village Ambulance Service, Blue Cross Blue Shield, Harvard Pilgrim Health Care, Westminster School, Middlebury College, New York University, State University of New York at Albany, and Williams College.

Very truly yours,
Finkelstein & Partners

By: MARSHALL P. RICHER, ESQ.

MPR/mht

Enclosures

Newburgh • Albany • Binghamton • Goshen • Kingston • Middletown • Monroe • New Windsor • Newark • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102

Please Send All Correspondence to the Address Indicated Above

Form **4506**

(Rev. November 2005)

Department of the Treasury
Internal Revenue Service

## Request for Copy of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
Read the instructions on page 2.
▶ Request may be rejected if the form is incomplete, illegible, or any required
line was blank at the time of signature.

OMB No. 1545-0429

Tip: You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a Tax Return Transcript for many returns free of charge. The transcript provides most of the line entries from the tax return and usually contains the information that a third party (such as a mortgage company) requires. See Form 4506-T, Request for Transcript of Tax Return, or you can call 1-800-829-1040 to order a transcript.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return or employer identification number (see instructions) |
|---|---|
| Hartley Shearer | 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 |
| 2a If a joint return, enter spouse's name shown on tax return | 2b Second social security number if joint tax return |

3   Current name, address (including apt., room, or suite no.), city, state, and ZIP code

  202 Pine Cobble Road, Williamstown, MA  01267

4   Previous address shown on the last return filed if different from line 3

5   If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax return.

  MRC of Houston
  6330 West Loop South
  Suite 105
  Bellaire, TX  77401

Caution: *If a third party requires you to complete Form 4506, do not sign Form 4506 if lines 6 and 7 are blank.*

6   Tax return requested (Form 1040, 1120, 941, etc.) and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶
Note. *If the copies must be certified for court or administrative proceedings, check here.* . . . . . . . . . . . . . ☐

7   Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

  /   /        /   /        /   /        /   /
  /   /        /   /        /   /        /   /

8   Fee. There is a $39 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN or EIN and "Form 4506 request" on your check or money order.

a   Cost for each return . . . . . . . . . . . . . . . . .  $  **39.00**
b   Number of returns requested on line 7 . . . . . . . .
c   Total cost. Multiply line 8a by line 8b . . . . . . . .  $

9   If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . ☐

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer.

Telephone number of taxpayer on line 1a or 2a

(    )

**Sign Here**

▶ _Mich Shearer_     Signature (see instructions)     Date 11/26/0

▶ Executrix     Title (if line 1a above is a corporation, partnership, estate, or trust)

▶ Spouse's signature     Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.     Cat. No. 41721E     Form **4506** (Rev. 11-2005)

(HIPAA)

TO:    Dr. Lisa Catapano-Friedman
       Name of HealthCareProvider/Physician/Facility

       357 Sheilds Drive, Bennington, VT   05201
       Address, City State and Zipcode

RE:    Patient Name:    Hartley Shearer              AKA:

       Date of Birth:  10/30/44   Social Security Number:    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

       Address:  202 Pine Cobble Road, Williamstown, MA   01267

I hereby authorize the use or disclosure of all psychiatric, psychological or other confidential records relating to the above patient's emotional or other psychiatric /psychological condition, records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim. I expressly request that the designated records custodian of all covered entities under HIPAA identified above disclose full and complete protected health information including the following:
  *    All psychiatric/psychological records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, order sheets, progress notes, nurse's notes, clinic records, treatment plans, admission records, discharge summaries, requests for and reports of consultations, documents, correspondence, test results, statements, questionnaires/histories, records received by other physicians, pharmacy and prescription records, billing records and records of billing to third party payers and payment or denial of benefits.
This protected health information is disclosed for the following purposes: Personal injury lawsuit pending in the United States District Court, District of Massachusetts.

This authorization is given in compliance with 42 CFR 2.31, the restrictions of which have been specifically considered and expressly waived. You are authorized to release the above protected health information to the following representatives who have agreed to pay reasonable charges made by you to supply copies of such records:

MRC of Houston
_____        _____
Name of Representative                             Representative Capacity (e.g. attorney, records requestor, agent, etc.

6330 West Loop South, Suite 105, Bellaire, TX 77401
_____        _____
Street Address                                     City State and Zip Code

I acknowledge that I have the right to revoke this authorization by written notification to you at the above referenced address or oral consent witnessed by two responsible persons where the patient is physically unable to make a written notification of revocation. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein. This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named patient.

I understand that the nature of this authorization is to authorize the release of mental health records for the above named patient.

_Linda Shearer_ (signature)            11/26/07        Linda Shearer
Signature of Patient or Personal Representative   Dated          Name of Patient or Personal Representative

     As Executrix of the Estate of Hartley Shearer, Deceased
Description of Personal Representative's Authority to sign for Patient ( attach documents that show authority )
Patient is physically unable to provide a signature. I personally witnessed that the patient understood the nature of this authorization and freely gave her/his verbal consent to release her/his mental health records.

_____        _____
Witness Signature                                  Dated

_____        _____
Witness Signature                                  Dated

_____        _____
Signature of Staff Person Obtaining Consent of the Patient/Client   Dated

10

TO:    Dr. William Chambers
Name of HealthCareProvider/Physician/Facility

     1120 Park Avenue, New York, NY 10128
Address, City State and Zipcode

RE:    Patient Name:    Hartley Shearer      AKA:

     Date of Birth: 10/30/44 Social Security Number: 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

     Address: 202 Pine Cobble Road, Williamstown, MA 01267

I hereby authorize the use or disclosure of all psychiatric, psychological or other confidential records relating to the above patient's emotional or other psychiatric /psychological condition, records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim. I expressly request that the designated records custodian of all covered entities under HIPAA identified above disclose full and complete protected health information including the following:

* All psychiatric/psychological records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, order sheets, progress notes, nurse's notes, clinic records, treatment plans, admission records, discharge summaries, requests for and reports of consultations, documents, correspondence, test results, statements, questionnaires/histories, records received by other physicians, pharmacy and prescription records, billing records and records of billing to third party payers and payment or denial of benefits.

This protected health information is disclosed for the following purposes: Personal injury lawsuit pending in the United States District Court, District of Massachusetts.

This authorization is given in compliance with 42 CFR 2.31, the restrictions of which have been specifically considered and expressly waived. You are authorized to release the above protected health information to the following representatives who have agreed to pay reasonable charges made by you to supply copies of such records:

MRC of Houston

Name of Representative                 Representative Capacity (e.g. attorney, records requestor, agent, etc.

6330 West Loop South, Suite 105, Bellaire, TX 77401

Street Address                          City State and Zip Code

I acknowledge that I have the right to revoke this authorization by written notification to you at the above referenced address or oral consent witnessed by two responsible persons where the patient is physically unable to make a written notification of revocation. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein. This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named patient.

I understand that the nature of this authorization is to authorize the release of mental health records for the above named patient.

| | | |
|---|---|---|
| *(signature)* | 11/26/0 | Linda Shearer |
| Signature of Patient or Personal Representative | Dated | Name of Patient or Personal Representative |

   As Executrix of the Estate of Hartley Shearer, Deceased
Description of Personal Representative's Authority to sign for Patient ( attach documents that show authority )
Patient is physically unable to provide a signature. I personally witnessed that the patient understood the nature of this authorization and freely gave her/his verbal consent to release her/his mental health records.

Witness Signature                          Dated

Witness Signature                          Dated

Signature of Staff Person Obtaining Consent of the Patient/Client      Dated           10

AUTHORIZATION FOR THE RELEASE OF MENTAL HEALTH RECORDS PURSUANT TO 45 C.F.R. 164.508(a)(2)
(HIPAA)

TO:  Dr. Elaine Hantman
Name of HealthCareProvider/Physician/Facility

10 Meadows Street, Williamstown, MA  01267
Address, City State and Zipcode

RE:  Patient Name: ___ Hartley Shearer ___ AKA: _____

Date of Birth: 10/30/44  Social Security Number: ___ 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 ___

Address: 202 Pine Cobble Road, Williamstown, MA  01267

I hereby authorize the use or disclosure of all psychiatric, psychological or other confidential records relating to the above patient's emotional or other psychiatric /psychological condition, records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient.  This authorization is for the purpose of review and evaluation in connection with a legal claim. I expressly request that the designated records custodian of all covered entities under HIPAA identified above disclose full and complete protected health information including the following:
* All psychiatric/psychological records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, order sheets, progress notes, nurse's notes, clinic records, treatment plans, admission records, discharge summaries, requests for and reports of consultations, documents, correspondence, test results, statements, questionnaires/histories, records received by other physicians, pharmacy and prescription records, billing records and records of billing to third party payers and payment or denial of benefits.
· This protected health information is disclosed for the following purposes: Personal injury lawsuit pending in the United States District Court, District of Massachusetts.

This authorization is given in compliance with 42 CFR 2.31, the restrictions of which have been specifically considered and expressly waived. You are authorized to release the above protected health information to the following representatives who have agreed to pay reasonable charges made by you to supply copies of such records:

MRC of Houston

Name of Representative                          Representative Capacity (e.g. attorney, records requestor, agent, etc.)

6330 West Loop South, Suite 105, Bellaire, TX 77401

Street Address                          City State and Zip Code

I acknowledge that I have the right to revoke this authorization by written notification to you at the above referenced address or oral consent witnessed by two responsible persons where the patient is physically unable to make a written notification of revocation.  However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions.  I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization.  Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.  This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named patient.

I understand that the nature of this authorization is to authorize the release of mental health records for the above named patient.

Linda Shearer                          11/26/0?)                          Linda Shearer
Signature of Patient or Personal Representative    Dated           Name of Patient or Personal Representative

As Executrix of the Estate of Hartley Shearer, Deceased
Description of Personal Representative's Authority to sign for Patient ( attach documents that show authority )
Patient is physically unable to provide a signature.  I personally witnessed that the patient understood the nature of this authorization and freely gave her/his verbal consent to release her/his mental health records.

Witness Signature                          Dated

Witness Signature                          Dated

Signature of Staff Person Obtaining Consent of the Patient/Client      Dated                          10

**HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508**

TO:   Dr. Daniel Sullivan
      Williamstown Medical Associates
      197 Adams Road
      Williamstown, MA  01267

Patient Name:  Hartley Shearer        AKA: _____
Date of Birth: 10/30/44   Social Security Number:  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
Address:  202 Pine Cobble Road, Williamstown, MA 01267

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present; including the following:

☒ All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.

☒ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.

☒ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/histology /autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.

☒ All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.

☒ All billing records including all statements, itemized bills, and insurance records.

Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)
    LS Yes, disclose HIV/AIDS information. OR ____ No, do NOT disclose HIV/AIDS information.
    LS Yes, disclose alcohol/substance abuse information OR ____No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:      MRC of Houston
                                                                     6330 West Loop South
                                                                     Suite 105
                                                                     Bellaire, TX 77401

This authorization applies to psychotherapy notes, psychiatric or psychological records. I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature:  Mindie Shearn                     Date:  11/21/07
Relationship to the person who is the subject of the records:
Self: _____ Other:  Spouse

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.)  As Executrix of the Estate of Hartley Shearer, Deceased

* If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.                                          15

*HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508*

TO:     Williamstown Medical Associates
        197 Adams-Road
        Williamstown, MA   01267

Patient Name: __Hartley Shearer__     AKA: _____

Date of Birth: __10/30/44__   Social Security Number: ___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___

Address:__202 Pine Cobble Road, Williamstown, MA 01267__ _____

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present; including the following:

   ☒ All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.

   ☒ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.

   ☒ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/histology /autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.

   ☒ All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.

   ☒ All billing records including all statements, itemized bills, and insurance records.

Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)

   _LS_ Yes, disclose HIV/AIDS information. OR ____ No, do NOT disclose HIV/AIDS information.

   _LS_ Yes, disclose alcohol/substance abuse information OR ____No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:     MRC of Houston
                                                                    6330 West Loop South
                                                                    Suite 105
                                                                    Bellaire, TX 77401

**This authorization applies to psychotherapy notes, psychiatric or psychological records.** I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature: _Linda Shearer_____   Date: _11/21/07_

Relationship to the person who is the subject of the records:

Self: _____ Other: ____Spouse_____

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.) _As Executrix of the Estate of Hartley Shearer, Deceased_

   * If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.

**HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508**

TO:    Dr. Keith Edwards
       South Western Vermont Medical Center
       100 Hospital Drive
       East Bennington, VT  05201

Patient Name: __Hartley Shearer__    AKA: _____
Date of Birth: _10/30/44_ Social Security Number: ___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___
Address: __202 Pine Cobble Road, Williamstown, MA 01267_____

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present; including the following:

⊠ All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.

⊠ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.

⊠ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/ histology /autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.

⊠ All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.

⊠ All billing records including all statements, itemized bills, and insurance records.
Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)
    _LS_ Yes, disclose HIV/AIDS information. OR ____ No, do NOT disclose HIV/AIDS information.
    _LS_ Yes, disclose alcohol/substance abuse information OR ____No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:    MRC of Houston
                                                                   6330 West Loop South
                                                                   Suite 105
                                                                   Bellaire, TX 77401

**This authorization applies to psychotherapy notes, psychiatric or psychological records.** I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature: _Linda Shearn_____ Date: _11/21/07_

Relationship to the person who is the subject of the records:
Self: _____ Other: ___Spouse_____

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.) _As Executrix of the Estate of Hartley Shearer, Deceased_____

* If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.

15

**HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508**

TO:      Berkshire Medical Center
         725 North Street
         Pittsfield, MA  01201

Patient Name: __Hartley Shearer__    AKA: _____
Date of Birth: _10/30/44_  Social Security Number: __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__
Address: __202 Pine Cobble Road, Williamstown, MA 01267__

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present; including the following:
       ☒ All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.
       ☒ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.
       ☒ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/histology /autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.
       ☒ All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.
       ☒ All billing records including all statements, itemized bills, and insurance records.
Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)
       _LS_ Yes, disclose HIV/AIDS information. OR ____ No, do NOT disclose HIV/AIDS information.
       _LS_ Yes, disclose alcohol/substance abuse information OR ____No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:     MRC of Houston
                                                                    6330 West Loop South
                                                                    Suite 105
                                                                    Bellaire, TX 77401

**This authorization applies to psychotherapy notes, psychiatric or psychological records.** I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature: _Linda Shearn_____    Date: _11/21/07_
Relationship to the person who is the subject of the records:
Self: _____ Other: ____Spouse_____

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.) _As Executrix of the Estate of Hartley Shearer, Deceased_

   * If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.

15

**HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508**

TO:     North Adams Regional Hospital
        71 Hospital Avenue
        North Adams, MA  01247

Patient Name: __Hartley Shearer__   AKA: _____
Date of Birth: __10/30/44__  Social Security Number: ___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___
Address: __202 Pine Cobble Road, Williamstown, MA 01267__ _____

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present; including the following:
    ☒ All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.
    ☒ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.
    ☒ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/ histology /autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.
    ☒ All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.
    ☒ All billing records including all statements, itemized bills, and insurance records.
Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)
    _LS_ Yes, disclose HIV/AIDS information. OR _____ No, do NOT disclose HIV/AIDS information.
    _LS_ Yes, disclose alcohol/substance abuse information OR _____No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:     MRC of Houston
                                                                    6330 West Loop South
                                                                    Suite 105
                                                                    Bellaire, TX 77401

**This authorization applies to psychotherapy notes, psychiatric or psychological records.** I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature: _Linda Shearer_  Date: _11/26/07_
Relationship to the person who is the subject of the records:
Self: _____ Other: _____Spouse_____

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.) _As Executrix of the Estate of Hartley Shearer, Deceased_____

    * If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.

15

**HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508**

**TO:**    Spaulding Rehab Hospital
125 Nashua Street
Boston, MA  02114

Patient Name:  Hartley Shearer          AKA: _____
Date of Birth: 10/30/44   Social Security Number:    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
Address:   202 Pine Cobble Road, Williamstown, MA 01267

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present; including the following:

☒ All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.

☒ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.

·  ☒ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/ histology /autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.

☒ All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.

☒ All billing records including all statements, itemized bills, and insurance records.

Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)

LS Yes, disclose HIV/AIDS information. OR _____ No, do NOT disclose HIV/AIDS information.

LS Yes, disclose alcohol/substance abuse information OR _____No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:    MRC of Houston
6330 West Loop South
Suite 105
Bellaire, TX 77401

**This authorization applies to psychotherapy notes, psychiatric or psychological records.** I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of  the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature: _Linde Shearer_ _____ Date: _11/26/07_ _____
Relationship to the person who is the subject of the records:
Self: _____ Other: __Spouse__ _____

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.) _As Executrix of the Estate of Hartley Shearer, Deceased_ _____

   * If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.                                                15

*HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508*

TO:   Brigham & Women's Hospital
      75 Francis Street
      Boston, MA   02115

Patient Name: __Hartley Shearer____  AKA: _____
Date of Birth: _10/30/44__  Social Security Number: ___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_____
Address: __202 Pine Cobble Road, Williamstown, MA 01267_____

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present; including the following:
☒ All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.
☒ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.
☒ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/ histology /autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.
☒ All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.
☒ All billing records including all statements, itemized bills, and insurance records.
Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)
__LS_ Yes, disclose HIV/AIDS information. OR ____ No, do NOT disclose HIV/AIDS information.
__LS_ Yes, disclose alcohol/substance abuse information OR ____No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:       MRC of Houston
                                                                      6330 West Loop South
                                                                      Suite 105
                                                                      Bellaire, TX 77401

**This authorization applies to psychotherapy notes, psychiatric or psychological records.** I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.
Signature: _Linda Shearer_____  Date: _11/21/07_____
Relationship to the person who is the subject of the records:
Self: _____  Other: ___Spouse_____

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.) _As Executrix of the Estate of Hartley Shearer, Deceased__

 * If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.                                    15

**HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508**

TO:     Dr. Douglas Herr
        77 Hospital Avenue
        North Adams, MA  01247

Patient Name: _Hartley Shearer_____ AKA: _____
Date of Birth: _10/30/44__ Social Security Number: ___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_____
Address: _202 Pine Cobble Road, Williamstown, MA 01267_____

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present; including the following:

☒ All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.

☒ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.

☒ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/histology /autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.

☒ All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.

☒ All billing records including all statements, itemized bills, and insurance records.

Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)

___LS_ Yes, disclose HIV/AIDS information. OR ____ No, do NOT disclose HIV/AIDS information.

___LS_ Yes, disclose alcohol/substance abuse information OR ____No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:     MRC of Houston
                                                                    6330 West Loop South
                                                                    Suite 105
                                                                    Bellaire, TX 77401

**This authorization applies to psychotherapy notes, psychiatric or psychological records.** I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature: _Linda Shearer_____ Date: __11/21/07_____
Relationship to the person who is the subject of the records:
Self: _____ Other: ___Spouse_____

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.) _As Executrix of the Estate of Hartley Shearer, Deceased_

* If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.

15

**HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508**

TO:  Hart's Pharmacy
40 Spring Street
Williamstown, MA   01267

Patient Name: __Hartley Shearer___   AKA: _____
Date of Birth: _10/30/44__ Social Security Number: ___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_____
Address:___202 Pine Cobble Road, Williamstown, MA 01267_____

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present; including the following:

☒ All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.

☒ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.

☒ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/ histology /autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.

☒ All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.

☒ All billing records including all statements, itemized bills, and insurance records.

Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)
____LS__ Yes, disclose HIV/AIDS information. OR _____ No, do NOT disclose HIV/AIDS information.
____LS__ Yes, disclose alcohol/substance abuse information OR _____No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:      MRC of Houston
6330 West Loop South
Suite 105
Bellaire, TX 77401

**This authorization applies to psychotherapy notes, psychiatric or psychological records.** I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of  the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature: _Linda Shearer_____ Date: _11/21/07_____
Relationship to the person who is the subject of the records:
Self: _____ Other: ____Spouse_____

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.) _As Executrix of the Estate of Hartley Shearer, Deceased_____

* If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.

*HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508*

TO:     Williamstown Police Department
        31 North Street
        Williamstown, MA   01267


Patient Name: __Hartley Shearer____ AKA: _____
Date of Birth: _10/30/44__ Social Security Number: ___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_____
Address:__202 Pine Cobble Road, Williamstown, MA 01267_____ _____

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present; including the following:
    ☒ All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.
    ☒ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.
    ☒ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/histology /autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.
    ☒ All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.
    ☒ All billing records including all statements, itemized bills, and insurance records.
Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)
    _LS_ Yes, disclose HIV/AIDS information. OR ____ No, do NOT disclose HIV/AIDS information.
    _LS_ Yes, disclose alcohol/substance abuse information OR ____No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:     MRC of Houston
                                                                    6330 West Loop South
                                                                    Suite 105
                                                                    Bellaire, TX 77401


**This authorization applies to psychotherapy notes, psychiatric or psychological records.** I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature: _Linda Shearer_____ Date: __11/21/07___
Relationship to the person who is the subject of the records:
Self: _____ Other: __Spouse_____

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.) _As Executrix of the Estate of Hartley Shearer, Deceased_____

    * If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.

15

**HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508**

TO:     Village Ambulance Service
        PO Box 258
        30 Water Street
        Williamstown, MA    01267

Patient Name: **Hartley Shearer**      AKA: _____
Date of Birth: **10/30/44**  Social Security Number: **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**
Address: **202 Pine Cobble Road, Williamstown, MA 01267**

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present; including the following:

☒ All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.

☒ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.

☒ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/ histology /autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.

☒ All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.

☒ All billing records including all statements, itemized bills, and insurance records.

Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)
_**LS**_ Yes, disclose HIV/AIDS information. OR ____ No, do NOT disclose HIV/AIDS information.
_**LS**_ Yes, disclose alcohol/substance abuse information OR ____No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:     MRC of Houston
                                                                     6330 West Loop South
                                                                     Suite 105
                                                                     Bellaire, TX 77401

**This authorization applies to psychotherapy notes, psychiatric or psychological records.** I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature: _Lindie Shearer_                    Date: _11/21/07_
Relationship to the person who is the subject of the records:
Self: _____  Other: __**Spouse**__

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.) **As Executrix of the Estate of Hartley Shearer, Deceased**

* If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.

15

*HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508*

TO:    Blue Cross Blue Shield
       401 Park Drive
       Boston, MA    02215

Patient Name:  Hartley Shearer          AKA: _____

Date of Birth: 10/30/44   Social Security Number:   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 _____

Address:  202 Pine Cobble Road, Williamstown, MA 01267 _____

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present; including the following:

☒ All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.

☒ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.

☒ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/ histology /autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.

☒ All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.

☒ All billing records including all statements, itemized bills, and insurance records.

Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)

LS Yes, disclose HIV/AIDS information. OR ____ No, do NOT disclose HIV/AIDS information.

LS Yes, disclose alcohol/substance abuse information OR ____No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:      MRC of Houston
                                                                     6330 West Loop South
                                                                     Suite 105
                                                                     Bellaire, TX 77401

This authorization applies to psychotherapy notes, psychiatric or psychological records. I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature: _Hirtle Shearn_____ Date: _11/21/07_

Relationship to the person who is the subject of the records:

Self: _____ Other: _Spouse_____

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.)  As Executrix of the Estate of Hartley Shearer, Deceased

* If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.

15

**HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508**

TO:    Harvard Pilgrim Health Care
        93 Worcester Street
        Wellesley, MA  02481

Patient Name: __Hartley Shearer__    AKA: _____
Date of Birth: _10/30/44_  Social Security Number: ___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_____
Address: _202 Pine Cobble Road, Williamstown, MA 01267_____

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present; including the following:
    ☒ All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.
    ☒ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.
    ☒ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/histology /autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.
    ☒ All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.
    ☒ All billing records including all statements, itemized bills, and insurance records.
Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)
    _LS_ Yes, disclose HIV/AIDS information. OR ____ No, do NOT disclose HIV/AIDS information.
    _LS_ Yes, disclose alcohol/substance abuse information OR ____No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:    MRC of Houston
                                            6330 West Loop South
                                          Suite 105
                                          Bellaire, TX 77401

**This authorization applies to psychotherapy notes, psychiatric or psychological records.** I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature: _Linda Shearn_____    Date: _11/21/07_____
Relationship to the person who is the subject of the records:
Self: _____ Other: ____Spouse_____

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.) _As Executrix of the Estate of Hartley Shearer, Deceased_____

  * If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.

15

**HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508**

TO:     Westminster School
        955 Hopmeadow Street
        Simsbury, CT   06070

Patient Name:  __Hartley Shearer__        AKA: _____
Date of Birth: __10/30/44__  Social Security Number:  ___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_____
Address:  __202 Pine Cobble Road, Williamstown, MA 01267_____

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present; including the following:

☒ All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.

☒ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.

☒ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/ histology /autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.

☒ All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.

☒ All billing records including all statements, itemized bills, and insurance records.

Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)
  _LS_ Yes, disclose HIV/AIDS information. OR ____ No, do NOT disclose HIV/AIDS information.
  _LS_ Yes, disclose alcohol/substance abuse information OR ____No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:     MRC of Houston
                                                                    6330 West Loop South
                                                                    Suite 105
                                                                    Bellaire, TX 77401

**This authorization applies to psychotherapy notes, psychiatric or psychological records.** I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature: __Linda Shearn_____  Date: ___11/21/07_____
Relationship to the person who is the subject of the records:
Self: _____  Other: ___Spouse_____

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.) __As Executrix of the Estate of Hartley Shearer, Deceased_____

\* If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.

15

**HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508**

TO:    Middlebury College
Lower Forest Hall East
Middlebury, VT   05753

Patient Name: **Hartley Shearer**   AKA: _____

Date of Birth: **10/30/44**  Social Security Number: **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**

Address: **202 Pine Cobble Road, Williamstown, MA 01267** _____

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present; including the following:

    ☒ All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.

    ☒ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.

    ☒ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/ histology /autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.

    ☒ All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.

    ☒ All billing records including all statements, itemized bills, and insurance records.

Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)

    **LS** Yes, disclose HIV/AIDS information. OR _____ No, do NOT disclose HIV/AIDS information.

    **LS** Yes, disclose alcohol/substance abuse information OR _____No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:    MRC of Houston
6330 West Loop South
Suite 105
Bellaire, TX 77401

**This authorization applies to psychotherapy notes, psychiatric or psychological records.** I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature: _Linda Shear_ _____ Date: **11/21/07**

Relationship to the person who is the subject of the records:

Self: _____ Other: _____**Spouse**_____

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.) **As Executrix of the Estate of Hartley Shearer, Deceased**

  * If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.

**HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508**

TO:   New York University
      P.O. Box 910
      New York, NY  10276-0910

Patient Name: __Hartley Shearer__    AKA: _____
Date of Birth: __10/30/44__   Social Security Number: ___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___
Address:  __202 Pine Cobble Road, Williamstown, MA 01267__   _____

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present; including the following:
☒ All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.
☒ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.
☒ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/histology /autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.
☒ All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.
☒ All billing records including all statements, itemized bills, and insurance records.
Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)
__LS__ Yes, disclose HIV/AIDS information. OR ____ No, do NOT disclose HIV/AIDS information.
__LS__ Yes, disclose alcohol/substance abuse information OR ____No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:    MRC of Houston
                                                                  6330 West Loop South
                                                                  Suite 105
                                                                  Bellaire, TX 77401

**This authorization applies to psychotherapy notes, psychiatric or psychological records.** I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature: __Lindie Shean__   Date: __11/26/07__
Relationship to the person who is the subject of the records:
Self: _____ Other: __Spouse__

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.) __As Executrix of the Estate of Hartley Shearer, Deceased__

* If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.

15

*HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508*

TO:     State University of New York at Albany
        Graduate School of Social Work
        1400 Washington Avenue
        Albany, NY  12222

Patient Name:  Hartley Shearer        AKA:
Date of Birth: 10/30/44   Social Security Number:    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
Address:  202 Pine Cobble Road, Williamstown, MA 01267

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present; including the following:

☒ All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.

☒ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.

☒ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/ histology /autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.

☒ All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.

☒ All billing records including all statements, itemized bills, and insurance records.

Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)
   _LS_ Yes, disclose HIV/AIDS information. OR ____ No, do NOT disclose HIV/AIDS information.
   _LS_ Yes, disclose alcohol/substance abuse information OR ____No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:     MRC of Houston
                                                                    6330 West Loop South
                                                                    Suite 105
                                                                    Bellaire, TX 77401

**This authorization applies to psychotherapy notes, psychiatric or psychological records.** I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature: _Linda Shearer_                    Date: _11/26/07_
Relationship to the person who is the subject of the records:
Self: _____  Other: __Spouse__

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.) _As Executrix of the Estate of Hartley Shearer, Deceased_

\* If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.

15

**EMPLOYMENT AUTHORIZATION**

TO:    William College
       15 Lawrence Hall Drive
       Suite 2
       Williamstown, MA. 01267

Employee Name: ___Hartley Shearer___     AKA: _____

Date of Birth: __10/30/44_ Social Security Number: ____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_____

Address: _____202 Pine Cobble Road, Williamstown, MA  01267_____

I hereby authorize the use or disclosure of employment records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named employee. This authorization is for the purpose of review and evaluation in connection with a legal claim. This will authorize you to furnish copies of all applications for employment, resumes, records of all positions held, job descriptions of positions held, salary and/or compensation records performance evaluations and reports, statements and comments of fellow employees, attendance records,W2's, worker's compensation files, all medical records, x-rays and test results; any physical examination records;any records pertaining to claims made relating to health, disability or accidents in which I was involved including correspondence, reports, claim forms, questionnaires, records of payments made to me or on my behalf; and any other records relating  to my employment.

Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows(initial all that apply)

_LS_ Yes, disclose HIV/AIDS information.          ____No, do NOT disclose HIV/AIDs information.

_LS_ Yes, disclose alcohol/substance abuse        ____No, do NOT disclose alcohol/substance abuse
       information                                           information

I authorize you to release the protected health information to:        MRC of Houston
                                                                       6330 West Loop South
                                                                       Suite 105
                                                                       Bellaire, TX 77401

**This authorization applies to psychotherapy notes, psychiatric or psychological records.** I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of  the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature: _____Mich Shearer_____        Date: _11/26/0⁊_

Relationship to the person who is the subject of the records:
Self: _____  Other:    Spouse
_As Executrix of the Estate of Hartley Shearer, Deceased_____
If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.)

_____
    * If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.            4