EXHIBIT E



| | | | |
|---|---|---|---|
| Howard S. Finkelstein, P.C. (NY) | Thomas C. Yatto (NY) | Steven P. Shultz (NY & MA) | *Of Counsel* |
| Andrew G. Finkelstein, P.C. (NY & NJ) | Elyssa M. Fried-DeRosa (NY) | Victoria Lieb Lightcap (NY & MA) | |
| George M. Levy (NY) | Mary Ellen Wright (NY) | Ann R. Johnson (NY & CT) | Jules P. Levine, P.C. (NY & FL) |
| Kenneth L. Oliver, P.C. (NY) | Kenneth B. Fromson (NY, NJ & PA) | Marshall P. Richer (NY) | Michael O. Gittelsohn, P.C. (NY) |
| Joel S. Finkelstein, P.C. (NY, NJ, MA & FL) | Nancy Y. Morgan (NY, NJ & PA) | Thomas J. Pronti (NY) | Joel A. Reback (NY & Israel) |
| Duncan W. Clark (NY) | Andrew L. Spitz (NY) | Kristine M. Cahill (NY & CT) | Kenneth Cohen (NJ) |
| Ronald Rosenkranz (NY) | James W. Shuttleworth, III (NY) | Kara L. Campbell (NY & CT) | Cynthia M Maurer (NY & NJ) |
| Robert J. Camera (NY & NJ) | Lawrence D. Lissauer (NY) | Christopher T. Milliman (NY) | Raye D. Futerfas (NJ) |
| Joseph P. Rones (NY & FL) | David E. Gross (NY & NJ) | Silvia Fermanian (NY) | Frances M. Bova (NY & NJ) |
| Steven Lim (NY) | Terry D Horner (NY) | Edward M. Steves (NY) | Kenneth G. Bartlett (CT & NJ) |
| George A. Kohl, II (NY & MA) | Robert F. Moson (NY) | Marie M. DuSault (NY) | Ari Kresch (NY & MI) |
| Eleanor L. Polimeni (NY) | Julio E. Urrutia (NY) | Glenn W. Kelleher (NY) | Gustavo W. Alzugaray (NY & NJ) |
| Steven H. Cohen (NY) | | Melody A. Gregory (NY & CT) | Sharon A. Scanlan (NY & CT) |
| Francis Navarra (NY) | Debra J. Reisenman (NY) | Gail Schlanger (NY) | Dennis G. Ellis (NY) |
| Andrew J. Genna, LLM (NY & PA) | Michael T. McGarry (NY) | Elizabeth A. Wolff (NY & MA) | |

A Limited Liability Partnership

(866) 909-8678
Fax: (845) 567-0794
www.lawampm.com

*Accredited CLE Provider*

REFER TO OUR FILE #: 221653-06

January 31, 2008

Shook, Hardy & Bacon
2555 Grand Blvd
Kansas City, MO  64108-2613

Attn: Angela Seaton

Re: Hartley Shearer, deceased
    Neurontin MDL 1629

Dear Ms. Seaton:

Pursuant to the rules of exchange, enclosed please find for service upon you a copy of records from North Adams Regional Hospital.

Very truly yours,

FINKELSTEIN & PARTNERS

*Kenneth Fromson/mht*

BY: KENNETH FROMSON, ESQ.

KBF/mht

Enclosures

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy

X   436 ROBINSON AVENUE
    NEWBURGH, NY 12550

*Please Send All Correspondence to the Address Indicated Above*

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102