# EXHIBIT F



Edward G. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, II (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)

Thomas G. Yatto (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)

Debra J. Reisenman (NY)
Michael T. McGarry (NY)

Steven B. Shultz (NY & MA)
Elysee M. Fried DeRosa (NY)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)

Of Counsel
Jules P. Levine, P.C. (NY & NJ)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)
Gustavo W. Alzugaray (NY & NJ)
Sharon A. Scanlan (NY & CT)
Jeffrey A. Brown, MD. (NY & NJ)
Dennis G. Ellis (NY)
John F. Dowd (NY & CT)
Gail Koff, P.C. (NY)
Joel Bossom (NY)

A Limited Liability Partnership

Accredited CLE Provider

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

REFER TO OUR FILE #: 221653-06

# BY OVERNIGHT MAIL
## TRACKING # 1Z X24 909 22 1008 1981

Ian Losasso
Shook Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO  64108

Re:  Hartley Shearer Authorization – The Spaulding Rehab Hospital

Dear Mr. Losasso:

Enclosed is a copy of the authorization for Spaulding Rehab Hospital, signed by plaintiff's spouse.

Very truly yours,

Finkelstein & Partners, LLP

By:  Helen Marsh,
      Legal Asst., Non-Attorney

Newburgh • Albany • Binghamton • Kingston • Middletown • Monroe • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy

436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10ᵗʰ FLOOR
NEWARK, NJ 07102

Please Send All Correspondence to the Address Indicated Above