EXHIBIT H



# Finkelstein
# & PARTNERS
*Counselors At Law*

Richard E. Finkelstein, P.C. (NY) · Andrew G. Finkelstein, P.C. (NY & NJ) · George M. Levy (NY) · Kenneth L. Oliver, P.C. (NY) · Joel S. Finkelstein, P.C. (NY, NJ, MA & FL) · Duncan W. Clark (NY) · Ronald Rosenkranz (NY) · Robert J. Camera (NY & NJ) · Joseph P. Rones (NY & FL) · Steven Lim (NY) · George A. Kohl, II (NY & MA) · Eleanor L. Polimeni (NY) · Steven H. Cohen (NY) · Francis Navarra (NY) · Andrew J. Genna, LLM (NY & PA)

Elyssa M. Fried-DeRosa (NY) · Mary Ellen Wright (NY) · Kenneth B. Fromson (NY, NJ & PA) · Nancy Y. Morgan (NY, NJ & PA) · Andrew L. Spitz (NY) · James W. Shuttleworth, III (NY) · Lawrence D. Lissauer (NY) · David E. Gross (NY & NJ) · Terry D. Horner (NY) · Robert F. Moson (NY) · Julio E. Urrutia (NY)

Debra J. Reisenman (NY) · Michael T. McGarry (NY)

Andrew C. Vatto (NY) · Victoria Lieb Lightcap (NY & MA) · Ann R. Johnson (NY & CT) · Marshall P. Richer (NY) · Thomas J. Pronti (NY) · Kristine M. Cahill (NY & CT) · Kara L. Campbell (NY & CT) · Christopher T. Milkman (NY) · Silvia Fermanian (NY) · Edward M Staves (NY) · Marie M. DuSault (NY) · Glenn W. Kelleher (NY) · Melody A. Gregory (NY & CT) · Gail Schlanger (NY) · Elizabeth A. Wolff (NY & MA)

Steven D. Shutts (NY & MA) · Of Counsel

Jules P. Levine, P.C. (NY & FL) · Michael O. Gittelsohn, P.C. (NY) · Joel A. Reback (NY & Israel) · Kenneth Cohen (NJ) · Cynthia M. Maurer (NY & NJ) · Raye D. Futerfas (NJ) · Frances M. Bova (NY & NJ) · Kenneth G. Bartlett (CT & NJ) · Ari Kresch (NY & MI) · Gustavo W. Alzugaray (NY & NJ) · Sharon A. Scanlan (NY & CT) · Dennis G. Ellis (NY)

*Accredited CLE Provider*

A Limited Liability Partnership

(866) 909-8678
Fax: (845) 567-0794
www.lawampm.com

REFER TO OUR FILE #: 221653-06

February 15, 2008

Shook, Hardy & Bacon
2555 Grand Blvd
Kansas City, MO 64108-2613

Attn: Angela Seaton

Re: Hartley Shearer, deceased
Neurontin MDL 1629

Dear Ms. Seaton:

Pursuant to the rules of exchange, enclosed please find for service upon you a copy of records from Dr. Catapano-Friedman.

Very truly yours,

FINKELSTEIN & PARTNERS

*Michele Fay*

BY: Michele Fay, Paralegal, non-attorney
866-909-8678 ext. 2001
mfay@lawampm.com

Enclosures

Newburgh · Albany · Binghamton · Kingston · Middletown · Monroe · New Windsor · Newark · Port Jervis · Poughkeepsie · Spring Valley · Syracuse · Troy

436 ROBINSON AVENUE
NEWBURGH, NY 12550

50 PARK PLACE, 10th FLOOR
NEWARK, NJ 07102