UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:   NEURONTIN MARKETING, SALES          : MDL Docket No. 1629
            PRACTICES AND PRODUCTS           :
            LIABILITY LITIGATION             : Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                    :
                                             : Magistrate Judge Leo T.
*Shearer v. Pfizer Inc., et al.*             : Sorokin
Case No. 1:07-cv-11428-PBS                   :
                                             :
                                             :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' MOTION FOR AN ORDER
COMPELLING PRODUCTION OF STATE POLICE RECORDS**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") hereby respectfully move for an order compelling the Massachusetts State Police to produce any and all documents, records, or tangible things relating to any incident involving Hartley Shearer.

The Massachusetts State Police conducted an investigation regarding the death of Hartley Shearer, and therefore possesses highly relevant information regarding the allegations in this case. After serving subpoenas upon the Massachusetts State Police for such records, Pfizer was informed by Associate Chief Legal Counsel, Sean W. Farrell, that the State Police will not produce any records without an order from this Court. Plaintiff's counsel does not object to this motion, and a proposed order, compelling production of such records, is submitted herewith.

WHEREFORE, Pfizer respectfully requests that the Court grant its motion for an order compelling the Massachusetts State Police to produce: any and all un-redacted records, including, but not limited to, photographs (originals, not copies), investigative reports (both original and supplemental), statements (written or recorded), run reports, transcriptions, investigative materials, correspondence, notes, memoranda, videotape recordings, witness interviews, measurements, diagrams, and or other documents in their possession relating to any incident involving Hartley Shearer.

Dated: October 30, 2009		Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:	/s/ Mark S. Cheffo
	Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

	-and-

BOIES, SCHILLER & FLEXNER LLP

By:	/s/ William S. Ohlemeyer
	William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

	-and-

SHOOK, HARDY & BACON L.L.P.

By:	/s/ Scott W. Sayler
	Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

	-and-

        WHITE AND WILLIAMS LLP

        By:   <u>/s/ David B. Chaffin</u>
                 David B. Chaffin

        BBO # 549245
        100 Summer Street, Suite 2707
        Boston, MA 02110
        Tel: (617) 748-5200

        *Attorneys for Defendants Pfizer Inc and*
        *Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 30, 2009.

        <u>/s/ David B. Chaffin</u>
        David B. Chaffin