UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

: MDL Docket No. 1629
: Master File No. 04-10981

------------------------------------------------------------x
: Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

*Shearer v. Pfizer Inc., et al.*
Case No. 1:07-cv-11428-PBS

: Magistrate Judge Leo T.
: Sorokin

------------------------------------------------------------x

### [PROPOSED] ORDER COMPELLING
### PRODUCTION OF STATE POLICE RECORDS

Upon consideration of Defendant Pfizer Inc and Warner-Lambert Company LLC's motion for an order compelling the Massachusetts State Police to produce any and all documents, records, or tangible things relating to any incident involving Hartley Shearer, IT IS HEREBY ORDERED THAT:

1. Any and all divisions or branches of the Massachusetts State Police shall produce: any and all un-redacted records, including, but not limited to, photographs (originals, not copies), investigative reports (both original and supplemental), statements (written or recorded), run reports, transcriptions, investigative materials, correspondence, notes, memoranda, videotape recordings, witness interviews, measurements, diagrams, and or other documents in their possession relating to any incident involving Hartley Shearer.

2. This order includes, but is not limited to, production of the aforementioned items located at any of the following: the Massachusetts State Police Headquarters, the Massachusetts State Police – Berkshire Unit, and the Berkshire District Attorney's Office.

IT IS SO ORDERED.

Dated: November 2, 2009

Hon. Leo T. Sorokin
Magistrate Judge, U. S. District Court