UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ------------------------------------------------- x <br> NEURONTIN MARKETING, SALES PRACTICES, AND <br> PRODUCTS LIABILITY LITIGATION <br><br> ------------------------------------------------- x <br> THIS DOCUMENT RELATES TO: <br><br><br> ------------------------------------------------- x <br> HARDEN MANUFACTURING CORPORATION; <br> LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, <br> dba BLUECROSS/BLUESHIELD OF LOUISIANA; <br> INTERNATIONAL UNION OF OPERATING ENGINEERS, <br> LOCAL NO. 68 WELFARE FUND; ASEA/AFSCME LOCAL <br> 52 HEALTH BENEFITS TRUST; GERALD SMITH; and <br> LORRAINE KOPA, on behalf of themselves and all others <br> similarly situated, v. PFIZER INC. and WARNER-LAMBERT <br> COMPANY. <br><br><br> ------------------------------------------------- x <br> THE GUARDIAN LIFE INSURANCE COMPANY OF <br> AMERICA v. PFIZER INC. and <br> AETNA, INC. v. PFIZER INC. <br><br><br> ------------------------------------------------- x | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

**MOTION FOR LEAVE TO FILE SURREPLY MEMORANDUM IN
FURTHER OPPOSITION TO COORDINATED AND CLASS PLAINTIFFS'
PROPOSED TRIAL PLANS**

Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully move for leave to submit a surreply memorandum in further opposition to the Coordinated and Class Plaintiffs' proposed trial plans [2118 & 2119]. The proposed surreply memorandum is attached hereto as Exhibit 1.

Defendants submit that their proposed surreply is necessary to clarify the issues raised by Plaintiffs' proposed trial plans and by their reply briefs in support thereof.

WHEREFORE, Defendants request that the Court permit Defendants to file their proposed surreply memorandum.

Dated: November 2, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:     /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

WHITE AND WILLIAMS LLP

By:     /s/ David B. Chaffin
        David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## **CERTIFICATION OF CONSULTATION**

I certify that counsel for Defendants previously conferred in good faith with counsel for Coordinated Plaintiffs and Class Plaintiffs, who oppose Defendants' request to file a surreply.

/s/ David B. Chaffin
David B. Chaffin

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 2, 2009.

/s/ David B. Chaffin
David B. Chaffin