UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------x
In re:  NEURONTIN MARKETING, SALES
        PRACTICES AND PRODUCTS
        LIABILITY LITIGATION
------------------------------------------------------x

THIS DOCUMENT RELATES TO:

*Dorsey v. Pfizer Inc, et al.*
Case No. 1:05-cv-10639-PBS

------------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DEFENDANTS' AND PLAINTIFF MARY P. DORSEY'S PROPOSAL FOR COMPLETION OF DISCOVERY

Pursuant to Magistrate Judge Sorokin's October 14, 2009, Order, Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants") and Plaintiff Mary Dorsey, by counsel, respectfully submit the following proposal for completion of discovery in the *Dorsey* case, on a track similar to that of the *Shearer* case:

- November 6, 2009 – Beginning of fact depositions and discovery
- January 29, 2010 – Completion of fact depositions and discovery
- February 19, 2010 – Plaintiffs' Expert Reports Disclosed
- March 12, 2010 – Defendants' Expert Reports Disclosed
- April 2, 2010 – All Expert Depositions and Discovery Completed
- April 23, 2010 – Summary Judgment & Daubert Motions Due
- May 7, 2010 – Oppositions to Summary Judgment & Daubert Motions Due
- May 14, 2010 – Replies to Summary Judgment & Daubert Motions Due
- Trial:  June 2010

## **CONCLUSION**

Defendants and Plaintiff Mary Dorsey respectfully request that the Court approve this Proposal for Completion of Discovery.

Dated: November 2, 2009            Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:    /s/ Mark S. Cheffo
          Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

      -and-

SHOOK, HARDY & BACON L.L.P.

By:    /s/ Scott W. Sayler
          Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

      -and-

WHITE AND WILLIAMS LLP

By:    /s/ David B. Chaffin
          David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 330-5000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company*

2

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 2, 2009.

                                                  /s/ David B. Chaffin
                                                  David B. Chaffin