UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629 <br> : <br> : Master File No. 04-10981 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

*Huberman v. Pfizer Inc, et al.*
Case No. 1:07-cv-11336-PBS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: MDL Docket No. 1629

: Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**<u>DEFENDANTS' PROPOSAL FOR COMPLETION OF DISCOVERY</u>**

Pursuant to Magistrate Judge Sorokin's October 14, 2009, Order, Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants"), by counsel, respectfully submit the following proposal for completion of discovery in the *Huberman* case, on a track similar to that of the *Shearer* case:

- November 6, 2009 – Beginning of fact depositions and discovery
- January 29, 2010 – Completion of fact depositions and discovery
- February 19, 2010 – Plaintiffs' Expert Reports Disclosed
- March 12, 2010 – Defendants' Expert Reports Disclosed
- April 2, 2010 – All Expert Depositions and Discovery Completed
- April 23, 2010 – Summary Judgment & Daubert Motions Due
- May 7, 2010 – Oppositions to Summary Judgment & Daubert Motions Due
- May 14, 2010 – Replies to Summary Judgment & Daubert Motions Due
- Trial:  June 2010[1]

Defendants oppose Plaintiff Huberman's proposal to consolidate his case with the

---

[1] Defendants would oppose any efforts to consolidate the *Huberman* and *Dorsey* cases for trial. Defendants provide one estimated trial date for both cases with the understanding that they will be separately set for trial according to the calendar of this Court.

*Shearer* case for trial, as expressed in Defendants' opposition to his motion, filed with the Court today, which Defendants will not re-argue here.

Defendants also strongly disagree with Mr. Huberman's contention that discovery is complete in his case, particularly given that he has not even served responses to written discovery, no fact witnesses (outside of the initial core discovery conducted in all Track One cases including prescribers, sales representatives, and the plaintiff) have been deposed, and there are still medical records that remain to be collected.  Mr. Huberman has proposed less than one month for the completion of all of those activities in ***both*** versions of his proposed discovery schedule to be filed today, which Defendants urge this Court to reject as insufficient time to conduct the appropriate discovery necessary for Defendants' defense of this case at trial.  Limiting discovery to under a month, as Mr. Huberman proposes, would be highly prejudicial to Defendants.

<u>**CONCLUSION**</u>

Defendants respectfully ask that the Court approve this Proposal for Completion of Discovery.

Dated: November 2, 2009        Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   <u>/s/ Mark S. Cheffo</u>
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

SHOOK, HARDY & BACON L.L.P.

By:    /s/ Scott W. Sayler
        Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

        -and-

WHITE AND WILLIAMS LLP

By:    /s/ David B. Chaffin
        David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 330-5000

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 2, 2009.

        /s/ David B. Chaffin
        David B. Chaffin