UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------X
In re: NEURONTIN MARKETING AND                : MDL Docket No. 1629
SALES PRACTICES LITIGATION.                   :
                                              : Master File No. 04-10981PBS.
                                              :
_____ X Judge Patti B. Saris.
                                              :
THIS DOCUMENT RELATES TO:                     : Magistrate Judge Leo T.
                                              : Sorokin.
ALLAN M. HUBERMAN vs. PFIZER, INC. and         :
PARKE-DAVIS, DIVISION OF WARNER-LAMBERT        : Individual Case No.
COMPANY,                                       : 07CA11336PBS.
No. 07-CA-11336-PBS.                           :
---------------------------------------------------------------------X

Plaintiff's Proposed Scheduling Order-
If Action Consolidated.

The Plaintiff, if the Court allows the Plaintiff's Motion to Consolidate for Trial with the Action of Shearer v. Pfizer, et. al., would propose the following Scheduling Order:

November 30, 2009   Completion of all fact depositions and discovery.

November 30, 2009   Deadline for Plaintiff's Expert Disclosure.

December 21, 2009   Deadline for Defendant's Expert Disclosure.

January 10, 2010    Deadline for Deposition of Experts.

February 2, 2010    Motion for Summary Judgment and all Daubert motions.

February 18, 2010   Opposition to Summary Judgment Motions.

February 22, 2010.  Replies.

March 20, 2010.     Pre-Trial Hearing

March 29, 2010.     Trial Date.

As grounds, the Plaintiff submits;

1.  During 2007, Allan Huberman produced documents to the Defendants, and the Defendants subpoenaed records from his medical providers. The Defendants deposed Allan Huberman on December 13, 2007 and March 31, 2008.
2.  The Defendants have not scheduled any other depositions since that time;
3.  The Defendants have obtained all information which they need to try this action. If the Defendants had needed any additional discovery, they would have sought and conducted same by this time.

A Proposed Order is submitted herewith.

Date: November 2, 2009

/s/ Paul S. Hughes
Attorney for Plaintiff
Paul S. Hughes, Esq.
B.B.O. No. 243780
2120 Commonwealth Avenue,
Ste. 200
Newton, Massachusetts 02466
(617) 244-5620.

### CERTIFICATE OF SERVICE.

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management No. 3 on November 2, 2009..

/s. Paul S. Hughes.