UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------------------- X

In re: NEURONTIN MARKETING AND
SALES PRACTICES LITIGATION.

_____ ___ ___ _____ ____ _____ _____ _____ _____

THIS DOCUMENT RELATES TO:

ALLAN M. HUBERMAN vs. PFIZER, INC. and
PARKE-DAVIS, DIVISION OF WARNER-LAMBERT
COMPANY,
No. 07-CA-11336-PBS.

-------------------------------------------------------------------------- X

: MDL Docket No. 1629
:
: Master File No. 04-10981PBS.
:
X Judge Patti B. Saris.
:
: Magistrate Judge Leo T.
: Sorokin.
:
: Individual Case No.
: 07CA11336PBS
:
:

Proposed Order-
Plaintiff's Proposed Scheduling Order-
If Action Consolidated.

The Schedule is as follows;

November 30, 2009   Completion of all fact depositions and discovery.

November 30, 2009   Deadline for Plaintiff's Expert Disclosure.

December 21, 2009   Deadline for Defendant's Expert Disclosure.

January 10, 2010   Deadline for Deposition of Experts.

February 2, 2010   Motion for Summary Judgment and all Daubert motions.

February 18, 2010   Opposition to Summary Judgment Motions.

February 22, 2010.   Replies.

March 20, 2010.   Pre-Trial Hearing

March 29, 2010.   Trial Date.

So Ordered.

Date:

-------------------------------------
Hon. Patti B. Saris, U.S.D.C.