UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------- X
In re: NEURONTIN MARKETING AND : MDL Docket No. 1629
SALES PRACTICES LITIGATION. : Master File No. 04-10981PBS.
 :
_____ X Judge Patti B. Saris.
 :
THIS DOCUMENT RELATES TO: : Magistrate Judge Leo T.
 : Sorokin.
ALLAN M. HUBERMAN vs. PFIZER, INC. and :
PARKE-DAVIS, DIVISION OF WARNER-LAMBERT : Individual Case No.
COMPANY, : 07CA11336PBS.
No. 07-CA-11336-PBS. :
---------------------------------------------------------------------- X

Plaintiff's Proposed Scheduling Order-
If Action is Not Consolidated.

If the Court denies the Plaintiff's Motion to Consolidate for Trial with the Action of Shearer v. Pfizer, et. al., the Plaintiff would propose the following Scheduling Order:

November 30, 2009   Completion of all fact depositions and discovery.

November 30, 2009   Deadline for Plaintiff's Expert Disclosure.

December 30, 2009   Deadline for Defendant's Expert Disclosure.

February 2, 2010    Deadline for Deposition of Experts.

March 2, 2010       Motion for Summary Judgment and all Daubert motions.

March 16, 2010      Opposition to Summary Judgment Motions.

March 22, 2010.     Replies.

April 23, 2010.     Pre-Trial Hearing

*To be Determined.* Trial Date.

A Proposed Order is submitted herewith

Date: November    , 2009

/s/ Paul S. Hughes
Attorney for Plaintiff
Paul S. Hughes, Esq.
B.B.O. No. 243780
2120 Commonwealth Avenue,
Ste. 200
Newton, Massachusetts 02466
(617) 244-5620.

CERTIFICATE OF SERVICE.

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management No. 3 on November __, 2009.

/s. Paul S. Hughes.