UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------ X
                                                            : MDL Docket No. 1629
In re: NEURONTIN MARKETING AND                              :
SALES PRACTICES LITIGATION.                                 : Master File No. 04-10981PBS.
                                                            :
                                                            : X Judge Patti B. Saris.
                                                            :
THIS DOCUMENT RELATES TO:                                   : Magistrate Judge Leo T.
                                                            : Sorokin.
ALLAN M. HUBERMAN vs. PFIZER, INC. and                      :
PARKE-DAVIS, DIVISION OF WARNER-LAMBERT                     : Individual Case No.
COMPANY,                                                    : 07CA11336PBS.
No. 07-CA-11336-PBS.                                        :
------------------------------------------------------------------------ X

Proposed Order-
Plaintiff's Proposed Scheduling Order-
If Action is Not Consolidated.

The Schedule is as follows;

November 30, 2009   Completion of all fact depositions and discovery.

November 30, 2009   Deadline for Plaintiff's Expert Disclosure.

December 30, 2009   Deadline for Defendant's Expert Disclosure.

February 2, 2010    Deadline for Deposition of Experts.

March 2, 2010       Motion for Summary Judgment and all Daubert motions.

March 16, 2010      Opposition to Summary Judgment Motions.

March 22, 2010.     Replies.

April 23, 2010.     Pre-Trial Hearing

_____.  Trial Date.

So Ordered.

Date:

_____
Hon. Patti B. Saris, U.S.D.C.