UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2009 NOV -4  P 12: 51

------------------------------------------------------------------------X
                                                                        :  MDL Docket No. 1629
In re: NEURONTIN MARKETING AND                                          :
SALES PRACTICES LITIGATION.                                             : Master File No. 04-10981PBS.
                                                                        :
_____                         X Judge Patti B. Saris.
                                                                        :
THIS DOCUMENT RELATES TO:                                               :
                                                                        : Magistrate Judge Leo T.
                                                                        : Sorokin.
ALLAN M. HUBERMAN vs. PFIZER, INC. and                                  :
PARKE-DAVIS, DIVISION OF WARNER-LAMBERT                                 : Individual Case No.
COMPANY,                                                                : 07CA11336PBS.
No. 07-CA-11336-PBS.                                                    :
------------------------------------------------------------------------X

### PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OPPOSITION TO MOTION TO CONSOLIDATE.

The Plaintiff requests that the Court provide him with leave to respond to the Defendants' Opposition to the Plaintiff's Motion to Consolidate for trial.

As grounds, the Plaintiff asks that he be allowed to respond to the contentions that the Defendants have not adequately prepared the Plaintiff's case for trial, in order that the trial begin on March 23, 2009.

The Plaintiff's requested response is attached hereto as Exhibit 1.

Date: November 4, 2009.

                                                /s/ Paul S. Hughes
                                                Attorney for Plaintiff
                                                Paul S. Hughes, Esq.
                                                B.B.O. No. 243780
                                                2120 Commonwealth Avenue,
                                                Ste. 200
                                                Newton, Massachusetts 02466
                                                (617) 244-5620.

## CERTIFICATE OF SERVICE.

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management No. 3 on November 4, 2009.

/s. <u>Paul S. Hughes.</u>