# EXHIBIT A

1

1      UNITED STATES DISTRICT COURT

2      FOR THE DISTRICT OF MASSACHUSETTS

3             MDL Docket No. 1629

4             Master File No. 04-10981

5   * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

6   IN RE:   NEURONTIN MARKETING, SALES

7            PRACTICES AND PRODUCTS

8            LIABILITY LITIGATION

9   * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

10   THIS DOCUMENT RELATES TO:

11   ALLAN M. HUBERMAN

12   * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

13

14   VIDEOTAPED DEPOSITION OF ALLAN M. HUBERMAN

15             VOLUME 2

16

17             Held At:
              Hare & Chaffin
18             160 Federal Street
          Boston, Massachusetts 02110
19
             March 31st, 2008
20             9:02 AM

21

22   Reported By:   Maureen O'Connor Pollard, RPR, CLR

23
     Videographer:   Shawn Budd
24

2

1  APPEARANCES:

2  FOR THE PLAINTIFF:

3       BY:   PAUL S. HUGHES, ESQ.

4             2120 Commonwealth Avenue

5             Newton, Massachusetts 02466

6             617-244-5620

7

8  FOR THE DEFENDANTS:

9       BY:   DAVID B. CHAFFIN, ESQ.

10            HARE & CHAFFIN

11            160 Federal Street

12            Boston, Massachusetts 02110

13            617-330-5000

14            dchaffin@hare-chaffin.com

15

16

17

18

19

20

21

22

23

24

94

1   happened with Dr. Demopulos.

2       Q.   Okay.  Well, you talked earlier about

3   you felt lethargy, right, and a feeling of you

4   just didn't care, I guess apathy?

5       A.   Yes.

6       Q.   And sedation, sleepiness?

7       A.   Tired.

8       Q.   What other side effects from the

9   Neurontin did you experience, if any?

10      A.   I had a feeling of not caring about

11  anything.

12      Q.   Okay.  Apathy?

13      A.   Well, that's what I put down, apathy,

14  worse.

15      Q.   And you attributed all those to the

16  Neurontin as early as 1998, didn't you?

17      A.   I never had that before, never had

18  that feeling before.  Felt like I had no control

19  of myself.

20      Q.   In fact, that's why you took yourself

21  off it, right?

22      A.   Right.

23      Q.   Because you -- and did you think in

24  '98 that it was the Neurontin that was causing

95

1  all of these side effects?

2        A.    Well, I felt it had to be something to

3  do with it because I wasn't on anything else.

4        Q.    Give me just one second.  I think I'm

5  about done.

6              Is there, sir -- by the way, do you

7  intend to get us some answers to interrogatories

8  and a response to the request for production

9  soon I hope?

10       A.    Say that again?

11       Q.    Do you know that my clients have sent

12 interrogatories, questions to you?

13       A.    Yes.

14       Q.    And we haven't received responses to

15 those.  Do you know that?

16       A.    Is that what you have, Paul?

17             Yes.

18       Q.    Okay.  Do you intend to get us those

19 responses sometime soon?

20       A.    Yes.

21       Q.    Okay.  And we've also sent you a

22 request for production of documents, you know,

23 any documents that you might have relevant to

24 your case?

96

1        A.    I think we said we haven't got

2   anything presently.

3        Q.    You don't have any documents relevant?

4        A.    No.

5              MR. HUGHES:   Anything in addition to

6   what you've given him already.

7        A.    Absolutely not.

8              BY MR. CHAFFIN:

9        Q.    Right, in your demand letter,

10  etcetera.

11             Okay.   Is there anything, sir, that

12  you believe is important to your case that

13  hasn't been discussed either today or during the

14  last session of your deposition with Miss

15  Seator?

16       A.    No, I think you guys have been very

17  thorough.

18       Q.    Anything that you'd want to talk about

19  that hasn't been addressed?

20       A.    Just that I can't believe I went

21  through this, and reading these things really

22  brought me back to a part of my life that I'd

23  like to forget, and then what it brought, you

24  know, even further.