# EXHIBIT A

| # | Finkelstein & Partners, LLP | Docket # |
|---|---|---|
| 1 | Acton, Albert | 05-12129 |
| 2 | Adkins, Donna Joyce | 06-10539 |
| 3 | Alsberge, Debra Johnson | 05-11699 & 06-10957 |
| 4 | Beckworth, Dorothy | 06-12213 |
| 5 | Bel Bruno, Steven | 05-11153 |
| 6 | Belongie, Jr., Gerald W. | 06-10109 |
| 7 | Bennett, Marilyn | 08-10678 |
| 8 | Brida, Janeen | 07-12129 |
| 9 | Briggs, Robin Stern | 05-11700 & 07-10327 |
| 10 | Brown, Sidney | 05-11037 |
| 11 | Cailor, Lore J. | 06-10537 |
| 12 | Campbell, Nicole Y. | 06-11483 |
| 13 | Cascio, Joseph | 06-10536 |
| 14 | Colton, Peggy Ann | 05-11996 |
| 15 | Cook, Earl Richard | 06-10777 |
| 16 | Dane, Krystie | 05-12384 |
| 17 | Dees, John | 05-11028 |
| 18 | Digiacomo, Jay | 05-11023 |
| 19 | Drinkwine, Teresa | 09-10836 |
| 20 | Durden, Curtis, Jr. | 08-11705 |
| 21 | Farris, Jeffrey | 06-12063 |
| 22 | Feyer, Shanan | 05-11035 |
| 23 | French, Sandra | 05-12595 |
| 24 | George, Lanny | 06-10112 |
| 25 | Haddock, Larry | 06-10254 |
| 26 | Hargrove, Johnnie | 05-11034 |
| 27 | Henry, Nancy | 05-11995 |
| 28 | Huffman, Dan | 05-10829 |
| 29 | Isaacs, Debora L. | 07-10630 |
| 30 | James, Nicole Justine | 05-11022 |
| 31 | Jarosz, John | 05-11263 |
| 32 | Keegan, Kevin | 06-10538 |
| 33 | Leu, Michael | 09-10422 |
| 34 | Libby, Dawn M. | 06-11482 |
| 35 | Long, Patti | 06-11582 |
| 36 | Lutz, Dallas Mae | 06-10255 |
| 37 | Lyman, Gary L. | 05-11020 |
| 38 | Marzolo, Paul | 05-12387 |
| 39 | McLendon, Denise | 08-12034 |
| 40 | Messer, Sandra Lynn | 08-11041 |
| 41 | Minisquero, Mark | 05-11021 |
| 42 | Monsue, Ann | 08-11533 |
| 43 | Montgomery, Maralyn | 06-10110 |
| 44 | Montgomery, William | 05-11032 |
| 45 | Morrow, James, Jr. | 08-11706 |

| # | | |
|---|---|---|
| 46 | Mosley, Thelma Juanita | 05-12388 |
| 47 | Mowdy, Shirley | 08-11697 |
| 48 | Mustafa, Fazila | 06-11394 |
| 49 | O'Bryan, Jr., Arnold | 05-12594 |
| 50 | O'Sullivan, Joanna | 08-11256 |
| 51 | Paulsen, Patti | 05-10830 |
| 52 | Pursey, Mitzi | 07-10106 |
| 53 | Ramsey, Lena | 06-12212 |
| 54 | Reilly, Arthur | 07-12236 |
| 55 | Richey, Linda | 05-12000 |
| 56 | Samuels, Jacqueline J. | 08-10958 |
| 57 | Scott, Kim E. | 06-10253 |
| 58 | Shaw, Joy M. | 06-11584 |
| 59 | Shelley, Larry A. | 06-11935 |
| 60 | Sizemore, Algina | 06-10111 |
| 61 | Sloan, Doris | 07-11253 |
| 62 | Smith, Monica | 05-10833 |
| 63 | Smith, Rosemary | 06-10535 |
| 64 | Spencer-Acker, Debbie L. | 08-12088 |
| 65 | Stadler, Jason | 08-11330 |
| 66 | Sumait, Rosalia | 05-10832 |
| 67 | Tilley, Kelly A. | 06-11773 |
| 68 | Vinyard, Janice | 07-12233 |
| 69 | Vorholt, Carol A. | 08-10740 |
| 70 | Wampole, Bryan | 07-11072 |
| 71 | Werner, Carole | 05-11994 |
| 72 | Wolosonowich, Dennis | 06-11395 |
| 73 | Young, Brent D. | 06-11446 |

**Cases Subject to the Court's Decision on Random Selection[1]**

| # | Garcia & Karam, LLP | Caption / Index |
|---|---|---|
| 74 | Aranda | Aranda vs. Pfizer 06-CV-10310 |
| 75 | Burleson, | Burleson vs. Pfizer 06-CV-11583 |
| 76 | Felici | Felici vs. Pfizer 06-CV-10689 |
| 77 | Fonseca, | Fonseca vs. Pfizer 06-CV-10311 |
| 78 | Garcia | Garcia vs. Pfizer 06-CV-11775 |
| 79 | Salinas | Salinas vs. Pfizer 06-CV-10687 |

| | **Carl Pierce, Esq. Wright & Greenhill, P.C.** | **Caption/Index** |
|---|---|---|

---

[1] Defendants believe that cases from any firm that has selected fewer than a complete inventory of its cases should be selected at random, and not unilaterally by Plaintiffs.

| | | |
|---|---|---|
| 80 | Barlow, | Barlow v. Pfizer 05-CV-10501 |

### Levi Boone III, Esq.

| | | |
|---|---|---|
| 81 | Bass, Teresser - Allen | Bass, Teresser - Allen, et al. v. Pfizer 07-CV-1795 |
| 82 | Drennan, Shirley - Anderson | Drennan, Shirley - Anderson, et al. v. Pfizer 05-CV-10835 |
| 83 | Duvall, Catherine - Allen | Duvall, Catherine - Allen, et al. v. Pfizer 07-CV-1795 |
| 84 | Forbes, Glen - Allen | Forbes, Glen - Allen, et al. v. Pfizer 07-CV-1795 |
| 85 | Glass, Shannon - Allen | Glass, Shannon - Allen, et al. v. Pfizer 07-CV-1795 |
| 86 | Lindley, Betsy Miller - Allen | Lindley, Betsy Miller - Allen, et al. v. Pfizer 07-CV-1795 |
| 87 | Mitchell, Prince - Allen | Mitchell, Prince - Allen, et al. v. Pfizer 07-CV-1795 |
| 88 | Neal, Debra - Allen | Neal, Debra - Allen, et al. v. Pfizer 07-CV-1795 |
| 89 | Powell, Deloris - Allen | Powell, Deloris - Allen, et al. v. Pfizer 07-CV-1795 |
| 90 | Rice, Rodger - Cooper | Rice, Rodger - Cooper, et al. v. Pfizer 05-CV-10834 |
| 91 | Scott, Grace - Allen | Scott, Grace - Allen, et al. v. Pfizer 07-CV-1795 |
| 92 | Taylor, Cecil - Allen | Taylor, Cecil - Allen, et al. v. Pfizer 07-CV-1795 |
| 93 | Townsend, Dan - Allen | Townsend, Dan - Allen, et al. v. Pfizer 07-CV-1795 |
| 94 | Trim, Mike - Allen | Trim, Mike - Allen, et al. v. Pfizer 07-CV-1795 |
| 95 | Wilson, Lakeshia - Allen | Wilson, Lakeshia - Allen, et al. v. Pfizer 07-CV-1795 |

| | **Stephen N. Leuchtman, Esq.** | **Caption/Index** |
|---|---|---|
| 96 | Bundoff | Bundoff v. Pfizer 06-CV-10955 |

| | **Henninger Garrison Davis, LLC** | **Caption/Index** |
|---|---|---|
| 97 | Chappel | Chappel v. Pfizer 06-CV-11381 |
| 98 | Southern | Southern v. Pfizer 07-CV-10428 |

| | **Newton B. Schwartz, Esq.** | **Caption/Index** |
|---|---|---|
| 99-108 | Random Selection | |

| | **Cynthia Lynch (Pro Se)** | **Caption/Index** |
|---|---|---|
| 109 | Lynch, Cynthia | Lynch v. Pfizer 07-CV-11280 |

| **Pogust Braslow & Millrood, LLC** | **Caption/Index** |
|---|---|
| 110   Newberry | Newberry, et al. v. Pfizer  07-CV-11499 |