UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :

In re:  NEURONTIN MARKETING, SALES      :  MDL Docket No. 1629
            PRACTICES AND PRODUCTS     :
            LIABILITY LITIGATION          :  Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :  Judge Patti B. Saris

THIS DOCUMENT RELATES TO:        :

*Shearer v. Pfizer Inc., et al.*           :  Magistrate Judge Leo T.
Case No. 1:07-cv-11428-PBS       :  Sorokin

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY IN FURTHER
SUPPORT OF DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S ORDER
DENYING MOTION TO RESTRICT COMMUNICATIONS WITH TREATING
PHYSICIANS AND IMPOSE SANCTIONS AGAINST DR. DAVID EGILMAN**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer" or
"Defendants") respectfully move for leave to submit a reply memorandum in further support of
their objection to Magistrate Judge Sorokin's order denying their motion to restrict
communications with treating physicians and impose sanctions against Dr. David Egilman. The
proposed reply memorandum, and the supporting declaration of Mark S. Cheffo, are attached
hereto as Exhibits 1 and 2.

Defendants submit that their proposed reply and supporting declaration are necessary to
clarify the issues in Defendants' Objection and those raised by Plaintiff's Response.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave
to file the proposed reply memorandum, and the supporting declaration of Mark S. Cheffo, that
are attached hereto as Exhibits 1 and 2.

Dated: November 10, 2009    Respectfully submitted,

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP

By:  /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

   -and-

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ William S. Ohlemeyer
    William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

   -and-

SHOOK, HARDY & BACON L.L.P.

By:  /s/ Scott W. Sayler
    Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

   -and-

WHITE AND WILLIAMS LLP

By:    /s/ David B. Chaffin
        David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 10, 2009.

/s/ David B. Chaffin
David B. Chaffin