11-5-2009

To: The United States District Court
US Magistrate Judges Leo T. Sorokin, Patti B. Saris

This letter is regarding Neurontin products liability litigation MDL docket No. 1629 Master file No. 04-10981. I have not received any written information from the court regarding this case in many months. I was interested in finding out the status of this case, and if there are any upcoming court dates. I still have information that was not entered as evidence by my former lawyers. Please contact me.

Thank you,
Jamie Meyers-Fenelon

Contact:
Jamie Meyers-Fenelon
3064 E. Street
Philadelphia, PA 19134
Home - 267-639-9960
Cell - 267-912-8034