UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
------------------------------------------------x

THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DEFENDANTS' MOTION FOR CLARIFICATION
## OF COURT'S OCTOBER 12, 2009 ORDER

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully make this Motion for Clarification of the Court's October 12, 2009 Order concerning certain discovery matters.

On September 14, 2009, Plaintiffs made a motion seeking to re-open generic discovery in this MDL on a breathtaking scope. [2090] Plaintiffs made such motion even though they had previously represented to the Court on several occasions that generic discovery was complete.

On October 14, 2009, this Court entered an order [2125] granting in part and denying in part Plaintiffs' motion to re-open discovery. The Court made clear that "[a]s a general matter, the Court is not reopening discovery." ([2125] at 3.) And the Court denied Plaintiffs' request to reopen and revise the cutoff date for discovery to the latest date of sustained injury by a plaintiff. (*Id.*) The Court granted limited discovery, requiring Defendants to produce, within 45 days, documents regarding the efficacy or side effects of Neurontin not previously produced and documents regarding the FDA label change. (*Id.*)

By this motion, Defendants seek clarification regarding the category of documents described by the Court as "documents regarding the efficacy or side effects of Neurontin." For the reasons set forth more fully in the accompanying memorandum of law, Defendants

respectfully request that its supplemental production be limited to documents contained within the IND, NDA and the files of Christopher Wohlberg.

Dated: November 20, 2009              Respectfully submitted,

        SKADDEN, ARPS, SLATE,
         MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
       Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

SHOOK, HARDY & BACON L.L.P.

By:   /s/ Scott W. Sayler
       Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

WHITE AND WILLIAMS LLP

By:   /s/ David B. Chaffin
       David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 330-5000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 20, 2009.

/s/ David B. Chaffin
David B. Chaffin

3