UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS



------------------------------------------------------------x

: MDL Docket No. 1629

: Master File No. 04-10981

: Judge Patti B. Saris

: Magistrate Judge Leo T.
: Sorokin

## DECLARATION OF RONKE EKWENSI

I, Ronke Ekwensi, declare as follows:

1. I am currently employed by Pfizer Inc. My business address is 150 East 42nd Street, New York, NY 10017. I have been employed by Pfizer since November, 2006. My current title is Senior Director of Discovery Operations/Enterprise Records & Information Management. I have personal knowledge of the information within this affidavit.

2. I understand that Plaintiffs have asked Pfizer to search custodial files of certain unspecified regulatory personnel at Pfizer.

3. Pfizer has analyzed the general costs associated with the collection and review of its custodial files. Each custodial collection on average amounts to 10 gigabytes of electronically stored information. Each gigabyte is the equivalent of approximately 65,000 pages of documents. So each custodians' collection can be about 650,000 pages. In addition, each custodian has, on average, 3 boxes of paper documents, each containing 3,000 pages.

4. Collecting electronically stored information and rendering it "reviewable" is, in and of itself, a complex, time-consuming and expensive process. A page-by-page review of the documents is then required to determine whether the documents are responsive. Additional cost is associated with preparing the documents for production to Plaintiffs. The average cost per

custodian is approximately $85,000.

5. Assuming, therefore, that Plaintiffs seek production from ten custodial files, the review would likely involve review of over 1.3 million pages of documents and take approximately 2750 hours. Again, assuming ten custodial files, the overall cost to search and review the files is estimated at $850,000.

6. This estimate does not include the time and expense of Pfizer attorneys reviewing the documents for privilege. The costs described in this declaration also do not include lost productivity and other business costs.

Signed under the penalties of perjury this 19th day of November, 2009.

_____
Ronke Ekwensi