UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL SALES & MARKETING ACTIONS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

## PLAINTIFF'S LIST OF WITNESSES TO BE PRESENTED AT TRIAL

Pursuant to Fed. R. Civ. P. 26(a)(3) and L.R. 16.5(C), as well as the Procedural Order of this Court dated November 12, 2009 (Docket No. 2172), Plaintiffs Kaiser Foundation Health Plan, Inc.[1] and Kaiser Foundation Hospitals (collectively, "Plaintiff" and/or "Kaiser"), by and through their undersigned counsel, respectfully submit the list of witnesses who may be called, or whose testimony may be designated, during Kaiser's case-in-chief at trial.[2]

In submitting its witness list, Kaiser reserves the right to: (i) withdraw at any time any witness identified on this list; (ii) supplement and/or amend this list in the event that additional witnesses are discovered subsequent to the date of service of this list; (iii) call additional witnesses at trial as required for authentication, rebuttal or impeachment and/or as necessitated by evidence presented by Defendants; (iv) supplement and/or amend this list in response to the

---

[1] Kaiser Foundation Health Plan, Inc. is the parent company of the following companies and has brought this lawsuit on behalf of itself and its subsidiaries: Kaiser Foundation Health Plan of Colorado; Kaiser Foundation Health Plan of Georgia, Inc.; Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.; Kaiser Foundation Health Plan of the Northwest; and Kaiser Foundation Health Plan of Ohio.

[2] Witnesses employed by Southern California Permanente Medical Group, Northwest Permanente Medical Group, or The Permanente Medical Group are not under the control of Kaiser and cannot be compelled to participate in trial. Kaiser is attempting to secure these witnesses attendance, but Kaiser makes no guarantees that any will appear at trial. In the event any witness that Kaiser intended to call live should become unavailable, Kaiser reserves the right to designate such witness as a witness Plaintiff expects to affirmatively present by deposition, and to supply the portions of their respective testimony that may be offered into evidence at that time.

Court's rulings on pretrial motions or other evidentiary matters, stipulations that the parties may enter into with respect to the admissibility of documents; and (v) supplement and/or amend this list as otherwise permitted by the Court. Plaintiffs reserve their right to call any witness listed on Defendants' live witness list.

By the agreement of the parties, the description of the testimony to be offered by each witness is nonbinding and subject to change as trial preparation proceeds. Subject to the foregoing, Kaiser hereby lists the following witnesses to be presented at trial:

|    | **WITNESS** | **DESCRIPTION** | **EST. TIME** |
|----|-------------|-----------------|---------------|
| 1. | **Abramson, John, M.D.**<br>39 Spring St.<br>Ipswich, MA 01938 | Dr. Abramson will testify with regard to the sources of information typically relied upon by physicians in making prescribing decisions, whether these sources of information have increasingly come under the influence of drug manufacturers, and whether Defendants manipulated or influenced those sources in the course of their marketing of Neurontin. | 45 minutes |
| 2. | **Alldredge, Brian, PharmD**<br>University of California, San Francisco<br>521 Parnassus Ave.<br>C-152,<br>San Francisco, CA 94143 | Dr. Alldredge will testify with regard to whether there is reliable evidence to demonstrate enhanced efficacy of Neurontin at doses above 1800 mg per day. He will also provide testimony as to whether the marketing materials and practices used by the Defendants concerning Neurontin's use at doses above 1800 mg per day were truthful and scientifically valid. | 30 minutes |
| 3. | **Barkin, Jeffrey S., M.D.**<br>97 A Exchange Street,<br>Suite 401,<br>Portland, Maine 04101 | Dr. Barkin will testify with regard to Neurontin's efficacy as a treatment for bipolar and other mood disorders and whether the marketing materials used by the Defendants concerning Neurontin's use for these indications contained false, misleading, omissive, incomplete or untruthful statements. | 45 minutes |

| | WITNESS | DESCRIPTION | EST. TIME |
|---|---|---|---|
| 4. | **Conti, Rena, Ph.D.,**<br>Greylock McKinnon Associates<br>One Memorial Drive, Suite 1410<br>Cambridge, MA 02142 | Dr. Conti will testify with regard to trends in the number of Neurontin prescriptions by indication and by daily dose as well as trends in the number of physicians prescribing Neurontin overall and by physician specialty. | 30 minutes |
| 5. | **Dickersin, Kay, M.A., Ph.D.**<br>1402 Bolton Street<br>Baltimore, MD 21217 | Dr. Dickersin will testify with regard to the existence and prevalence of reporting biases in research studies performed by the Defendants concerning Neurontin and the off-label indications at issue in this litigation. | 45 minutes |
| 6. | **Furberg, Curt Daniel, M.D., Ph.D.**<br>103 St. George Place<br>Advance, NC 27006 | Dr. Furberg will testify with regard to his analysis of safety data contained in the FDA's combined medical-statistical review of Neurontin for the indication "Adjunctive Medication in Refractory Partial Epilepsy" and whether gabapentin use is associated with an increased risk of depression with or without suicidal ideation. Dr. Furberg will also provide testimony regarding the Defendants' actions related to adherence to established standards for the conduct of research, dissemination of trial results and obligations to inform and warn practicing physicians, research subjects and regular patients. | 30 minutes |
| 7. | **Hartman, Raymond S., Ph.D.**<br>Greylock McKinnon Associates<br>One Memorial Drive, Suite 1410<br>Cambridge, MA 02142 | Dr. Hartman will testify with regard to his analysis of the economic damages sustained by Plaintiff in this matter. | 45 minutes |

| | **WITNESS** | **DESCRIPTION** | **EST. TIME** |
|---|---|---|---|
| 8. | **Jewell, Nicholas P., Ph.D.**<br>108 Hazel Lane<br>Piedmont, CA 94611 | Dr. Jewell will testify with regard to his analysis of unpublished data from Defendants' protocol 945-210 examining the clinical efficacy of Neurontin on subjective pain scores for patients with diabetes mellitus suffering from painful diabetic neuropathy. Dr. Jewell will also testify as to whether the occurrence of certain side-effects unblinded trial participants and whether such unblinding corrupted the trial's results. | 30 minutes |
| 9. | **Kessler, David A., M.D.**<br>2715 Steiner Street<br>San Francisco, CA 94123 | Dr. Kessler formerly served as Commissioner of the U.S. Food and Drug Administration and will testify with regard to the FDA's general standards for approval of pharmaceutical drugs, the FDA's standards for proving safety and efficacy, as well as the specifics surrounding the FDA's approval or rejection of Neurontin for specific uses. Dr. Kessler will also testify generally about the FDA's limited abilities to monitor marketing that is off-label and/or misleading and specifically about the FDA's efforts to monitor the marketing of Neurontin in this case. | 30 minutes |
| 10. | **McCrory, Douglas C., M.D.**<br>Center for Clinical Health Policy Research<br>Duke University<br>2200 W. Main St., Ste 220<br>Durham, NC 27705 | Dr. McCrory will testify with regard to whether Neurontin is an effective treatment for the prevention, or treatment, of migraine headaches and whether the Defendants made false, misleading, or incomplete statements in the marketing materials used to promote Neurontin for these indications. | 30 minutes |

|    | **WITNESS** | **DESCRIPTION** | **EST. TIME** |
|----|-------------|-----------------|---------------|
| 11. | **McDonough, Kimberly P., PharmD**<br>6899 Post Road<br>North Kingstown, RI 02852 | Dr. McDonough will testify with regard to the basic contours of the health insurance industry as they relate to the provision of pharmacy benefits to insured individuals. Dr. McDonough will also provide testimony identifying the various drug management tools available to the managed health care industry as they pertain to the coverage of medications and whether the application of these tools to Neurontin is practical. | 30 minutes |
| 12. | **Perry, Thomas L., M.D. FRCPC**<br>2211 Westbrook Mall,<br>Vancouver, B.C.<br>V6R 2P1, Canada | Dr. Perry will testify with regard to his research and analyses concerning the efficacy of Neurontin for the treatment of both neuropathic and nociceptive pain, and the availability of effective alternatives. Dr. Perry will also testify as to whether Defendants marketed Neurontin as an effective drug for pain through the use of misleading, incomplete or omissive statements. | 45 minutes |
| 13. | **Rosenthal, Meredith, Ph.D.**<br>Harvard School of Public Health<br>Department of Health Policy and Management<br>677 Huntington Avenue, Room 405<br>Boston, MA 02115 | Dr. Rosenthal will testify with regard to her analysis as to whether Plaintiff was impacted as a result of the purchase of or reimbursement for Neurontin for indications not approved by the Food and Drug Administration. She will also provide testimony with respect to whether the Defendants' allegedly fraudulent promotion of Neurontin can be shown to have caused increased unit sales. | 45 minutes |
| 14. | **Peteet, Joshua, M.S.**<br>Greylock McKinnon Associates<br>One Memorial Drive, Suite 1410<br>Cambridge, MA 02142 | Mr. Peteet will testify as to the contents of voluminous writings and recordings in the form of Defendants' databases and similar data sets, as well various calculations and summary representations of such data, all of which relate to whether Defendants' promotional expenditures on detailing were correlated with Defendants' other types of off-label promotion. | 15 minutes |

| | **WITNESS** | **DESCRIPTION** | **EST. TIME** |
|---|---|---|---|
| 15. | **Campen, David, M.D.** | Dr. Campen is a physician employed by The Permanente Medical Group. He is a member of Kaiser Permanente's Northern California Regional Pharmacy and Therapeutics Committee, as well as a member of Kaiser Permanente's Northern California Region's Drug Utilization Group. Dr. Campen will provide testimony relevant to the issues of formulary placement, reliance and causation. | 15 minutes |
| 16. | **Carrejo, Ambrose, PharmD** | Dr. Carrejo is the National Pharmaceutical Contracting Leader for Kaiser Permanente's Pharmaceutical Contracting and Strategic Purchasing Department. He is the successor to Dale Kramer, who has retired. Dr. Carrejo will provide testimony relevant to the issues of purchasing of Neurontin, cost, causation and damages. | 15 minutes |
| 17. | **Carver, Albert** | Mr. Carver is the Vice President, Pharmacy Strategy and Operations in California for Kaiser Foundation Health Plan. Mr. Carver will, *inter alia*, provide testimony describing Kaiser's business and corporate structure. | 15 minutes |
| 18. | **Daniel, Dale, M.D.** | Dr. Daniel is a surgeon employed by the Southern California Permanente Medical Group. He is the chair of Kaiser Permanente's Southern California Regional Pharmacy and Therapeutics Committee. Dr. Daniel will provide testimony relevant to the issues of formulary placement, reliance and causation. | 15 minutes |

| | WITNESS | DESCRIPTION | EST. TIME |
|---|---|---|---|
| 19. | **Dea, Robin, M.D.** | Dr. Dea is a psychiatrist employed by The Permanente Medical Group. She is also Kaiser Permanente's Northern California Region's Chair of the Chiefs of Psychiatry and Regional Director of Mental Health Services. Dr. Dea will provide testimony relevant to the issues of formulary placement, reliance and causation. | 15 minutes |
| 20. | **Jones, Sean, M.D.** | Dr. Jones is a physician employed by the Northwest Permanente Medical Group. Dr. Jones is also the chair of Kaiser Permanente's Northwest Regional Formulary and Therapeutics Committee. Dr. Jones will provide testimony relevant to the issues of formulary placement, reliance and causation. | 15 minutes |
| 21. | **Hyatt, Joel, M.D.** | Dr. Hyatt is a physician employed by the Southern California Permanente Medical Group. Dr. Hyatt serves as a co-chair of Kaiser Permanente's Southern California Regional Drug Utilization Action Team. Dr. Jones will provide testimony relevant to the issues of formulary placement, reliance and causation. | 15 minutes |
| 22. | **Kramer, Dale** | Mr. Kramer is retired. He was formerly the Director of Pharmacy Contracting for Kaiser Foundation Hospitals. Mr. Kramer will offer testimony on the issues of the purchase and cost of Neurontin, causation, and damages. | 15 minutes |
| 23. | **Millares, Mirta, PharmD** | Dr. Millares is the Manager of Drug Information Services and Pharmacy Outcomes Research for Kaiser Foundation Hospitals. Dr. Millares will offer testimony on the issues of reliance, causation, and damages. | 15 minutes |

|     | **WITNESS** | **DESCRIPTION** | **EST. TIME** |
| --- | --- | --- | --- |
| 24. | **Saint John, Rodney** | Mr. St. John is the Manager of Kaiser Permanente's National Pharmaceutical Contracting Department and is a former Project Manager for Kaiser Permanente's Southern California Regional Drug Utilization Action Team. Mr. St. John will offer testimony on the issues of reliance and damages. | 15 minutes |
| 25. | **Togashi, Calvin** | Mr. Togashi is a Senior Manager in the Information Management Office of Kaiser Permaente's Pharmacy Analytical Services. Mr. Togashi will offer testimony on the issues of causation and damages. | 15 minutes |
| 26. | **Alphs, Larry, M.D.** | Dr. Alphs was a director of Clinical Development CNS at Pfizer and will testify about Pfizer's clinical development of Neurontin | 15 minutes |
| 27. | **Boris, John** | Mr. Boris was a senior manager of marketing planning for Neurontin at Warner-Lambert and will testify about the marketing of Neurontin | 15 minutes |
| 28. | **Brown, Mark** | Mr. Brown was the director of the Rheumatology Orthopedic Neurology (RON) Division and will testify about the marketing and sales promotion of Neurontin. | 15 minutes |
| 29. | **Castro, Lucy** | Ms. Castro was a member of the Neurontin regulatory team at Pfizer and will testify about submissions for FDA approval of various indications of Neurontin, and the outcomes of such approvals. | 15 minutes |
| 30. | **Cavic, George** | Mr. Cavic was VP of Healthcare Management at Warner-Lambert and Pfizer and will testify about the marketing of Neurontin and the information Defendants provided to large healthcare plans and payors such as Kaiser. | 15 minutes |

| | WITNESS | DESCRIPTION | EST. TIME |
|---|---|---|---|
| 31. | **Cheng, Clare** | Ms. Cheng was an employee of Cline Davis and Mann and will testify about the marketing of Neurontin and Defendants use of medical marketing firms to further their marketing aims. | 15 minutes |
| 32. | **Cooper, David, M.D.** | Dr. Cooper was medical writer for Medical Action Communications and will testify about marketing of Neurontin and Defendants use of medical marketing firms to further their marketing aims. | 15 minutes |
| 33. | **Crook, John Allen** | Mr. Crook was a Neurontin product manager at Warner-Lambert and will testify about the marketing of Neurontin. | 15 minutes |
| 34. | **DeSimone, Christopher** | Mr. DeSimone was a director of customer marketing for Warner-Lambert's Healthcare Management CBU and will testify about the marketing of Neurontin and the information Defendants provided to large healthcare plans and payors such as Kaiser. | 15 minutes |
| 35. | **Doft, Suzanne** | Ms. Doft was a senior marketing manager and director of the US Neurontin marketing team, and will testify about the marketing of Neurontin. | 15 minutes |
| 36. | **Dowd, Christopher** | Mr. Dowd was a managed care manager and a regional manager for CNS specialty and will testify about the marketing of Neurontin and the information Defendants provided to large healthcare plans and payors such as Kaiser. | 15 minutes |
| 37. | **Fannon, Allison** | Ms. Fannon was a sales representative and senior marketing manager for Warner-Lambert and Pfizer and will testify about the marketing of Neurontin. | 15 minutes |

| | **WITNESS** | **DESCRIPTION** | **EST. TIME** |
|---|---|---|---|
| 38. | **Fierro, Lesley** | Ms. Fierro was a drug information specialist and a member of the Drugdex pharmaceutical advisory panel and will testify about the marketing of Neurontin and Warner-Lambert's interactions with Drugdex. | 15 minutes |
| 39. | **Fleischman, Bruce** | Mr. Fleischman was the national sales director for the Vista Rx sales division at Pfizer and will testify about the marketing and sales promotion of Neurontin. | 15 minutes |
| 40. | **Ford, John** | Mr. Ford was a Neurontin regional sales manager at Warner-Lambert and will testify about the marketing of Neurontin. | 15 minutes |
| 41. | **Franklin, David** | Dr. Franklin was a medical liaison hired by Warner-Lambert and will testify about the marketing of Neurontin. | 15 minutes |
| 42. | **Garrity, Andrea** | Ms. Garrity was a member of the Neurontin regulatory team at Pfizer and will testify about submissions for FDA approval of various indications of Neurontin, and the outcomes of such approvals. | 15 minutes |
| 43. | **George, Timothy** | Mr. George was vice president of sales for Pfizer's PD 2 sales division and will testify about the marketing and sales promotion of Neurontin. | 15 minutes |
| 44. | **Glanzman, Robert, M.D.** | Dr. Glanzman was a Neurontin medical director at Pfizer and will testify about Defendants' efforts to market Neurontin for various conditions, Neurontin's efficacy for such conditions, Defendants' knowledge of the evidence relating to efficacy, and Defendants efforts to disseminate such information. | 15 minutes |
| 45. | **Grogan, Christine** | Ms. Grogan was a member of the US Neurontin marketing team at Pfizer and will testify about the marketing of Neurontin. | 15 minutes |

|   | **WITNESS** | **DESCRIPTION** | **EST. TIME** |
|---|---|---|---|
| 46. | **Henderson, Jefferson** | Mr. Henderson was a Senior Director of National Accounts, Health Plans at Pfizer and will testify about the marketing of Neurontin and the information Defendants provided to large healthcare plans and payors such as Kaiser. | 15 minutes |
| 47. | **Kivel, Frances** | Ms. Kivel was a member of the Neurontin Indication Decision Analysis Team for Warner-Lambert and will testify about Defendants decision to marketing Neurontin for specific indications. | 15 minutes |
| 48. | **Knapp, Lloyd** | Mr. Knapp was a leader of the CNS research team at Warner-Lambert and Pfizer and will testify about the clinical development program for Neurontin. | 15 minutes |
| 49. | **Knoop, John M.** | Mr. Knoop was a senior marketing manager and director of the epilepsy disease team at Warner-Lambert and will testify about the marketing of Neurontin. | 15 minutes |
| 50. | **Magistro, Philip** | Mr. Magistro was an associate medical director and director of global marketing at Warner-Lambert and will testify about the marketing of Neurontin. | 15 minutes |
| 51. | **Mancini, Nancy** | Ms. Mancini was a senior manager in Pfizer's Global Marketing Analytics department, and will testify about the effects of Defendants' marketing of Neurontin, and the sources of data that quantified and analyzes Neurontin sales. | 15 minutes |
| 52. | **Marino, John** | Mr. Marino was the Neurontin worldwide team leader at Pfizer and will testify about the marketing of Neurontin. | 15 minutes |

| | **WITNESS** | **DESCRIPTION** | **EST. TIME** |
|---|---|---|---|
| 53. | **Martin, Tamela** | Ms. Martin was a regional marketing manager and area business manager for Warner-Lambert and a district manager regional manager and regional manager in the Rheumatology Orthopedic Neurology (RON) Division, and will testify about the marketing and sales promotion of Neurontin. | 15 minutes |
| 54. | **Mccormick, Cynthia, M.D.** | Dr. McCormick was a clinical reviewer for the FDA and will testify about her analysis of safety data contained in the FDA's combined medical-statistical review of Neurontin and whether gabapentin use is associated with an increased risk of depression with or without suicidal ideation. | 15 minutes |
| 55. | **Mishra, Avanish** | Mr. Mishra was a marketing manager of Neurontin at Pfizer and will testify about the marketing of Neurontin. | 15 minutes |
| 56. | **O'Brien, Bina** | Ms. O'Brien was an employee of Cline Davis and Mann and will testify about the marketing of Neurontin and Defendants use of medical marketing firms to further their marketing aims. | 15 minutes |
| 57. | **Pande, Atul, M.D.** | Dr. Pande was a senior director of CNS research at Warner-Lambert and Pfizer and will testify about Defendants' efforts to commercialize and market Neurontin for various conditions, Neurontin's efficacy for such conditions, Defendants' knowledge of the evidence relating to efficacy, and Defendants efforts to disseminate such information. | 15 minutes |

| | **WITNESS** | **DESCRIPTION** | **EST. TIME** |
|---|---|---|---|
| 58. | **Pfizer corporate designee(s)** | Witness(es) designated by Pfizer for purposes of testifying on issues relating to authenticity, business records exception, and other matters requested by Plaintiff, including presentation and production of documents with respect to the West CBU and Healthcare Management CBU of Warner-Lambert, and the California sales regions of Pfizer. | 15 minutes |
| 59. | **Pieroni, Joseph** | Mr. Pieroni was vice president of marketing planning at Warner-Lambert and will testify about the marketing of Neurontin. | 15 minutes |
| 60. | **Richter, John** | Mr. Richter was director of managed care in the NECBU and director of seniors marketing in the Healthcare Management CBU and will testify about the marketing of Neurontin and the information Defendants provided to large healthcare plans and payors such as Kaiser. | 15 minutes |
| 61. | **Samuels, Jennifer** | Ms. Samuels was an employee of Cline Davis and Mann and will testify about the marketing of Neurontin and Defendants use of medical marketing firms to further their marketing aims. | 15 minutes |
| 62. | **Scott, Drusilla** | Ms. Scott was a member of the Neurontin regulatory team at Pfizer and will testify about submissions for FDA approval of various indications of Neurontin, and the outcomes of such approvals. | 15 minutes |
| 63. | **Smith, Connor** | Mr. Smith is an employee of Cline Davis and Mann and will testify about the marketing of Neurontin and Defendants use of medical marketing firms to further their marketing aims, as well as documents relating to these subject areas. | 15 minutes |

|     | **WITNESS**        | **DESCRIPTION** | **EST. TIME** |
| --- | ------------------ | --------------- | ------------- |
| 64. | **Tive, Leslie**   | Ms. Tive was the worldwide Neurontin medical director at Pfizer and will testify about Defendants' efforts to market Neurontin for various conditions, Neurontin's efficacy for such conditions, Defendants' knowledge of the evidence relating to efficacy, and Defendants efforts to disseminate such information. | 15 minutes |
| 65. | **Turner, Janeth** | Ms. Turner was the Director of Regulatory Affairs at Warner-Lambert and will testify about submissions for FDA approval of various indications of Neurontin, and the outcomes of such approvals. | 15 minutes |
| 66. | **Valerio, Stephen** | Mr. Valerio was an employee of Medical Action Communications and will testify about marketing of Neurontin and Defendants use of medical marketing firms to further their marketing aims. | 15 minutes |
| 67. | **Vega, Adrian**   | Mr. Vega was a senior therapeutic team manager for pain at Pfizer and will testify about the marketing of Neurontin and Pfizer's efforts to disseminate information about the drug. | 15 minutes |
| 68. | **Vinegra, Michael** | Mr. Vinegra was an employee of Medical Action Communications and will testify about marketing of Neurontin and Defendants use of medical marketing firms to further their marketing aims. | 15 minutes |
| 69. | **Windom, Timothy** | Mr. Piron was a product manager for Neurontin at Warner-Lambert and Pfizer and will testify about the marketing of Neurontin. | 15 minutes |
| 70. | **Yoder, Margeret** | Ms. Yoder was a director of the US Neurontin marketing team, and will testify about the marketing of Neurontin. | 15 minutes |
| 71. | **Piron, Steve**   | Mr. Piron was a senior marketing manager of Neurontin at Pfizer and will testify about the marketing of Neurontin. | 15 minutes |

| | **WITNESS** | **DESCRIPTION** | **EST. TIME** |
|---|---|---|---|
| 72. | **Ellen Dukes** | Ms. Dukes was a senior director of outcomes research at Pfizer and will testify about the marketing of Neurontin and the information about outcomes that Pfizer provided to large healthcare plans and payors such as Kaiser. | 15 minutes |
| 73. | **Partain, Alan** | Mr. Partain was a PD2 regional manager in Parke-Davis's Mid-Atlantic region. He will testify about Defendants' efforts to market Neurontin to Kaiser. | 15 minutes |
| 74. | **Longmire, David, M.D.** | Dr. Longmire is a physician specializing in pain evaluation and management, neurological assessment, and clinical neurophysiology and will testify about the role that physicians played in Warner-Lambert and Pfizer's marketing of Neurontin. | 15 minutes |

Pursuant to Fed. R. Civ. P. 26(a)(3), impeachment evidence is not listed. Moreover, Kaiser reserves the right to ask the Court for leave to supplement this list if circumstances warrant.

Dated: November 23, 2009

Respectfully Submitted,

By: /s/ *Linda P. Nussbaum, Esq.*
Linda P. Nussbaum, Esq.
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714

***Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals***

Thomas M. Greene
Greene LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA, 02142
Boston, MA 02110

*Of Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 23, 2009.

>/s/ *Linda P. Nussbaum*
> Linda P. Nussbaum