UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING, SALES
        PRACTICES AND PRODUCTS
        LIABILITY LITIGATION
------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

THE GUARDIAN LIFE INSURANCE COMPANY OF
AMERICA v. PFIZER INC., 04 CV 10739 (PBS)

------------------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DEFENDANTS' MOTION TO COMPEL IDENTIFICATION OF NAMES AND ADDRESSES OF POTENTIAL TRIAL WITNESSES

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully make this Motion to Compel Identification of Names and Addresses of Potential Trial Witnesses.

For the reasons set forth more fully in the accompanying memorandum of law, Defendants respectfully request that the Court order Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals to identify the names and addresses of Kaiser physicians who prescribed Neurontin and Kaiser insureds who took Neurontin, in order that Defendants may secure the testimony of relevant fact witnesses for trial.

Dated: November 25, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
       Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
     Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
     David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 330-5000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company*

**CERTIFICATE OF CONSULTATION**

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 25, 2009.

/s/ David B. Chaffin
David B. Chaffin