UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                               :
        SALES PRACTICES AND                                :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                      :
                                                           :    Judge Patti B. Saris
-----------------------------------------------------------x
                                                           :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                  :
                                                           :
        PRODUCTS LIABILITY ACTIONS                         :
                                                           :
-----------------------------------------------------------x
```

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN
OPPOSITION TO DEFENDANTS' MOTION FOR
<u>CLARIFICATION OF THIS COURT'S OCTOBER 14, 2009 ORDER</u>**

I, Andrew G. Finkelstein, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in opposition to Defendants' motion for clarification of this Court's October 14, 2009 Order.

3. The following documents are attached hereto in opposition to Defendants' motion:

> Exhibit 1 -  Excerpts from the October 5, 2009 transcript of the hearing of the motion before Magistrate Judge Leo T. Sorokin.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 30, 2009

        **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein
        FINKELSTEIN & PARTNERS, LLP
        1279 Route 300, P.O. Box 1111
        Newburgh, NY  12551
        Tel.: 845-562-0203
        Fax:  845-562-3492
        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on November 30, 2009.

Dated:  November 30, 2009

        **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein, Esquire