UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ---------------------------------------------------------------x | : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING, | : | |
|           SALES PRACTICES AND | : | Master File No. 04-10981 |
|           PRODUCTS LIABILITY LITIGATION | : | |
| | : | Judge Patti B. Saris |
| ---------------------------------------------------------------x | | |
| | : | Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Shearer v. Pfizer Inc.,* 1:07-cv-11428-PBS | : | |
| | : | |
| ---------------------------------------------------------------x | | |

## CERTIFICATION OF KENNETH B. FROMSON, ESQ. REGARDING SUPERVISION OF INVESTIGATORS AND AGENTS

I, Kenneth B. Fromson, a partner with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff Linda B. Shearer in the above-entitled individual action, certifies pursuant to the Order dated November 18, 2009, ECF Doc. # 2175, as follows:

1. I am lead trial counsel for the purpose of supervising investigators and other agents who will interview potential witnesses.

2. I have reviewed with our investigators and agents the provisions of the witness tampering statute and other relevant ethical restrictions.

3. I will review all written materials presented to prospective witnesses.

FINKELSTEIN & PARTNERS, LLP
*Attorneys for Plaintiff Linda B. Shearer*

By:   **/s/ Kenneth B. Fromson**
        Kenneth B. Fromson
        1279 Route 300, P.O. Box 1111
        Newburgh, NY  12551
        Tel.:  845-562-0203
        Fax:  845-562-3492

**CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on November 30, 2009.

Dated:  November 30, 2009

                                               **/s/ Kenneth B. Fromson**
                                               Kenneth B. Fromson, Esquire