UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
------------------------------------------------x
THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## JOINT STATUS REPORT REGARDING COMPLETION OF INITIAL FACT DISCOVERY

Pursuant to Magistrate Judge Sorokin's October 14, 2009, Order, [D.E. 2125], Defendants and the Products Liability Plaintiffs' Steering Committee ("PLPSC") submit the following report on the status of the initial core fact discovery in the non-Massachusetts Products Liability cases.

This Court has ordered the parties to complete the following discovery in certain non-Massachusetts Products Liability cases by no later than September 14, 2010: depositions of Plaintiffs, depositions of the prescribing physicians, and depositions of the sales representatives. On November 6, 2009, the parties submitted a joint proposal for the selection of the cases for which initial core fact discovery is to proceed, also pursuant to Magistrate Judge Sorokin's October 14, 2009, Order. [D.E. 2169]. The parties await Judge Sorokin's guidance regarding the process for the selection of the cases in which initial core fact discovery will proceed.

Although records have been collected for many of the cases, records are still incomplete to varying degrees in cases. Further, although responses to written discovery have been served in many of the cases, that process remains incomplete to varying degrees in cases. The parties will continue the process of collecting the relevant records

and discovery in these cases, and shall report to each other on the status.

The parties will confer at least once a month to review the status of records collection and discovery and to identify those witnesses that are ready for depositions to be completed. Consistent with Discovery Order #2, [D.E. 372], the parties will confer on the scheduling of such depositions. If agreement cannot be reached regarding which depositions to take, the parties will apply to the Court for resolution of any disputes.

Dated: December 1, 2009            Respectfully submitted,

FINKELSTEIN & PARTNERS, LLP

By:    /s/ Andrew G. Finkelstein
        Andrew G. Finkelstein
1279 Route 300, Box 1111
Newburgh, NY 12551
(845) 562-0203

JACK LONDON AND ASSOCIATES, P.C.

By:    /s/ Jack London
        Jack London

3701 Bee Cave Road, Suite 200
Austin TX, 78746
(512) 478-5858

*Products Liability Plaintiffs Steering Committee*

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:    /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

SHOOK, HARDY & BACON L.L.P.

By: /s/ Scott W. Sayler
Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel: (816) 474-6550

-and-

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 1, 2009.

/s/ David B. Chaffin
David B. Chaffin