UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re:  NEURONTIN MARKETING, SALES
        PRACTICES AND PRODUCTS
        LIABILITY LITIGATION
------------------------------------------------x

THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR CLARIFICATION OF COURT'S OCTOBER 12, 2009 ORDER

Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully move for leave to submit a reply memorandum in further support of their Motion for Clarification of the Court's October 12, 2009 Order concerning certain discovery matters.

Defendants submit that their proposed reply is necessary to clarify the issues in Defendants' Motion and those raised by Plaintiff's Response.

Plaintiffs have indicated that they will not oppose this motion so long as Defendants do not oppose their motion to file a sur-reply.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed reply memorandum, attached hereto as Exhibit 1.

5853948v.1

Dated: December 1, 2009   Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

SHOOK, HARDY & BACON L.L.P.

By:   /s/ Scott W. Sayler
        Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

-and-

WHITE AND WILLIAMS LLP

By:   /s/ David B. Chaffin
        David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 330-5000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company*

2

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith. As noted above, Plaintiffs have indicated that they will not oppose this motion, so long as Defendants do not oppose their motion for leave to file a sur-reply, as to which Defendants have agreed.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 1, 2009.

/s/ David B. Chaffin
David B. Chaffin