UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
       PRACTICES AND PRODUCTS :
       LIABILITY LITIGATION : Master File No. 04-10981
----------------------------------------------x
:
THIS DOCUMENT RELATES TO: : Judge Patti B. Saris
:
*Shearer v. Pfizer Inc., et al.* : Magistrate Judge Leo T.
Case No. 1:07-cv-11428-PBS : Sorokin
:
----------------------------------------------x

## CERTIFICATION OF MARK S. CHEFFO
## REGARDING SUPERVISION OF INVESTIGATORS AND AGENTS

    I, Mark S. Cheffo, a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, and counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC in this action, certify pursuant to the Court's November 18, 2009, Order [D.E. 2175] as follows:

    1.    I am lead trial counsel for Defendants for the purpose of supervising investigators and other agents who will interview potential witnesses.

    2.    I have reviewed with our investigators and agents the provisions of the witness tampering statute and other relevant ethical restrictions.

    3.    I will review all written materials presented to prospective witnesses.

Dated: December 2, 2009        Respectfully submitted,

                                    SKADDEN, ARPS, SLATE,
                                      MEAGHER & FLOM LLP

                                By:    /s/ Mark S. Cheffo
                                           Mark S. Cheffo

                                Four Times Square
                                New York, NY 10036
                                Tel: (212) 735-3000

                                *Attorneys for Defendants Pfizer Inc and*
                                *Warner-Lambert Company LLC*

2

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 2, 2009.

                                               /s/ David B. Chaffin
                                               David B. Chaffin