UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:   NEURONTIN MARKETING, SALES
         PRACTICES AND PRODUCTS
         LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully make this Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404.

For the reasons set forth more fully in the accompanying memorandum of law, this action lacks any nexus with Massachusetts and should be transferred to federal court in California for the convenience of parties and witnesses and in the interest of justice.  Accordingly, Defendants respectfully request that this action be transferred to the Central District of California or, alternatively, the Northern District of California.

Dated: December 4, 2009       Respectfully submitted,

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP

By:     /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

SHOOK, HARDY & BACON L.L.P.

By:     /s/ Scott W. Sayler
          Scott W. Sayler

2555 Grand Blvd.
Kansas City, MO 64108-2613
Tel:  (816) 474-6550

       -and-

WHITE AND WILLIAMS LLP

By:     /s/ David B. Chaffin
          David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 330-5000

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company*

## CERTIFICATE OF CONSULTATION

    I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

          /s/ Mark S. Cheffo
          Mark S. Cheffo

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 4, 2009.

          /s/ David B. Chaffin
          David B. Chaffin