UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:  NEURONTIN MARKETING, SALES
        PRACTICES AND PRODUCTS
        LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THIS DOCUMENT RELATES TO:

THE GUARDIAN LIFE INSURANCE COMPANY OF
AMERICA v. PFIZER INC., 04 CV 10739 (PBS)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

:   MDL Docket No. 1629
:
:   Master File No. 04-10981
:
:   Judge Patti B. Saris
:
:   Magistrate Judge Leo T.
:   Sorokin
:
:
:
:
:

## DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404

I, Mark S. Cheffo, declare and state as follows:

1.      I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC.  I make this declaration based on my own personal knowledge and information.

2.      Attached as Exhibit A is a true and correct copy of the Declaration of Carlene Valentine dated February 19, 2009, attached as an exhibit to Defendant's Motion for Change of Venue (*Island View Residential Treatment Center v. Kaiser Permanente, et al.*, No. 1:09-cv-3-CW (D. Utah Feb. 27, 2009).

3.      Attached as Exhibit B is a true and correct copy of excerpts from the October 2, 2007 deposition of Mirta Millares.

4.      Attached as Exhibit C is a true and correct copy of an excerpt from the exhibits to Defendant's Motion for Change of Venue (*Island View Residential Treatment Center v. Kaiser Permanente, et al.*, No. 1:09-cv-3-CW (D. Utah Feb. 27, 2009).

5.     Attached as Exhibit D is a true and correct copy of Defendant's Memorandum in Support of Motion for Change of Venue (*Island View Residential Treatment Center v. Kaiser Permanente, et al.*, No. 1:09-cv-3-CW (D. Utah Feb. 27, 2009)).

6.     Attached as Exhibit E is a true and correct copy of Defendant's Reply Memorandum in Support of Motion for Change of Venue (*Island View Residential Treatment Center v. Kaiser Permanente, et al.*, No. 1:09-cv-3-CW (D. Utah Feb. 27, 2009)).

7.     Attached as Exhibit F is a true and correct copy of *Kaiser Permanente Leaving Northeast*, Associated Press Online, June 19, 1999.

8.     Attached as Exhibit G is a true and correct copy of *Attorney General Warns Kaiser Permanente*, Boston Globe, August 13, 1999.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 4th day of December, 2009.

<u>s/ Mark S. Cheffo</u>
Mark S. Cheffo

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 4, 2009.

<u>/s/ David B. Chaffin</u>
David B. Chaffin