UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION )<br>)<br>)<br>THIS DOCUMENT RELATES TO:<br>)<br>ALL ACTIONS | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of third party IMS Health Incorporated.

IMS HEALTH INCORPORATED

By its attorney,

/s/ Ian Crawford
Ian Crawford (BBO#544475)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626
icrawford@toddweld.com

DATED: December 7, 2009

## CERTIFICATE OF SERVICE

I, Ian Crawford, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 7, 2009.

/s/ Ian Crawford
Ian Crawford