F&P File #241253-06/rag

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
 SALES PRACTICES AND : Master File No. 04-10981
 PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
 DRINKWINE v. PFIZER INC. :
 1:09-cv-10836-PBS :
:
------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I hereby certify that this Amended Complaint filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 7, 2009.

          **/s/ Eleanor L. Polimeni**
          Eleanor L. Polimeni