UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                     :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,             :
            SALES PRACTICES AND                  :   Master File No. 04-10981
            PRODUCTS LIABILITY LITIGATION   :
                                                     :   Judge Patti B. Saris
---------------------------------------------------------------x
                                                     :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                 :
                                                      :
      BLACKWELL v. PFIZER INC.                  :
      1:06-CV-11397 - PBS                           :
                                                      :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that this Amended Complaint filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 7, 2009.

                                                    **/s/ Eleanor L. Polimeni**
                                                       Eleanor L. Polimeni