F&P File #232713-06/rag

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------x
                                     :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING, SALES   :
        PRACTICES AND PRODUCTS       :   Master File No. 04-10981
        LIABILITY LITIGATION       : :
                                     :   Judge Patti B. Saris
-------------------------------------x
                                     :   Magistrate Judge Leo T.
THIS DOCUMENT RELATES TO:            :   Sorokin
                                     :
    BRIGGS v. PFIZER INC.            :
    1:07-cv-10327-PBS                :
                                     :
-------------------------------------x
```

**CERTIFICATE OF SERVICE**

    I hereby certify that this Amended Complaint filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 7, 2009.

                                            **/s/ Eleanor L. Polimeni**
                                              Eleanor L. Polimeni