UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
      SALES PRACTICES AND : Master File No. 04-10981
      PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
    FARRIS v. PFIZER INC. :
    1:06-CV-12063- PBS :
:
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I hereby certify that this Amended Complaint filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 7, 2009.

                                               **/s/ Eleanor L. Polimeni**
                                               Eleanor L. Polimeni