F&P File #241253-06/tad

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------x
                                                      :  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                          :
        SALES PRACTICES AND                           :  Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                 :
                                                      :  Judge Patti B. Saris
------------------------------------------------------x
                                                      :  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                             :
                                                      :
        McLENDON v. PFIZER INC.                       :
        1:08-cv-12034-PBS                             :
                                                      :
------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that this Second Amended Complaint filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 7, 2009.

                                      **/s/ Eleanor L. Polimeni**
                                        Eleanor L. Polimeni