F&P File #232691-06/rag

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                              :
         SALES PRACTICES AND                               :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION                     :
                                                           :   Judge Patti B. Saris
-----------------------------------------------------------x
                                                           :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                  :
                                                           :
         MORROW v. PFIZER INC.                             :
         1:08-cv-11706-PBS                                 :
                                                           :
-----------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that this Amended Complaint filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 7, 2009.

                                           **/s/ Eleanor L. Polimeni**
                                              Eleanor L. Polimeni