F&P File #232713-06/rag

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------x
                                    :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING, SALES  :
        PRACTICES AND PRODUCTS      :   Master File No. 04-10981
        LIABILITY LITIGATION      : :
                                    :   Judge Patti B. Saris
------------------------------------x
                                    :   Magistrate Judge Leo T.
THIS DOCUMENT RELATES TO:           :   Sorokin
                                    :
     RAMSEY v. PFIZER INC.          :
     1:06-cv-12212-PBS              :
                                    :
------------------------------------x
```

**CERTIFICATE OF SERVICE**

    I hereby certify that this Amended Complaint filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 7, 2009.

                                      **/s/ Eleanor L. Polimeni**
                                         Eleanor L. Polimeni