F&P File #232422-06/seh

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                                            :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                               :
         SALES PRACTICES AND                                :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION                      :
                                                            :   Judge Patti B. Saris
------------------------------------------------------------x
                                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
         SAMUELS v. PFIZER INC.                             :
         1:08-cv-10958-PBS                                  :
                                                            :
------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I hereby certify that this Amended Complaint filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 7, 2009.

                                           **/s/ Eleanor L. Polimeni**
                                              Eleanor L. Polimeni