THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket NO. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO CASES | Magistrate Judge Leo T. Sorokin |
| NEWBERRY V. PFIZER INC. <br> 1:07CV11499 PBS | DEMAND FOR JURY TRIAL |
| HAIRFIELD V. PFIZER, INC. <br> 1:08-cv-10930-PBS | |

## CERTIFICATE OF SERVICE

I hereby certify that the First Amended Complaints filed through ECF system has been served pursuant to Case Management Order No. 3 on December 9, 2009.

Respectfully submitted,

BY: /s/ Harris L. Pogust_____
Harris L. Pogust, Esquire, PA # 52721
Derek T. Braslow, Esquire, PA # 78994
POGUST & BRASLOW, LLC
Eight Tower Bridge
161 Washington Street, Suite 1520
Conshohocken, PA 19428