UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER, INC., and | Judge Patti B. Saris |
| AETNA, INC. v. PFIZER, INC. | Magistrate Judge Leo T. Sorokin |

## DECLARATION OF ELANA KATCHER

Elana Katcher declares:

1. I am associated with the law firm Kaplan Fox & Kilsheimer, LLP, attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") in this action. I submit this declaration in support of Plaintiff Kaiser's Opposition to Defendants' Motion to Compel Identification of Names and Addresses of Potential Trial Witnesses.

2. Attached as Exhibit A is a true and correct copy of a letter from Aviah Cohen Pierson of Kaplan Fox & Kilsheimer, LLP to Matthew B. Rowland of David Polk & Wardwell, dated April 11, 2007, enclosing the following items: (i) a CD Rom containing documents bates numbered KAIS-006103-006103-006219 and KAIS-038501-40712; and (ii) a CD Rom with documents bates numbered KAIS-040713-040970.

3. The documents contained in Plaintiff Kaiser's April 11, 2007 production to the defendants included the following, in pertinent part:

    a. KAIS040152-40658: provider lists for all regions post-1998 and for the California regions pre-1998;

    b. KAIS040659-40666: provider lists for Kaiser's Colorado, Georgia, and Ohio regions pre-1998; and

    c. KAIS040713: provider list for Kaiser's mid-Atlantic region pre-1998

4. Attached as Exhibit B are true and completed copies of the first pages of each provider list as described in ¶ 4(a)-(c) above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 9, 2009.

                                                      */s/ E. Katcher*
                                                      Elana Katcher

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2009, I caused this document (except Exhibit B) to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System. Exhibit B was served on defendants via electronic mail.

ATTORNEY FOR THE COORDINATED PLAINTIFFS

/s/ Elana Katcher
ELANA KATCHER

# Exhibit A



Kaplan Fox & Kilsheimer LLP
Attorneys at Law
805 Third Avenue
New York, NY 10022
phone 212.687.1980
fax 212.687.7714
email mail@kaplanfox.com
www.kaplanfox.com

April 11, 2007

**VIA FEDERAL EXPRESS**

Matthew B. Rowland
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

        **Re: In re Neurontin Marketing and Sales Practices Litigation, MDL No. 1629 (PBS)**

Dear Matthew:

    Enclosed please find the following documents produced on behalf of Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals:

- CD Rom with documents bates numbered KAIS-006103-006219 and KAIS-038591-040712;
- CD Rom with documents bates numbered KAIS-040713-040970

    Please note that most these documents, with the exception of documents bearing bates numbers KAIS-006103-006219, are designated CONFIDENTIAL in accordance with the Stipulated Protective Order entered in this case. Documents bearing bates numbers KAIS-006103-006219 have been designated HIGHLY CONFIDENTIAL, but in accordance with the Stipulated Protected Order, should be governed according to the status provided to CONFIDENTIAL documents.

    These documents represent Kaiser's remaining document production obligations. Please give me a call if you have any questions.

                                  Very truly yours,

                                  Aviah Cohen Pierson

# Exhibit B
# (Filed Under Seal)