UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NEW YORK )

    I, ANTONIO S. GRILLO, ESQ., being duly sworn, deposes and says:

    That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

_____
ANTONIO S. GRILLO

Sworn to before me this
24th day of November, 2009

_____
NOTARY PUBLIC

V. PAT LOGAN
NOTARY PUBLIC, State of New York
No. 01LO4619320
Qualified in Queens County
Commission Expires February 28, 2010