UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris |

STATE OF NEW JERSEY )
                    ) ss
COUNTY OF ESSEX     )

      I, CYNTHIA MAURER, ESQ., being duly sworn, deposes and says:

      That I am currently in good standing as an attorney to practice before the highest court of the State of New Jersey.

                                                                   _____
                                                                    CYNTHIA MAURER

Sworn to before me this
19 day of November, 2009

_____
GRETA DENISE LEARY
Notary Public, State of New Jersey
Qualified in Union County
Registration # 2294738
Commission Expires December 11, 2012