UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris |

STATE OF NEW YORK  )
                   ) ss
COUNTY OF BRONX    )

      I, GUSTAVO W. ALZUGARAY, ESQ., being duly sworn, deposes and says:

      That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

_____
GUSTAVO W. ALZUGARAY

Sworn to before me this
18th day of November, 2009

_____
NOTARY PUBLIC

Kimberly Ann Freyre, Notary Public
State of New York, #02FR6203614
Qualified in Westchester County
Commission Expires April 13, 2013