UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL Docket No. 1629 ) ) Master File No. 04-10981 ) ) Judge Patti B. Saris |

STATE OF NEW JERSEY  )
                    ) ss
COUNTY OF ESSEX     )

       I, KENNETH COHEN, ESQ., being duly sworn, deposes and says:

       That I am currently in good standing as an attorney to practice before the highest court of the State of New Jersey.

_____
KENNETH COHEN

Sworn to before me this
19 day of November, 2009

_____
GRETA DENISE LEARY
Notary Public, State of New Jersey
Qualified in Union County
Registration # 2294738
Commission Expires December 11, 2012