UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris |

STATE OF NEW YORK )
                                    ) ss
COUNTY OF ALBANY  )

I, KRISTINE M. CAHILL, ESQ., being duly sworn, deposes and says:

That I am currently in good standing as an attorney to practice before the

highest court of the State of New York.

KRISTINE M. CAHILL

Sworn to before me this
18th day of November, 2009

NOTARY PUBLIC

JUDY L. GREENOUGH
Notary Public, State of New York
Qualified in Albany County
Registration #01GE5034435
Commission Expires October 11, 2010