UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

STATE OF NEW YORK ) 
) ss
COUNTY OF KINGS )

    I, MARK B. HUDOBA, ESQ., being duly sworn, deposes and says:

    That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

_____
MARK B. HUDOBA

Sworn to before me this
30Th day of November, 2009

_____
NOTARY PUBLIC

V. PAT LOGAN
NOTARY PUBLIC, State of New York
No. 01LO4619320
Qualified in Queens County
Commission Expires February 28, 2010