UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

STATE OF NEW YORK   )
                   ) ss
COUNTY OF ALBANY   )

I, MICHAEL EMMINGER, ESQ., being duly sworn, deposes and says:

That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

_____
MICHAEL EMMINGER

Sworn to before me this
20th day of November, 2009

_____
NOTARY PUBLIC

MICHELE M. FAY
Notary Public, State of New York
Qualified in Rensselaer County
Registration #...
Commission Expires 1/10