UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

STATE OF NEW YORK )
                           ) ss
COUNTY OF ROCKLAND )

      I, MICHAEL S. FELDMAN, ESQ., being duly sworn, deposes and says:

      That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

_____
MICHAEL S. FELDMAN

Sworn to before me this
17 day of November, 2009

_____
NOTARY PUBLIC

GLENN W. KELLEHER
Notary Public, State of New York
No. 4935422
Qualified in Rockland County
Commission Expires June 6, 2010