UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris |

STATE OF NEW YORK )
) ss
COUNTY OF NEW YORK )

   I, SHAREEF RABAA, ESQ., being duly sworn, deposes and says:

   That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

_____
SHAREEF RABAA

Sworn to before me this
24th day of November, 2009

_____
NOTARY PUBLIC

ANNE MARIE BLOOMER
Notary Public, State of New York
Qualified in Orange County
Registration #01BL5068215
Commission Expires October 28, 2010