UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris |

STATE OF NEW YORK     )
                     ) ss
COUNTY OF WESTCHESTER )

I, SHARON A. SCANLAN, ESQ., being duly sworn, deposes and says:

That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

SHARON A. SCANLAN

Sworn to before me this
30 day of November, 2009

NOTARY PUBLIC

Marc Levitt
Notary Public, State of NY
No. [illegible]
Qualified in Westchester County
Commission exp. 2/12/2010