UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris |

STATE OF NEW YORK  )
                   ) ss
COUNTY OF DUTCHESS )

I, STEVEN H. COHEN, ESQ., being duly sworn, deposes and says:

That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

_____
STEVEN H. COHEN

Sworn to before me this
16 day of November, 2009

_____
NOTARY PUBLIC

AMANDA CHANOWSKY
Notary Public, State of New York
Qualified in Orange County
Registration No. 01CH6006656
Commission Expires May 4, 10