UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

STATE OF NEW YORK  )
                                       ) ss
COUNTY OF ORANGE  )

I, KENNETH L. OLIVER, ESQ., being duly sworn, deposes and says:

That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

_____
KENNETH L. OLIVER

Sworn to before me this
16th day of November, 2009

_____
NOTARY PUBLIC

EVELYNE LANCASTER
Notary Public, State of New York
No. 4889217
Qualified in Dutchess County
Commission Expires 11/13/11