UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

STATE OF NEW YORK )
                     ) ss
COUNTY OF ORANGE )

I, NANCY Y. MORGAN, ESQ., being duly sworn, deposes and says:

That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

_____
NANCY Y. MORGAN

Sworn to before me this
16 day of November, 2009

_____
NOTARY PUBLIC

KATHLEEN SHEEHAN-TRAPPE
Notary Public, State of New York
Qualified in Ulster County
Registration No. 01SH6024554
Commission Expires May 10, 2011