UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

STATE OF NEW YORK )
                  ) ss
COUNTY OF ORANGE )

I, THOMAS C. YATTO, ESQ., being duly sworn, deposes and says:

That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

_____
THOMAS C. YATTO

Sworn to before me this
___ day of November, 2009

_____
NOTARY PUBLIC
DEBRA J. DRAHOS
Notary Public, State of New York
Qualified in Dutchess County
Registration # 01DR4789141
Commission Expires December 18, 2009