UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

STATE OF NEW YORK ) 
) ss 
COUNTY OF ORANGE )

I, GEORGE M. LEVY, ESQ., being duly sworn, deposes and says:

That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

_____
GEORGE M. LEVY

Sworn to before me this
17th day of November, 2009

_____
NOTARY PUBLIC

ELEANOR L. POLIMENI
Notary Public, State of New York
Qualified in Westchester County
Commission Expires December 31, 2009