UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

STATE OF NEW YORK ) 
) ss
COUNTY OF ORANGE )

   I, ANDREW J. GENNA, ESQ., being duly sworn, deposes and says:

   That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

_____
ANDREW J. GENNA

Sworn to before me this
____day of November, 2009

_____
NOTARY PUBLIC