UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

STATE OF NEW YORK )
                      ) ss
COUNTY OF ALBANY )

      I, MICHAEL McGARRY, ESQ., being duly sworn, deposes and says:

      That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

                                                                        MICHAEL McGARRY

Sworn to before me this
20th day of November, 2009

_____
NOTARY PUBLIC

MICHELE M. FAY
Notary Public, State of New York
Qualified in Rensselaer County
Registration # 01FA6008681
Commission Expires October 7, 10