UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |

STATE OF NEW YORK ) <br>
                     ) ss <br>
COUNTY OF ALBANY )

      I, STEVEN P. SHULTZ, ESQ., being duly sworn, deposes and says:

      That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

_____
STEVEN P. SHULTZ

Sworn to before me this
18 day of November, 2009

_____
NOTARY PUBLIC

THOMAS J. PRONTI <br>
Notary Public, State of New York <br>
No. 4783854 <br>
Qualified in Saratoga County <br>
Commission Expires 4/3/01