UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris |

STATE OF NEW YORK    )
                     ) ss
COUNTY OF ONONDAGA   )

I, JULIO E. URRUTIA, ESQ., being duly sworn, deposes and says:

That I am currently in good standing as an attorney to practice before the highest court of the State of New York.

JULIO E. URRUTIA

Sworn to before me this
30 day of November, 2009

NOTARY PUBLIC

AMANDA DeFORGE
Notary Public, State of New York
Qualified in Onondaga County
Registration No. 01DE6001251
Commission Expires January 5, 2010