UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
---------------------------------------------------x

THIS DOCUMENT RELATES TO:

THE GUARDIAN LIFE INSURANCE COMPANY OF
AMERICA v. PFIZER INC., 04 CV 10739 (PBS)

---------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**DEFENDANTS' EMERGENCY MOTION TO COMPEL
DEPOSITIONS OF KAISER WITNESSES**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully make this Motion to Compel Depositions of Kaiser Witnesses.

For the reasons set forth more fully in the accompanying memorandum of law, Defendants respectfully request that the Court order Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals to produce the following witnesses for deposition on or before December 22, 2009: Nicolas Wieder, D.O.; David Campen, M.D.; Ambrose Carrejo, Pharm.D.; and Sean Jones, M.D.

Dated: December 10, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

        WHITE AND WILLIAMS LLP

        By:   /s/ David B. Chaffin
               David B. Chaffin

        BBO # 549245
        100 Summer Street, Suite 2707
        Boston, MA 02110
        Tel:  (617) 330-5000

        *Attorneys for Defendants Pfizer Inc and*
        *Warner-Lambert Company*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

        /s/ Mark S. Cheffo
        Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 10, 2009.

        /s/ David B. Chaffin
        David B. Chaffin