UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:   NEURONTIN MARKETING, SALES
         PRACTICES AND PRODUCTS
         LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

THE GUARDIAN LIFE INSURANCE COMPANY OF
AMERICA v. PFIZER INC., 04 CV 10739 (PBS)


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

: MDL Docket No. 1629

: Master File No. 04-10981

: Judge Patti B. Saris

: Magistrate Judge Leo T.
: Sorokin

## DECLARATION OF THOMAS E. FOX IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION TO COMPEL DEPOSITIONS OF KAISER WITNESSES

I, Thomas E. Fox, declare and state as follows:

1.      I am a member in good standing of the bar of the State of New York and am a counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC.  I make this declaration based on my own personal knowledge and information.

2.      Attached as Exhibit A is a true and correct copy of a December 4, 2009, 7:02 pm e-mail from Katherine Armstrong to Elana Katcher, et al., with attached Notice of Videotaped Deposition Duces Tecum.

3.      Attached as Exhibit B is a true and correct copy of a November 30, 2009, letter from Katherine Armstrong to Linda Nussbaum, et al.

4.      Attached as Exhibit C is a true and correct copy of a November 30, 2009, letter from Linda Nussbaum to Mark Cheffo.

5.      Attached as Exhibit D is a true and correct copy of a December 1, 2009, letter from Linda Nussbaum to Mark Cheffo.

6.      Attached as Exhibit E is a true and correct copy of a December 1, 2009, letter from Katherine Armstrong to Linda Nussbaum, et al.

- 2 -

7.      Attached as Exhibit F is a true and correct copy of a December 4, 2009, 2:30 pm e-mail from Elana Katcher to Katherine Armstrong.

8.      Attached as Exhibit G is a true and correct copy of a December 7, 2009, letter from Tom Sobol, et al., to Mark Cheffo.

9.      After an initial exchange of letters, counsel for the parties held a telephone conference on December 3, 2009, to attempt to resolve disputes regarding pre-trial depositions. Possible compromises were discussed as a framework for further discussion, but no agreements were reached.  On December 4, 2009, Kaiser withdrew its "offer to compromise" based on a self-imposed one-day deadline.  (Exh. F, e-mail from Katcher to Armstrong of 12/4/09, 2:30 pm.)

I declare the foregoing statements are true and correct under the penalties of perjury, this the 10th day of December, 2009.

Thomas E. Fox

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 10, 2009.

/s/ David B. Chaffin_____
David B. Chaffin