# EXHIBIT B

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

---

TEL: (212) 735-3000
FAX: (212) 735-2000
http://www.skadden.com

DIRECT DIAL
(212) 735-2954
DIRECT FAX
(917) 777-2954
EMAIL ADDRESS
KATHERINE.ARMSTRONG@SKADDEN.COM

FIRM/AFFILIATE OFFICES
---
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
---
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO

November 30, 2009

BY E-MAIL

Ms. Linda P. Nussbaum
Kaplan Fox & Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY  10022

Mr. Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
55 Cambridge Pkwy, Suite 301
Cambridge, MA  02142

Mr. Thomas M. Greene
Greene LLP
33 Broad Street, 5th Floor
Boston, MA 02110

      RE: *Kaiser Foundation Health Plan, Inc., et al.*
           *v. Pfizer Inc, et al.*, 04 CV 10739 (PBS)

Dear Linda, Tom & Tom:

      As discussed during our telephone conference last week, Pfizer would like to depose the following persons identified on your witness list or who were identified for the first time in your opposition to Pfizer's motion for summary judgment:

      1. Nicholas Weider, D.O.

      2. Sean Jones, M.D.

      3. Ambrose Carrejo, Pharm. D.

Ms. Linda P. Nussbaum  
Mr. Thomas M. Sobol  
Mr. Thomas M. Greene  
November 30, 2009  
Page 2

    4.  David Campen, M.D.

    5.  Joshua Peteet, M.S.

    6.  Alan Partain

    7.  David Longmire

    We assume that Nos. 1 through 5 are within your control. Please let us know what dates they are available on or before December 22. If it is your position that they are not within your control, please provide us with their home and work addresses so that we may issue subpoenas.

    Also, as to the issue you raised regarding Dr. Weider during our call, I reviewed Judge Saris's order and it states: "Any witnesses identified for the first time ***in summary judgment papers*** or on the witness list may be deposed by December 22, 2009." (emphasis added.) As noted, Dr. Weider was identified for the first time in your summary judgment papers.

                                        Sincerely,

                                          Katherine Armstrong

Mark S. Cheffo