# EXHIBIT F

**From:** Elana Katcher [ekatcher@kaplanfox.com]
**To:** Armstrong, Katherine (NYC)
**Subject:** Neurontin
**Date:** 12/4/2009 2:29:39 PM
**CC:** Linda P. Nussbaum; 'Thomas Sobol'; 'Thomas Greene'
**BCC:**

**Message:**
Katherine,

I write on behalf of Kaiser and in response to your email communication to Linda Nussbaum, as sent earlier this afternoon. As you know, the parties are required to conduct any further depositions in this matter by December 22, 2009. In light of that impending deadline, plaintiffs' counsel attempted yesterday to negotiate with you a compromise. During that call, you agreed that you would get back to us later that day.

Because we did not hear back from defendants yesterday, we are withdrawing our offer to compromise and will rely going forward on the positions we outlined in our December 1, 2009 letter to you.

Regards,

Elana Katcher
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, New York  10022
Tel No.: 212.687.1980
Fax No.: 212.687.7714
ekatcher@kaplanfox.com