# EXHIBIT G



THOMAS M. SOBOL
(617) 482-3700
TOM@HBSSLAW.COM

December 7, 2009

***Via Electronic Mail***

Mark S. Cheffo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

   Re: In re Neurontin Marketing and Sales Practices Litigation, MDL No. 1629

Dear Mark:

  We write in response to both the letter from Katherine Armstrong and Notice of Depositions received Friday, December 4, 2009.

  We will make Mr. Peteet available for a deposition within the time constraints imposed by the Court.  We have not yet been able to confirm that Mr. Peteet is available at the noticed time, December 14, 2009 at 9:00 am, but will advise you as to his availability shortly.

  As we previously advised you in our November 30, 2009 letter, you are not entitled to depose David Campen, M.D., Ambrose Carrejo, Pharm.D., Sean Jones, M.D., and Nicholas Weider, D.O.  Documents and deposition testimony provided sufficient notice to defendants during the discovery period that Drs. Campen, Carrejo, Jones, and Weider were potentially significant witnesses in this litigation.  As to Dr. Weider specifically, Kaiser does not intend to call him at trial; he is, therefore, outside of the scope of the Court's November 12, 2009 Order.  I refer you to our November 30, 2009 letter for further elaboration of our position.

      Very truly yours,

      **/s/ Thomas M. Sobol**

      Thomas M. Sobol
      HAGENS BERMAN SOBOL SHAPIRO LLP

      **/s/ Linda P. Nussbaum**

      Linda P. Nussbaum
      KAPLAN FOX & KILSHEIMER LLP