# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JULIE DEMAHY | * | CIVIL ACTION NO. 08-CV-3616 |
| VERSUS | * | JUDGE CARL BARBIER |
| WYETH, INC. D/B/A WYETH, INDIVIDUALLY AS SUCCESSOR IN INTEREST OF A. H. ROBINS COMPANY, INC., SCHWARZ PHARMA, INC. AND ACTAVIS, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST OF PUREPAC PHARMACEUTICAL CO. | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Further to Defendants' Motion for Amendment of Order to Include Statement Certifying an Interlocutory Appeal (28 U.S.C. §1292(b), this Honorable Court hereby amends its previous Order and Reasons, dated October 28, 2008, by adding at the conclusion of the Order and Reasons, the following language:

The Court finds and certifies that this Order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the Order may materially advance the ultimate termination of the litigation.

New Orleans, Louisiana this 14th day of November, 2008.

_____
United States District Judge