UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER, INC., and AETNA, INC. v. PFIZER, INC. | Master File No. 04-10981  Judge Patti B. Saris  Magistrate Judge Leo T. Sorokin |

## MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") respectfully submit this motion to file under seal certain documents filed in support of Plaintiff Kaiser's Opposition to Defendants' Motion to Compel Identification of Names and Addresses of Potential Trial Witnesses.

Pursuant to the stipulated Protective Order entered in this case by the Court on January 10, 2005, "all documents and materials filed with the Court containing or reflecting the contents of Confidential Information shall be filed in sealed envelopes . . ." *See* Exhibit A, Stipulated Protective Order at Section 3(f).

Pursuant to that Order, Plaintiff Kaiser respectfully seeks leave to file the following document under seal:

1.      Exhibits A, B, E, F, I, K, M-P to the Declaration of Elana Katcher, dated December 16, 2009, which contain Kaiser's confidential business information and have been designated as Confidential in this action.

-2-

Exhibits C, D, G, H, J, L to the Declaration of Elana Katcher, dated December 16, 2009, which are transcripts of depositions taken in this action, which contain Kaiser's confidential business information.

WHEREFORE, Plaintiff Kaiser respectfully requests it be permitted to file under seal the document described above.

Respectfully Submitted,

| Dated: December 16, 2009 | For Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals: |
| --- | --- |
|  | /s/ Linda P. Nussbaum<br>KAPLAN FOX & KILSHEIMER LLP<br>Linda P. Nussbaum, Esq.<br>850 Third Avenue, 14th Floor<br>New York, New York 10022 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2009, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

ATTORNEY FOR PLAINTIFFS KAISER FOUNDATION HEALTH PLAN, INC. AND KAISER FOUNDATION HOSPITALS

/s/ Elana Katcher
ELANA KATCHER