UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER, INC., and | Magistrate Judge Leo T. Sorokin |
| AETNA, INC. v. PFIZER, INC. | |

## DECLARATION OF ELANA KATCHER

Elana Katcher declares:

1.   I am associated with the law firm Kaplan Fox & Kilsheimer, LLP, attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") in this action. I submit this declaration in support of Plaintiff Kaiser's Opposition to Defendants' Emergency Motion to Compel Depositions of Kaiser Witnesses.

2.   Attached as Exhibit A are true and complete copies of selected minutes of the TPMG Regional Pharmacy and Therapeutics Committee & Formulary Subcommittee, which were produced by Kaiser in this action.

3.   Attached as Exhibit B are true and complete copies of selected minutes of the Northwest PMG Regional Formulary and Therapeutics Committee, which were produced by Kaiser in this action.

4.   Attached as Exhibit C is a true and complete copy of selected pages from the transcript of the deposition of Albert Carver, which was taken in this action on July 12, 2007.

5. Attached as Exhibit D is a true and complete copy of selected pages from the transcript of the deposition of Mirta Millares, which was taken in this action on January 10, 2008.

6. Attached as Exhibit E is a true and complete copy of a document entitled "Improving Appropriate Prescription Drug Use to Best Practice: Supporting Evidence-Based Drug Use," which was produced by Kaiser in this action.

7. Attached as Exhibit F are true and complete copies of a collection of documents pertaining to the Northern California Regional Drug Utilization Group ("DRUG"), which were produced by Kaiser in this action.

8. Attached as Exhibit G is a true and complete copy of the transcript of the deposition of Rodney St. John, which was taken in this action on September 27, 2007.

9. Attached as Exhibit H is a true and complete copy of a document marked as Exhibit 25 in the deposition of Rodney St. John.

10. Attached as Exhibit I are true and complete copies of selected minutes of DRUG, which were produced by Kaiser in this action.

11. Attached as Exhibit J is a true and complete copy of selected pages from the transcript of the deposition of Robin Dea, which was taken in this action on September 28, 2007.

12. Attached as Exhibit K is a true and complete copy of a document entitled "Regional Pharmacy & Therapeutics Committee Meeting Minutes," dated September 9, 1997.

13. Attached as Exhibit L is a true and complete copy of selected pages from the transcript of the deposition Dale Kramer, which was taken in this action on October 10, 2007.

14. Attached as Exhibit M is a true and complete copy of an email dated June 18, 2003, which was produced by Kaiser in this action.

15. Attached as Exhibit N are true and complete copies of a selection of electronic memorandum sent by Sean E. Jones, M.D., which were produced by Kaiser in this action.

16. Attached as Exhibit O is a true and complete copy of an electronic memorandum sent by Nancy Loui Lee, M.S., R.Ph, dated November 14, 2003, which was produced by Kaiser in this action.

27. Attached as Exhibit P is a true and complete copy of an email dated April 4, 2005, which was produced by Kaiser in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 16, 2009.

_____
Elana Katcher

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2009, I caused this document (except Exhibit B) to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System. Exhibit B was served on defendants via electronic mail.

ATTORNEY FOR THE COORDINATED PLAINTIFFS

/s/ Elana Katcher
ELANA KATCHER