# EXHIBITS A – P

# TO THE DECLARATION OF ELANA KATCHER HAVE BEEN

# FILED UNDER SEAL