## AMENDED CERTIFICATE OF SERVICE

      I hereby certify that on December 16, 2009, I caused the Declaration of Elana Katcher, dated December 16, 2009 (except Exhibits A-P) to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.  Exhibits A-P was served on defendants via electronic mail.

                ATTORNEY FOR THE COORDINATED PLAINTIFFS


                /s/ Elana Katcher_____
                ELANA KATCHER