UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**PLAINTIFF KAISER'S EMERGENCY MOTION
TO COMPEL DEPOSITION OF CAROL JANNEY**

Pursuant to 28 U.S.C. § 1407(b), Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Plaintiffs") hereby move for an order compelling Carol Janney to appear at a deposition within one week of her planned appearance at trial, or face preclusion as a witness. In support of this motion, Plaintiffs respectfully submit the Memorandum in Support of Plaintiff Kaiser's Emergency Motion to Compel Deposition of Carol Janney, which is incorporated by reference herein.

WHEREFORE, Plaintiffs respectfully request an order compelling Carol Janney to appear at a deposition within one week of her planned appearance at trial, or face preclusion as a witness.

Dated: December 17, 2009

Respectfully submitted,

By:   /s/ *Linda P. Nussbaum*
     Linda P. Nussbaum

KAPLAN FOX & KILSHEIMER LLP
Linda P. Nussbaum, Esq.
850 Third Avenue, 14th Floor
New York, New York 10022

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

Thomas M. Greene
GREENE LLP
33 Broad Street, 5th Floor
Boston, MA 02109

>Barry Himmelstein
>LIEFF CABRASER HEIMANN &
>  BERNSTEIN, LLP
>Embarcadero Center West
>275 Battery Street, 30th Floor
>San Francisco, CA 94111-3339
>
>Thomas M. Sobol
>HAGENS BERMAN SOBOL
>  SHAPIRO LLP
>55 Cambridge Parkway, Suite 301
>Cambridge, MA 02142
>
>*Of Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on December 17, 2009. Additionally, I served Carol Janney's counsel by email at the following address:

>John H. Williams, Jr.
>600 Grant Street, 44th Floor
>Pittsburgh, PA 15219
>Phone: (412) 566-6000
>JWilliams@eckertseamans.com

>>*/s/ Elana Katcher*
>>Elana Katcher

## CERTIFICATION PURSUANT TO L.R. 7.1

I hereby certify that during December 14 – 17, 2009, I conferred with John H. Williams, Jr., counsel for Ms. Carol Janney, and Thomas E. Fox, counsel for Defendants, via several telephonic conversations and email messages concerning the foregoing motion, but was unable to resolve or even narrow the areas of disagreement.

>>*/s/ Ilyas J. Rona*
>>Ilyas J. Rona
>>GREENE LLP
>>33 Broad Street, 5th Floor
>>Boston, MA 02109

3