UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS)<br>and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**DECLARATION OF ILYAS J. RONA FILED IN SUPPORT OF PLAINTIFF KAISER'S EMERGENCY MOTION TO COMPEL DEPOSITION OF CAROL JANNEY**

I, Ilyas J. Rona, do hereby state and depose, the following:

1. I am a partner at the law firm Greene LLP, and I am duly admitted to practice law in the Commonwealth of Massachusetts and to appear before the United States District Court for the District of Massachusetts. All statements made herein are based on facts personally known or represented to me, and if called upon, I could testify competently thereto.

2. Attached as Exhibit 1 is a true and accurate copy of the Declaration and Expert Report of Elizabeth A. Field.

3. Attached as Exhibit 2 is a true and accurate copy of excepts from the deposition Atul Pande taken on September 19, 2007.

4. Attached as Exhibit 3 is a true and accurate copy of Motion to Quash Subpoena Duces Tecum filed in the Western District of Pennsylvania.

5. Attached as <u>Exhibit 4</u> is a true and accurate copy of Exhibit 18 to the deposition of Atul Pande, a letter to investigators dated July 28, 1998.

Signed under the pains and penalties of perjury this 17th day of December 2009.

/s/ *Ilyas J. Rona*
Ilyas J. Rona

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on December 17, 2009. Additionally, I served Carol Janney's counsel by email at the following address:

John H. Williams, Jr.
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Phone: (412) 566-6000
JWilliams@eckertseamans.com

/s/ *Elana Katcher*
Elana Katcher

2