1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

------------------------------X

In re: NEURONTIN MARKETING         MDL Docket No. 1629

SALES PRACTICES, AND PRODUCTS   Master File No.

LIABILITY LITIGATION                     04-10981

------------------------------X


DEPOSITION OF ATUL PANDE, M.D.

New York, New York

September 19, 2007










Reported by:
Bonnie Pruszynski, RMR

195

Atul Pande, M.D.

1
2        MR. LONDON:  Say that again, I just
3  couldn't hear you.
4        MS. MC GRODER:  His question was you
5  mean after the study was completed.
6  Q    No, my question is when did you
7  first, when did you first obtain preliminary
8  results from your study.
9        MS. MC GRODER:  Do you understand the
10  question?
11        THE WITNESS:  Yes.
12  A    I'm just trying to remember when it
13  would have been.  I believe the study, at least
14  the initial analysis of the study would have been
15  known in 1998, maybe in the June time frame.
16  Q    And when you say initial analysis,
17  what do you mean by that?
18  A    Well, what I mean by it is that in
19  all clinical trials, there are a variety of
20  measurements that are taken on the patients who
21  are in the study.  And some of these are
22  considered to be primary efficacy or safety
23  measures and others are considered to be
24  secondary.
25        And when, when the study is analyzed,

1                  Atul Pande, M.D.
2    usually what we try to look at as soon as possible
3    is the primary measures so that there is a general
4    indication of whether the study is, is, you know,
5    showing the results that support the hypothesis on
6    which the study was based or not.  So that would
7    be the initial analysis.
8              To complete the rest of the analysis
9    it can take some, anywhere from three to six,
10   maybe nine months because of the effort involved.
11       Q    But the initial analysis of primary
12   efficacy for study 209, that is your bipolar study
13   --
14       A    Correct.
15       Q    -- when was that done?
16            MS. MC GRODER:  Objection, asked and
17       answered.
18       A    I believe I said it would have been
19   in approximately the June 1998 time frame.  If it
20   was a few weeks plus or minus, I can't swear to
21   it.
22       Q    How many study sites did you have at
23   study number 209?
24       A    I don't recall that.  I think there
25   have been 13 or 14 sites.

197

1         Atul Pande, M.D.
2     Q     And they enrolled patients at
3  different times, correct?
4     A     That is correct.
5     Q     And those study sites completed their
6  results a lot different times, didn't they?
7     A     I don't know what you mean by that.
8  The study ran for a certain period of time.  And
9  we were targeting a, a sample of patients, I
10 think.
11            If I recall correctly, the number was
12 probably around just a little over 100 patients,
13 and once that many patients had been entered into
14 the study, then all of the sites stopped entering
15 anymore patients, so I think it's, it's incorrect
16 to say that some studies finished before the
17 others did.
18    Q     Okay.
19    A     Because the study only stopped for
20 every one at a certain point, and that would have
21 been the same for every site.
22    Q     Was the trial completed?
23    A     I don't actually recall.
24    Q     Approximate date?
25    A     I'm guessing in early 1998.

198

1           Atul Pande, M.D.
2      Q    When was the code broken?
3      A    Once again, I don't have a
4  recollection of the dates.
5      Q    Can you give me an approximate time
6  period?  I'm not looking for a day.
7           MS. MC GRODER:  Just don't guess.  If
8      you can give him an approximation, go ahead,
9      but don't guess.
10     A    If we had the initial analysis in
11 June, the code might have been broken in April of
12 1998.
13     Q    Just for our record, when I use the
14 phrase code broken, what does that mean?
15     A    Breaking the code means identifying
16 which patients in the study took which treatment.
17 So that you can then sort them into the treatment
18 groups and make the comparisons on the various
19 measurements that have been taken and complete the
20 analysis of the data.
21     Q    Okay.  And so when the code was
22 broken, is that when the data was available?
23          MS. MC GRODER:  Object to form.
24     A    That's when the data would have been
25 available for analysis.

333

```
 1                 Atul Pande, M.D.
 2            (Pande Exhibit Number 18 marked for
 3        identification as of this date.)
 4              Take a look at Exhibit 18.
 5              Okay.  Can you identify what Exhibit
 6  18 is?
 7       A      Exhibit 18 is a letter on Parke-Davis
 8  letterhead from me to David L. Dunner, who is a
 9  psychiatrist at the University of Washington
10  Medical Center, and the letter summarizes the
11  results from the 945-209 study.
12       Q      Dr. Dunner was one of the
13  investigators in your 945-209 study?
14       A      That is correct.
15       Q      And you were just informing him of
16  the results of the study in this letter?
17       A      That's correct.
18       Q      And you mentioned, before I ask you
19  that, can you define for me the Young mania rating
20  scale and the Hamilton depression rating scale?
21       A      Yeah, these are two symptom rating
22  scales that are used to assess the severity of
23  symptoms in patients who are suffering from
24  bipolar disorder.
25              Young mania rating scale assesses
```