UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Huberman v. Pfizer Inc, et al.*<br>Case No. 1:07-cv-11336-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

---

### DEFENDANTS' MOTION TO COMPEL RESPONSES TO INITIAL DISCOVERY

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants"), by counsel, respectfully move this Court for an order directing Plaintiff to respond to Pfizer's template interrogatories and requests for production. The grounds for this motion are set forth in more detail in the accompanying memorandum of law and declaration of Mark S. Cheffo.

Defendants have repeatedly requested that Plaintiff serve his overdue responses to Defendants' template discovery requests, but Plaintiff has failed to respond to date, despite having filed his case over two years ago. Given the approaching close of fact discovery in this case on January 29, 2010, Plaintiff's failure to respond to discovery has prejudiced Defendants' ability to plan and prepare for additional fact discovery before its imminent close.

WHEREFORE, Defendants respectfully request that this Court order Plaintiff to respond to Pfizer's template interrogatories and requests for production by December 22, 2009.

Dated: December 18, 2009

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:    /s/ Mark S. Cheffo
       Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

    -and-

WHITE AND WILLIAMS LLP

By:    /s/ David B. Chaffin
       David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*


## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 18, 2009.

/s/ David B. Chaffin
David B. Chaffin