UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------x
THIS DOCUMENT RELATES TO:

*Huberman v. Pfizer Inc, et al.*
Case No. 1:07-cv-11336-PBS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

------------------------------------------------x

### MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL RESPONSES TO INITIAL DISCOVERY

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants"), by counsel, respectfully submit this memorandum in support of their motion for an order directing Plaintiff to respond to Pfizer's template interrogatories and requests for production by December 22, 2009.

### ARGUMENT

Pursuant to Discovery Order No. 6, Plaintiff was required to serve responses to Pfizer's template discovery long ago. [550]. Despite initially filing suit over two years ago in June 2007, Defendants' numerous requests for Plaintiff's responses,[1] the Court's designation of this action as a Track One case in which the parties conducted initial core discovery, and a fact discovery deadline of January 29, 2010, Plaintiff has yet to serve *any* written responses to Pfizer's template discovery requests. While Plaintiff initially provided to Defendants some medical records and an authorization for additional records, Plaintiff has ignored Defendants' repeated requests for responses to the template discovery requests themselves, and even acknowledged his deficiency in his motion for consolidation of his case with the *Shearer* case. *See* Pl.'s Mot. to Consolidate

---

[1] Defendants' November 16, 2007, November 24, 2009, and December 8, 2009, letters to Plaintiff requesting his responses to Defendants' template discovery requests are attached to the accompanying Declaration of Mark S. Cheffo as Exhibits A, B, and C, respectively.

-2-

[2135] at 2-3 (noting in October 2009 that he had not yet served template discovery responses and stating that he would do so "shortly" after receiving materials from his expert that month).

Pursuant to the orders of this Court, and the Federal Rules of Civil Procedure, Defendants are entitled to Plaintiff's responses to their template discovery requests. Federal Rule of Civil Procedure 26(b)(1) extends discovery to "any nonprivileged matter that is relevant to any party's claim or defense." Fed. R. Civ. P. 26(b)(1). Further, it has "long [been] recognized that the Federal Rules of Civil Procedure are to be construed liberally in favor of discovery." *S.E.C. v. Sargent*, 229 F.3d 68, 80 (1st Cir. 2000). "The broad scope of the discovery rules reflects a policy that '[m]utual knowledge of all the relevant facts gathered by both parties is essential to proper litigation.'" *Atchison Casting Corp. v. Marsh, Inc.*, 216 F.R.D. 225, 227 (D. Mass. 2003) (quoting *Hickman v. Taylor*, 329 U.S. 495, 507 (1947)).

Plaintiff's failure to provide timely discovery responses in accordance with this Court's Discovery Order has prejudiced Defendants' ability to plan and prepare for additional fact discovery before its imminent close on January 29, 2010 – particularly given the approaching holiday season and accompanying unavailability of witnesses. Defendants request that this Court order that Plaintiff respond to Defendants' template interrogatories and requests for production by no later than December 22, 2009.

## CONCLUSION

Accordingly, for all the above reasons, Pfizer respectfully requests that this Court grant Pfizer's motion to compel Plaintiff's responses to Defendants' template discovery requests by December 22, 2009.

Dated: December 18, 2009					Respectfully submitted,

											SKADDEN, ARPS, SLATE,
											  MEAGHER & FLOM LLP

											By:	/s/ Mark S. Cheffo
													Mark S. Cheffo

											Four Times Square
											New York, NY 10036
											Tel:  (212) 735-3000

												-and-

											WHITE AND WILLIAMS LLP

											By:	/s/ David B. Chaffin
													David B. Chaffin

											BBO # 549245
											100 Summer Street, Suite 2707
											Boston, MA 02110
											Tel:  (617) 748-5200

											*Attorneys for Defendants Pfizer Inc and
											Warner-Lambert Company LLC*


## CERTIFICATE OF SERVICE

	I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 18, 2009.

											/s/ David B. Chaffin_____
											David B. Chaffin

-3-