UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Huberman v. Pfizer Inc, et al.*<br>Case No. 1:07-cv-11336-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

---

## DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL RESPONSES TO INITIAL DISCOVERY

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibits A, B, and C are true and correct copies of Defendants' November 16, 2007, November 24, 2009, and December 8, 2009, letters to Plaintiff's counsel.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 18th day of December, 2009.

s/ Mark S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

        I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on December 18, 2009.

        /s/ David B. Chaffin
        David B. Chaffin