# EXHIBIT A


**Shook, Hardy & Bacon** L.L.P.®
www.shb.com

November 16, 2007

Angela M. Seaton

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.421.5547 Fax
aseaton@shb.com

<u>VIA FACSIMILE 617-244-5620</u>

Paul S. Hughes, Esq.
2 Newton Executive Park, Suite 108
Newton, Massachusetts 02462

Re: *Huberman v. Pfizer*, No. 07-CV-11336

Dear Mr. Hughes:

As you may know, we are co-counsel to the defendants in the Neurontin litigation.

On November 9, 2007, Magistrate Judge Sorokin ordered *Huberman v. Pfizer*, No. 07-CV-11336, to proceed to deposition discovery in the Neurontin litigation. The Court further ordered the parties to complete depositions of plaintiff, prescribing physician(s), and sales representative(s) by February 1, 2008. For your convenience, I am attaching a copy of the Court's order.

Proceedings in *Huberman* are governed by the case management orders and discovery orders entered in the multidistrict proceeding. Pursuant to Discovery Order No. 7 (MDL Dck. 582), plaintiff is obligated to serve responses to Pfizer's template discovery, along with executed medical record authorizations. To date, we have not received such responses or authorizations from Mr. Huberman. Because of the pressing discovery deadlines, it is imperative that we receive the authorizations as soon as possible, and no later than November 21, 2007. Likewise, we also need your responses to template discovery as soon as possible and no later than December 4, 2007. Finally, we need to begin scheduling depositions, starting with plaintiff. I have attached a deposition notice for November 29, 2007 in Boston, Massachusetts. If that date will not work, please propose alternatives between now and December 21, 2007.

For your convenience, I am attaching another copy of the template discovery requests. In addition, I am attaching blank authorizations. Please have your client execute these authorizations and return them to my attention. To begin the collection process, we plan to request records from providers whom we identified from the medical records your client attached to a demand letter sent to Pfizer on April 6, 2007. We will provide you copies of medical records gathered through use of the authorizations. The following is a list of providers we have identified to date and from whom we intend to seek records:

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2705455v4



Christina M. Demopulis, M.D.
Center for Anxiety and Depression
400 Island Corporate Center
7525 SE 24th St.
Mercer Island, WA 98040
206.230.0330

November 16, 2007
Page 2

Massachusetts General Hospital
55 Fruit Street
Boston, MA 02114
617.726.2000

S. Nassir Ghaemi
Department of Psychiatry and Behavioral Sciences
Emory University School of Medicine
2004 Ridgewood Drive, Suite 218
Atlanta, GA 30322

If you have any questions or would like to discuss these matters further, please give me a call. My direct dial is 816.559.2132.

Regards,

Angela M. Seaton

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2705455v4