# EXHIBIT C

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

December 8, 2009

BY U.S. POSTAL SERVICE
Paul S. Hughes, Esq.
2120 Commonwealth Avenue,
Ste. 200
Newton, MA 02466

RE:   Huberman v. Pfizer

Dear Mr. Hughes:

On November 24, 2009, I wrote to you regarding your client's outstanding responses to Pfizer Inc's template discovery requests. We still have not received these outstanding discovery responses. In light of the discovery deadlines set by Magistrate Judge Sorkin's Order on November 10, 2009, we would appreciate the prompt service of your responses.

Sincerely,

Catherine B. Stevens