UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                    :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,        :
         SALES PRACTICES AND            :    Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION  :
                                  :    Judge Patti B. Saris
------------------------------------------------------------x
                                  :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:        :
                                  :
PRODUCTS LIABILITY ACTIONS   :
                                  :
------------------------------------------------------------x

**JOINT PROPOSAL ON DISCOVERY SCHEDULE
WITH RESPECT TO GENERIC DEFENDANTS**

At the hearing/conference on November 19, 2009, the Court directed discovery to go forward as it pertained to gabapentin (the generic, bioequivalent of Neurontin). Plaintiffs and defendants Teva Pharmaceuticals, USA, Inc., Ivax Pharmaceuticals, Inc., Actavis, Inc., Actavis Elizabeth, LLC, Purepac Pharmaceutical Co., Eon Labs, Inc., Sandoz, Inc., and Novartis Pharmaceuticals Corporation, ("generic defendants") conferred and respectfully submit the following proposed discovery schedule for consideration of the Court:

**EVENT DEADLINE**

| Event | Deadline |
|---|---|
| Fact discovery closes | 9/14/10[1] |
| Plaintiffs' general liability expert reports (Excludes case-specific expert reports) | 9/29/10 |
| Deposition of Plaintiffs' general liability experts | 10/29/10 |
| Defendants' general liability expert reports (Excludes case-specific expert reports) | 11/29/10 |

---

[1] This proposed end date of 9/14/10 is consistent with the current fact discovery deadline ordered by Magistrate Judge Sorokin on July 24, 2009, at ECF Doc # 2045.

| | |
|---|---|
| Deposition of Defendants' general liability experts | 12/29/10 |
| Dispositive motions | 1/26/11 |
| Oppositions to dispositive motions | 2/16/11 |
| Replies to dispositive motions | 3/2/11 |
| Sur-replies to dispositive motions | 3/9/11 |

Dated: December 21, 2009         Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:    **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551


By:    **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
    & Associates
3701 Bee Cave Road, Suite 200
Austin, TX  78746


*Attorneys for Teva Pharmaceuticals, USA, Inc., an Ivax Pharmaceuticals, Inc.*

By:    **/s/ U. Gwyn Williams**
U. Gwyn Williams, Esquire
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109-2881
617-570-1000
Fax:  617-523-1231
gwilliams@goodwinprocter.com

*Attorneys for Actavis, Inc., Actavis Elizabeth, LLC, and Purepac Pharmaceutical Co.*

By:   **/s/ Megan Kinsey-Smith**
Megan Kinsey-Smith
McKenna, Long & Aldredge, LLP
1900 K Street, North West
Suite 100
Washington, DC 20006
202-496-7500
Fax:  202-496-7756
mkinsey-smith@mckennalong.com

*Attorneys for Eon Labs, Inc., Sandoz, Inc., and Novartis Pharmaceuticals Corporation*

By:   **/s/ Raymond Aragon**
Raymond Aragon
McKenna, Long & Aldredge
230 Park Avenue
New York, NY  10169
212-950-8330
Fax:  212-922-1819
RAragon@mckennalong.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on December 21, 2009.

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein

3