# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------- x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
---------------------------------------------- x

THIS DOCUMENT RELATES TO:

ALL ACTIONS

---------------------------------------------- x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

### DECLARATION OF ANDREW C.S. EFAW

I, Andrew C.S. Efaw, state, under the penalties of perjury, as follows:

1. I am counsel to the firm of Wheeler Trigg O'Donnell LLP, 1801 California Street, Denver, CO, 80202. My telephone number is (303) 244-1873, and my email address is efaw@wtotrial.com.

2. I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc., Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3. I am a member in good standing of the bar of the State of Colorado. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5906132v.1

2

4. I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY<br>THIS 21st DAY DECEMBER 2009.

/s/ Andrew C.S. Efaw
Andrew C.S. Efaw