UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
In re:  NEURONTIN MARKETING, SALES
        PRACTICES AND PRODUCTS
        LIABILITY LITIGATION
------------------------------------------------x

THIS DOCUMENT RELATES TO:

THE GUARDIAN LIFE INSURANCE COMPANY OF
AMERICA v. PFIZER INC., 04 CV 10739 (PBS)

------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**DECLARATION OF MARK S. CHEFFO IN OPPOSITION TO
KAISER'S MOTION TO COMPEL DEPOSITION OF CAROL JANNEY**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of the July 26, 2008, Declaration of Carol Janney.

3. Attached as Exhibit B is a true and correct copy of Research Report Number RR 720-04174, without appendixes.

4. Attached as Exhibit C is a true and correct copy of the following article: Pande AC, Crockatt JG, Janney CA, *et al.*, Gabapentin in Bipolar Disorder: A Placebo-Controlled Trial of Adjunctive Therapy, 2 *Bipolar Disorders* 249 (2000).

5. Attached as Exhibit D is a true and correct copy of a Parke Davis letter citing the following article: Pande, A.C., Davidson, J.R.T., Jefferson, J.W., Janney, C.A., Katzelnick, D.J., Weisler, R.H., Greist, J.H. & Sutherland, S.M., *Treatment of Social Phobia with Gabapentin: A Placebo-Controlled Study*, 19 J. Clin. Psychopharmacology 341-48 (1999).

6. Attached as Exhibit E is a true and correct copy of excerpts from the September 19-20, 2007, deposition of Atul Pande, M.D.

- 2 -

7. Attached as Exhibit F is a true and correct copy of excerpts from the August 11, 2008, Report of John Abramson, M.D.

8. Attached as Exhibit G are true and correct copies of Workgroup Meeting minutes regarding study 945-209.

9. Attached as Exhibit H are true and correct copies of two emails between Atul Pande, M.D. and Carol Janney dated April 6 and 7, 1998.

10. Attached as Exhibit I are true and correct copies of two memoranda by Carol Janney dated March 30, 1997, and April 6, 1997.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 22nd day of December, 2009.

s/ Mark S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be served pursuant to Case Management Order No. 3 on December 22, 2009.

/s/ David B. Chaffin
David B. Chaffin