# EXHIBIT A

**DECLARATION OF CAROL A. JANNEY, M.S.**

1. I am a doctoral candidate in Epidemiology at the University of Pittsburgh in Pittsburgh, Pennsylvania, with a primary focus on mental health and physical activity. As a graduate research assistant, I am the principle investigator for a pilot study investigating the effects of physical activity on rapid cycling or moderately depressed patients with bipolar disorder. In addition, I have been the lifestyle coach for patients with bipolar disorder and conducted statistical analyses for physical activity interventions in overweight individuals. A copy of my curriculum vitae is attached. Exhibit 1.

2. From 1997 to 1999, I worked as a biostatistician in the Clinical Research, CNS-Biometrics Department at Parke-Davis Pharmaceutical Research in Ann Arbor, Michigan. From 1996 to 1997, I worked as a contract biostatistician in the Clinical Research, CNS-Biometrics Department at Parke-Davis Pharmaceutical Research in Ann Arbor, Michigan under the supervision of a Parke-Davis biostatistician.

3. One of my responsibilities as a biostatistician (contract and Parke-Davis) was a double-blind, placebo-controlled clinical study that evaluated adjunctive gabapentin in patients with a lifetime diagnosis of bipolar disorder (type 1) and who were currently suffering from symptoms of either mania, hypomania, or a mixed state despite ongoing therapy with lithium, valproate, or lithium and valproate in combination. When I became a Parke-Davis employee in 1997, I became the lead biostatistician for this study.

4. The complete study results and analyses were finalized in March 1999. Exhibit 2, Research Report 720-04174, Gabapentin Adjunctive Treatment in Patients with Bipolar Disorder (March 26, 1999).

5. The safety results from the bipolar disorder study showed that gabapentin was generally well-tolerated and that most adverse events were consistent with known side effects of gabapentin. Exhibit 2 at 6. The most common adverse events were somnolence and dizziness. Exhibit 2 at 6. There were no deaths during the study. Exhibit 2 at 6.

6. The study did not find that gabapentin was effective as an adjunctive therapy in patients with bipolar disorder. Compared to the placebo treatment group, the Gabapentin treatment group did not experience greater improvements in mania symptoms as measured by the Young Mania Rating Scale or depressive symptoms as measured by the Hamilton Depression Rating Scale. Although both treatment groups experienced a reduction in mania symptoms, the decrease in mania symptoms was significantly greater for the placebo treatment group than the Gabapentin treatment group. Exhibit 2 at 9. Although speculative, adjustments in lithium dosing may have accounted for or contributed to the greater improvement in mania symptoms for the placebo treatment group compared to the Gabapentin treatment group. This hypothesis is tenable since more patients in the placebo treatment group had adjustments to their lithium dosing than the Gabapentin treatment group. Lack of compliance in taking Gabapentin may have biased the results by underestimating the difference in the reduction of mania symptoms between the two treatment groups. With or without the bias, the conclusions of the study would be 1) gabapentin was not an effective adjunctive treatment for mania symptoms and 2) a greater reduction in mania symptoms was observed among patients with bipolar disorder treated with placebo than those treated with gabapentin. There was no evidence that gabapentin caused a worsening of symptoms. Exhibit 2 at 8.

6. As the lead biostatistician, I performed and/or supervised the analysis of this study. The planned and post-hoc analyses were performed in an efficient and timely fashion that 1)

enhanced the scientific quality of the research and 2) supported the dissemination of the study results as quickly as possible to the Gabapentin Bipolar Disorder Study Group and publication of the study results.

7. The findings were summarized in a research article entitled "Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy." Exhibit 3, Atul Pande, et al. "Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy," 2 Bipolar Disorders 249-255 (2000).

8. The manuscript, which I co-authored along with Atul Pande, M.D., John L. Werth, Ph.D., Jerri Crockatt, M.A., R.N., Georgia Tsaroucha, M.S.P.H. and Gabapentin Bipolar Disorder Study Group was submitted for publication in July 1999 to *Bipolar Disorders,* which is a peer-reviewed journal published by the International Society for Bipolar Disorders. Exhibit 3.

9. Once a manuscript is submitted for publication, neither the authors nor the sponsor have control over its publication, including if and when the manuscript is actually published. The journal's editors determine if and when a manuscript is ultimately published, which was precisely the case with the gabapentin bipolar disorder study. The editors of *Bipolar Disorders* accepted the gabapentin manuscript for publication on November 22, 1999 and did in fact publish it several months later in 2000. Exhibit 3.

10. The gabapentin bipolar disorder study results were analyzed and submitted for publication in accordance with good clinical and research practices.

11. To my knowledge, no one at Parke-Davis/Warner-Lambert attempted to delay publishing the bipolar disorder data or acted improperly in any manner relating to any aspect of the study's dissemination to the medical and scientific community. It was always the intent and goal of all

the researchers involved, including me, to publish and disseminate the study results regardless of the findings.

12. In summary, the results from the gabapentin bipolar disorder study were submitted for publication in a timely fashion. To my knowledge, no one at Parke-Davis/Warner-Lambert tried to delay publishing the results from the bipolar disorder study. In addition, my colleagues and I acted appropriately at all times and in accordance with good clinical and research practices in disseminating the study results to the medical and scientific community.

13. I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26 day of July, 2008.

Carol A. Janney, M.S.



2764688v3

# CAROL A. JANNEY

5835 Alderson St #13
Pittsburgh, PA 15217

Telephone (home): 507-271-0982
email (work):caj19@pitt.edu
email (home):nduku_janney@hotmail.com

EDUCATION

**PhD in Epidemiology** (Expected April 2009)
Focus: **Mental health and physical activity**
UNIVERSITY OF PITTSBURGH, Pittsburgh, PA

**Master of Science in Biostatistics** (May 1996)
UNIVERSITY OF MICHIGAN, Ann Arbor, MI

**Master of Science in Epidemiology** (September 1991)
**Master of Science in Exercise Science** (May 1991)
UNIVERSITY OF MASSACHUSETTS at Amherst, Amherst, MA

**Bachelor of Science in Nutritional Science** (August 1984)
CORNELL UNIVERSITY, Ithaca, NY

COMPUTER SKILLS

Statistical analysis on PC, UNIX: **SAS, Splus, Egret**. Graphics: **Sigmaplot, Splus**. Data management: **KeyEntry III, Excel**. Word processing: **Word for Windows**

PROFESSIONAL EXPERIENCE

2006-08 **Graduate Research Assistantship** – University of Pittsburgh, PA
Lifestyle coach for individuals with bipolar disorder. PI for pilot study investigating the effects of physical activity on rapid cycling or moderately depressed patients with bipolar disorder. Statistical analyses for physical activity interventions in obese and overweight individuals.

2003-2006 **Statistician III, Department of Biostatistics --** Mayo Foundation, Rochester, MN.
2001-2003 **Statistician II, Department of Biostatistics --** Mayo Foundation, Rochester, MN.
1999-2001 **Statistician I, Department of Biostatistics** -- Mayo Foundation, Rochester, MN.
Statistical consultations with cancer epidemiologists; performed survival analysis using SAS and S-Plus; performed sample size and power calculations; co-authored papers for publication; prepared figures for publication and presentations; manager of data analysis team; mentored data analysts and post-docs; interviewed candidates.

2002-2006 **Co-instructor introductory statistics course for nurse anesthetists --** Mayo Graduate School, Rochester, MN.
Eight lectures on descriptive statistics and linear regression.

1984-85 **Research Assistant** -- Center for Sports Medicine and Health Fitness, Peoria, IL. Conducted 14-week strength training studies in prepubescent males, administered graded exercise stress testing and underwater weighings for corporate physical and performance evaluations.

1983 **Student Teacher of Health and Home Economics** - - Penfield High School, Penfield, NY.

PUBLICATIONS

Mental Health

Janney CA, CR Richardson, RG Holleman, C Glasheen ,SJ Strath, MB Conroy, AM Kriska. Gender, mental health service use and objectively measured physical activity: data from the National Health and Nutrition Examination Survey (NHANES 2003-2004). **Mental Health and Physical Activity** (In press).

Pande AC, DE Feltner, J Jefferson, J Davidson, M Pollack, MB Stein, RB Lydiard, R Futterer, P Robinson, M Slomkowski, E DuBoff, M Phelps, CA Janney, JL Werth. Efficacy of the novel anxiolytic pregabalin in social anxiety disorder: a placebo-controlled, multicenter study. **Journal of Clinical Psychopharmacology**. 2004 Apr;24(2):141-9.

Pande AC, Crockatt JG, Janney CA, Werth J, Tsaroucha G, Gabapentin Bipolar Disorder Study Group. Gabapentin in bipolar disorder, a placebo-controlled trial of adjunctive therapy. **Bipolar Disorder**. 2000;2:249-255.

Pande AC, JRT Davidson, JW Jefferson, CA Janney, DJ Katzelnick, RH Weisler, JH Greist, SM Sutherland. Treatment of social phobia with Gabapentin: a placebo-controlled study. **Journal of Clinical Psychopharmology**. 1999;19:341-348.

Physical Activity

Janney CA, JM Jakicic. The influence of BMI and exercise on injuries and illnesses in overweight and obese individuals. Submitted for publication.

Jakicic JM, BH Marcus, W Lang, C Janney. 24-month effect of exercise on weight loss in overweight women. **Archives of Internal Medicine**. (In press).

Washburn RA, KW Smith, AM Jette, CA Janney. The physical activity scale for the elderly (PASE): development and evaluation. **Journal of Clinical Epidemiology**. 46: 153-162, 1993.

Washburn RA, AM Jette, CA Janney. Using age-neutral physical activity questionnaires in research with the elderly. **Journal of Aging and Health**. 2: 341-356, 1990.

Washburn RA, CA Janney, JR Fenster. The validity of objective physical activity monitoring in older individuals. **Research Quarterly**. 61:114-117, 1990.

Weltman A, S Tippett, C Janney, K Strand, CB Rians, BR Cahill, FI Katch. Measurement of isokinetic strength in prepubertal males. **The Journal of Orthopaedic and Sports Physical Therapy**. 9:345-351, 1988.

PUBLICATIONS (continued)

Cerhan JR, KE Anderson, CA Janney, CM Vachon, TE Witzig, TM Habermann. Association of aspirin and other non-steroidal anti-inflammatory drug use with incidence of non-Hodgkin lymphoma. **International Journal of Cancer**. 2003:106:784-788.

Pande AC, JG Crockatt, DE Feltner, CA Janney, WT Smith, R Weisler, PD Londborg, RJ Bielski, D Zimbroff, JRT Davidson, M Liu-Dumaw. Pregabalin in generalized anxiety disorder: a placebo-controlled trial. **American Journal of Psychiatry**. 2003:160(3):533-540.
Parker AS, JR Cerhan, CA Janney, JC Cheville. High expression levels of the insulin-like growth factor-I receptor predict poor survival among female clear-cell renal cell carcinomas. **Human Pathology**. 2002:33:801-805.

Cerhan JR, CM Vachon, TM Habermann, SM Ansell, TE Witzig, PJ Kurtin, CA Janney, W Zhang, JD Potter, TA Sellers, AR Folsom. Hormone replacement therapy and risk of non-Hodgkin lymphoma and chronic lymphocytic leukemia. **Cancer Epidemiology, Biomarkers & Prevention**. 2002:11:1466-71.

Cerhan JR, CA Janney, CM Vachon, TM Habermann, NE Kay, JD Potter, TA Sellers, AR Folsom. Anthropometric characteristics, physical activity, and risk of non-Hodgkin's lymphoma subtypes and B-cell chronic lymphocyctic leukemia: a prospective study. **American Journal of Epidemiology**. 2002;156:527-35.

Olson JE, CA Janney, RD Rao, JR Cerhan, PJ Kurtin, D Schiff, RS Kaplan, BP O'Neill. The continuing increase in the incidence of primary central nervous system Non-Hodgkin Lymphoma: A Surveillance, Epidemiology and End Results (SEER) analysis. **Cancer**. 2002;95:1504-10.

Calhoun ES, RM McGovern, CA Janney, JR Cerhan, SJ Iturria, DI Smith, BS Gostout, DH Persing. Host genetic polymorphism analysis in cervical cancer. **Clinical Chemistry**. 2002:48:8:1218-1224.

Olson JE, JR Cerhan, CA Janney, KE Anderson, CM Vachon, TA Sellers. Postmenopausal cancer risk after self-reported endometriosis in the Iowa Women's Health Study. **Cancer**. 2002;94:1612-18.

Vachon CM, PJ Mink, CA Janney, TA Sellers, JR Cerhan, L Hartmann, AR Folsom. Association of parity and ovarian cancer risk by family history of breast and/or ovarian cancer in a population-based study of postmenopausal women. **Epidemiology**. 2002;13:66-71.

Sowers MF, D Zhang, BW Hollis, B Shapiro, CA Janney, M Crutchfield, MA Schork, F Stanczyk, J Randolph. Role of calciotrophic hormones in calcium mobilization of lactation. **American Journal of Clinical Nutrition**. 1998;67:284-91.

Sowers MF, D Zhang, CA Janney. Interpregnancy weight retention patterning in women who breastfed. **The Journal of Maternal-Fetal Medicine.** 1998;7:89-94.

Janney CA, D Zhang, MF Sowers. Lactation and weight retention. **American Journal of Clinical Nutrition**. 1997;66:1116-24.

**CAROL A. JANNEY**

GRANTS

Pilot Study: Physical activity as an intervention for rapid cycling or moderately depressed bipolar I and II individuals. Funds ($4000) from private donor and Dow Chemical Company. Fall 2007.

Mayo Clinic Rochester Catchment Area for Selected Cancers 1998-2003. Funds ($5220) requested from the Biostatistics Core of the Mayo Clinic Comprehensive Cancer Center Support grant: P30CA 15083. Spring 2005.

Analysis of long-term lymphoma survivors pilot study. Funds ($5220) allocated from the Biostatistics Core of the Mayo Clinic Comprehensive Cancer Center Support grant: P30CA 15083. Spring 2005.

COLLEAGUE RECOGNITION AWARD

In support of the CNS Technical Operations Team in 1997, especially your work on the 945-203 and Gabapentin pediatric submission

PUBLIC SERVICE AND COMMUNITY ACTIVITIES

NAMI (National Alliance for Mental Illness) Board of Directors for Olmsted County. 2002-2004

Vice-President for 2003-4
Finance Committee 2003-4
Strategic Planner 2003-4
Community Relations Committee 2002