# EXHIBIT C

*Bipolar Disord (3 Pt 2)*

Bipolar Disorders 2000: 2: 249–253
Printed in Ireland. All rights reserved

*Sept*

Copyright © Munksgaard 2000
BIPOLAR DISORDERS
ISSN 1394-5647

## Original Article

# Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy[1]

Pande AC, Crockatt JG, Janney CA, Werth JL, Tsaroucha G., Gabapentin Bipolar Disorder Study Group. Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy.
Bipolar Disord 2000: 2: 249–253. © Munksgaard, 2000

*Objectives:* To assess efficacy and safety of gabapentin in the treatment of bipolar disorder.

*Methods:* This was a double-blind, placebo-controlled trial of adjunctive gabapentin (dosed flexibly between 900 and 3600 mg/day). Patients with a lifetime diagnosis of bipolar disorder (type I), and who were currently suffering from symptoms of either mania, hypomania or a mixed state despite ongoing therapy with lithium, valproate, or lithium and valproate in combination were eligible for inclusion. The primary efficacy measures were the baseline to endpoint change in total score on the Young Mania Rating Scale (YMRS) and the Hamilton Depression Rating Scale (HAM-D).

*Results:* Both treatment groups had a decrease in total YMRS from baseline to endpoint, but this decrease was significantly greater in the placebo group ( − 9) than the gabapentin group ( − 6) (p < 0.05). No difference between treatments was found for the total score on the HAM-D. Secondary efficacy measures were not different between treatment groups. More patients in the placebo group had changes made to their ongoing lithium therapy (n = 12) compared to the gabapentin group (n = 4). When these patients are removed from the efficacy analysis, the YMRS treatment difference still favors placebo, but is no longer statistically significant. Based on gabapentin plasma levels at termination, some patients did not take the study drug as prescribed.

*Conclusions:* The findings of this study did not demonstrate that gabapentin is an effective adjunctive treatment when administered to outpatients with bipolar disorder.

Atul C Pande, Jerri G Crockatt, Carol A Janney, John L Werth, Georgia Tsaroucha and Gabapentin Bipolar Disorder Study Group[2]

Parke-Davis Pharmaceutical Research, Division of Warner-Lambert Company, Ann Arbor, MI 48105, USA

Key words: bipolar disorder – clinical trial – gabapentin – mania – placebo-controlled – trial methods

Received 22 July 1999, revised and accepted for publication 22 November 1999

Corresponding author: Atul C Pande, Parke-Davis Pharmaceutical Research, Division of Warner-Lambert Company, 2800 Plymouth Road, Ann Arbor, Michigan 48105. Fax: + 734 622 5100. e-mail: atul.pande@wl.com

[1] This study was funded by the Parke-Davis Research Division of Warner-Lambert Company.
[2] The following are members of the Gabapentin Bipolar Disorder Study Group: L. Altshuler, MD and R. Gerner, MD, Los Angeles, CA; C.L. Bowden, MD and L. Rhodes, MD, San Antonio, TX; J.R. Calabrese, MD and M. Shelton, MD, PhD, Cleveland, OH; D.L. Dunner, MD and H. Hendrickson, MD, Seattle, WA; L. Gyulai, MD, Philadelphia, PA; R. Hirschfeld, MD, Galveston, TX; G.B. Kaplan, MD, Providence, RI; T. Keller, MD, Stanford, CA; R.B. Lydiard, MD, PhD, Charleston, SC; S.L. McElroy, MD and P.E. Keck, Jr., MD, Cincinnati, OH; G. Sachs, MD; Boston, MA; P. Suppes, MD, PhD, Dallas, TX; J. Zajecka, MD, Chicago, IL; C. Zarate, MD, Belmont, MA.

The treatment of bipolar disorder has changed considerably in the past decade. Whereas lithium was the mainstay of treatment through most of the 1970s and 1980s, the role of anticonvulsants is now firmly established and widely practiced. Anticonvulsant drugs were originally used mainly as adjuncts to lithium, but valproate is now commonly used as first-line therapy (1). Even though the acceptance of valproate and carbamazepine by clinicians has expanded the treatment options for patients, a substantial proportion of patients responds inadequately to available drug treatments.

EXHIBIT
Pande 43
PENGAD 800-631-6989

Pande et al.

Once patients prove resistant to treatment with lithium, valproate, or carbamazepine, given alone or in combination, further treatment is associated with a diminishing likelihood of response. Additionally, many patients are unable to adhere to these treatments because of intolerance or the persistence of symptoms. It is not surprising, then, that in long-term follow-up studies, more than half of patients have a poor outcome (2).

In the past few years, several reports have described improvement in patients with bipolar disorder treated with the anticonvulsant gabapentin in addition to standard therapies (3–8). These reports were predated by the observation of beneficial effects of gabapentin on mood and anxiety symptoms in studies of gabapentin as add-on therapy for patients with epilepsy (9). Based on these observations, we conducted a study to test the efficacy of adjunctive gabapentin in patients with bipolar disorder.

## Patients and methods

This study was carried out at 14 centers in the USA. The study sample consisted of outpatients (n = 117) of either gender, aged 16 years or older. Patients were required to have a diagnosis of bipolar I disorder based on DSM-IV criteria with manic/hypomanic or mixed symptoms. A structured clinical interview was not required for diagnosis. In accordance with the Declaration of Helsinki and Good Clinical Practice guidelines, participating patients signed a written informed consent, approved by the Institutional Review Board at each center. To be included in this study, patients had to meet criteria for a lifetime diagnosis of bipolar disorder (type I) and score $\geq 12$ on the Young Mania Rating Scale (YMRS) at the initial clinic visit, despite ongoing therapy with lithium, valproate or lithium and valproate in combination. Patients were required to have a plasma lithium level of $\geq 0.5$ mEq/L, or a plasma valproate concentration of $\geq 50$ μg/mL. Patients were excluded if they suffered from uncontrolled medical illnesses, met criteria for a current diagnosis of other DSM-IV Axis I disorders, or if they were taking any medication other than lithium and/or valproate that could alter the assessment of efficacy.

The study began with a 2-week, single-blind, placebo lead-in, during which the doses of lithium and/or valproate could be adjusted to the clinician's satisfaction and the minimum threshold concentrations mentioned above could be obtained. If patients continued to meet entry criteria at the end of the placebo lead-in, they were randomized to

double-blind treatment with either gabapentin (dosed flexibly between 600 and 3600 mg/day, given t.i.d.) or placebo for 10 weeks. After randomization, the doses of lithium and valproate were required to be held steady unless dose changes were required to ensure patient safety. Patients were evaluated at weekly visits for the first 4 weeks after randomization, and biweekly for the next 6 weeks. Efficacy and safety assessments were performed during each visit according to a predetermined schedule. The efficacy assessments included the YMRS (10), Hamilton Depression Rating Scale (11) (HAM-D), Hamilton Anxiety Rating Scale (12) (HAM-A), Clinical Global Impression of Severity (CGIS) and Clinical Global Impression of Change (CGIC). Patients also performed self-assessments using the internal state scale (ISS) (13), Life Chart for Recurrent Affective Illness (Life Chart) (14) and the SF-36 Quality of Life Questionnaire (15). Safety was assessed through monitoring of vital signs, laboratory assessments, and spontaneously reported adverse events.

The efficacy analyses were carried out on the intent-to-treat (ITT) population that included all randomized patients who received at least one dose of study medication. Change in each efficacy score was calculated by subtracting the baseline score from endpoint score. For all analyses, endpoint was defined as the week-10 (termination visit) score for patients who completed treatment or the last available post-randomization score (last observation carried forward, LOCF) for patients who withdrew from the study.

All analyses were performed using SAS 6.12 (16) with a significance level of 0.05 (two-tailed).

Analysis of covariance (ANCOVA) was performed to compare gabapentin to placebo in reducing the symptoms of bipolar disorder for all efficacy assessments except for the CGIC and ISS responders. In the ANCOVA models, the dependent variable was the efficacy change score, with treatment and center as the independent variables, and baseline score as the covariate. Assumptions underlying the models were examined. ISS responders were defined as patients scoring $\geq 125$ on the wellbeing subscale, and < 200 on the activation subscale. CGIC responders were defined as patients whose overall status was rated as 'much improved' or 'very much improved'. The differences in response rates between treatment groups for CGIC and ISS responders were assessed by Cochran Mantel–Haenszel $\chi^2$ analysis stratified by center.

## Results

The ITT population for this study comprised of 117 patients randomized, 114 of whom had a post-randomization observation on either placebo (n = 59) or gabapentin (n = 55). More than half of the patients completed the study: 64% of placebo-treated and 53% of gabapentin-treated patients completed the 10-week study. A total of 12 patients withdrew due to adverse events, seven gabapentin-treated and five placebo-treated.

Table 1. Characteristics of ITT population

| Characteristic | Placebo n = 59 | Gabapentin n = 58 |
| --- | --- | --- |
| Gender, n (%) | | |
| Men | 32 (54) | 29 (50) |
| Women | 27 (46) | 29 (50) |
| Age (years) | | |
| Mean (SD) | 38.2 (10.5) | 40.7 (9.4) |
| Range | 17–73 | 17–66 |
| Disposition | | |
| Withdrawn, any reason, n | 21 | 27 |
| Withdrawn, adverse event, n | 5 | 7 |
| Withdrawn, lack of efficacy, n | 7 | 8 |
| Bipolar I diagnosis (most recent episode) | | |
| Hypomanic/manic, n | 28 | 27 |
| Manic, n | 12 | 15 |
| Depressed, n | 1 | 2 |
| Mixed, n | 17 | 12 |
| Unspecified, n | 1 | 2 |
| Ongoing treatment for bipolar disorder | | |
| Lithium only, n | 17 | 22 |
| Valproate only, n | 31 | 26 |
| Lithium and valproate, n | 11 | 10 |
| Baseline YMRS | | |
| Mean (SD) | 18.4 (7.1) | 18.8 (7.3) |

The two treatment groups were similar in demographic characteristics and baseline disease severity (Table 1).

Fig. 1 shows the unadjusted mean YMRS scores for the weekly observed cases. The difference between the treatment groups appeared approximately proportional over time. However, comparison of YMRS change scores from baseline to endpoint (LOCF) by ANCOVA revealed a significant difference that favored placebo treatment (Table 2). Comparison of other efficacy measures revealed no significant differences between the treatment groups (Tables 2 and 3).

Since this was an add-on study, we sought to determine if ongoing treatment (lithium, valproate, or lithium and valproate) had an effect on treatment efficacy. Mean YMRS total and change scores were comparable between treatment groups, regardless of ongoing therapy. Similarly, ongoing therapy did not appear to influence any of the secondary efficacy measures.

On *post hoc* analysis, it was noted that during the placebo lead-in phase, adjustments in lithium dosing were made in more (n = 12) placebo-treated patients than gabapentin-treated patients (n = 4), (p < 0.01). Of the 12 placebo patients whose lithium dose changed, the dose was increased in nine and decreased in three patients. Among these 12 patients who were randomized to placebo, 11 showed a decrease in YMRS scores over the course of the study (mean change from baseline to endpoint, −9.5, Table 4). Only one patient worsened on the YMRS. In contrast, among gabapentin patients, of the four who had changes in lithium dosing, three showed improvement in YMRS scores and one showed worsening (mean change = 0.5).



YMRS Mean scores by week, observed cases



Fig. 1. Mean ± SE YMRS total scores for the weekly observed cases.

251

Pande et al.

Table 2. YMRS and HAM-D change scores: results of analysis of covariance: ITT population

| Parameter | | | | Treatment comparison | | |
|---|---|---|---|---|---|---|
| Treatment group | n | Adjusted means | SE | Difference[a] | 95% CI | p-value |
| YMRS | | | | | | |
| Placebo | 59 | −9.9 | 1.23 | | | |
| Gabapentin | 55 | −6.5 | 1.21 | −3.34 | −6.35, −0.32 | 0.03 |
| HAM-D | | | | | | |
| Placebo | 59 | −1.3 | 1.27 | | | |
| Gabapentin | 54 | 0.01 | 1.28 | −1.32 | −4.40, 1.77 | 0.40 |

[a] Difference (placebo/gabapentin) in adjusted means based on ANCOVA model with treatment and center in the model and YMRS baseline score as a covariate.

Table 3. Secondary efficacy parameters

| Efficacy parameter | Placebo | Gabapentin | Treatment comparison | |
|---|---|---|---|---|
| | Change score[a] | | Test statistic | p-value |
| Hamilton Anxiety Scale (HAM-A) total score | −1.05 | 0.36 | | 0.24 |
| Clinical Global Impression of Severity (CGIS) | −0.96 | −0.63 | | 0.10 |
| | Percentage of patients | | | |
| Internal States Scale (ISS)[b] | | | Chi-square test | 0.83 |
| Manic (≥70) | 8 | 9 | | |
| Depressed (≤30) | 17 | 17 | 0.05 | |
| Normal (31–69) | 75 | 74 | | |
| | Percentage of responders | | | |
| Clinical Global Impression of Change (CGIC)[c] | 47 | 37 | Chi-square test 1.08 | 0.30 |

[a] Baseline to Last Observation Carried Forward (LOCF).
[b] Based on average daily scores on global scale for the last 7 days prior to termination.
[c] Responders defined as 'much improved' or 'very much improved'.

When the data from all patients who had changes in lithium dosing during the placebo lead-in phase (n = 16) were excluded from the analysis, the treatment group difference in YMRS change score was no longer significant.

Of the 47 gabapentin patients who had plasma gabapentin concentrations measured, eight had plasma drug levels below the limit of detection (0.5 μg/mL), suggesting that some patients did not take the study drug as prescribed, thereby reducing their likelihood of responding to treatment.

Safety

Gabapentin was generally well tolerated. Most adverse events were consistent with known side effects of gabapentin, the most common being somnolence and dizziness (Table 5). Thirteen patients experienced a serious adverse event (Table 6). Five placebo-treated patients and 7 gabapentin-treated patients withdrew due to adverse events. There were no deaths during the study. One patient who had received 1200 mg/day gabapentin for 10 days died 10 months after discontinuing from the study. The immediate cause of death was indeterminate, attributable to atherosclerosis.

Discussion

The findings of this study did not demonstrate that gabapentin is an effective adjunctive treatment when administered to patients with bipolar disorder who have moderate to severe symptoms that are persisting despite treatment with lithium and/or valproate. This finding is at odds with the numerous clinical reports (on a total of nearly 200 patients) in whom gabapentin was ostensibly beneficial (3–8). There are several potential explanations for this apparent discrepancy. Most of these studies lacked a placebo control. In this study, patients receiving placebo showed a robust response (nine point decrease in mean YMRS score). We enrolled patients with a diagnosis of bipolar disorder I, whereas others enrolled patients with acute mania, bipolar disorder I, bipolar disorder II, or cyclothymic disorder. Furthermore, efficacy was assessed differently between studies. To understand our data and reconcile the apparent

252

Gabapentin in bipolar disorder

Table 4. Lithium dose adjustments during lead-in.

| Patient number | Lithium Dose (mg/day) | | YMRS change (baseline to LOCF) |
|---|---|---|---|
| | Initial | Final | |
| Placebo | | | |
| 2002 | 1500 | 1800 | −14 |
| 5003 | 900 | 1200 | −6 |
| 7004 | 1200 | 900 | −12 |
| 7007 | 900 | 1350 | −11 |
| 9001 | 1200 | 1500 | −8 |
| 10007 | 600 | 900 | −10 |
| 10009 | 1200 | 1500 | −2 |
| 10017 | 600 | 300 | −2 |
| 10020 | 900 | 1350 | 18 |
| 11012 | 1200 | 1500 | −10 |
| 12001 | 1200 | 900 | −17 |
| 13006 | 900 | 1200 | −13 |
| Gabapentin | | | |
| 5004 | 2400 | 2100 | −2 |
| 7002 | 1500 | 1200 | −2 |
| 13003 | 1200 | 600 | −10 |
| 14002 | 900 | 1200 | 16 |

Table 5. Most frequent adverse events[a] in all patients.

| Adverse event | Patients, n (%) | |
|---|---|---|
| | Placebo, n = 59 | Gabapent, n = 58 |
| Somnolence | 7 (11.9) | 14 (24.1) |
| Dizziness | 3 (5.1) | 11 (19.0) |
| Diarrhea | 7 (11.9) | 9 (15.5) |
| Headache | 7 (11.9) | 6 (10.3) |
| Amnesia | 2 (3.4) | 6 (10.3) |

[a] ≥10% of the gabapentin-treated patients.

Table 6. Listing of serious adverse events.

| Adverse event | Patient number | Treatment group[a] |
|---|---|---|
| Pericarditis | 2007 | PBO |
| Manic depressive reaction | 2008 | NR[b] |
| Manic reaction | 4002 | PBO |
| Manic reaction | 5003 | PBO |
| Manic reaction | 7006 | GBP |
| Manic reaction | 8004 | GBP[b] |
| Manic reaction | 9001 | PBO |
| Manic depressive reaction | 9005 | GBP[b] |
| Cervix carcinoma | 11003 | GBP[b] |
| Manic reaction | 12007 | PBO |
| Psychosis | 12015 | GBP |
| Manic reaction | 13005 | GBP |
| Manic depressive reaction | 13008 | NR[b] |

[a] PBO, placebo; GBP, gabapentin; NR, not randomized.
[b] AE began during single-blind placebo lead-in.

inconsistency with reported clinical experience, we carried out additional (previously unplanned) analyses of the data.

Since this was an add-on treatment study, we examined if any changes were made to the on-going treatments (lithium, valproate or the combination). By protocol, clinicians were allowed to adjust the lithium or valproate doses during the placebo lead-in period. More patients in the placebo group than the gabapentin group had their lithium dose adjusted during the lead-in phase. When all patients who had a change in lithium doses are removed from the efficacy analysis, the YMRS treatment difference numerically favors placebo, but is no longer statistically significant. This suggests that the patients whose lithium dose was adjusted during the baseline period have a disproportionately large influence on the overall results.

Another potential factor that may influence outcome in patients with bipolar disorder is treatment non-compliance. No gabapentin was detected in the plasma of some patients assigned to that treatment arm, suggesting poor compliance. This is a major problem for adjunctive treatment studies of this type in which out-patients with moderate to severe symptoms must take multiple medications daily.

This study included a heterogeneous patient population who, despite being 'refractory' to mood-stabilizing treatments, showed a robust response to placebo. Given the uncontrolled clinical observations of the utility of gabapentin in bipolar disorder, it is possible that gabapentin may have some clinically beneficial effects such as anxiolysis that were not adequately captured in this study. Recent reports have demonstrated that gabapentin is efficacious for the treatment of social phobia (17) and may be efficacious for some patients with panic disorder (18). Although gabapentin was not superior to placebo in this study, there was no evidence of patients on gabapentin showing a worsening of symptoms either.

Some methodological lessons from this study are of interest. One of the challenges in this study was defining the eligible patient population. For a phasic disorder like bipolar illness, one is immediately confronted with having to choose the phase of illness to study. We chose the study population based on perceived clinical need (i.e. patients who are treated yet remain symptomatic). Because we had no hint that gabapentin would have significant antidepressant effects, we excluded those patients whose symptoms consisted only of depression at the time of entry into the study. This may have been an erroneous assumption and we may have

253

Pande et al.

excluded patients who could potentially be treatment responders. A suitable alternative might have been to stratify the sample into three levels by presenting symptoms: manic, depressive, and mixed. Though this would have inflated the sample size required, it may have permitted us to test which component of bipolar illness may be more amenable to modification by gabapentin.

Further, the use of an add-on treatment design deserves some comment. Such designs are common in many other areas of medicine where the ethical issues require that any new treatment be tested for an incremental effect over and above the background of standard therapy. Although the ethical position is well served by this approach, significant hurdles are presented in detecting a drug effect when the signal-to-noise ratio is low, as in most psychiatric disorders. An alternative study design that may address the ethical and clinical issues is to apply the new treatment adjunctively in an open-label manner for a period of time considered 'adequate' for a treatment trial. At that point, treatment responders would be randomized to either continue the drug or be switched to placebo in a double-blind fashion. This discontinuation design may then reveal a true drug effect, if any, by showing a differential rate of relapse/recurrence between the treatment groups. To our knowledge, this design has never been tested with bipolar disorder.

A final methodological point that presents some difficulty for studies in bipolar disorder is the lack of a well-defined and easily usable measure of 'euthymia'. Because euthymia or mood stability is arguably the ultimate goal of treatment for bipolar disorder, measuring the effect of a new treatment against the depressive or manic symptoms may not give a true measure of disease state. We used the internal states scale and the National Institute of Mental Health (NIMH) Life Chart to determine mood stability. Both of these rely on daily patient self-report and could be subject to systematic error based on the patient's state at the time of rating (e.g. rating oneself 'well' when manic or hypomanic and rating oneself worse when mildly or moderately depressed). The use of these instruments also underestimates the difficulty of patient compliance over long periods of study. An alternative approach to this problem might be to simply use global clinical ratings that are applied to reasonable periods in a study (days, weeks, or months). It remains to be demonstrated how sensitive such ratings would be to modest, but clinically relevant, changes in a patient's clinical condition. For example, a treatment may simply reduce the amplitude of mood swings in a bipolar patient without noticeably affecting the frequency or duration of such swings. This change may be clinically meaningful but might be missed by a global rating, particularly when the latter is applied by different raters in a multicenter clinical trial.

With the current level of activity in treatment research in bipolar illness, we believe that many of these issues of methodology will take center stage and demand resolution before significant breakthroughs are possible.

## References

1. American Psychiatric Association. Practice guideline for the treatment of patients with bipolar disorder. Am J Psychiatry 1994; 151: 1a-36a.
2. Keck PE Jr, McElroy SL, Strakowski SM, West SA, Sax KW, Hawkins JM, Bourne ML, Haggard P. Twelve-month outcome of bipolar patients following hospitalization for a manic or mixed episode. Am J Psychiatry 1998; 155: 646-652.
3. Ryback RS, Brodsky L, Munasifi F. Gabapentin in bipolar disorder [letter]. J Neuropsychiatry Clin Neurosci 1997; 2: 301.
4. Schaffer CB, Schaffer LC. Gabapentin in the treatment of bipolar disorder [letter]. Am J Psychiatry 1997; 154: 291-292.
5. McElroy SL, Soutullo CA, Keck PE, Kmetz GF. A pilot trial of adjunctive gabapentin in the treatment of bipolar disorder. Ann Clin Psychiatry 1997; 9: 99-103.
6. Young LT, Robb JC, Patelis-Siotis I, McDonald C, Joffe RT. Acute treatment of bipolar depression with gabapentin. Biol Psychiatry 1997; 42: 851-853.
7. Erfurth A, Kammerer C, Grunze H, Normann C, Walden J. An open label study of gabapentin in the treatment of acute mania. J Psychiatric Res 1998; 32: 261-264.
8. Knoll J, Stegman K, Suppes T. Clinical experience using gabapentin adjunctively in patients with a history of mania or hypomania. J Affect Disorders 1998; 49: 229-233.
9. Dimond KR, Pande AC, LaMoreaux L, Pierce MW. Effect of gabapentin on mood and well-being in patients with epilepsy. Prog Neuropsychopharmacol Biol Psychiat 1996; 20: 407-417.
10. Young RC, Biggs JT, Ziegle VE, Meyer DA. A rating scale for mania: reliability, validity, and sensitivity. Br J Psychiatry 1978; 133: 429-435.
11. Hamilton MW. A rating scale for depression. J Neurol Neurosurg Psychiatry 1960; 23: 56-60.
12. Hamilton MW. The assessment of anxiety states by rating. Brit J Med Psychol 1959; 32: 10-16.
13. Bauer MS, Crits-Christoph P, Ball WA, Dewees E, McAllister T, Alahi P, Cacciola J, Whybrow PC. Independent assessment of manic and depressive symptoms by self-rating. Scale characteristics and implications for the study of mania. Arch Gen Psychiatry 1991; 48: 807-812.
14. Leverich GS, Post RM. The Life Chart Manual (self version). Bethesda, MD: NIMH Biological Psychiatry Branch, 1995.
15. Ware JE, Jr, Snow KK, Kosinski M, Gandek B. SF-36 Health Survey: Manual and Interpretation Guide. Boston, MA: The Health Institute, New England Medical Center, 1993.

16. SAS Institute, Inc. SAS/STAT® Software: Changes and Enhancements Through Release 6.12. Cary. NC: SAS Institute INC.

17. Pande AC, Davidson JRT, Jefferson JW, Janney CA, Katzelnick DJ, Weisler RH, Greist JH, Sutherland SM. Treatment of social phobia with gabapentin: a placebo-controlled study. J Clin Psychopharmacol 1999; 19: 341-348.

18. Pande AC, Pollack MH, Crockatt J, Greiner M, Chouinard G, Lydiard RB, Taylor CB, Dager SR, Shiovitz T. Placebo-controlled study of gabapentin treatment in panic disorder. J Clin Psychopharmacol (in press).