# EXHIBIT D

Marketing   201 Tabor Road   Phone: 973-540-2000
Morris Plains, NJ
07950


**PARKE-DAVIS**
A Warner-Lambert Division

Dear Healthcare Professional,

NEURONTIN (gabapentin capsules) is indicated as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in adults (<12 years old). Please see the accompanying full prescribing information for more details about the approved indications for NEURONTIN.

As part of an educational service and at its expense, Parke-Davis, marketer of NEURONTIN, is providing healthcare professionals with a reprint of the article listed below. The article reports on a study of NEURONTIN for the treatment of social phobia. This information concerns a use that has not been approved by the Food and Drug Administration. There are products or treatments that have been approved for social phobia.

**Treatment of Social Phobia with Gabapentin: A Placebo Controlled Study**

Parke-Davis takes no position as to the safety or efficacy of NEURONTIN for the unapproved uses described in this study. This study was funded by Parke-Davis.

Authors disclosure:

Dr. Atul C. Pande is an employee of Parke-Davis, Division of Warner-Lambert Co., and owns stock and holds options to purchase future stock in the company.

Carol A. Janney is an employee of Parke-Davis, Division of Warner-Lambert Co., and owns stock and holds options to purchase future stock in the company.

Dr. Jonathon R.T. Davidson, Professor of Psychiatry at Duke University, is a consultant for Parke-Davis.

Dr. James W. Jefferson, President of Healthcare Technology Systems, LLC, is a consultant for Parke-Davis.

Dr. John H. Greist, Senor Scientist at Madison Institute and Professor of Psychiatry at the University of Wisconsin, is a consultant for Parke-Davis.

Sincerely,

William Sigmund II, M.D., M.H.S., F.A.C.C.

PD-116-LT-3844-A1(079)
909B45

WLC_CBU_007901