# EXHIBIT E

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

------------------------------X

In re: NEURONTIN MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1629
Master File No. 04-10981

------------------------------X

DEPOSITION OF ATUL PANDE, M.D.

New York, New York

September 19, 2007

Condensed Copy

Reported by:
Bonnie Pruszynski, RMR

STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------x
IN RE NEURONTIN PRODUCT
LIABILITY LITIGATION Index Number 765000
----------------------------x

DEPOSITION OF ATUL PANDE, M.D.
New York, New York
September 19, 2007

September 19, 2007
9:10 a.m.

Deposition of ATUL PANDE, M.D., held at DAVIS, POLK & WARDWELL, LLP, 450 Lexington Avenue, New York, New York, before Bonnie Pruszynski, a Notary Public of the State of New York.

APPEARANCES:

JACK LONDON, ESQ.
Attorneys for Plaintiffs
3701 Bee Cave, Suite 200
Austin, Texas 78746

SHOOK, HARDY & BACON, LLP
Attorneys for Defendant Pfizer
2555 Grand Boulevard
Kansas City, Missouri 64108
BY: VINCENT GUNTHER, ESQ.
LORI CONNORS MC GRODER, ESQ.

GREENE & HOFFMAN
Attorneys for Plaintiffs
125 Summer Street, Suite 1410
Boston, MA 02110
BY: THOMAS M. GREENE, ESQ.
ILYAS RONA, ESQ.

KAPLAN FOX & KILSHEIMER, LLP.
Attorneys for Plaintiffs
805 Third Avenue, Suite 2200
New York, New York 10022
BY: LINDA NUSSBAUM, ESQ.

VIJAY V. BONDADA, ESQ.
Senior Corporate Counsel, Litigation
Pfizer Inc. Legal Division
235 East 42nd Street
New York, New York 10017

ALSO PRESENT: Keith Altman, Finkelstein & Partners

Atul Pande, M.D.

THE VIDEOGRAPHER: My name is David Sanders of Nationwide Video Productions, Inc., located in Roseland, New Jersey.

The date today is September 19th, 2007, and the time is approximately 9:15 a.m.

This deposition is being held in the office of on Davis, Polk and Wardwell located at 450 Lexington Avenue, New York, New York.

The caption of this case is In Re Neurontin Marketing Sales Practices and Products Litigation, MDL Docket Number 1629 and In Re Neurontin Product Liability Litigation, Index Number 765000, in the United States District Court, District of Massachusetts.

The name of the witness is Atul Pande.

At this time the attorneys will identify themselves and the parties they represent, after which our court reporter, Bonnie Pruszynski, of Veritext Reporting, will swear in the witness and we can

194

Atul Pande, M.D.

how you mean negative because in the scientific interpretation of clinical trials, or any kind of treatment studies for that matter, there are some conventions about the use of the terms positive, negative and failed studies, and so I don't know with what precision you want me to answer that.

But maybe what you are referring to is that the study did not show that there was a beneficial effect of Neurontin in the treatment of the bipolar patients. I think that would be a conclusion that I can agree with --

Q Okay.

A -- without getting into whether it's negative or failed.

Q And did you ever use the word negative when talking to colleagues to describe the results of the bipolar trial that you conducted?

A I may have.

Q Okay. And when did you first obtain preliminary results from your study, your bipolar study?

A You mean after the study was completed?

195

Atul Pande, M.D.

MR. LONDON: Say that again, I just couldn't hear you.

MS. MC GRODER: His question was you mean after the study was completed.

Q No, my question is when did you first, when did you first obtain preliminary results from your study.

MS. MC GRODER: Do you understand the question?

THE WITNESS: Yes.

A I'm just trying to remember when it would have been. I believe the study, at least the initial analysis of the study would have been known in 1998, maybe in the June time frame.

Q And when you say initial analysis, what do you mean by that?

A Well, what I mean by it is that in all clinical trials, there are a variety of measurements that are taken on the patients who are in the study. And some of these are considered to be primary efficacy or safety measures and others are considered to be secondary.

And when, when the study is analyzed,

196

Atul Pande, M.D.

usually what we try to look at as soon as possible is the primary measures so that there is a general indication of whether the study is, is, you know, showing the results that support the hypothesis on which the study was based or not. So that would be the initial analysis.

To complete the rest of the analysis it can take some, anywhere from three to six, maybe nine months because of the effort involved.

Q But the initial analysis of primary efficacy for study 209, that is your bipolar study --

A Correct.

Q -- when was that done?

MS. MC GRODER: Objection, asked and answered.

A I believe I said it would have been in approximately the June 1998 time frame. If it was a few weeks plus or minus, I can't swear to it.

Q How many study sites did you have at study number 209?

A I don't recall that. I think there have been 13 or 14 sites.

197

Atul Pande, M.D.

Q And they enrolled patients at different times, correct?

A That is correct.

Q And those study sites completed their results a lot different times, didn't they?

A I don't know what you mean by that. The study ran for a certain period of time. And we were targeting a, a sample of patients, I think.

If I recall correctly, the number was probably around just a little over 100 patients, and once that many patients had been entered into the study, then all of the sites stopped entering anymore patients, so I think it's, it's incorrect to say that some studies finished before the others did.

Q Okay.

A Because the study only stopped for every one at a certain point, and that would have been the same for every site.

Q Was the trial completed?

A I don't actually recall.

Q Approximate date?

A I'm guessing in early 1998.

Atul Pande, M.D.

Q When was the code broken?

A Once again, I don't have a recollection of the dates.

Q Can you give me an approximate time period? I'm not looking for a day.

MS. MC GRODER: Just don't guess. If you can give him an approximation, go ahead, but don't guess.

A If we had the initial analysis in June, the code might have been broken in April of 1998.

Q Just for our record, when I use the phrase code broken, what does that mean?

A Breaking the code means identifying which patients in the study took which treatment. So that you can then sort them into the treatment groups and make the comparisons on the various measurements that have been taken and complete the analysis of the data.

Q Okay. And so when the code was broken, is that when the data was available?

MS. MC GRODER: Object to form.

A That's when the data would have been available for analysis.

Atul Pande, M.D.

Q Okay.

A Yeah.

Q And you said, we will get to it a little bit later today. But you said you thought you had maybe 100 patients in the trial?

A I think it was a little over 100, yeah, might have been 110 or 12, something like that.

Q Would that be 50 receiving gabapentin and 50 approximately receiving placebo?

MS. MC GRODER: Object to form. If you want him to be precise, why don't you show him the study. Otherwise, he's just guessing.

Q Go ahead.

MS. MC GRODER: And I don't want you guessing, Doctor.

A What I can tell you is there would have been what's called equal randomization, which means patients were intended to be allocated to those patient groups in equal numbers.

Q Was 209 an exploratory study?

A Yes, it was.

Q And one group of patients took

Atul Pande, M.D.

lithium and gabapentin and a equal number of patients took lithium and placebo, right?

A I think that is only part of the study design. If you would like me to describe the study design, I can.

Q I do want to describe it, and I digressed a bit from the document we had in front of you.

A Okay.

Q I am going to come back to it, and I will have some of the study documents here and you will have them in front of you.

MS. MC GRODER: Tom --

Q We can talk about study design then.

MS. MC GRODER: -- it's 1 o'clock about, are you going to keep going on this document?

MR. GREENE: Yes. Can you give me a minute, maybe I can just finish this section. I have other stuff in the document. Let me just try to finish up this section.

Q Again, for our record, we are on Exhibit 10, and we are on the page, last two Bates

Atul Pande, M.D.

digits 40s, the small numbers, the second nine Neurontin development.

Do you have that in front of you, Doctor?

A Yes, I do.

Q I have been asking, just for the record, I think you said you provided the information that is in this section to Mr. Boris, and he or somebody would have actually written up these paragraphs.

A That is correct.

MS. MC GRODER: Object to form.

Q I'm not sure if I have asked you this question, but the first paragraph under publication strategy, the last two sentences, that discusses the proposed adjunctive study in patients who fail lithium therapy, involving 60 patients from four to five sites and costing approximately $360,000.

Is that the study that you conducted that we were talking about which I have referred to as study 209?

A Well, if you are, if you are literally looking at these two sentences and

Atul Pande, M.D.

Q Do you have a memory of approximately when the study began, again, for the record, study 945-209?

A I don't actually remember when it started.

Q Were you aware Dr. Frye conducted a study of his own of Neurontin in the treatment of bipolar?

A Yes, that was the study that was conducted by Dr. Robert Post at the NIMH. And Dr. Frye was one of the coinvestigators in that study.

Q Okay.

A And eventually ended up being the first author.

Q Do you know when the study results were presented?

A For Dr. Price?

Q Yes.

A I do not.

Q Did anybody tell you that they were presented at the APA meeting in May of 1997 in the form of a poster presentation?

I didn't hear your answer.

A You are asking if somebody told me,

Atul Pande, M.D.

no.

Q And so you have no memory of presenting slides at the APA advisory board meeting?

A I do not.

Q Do you have any memory of making slides for presentation at the APA advisory board in May of 1997?

A I do not.

Q Now, you mentioned Dr. Frye was an investigator on your 945-209.

A I said he may have been, I am just not 100 percent certain.

Q Did he ever tell you that the results of his study were negative for bipolar, for Neurontin use in treating bipolar?

A Did he ever?

Q Yes.

A Yes.

Q When did he tell you that?

A I don't remember that.

Q Did he tell you that while your study was underway?

A I don't remember.

Atul Pande, M.D.

Q Did he tell you that his study results were negative before you began your study?

A No, he did not.

Q Did he tell you his study results were negative after you completed your study?

A I have told you, I can't recall when he might have told me.

Q And Dr. Ketter, you have identified him as an investigator for 209 as well; right?

A Yes.

Q And you knew Dr. Ketter, didn't you?

A Yes.

Q And considered him a friend of yours, didn't you?

MS. MC GRODER: Object to form.

A I consider him to be a colleague, yes.

Q A professional colleague?

A Yes.

Q Did you ever review any of Dr. Ketter's work?

MS. MC GRODER: Object to form.

Do you understand the question?

A I don't know what you mean by

Atul Pande, M.D.

reviewing his work. Can you be a little more specific about what kind of work?

Q Well, his study results involving Neurontin and treatment of bipolar patients.

A The only way that I might have reviewed any of his work is that I sometimes act as an editorial reviewer for scientific journals. That is the only way in which there would have been a reason for me to review his work.

Q Look at the second page of this exhibit.

The first box there lists the most frequently used anticonvulsants to treat psychiatric disorders; is that correct?

MS. MC GRODER: Objection. There is no foundation for the use of this document with this witness.

Q Go ahead, you can answer.

A Yes.

Q And the next box down, "Current ongoing studies."

Do you see that?

A I see it.

Q Okay. Based on your experience at

326

Atul Pande, M.D.

and I have worked on more drugs than Neurontin. You asked me that question, my answer is applicable to all those 15 years. If you are asking if I prepared CME slides for presentations in Neurontin, I don't recall that I did.

In any case, that would not have been my responsibility.

Q Whose responsibility would that be?

A CME was typically handled by the medical affairs department of Warner Lambert Parke-Davis. And I didn't really have, have much to do with them.

Q Okay. Do you see the next bullet item, "Blanket psychiatric convention market, with satellite symposia."

Do you know if that was ever done with regard to information concerning Neurontin's use to treat psychiatric indications?

MS. MC GRODER: Objection, no foundation.

A I don't know.

Q How about a blanket psychiatric convention market with posters and papers?

Was that ever done with regard to

327

Atul Pande, M.D.

Neurontin's use in treating bipolar?

MS. MC GRODER: Objection, no foundation.

A I don't know.

Q Okay. Did you ever -- I want to drop down a few bullets.

Do you see the line create a slide kit? "Create a slight kit which would entail new data from ongoing and future studies, Neurontin slides and summary slides."

Did you ever assist in the preparation of any of those slides?

MS. MC GRODER: Objection. No foundation. Assumes facts not in evidence

Q Go ahead.

A I don't recall doing so.

Q How about the next bullet item, "Generate mailings to the psychiatric community on updated relevant information on anticonvulsant and psychiatric disorders."

Do you know if that was done?

MS. MC GRODER: Objection, no foundation, calls for speculation.

A I don't know if it was done.

328

Atul Pande, M.D.

Q How about the next bullet, "Following the completion of the ongoing and additional studies, write and publish papers in psychiatric journals."

Was that done with regard to Neurontin's use in treating bipolar?

MS. MC GRODER: Objection, no foundation.

A Yes.

Q What do you have in mind?

A It's the study 945-209.

Q That was published in the year 2000?

A That is correct.

Q In what journal was that published in?

A It was published in a journal called Bipolar Disorders.

Q Do you know what the circulation of that journal is?

A I don't.

Q Would it surprise you to know the circulation of that journal is 450 subscribers?

MS. MC GRODER: Objection to form and foundation. It's basically your testimony.

329

Atul Pande, M.D.

On what basis? That's ridiculous.

A I don't know if I should be surprised or not. It is a specialty journal focused on bipolar disorder research.

Q You mentioned earlier that sometimes journals are not, I don't know whether you said anxious or don't readily publish negative clinical trial results.

A That's often been the case, yes.

Q And did you encounter that with regard to 945-209?

A I did not.

Q So you published it in the journal you just identified?

A Yes.

Q Did you take any steps to see that the results of 945-209 were disseminated to the medical community beyond the publication of that in the journal you identified?

A The results of that study were presented at the bipolar disorders congress, which is the largest such meeting on the research into bipolar disorders held every two years by the University of Pittsburgh.

330

Atul Pande, M.D.

Q Did you make that presentation?
A I did.
Q And you had some slides?
A Yes.
Q And aside from that congress or that presentation, did you take any steps to disseminate the results of 945-209 beyond that?
MS. MC GRODER: Object to form.
A Disseminate to who?
Q To anyone?
MS. MC GRODER: Same objection.
Q Well, let's say physicians.
A Yeah, we communicated the results to the investigators, which is normal practice, and then we presented to the scientific congress and then published the data.
Q Okay. And you identified where you published it?
A Yes.
Q And you identified the congress in Pittsburgh that you presented your slides to?
A Yes.
Q Did you take any other steps to disseminate the information from the study results

331

Atul Pande, M.D.

of 945-209 in any other meeting of physicians?
A Well, typically once research findings have been published, there is really no scientific meeting that is going to accept presentations on that same material.
Q Well, are you familiar with -- strike that.
Do you know what educational tactics are?
A I really don't know how to answer that.
Q Okay. Direct your attention to the last sentence on the document you have in front of you, on page 7310, which reads, "With this in mind, it's important to rapidly execute the studies and educational tactics mentioned above in order to bypass the other anticonvulsants within this market."
Do you know what that means?
MS. MC GRODER: Objection, no foundation, calls for speculation.
A I can't answer without trying to guess at it.
Q Does it help if I read the sentence

332

Atul Pande, M.D.

that presides that? This, incidentally, comes under the conclusion paragraph of this memo; correct?
A Yes.
Q And the sentence reads, "Furthermore, there was a general consensus that gabapentin has a positive anxiolytic effect profile, lack of drug interactions, nonaddictive hypnotic effects and overall safety and efficacy. Therefore, it can move rapidly to the front of the anticonvulsant class in the treatment of psychiatric disorder. With this in mind, it's important to rapidly execute the study in order to bypass the other anticonvulsants within this market."
Having read those two sentences, do you know what that is referring to?
MS. MC GRODER: Objection to form and foundation and calls for speculation.
A I think it's referring to the bullet points that are contained in the upper half of this page.
Q Under educational suggestions?
A I believe so.
Q Okay.

333

Atul Pande, M.D.

(Pande Exhibit Number 18 marked for identification as of this date.)
Take a look at Exhibit 18.
Okay. Can you identify what Exhibit 18 is?
A Exhibit 18 is a letter on Parke-Davis letterhead from me to David L. Dunner, who is a psychiatrist at the University of Washington Medical Center, and the letter summarizes the results from the 945-209 study.
Q Dr. Dunner was one of the investigators in your 945-209 study?
A That is correct.
Q And you were just informing him of the results of the study in this letter?
A That's correct.
Q And you mentioned, before I ask you that, can you define for me the Young mania rating scale and the Hamilton depression rating scale?
A Yeah, these are two symptom rating scales that are used to assess the severity of symptoms in patients who are suffering from bipolar disorder.
Young mania rating scale assesses

334

Atul Pande, M.D.

various manic or hypomanic symptoms and essentially is completed by the clinical investigator through a clinical interview of the patient. The Hamilton depression scale similarly is also administered by the clinician and gives a total score, which indicates the severity of depressive symptoms.

Q What does primary outcome measure mean?

A I think I referred to this previously, that in any study there are many measurements taken, some are declared up-front as being primary measures, which in the clinical trials area is taken to mean that that is the measure by which the success or failure of the study will be declared.

The other measures that are considered secondary measures are often used to try and fill in the data, and, you know, get an assessment, a fuller assessment of the patient population.

Q And what were the primary outcome measures in study 945-209?

A I believe in this study the primary

335

Atul Pande, M.D.

efficacy measure was the young mania rating scale.

Q Don't you say here, "The efficacy measure included the young mania rating scale, the Hamilton depression rating scale and the internal state scale?"

A Yes.

Q Were all three scales the primary outcome measure for efficacy in 945-209?

A I don't believe they were.

Q So you think just the young mania?

A I believe that was the primary efficacy measure.

Q And again, that primary outcome measure for efficacy, the young mania rating scale, showed -- failed to show significant separation between Neurontin and placebo; is that correct?

A That is correct.

Q And that's considered negative in its primary outcome in your study?

A It would be considered negative, yes.

Q Now, had you taken some steps as of July 1998 to write-up your study results?

A Yeah, I think the, as I recall, the

336

Atul Pande, M.D.

manuscript for the trial was being prepared along with completing the rest of the data analyses.

Q Can you tell me what a research report is?

A A research report is an internal document that is used by pharmaceutical companies to summarize the results of every single trial that the companies undertake.

Q Okay. Was there a research report for study 945-209?

A I believe there was.

Q And did you participate in the drafting of that report?

A Almost certainly I would have.

Q Do you know when that report was completed?

A I don't specifically recall when the report was completed.

Q Okay. We touched on this a little bit earlier, and that is when the preliminary study results became available for 945-209.

Do you recall that?

A Yes.

Q And having seen this Exhibit 18, the

337

Atul Pande, M.D.

letter to Dr. Dunner, can you provide anymore specificity with regard to when those preliminary results became available?

MS. MC GRODER: Object to form.

A I believe I said previously that it would have been in the June time frame is when the results became available.

Q I thought you said that preliminary results became available in early 1998?

A I did not.

Q So certainly by July 28, 1998, the final results of study 209 had been known to you; correct?

MS. MC GRODER: Object to form.

A On the measures that are in the letter, for sure.

Q Okay.

A But as I have mentioned before, there are many other analyses that need to be completed before a research report can be written.

Q Okay. And you don't recall the date of the research report?

A I do not.

Q Do you have the 945-209 study group?


350

Atul Pande, M.D.

Q Leslie Tive?

MS. MC GRODER: Same objection. Go ahead. She is more likely.

Q Okay. Did she ever follow-up and have any discussion with you about your research in writing up this summary that you have described?

A I don't recall that.

Q Okay. At any time from, let's say, from 1999 up to the date of merger, with Pfizer, June of 2000, did anyone come to your office and copy your files or information off your computer that pertained to Neurontin?

A I don't recall.

Q And from the date of merger, June 2000 up to the date that the government announced the settlement with Pfizer May 13, 2004, during that time period, did anybody come to your office and copy your files or any information on your computer that pertained to Neurontin?

A Again, I don't have a specific recollection of that.

(Pande Exhibit Number 21 marked for identification as of this date.)

351

Atul Pande, M.D.

Q Let me show you what we marked as Exhibit 21. And, Doctor, I might represent to you, it's an e-mail string so you might want to start with the first e-mail to get some context to the e-mail that you authored.

A Okay.

Q All set?

A Yes.

Q Okay. Can you identify what Exhibit 21 is?

A Exhibit 21 is a e-mail string starting with an e-mail from someone by the name of Angela Crespo.

Q Do you know who Angela Crespo was?

A Vaguely.

Q And what is your vague memory?

A That she was in the Pfizer marketing group in New York City.

Q Okay. So she starts off an e-mail dated September 12, 2001, and sends it to Marino, Garcia; is that correct?

A That's correct.

Q And a number of other people, Lloyd Knapp, Leslie Tive, Allison Fannon, Robert

352

Atul Pande, M.D.

Glanzman, Elizabeth Mutisya, Steve Pomerantz are cc'd; is that correct?

A Yes.

Q The subject is gabapentin bipolar disorder?

A That's correct.

Q And in her first sentence there, she indicates that she was reviewing all literature MAC sent us regarding the use of our product on that condition.

Do you see that?

A Yes.

Q And do you know who MAC is?

A I have no idea.

Q Have you ever heard of Medical Action Communications, Inc.?

A No.

Q She refers to 20 good papers, pilot trials, open-label studies, with more than 25 patients included, showing the benefit to use the product for this disease, correct?

A Yes, that's what it says.

Q All right.

Then she refers to an open label

353

Atul Pande, M.D.

trial in the next paragraph, correct?

A Yes.

Q All right. And a couple more on the same disease comparing gabapentin and valproic acid.

A Yes.

Q But then she says, "The best clinical trial we have is negative," and then she says, refers to you, A. Pande; correct?

A Yes.

Q "But I wonder if we can do something more. I am aware that it is difficult to have good results on that kind of study, and if I am not wrong, there were some concerns about the design, et cetera, on the Pande one."

Do you see that?

A Yes.

Q She refers to a clinical trial conducted in major market 21-291 randomized placebo controlled that is being performed in Italy and Spain.

Do you see that?

A Yes.

Q Are you familiar with the outcome of

354

Atul Pande, M.D.

that study?
A I am not.
Q Did you ever learn that the bipolar study done by Pfizer in Spain was negative?
MS. MC GRODER: Object to form and foundation.
A No.
Q No, haven't heard that?
A No.
Q You read this e-mail when you got it, didn't you?
A Yes.
Q And you read Angela Crespo's reference to this study being performed in Italy, in Spain?
A Yes.
Q And was this the first you had heard about it?
A I would have to speculate to say yes or no.
Q But as you sit here today, do you have any memory of it?
A I don't.
Q And then Lloyd Knapp, who had

355

Atul Pande, M.D.

received a copy of Angela Crespo's e-mail, forwarded it to you; is that correct?
A Yes.
Q And he asked you what your thoughts on the bipolar results were, correct?
A Yes.
Q Now, you write back to him, "I think we are whistling in the wind to think that we could easily get an indication in bipolar disorder."
Right?
A Yes.
Q That's what you felt back on September 13th when you responded to Mr. Knapp, correct?
A Yes.
Q You say, "The disease is complicated. Studies are difficult and prolonged. Gabapentin has a weak, if any, anti-manic effect."
Correct?
A Yes.
Q And what was your basis for saying gabapentin has a weak, if any, anti-manic effect?
A It's the sort of collective

356

Atul Pande, M.D.

assessment of all of the information that was available at the time.
Q When did you reach the opinion?
A The --
MS. MC GRODER: Were you finished with your answer?
Q Yeah --
A The controlled studies up to that point had not shown evidence of anti-manic effect.
Q What are the controlled studies that you are referring to?
A That's the 945-209 study and the Frye study, which were at the time the only controlled studies in the literature, which did not suggest an anti-manic effect, and yet there were case series and case reports being published with some frequency that suggested that there may be beneficial effect, and so the conclusion that is stated in this e-mail really takes sort of a global view of that information.
Q When you say case series, what, are you referring to a case series concerning Neurontin's use?
A Yes.

357

Atul Pande, M.D.

Q For bipolar?
A Yes.
Q The case series, Doctor, just for our record, can you define what a case series is?
A A case series would be where an experienced clinician treats a number of patients with a disease without formally having a study protocol, but in their clinical experience, and the reports on the outcome of those patients, and those can provide some evidence, but usually that kind of evidence is only useful in creating a hypothesis rather than in actually confirming it.
Q Okay. Case series is not a scientific study; is it, Doctor?
MS. MC GRODER: Object to form.
A It is a form of evidence, but it is not the highest form of evidence used in scientific research.
Q Is it the lowest form of evidence used in scientific research?
A Well, it's just barely above the single case report.
Q The single case report, the anecdotal report is the lowest, the lowest evidence

____ ____ CHANGE:____________________
REASON:____________________
____ ____ CHANGE:____________________
REASON:____________________
____ ____ CHANGE:____________________
REASON:____________________
____ ____ CHANGE:____________________
REASON:____________________
____ ____ CHANGE:____________________
REASON:____________________
____ ____ CHANGE:____________________
REASON:____________________
____ ____ CHANGE:____________________
REASON:____________________
____ ____ CHANGE:____________________
REASON:____________________
____ ____ CHANGE:____________________
REASON:____________________
____ ____ CHANGE:____________________
REASON:____________________
____ ____ CHANGE:____________________
REASON:____________________

____________________
ATUL PANDE, M.D.

CERTIFICATE

STATE OF NEW YORK )
: SS.
COUNTY OF NEW YORK )

I, BONNIE PRUSZYNSKI, a Notary Public with and for the State of New York, do hereby certify:

That ATUL PANDE, M.D., the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 4th of October, 2007.

____________________
Bonnie Pruszynski

INDEX

| WITNESS | PAGE |
|---|---|
| ATUL PANDE, M.D. | |
| BY MR. GREENE | 9 |

EXHIBITS

| Exhibit | Description | Page |
|---|---|---|
| Pande 1 | Curriculum Vitae | 10 |
| Pande 2 | Marketing Needs Document | 18 |
| Pande 3 | U.S. Patent Number 5,510,381 | 23 |
| Pande 4 | Memo | 28 |
| Pande 5 | Document | 36 |
| Pande 6 | Time line Chart | 52 |
| Pande 7 | Document | 77 |
| Pande 8 | Minutes, March 14th, 1995 | 122 |
| Pande 9 | Document | 139 |
| Pande 10 | Neurontin Marketing Assessment | 146 |
| Pande 11 | Document | 238 |
| Pande 12 | Gabapentin in Psychiatric Disorders, Rationale and Strategy | 264 |
| Pande 13 | Excerpt of Exhibit 12 | 267 |
| Pande 14 | Document | 272 |
| Pande 15 | Letter | 293 |
| Pande 16 | Neurontin Marketing Assessment | 299 |
| Pande 17 | Document | 310 |
| Pande 18 | Letter | 333 |
| Pande 19 | 945-209, Newsletter | 338 |
| Pande 20 | Document | 343 |
| Pande 21 | E-mails | 351 |

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

------------------------ :

In Re: : MDL Docket : No. 1629

NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION : Master File : No. 04-10981 : JUDGE PATTI B. SARIS : MAGISTRATE JUDGE : LEO T. SOROKIN :

: CONFIDENTIAL : DEPOSITION OF: : ATUL PANDE : (VOLUME II) :

CONFIDENTIAL

- - - - - - - - - - - - - - -

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before LINDA M. HOFFMANN, a Certified Shorthand Reporter and Notary Public, held at the office of DAVIS POLK & WARDWELL, ESQUIRES, 450 Lexington Avenue, New York, New York, on Thursday, September 20, 2007, commencing at 8:52 in the forenoon.

Condensed Copy

APPEARANCES:

GREENE & HOFFMAN, P.C.
BY: THOMAS GREENE, ESQ.
ILYAS J. RONA, ESQ.
125 Summer Street, Suite 1410
Boston, Massachusetts 02110
Attorneys for the Plaintiffs

JACK LONDON, ESQ.
3701 Bee Cave, Suite 200
Austin, Texas 78746
Attorneys for Product Liability Plaintiffs

KAPLAN FOX & KILSHEIMER LLP
BY: LINDA N. NUSSBAUM, ESQ.
850 Third Avenue
New York, NY 10022
Attorneys for Assurant Plaintiffs

SHOOK, HARDY & BACON, L.L.P.
BY: LORI CONNORS McGRODER, ESQ.
VINCENT GUNTER, ESQ.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Attorneys for Pfizer

Also attending:
George Libbares, Nationwide Video
Keith Altman, Finkelstein & Partners

ATTORNEYS ATTENDING VIA TELECONFERENCE:

LAW OFFICES OF STEVEN D. HILLYARD
BY: ALANA GOLD, ESQ.
345 California Street, Suite 1770
San Francisco, CA 94104-2631
Attorneys for Raymond Jennings, M.D.

DURAN & PANDOS, ESQS.
BY: STEVEN CAFIERI, ESQ.
1044 Route 22 West, Suite 5
Mountainside, New Jersey 07092
Attorney for Dr. Obiedzinski in the Jarosz case

INDEX

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| ATUL PANDE | | | | |
| BY MR. GREENE | 383 | | 688 | |
| BY MS. NUSSBAUM | | 472 | | 698 |
| BY MR. LONDON | | 509 | | 681 |
| BY MS. McGRODER | | 602 | | |

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Pande 22 | 945-209 Workgroup Meeting Minutes, Pfizer_LLaMoreaux_0036475 - Pfizer_LLaMoreaux_--36483 | 385 |
| Pande 23 | Medicine at Michigan, Fall 2000, 5 pages | 407 |
| Pande 24 | E-mail dated November 5, 2001, Pfizer_APande_0005005 - Pfizer_APande_0005006 | 437 |
| Pande 25 | E-mail dated January 5, 2004, Pfizer_LKnapp_0071019 -Pfizer_LKnapp_0071021 | 441 |
| Pande 26 | E-mail dated February 23, 2004, Pfizer_LKnapp_0112829 -Pfizer_LKnapp_0112831 | 445 |
| Pande 27 | E-mail dated 3/24/2004, Pfizer_LKnapp_0116131 -Pfizer_LKnapp_0116133 | 448 |

EXHIBITS, continued

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Pande 28 | E-mail dated November 7, 2004, Pfizer_LKnapp_0104674 | 450 |
| Pande 29 | Workbook, New Frontiers in Social Phobia and Bipolar Disorders, WLC_CBU_000057-WLC-CBU_000111 | 453 |
| Pande 30 | Workbook, New Frontiers in Anxiety, Substance Abuse and Bipolar Disorders, WLC_CBU_170490-WLC-CBU_170547 | 464 |
| Pande 31 | Letter dated February 7, 2007, 4 pages | 471 |
| Pande 32 | Invoice #PFE001, dated March 19, 2007 | 471 |
| Pande 33 | Letter dated 6/4/96, 0027305 and Letter, Dear Dr., 0027125 | 471 |
| Pande 34 | Summary of All Adverse events in the 1 percent of Patients in Placebo-Controlled Studies, by Body System and Treatment Group | 537 |
| Pande 35 | Appendix C.3., Narrative Summaries and Tabular data for Study Participants Who Withdrew Due to Adverse Events, 00729-00732 | 546 |
| Pande 36 | Memorandum dated October 11, 1993, Pfizer_LLaMoreaux_0031287, NDA 20-235 Medical-Statistical Review, Pfizer_LLaMoreaux_0031408 - Pfizer_LLaMoreaux_0031425 | 555 |
| Pande 36 | NDA 20-235 Medical-Statistical Review, Pfizer_LLaMoreaux_0031408 - Pfizer_LLaMoreaux_0031425 | 558 |

386

is?

A. I couldn't tell you.

Q. Couldn't tell me?

A. Yeah, the name sounds familiar, but I couldn't tell you who she is.

Q. Did she work with you?

A. She may have.

Q. Jerri Crockatt?

A. Yes, Jerri Crockatt worked with me. In fact, she worked for me on several of the studies that were conducted by my group.

Q. And she worked with you on the 209 study, the bipolar study?

A. She did.

Q. Christine Encisco?

A. Yeah, Christine Enciso, yeah, she worked in the Data Management Group at Parke-Davis.

Q. She worked with you on the bipolar study, 209?

A. Yes.

Q. Lisa Greek-Donnellan?

A. Lisa Greek-Donnellan, yes, she also worked with me on several of the psychiatric studies, including 945-209.

Q. Okay. Carol Janney?

387

A. Carol Janney also worked with me, yes.

Q. On 945-209?

A. Among others, yes.

Q. And Georgia -- how do you pronounce her last name?

A. Tsaroucha.

Q. Tsaroucha. Do you know who that person is?

A. Yes, she was also in the Data Management Group.

Q. And how do I pronounce that last name?

A. Xiaofeng Zhou.

Q. And do you know that person?

A. Yes.

Q. Did they worked with you on 945-209?

A. They were data managers on the study, yes.

Q. These individuals that you've identified as data managers on Study 945-209, did they work out at Ann Arbor?

A. Yes.

Q. Were they in your department?

A. They were not.

Q. Okay. What department were they in?

A. They would be in the department that was

388

called at the time Technical Operations.

Q. Okay. And the data managers that you've identified here, for Study 945-209, what was their responsibility for that study?

MS. McGRODER: Objection.

A. I couldn't tell you a comprehensive description of their responsibility, but on the studies that I worked on, their responsibility would have been to receive the data that was coming in from the study sites to make sure that the data were entered into the database, and that the -- the -- all of the database fields were filled in correctly; that there were no inconsistencies between different fields. And if there were, to then send a query back to the study site to figure out whether there was an error in the data, or whether there was simply a transcription mistake that had been made.

And ultimately, when they were satisfied that the data were true and accurate to the best of -- of their ability to assess it, then they would release it for further analysis.

Q. Okay. So I specifically want to ask these questions regarding Study 945-209, not any other study that they might have been involved in. Okay?

389

A. Okay.

Q. So just briefly, with regard to that study, can you tell me how the data was collected from the various study sites?

A. The data were collected in -- in Case Report Forms, which is essentially a -- for each patient, there is a binder that contains a number of forms, each form having many data fields that the investigator has to fill out. And those copies of those forms are then sent back to the -- the company where those data are then entered into the database.

Q. Okay. And these individuals, the attendees that you've identified for us at the top of Exhibit 22, with the exception of Laura Clift, those people are responsible for taking the data from the study sites for 945-209 and putting it into the database?

A. That would have been their responsibility, yes.

Q. And for Study 945-209, when did they first start to receive data to put into the database?

A. I couldn't tell you a specific date, but generally, what happens with studies is that as soon as patients start to enter the study, within some very short period of time, usually a week or two, the

658

pages, is marked for identification.)

Q. Doctor, I'm handing you what's been marked as Exhibit 44. It's a literature review published in the "Journal of Affective Disorders" in 2003.

MR. GREENE: I'm sorry. Did you mark this?

Q. The first author is Carta. Are you familiar at all with this publication or the journal?

A. I'm familiar with the journal.

Q. And what is the journal?

A. The "Journal of Affective Disorders" is a peer-reviewed, international journal that focuses primarily on publication of studies in mood disorders, but sometimes they'll also include studies that are not -- not focused on mood disorders.

Q. And what is the title of this study?

A. The title is "The clinical use of gabapentin in bipolar spectrum disorders."

Q. And Doctor, I would like for you to just focus on the first two sentences under "Background" in the "Abstract" portion of this article. Can you read that into the record, please.

A. "Background. With increasing awareness of lithium's limitations, several new anticonvulsants

659

have been tested for their mood stabilization during recent years. Among the innovative third generation, mood stabilizing anticonvulsants, gabapentin seems to have a broad spectrum of efficacy, although no certain data are available as to its efficacy and use in clinical practice."

Q. Thank you. And then just turn your attention down to the sentence that starts with "We identified."

A. "We identified 40 open-label studies on the use of gabapentin in at least 600 patients with bipolar disorder, manic, depressed, or mixed episodes, and unipolar depression and four controlled studies."

Q. You may continue.

A. "Results. The 40 open-label studies and two of the controlled trials suggest that gabapentin may have a role as adjunctive agent in the treatment of patients with bipolar disorders, particularly when complicated by comorbid anxiety disorder or substance abuse. Gabapentin is usually very well tolerated and has no pharmacological interference with other mood stabilizers. However, in the other two double-blind studies, gabapentin has not been found to be efficacious in the treatment of refractory mania or

660

refractory bipolar depression."

Q. Before we get to the conclusions, Doctor, the sentence that you just read referring to two double-blind studies that have not been found to be efficacious, do you believe one of those studies to be yours?

A. I don't know, but I could check. I believe it is.

Q. Please, if you could read the conclusions.

A. "Conclusions. Although failing to show clear antimanic efficacy in randomized trials, gabapentin still remains a clinically useful agent when it comes to combination treatment in refractory and comorbid patients."

Q. And are those conclusions, Doctor, consistent with the testimony that you just gave about researchers continuing to have an interest in the study of gabapentin in bipolar disorder even after the negative results of your study?

A. This is -- this is entirely consistent.

Q. And do you agree with the conclusion identified here?

A. I do agree with the conclusion. I think it's a -- it's a very reasonable statement as of 2003

661

based on the information that was available at the time.

Q. Let's talk for a minute about the publication of your study in the bipolar disorder journal.

Do you recall when it was that the study data were released to the statisticians to begin their analyses?

A. I think -- if I recall correctly, it was in the April/May time frame, 1998.

Q. Okay. And then what happens after that?

A. All that is is that the data set has been reconciled with the actual data collected from the sites and is considered ready for statistical analysis. And so at that point the data would have been sent to the statistician who would then take some period of time, usually several weeks, in order to generate the analysis and prepare the tables that would help to then start communicating the data.

MS. NUSSBAUM: I would move to strike if this is hypothetical. If the witness is specifically answering with respect to his study, we would like to know that. And otherwise, if he's just talking about generally what happens, I move to strike.

MS. McGRODER: That's valid, and my

662

question was with respect to this study.

Q. Were you answering with respect to this study?

A. Well --

MS. NUSSBAUM: Do you specifically recall, Doctor, this study, or are you just speaking in general?

MS. McGRODER: Well, I'm asking the questions here. When it's your turn, you can ask the questions.

Q. Doctor --

MR. GREENE: Well, clearly, before he met with you, he had no memory of it, Counsel.

Q. Let me just start again. We're wasting time.

Doctor, what happened after April of 1998 when the data were released to the statisticians to evaluate your bipolar data for Study 209?

A. Well, the data were analyzed by the statistician on the study.

Q. Okay. I think the next date you gave was the date that you informed investigators of results. Do you recall the testimony about that that you gave yesterday?

A. Yes.

663

Q. And do you recall what date that was?

A. I think it was a date in July of 1998.

Q. Okay. What do you know at the time that you inform investigators of the study results?

MS. NUSSBAUM: Once again, is this hypothetical?

MS. McGRODER: No, no, all of these questions relate to Study 209.

MS. NUSSBAUM: What did he know? Your question is an open speculative question.

MR. GREENE: Can we have her question read back again, please.

(Whereupon, the court reporter reads as requested.)

MR. GREENE: Again, is that with regard to Study 209?

MS. McGRODER: It absolutely is.

Q. Doctor, can you answer the question?

MR. GREENE: What did he know? What, in July, 1998?

Q. That was my question, Doctor.

MR. GREENE: What? In July, 1998?

Q. You can answer the question.

MR. GREENE: Which question? Which question is he answering? What question is he

664

answering? Objection.

A. In July, '98, I had the primary analysis which is reflected in the communication that was sent to investigators. I think I've said this several times over the course of yesterday and today, that there were more than just the primary analyses in that study. These studies had many measurements that were taken, and most of those analyses occurred following the communication to the investigators, so what was communicated to the investigators is what in industry parlance is called topline results, which is a, you know, timely communication to the investigators to tell them here's what we found on the primary measures, more to come later.

Q. And at the time that you sent the letter to the investigators regarding Study 209 in July of 1998, did you have the complete analysis of all the study data?

A. No, I did not.

Q. Okay. And if you'll turn your attention to Exhibit 38 in your pile. It's the big fat one on the bottom, Doctor. It's rubber-banded.

A. Oh, okay.

Q. That I believe you testified, Doctor, is the final study report. Is that right?

665

A. Yes.

Q. And what's the date on the final study report?

A. The final date issued is March 26th, 1999.

Q. Okay. And are all the data analyzed by the time the final study report is issued?

A. I believe they are.

Q. Okay. And that's true for Study 209 as well. Correct?

A. Yes.

Q. Okay. When did you submit your manuscript for publication in the journal "Bipolar Disorder"?

A. I think the submission date was in July of 1999. The publication says, this is exhibit number 43, says that the manuscript was received 22nd July, 1999.

Q. And so what did you do between March of '99 and leading up to this submission in July of 1999 with respect to Study 209?

A. Yeah, in that intervening time, the presentation that was going to be made at the meeting in Pittsburgh was prepared and the manuscript preparation took place. Most scientific manuscripts

go through multiple drafts, particularly where there are so many investigators involved. There are exchanges that take place between all of the authors as to what the final version of the manuscript should be. And so that's what would have occupied that period of time.

Q. Okay. So the final manuscript is received by "Bipolar" journal, at least according to the front of Exhibit --

A. 43.

Q. -- 43 on July 22, 1999?

A. That's what it shows.

Q. And is that shortly after or during the same time frame as the presentation you gave in Pittsburgh?

A. The presentation in Pittsburgh was in June of 1999.

Q. Okay. And when did the journal "Bipolar Disorder" accept for publication your manuscript?

A. Again, referring to Exhibit 43, the publication was accepted 22nd November, 1999.

Q. And then when was this study finally published in "Bipolar Disorder"?

A. It was published in 2000, and I can't be any more precise than that because there's no other

date descriptor on here.

Q. Once you submit your manuscript for publication, who determines when it actually appears in a journal or is actually published in a journal?

A. That is entirely up to the editorial board and the editor of the journal.

Q. And the time between November of '99 when your manuscript was accepted and the publication in -- sometime in the year 2000 -- well, withdrawn.

Did you or anyone to your knowledge at Parke-Davis, Warner-Lambert, or Pfizer attempt to delay the publication of this article?

A. No, we did not.

Q. What were your intentions with respect to the publication of this article?

A. Well, the intent always was to publish the article and disclose the study data.

Q. Did you have to publish the article?

A. There was no obligation on me to publish it, but it's always been my principle as a physician and a scientist that all data from clinical studies that pertain to drugs that are marketed should be disclosed, and so I was just following that same -- same principle, and at no time do I -- do I have any recollection of being pressured to do otherwise or

wanting to delay the publication.

Q. Now, I believe there was -- there were some questions yesterday by the lawyers for the plaintiffs about the readership of the "Bipolar Disorder" journal. Do you recall that -- that line of questions?

A. Yes.

Q. How do medical researchers assess the impact that their published study is having on further research?

A. Well, one of the common ways in which that's assessed is by assessing what's called the impact factor of a journal. And what that is is looking at articles that have been published in the journal and how many times that article has been cited by subsequent research. That allows for a ranking of journals relative to each other, and so that applies to the journal as such. And then the same can be applied to any given publication that over a period of time can be counted how many times other published papers have cited that journal, or that publication -- I'm sorry. And that gave us -- gives a count of the validity of research using a specific number.

Q. And did you receive information about

the impact data for your study?

A. Well, the -- these data are collected by a company that works out of, I believe out of Philadelphia called the Institute For Scientific Information. And periodically they -- they will notify published authors about specific papers as to how many times they've been cited in subsequent research. And I recall being informed by ISI probably about four years ago, maybe three years ago more accurately, that -- that this paper, the paper in "Bipolar Disorder" that's titled "Gabapentin in bipolar disorder, a placebo-controlled trial of adjunctive therapy," had been cited, I believe at the time it was 78 or 79 times by subsequent publications which placed it among the top two percent of most cited papers. And so -- so that was -- that was one indicator of, let's say, the awareness of this particular piece of research.

The other was I was informed by one of the members of the editorial board of Bipolar Disorders that -- and this would be as of -- as of about three years ago, that of all the papers that had been published in the journal "Bipolar Disorders," this was the most cited paper of that entire journal in that period of time.

670

Q. Doctor, let's take a five-minute break. We can go off the record.

THE VIDEOGRAPHER: The time is 5:42. We're off the record.

(A recess is taken.)

THE VIDEOGRAPHER: The time is 5:56. We're on the record.

Q. Doctor, you were asked questions this morning, I believe, about why you did not disseminate the negative results of your bipolar study at various dinner meetings, CMEs, advisory boards, and in Dear Doctor letters in the year 1998. Do you recall those questions?

A. Yes.

Q. And why did you not disseminate the results of your bipolar study in the year 1998 in any of those contexts?

A. Right. Well, in 1998, the analysis of the study data wasn't even complete as the research report, Exhibit No. 38 shows. The completed analyses and the report weren't available until March of 1999. And besides that, for many of those ways of disseminating information, I think it would have been inappropriate to send out information such as a Dear Doctor letter, for example. I'm not an expert on

671

Dear Doctor letters, but never in my entire experience of working in medicine have I encountered a Dear Doctor letter that spoke to negative results of a study. And so it would have been totally inappropriate. Besides Dear Doctor letters almost always are agreed upon with the regulatory agencies as to what the content of it is. So -- so it would have been just inappropriate to consider that avenue for disseminating any information.

Q. And at any time in 1998 or 1999 or the year 2000, or any time, did the FDA ever come to you or Parke-Davis and say, you need to publish your efficacy study on bipolar disorder using the format of a Dear Doctor letter?

A. No. To my knowledge, they did not.

Q. And then in 1999, you were asked a series of questions about why you did not disseminate the negative study results, I think is how the question was phrased, from your bipolar study. Do you recall those questions?

A. Yes.

Q. In fact, did you disseminate the results of your bipolar study in 1999?

MS. NUSSBAUM: Objection.

A. Yes, the results were presented at the

672

Bipolar Disorders Conference in Pittsburgh in June of 1999.

Q. Briefly, Doctor, tell us about the bipolar conference in the summer of 1999 when you presented the data from your bipolar study.

A. This conference is held every two years, and it is intended for researchers and clinicians who are primarily working in the area of bipolar disorders to come together for research exchanges, as well as for learning about what is happening currently in the area of bipolar disorders research.

Q. And did any of the attendees speak to you at the end of that conference?

A. Well, the -- there were -- there were a number of people who spoke to me after I had made my presentation on the 945-209 study, and many of these people who were practicing clinicians, themselves, with an interest in bipolar disorder wanted to argue with me about how my study data did not reflect their clinical experience. In fact, some of them even pointed out that they had large series of people with bipolar disorder that they were treating with Neurontin with just fine results. And so -- so there was a lot of conversation about that after my presentation.

673

Q. Okay. Doctor, you were asked a number of questions also about marketing assessments and cost analyses. Do you recall those questions generally?

A. Yes.

Q. Is there anything inappropriate about doing a cost analysis in a research and development program at a pharmaceutical company?

A. No, no, of course not. It's done all the time. And without doing that kind of cost analysis and projection of how the costs would be incurred, there is no way to plan for the budgets and the resourcing of the many, many projects that large pharmaceutical companies have to carry out.

Q. With respect to the safety results of your bipolar disorder study, you were shown the research report today which is Exhibit 38. Do you remember that?

A. Yes.

Q. And a chart in that research report that set out serious adverse reactions for the patients in that study. Do you recall that?

A. Yes.

Q. Do you recall the number of serious adverse reactions or adverse events in the study that