# EXHIBIT F

**EXPERT REPORT OF JOHN ABRAMSON, MD.**

## TABLE OF CONTENTS

I.      OPINIONS ...................................................................................................................3

II.     QUALIFICATIONS ......................................................................................................5

III.    OVERVIEW .................................................................................................................8

IV.     SOURCES OF INFORMATION ABOUT PRESCRIPTION DRUGS
        RELIED UPON BY MEDICAL DECISION MAKERS ...........................................11

        A.      THE IDEAL .....................................................................................................11

                1.      *Evidence-Based Medicine and the double-blind placebo-
                        controlled randomized trial* ...............................................................11

                2.      *Continuing Medical Education* ............................................................12

                3.      *Drug Representatives* ...........................................................................13

        B.      HOW THIS SYSTEM OF KNOWLEDGE PRODUCTION AND
                DISSEMINATION ACTUALLY WORKS .....................................................14

                1.      *Commercial Control of Design, Analysis, and Publication
                        of Clinical Trials in Peer-Reviewed Medical Journals* ......................14

                2.      *Review Articles* ....................................................................................22

                3.      *Continuing Medical Education* ............................................................23

                4.      *Pharmaceutical Marketing* ..................................................................26

                5.      *Drug Representatives* ...........................................................................28

                6.      *Formulary and Health Policy Decision Makers* ..................................28

V.      DEFENDANTS' BUSINESS STRATEGIES RATHER THAN THE
        ACTUAL SCIENTIFIC EVIDENCE DETERMINED THE
        "KNOWLEDGE" THAT WAS PRESENTED TO PRESCRIBERS AND
        PURCHASERS ABOUT NEURONTIN..................................................................29

        A.      PARKE-DAVIS'S EARLY OFF-LABEL MARKETING
                STRATEGY.....................................................................................................29

        B.      PFIZER CONTINUED THE MARKETING STRATEGIES
                BEGUN BY PARKE-DAVIS ..........................................................................32

        C.      PFIZER DEVELOPED "KEY MESSAGES" THAT
                DETERMINED (RATHER THAN REFLECTED) THE
                SCIENTIFIC EVIDENCE ..............................................................................47

VI.     THE SOURCES OF INFORMATION UPON WHICH PHYSICIANS
        RELY WERE SYSTEMATICALLY AND EFFECTIVELY
        MANIPULATED BY PARKE-DAVIS AND THEN PFIZER..................................52

        A.      SYSTEMATIC DISTORTION OF THE SCIENTIFIC
                EVIDENCE FROM CLINICAL TRIALS OF BIPOLAR
                DISORDER.....................................................................................................52

        B.      SYSTEMATIC DISTORTION OF THE SCIENTIFIC
                EVIDENCE FROM CLINICAL TRIALS OF NEUROPATHIC
                PAIN ...............................................................................................................58

                1.      *Gorson*..................................................................................................58

                2.      *Study 945-210, "Backonja"* ................................................................60

                3.      *Study 945-224 ("Reckless")* ...............................................................66

4.    *Journal supplements* ........................................................................69
5.    *Neutralizing Negative Studies* ........................................................70
C.    SYSTEMATIC DISTORTION OF THE SCIENTIFIC
EVIDENCE FROM CLINICAL TRIALS OF MIGRAINE
PROPHYLAXIS ........................................................................71
D.    COCHRANE REVIEW ARTICLES ........................................................76
1.    *Migraine* ........................................................................76
2.    *Neuropathic pain* ........................................................................78
3.    *Bipolar Disorder* ........................................................................82
E.    OTHER REVIEW ARTICLES........................................................84
1.    *Mack, Journal of Managed Care Pharmacy, 2003*............................84
2.    *Pappagallo, Clinical Therapeutics, 2003* ...........................................87
3.    *Backonja and Glanzman, Clinical Therapeutics, 2003* .....................87
F.    MANUFACTURER-SPONSORED CME / ACADEMIC
MEETINGS ........................................................................93
1.    *CME for neuropathic pain* ........................................................................98
2.    *CME for bipolar disorder* ........................................................................99
3.    *CME for migraine* ........................................................................108
4.    *Advisory Boards* ........................................................................111
G.    DRUG REPS AND MARKETING ........................................................115
H.    PUBLIC RELATIONS ........................................................................116
VII.   FORMULARY DOSSIER........................................................................119
VIII.  CONCLUSION........................................................................122

I, John Abramson, MD, hereby state, under penalty of perjury, that the following is true and correct:

INTRODUCTION

I have been asked by Plaintiffs' attorneys to discuss the sources of information typically relied upon by physicians in making prescribing decisions that are in the best interest of their patients and to explain how those traditionally independent and trusted sources of information have increasingly come under the influence, and in some cases direct control, of drug manufacturers. I have been asked to describe the effect that such influence or control can have on physicians' prescribing behaviors. I have been asked to review documents and other information concerning the drug Neurontin, and to opine as to whether Defendants influenced the information that physicians traditionally rely upon and trust in making informed prescribing decisions. Specifically, I have been asked if Defendants' actions, if established for the finder of fact substantially as set forth in the Third Amended Complaint and other court filings, impeded physician access to accurate, balanced and complete information concerning Neurontin's effectiveness in treating certain off-label conditions.

In addressing these issues, I will review the sources from which doctors and third-party payers typically receive information about new and optimal therapies. I will describe how these established patterns of information transfer were exploited by Defendants in order to create a false perception that Neurontin's use for various off-label indications was scientifically supported.

## I.      OPINIONS

The opinions listed below are based on my knowledge, training and experience as a medical doctor, my qualifications as set forth below, my review of documents produced by Parke-Davis, Pfizer (collectively referred to as "Defendants") and others, as well as depositions and court papers filed in this case and my knowledge and experience as a researcher and published writer in the area of pharmaceutical drug marketing. I reserve the right to continue to review documents, depositions and hearing transcripts as well as court papers, clinical studies, research articles, studies, the testimony of both Defense and Plaintiff experts and any other relevant material to supplement my opinions as this case continues to develop. Support for the

opinions listed below can be found in my full report and in the documents referenced herein. However, this report is not intended to be an exhaustive list or reference guide to all examples of evidence and testimony available to support my opinions.

Assuming the finder of fact concludes, as alleged in the Third Amended Class Action Complaint and other filings, that Parke-Davis and later Pfizer developed and executed a comprehensive campaign to increase off-label prescriptions of Neurontin for neuropathic pain, nociceptive pain, bipolar disorder, migraine headache and in doses above the maximum recommended by the FDA, I am of the opinion that, based on the evidence reviewed and detailed in my report, this campaign was effectuated by dissemination of inaccurate, incomplete or misleading scientific evidence to physicians and payers through a number of means, including:

- Control and manipulation of research design, analysis, and publication of clinical trials concerning the off-label conditions at issue;

- Withholding of material scientific evidence from physicians and payers;

- Sponsorship of continuing medical education ("CME") programs presenting inaccurate and/or incomplete scientific evidence on Neurontin's effectiveness in treating off-label conditions;

- Use of favorably disposed and paid "Thought Leaders" and Advisory Boards to promote scientifically unsubstantiated use of Neurontin;

- Use of drug representatives to promote scientifically unsubstantiated use of Neurontin;

- Manipulation of physician, payer and public opinion by the use of misleading public relations campaigns; and

- Misrepresentation of the scientific evidence and regulatory status of Neurontin in the Formulary Dossier distributed to managed care organizations and other third party payers.

The result of the above tactics was the delivery of inaccurate, incomplete and overly positive information about the efficacy of Neurontin, for the indications that are the subject of this case, to potential prescribers (as well as payers, policy makers and the public). These activities, if proven, affected the traditionally independent and trusted sources of information upon which physicians rely in making informed prescribing decisions.

19, 1999,[193] submitted for publication on July 22, 1999, and published in *Bipolar Disorders* in 2000.[194]

135.   The study data presented in Table C.10 of Parke-Davis's research report show that the patients taking Neurontin did not improve in YMRS score as much as those taking placebo,[195] but – as reported in the conclusion above – the difference did not quite reach statistical significance.[196]   However, the numbers for change in YMRS score presented in the *Bipolar Disorders* article were different from those presented in Parke-Davis's research report, and showed that those patients taking Neurontin actually did *significantly worse* than those taking placebo.   This raises the question of the lead author, Pande (a Parke-Davis employee) having had access to data other than the data that was presented in the Research Report, and presenting the true data showing that Neurontin is significantly worse as adjunctive therapy for bipolar disorder than placebo, i.e. that Neurontin makes the symptoms worse.

136.   A National Institute of Mental Health study compared lamotrigine, gabapentin and placebo for monotherapy of bipolar disorder.   This study found that lamotrigine, but not gabapentin, was superior to placebo therapy. [197]   Although this study wasn't published until 2000, the results had been presented in part at the 150th Annual Meeting of the American Psychiatric Association meeting on May 20, 1997 and at 151st APA meeting in June, 1998.   Both of these presentations offered "interim" data.   These results were also included in a review article, published in October 1998 in the journal *Neuropsychobiology,* written by the researchers who did this study:[198]

> In our double-blind study, the improvement rate on gabapentin (27%) did not exceed that of placebo (22%).

---

[193] http://www.wpic.pitt.edu/Stanley/3rdbipconf/proceedings htm accessed 11/29/2007
[194] Pande AC, Crockatt JG, Janney CA, et al., Gabapentin in Bipolar Disorder: a Placebo-Controlled Trial of Adjunctive Therapy, *Bipolar Disorders,* 2000;2:249-255.
[195] RR 720-04174 178 of 231
[196] Using the statistical tool available at "OpenEpi" to calculate significance. http://www.openepi.com/Menu/OpenEpiMenu htm accessed 11/25/2007.
[197] Frye MA, Ketter TA, Kimbrell TA et al., A Placebo-Controlled Study of Lamotrigine and Gabapentin Monotherapy in Refractory Mood Disorders, *Journal of Clinical Psychopharmacology,* 2000;20:607-14.
[198] Post RM, Denicoff KD, Frye MA, et al., A History of the Use of Anticonvulsants as Mood Stabilizers in the Last Two Decades of the 20th Century, *Neuropsychobiology,* 1998:152-66.

two of Defendants' unpublished RCTs that showed no benefit for diabetic neuropathy (Gorson and Reckless).  Thus, relying upon the best available scientific evidence the author concluded that gabapentin is effective for treatment of diabetic neuropathy, without being aware of Defendants' two other studies that had reached the opposite conclusion.

214.     Finally, showing the importance of making scientific evidence available by publication in the medical literature, the review article cited two published RCTs that failed to find gabapentin efficacious in the treatment of bipolar disorder.  To be fair, one of these published studies was done by Defendants.[314]

215.     The conclusion presented in the *Journal of Managed Care Pharmacy* review— that there is solid research support for the use of gabapentin in painful diabetic neuropathy and migraine prophylaxis—shows how Defendants' control of most of the scientific evidence biased the "knowledge" available to clinicians and medical decision makers.  There are two important conclusions to be drawn.   First, the author sought the best available scientific evidence evaluating the efficacy of Neurontin for migraine prophylaxis and diabetic neuropathy, but did not have access to the results of the Defendants' unpublished studies, nor could she find the results of Gorson's study (published only as a letter, see above).  And without access to the Defendants' research reports, the author was not able to determine whether published conclusions were consistent with prespecified research protocols and outcome measures.  If the author of this review article couldn't find unpublished scientific evidence or the Defendants' research report showing that the pre-specified outcome measure in study 945-220 was changed in the published article, there is no way that practicing physicians and decision makers could reasonably be expected to function as learned intermediaries, i.e. to integrate these findings into their determinations of optimal treatment.

216.     Second, this review article shows that positive information available to physicians was dominated by Defendants' misrepresented study 945-220.  The only other positive study, Di Trapani et al., was published in an Italian language journal, though the abstract is available on PubMed.

---

[314] Pande AC, Crockatt JG, Janney CA, et al., Gabapentin in Bipolar Disorder: a Placebo-Controlled Trial of Adjunctive Therapy, *Bipolar Disorders,* 2000;2:249-255.

-Efficacy is indicated as "under investigation" without informing the audience that a double-blind randomized controlled trial had already been completed that showed Neurontin was not effective in the treatment of bipolar disorder. Parke-Davis's own study, completed July 1997 had shown that Neurontin was significantly worse than placebo as "add-on" therapy for bipolar disorder. [353]

-Doses up to 4800 mg/day are recommended, though the FDA had never approved doses greater than 1800 mg/day for any indication.

-Neurontin is presented as "generally well tolerated," but Parke-Davis's own study of Neurontin for bipolar disorder showed that of those taking Neurontin 24.1% developed somnolence (versus 11.9% for placebo) and 19% developed dizziness (versus 5.1% for placebo).[354]

257.   In the five weeks between March 16 and April 8, 1998, Parke-Davis sponsored 50 "CME Psychiatry Dinners" in expensive restaurants around the country.[355]  All of the lecturers held prestigious academic positions.[356]  During this time period, Parke-Davis also held 16 hour and a half Psychiatry teleconferences.[357]  The lectures appear to have shared a common set of slides,[358] titled "Closing the Psychiatry-Neurology Divide: Emerging Uses of Anticonvulsants." Bipolar disorder was said to be responsive to gabapentin,[359] although Parke-Davis's own study (completed July, 1997) had shown this not only not to be true, but had actually shown that placebo is significantly more effective as adjunctive therapy for bipolar disease than is Neurontin.  Impressive, although completely unproven, pharmacological mechanisms are presented by which Neurontin might be beneficial.  After listing partial seizures as the indication for Neurontin, the slides then present additional uses including: acute mania, episodic dyscontrol, neuropathic pain, radiation myelopathy, migraine, periodic leg movements, and mood changes in epilepsy.[360]  The next two slides are then titled "Gabapentin: Indications Summary"[361] and include bipolar disorder (without reporting Parke-Davis's negative study that

---

[353] Pande AC, Crockatt JG, Janney CA, et al., Gabapentin in Bipolar Disorder: a Placebo-Controlled Trial of Adjunctive Therapy, *Bipolar Disorders,* 2000;2:249-255.

[354] Pande AC, Crockatt JG, Janney CA, et al., Gabapentin in Bipolar Disorder: a Placebo-Controlled Trial of Adjunctive Therapy, Bipolar Disorders, 2000;2:249-255.

[355] WLC_CBU_037638-40

[356] WLC_CBU_037642-47

[357] WLC_CBU_037641

[358] WLC_CBU_037642-74

[359] WLC_CBU_037650

[360] WLC_CBU_037658-59

[361] WLC_CBU_037659

1997 (16 months before this lecture),[373] which showed (in the words of Parke-Davis's research report), "The results from this study do not indicate that gabapentin is effective as adjunctive therapy in bipolar disorder."[374]  In fact, as written in the published article (but not until 2000), the study didn't simply fail to show benefit of gabapentin, the study showed that patients treated with gabapentin did significantly worse that those treated with placebo.[375]

268.    To enhance the aura of scientific credibility to the off-label recommendation for the physician audience, one slide proposed four possible mechanisms of action ("How It May Work"),[376] although the FDA-approved label states that the mechanism of "anticonvulsant action is unknown."[377]  The dosage range recommended was "900-3600 mg (sometimes higher),"[378] although the dosage range recommended in the FDA-approved label was only up to 1800 /day. In a slide titled "New Options for Bipolar Disorders"[379] doctors are actually encouraged to make treatment decisions without adequate supporting scientific evidence:

- Treatment need often exceeds data availability

- The skillful combination of art and science will prevail

269.    Another set of "key slides" from a syllabus prepared by CME Inc. with the same title, "New Frontiers in Social Phobia and Bipolar Disorders" (copyright date 1998), contained many of the same slides recommending the use of Neurontin in bipolar disorder without reporting the single RCT done by the manufacturer, which had shown no benefit.[380]  Neurontin's lack of FDA approval for use in bipolar is not mentioned, although carbamazepine's lack of approval for bipolar disorder is reported.[381]

270.    CME Inc.'s Outcomes Report on the 1998 series of seminars sponsored by Parke-Davis stated that "The *New Frontiers in Social Phobia and Bipolar Disorders* was a remarkably successful program in both attendance and quality ratings."  Total registration at the 30 seminars

---

[373] DM_FILE/CI-0945 (GM03599a) RR 720-04174 (Page 4)
[374] DM_FILE/CI-0945 (GM03599a) RR 720-04174 (Page 6)
[375] Pande AC, Crockatt JG, Janney CA, et al., Gabapentin in Bipolar Disorder: a Placebo-Controlled Trial of Adjunctive Therapy, *Bipolar Disorders,* 2000;2:249-255.
[376] CME 0490
[377] FDA-approved label for Neurontin 1998.
[378] CME 0491
[379] CME 0494
[380] WLC_CBU_028076 to 79
[381] WLC_CBU_028074