# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x<br>In re:  NEURONTIN MARKETING,<br>         SALES PRACTICES AND<br>         PRODUCTS LIABILITY LITIGATION<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x<br>THIS DOCUMENT RELATES TO:<br>   ALL ACTIONS<br><br><br><br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : MDL Docket No. 1629<br>:<br>: Master File No. 04-10981<br>:<br>: Judge Patti B. Saris<br>:<br>: Magistrate Judge Leo T. Sorokin<br>:<br>:<br>:<br>: |

## DECLARATION OF THOMAS E. FOX

I, Thomas E. Fox, state, under the penalties of perjury, as follows:

1.  I am a counsel at the firm of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY, 10036.  My telephone number is (212) 735-2165, and my email address is Thomas.Fox@skadden.com.

2.  I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc, Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3.  I am a member in good standing of the bar of the State of New York.  No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

        4.       I respectfully request that the Court permit me to appear and practice in this matter.

                  SIGNED UNDER THE PENALTIES OF PERJURY
                      THIS 23rd DAY DECEMBER 2009.

                                        /s/ Thomas E. Fox
                                        Thomas E. Fox