UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
------------------------------------------------- x

THIS DOCUMENT RELATES TO:

　ALL ACTIONS

------------------------------------------------- x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin

**ASSENTED-TO MOTION FOR LEAVE TO PRACTICE
PURSUANT TO LOCAL RULE 83.5.3(b)**

David B. Chaffin, a member of the bar of this Court and co-counsel of record for defendants, Pfizer Inc, Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC, respectfully moves pursuant to Local Rule 83.5.3(b) for an order granting Katherine F. Arthur of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, leave to appear and practice on behalf of Defendants.  As set forth in the attached declaration, Ms. Arthur is a member in good standing of the bar of each jurisdiction in which she has been admitted to practice, no disciplinary proceedings are pending against her, and she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Counsel for Plaintiffs have assented to this motion.

- 2 -

WHEREFORE, I respectfully request that Ms. Arthur be granted leave to appear and represent defendants in this matter.

Dated:  December 28, 2009   /s/ David B. Chaffin
David B. Chaffin
BBO # 549245
WHITE AND WILLIAMS LLP
100 Summer Street, Suite 2707
Boston, MA  02110
(617) 748-5215 (Direct)
chaffind@whiteandwilliams.com

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served pursuant to Case Management Order No. 3.

/s/ David B. Chaffin
David B. Chaffin