# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                                :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                                    :
        SALES PRACTICES AND                                                     :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Judge Patti B. Saris
                                                                                :
THIS DOCUMENT RELATES TO:                                                       :   Magistrate Judge Leo T.
                                                                                :   Sorokin
    ALL ACTIONS                                                                 :
                                                                                :
                                                                                :
                                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## DECLARATION OF KATHERINE F. ARTHUR

I, Katherine F. Arthur, state, under the penalties of perjury, as follows:

1. I am an associate with the firm of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY, 10036. My telephone number is (212) 735-2712, and my email address is Tattin.Arthur@skadden.com.

2. I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc, Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3. I am a member in good standing of the bar of the States of New York and Georgia. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

4. I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 23rd DAY DECEMBER 2009.

/s/ Katherine F. Arthur
Katherine F. Arthur