UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                           :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                               :
        SALES PRACTICES AND                                                :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Judge Patti B. Saris
                                                                           :
THIS DOCUMENT RELATES TO:                                                  :   Magistrate Judge Leo T.
                                                                           :   Sorokin
    ALL ACTIONS                                                            :
                                                                           :
                                                                           :
                                                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**ASSENTED-TO MOTION FOR LEAVE TO PRACTICE
PURSUANT TO LOCAL RULE 83.5.3(b)**

David B. Chaffin, a member of the bar of this Court and co-counsel of record for defendants, Pfizer Inc, Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC, respectfully moves pursuant to Local Rule 83.5.3(b) for an order granting Steven F. Napolitano of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036, leave to appear and practice on behalf of Defendants.  As set forth in the attached declaration, Mr. Napolitano is a member in good standing of the bar of each jurisdiction in which he has been admitted to practice, no disciplinary proceedings are pending against him, and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Counsel for Plaintiffs have assented to this motion.

WHEREFORE, I respectfully request that Mr. Napolitano be granted leave to appear and represent defendants in this matter.

Dated:  December 28, 2009　　　　　　　　　/s/ David B. Chaffin
　　　　　　　　　　　　　　　　　　　　　　David B. Chaffin
　　　　　　　　　　　　　　　　　　　　　　BBO # 549245
　　　　　　　　　　　　　　　　　　　　　　WHITE AND WILLIAMS LLP
　　　　　　　　　　　　　　　　　　　　　　100 Summer Street, Suite 2707
　　　　　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　　　　　(617) 748-5215 (Direct)
　　　　　　　　　　　　　　　　　　　　　　chaffind@whiteandwilliams.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been served pursuant to Case Management Order No. 3.

　　　　　　　　　　　　　　　　　　　　　　/s/ David B. Chaffin
　　　　　　　　　　　　　　　　　　　　　　David B. Chaffin