# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                     :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                         :
        SALES PRACTICES AND                          :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Judge Patti B. Saris
                                                     :
THIS DOCUMENT RELATES TO:                            :   Magistrate Judge Leo T.
                                                     :   Sorokin
    ALL ACTIONS                                      :
                                                     :
                                                     :
                                                     :
                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## DECLARATION OF STEVEN F. NAPOLITANO

I, Steven F. Napolitano, state, under the penalties of perjury, as follows:

1. I am partner to the firm of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY, 10036. My telephone number is (212) 735-2187, and my email address is Steven.Napolitano@skadden.com.

2. I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc, Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3. I am a member in good standing of the bar of the State of New York. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

4. I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 23rd DAY DECEMBER 2009.

/s/ Steven F. Napolitano
Steven F. Napolitano