EXHIBIT A

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 06-3107

———

JOSEPH C. COLACICCO,
INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE
OF LOIS ANN COLACICCO, DECEASED,
<u>Appellant</u>

v.

APOTEX INC.; APOTEX CORP., AS SUBSIDIARY OF
APOTEX, INC.; SMITHKLINE BEECHAM,
d/b/a GLAXOSMITHKLINE

———

No. 06-5148

———

BETH ANN MCNELLIS,
ON BEHALF OF THE ESTATE OF
THEODORE DEANGELIS,

DECEASED AND IN HER OWN RIGHT

v.

PFIZER INC.; JOHN DOES 1-5; ABC DOE CORP.;
DEF DOE CORP.; GHI DOE CORP.

PFIZER INC.,
<u>Appellant</u>

———

No. 06-3107
On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 05-cv-05500)
District Judge: Honorable Michael M. Baylson

No. 06-5148
On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 05-cv-01286)
District Judge: Honorable Jerome B. Simandle

Argued December 10, 2007
Opinion filed April 8, 2008

*Certiorari* granted March 9, 2009

On Remand from the Supreme
Court of the United States

Before: SLOVITER, AMBRO, <u>Circuit Judges</u>, and RESTANI[*], <u>Judge</u>

O R D E R

On March 9, 2009, the Supreme Court issued an order vacating this court's judgment in *Colacicco v. Apotex, Inc.* and *McNellis v. Pfizer*, 521 F.3d 253 (3d Cir. 2008), and remanding to this court for reconsideration in light of the Supreme Court's decision in *Wyeth v. Levine*, 555 U.S. — , 129 S. Ct. 1187 (2009). Thereafter, we asked

---

[*] Hon. Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.

2

the parties to comment on the effect of the decision in *Wyeth* on this court's decisions in *Colacicco* and *McNellis*. Pfizer, Inc., the defendant in the *McNellis* case, and GlaxoSmithKline and Apotex, the defendants in *Colacicco*, have responded expressing their view that our decision in *Colacicco* is consistent with the Supreme Court's decision in *Wyeth*. The plaintiffs, McNellis and Colacicco, filed a joint response in which they argue that the defendants have not met the heavy burden imposed by the decision in *Wyeth* on manufacturers seeking to preempt failure-to-warn claims. They suggest that we should reverse the preemption holding in *Colacicco* and remand both cases to the respective district courts for further proceedings. We agree with this proposed disposition.

Accordingly, we will vacate our judgment in *Colacicco* and *McNellis* and remand the *Colacicco* matter to the United States District Court for the Eastern District of Pennsylvania and the *McNellis* matter to the United States District Court for the District of New Jersey for further proceedings consistent with the Supreme Court's decision. The respective parties can raise their arguments before the respective district courts.

By the Court,


/s/ Dolores K. Sloviter
Circuit Judge

Dated: April 28, 2009

3