UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |

**STATUS REPORT JANUARY 4, 2010**

Pursuant to the Court's May 16, 2005 Procedural Order, the undersigned counsel for Plaintiffs and Defendants hereby submit the attached Status Report to the Court listing the status of all pending motions to date as well as all cases transferred to MDL No. 1629.

Dated: January 4, 2010

By: **/s/Mark S. Cheffo**
Mark S. Cheffo
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

By: **/s/Scott W. Sayler**
Scott W. Sayler
Shook Hardy & Bacon
2555 Grand Blvd.
Kansas City, MO 64108

By: **/s/David B. Chaffin**
David B. Chaffin
(BBO # 549245)
White and Williams LLP
100 Summer Street, Suite 2707
Boston, MA 02110

**Counsel for Defendants, Pfizer Inc., et al.**

By: **/s/Thomas M. Sobol**
Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

**Plaintiffs' Liaison Counsel**

By: **/s/Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By: **/s/Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: **/s/Daniel Becnel, Jr.**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: **/s/James R. Dugan**
James R. Dugan, II, Esquire
Dugan & Browne, PLC
650 Poydras Street, Suite 2150
New Orleans, LA 70130

By: **/s/Thomas Greene**
Thomas Greene, Esquire
Greene LLP
33 Broad Street, 5th Floor
Boston, MA 02110

**Members of the Class Plaintiffs' Steering Committee**

By: **/s/Richard Cohen**
Richard Cohen, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY 10601

By: **/s/Linda P. Nussbaum**
Linda P. Nussbaum, Esquire
Cohen Milstein Hausfeld & Toll
150 East 52nd Street
Thirteenth Floor
New York, NY 10022

**Members of the Plaintiffs' Non-Class Steering Committee**

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 4, 2010.

/s/ David B. Chaffin
David B. Chaffin

***In Re Neurontin Marketing, Sales Practices and Products Liability Litigation***

**MDL 1629 - MARKETING AND SALES PRACTICES LITIGATION STATUS CHART AS OF 01/04/10**

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (Marketing and Sales Practices)** | Master File 04-10981-PBS | D. Mass. pursuant to JPML Order dated October 26, 2004 | • Motion for Appointment of Tennessee Lead Counsel, ***sub judice***<br>○ January 21, 2005 – Motion for Appointment of Tennessee Lead Counsel [Docket No. 37], Brief in Support of Motion for Appointment of Tennessee Lead Counsel [Docket No. 38]<br>○ February 1, 2005 – Request for Oral Argument on Motion for Appointment of Tennessee Lead counsel [Docket No. 39]<br>○ February 2, 2005 – Notice of Opposition to Motion for Appointment of Tennessee Lead Counsel [Docket No. 32]<br>○ February 11, 2005 – Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 36]<br>○ March 15, 2005 – Reply of Bauda Vauda Lee Sutton to Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 56]<br>○ August 17, 2005 – Order by Judge Patti B. Saris, Denying [#39] Motion for hearing re: [#37] Motion to Appoint counsel as Tennessee Lead Counsel<br>• Motion for Summary Judgment<br>○ March 2, 2009 – Defendants' Motion for Summary Judgment Pursuant to Rule 56 of the Federal Rules of Civil Procedure |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (Marketing and Sales Practices)** ***(cont'd)*** | | | [Docket No. 1689], Declaration of Rajesh S. James [Docket No. 1692], Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 [1693], Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Filed Under Seal]<br>o March 2, 2009 – Assented-To Motion for Leave to File Under Seal Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment, Certain Exhibits Attached to the Declaration of Rajesh S. James, and Statement of Undisputed Facts Pursuant to Local Rule 56.1 [Docket No. 1690]<br>o March 2, 2009 – Assented-To Motion for Leave to File a 37-Page Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Docket No. 1691]<br>o April 16, 2009 – Class Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1754]; Declaration of Joshua Peteet in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1755]; Class Plaintiffs' Motion for Leave to File Under Seal the Sealed Exhibits to Declaration of Ilyas Rona in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1756]; Affidavit of Douglas C. McCrory, MD, MHS [Docket No. 1757]; Class Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 [Docket No. 1758]; Class Plaintiffs' Appendix of Charts in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1759]; Class Plaintiffs' Statement of Disputed and Undisputed Material Facts in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1760]; Declaration of Ilyas Rona in Opposition to Defendants' Motion for Summary Judgment [Docket No. |



5922378v.1

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (Marketing and Sales Practices)** ***(cont'd)*** | | | 1761]; Declaration of Brian K. Alldredge, Pharm.D. in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1762]<br>○ May 20, 2009 – Motion for Leave to File Under Seal Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Replies and Responses to Plaintiffs' Statements of Fact, and Certain Exhibits Attached to the Declaration of James P. Muehlberger [Docket No. 1784]<br>○ May 20, 2009 – Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Filed Under Seal], Declaration of James P. Muehlberger for Defendants' Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Docket No. 1786], Defendants' Response to Class Plaintiffs' Statement of Disputed and Undisputed Material Facts in Opposition to Defendants' Motion for Summary Judgment [Filed Under Seal], Defendants' Reply to Class Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 [Filed Under Seal]<br>○ June 19, 2009 – Class Plaintiffs' Surreply Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1859], Surreply Declaration of Barry Himmelstein in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1860]<br>○ October 8, 2009 – Defendants' Notice of Supplemental Authority in Support of Summary Judgment and in Opposition to Class Plaintiffs' Motion for Reconsideration of Class Certification Denial [Docket No. 2120]<br>○ October 15, 2009 – Class Plaintiffs' Response to Defendants' |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (Marketing and Sales Practices)** ***(cont'd)*** | | | Notice of Supplemental Authority in Support of Summary Judgment and in Opposition to Class Plaintiffs' Motion for Reconsideration of Class Certification Denial [Docket No. 2126]<br>○ December 7, 2009 – Defendants' Notice of Supplemental Authority in Support of Summary Judgment [Docket No. 2205]<br>• Motion for Reconsideration<br>○ May 28, 2009 – Class Plaintiffs' Motion for Reconsideration of Order Denying Renewed Motion for Class Certification as to Consumer and Third Party Payor Bipolar and Mood Disorder Subclasses [Docket No. 1796]<br>○ June 11, 2009 – Errata re Class Plaintiffs' Motion for Reconsideration of Order Denying Renewed Motion for Class Certification as to Consumer and Third Party Payor Bipolar and Mood Disorder Subclasses [Docket No. 1827]<br>○ June 30, 2009 – Opposition to Class Plaintiffs' Motion for Reconsideration [Docket No. 1928]<br>○ August 27, 2009 – Surreply Memorandum in Further Opposition to Class Plaintiffs' Motion for Reconsideration [Docket No. 2065], Sealed Document – Surreply Memorandum in Further Opposition to Class Plaintiffs' Motion for Reconsideration [Docket No. 2069]<br>○ August 31, 2009 – Reply Memorandum of Law in Support of Class Plaintiffs' Motion for Reconsideration of Order Denying Renewed Motion for Class Certification [Docket No. 2071] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (Marketing and Sales Practices)** ***(cont'd)*** | | | ○ October 8, 2009 – Defendants' Notice of Supplemental Authority in Support of Summary Judgment and in Opposition to Class Plaintiffs' Motion for Reconsideration of Class Certification Denial [Docket No. 2120]<br>○ October 13, 2009 – Defendants' Motion for Leave to Supplement the Record in Support of its Opposition to Class Plaintiffs' Motion for Reconsideration [Docket No. 2123]<br>○ October 14, 2009 – Exhibit 1 to Defendants' Motion for Leave to Supplement the Record in Support of its Opposition to Class Plaintiffs' Motion for Reconsideration [Docket No. 2127]<br>○ October 15, 2009 – Class Plaintiffs' Response to Defendants' Notice of Supplemental Authority in Support of Summary Judgment and in Opposition to Class Plaintiffs' Motion for Reconsideration of Class Certification Denial [Docket No. 2126]<br>○ October 16, 2009 – Notice of Filing Class Plaintiffs' Presentation from the Motion for Reconsideration Hearing on October 15, 2009 [Docket No. 2129]<br>○ October 20, 2009 – Notice of Filing Defendants' Presentation Materials Referenced During October 15, 2009, Hearing of Class Plaintiffs' Motion for Reconsideration [Docket No. 2134]; Sealed Document – Exhibit A to Notice of Filing Defendants' Presentation Materials Referenced During October 15, 2009, Hearing of Class Plaintiffs' Motion for Reconsideration [Docket No. 2137] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (Marketing and Sales Practices)** | Master File 04-10981-PBS | D. Mass. cases originally filed. | • Motion for Summary Judgment<br>○ March 2, 2009 – Defendants' Motion for Summary Judgment Pursuant to Rule 56 of the Federal Rules of Civil Procedure [Docket No. 1689], Declaration of Rajesh S. James [Docket No. 1692], Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 [1693], Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Filed Under Seal]<br>○ March 2, 2009 – Assented-To Motion for Leave to File Under Seal Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment, Certain Exhibits Attached to the Declaration of Rajesh S. James, and Statement of Undisputed Facts Pursuant to Local Rule 56.1 [Docket No. 1690]<br>○ March 2, 2009 – Assented-To Motion for Leave to File a 37-Page Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Docket No. 1691]<br>○ April 15, 2009 – Coordinated Plaintiffs' Motion to File Documents Under Seal [Docket No. 1743]; Coordinated TPP Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1744]; Coordinated Third Party Payor ("TPP") Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 and Counterstatement of Undisputed and Disputed Facts in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1745]; Declaration of Linda P. Nussbaum [Docket No. 1746]; Declaration of Mitchell S. Y. Cohen [Docket No. 1747]; Declaration of Rodney St. John [Docket No. 1748]; Declaration of Mirta Millares [Docket No. 1749]; Declaration |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (Marketing and Sales Practices) (cont'd)** | | | of Calvin T. Togashi [Docket No. 1750]; Declaration of Michael Brodeur [Docket No. 1751]; Declaration of Ariel Fernando [Docket No. 1752]; Certificate of Service [Docket No. 1753]<br>○ May 20, 2009 – Motion for Leave to File Under Seal Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Replies and Responses to Plaintiffs' Statements of Fact, and Certain Exhibits Attached to the Declaration of James P. Muehlberger [Docket No. 1784]<br>○ May 20, 2009 – Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Filed Under Seal], Declaration of James P. Muehlberger for Defendants' Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Docket No. 1786], Defendants' Reply to Coordinated TPP Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 and Defendants' Response to Coordinated TPP Plaintiffs' Counterstatement of Undisputed and Disputed Facts in Opposition to Defendants' Motion for Summary Judgment [Filed Under Seal]<br>○ June 18, 2009 – Coordinated TPP Plaintiffs' Surreply to Defendants' Reply to Coordinated TPP Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 and to Defendants' Response to Coordinated TPP Plaintiffs' Counterstatement of Undisputed and Disputed Facts in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1844] [Filed Under Seal], Declaration of Linda P. Nussbaum [Docket No. 1845], Declaration of Rodney St. John [Docket No. 1846], Declaration of Nicolas A. Wieder [Docket No. 1847] [Filed Under Seal], Declaration of David Campen [Docket No. |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (Marketing and Sales Practices) (cont'd)** | | | 1848] [Filed Under Seal], Declaration of Dale Daniel [Docket No. 1849] [Filed Under Seal], Declaration of Norman Muilenburg [Docket No. 1850] [Filed Under Seal], Declaration of Mirta Millares [Docket No. 1851] [Filed Under Seal], Declaration of Michael Brodeur [Docket No. 1852] [Filed Under Seal], Declaration of Kimberly Ply McDonough, R.PH, Pharm.D. Regarding Various Issues Cited in the Memorandum and Order Dated May 13, 2009 [Docket No. 1853], Declaration of Ariel Fernando [Docket No. 1854] [Filed Under Seal]<br>o October 8, 2009 – Defendants' Notice of Supplemental Authority in Support of Summary Judgment and in Opposition to Class Plaintiffs' Motion for Reconsideration of Class Certification Denial [Docket No. 2120]<br>o October 15, 2009 – Class Plaintiffs' Response to Defendants' Notice of Supplemental Authority in Support of Summary Judgment and in Opposition to Class Plaintiffs' Motion for Reconsideration of Class Certification Denial [Docket No. 2126]<br>o December 7, 2009 – Defendants' Notice of Supplemental Authority in Support of Summary Judgment [Docket No. 2205]<br>• Motion to Compel Identification of Names and Addresses of Potential Trial Witnesses<br>o December 23, 2009 – Defendants' Objection to Magistrate Judge's Order Denying Motion to Compel Identification of Names and Addresses of Potential Trial Witnesses [Docket No. 2267] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | • Motion to Transfer Venue<br>○ December 7, 2009 – Defendants' [Corrected] Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 [Docket No. 2206]<br>○ December 4, 2009 -- Defendants' Memorandum in Support of Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 [Docket No. 2194]; Declaration of Mark S. Cheffo in Support of Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 [Docket No. 2195]<br>○ December 21, 2009 – Defendants' Motion for Leave to File Reply Brief in Support of Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 [Docket No. 2257]<br>○ December 21, 2009 – Plaintiff Kaiser's [Corrected] Opposition to Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 [Docket No. 2261] |
| ***Assurant Health, Inc., et. al., v. Pfizer, Inc. et al.***<br>Mass. Docket No. 05-10535 – PBS | Mass. Docket No. 05-10535 -PBS | D. New Jersey | • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| ***Allen et al v. Pfizer, Inc. et al,***<br>Mass. Docket No. 05-10797 – PBS | Master File 04-10981-PBS | Massachusetts Suffolk Superior Court | • Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br>• Motion to Remand, stayed<br>○ May 26, 2005 – Plaintiffs' Motion to Remand [Docket No. 131] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| ***Allen et al v. Pfizer, Inc. et al,*** Mass. Docket No. 05-10797 – PBS *(cont'd)* | | | ○ May 26, 2005 – Memorandum in Support of Plaintiffs' Motion to Remand [Docket No. 132]<br>○ June 2, 2005 – Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 142]<br>○ June 16, 2005 – Request for Oral Argument, by Defendant Pfizer [Docket No. 153]<br>○ June 16, 2005 – Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand [Docket No. 155]<br>○ August 12, 2005 – Notice by Defendants re: [# 131] Motion to Remand of Additional Authority [Docket No. 213]<br>○ August 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 214]<br>○ August 15, 2005 – Order by Magistrate Judge Leo T. Sorokin rescheduling hearing on Allen's Motion to Remand for November, 2005, and granting each side leave to file seven pages of supplemental briefing provided the memos are filed a week in advance of the hearing [Docket No. 215]<br>○ October 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 241]<br>○ October 14, 2005 – Defendants' Response to Plaintiff's Notice of Additional Relevant Authority [Docket No. 242]<br>○ November 10, 2005 – Order by Magistrate Judge Leo T. Sorokin parties may file supplemental memos of no more than seven pages; the Court will determine whether, and if so when, to hold oral argument after reviewing the supplemental |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| ***Allen et al v. Pfizer, Inc. et al,*** Mass. Docket No. 05-10797 – PBS *(cont'd)* | | | submissions. [Docket No. 248]<br>o November 17, 2005 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 251]<br>o November 25, 2005 – Plaintiffs' Supplemental Memorandum of Law in Support of Motion to Remand [Docket No. 252]<br>o December 22, 2005 – Defendants' Notice of Additional Authority [Docket No. 258]<br>o February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279]<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| ***McMinn v. Pfizer, 04-2690*** | Master File 04-10981-PBS | D. Colorado | • Conditionally Transferred on February 8, 2005 – JPML CTO-3<br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| ***Miller v. Pfizer, 05-2113*** | Master File 04-10981-PBS | W.D. Tennessee | • Conditionally Transferred on March 9, 2005 – JPML CTO-4<br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| ***Davis v. Pfizer, 05-39*** | Master File 04-10981-PBS | E.D. Arkansas | • Conditionally Transferred on March 16, 2005 – JPML CTO-5<br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| ***DeRosa v. Pfizer, 05-116*** | Master File 04-10981-PBS | D. New Hampshire | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br>• Response to Opposition to Transfer filed by Defendants June 30, 2005<br>• Transferred on August 10, 2005 – JPML TO, August 10, 2005<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| ***Hansen v. Pfizer, 05-100*** | Master File 04-10981-PBS | D. Vermont | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br>• Response to Opposition to Transfer filed by Defendants June 30, 2005 |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | • Transferred on August 10, 2005 – JPML Transfer Order, August 10, 2005<br>• Motion to Remand<br>  ○ May 19, 2005 – Plaintiff's Motion to Remand filed in U.S. District Court, District of Vermont<br>  ○ June 6, 2005 – Defendants' Opposition to Plaintiff's Motion To Remand, Affidavit of Aaron Foster in Support of Defendant's Objection to Plaintiff's Motion To Remand, and Affidavit of Marinel Lotrean in Support of Defendant's Objection to Plaintiff's Motion To Remand, filed in U.S. District Court, District of Vermont<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| ***Demers v. Pfizer, 05-84*** | Master File 04-10981-PBS | D. Maine | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br>• Notice of Opposition to Transfer filed by Plaintiff on June 6, 2005<br>• Response to Opposition to Transfer filed by Defendants July 11, 2005<br>• Transferred on October 19, 2005 – JPML Transfer Order, October 19, 2005<br>• Motion to Remand<br>  ○ June 2, 2005 – Plaintiff's Motion to Remand filed in U.S. District Court, District of Maine<br>  ○ June 23, 2005 – Defendants' Opposition to Plaintiff's Motion to Remand, Affidavit of Aaron Foster in Support of Defendant's Objection to Plaintiff's Motion to Remand, and Affidavit of |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | Marinel Lotrean in Support of Defendant's Objection to Plaintiff's Motion to Remand, filed in U.S. District Court, District of Maine<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| ***Medero v. Pfizer*, 04-cv-22228**<br><br>***Medero v. Pfizer*, 04-cv-22228 *(cont'd)***| Master File 04-10981-PBS<br><br>Civil action number assigned to Medero by MDL: 04-12616-PBS | S.D. Florida | • Consolidated pursuant to the Court's Order of Consolidation dated April 25, 2005; stayed pursuant to the terms of the Court's Order of Consolidation dated July 20, 2005<br>• Motion to Remand, stayed<br>o August 19, 2005 – Medero Plaintiffs' Motion to Remand (Suggestion of Remand) for the Conditionally Transferred Medero Action Pursuant to MDL R. 7.6 [Docket No. 219]<br>o September 16, 2005 – Defendants' Opposition to Plaintiffs' Motion Requesting a "Suggestion of Remand" in Medero v. Pfizer [Docket No. 225]<br>o September 22, 2005 – Plaintiffs' Reply to: Defendants' "Opposition to Plaintiffs' Motion Requesting a 'Suggestion of Remand'" [Docket No. 230]<br>o February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279]<br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| ***Blue Cross & Blue Shield of Alabama, et al. v. Pfizer Inc., et al.*, 06-524** | | M.D. Alabama | • Conditionally Transferred on August 11, 2006 – JPML CTO-27<br>• Motion to Remand, *sub judice* |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| ***Blue Cross & Blue Shield of Alabama, et al. v. Pfizer Inc., et al., 06-524 (cont'd)*** | | | ○ February 27, 2007 – Joint Motion for Leave To Proceed with Motion Practice, for Decision of Plaintiffs' Motion To Remand Filed in the Transferor Court, and for Hearing at the March 13, 2007 Motion Hearing [Docket No. 650]<br>○ February 28, 2007 – Defendants' Response to [Dkt # 650] Joint Motion for Leave To Proceed with Motion Practice, for Decision of Plaintiffs' Motion To Remand Filed in the Transferor Court, and for Hearing at the March 13, 2007 Motion Hearing [Docket No. 656]<br>○ April 5, 2007 – Plaintiffs' Supplemental Memorandum in Support of Motion To Remand [Docket No. 712]<br>○ April 9, 2007 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion To Remand and in Response to Plaintiffs' Supplemental Memorandum in Support of Motion To Remand [Docket No. 720]<br>○ April 9, 2007 – Defendant David Longmire's Memorandum Identifying Certain Inaccurate Representations Asserted in Plaintiffs' Supplemental Memorandum in Support of the Motion To Remand [Docket No. 721]<br>○ April 13, 2007 – Plaintiffs' Supplemental Reply Memorandum in Support of Motion To Remand [Docket No. 730]<br>○ April 17, 2007 – Hearing before Magistrate Judge Sorokin (pursuant to Magistrate Sorokin's March 9, 2007 electronic order)<br>○ January 28, 2008 – Plaintiffs' Submission of Additional Authority on Motion to Remand [Docket No. 1094] |



5922378v.1

# MDL 1629 - PRODUCTS LIABILITY LITIGATION STATUS CHART

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** | Master File<br>04-10981-PBS | D. Mass. pursuant to JPML Transfer Order dated April 19, 2005 | • Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims, *sub judice*<br>○ May 27, 2005 – Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 137]<br>○ May 27, 2005 – Defendants' Memorandum in Support of Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 138]<br>○ May 31, 2005 – Plaintiffs' Memorandum in Support of Motion for Entry of Case Management Order No. 4 and in Response to Defendants' Motion for Inclusion of Certain Provision in Case Management Order No. 4 [Docket No. 139]<br>○ May 31, 2005 – Order Referring Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims to Magistrate Judge Leo T. Sorokin [Docket No. 140]<br>○ June 8, 2005 – Response to Plaintiffs' Motion for Entry of Case Management Order No. 4 [Docket No. 147]<br>○ June 10, 2005 – Order by Judge Leo T. Sorokin for Entry of Case Management Order No. 4 [#137] Allowed Except Defendant's Request to Include Disputed Paragraph is Denied without Prejudice. |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases (cont'd)** | | | ○ June 23, 2005 – Defendants' Amended Motion with Regard to Case Management Order No. 4 [Docket No. 164]<br>○ June 23, 2005 – Defendants' Memorandum in Support of their Amended Motion with Regard to Case Management Order No. 4 [Docket No. 165]<br>○ July 5, 2005 – Personal Injury Plaintiffs' Memorandum in Response to the Magistrate's Order of June 10, 2005 Concerning Case Management Order No. 4 [Docket No. 174]<br>○ July 5, 2005 – Personal Injury Plaintiffs' Memorandum in Support of Motion for Entry of Case Management No. 4 and In Opposition to Defendants' Motion for Inclusion of Certain Provisions in Case Management Order No. 4 [Docket No. 175]<br>○ August 9, 2005 – Order by Magistrate Judge Leo T. Sorokin Denying Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [#137] and Defendants' Amended Motion with Regard to Case Management Order No. 4 [#164]<br>○ Parties to confer in attempt to agree on language reflecting Magistrate Judge Sorokin's directives on August 1, 2005, and to report to Court<br>• Motion to Exclude Testimony and Exhibits of Dr. Gibbons<br>○ October 9, 2009 – Products Liability Plaintiffs' Motion to Exclude Testimony and Exhibits of Dr. Robert Gibbons Pursuant to Fed. R. Evid. 702 Et Seq. and *Daubert* [Docket No. 2121]; Declaration of Andrew G. Finkelstein, Esq. in Support of Products Liability Plaintiffs' Motion to Exclude |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases (cont'd)** | | | Testimony and Exhibits of Dr. Robert Gibbons Pursuant to Fed. R. Evid. 702 Et Seq. and Daubert [Docket No. 2122]<br>○ October 23, 2009 – Defendants' Opposition to Product Liability Plaintiffs' Motion to Exclude Testimony and Exhibits of Dr. Robert Gibbons Pursuant to Fed. R. Evid. 702 Et Seq. and *Daubert* [Docket No. 2142]<br>○ October 26, 2009 - Exhibits to Defendants' Opposition to Product Liability Plaintiffs' Motion to Exclude Testimony and Exhibits of Dr. Robert Gibbons Pursuant to Fed. R. Evid. 702 Et Seq. and *Daubert* [Docket No. 2144]<br>• Proposal for Completion of Initial Fact Discovery<br>○ November 6, 2009 – Joint Proposal for Completion of Initial Fact Discovery [Docket No. 2169]<br>• Joint Proposal on Discovery Schedule<br>○ December 21, 2009 – Joint Proposal on Discovery Schedule With Respect to Generic Defendants [Docket No. 2258] |
| ***Brodsky v. Pfizer*, 04-7960**<br>***Huffman v. Pfizer*, 04-7961**<br>***Paulsen v. Pfizer*, 04-8464**<br>***Sumait v. Pfizer*, 04-8719**<br>***Smith v. Pfizer*, 04-8720** | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on February 8, 2005 – JPML CTO-3<br>• Cases Transferred April 20, 2005 – JPML Order Lifting Stay of Conditional Transfer Order and Vacating the May 26, 2005 Hearing Session |
| ***Dorsey v. Pfizer, Inc., et al.* 05-10639** | | D. Massachusetts | • Complaint filed April 1, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Owens v. Pfizer, 04-768* | Master File 04-10981-PBS | S.D. Alabama | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Whitehouse v. Pfizer, 04-6257* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Vercillo v. Pfizer, 05-32* | Master File 04-10981-PBS | N.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Lyman v. Pfizer, 04-6704*<br>*Minisquero v. Pfizer, 04-7297*<br>*Justine James v. Pfizer, 04-7374*<br>*DiGiacomo v. Pfizer, 04-7962*<br>*Aronson v. Pfizer, 04-8721*<br>*Dodson v. Pfizer, 04-8963*<br>*Kern v. Pfizer, 04-9249*<br>*Dees v. Pfizer, 04-9304*<br>*Veraas v. Pfizer, 04-9429*<br>*Populis v. Pfizer, 04-10265*<br>*Wilson v. Pfizer, 05-72*<br>*Montgomery v. Pfizer, 05-73*<br>*Mendoza v. Pfizer, 05-74*<br>*Hargrove v. Pfizer, 05-75*<br>*Feyer v. Pfizer, 05-76*<br>*Retzer v. Pfizer, 05-77*<br>*Brown v. Pfizer, 05-237* | Master File 04-10981-PBS | S.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br>• Transferred on May 11, 2005 – JPML Transfer Order May 11, 2005 |
| *Cooper v. Pfizer, 04-255* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005 – JPML Transfer Order April 19, 2005 |
| *Anderson v. Pfizer, 04-275* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005 – JPML Transfer Order April 19, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| ***Belbruno v. Pfizer, 05-1682*** | Master File<br>04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 6, 2005 – JPML CTO-7 |
| ***Burroughs v. Pfizer, 05-74*** | Master File<br>04-10981-PBS | N.D. Alabama | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| ***Smolucha v. Pfizer, 04-4882*** | Master File<br>04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| ***Gambardello v. Pfizer, 04-4883*** | Master File<br>04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| ***Jarosz v. Pfizer, 05-2061*** | Master File<br>04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| ***Almeida v. Pfizer, 04-1694*** | Master File<br>04-10981-PBS | D. Nevada | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| ***Barlow v. Pfizer, 05-175*** | Master File<br>04-10981-PBS | W.D. Texas | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br>• Notice of Opposition to transfer filed by Plaintiff on June 3, 2005<br>• Transferred on July 1, 2005 – JPML Transfer Order July 1, 2005 |
| ***Wilson, et al. v. Pfizer, 04-1963*** | Master File<br>04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br>• Order issued by Judge Janet C. Hall, District Judge in the District of Connecticut, on 7/21/05 granting Defendants' motion to compel discovery and awarding costs in the amount of $250. |
| ***Cunningham v. Pfizer, 05-4012*** | Master File<br>04-10981-PBS | D. Kansas | • Conditionally Transferred on June 10, 2005 – JPML CTO-9 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| ***Coleman v. Pfizer, 04-722***<br>***Fish v. Pfizer, 04-723*** | Master File<br>04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on June 10, 2005 – JPML CTO-9 |
| ***Teater v. Pfizer, 05-604*** | Master File<br>04-10981-PBS | D. Oregon | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br>• Notice of Opposition to transfer filed by Plaintiff on June 27, 2005<br>• August 25, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br>• Transferred on October 19, 2005 – JPML Transfer Order |
| ***Minervino v. Pfizer, 04-1230*** | Master File<br>04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 27, 2005 – JPML CTO-10 |
| ***Reott v. Pfizer, 05-359*** | Master File<br>04-10981-PBS | W.D. Pennsylvania | • Conditionally Transferred on June 27, 2005 – JPML CTO-10 |
| ***Smith v. Pfizer, 05-444*** | Master File<br>04-10981-PBS | M.D. Tennessee | • Conditionally Transferred on June 27, 2005 – JPML CTO-10 |
| ***Alsberge v. Pfizer Inc., et al, 05-5809*** | Master File<br>04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| ***Briggs v. Pfizer Inc., et al, 05-5810*** | Master File<br>04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| ***Edwards v. Warner-Lambert Co., et al., 05-00657*** | Master File<br>04-10981-PBS | S.D. Ohio | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| ***Sanutti v. Pfizer, Inc., et al, 05-03401*** | Master File<br>04-10981-PBS | E.D. Pennsylvania | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| ***Strickland, et al. v. Pfizer, Inc., et al., 05-110*** | Master File<br>04-10981-PBS | N.D. Georgia | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| ***Werner v. Pfizer, 05-6084***<br>***Henry v. Pfizer, 05-6087***<br>***Colton v. Pfizer, 05-6271***<br>***Bentley v. Pfizer, 05-6272***<br>***Dixon v. Pfizer, 05-6273***<br>***Wendorf v. Pfizer, 05-6274***<br>***Richey v. Pfizer, 05-7103***<br>***Roberson v. Pfizer, 05-7253*** | Master File<br>04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| ***Watson v. Pfizer, Inc., et al., 05-162*** | Master File<br>04-10981-PBS | D. Wyoming | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| ***Johnson v. Pfizer, Inc., 05-2615*** | Master File<br>04-10981-PBS | D. Arizona | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| ***Leiendecker v. Pfizer, Inc., et al., 05-3377*** | Master File<br>04-10981-PBS | N.D. California | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| ***Dolgoff v. Pfizer, Inc., et al., 05-4134*** | Master File<br>04-10981-PBS | D. New Jersey | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| ***McPherson v. Pfizer, Inc., et al., 05-1962*** | Master File<br>04-10981-PBS | N.D. Ohio | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| ***Johnson v. Pfizer Inc., et al., 05-3688*** | Master File<br>04-10981-PBS | E.D. Louisiana | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br>• November 1, 2005 – Motion to Vacate Conditional Transfer<br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | Vacate Conditional Transfer Order<br>• Transferred on February 13, 2006 – JPML Transfer Order |
| ***White v. Pfizer*, 05-7571**<br>***Christ v. Pfizer*, 05-7572**<br>***Acton v. Pfizer*, 05-7573** | Master File<br>04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on October 5, 2005 – JPML CTO-14 |
| ***Aranda v. Pfizer Inc., et al.*, 05-309**<br><br>***Aranda v. Pfizer Inc., et al.*, 05-309 (cont'd)** | Master File<br>04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br>• November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14)<br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br>• Transferred on February 13, 2006 – JPML Transfer Order |
| ***Fonseca v. Pfizer Inc., et al.*, 05-312** | Master File<br>04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br>• November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14)<br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br>• Transferred on February 13, 2006 – JPML Transfer Order |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| ***Dane v. Pfizer, Inc., et al., 05-1376*** | Master File 04-10981-PBS | E.D. Missouri | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| ***Browne v. Pfizer, Inc., et al., 05-7675*** | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| ***Smith v. Pfizer, Inc., et al., 05-7827*** | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| ***Marzolo v. Pfizer, Inc., et al., 05-7828*** | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| ***Mosley v. Pfizer, Inc., et al., 05-8110*** | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| ***Salinas v. Pfizer Inc., et al., 05-363*** | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on December 2, 2005 – JPML CTO-16<br>• Notice of Opposition to Transfer Filed by Plaintiff – December 14, 2005<br>• December 23, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-16)<br>• January 12, 2006 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br>• Transferred on April 12, 2006 – JPML Transfer Order |
| ***McGee v. Pfizer Inc. et al.*** | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |



5922378v.1

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| ***O'Bryan v. Pfizer Inc. et al.*** | Master File<br>04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| ***French v. Pfizer Inc. et al.*** | Master File<br>04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| ***Spears v. Pfizer, 05-8890***<br>***Belongie v. Pfizer, 05-8891***<br>***Montgomery v. Pfizer, 05-9144***<br>***Sizemore v. Pfizer, 05-9145***<br>***George v. Pfizer, 05-9238*** | Master File<br>04-10981-PBS | S.D. New York | • Conditionally Transferred on December 28, 2005 – JPML CTO-17 |
| ***Felici v. Pfizer Inc., et al., 05-386*** | Master File<br>04-10981-PBS | S.D. Texas | • Conditionally Transferred on December 28, 2005 – JPML CTO-17<br>• Notice of Opposition to Transfer Filed by Plaintiff – January 10, 2006<br>• January 20, 2006 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-17)<br>• February 10, 2006 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br>• Transferred on April 12, 2006 – JPML Transfer Order |
| ***Scott v. Pfizer, 05-9350***<br>***Haddock v. Pfizer, 05-9417*** | Master File<br>04-10981-PBS | S.D. New York | • Conditionally Transferred on January 20, 2006 – JPML CTO-18 |
| ***Lutz v. Pfizer Inc., et al., 05-7469*** | Master File<br>04-10981-PBS | N.D. Ohio | • Conditionally Transferred on January 20, 2006 – JPML CTO-18 |
| ***Sims v. Pfizer Inc., et al., 05-471*** | Master File<br>04-10981-PBS | N.D. Florida | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| ***Blackwell v. Pfizer Inc., et al., 06-12*** | Master File 04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |
| ***Smith et al. v. Pfizer Inc., et al*** | Master File 04-10981-PBS | E.D. California | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| ***Cascio v. Pfizer Inc et al*** | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| ***Cailor v. Pfizer Inc et al*** | Master File 04-10981-PBS | W. D. Pennsylvania | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| ***Keegan v. Pfizer Inc et al*** | Master File 04-10981-PBS | W. D. Washington | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| ***Adkins v. Pfizer Inc et al*** | Master File 04-10981-PBS | S. D. West Virginia | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| ***Mecija v. Pfizer Inc et al, 06-293*** | | C.D. California | • Conditionally Transferred on April 12, 2006 – JPML CTO-21<br>• Notice of Opposition to transfer filed by Defendant – April 21, 2006<br>• May 2, 2006 – Defendant Hall's Motion to Vacate Conditional Transfer Order (CTO-21)<br>• May 26, 2006 – Defendants' Response to Defendant Hall's Motion to Vacate Conditional Transfer Order<br>• June 1, 2006 – Defendant Hall's Reply Brief to Pfizer Inc.'s Opposition to His Motion to Vacate Conditional Transfer Order (CTO-21)<br>• Transferred on August 9, 2006 – JPML Transfer Order |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Morris v. Pfizer Inc et al, 06-74* | | M.D. Florida | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Burke v. Pfizer Inc et al, 06-61* | | D. Maine | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Strickland v. Pfizer Inc et al, 06-1332* | | D. New Jersey | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Cook v. Pfizer Inc et al, 06-980* | | S.D. New York | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Young v. Pfizer Inc et al, 06-1308* | | E.D. Pennsylvania | • Conditionally Transferred on April 12, 2006 – JPML CTO-21<br>• Notice of Opposition to transfer filed by Plaintiff – April 19, 2006<br>• May 4, 2006 – Plaintiffs' Motion to Vacate in Part Conditional Transfer Order (CTO-21)<br>• May 22, 2006 – Defendants' Response to Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-21)<br>• Transferred on August 9, 2006 – JPML Transfer Order |
| *Accettullo, et al. v. Pfizer Inc., et al., 06-341* | | E.D. Arkansas | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Flanders v. Pfizer Inc., et al., 06-1261* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Ellis, et al. v. Pfizer Inc., et al., 06-1262* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Huff v. Pfizer Inc., et al., 06-160* | | M.D. Florida | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Bundoff, et al. v. Pfizer Inc., et al., 05-10317* | | E.D. Michigan | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Henderson, etc. v. Pfizer Inc., et al., 06-3064* | | D. Nebraska | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Alsberge, etc. Pfizer Inc., et al., 06-5197* | | W.D. Washington | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *White, et al. v. Pfizer Inc., et al., 06-3149* | | W.D. Missouri | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Brewster, et al. v. Pfizer Inc., et al., 06-529* | | D. Nevada | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Girard, et al. v. Pfizer Inc., et al., 06-1742* | | E.D. Pennsylvania | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Anderson, et al. v. Pfizer Inc., et al., 06-1271* | | D. South Carolina | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Agee v. Pfizer Inc., 06-926*<br>*Baker v. Pfizer Inc., 06-1109*<br>*Brown v. Pfizer Inc., 06-1110*<br>*Chappell v. Pfizer Inc., 06-1111*<br>*Eaddy v. Pfizer Inc., 06-1112*<br>*Grissom v. Pfizer Inc., 06-1113*<br>*Holloway v. Pfizer Inc., 06-1114*<br>*Huff v. Pfizer Inc., 06-1115* | | N.D. Alabama | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| ***Poole v. Pfizer Inc., 06-1116***<br>***Reach v. Pfizer Inc., 06-1117***<br>***Whitten v. Pfizer Inc., 06-1118*** | | | |
| ***Lewis et al. v. John Barrett, et al., 06-3736*** | | C.D. California | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| ***Putnam v. Pfizer Inc., et al., 06-1144*** | | E.D. California | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| ***Mustafa, et al. v. Pfizer Inc., et al., 06-349*** | | S.D. Illinois | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| ***Wolosonowich v. Pfizer Inc., et al., 06-2696*** | | D. Minnesota | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| ***Amato v. Pfizer Inc., et al., 06-1604*** | | D. New Jersey | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| ***Blackwell v. Pfizer Inc., et al., 06-2295*** | | E.D. Pennsylvania | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| ***Wendorf, etc. v. Pfizer Inc., et al., 06-589*** | | W.D. Pennsylvania | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| ***Libby, etc. v. Pfizer Inc., et al. 06-950*** | | D. Oregon | • Conditionally Transferred on July 31, 2006 – JPML CTO-26 |
| ***Campbell, etc. v. Pfizer Inc., et al. 06-5049*** | | E.D. Washington | • Conditionally Transferred on July 31, 2006 – JPML CTO-26 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| ***Morrow, et al. v. Pfizer Inc., et al. 06-1240*** | | S.D. California | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| ***Gaudio, et al. v. Pfizer Inc., et al. 06-3381*** | | D. New Jersey | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| ***Fenelon, etc. v. Pfizer Inc., et al. 06-4136*** | | S.D. New York | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| ***Long, etc. v. Pfizer Inc., et al. 06-4285*** | | S.D. New York | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| ***Burleson v. Pfizer Inc., et al. 06-220*** | | S.D. Texas | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| ***Shaw, etc. v. Pfizer Inc., et al. 06-5058*** | | E.D. Washington | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| ***Manfredi, et al. v. Pfizer Inc., et al. 06-970*** | | W.D. Washington | • Conditionally Transferred on August 23, 2006 – JPML CTO-28 |
| ***Tilley, etc. v. Pfizer Inc., et al. 06-513*** | | D. Delaware | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| ***Diana v. Pfizer Inc., et al. 06-3332*** | | D. Minnesota | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| ***Garcia v. Pfizer Inc., et al. 06-348*** | | S.D. Texas | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| ***Johnson v. Pfizer Inc., et al. 06-1311*** | | M.D. Florida | • Conditionally Transferred on September 27, 2006 – JPML CTO-30 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
| --- | --- | --- | --- |
| ***Shelley v. Pfizer Inc., et al.*** ***06-959*** | | W.D. Oklahoma | • Conditionally Transferred on October 3, 2006 – JPML CTO-31 |
| ***Cox v. Pfizer Inc., et al.*** ***06-288*** | | M.D. Florida | • Conditionally Transferred on October 17, 2006 – JPML CTO-32 |
| ***Hogge v. Pfizer Inc., et al.*** ***06-3818*** | | D. Minnesota | • Conditionally Transferred on October 17, 2006 – JPML CTO-32 |
| ***Farris v. Pfizer Inc., et al.*** ***06-3975*** | | D. Minnesota | • Conditionally Transferred on October 24, 2006 – JPML CTO-33 |
| ***Beckworth v. Pfizer Inc., et al.*** ***06-538*** | | M.D. Florida | • Conditionally Transferred on November 17, 2006 – JPML CTO-34 |
| ***Ramsey v. Pfizer Inc., et al.*** ***06-4718*** | | E.D. Pennsylvania | • Conditionally Transferred on November 17, 2006 – JPML CTO-34 |
| ***Pursey v. Pfizer Inc., et al.*** ***06-5668*** | | W.D. Washington | • Conditionally Transferred on December 29, 2006 – JPML CTO-35 |
| ***Bonner v. Pfizer Inc. et al.*** ***06-1198*** | | S.D. Mississippi | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |
| ***Briggs v. Pfizer Inc. et al.*** ***06-15451*** | | S.D. New York | • Conditionally Transferred on January 31, 2007 – JPML CTO-36<br>• March 12, 2007 – Motion to Dismiss [Docket No. 672]<br>○ March 12, 2007 – Memorandum of Defendant Teva Pharmaceuticals USA, Inc. in Support of Its Motion to Dismiss the Complaint [Docket No. 673] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | ○ March 28, 2007 – Electronic Order of Magistrate Judge Leo T. Sorokin allowing Products Liability Plaintiffs' Agreed to Request [Dkt # 685] that the briefing on Defendant Teva Pharmaceuticals' USA, Inc. Motion To Dismiss proceed on the same schedule as already set for dispositive motions for the Products Liability Plaintiffs' Track One cases [Docket No. 696] |
| ***Michielsen v. Pfizer Inc. et al.* 07-32** | | M.D. Tennessee | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |
| ***Southern v. Pfizer Inc. et al.* 06-836** | | N.D. Alabama | • Conditionally Transferred on February 8, 2007 – JPML CTO-37 |
| ***Armbruster v. Pfizer Inc., et al.* 06-1613** | | E.D. Missouri | • Conditionally Transferred on March 1, 2007 – JPML CTO-38 |
| ***De La Garza v. Pfizer Inc., et al.* 07-13** | | W.D. Texas | • Conditionally Transferred on March 1, 2007 – JPML CTO-38 |
| ***Isaacs v. Pfizer Inc., et al.* 07-1216** | | D. Minnesota | • Conditionally Transferred on March 12, 2007 – JPML CTO-39 |
| ***Woolum, et al. v. Pfizer Inc., et al.* 07-176** | | M.D. Florida | • Conditionally Transferred on April 4, 2007 – JPML CTO-40 |
| ***Neilson v. Pfizer Inc., et al.* 07-224** | | W.D. Wisconsin | • Conditionally Transferred on May 9, 2007 – JPML CTO-41 |
| ***Valentine v. Pfizer Inc., et al.* 07-510** | | M.D. Florida | • Conditionally Transferred on May 17, 2007 – JPML CTO-42 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| ***Wampole, et al. v. Pfizer Inc., et al. 07-204*** | | W.D. Wisconsin | • Conditionally Transferred on May 17, 2007 – JPML CTO-42 |
| ***Ballard v. McKinnell, Jr. et al. 06-688*** | | N.D. New York | • Conditionally Transferred on May 31, 2007 – JPML CTO-43 |
| ***Telles, etc. v. Pfizer Inc. 07-161*** | | W.D. Texas | • Conditionally Transferred on May 31, 2007 – JPML CTO-43 |
| ***Sloan, et al. v. Pfizer Inc., et al. 07-2551*** | | N.D. California | • Conditionally Transferred on June 20, 2007 – JPML CTO-44 |
| ***Milligan, Jr., et al. v. Pfizer Inc., et al. 07-2540*** | | D. Minnesota | • Conditionally Transferred on June 20, 2007 – JPML CTO-44 |
| ***Shearer v. Pfizer Inc., et al. 07-11428*** | | D. Massachusetts | • Complaint filed August 3, 2007 |
| ***Lynch v. Pfizer Inc., et al. 07-169*** | | W.D. Texas | • Conditionally Transferred with Separation on June 21, 2007 – JPML CTO-45 |
| ***Huberman v. Pfizer, Inc. et al. 07-11336*** | | D. Mass. | • Removed to the District of Massachusetts on July 20, 2007 |
| ***Newberry, et al. v. Pfizer Inc., et al. 07-110*** | | M.D. Georgia | • Conditionally Transferred on July 24, 2007 – JPML CTO-46 |
| ***Allen, et al. v. Pfizer Inc. 07-74*** | | N.D. Mississippi | • Conditionally Transferred on August 31, 2007 – JPML CTO-47 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| ***Brida, etc. v. Pfizer Inc., et al.*** ***07-8060*** | | S.D.N.Y. | • Conditionally Transferred on October 23, 2007 – JPML CTO-48 |
| ***Vinyard v. Pfizer Inc., et al.*** ***07-438*** | | N.D. Florida | • Conditionally Transferred on November 13, 2007 – JPML CTO-49 |
| ***Reilly v. Pfizer Inc., et al.*** ***07-4428*** | | D. Minnesota | • Conditionally Transferred on November 13, 2007 – JPML CTO-49 |
| ***Dove v. Pfizer Inc., et al.*** ***05-53*** | | M.D. Louisiana | • Conditionally Transferred on January 8, 2008 – JPML CTO-50 |
| ***Bennett, et al. v. Pfizer Inc., et al.*** ***08-341*** | | S.D. California | • Conditionally Transferred on March 24, 2008 – JPML CTO-51 |
| ***Vorhalt, et al. v. Pfizer Inc., et al.*** ***08-807*** | | D. Minnesota | • Conditionally Transferred on April 4, 2008 – JPML CTO-52 |
| ***Samuels, etc. v. Pfizer Inc., et al.*** ***08-980*** | | D. Maryland | • Conditionally Transferred on May 7, 2008 – JPML CTO-53 |
| ***Hairfield, etc. v. Pfizer Inc., et al.*** ***08-1998*** | | E.D. Pennsylvania | • Conditionally Transferred on May 7, 2008 – JPML CTO-53 |
| ***Messer, etc. v. Pfizer Inc., et al.,*** ***08-254*** | | S.D. West Virginia | • Conditionally Transferred on May 29, 2008 – JPML CTO-54 |
| ***O'Sullivan v. Pfizer Inc., et al.,*** ***08-1374*** | | D. Minnesota | • Conditionally Transferred on June 25, 2008 – JPML CTO-55 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| ***Stadler v. Pfizer Inc., et al., 08-3295*** | | D. Minnesota | • Conditionally Transferred on July 14, 2008 – JPML CTO-56 |
| ***Monsue v. Pfizer Inc., et al., 08-6993*** | | S.D. New York | • Conditionally Transferred on August 19, 2008 – JPML CTO-57 |
| ***Durden, et al. v. Pfizer Inc., et al. 08-267*** | | M.D. Florida | • Conditionally Transferred on September 15, 2008 – JPML CTO-58 |
| ***Morrow, etc. v. Pfizer Inc., et al., 08-71*** | | N.D. Mississippi | • Conditionally Transferred on September 15, 2008 – JPML CTO-58 |
| ***Mowdy, etc. v. Pfizer Inc., et al., 08-550*** | | S.D. Mississippi | • Conditionally Transferred on September 15, 2008 – JPML CTO-58 |
| ***Spencer-Acker, etc. v. Pfizer Inc., et al., 08-13505*** | | E.D. Michigan | • Conditionally Transferred on November 20, 2008 – JPML CTO-59 |
| ***McLendon v. Parke-Davis, et al., 08-7843*** | | S.D. New York | • Conditionally Transferred on November 20, 2008 – JPML CTO-59 |
| ***Leu, etc. v. Pfizer Inc., et al., 09-1245*** | | S.D. New York | • Conditionally Transferred on February 27, 2009 – JPML CTO-60 |
| ***Drinkwine, etc. v. Pfizer Inc., et al., 09-948*** | | D. Minnesota | • Conditionally Transferred on May 20, 2009 – JPML CTO-61<br>• Motion for Amendment of Order<br>o December 15, 2009 – Teva's Motion for Amendment of Order to Include Statement Certifying an Interlocutory Appeal [Docket No. 2245] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | ○ December 29, 2009 – Products Liability Plaintiffs' Memorandum in Opposition to Defendant Teva Pharmaceuticals USA, Inc.'s Motion for Amendment of the Court's Order to Include a Statement Certifying an Interlocutory Appeal [Docket No. 2295] |
| ***Crone, et al. v. Pfizer Inc., et al., 09-1908*** | | N.D. California | • Conditionally Transferred on August 6, 2009 – JPML CTO-62 |
| ***Jones, et al, v. Pfizer In., et al., 09-227*** | | M.D. Georgia | • Conditionally Transferred on August 6, 2009 – JPML CTO-62 |