

Case 1:04-cv-10981-PBS   Document 2297-2   Filed 01/06/10   Page 2 of 4



**KAISER PERMANENTE.**    Home kp.org    Sign on    Guía en español    [Search our site]

☐ Change your region: California - Northern

**Clinical staff directory**

- Clinical staff search
- Help
- Glossary



Related links:
☐ How to get care
☐ Facility directory

## Begin your search for a practitioner

**Begin your search by:**
Gender
Hospital
Language
Medical facility
Medical specialty
Office location
Practitioner name
Primary care practitioners accepting new patients

If you need to go back to a previous page, use the "Back" button below. Please do not use your browser's "Back" button.

[Back]

New search

▲ Back to top

Terms & conditions    Privacy practices    Site policies    About us
Contact Web manager    Web awards & accreditations    Careers
Technical information    Web site map    Home kp.org





**KAISER PERMANENTE**

Home kp.org | Sign on | Guía en español | Search our site

Change your region: California - Northern

**Clinical staff directory**

Clinical staff search
Help
Glossary

Related links:
- Call us to choose a practitioner
- How to get care
- Facility directory

## Ibrahem M. Aabed

Printer-friendly version

Definition of terms

Visit my home page

**Specialty**
Radiation Therapy

**Department**
Radiation Oncology

**Medical office**
Santa Clara Homestead Med Cntr
3800 Homestead Road
Santa Clara, CA 95051

More about this medical office

**Gender**
Male

**Joined Kaiser Permanente**
2007

If you need to go back to a previous page, use the "Back" button below. Please do not use your browser's "Back" button.

[Back]

New search

▲ Back to top

Terms & conditions | Privacy practices | Site policies | About us
Contact Web manager | Web awards & accreditations | Careers
Technical information | Web site map | Home kp.org