UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | |
| | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | |
| | Magistrate Judge Leo T. Sorokin |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF
DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE ALL EVIDENCE
OF OR REFERENCES TO CONDUCT UNRELATED TO NEURONTIN**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of the August 2009 Settlement Agreement among Pfizer Inc, the United States Department of Justice and certain other government agencies.

3. Attached as Exhibit B is a true and correct copy of the plea of Pharmacia & Upjohn Company, Inc., dated August 31, 2009, with attached information.

Signed under the penalties of perjury this 8th day of January, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 8, 2010.

/s/ David B. Chaffin
David B. Chaffin