UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE
THE TESTIMONY OF KAY DICKERSIN, PH.D.**

Pursuant to Federal Rules of Evidence 401, 402, 403, 702 and 703, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move this Court for an order *in limine* to exclude at trial any opinion from Plaintiff's expert Dr. Kay Dickersin. As more fully set forth in Pfizer's memorandum of law submitted herewith, Dr. Dickersin's opinions on reporting bias, ethics, and Pfizer's supposed intent with respect to the publication of certain Neurontin studies are irrelevant, are not valid and reliable scientific evidence under *Daubert* and Rule 702,[1] and are highly inflammatory and likely to mislead the jury and unfairly prejudice Pfizer. Indeed, many of Dr. Dickersin's "opinions" are merely her subjective interpretations of e-mails and memoranda that the jury is fully capable of reading and evaluating on its own. For all these reasons, Dr. Dickersin's opinions should be properly excluded from the trial of this case.

---

[1] *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 589-90, 592-93 (1993); Fed. R. Evid. 702.

WHEREFORE, Defendants respectfully request that this Court exclude from trial the opinion testimony of Dr. Dickersin.

Dated: January 8, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: /s/ Raoul D. Kennedy
    Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel: (415) 984-6400

-and-

WHEELER TRIGG O'DONNELL LLP

By: /s/ James E. Hooper
    James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel: (303) 244-1800

-and-

WHITE AND WILLIAMS LLP

By:   /s/ David B. Chaffin
      David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 8, 2010.

/s/ David B. Chaffin
David B. Chaffin