UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | |
| | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS'
MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF KAY DICKERSIN, PH.D.**

I, Mark S. Cheffo, declare and state as follows:

1.      I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC.  I make this declaration based on my own personal knowledge and information.

2.      Attached as Exhibit A is a true and correct copy of excerpts from the January 27, 2009, deposition of Kay Dickersin, Ph.D.

3.      Attached as Exhibit B is a true and correct copy of Exhibit 5 to the January 27, 2009, deposition of Kay Dickersin, Ph.D.

4.      Attached as Exhibit C is a true and correct copy of the August 10, 2008, Report of Kay Dickersin, Ph.D. (without exhibits).

5.      Attached as Exhibit D is a true and correct copy of the December 15, 2008, Declaration and Report of  Elizabeth A. Field, Ph.D. (without curriculum vitae and list of materials relied upon).

Signed under the penalties of perjury this 8th day of January 2010.

/s/Mark S. Cheffo_____
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 8, 2010.

/s/ David B. Chaffin
David B. Chaffin