# EXHIBIT B



3-25-08

Bkgd

Tom Greene
Ilyas Rona
KO

David
Franklin PhD worked at Dana Farber. Hired after *seeing*
Parke-Davis ad / medical liaison position.
promotion of neurontin for off label use
~~Mar~~ *Aug* 1996 — whistleblower — false claims act :
*filed*
case on behalf of gov't ("qui tam"). * *civil case* Illegal
marketing for off label use under Medicaid.
Criminal case. Case settled May 2004 $430 m
$240 m crim fine; $150 m *civil case*, $38 m to state
fed ← ↓ → state
% to Franklin
("reward" -- $20 + m)

Warner-Lambert pled guilty --→ settlement.
(Violating Food Drug Cosm Act for misbranding, mislabel)

1994-8   Documents when neurontin promoted off-
label.
Civil case — Aug '96 filed (under seal) copy to
Dept. Justice & State. No copy to defendent.
(Green + Co involved here). False Claim Acts.
Criminal invest— filed afterward

How we got here:

came across alot of documents stamped
"confidential" that they thought should be
public. Challenged w/ "over-confidentiality"
*in court.*
& Green et al won. In Mar 2002
these documents were released. (see articles
in Lancet etc.)

Dickersin_001437

— 2 —

Starting 2004, new cases started where
consumers & 3rd party payers said Nej wanted $ back.
Consolidated + transferred to Boston +
same Judge.

~80 - 100 indiv complaints seeking to be
consolidated in class action suit

Multi-district litigation (MDL)

6 firms apptd to "Steering Comm" by court
+ Dey are responsible for litigating the case.
Tom G is SC chair.
Discovery { Documents from 1994 - Dec 2004, incl new documents 1994-8
Deposition -

Off label use of neurontin
        bipolar - mood disor
        neuropathic pain          } rejection 2001
        nosiceptic pain
        migraine
        doses >1800 mg.  — rejection 2001

                (shingles)
post - herpetic neuralgia (phn) = approved - '2002
epilepsy                      "        - '94
pediatric epilepsy

(epilepsy monotherapy - rejection '97)

Dickersin_001438

— 3 —

<u>Claim</u>

misled MDs for 5 indications

plan : not to seek FDA approval. ( patent
   would expire / cost issues). Generic approved out
   2004. Patent extended 2000 → 2004
   *also knew Lirica coming*
   Their successor drug Lirica hit market in
   2004.

<u>documents</u>

   marketing assessments
      migraine
      psychiatric uses
      neuropathic pain

document dated '94
Lifetime neurontin sales ~ $10 billion
at some pt., ≥ 90% of neurontin's use was for off-label ●
   use.

distinction between science & marketing

<u>ex</u> :
⊢ Drs. wrote up case reports
⊢ hired them as speakers
⊢ Drs. hired to do.
   record reviews & favorable repts
⊢ only publ. of ⊕ results — delay, suppression, spin,
   control who wrote article, which journal.

Dickersin_001439

– 4 –

Michael, Seth, Meg – consultants in Franklin case.

This is fraud case (misleading & deceptive conduct
   designed to mislead MDs).

marketing/advertising agency — key message place-
   ment.

Advisory boards to pharm. co. – message transmission
   "neurontin champions". Tracked prescription
   writing.

Tele conferences.

CME – prepare slides
   – planted questioners in audience

Publishing was what became an issue p̄ lawyers
got involved in Franklin case (+ Pfizer got involved).

need

1) principal spokesman

Documents
1) marketing needs (may have) (eg. combo product)
1) marketing assessments – gateway
2) clinical devel. plan
3) trials
4) emails

look
for ITT
paper

Dickersin_001440

-5-

Meredith Rosenthal
econometrician at HSPH / model describing ~~econ~~ marketing
impact on # scrips. ( how many extra scrips)
Ray  Hartman
economist exaning damages ($) on scrips.

experts
Curt Furberg - ask
Migraine — ash about Doug /

papers to give | Richard Smith PloS  x
+ I C  put bias /~~sum~~ misconduct | Bobbi's SR    x
✓ Antimane / FDA comments | Who pays for the pizza  x
✓ AAMC x | publication / Merck
- Furberg / FDA paper

Dickersin_001441