# EXHIBIT C

Reporting and other biases in studies of Neurontin
for migraine, psychiatric/bipolar disorders,
nociceptive pain, and neuropathic pain

Kay Dickersin, MA, PhD

August 10, 2008

Reporting and other biases in studies of Neurontin for migraine, psychiatric/bipolar disorders, nociceptive pain, and neuropathic pain

## Table of Contents

Executive Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Qualifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

1.   Reporting biases in the dissemination of biomedical knowledge . . . . . . . . . . . . . . . . . 7
     1.1   The ethical and scientific imperative to communicate knowledge gained from
           biomedical research . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
     1.2   Reporting biases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
           1.2.1   Publication bias . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
           1.2.2   Selective outcome reporting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
           1.2.3   Multiple publication bias . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
           1.2.4   Location bias . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
           1.2.5   Language bias . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
           1.2.6   Time lag bias . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
           1.2.7   Citation bias . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
           1.2.8   Ghost authorship . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
     1.3   Conclusions on the effects of reporting biases . . . . . . . . . . . . . . . . . . . . . . . . 17

2.   Review of Neurontin documents for evidence of reporting and other biases . . . . . . . . 18
     2.1   The "publication strategy" is a key element of Marketing Assessments and the
           marketing strategy for Neurontin . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
           2.1.1   Migraine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
           2.1.2   Psychiatric (bipolar) disorders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
           2.1.3   Nociceptive pain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
           2.1.4   Neuropathic pain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
     2.2   Reporting and other biases observed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
           2.2.1   Migraine . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
           2.2.2   Psychiatric disorders - bipolar . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
           2.2.3   Nociceptive pain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26
           2.2.4   Neuropathic pain . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

3.   Case studies of suppression and "spinning" of study results . . . . . . . . . . . . . . . . . . 33
     3.1   Study 945-224 (Reckless) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
     3.2   Study 945-271 (POPP) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
     3.3   Study 945-306 (Serpell) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
     3.4   "Gorson" (study number not available) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
     3.5   Backonja (945-210) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46
     3.6   Cochrane reviews . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47
           3.6.1 Cochrane review - gabapentin for bipolar disorders . . . . . . . . . . . . . . . 48
           3.6.2   Cochrane review - gabapentin for migraine prophylaxis . . . . . . . . . . . 49
           3.6.3   Systematic review by Cochrane authors - gabapentin for neuropathic pain
                   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 50

4.     Conclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

5.     References cited . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

Appendices
     A. Tables describing information in study protocols and reports
     B. List of documents used
     C. Curriculum Vitae -  Kay Dickersin, MA, PhD

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

---

### Executive Summary

*Reporting bias* occurs when the dissemination of research findings is influenced by the nature and direction of the results.  There is extensive, even shocking, evidence of reporting biases in the studies of Neurontin that I reviewed for this report.

Although bias is a statistical term, when it is applied to the design or analysis of research studies, it can have important consequences to knowledge and ultimately to human life and health.  Research has clearly established that positive results are selectively reported, reported more often as full length articles, published more quickly, more often in duplicate, in English, in easier to access literature, and cited more frequently.  Furthermore, research has shown repeatedly that industry funding is associated with biased reporting of positive results over other findings. If the biomedical literature is a biased representation of what is known from research, then as a consequence physicians' knowledge of a drug's efficacy, and prescription-writing based on that knowledge, is likely to be wrong.  Thus, the end result of reporting biases is that patients may be harmed and resources wasted on ineffective treatments. For these and other reasons, bias in reporting of study findings represents unethical behavior and scientific misconduct.

With respect to Pfizer-supported studies of Neurontin in the areas of migraine, bipolar disorders, and pain, there is extensive evidence of reporting bias.  Those that I observed, most of them many times over, included failure to publish negative results; selective outcome reporting where a secondary outcome or newly defined outcome was reported because the desired findings were not obtained for the primary outcome; selective analyses where, for example, patients were inappropriately excluded from or included in the analyses; multiple publication of desirable results; hiding of negative results in abstracts, letters to the editor, or other "grey literature"; and differential citation of Pfizer results to highlight actual or claimed positive findings. In addition, I observed extensive evidence of "reframing" or "spin" to make negative results appear positive.  This was often accomplished by a "ghost author" working with a commercial company hired to accomplish Pfizer's marketing goals related to its "publication strategy" (ie, the plan to successfully market Neurontin through selective publication of study results).  There is also evidence that many of the studies were biased in their design, rendering their scientific value questionable.

The documents I reviewed represent a remarkable assemblage of evidence of reporting biases that amount to outright deception of the biomedical community, and suppression of scientific truth concerning the effectiveness of Neurontin for migraine, bipolar disorders, and pain. Although each of the biases I observed has been individually reported and decried in the biomedical research literature, these biases have not typically been examined collectively as part of an overall "publication strategy" taken on by product sponsors.  A publication strategy, meant to convince physicians of Neurontin's effectiveness and misrepresent or suppress negative findings, is clearly spelled out and executed when one views the Neurontin documents as a whole.  I find the behavior and actions visible through these documents highly unethical, harmful to science, wasteful of public resources, and potentially dangerous to the public's health.

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

---

## Qualifications

1.    I have attached my curriculum vitae, which includes a listing of my publications, as Appendix C to this report.

2.    I received my MA in zoology (specializing in cell biology) from the University of California, Berkeley in 1975, and my PhD in epidemiology from Johns Hopkins University, School of Hygiene and Public Health, in Baltimore, Maryland, in 1989. I was appointed as Professor of Epidemiology and the Director of the Center for Clinical Trials at Johns Hopkins in 2005, where I oversee the clinical trials curriculum in the Bloomberg School of Public Health (JHSPH).  Prior to this appointment, I served as Assistant Professor and Associate Professor at the University of Maryland School of Medicine in Baltimore, Maryland  for nearly 10 years (1989-1998) and as Associate Professor and Professor at Brown University School of Medicine in Providence, Rhode Island for seven years (1998-2005). At these institutions I have taught graduate level courses on clinical trials, systematic reviews and meta-analysis, and medical undergraduate courses on evidence-based healthcare and health policy.

3.    I was a founding member of the Cochrane Collaboration, an endeavor dedicated to synthesizing high quality research evidence in systematic reviews and making it easily accessible to the public, and have directed a US-based Cochrane Center since 1994.  I currently serve as the Director of the US Cochrane Center (USCC), one of 13 Centers worldwide participating in The Cochrane Collaboration.

4.    My major research contributions are methodological and related to clinical trials, systematic reviews, publication bias, trials registers, and evidence-based healthcare. My research over the years has demonstrated the need for global trial registration, as a means to combat publication bias, and I have led a variety of successful efforts designed to achieve this goal.

      I have served as principal investigator (PI) for federally-funded, multicenter trials in both ophthalmology (PI of the Data Coordinating Center for The Ischemic Optic Neuropathy Decompression Trial [IONDT]) and women's health, (PI for the Surgical Treatment Outcomes Project for Dysfunctional Uterine Bleeding [STOP-DUB]), and as a co-investigator in the data coordinating center in a number of other clinical trials.

5.    I have been honored for my research contributions, including election to the Institute of Medicine (IOM) in 2007, and the American Epidemiological Society in 1999.  I am currently President of the Society for Clinical Trials and co-chair the World Health Organization's (WHO) Scientific Advisory Group to the International Clinical Trials Registry Platform.  Other appointments have included the National Cancer Advisory Board (appointed by President William Jefferson Clinton);  the Centers for Disease Control and Prevention (CDC) Task Force on Community Services; a dozen advisory committees for the IOM and National Research Council; international and national data and safety monitoring boards; grant review panels; and the Editorial and Advisory Boards of major journals in the field of clinical trials (*Clinical Trials* and *Trials*), as well as

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

the *BMJ*, *Health Expectations* and *BioMed Central*. I have also received numerous awards for my consumer advocacy contributions, most recently in 2007 from the American Association for Cancer Research for my "Contributions and Enduring Commitment to the Eradication of Cancer".

6.   In the past 5 years, I have not testified at deposition or trial in any cases. I am not accepting any compensation for consulting in this case. Instead, I have requested that funds equivalent to what I would have received as compensation be deposited in an account at Johns Hopkins University to be used to support development of teaching materials related to publication bias. The hourly rate this fund will be compensated for my work is $400 per hour. I have relied on the documents referenced in this report, and upon my experience in the field of epidemiology, clinical trials, and publication bias, in preparing this document. I reserve the right to supplement this report with additional material if need be.

Reporting and other biases in studies of Neurontin - Dickersin (cont'd)

1.      Reporting biases in the dissemination of biomedical knowledge

1.1     The ethical and scientific imperative to communicate knowledge gained from
        biomedical research

        All healthcare should be "evidence-based," that is, decisions about individual patient
care should be based on "the conscientious, explicit, and judicious use of current best
evidence" (Sackett et al., 2000).  Practically speaking, knowledge is generated by studies of an
intervention's effectiveness and safety, and the "best" evidence (bias is minimized) is derived
from the results of *randomized clinical trials* (RCTs).  A randomized clinical trial is an
experimental study on human beings in which the intervention is assigned using a random
process.  When there is more than one trial that addresses a clinical question, *systematic
reviews* and *meta-analyses* of trial results form the "best available evidence".  A systematic
review is a review of existing knowledge that uses explicit scientific methods, including a
comprehensive search for all relevant research, a critical appraisal of the identified trials, a
summary of the available evidence, and, if appropriate, a quantitative synthesis of data (or
meta-analysis). Systematic reviews are, in turn, used as a basis of evidence-based practice
guidelines and other tools for summarizing knowledge in a format useful for doctors and
healthcare practitioners (IOM, 2008).

        Ethical principles derived from the Nuremberg Code
(http://ohsr.od.nih.gov/guidelines/nuremberg.html), the Declaration of Helsinki
(http://www.wma.net/e/ethicsunit/helsinki.htm), The Belmont Report
(http://ohsr.od.nih.gov/guidelines/belmont.html), 45 CFR 46
(http://www.hhs.gov/ohrp/humansubjects/guidance/45cfr46.htm), and other sources serve as a
foundation for modern biomedical research involving human volunteers.  A critical element of
this foundation is approval of individual research projects by a  research ethics review board or
institutional review board (IRB).  A responsible IRB requires an "informed consent" process
involving both the research volunteer and investigator(s), and, among other things, transmission
of valid information to the participant about the potential benefits and harms associated with
participation in the research study.  One benefit of participation that is typically described in the
consent document, regardless of the topic or project, is that the research participant will be
contributing to scientific knowledge that will in turn contribute to the care of others.  In the case
of intervention studies, knowledge gained will help future patients regardless of the study
findings, by identifying beneficial, harmful, and ineffective treatments.

        But research can only contribute to knowledge if it is communicated from the
investigators to the biomedical community. The generally accepted primary means of
communication is "full" publication of the study methods and results in an article published in a
scientific journal. Sometimes, investigators choose to present their findings at a scientific
meeting as well, either through an oral or poster presentation. These presentations are included
as part of the scientific record as brief "abstracts" which may or may not be recorded in publicly
accessible documents typically found in libraries or the worldwide web.

        Sometimes, investigators fail to publish the results of entire studies. This effectively
means that the covenant between the investigators and study participants, reflected in the

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

informed consent document, has been broken, and the knowledge gained in the study is lost to the community. Sometimes study results are published in full, but not all outcomes examined are reported, or only selected analyses (for example, on a select group of participants) are reported; this is called selective outcome reporting. This, too, represents a failure to communicate knowledge and can result in an ethical breach if key efficacy or safety information is omitted or falsely described in the scientific record.  The Declaration of Helsinki ((http://www.wma.net/e/ethicsunit/helsinki.htm), the American Association of Medical Colleges (Korn and Ehringhaus, 2006), and others have issued consensus documents on the ethical obligation to make results from clinical trials publicly available.

> "Both authors and publishers have ethical obligations. In publication of the results of research, the investigators are obliged to preserve the accuracy of the results. Negative as well as positive results should be published or otherwise publicly available. Sources of funding, institutional affiliations and any possible conflicts of interest should be declared in the publication. Reports of experimentation not in accordance with the principles laid down in this Declaration should not be accepted for publication." (World Medical Association Declaration of Helsinki, 2004)

Failure to publish study findings is not only unethical, it is also scientific misconduct (Chalmers, 1990). When failure to publish research findings is "random" it harms our knowledge base. When failure to publish is "differential," that is, on the basis of some systematic factor, it results in a "biased" knowledge base and the scientific literature, overall, may provide incorrect information.

## 1.2    Reporting biases

*Reporting bias* occurs when the dissemination of research findings is influenced by the nature and direction of the results (Higgins and Green, 2008), and encompasses a number of different subtypes (see Table 1).  The phrase *nature and direction of research results* encompasses a number of possible situations.  It can refer to a difference, or no difference, observed between two or more interventions being compared, the direction of that difference, the size of the difference, and the statistical significance of the difference.  *Statistical significance* is common research jargon communicating that as a result of statistical analyses, there appears to be a low probability (usually set at less that 1 chance in 20) that the results obtained in a given study are due to chance. The contribution made to the totality of knowledge, or of the evidence in systematic reviews, by studies with statistically non-significant results is as important as that from studies with statistically significant results.

 *Positive results* is a term most commonly used to describe a study finding that one intervention is better than another, and that the observed difference between the two interventions, however small, is statistically significant.  We might also use "positive results" to refer to unexpected findings that a new or existing intervention is not inferior to a standard intervention.  The term *negative results* has been broadly used to refer both to the direction of findings (that is, results favoring the comparison intervention or *null results* favoring neither intervention), and to the lack of statistical significance of the findings, regardless of whether they are positive, negative, or null.

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

**Table 1. Definitions of some types of reporting biases**[1]

| Type of reporting bias | Definition |
|---|---|
| Publication bias | The *publication* or *non-publication* of research findings, depending on the nature and direction of the results. |
| Selective outcome reporting bias | The *selective reporting* of some outcomes but not others, depending on the nature and direction of the results. |
| Multiple (duplicate) publication bias | The *multiple* or *singular* publication of research findings, depending on the nature and direction of the results. |
| Location bias | The publication of research findings in journals with different *ease of access* or *levels of indexing* in standard databases, depending on the nature and direction of results. |
| Language bias | The publication of research findings *in a particular language*, depending on the nature and direction of the results. |
| Time lag bias | The *rapid* or *delayed* publication of research findings, depending on the nature and direction of the results. |
| Citation bias | The *citation* or *non-citation* of research findings, depending on the nature and direction of the results. |

[1] Adapted from Sterne J et al., 2008.

To understand reporting biases in context, one must first understand the full spectrum of decisions when reporting study findings. As noted earlier, study investigators and sponsors could choose *not to publish* a study's findings or to publish multiple times. The timing of manuscript submission for publication is also under an author's control. One could also choose to *selectively report* a study's findings, selectively presenting or omitting outcomes, analyses, or populations described in the study protocol, or reframing the questions addressed in the study.

Investigators must also decide *where* to present their findings and the *format* in which they will be accessed. For example, they may elect to present at a conference, using an "abstract" or other abbreviated format, or they may publish a full length article. Conference abstracts are by definition short summaries of a study's methods and findings and often omit key details essential to understanding the reliability and validity of the results. For example, it is often not clear whether a report is describing interim or final results.

In addition to selecting the format of their reports (abstract or full length), investigators choose the publication *source* for their articles. This includes a decision about the desired

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

impact of the report (for example choosing a journal with a high "impact factor"), the language of the report, and the bibliometric databases in which the report will be included. Not all forms of publication are equally accessible to those seeking information. The "grey" literature, which is not easily accessed, includes conference abstracts, letters to the editor, some journal supplements, books, theses, technical documents, and other reports outside the mainstream scientific literature. Commonly used bibliometric databases, such as MEDLINE, may tend to favor higher impact, English-language journals. Location and language biases are associated with this aspect of study reporting.

## 1.2.1    Publication bias

Over the past two decades, evidence has accumulated that failure to publish research studies, including clinical trials testing intervention effectiveness, is pervasive (Dickersin, 2005). Studies demonstrating failure to publish have included research conducted in many countries, for example the United States, England, Australia, France, Germany, Switzerland, and Spain, and have found that, depending on the setting, only 21% to 93% of all studies are published.

Publication bias can be due to investigators failing to *submit* study findings, or due to journal editors failing to *accept* manuscripts for publication because of the findings. According to numerous surveys of investigators, almost all failure to publish is due to failure of the investigator to submit (Godlee and Dickersin, 2003); only a small proportion of studies are not published because of rejection by journals (Olson, 2002; Okike et al, 2008).

The main factor associated with failure to publish is negative or null findings (Dickersin, 1997). A meta-analysis of data from five cohort studies that followed research from its inception found that overall, the odds of publication for studies with positive findings was about two and one half times greater than the odds of publication of studies with negative or null results (Dickersin, 1997).Thus, the preponderance of evidence indicates that a higher proportion of studies with positive results are published compared to studies with negative results.

Does biased knowledge lead to use of ineffective and potentially harmful treatments? This would appear to be the case, assuming clinical practice is based on the literature. In an examination of 122 meta-analyses published in *The Cochrane Library* based on 'comprehensive' literature searches, Sterne and his colleagues identified 39 that included unpublished trials. Overall, published trials estimated a greater beneficial effect of the intervention compared to unpublished trials (ratio of odds ratios = 1.12 [95% CI 0.99 to 1.26]), and this association was strengthened after controlling for factors associated with trial quality (Sterne et al., 2002). Thus, failure to publish negative results leads to overestimates of treatment effect in meta-analyses, which in turn can lead doctors and decision makers to believe a treatment is effective when it is not.

We know from many studies that when initiated studies are not reported in full, some are not published in any form whatsoever, and some are published in abstract form only. Scherer and colleagues combined data from 79 reports (follow-up of 29,729 abstracts) on how often studies initially presented as abstracts reach "full" publication (Scherer et al., 2007). She

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

found that fewer than half of all abstracts were published in full, and that positive results are positively associated with full publication, regardless of whether 'positive' results are defined as any 'statistically significant' result or as a result favoring the experimental treatment.

Though publication of findings in conference abstracts is perhaps better than no publication at all (the biomedical community at least knows of a trial's existence), there are numerous problems with relying only on an abstract for valid information.  First, data presented in abstracts are frequently preliminary or interim results and thus may not be reliable representations of what was found once all data were collected and analyzed (Chokkalingam et al., 1998; Toma et al., 2006; Hopewell et al., 2006).  For example, an investigator could publish "positive" preliminary results, and then fail to publish final "negative" results.  The scientific community might rely on the abstract results, without knowing that the final results are any different.  Second, abstracts are often not accessible to the public through journals, MEDLINE, or easily accessed databases. Many are published in conference programs, conference proceedings, or on CD-ROM, and are made available only to meeting registrants. Thus, if those performing systematic or other reviews of the literature depend on searches of electronic databases such as MEDLINE, they are thus likely to miss identifying abstracts and will have to rely on fully published papers and the disproportionately positive results they represent.

It is now well-established that publication bias is associated with the source of funding for the study.  Lexchin (Lexchin et al, 2003) systematically reviewed the literature on whether industry funding of drug studies is associated with outcomes favorable to the funder (30 research studies).  Examination of relevant studies revealed that, overall, research funded by the pharmaceutical industry was less likely to be published than research funded by other sources. In addition, studies sponsored by pharmaceutical companies were more likely to have outcomes favoring the sponsor than were studies with other sponsors.  Numerous new studies have been published since this review and provide additional support for these findings (Sismondo, 2008).

There are several possible explanations for why industry support is strongly associated with failure to publish negative results.  Industry may selectively publish findings supporting a product's efficacy. It is also possible that industry is more likely to undertake studies with a high likelihood of a positive outcome, for example, by selecting a comparison population likely to yield results favoring the product.  Neither of these actions would be ethical. The results presented may also vary by dissemination medium, for example articles reporting negative findings for efficacy, or reporting adverse events associated with an exposure, may be published but "hidden" in harder to access sources (Bero et al., 1996).  It is also possible that journals are more likely to publish studies with negative results if they are funded by government sources. No evidence of selective acceptance for publication by journal editors based on source of funding was seen, however, in a study of controlled trials submitted to *JAMA* between 1996 and 1999 (Olson et al., 2002).

## 1.2.2   Selective outcome reporting

The classic textbook *Fundamentals of Clinical Trials* (Friedman et al., 1999) is clear that selective outcome reporting is not acceptable if one is seeking unbiased results.

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

"**Fundamental Point**
*Excluding randomized participants or observed outcomes from analysis and subgrouping on the basis of outcome or response variables can lead to biased results of unknown magnitude or direction.*"

As noted earlier, a study may be published in full, but outcomes omitted or misrepresented.  It is generally accepted that a study's primary outcome should be stated in the protocol *a priori*, before the study begins, to minimize bias that may be introduced by *post hoc* selection of outcomes (Friedman et al., 1999). Why is this important?  Standard practice assumes that a difference observed between treatments is "statistically significant" if the p-value is less than 0.05.  This means that the probability is less than 5%, or 1 in 20, that the result obtained, or one more extreme, is due to chance, assuming no true association exists between the treatment/exposure and outcome.  In other words, if 100 statistical tests are done as part of a study analysis, then 5 associations tested will be "statistically significant," just by chance, even though none of the associations truly exist.  If the primary outcome of interest was determined <u>after</u> the statistical testing was done, outcomes found to be statistically significant by chance would be commonly reported and much of the medical literature would be wrong.  Analysis of outcomes chosen *post hoc* are properly done first as "exploratory analyses," and then planned for *a priori* in subsequent study protocols.

Two pieces of additional information seem relevant here: first, a statistically significant result does not mean that the difference observed between two treatments is actually valid or true, as explained above. Second, a statistically significant result does not mean that the finding is clinically significant. For example, a statistically significant 1 point difference in pain scores between treatment groups may not represent an important difference to the person experiencing that pain.

Several recent studies have had a major impact on our understanding of selective outcome reporting.  Chan and his colleagues compared published articles to study protocols approved in 1994-1995 by two ethics committees in Denmark.  They found that 62% of the time at least one outcome planned for assessment in the trial was changed, introduced, or omitted in the published article (Chan et al., 2004).  In a separate study of randomized trials funded by the Canadian Institutes of Health Research from 1990-1998, Chan and his colleagues found that primary outcomes differed between the protocol and published article 40% of the time (Chan et al., 2004). In both studies, efficacy outcomes that were statistically significant had a higher chance of being fully published compared to those that were not statistically significant.

In a recent landmark study, Turner and colleagues identified considerable selective outcome reporting for 12 antidepressant agents submitted for review to the Food and Drug Administration (FDA).  The authors examined reviews submitted to FDA associated with 12 antidepressant agents, matched them with publications, and compared outcomes (Turner et al., 2008).  Only 31% of the 74 FDA-registered studies had been published, and publication was associated with a positive outcome (as determined by the FDA).  Studies the FDA considered to have negative or questionable results (n=36) were either not published (22 studies), reported with a positive interpretation (11 studies), or reported in a manner consistent with the FDA interpretation (3 studies). Thus, if one only considered evidence from the published literature it

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

appears as if 94% (48/51) of studies had positive findings, while the FDA analysis concluded that 51% were positive. The appendix of the Turner article highlights key results that apparently were not submitted to the FDA but which were reported in the published articles, or that were reported differently between the FDA-submitted review and the publication.

Selective reporting of suspected or confirmed adverse treatment effects is an area for particular concern because of the potential for patient harm.  In a study of adverse drug events submitted to Scandinavian drug licensing authorities, reports for published studies were less likely than unpublished studies to record adverse events (for example, 56 vs 77% respectively for Finnish trials involving psychotropic drugs) (Hemminki, 1980).  Recent attention in the lay and scientific media on failure to accurately report adverse events for drugs (eg, selective serotonin uptake inhibitors (Healy, 2006), rosiglitazone (Drazen et al., 2007), rofecoxib (DeAngelis and Fontanarosa, 2008) has resulted in additional publications, too numerous to review here, indicating substantial selective outcome reporting (mainly suppression) of known or suspected adverse events.

*Selective presentation of analyses* and *analyses of selected populations* are special forms of selective outcome reporting that are well-known threats to validity.  To expand, unbiased analyses of RCT data is generally agreed to be *intention to treat*, where all study participants are analyzed as part of the group to which they were randomly assigned, regardless of their compliance with the assignment or subsequent participation.  The key principles of an intention to treat (or ITT) analysis are:

- "Keep participants in the intervention groups to which they were randomized, regardless of the intervention they actually received;
- Measure outcome data on all participants;
- Include all randomized participants in the analysis." (Higgins and Green, 2008).

An intention to treat analysis maintains the original randomization scheme, and minimizes biases associated with, for example, omitting patients from an analysis because they stopped taking a drug due to its side effects.  The favored analytic approach is to conduct intention to treat analysis as the primary analysis, with a *per protocol* or *as treated* analysis secondarily and in conjunction with the primary analysis.  In a secondary analysis, investigators may explore the effect of not including noncompliers, withdrawals, those found to be ineligible, and those lost to followup in the analysis.

Presentation of the per protocol analysis, without an accompanying intention to treat analysis, can represent a form of selective outcome reporting that we will refer to as *analysis of selected populations*.  Melander and colleagues reported on 42 placebo-controlled studies associated with five SSRIs (selective serotonin reuptake inhibitors) submitted to the Swedish drug authorities for marketing approval between 1989 and 1994 (Melander et al, 2003). Of the 42 studies conducted, half found the test drug to be statistically significantly superior to placebo, and 90% of these (19/21) were published in stand-alone publications.  Only 28% (6/21) of studies not showing a statistically significant effect were published.  Although Melander and colleagues found that all but one of the study reports submitted to the drug agency included both an intention to treat and a per protocol analysis, most of the publications

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

only reported the more favorable analysis.  Exclusion of patients in per protocol analyses increased the estimate of the treatment effect (ie, the treatment was estimated to be more beneficial) compared to intention to treat analyses.

"Reframing" of negative results in positive terms has been reported many times over the years, for example, Ioannidis reported that HIV/AIDS drug trials reporting a negative finding for a primary outcome typically reported results in a positive frame, and included positive results for subgroups and surrogate outcomes in the reports (Ioannidis et al., 1997).  Attention has also been drawn to the practice of stating conclusions in the Abstract and the article's text that do not reflect the true study findings (Barnes and Bero, 1998) and multiple observations that article conclusions are associated with author affiliation.  In particular, articles describing primary research and with acknowledged sponsorship from the pharmaceutical industry tend to draw pro-industry conclusions (Davidson, 1986; Rochon PA et al., 1994; Cho and Bero, 1996; Als-Nielsen et al., 2003).  A specific concern is the data presented and conclusions drawn in the article's Abstract (Gøtzsche, 2006), since the Title and Abstract are what is included in online bibliographic databases such as MEDLINE, and may be the only portion of the article that is read.

### 1.2.3   Multiple publication bias

Investigators may also publish the same findings multiple times.  The World Association of Medical Editors (WAME) Publication Ethics Policies for Medical Journals provides guidance on when this is acceptable:

> "Redundant publication occurs when multiple papers, without full cross reference in the text, share the same data, or results. Republication of a paper in another language, or simultaneously in multiple journals with different audiences, may be acceptable, provided that there is full and prominent disclosure of its original source at the time of submission of the manuscript. At the time of submission, authors should disclose details of related papers they have authored, even if in a different language, similar papers in press, and any closely related papers previously published or currently under review at another journal." (WAME, 2008)

The International Committee of Medical Journal Editors, (ICMJE), editors of the world's most prestigious biomedical journals, have made it clear that they consider duplicate publication without a clear acknowledgment of prior publication at best potentially harmful and potentially illegal:

> "Readers of primary source periodicals, whether print or electronic, deserve to be able to trust that what they are reading is original unless there is a clear statement that the article is being republished by the choice of the author and editor. The bases of this position are international copyright laws, ethical conduct, and cost-effective use of resources. Duplicate publication of original research is particularly problematic, since it can result in inadvertent double counting or inappropriate weighting of the results of a single study, which distorts the available evidence." (ICMJE, 2007)

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

---

As noted by the ICMJE, one of the challenges of multiple publications from a single study is that it can be difficult to identify their common origin. The numbers reported, authors, and other features may differ from report to report, leading the reader to believe that multiple studies have obtained similar findings.  "Multiple publication bias" can be an outgrowth of this phenomenon.

Von Elm and colleagues (Von Elm et al., 2004) identified several patterns of duplicate publication in full length papers: (1) identical samples and outcomes, (2) identical samples and different outcomes, (3) increasing or decreasing samples and identical outcomes, and (4) different samples and different outcomes.  About 33% of the duplicates overall were funded by the pharmaceutical industry; duplicates with the same sample and outcomes, with two or more "main" articles assembled to create a third article, were supported by industry 81% of the time. Most of these duplicates (63%) were published in journal supplements, potentially difficult to access literature. Positive results appear to be published more often in duplicate, which can lead to overestimates of a treatment effect (Tramèr et al., 1997).

### 1.2.4   Location bias

There is also evidence that, compared to negative or null results, statistically significant results are on average published in journals with greater impact factors (Easterbrook et al.,1991), and that publication in the mainstream (non grey) literature is associated with an overall 9% greater treatment effect compared to the grey literature (Hopewell et al. 2007). Furthermore, even when studies initially published in abstract form are published in full, negative results are less likely to be published in high impact journals than positive results (Timmer et al., 2002).

### 1.2.5   Language bias

There is evidence that investigators choose to publish their negative findings in non-English language journals and reserve their positive findings for English language journals. For example, for pairs of reports of clinical trials by the same author, one published in English the other in German, only statistically significant results predicted publication in an English language journal (Egger et al., 1997). Other authors have found that in certain cases, language restrictions in systematic reviews can change the results of the review (Grégoire et al., 1995; Pham et al., 2005).

### 1.2.6   Time lag bias

It is difficult to assign a uniform time that it should take to report study findings after data collection has been completed.  More complex studies may take longer to report, for example if multiple investigators need to help draft and approve a manuscript. Nevertheless, an overarching scientific goal is to make knowledge generally available as quickly as possible. When the time between study completion and publication is influenced by the nature and direction of results, this can result in *time lag bias*.

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

Scientifically and ethically, the faster study results are published the faster doctors and consumers can benefit from the findings, for example by getting a beneficial treatment faster or by avoiding harm. From a business perspective, faster publication of positive results leads to increased sales, and lengthier time to publication of negative results delays a potential decrease in sales. In a systematic review of the literature, Hopewell and her colleagues (2007) found that overall, trials with "positive results" (statistically significant in favor of the experimental arm) were published about a year sooner than trials with "null or negative results" (not statistically significant or statistically significant in favor of the control arm).  Regardless of how time to publication is measured, (eg, time between publication and funding start date [Misakian and Bero, 1998], research ethics review board approval [Stern and Simes, 1997], enrollment of the first patient, or completion of the followup [Ioannidis,1998]), studies with negative findings take longer to be published.  There is no evidence that the increased time to publication for negative results is associated with delay at the editorial level (Dickersin et al., 2002).

## 1.2.7   Citation bias

Citation of a study in a published article renders it more easily identified by the casual reader, the researcher looking for evidence, the investigator proposing a new study, and by the systematic reviewer.  For example, it is easy to search online databases of cited articles to find those on a topic similar to an already identified report. Surprisingly, authors do a poor job of citing prior relevant work, even when it is the "best" work in a field (Fergusson et al., 2006). This might not be a problem if relevant articles were cited at random, but they are not.  Instead, authors tend to cite positive results over negative or null results, and this has been established over a broad cross section of topics (Gøtzsche, 1987; Ravnskov, 1992; Ravnskov, 1995; Kjaergard and Gluud, 2002; Schmidt and Gøtzsche, 2005; Nieminen et al., 2007).  Differential citation may lead to a perception in the community that an intervention is effective when it is not, and it may lead to over-representation of positive findings in systematic reviews if those left uncited are difficult to locate.

Selective pooling of results is a form of citation bias that is particularly insidious in its potential to influence knowledge. With the advent of systematic reviews and meta-analysis (see Section 3.6), there has been an increase in pooling of data from similar studies.  To minimize bias, such pooling requires an exhaustive search for all relevant studies and anything less is subject to possible selection bias. Selective pooling of results that are chosen by the authors will not reflect the true state of research evidence, rather it is likely to reflect what the authors want us to know.

## 1.2.8   Ghost authorship

The practice of hiring a commercial firm to company to write up the results from a clinical trial is common in industry trials (Sismondo, 2007).  In these cases, the author listed rarely includes the hired writer, though the Acknowledgments section may list the writer(s) or writing company by name.  The named authors may include investigators who worked to collect data, industry representatives, and others.

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

---

The problem with paid medical writers who are unnamed is that they have a potential conflict of interest, in that they are paid to write the paper by the company hiring them. In this capacity they may be asked to address company interests in the way that methods and results are presented. In this way, unnamed or "ghost" authors help to shape science.

There is extensive evidence that publication is strongly influenced by pharmaceutical industry funding (Lexchin et al., 2003; Sismondo 2007). It follows that when the writer is working for the company funding the study, the company has influence on the way in which the study is communicated to the biomedical community. Gøtzsche and colleagues estimated that 75% of industry-initiated studies approved by two ethics committees in Denmark had ghost authors (Gøtzsche et al., 2007). Sismondo provides an example of ghost authorship and its influence from records emanating from a lawsuit related to sertraline and manuscripts being coordinated for Pfizer. Between 1998 and 2000, an estimated 18-40% of articles on sertraline were managed by Pfizer through one company (CMD). CMD's articles were found to be published in more prominent journals, be more positive, and cited more often than other articles. This proportion is sufficiently large to shape the literature and thus opinion about the drug (Healy and Cattell, 2003). The World Association of Medical Editors has made it clear it considers ghost authorship to be dishonest,

"Ghost authorship exists when someone has made substantial contributions to writing a manuscript and this role is not mentioned in the manuscript itself. *WAME considers ghost authorship dishonest and unacceptable* (emphasis mine). Ghost authors generally work on behalf of companies, or agents acting for those companies, with a commercial interest in the topic, and this compounds the problem."
(http://www.wame.org/resources/policies accessed August 1, 2008)

## 1.3     Conclusions on the effects of reporting biases

Overall, it has been clearly established that positive results are selectively reported, reported more often as full length articles, published more quickly, more often in duplicate, more often in English, in easier to access literature, and cited more frequently. Furthermore, we know that industry funding is associated with biased reporting of studies, tending to report positive results over other findings. The end result is that the biomedical literature is a biased representation of what is known from research, and thus our biomedical knowledge as a whole is inaccurate.

The term *bias* is a statistical term and may not convey to most people the seriousness of the practical implications. The biomedical literature is the basis of evidence-based healthcare. If the literature is biased, then physicians' knowledge of a drug's efficacy, and prescription-writing based on that knowledge, is likely to be wrong. The end result of reporting biases is that patients may be harmed, and resources wasted. Moreover, if reporting biases are deliberate, they represent unethical behavior (World Medical Association, 2004) and scientific misconduct (Chalmers 1990; Antes and Chalmers, 2003). When reporting biases favor commercial interests, and industry withholds or manipulates data from trials it has sponsored, ethical issues are of particular concern.

Reporting and other biases in studies of Neurontin - Dickersin (cont'd)

2.      Review of Neurontin documents for evidence of reporting and other biases

        Overall, the documents examined by me for the purpose of this report indicate
suppression and manipulation of data, such that the information on the effectiveness of
Neurontin in treating migraine, psychiatric conditions, nociceptive pain, and neuropathic pain
available to the public is inaccurate, incomplete, and potentially harmful to patients. I
recommend that the documents reviewed by me (including sealed documents) and other expert
witnesses in the case be made publicly available for the education of the public, students,
clinicians, payers and other decision-makers, as well as scholarly work that can be used to
guide future understanding of and potential change in how drugs are marketed and used.


        My analysis of events and reporting biases is not intended to be comprehensive, for
example, I may not note all instances of "ghost authorship" identified. Rather, my description is
a representation of the types of deliberate reporting biases and other biases that I noted in
review of the documents made available to me.

        Tables 1-8 for each of the indications (migraine, psychiatric/bipolar disorders,
nociceptive pain, and neuropathic pain) are located in Appendix A. These tables provide
detailed information used to support the statements made in this report, particularly regarding
reporting biases. The tables were developed using the study protocols, internal research
reports, drafts of reports, submissions to journals and publications (including posters, abstracts
and journal articles). In each table, text extracted from available documents is in quotation
marks. My comments are within [square brackets].

Table 1     Table of Citations
            Lists documents summarizing research results of which we are aware for each
            study

Table 2     Summary of Reporting Biases
            Notes key reporting biases observed, comparing published reports to the study
            protocol

Table 3     Comparison of Study Reports by Authors and Funding Source
            Indicates where authorship not properly acknowledged and where new authors
            were added to publications

Table 4     Comparison of Study Reports by Participant Inclusion/Exclusion Criteria
            Notes information about study population, including inclusion criteria, enrollment
            dates, and number of study sites

Table 5     Interventions and Run-in Phase
            Description of intervention, including dosages, use of run-in, design
            characteristics, and length of followup

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

Table 6      Risk of Bias
             Summarizes key trial design and operational items acknowledged to increase the
             risk of bias in clinical trials

Table 7      Primary Outcome and Number of Patients Assessed
             Description of primary outcome and type of analysis performed, including
             whether and when patients were excluded from analyses

Table 8      Comparison of Study Reports by Results and conclusions
             Direct comparison of Results section of report and Conclusions and Discussion
             sections

## 2.1      The "publication strategy" is a key element of Marketing Assessments and the marketing strategy for Neurontin

In its Marketing Assessments, Parke-Davis frequently compared two alternatives for "Neurontin Development" in terms of costs and sales: a "Publication Strategy" and "Full Development" for an indication. The "publication strategy" scenario was discussed in terms of a strategy for increased sales of Neurontin, not in terms of moving medical knowledge forward or of fulfilling an ethical obligation to patients participating in the trials. The publication scenario also frequently noted that in comparable cases publication had resulted in increased off-label use and increased sales.

### 2.1.1      Migraine

The covering memo of the Marketing Assessment summarized a "publication strategy" for migraine, specified to relate to positive findings only:

"The decision is to conduct only publication study(ies) in the U.S. due to the current patent situation in the U.S., limited use of anticonvulsants in the EC, and favorable pre-clinical results in analgesia seen with CI-1008.

The results, if positive, will therefore be publicized in medical congresses and published in peer reviewed journals." (WLC_Franklin_0000081255)

The Marketing Assessment concluded that ..."an indication strategy cannot be justified since an NDA filing would occur close to patent expiration" (WLC_FRANKLIN_0000081278). The recommendation was to pursue a "publication strategy," "It is recommended that the initial studies with Neurontin would be trials for only publication"....with presentation of the data to the American Academy of Neurology during 1Q'98. The full publication in a peer-reviewed journal would require 12 months after finalization of the study, i.e. 3Q-4Q '98. The estimate of market share and sales was provided in terms of time elapsed since initiating the "two publication trial" (WLC_FRANKLIN_0000081279).

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

___

**2.1.2   Psychiatric (bipolar) disorders**

The Marketing Assessment for psychiatric disorders, and specifically bipolar disorder, also implies that publication alone would have the effect of increasing sales:

"- Start an exploratory study in acute mania and highlight the results through peer-reviewed publication and key psychiatric congresses. (WLC_Franklin_0000179644)

 - Start two well designed Phase II trials in panic disorders and social phobia and apply the same publication strategy and congress activity as mentioned above...The use generated by the 3 studies in the US [nb: proposed above] ($0 to $60 million a year when patent extension ends) would largely justify investment in the clinical program...." (WLC_Franklin_0000179644)

This recommendation further implies that positive results would not be required for implementation of the publication strategy,

"In addition, due to the lack of scientific rationale, since Neurontin has a different mechanism of action than the mood-stabilizing anti-epileptics, it is recommended to implement only an exploratory study in outpatients with bipolar disorders with the results highlighted through a peer reviewed publication. Should the results be positive and the patent situations change, a full development program would be considered." (WLC_Franklin_0000179645)

This recommendation to follow a "publication strategy," as described above, is based on an analysis in the section of the Marketing Assessment "Neurontin 'Development'". As with the recommendation for migraine, the recommendation for marketing of Neurontin for bipolar disorder is based on what Parke-Davis views as a successful strategy undertaken by Abbott (presumably to win FDA approval to market Valproic acid):

" This strategy would mirror Abbott's...when only data from the first pivotal study was available. With these results Abbott was able to generate a tremendous interest in the psychiatric community and consequently the use indicated earlier." (WLC_Franklin_0000179658)

The Forecast also implies that the publication strategy would be useful in increasing off label use:

"The first scenario (publication only) is modeled after valproic acid and carbamazepine which both have 17% to 20% of their therapy days derived from off label use in bipolar disorder. It is assumed that Neurontin use would approach 4% to 6% of therapy days in 1999, five years after a positive exploratory trial has been published. (WLC_Franklin_0000179659)

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

---

### 2.1.3   Nociceptive pain

The Marketing Assessment for nociceptive pain focuses on the potential market and regulatory approval/patent issues for combination products and does not discuss a publication strategy per se. (Pfizer_MPierce_0000798)

### 2.1.4   Neuropathic pain

The covering memo of the Marketing Assessment summarizes a "publication strategy" for neuropathic pain, specified to relate to positive findings only:

"The results of the recommended exploratory trials, if positive, will be publicized in medical congresses and published, but there is no intention to fully develop this indication at this point...." (WLC_Franklin_0000166608)

Medical Actions Communications was a company providing strategic marketing and pharmaceutical branding.  A Medical Actions Communications (MAC) Action Report summarized a variety of publication strategy issues discussed at the Neurontin Publications Subcommittee (PSC) meeting held on 18 July 2001 (Pfizer_RGlanzman_0044634), including but not limited to:

•   "Journal and Congress profiling
•   Publications Process Timelines
•   Key Message Development Update"

The Report makes it clear that "publication strategy" in general is a marketing issue:

"The PSC members will then be asked to review the list and indicate which journals and congresses they feel are the top priorities for full profiling". (Pfizer_RGlanzman_0044635)

"MAC updated the PSC regarding the development of key messages, indicating that the branding guide had been received and that it was anticipated that the draft key message list would be circulated to the team by 25-July." (Pfizer_RGlanzman_0044636)

Authorship strategy is discussed as follows:

"The issue of Pfizer authors on Neurontin manuscripts was raised. RG [Robert Glanzman] indicated that he was under the impression that it was Pfizer policy that no Pfizer author should be included on manuscripts....it was suggested that this may not be a global Pfizer policy....The general agreement is that Pfizer employees should not be 1st or last authors and a ratio of >/=3/1 (outside to Pfizer) in authors should be maintained." (Study 945-306 Pfizer_RGlanzman_0044636)

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

---

## 2.2    Reporting and other biases observed

There is ample evidence of *reporting bias* across the studies and indications I reviewed. The most common are also arguably the most insidious, *publication bias, selective outcome reporting*, and *time lag bias*.

Publication was rare when the final study results were "negative". For the indications I reviewed, most of the studies had "negative" findings at the end of the study for the primary outcome (16/21 studies plus substudies).  While 4/5 studies with positive findings were published in full, only 6/16 of the studies with negative results were published and 2/6 of these were published in a format other than full journal article (ie, they would be difficult to locate as individual studies). This provides good evidence of *publication bias*, as well as *location bias*. A deliberate delay in publication of negative results (time lag bias) is evident from memos and emails for a number of studies.

In nearly every case, published studies focused on *analysis of selective populations*, with randomized participants excluded even in the "intention to treat" population.  Manipulation of the numbers included in the analysis ("presentation of selective analyses") results in a form of bias that can easily invalidate study findings, since randomization is destroyed and the design becomes effectively an observational study. The study reports frequently obscured manipulations of the analysis by using terminology that made it appear as if the exclusions were legitimate and by using a variety of terms.  For example, analyses included the following: "efficacy analysis", "intention to treat analysis", "modified intention [or intent] to treat" analysis, "safety analysis", "evaluable patients", "efficacy evaluable population", "safety evaluable population."   Most of these terms do not have a generally agreed definition in the epidemiology, statistics, and clinical trials community. In contrast, "intention to treat" does have a generally agreed definition (analysis of all randomized patients as part of the group to which they were originally assigned–see Section 1.2.2), but this was not applied in the analyses done under this rubric. For example, the Research Report for Study 879-201 says, "In the intent to treat analysis all patients were included who had received at least a single dose of study medication". I observed one additional highly unusual manipulation of the study population. Study 879-201 included two patients treated in an open label fashion with gabapentin as part of the randomized trial data.

By and large, published reports were consistent in accurately stating their *a priori* choice of primary outcome, as described in the protocol. However, more focus was frequently placed on secondary outcomes, especially in the conclusion sections of the abstracts and full length articles.  Focus on statistically significant outcomes, that is, *selective presentation of analyses*, regardless of whether the findings were clinically significant or whether the findings were seen for only a few time points or quality of life domains, is a form of selective outcome reporting or undue weighting of an outcome.  In most cases, even the statistically significant results obtained would be considered unreliable because of potential bias related to exclusions from the analysis.

Published reports from studies of Neurontin frequently placed undue weight on an outcome.  This form of *selective outcome reporting* bias is particularly insidious in that it takes

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

advantage of the fact that most clinicians are untrained in recognizing and understanding most forms of bias and have little time to devote to reading an article in detail. There are several opportunities for undue weight on an outcome in a conference abstract or article.  In the Results section, more space can be devoted to outcomes the authors want to emphasize, and additional confirmatory analyses can be presented at length. In the articles I reviewed, the primary outcome was frequently presented summarily, with more emphasis placed on positive secondary outcomes.  The Discussion section offers the opportunity to provide a rationale for negative findings and to emphasize positive findings. In the studies I reviewed, a rationale for negative results (for example, high response rate in the placebo group) was frequently invoked and repeated in subsequent articles, in turn providing an explanation for undesirable findings that could be cited by the medical community.

The Conclusions section of the abstract and of the article itself is arguably the most important place in an article to place undue weight on an outcome, because readers may look at only this section. This opportunity to *reframe* or "*spin*" the results was almost always used, at times diverting meaningfully from the truth.

When emails were available, I observed evidence of *ghost authorship* by a company engaged in medical writing.  Only rarely was the writing by an unnamed author even acknowledged.  In the cases observed, the ghost authors were frequently asked to "spin" or frame the message.

*Citation bias* was an important component of the overall strategy used by Pfizer to promote the desired message of Neurontin efficacy. For example, I observed several examples of citing only studies with positive results, or of implying the cited studies all had positive findings when they did not.  Perhaps the most egregious example of citation bias is a selective pooled analysis (meta-analysis) of Neurontin data (Backonja 2003).

The following sections will highlight specific instances of reporting biases in each of the studies reviewed, organized by indication.

## 2.2.1  Migraine

All three migraine studies (879-201, 945-217, and 945-220) obtained negative results for the primary outcome examined. One study (879-201) published preliminary results only. Another study (945-217) was not published.  And the third study (945-220) was published in both abstract and full journal article form.

Table 1 summarizes my assessment of the reporting and other biases present in the migraine studies. Multiple reporting biases are present and it appears data have been manipulated by re-defining the primary outcome. Three studies were conducted but the final results were only published for one (Mathew).  The final results for all three studies were negative. Nevertheless, positive preliminary results were published for one study, and one study was published in full, after a long time lag.  In this study (945-220), statistically significant primary results were presented in the article and this was not consistent with the findings in the research report. It appears this positive result was obtained by redefining the primary outcome

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

as it applied only to a select group of patients (those who had received a stable dose of 2400 mg/day). Thus, the number analyzed in the Neurontin group was greatly reduced from the number randomized.

**Table 1.  Migraine:   Reporting and other biases**

| Study | Article(s) | Bias | Example |
|---|---|---|---|
| 879-200 | Wessely 1987 | Publication bias | Final negative primary results not published, only positive preliminary results |
| | | Selective outcome reporting | Outcome reported was not primary or secondary outcome |
| | | Selective statistical analyses | Two nonrandomized patients assigned Neurontin were included with randomized. Reported numbers "investigated," failed to report number randomized |
| | | Spin | Emphasis on "positive" outcomes other than the primary outcome (ie, cumulative distribution of percent change) |
| 945-217 | None | Publication bias | Final, "negative", results not published |
| 945-220 | Mathew 2001 | Selective analyses | Reported only analysis with major patient exclusions. Definition of "evaluable patients" in publication different from research report, for the primary outcome |
| | | Primary outcome redefined in publication | Primary outcome changed to reduce number of evaluable patients, result is that p-value and findings in research report are not the same as publication |
| | | Multiple publication | The 2 conference abstracts, presented at different times, are nearly duplicates. Neither cited the other abstract |
| | | Time lag bias | Three years to publication from end of study |

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

| Study | Article(s) | Bias | Example |
|---|---|---|---|
| | | Citation bias | No mention of other negative results (eg, Wessely 1987, 945-217) |
| | | Spin | Conclusions do not match actual study findings per research report |

### 2.2.2   Psychiatric disorders - bipolar

Table 2 summarizes my assessment of the reporting and other biases present in the psychiatric disorders/bipolar studies. Two of the three studies of Neurontin for bipolar disorders had "negative" results for the primary outcome, and all three were published. The study with "positive" results used an open label design which is not useful for determining efficacy. The bipolar publications were marked by extensive spin and misrepresentation of data.  One method of spin was to provide an extensive rationale for negative findings, which would establish a counter argument that could be more broadly employed in the community. Misrepresentation of data was most obvious for study 945-291 in which a different outcome measure (Clinical Global Impression scale for Bipolar Illness, Modified) was reported in the publication than what was described in the protocol and research report (Clinical Global Impression of Severity).

**Table 2.    Psychiatric disorders - bipolar:   Reporting and other biases**

| Study | Article(s) | Bias | Example |
|---|---|---|---|
| 945-209 | Pande 2000b | Location bias | Published in a journal with circulation of 455, in contrast to Study 945-203 (social phobia article), which was published in a journal with circulation of 8,000 (PFIZER_LKNAPP_0026006). Not distributed to physicians in same manner as social phobia articles (WLC_CBU_134928) |
| | | Time lag bias | Three years to publication from end of study |
| | | Citation bias | Did not cite Guille, published during same time period [Guille C, Demopulos CM, Shriver AE, Sachs GS. American Pain Association. 1999] |

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

| Study | Article(s) | Bias | Example |
|---|---|---|---|
| | | Possible misrepresentation of data | The values differed for difference from baseline scores (YMRS and HAM-D outcomes) between the letter to investigators and the journal publication |
| | | Spin | Extensive rationale for negative findings in letter to investigators and the journal publication |
| 945-291 | Vieta | Selective outcome reporting | Outcome reported was not primary or secondary outcome |
| | | Selective analysis | Analysis excluded approximately half of patients randomized, including for reasons such as "lack of efficacy" (though article claimed ITT) |
| | | Misrepresentation of data | Research report findings do not agree with publication |
| | | Spin | Discussed the lack of statistical significance of secondary outcomes (patient-rated) to support significance found with primary outcome (physician-rated) as indication of longer-term benefits reflected by the primary outcome |
| | | Design bias | Primary outcome variable based on physician report: change at 12 months in Clinical Global Impression Scale, a physician-rating instrument |
| | | Design bias | Opportunity for manipulation of randomization: the randomization was generated by sponsor prior to use of SAS software. No attempt to conceal allocation was mentioned |
| 945-250 | Wang | Spin | Despite no group for comparison, article states "adjunctive GBP is effective" |
| | | Design bias | Open label trial of Neurontin added to current psychotropic regimen |

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

2.2.3   **Nociceptive pain**

Table 3 summarizes my assessment of the reporting and other biases present in the studies of nociceptive pain. None of the five+ studies of Neurontin combined with other analgesics for nociceptive pain showed a statistically significant benefit of Neurontin when it was added to either naproxen or hydrocodone. And none of these studies, all with negative results, were published. When a statistically significant benefit of a Neurontin combination regimen *was* found to be beneficial compared to placebo, it was apparent that the beneficial effect was due to the naproxen or hydrocodone not the Neurontin.  For example, both Neurontin 250/naproxen 250 and Neurontin 125/naproxen 250 were significantly more effective than placebo in terms of pain relief for dental pain.  Nevertheless, Neurontin 250 alone and Neurontin 125 alone were not more effective than placebo.  Firthermore, both Neurontin 250/naproxen 250 and Neurontin 125/naproxen 125 were more effective than Neurontin 250, indicating that the naproxen (even at a lower dose), not Neurontin, is the effective agent in the combination regimen.

Of interest is the fact that 1032-001 NPN 550 had 79 patients and other groups had about 50 patients. Similar numbers were proposed in the protocol, yet it is not clear how this was achieved from the description of the randomization.  These numbers and the protocol description suggest that allocation to group may not have been concealed, effectively negating the goal of randomization, to minimize selection bias.

**Table 3.  Nociceptive pain:   Reporting and other biases**

| Study | Article | Bias | Example |
|---|---|---|---|
| 1032-001 (Post-op dental pain) | None | Publication bias | Neurontin added to naproxen did not significantly increase pain relief over naproxen alone |
| 1032-002 (Acute osteo-arthritis pain of the knee) | None | Publication bias | "…no treatment group (GBP125/NPN250, GBP125, NPN250, or NPN550) was significantly different from placebo on the primary efficacy endpoint, the SPID6... No differences between GBP125/NPN250 and NPN550 were detected." |

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

| Study | Article | Bias | Example |
|---|---|---|---|
| 1032-003 (open label extension of 1032-002) | None | Publication bias | "Because earlier double-blind trials showed no strong superiority of GBP125/NPN250 over NPN550, the study was terminated prior to completion." "Efficacy data and all other data were not summarized." |
| 1032-004 (Protective effects of Neurontin on naproxen sodium-induced upper gastro-intestinal mucosal injury) | None | Publication bias | "At the doses studied, GBP [gabapentin] in combination with NPN [naproxen sodium] did not provide a protective effect from NPN-induced mucosal injury as measured by endoscopy." |
| 1035-001 (Post-op dental pain) | None | Publication bias | Overall, the analgesic effect of [Neurontin and hydrocodone] treatment was similar to [hydrocodone] treatment alone. Acetaminophen + hydrocodone significantly better than all treatment groups |
| 1035-001 Addendum-B (Post-op dental pain) | None | Publication bias | No differences between groups were statistically significant |

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

| Study | Article | Bias | Example |
|---|---|---|---|
| 1035-002 (Pain following major orthopedic surgery) | None | Publication bias | "The GBP250/HC10 group did not significantly outperform the HC10 group on any of the efficacy measures examined." |

## 2.2.4   Neuropathic pain

Table 4 summarizes my assessment of the reporting and other biases present in the studies of neuropathic pain. Four of the nine randomized trials conducted for treatment of neuropathic pain had negative findings, and seven were published, four with "positive" and three with "negative" results.  As with all the trials I reviewed, selective analyses (ie, no intention to treat analyses, despite the company's saying so) could explain any positive findings observed.  So even the studies with positive findings are suspect. Published studies with negative findings were presented with considerable "spin" and misrepresentation of data.

In addition, it is likely that a *design bias* was present in Neurontin trials, at least for studies in which Neurontin was titrated to high doses.  As seen in various documents (see Section 3.5), there is a high probability that patients and physicians were unblinded by adverse events in patients, especially those on high doses of Neurontin. Since the primary and other outcomes in the trials were entirely subjective, unblinding could have led to positive findings favoring Neurontin. The likelihood of unblinding is covered in Dr. Jewell's report.

**Table 4.  Neuropathic pain:   Reporting and other biases**

| Study | Article | Bias | Example |
|---|---|---|---|
| 945-210 | Backonja | Selective analyses | Analyses to examine possible association of side effects and primary outcome, requested by those outside and inside company, were not produced |

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

| Study | Article | Bias | Example |
|---|---|---|---|
| | | Design bias | Investigators aware that CNS side effects at high doses could unmask patients to active intervention, potentially biasing self-reported response. (This possibility was demonstrated to be highly likely, see expert report by Dr. Nicholas P. Jewell) |
| 945-224 | Reckless | Publication bias | Final primary results not published in full article |
| | | Selective outcome reporting | Secondary outcomes reported (in selective meta-analysis) with greater emphasis and conclusions based on secondary outcomes |
| | | Selective analysis | Study's findings used in selective meta-analyses by another author (Backonja 2003) to show overall effectiveness |
| | | Time lag bias | Internal memos indicate company delayed publication |
| | | Ghost authorship | Both drafts written by unacknowledged commercial source to include "key messages" |
| 945-271 | POPP | Publication bias | Negative results never published in full |
| | | Spin | Discussion and conclusions focused on positive outcomes despite negative findings for primary outcome |
| 945-276 | Caraceni | Misrepresentation of facts | Inaccurate reporting of dates of enrollment (start/end) In Research report: May 1999/June 2002; In Caraceni 2004: August 1999/May 2002 |
| | | Misrepresentation of facts | No description of allocation concealment in Research Report, yet described in publication |

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

| Study | Article | Bias | Example |
|-------|---------|------|---------|
| | | Misrepresentation of facts | Patients included in ITT analysis defined differently in Research Report and publication |
| 945-306 | Serpell | Selective analysis | Use of transformation to obtain statistical significance; outcomes significant only for selected time points, not at time point specified in protocol; effectiveness in post-herpetic neuropathy population influences overall result. |
| | | Selective analysis | Analyzed populations were different from those presented in protocol |
| | | Citation bias | Citation of only positive findings in a conference poster |
| | | Ghost authorship | Full length article written by hired medical writers (Synergy) |
| | | Spin | Negative findings reported to sound positive |
| | | Design bias | Excluded patients who were "non-responders" to gabapentin in the past resulting in a selective study population |
| 945-411 | Gomez-Perez | Citation bias | Cited Gorson and Serpell as positive findings |
| | | Ghost authorship | Companies thanked in acknowledgments but not named authors |
| | | Design bias | Compared "effective" dose (Backonja) to "ineffective" dose (Gorson) |
| | | Design bias | Open label |

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

| Study | Article | Bias | Example |
|---|---|---|---|
| | | Design bias | Investigators aware that central nervous system (CNS) side effects at high doses could unmask patients to active intervention, potentially biasing self-reported response. (This possibility was demonstrated to be highly likely,  see expert report by Dr. Nicholas P. Jewell) |
| A945-1008 | No publication | Publication bias | Statistically significant but not clinically significant results (difference in pain score = -0.765) |
| Number unavail-able | Dallocchio | Citation bias | Did not cite Morello, a randomized trial published one year before and showing no evidence of benefit |
| | | Design bias | Open label, designed to counter Morello (Pfizer_RGlanzman_0040034) |
| Number unavail-able | Gorson | Location bias | Final (negative) results were published as Letter to the Editor and conference abstract/poster |
| | | Time lag bias | Internal memos indicate company delayed publication |
| | | Spin | Conclusions modified between draft sent to Magistro (WLC_Franklin_0000100279) and draft circulated internally by Magistro (WLC_Franklin_0000088375). Also, comments on why the study found negative results are different between the two drafts. In addition, conclusions differ between conference abstract, Gorson 1998 and letter to editor sent by Gorson 1999 |

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

**3.      Case studies of suppression and "spinning" of study results**

The following case studies provide a narrative description and sequence of events related to reporting biases associated with five specific Pfizer-sponsored studies. I have used internal emails and memos available to me as a source of information, in addition to documents such as the protocol, research reports, and the Marketing Assessment, as needed. Exact quotations are provided with the source document referenced in parentheses. Taken both individually and together, these cases reflect clear intent to suppress information, deceive the medical community, and manipulate messages regarding the results of biomedical research. This represents a distortion of knowledge that is inexcusable and unethical.

**3.1     Study 945-224 (Reckless)**

Study 945-224 is an example of suppression of negative results (publication bias), multiple forms of selective outcome reporting, spin, time lag bias, ghost authorship, and a form of citation bias.

Study 945-224 was a multicenter, placebo controlled trial, conducted at 59 sites in the UK, France, Germany, Italy, Spain, and 2 in South Africa, comparing three doses of Neurontin® for treatment of neuropathic pain.  Statements in the informed consent document that those enrolling would benefit others by their participation were carefully made:

> "Information gained in this study may eventually benefit other persons with painful diabetic neuropathy." (RR 720-04130 p.259)

The studied period was May 1998 to September 1999.  No statistically significant differences were observed between any of the three Neurontin dosage groups and the placebo group for the primary endpoint (mean pain score). Several secondary outcomes were statistically significant, depending on the dosage group.  After study completion, the company sent investigators a 3-page "Summary of Results from Study 945-224 (International Diabetic Neuropathy Dose-finding Study)," dated 8 March 2000. (Pfizer_LeslieTive_0020979)

On 18 April 2000, Dr. Reckless, a UK investigator in the 945-224 study,  complained to the Clinical Trials Monitor for Parke-Davis about failure to publish the study.  Parke-Davis staff communicated with one another about his concern and planned for next steps in a series of emails. These emails indicate a plan to delay and even suppress publication.  For example,

- "I don't think we should be too hasty with this request," and
- "I agree with your answer. Although I would love to publish SOMETHING about 945-224, Donna McVey made it very clear that we should take care not to publish anything that damages neurontin's marketing success." and
- "It probably needs someone locally to go back to him and explain why at this time point we will not be publishing the data.  Also, it would be the ideal opportunity to present him with our UK study results, confidentially as someone valued in the diabetes area? ...I agree that until we have our action plan we don't phone him to tell him that." (Pfizer_TMF_CRF_015316)

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

A Parke-Davis representative met with Dr. Reckless June 19, 2000, where Dr. Reckless presented his views on the reasons the study results should be published. These included his own explanations for the nonsignificant findings, high satisfaction with Neurontin among clinicians, the fact that the clinical community was expecting results, and ethical arguments favoring publication.

> "He was pleasant enough throughout the meeting, although I didn't miss the veiled threats in his words – if we don't publish, they will (an option that doesn't reflect well on the investigators or ourselves).  I feel he had some very valid points and that any publication would take time to make it into the public domain (ie, it would be too late to affect the launch period).  It would be a publication that the MLE's could handle and train the reps on but clearly it would need to be carefully written." (Pfizer_TMF_CRF_015320)

> A response from Beate Roder (Senior Clinical Scientist [Germany], Pfizer GmbH) said,

> "I am glad that Dr. Reckless has a positive view of the study results and that he agrees with our line of reasoning as to explanation of the negative outcome.
> If there is no threat to the marketing of gabapentin or maybe even some benefit (to correct misperceptions about the negative outcome), it might be worth pursuing a publication in my mind." (Pfizer_TMF_CRF_015319)

> A response from Sean Buckland (Senior Regional Medical & Research Specialist [UK], Pfizer Ltd) noted,

> "..We would need to have 'editorial' control, but would certainly involve Dr. Reckless in the process, asking for his expert comment." Pfizer_TMF_CRF_015314).

This suggestion was met with a rebuff, reminding Parke-Davis staff that "PD has ownership of the data." Internal communications make it apparent that decision-making on publication was in the hands of marketing, not those doing the clinical research. "Dave is finding out through International marketing their intentions on publication and money to do this...." (Pfizer_TMF_CRF_015314)

> By August 2000, after Pfizer had acquired Parke-Davis, a decision had been made to publish 945-224, with a UK company, Synergy, writing the manuscript, and Dr. Reckless serving as lead author.  From Michael Rowbotham on September 11, 2000:

> "Overall the study was not positive in terms of efficacy but there were some positive aspects of the secondary measures". (Pfizer_LCastro_0002679)

Publication would be allowed to proceed under the following conditions:

- "What is critical is that -224 is <u>NOT</u> submitted to any publication until we know WHEN the 2 UK studies are going to be published."

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

- "This will allow us to ensure that 224 is not published before the UK studies." "We must delay publication of -224, as its results were not positive" (Pfizer_LCastro_002680)

- "I think that we can limit the potential downsides of the 224 study by delaying the publication for as long as possible and also from where it is published. More importantly it will be more important to how WE write up the study. We are using a medical agency to put the paper together which we will show to Dr. Reckless. We are not allowing him to write it up himself." (Pfizer_LeslieTive_0020985)

The company sent another letter to investigators describing 945-224 findings dated 14 November 2000.  This investigator letter differed from the letter sent 8 March 2000 , in that the results were interpreted more positively. Certain messages were written in bold; a reader focusing on the messages in bold could easily miss the message that the results were negative for the primary outcome variable, instead linking the word "primary" with statistically significant findings related to other measures.

"...unfortunately none of the gabapentin treatment groups showed statistically significant efficacy for the treatment of painful diabetic neuropathy, if judged by the **primary** outcome parameter....Therefore, the minimal effective dose of gabapentin could not be defined in this study.

However, the **1200 mg/day gabapentin group** showed **statistically significant results** compared to placebo for **the responder rate**..., the **weekly mean sleep interference score**, the **Clinical Global Impression of Change** (CGIC), and 5 domains of the SF-36, indicating an improvement in **quality of life**.....Furthermore, there were several patients who became **totally pain-free**, but there was no totally pain-free patient in the placebo group.  In addition to that, an exploratory analysis showed a significant difference between the 1200 mg/day gabapentin and placebo group when pain scores, sleep interference scores, and the 8 items of the SF-36 from end of the double-blind treatment phase were combined to a global test statistic. (Pfizer_LeslieTive_0020982)

By November 13, 2000, a revised draft manuscript had been sent from Synergy to Pfizer and further revisions were requested by Pfizer:

"please find attached some minor changes we would like to make to the revised draft....These changes mainly concern wording in the statistical section...I will then forward a copy of the draft publication to Dr. Reckless for review (in close co-operation with Dr. Uzman Azam)." (Pfizer_LeslieTive_0020922)

Key suggested changes in the revised Abstract were likely to change the reader's interpretation of at least one outcome:

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

---

"further improvements were seen in the four-month open-label phase in terms of mean pain scores, mean sleep interference scores, and ~~two~~ most of the SF-36 domains." (Pfizer_LeslieTive_0020927)

In addition, inappropriate emphasis was added:

"Conclusion: The evidence from secondary endpoints indicates that patients receiving gabapentin 1200 mg experience an overall benefit from treatment despite the lack of a signficant effect on pain scores." (Pfizer_LeslieTive_0020927)

Despite these changes, Pfizer was still not anxious to publish. Angela Crespo  (Senior Marketing Manager [Major Markets], Pfizer Worldwide Marketing, Pfizer Pharmaceuticals Group [PPG]), sent the revised manuscript draft to Leslie Tive  (Neurontin Medical Team Worldwide Leader, Pfizer Medical and Regulatory Operations, PPG) with a comment:

"This is the negative study we were talking about....As you can imagine, I am not in a hurry to publish it." (Pfizer_LeslieTive_0020922).

The final version of the manuscript, ready for submission to *Diabetic Medicine*, was sent to Leslie Tive and others on 12 January 2001. She circulated a comment that her "instinct would be to continue to wait" [on the manuscript submission], until after acceptance of the UK studies (225 and 226), currently undergoing a second rewrite following a rejection by the *BMJ*. (Pfizer_LKnapp_0053962)

Delay was further recommended in a Medical Actions Communications (MAC) Action Report, dated 18 July 2001 (Pfizer_RGlanzman_0044634):

"The team agrees that this study should not be pushed for publication."

The manuscript was submitted to *Diabetic Medicine* 14 February 2002 (Pfizer_LeslieTive_0020885) and a successful upload confirmation was sent on 11 March 2002. (Pfizer_LeslieTive_0020884). The covering letter sent with the submission emphasized, to an extent which I find dishonest, the study's positive results:

"The study reported in this manuscript examined the efficacy, dose response characteristics, and tolerability of gabapentin for the symptomatic relief of painful diabetic neuropathy.  The results obtained reveal that gabapentin has significant beneficial effects on responder rate, weekly mean sleep interference score, Clinical Global Impression of Change, and several domains of quality of life. These results are consistent with those seen in previous trials and further establish gabapentin as a useful and well-tolerated treatment option for painful diabetic neuropathy." (Pfizer_LeslieTive_0020885)

In an email dated 13 May 2002, *Diabetic Medicine* rejected the 945-224 manuscript, with an invitation to resubmit after responding to reviewer comments.  Reviewers comments included concerns about company bias and inappropriate statistics:

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

"As stated by the statistical advisors, the quality of the statistics appears to be poor, and hence the conclusions are not justified....The authors are advised to perform an appropriate statistical analysis which should allow them to draw a less biased interpretation..." (Pfizer_Leslie_Tive0020881)

"First, I believe the stat section should use the Bonferroni correction....With this redo of the data, it is probable that NO statistical measures were positive. Thus, this trial would be considered a failure and the paper rewritten accordingly....Third, there are many areas of company bias that need elimination." (Pfizer_LeslieTive_0020882)

The statistical reviewer also raised the concern that some groups appeared to have been combined (ie, the 1200 and 2400 mg/d groups for sleep interference score) and 'very much' and 'much improved' in Figure 3.  Combining data for two categories would be one way of manipulating data to obtain desired results and should not be done unless the collapsing of categories were proposed *a priori* for a specific reason, or was done consistently across all analyses, or was done for exploratory purposes.  It would not be done inconsistently, for example for a single outcome or analysis. (Pfizer_LeslieTive_0020883)

The peer reviewers were also concerned about inconsistencies across the study data and in comparison with the US study (945-210), where the mean effective dose was found to be 1800 mg.  They were concerned that only the middle dose (1200 mg) appeared to have a beneficial effect, and yet was associated with the fewest adverse effects and the lowest dropout rate. For example, why was the lowest dose (600 mg) associated with the worst of all outcomes including adverse events, even worse than placebo? A reviewer raised the issue that investigators or patients may possibly have been unblinded to a treatment being taken by a given patient if that patient experienced one or more adverse events, and this may have influenced their assessment of study outcomes, all of which were subjective. (Note that this issue was also raised for Study 945-210, and would have been a consideration for all studies of Neurontin, particularly those in which high dosages were administered). (Pfizer_LeslieTive_0020882)

On 21 October 2002, Pfizer submitted the manuscript to *Diabetologia*, a second journal. The cover letter was essentially identical to that sent to *Diabetes Medicine*,  including the inappropriate and perhaps dishonest summary of findings noted earlier. (Pfizer_LeslieTive_0020844). In addition, neither the *Diabetologia* or *Diabetes Medicine* manuscripts, nor the cover letters acknowledged the ghost authorship by Synergy (the company providing the manuscript preparation). The manuscript was rejected 14 November 2002. Reviewer comments included:

- "I am concerned as to whether these patients really did have painful neuropathy"
- "Why did the authors elect to do a 7-week study which seems rather short?"
- "There is no apparent dose-response curve"
- "No change in VAS or PPI normally gold standard measures of therapeutic efficacy in clinical trials of pain"
- "Is there a benefit in sleep scores, is this as a consequence of the side effect somnolence?"

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

- "Why did only 67 patients continue in the open-label study? If the drug is truly effective would you not expect more patients to have gone to open label." (Pfizer_LeslieTive_0020843)

     Email correspondence (13 December 2002) between Pfizer Marketing and the company providing the manuscript preparation indicates that the article remained a low priority at Pfizer:

     "By the way, Christine, from a MKT point of view we are not interested at all in having this paper published because it is negative!! So don't put this as a high priority on your list...." (FAL_007964)

     Elizabeth Mutisya (Neurontin Medical Director [Major Markets], Pfizer Medical and Regulatory Operations, PPG), informed Beate Roder that it would not be possible to work with the medical writers any more on revising and submitting an article (February 3, 2003) and Dr. Reckless was asked soon thereafter for a decision on whether or not he would like to pursue publication any further.

     "...given our limited budget for Neurontin this year, and the number of projects Fallon Medica is currently handling for us, the agency will not be able to take the lead in revising the manuscript again.  Dr. Reckless will have to take the lead this time." (Pfizer_LeslieTive_0020838)

     Emails within Pfizer indicated that Dr. Reckless would need to take the lead on revisions. He requested copies of all previous submissions, statistical analyses, and references. The previous submissions and references (only) were sent 11 February 2003. (Pfizer_LeslieTive_0020837)

     Ultimately, results from the trial were not published as a stand alone paper, but were incorporated into a selective pooling of data from three Pfizer studies of painful diabetic neuropathy; the paper was submitted 14 October 2002 and published in 2003 with a Pfizer-associated investigator and Pfizer co-author (Backonja M and Glanzman R. *Clinical Therapeutics* 2003; 25:81-103). The article emphasized the positive findings of study 945-224 and provides a possible explanation for the negative findings. The data from three studies of painful diabetic neuropathy (Pfizer studies 945-210, 945-224, 945-306) were pooled and showed an overall statistically significant benefit on "the efficacy of gabapentin in diabetic neuropathy" compared to placebo for doses $\geq$1800 mg (see Table 5 of article).  The article refers regularly to the "efficacy" of gabapentin, and the "most efficacious dose" even though these were not primary outcomes nor were they clearly defined. The text notes that "patients treated with gabapentin did statistically better (lower mean pain scores at end point; P< 0.001) than patients who received placebo...." (Pfizer_LeslieTive_0038526).  This article does not follow standard methods for performing a systematic review (Egger et al 2001), and its methodology is unclear. Although it is written authoritatively, it would not be considered to be a reliable source of high quality research evidence.

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

3.2    **Study 945-271 (POPP)**

Study 945-271 is an example of suppression of negative results (publication bias), time lag bias, and "spin".

Study 945-271 (POPP) was a multicenter crossover trial conducted between November 1998 and November 2001 at 9 centers in Sweden, Denmark, Finland, and Norway.  The study aimed to evaluate the efficacy and safety of gabapentin compared with placebo for symptomatic relief of neuropathic pain due to peripheral nerve injury. The primary efficacy outcome was daily pain intensity (a 0-100 score, where 0 is no pain) recorded on awakening and evening. Secondary outcomes were sleep interference (how much did pain interfere with sleep, recorded using a visual analogue scale of 0 to 100), the SF-36, pain relief (measured by two questions), clinical global impression of change (CGIC), and patient global impression of change (PGIC), and safety outcomes. The Final Report notes one "publication" emanating from the research, a poster presentation we were unable to locate (*Gabapentin in chronic peripheral post-operative and post-traumatic neuropathic pain. T Gordh et al. Poster presentation at IASP, August 2002, Abstract p 406-407).*

Gabapentin did not reduce mean pain intensity score compared to placebo, but a statistically significant benefit was found for some secondary outcome variables. The Final Report (dated 2003-03-07), section titled Efficacy Results, states:

"Thus, no difference between the treatments could be seen, p=0.16"
(Pfizer_LCastro_0043359)

Yet the Discussion and Overall Conclusions of the Final Report states:

This study indicates that gabapentin treatment may be of benefit for patients with neuropathic pain. Although the primary efficacy variable did not reveal any difference in pain reducing effect of gabapentin as compared with placebo, a variety of secondary outcomes did so....In conclusion, this study indicates that gabapentin may be of benefit for patients with neuropathic pain." (Pfizer_LCastro_0043329)

Study 945-271 included a substudy (ie, it was part of the larger POPP study) conducted at 4 of the 9 sites, with a purpose of examining the effects of gabapentin on hyperalgesia and allodynia, on pain evoked by cold, touch and pinprick in patients with neuropathic pain due to peripheral nerve injury. According to the Final Report, no publication emanated from this study either. No benefit of gabapentin was observed for any of the tested variables. The Final Research Report for the substudy (dated 2003-09-18) concludes:

"In conclusion, the results from this sub-study could not reveal any difference between placebo and gabapentin, a finding that may be misleading due to the low number of patients studied and the complexity of the study...." (Pfizer_LCastro_0027137)

Email correspondence in September 2001 indicates that Pfizer aimed to manage publication decisions (ie, establish explanations for negative results, possibly combine data

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

---

from the main study and substudy, and delay publication) in view of the negative results for both the main study and the substudy. The following suggestions were made:

•        Propose possible explanations for lack of observed efficacy, and possible post-hoc analyses to look for differences between groups

•        Wait for substudy to be completed and include those data "if we want to avoid the appearance of 'handpicking' which data we present....The delay created by completion of the substudy would allow us to optimise timing between the release of the two studies.  At the next Publications Subcommittee Meeting, we need to discuss how we would like the results to be disseminated.  The investigators are open to our suggestions.  My initial thoughts...IASP might be a good venue for an abstract. We can see if they are still interested in a journal submission after that." (Pfizer_LeslieTive_0076418)

•        "...Of course these kind of things can always be a delicate issue, but I am sure that everyone can appreciate our desire to "take our time" to review it carefully."

•        "I assume that we would like to maximize the time interval between the Reckless paper and the POPP study" (Pfizer_JMarino_0000809)

And, an email from Kirk Taylor (Lyrica Medical Team Leader, Pfizer Medical and Regulatory Operations, PPG)  to the Pfizer group noted that comments made by the Nordic investigators indicated current perceptions that were of concern.. For example, he noted,

"...the negative halo about Neurontin's efficicay and the negative POPP study....This perception must be corrected in terms of DPN and PHN. Journal clubs with OL's [opinion leaders] and internal people may help." (Pfizer_LeslieTive_0076417)

He also noted concerns about possible adverse events (visual field loss) in the eye and that:

"a perception was borne as to the frequency of such event". (Pfizer_LeslieTive_0076417)

Elizabeth Mutisya also noted that the Nordic investigators believe that "we had a minimally effective drug" and that some were concerned about the possibility of visual problems, "the conclusion being that we had a slightly effective drug with significant risks".  She concludes by noting the opportunity to obtain the desired study results (design bias) as well as suppression of negative results:

"The choices are to do nothing (and hope that our competitors don't notice the negative -224 study and this study) or to proactively design a study based on our experiences that may provide better results. Both negative studies will likely be in the public domain in 2002." (Pfizer_RGlanzman_0040034)

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

It appeared from all the documentation that I reviewed that Pfizer was successful in suppressing full publication of final results of Study 945-271.

## 3.3    Study 945-306 (Serpell)

Study 945-306 represents a particularly interesting example of selective outcome reporting, citation bias, and ghost authorship. In this case, Pfizer also learns the identity of a peer reviewer for a submitted manuscript and establishes a relationship intended to be useful in the future.

Study 945-306 was a randomized clinical trial conducted at 32 centers in the UK and two in Ireland,1999-2000, evaluating the efficacy and safety of gabapentin up to a maximum dose of 2400 mg/day compared to placebo in relieving symptoms of neuropathic pain, for a wide range of neuropathic pain syndromes. The primary efficacy measure was weekly mean overall pain scores from the daily pain diary (11 point Likert scale), secondary outcomes were weekly mean pain scores for four pain symptoms from the daily pain diaries, Short Form- McGill Pain Questionnaire, Clinical and Patient Global Impression of Change and the SF-36. The results showed statistically significant differences between gabapentin and placebo for the primary outcome weekly mean pain score, but only for weeks 1, and 3-6, not in weeks 7 and 8, the final weeks of the study. None of the individual pain symptoms showed a significant difference at the end of treatment, but there was a treatment effect seen for some of other variables at the end of treatment.

Furthermore, examination of these and other data at a meeting of consultants September 6, 2001 at the Crowne Plaza in Ann Arbor, Michigan, hosted by Pfizer to discuss securing [from the FDA] the broad neuropathic pain indication, indicates that the consultants believed that the statistical significance in Study 945-306 could be explained by effectiveness for post-herpetic neuropathy (PHN), and that there was no supporting evidence for a broad neuropathy pain claim. (Pfizer_LKNAPP_0050385)

"...the evidence is not convincing to support a broad neuropathic pain claim. Opinion on the Neurontin neuropathic pain package is that neither the FDA nor the Advisory Committee is likely to agree that adequate evidence is provided for a broad indication. New analyses/data not only do not support a broad claim, they provide evidence to the contrary to a broad indication."

"...Statistical significance in 945-306 is predominantly the result of the PHN patients (in addition to a small number of DPN patients) in the study. (Pfizer_LKNAPP_0050386)

The first attempt at publication was submission to the *BMJ*, but the manuscript was rejected.

An internal document (Pfizer_LeslieTive_0020632) states that rejected BMJ papers cannot be resubmitted, and that the referee identity is known (Henry McQuay from Oxford Pain Research Group) since it is an open peer review system.  The referee was concerned about:

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

- "Exclusion criteria: The referee was grieved by the fact that patients who had previously had little or no response to gabapentin were excluded from the trial. He felt this to be a source of bias.
- Analysis of the gabapentin group as a whole rather than the three separate dose groups.
- 'Badging' of the trial. The referee felt that named authors are from the sponsoring company and that this put an overtly company favourable spin on the paper." (Pfizer_LeslieTive_0020631)

The proposed strategy was to:

- Revise and resubmit to *Pain*.
- "Contact Henry McQuay - We have very good relationships with this individual and we can reassure him that most of his comments will be incorporated. This action is important as it is highly likely that he will review these papers in his capacity as the world authority on pain and clinical trial methodology." (Pfizer_LeslieTive_0020632)

The second publication attempt, a submission to *Pain* (submitted 10 April 2001, revised and resubmitted 28 June 2002) was successful and an article was published later that year (Serpell MG, Neuropathic Pain Study Group. *Pain* 2002;99:557-566. The results were carefully described and conclusions were presented as positive in the Abstract:

> "Over the 8 week study this score decreased (ie, improved) by 1.5 (21%) in gabapentin treated patients and by 1 (14%) in placebo treated patients (P=0.048, rank-based analysis of covariance). Significant differences were shown in favour of gabapentin (P<.05) for the Clinician and Patient Global Impression of Change, and some domains of the Short Form-McGill Pain Questionnaire....This study shows that gabapentin reduces pain and improves some quality-of-life measures in patients with a wide range of neuropathic pain syndromes."

The article's text also presented a positively presented conclusion, obscuring the negative findings.

As noted in Section 1 of this report, research has shown that conclusions frequently do not match study results in journal articles (Barnes and Bero 1998) and this mismatch is disproportionately found in industry-sponsored studies (Yank 2007; Gøtzsche 2006; Als-Nielsen et al 2003). There is evidence from internal Pfizer memos that there was a deliberate action on Pfizer's part to spin the results of Study 945-306.

A letter to the editor of *Pain* (dated 22 November 2002) indicated that at least one reader believed that the conclusion of reduction in cardinal symptoms of neuropathic pain was not valid, in part because it did not correspond to the data observed (FAL_007867 , FAL_007868, FAL_007869 and FAL_007986).

Communication between Medical Action Communications and Pfizer Marketing indicated they recognized that the findings did not support the efficacy of gabapentin, and

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

worked to find language for two poster presentations that included data from study 945-306 (Backonja 16792.pdf, Serpell 16889.pdf) that would "spin" the findings positively (note subject line on emails):

"To: Crespo, Angela (Pfizer)
From: David Cooper (MAC)
Subject: spinning Serpell

20 September 2002 16:53

  "I am certainly familiar with the Serpell study in detail. We have discussed the merits of publishing, republishing, and creating promotional campaigns around these results in the past.

  We know Alison wants to make sure that we align publication messages with your global marketing efforts.

  Our concern, not having seen any of Penny's PR spin on the results as part of your promotional campaign on this manuscript, is that we make sure that we don't make up different ways of explaining away the results to different audiences. It is our understanding that you publicized the study as supporting the use of gabapentin for these difficult mixed NeP patients." (MAC_0003664)

To: David Cooper@ Qunitiles.com
From: Crespo, Angela, Senior Marketing Manager, Neurontin
Subject: Spinning Serpell
09/20/2002 11:04 am

  "The problem we are facing with the poster is that is (sic) comparing 5 studies and there is when you can see differences with the Mix paper and the rest...Obviously we are not analyzing this at the PR stuff....Did you understand what was really my issue?  Try to compare all dosing and QoL graphs between them. The Serpell is the worst. We knew that but we should try to balance that negative effect at least with a short sentence." (MAC_0003665)

To: Crespo, Angela
From: David Cooper
Subject: spinning Serpell
09/20/2002 12:37 pm

  "If Pfizer wants to use, present, and publish this comparative data analysis in which 2 of 5 studies compared make the overall picture look bad, how do we make it sound better than it looks on the graphs."

  "There just isn't a lot of room in a poster to make that case, but I'll add in the following to the discussion of the mean pain score results after the comment on DPN II.

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

---

**'While gabapentin was significantly more efficacious than placebo in the mixed neuropathic pain study, the smaller response seen in both gabapentin and placebo groups in the study is likely due to intractable and chronic nature of the pain in the population'.**"

Allison has asked us to present our ideas going forward for the 2003 plan, and we look forward to presenting an alternative to continued republication of study data at that meeting" (MAC_0003664)

In my opinion, the poster describing Study 945-306 and ultimately presented at the 2002 ICMTNP meeting (Serpell 16889.pdf) exhibits multiple forms of reporting bias.  The Results section lists 13 bulleted points, with the data not presented until bullet number 6. Prominent graphs display visual differences between treatment groups, which are only statistically significant at selected time periods. The prominent boxed conclusions (below) imply that gabapentin is effective in treating neuropathic pain, though the focus is not on the primary outcome, and neither comparisons with placebo, nor statistical significance, nor time point of measurement are provided. In addition, outcomes are blurred in ways that imply a stronger result (eg, self-reported quality of life was statistically significantly better for gabapentin for only 3/8 of the quality of life domains):

Boxed conclusions:

- "Gabapentin, at doses up to 2400 mg/day, reduced pain in difficult to treat patients with a variety of resistant neuropathic pain syndromes, such as complex regional pain syndrome (28%), postherpetic neuralgia (14%), other post-surgical pain (9%), radiculopathy (9%), and postlaminectomy pain (7%). The majority of these patients (97%) had pain that was refractory to other treatments.

- Both patients and clinicians rated significantly more patients in the gabapentin group as "very much" or "much improved" compared to patients in the placebo group.

- Patients in the gabapentin group experienced significantly greater improvements in outcome measures reflecting quality of life.

- Except for dizziness and somnolence, adverse events were comparable in the treatment and placebo groups. Dizziness and somnolence, when they occurred, were generally mild to moderate and transient". (16889.pdf)

The poster describing Study 945-306 also exhibits "citation bias," citing four articles, one related to classification of chronic pain and the other three studies supporting the effectiveness of gabapentin (Backonja,1998; Rowbotham 1998; Rice 2001 ). Pfizer studies with negative findings are not cited.

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

3.4    **"Gorson" (study number not available)**

A placebo controlled, double blind crossover trial of Neurontin vs placebo was conducted by Dr. Kenneth Gorson at St. Elizabeth's Hospital in Boston, Massachusetts (WLC_Franklin_0000100237). Confirmation of the investigator-company agreement, including a final payment for manuscript completion, is dated August 1, 1995. The agreement says,

> "You may publish the results of the study, provided you give Warner a copy of any proposed publication at least 45 days before submitting it for publication and that you allow Warner to review and comment on the contents of such publication." (WLC_Franklin_0000100237)

Submission of the trial protocol to the St. Elizabeth's institutional review board was signed by Dr. Gorson on January 15, 1996, and Phil Magistro from Parke-Davis on February 12, 1996. (WLC_Franklin_0000100239)

Dr. Gorson submitted a draft manuscript by fax to Phil Magistro at Parke-Davis on August 25, 1997, and asked him for quick turnaround and suggestions "in the text or margins" (WLC_Franklin_0000100279). Dr. Gorson indicated that he wanted to submit to the journal *Neurology*.

Using various documents available to me, including the sample size estimate, I judged the planned primary outcome to be mean visual analogue scale (VAS) score.  The draft manuscript reports (in the Abstract), "There was modest improvement in the MPQ score only, with a mean reduction of 8.9 points compared to 2.2 points with placebo (p=0.03)...Gabapentin, at a dose of 900 mg/day, is probably no more effective than placebo in the treatment of painful diabetic neuropathy".  And from the Results, "no differences between the [gabapentin and placebo] mean change in the composite VAS or PPI scores." Further, the manuscript states, "The results of this study suggest that gabapentin is probably ineffective or is only minimally effective for the treatment of painful diabetic neuropathy at a dosage of 900 mg/day." Dr. Gorson concludes that there is a need for further study of gabapentin at higher doses (up to 3600 mg/day). Margin notes, presumably made by individuals at Parke-Davis in response to Dr. Gorson's request, note questions or areas where changes to the manuscript might be made.

I did not receive documentation of any correspondence occurring between the initial manuscript and a revised manuscript, circulated by Phil Magistro to Parke-Davis colleagues on January 7, 1998 (WLC_Franklin_0000088375). Mr. Magistro says in his covering memo, "...a significant difference vs placebo was noted only on the McGill Pain Questionnaire."

The revised, circulated, manuscript presents a much changed "spin" of the study findings. The Results section in the Abstract begins by noting changes between baseline and follow-up for each treatment group separately (ie, this was a within treatment (before & after treatment) group comparison and not a comparison of gabapentin and placebo), "There was a substantial reduction in the mean MPQ (P<0.005), VAS (p=0.001), and PPI (p=0.008) scores in patients treated with gabapentin, but there was also significant improvement in the mean VAS score (p<0.005) in patients treated with placebo." The Abstract next reports only the statistically

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

significant MPQ outcome for the comparison of gabapentin and placebo. The Abstract concludes, "Gabapentin may be effective in the treatment of painful diabetic neuropathy. Our results suggest that further studies evaluating higher dosages of gabapentin are warranted". Wording similar to that in the Abstract is used in the text of the manuscript.

Dr. Gorson presented a poster at a 1998 conference (Neurology Apr 1998; 50 (suppl 4):A103 P02.055), with wording that was nearly identical to the wording in the Abstract of the revised manuscript.

I have received no additional correspondence or manuscripts concerning the Gorson Study, and as far as I know it was never published in full. Instead, results were published in a Letter to the Editor (*J Neurolog Neurosurg Psychiatr* 1999; 66:251-2). The data were not presented accurately, for example although 53 patients were randomized, the letter did not report this correctly. Instead the letter reported the number analyzed after exclusions,

"Nineteen patients were randomized to the active drug and 21 to placebo..."

In the text, the letter also establishes more than one explanation for the negative results, and sets the stage for future trials at higher dosages, "The low dosage of gabapentin was chosen to minimize adverse effects that might compromise blinding." (Note that this also indicates an awareness by Parke-Davis that patients may have been unblinded to active treatment at doses higher than 900 mg/day); and "The results of this study suggest that gabapentin is probably ineffective or only minimally effective for the treatment of painful diabetic neuropathy at a dosage of 900 mg/day".

### 3.5   Backonja (945-210)

In 1998, Backonja and colleagues published the findings from study 945-210 in *JAMA* (1998; 280:1831-6), a high impact  journal almost guaranteeing high visibility for the study and Neurontin.  The article, however, glossed over several important facts.  For one, it claimed that,

"Because this was the first trial to evaluate gabapentin's efficacy in this patient population, all patients' dosages were titrated to tolerability up to 3600 mg/d regardless of any efficacy achieved at lower dosages."

First, this was not the first trial, Gorson's trial was. There is evidence from several sources that Bakconja was aware of this. On January 7, 1998, Phil Magistro at Parke-Davis circulated an edited draft of Gorson's manuscript which was unchanged from a version that was faxed on November 13, 1997 (WLC_CBU_086698). One of the recipients of the memo was Elizabeth Garofalo, who was a co-author of the Backonja publication. Another recipient of the memo was Leslie Magnus Miller (Director of Medical Affairs, Parke-Davis).  On March 30, 1998, Clinical Communications notified others at Parke-Davis that Backonja's manuscript was submitted to *JAMA* on March 25, 1998. This memo was copied to Leslie Magnus Miller.(WLC_CBU_093708)

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

Second, in the published *JAMA* article, the investigators state that they recognized that the subjective outcomes in the study required blinding [of the patient, physician, and investigator] to protect against bias in attribution of benefit (or not) as a result of knowledge of the treatment.  Thus, the investigators

"explored the possibility that the occurrence of adverse events resulted in the unblinding of the study, biasing the result of our efficacy analysis."

They reported that their analysis (not presented in the article) demonstrated to them that

"...inclusion of patients who experienced these central nervous system adverse effect [dizziness and somnolence] in the original analysis did not account for the overall efficacy seen in the trial."

They conclude the article text with:

"Gabapentin is a promising new agent for use in patients with neuropathic pain when therapeutic options are limited and offers advantages over currently available treatments as a first-line agent."

The Abstract conclusion also promotes use of gabapentin for diabetic neuropathy,

"Gabapentin monotherapy appears to be efficacious for the treatment of pain and sleep interference associated with diabetic peripheral neuropathy and exhibits positive effects on mood and quality of life."

Pfizer clearly recognized the likelihood that unblinding due to adverse events could result in corruption of the study's validity. An internal Pfizer January 7, 1998 memo requested additional analyses for Study 945-224:

"Rationale: at a pain experts' meeting, it was proposed that we should look for a correlation of maximum CNS-related Adverse Event severity with mean pain score, assuming that patients with more severe AEs tend to believe that they are on study drug (which would be a good guess) and therefore tend to have better efficacy data, thus unblinding and corrupting the study." (Pfizer_TMF_CRF_061890)

Analyses similar to Study 945-210 were suggested (see Pfizer_LLaMoreaux_0038148) but were not undertaken. (Pfizer_TMF_CRF_062490) Other indicators of Pfizer's awareness of the unblinding issue are seen in Minutes of the Meeting with the French Drug Agency, Concerning Neurontin in Pain, June 18, 1998 (Pfizer_LLaMoreaux_0009058), as well as comments made in the published literature (eg, for another Parke-Davis Neurontin study, Miller et al., *Neurology* 1996; 47:1383-1388).

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

3.6     **Cochrane reviews**

It is evident from the documents reviewed that Pfizer exerted considerable control over publication of findings and messages disseminated to the biomedical community.  The existence of a "publication strategy," covered in Section 2.1 of this report, indicates the importance of Pfizer-driven publications to the marketing success of Neurontin.

Before the 1990s, the "traditional" narrative review article was a common way of summarizing the literature on, for example, the effectiveness of a treatment or treatments for a given disorder.  The traditional review was highly subjective and also offered a platform for disseminating the author's message.  With the advent of the "systematic review" and "meta-analysis," a scientific approach to the synthesis of similar but separate studies, the situation changed.  In systematic reviews, selection of included studies, as well as the qualitative and quantitative synthesis, is subject to rigorous and transparent methodology.

The Cochrane Collaboration, founded in 1993, is an international organization dedicated to conducting, maintaining and disseminating systematic reviews of healthcare interventions.  Cochrane reviews are conducted using standardized, evidence-based methods, for example an exhaustive search for all evidence addressing a topic that includes unpublished and "grey literature" data.  The Cochrane Collaboration has, since its inception, recognized the risk that reporting biases may influence the validity of outcomes of a systematic review, and thus has advocated  requesting unpublished data from sponsors and investigators as part of standard protocol.  These data are requested as a scientific courtesy from the pharmaceutical industry and others, usually by mail or email.  There is no way to "demand" or "subpoena" data from sponsors or investigators.

For bipolar disorders, migraine, and neuropathic pain, Pfizer was approached by systematic reviewers affiliated with the Cochrane Pain, Palliative and Supportive Care Review Group, and asked to provide data from unpublished trials and for published variables where additional information was needed to conduct the review.  I reviewed documents indicating that Pfizer was not willing to provide these data but did not want to appear noncompliant.  According to documents I reviewed, Pfizer ultimately agreed to assist with a migraine review or reviews, with Henry McQuay, the head of Oxford Pain Group, a prominent pain specialist who also served as the *BMJ* peer reviewer on Study 945-306.

**3.6.1 Cochrane review - gabapentin for bipolar disorders**

On November 5, 2001,  Dr. Atul Pande (Vice-President, Worldwide Portfolio Leader, Pfizer Global Research & Development Headquarters) responded to a Cochrane request (original 22 October 2001 request not available to me) by providing a list of references, including Pande 2000b (already noted as identified by the Cochrane reviewers), a study by Vieta (2000) and an abstract from Wang (2000). (Pfizer_APande_0005005)  On July 8, 2003, Cochrane authors again contacted Pfizer staff by email asking for help in identifying randomized trials of gabapentin in the treatment of bipolar disorder (Pfizer_APande_0003413). A further request in October [2003], for original data relating to the Pande study (baseline and endpoint scores on TMRS, HAM_D, and CGIS, Internal States Scale, and the Quality of Life

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

Questionnaire, as well as other numbers needed for an intention to treat analysis, led to a promise that Dawn Carroll at Pfizer would "look into the matter." (Pfizer_BParsons_0030122) After another request in December 2003, a list of published studies was sent to Karine Macritchie (Cochrane), and she again requested raw data.  A December 23, 2003 email discussion within Pfizer resulted in "I would not send unpublished data to anyone outside Pfizer". (Pfizer_BParsons_0030122)

The Cochrane request was then sent to another group within Pfizer, with quite a bit of back and forth about whether Pfizer bipolar studies existed and if so, what should be done. There was a reference made to the Pande 2000b study and reiteration that Cochrane wanted "data that is not in the publication". (Pfizer_Knapp_0112244) The emails indicate a disinclination to share data and a preference to let Cochrane know about published data and "let it go at that if possible".  On February 10, 2004, Dawn Carroll sent an email to Lloyd Knapp (Re: Gabapentin - Bipolar Data action required) saying,

> "The decision is ultimately yours as to what data we send this group - the risk is that in the cochrane review there is a statement saying Pfizer declined to provide the information requested! which does not look good for the company."
> (Pfizer_LKnapp_0112245)

On February 23, 2004, Anitra Fielding from the UK Pfizer team sent an email to Lloyd Knapp, Dawn Carroll and others asking them to please get back to the Cochrane team (Pfizer_LKnapp_0112829).  Accordingly, a teleconference was arranged for March 23, 2004 to "confirm some details". This call did not take place as arranged but apparently occurred in April 2004. After that call, a request identical to previous requests was made by the Cochrane group and internal Pfizer emails resumed discussing how to respond. On November 7, 2004, the Cochrane group again reminded Lloyd Knapp of its request. This is the last email I have access to. The Cochrane protocol was eventually withdrawn (ie, the review was never completed).

### 3.6.2   Cochrane review - gabapentin for migraine prophylaxis

Cochrane authors also requested information from Pfizer about trials of gabapentin for migraine prophylaxis (15 March 2002; Pfizer_RGlanzman_0140655) and their request was met with a response similar to the one given for the bipolar systematic review:

> "If they are looking for unpublished data, I would be reluctant to send it."
> (Pfizer_RGlanzman_0140656)

> "The suggestion I would throw out there is to have someone from medical just tell them that we are not indicated for this condition and that we are only aware of two double-blind placebo controlled trials done independently of Pfizer and which we had no involvement and send them the reference...."We definitely will not supply any internal data, we all agree on that."  (Pfizer_RGlanzman_0140655)

The emails concluded that this issue was one related to global messages and provision of information in a consistent way.

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

"...it seems to me that it would be easier to have NYHQs follow up with request like this, especially when it is as influential and the Cochrane group...." (Pfizer_AFannon_0012222)

### 3.6.3   Systematic review by Cochrane authors - gabapentin for neuropathic pain

On January 3, 2001, Michael Rowbotham circulated an email (Pfizer_CTaylor_00334400) drawing attention to a systematic review of anticonvulsants for migraine (Henry McQuay et al. 1995 BMJ 31:1047-52), and responding to a colleague's December 15, 2000 email regarding a new published review by the same group (J Pain Symptom Manage 2000;20:449-450).  A Reuters article copied into the email described Dr. McQuay's 2000 review and noted that the review found that "....gabapentin was as effective as older anticonvulsants."  Dr. Rowbotham said,

"We have drafted a field letter for our reps, which we will be sending out in the next week, to brief them on how to handle any potential objections....Henry is known for not going out on a limb, and he was only able to analyse data that had been published upto [sic] about a year ago." (Pfizer_CGrogan_0012128)

The letter to the field reps described the McQuay findings and cautioned them,

"In the near future you might be engaged in conversations with customers regarding this article. This document will help you handle queries that may arise as a result of this publication....This study at first glance does not put Neurontin in a favourable position as the drug of choice for all types of neuropathic pain. However there are ways that this study could be handled if customers raise this article with you and used to our advantage." (Pfizer_CGrogan_0012131, Pfizer_CGrogan_0012132)

Various reasons for dismissing the findings are then provided in the letter.

The Pfizer team learned a few days later (January 5, 2001) that the two UK Neurontin pain studies had been rejected for publication in *BMJ*.  Henry McQuay, who headed the Oxford Pain Group, and who was first author on the systematic review, was the single *BMJ* reviewer. The reasons for rejection included "2 of the three named authors are from the company" (Pfizer_WSigmund_0000241) (termed "badging" of the trials); patients having been excluded from the trial if they had not responded to gabapentin in the past; and combining data for the three separate dosage groups (Pfizer_LeslieTive_0020631). The Pfizer group planned for immediate revision by contracted medical writers, submission to the journal Pain, and personal contact with Henry McQuay. And on January 29, 2001 Michael Rowbotham wrote:

"For your info, we have agreed to commission a meta-analysis of all NTN Pain studies through the Oxford Pain group...." (Pfizer_DProbert_0007525).

On January 31, 2001, Michael Rowbotham wrote to Pfizer colleagues:

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

---

" We also need to get from Henry and Andrew about what is a good outcome - and where the results of the analysis will lead us in the future. In other words, we need to start with the end in mind!"(Pfizer_DProbert_0007543)

On March 2, 2001, Michael Rowbotham wrote again:

"This is a potentially a big opportunity for Pfizer as we can formulate and shape the area....The meatanalysis [sic] that we are planning to do through the Oxford pain group (Henry McQuay) could look into the patient improvements on the SF 36, the McGill questionnaire and the sleep data. As you mentioned previously, we need to be very clear about what is a good outcome!" (Pfizer_RGlanzman_0001383)

And on March 20, 2001, he wrote:

"Can I take it from the message from Joe that...the next steps are for the UK team to develop a clear proposal with the specific criteria and outcomes laid out? Obviously we need to be very clear what we want to get out of the analysis and why. We also need to be clear what we believe what the outcome will be (sic) from our understanding of the data." (Pfizer_LeslieTive_0035819)

On March 28, 2001, Michael Rowbotham wrote:

"Henry presented his slides at our sponsored symposium last night and a number of positive points came out....He also gave Neurontin some very good coverage and positioned it strongly, saying that although it is not his first line choice at the moment, it is the gold standard in the states." (Pfizer_DProbert_0007581)

It appears from the documents I reviewed that the interaction with Henry McQuay led to several important outcomes for Pfizer: a positive relationship with an important opinion leader, and potential reviewer of journal manuscripts; influence on one or more Cochrane reviews; and influence on use of a measure of association favored by doctors but of concern to Pfizer – the Number Needed to treat (NNT).

The progress of the review was held up by Cochrane, per Pfizer's request, in anticipation of the publication of Serpell's paper on study 945-306 in *Pain*. (Pfizer_RGlanzman_00053506)

According to the documents I reviewed, the Oxford Pain Group and Pfizer continued to work together, with optimism on Pfizer's part regarding input on the Cochrane review, as well as the potential for influence on analyses using NNT (number needed to treat). (Pfizer_DProbert_0007581; Pfizer_DProbert_0007559; MAC_0001691;MAC_0001296; MAC_0002919; MAC_E_0051950; Pfizer_RGlanzman_0146211; Pfizer_RGlanzman_0146213; Pfizer_LeslieTive_0033161;Pfizer_LeslieTive_0033286; Pfizer_MGarcia_0002899).

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

**4.      Conclusions**

        The documents I reviewed on clinical trials of Neurontin for migraine prophylaxis, as well as treatment of bipolar disorders, nociceptive, and neuropathic pain, indicate a clear and deliberate pattern of reporting biases, including but not limited to publication bias, selective outcome reporting; selective analyses; multiple publication; location bias; time lag bias; and citation bias.  In addition, I observed extensive evidence of "reframing" or "spin" to make negative results appear positive; "ghost" authorship; and bias in study design.  These biases render information about Neurontin's effectiveness, as disseminated in the published literature (as stand-alone reports of trials or as included in systematic reviews), untrustworthy and invalid.

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

## 5.      References cited

Als-Nielsen B, Chen W, Gluud C et al. Association of funding and conclusions in randomized
        drug trials: A reflection of treatment effects or adverse events? *JAMA* 2003; 290 (7):921-
        928.

Antes G, Chalmers I.  Under-reporting of clinical trials is unethical. *Lancet* 2003; 361:978-1979.

Barnes, DE, Bero LA. Why review articles on the health effects of passive smoking reach
        different conslusions. *JAMA* 1998; 279 (19):1566-1570.

Bero LA, Rennie D. Influences on the quality of published drug studies.  *Int J Technol Assess
        Health Care* 1996;12:209-237.

Chalmers I. Underreporting research is scientific misconduct. *JAMA* 1990; 263:1405-1408.

Chan AW, Krleža-Jerić K, Schmid I, Altman D. Outcome reporting bias in randomized trials
        funded by the Canadian Institutes of Health Research. *CMAJ* 2004;171:735-40.

Chan AW, Hróbjartsson A, Haahr MT, Gøtzsche PC, Altman DG. Empirical Evidence for
        selective reporting of outcomes in randomized trials. Comparison of protocols to
        published articles. *JAMA* 2004; 291:2457-65.

Cho MK, Bero LA. The quality of drug studies published in symposium proceedings. *Ann Intern
        Med* 1996;124:485–489.

Chokkalingham A, Scherer R, Dickersin K.  Agreement of data in abstracts compared to full
        publications.  *Controlled Clin Trials* 19:61S-62S, 1998.

Davidson RA. Source of funding and outcome of clinical trials. *J Gen Intern Med*
        1986;1:155–158.

DeAngelis CD, Fontanarosa PB. Impugning the integrity of medical science, the adverse effects
        of industry influence. *JAMA*. 2008 299:1833.

Dickersin K. How important is publication bias?  A synthesis of available data. *AIDS Educ Prev*
        1997; 9(1 Suppl):15-21.

Dickersin K, Olson CM, Rennie D, Cook D, Flanagin A, Zhu Q, Reiling J, Pace B.  Association
        between time interval to publication and statistical significance. *JAMA* 2002; 287:2829-
        2831.

Dickersin K.  Publication bias: Recognizing the problem, understanding its origins and scope,
        and preventing harm.  In: Rothstein H, Sutton A, Borenstein M (eds). *Publication Bias in
        Meta-analysis: Prevention, Assessment, and Adjustments*.  London: John Wiley and
        Sons, Ltd. 2005.

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

___

Directives for Human Experimentation: Nuremberg Code. 1949, (available at:
    http://ohsr.od.nih.gov/nuremberg.php3)

Drazen JM, Morrissey S, Curfman GD. Rosiglitazone--continued uncertainty about safety. N
    Engl J Med. 2007; 357:63-4.

Easterbrook PJ, Berlin JA, Gopalan R, Matthews DR. Publication bias in clinical research.
    *Lancet* 1991; 337:867-872.

Egger M, Zellweger-Zahner T, Schneider M, Junker C, Lengeler C, Antes G. Language bias in
    randomised controlled trials published in English and German. *Lancet* 1997;
    350:326–329.

Egger M, Smith GD, Altman D (eds). *Systematic Reviews in Health Care: Meta-analysis in
    Context*. London: BMJ Publishing Group, 1995, 2001.

Federal Policy for the Protection of Human Subjects, 45 CFR 46, Subpart A (2001). (available
    at: http://ohrp.osophs.dhhs.gov/humansubjects/guidance/45cfr46.htm)

Fergusson D, Glass KC, Hutton B, Shapiro S.  Randomized controlled trials of aprotinin in
    cardiac surgery: Could clinical equipoise have stopped the bleeding? *Clin Trials* 2005;
    2:218-29.

Friedman LM, Furberg CM, DeMets DL.  Chapter 16. Issues in Data Analysis.  *Fundamentals of
    Clinical Trials.* 3rd Edition 1999; New York: Springer.

Godlee F, Dickersin K.  Bias, subjectivity, chance, and conflict of interest in editorial decisions.
    In: Godlee F, Jefferson T (eds). *Peer Review in Health Sciences*.  London: BMJ Books,
    2nd Edition, 2003.

Gøtzsche, PC. Believability of relative risks and odds ratios in abstracts: cross sectional study.
    *BMJ* 2006; 333:231-234.

Gøtzsche PC, Hrobjartsson A, Johanseen HK et al. Ghost authorship in industry-initiated
    randomised trials. *PloS Medicine* 2007; 4 (1):47-52.

Gøtzsche PC. Reference bias in reports of drug trials.  *Br Med J* (Clin Res Ed) 1987; 195:654-
    56.

Grégoire G, Derderian F, Le Lorier J. Selecting the language of the publications included in a
    meta-analysis: is there a Tower of Babel bias? *J Clin Epidemiol* 1995; 48:159–163.

Healy D, Cattell D. Interface between authorship, industry and science in the domain of
    therapeutics. *Br J Psychiatry* 2003; 183:22-27.

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

Healy D. Did regulators fail over selective serotonin reuptake inhibitors? *BMJ* 2006; 333:92-95.

Hemminki E. Study of information submitted by drug companies to licensing authorities. *Br Med J* 1980; 280:833–836.

Higgins JP, Green S (eds). Cochrane Handbook for Systematic Reviews of Interventions, Version 5.0.0 (updated February 2008). The Cochrane Collaboration, 2008. Available from www.cochrane-handbook.org).

Hopewell S, Clarke M, Askie L. Reporting of trials presented in conference abstracts needs to be improved. *J Clin Epidemiol* 2006; 59:681-684.

Hopewell S, McDonald S, Clarke M, Egger M. Grey literature in meta-analyses of randomized trials of health care interventions. *Cochrane Database of Systematic Reviews* 2007, Issue 2. Art. No.: MR000010. DOI: 10.1002/14651858.MR000010.pub3.

Hopewell S, Clarke M, Stewart L, Tierney J. Time to publication for results of clinical trials. *Cochrane Database of Systematic Reviews* 2007, Issue 2. Art. No.: MR000011. DOI: 10.1002/14651858.MR000011.pub2.

Institute of Medicine (IOM) Committee on Reviewing Evidence to Identify Highly Effective Clinical Services. *Knowing what Works in Health Care. A Roadmap for the Nation*. 2008; Washington, DC: The National Academies Press.

ICMJE. Uniform Requirements for Manuscripts Submitted to Biomedical Journals: Writing and Editing for Biomedical Publication. Publication Ethics: Sponsorship, Authorship, and Accountability. Updated October 2007. http://www.icmje.org/ accessed July 13, 2008.

Ioannidis JP. Effect of the statistical significance of results on the time to completion and publication of randomized efficacy trials. *JAMA* 1998; 279:281-286.

Ioannidis JPA, Cappelleri JC, Sacks HS, Lau J. The relationship between study design, results, and reporting of randomized clinical trials of HIV infection. *Controlled Clin Trials* 1997; 18:431-444.

Kjaergard LL, Gluud C. Citation bias of hepato-biliary randomized clinical trials. *J Clin Epidemiol* 2002; 55:407-410.

Korn D, Ehringhaus S. Principles for strengthening the integrity of clinical research. *PloS Clinical Trials* 2006; 1:1-4.

Lexchin J, Bero LA, Djulbegovic B, Clark O. Pharmaceutical industry sponsorship and research outcome and quality: systematic review. *BMJ* 2003; 326:1-10.

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

Melander H, Ahlqvist-Rastad J, Meijer G, Beermann B. Evidence-b(i)ased medicine – selective reporting from studies sponsored by pharmaceutical industry: review of studies in new drug applications. *BMJ* 2003; 326:1171-3.

Misakian AL, Bero LA. Publication bias and research on passive smoking. Comparison of published and unpublished studies. *JAMA* 1998; 280:250-253.

The National Commission for the Protection of Human Subjects of Biomedical and Behavioral Research. The Belmont Report: Ethical Principles and Guidelines for the Protection of Human Subjects of Research, Washington, DC: DHHS, 1979. (availalbe at: http://ohrp.osophs.dhhs.gov/humansubjects/guidance/belmont.htm)

Nieminen P, Rucker G, Miettunen J, Carpenter J, Schumacher M.  Statistically significant papers in psychiatry were cited more often than others. *J Clin Epidemiol* 2007; 60:939-946.

Okike K, Kocher MS, Mehlman CT, Heckman JD, Bhadhari M. Publication bias in orthopaedic research: An analysis of scientific factors associated with publication in *The Journal of Bone and Joint Surgery (American Volume). J Bone Joint Surg* 2008; 90:595-601.

Olson CM, Rennie D, Cook D, Dickersin K, Flanagin A, Hogan J, Zhu Q, Reiling J, Pace B. Publication bias in editorial decision making. *JAMA* 2002; 287:2825-2828.

Pham B, Klassen TP, Lawson ML, Moher D. Language of publication restrictions in systematic reviews gave different results depending on whether the intervention was conventional or complementary. *J Clin Epidemiol* 2005; 58:769-776.

Ravnskov U. Frequency of citation and outcome of cholesterol lowering trials. *BMJ* 1992; 305 (6855):717.

Ravnskov U. Quotation bias in reviews of the diet heart idea. *J Cin Epidemiol* 1995;48:713-719.

Rochon PA, Gurwitz JH, Simms RW, Fortin PR, Felson DT, Minaker KL, Chalmers TC.  A study of manufacturer supported trials of non-steroidal anti-inflammatory drugs in the treatment of arthritis. *Arch Intern Med* 1994; 154:157-163.

Sackett D, Straus S, Richardson WS, Rosenberg W, Hayes RB. *Evidence-based Medicine, How to Practice and Teach EBM.* 2000; Philadephia: Churchill Livingstone.

Scherer RW, Langenberg P, Von Elm.  Full publication of results initially presented in abstracts (Cochrane Methodology Review).  In: *The Cochrane Library*, 2007, Issue 2. Art. No.: MR000005. DOI: 10.1002/14651858.MR000005.pub3

Schmidt LM, Gøtzsche PC Of mites and men: reference bias in narrative review articles: a systematic review. *J Fam Practice* 2005; 54: 334-8.

**Reporting and other biases in studies of Neurontin** - Dickersin (cont'd)

Sismondo S. Ghost management: How much of the medical literature is shaped behind the scenes by the pharmaceutical industry? *PloS Medicine* 2007;4 (9):1429-1433.

Sismondo, S. Pharmaceutical company funding and its consequences: A qualitative systematic review. *Contemp Clin Trials* 2008; 29:109-113.

Stern JM, Simes RJ. Publication bias: evidence of delayed publication in a cohort study of clinical research projects. *BMJ* 1997; 315):640-5.

Sterne J, Egger M, Moher D on behalf of the Cochrane Bias Methods Group (eds). Chapter 10. Addressing Reporting Biases.  In: Higgins JPT, Green S (eds). *Cochrane Handbook for Systematic Reviews of Interventions.*  Version 5.0.0 [updated February 2008]. The Cochrane Collaboration, 2008. Available from www.cochrane-handbook.org.

Timmer A, Hilsden RJ, Cole J, Hailey D, Sutherland LR.  Publication bias in gastroenterological research – a retrospective cohort study based on abstracts submitted to a scientific meeting.  *BMC Med Res Methodol* 2002; 2: 7

Toma M, McAlister FA, Bialy L, Adams D, Vandermeer B, Armstrong PW. Transition from meeting abstract to full-length journal article for randomized controlled trials. *JAMA* 2006; 295:1281-7.

Tramèr M, Reynolds DJ, Moore RA, McQuay HJ. Impact of covert duplicate publication on meta-analysis: A case study.  *BMJ* 1997; 315:635-40.

Turner EH, Matthews AM, Linardatos E, Tell RA, Rosenthal R. Selective publication of antidepressant trials and its influence on apparent efficacy. *N Engl J Med* 2008; 358:252-60.

Von Elm E, Poglia G, Walder B, Tramèr MR.  Different patterns of duplicate publication. An analysis of articles used in systematic reviews. *JAMA* 2004; 291:974-980.

The World Association of Medical Editors (WAME) Publication Ethics Policies for Medical Journals (http://www.wame.org/resources/publication-ethics-policies-for-medical-journals#orig Accessed June, 29 2008).

World Medical Association. Declaration of Helsinki: Ethical Principles for Medical Research Involving Human Subjects, Helsinki, Finland: World Medical Association, 1964, 2004. (available at: http://www.wma.net/e/policy/b3.htm)

Yank V, Rennie D, Bero LA. Financial ties and concordance between results and conclusions in meta-analyses: retrospective cohort study. *BMJ* 2007; 1202-05.

Please note that the foregoing is based on my experience, training, education and the
information I have reviewed or am generally aware of. I reserve the right to supplement this
report if additional information is made available.


Kay Dickersin, MA, PhD

Date: August 11, 2008