UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE THE
TESTIMONY OF DR. RENA CONTI AND DR. CURT FURBERG**

Pursuant to the Federal Rules of Evidence, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move this court to exclude at trial the proffered expert testimony of Dr. Rena Conti and Dr. Curt Daniel Furberg.  The designation of these witnesses by Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") is improper because Kaiser has failed to comply with both the scheduling order in this case and Federal Rule of Civil Procedure 26.  Accordingly, these witnesses must be excluded.  The grounds for this motion are set forth in more detail in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court exclude at trial all of the evidence described above.

Dated: January 8, 2010                Respectfully submitted,

                                      SKADDEN, ARPS, SLATE, MEAGHER
                                        & FLOM LLP

                                      By:    /s/ Mark S. Cheffo
                                             Mark S. Cheffo

                                      Four Times Square
                                      New York, NY 10036
                                      Tel:  (212) 735-3000

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By: /s/ Raoul D. Kennedy
     Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel: (415) 984-6400

    -and-

WHEELER TRIGG O'DONNELL LLP

By: /s/ James E. Hooper
     James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel: (303) 244-1800

    -and-
WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
     David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 8, 2010.

/s/ David B. Chaffin
David B. Chaffin
