# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
IN RE NEURONTIN MARKETING, SALES        )
PRACTICES, AND PRODUCTS LIABILITY       )
LITIGATION                              )
_____)
THIS DOCUMENT RELATES TO:               )    MDL Docket No. 1629
                                        )    Master File No. 04-10981
                                        )    Judge Patti B. Saris
ALL MARKETING AND                       )    Mag. Judge Leo T. Sorokin
SALES PRACTICES ACTIONS                 )
_____)


**DECLARATION OF RENA CONTI, PH.D.**
**IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS**
**CERTIFICATION**

I have been asked by Plaintiffs' Counsel to analyze data and undertake specific statistical calculations in support of the Plaintiffs' renewed motion for Class certification. I have not been asked to offer an opinion as to Class certification in this matter.

## I.      Introduction

I have been asked by Plaintiffs' Counsel to analyze data on the number of prescriptions and the number of physicians prescribing Neurontin for various non-FDA approved uses over the proposed Class periods.   I have also been asked to analyze data on the number of Neurontin uses by daily dose for various FDA-approved and non-FDA approved medical indications.  Various datasets when analyzed together allow me to present an analysis of trends in the number of Neurontin prescriptions overall, by indication and by daily dose as well as trends in the number of physicians prescribing Neurontin overall and by physician specialty.

I have also been asked to ascertain how many third-party payer (TPP) and consumer members comprise the proposed Class and each proposed sub-class.  I have also been asked to provide a statistical basis for analyzing the likelihood that each of the three named TPP representatives, based on their claims data, paid for Neurontin for each of the sub-classes at issue.

The remainder of the report proceeds as follows.  In Section II, I present my qualifications.  In Section III, I describe the data and analytical methods used to quantify Neurontin off-label prescriptions and prescribers.  In Section III, I also quantify the following:

- Neurontin use for FDA-approved and non-FDA approved indications;
- The number of off-label Neurontin uses by all physicians;

1

I declare under penalty of perjury that this Declaration is true and correct.

Dr. Rena Conti
Executed December 19, 2007