# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: | ) ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris |
| ALL MARKETING AND SALES PRACTICES ACTIONS | ) ) ) | Mag. Judge Leo T. Sorokin |

**REBUTTAL DECLARATION OF RENA CONTI, PH.D.
IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS
CERTIFICATION**

I have been asked by Counsel to review materials submitted by Defendants in opposition to Class Plaintiffs' Renewed Motion for Class Certification as it relates to my Declaration in this case [1] and to respond to the criticisms of my methodologies by Defendants' expert, Henry G. Grabowski.

Dr. Grabowski's specific criticisms of my methodologies are 1) my reliance on IMS National Disease and Therapeutic Index ("NDTI") data to allocate prescriptions to different indications as a measure of prescriptions for those indications,[2] and 2) failing to provide confidence intervals associated with NDTI data in my analysis of that data.[3]

Use of NDTI data to estimate prescriptions linked to specific diagnoses is standard in academic, government and pharmaceutical industry analysis.  There is no reason to believe there is a substantial gap between mentions in the NDTI data and the number of filled prescriptions and Dr. Grabowski provides no evidence to support such a gap.  Finally, when examining prescription trends over time using NDTI data, it is standard practice in peer-reviewed literature not to provide margins of error because doing so will not affect the observed trends.  Dr. Grabowski himself does not provide margins of error in the charts provided in his report which utilize the same NDTI data to show prescribing trends over time.

---

[1]  Revised Declaration of Rena Conti, PhD, In Support of Plaintiffs' Renewed Motion for Class Certification, February 21, 2008.

[2]  See Expert Report of Henry G. Grabowski, March 13, 2008 ("Grabowski Report") at ¶¶ 11, 46-48.

[3]  *Id*. at ¶45.

1

I declare under penalty of perjury that this Declaration is true and correct.

/s/ Rena Conti_____

Dr. Rena Conti
Executed March 28, 2008