UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF MEREDITH ROSENTHAL**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of the August 11, 2008 Report of Meredith Rosenthal.

3. Attached as Exhibit B is a true and correct copy of excerpts from the Deposition of Meredith Rosenthal taken on January 13-14, 2009.

4. Attached as Exhibit C is a true and correct copy of excerpts from the Deposition of Meredith Rosenthal taken on October 24-25, 2006.

5. Attached as Excerpt D is a true and correct copy of excerpts from the September 18, 2009 Hearing on Defendants' Motion for Summary Judgment.

6. Attached as Excerpt E is a true and correct copy of excerpts from the October 15, 2009 Hearing on Class Plaintiffs' to Reconsider.

7. Attached as Exhibit F is a true and correct copy of excerpts from the December 15, 2008 Report of Michael C. Keeley.

8. Attached as Exhibit G is a true and correct copy of the March 13, 2008 Report of Henry Grabowski, Ph.D..

9. Attached as Exhibit H is a true and correct copy of Exhibit 2 to the April 11, 2008 Reply Report of Henry Grabowski, Ph.D.

10. Attached hereto as Exhibit I is true and correct copy of the NDTI Precision Table for Drug Appearance, update January 2008.

11. Attached as Exhibit J is a true and correct copy of excerpts from Kaiser Formulary

12. Attached as Exhibit K is a true and correct copy of excerpts from the Deposition of Thomas Perry taken on January 23, 2009.

13. Attached as Exhibit L is a true and correct copy of excerpts from the Deposition of Douglas McCrory taken January 29-30, 2009.

14. Attached as Exhibit M is a true and correct copy of excerpts from the Deposition of David Chandler taken on October 30, 2007.

15. Attached as Exhibit N is a true and correct copy of excerpts from the Deposition of Morris Maizels taken on September 26, 2007.

16. Attached as Exhibit O is a true and correct copy of excerpts from the Deposition of Bill McCarberg taken on September 27, 2007.

17. Attached as Exhibit P is a true and correct copy of excerpts from the Deposition of Joshua Peteet taken on December 29, 2009.

18. Attached as Exhibit Q is a true and correct copy of J.M. Donohue, E.R. Berndt, M. Rosenthal, A.M. Epstein & R.G. Frank, Effects of Pharmaceutical Promotion on Adherence to the Treatment Guidelines for Depression, 42 MED. CARE 1176 (2004).

Signed under the penalties of perjury this 8th day of January 2010.

/s/ Mark S. Cheffo_____
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 8, 2010.

/s/ David B. Chaffin
David B. Chaffin