UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF RAYMOND S. HARTMAN**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of the August 11, 2008 Declaration of Raymond S. Hartman.

3. Attached as Exhibit B is a true and correct copy of excerpts from the Deposition of Raymond S. Hartman taken on January 27, 2009.

3. Attached as Exhibit C is a true and correct copy of excerpts from the Deposition of Raymond S. Hartman taken on June 26, 2008.

4. Attached hereto as Exhibit D is a true and correct copy of excerpts from the Deposition of Raymond S. Hartman taken on December 13, 2006.

5. Attached hereto as Exhibit E is true and correct copy of the NDTI Precision Table for Drug Appearance, update January 2008.

6. Attached hereto as Exhibit F is an excerpt from a Kaiser report dated March 12, 2003, Pages KAIS-001095 and 001107.

7. Attached is as Exhibit G is a chart of Dr. Hartman's estimates for Kaiser's national Neurontin prescriptions and Kaiser's Neurontin prescriptions for bipolar, taken from Hartman Table B.7.

8. Attached as Excerpt H is a true and correct copy of excerpts from the September 19, 2009 Hearing on Defendants' Motion for Summary Judgment.

Signed under the penalties of perjury this 8th day of January 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 8, 2010.

/s/ David B. Chaffin
David B. Chaffin