# EXHIBIT E

NATIONAL DISEASE AND THERAPEUTIC INDEX

14 _____ 14

## TABLE 5

### 2006 NDTI PRECISION TABLES: DRUG APPEARANCES

### (ESTIMATED SAMPLING ERROR)

### TWO-STAGE STRATIFIED CLUSTER METHODOLOGY

### SAMPLING ERROR AS % OF NATIONAL ESTIMATE

| Yearly National Estimate (000) | 95% CONFIDENCE | 90% CONFIDENCE | 80% CONFIDENCE |
|---|---|---|---|
| 2,000,000 | 2.12 | 1.78 | 1.39 |
| 1,000,000 | 2.69 | 2.25 | 1.76 |
| 900,000 | 2.78 | 2.34 | 1.82 |
| 800,000 | 2.90 | 2.43 | 1.89 |
| 700,000 | 3.03 | 2.54 | 1.98 |
| 600,000 | 3.19 | 2.68 | 2.09 |
| 500,000 | 3.40 | 2.85 | 9.45 |
| 400,000 | 3.66 | 3.08 | 2.40 |
| 300,000 | 4.04 | 3.39 | 2.64 |
| 200,000 | 4.63 | 3.89 | 3.03 |
| 100,000 | 5.86 | 4.92 | 3.83 |
| 90,000 | 6.08 | 5.10 | 3.97 |
| 80,000 | 6.32 | 5.31 | 4.14 |
| 70,000 | 6.62 | 5.55 | 4.33 |
| 60,000 | 6.97 | 5.85 | 4.56 |
| 50,000 | 7.42 | 6.23 | 4.85 |
| 40,000 | 8.00 | 6.71 | 5.23 |
| 30,000 | 8.82 | 7.40 | 5.77 |
| 20,000 | 10.12 | 8.49 | 6.62 |
| 10,000 | 12.80 | 10.75 | 8.37 |
| 9,000 | 13.27 | 11.14 | 8.68 |
| 8,000 | 13.81 | 11.59 | 9.03 |
| 7,000 | 14.45 | 12.13 | 9.45 |
| 6,000 | 15.23 | 12.78 | 9.96 |
| 5,000 | 16.20 | 13.59 | 10.59 |
| 4,000 | 17.47 | 14.66 | 11.43 |
| 3,000 | 19.26 | 16.17 | 12.60 |
| 2,000 | 22.10 | 18.55 | 14.45 |
| 1,000 | 27.96 | 23.47 | 18.28 |
| 900 | 28.98 | 24.32 | 18.95 |
| 800 | 30.16 | 25.31 | 19.72 |
| 700 | 31.56 | 26.49 | 20.64 |
| 600 | 33.25 | 27.91 | 21.74 |
| 500 | 35.37 | 29.69 | 23.13 |
| 400 | 38.15 | 32.02 | 24.95 |
| 300 | 42.06 | 35.30 | 27.51 |
| 200 | 48.27 | 40.51 | 31.56 |
| 100 | 61.06 | 51.25 | 39.93 |

Updated January 2006