# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL MARKETING AND SALES PRACTICES ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**DECLARATION OF JOSHUA PETEET IN OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, JOSHUA PETEET, declare and state:

1. I am an Associate at Greylock McKinnon Associates, and hold a Master of Science degree from the Thayer School of Engineering at Dartmouth College. I submit this declaration pursuant to Federal Rule of Evidence 1006, which provides that "the contents of voluminous writings . . . which cannot be conveniently examined in court may be presented in the form of a chart, summary, or calculation."

2. Attached hereto as Exhibit A is a true and correct description of a number of calculations performed by Greylock McKinnon Associates on a number of voluminous databases produced by Defendants in this litigation and certain datasets purchased by Plaintiffs from IMS Health Inc. for use in this litigation. Attached hereto as Exhibit B are a series of line graphs, denominated Figures 1, 2, 3A, 3B, 4A, 4B, 5A, and 5B, presenting the results of those calculations. The correlation coefficients appearing on Figures 1, 5A, and 5B were calculated by Microsoft Excel using a statistical function included in the program.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 14, 2009 at Cambridge, Massachusetts.

Joshua Peteet

# Exhibit A

# Exhibit A: Calculation Notes

## **Figure 1**

1.  Source Data provided by Defendants:

    Neurontin CMS Sherlock OS.mdb
    Neurontin CMS Sherlock S2.mdb
    Neurontin CMS Sherlock S31.mdb
    Neurontin CMS Sherlock S3.mdb

2.  We exported the CALL and PRESCRIBER tables in each of the four databases listed in (1) above from their native Access format into CSV files. We then imported these CSV files into SAS.

3.  We merged each of the four versions of the CALL table with the corresponding PRESCRIBER table using the field PRESCRIBER_ID. We then appended the resulting 4 data sets to one another.

4.  There are 2,667,232 call records across all 4 Sherlock databases. However, in the merge in (3) above, we deleted 214 records where there is no physician identified. The resulting 2,667,018 records are the basis for all subsequent analysis of the call notes database.

5.  Of the approximately 2.6 million records in the combined databases, we subset our analysis to the 1.18 million records that have notes filled in for the CALL_NOTES field. Of these records, we subset again to the approximately 600,000 records where the call notes are legible (not codes).

6.  We further subset the data to the approximately 17,000 legible call notes to psychiatrists, records where the SHERLOCK_MAJOR_SPECIALTY field is equal to one of the following values: "PSY", "PSC", "PSA."

7.  We received no information from Defendants regarding duplicate entries or overlap across the four call notes databases. If Defendants did provide duplicate or overlapping call notes in these databases, we could remove these entries if Defendants provide direction as to which records are duplicates.

8.  As instructed by Counsel, we used the fields CALL_DATE and CALL_NOTES and the following list of keywords to tabulate the number of call records per month where the call notes contain one or more keywords indicating an activity relating to the challenged conduct.

DECLARATION OF JOSHUA PETEET
CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO COURT ORDER

NEURONTIN LITIGATION
EXHIBIT A: PAGE 1

Keyword List:

| ' D & D ' | 'JAMA' | 'PROG' |
|---|---|---|
| ' D&D ' | 'LECTURE' | 'RAMSAY' |
| 'AD BOARD' | 'LEFT' | 'RAMSEY' |
| 'ARTICLE' | 'LETTER' | 'SIGNED UP' |
| 'ATTEND' | 'MED AFF' | 'SLIDES' |
| 'BUREAU' | 'MED INQ' | 'SPA DAY' |
| 'CME' | 'MEDICAL AFF' | 'SPEAK' |
| 'CO MED' | 'MEETING' | 'STAHL' |
| 'COMED' | 'MONOGRAPH' | 'STEPS' |
| 'COM-ED' | 'PANDE' | 'STUDIES' |
| 'CONF' | 'PAPER' | 'STUDY' |
| 'DASH' | 'PHOBIA' | 'TALK' |
| 'DISNEY' | 'PRESENTATION' | 'THOUGHT LEADERS' |
| 'INVITE' | 'PRGRM' | |

9. We plotted the resulting count of call records by month in Excel (pink line) and overlaid a monthly sum of the "Cost of Contacts" variable in Neurontin promotional data from the IMS IPS audit (grey line). We calculated the correlation coefficient for these two data series in Excel.

**Figure 2**

10. Source Data provided by Defendants:

    MERLIN Neurontin.mdb

11. We imported the tables PD_CompInquiryDocs and PD_completedInquiry from their native Access format into SAS using Stat/Transfer.

12. We received no information from Defendants regarding duplicate entries within their Merlin database. If Defendants did provide duplicate records, we could remove these entries if Defendants provide direction as to which records are duplicates.

13. We subset the table PD_completedInquiry to records where the field WFSTATUS is equal to "COMPLETED" and the field RTYPE is equal to "Physician".

14. We merged the subset of the table PD_completedInquiry created in (13) above with the table PD_compInquiryDocs using the variable INQUIRYID. We excluded records where the field RECEIVEDDATE is missing or apparently inaccurate (for instance, year 3900).

15. Using the field RECEIVEDDATE, we tabulated the number of letter requests by month.

16. We plotted the resulting count of letter requests by month in Excel (black line).

**Figure 3A**

17. Using the field FILENAME and the data set created in (14) above, we grouped letter requests where the field FILENAME is missing into a "Blank" category. We grouped the 5% least common titles into an "All_Other" category. We tabulated the count of letter requests in these two categories and the remaining letter titles by month.

18. We plotted the resulting count of letter requests by month in Excel.

**Figure 3B**

19. We imported the table DOCUMENT_REFERENCE from the Access file in (10) above into SAS using Stat/Transfer. We merged this table with the data set used in Figure 3A using the fields DOCUMENTID and OBJECT_ID and then limited the count of letters presented in Figure 3A to several groups of letters provided by Counsel.

20. We plotted the resulting count of letter requests by group by month in Excel.

**Figure 4A**

21. Beginning with the Sherlock database created in (4) above and the Merlin database created in (14) above, we created a key variable in both data sets as "Physician Last Name, Physician First Name, Physician ZIP Code."

22. In the Sherlock database, we classified physician keys as psychiatrists where the SHERLOCK_MAJOR_SPECIALTY field is equal to one of the following values: "PSY", "PSC", "PSA". For key values where specialty data is missing in some call notes, we deferred to the notes that do have specialty data. However, we did not classify key values as psychiatrists where multiple call records contain conflicting specialty information (for example, where one call record indicates a physician is a general practitioner and another call record indicates that the same physician is a psychiatrist).

23. We removed records with anomalous key values from the Merlin database (for instance, records where the physician name is redacted), and merged in call data from the Sherlock database using the key variable created in (21) above.

24. We counted the number of letters per month in the Merlin database where we were able to identify the requesting physician in the Sherlock database. We counted the

subset of these letters where that physician is identified as a psychiatrist as described in (22) above.

25. We plotted the resulting counts of letter requests by month in Excel (the red line represents all letters matched to a physician in the call database; the blue line represents the subset corresponding to psychiatrists).

**Figure 4B**

26. We began with our count of letter requests from psychiatrists presented in Figure 4A (blue line). For these letter requests, using the data set in (23) above, we counted the subset of letter requests where the Sherlock database indicates there was a detail visit on the same day as the letter request.

27. Similarly, we counted the subset of letter requests from psychiatrists where there was a detail visit up to 7 days before the letter request.

28. We plotted the resulting counts of letter requests by month in Excel (the blue line represents letter requests matched to psychiatrists in the call notes database; the orange line represents letter requests on the same day as a detail visit; the purple line represents the subset where the detail visit occurred up to 7 days before the letter request).

**Figure 5A**

29. We began with our count of letter requests from psychiatrists presented in Figures 4A and 4B (blue line).

30. We plotted this count of letters by month in Excel (blue line) and overlaid a monthly sum of the "Number of Contacts" variable in Neurontin promotional data from the IMS IPS audit (green line). We calculated the correlation coefficient for these two data series in Excel.

**Figure 5B**

31. We began with our count of letter requests from psychiatrists presented in Figures 4A, 4B, and 5A (blue line).

32. We plotted this count of letters by month in Excel (blue line) and overlaid a monthly sum of the "Cost of Contacts" variable in Neurontin promotional data from the IMS IPS audit (grey line). We calculated the correlation coefficient for these two data series in Excel.

---

# Exhibit B



**Figure 1: Sales Calls to Psychiatrists**
Source: Sherlock Databases; IMS Promotional Data

Correlation Coefficient = 0.81
(Jan 1999 - May 2004)

Declaration of Joshua Peteet    Contains Confidential Information Subject to Court Order    Exhibit B: Figure 1

**Figure 2: Total Neurontin Letters to Physicians**
Source: Merlin Database

Declaration of Joshua Peteet   Contains Confidential Information Subject to Court Order   Exhibit B: Figure 2





# Figure 3A: Distribution of Neurontin Letters by Title

**Source: Merlin Database**

Privileged and Confidential

Declaration of Joshua Peteet — Contains Confidential Information Subject to Court Order — Exhibit B: Figure 3B

**Figure 4A: Neurontin Letters to Physicians Matched in Call Notes Database**
Source: Merlin and Sherlock Databases





Figure 5A: Neurontin Letters and Detail Visits to Psychiatrists

Declaration of Joshua Peteet — Contains Confidential Information Subject to Court Order — Exhibit B: Figure 5A



**Figure 5B: Neurontin Letters and Cost of Detail Visits to Psychiatrists**
Source: Merlin and Sherlock Databases; IMS Promotional Data

Correlation Coefficient = 0.77
(Oct 1998 - Aug 2003)

Declaration of Joshua Peteet — Contains Confidential Information Subject to Court Order — Exhibit B: Figure 5B