# EXHIBIT B

**Nissi, Nordo (NYC)**

| | |
|---|---|
| **From:** | Edward Notargiacomo [EdwardNotargiacomo@hbsslaw.com] |
| **Sent:** | Monday, December 21, 2009 10:51 AM |
| **To:** | Armstrong, Katherine (NYC) |
| **Subject:** | Re: Joshua Peteet |

My understanding is that a supplemental disclosure is being filed today which
designates mr Peteet as a fact witness, not an expert.  Mr Peteet is not testfying as
an expert and we expect, as you indicated in your email, that his deposition is being
taken as a result of and will be largely confined to his declaration in support of
Plaintiffs Opposition to SJ.



On Dec 18, 2009, at 6:38 PM, "Armstrong, Katherine"
<Katherine.Armstrong@skadden.com<mailto:Katherine.Armstrong@skadden.com>> wrote:

We just received your Supplemental Rule 26 disclosures in which you identify, for the
first time, Mr. Peteet as a retained expert.  The designation of Mr. Peteet as an
expert is clearly untimely and we will seek to exclude any expert testimony that
Plaintiffs seek to offer from him at trial.

We sought his deposition based upon the declaration that he provided in support of
Plaintiffs' opposition to Defendants' motion for summary judgment.  We do not agree
that he is an expert and are not taking his deposition as an expert.

_____

From: Edward Notargiacomo [mailto:EdwardNotargiacomo@hbsslaw.com]
Sent: Friday, December 18, 2009 11:19 AM
To: Armstrong, Katherine (NYC); Fox, Thomas E (NYC)
Subject: RE: Joshua Peteet

Thats fine.

NOTE NEW MAILING ADDRESS AS OF JUNE 1, 2009:
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142


_____

From: Armstrong, Katherine [mailto:Katherine.Armstrong@skadden.com]
Sent: Friday, December 18, 2009 10:45 AM
To: Edward Notargiacomo; Fox, Thomas E
Subject: RE: Joshua Peteet

I'll be taking the deposition Ed.  We can start at 9:00.  I'm not sure how long it will
take, so Mr. Peteet should block out the entire day.

Since I'm coming from New York, I'd prefer to take the deposition in downtown Boston.
It will be easier to get to the airport from there.  Our offices are available.

_____

From: Edward Notargiacomo [mailto:EdwardNotargiacomo@hbsslaw.com]
Sent: Friday, December 18, 2009 9:49 AM
To: Fox, Thomas E (NYC)
Cc: Armstrong, Katherine (NYC)
Subject: RE: Joshua Peteet

Tom,

Please advise as to the time and location of Mr. Peteet's deposition next week.  I can
offer up our conference room in Cambridge if you would like.

Also, I don't know if you will be taking the deposition or not, but do Ds have any
sense at all as to how long they think his deposition will take?  He of course will be
available for the whole day but as he has many ongoing projects he asked if there was
any sense on Ds side whether they expect to use the entire day or not.  I told him I

1

would check with you.

Thanks

Ed

NOTE NEW MAILING ADDRESS AS OF JUNE 1, 2009:
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

_____

From: Fox, Thomas E [mailto:Thomas.Fox@skadden.com]
Sent: Monday, December 14, 2009 7:24 PM
To: Edward Notargiacomo
Cc: Armstrong, Katherine
Subject: Joshua Peteet
Importance: High

Ed,

December 22 works for his deposition.   I take it that Boston is where he is located.

Tom

Thomas E. Fox
Skadden, Arps, Slate, Meagher & Flom LLP Four Times Square | New York | 10036-6522
T: 212.735.2165 | F: 917.777.2165
thomas.fox@skadden.com<mailto:thomas.fox@skadden.com>

Skadden

P Please consider the environment before printing this email.


------------------------------------------------------------------------
*****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless
otherwise expressly indicated, any federal tax advice contained in this message was not
intended or written to be used, and cannot be used, for the purpose of (i) avoiding
tax-related penalties under the Internal Revenue Code or applicable state or local tax
law provisions or (ii) promoting, marketing or recommending to another party any tax-
related matters addressed herein.
*****************************************************
*****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s)
named herein and may contain legally privileged and/or confidential information. If you
are not the intended recipient of this email, you are hereby notified that any
dissemination, distribution or copying of this email (and any attachments thereto) is
strictly prohibited. If you receive this email in error please immediately notify me at
(212) 735-3000 and permanently delete the original email (and any copy of any email)
and any printout thereof.

Further information about the firm, a list of the Partners and their professional
qualifications will be provided upon request.
*****************************************************
==============================================================================


------------------------------------------------------------------------
*****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless
otherwise expressly indicated, any federal tax advice contained in this message was not
intended or written to be used, and cannot be used, for the purpose of (i) avoiding
tax-related penalties under the Internal Revenue Code or applicable state or local tax
law provisions or (ii) promoting, marketing or recommending to another party any tax-
related matters addressed herein.
*****************************************************

2

****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
==============================================================================

------------------------------------------------------------------------------
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
==============================================================================