UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS'
MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY
OF DAVID FRANKLIN AND RELATED EVIDENCE**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of excerpts from the December 18, 2009, Deposition of David Franklin.

3. Attached as Exhibit B is a true and correct copy of excerpts from the September 12, 2000, Deposition of David Franklin.

4. Attached hereto as Exhibit C is a true and correct copy of the Disclosure of Information by Relator David P. Franklin Pursuant to 31 U.S.C. § 3730b(2), Franklin, No. 96-CV-11651-PBS (D. Mass. filed Aug. 13, 1996).

5. Attached as Exhibit D is a true and correct copy of excerpts from the September 13, 2000, Deposition of David Franklin.

6. Attached as Exhibit E is a true and correct copy of excerpts from the November 21, 2000, Deposition of David Franklin.

Signed under the penalties of perjury this 8th day of January 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 8, 2010.

/s/ David B. Chaffin
David B. Chaffin