# EXHIBIT D

Franklin, David P.
page 1

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3       ----------------------------------------x
 4       UNITED STATES OF AMERICA AND
 5       DAVID FRANKLIN,
 6                        Plaintiffs,
 7       v.                No. 96-11651-PBS
 8       PARKE-DAVIS, DIVISION
 9       OF WARNER-LAMBERT COMPANY,
10                        Defendant.
11       ----------------------------------------x
12       Volume: II              Pages: 1-342
13
14            CONTINUATION DEPOSITION OF DAVID P.
15       FRANKLIN, a witness called on behalf of the
16       Plaintiff, taken pursuant to the provisions
17       of the Massachusetts Rules of Civil
18       Procedure, before Linda Bernis, a Registered
19       Professional Reporter and Notary Public in
20       and for the Commonwealth of Massachusetts,
21       at the offices of Hare & Chaffin, 160
22       Federal Street, Boston, Massachusetts, on
23       Wednesday, September 13, 2000, commencing at
24       9:15 a.m.
```

page 1

Franklin, David P.
page 227

```
 1            Parke-Davis program."
 2                    Do you see that?
 3     A.     Yes.
 4     Q.     When you refer to package of monetary
 5            incentives, can you list for me what the
 6            package was?
 7     A.     Speakers Bureau, preceptorships, which were
 8            often referred to as shadowing programs,
 9            consultantships, record reviews.
10     Q.     Anything else?
11     A.     That's it.
12     Q.     Did you ever provide any of these monetary
13            incentives to any physicians?
14     A.     I did not, no.
15     Q.     None of them, no speakers?
16     A.     No, I hadn't been there long enough.
17     Q.     Are you aware of -- strike that.
18     A.     I'm sorry.  There were also Olympic tickets.
19     Q.     Now, including Olympic tickets, did you
20            provide those to anyone?
21     A.     No.
22     Q.     If you could turn to page 11 of Exhibit 3.
23            You refer to a meeting of the Northeast CBU
24            that you attended in Farmington, Connecticut
```

Franklin, David P.
page 228

```
 1          on April 22, 1996.  Do you see that?
 2   A.     Yes.
 3   Q.     Do you recall that meeting?
 4   A.     Yes.
 5   Q.     Did you take notes of that meeting?
 6   A.     I don't recall.
 7   Q.     Did you tape-record that meeting?
 8   A.     No.
 9   Q.     You attribute some language here to Ford.
10          You're referring to John Ford?
11   A.     Yes.
12   Q.     And, again, this is not based on notes and
13          it is not based on the recorded
14          conversations, it is based on your
15          recollection of what he said?
16   A.     Yes.
17   Q.     The third from the last line refers to, "I
18          don't want to hear that safety crap."
19   A.     Yes.
20   Q.     What did you understand -- first, do you
21          believe he used those words?
22   A.     Yes.
23   Q.     What do you understand him to be referring
24          to?
```

page 228