UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: NEURONTIN MARKETING,
     SALES PRACTICES AND
     PRODUCTS LIABILITY LITIGATION,

THIS DOCUMENT RELATES TO:

THE GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA v. PFIZER, INC., and

AETNA, INC. v. PFIZER, INC.

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T.
Sorokin

## DECLARATION OF ELANA KATCHER

Elana Katcher declares:

1.      I am associated with the law firm Kaplan Fox & Kilsheimer, LLP, attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") in this action.   I submit this declaration in support of Plaintiff Kaiser's Motion *in Limine* to Exclude Cross-Examination On Dr. Hartman's Medication.

2.      Attached as Exhibit A is a true and correct excerpt of the transcript of the deposition of Raymond S. Hartman, Ph.D., as taken in this action on December 13, 2006.

3.      Attached as Exhibit B is a true and correct excerpt of the transcript of the deposition of Raymond S. Hartman, Ph.D., as taken in this action on January 27, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2010.

_____
Elana Katcher

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2010, I caused this document (except Exhibits A and B) to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.  Exhibit A will be served on defendants via electronic mail on the same date.

ATTORNEY FOR THE COORDINATED PLAINTIFFS


/s/ Elana Katcher
ELANA KATCHER

# EXHIBIT A
# TO ELANA KATCHER
# AFFIDAVIT

# FILED UNDER SEAL

# EXHIBIT B
# TO ELANA KATCHER AFFIDAVIT

# FILED UNDER SEAL