UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER, INC., and | Magistrate Judge Leo T. Sorokin |
| AETNA, INC. v. PFIZER, INC. | |

## DECLARATION OF ELANA KATCHER

Elana Katcher declares:

1. I am associated with the law firm Kaplan Fox & Kilsheimer, LLP, attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") in this action. I submit this declaration in support of Plaintiff Kaiser's Motion *in Limine* to Exclude Dr. Arrowsmith-Lowe's Testimony on Foreign Regulatory Actions and Absence of U.S. Regulatory Actions.

2. Attached as Exhibit A is a true and correct excerpt of the supplemental report of Janet Arrowsmith, M.D., dated March 18, 2009.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 8, 2010.

*/s/ E. Katcher*
Elana Katcher

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2010, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

                ATTORNEY FOR THE COORDINATED PLAINTIFFS

                /s/ Elana Katcher
                ELANA KATCHER