# Exhibit A

## SUPPLEMENTAL REPORT OF JANET ARROWSMITH, M.D.

I previously submitted a report in this matter on December 15, 2008, wherein I set forth my education, professional experience and background.[1]  I incorporate, in its entirety, here by reference my first expert report in this matter.

A list of additional materials considered for this Supplemental Report is attached as Exhibit 1. My current CV, including an updated list of cases in which I have testified as an expert over the past four years, is attached as Exhibit 2.

I reserve the right to review and rely upon subsequent literature and reports filed by other experts.

In this Supplemental Report, I am responding to the report of Dr. Curt Furberg and the supplemental report of Dr. Jeffrey Barkin.  I hold the opinions expressed in this Supplemental Report to a reasonable degree of medical and scientific certainty, and these opinions are based on my education, training, experience, and review of the relevant scientific and medical literature.


I.      THE FDA'S INITIAL APPROVAL OF NEURONTIN®

As part of the initial NDA review and approval process for Neurontin, FDA medical officers reviewed safety information available in the Integrated Summary of Safety ("ISS") and four safety updates, including data regarding depression with and without suicidal ideation.

The Integrated Summary of Safety (ISS) specifically addressed episodes of depression with and without suicidal ideation in a stand-alone section titled "Depression."   RR-Reg 720-02957, Integrated Summary of Safety, NDA 20-235 at p. 135 (November 19, 1991) ("Epilepsy ISS"). The section noted that "depression is commonly reported as a concurrent illness in the epileptic population." *Id.*

As required by FDA regulations (21 C.F.R. § 312 *et seq.*), Warner-Lambert/Parke-Davis continued to provide safety data on Neurontin in the safety updates submitted to FDA prior to approval of Neurontin and in periodic and other reports as required by FDA.  These safety updates included information on patient deaths and serious adverse events.  They were provided to FDA in May 1992, November 1992, May 1993, and December 1993.  RR-Reg 720-03079, NDA 20-235 (May 29, 1992) ("First Safety Update"); RR-Reg 720-03132, NDA 20-235 (October 29, 1992) ("Second Safety Update"); RR-Reg 720-03236, NDA 20-235 (May 12, 1993) ("Third Safety Update"); RR-Reg 720-03315, NDA 20-235 (December 15, 1993) ("Fourth Safety Update").

---

[1] "Expert Report of Janet Arrowsmith-Lowe, M.D.," dated December 12, 2008.

1

In assessing the safety and efficacy of all prescription drug products, FDA relies on the clinical judgment and expertise of its medical officers. Thus, reports of depression with and without suicidal ideation and other psychiatric events were considered by FDA clinicians in their evaluation of the risk/benefit profile for Neurontin. As reflected in the Combined Medical-Statistical Review, Dr. McCormick evaluated reports of depression with and without suicidal ideation reported during the clinical trials. *Id.* Both she and the statistical reviewer recommended approval of the drug for adjunctive therapy in the treatment of partial seizures with and without secondary generalization in adults with epilepsy.

In Dr. McCormick's review of the Fourth Safety Update, she noted that "there is a higher incidence of depression among epileptics with partial seizures as compared to the general population." Cynthia G. McCormick, M.D., FDA Division of Neuropharmacological Drug Products, Review and Evaluation of Safety Update #4 at p. 8 (December 28, 1993) ("FDA Review of Safety Update #4"). Dr. McCormick also stated that "one cannot determine based on the available data, largely uncontrolled, whether the reports here represent an increase in incidence or intensity of depression compared to that which is expected." *Id.* Dr. McCormick evaluated the full spectrum of adverse events, including episodes of depression with and without suicidal ideation, before recommending that Neurontin was safe and effective for its proposed indication and that the NDA was approvable.

Episodes of depression with and without suicidal ideation were also evaluated by Dr. McCormick's supervisor, Dr. Russell Katz. Like Dr. McCormick, Dr. Katz did not suggest that gabapentin increased the risk for depression with or without suicidal ideation. Dr. Katz, who is currently the Director of the Division of Neurology Products, agreed with Dr. McCormick that Neurontin was safe and effective for its intended use and should be approved. Dr. Katz's supervisor at the time, Dr. Paul Leber, then Director of the Division of Neuropharmacological Drug Products, agreed with Dr. Katz's and Dr. McCormick's recommendations regarding gabapentin's safety and efficacy. His report raised no concern about depression.

Gabapentin was a new molecular entity and so it was brought before the Peripheral and Central Nervous System Advisory Committee on December 15, 1992. Prior to the meeting, the Advisory Committee members received a set of briefing materials, which included a draft of Dr. McCormick's Medical Officer Review. During the course of the meeting, Dr. McCormick provided a summary of her clinical assessment of the safety and efficacy of Neurontin. Transcript of Peripheral and Central Nervous System Drugs Advisory Committee, December 15, 1992, at pp. 18-61. ("PCNS Advisory Committee Meeting"). Dr. McCormick noted that in controlled and uncontrolled studies, 5.3 percent of Neurontin exposed patients had reported depression, including seven serious adverse events of depression and nine patients who were withdrawn from a clinical study because of depression, some of whom had suicidal ideation. *Id.* at pp. 55, 58. However, at no point during her presentation to the Advisory Committee did Dr. McCormick state that Neurontin causes or increases the risk for developing depression with or without suicidal ideation.

2

After considering both safety and efficacy data, including the data on depression with or without suicidal ideation, the Advisory Committee voted unanimously to recommend approval of Neurontin. *Id.* at 126. None of the Advisory Committee members stated or suggested that there was an increased risk for depression with or without suicidal ideation associated with Neurontin use.

## II. FURBERG

Dr. Furberg states that the company "violated accepted moral, regulatory and scientific principles" in the Neurontin clinical trials. Furberg Report ¶ 31. However, my review of documents related to the clinical evaluation of Neurontin reveals no evidence of violation of U.S regulatory or international research standards for clinical trials. Also, I can find no evidence that FDA or any other regulatory body found violations of regulatory or scientific principles. Quite the contrary, there is well-documented evidence that the company properly studied and labeled Neurontin.

Dr. Furberg, in paragraph 32(a) of his report, opines that Pfizer should have included in the Neurontin Investigator Brochures a "warning that participants[2] in research projects should be alerted to the risk of depression with and without suicidal ideation." He also claims that this information "was delayed for two years in the U.S." and "[i]t is unclear why non-U.S. investigators were promptly informed in 1992." Dr. Furberg completely misrepresents the content of the Neurontin Investigator Brochures.

The Investigator Brochures are reviewed by FDA and by the individual Institutional Review Boards (IRBs) for each clinical trial site. Among other purposes, the Investigator Brochure serves as labeling for an investigational drug and informs investigators of the known or anticipated risks associated with the drug undergoing clinical investigation. Under 21 CFR § 312.23(a)(5)(v), "[a] description of possible risks and side effects to be anticipated on the basis of prior experience with the drug under investigation or with related drugs, and of precautions or special monitoring to be done as part of the investigational use of the drug" must be included in the Investigator Brochure. In the post-approval period, these risks and side effects are set forth in the package insert. In contrast, in the pre-approval period, because there is no approved package insert, the Investigator Brochure must include a description of the risks and side effects known at that time.

The first Investigator Brochure for Neurontin is dated 4/28/1989 (RR-X 720-02455), which is approximately 4 years before FDA approval. In the Adverse Reactions on page 4, depression is listed in last paragraph as an AE reported by one or two patients, and page 49 of the brochure

---

[2] "Dr. Furberg concedes that participants in clinical trials would not have paid for their medications (Furberg Dep. 195:21 - 195:24, Mar. 11, 2009. Therefore, none of the participants "purchased, reimbursed or paid for some or all of the price of Neurontin," and no third-party payor "paid or reimbursed all or part of the cost of Neurontin prescribed, provided, or administered" as part of the clinical trials. Plaintiffs' Renewed Motion for Class Certification at 1, 2.

there is a table that lists slight depression and severe depression. The next Investigator Brochure for Neurontin is dated 5/21/1992 (RR-X 720-03092), which is approximately 18 months before FDA approval, and this brochure explicitly supersedes RR-X 720-02455. On page viii, on page 66 (Section 3.3.5), and again on page 67 (Table 17), the brochure lists the occurrence of six depression events and one suicidal event. Thus, prior to FDA approval of Neurontin, the Investigator Brochures informed investigators of the potential risk of depression and suicidal behavior.

FDA approved Neurontin in 1993, and the FDA-approved product labeling at that time included specific references to depression (including the incidence of depression in the Neurontin- and placebo-treated clinical trial subjects), as well as specific reference to "suicidal" and "suicide gesture." The first Investigator Brochure following FDA approval of Neurontin is dated 4/19/94 (RR-X 720-03362). This brochure explicitly superseded RR-X 720-02455 and RR-X 720-03092, and included a copy of the FDA-approved Neurontin package insert. Thus, in the United States, both pre- and post-approval, the Neurontin Investigator Brochures adequately informed the investigators of the potential risk of depression with and without suicidal ideation. Dr. Furberg conceded, at his recent deposition, that this disclosure was adequate. (Furberg Dep. 180:10 - 190:5).

Dr. Furberg suggests that in 1992 the U.S. and non-U.S. Investigator Brochures provide different descriptions of the risks of depression with and without suicidal ideation. This is incorrect. RR-X 720-03381 is the first Investigator Brochure for Neurontin studies conducted outside of the U.S. This brochure, dated 5/31/1994, explicitly supersedes RR-X 720-02455 and RR-X 720-03092. Thus, up to 5/31/1994, the non-U.S. and U.S. investigators received the same Investigator Brochures and received the same warnings regarding depression and suicidal ideation. At page xvii of RR-X 720-03381 (the 1994 non-U.S. brochure), there is a table that includes incidence of depression in Neurontin- and placebo-treated patients that is identical to that provided in the FDA-approved labeling. At page xix, there is a list of adverse events that includes "suicidal" and "suicide gesture" that is also identical to that provided in the FDA-approved labeling. The only difference between the 1994 non-U.S. and 1994 U.S. Investigator Brochures was that the U.S. brochure provided a description of risks and side-effects using the FDA-approved label whereas the non-U.S. brochure provided this information in the brochure itself. Thus, the disclosure in the non-U.S. Investigator Brochure was identical to that provided in the U.S. package insert, which was included in the U.S. Investigator Brochure after Neurontin approval.

Dr. Furberg also criticizes the informed consent documents for the Neurontin clinical trials. As a point of information, and in addition to comments on the IND itself, FDA reviewers may comment on informed consent documents. The final versions of the consent forms may reflect any comments provided by the FDA reviewers; however, informed consent documents are governed and must be approved by the Institutional Review Broad responsible for the trial site (21 CFR §50 *et seq*).

4

Dr. Furberg also claims that "[a]ll patients also have the right to be informed by their clinicians whether a prescribed drug is FDA-approved for their underlying condition." Furberg Report at ¶ 24(b). The informed consent documents that I have reviewed have made it clear that Neurontin was being used as an investigational drug and was not approved for the treatment of bipolar or other mood disorders.

Dr. Furberg states that Neurontin "has been shown to penetrate the blood-brain barrier effectively" and that "the known fact that gabapentin reaches the brain should have alerted the sponsor to explore possible adverse central nervous system (CNS) effects." Furberg Report ¶ 25. First, as a matter of drug design, it is not surprising that Neurontin crosses the blood-brain barrier, as all currently approved anti-epileptic drugs (AED) cross the blood-brain barrier in order to effectively treat seizures. Second, the CNS risks and side-effects of Neurontin have been well-researched, well-characterized and fully documented in submissions to FDA from pre-approval to the recent submissions.

As Dr. Furberg conceded in his deposition, there was not a statistically significant higher rate of depression in the gabapentin-treated patients compared to the placebo control. *See, e.g.,*, Furberg Dep. 109:20 - 110:23, 111:23 - 114:8. Review of FDA's 1993 Combined Medical and Statistical Review along with the 1st through 4th Safety Updates show no evidence of a statistically significant higher rate of depression with or without suicidal ideation. In addition, Dr. McCormick, as Director of the Division of Anesthetic, Critical Care and Addiction Drug Products, also reviewed the NDA for the post-herpetic neuralgia indication and she expressed no concern regarding depression (May 22, 2002 Division Director Review and Basis for Approval Action).

Dr. Furberg claims that there was a "strong safety signal of serious adverse events that should have been actively pursued in the testing of gabapentin" Furberg Report at ¶ 21(b). It is unclear what Dr. Furberg means by "strong safety signal" in this context. FDA addressed depression in the reviews of the Neurontin NDA and Safety Updates and included the company's description of data regarding depression in the product label, which Dr. Furberg concedes in his recent deposition was an adequate disclosure of the depression with and without suicidal ideation. Furberg Dep. 180:10 - 190:5; Exhibit 6 of Furberg Dep.; 1993 Neurontin U.S. package insert. Both the manufacturer and FDA continued to monitor depression reported in association with the use of Neurontin.

Dr. Furberg attempts to claim that the company did not fully disclose to FDA all cases of depression by citing a footnote from the McCormick Combined Medical and Statistical Review (page 109), where Dr. McCormick states about a few patients that "these patients appear to have fallen through the cracks." Furberg Report at ¶ 27. However, as mentioned above, at the December 15, 1992 Peripheral and Central Nervous System Drugs (PCNSD) Advisory Committee meeting, these patients were specifically addressed and Dr. McCormick concluded that reports for these patients were not required. PCNSD Advisory Committee meeting transcript at 58:24 – 59:7.

5

At ¶ 28(g) of his report, Dr. Furberg claims to base his opinion regarding a "very strong signal…of depression with or without suicidal ideation" on the fact that "five FDA officials signed the review."  However, the fact that five FDA officials, the two reviewers and their supervisors, signed the Neurontin review reflects a standard practice of documenting reviewer and supervisory concurrence within FDA reviewing divisions.   These reviewers and their supervisors recommended approval of Neurontin and this recommendation was reflected in the Division Director's approval memorandum for the drug (Approvable Action Memorandum, Dr. Paul Leber, December 13, 1993).

Dr. Furberg also misrepresents the impact of a reported case of a positive dechallenge and rechallenge in a Neurontin clinical trial patient.  At ¶ 27 of his report, he states: "One patient who developed depression with suicidal ideation was re-challenged.  The serious adverse event of depression with suicidal ideation recurred when the patient was given gabapentin."  A positive dechallenge occurs when the patient is withdrawn from the suspect drug and a reported adverse event resolves; a positive rechallenge means that when the suspect drug is re-introduced, the adverse event recurs.  When the adverse event is a subjective state reported by the patient, as generally would be the case in depression and suicidal ideation, the report of a single dechallenge/rechallenge event is not useful.  Despite Dr. Furberg's assertion that dechallenge/rechallenge data are evidence of causation (Furberg Report ¶ 28(d)), "[r]eports that document positive rechallenge do not prove a causal relation for events such as depression that have a high background rate and a chronic remitting natural history." O'Connell, et al., J. Am. Acad. Dermatol. 48:306-308 (2002).

Dr. Furberg states that the FDA Safety Alert of 1/31/2008 regarding anti-epileptic drugs ("AEDs") concludes that "patients receiving gabapentin and other antiepileptic drugs have approximately twice the risk of depression with suicidal ideation."  Furberg report at ¶ 29.  FDA made no such statement regarding depression in the Safety Alert.  In fact, depression was not one of the categories of events evaluated by FDA in this analysis.  The FDA meta-analysis which formed the basis of this Safety Alert was not designed to test either the hypothesis that AEDs cause depression, or the hypothesis that Neurontin in particular causes depression.

Contrary to Dr. Furberg's opinion at ¶ 30(a), there is no evidence that Neurontin "doubles the risk of serious depression."  Dr. Furberg has not provided any scientific evidence to support this claim.  Also contrary to Dr. Furberg's opinion at ¶ 30(a), there is no evidence that the company did not adequately pursue any safety signal of the "risk of serious depression," or that the company did not adequately address patient safety.

Finally, contrary to Dr. Furberg's assertions, the article by Dimond, et al. (Effect of Gabapentin (Neurontin) on Mood and Well-Being in Patients with Epilepsy.  Prog. Neuro-Psychopharmacol. & Biol. Psychiat. 20:407 – 417, 1996) is neither misleading nor does it make unsubstantiated claims.  Furberg Report ¶ 33 – 40.  Rather, the conclusions of the authors of this paper are appropriately cautious as to the interpretation of the findings of the study.   For example, the authors state, "Since the present study is a retrospective examination of data from trials in epilepsy where psychiatric effects were not the primary focus, only cautious conclusions must be

drawn. This analysis is also limited by inadequately defined measures of 'well-being' such as the global ratings, physician comments and the QOL measure." (Emphasis added) (p. 414). The authors also stated,

> "[T]he present analysis of general well-being with add-on gabapentin therapy suggests that not only did gabapentin-treated patients not fare any worse than placebo patients, they showed enhanced well-being. At the very least, these findings support gabapentin's lack of adverse effects on mental functioning. The possibility that gabapentin may possess beneficial psychotropic effects which could have utility in the psychiatric disorders can only be clarified through further studies in the appropriate patient populations." (Emphasis added) (p. 414).

The statements made in this paper to do not constitute off-label promotion of Neurontin.

### III. BARKIN

I have reviewed the supplemental report of Dr. Jeffrey Barkin. In that report Dr. Barkin, like Dr. Furburg, incorrectly asserts that Dr. McCormick's Medical Officer Review of the initial Neurontin NDA provides evidence of a "safety signal" of depression. Contrary to Dr. Barkin's assertion, there was not, and never has been, a "strong safety signal" of depression for Neurontin. In addition, Dr. McCormick, as Director of the Division of Anesthetic, Critical Care and Addiction Drug Products, also reviewed the NDA for the post-herpetic neuralgia indication and she expressed no concern about depression as an adverse event associated with the use of Neurontin (May 22, 2002 Division Director Review and Basis for Approval Action).

Starting with the initial approval, the Neurontin package insert has included data on depression, among other reported adverse events. The current Neurontin label includes both the rates of depression observed in the clinical trials for epilepsy patients receiving Neurontin (1.8%) and those receiving placebo (1.1%). In addition, data for the post-herpetic neuralgia indication, the rate of depression was higher in the placebo-treated patients (2.2%) as compared to the Neurontin group (1.3%). Neither of the differences in rates between active and placebo groups are statistically different based on chi-square analyses.

DATE: March 18, 2009

Janet Arrowsmith, M.D.

# EXHIBIT 1

# ADDITIONAL MATERIALS CONSIDERED FOR SUPPLEMENTAL REPORT OF JANET ARROWSMITH, M.D. (MARCH 18, 2009)

- Report of Dr. Curt Furberg

- Supplemental Report of Dr. Jeffrey Barkin

- Transcript of deposition (rough and final) of Dr. Curt Furberg, March 11, 2009, with exhibits

- 21 C.F.R. § 312 *et seq.*

- 21 CFR §50 *et seq.*

- Transcript of Peripheral and Central Nervous System Drugs Advisory Committee, December 15, 1992

- Plaintiffs' Renewed Motion for Class Certification

- RR-X 720-02455

- RR-X 720-03092

- RR-X 720-03362

- RR-X 720-03381

- May 22, 2002 Division Director Review and Basis for Approval Action (PHN indication for Neurontin)

- Approvable Action Memorandum, Dr. Paul Leber, December 13, 1993

- O'Connell, et al., J. Am. Acad. Dermatol. 48:306-308 (2002)

- FDA Safety Alert (January 31, 2008)

- Dimond, et al., Effect of Gabapentin (Neurontin) on Mood and Well-Being in Patients with Epilepsy.  Prog. Neuro-Psychopharmacol. & Biol. Psychiat. 20:407 – 417, 1996

# EXHIBIT 2

CURRICULUM VITAE
JANET B. ARROWSMITH, M.D., F.A.C.P, F.A.C.E.
February 2009

Home Address:

185 Eagle Creek Canyon
Ruidoso, NM 88355
(575)-336-2122 (voice)
(575)-937-3161 (cell)
email: arrowsmith@valornet.com

Office Addresses
Janet Arrowsmith Consulting, LLC
A Drug, Device and Biologics Consulting Firm
185 Eagle Creek Canyon
Ruidoso, NM 88345
(575)-336-7821(voice)
(575)-336-7920 (facsimile)

Education:
Bachelor of Arts            Duke University           1972
Doctor of Medicine          Tulane University         1979

Internship and Residency:
Internal Medicine           University of Alabama at Birmingham
                            1979 through 1982

Additional Training:
Epidemic Intelligence Service       National Centers for Disease Control and
                                    Prevention, 1984 through 1986

Licensure:
Federal Licensing Exam      June    1979
New Mexico                  November 1996

Specialty Board Certification:
American Board of Internal Medicine,        September 1986

Professional Associations:
Member, American College of Epidemiology        Elected April 2002
Fellow, American College of Epidemiology        Elected October, 2008
Member, American College of Physicians          Elected 1987
Fellow, American College of Physicians          Elected April 1994
American Medical Association
International Society of Pharmacoepidemiology
Drug Information Association
Reserve Officers Association
Lincoln County Medical Society

Professional Experience:
1999 to present
Arrowsmith-Lowe Consulting, Inc.
        * President of drug, biologic, and device consulting firm
Consultant, NIDA Division of Research and Development, National Institutes of Health
Special Emphasis Panel, National Institute of Allergy and Infectious Diseases, NIH
1999 to 2006
        * Arrowsmith-Lowe Consulting, Inc.
        * Primary Care provider, Family Practice Associates of Ruidoso, NM
1998 to 1999
Internal Medicine Associates, Ruidoso, NM
        *Full time internal medicine practice with ICU privileges
        *Member, Critical Care / Cardiorespiratory Committee
        *Physician member, Infection Control Committee
        *Physician Board member, Headstart of Lincoln County
        *Ryan White provider, University of New Mexico Health Sciences Center

Janet Arrowsmith-Lowe, M.D., F.A.C.P., F.A.C.E.
Curriculum vitae
Page 2 of 8

Professional Experience, continued:

1996-1998:
*Clinical Specialty Consultant*, Mescalero PHS Indian Health Service
Hospital, Mescalero, NM
* Full time clinician in a family practice inpatient and outpatient setting
* Consultant on Internal Medicine specialty problems
* Member of the Quality Assurance special team
* Co-chair of the Hospital Infection Control Committee
* Mescalero Service Unit member of the Albuquerque Area Diabetes Team
*Acting Clinical Director, June 1997 – November 1997

1995-1996:
*Medical Review Officer*, Division of Blood Applications, Office of Blood Research and Review, Center for
Biologics Evaluation and Research, U.S. Food and Drug Administration, Rockville, MD

* Internal medicine clinical specialist with expertise in clinical trial design and xenograft
transplantation
* Primary care provider for HIV-infected persons, Whitman-Walker Clinic, Washington, DC

1993 - 1995
*Acting Director, Office of Surveillance and Biometrics,* Center for Devices and Radiological Health. U.S.
Food and Drug Administration, Rockville, MD

* Supervised staff of 113 professional and support personnel with an annual budget of
$2.5 million
* Responsible for monitoring safety and effectiveness of all medical devices marketed in the
U.S.
* Primary care provider for HIV-infected persons, Whitman-Walker Clinic, Washington, DC

1991-1993:
*Medical Review Officer, Division of Antiviral Drug Products*, Center for Drug Evaluation and Research,
U.S. Food and Drug Administration, Rockville, MD

* Reviewer for initial clinical trials of new drugs developed to treat HIV,
Herpes, Varicella-Zoster and other human viral pathogens
* Clinical consultant to the Division's laboratory for pre- and post exposure prophylaxis  to
prevent Hepatitis B and HIV infections
* Field reviewer for CDC's community-based programs in HIV prevention
* Primary care provider for HIV-infected persons, Whitman-Walker Clinic, Washington, DC

Janet Arrowsmith-Lowe, M.D. F.A.C.P., F.A.C.E.
Curriculum vitae
Page 3 of 8

Professional Experience, continued

1990-1991:

*Senior Medical Officer (HIV),* Office of the Forum on Quality in Health Care, Agency for Health Care
Policy and Research, Rockville, MD

> \* Senior Agency clinical consultant HIV-related policies
> \* Established and convened panel of clinical and community experts for the development of
> clinical care and treatment guidelines for HIV infection, published in 1993.
> \* Primary care provider for HIV-infected persons, Whitman-Walker Clinic, Washington, DC

1988-1990

*Deputy Director, Office of AIDS and Special Health Concerns, Office of the Commissioner,* U.S. Food and
Drug Administration, Rockville, MD

> \*Directed the FDA activities for the AIDS Clinical Trials Information Service, a publicly
> accessible database of all clinical trials to treat HIV infection
> \*National and international representative for FDA policies on regulation of HIV-related products
> for diagnosis and treatment
> \* Primary care provider for HIV-infected persons, Whitman-Walker Clinic, Washington, DC

1986 to 1996
*Clinical Instructor*                    Department of Medicine
                                         Georgetown University Medical Center
                                         Washington, DC

1986-1988

*Staff Epidemiologist, Office of Epidemiology and Biostatistics,* Center for Drug Evaluation and Research,
U.S. Food and Drug Administration

> \* Monitored postmarket safety and effectiveness of marketed drugs
> \* Consultant to Centers for Drug and Biologics Evaluation and Research on
> epidemiologic issues and problems
> \* Special consultant to the U.S. Department of Justice
> \* Primary care, Department of Medicine, Georgetown University Medical Center,
> Washington, DC.

1984-1986

*Epidemic Intelligence Service Officer,* National Centers for Disease Control and Prevention, Atlanta, GA

> \* First EIS officer assigned to the FDA
> \* Participated in CDC and FDA epidemiologic investigations of problems of national and regional
> interest, see bibliography and abstract listings
> \* Assigned as editor pro tempore Morbidity and Mortality Weekly Report,

Janet Arrowsmith-Lowe, M.D., F.A.C.P., F.A.C.E.

Curriculum vitae
Page 4 of 8

Professional Experience, continued
1982-1984
*Staff Physician*, Cooper Green Hospital, Birmingham AL
       * Internal Medicine attending physician with student, resident and intern teaching
responsibilities
       * Quality Assurance review responsibilities and Chair, medical-nursing quality
assurance program

Other Professional Activities

- Chair, Membership Committee, American College of Epidemiology, 2008
- Medical specialist, Managed Health Care Bureau, N M Public Regulation Commission 2007
- Vice Chair, Membership Committee American College of Epidemiology 2006 - 2008
- Reviewer, 2006 Congress of Epidemiology abstracts
- Lincoln County Councilor, New Mexico Medical Society Council of Governors, 2005 -2007
- Editorial Consultant, ACP's PIER program 2005 - 2006
- Reviewer, American College of Physicians' (ACP)'s Physician Information and Education Resource (PIER) modules 2004-2006
- President, Lincoln County Medical Society, 2004-2005
- Hoofbeats Therapeutic Riding Program Board of Directors, Alto NM, 2004 to 2006
- Membership Committee, American College of Epidemiology, 2002
- Volunteer physician, Bishop Stoney Camp, Episcopal Dioceses of the Rio Grande, 2004, 2005
- Reviewer, Scientific Program Committee, International Society for Pharmacoepidemiology, 2004, 2005, 2007, 2008
- Secretary/treasurer, Lincoln County Medical Society, elected December 2003-2004
- Medical Director, Ruidoso Home Care, September 2000 to present
- Professional Advisory Group, Ruidoso Home Care and Hospice, September 2000 to present
- Medical Advisor and Board , Hoofbeats Therapeutic Riding Program, Alto, NM 2001 to 2006
- Representative, NM Council of the American College of Physicians, 1998 - 2000
- Moderator, Pharmacoepidemiology session, Annual EIS Conference, CDC, Atlanta, GA; 4/97
- Physician Representative DC Branch of the Commissioned Officers' Association 7/95-4/96.
- Member, PHS Medical Review Board July 1991 to 1998
- Member, PHS Co-Step Board Panel January 1991 to 1998.
- FDA Representative, PHS working Group on management of occupational exposure to HIV, 2/89.
- FDA Representative, AIDS Information Service Panel, US PHS Executive Task Force on AIDS; September 1989 - September 1990.
- Editorial Board, Journal of Pharmacoepidemiology, April 1988.
- Reviewer, Annals of Internal Medicine, 1988 to present

Uniformed Services
- US PHS 1984 – 1998; Highest rank achieved Captain (06); Honorable discharge, February, 1998 at Commander (05) grade. Inactive Reserve, US PHS, 1998 to present

Bibliography
- Silverman BG, Brown SL, Kaczmarek RG, Arrowsmith-Lowe JB, Kessler DA. Reported complications of silicone breast implants: An epidemiologic review. Ann Int Med 1995; 124:744-56.
- Ulatowski TA and Arrowsmith-Lowe J. "Antiviral Claims for Medical Devices" . In: Proceeding from the First Workshop on Antiviral Claims for topical Antiseptics, May 31-June 1, 1994. U.S.GPO;1995-386-982:43728 ; pp 19-23.

Janet Arrowsmith-Lowe, M.D., F.A.C.P., F.A.C.E.
Curriculum vitae
Page 5 of 8
    Bibliography, continued

- Arrowsmith-Lowe J. Medical Device Regulations and the Postmarket Surveillance Studies Section of SMDA '980. Jap J Medical Instrumentation 1995; 65:158-9.
- Arrowsmith JB, Gerstman BB, Fleischer DE, Benjamin SB. Results from the ASGE/FDA collaborative study on complication rates and drug use during gastrointestinal endoscopy. Gastrointestinal Endoscopy 1991; 37: 421-7.
-
- Arrowsmith JB. FDA contributing author. PHS Statement on management of occupational exposure to human immunodeficiency virus. MMWR 1990; 39 RR-1: 1-14.

- Arrowsmith JB. AIDS therapy and the detection of adverse drug reactions in dental practice. J Am Dent Assoc 1989; 119: 46S-48S.

- Arrowsmith JB, Faich GA, Tomita DL, et al. Morbidity and mortality among low birthweight infants exposed to an intravenous vitamin E product, Eferol. Pediatrics 1989; 83: 244-9.

- Hine LK, Arrowsmith JB, Gallo-Torres H. Monooctanoin-associated pulmonary edema. Am J Gastroenterol 1988; 1128-31.

- Spengler RF, Arrowsmith JB, Kilarski DJ, et al. Severe soft tissue injury following intravenous phenytoin: Patient and drug administration risk factors. Arch Med 1988; 148: 1329-33.

- Arrowsmith JB, Creamer JI, Bosco L. Severe dermatologic reactions reported after treatment with tocainide. Ann Int Med 1987; 107: 693-6.

- Arrowsmith JB, Kennedy DL, Kuritsky JN, Anello C, Faich GA. Trends in aspirin use and Reye syndrome reporting, United States, 1979-1985. Pediatrics; 79: 858-63.

- Nelson WL, Fraunfelder FT, Sills JM, Arrowsmith JB, Kuritsky JN. Adverse respiratory and cardiovascular events attributed to timolol ophthalmic solution, 1978-1985. Am J Ophthal 1986; 102: 606-11.

- Hoffman R. Zakonen S, Yang HH, Bruno E, LoBuglio AF, Arrowsmith JB, Prchal JT. An antibody cytotoxic to megakaryocyte progenitor cells in a patient with immune thrombocytopenic purpura, N Eng J Med 1985; 312: 1170-4.

<u>Abstracts</u>

- Arrowsmith-Lowe, Janet. How Do Drugs Get onto the US Market and What Happens Next? Annual Meeting NM Chapter American College of Physicians November 3 – 5, 2005 Albuquerque, NM (poster presentation, second prize in presentation)

- Arrowsmith-Lowe J, Gogel HK, Lynn R, et al. Serendipitous overdose of octreotide acetate used for variceal hemorrhage. Annual meeting NM Chapter ACP-ACIM, Albuquerque NM, 1999.

- Arrowsmith JB and Kennedy DL. National patterns of aspirin use and Reye syndrome reporting APHA Annual Meeting; New Orleans, LA. 1987

- Arrowsmith JB. Guillian-Barre Syndrome following Streptokinase Exposure : A case study in Pharmacoepidemiology, APHA Annual Meeting Washington DC 1986.

Janet Arrowsmith-Lowe, M.D., F.A.C.P., F.A.C.E.
Curriculum vitae
Page 6 of 8

Abstracts, continued
- Arrowsmith JB, Kuritsky JN, Faich GA, Hsu JP. Morbidity and mortality associated with the use of an intravenous vitamin E preparation, Eferol. EIS Conference, CDC Atlanta, GA 1986.
- Arrowsmith JB, Kuritsky JN, Faich GA, Kennedy DL, Anello C. Changing patterns of aspirin use, 1980-1983. EIS Conference, CDC, Atlanta GA, 1985.

Letters
- Arrowsmith-Lowe, JB Drug safety reporting. ACP Observer 2005;25:2.
- Tanner LA, Arrowsmith JB. Histamine type-2 receptor blockers and bradyarrythmias. Ann Int Med 1988; 109:434-5.
- Arrowsmith JB, Dreis M. Thrombocytopenia after treatment with danazol. N Engl J Med 1986; 315:302
- Arrowsmith JB, Kuritsky JN, Milstein JB, Murano G. Streptokinase and the Guillian-Barre syndrome. Ann Int Med 1985; 103: 302.
- Arrowsmith JB, Gams R. Dystonia with Droperidol therapy. N Engl J Med 1981; 305: 227.

Book Chapters
- Arrowsmith-Lowe J "Post-Market Safety Surveillance for Pharmaceuticals" In: Principles and Practice of Public Health Surveillance, 2nd edition Teutsch SM and Churchill RE, eds. Oxford University Press, 2000.
- Arrowsmith JB, Anello C. Postmarketing Surveillance: A view from a regulatory agency. In: Pharmacoepidemiology Strom BL, ed. Churchill Livingstone, New York, 1989; revised 1994.

Other Publications
- Arrowsmith-Lowe J. Summertime and the "stomach flu". *Apache Scout*; Mescalero NM, August 1996.
- Arrowsmith-Lowe J and Simmons D "Recognizing Sexual Abuse in Children" *Apache Scout*, Mescalero, NM, September 1997.
- Arrowsmith J and delaHoussaye MK. Flow of Federal Health Funds, State of Louisiana. Prepared for the Office of the Commissioner, Division of Administration , State of Louisiana, Baton Rouge LA, 1975.

Representative Presentations:
- "How drugs get to market in the US" Sacramento Mountain Village, Ruidoso NM May 2008
- "How FDA Works" Lincoln County Medical Society, Ruidoso NM March 13, 2008
- "Medication Errors in Children" Pediatric Research Roundtable, Consumer Healthcare Products Association, Washington DC, June 28, 2007
- Arrowsmith-Lowe J, Gogel HK, Lynn R, et al. "Serendipitous overdose of octreotide acetate used for variceal hemorrhage". Annual meeting NM Chapter ACP-ACIM, Albuquerque NM, 1999.
- Medical Issues for Women Living with HIV. Positive Women's Retreat, sponsored by Camino de Vida of New Mexico. Las Cruces NM, May 12, 2000
- Sexually Transmitted Diseases: Prevention and treatment. Camp Sierra Blanca Juvenile Detention Center, Capitan, NM December, 1999.
- Antibiotic Resistance and Misuse of Antibiotics, Artesia, NM and Portales NM March, 1998
- Moderator, Postmarketing Surveillance Panel, Annual EIS Convention, CDC, April 1997.
- "Recognizing sexual abuse in a child" Mescalero Headstart Program continuing education series. September, 1996; Mescalero, NM.
- "Menopause" Federal Women's Association monthly meeting, Mescalero NM; August 1996.
- "An update on the new Medical Device Regulations" The Center of Devices and Radiological Health televised conference on postmarket issues, September 27 1994; 1:30- 2:30 pm.

Janet Arrowsmith-Lowe, M.D.., F.A.C.P, M.A.C.E

Curriculum vitae
Page 7 of 8

Representative Presentations, continued
- "CDRH Executive Roundtable" at the Regulatory Affairs Professional Society Annual Meeting Washington, DC; September 1994.
- "Medical Device Reporting " Medical Devices Update 1994, The Food and Drug Law Institute, Washington, DC; June 1994.
- "Epidemiology of Blood Borne Pathogens, Including HIV" University of Texas University of Health Sciences School of Dentistry, October 1993.

Awards

- PHS Citation- 1987 epidemiology of aspirin and Reye syndrome and of the E-Ferol syndrome.
- American Medical Association's Physicians Recognition Award, July 1985 through June 1988, July 1988 through June 1991, July 1991 through June 1994, July 1994 through June 1997, July 1998 through June 2001, June 2001 through June 2003, June 2003 through June 2006.
- PHS Citation-1989 for outstanding effort in coordination of AIDS activities for the Food and Drug Administration.
- PHS Unit Commendation-1990 for extraordinary achievements in developing a toll-free accessible AIDS clinical trials database.
- PHS Unit Commendation-1991 for exemplary service in clinical guideline development.
- Whitman-Walker Clinic volunteer of the month, April 1992.
- PHS Outstanding Unit Commendation -1992 for contributions to the review and approval of ddI.
- Center for Devices and Radiological Health Certificate of Appreciation-1995 for outstanding leadership and exceptional achievement.
- US Food and Drug Administration Certificate of Appreciation-1995 for support and contribution of the FDA MedWatch Program.
- PHS Unit Commendation -1995 as a member of the corporate wide injunctions group.
- PHS Unit Commendation -1995 as a member of the Ad Hoc Committee on Total Parenteral Nutrition Issues.
- PHS Unit commendation -1995 as a member of the MedWatch Coordinating Council.
- PHS Unit Commendation -1995 as a member of the Cables and Leads Working Group.
- DHHS Secretary's Award and PHS Unit Commendation -1996 for outstanding performance addressing the problems of electrodes and patient cables and leads
- Letters of appreciation,1996, David A. Kessler, Commissioner, U.S. Food and Drug Administration; and Mary Pendergast, Deputy Commissioner, US FDA
- Certificate of Appreciation for eight years of volunteer service, presented March 1996, Whitman-Walker Medical Center, Washington, DC.
- PHS Isolated Hardship Ribbon, 1996.
- Outstanding Alumna, Louise McGhee School, New Orleans, LA March 1997.
- "Angel of Adoption" Congressional Coalition on Adoption, September, 2001

Janet Arrowsmith-Lowe, M.D., F.A.C.P, M.A.C.E

Curriculum vitae
Page 8 of 8

Other Activities and Associations

- Lector, Episcopal Church in Lincoln County, NM 2008
- Hoofbeats Therapeutic Riding Program Board of Directors, 2004 - 2006
- Vice President, PAC, White Mountain Elementary School, 2002-2003
- Parent Advisory Council (PAC) Representative, SVP 2001-2002
- Participant, *Volunteer in Public Schools Program*, Ruidoso Municipal Schools, 1998,1999,2000,2001,2002, 2003, 2004, 2005, 2006
- Homeroom Parent and Parents' Council member, Nob Hill Early Childhood Center, Ruidoso, NM, 1999-2000
- Physician Consultant, Headstart Program of Lincoln County, NM, 1998-1999
- Lector, St. Thomas' Episcopal Parish, Washington DC 1992 -1996.
- Alumnae Advisor, Duke University Students' Career Counseling Program, 1992 to present.
- Member, Education Committee, St. Thomas' Episcopal Parish, Washington DC 1990 to 1993.
- Member, Latin American Parents' Association, Washington Metropolitan Area, 1989 to 1996.

Continuing Medical Education Activities

- Poster Presentation,  Annual Meeting American College of Physicians, NM Chapter, November 3, 4, 5, 2005
- Massachusetts Medical Society's Journal Watch Program, 50 credit hours per year, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007
- Drug Information Association annual Meeting, 2003, 2004, 2006
- American College of Epidemiology Annual meeting 2002, 2006, 2008
- American College of Physicians Annual Meetings 1985, 1987, 1995, 1999, 2001
- ACP Regional Meeting, Albuquerque, NM1996, 1998, 1999, 2004, 2005
- IHS Course on Gyn, Prenatal and Obstetrical Care, September 1996, Denver CO
- Basic CPR Lincoln County Medical Center, 1996, 1997, 1998, 2000, 2002, 2003, 2004, 2005, 2006
- Advanced Cardiac Life Support, Lincoln County Medical Center 1996, 1998, 2000, 2002
- Medical Response to Public Health Emergencies, Albuquerque NM,  May 2005

**Cases in Which Dr. Janet Arrowsmith has testified
as an Expert at Trial or by Deposition Since March 2005.**

Maria De Jesus Cabrera and spouse Antonio Cabrera v. Bayer Corporation et al Cause No. 2002-CI-15612 166th Judicial District Bexar County Texas January 11, 2005.

Warner-Lambert Company vs. LEP Profit International, Inc. et al Civil Action No. 99-3619 United States District Court, District of New Jersey, Albuquerque NM, June 16, 2005.

Ernst et al vs. Merck & Co, Inc Cause no. 19962*BH02 23rd Judicial District Court Brazoria County Texas Houston Texas 29 June 2005

Evelyn Irvin Plunkett vs. Merck & Co, Inc. United States District Court Eastern District of Louisiana, MDL Docket No 1657 Santa Fe, NM 28 October 2005.

Bonnie Weston v. Wyeth Inc, 03-679878 Jasper County, Circuit Court at Joplin MO, 18 January 2006.

Garza v. Merck & Co., Inc., No. DC-03-84, District Court of 229th Judicial District, Starr County, Texas Houston TX 2 February 2006.

Evelyn Irvin Plunkett vs. Merck & Co, Inc. United States District Court Eastern District of Louisiana, MDL Docket No 1657, New Orleans, Louisiana, February 16, 2006.

Patricia Geers vs. Wyeth, et al, United States District Court, Western District of Texas, Midland Division, February 27-28, 2006.

Barnett vs Merck & Co Inc. United States District Court Eastern District of Louisiana, MDL Docket No 1657, Santa Fe, NM 7 June 2006.

Smith v. Merck & Co, Inc. United States District Court Eastern District of Louisiana, MDL Docket No 1657, New Orleans, Louisiana, September 21, 2006

Anthony Wayne Dedrick  vs Merck & Co., Inc. United States District Court Eastern District of Louisiana, MDL Docket No. 1657 New Orleans LA 7 December 2006.

Virginia Cavender vs American Home Products Corporation, et al.  United States District Court Eastern District of Missouri Case No. 4:02CV01830 ERW St. Louis MO 18 June 2007.

Lisa Dean v. American Home Products Corporation, et al., United States District Court Eastern District of Missouri, Eastern Division, 02-CV-1833-ERW, St. Louis MO 20 July 2007

Aredia® and Zometa® Products Liability Litigation (MDL No. 1760), United States District Court Middle District of Tennessee at Nashville, No. 3:06-MD-1760, Santa Fe NM 3 August 2007

1

William and Kimberly Dunston v. Perrigo Company  and Wal-Mart.  United States
District Court for the Northern  Division District of Maryland,  No. JFM 06 CV-01732,
Albuquerque NM 27 September 2007

Scherring AG and Berlex, Inc v. Barr Laboratories, Inc. United States District Court for
the District of New Jersey, Civil Action No. 05-2308 (PGS) (ES), Albuquerque, NM 4
October 2007

Nicole Hurley PPA Navarro and Lucinda Hurley, etc. vs The Heart Physicians, P.C.,
Richard H. Landesman, and Medtronic, Inc. Judicial District of Stamford No. X05 CV
00-0177475S Stamford CT 14 December 2007

Gloria Ann Stribling v. Wyeth, Inc., et. al., Superior Court of New
Jersey, Law Division, Bergen County, Docket No. L-002352-07,
Hackensack, NJ October 16, 2008.

Neurontin Marketing, Sales Practices, and Products Liability Litigation MDL Docket No.
1629 Master Flie No. 04-1-981 and Bulger v. Pfzer, et al. United States District Court
District of Massachusetts,  Albuquerque, NM 8 January 2009