Exhibit A

1
2

# NEURONTIN MARKETING, SALES PRACTICES
# AND PRODUCTS LIABILITY LITIGATION

3
4

## RULE 26 EXPERT REPORT

5
6
7

## SUBMITTED BY ANTHONY J. ROTHSCHILD, M.D.
### March 18, 2009

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Anthony J. Rothschild, M.D.
Irving S. and Betty Brudnick Endowed Chair of Psychiatry
Professor of Psychiatry
Department of Psychiatry
Director, Senior Scholars Program
University of Massachusetts Medical School
Phone:        508-856-1027
Fax:          508-856-4854
E-mail:  anthony.rothschild@umassmemorial.org

**Background and Qualifications**

1  I am a medical doctor and am certified as a specialist in Psychiatry by the American

2  Board of Neurology and Psychiatry.  I obtained my medical degree from the University of

3  Pennsylvania School of Medicine in 1979 and thereafter completed a four-year residency in

4  Psychiatry at McLean Hospital, in Belmont, Massachusetts.  I am licensed to practice medicine

5  in the Commonwealth of Massachusetts.

6  During my residency, I was also a Clinical Fellow in Psychiatry at Harvard Medical

7  School.  From 1983 until 1996, I successively held the positions of Instructor, Assistant

8  Professor, and Associate Professor of Psychiatry at Harvard Medical School.  While at Harvard,

9  I also served as Clinical Director of the Mood, Anxiety, and Trauma Disorders Program and

10  Associate Director of the Psychopharmacology Service at McLean Hospital.  From 1982 until

11  1986, I was also a Research Fellow in Neurochemistry at the Ralph Lowell Laboratories at

12  McLean Hospital.

13  Since 1996, I have held the positions of Professor of Psychiatry, Director of Clinical

14  Research, and Vice-Chair for Research in the Department of Psychiatry at the University of

15  Massachusetts Medical School, in Worcester, Massachusetts.  Since October, 1997 I have held

16  the Irving and Betty Brudnick Endowed Chair in Psychiatry at the University of Massachusetts

17  Medical School.  I serve as a reviewer or member of the Editorial Board of 17 scientific and

18  medical journals, including *The New England Journal of Medicine*, *Archives of General

19  Psychiatry*, *Journal of Clinical Psychiatry*, *Psychopharmacology*, and *Clinical Drug

20  Investigation.*  I have published more than 100 articles in peer-reviewed journals and numerous

21  abstracts, letters, commentaries, books, and book chapters addressing various issues in

22  psychiatry and psychopharmacology.  I am a member of the American College of

23  Neuropsychopharmacology and the Collegium Internationale Neuro-Psychopharmacologium,

which are the principal national and international scientific organizations for the study and

treatment of psychiatric illnesses with psychotropic medications.  Since 1987, I have also served

as an examiner in Psychiatry for the American Board of Psychiatry and Neurology.

During my career, I have received many honors and awards.  I have been named one of

the "Best Doctors in America" every year since 2001 (and previously in 1998).  Other honors

and awards I have received include:  Massachusetts Psychiatry Society Outstanding Psychiatrist

Award for Research (2004); Paul F. Briscoli Award for Resident-Faculty Academic

Collaboration, University of Massachusetts Medical School (2003, 2004, 2007); Families for

Depression Awareness, Founding Advisory Board Award (2004); Distinguished Fellow,

American Psychiatric Association (2003); Member, American College of Neuro-

psychopharmacology (1995); Fellow, Collegium Internationale Neuro-Psychopharmacologicum

(2002) and the Paul Barreira Teaching Award, University of Massachusetts Medical School

(2000).

For the past 25 years, my primary research interest and the focus of my clinical practice

have been neurological bases and pharmacological treatment of depressive disorders.  I am

familiar with the world medical and scientific literature regarding psychotropic medication.  I

have personally conducted research in patients with psychiatric illnesses including depression

and bipolar disorder.  This research has included clinical trials of medications currently in use in

psychiatric practice as well as investigational medications not yet approved by the Food and

Drug Administration.  My research has been funded by the National Institute of Mental Health

(NIMH) as well as by the pharmaceutical industry.  I have prescribed Neurontin (gabapentin) in

my practice for the symptoms of anxiety for patients with mood and anxiety disorders, including

patients with bipolar disorder; and in my practice I treat many patients who are taking Neurontin

for pain.  I have found Neurontin to be a safe medication and have not had any patients have

depressive symptoms worsen because they were taking Neurontin.

In this case, I have been retained by the defendant, Pfizer, the manufacturer of Neurontin,

to review and comment on the reports of Drs. Curt Furberg and Jeffrey Barkin.

I begin by discussing bipolar disorder, which Dr. Barkin addresses in his reports.  As I

note below, there is a substantial body of medical literature that suggests that Neurontin may

have <u>beneficial</u> effects on depressive symptoms of bipolar disorder.  I then address Dr. Barkin's

and Dr. Furberg's comments regarding Neurontin and depression with and without suicidal

ideation.  As discussed below, there is no reliable scientific evidence to support the conclusion

that Neurontin causes or contributes to depression with or without suicidal ideation.  Among

other things, there is no clinical trial or epidemiologic data which finds an association between

Neurontin and depression with or without suicidal ideation.

<u>**Bipolar Disorder**</u>

Bipolar disorder, also known as manic-depressive illness, is a brain disorder that causes

unusual shifts in a person's mood, energy, and ability to function. Different from the normal ups

and downs that everyone goes through, the symptoms of bipolar disorder are severe. They can

result in damaged relationships, poor job or school performance, and other more severe

consequences.  About 5.7 million American adults or about 2.6 percent of the population age 18

and older in any given year) have bipolar disorder. (Kessler RC, Chiu WT, Demler O, Walters

EE. Prevalence, severity, and comorbidity of twelve-month DSM-IV disorders in the National

Comorbidity Survey Replication (NCS-R). *Archives of General Psychiatry*, 2005 Jun;62(6):617-

27).  Bipolar disorder typically develops in late adolescence or early adulthood.  Bipolar disorder

causes dramatic mood swings—from overly "high" and/or irritable to sad and hopeless, and then

back again, often with periods of normal mood in between. Severe changes in energy and behavior go along with these changes in mood. The periods of highs and lows are called episodes of mania and depression.

Patients with bipolar disorder often suffer from co-morbid psychiatric and substance abuse disorders. Research findings suggest that many factors may contribute to these substance abuse problems, including self-medication of symptoms, mood symptoms either brought on or perpetuated by substance abuse, and risk factors that may influence the occurrence of both bipolar disorder and substance use disorders. Treatment for co-occurring substance abuse, when present, is an important part of the overall treatment plan.

Symptoms of anxiety are also common in people with bipolar disorder (Mueser KT, Goodman LB, Trumbetta SL, Rosenberg SD, Osher FC, Vidaver R, Auciello P, Foy DW. Trauma and posttraumatic stress disorder in severe mental illness. *Journal of Consulting and Clinical Psychology,* 1998; 66(3): 493-9;  Strakowski SM, Sax KW, McElroy SL, Keck PE Jr, Hawkins JM, West SA. Course of psychiatric and substance abuse syndromes co-occurring with bipolar disorder after a first psychiatric hospitalization. *Journal of Clinical Psychiatry,* 1998; 59(9): 465-71.)   Co-occurring anxiety may respond to the treatments used for bipolar disorder, or it may require separate treatment.  Neurontin would be an example of an additional treatment that would be used by psychiatrists to treat symptoms of anxiety in patients with bipolar disorder.

## **Neurontin**

Physicians Prescribe Neurontin For A Wide Range of Patients

Based upon my own clinical experience with Neurontin and my professional experience with numerous colleagues who also frequently prescribe Neurontin, physicians prescribe Neurontin for patients with a wide range of diagnoses because Neurontin is effective for many

patients and because it lacks significant side effects (see below).  Some of the prescriptions

written for Neurontin are what is referred to as "off-label" meaning the prescription of

medications by physicians for diseases for which the manufacturer of the medication has not

obtained FDA approval or at dosages outside the range contained in the manufacturer's package

insert.  For example, I have prescribed Neurontin to patients suffering from symptoms of anxiety

with the diagnoses of Generalized Anxiety Disorder, Major Depression, and Bipolar Disorder.

Once a medication has been approved by the FDA to be marketed and labeled for one or more

specific medical uses (indications) in the United States, physicians have the legal authority to

prescribe the medication for additional "off-label" uses.  Physicians are guided by studies in the

medical literature and their own experience on the efficacy and safety of a medication for a

particular condition, rather than being limited to the labeled FDA indications.  "Off-label" use of

medications is a common practice in medicine.  For example, a recent study reported that there

were an estimated 150 million "off-label mentions" (21% of overall use) in a study using data

from the 2001 IMS Health National Disease and Therapeutic Index (NDTI) (Radley DC,

Finkelstein SN, Stafford RS.  Off-label prescribing among office-based physicians.  Arch Intern

Med 2006; 166:1021-1026).

    In the field of Psychiatry, the prescription of medications for "off-label" use is

particularly common.  This is in large part due to the fact that many patients seen by psychiatrists

have been treated with FDA approved medications without significant benefit or remission of

symptoms.  Consequently, psychiatrists often have no choice but to treat patients with

medications that do not have FDA-approval.   As evidence of how common a practice this is in

psychiatry, a recent study published in the Journal of Clinical Psychiatry of Georgia Medicaid

recipients reported that a total of 46,976 (75.42%) antidepressant recipients, 38,497 (80.12%)

anticonvulsant recipients, and 21,252 (63.62%) antipsychotic recipients received at least one of these medications "off-label" in 2001 (Chen H, Reeves JH, Fincham JE at al. Off-label use of antidepressant, anticonvulsant, and antipsychotic medications among Georgia Medicaid Enrollees in 2001. J Clin Psychiatry 2006; 67:972-982).  Neurontin is commonly prescribed by physicians for "off-label" uses such as neuropathic pain conditions other than PHN, migraine headache, spasticity, anxiety, social phobia, and as an adjunctive treatment for bipolar disorder.

Use of Neurontin in Bipolar Disorder

The Plaintiffs in this case are asserting that Neurontin has no role in the treatment of bipolar disorder.  I disagree.  Neurontin was and is often used by psychiatrists as an adjunctive treatment for symptoms of anxiety in people with bipolar disorder.   In 2000, the Expert Consensus Guidelines Series for the Medication Treatment of Bipolar Disorder (Sachs et al., 2000) discussed Neurontin as an adjunctive therapy for mood disorders and mood disorders co-morbid with panic disorder.  The revised guidelines, published in 2004, continued to acknowledge the use of Neurontin for patients with bipolar disorder (Keck et al., 2004).

Numerous articles have appeared in the medical and scientific literature discussing the use of Neurontin in patients with bipolar disorder (McElroy et al., 1997; Young et al., 1997; Ferrier, 1998; Ghaemi et al., 1998; Altschuler et al., 1999; Botts and Raskind, 1999; Maurer et al., 1999; Perugi et al., 1999; Sokolski et al., 1999; Vieta et al., 2000; Frye et al., 2000; McElroy and Keck, 2000;  Mauri et al., 2001; Yasmin et al., 2001; Harden and Goldstein, 2002; Wang et al., 2002; Silverstone and Silverstone, 2004, Mokhber et al., 2008).

In several of these publications, the beneficial effect of Neurontin on depressive symptoms was studied.  For example, Young and colleagues (1997) reported that 8 of 15 (53%) of bipolar patients treated with Neurontin experienced improvement in depressive symptoms as

- 7 -

measured by the Hamilton Depression Rating Scale (HAM-D). Similarly, Wang and colleagues (2002) reported a statistically significant improvement in depressive symptoms, as measured by the HAM-D, in patients with bipolar disorder treated with adjunctive Neurontin. Altshuler and colleagues (1999) reported that 5 of 5 patients with refractory bipolar disorder, depressed phase, had a positive response to treatment with adjunctive Neurontin, while Vieta and colleagues (2000) reported that 8 of 16 (50%) of patients with bipolar disorder had statistically significant improvement in depressive symptoms as measured by the depression subscale of the Clinical Global Impression Scale for Bipolar Disorder (CGI-BP).

In bipolar disorder with mixed episodes, Sokolski and colleagues (1999) observed that adjunctive Neurontin resulted in statistically significant improvement in depressive symptoms, as measured by the HAM-D, and manic symptoms, as measured by the Bech-Rafaelson mania rating scale. Similarly, Perugi and colleagues (1999), in a study of patients with bipolar disorder, mixed episodes, observed that 10 of 20 patients treated with adjunctive Neurontin were responders with statistically significant reductions in depressive symptomatology as measured by the HAM-D rating scale. Finally, Mokhber and colleagues (2008) reported that Neurontin improved both depressive and manic symptoms in patients suffering from dysphoric mania (also called "mixed bipolar state"), a condition in which depressive symptoms and manic symptoms occur at the same time.

McElroy and colleagues (1997) described several patients treated with Neurontin who were able to discontinue or reduce the dose of their antidepressants. Maurer and colleagues (1999) reported on the alleviation of depressive symptoms in a woman with major depressive disorder and somatoform pain disorder with Neurontin after she had not responded to antidepressants and carbamazepine and had made a suicide attempt. Other studies have

suggested that Neurontin may be of use in the prevention of relapses both into depression and mania (Mauri et al., 2001).

Retrospective chart review studies also find, consistent with the studies discussed above, that Neurontin may have beneficial effects on depressive symptomatology.  A retrospective chart review of a sample of bipolar patients treated with Neurontin, of which 58% were being treated for symptoms of Major Depression, reported that Neurontin was effective in about one third of the patients (Ghaemi et al., 1998).   In non-bipolar treatment resistant depressed patients, adjunctive Neurontin also had a beneficial effect in relieving depressive symptoms (Yasmin et al., 2001).

The beneficial effects of Neurontin for the treatment of depressive symptoms in bipolar disorder has also been discussed in several review papers (Ferrier, 1998; Botts and Raskind, 1999; Harden and Goldstein, 2002; Carta et al., 2003; Silverstone and Silverstone, 2004).  A review of 40 open-label and two controlled trials published in 2003 suggested that Neurontin may have a role as an adjunctive agent in the treatment of patients with bipolar disorders particularly when complicated by comorbid anxiety disorder or substance abuse (Carta et al., The Clinical Use of Gabapentin In Bipolar Spectrum Disorders.  Journal of Affective Disorders, 75:83-91, 2003).  In bipolar disorder, several open-label studies have observed that Neurontin was effective and well-tolerated suggesting that further study of Neurontin in placebo-controlled randomized studies was warranted (Vieta E, Martinez-Aran A, Nieto E, et al.  Adjunctive Neurontin treatment of bipolar disorder.  Eur Psychiatry 2000; 15:433-437; Cabras PL, Hardoy MJ, Hardoy MC, et al.  Clinical experience with Neurontin in patients with bipolar or schizoaffective disorder: results of an open-label study.  J Clin Psychiatry 1999; 60:245-248; Erfurth A, Kammerer C, Grunze H, et al.  An open label study of Neurontin in the treatment of

acute mania. J Psychiatr Res 1998; 32:261-264 ; Young LT, Robb JC, Patelis-Siotis I, et al.

Acute treatment of bipolar depression with Neurontin. Biol Psychiatry 1997; 42:851-853;

McElroy SL, Soutullo CA, Keck PE Jr, et al. A pilot trial of adjunctive Neurontin in the

treatment of bipolar disorder. Ann Clin Psychiatry 1997; 9:99-103). While controlled trials have

not shown the efficacy of Neurontin on acute episodes in bipolar disorder (Pande AC, Crockatt

JG, Janney CA, et al. Neurontin in bipolar disorder:  a placebo-controlled trial of adjunctive

therapy. Neurontin Bipolar Disorder Study Group,  Bipolar Disord 2000; 2:249-255), a double-

blind, randomized, placebo-controlled study found that Neurontin (900 – 2400 mg/day) provided

benefits in quality of sleep and less need for benzodiazepines over the long-term in people who

suffer from bipolar disorder (Vieta E, Goikolea JM, Martinez-Aran A et al. A double-blind,

randomized, placebo-controlled, prophylaxis study of adjunctive Neurontin for bipolar disorder.

J Clin Psychiatry 2006; 67:473-477).

Use of Neurontin in Anxiety Disorders

      Neurontin is used by psychiatrists to treat the symptoms of Social Phobia and Panic

Disorder. The essential feature of Social Phobia is a marked and persistent fear of social or

performance situations in which embarrassment may occur (American Psychiatric Association

Diagnostic and Statistical Manual, DSM-IV, 1994).   The lifetime prevalence of Social Phobia is

3%-13%  (American Psychiatric Association Diagnostic and Statistical Manual, DSM-IV, 1994).

Neurontin is used by psychiatrists to treat social phobia based, among other things, on studies in

the medical literature.  For example, in a double-blind, placebo-controlled, 14-week study of the

treatment of social phobia, patients receiving Neurontin (900-3600 mg/day) displayed

significantly greater reduction in symptoms of social phobia at study endpoint than patients

treated with placebo (Pande AC, Davidson JRT, Jefferson JW, et al.  Treatment of social phobia

with Neurontin: a placebo-controlled study.  J Clin Psychopharmacol 1999: 19:341-348).  A meta-analysis (Blanco et al., 2003) of a medications used for social anxiety disorder concluded that in patients who did not benefit from SSRI antidepressants, Neurontin was effective as an adjunctive or alternative therapy.  Other reports have concluded that Neurontin is effective for social anxiety disorder without some of the side effects associated with benzodiazepine or antidepressant use (Davidson et al., 1998).

The essential feature of Panic Disorder is the presence of recurrent, unexpected panic attacks followed by at least one month of persistent concern about having another panic attack, worry about the possible implications or consequences of the panic attacks, or a significant behavioral change related to the attacks (American Psychiatric Association Diagnostic and Statistical Manual, DSM-IV, 1994).  Epidemiological studies throughout the world indicate the lifetime prevalence of Panic Disorder to be between 1.5% and 3.5% (American Psychiatric Association Diagnostic and Statistical Manual, DSM-IV, 1994).   Neurontin is used by psychiatrists to treat the symptoms of panic disorder.   A randomized, double-blind, placebo-controlled study of 103 patients dosed flexibly with 600 mg to 3,600 mg per day of Neurontin or placebo for eight weeks (Pande et al., 2000) showed no overall drug/placebo difference  in scores on the Panic and Agoraphobia Scale (PAS) (p = 0.606).  However, a post hoc analysis was used to evaluate the more severely ill patients as defined by the primary outcome measure (PAS score > or = 20).  In this population, the Neurontin-treated patients showed significant improvement in the PAS change score (p = 0.04).  The results of this study suggest that Neurontin may have anxiolytic effects in more severely ill patients with panic disorder.

Neurontin Lacks Significant Side-Effects

The use of Neurontin for off-label purposes is in no small part due to Neurontin's lack of significant side effects. When treating patients, physicians routinely weigh the potential risks versus the potential benefits of available treatments. Given Neurontin's benign safety profile, there is little to no risk to the patient when the physician prescribes Neurontin, prompting physicians to prescribe Neurontin as an adjunctive or add-on treatment for particular conditions other than its FDA approved indications. For example, physicians sometimes need alternatives to using benzodiazepine medications for anxiety in patients with a history of substance abuse or a medicine less toxic in patients at risk for a self-induced overdose. Neurontin provides to physicians such an alternative.

Side effects that occurred more commonly in patients receiving Neurontin compared with placebo in the postherpetic neuralgia studies were dizziness, somnolence, and peripheral edema (Neurontin USPI, 2004.). Side effects that occurred more commonly in patients (> 12 years of age) enrolled in epilepsy studies who received adjunctive Neurontin compared with placebo were somnolence, dizziness, ataxia, fatigue, and nystagmus (USPI 2004). In studies of patients with bipolar disorder, side effects that occurred more commonly in patients treated with Neurontin compared to placebo were sedation, asthenia, dizziness, and ataxia (Dunner DL. Safety and tolerability of emerging pharmacological treatments for bipolar disorder. Bipolar Disorders 2005; 7:307-325). Finally, in studies of patients with social phobia, the adverse events dizziness, dry mouth, somnolence, nausea, flatulence, and decreased libido occurred at a higher frequency among patients receiving Neurontin than among those receiving placebo (Pande et al., Treatment of social phobia with gabapentin: a placebo-controlled study. Journal of Clinical Psychopharmacology 1999; 19:341-348). These side effects are relatively mild compared with

the side effects of other possible treatments.

It is important to point out that not all of the adverse events listed in the labeling for psychiatric medications are necessarily "side effects". Physicians look to the drug versus placebo incidence rates to assess which adverse events are likely to be related to the medication itself as opposed to non-medication causes or factors that affect clinical trial populations and result in the generation of a myriad of adverse event reports on both drug and placebo.

**There Is No Reliable Scientific Evidence That Neurontin Causes Depression**

There is no reliable scientific evidence that Neurontin causes depression. Before Neurontin could be marketed in this country, Neurontin required the approval of the FDA. The warnings, precautions, adverse reactions information, and instructions for use that are set out in the labeling that accompanies Neurontin are completely subject to the approval of the FDA. FDA approval of a drug for marketing in the United States means that the FDA has engaged in an analysis of potential therapeutic benefits and potential risks and determined that the benefits outweigh the risks. It is my opinion to a reasonable degree of medical and scientific certainty that the package insert for Neurontin adequately describes the benefits and risks of the medication for the prescribing physician. As of September, 2004, an estimated 12 million patients worldwide had been exposed to Neurontin. The consensus of the field of Psychiatry is that Neurontin is a safe medication and does not cause or contribute to depression with or without suicidal ideation. After more than a decade of clinical use of Neurontin, prescriptions of the medication by many thousands of physicians, and use of the medication by many millions of patients, no expert in a peer-reviewed journal has proposed a mechanism of injury, much less demonstrated, as to how Neurontin might cause or contribute to depression with or without suicidal ideation. No professional organization such as the American Psychiatric Association or the American College

of Neuropsychopharmacology has stated (or even speculated) that Neurontin causes or contributes to depression with or without suicidal ideation.

In the randomized controlled clinical trials of Neurontin compared to placebo, there was no statistically significant difference in the rates of depression with Neurontin compared to placebo. In the neuropathic pain trials, the rate of depression in patients treated with Neurontin (n=820) was 1.3% and with placebo (n= 537) was 2.2% (p=NS) (FDA Clinical Review, May 24, 2002, pg. 77, Table 7.20). In the epilepsy trials, the rate of depression with Neurontin (n= 543) was 1.8% and with placebo (n=378) was 1.1% (p=NS) (FDA Clinical Review, May 24, 2002, pg. 77, Table 7.20). Combining the neuropathic pain clinical trials with the epilepsy clinical trials, the rate of depression with Neurontin (n=1363) was 1.5% and with placebo (n=915) was 1.7% (p=NS). (FDA Clinical Review, May 24, 2002, pg. 77, Table 7.20). Furthermore, psychiatric-related events including anxiety, emotional lability, hostility, psychosis, paranoia, and personality disorder in the epilepsy clinical trials are not statistically significantly different with Neurontin compared to placebo, and are actually numerically lower in the patients who received Neurontin (Epilepsy ISS, Appendix B33; First Safety Update, Table 8).

Studies in the medical literature have not reported even an association between Neurontin and depression. In fact, quite the opposite is true, with several papers concluding that Neurontin has positive effects on mood and quality of life (Backonja et al., 1998; Rowbotham et al., 1998; Dodrill et al., 1999; Kalanin et al., 2007). For example, the results of three well-controlled randomized trials studying Neurontin in patients with psychiatric disorders -- panic disorder, bipolar disorder, and social phobia -- demonstrate that Neurontin does not increase the risk of anxiety or depression (Pande et al., Placebo-controlled study of gabapentin treatment of panic disorder. Journal of Clinical Psychopharmacol 2000; 20:467-471; Pande et al., Treatment of

social phobia with gabapentin: a placebo-controlled study.  Journal of Clinical Psychopharmacol 1999; 19:341-348; Pande et al., Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy.  Bipolar Disorders 2000; 2:249-255).  In all three trials, researchers utilized the gold standard method -- Hamilton Depression (HAM-D) and Hamilton Anxiety (HAM-A) Scales -- when evaluating the primary and secondary efficacy measures.  Results from these studies showed no significant differences from baseline in either the HAM-D or HAM-A scores at any time during the study period, indicating that no cases of treatment-emergent depression or anxiety were observed.

In two studies which used the Profile of Mood States (POMS) to assess depressive symptomatology, Neurontin was not associated with worsening depression compared with placebo.  In a randomized, controlled, double-blind study of patients with peripheral neuropathy, the Total Mood Disturbance score as measured by the POMS showed a mean improvement of 15.6 points from baseline to Week 8 (last visit) for patients treated with Neurontin, compared with a worsening (mean change of 1.4 points) in patients treated with placebo (RR 995-00070, pg. 110. This study was included in the FDA Review, May 24, 2002).  In a open-label, randomized study to determine cognitive and behavioral effects of Neurontin compared to carbamazepine in healthy controls, there was no change from baseline on depression scores (i.e. no worsening of depression) in patients treated with Neurontin (RR 995-00072, pg. 20).

### Plaintiffs' Expert Opinions

I have reviewed the Expert Reports of Drs. Curt Furberg and Jeffrey Barkin.  These reports contain a number of factual inaccuracies and methodological errors which result in misleading conclusions.  In this report, I will respond to some of the more problematic statements in their reports.  The fact that I do not address any other aspect of their reports should

not be interpreted as agreement.  All my statements and opinions below are to a reasonable

degree of medical and scientific certainty.

**Dr. Curt Furberg**

Dr. Furberg Misrepresents the FDA Review of Neurontin

        In his report in Sections 26-28, Dr. Furberg states that the FDA review of Neurontin

concluded that there were "several important concerns".  He goes on to state that the FDA

review also "concluded" that depression may become worse and require intervention or lead to

suicide (pg. 12).   Dr. Furberg is quoting from the 1992 report of Dr. Cynthia McCormick, the

FDA reviewer of the New Drug Application for Neurontin, and is using this to support his

assertions that Neurontin may cause mood and behavioral disturbances.   I have reviewed Dr.

McCormick's affidavit of September 13, 2007 in which she affirms her opinion that Neurontin is

a safe and effective medication (page 4, paragraph 12) and stated, "whereas I emphasized in my

Review the potential risk of depression and suicidality, I never concluded that the clinical data

affirmatively established or supported the conclusion Neurontin increases the risk of or causes

depression or suicidal behavior.  Had I reached such a conclusion, I would have emphasized this

conclusion in one of the several reports I prepared during the epilepsy NDA review process and

would have made a strong appeal that the drug should not be approved.  Furthermore, such a

concern also would have been prominently noted in a warning in the final approved labeling"

(McCormick Affidavit, page 4, paragraph 14).

        In section # 28g of his report, Dr. Furberg asserts that the fact that five FDA officials

signed a safety review is evidence for a "very strong signal".  As explained below, the medical

reviewers report does not provide evidence of a signal for depression with or without suicidal

ideation.  Moreover, his suggestion that an inference can be drawn from the fact that five

officials signed the review is misleading. Based on my experience, having five FDA officials

sign a review is not out of the ordinary. All five FDA officials were apprised of the clinical data

pertaining to depression with or without suicidal ideation, and it is clear the FDA approved

labeling reflects FDA's careful consideration of the data.

Open-Label Rechallenge Studies Are of Little Value When the Adverse Event is Subjective

In Section # 27 of his report, Dr. Furberg presents numbers of reported cases of

depression which he attributes to Neurontin without presenting any statistics as to whether the

frequency of depression was statistically significantly different from placebo. He also mentions

on pg. 12 one case of a patient who was "re-challenged" with Neurontin. However, this

"rechallenge" data is from an open-label study in which both the recipient of the medication and

the investigator were aware of when the medication was being administered or discontinued. A

single open-label rechallenge case of this type is of little value when the adverse event being

measured is subjective, as is the case with adverse psychiatric events such as depression (Girard

M, Conclusiveness of rechallenge in the interpretation of adverse reactions. Br J Clin Pharmac.,

1987; 23:73-79). This is because of expectations in both the patient and the investigator that an

event will or will not occur with administration or discontinuation of the medication.

Dr. Furberg Misrepresents the FDA Safety Alert

In Section # 29 of his report, Dr. Furberg asserts that the FDA issued a Safety Alert

"concluding that patients receiving gabapentin and other antiepileptic drugs have approximately

twice the risk of depression with suicidal ideation" (Furberg Exhibit D – FDA Alert 01/31/08).

This is a misrepresentation of the FDA Safety Alert. When considering the question whether

Neurontin is associated with an increased risk of suicide, the FDA has focused exclusively on

randomized controlled data on suicidal behavior and thinking. It did not consider or request data

on depression or other adverse psychiatric events. The FDA said nothing about any relationship between Neurontin and depression because it did not do an analysis of depression. At his deposition, Dr. Furberg conceded that he had not looked at all the available safety data and only considered the FDA Medical Officers' 1992 Review before rendering his opinion regarding a "safety signal" (Furberg Deposition Tr., pp. 120-127).

And with regard to suicidality, the FDA conducted a pooled analysis of 11 Antiepileptic Drugs (AEDs), released on May 23, 2008, including Neurontin. When the FDA analyzed the data for gabapentin (Neurontin) itself, it computed a Neurontin-specific odds ratio of 1.57 (0.12-47.66), a confidence interval that includes 1.0 indicating that there was no statistical evidence of an increased risk of suicidality with Neurontin compared to placebo. Contrary to Dr. Furberg's assertion, the FDA did not find twice the risk of depression with suicidal ideation with Neurontin.

Dr. Furberg Makes Baseless Claims that Pfizer Failed to Disseminate Information Regarding Neurontin

In Section # 32 of his report, Dr. Furberg opines that Pfizer failed to openly disseminate information that Neurontin "may cause" depression with and without suicidal ideation while "promoting the drug with claims of benefit for mood" in Investigator Brochures, Informed Consent forms, and the initial package insert. I have reviewed the Investigator Brochures and Informed Consent forms for studies of Neurontin and the initial package insert for Neurontin. Notwithstanding that there is no reliable scientific evidence that Neurontin causes depression with or without suicidal ideation and may indeed have beneficial effects on mood (discussed above), the Investigators Brochures and Informed Consents clearly state the known risks and benefits of Neurontin. For example, Investigators Brochures for the United States research sites

1  and non-United States research sites written prior to Neurontin entering the market in the United

2  States, clearly stated that depression was a possible adverse event (see RR-X 720-02455,

3  04/28/89 pg. 49; RR-X 720-03092 05/21/92, pg. viii).  The original package insert of Neurontin

4  (Neurontin package insert, 12/30/93) stated that depression was a possible treatment-emergent

5  adverse event (Table 1. pg. 23), suicidal as a possible infrequent adverse event (pg. 28) and

6  suicide gesture as a rare adverse event (pg. 28).  Investigators Brochures that followed the

7  introduction of Neurontin into the United States market referenced and attached the United

8  States package insert (see RR-X 720-03362, pg. ii; RX-X 720-03381 pg. ii; RR-X 720-03480 pg.

9  ii).  Non-United States Investigators Brochures included the same language.

10      At his deposition, Dr. Furberg conceded that the information contained in the Non-United

11  States Investigators Brochure regarding depression was adequate (Furberg Deposition Tr., pp.

12  187-190).  Each and every item that Dr. Furberg listed as necessary to make the disclosure in the

13  Non-United States Investigators Brochure (May 31, 1994, RR-X720-03381) adequate is also

14  contained in exactly the same form in the United States Package Insert (12/30/93) including

15  Table 1 (xvii in the Brochure, pp. 23-24 in the US Package Insert);  Other Adverse Events

16  Observed During All Clinical Trials (xviii and xix in the Brochure, pp. 27-28 in the US Package

17  Insert) and the language regarding Precautions (xii in the Brochure, pg. 14 in the US Package

18  Insert).  Dr. Furberg also conceded that for clinical trials conducted in the United States, it was

19  appropriate to use the FDA-approved package insert for Neurontin to communicate the risks of

20  Neurontin to physicians (Furberg Deposition Tr., pg. 179).

21      Dr. Furberg is critical in his report (pg. 15, #32b) that the consent form for protocol 945-

22  209, "Gabapentin adjunctive treatment in patients with bipolar disorder" failed to alert potential

23  trial participants and Institutional Review Boards (IRBs) about the alleged higher risk of

depression with Neurontin.  As discussed above, it is my opinion to a reasonable degree of

medical and scientific certainty that since there was no signal that Neurontin is associated with

depression at a higher rate than placebo, there was no reason to add depression as a possible

adverse event in the Informed Consent of research protocols.  Moreover, the protocol for Study

945-209 explicitly provides that the final responsibility for the Informed Consent lies with the

Investigator at the local site (Appendix E) and their local IRB.  Based on my personal experience

as a clinical investigator both at Harvard University and the University of Massachusetts, at each

site the local IRB reviewed the Informed Consents along with the Investigators Brochure before

approving the study.  If the local IRB determined, based on their review of the Investigators

Brochure and the FDA approved package insert, that depression needed to be added as an

adverse event, they would have insisted on it.  Furthermore, the investigators who participated in

these studies, and whose informed consents I reviewed, were sophisticated and experienced

physicians and clinical researchers, and the idea that they would somehow have been fooled or

misled by the study sponsor is not credible.  They, along with their IRBs determined what was

important and necessary to include in the consent forms.

      Regarding the package insert, as discussed above, it is my opinion to a reasonable degree

of medical and scientific certainty that the package insert for Neurontin adequately describes the

benefits and risks of the medication for the prescribing physician.   Even though there was no

signal that Neurontin was associated with a higher rate of depression with or without suicidal

ideation, the original package insert of Neurontin (Neurontin package insert, 12/30/93) did state

that depression was a possible treatment-emergent adverse event (Table 1. pg. 23), suicide

gesture and suicidal as a possible infrequent and rare adverse event (pg. 28).  As discussed

above, Dr. Furberg conceded at his deposition that the information contained in the FDA-

approved package insert for Neurontin was adequate to communicate the risks of Neurontin to

physicians (Furberg Deposition Tr., pp. 179, 187-190).

Dr. Furberg Misrepresents the Dimond and Colleagues, 1996 Paper

       In 1996, Dimond and colleagues published a paper entitled "Effect of Gabapentin

(Neurontin®) On Mood and Well-Being in Patients with Epilepsy". In his report, Dr. Furberg

makes several criticisms of this paper. First of all, as Dr. Pande has testified (Pande Deposition

Tr., 09/20/07, pg. 624), the Dimond paper was just a preliminary analysis which later led to

additional publications. These additional publications utilized the gold standard method --

Hamilton Depression (HAM-D) and Hamilton Anxiety (HAM-A) Scales -- when evaluating the

primary and secondary efficacy measures (Pande et. al., 1999; 2000, 2000). The results of these

three well-controlled randomized trials studying Neurontin in patients with psychiatric disorders

-- panic disorder, bipolar disorder, and social phobia -- demonstrate that Neurontin does not

increase the risk of anxiety or depression (Pande et al., Placebo-controlled study of gabapentin

treatment of panic disorder. Journal of Clinical Psychopharmacol 2000; 20:467-471; Pande et

al., Treatment of social phobia with gabapentin: a placebo-controlled study. Journal of Clinical

Psychopharmacol 1999; 19:341-348; Pande et al., Gabapentin in bipolar disorder: a placebo-

controlled trial of adjunctive therapy. Bipolar Disorders 2000; 2:249-255). Results from these

studies showed no significant differences from baseline in either the HAM-D or HAM-A scores

at any time during the study period, indicating that no cases of treatment-emergent depression or

anxiety were observed.

**Dr. Jeffrey Barkin Expert Report (July 25, 2008)**

Dr. Barkin Misrepresents Studies of Neurontin

In the section entitled "Level 1 Evidence for the Treatment of Bipolar Disorder with Gabapentin" of his report (pp. 7-10), Dr. Barkin opined that he believes there is insufficient evidence of Neurontin's efficacy for the treatment of bipolar disorder.  However, he comes to conclusions regarding Neurontin's efficacy by extrapolating from studies in severely ill treatment-refractory patients with bipolar disorder to the treatment of bipolar disorder in general. For example, in the first study he comments on, protocol 945-209, he fails to mention that this was a study of patients with bipolar disorder who had been refractory to treatment.  Furthermore, this was not a study designed to assess whether Neurontin was effective as a monotherapy for bipolar disorder, but rather as an adjunctive treatment added to either lithium or sodium valproate or a combination of the two. The results of study 945-209 were presented to the medical and scientific community both at scientific meetings and in the medical literature without delay.

On pg. 9 of his report, Dr. Barkin discussed the Frye and colleagues study (2000) of Neurontin and lamotrigine for the treatment of bipolar disorder.  In his report, Dr. Barkin failed to mention that in the Frye study, Neurontin was studied in patients with refractory bipolar disorder. Furthermore, he also failed to mention that the authors discussed in detail the limitations of this study including that the patients were severely ill and highly refractory to treatment and that the findings are not generalizable to the treatment of patients with bipolar disorder.  The authors themselves wrote when referring to lamotrigine and Neurontin, "the role of both these agents in a combination treatment or as adjuncts, as they would likely be used in practice settings, remains to be clarified" (Frye et al., 2000 pg. 612).  Frye and colleagues do

recommend that further studies be done with Neurontin particularly in mood disorders complicated by comorbid pain syndromes, social phobia, anxiety, or insomnia (Frye et al., 2000).

In his report (pg. 9), Dr. Barkin discussed the Guille and colleagues study (1999) and wrote that the authors concluded that adjunctive Neurontin was not an efficacious treatment for bipolar disorder. He again failed to mention that the authors themselves explicitly noted that they were not reaching any conclusions regarding the efficacy of Neurontin for non-refractory patients.

Curiously, while Dr. Barkin omitted key elements of the studies which did not find efficacy for Neurontin in treatment-refractory patients, he spent considerable time in his report criticizing the Vieta and colleagues study (2006), which found beneficial effects of adjunctive Neurontin for the prevention of new episodes of bipolar disorder. Dr. Barkin criticized the study for analyzing data on a subpopulation of the data set. Dr. Vieta has submitted a Declaration in this case, which Dr. Barkin had not reviewed, which explains that he excluded some patients from the Intent-To-Treat analysis because some investigators had incorrectly enrolled patients into the study who failed to meet the study's Inclusion criteria (Vieta Declaration, 12/04/08, pg. 3). The published manuscript, which was peer-reviewed and accepted for publication in the Journal of Clinical Psychiatry, also clearly stated this. I have reviewed the Vieta and colleagues paper and find nothing improper with their methodology. In his report and at his deposition, Dr. Barkin implied that the total data set from which the Vieta study was drawn was not available to the public. This is not true. I found it at http://www.clinicalstudyresults.org

Throughout his report, Dr. Barkin opined that psychiatrists and other mental health professionals were "falsely convinced" that Neurontin was a safe and effective medication for bipolar disorder (Barkin Expert Report, pg. 2). He provided no data or evidence to support these

assertions.  In my role as a national expert on the treatment of mood disorders, I am familiar with

the practice patterns of psychiatrists across the United States, including the University of

Massachusetts Medical School where Dr. Barkin used to work.  In my experience, psychiatrists

were aware of the studies discussed above, including the Pande and Frye studies, regarding

Neurontin's use as an adjunctive add-on therapy for bipolar disorder, particularly in those

patients whose mood disorder was complicated by comorbid pain syndromes, social phobia,

anxiety, or insomnia.

**Dr. Jeffrey Barkin Supplemental Expert Report December 10, 2008**

In his supplemental report, Dr. Barkin restates many of the opinions of Plaintiffs' Expert,

Dr. Curt Furberg, which I have addressed above.   Like Dr. Furberg, Dr. Barkin cited Dr. Cynthia

McCormick, the FDA reviewer of the New Drug Application for Neurontin, to back his

assertions that there is a "safety signal" for Neurontin (Barkin Expert Report, pg. 2).  As

discussed above, Dr. McCormick believes that Neurontin is safe and effective and never

concluded that the clinical data affirmatively established or supported the conclusion Neurontin

increases the risk of or causes depression or suicidal behavior (McCormick affidavit of

September 13, 2007).  Furthermore, as discussed above, in the randomized controlled clinical

trials of Neurontin compared to placebo, there was no statistically significant difference in the

rates of depression with Neurontin compared to placebo.  In addition, psychiatric-related events

including anxiety, emotional lability, hostility, psychosis, paranoia, and personality disorder in

the epilepsy clinical trials are not statistically significantly different with Neurontin compared to

placebo, and are actually numerically lower in the patients who received Neurontin (Epilepsy

ISS, Appendix B33; First Safety Update, Table 8).   Studies in the medical literature have not

reported even an association between Neurontin and depression.  In fact, quite the opposite is

true, with several papers concluding that Neurontin has positive effects on mood and quality of life (Backonja et al., 1998; Rowbotham et al., 1998; Dodrill et al., 1999; Kalanin et al., 2007). At his deposition, Dr. Barkin conceded that he had not looked at all the available safety data before rendering his opinion regarding a "safety signal" (Barkin Deposition Tr., pg.  611). He also conceded that the package insert label for Neurontin contained the information regarding the incidence of treatment emergent depression and that the data was therefore publicly available (Barkin Deposition Tr., pg. 608).

Dr. Barkin also was critical of the paper by Dimond and colleagues, (1996), "Effect of Gabapentin (Neurontin®) On Mood and Well-Being in Patients with Epilepsy".  As discussed above, the Dimond paper was a preliminary analysis which later led to additional publications. These additional publications utilized the gold standard method -- Hamilton Depression (HAM-D) and Hamilton Anxiety (HAM-A) Scales -- when evaluating the primary and secondary efficacy measures (Pande et. al., 1999; 2000, 2000).   The results of these three well-controlled randomized trials studying Neurontin in patients with psychiatric disorders -- panic disorder, bipolar disorder, and social phobia -- demonstrate that Neurontin does not increase the risk of anxiety or depression (Pande et al., Placebo-controlled study of gabapentin treatment of panic disorder.  Journal of Clinical Psychopharmacol 2000; 20:467-471; Pande et al., Treatment of social phobia with gabapentin: a placebo-controlled study.  Journal of Clinical Psychopharmacol 1999; 19:341-348;  Pande et al., Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy.  Bipolar Disorders 2000; 2:249-255).   Results from these studies showed no significant differences from baseline in either the HAM-D or HAM-A scores at any time during the study period, indicating that no cases of treatment-emergent depression or anxiety were observed. The Dimond et al. study was published in a low-impact journal whereas the Pande

studies (Pande et al., 1999, 2000, 2000), which assessed depressive symptoms using Dr. Barkin's "gold-standard methodology," were published in journals with a much higher impact.

In summary, Plaintiffs' experts do not present any scientifically reliable evidence that Neurontin causes, worsens, or contributes to depression with or without suicidal ideation, or that Pfizer disseminated inadequate information regarding the benefits and risks of Neurontin. My opinion to a reasonable degree of medical and scientific certainty is that the available scientific evidence does not establish that taking Neurontin is significantly associated with, creates, causes, contributes to or worsens depression with or without suicidal ideation, and that the information regarding the risks and benefits of Neurontin were adequately explained in the Neurontin Package Inserts, Investigator's Brochures and Informed Consent forms for Neurontin studies.

## CONCLUSION

Based on my review of the scientific literature and data related to Neurontin, there is no reliable scientific evidence that taking Neurontin is significantly associated with, let alone creates, causes, or worsens, depression with or without suicidal ideation. The Neurontin clinical trial database does not indicate that there is any association between taking Neurontin and the development of depression with or without suicidal ideation. Furthermore, the information regarding the risks and benefits of Neurontin were adequately explained in the Neurontin Package Insert, Investigator's Brochures and Informed Consents of Neurontin studies.

My opinions expressed in this report are to a reasonable degree of medical and scientific certainty.

I reserve the right to amend or supplement this report based on additional material that becomes available, including Plaintiffs' Expert Testimony and the reports and materials

considered by other designated Experts.

The bases for my opinion are as follows:  My own professional clinical experience, education and training in Psychiatry and Psychopharmacology and the use of Neurontin in patients with bipolar disorder, anxiety, social phobia, and chronic pain, as well as the literature and materials I have reviewed related to Neurontin, including the references in this report and those on the attached list.

A copy of my most current curriculum vitae is attached as Exhibit A which contains all of my articles that were published in the last ten years.

Compensation:  I charge $450.00 per hour for time spent on this case.

Cases in which I have served as an expert and have testified at trial or have given a deposition in the last four years:

2009:

Forest Laboratories , Inc. et al.  v. Caraco Pharmaceutical Laboratories. Ltd., (Federal
        Court – Eastern District of Michigan), Case No: 2:06-CV-13143, Deposition:
        January 13, 2009

Crone v. Pfizer (Superior Court – California), Case No: CV 400432,
        Deposition: January 27, 2009

2008:

MDL Litigation In re:  Neurontin Marketing, Sales Practices, and Products Liability
        Litigation (Federal Court – Massachusetts) Case No: 04-10981, Deposition:
        January 15, 2008

Knipe v. GlaxoSmithKline, (Federal Court – Eastern District of Pennsylvania),
        Case No: 2:06-CV-3024 RB,   Deposition:  April 18, 2008

MDL Litigation In re:  Neurontin Marketing, Sales Practices, and Products Liability

        Litigation (Federal Court – Massachusetts) Case No: 04-10981, Testimony at

        Daubert Hearing, July 23, 2008

Wahl v. McNaughton et al., (State Court – Ohio) Case No: 07-CV 002722,

        Deposition:  October 10, 2008

Wahl v. McNaughton et al., (State Court – Ohio) Case No: 07-CV 002722,

        Testimony at trial:  October 30, 2008

MDL Litigation In re:  Neurontin Marketing, Sales Practices, and Products Liability

        Litigation (Federal Court – Massachusetts) Case No: 04-10981, Deposition:

        December 4, 2008

<u>2007:</u>

Tucker v. GlaxoSmithKline, (Federal Court – Southern District of Indiana)

        Deposition:  January 12, 2007

Griffith v. Goldman, (State Court – New Jersey)

        Deposition:  January 19, 2007

Sherman v. Chapman, (State Court – New Hampshire)

        Deposition:  March 5, 2007

Molnar v. Kaiser Permanente (State Court – Ohio)

        Deposition:  May 3, 2007

Inyang v. Orvin et al., (State Court – Massachusetts)

        Testimony at trial:  October 12, 2007

Meloche (Jamara) v. March et al., (State Court – Massachusetts)

        Testimony at trial:  October 18, 2007

Infosint v. Lundbeck and Forest Laboratories (Federal Court – New York)

Deposition:  November 9, 2007

2006:

Forest Laboratories, Inc. and H. Lundbeck A/S v. Ivax Pharmaceuticals, Inc., et al,

Testimony at trial (Federal Court – District of Delaware), March 27, 2006

Aron v. Laage, Testimony at trial, Cambridge Superior Court (State Court –

Massachusetts),  June 8, 2006

Hudson v. Joseph, Testimony at trial, Lawrence Superior Court (State Court –

Massachusetts),  June 26, 2006

Miller v. GlaxoSmithKline,  (Federal court – Northern District of Oklahoma),

Deposition:  November 30, 2006

2005:

Baxter v. Eli Lilly and Company (Federal Court – Alabama), Deposition: August 9, 2005

Krygowski vs. Armbrust (State Court – Massachusetts), Testimony at trial:

December 15, 2005

Anthony J. Rothschild, M.D.                                    March 18, 2009

                                                                                    Date

- 29 -

## Materials Considered by Dr. Anthony Rothschild, M.D.

1.     Altshuler L et al. Temporal lobe epilepsy, temporal lobe epilepsy, temporal lobectomy and major depression. J Neuropsychiatry Clin Neurosci 1999;11:436-43.

2.     Altshuler LL, Keck PE Jr, McElroy SL, et al.   Gabapentin in the Acute Treatment of Refractory  Bipolar  Disorder. Bipolar Disord 1999;1:61-5.

3.     Backonja, M. et. al. Gabapentin for the Symptomatic Treatment of Painful Neuropathy in Patients with Diabetes Mellitus.   JAMA 1998; 280 (21): 1831-1836.

4.     Ben-Menachem E, Persson LI, Hedner T.  Selected CSF biochemistry and Gabapentin concentrations in the CSF and plasma in patients with partial seizures after a single oral dose of Gabapentin.  Epilepsy Research, 1992; 11: 45-9.

5.     Ben-Menachem E, Soderfelt B, Hamberger A, Hedner T, Petersson LI. Seizure frequency and CSF parameters in a double-blind placebo controlled trial of gabapentin in patients with intractable complex partial seizures. Epilepsy Research 1995; 21:231-236.

6.     Bennett, J Goldman, WT, Suppes, T.  Gabapentin for the Treatment of Bipolar and  Schizoaffective Disorders.  J Clin Psychopharmacol 1997; 17(2): 141-2.

7.     Bian F, Li Z, Offord J, Davis MD, McCormick J, Taylor CP, Walker LC. Calcium channel alpha2-delta type 1 subunit is the major binding protein for pregabalin in neocortex, hippocampus, amygdale, and spinal cord: an ex vivo autoradiographic study in alpha2-delta type 1 genetically modified mice. Brain Research 2006; 1075:68-80.

8.     Botts SR, Raskind J.  Gabapentin and lamotrigine in bipolar disorder.  Am J Health Syst Pharm  1999;56(19):1939-44.

9.     Blanco C, Schneier FR, Schmidt A, Blanco-Jerez CR, Marshall RD, Sanchez-Lacay A, Lieboqitz MR Pharmacological treatment of social anxiety disorder: a meta-analysis. . Depress Anxiety 2003;18(1):29-40.

10.    Cabras PL, Hardoy MJ, Hardoy MC, et al.  Clinical experience with Neurontin in patients with bipolar or schizoaffective disorder: results of an open-label study.  J Clin Psychiatry 1999; 60:245-248.

11.    Carta et al., The Clinical Use of Gabapentin In Bipolar Spectrum Disorders.  Journal of Affective Disorders, 75:83-91, 2003.

12.    Chen H, Reeves JH, Fincham JE at al. Off-label use of antidepressant, anticonvulsant, and antipsychotic medications among Georgia Medicaid Enrollees in 2001.  J Clin Psychiatry 2006; 67:972-982

13.     Davidson JRT, Connor KM, Sutherland SM.Panic disorder and social phobia: current
        treatments and new strategies.  Cleve Clin J Med 1998;65(Suppl 1):SI39-SI47.

14.     Dimond KR, Pande AC, Lamoreaux L, et al. Effect of gabapentin (Neurontin) on mood
        and well-being in patients with epilepsy. Prog Neuropsychopharmacol Biol Psychiatry
        1996; 20:407-17.

15.     Dodrill CB, Arnett JL, Hayes AG, et al. Cognitive abilities and adjustment with
        gabapentin: results of a multisite study. Epilepsy Res 1999; 35:109-21.

16.     Dooley DJ, Donovan CM, Pugsley TA. Stimulus-dependent modulation of
        [3H]norepinephrine release from rat neocortical slices by gabapentin and pregabalin.
        Journal of Pharmacology and Experimental Therapeutics 2000; 295:1086-1093.

17.     Dunner DL.  Safety and tolerability of emerging pharmacological treatments for bipolar
        disorder.  Bipolar Disorders 2005; 7:307-325.

18.     Erfurth A, Kammerer C, Grunze H, et al.  An open label study of Neurontin in the
        treatment of acute mania.  J Psychiatr Res 1998; 32:261-264.

19.     Fathalla and Fathalla, A Practical Guide for Health Researchers, In: WHO Regional
        Publications, Eastern Mediterranean Series 30, World Health Organization Regional
        Office for the Eastern Mediterranean, 2004.

20.     Ferrier IN.  Lamotrigne and Gabapentin.  Alternatives in the treatment of bipolar
        disorder.  Neuropsychobiology 1998;38(3):192-7.

21.     Fiordelli E et al. Epilepsy and psychiatric disturbance: a cross sectional study. Br J
        Psychiatry 1993;163:446-50.

22.     Fink K, Meder W, Dooley DJ, Göthert M. Inhibition of neuronal Ca2+ influx by
        gabapentin and subsequent reduction of neurotransmitter release from rat neocortical
        slices. British Journal of Pharmacology 2000; 130:900-906.

23.     Frye MA, Ketter TA, Kimbrell TA, Dunn RT, Speer AM, Osuch EA, Luckenbaugh DA,
        Cora- Locatelli G, Leverich GS, Post RM. A placebo-controlled study of lamotrigine and
        gabapentin  monotherapy  in  refractory mood disorders.   J  Clinic Psychopharmacol
        2000;20(Dec):607-14.

24.     Gee NS, Brown JP, Dissanayake VUK, Offord J, Thurlow R, Woodruff GN. The novel
        anticonvulsant drug, gabapentin (Neurontin), binds to the α2δ subunit of a calcium
        channel. Journal of Biological Chemistry 1996; 271(10):5768-5776.

25.     Ghaemi SN, Goodwin FK.   Gabapentin Treatment of the Non-Refractory Bipolar
        Spectrum: An  Open  Case Series. J Affective Disord 2001;65(2):167-71.

26.     Ghaemi SN, Katzow JJ, Desai SP, et al.   Gabapentin Treatment of Mood Disorders: A Preliminary Study. J Clin Psychiatry 1998;59:426-9.

27.     Girard M, Conclusiveness of rechallenge in the interpretation of adverse reactions. Br J Clin Pharmac., 1987; 23:73-79.

28.     Goodwin FK et al. Manic-depressive illness. New York: Oxford University Press, 1990.

29.     Harden C et al. Mood disorders in patients with epilepsy. CNS Drugs 2002;15:291-302.

30.     Harden CL, Goldstein MA. Mood disorders in patients with epilepsy: Epidemiology and management. CNS Drugs 2002;16(5):291-302.

31.     Harrison's Online. Part 14: Neurologic Disorders: Section 5; Chapter 385: Anxiety Disorders. MrGraw-Hill Companies, 26 Sept 2002. Available at URL: http://www.harrisons.accessmedicine.com/serverjava/Arknoid/madeharrisons/chapters/ch385/ch385_01.html?searchterm=anxiety.

32.     Kalinin, V. (2007). Suicidality and antiepileptic drugs: is there a link? Drug Safety, 30 (2), 123-142

33.     Kaplan, R. & Grant, I., 5.2 Statistics and Experimental Design, in Kaplan & Sadock's Comprehensive Textbook of Psychiatry, Volume I, 522 (Benjamin J. Sadock & Virginia A. Sadock eds., 7th ed. 2000).

34.     Keck, PE, Jr., Perlis RH, Otto MW, Carpenter D, Ross R, Docherty JP. The Expert Consensus Guidelines®: Treatment of Bipolar Disorder 2004. Postgrad Med Special Report. 2004(December):1-120.

35.     Kessler RC, Chiu WT, Demler O, Walters EE. Prevalence, severity, and comorbidity of twelve-month DSM-IV disorders in the National Comorbidity Survey Replication (NCS-R). Archives of General Psychiatry, 2005 Jun;62(6):617-27.

36.     Knoll J, Stegman K, Suppes T.   Clinical Experience Using Gabapentin Adjunctively in Patients  with a History of Mania or Hypomania. J Affect Disord 1998;49:229-33.

37.     Letterman L, Markowitz JS.  Gabapentin:  A review of published experience in the treatment of  bipolar disorder and other psychiatric conditions.  Pharamcotherapy 1999;19(May):565-72.

38.     Lydiard RB. Panic disorder and social phobia: possible implications of comorbid depression for drug therapy. Anxiety. 1996;2(2):61-70.

39.     Magee WJ et al. Agoraphobia, simple phobia and social phobia in the National Comorbidity Survey. Arch Gen Psychiatry 1996;53:159-68.

40.    Manchanda R et al. Psychiatric disorders in candidates for epilepsy surgery. J Neurol
       Neurosurg Psychiatry 1996;61:82-9.

41.    Maurer I, Volz HP, Sauer H. Gabapentin leads to remission of somatoform pain  disorder
       with major depression. Pharmacopsychiatry 1999;32(Nov):255-7.

42.    Mauri MC, Laini V, Scalvini ME, et al.   Gabapentin and the Prophylaxis of Bipolar
       Disorders in  Patients Intolerant to Lithium. Clin Drug Invest 2001;21(3):169-74.

43.    McElroy SL, Keck PE JR.  Pharmacologic agents for the treatment of acute bipolar
       mania.   Biological Psychiatry 2000;48(15 Sep):539-57.

44.    McElroy SL, Soutullo CA, Keck PE Jr, et al.   A pilot trial of adjunctive Neurontin in the
       treatment of bipolar disorder.  Ann Clin Psychiatry 1997; 9:99-103.

45.    Mokhber N, Lane CJ, Azarpazhooh MR, Salari E, Fayazi R, Shakeri MT, Young AH.
       Anticonvulsant treatments of dysphoric mania: a trial of gabapentin, lamotrigine
       and carbamazepine in Iran.  Neuropsychiatr Dis Treat. 2008 Feb;4(1):227-34

46.    Mueser KT, Goodman LB, Trumbetta SL, Rosenberg SD, Osher FC, Vidaver R, Auciello
       P, Foy DW. Trauma and posttraumatic stress disorder in severe mental illness. Journal of
       Consulting and Clinical Psychology, 1998; 66(3): 493-9.

47.    Oquendo MA, Malone KM, Ellis SP, Sackeim HA, Mann JJ. Inadequacy of
       antidepressant treatment for patients with major depression who are at risk for suicidal
       behavior. Am J Psychiatry. 1999 Feb;156(2):190-4.

48.    Pande AC, Crockar JG, Janney CA, Worth JL, Tsamucha OGabapentin in bipolar
       disorder: a placebo-controlled trial of adjunctive therapy, Bipolar Disord 2000;(3 Pt 2):
       249-255.

49.    Pande AC, Davidson JRT, Jefferson JW, et al.   Treatment of social phobia with
       Neurontin: a placebo-controlled study.  J Clin Psychopharmacol 1999: 19:341-348.

50.    Pande AC, Pollack MH, Crockatt J, Greiner M, Chouinard G, Lydiard RB,Taylor CB,
       Dager SR, Shiovitz T. Placebo-controlled study of gabapentin treatment of panic
       disorder. J Clin Psychopharmacol. 2000 Aug;20(4):467-71.

51.    Perugi G, Toni C, Ruffolo G, et al.   Clinical Experience using Adjunctive Gabapentin
       in  Treatment-Resistant Bipolar Mixed States. Pharmacopsychiatry 1999;32:136-41.

52.    Radley DC, Finkelstein SN, Stafford RS.  Off-label prescribing among office-based
       physicians.  Arch Intern Med 2006; 166:1021-1026.

53.    van Reekum, R., et al., Applying Bradford Hill's Criteria for Causation to
       Neuropsychiatry: Challenges and Opportunities, The Journal of Neuropsychiatry and
       Clinical Neurosciences 2001; 13:318-325.

54.    Regier, DA & Burke, JD, 5.1 Epidemiology, in Kaplan & Sadock's Comprehensive
       Textbook of Psychiatry, Volume I, 500 (Benjamin J. Sadock & Virginia A. Sadock eds.,
       7th ed. 2000)

55.    Rihmer Z et al. Bipolar II disorder and suicidal behavior. Psychiatr Clin North Am
       1999;22:667-73.

56.    Rowbotham, M., et. al. Gabapentin for the Treatment of Postherpetic Neuralgia: a
       Randomized Controlled Trial.  JAMA 1998; 280 (21): 1837-1842.

57.    Ryback RS, Brodsky L, Munasifi F.   Gabapentin in Bipolar Disorder. J Neuropsychiatry
       Clin  Neurosci 1997; 9:301.

58.    Sachs, GS, Printz, DJ, Khan, DA, Carpenter D, Docherty, JP.  The Expert Consensus
       Guidelines®: Treatment of Bipolar Disorder 2000. Postgrad Med Special Report.
       2004(December):1-104.

59.    Schaffer, CB & Schaffer, LC.  Gabapentin in the Treatment of Bipolar Disorder.  Am J
       Psychiatry  1997;  154(2): 291-2.

60.    Schmitz, B. (2006). Effects of antiepileptic drugs on mood and behavior. Epilepsia, (47)
       (supp. 2), 28-33.

61.    Short, C &  Cooke, L.  Hypomania induced by gabapentin.  Br J Psychiatry
       1995;166:679-80.

62.    Shukla G et al. Psychiatric manifestations in temporal lobe epilepsy: a controlled study.
       Br J Psychiatry 1979;135:411-7.

63.    Silverstone PH, Silverstone T. A review of acute treatments for bipolar depression. Int
       Clin Psychopharmacol 2004;19(3)(May):113-24.

64.    Sokolski KN, Green C, Maris DE, et al.   Gabapentin as an Adjunct to Standard Mood
       Stabilizers  in Outpatients With Mixed Bipolar Symptomatology. Ann Clin Psychiatry
       1999;11(4):217-22

65.    Stein MB et al. Social anxiety disorder and the risk of depression. Arch Gen Psychiatry
       2001;58:251-56.

66.    Stenager E et al. Attempted suicide, depression and physical disease: a one year follow
       up study. Psychother Psychosom. 1994 ;61:65-73.

67.   Strakowski SM, Sax KW, McElroy SL, Keck PE Jr, Hawkins JM, West SA. Course of psychiatric and substance abuse syndromes co-occurring with bipolar disorder after a first psychiatric hospitalization. Journal of Clinical Psychiatry, 1998; 59(9): 465-71.

68.   Taylor CP, Gee NS, Su TZ, Kocsis JD, Welty DF, Brown JP, Dooley DJ, Boden P, Singh L. A summary of mechanistic hypotheses of gabapentin pharmacology. Epilepsy Research 1998; 29:233-249.

69.   Taylor CB, Dager SR, Shiovitz T. Placebo-controlled study of gabapentin treatment of panic disorder. J Clin Psychopharmacol. 2000 Aug;20(4):467-71.

70.   Tohen M et al. Epidemiology of bipolar disorder. In: Tsuang MT et al, eds. Psychiatric Epidemiology. New York, NY:Wiley-Liss; 2002:427-44.

71.   U.S. Dep't of Health & Human Servs., Mental Health: A Report of the Surgeon General (1999) [Excerpts only: pp. 9-11, 49-52]

72.   Vieta E, Goikolea JM, Martinez-Aran A et al. A double-blind, randomized, placebo-controlled, prophylaxis study of adjunctive Neurontin for bipolar disorder. J Clin Psychiatry 2006; 67:473-477.

73.   Vieta E, Martinez-Aran A, Nieto E, et al. Adjunctive Neurontin treatment of bipolar disorder. Eur Psychiatry 2000; 15:433-437.

74.   Wang, PW, Santosa, C, et. al., Gabapentin augmentation therapy in bipolar depression. Bipolar Dis 2002; 4: 296-301.

75.   Yasmin S, Carpenter LL, Leon Z, Siniscalchi JM, Price LH. Adjunctive gabapentin in treatment-resistant depression: A retrospective chart review. J Affective Disord 2001;63(1-3):243-7.

76.   Young LT, Robb JC, Patelis-Siotis I, et al. Acute treatment of bipolar depression with Neurontin. Biol Psychiatry 1997; 42:851-853.

77.   Pfizer_TMF_CRF_095981: 3/8-9/1996 Investigator's Meeting Protocol 945-209: Gabapentin Adjunctive Treatment in Patients with Bipolar.

78.   TMF_CRF 013414: Rush Presbyterian IRB/ Informed Consent Form for 945-209

79.   TMF_CRF 013695: Medical University of South Carolina Informed Consent Form for 945-209

80.   TMF_CRF 076029: University of Washington IRB/Informed consent for for 945-209

81.  WLC_FRANKLIN_0000228008: University of Cincinnati Medical Center December 1995 Informed Consent for open-label study of Gabapentin in the treatment of patients with Bipolar disorder, Manic or Mixed. Paul Keck, Investigator.

82.  WLC_FRANKLIN_0000082512: Stanford Bipolar Depression Study Informed Consent Form –Terence Ketter, PI

83.  WLC_CBU_131841: Stanford Bipolar Depression Study IRB Protocol. 6/24/97

84.  Protocol 945-195: Double-Blind, Randomized, Two Period Crossover Comparison of the Cognitive and Behavioral Effects of Gabapentin and Carbamazepine in Healthy Adults. Research Report # 995-00072.

85.  Protocol 945-203: Treatment of Social Phobia With Gabapentin: A Placebo-Controlled Study.  Research Report # 720-03850.

86.  Protocol 945-204: A Placebo-Controlled Trial of Gabapentin in Patients With Panic Disorder. Research Report # 720-03851.

87.  Protocol 945-209:  Gabapentin Adjunctive Treatment in Patients With Bipolar Disorder. Research Report #720-04174.

88.  Protocol 945-211: Double-Blind, Randomized, Placebo-Controlled, Parallel Groups, Multi-Center Trial to Determine the Efficacy and Safety of Neurontin in Subjects with Peripheral Neuropathy  (Post-Herpetic Neuralgia). Research Report # 995-00070.

89.  Protocol 945-217:  A Double Blind, Randomized, Place-Controlled, Multi-Center Trial to Determine the Efficacy and Safety of Neurontin in Migraine Prophylaxis. Research Report # 995-00085

90.  Protocol 945-224: A Double-Blind, Placebo-Controlled Trial with 3 Doses of Gabapentin for the Treatment of Painful Diabetic Neuropathy. Research Report # 720-04130

91.  Protocol 945-411: A Randomized, Open-Label Trial to Determine the Relative Efficacy and Safety of a Fixed Dose of Gabapentin Versus Optional Titration to Effect for the Treatment of Painful Diabetic Peripheral Neuropathy.  Research Report # 720-30154.

92.  Protocol 945-430-295:  A  Double-Blind, Placebo-Controlled Trial of Gabapentin for the Treatment of Postherpetic Neuralgia. Research Report# 430-00124.

93.  Research Report 720-03850 (March 19, 1999)

94.  Research Report 720-03851 (April 9, 1999).

95.  Research Report 720-04174 (March 26, 1999).

96.    RR-X 720-02455: Investigator's Brochure – Gabapentin 4/28/89

97.    RR-X720-02455: Research Report correction memorandum 7/8/1991

98.    RR-X720-02455: Research Report correction memorandum 8/27/1991

99.    RR-X 720-03092: Investigators' Brochure –Gabapentin 5/21/1992

100.   RR-X 720-03362: US Investigators' Brochure –Gabapentin 4/19/1994
       [supersedes RR-X 720-02455 & RR-X 720-03092]

101.   RR-X 720-03362: Research Report correction memorandum 7/8/1996

102.   RR-X720-03381: Non-US Investigators' Brochure – Gabapentin 5/31/1994 [supersedes
       RR-X 720-02455 & RR-X 720-03092]

103.   RR-X720-03480: Research Report correction memorandum 3/9/1998

104.   RR-X720-03480: Research Report correction memorandum 3/27/1998

105.   RR-X720-03480: Research Report correction memorandum 2/15/1999

106.   RR-X720-03480: Research Report correction memorandum 3/30/2000

107.   RR-X720-03480: Investigators' Brochure – Gabapentin – 4/21/1997
       [supersedes RR-X 720-03362 & RR-X 720-03381]

108.   August 11, 2008 Expert Report of Dr. Jeffrey Barkin

109.   December 12, 2008 Supplemental Expert Report of Dr. Jeffrey Barkin

110.   December 9, 2008 Expert report of  Dr. Curt Furberg, including exhibits.

111.   September 13, 2007 Affidavit of Dr. Cynthia McCormick and exhibits A-J.

112.   December 4, 2008 Declaration of Eduard Vieta regarding Spanish prophylactic Neurontin
       Bipolar  Study.

113.   The Final Deposition Transcript of Dr. Jeffrey Barkin taken on January 21 and 22, 2009

114.   The Rough and Final Deposition Transcript of Dr. Curt Furberg taken March 11, 2009

115.   Deposition of Dr. Cynthia McCormick with exhibits.

116.   Deposition Transcript of Atul Pande (9/19-20/07)

117.   Exhibits to Deposition of Atul Pande (9/19-9/20/08)

118.   Case report forms and related documents for patient 1 from study 945-15.

119.   Dec. 1992 Advisory Committee Transcript.

120.   Epilepsy ISS.

121.   FDA Advisory Committee Meeting Briefing Documents dated July 10, 2008: Katz Letter
       Levenson, M. Statistical Review & Evaluation: Antiepileptic Drugs & Suicidality
       Mentari, E Clinical Review

122.   FDA Review and Evaluation of Clinical Data, Dr. Sharon Hertz, May 24, 2002.

123.   Hertz, S., Review of Evaluation of Clinical Data for PHN, May 24, 2002.

124.   Materials related to alleged rechallenge in Health Canada patient.

125.   McCormick's Medical-Statistical Review.

126.   The Neurontin USPI 12/30/93

127.   Neurontin USPI, 2004.

128.   Neuropathic Pain ISS.

129.   Pande, A., June 18, 1999 Presentation Slides, "Bipolar Disorder: Therapeutic
       Gaps". Talk given at the Third International Conference on Bipolar Disorders,
       Pittsburgh, PA.

130.   Safety Update 1.

131.   Safety Update 2.

132.   Safety Update 3.

133.   Safety Update 4.

134.   Transcript of A. Pande's June 18, 1999 Presentation, "Bipolar Disorder: Therapeutic
       Gaps."

# EXHIBIT A

## CURRICULUM VITAE

01/07/09

Name:                   Anthony J. Rothschild, M.D.

Address:                Department of Psychiatry
                        University of Massachusetts Medical School
                        361 Plantation Street
                        Worcester, Massachusetts 01605

Phone:                  (508) 856-1027
Fax:                    (508) 856-4854
EMail:                  anthony.rothschild@umassmemorial.org

Current Position:       Professor (with tenure) of Psychiatry
                        Irving S. and Betty Brudnick Endowed Chair of Psychiatry
                        University of Massachusetts Medical School
                        Worcester, Massachusetts

Place of Birth:         New York, New York

Education:

  1975        A.B.   Princeton University, Princeton, New Jersey
  1979        M.D.   University of Pennsylvania School of Medicine,
                     Philadelphia, Pennsylvania


**Postdoctoral Training:**

  Internships and Residencies:

  1979-1980  Intern (Medicine-Neurology), Mount Auburn Hospital,
                Cambridge, MA; Massachusetts General Hospital, Boston, MA
  1980-1983  Resident in Psychiatry, McLean Hospital, Belmont, MA
  1981-1983  Resident, Psychopharmacology Consultation Service,
                McLean Hospital, Belmont, MA
  1981-1983  Resident, Affective Disease Program, McLean Hospital,
                Belmont, MA
  1982-1983  Chief Resident, Psychopharmacology Service, McLean Hospital
                Outpatient Clinic, Belmont, MA
  1979-1983  Clinical Fellow in Psychiatry, Harvard Medical School,
                Boston, MA

  Research Fellowships:

  1982-1986  Research Fellow in Neurochemistry, Ralph Lowell
                Laboratories, McLean Hospital, Belmont, MA
  1983-1985  CIBA-Geigy Fellow in Affective Disorders, McLean Hospital,
                Belmont, MA

**Licensure and Certification:**

1980        National Board of Medical Examiners Certificate

1980        Massachusetts License Registration

1984        American Board of Psychiatry and Neurology

**Academic Appointments:**

1983-1985  Instructor in Psychiatry, Harvard Medical School
1985-1992  Assistant Professor of Psychiatry, Harvard Medical School
1992-1996  Associate Professor of Psychiatry, Harvard Medical School
1996-2001  Lecturer in Psychiatry, Harvard Medical School
1996-      Professor of Psychiatry, University of Massachusetts School of
           Medicine
1997-      Irving S. and Betty Brudnick Endowed Chair of Psychiatry,
           University of Massachusetts School of Medicine

**Hospital Appointments:**

1983-1988  Assistant Psychiatrist, McLean Hospital, Belmont, MA
1988-1994  Associate Psychiatrist, McLean Hospital, Belmont, MA
1994-1996  Psychiatrist, McLean Hospital, Belmont, MA
1996-      Research Associate, McLean Hospital, Belmont, MA
1996-1999  Psychiatrist, University of Massachusetts Medical Center,
           Worcester, MA
1999-      Psychiatrist, UMass Memorial Healthcare System, Worcester, MA

**Other Professional Positions:**

1986        American Psychiatric Association Depression Subcommittee of
            the Sixth Edition of the Psychiatric Knowledge and Skills
            Self-Assessment Program (PKSAP VI)
1987-      Examiner, American Board of Psychiatry and Neurology, Inc.
1990-1991  American Medical Association Council on Scientific Affairs
            Expert Panel on Depression
1991-1992  Expert Reviewer, The Biology of Mental Disorders, Office of
            Technology Assessment (OTA), United States Congress
1992-      Mentor, American Psychiatric Association Program for Minority
            Research Training in Psychiatry
1994-1996  Harvard Medical School, Department of Psychiatry, Mental
            Health Protocol Development Committee
1999-      Mentor, American Psychiatric Institute for Research and
            Education/Janssen Scholars in Severe Mental Illness
            Fellowship Program
2005-       External Expert Reviewer for Harvard Medical School Continuing
            Medical Education Committee
2006-      Expert Consensus Panel Member, Texas Medication Algorithms
            Project (TMAP), Major Depressive Disorder
2007-      Expert Panel, Prior Authorization of antidepressants in Michigan
            Medicaid, (NIMH Study, Robert LeCates, Project Coordinator

Department of Ambulatory Care and Prevention
Harvard Medical School and Harvard Pilgrim Health Care

2007  Selection Committee, National Alliance on Mental Illness (NAMI) Mind of America Research Award

2007  Advancing Signal Strength in Proof of Concept Studies in Major Depression, Joint NIMH, FDA, Academic, and Industry Meeting, Washington, D.C.

**Awards and Honors:**

1975  Sigma XI, Student Member, Princeton University Chapter
1978  NIMH Medical Student Fellowship
1979  Joel Gordon Miller Award, University of Pennsylvania School of Medicine
1982  McLean Hospital Journal Award
1983  Paul M. Howard Prize, McLean Hospital
1990  National Alliance for Research on Schizophrenia and Depression (NARSAD) Young Investigator Award
1991  First Independent Research Support and Transition (FIRST) Award, National Institute of Mental Health
1991  Fellow, American Psychiatric Association
1991  Who's Who in the East
1991  Who's Who in Science and Engineering
1991  Who's Who Among Rising Young Americans
1993  Fellow, American Psychopathological Association
1996  Best Doctors in America: Northeast Region
1997  Irving S. and Betty Brudnick Endowed Chair of Psychiatry
1997  Boston Magazine, Best Doctors of 1997
1998  Who's Who in Medicine and Healthcare
1998  Best Doctors in America:  National Edition
1999  One of twenty-five physicians selected for The Best Medicine: Doctors, Patients, and the Covenant of Caring; Magee M and d'Antonio M, St. Martin's Press, New York, NY, 1999
1999  Lecturer, Teaching Day, American College of Neuropsychopharmacology Annual Meeting
1999  Who's Who in America
2000  Who's Who in America
2000  University of Massachusetts Medical School, Department of Psychiatry, Paul Barreira Teaching Award
2001  Best Doctors in America:  National Edition
2002  Best Doctors in America:  National Edition
2002  Fellow, Collegium Internationale Neuro-Psychopharmacologicum
2003  Distinguished Fellow, American Psychiatric Association
2003  Best Doctors in America: National Edition
2003  Paul F. Briscoli Award for Resident-Faculty Academic collaboration, University of Massachusetts Medical School, Department of Psychiatry  (with Lauren Varney, M.D.)
2004  Best Doctors in America: National Edition
2004  Families for Depression Awareness, Founding Advisory Board Member Award
2004  Paul F. Briscoli Award for Resident-Faculty Academic collaboration, University of Massachusetts Medical School, Department of Psychiatry (with Michael Bell, M.D.)

3

| | |
|---|---|
| 2004 | Massachusetts Psychiatric Society Outstanding Psychiatrist Award for Research |
| 2005 | Best Doctors in America: National Edition |
| 2006 | Best Doctors in America: National Edition |
| 2006 | Boston Magazine, Top Doctors |
| 2007 | Best Doctors in America: National Edition |
| 2007 | Journal of Clinical Psychiatry, Circle of Honor, "reviewed the greatest number of manuscripts in the calendar year." |
| 2007 | Boston Magazine, Top Doctors |
| 2007 | Paul F. Briscoli Award for Resident-Faculty Academic collaboration, University of Massachusetts Medical School, Department of Psychiatry (with Nancy Byatt, D.O.) |
| 2008 | Best Doctors in America: National Edition |

**Major Committee Assignments:**

National

| | |
|---|---|
| 1992-1994 | Mood Disorder Advisor, Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition (DSM-IV) American Psychiatric Association |
| 1993- | Ad Hoc Reviewer, Department of Veteran Affairs Merit Review Grant Applications |
| 1993 | National Institute of Mental Health, Delusional Depression in Late Life Workshop Committee |
| 2003- | Extramural Reviewer for Intramural Grant Applications, National Institute of Mental Health |
| 2004 | Ad Hoc Reviewer, Center for Scientific Review, Special Emphasis Panel, National Institute of Mental Health, Brain Disorders and Clinical Neurosciences IRG (BDCN-2)Study Section |
| 2005 | Member, National Institute of Mental Health ERB-W (04) ASCEND Review Panel |
| 2006 | Member, National Institute of Mental Health ERB-W (04) ASCEND Review Panel |
| 2007 | Member, National Institute of Mental Health Collaborative Applications in Adult Psychopathology and Disorders of Aging (APDA) Scientific Review Group ZRG1 BBBP-G (60) Meeting, February 16, 2007 |

School

| | |
|---|---|
| 1996- | University of Massachusetts Medical School, Senior Scholars Committee |
| 1996- | University of Massachusetts Medical School, Executive Committee, Department of Psychiatry |
| 1997-1998 | University of Massachusetts Medical School, Brudnick Mental Health Institute Groundbreaking Symposium Planning Committee |
| 1997-2003 | University of Massachusetts Medical School, Human Studies Committee |
| 1997-1999 | University of Massachusetts Medical School, Chairperson, Search Committee for the Director, Brudnick Neuropsychiatric Research Institute |

4

| | |
|---|---|
| 1997- | University of Massachusetts Medical School, Department of Psychiatry, Promotions Committee |
| 2000-2002 | University of Massachusetts Medical School, Faculty Council |
| 2000- | University of Massachusetts Medical School, Department of Psychiatry, Research Committee |
| 2003- | University of Massachusetts Medical School, Committee Chair and Director of the Senior Scholars Program. |
| 2003- | University of Massachusetts Medical School, 4th-Year Working Group Committee |
| 2004-2005 | University of Massachusetts Medical School, Chairperson, Search Committee for Chief, Child Psychiatry Division |
| 2006- | University of Massachusetts Medical School Mentoring Program for Junior Faculty |
| 2007 - | University of Massachusetts Medical School, Department of Psychiatry, Tenure Committee |

**Hospital**

| | |
|---|---|
| 1980-1981 | McLean Hospital, Resident Liaison to Admissions Office |
| 1980-1983 | McLean Hospital, Residency Service Committee |
| 1983-1996 | McLean Hospital, Residency Evaluation Committee |
| 1985-1987 | McLean Hospital, Task Force on Admissions |
| 1985-1996 | McLean Hospital, Task Force on Library Acquisitions |
| 1985-1996 | McLean Hospital, Residency Selection Committee |
| 1987-1988 | McLean Hospital, Clinical Case Conference Planning Committee |
| 1987-1988 | McLean Hospital, Task Force on Eating Disorders (Chairman, 1987-88) |
| 1987-1989 | McLean Hospital, Residency Curriculum Committee |
| 1988-1996 | McLean Hospital, Clinical Operations Committee |
| 1989 | McLean Hospital, Crisis Intervention Task Force |
| 1989 | McLean Hospital, Turnaround Time Committee |
| 1989-1996 | McLean Hospital, Utilization Review Committee |
| 1989-1996 | McLean Hospital, Resident Education Committee |
| 1989-1996 | McLean Hospital, Quality Assurance Committee |
| 1990-1991 | McLean Hospital, Search Committee for Director, Office of Intake and Referral |
| 1991-1993 | McLean Hospital, Task Force on Medical Staff Reorganization |
| 1993-1996 | McLean Hospital, Patient Care Coordinating Committee |
| 1993-1996 | McLean Hospital, Practice Plan Development Committee |
| 1994-1996 | McLean Hospital, Pharmacy Committee |
| 1994-1996 | McLean Hospital, Continuous Quality Improvement Committee |
| 1994-1996 | McLean Hospital, Continuing Medical Education Committee |
| 1994-1996 | McLean Hospital, Centennial Committee |
| 1995-1996 | McLean Hospital, Inpatient Services Brainstorming Committee |
| 1996-1998 | University of Massachusetts Memorial Healthcare, Pharmacy and Therapeutics Committee |
| 1996- | University of Massachusetts Memorial Healthcare, Department of Psychiatry, Resident Selection Committee |
| 2005 | University of Massachusetts Memorial Healthcare, Taskforce on Interactions with Pharmaceutical and Medical Device Vendors |

Community

| | |
|---|---|
| 1992- | Interviewer, Alumni Schools Committee, Princeton University |
| 1999- | Vice-Chair, MetroWest Boston Region, Alumni Schools Committee, Princeton University |
| 2000- | Scientific Advisory Board, Families for Depression Awareness, Watertown, Mass (http://www.familyaware.org) |

**Memberships, Offices, and Committee Assignments in Professional Societies:**

| | |
|---|---|
| 1976-1983 | American Medical Association |
| 1982- | American Psychiatric Association |
| 1982- | Massachusetts Psychiatric Society |
| 1984-1985 | Member, Insurance Committee, Massachusetts Psychiatric Society |
| 1984-1986 | Member, Program Committee, Massachusetts Psychiatric Society |
| 1986- | American Psychopathological Association |
| 1986- | International Society of Psychoneuroendocrinology |
| 1987- | New York Academy of Sciences |
| 1991- | Fellow, American Psychiatric Association |
| 1992- | Member, American Society of Clinical Psychopharmacology |
| 1993- | Fellow, American Psychopathological Association |
| 1995- | Member, American College of Neuropsychopharmacology |
| 1995- | Member, Massachusetts Psychiatric Society Task Force on Psychopharmacology |
| 1996-1999 | American College of Neuropsychopharmacology, Education and Training Committee |
| 1996- | Member, American College of Psychiatrists |
| 1996- | Member, Collegium Internationale Neuro-Psychopharmacologicum |
| 1998-1999 | Nominating Committee, Massachusetts Psychiatric Society |
| 2000-2003 | Program and Scientific Communications Committee, American College of Neuropsychopharmacology |
| 2000-2003 | Councilor, Massachusetts Psychiatric Society |
| 2000- | Advisory Board, Families for Depression Awareness |
| | Fellow, Collegium Internationale Neuro-Psychopharmacologicum |
| | Scientific Program Committee, American Psychiatric Association |
| | Scientific and Clinical Reports Subcommittee, Scientific Program Committee, American Psychiatric Association |
| 2002- | New Research Subcommittee, Scientific Program Committee, American Psychiatric Association |
| 2003-2006 | Re-elected for second term as Councillor, Massachusetts Psychiatric Society |
| 2005- | Industry-Sponsored Symposia Subcommittee, Scientific Program Committee, American Psychiatric Association |
| 2005- | Representative of the Scientific Program Committee to the Council on Research, American Psychiatric Association |

6

| | |
|---|---|
| 2005- | Representative of the Scientific Program Committee to the Committee on Commercial Support, American Psychiatric Association |
| 2005- | Chair, New Research Subcommittee, Scientific Program Committee, American Psychiatric Association |
| 2006-2008 | Ethics Committee, American College of Neuropsychopharmacology |
| 2008 | Expert Reviewer, American Psychiatric Association Practice Guidelines for the Treatment of Patients With Major Depressive Disorder, Third Edition |
| 2008- | Credentials Committee, American College of Neuropsycho-pharmacology |
| 2008- | Massachusetts Representative to the Assembly of the American Psychiatric Association |

## Journal Reviewer and Editorial Boards:

| | |
|---|---|
| 1984- | Reviewer, Psychopharmacology |
| 1985- | Reviewer, American Journal of Psychiatry |
| 1985- | Reviewer, Psychiatry Research |
| 1985-1992 | Reviewer, McLean Hospital Journal |
| 1988- | Reviewer, Journal of Neuropsychiatry and Clinical Neurosciences |
| 1989- | Reviewer, Biological Psychiatry |
| 1991- | Reviewer, Journal of Studies on Alcohol |
| 1991-1992 | Field Editor, Journal of Studies on Alcohol |
| 1992- | Reviewer, Journal of Clinical Psychiatry |
| 1992- | Reviewer, Depression |
| 1992-1997 | Editorial Board, Journal of Studies on Alcohol |
| 1993- | Reviewer, New England Journal of Medicine |
| 1994- | Reviewer, Drugs and Aging |
| 1994- | Reviewer, CNS Drugs |
| 1994- | Reviewer, The Medical Letter |
| 1996- | Reviewer, Clinical Drug Investigation |
| 1997- | Reviewer, Behavioral and Brain Sciences |
| 1997- | Editorial Board, Depression and Anxiety |
| 1997- | Editorial Board, Psych Facts |
| 2002- | Reviewer, Neuropsychopharmacology |
| 2003- | Reviewer, Journal of Psychiatric Research |
| 2003- | Reviewer, Psychoneuroendocrinology |
| 2003- | Reviewer, Archives of General Psychiatry |
| 2003- | Associate Editor, Current Psychiatry |
| 2004- | Reviewer, American Journal of Geriatric Psychiatry |
| 2007- | Reviewer, Psychological Medicine |
| 2007- | Reviewer, Comprehensive Psychiatry |
| 2007- | Editorial Board, Journal of Clinical Psychiatry |
| 2008- | Reviewer, Current Psychiatry Reviews |

## Data and Safety Monitoring Board:

National Institute of Nursing Research (RO1 NR08033), PI: June Andrews Horowitz, PhD, CARE Intervention for Depressed Mothers and Their Infants.

**Major Research Interests:**

1. Diagnosis, Biology, and Treatment of Psychotic Depression
2. Hypothalamic-Pituitary-Adrenal Axis Dysfunction in Psychiatric Patients
3. The Long-Term Effects of Hypercortisolemia on Cognition and Social/Occupational Functioning in Depressed Patients
4. Novel Psychopharmacologic Agents in the Treatment of Mood, Anxiety, and Psychotic Disorders
5. Psychopharmacology of Biogenic Amines in Depression
6. Biochemical and Clinical Classification of Depressive Disorders
7. Psychopharmacologic Treatment of Depression
8. Disinhibition Reactions on Benzodiazepines
9. Sexual Dysfunction Side Effects of Antidepressants

**Principal Clinical and Hospital Service Responsibilities:**

| | |
|---|---|
| 1981-1982 | Psychiatric Staff, Mystic Valley Mental Health Center, Lexington, MA |
| 1981-1983 | Consultant in Psychopharmacology, Dorchester Mental Health Center, Dorchester, MA |
| 1981-1983 | Psychiatric Staff, Charles River Hospital, Wellesley, MA |
| 1981-1983 | Psychiatric Staff, Human Resources Institute, Brookline, MA |
| 1981-1983 | Consultant in Psychiatry, Newton-Wellesley Hospital Emergency Room and Inpatient Unit, Newton, MA |
| 1981-1983 | Psychiatric Staff, The Arbour Hospital, Jamaica Plain, MA |
| 1983-1988 | Psychiatrist-in-Charge, South Belknap II, McLean Hospital, Belmont, MA |
| 1985-1996 | Associate Director, Depression Research Facility, McLean Hospital, Belmont, MA |
| 1986-1996 | Assistant Pharmacologist, Ralph Lowell Laboratories, McLean Hospital, Belmont, MA |
| 1988-1993 | Clinical Director, Affective Disease Program, McLean Hospital, Belmont, MA |
| 1990-1996 | Associate Director, Psychopharmacology Service, McLean Hospital, Belmont, MA |
| 1993-1995 | Clinical Director, Mood, Anxiety, and Trauma Disorders Program, McLean Hospital, Belmont, MA |
| 1995-1996 | Clinical Director, Ambulatory Services, McLean Hospital, Belmont, MA |
| 1996-1999 | Director of Clinical Research, Department of Psychiatry, University of Massachusetts Medical Center, Worcester, MA |
| 1999-2005 | Director of Clinical Research, Department of Psychiatry, UMass Memorial Healthcare System, Worcester, MA |
| 2005-2007 | Vice-Chair for Research, Department of Psychiatry, UMass Memorial Health Care System, Worcester, MA |
| 2007- | Director, Center for Psychopharmacologic Research and Treatment, UMass Memorial Health Care System, Worcester, MA |

**Teaching Experience:**

| | |
|---|---|
| 1981-1996 | Lectured in Introduction to Psychiatry Course to Nurses and Mental Health Workers, McLean Hospital, Belmont, MA |
| 1981-1983 | Lectured in Medical Student Psychopharmacology Lecture Series, McLean Hospital, Belmont, MA |
| 1982-1983 | Supervised residents as Chief Resident, Psychopharmacology Service, McLean Hospital Outpatient Clinic, Belmont, MA |
| 1983-1996 | Supervised PGYII residents and lectured to medical students, McLean Hospital, Belmont, MA |
| 1983-1996 | Psychopharmacology Supervision (PGYIII and PGYIV residents), McLean Hospital, Belmont, MA |
| 1984-1996 | Organized and lectured in seminar on affective disorders for McLean Hospital PGYII residents |
| 1985-1996 | Lecturer in seminar for McLean Hospital Nursing interns |
| 1985-1996 | McLean Hospital Comprehensive Review and Update in Psychiatry, Belmont, MA, "Affective Disorders" |
| 1987 | Moderator and organizer of McLean Hospital Clinical Case Conference:  "The Psychopharmacologic Treatment of Borderline Patients:  Too Little or Too Much?" |
| 1987-1996 | Resident preceptor, McLean Hospital, Belmont, MA |
| 1988-1996 | Lecturer on Depression in Harvard Medical School Psychiatry 700 MJ medical student course |
| 1988 | Moderator and organizer of McLean Hospital Clinical Case Conference:  "Resolved:  The Therapist/Administrator Split at McLean Hospital Should Be Abolished" |
| 1991- | Mentor, Program for Minority Research Training in Psychiatry (PMRTP), American Psychiatric Association |
| 1994- | Lecturer, Boston College School of Nursing, Chestnut Hill, MA, Psychopharmacology Course for Advanced Practice Nurses |
| 1996- | Lecturer in several courses for Psychiatry Residents and Medical Students, University of Massachusetts Medical School |
| 1996- | Psychopharmacology Supervision (PGYIII and PGYIV residents), University of Massachusetts Medical School |
| 1996 - | Mentor of PGY - IV residents and Psychopharmacology Fellows in Research Projects, University of Massachusetts Medical School |
| 1997- | Co-Director and Founder, Biological Psychiatry Seminar, University of Massachusetts Medical School |
| 1999- | Lecturer and Small Group Leader, Mind Brain Behavior II, 2nd year medical students, University of Massachusetts Medical School |

**Fellowships:**

| | |
|---|---|
| 1999- | Director, Psychopharmacology Fellowship Program, Department of Psychiatry, University of Massachusetts Medical School |

Fellowship graduates:

| | |
|---|---|
| Meenakshi Vemuri, M.D. | 2000 |
| David Morin, M.D. | 2001 |
| Dorothy Sit, M.D. | 2002 |
| Ashhal Jastaniah, M.D. | 2003 |

## Mentor for National Alliance for Research on Schizophrenia and Depression (NARSAD) Young Investigator Awards

| | |
|---|---|
| 1995-1998 | Joel Posener, M.D., Glucocorticoid Feedback Effects on ACTH Secretion in Depression. |
| 1997-1999 | Katherine Lapierre, M.D., Inositol as an Augmentation Strategy in Depression. |
| 2002-2004 | Dorothy Sit, M.D., Psychiatric Outcomes Following First Trimester Medical (Mifepristone) And Surgical Pregnancy Termination:  A Prospective Pilot Study. |

## Mentor for Program for Minority Research Training in Psychiatry (PMRTP)

| | |
|---|---|
| 1993-1996 | Carlos Zarate, M.D., McLean Hospital/Harvard Medical School |
| | Adele Viguera, M.D., McLean Hospital/Harvard Medical School |

## American College of Neuropsychopharmacology Meeting Mentor

| | |
|---|---|
| 2008 | Delane Casiano, M.D., University of Pennsylvania Department of Psychiatry |

## Consultant on K-Award

| | |
|---|---|
| 2007-2012 | Brandon Gaudiano, M.D., Brown University, 1K23MH076937-01A1, Development of a Psychosocial Treatment for Psychotic Depression |

## Chief Resident Psychopharmacology Research Fellows:

| | |
|---|---|
| Kristina Dording M.D. | 1997-1998 |
| David Morin, M.D | 1999-2000 |
| Emel Kayatekin, M.D | 1999-2000 |
| Earle Bain, M.D | 2000-2001 |
| Dorothy Sit, M.D | 2000-2001 |
| Andrea Vidal, M.D | 2000-2001 |
| Daniel McDonough, MD | 2001-2002 |
| Altagracia Ramirez, MD | Jan.-Jun. 2003 |
| Michael Bell, M.D | 2003-2004 |
| Philip Burke, M.D | 2004-2005 |
| Rodolfo Reni, M.D | 2004-2005 |
| Irina Guryanova, M.D. | 2005-2006 |
| Ajita Mathur, M.D. | 2005-2006 |
| Nancy Byatt, M.D | 2006-2007 |
| Richard Cook, M.D | 2006-2007 |
| Kristina Deligiannidis, M.D. | 2007-2008 |

## Medical Student Research Fellows:

| | |
|---|---|
| 1995-1996 | Sarah Byrne, Harvard Medical School Research Fellowship, 12-month medical student research Fellowship |

10

| | |
|---|---|
| 1997-1998 | Brian Moore, University of Massachusetts Medical School |
| 2001-2002 | David Flynn, Senior Scholar, University of Massachusetts Medical School |
| 2002-2003 | Lauren Varney, M.D., Paul F. Briscoli Award for Resident-Faculty Academic collaboration, University of Massachusetts Medical School, Department of Psychiatry |
| 2003-2004 | Jesse Winer, NIMH Mental Health Fellowship – Summer Training on Aging Research Topics |
| 2004-2005 | Kathyrn Fleming-Ives, Senior Scholar, University of Massachusetts Medical School |
| 2006-2007 | Anna Glezer, Senior Scholar, University of Massachusetts Medical School |

**Invited Lectures/Grand Rounds:**

| | |
|---|---|
| 1981 | Lectured in The Arbour Hospital In-Service Evening Lecture Course, Jamaica Plain, MA |
| 1982 | McLean Hospital Academic Conference, Belmont, MA "The Dexamethasone Suppression Test (DST) in Depression and Psychosis" |
| 1983 | Guest Lecturer, Bay State Medical Center, Springfield, MA "New and Novel Antidepressants" |
| 1984 | Guest Lecturer, Waltham, Hospital, Waltham, MA "Diagnosis and Treatment of Depressive Disorders" |
| 1984 | Guest Lecturer, Massachusetts Institute of Technology Cambridge, MA "Outpatient Psychopharmacology" |
| 1984 | Guest Lecturer, Clinical Ligand Assay Society, New England Chapter, "The Dexamethasone Suppression Test in Psychiatry" |
| 1984 | Lectured in McLean Hospital Nursing Symposium, Belmont, MA "The Psychopharmacologic Treatment of the Depressed Patient" and "Biologic Tests in the Evaluation of the Depressed Patient" |
| 1984 | McLean Hospital Academic Conference, Belmont, MA "Delusional Depression: New Research" |
| 1988 | McLean Hospital Academic Conference, Belmont, MA "Clinical Risk Management of the Suicidal Patient" |
| 1988 | Lectured on "Challenges in Diagnosing Depression: An Update" in the Psychiatrist Experience Program on Current Trends in Treating Depression. Lecture sites: Boston, Ma, Philadelphia, PA, New York City, NY |
| 1988 | Cambridge City Hospital, Cambridge, MA, "Delusional Depression: Update on New Research" |
| 1988 | Visiting Scholar, University of Vermont College of Medicine, Burlington, VT, "Clinical Risk Management of the Suicidal Patient" |
| 1988 | Bon Secours Hospital, Methuen, MA, "Challenges in Diagnosing Depression: An Update" |
| 1988 | University of Massachusetts Medical School Psychiatry Grand Rounds, "Biochemical and Neuroendocrine Studies in Psychotic and Nonpsychotic Depression" |
| 1988 | The McLean Hospital Postgraduate Psychiatric Education |

Program, Belmont, MA, "The Clinical Risk Management of Suicidal Patients in Community Practice"

1989   Mount Auburn Hospital, Department of Psychiatry Grand Rounds, Cambridge, Ma, "Clinical Risk Management of the Suicidal Patient"

1989   Moderator and Lecturer, "The Depressed Patient in Family Practice". Lecture sites:  New York City, NY, New Orleans, LA, Washington, DC

1990   Massachusetts Psychiatric Society's Fall Scientific Program, "New Drugs for the Treatment of Depression"

1990   The McLean Hospital Postgraduate Psychiatric Education Program, Belmont, MA, "Anxiety Disorders" and "Suicide-Prone Patients"

1990   Case Western Reserve School of Medicine, Psychiatry Grand Rounds, "Biochemical and Clinical Studies of Psychotic Depression"

1991   Heritage Hospital, Department of Psychiatry Grand Rounds, Somerville, MA, "Update on Psychotic Depression"

1991   Lahey Clinic, Department of Psychiatry Grand Rounds, Burlington, MA, "Steroids, The Brain and Behavior"

1991   Massachusetts Psychiatric Society's Fall Scientific Program, "New Drugs for the Treatment of Depression"

1991   The McLean Hospital Postgraduate Psychiatric Education Program, Belmont, MA, "Suicide-Prone Patients"

1991   Visiting Scholar, University of Vermont, College of Medicine, Burlington, VT, "The Relationships Among Cortisol, Psychosis, Cognition, and Outcome in Depression"

1992   Grand Rounds, St. Luke's Hospital, New Bedford, MA, "The Pharmacologic Treatment of Depression"

1992   Grand Rounds, Wilson Hospital, Binghamton, NY, "The Pharmacologic Treatment of Depression"

1992   Grand Rounds, Leonard Morse Hospital, Natick, MA, "New Antidepressants"

1992   Grand Rounds, Bedford Veteran's Administration Hospital, Bedford, MA, "The Pharmacologic Treatment of Psychotic and Nonpsychotic Depression"

1992   Psychiatry Grand Rounds, Waltham/Weston Hospital, Waltham, MA, "The Pharmacologic Treatment of Depression"

1992   Grand Rounds, McLean Hospital, Belmont, MA, "The Relationships Among Cortisol, Cognition, Psychosis, and Outcome in Depression"

1992   Psychiatry Grand Rounds, Massachusetts Mental Health Center, Boston, MA, "The Relationships Among Cortisol, Cognition, Psychosis, and Outcome in Depression"

1992   Psychiatry Grand Rounds, Boston University School of Medicine, Boston, MA, "Advances in the Treatment of Psychotic Depression"

1992   Massachusetts Psychiatric Society's Fall Scientific Program, "The Diagnosis and Treatment of Psychotic Depression"

1992   Psychiatric Grand Rounds, Berkshire Medical Center, Pittsfield, MA, "New Approaches and Management of Psychotic Depression"

12

1992    Grand Rounds, Carney Hospital, Dorchester, MA, "Update in Psychopharmacology"

1992    Grand Rounds, Nashua Memorial Hospital, Nashua, NH, "Treatment of the Depressed Patient"

1992    Department of Mental Health Annual Psychopharmacology Symposium, Fall River, MA, "An Update on the Psychopharmacologic Treatment of Depression"

1992    Moderator and Lecturer, "Depression in Medical Practice: Diagnosis, Communication and Treatment Strategies", Boston, MA

1992    Grand Rounds, Rutland Regional Medical Center, Burlington, VT, "The Pharmacologic Treatment of Depression"

1992    Grand Rounds, Northampton VA Medical Center, Northampton, MA, "Pharmacologic Treatment of Depressed Patients"

1992    Grand Rounds, Beverly Hospital, Beverly, MA, "Update on the Pharmacologic Treatment of Psychotic and Nonpsychotic Depression"

1992    Grand Rounds, Youville Hospital, Cambridge, MA, "Depression in the Elderly"

1992    Grand Rounds, Bay State Medical Center, Springfield, MA, "Advances in the Psychopharmacologic Treatment of Depression"

1992    Elliot Hospital Educational Program for Physicians, Manchester, NH, "Advances in the Psychopharmacologic Treatment of Depression"

1992    Grand Rounds, Lakes Region General Hospital, Laconia, NH "The Psychopharmacologic Treatment of the Depressed Patient"

1992    APA Mid-Hudson District Branch Meeting, Poughkeepsie, NY, "The Clinical Risk Management of the Suicidal Patient"

1992    Grand Rounds, John F. Kennedy Medical Center, Edison, NJ "Practical Strategies in the Pharmacologic Treatment of Depressed Patients"

1993    Psychiatric Grand Rounds, St. Joseph Hospital, Syracuse, NY "Update on the Pharmacologic Treatment of Psychotic and Nonpsychotic Depression"

1993    Psychiatric Grand Rounds, Lahey Clinic, Burlington, MA "Update on the Pharmacologic Treatment of Psychotic and Nonpsychotic Depression"

1993    Grand Rounds, Maine Medical Center, Portland, ME, "Psychobiology and Treatment of Psychotic (Delusional) Depression"

1993    Grand Rounds, Creedmore Psychiatric Center, Queens Village, NY, "New Strategies in the Diagnosis and Treatment of Psychotic Depression"

1993    Grand Rounds, Fair Oaks Hospital, Summit, NJ, "The Diagnosis and Treatment of Psychotic Depression"

1993    Grand Rounds, The University of Cincinnati Medical Center, Cincinnati, OH, "New Strategies in the Diagnosis and Treatment of Psychotic (Delusional) Depression"

1993    Grand Rounds, Kingsboro Psychiatric Center, Brooklyn, NY, "The Diagnosis, Treatment and Biology of Psychotic Depression"

13

1993    Lecturer, Prime-MD: Primary Care Evaluation of Mental
        Disorders Symposium, Albany, NY, "Pharmacotherapy of
        Depression"
1993    Lecturer, Comorbidity of Mental Addictive and Physical
        Disorders: Issues in Primary Care Practice, New York, NY
        "Use of Psychotropic Medications in Patients with Physical
        Illness"
1993    Lecturer, Prime-MD: Primary Care Evaluation of Mental
        Disorders Symposium, Jackson, MS "Underdiagnosis and
        Misdiagnosis of Depression - A Common Problem"
1993    Lecturer, Prime-MD: Primary Care Evaluation of Mental
        Disorders Symposium, White Plains, NY, "Pharmacotherapy of
        Depression"
1993    Lecturer, Prime-MD: Primary Care Evaluation of Mental
        Disorders Symposium, Jersey City, NJ, "Pharmacotherapy of
        Depression"
1993    Lecturer, Prime-MD: Primary Care Evaluation of Mental
        Disorders Symposium, Andover, MA, "Pharmacotherapy of
        Depression"
1993    Lecturer, Prime-MD: Primary Care Evaluation of Mental
        Disorders Symposium, Hauppauge, NY "Underdiagnosis and
        Misdiagnosis of Depression - A Common Problem"
1993    Lecturer, Prime-MD: Primary Care Evaluation of Mental
        Disorders Symposium, New York, NY, "Pharmacotherapy of
        Depression"
1993    Lecturer, Prime-MD: Primary Care Evaluation of Mental
        Disorders Symposium, Los Angeles, CA, "Pharmacotherapy of
        Depression"
1993    Goddard Medical Associates, Brockton, MA, "Practical
        Strategies in the Management of Depressed Patients"
1993    Grand Rounds, AtlantiCare Medical Center, Lynn, MA,
        "Depression in the Elderly"
1993    Grand Rounds, Marlboro Hospital, Marlboro, MA, "New
        Strategies in Long Term Management of Depression"
1993    Grand Rounds, Anna Jacques Hospital, Newburyport, MA, "New
        Strategies in the Treatment of Psychotic and Nonpsychotic
        Depression"
1993    Grand Rounds, Westwood Lodge and Pembroke Hospitals, Pembroke,
        MA, "New Strategies in the Treatment of Psychotic and
        Nonpsychotic Depressed Patient"
1993    Grand Rounds, State University of New York at Buffalo,
        Buffalo, NY, "The Biology and Management of Psychotic
        Depression"
1993    Lecturer, APA Queens County District Branch, Flushing, NY,
        "Treatment of the Psychotic and Nonpsychotic Depressed
        Patient"
1993    Grand Rounds, Catholic Medical Center, Manchester, NH,
        "Update in Psychopharmacology of Depression"
1993    Lecturer, Downeast Association of Physician Assistants,
        Auburn, ME, "Pharmacologic Treatment of Depression"
1993    Grand Rounds, Mohawk Valley Psychiatric Center, Utica, NY,
        "New Strategies in the Treatment of Psychotic and
        Nonpsychotic Depression"

14

| | |
|---|---|
| 1993 | Grand Rounds, Lahey Clinic, Burlington, MA, "New Strategies in the Treatment of Psychotic and Nonpsychotic Depression" |
| 1993 | Lecturer, Central Chapter of New Jersey Psychiatric Association, Princeton, NJ, "New Strategies in the Treatment of Psychotic and Nonpsychotic Depression" |
| 1993 | Grand Rounds, Ancora State Psychiatric Center, Hammonton, NJ, "New Strategies in the Treatment of Psychotic and Nonpsychotic Depression" |
| 1993 | Grand Rounds, Bergen Pines Community Hospital, West Caldwell, NJ, "New Strategies in the Treatment of Psychotic and Nonpsychotic Depression" |
| 1993 | Grand Rounds, Bethesda Navel Hospital, Bethesda, MD, "New Strategies in the Treatment of Psychotic and Nonpsychotic Depression" |
| 1993 | Grand Rounds, Lakes Region General Hospital, Laconia, NH, "Strategies for the use of Antidepressants in the Medically Ill and Geriatric Depressed Patient" |
| 1993 | Grand Rounds, Faulkner Hospital, Boston, MA, "Treatment of Depression in the Primary Care Practice" |
| 1993 | Grand Rounds, Rutgers Community Health Plan, Edison, NJ, "New Strategies in the Treatment of Psychotic and Nonpsychotic Depression" |
| 1993 | Psychiatric Grand Rounds, Togus VA Medical Center, Togus, ME, "New Strategies in the Treatment of Psychotic and Nonpsychotic Depression" |
| 1993 | Grand Rounds, Glens Falls Hospital, Glens Falls, NY, "Strategies for the Pharmacologic Treatment of Depression" and "Clinical Risk Management of the Suicidal Patient" |
| 1993 | Grand Rounds, Southwestern Vermont Medical Center, Bennington, VT, "The Depressed Patient: Diagnosis and Intervention" |
| 1993 | Grand Rounds, Overlook Hospital, Summit, NJ, "New Strategies in the Treatment of Psychotic and Nonpsychotic Depression" |
| 1993 | Lecturer, Prime-MD: Primary Care Evaluation of Mental Disorders Symposium, San Francisco, CA, "Clinical Update: SSRI Antidepressants" |
| 1993 | Grand Rounds, Fernald State School, Waltham, MA, "New Strategies in the Treatment of Psychotic and Nonpsychotic Depression" |
| 1993 | Grand Rounds, Lakes Region Hospital, Laconia, NH, "New Strategies on the Pharmacologic Treatment of the Depressed Patient" |
| 1993 | Grand Rounds, St. Peter's Medical Center, New Brunswick, NJ, "The Treatment of Clinical Depression" |
| 1993 | Grand Rounds, White River Junction VA Medical Center, White River Junction, VT, "New Strategies in the Treatment of Psychotic and Nonpsychotic Depression" |
| 1993 | Grand Rounds, Augusta Mental Health Institute, Augusta, ME, "New Strategies in the Treatment of Psychotic and Nonpsychotic Depression" |
| 1993 | Lecturer, Prime-MD: Primary Care Evaluation of Mental Disorders Symposium, Alexandria, VA, "Pharmacotherapy of Depression" |

| | |
|---|---|
| 1993 | Grand Rounds, Uniformed Services University, Washington, DC, "Clinical Update: SSRI Antidepressants" |
| 1993 | Psychiatric Resident Training, Walter Reed Army Medical Center, Washington, DC, "New Strategies on the Pharmacologic Treatment of the Depressed Patient" |
| 1993 | Grand Rounds, Binghamton Psychiatric Center, Binghamton, NY, "Treatment of the Psychotic and Nonpsychotic Depressed Patient" |
| 1993 | Lecturer, Anxiety in Patients with Primary Depressive Disorders Symposium, Chicago, IL, "Anxiety and Other CNS-Activating Side Effects of Antidepressant Medication" |
| 1993 | Grand Rounds, Speare Memorial Hospital, Plymouth, NH, "Treatment of the Psychotic and Nonpsychotic Depressed Patient" |
| 1994 | Grand Rounds, Beth Israel Medical Center, New York, NY, "The Diagnosis, Biology and Treatment of Psychotic Depression" |
| 1994 | Lecturer, The Psychoses and Related Disorders Symposium, Madison, WI, "Dealing with Psychotic Depression" |
| 1994 | Grand Rounds, Hartford Hospital, Hartford, CT, "The Diagnosis, Biology and Treatment of Psychotic Depression" |
| 1994 | Lecturer, McLean Hospital Psychopharmacology Series, Belmont, MA, "The Diagnosis, Biology, and Treatment of Psychotic Depression" |
| 1994 | Lecturer, Drug Development in Depression and Anxiety Symposium, Boston, MA, "Drug Treatment of Mood Disorders" |
| 1994 | Lecturer, Steven A. Kraft Memorial Symposium, Suicide: Searching for Answers, Princeton, NJ, "Psychopharmacological Strategies with the Suicidal Patient" and "Inpatient Management of the Suicidal Patient" |
| 1994 | Lecturer, Boston College School of Nursing, Boston, MA, "Psychopharmacologic Treatment of the Geriatric, Pregnant and Medically Ill Patient" |
| 1994 | Grand Rounds, St. Elizabeth's Medical Center, Brighton, MA, "Pharmacologic Treatment of Psychosis and "Near-Psychosis" in Affectively Ill Patients" |
| 1994 | Grand Rounds, Beth Israel Hospital, Boston, MA, "The Diagnosis and Treatment of Late-Life Depression" |
| 1994 | Grand Rounds, DeWitt Army Hospital, Washington, DC, "New Strategies in the Pharmacologic Treatment of the Psychotic and Nonpsychotic Depressed Patient" |
| 1994 | Grand Rounds, Northern Virginia Mental Health Center, Fairfax, VA, "New Strategies in the Pharmacologic Treatment of the Psychotic and Nonpsychotic Depressed Patient" |
| 1994 | Grand Rounds, Soldiers Home, Washington, DC, "New Strategies in the Pharmacologic Treatment of Depression" |
| 1994 | Grand Rounds, Community Health Plan, Albany, NY, "New Strategies in the Pharmacologic Treatment of Depression" |
| 1994 | Grand Rounds, Brooklyn VA Medical Center, Brooklyn, NY, "New Strategies in the Pharmacologic Treatment of the Psychotic and Nonpsychotic Depressed Patient" |

1994        Grand Rounds, St. Vincent's North Richmond Health
            Center, Staten Island, NY, "New Strategies in the
            Pharmacologic Treatment of the Psychotic and Nonpsychotic
            Depressed Patient"
1994        Grand Rounds, Dartmouth Hitchcock Medical Center, Lebanon,
            NH, "New Strategies in the Pharmacologic Treatment of the
            Psychotic and Nonpsychotic Depressed Patient"
1994        Grand Rounds, Raritan Bay Medical Center, Perth Amboy, NJ,
            "Management of Depression in Hospitalized Patients"
1994        Grand Rounds, Ephrata Community Health Center, Ephrata, PA,
            "New Strategies in the Pharmacologic Treatment of
            Depression"
1994        Grand Rounds, York Memorial Hospital, Lancaster, PA, "New
            Strategies in the Pharmacologic Treatment of Depression"
1994        Grand Rounds, VA Medical Center, Lebanon, PA, "New
            Strategies in the Pharmacologic Treatment of Depression"
1994        Grand Rounds, Community General Hospital, Lancaster, PA,
            "Depression in Women"
1994        Lecturer, Binghamton Chapter of the American Psychiatric
            Association, Vestal, NY, "New Strategies in the
            Pharmacologic Treatment of the Psychotic and Nonpsychotic
            Depressed Patient"
1994        Grand Rounds, King's County Outpatient Center, Brooklyn, NY,
            "New Strategies in the Pharmacologic Treatment of the
            Psychotic and Nonpsychotic Depressed Patient"
1994        Grand Rounds, State University of New York Health Science
            Center, Brooklyn, NY, "New Advances in the Pharmacologic
            Treatment of Psychotic and Nonpsychotic Depression"
1994        Lecturer, The Psychiatric Society of Westchester County,
            Purchase, NY, "New Strategies in the Pharmacologic
            Treatment of the Psychotic and Nonpsychotic Depressed
            Patient"
1994        Grand Rounds, The Arbour Hospital, Boston, MA, "New
            Strategies in the Pharmacologic Treatment of the Psychotic
            and Nonpsychotic Depressed Patient"
1994        Grand Rounds, Henrietta Goodall Hospital, Sanford, ME,
            "Psychopharmacology for General Physicians in the Community
            Hospital"
1994        Grand Rounds, Middletown Psychiatric Center, Middletown, NY,
            "New Strategies in the Pharmacologic Treatment of the
            Psychotic and Nonpsychotic Depressed Patient"
1994        Grand Rounds, Haverford State Hospital, Haverford, PA, "New
            Strategies in the Pharmacologic Treatment of the Psychotic
            and Nonpsychotic Depressed Patient"
1994        Grand Rounds, Suburban General Hospital, Norristown, PA, "New
            Strategies in the Pharmacologic Treatment of the Psychotic
            and Nonpsychotic Depressed Patient"
1994        Lecturer, Primary Care Depression Management: Advances for a
            Changing Environment Symposium, Boston, MA,
            "Pharmacotherapy for Depression"
1994        Lecturer, Primary Care Depression Management: Advances for a
            Changing Environment Symposium, Provo, Utah,
            "Pharmacotherapy for Depression"

17

| | |
|---|---|
| 1994 | Grand Rounds, Cheshire Medical Center, Keene, NH, "Management of Psychotic and Nonpsychotic Depression" |
| 1994 | Grand Rounds, Dorchester House, Dorchester, MA, "The Diagnosis and Treatment of Depression in Women" |
| 1994 | Grand Rounds, Manchester VA Hospital, Manchester, NH, "Management of Psychotic and Nonpsychotic Depression" |
| 1994 | Grand Rounds, Lahey Clinic, Burlington, MA, "New Advances in the Pharmacologic Treatment of Depression" |
| 1994 | Lecturer, Managed Mental Health Care Symposium, Baystate Medical Center, Springfield, MA, "The Pharmacologic Treatment of Depression in a Managed Care Environment" |
| 1994 | Lecturer, Primary Care Depression Management: Advances for a Changing Environment, Concord, NH, "Pharmacotherapy for Depression" |
| 1994 | Grand Rounds, North Medical Center, Liverpool, NY, "The Treatment of Depression in the Geriatric and Medically Ill Population" |
| 1994 | Grand Rounds, Penobscot Bay Medical Center, Rockport, ME, "Treatment Resistant Depression" |
| 1994 | Lecturer, Institute for Contemporary Pharmacy Research, Second Annual Correctional Health Care Conference, Worcester, MA, "Depression" |
| 1994 | Grand Rounds, Kings County Hospital, Brooklyn, NY, "Pharmacologic Treatment of Treatment Resistant Depression" |
| 1994 | Grand Rounds, St. Alban's VA Hospital, Brooklyn, NY, "New Strategies in the Pharmacologic Treatment of the Psychotic and Nonpsychotic Depressed Patient" |
| 1994 | Lecturer, Primary Care Depression Management: Advances for a Changing Environment, Lafayette Hill, PA, "Depression, Epidemiology, and the Economic Impact on the Health Care System" |
| 1994 | Lecturer, Primary Care Depression Management: Advances for a Changing Environment, Lafayette Hill, PA, "Current Trends in the Pharmacologic Management of Depression" |
| 1994 | Lecturer, Primary Care Depression Management: Advances for a Changing Environment, Lexington, KY, "Underdiagnosis and Misdiagnosis of Depression" |
| 1994 | Lecturer, HMO Blue, Methuen, MA, "Pharmacotherapy of Depression in the Managed Care Setting" |
| 1994 | Grand Rounds, Marlboro State Hospital, Marlboro, NJ, "New Strategies in the Pharmacologic Treatment of Psychotic and Nonpsychotic Depression" |
| 1994 | Lecturer, Harvard Medical School Division on Aging, Boston, MA, "Diagnosis and Treatment of Depression in the Elderly" |
| 1994 | Grand Rounds, Annual Founder's Day Grand Rounds, Landmark Medical Center, Woonsocket, RI, "Diagnosis and Treatment of Late Life Depression" |
| 1994 | Grand Rounds, HIP Rutgers, New Brunswick, NJ, "Pharmacotherapy for Depression" |
| 1994 | Grand Rounds, The Community Mental Health Center, |

                    Piscataway, NJ, "New Strategies in the Pharmacologic
Treatment of the Psychotic and Nonpsychotic Depressed
Patient"

1994         Lecturer, Interdisciplinary Clinical Seminar, McLean Hospital,
Belmont, MA, "Psychotic Depression"

1994         Grand Rounds, Lexington VA Medical Center, Lexington, KY, "New
Strategies in the Pharmacologic Treatment of the Psychotic
and Nonpsychotic Depressed Patient"

1994         Grand Rounds, University of Louisville, Louisville, KY, "New
Strategies in the Pharmacologic Treatment of the Psychotic
and Nonpsychotic Depressed Patient"

1994         Lecturer, Boston University Academic Lecture Series, Boston
University Medical Center, Boston, MA, "Diagnosis, Biology
and Treatment of Psychotic Depression"

1994         Grand Rounds, Bangor Mental Health Institute, Bangor, ME, "New
Strategies in the Pharmacologic Treatment of the Psychotic
and Nonpsychotic Depressed Patient"

1994         Lecturer, Optimizing Care of the Depressed Patient, Miami,
FL, "Choosing Appropriate Antidepressant Therapy: A
Clinician's Perspective"

1994         Grand Rounds, Bridgewater State Hospital, Bridgewater, MA,
"New Advances in the Pharmacologic Treatment of Psychotic
and Nonpsychotic Depression"

1994         Grand Rounds, Newton-Wellesley Hospital, Newton, MA, "New
Advances in the Pharmacologic Treatment of Psychotic and
Nonpsychotic Depression"

1995         Grand Rounds, Frisbee Memorial Hospital, Rochester, NH,
"The Pharmacologic Treatment of Depression in the Managed
Care Setting"

1995         Grand Rounds, HIP Rutgers Center, Cherry Hill, NJ, "Women and
Depression"

1995         Lecturer, Hanscom Air Force Base, Bedford, MA, "Pharmacology
and Pharmacokinetics of New Antidepressant Agents"

1995         Grand Rounds, Tewksbury State Hospital, Tewksbury, MA, "The
Pharmacologic Treatment of Psychotic and Nonpsychotic
Depressed Patients"

1995         Grand Rounds, Amsterdam Memorial Hospital, Amsterdam, NY,
"Recognition and Treatment of Depression and Anxiety in the
Primary Care Setting"

1995         Lecturer, Massachusetts Mental Health Center
Psychopharmacology Lecture Series, Boston, MA, "Psychotic
Depression:  A Distinct Illness"
Treatment of Major Depression with TCAs, MAOIs and SSRIs"

1995         Grand Rounds, Rogers Memorial Veteran's Administration,
Bedford, MA, "New Strategies in the Pharmacologic Treatment
of Psychotic and Nonpsychotic Depression"

1995         Grand Rounds, Waltham Weston Hospital, Waltham, MA, "New
Strategies in the Pharmacologic Treatment of Psychotic and
Nonpsychotic Depression"

1995         Grand Rounds, Department of Psychiatry and Human Behavior,
Thomas Jefferson University Medical College, Philadelphia,
PA, "Diagnosis, Biology and Treatment of Psychotic

Depression"

| 1995 | Grand Rounds, Boston Regional Medical Center, Stoneham, MA, "Treatment of Depression by Non-psychiatrists" |
| 1995 | Grand Rounds, Beth Israel Hospital North, New York, NY, "Depression in the Medically Ill/Elderly" |
| 1995 | Lecturer, Community Healthlink, Worcester, MA, "Women and Depression" |
| 1995 | Grand Rounds, Concord Hitchcock Clinic, Concord, NH, "Depression in Women" |
| 1995 | Grand Rounds, Central Islip Psychiatric Hospital, Central Islip, NY, "New Strategies in the Treatment of Psychotic and Nonpsychotic Depression" |
| 1995 | Lecturer, Catholic Charities, Far Rockaway, NY, "Refractory Depression" |
| 1995 | Lecturer, St. Albans VA Mental Health Center, St. Albans, NY, "Women and Mood Disorders" |
| 1995 | Lecturer, The Brooklyn Psychiatric Society, Brooklyn, NY, "Refractory Depression" |
| 1995 | Grand Rounds, Peninsula Hospital, Far Rockaway, NY, "The Diagnosis and Treatment of Depression in the Primary Care Setting" |
| 1995 | Grand Rounds, St. John's Hospital, Queens, NY, "New Strategies in the Pharmacologic Treatment of Psychotic and Nonpsychotic Depression" |
| 1995 | Lecturer, Fernald State School, Waltham, MA, "New Strategies in the Pharmacologic Treatment of Depression" |
| 1995 | Grand Rounds, SUNY Health Science Center, Department of Psychiatry, Brooklyn, NY, "The Diagnosis, Biology and Treatment of Psychotic Depression" |
| 1995 | Grand Rounds, Reading Medical Center, West Reading, PA, "Psychopharmacology of Depression" |
| 1995 | Grand Rounds, Coatesville VA Medical Center, Coatesville, PA, "New Strategies in the Pharmacologic Treatment of Psychotic and Nonpsychotic Depression" |
| 1995 | Grand Rounds, St. Joseph's Hospital, Lancaster, PA, "Treating Depression in the Primary Care Setting" |
| 1995 | Grand Rounds, St. Joseph's Hospital, Reading, PA, "New Antidepressants" |
| 1995 | Lecturer, Westchester APA, Purchase, NY, "New Strategies in the Treatment of Psychotic and Nonpsychotic Depressed Patients" |
| 1995 | Lecturer, Choate Hospital, Woburn, MA, "New Antidepressants" |
| 1995 | Lecturer, Recent Advances in the Management of Mood and Anxiety Disorders Symposium, Orlando, FL, "Treatment of Psychotic Depression" |
| 1995 | Grand Rounds, University of Medicine and Dentistry, Newark, NJ, "All These Antidepressants:  Where are the Differences?" |
| 1995 | Grand Rounds, VA Medical Center, Lyons, NJ, "All These Antidepressants:  Where are the Differences?" |
| 1995 | Lecturer, Northeast Regional Nurse Practitioner Conference, Chelmsford, MA, "Assessment and Treatment of Depression" |

| | |
|---|---|
| 1995 | Lecturer, Westwood Lodge, Westwood, MA, "Diagnosis and Treatment of Refractory Depression" |
| 1995 | Grand Rounds, VA Medical Center, Northampton, MA, "Diagnosis and Treatment of Late-Life Depression" |
| 1995 | Lecturer, St. Joseph's Medical Center, Philadelphia, PA, "New Strategies in the Pharmacologic Treatment of Depression" |
| 1995 | Lecturer, Temple University Hospital, Philadelphia, PA, "New Strategies in the Pharmacologic Treatment of Depression" |
| 1995 | Lecturer, Short Term Treatment of Common Psychiatric Disorders Course, Baltimore, MD, "Strategies for the Diagnosis and Short Term Outpatient Treatment of Depression" |
| 1995 | Lecturer, Short Term Treatment of Common Psychiatric Disorders Course, Williamsburg, VA, "Strategies for the Diagnosis and Short Term Outpatient Treatment of Depression" |
| 1995 | Lecturer, Short Term Treatment of Common Psychiatric Disorders Course, Washington, DC, "Strategies for the Diagnosis and Short Term Outpatient Treatment of Depression" |
| 1995 | Grand Rounds, Eastern State Hospital, Lexington, KY, "Diagnosis, Biology and Treatment of Psychotic Depression" |
| 1995 | Lecturer, Kentucky Academy of Family Physicians, 44th Annual Assembly, Family Practice - Problems of the 90's Symposium, "Update 1995 Treatment of Depression" |
| 1995 | Grand Rounds, St. Peter's Medical Center, New Brunswick, NJ, Diagnosis and Treatment of Depression" |
| 1995 | Lecturer, CMG Health, Columbia, MD, "Strategies for the Diagnosis and Short Term Outpatient Treatment of Depression" |
| 1995 | Grand Rounds, Los Encinas Psychiatric Hospital, Pasadena, CA, "The Pharmacologic Treatment of Depression in a Managed Care Environment" |
| 1995 | Grand Rounds, Charter Oaks Psychiatric Hospital, Covina, CA, "A Profile in Refractory Depression:  Case Presentation" |
| 1995 | Grand Rounds, Spaulding Rehabilitation Hospital, Boston, MA, "Recognition and Treatment of Depression" |
| 1995 | Grand Rounds, Saints Memorial Medical Center, Lowell, MA, "Depression and Suicide" |
| 1995 | Grand Rounds, Dayton VA Medical Service, Dayton, OH, "Sexual Dysfunction Side Effects of Antidepressants" |
| 1995 | Grand Rounds, University of Cincinnati, Department of Psychiatry, Cincinnati, OH, "Sexual Dysfunction, Depressive Disorders and Antidepressants" |
| 1995 | Grand Rounds, Memorial Hospital, Department of Medicine, Pawtucket, RI, "Depression in the Elderly" |
| 1995 | Lecturer, 24th Annual New England Osteopathic Association Convention, Cambridge, MA, "New Strategies on the Pharmacologic Treatment of the Depressed Patient" |
| 1995 | Grand Rounds, Evanston Hospital, Evanston, IL, "Women and Mood Disorders:  Innovative Treatment Strategies" |

| | |
|---|---|
| 1995 | Grand Rounds, Columbus Hospital, Chicago, IL, "Diagnosis and Treatment of Depression in the Primary Care Setting" |
| 1995 | Lecturer, California Pacific Medical Center, San Francisco, CA, "Diagnosis and Treatment of Depression in the Medically Ill" |
| 1995 | Lecturer, CPC Walnut Creek Psychiatric Hospital, Walnut Creek, CA, "A Profile in Refractory Depression:  Case Presentation" |
| 1995 | Grand Rounds, California Pacific Medical Center, San Francisco, CA, "New Strategies in the Diagnosis and Treatment of Psychotic and Nonpsychotic Depression" "Treating the Patient with Refractory Depression" |
| 1995 | Grand Rounds, Our Lady of Mercy Hospital, Bronx, NY, "The Use of Psychotropic Medication in the Medically Ill Patient" |
| 1995 | Lecturer, Salem VA Medical Center, Salem, VA, "Sexual Dysfunction in Depressive Disorders" |
| 1995 | Grand Rounds, University of Virginia, Charlottesville, VA, "Sexual Dysfunction in Depressive Disorders" |
| 1995 | Lecturer, Prime MD Educational Series, New York, NY, "Treatment of Depression and Anxiety Disorders" |
| 1995 | Lecturer, CNS Distinguished Faculty Series in Depressive Disorders, Toledo, OH, "New Strategies in the Pharmacologic Treatment of Depression" |
| 1995 | Grand Rounds, St. Vincent Charity Hospital, Cleveland, OH, "Depression Update" |
| 1995 | Lecturer, Continuum of Depression Care Symposium for Military Physicians, Bethesda, MD, "Pharmacotherapy and Adherence" |
| 1996 | Lecturer, Bedford VA Medical Center, Bedford, MA, "Diagnosis and Treatment of Depression" |
| 1996 | Grand Rounds, The Deaconess Hospital, Boston, MA, "Diagnosis and Treatment of Depression in the Primary Care Setting" |
| 1996 | Grand Rounds, Addison Gilbert Hospital, Gloucester, MA, "SSRIs:  What are the Differences?" |
| 1996 | Grand Rounds, Beth Israel Hospital, New York, NY, "Pharmacologic Treatment of Depression in the Managed Care Setting" |
| 1996 | Grand Rounds, Morristown Memorial Hospital, Morristown, NJ, "All these Antidepressants:  Where are the Differences? Sexual Dysfunction?  Drug-Drug Interactions?" |
| 1996 | Grand Rounds, Lyons VA Medical Center, Lyons, NJ, "All these Antidepressants:  Where are the Differences?  Sexual Dysfunction?  Drug-Drug Interactions?" |
| 1996 | Lecturer, Westchester County Medical Center, Valhalla, NY, "Drug Interaction Considerations in Choosing Antidepressant Therapy" |
| 1996 | Lecturer, The Managed Care Phenomenon in New York:  Will the Specialists Survive?  New York, NY, "The Changing Managed Mental Healthcare Environment |
| 1996 | Grand Rounds, Deaconess-Waltham Hospital, Waltham, MA, "Pharmacological Treatment of Depression in the Managed Care Setting" |
| 1996 | Lecturer, CNS Distinguished Faculty in Depressive Disorders, |

22

| | San Diego, CA, "Depression and Sexual Function" |
|---|---|
| 1996 | Lecturer, Boston College School of Nursing, Chestnut Hill, MA, "Psychopharmacologic Treatment of Major Depression with TCAs and MAOIs, SSRIs" |
| 1996 | Grand Rounds, Westwood Lodge, Westwood, MA, "Sexual Dysfunction and Depression" |
| 1996 | Lecturer, Divine Providence Hospital, Williamsport, PA, "The Pharmacologic Treatment of Depression in the Managed Care Setting" |
| 1996 | Grand Rounds, Williamsport Hospital, Williamsport, PA, "The Pharmacologic Treatment of Depression in the Managed Care Setting" |
| 1996 | Lecturer, Williamsport Hospital, Williamsport, PA, "Women and Depression" |
| 1996 | Lecturer, East Boston Neighborhood Center, Boston, MA, "Women and Depression" |
| 1996 | Lecturer, Medisave Pharmacists CME Course, Norwood, MA, "Drug Interactions in Psychiatry" |
| 1996 | Grand Rounds, St. Therese Hospital, Chicago, IL, "Women and Depression |
| 1996 | Grand Rounds, University of Wisconsin, Madison, WI, "Women and Depression" |
| 1996 | Lecturer, Janet Wattles Community Center, Rockford, IL, "Women and Depression" |
| 1996 | Grand Rounds, Tewksbury State Hospital, Tewksbury, MA, "New Approaches to the Treatment of Depressive Disorders" |
| 1996 | Lecturer, CNS Distinguished Faculty in Depressive Disorders, St. Petersburg, FL, "Depression and Sexual Function" |
| 1996 | Grand Rounds, Malden Hospital, Malden, MA, "Pharmacological Treatment of Depression in the Managed Health Care Setting" |
| 1997- | Numerous Grand Rounds presentations regionally and nationally |

## International

| 1994 | Lecturer, The Sydney, Australia Psychiatric Society, Sydney, New South Wales, "The Use of Antidepressants in the Pharmacologic Treatment of Psychotic and Nonpsychotic Depressed Patients" |
|---|---|
| 1994 | Lecturer, The Melbourne, Australia Psychiatric Society, Melbourne, Victoria, "The Use of Antidepressants in the Pharmacologic Treatment of Psychotic and Nonpsychotic Depressed Patients" |
| 1994 | Lecturer, The Brisbane, Australia Psychiatric Society, Brisbane, Queensland, "The Use of Antidepressants in the Pharmacologic Treatment of Psychotic and Nonpsychotic Depressed Patients" |
| 1994 | Lecturer, The Adelaide, Australia Psychiatric Society, Adelaide, South Australia, "The Use of Antidepressants in the Pharmacologic Treatment of Psychotic and Nonpsychotic Depressed Patients" |

23

| 1994 | Lecturer, The Perth, Australia Psychiatric Society, Perth, Western Australia, "The Use of Antidepressants in the Pharmacologic Treatment of Psychotic and Nonpsychotic Depressed Patients" |
| 1995 | Lecturer, 4th World Regional Congress of Biological Psychiatry, Sao Paulo, Brazil, "Selective Serotonin Reuptake Inhibitors for Depression:  Are there Differences?" |
| 1995 | Lecturer, Primary Care Physicians of Denmark Symposium, New York, NY, "New Advances in the Pharmacologic Treatment of Depression" |
| 1998 | Lecturer, Argentine Psychiatric Association Annual Meeting, Buenos Aires, Argentina, "Sexual Dysfunction and Depression" |

**BIBLIOGRAPHY**

Refereed Papers

1. Barton TJ, Kilgour JA, Gallucci RR, Rothschild AJ, Slutsky J, Wolf AD, Jones M:  On the alleged intermediacy of a silacyclopropane in the pyrolysis of phenyltrimethyl-silyldiazomethane.  J Amer Chem Soc. 1975; 97:657.

2. Ando W, Sekiguchi A, Rothschild AJ, Gallucci RR, Jones M, Barton TJ, Kilgour JA:  Gas-phase pyrolysis of phenyltrimethylsilyldiazomethane.  Intramolecular chemistry of phenyltrimethylsilylcarbene.  J Amer Chem Soc. 1977; 99:6995-6999.

3. Rothschild AJ:  The combined use of psychotherapy and pharmacotherapy in a depressed outpatient.  McLean Hospital J. 1981; 6:75-85.

4. Rothschild AJ, Schatzberg AF:  Fluctuating postdexamethasone cortisol levels in a patient with melancholia.  Am J Psychiatry. 1982; 139:129-130.

5. Rothschild AJ, Schatzberg AF, Rosenbaum AH, Stahl JB, Cole JO:  The dexamethasone suppression test as a discriminator among subtypes of psychotic patients.  Br J Psychiatry. 1982; 141:471-474.

6. Rothschild AJ:  Combining treatments for depression.  Am J Psychiatry. 1982; 139:1521-1522.

7. Schatzberg AF, Rothschild AJ, Stahl JB, Bond TC, Rosenbaum AH, Lofgren SB, MacLaughlin RA, Sullivan MA, Cole JO:  The dexamethasone suppression test:  Identification of subtypes of depression.  Am J Psychiatry. 1983; 140:88-91.

24

8.   Schatzberg AF, Orsulak PJ, Rothschild AJ, Salomon M, Lerbinger J, Kizuka PP, Cole JO, Schildkraut JJ:  Platelet monoamine oxidase (MAO) activity and the dexamethasone suppression test (DST) in depressed patients.  Am J Psychiatry. 1983; 140:1231-1233.

9.   Rosenbaum AH, Schatzberg AF, MacLaughlin RA, Synder K, Jiang NS, Istrup D, Rothschild AJ, Klineman B:  The dexamethasone suppression test in normal control subjects:  Comparison of two assays.  Am J Psychiatry.  1984; 141:1550-1555.

10.  Hudson JI, Hudson MS, Rothschild AJ, Vignati L, Schatzberg AF, Melby JM:  Abnormal results of dexamethasone suppression tests in nondepressed patients with diabetes mellitus.  Arch Gen Psychiatry. 1984; 41:1086-1089.

11.  Rothschild AJ, Langlais PJ, Schatzberg AF, Walsh FX, Cole JO, Bird ED: Dexamethasone increases plasma free dopamine in man.   J Psychiatric Res. 1984; 18:217-223.

12.  Schatzberg AF, Rothschild AJ, Bond TC, Cole JO:  The DST in psychotic depression:  diagnostic and pathophysiologic implications. Psychopharmacol. Bull. 1984; 20:362-364.

13.  Langlais PJ, Rothschild AJ, Schatzberg AF, Cole JO, Bird ED: Dexamethasone elevates dopamine in human plasma and rat brain. Psychopharmacol. Bull. 1984; 20:365-370.

14.  Schatzberg AF, Rothschild AJ, Langlais PJ, Bird ED, Cole JO: A corticosteroid/dopamine hypothesis for psychotic depression and related states.  J Psychiatric Res. 1985; 19:57-64.

15.  Schatzberg AF, Rothschild AJ, Gerson B, Lerbinger JE, Schildkraut JJ: Toward a biochemical classification of depressive disorders IX: DST results and platelet MAO activity.  Br J Psychiatry. 1985; 146:633-637.

16.  Rothschild AJ, Langlais PJ, Schatzberg AF, Miller MM, Salomon MS, Lerbinger JE, Cole JO, Bird ED:  The effects of a single acute dose of dexamethasone on monoamine and metabolite levels in rat brain. Life Sci. 1985; 36:2491-2501.

17.  Rothschild AJ, Schatzberg AF:  Postdexamethasone cortisol levels and subgroups of affective illness.  Arch Gen Psychiatry. 1985; 42:739.

18.  Rothschild AJ:  Mania after withdrawal from isocarboxazid.  J Clin Psychopharm. 1985; 5:340-342.

19.  Rothschild AJ:  Delusional depression:  a review of the literature and current perspectives.  McLean Hospital J. 1985; 10:68-83.

20.  Schatzberg AF, Rothschild AJ:  Discussion of controversies in psychiatry: Depression in the medically ill, sleep disorders in the

elderly, and the DST.   J Clin Psychiatry.  1985; 46,2(Sec. 2):30-31.

21.   Bond TC, Rothschild AJ, Lerbinger JE, Schatzberg AF:  Delusional depression, family history, and DST response:  a pilot study. Biol. Psychiatry. 1986; 21:1239-1246.

22.   Rothschild AJ, Schatzberg AF, Langlais PJ, Lerbinger JE, Miller MM, Cole JO:  Psychotic and nonpsychotic depressions:  I. Comparison of plasma catecholamines and cortisol measures.  Psychiatry Res. 1987; 20:143-153.

23.   Schatzberg AF, Rothschild AJ, Langlais PJ, Lerbinger JE, Schildkraut JJ, Cole JO: Psychotic and nonpsychotic depressions: II. Relationships among platelet MAO activity, plasma catecholamines, cortisol, and specific symptoms.  Psychiatry Res. 1987; 20:155-164.

24.   Rothschild AJ, Benes F, Woods B, Schatzberg AF:  Brain CT scan findings and HPA axis disruption in psychotic and nonpsychotic depressed patients.  Neuroendocrinology Lett. 1987; 9:173.

25.   Rothschild AJ:  The biology of depression.  Medical Clinics of North America. 1988; 72:765-790.

26.   Rothschild AJ, Benes F, Hebben N, Woods B, Luciana M, Bakanas E, Samson JA, Schatzberg AF:  Relationships between brain CT scan findings and cortisol in psychotic and nonpsychotic depressed patients.  Biol Psychiatry, 1989; 26:565-575.

27.   Hudson JI, Lipinski JF, Keck PE, Jr, Lukas SE, Dorsey CM, Rothschild AJ, Aizley HG:  Sleep in mania versus unipolar depression.  Sleep Res, 1990; 19:66.

28.   Schatzberg AF, Samson JA, Rothschild AJ, Luciana MM, Bruno RF, Bond TC: Depression secondary to anxiety:  Findings from the McLean Hospital Depression Research Facility.  Psych Clin Amer, 1990; 13:633-650.

29.   Keck PE, Jr, Carter WP, Nierenberg AA, Cooper TB, Potter WZ, Rothschild AJ:  Acute cardiovascular effects of tranylcypromine: Correlation with plasma drug, metabolite, norepinephrine, and MHPG levels.  J Clin Psychiatry, 1991; 52:250-254.

30.   Rothschild AJ, Locke CA:  Re-exposure to fluoxetine after serious suicide attempts:  The role of akathisia.  J Clinical Psychiatry, 1991; 52:491-493.

31.   Hudson JI, Lipinski JF, Keck PE, Jr, Aizley HG, Lukas SE, Rothschild AJ, Waternaux CS, Kupfer DJ:  Polysomnographic characteristics of young manic patients:  Comparison with unipolar depressed patients and normal control subjects.  Arch Gen Psychiatry, 1992; 49:378-383.

32.     Rothschild AJ, Schatzberg AF:  Theoretical basis for response to
        steroid suppression in Major Depression. J Clin Psychopharm, 1992;
        12:142-143.

33.     Schatzberg AF, Rothschild AJ:  Psychotic (delusional) major
        depression:  Should it be included as a distinct syndrome in DSM-
        IV? Am J Psychiatry, 1992; 149:733-745.

34.     Schatzberg AF, Rothschild AJ: Serotonin activity in psychotic
        (delusional) depression. J Clin Psychiatry, 1992; 53[10,Supp]:52-
        55.

35.     Rothschild AJ:  Disinhibition, amnestic; and other adverse
        reactions secondary to triazolam:  A review of the literature.  J
        Clin Psychiatry, 1992; 53[12,Suppl]:69-79.

36.     Rothschild AJ, Kessler RC, Weissman MM, Rinaldi RC:  The etiologic
        features of depression in adults. Arch Fam Medicine, 1993; 2:76-84.

37.     Rothschild AJ, Bessette MP, Carter-Campbell J, Murray M:  Triazolam
        and disinhibition.  Lancet, 1993; 341:186.

38.     Rothschild AJ, Samson JA, Bessette MP, Carter-Campbell J:  Efficacy
        of the combination of fluoxetine and perphenazine in the treatment
        of psychotic depression.  J Clinical Psychiatry, 1993; 54:338-342.

39.     Rothschild AJ, Samson JA, Bond TC, Luciana MM, Schildkraut JJ,
        Schatzberg AF:  Hypothalamic-pituitary-adrenal axis activity and
        one-year outcome in depression.  Biol Psychiatry, 1993; 34:392-400.

40.     Rothschild AJ, Schatzberg AF:  Psychotic depression -- a newly
        recognized subtype.  Clinical Neuroscience, 1993; 1:75-80.

41.     Rothschild AJ:  The dexamethasone suppression test in psychiatric
        disorders.  Psychiatric Annals, 1993; 23:662-670.

42.     Rothschild AJ, Wolkowitz OM (Guest Editors):  Hypothalamic-
        pituitary-adrenal axis dysfunction.  Psychiatric Annals, Volume 23,
        Number 12.  December, 1993.

43.     Schatzberg AF, Posener JA, Rothschild, AJ:  The role of dopamine in
        psychotic depression.  Clinical Neuropharmacology, 1995; 18[1,
        Suppl]:S66-S73.

44.     Rothschild AJ:  Advances in the management of depression:
        Implications for the obstetrician/gynecologist.  Am J Obstet
        Gynecol, 1995; 173:659-666.

45.     Rothschild AJ:  SSRI-induced sexual dysfunction:  Efficacy of a
        drug holiday.  Am J Psychiatry, 1995; 152:1514-1516.

46.     Rothschild, AJ:  Adherence to antidepressant therapy.  Federal
        Practitioner, 1996; 13(suppl):14-22.

47.     Rothschild, AJ:  The diagnosis and treatment of late-life
        depression.  J Clin Psychiatry, 1996; 57(suppl 5):5-11.

48.     Rothschild AJ:  Management of psychotic treatment-resistant
        depression. Psychiatric Clinics of North America, 1996; 19:237-252.

49.     Byrne S, Rothschild AJ:  Psychiatrists' responses to failure of
        maintenance therapy with antidepressants.  Psychiatric Services,
        1997; 48:835-837.

50.     Renshaw PF, Lafer B, Babb SM, Fava M, Stoll AL, Christensen JD,
        Moore CM, Yurgelun-Todd DA, Bonello CM, Pillay SS, Rothschild AJ,
        Nierenberg AA, Rosenbaum JF, Cohen BM: Basal ganglia choline levels
        in depression and response to fluoxetine treatment: an in vivo
        proton magnetic resonance spectroscopy study. Biol Psychiatry,
        1997; 41:837-843.

51.     Schatzberg AF, Samson JA, Rothschild AJ, Bond TC, Regier DA: McLean
        Hospital Research Facility: Early onset phobic disorders and adult
        onset major depression. British J of Psychiatry, Suppl 1998; 34:29-34.

52.     Byrne SE, Rothschild AJ: Loss of antidepressant efficacy during
        maintenance therapy: possible mechanisms and treatments. J Clin
        Psychiatry, 1998; 59:279-288.

53.     Moore BE, Rothschild AJ.  Treatment of antidepressant-induced
        sexual dysfunction.  Hospital Practice, 1999;34:89-96.

54.     Rothschild AJ, Bates KS, Boehringer KS, Syed A: Olanzapine in
        psychotic depression.  J Clin Psychiatry, 1999;60:116-118.

55.     Rothschild AJ: The Effects of Antidepressant Therapy on Sexual
        functioning.  Primary Psychiatry, 6 (suppl 9): 41-48, 1999.

56.     Rothschild AJ: The Management of Chronic Depression.  Primary
        Psychiatry, 7(suppl 1): 77, 2000.

57.     Rothschild AJ: Antidepressant Tachyphylaxis.  Primary Psychiatry, 7
        (suppl 6):  41, 2000.

58.         Rothschild AJ, Shindul-Rothschild JA, Viguera A, Murray M,
        Brewster S: A comparison of the frequency of behavioral
        disinhibition on alprazolam, clonazepam, or no benzodiazepine in
        hospitalized psychiatric patients.  J Clin Psychopharmacology,
        2000;20:7-11.

59.     Rothschild AJ: New directions in the treatment of antidepressant-
        induced sexual dysfunction.  Clinical Therapeutics 2000;22 (Suppl
        A):A42-57.

28

60. Zarate CA, Rothschild AJ, Fletcher KE, Madrid A, Zapatel J: Clinical predictors of acute response with quetiapine in psychotic mood disorders.  J Clin Psychiatry 2000; 61:185-189.

61. Schatzberg AF, Posener JA, DeBattista C, Kalehzan BM, Rothschild A, Shear PK:  Neuropsychological deficits in psychotic versus nonpsychotic major depression and no mental illness.  Am J Psychiatry, 2000;157: 1095-1100.

62. Rothschild AJ:  Sexual side effects of antidepressants.  J Clin Psychiatry, 2000; 61, Suppl 11:28-36.

63. Belanoff JK, Rothschild AJ, Cassidy F, DeBattista C, Baulieu EE, Schold SC, Schatzberg AF: An open label trial of C-1073 (mifepristone) for psychotic major depression.  Biol Psychiatry. 2002; 52:386-392.

64. DeBattista C, Rothschild AJ, Schatzberg AF:  A dynamic algorithm for the treatment of psychotic major depression.  Psychiatric Annals, 2002; 681-691.

65. Rothschild AJ:  Challenges in the Treatment of Depression with Psychotic Features.  Biological Psychiatry, 2003; 53:680-690.

66. Rothschild AJ, Duval SE:  How long should patients with psychotic depression stay on the antipsychotic medication?  J Clinical Psychiatry, 2003; 64:390-396.

67. Bell MA, Rothschild AJ: Psychotic Depression: state-of-the-art algorithm improves odds for remission.  Current Psychiatry 2004; 3:54-63.

68. Kramer MS, Winokur A, Kelsey J, Preskorn SH, Rothschild AJ, Snavely D, Ghosh K, Ball WA, Reines SA, Munjack D, Apter JT, Cunningham L, Kling M, Bari M, Getson A, Lee Y: Demonstration of the Efficacy and Safety of a Novel Substance P(NK(1)) Receptor Antagonist in Major Depression.  Neuropsychopharmacology 2004; 29:385-392.

69. Rothschild AJ, Williamson DJ, Tohen MF, Schatzberg A, Andersen SW, Van Campen LE, Sanger TM, Tollefson GD: Olanzapine-Fluoxetine combination for Major Depression with Psychotic Features. Journal of Clinical Psychopharmacology, 2004; 24:365-373.

70. Rothschild AJ, Mulsant BH, Meyers BS, Flint AJ:   Challenges in Differentiating and Diagnosing Psychotic Depression. Psych Annals, 2006; 36:40-46.

71. Andreescu C, Mulsant BH, Rothschild AJ, Flint AJ, Meyers BS: Pharmacotherapy of Major Depression with Psychotic Features – What is the Evidence?  Psych Annals, 2006; 36:31-38.

72.    Flint AJ, Schaffer A, Meyers BS, Rothschild AJ, Mulsant BH: The
       Research Assessment Of Patients With Psychotic Depression: The
       STOP-PD Approach. Psych Annals, 2006; 36:48-56.

73.    Meyers BS, Peasley-Miklus C, Flint AJ, Mulsant BH, Rothschild AJ:
       Methodological Issues In Designing A Randomized Controlled Trial
       For Psychotic Depression: The STOP-PD Study. Psych Annals, 2006;
       36:57-64.

74.    Sit D, Rothschild AJ, Wisner KL:  A Review of Postpartum
       Psychosis.  Journal of Women's Health, 2006; 15:352-368.

75.    Meyers BS, English J, Gabriele M, Peasley-Miklus C, Heo M, Flint
       A, Mulsant B, Rothschild AJ, for the STOP-PD Study Group:  A
       Delusional Assessment Scale for Psychotic Depression. Biol
       Psychiatry, 2006; 60:1336-1342.

76.    Green AI, Lieberman JA, Hamer RM, Glick ID, Gur RE, Kahn RS, McEvoy
       JP, Perkins DO, Rothschild AJ, Sharma T, Tohen MF, Woolson S,
       Zipursky RB, and the HGDH Study Group.  Olanzapine and haloperidol
       in first episode psychosis:  Two-year data.  Schizophrenia Res,
       2006;86:234-243.

77.    Sit D, Rothschild AJ, Creinin MD, Hanusa BH, Wisner KL:
       Psychiatric outcomes following medical and surgical abortion.
       Human Reproduction, 2007;22:878-884.

78.    Andreescu C, Mulsant BH, Peasley-Micklus C, Rothschild AJ, Flint
       AJ, Heo M, Caswell M, Whyte EM, Meyers BS for the STOP-PD Study
       Group:  Persisting low use of antipsychotics in the treatment of
       major depressive disorder with psychotic features. J Clin
       Psychiatry, 2007; 68:194-200

79.    Kocsis J, Thase M, Trivedi M, Shelton R, Kornstein S, Nemeroff C,
       Friedman E, Gelenberg A, Dunner D, Hirschfeld R, Rothschild AJ,
       Ferguson J, Schatzberg A, Zajecka J, Pedersen R, Yan B, Ahmed S,
       Musgnung J, Ninan P, Keller M.  Prevention of Recurrent Episodes of
       Depression With Venlafaxine ER in a One-Year Maintenance Phase From
       the PREVENT Study J Clin Psychiatry, 2007; 68:1014-1023.

80.    Keller MB, Trivedi MH, Thase ME, Shelton RC, Kornstein SG, Nemeroff
       CB, Friedman ES, Gelenberg AJ, Kocsis JH, Dunner DL, Hirschfeld RM,
       Rothschild AJ, Ferguson JM, Schatzberg AF, Zajecka JM, Pedersen RD,
       Yan B, Ahmed S, Musgnung J, Ninan PT. The Prevention of Recurrent
       Episodes of Depression with Venlafaxine for Two Years (PREVENT)
       Study: Outcomes from the 2-year and combined maintenance phases.
       J Clin Psychiatry, 2007; 68:1246-56.

81.    Keller M, Trivedi MH, Thase ME, Shelton R, Korstein S, Nemeroff CB,
       Friedman ES, Gelenberg A, Koscis JH, Dunner DL, Dunlop B,
       Hirschfeld R, Rothschild AJ, Ferguson J, Schatzberg A, Zajecka J,
       Pedersen R, Yan B, Ahmed S, Schmidt M, Ninan P.  The Prevention of
       Recurrent Episodes of Depression with Venlafaxine for Two Years

(PREVENT)Study:  Outcomes from Acute and Continuation Phases.  Biol Psychiatry, 2007; 62:1371-1379.

82.    Smith E, Rothschild AJ, Heo M, Peasley-Miklus C; Caswell M; Papademetriou, E, Flint AJ, Mulsant BH, Meyers BS, Study of the Pharmacotherapy of Psychotic Depression (STOP-PD) Collaborative,Study Group. Weight gain during olanzapine treatment for psychotic depression: effects of dose and age. Int J of Psychopharmacology, 2008; 23:130-137.

83.    Rothschild AJ, Winer J, Fratoni S, Gabriele M, Kasapinovic S, McShea M, Flint A, Meyers B, Mulsant B, Study of the Pharmacotherapy of Psychotic Depression(STOP-PD). Missed Diagnosis of Psychotic Depression at 4 Academic Medical Centers. J Clin Psychiatry, 2008; 69:1293-1296.

84.    Rothschild AJ:  The Rothschild Scale for Antidepressant Tachyphylaxis (RSAT): Reliability and Validity, Comprehensive Psychiatry, 2008; 49:508-513.

85.    Schaffer A, Flint AJ, Smith E, Rothschild AJ, Mulsant BH, Szanto K, Peasley-Miklus C, Heo M, Papademetriou E, Meyers BS, for the Study of the Pharmacotherapy of Psychotic Depression (STOP-PD) Study Group. Correlates of Suicidality Among Patients with Psychotic Depression:   Results from the STOP-PD Trial. Suicide and Life Threatening Behavior, 2008; 38:403-414.

86.    Trivedi, MH, Crismon ML, Fava M, Kurian B, Légaré N, Marangell LB, Nierenberg AA,   Daly E, Rothschild AJ, Shelton RC, Thase ME, Nelson JC.  The Texas Medication Algorithm Project (TMAP): Update to the Algorithms for Treatment of Major Depressive Disorder, Submitted

87.    Petersen T, Papakostas GI, Kant AJ, Fava M, Matthews JD, Rothschild AJ: Differences in Pattern of Acute Phase Symptom Change Between Patients with Psychotic vs. Nonpsychotic Major Depressive Disorder. Submitted

88.    Varney L, Rothschild AJ:  The Relationship Between Bipolar Disorder and Psychotic Depression: A Review of the Evidence, Submitted

89.    Wykoff W, Rothschild AJ, Cole JO, Schatzberg AF, Samson JA: Avoidance Coping as a Predictor of Outcome in Patients with Unipolar Depression, Submitted

90.    Renshaw PF, Yurgelun-Todd DA, Rouse ED, Wei H, Charles C, Tohen MF, Sharma T, Zipursky RB, Kahn RS, Gur R, Green AI, McEvoy J, Perkins D, Hamer RM, Nemeroff CB, Rothschild AJ, Kuldau J, Strakowski SM, Tollefson G, Lieberman J: Elevated Brain Lactate Levels in First-Episode Psychosis and Reductions with Olanzapine Treatment. Submitted

31

91.   Glezer A, Byatt N, Cook Jr. R, Rothschild AJ:  Polypharmacy
      Prevalence Rates in the Treatment of Unipolar Depression in an
      Outpatient Clinic, J Affective Disorders, accepted for publication.

92.   Meyers BS, Flint AJ, Rothschild AJ, Mulsant BH, Whyte EM, Peasley-
      Miklus C, Papademetriou E, Leon AC, Heo M for the STOP-PD Study
      Group.  A Double-Blind Randomized Controlled Trial Of Olanzapine
      Plus Sertraline Versus Olanzapine Plus Placebo For Psychotic
      Depression -- The Stop-PD Study, Arch Gen Psychiatry, accepted for
      Publication.

93.   Kamara TS, Whyte EM, Mulsant BH, Peasley-Miklus C, Rothschild AJ,
      Flint AJ, Heo M, Papademetriou E, Mathis ER, Meyers BS; for the
      STOP-PD Group.  Does major depressive disorder with somatic
      delusions constitute a distinct subtype of major depressive
      disorder with psychotic features? J Affective Disorders, 2008;
      112:250-255.


Proceedings of Meetings

1.    Rothschild AJ, Schatzberg AF, Langlais PJ, Lerbinger JE, Cole JO.
      Corticosteroid/dopamine interactions in psychotic and nonpsychotic
      depressed patients.  In:  Shagass C, Josiassen RC, Bridger WH,
      Weiss KJ, Stoff D, Simpson GM, eds.
      Biological Psychiatry 1985:  Proceedings of the IVth World Congress
      of Biological Psychiatry.  Philadelphia: Pennsylvania, September,
      1985. Amsterdam:  Elsevier, 1986:714-716.

2.    Bond TC, Rothschild AJ, Lerbinger JE, Schatzberg AF.  DST ranges
      and delusional depression.  In:  Shagass C, Josiassen RC, Bridger
      WH, Weiss KJ, Stoff D, Simpson GM, eds.  Biological Psychiatry
      1985:  Proceedings of the IVth World Congress of Biological
      Psychiatry.  Philadelphia: Pennsylvania, September, 1985.
      Amsterdam:  Elsevier, 1986:711-713.

3.    Schatzberg AF, Rothschild AJ.  The roles of glucocorticoid and
      dopaminergic systems in delusional (psychotic) depression.  Annals
      of the New York Academy of Sciences.  1988; 537:462-471.

4.    Nierenberg AA, Keck PE, Jr, Samson J, Rothschild AJ, Schatzberg AF.
      Methodologic considerations for the study of treatment resistant
      depression.  In: Amsterdam JD ed.  Refractory depression -
      Frontiers in research and treatment.  New York, Raven Press, 1991.

5.    Schatzberg AF, Posener JA, Rothschild AJ.  Effects of
      dexamethasone, adrenocorticotropic hormone and corticotropin
      releasing hormone on dopamine activity in man.  In: Racagni G,
      Brunello N, Fukuda T, eds.  Biological Psychiatry 1991:
      Proceedings of the Fifth World Congress of Biological Psychiatry.
      Amsterdam:  Elsevier, 1991; 2:559-562.

Book Chapters

1.  Rothschild AJ.  Management of acute grief reactions and disasters.
    In: Hyman SE ed.  A manual of psychiatric emergencies.  Boston:
    Little Brown, 1984:107-112.

2.  Rothschild AJ, Schatzberg AF.  Biochemical and neuroendocrine
    studies in psychotic and nonpsychotic depressions.  In: Schatzberg
    AF, Nemeroff CB, eds.  The hypothalamic-pituitary-adrenal axis:
    Physiology, pathophysiology, and psychiatric implications.  New
    York: Raven Press, 1988:187-200.

3.  Rothschild AJ.  Acute grief and disaster victims.  In:  Hyman SE
    ed. Manual of psychiatric emergencies, second edition.  Boston:
    Little Brown, 1988:42-47.

4.  Rothschild AJ, Viguera AC:  Acute grief and disaster victims.  In:
    Hyman Se, Tesar GE (eds.) Manual of psychiatric emergencies, third
    edition. Boston: Little Brown, 1993:38-44.

5.  Rothschild AJ, Schatzberg AF:  Diagnosis and Treatment of Psychotic
    (Delusional) Depression.  In: Grunhaus L, Greden JF, (eds). Severe
    Depressive Disorders.  Washington: American Psychiatric Press,
    1994:195-207.

6.  Schatzberg AF, Rothschild AJ:  Psychotic (delusional) major
    depression: Should it be included as a distinct syndrome in DSM-
    IV? In: Widiger TA, Frances AJ, Pincus HA, Ross R, First MB,
    Davis WW (eds). DSM-IV Source Book Vol. 2. Washington: American
    Psychiatric Press, 1996:127-180.

7.  Viguera AC, Rothschild AJ:  Depression:  Clinical features and
    pathogenesis.  In: Shulman KI, Tohen M, Kutcher SP (eds).  Mood
    Disorders Throughout the Life Span.  New York: Wiley-Liss, 1996:
    189-215.

8.  Rothschild AJ:  Suicide Risk Assessment. In Sederer LI, Rothschild
    AJ(eds): Acute Care Psychiatry: Diagnosis and Treatment. Baltimore:
    Williams and Wilkins, 1997.

9.  Grady TA, Sederer LI, Rothschild AJ:  Depression. In: Sederer LI,
    Rothschild AJ (eds): Acute Care Psychiatry: Diagnosis and Treatment.
    Baltimore: Williams and Wilkins, 1997.

10. Shindul-Rothschild JA, Rothschild AJ: Psychotropics in Primary Care.
    In: Eisenhauer LA, Murphy MA (eds): Pharmacotherapeutics and
    Advanced Nursing Practice. New York: McGraw-Hill, 1998.

11.   Rothschild AJ: Mood Disorders. In: Nicholi, Jr., AM(ed): The Harvard
      Guide to Psychiatry.  Cambridge, Harvard University Press, 1999:
      281-307.

12.   Rothschild AJ: New Directions in the Management of Antidepressant-
      Induced Sexual Dysfunction, Educational Monograph, Strategic
      Institute for Continuing Health Care Education, 1999.

13.   Sit D, Rothschild AJ: Neuroendocrinology of Mood Disorders. In:
      D'haenen H, den Boer JA, Willner P (eds.): Biological Psychiatry,
      London, England, John Wiley & Sons, Ltd., 2002: 757-776.

14.   Rothschild AJ:  The Hypothalamic-Pituitary-Adrenal-Axis and
      Psychiatric Illness. In:  Wolkowitz OM, Rothschild AJ (eds):
      Psychoneuroendocrinology:The Scientific Basis of Clinical
      Practice.Washington: American Psychiatric Press, 2003: 139-164.

15.   Smith EG, Burke PR, Grogan JE, Fratoni SE, Rothschild AJ.  Psychosis
      in Major Depression. In:  Fujii, DE and Ahmed, I (eds): The Spectrum
      of Psychotic Disorders: Neurobiology, Etiology, and Pathogenesis,
      Cambridge University Press, 2007:  156-194.

Books

1.    Sederer LI, Rothschild AJ (eds):  Acute Care Psychiatry: Diagnosis
      and Treatment. Baltimore: Williams and Wilkins, 1997.

2.    Wolkowitz OM, Rothschild AJ (eds):  Psychoneuroendocrinology: The
      Scientific Basis of Clinical Practice.  Washington: American
      Psychiatric Press, 2003.

3.    Rothschild AJ (ed):  Clinical Manual for the Diagnosis and Treatment
      of Psychotic Depression. Washington: American Psychiatric Press,
      2009.

PUBLISHED ABSTRACTS

A-1.  Rothschild AJ, Schatzberg AF, Langlais PJ, Walsh FX, Cole JO, Bird
      ED: Dexamethasone increases plasma dopamine in man.  New Research
      Abstracts, American Psychiatric Association Annual Meeting, 1983,
      NR 26.

A-2.  Schatzberg AF, Rothschild AJ, Cole JO, Schildkraut JJ, Orsulak PJ:
      Platelet monoamine oxidase (MAO) activity and the dexamethasone
      suppression test (DST) in depressed patients.  New Research
      Abstracts, American Psychiatric Association Annual Meeting, 1983,
      NR 27.

A-3.    Schatzberg AF, Rothschild AJ, Sheehan DV:  Biological studies of
        anxious patients.  Abstracts of VII World Congress of Psychiatry,
        S1068, 1983:232.

A-4.    Schatzberg AF, Rothschild AJ, Bond TC, Schildkraut JJ, Cole JO:
        The dexamethasone suppression test (DST) in psychotic and
        nonpsychotic depressed patients.  Abstracts of Panels and Posters,
        American College of Neuropsychopharmacology Annual Meeting,
        1983:15.

A-5.    Rothschild AJ, Schatzberg AF, Langlais PJ, Cole JO, Bird ED:
        Dexamethasone elevates dopamine in human plasma and rat brain.
        Abstracts of Panels and Posters, American College of
        Neuropsychopharmacology Annual Meeting, 1983:16.

A-6.    Schatzberg AF, Rothschild AJ, Rosenbaum AH, Bond TC, Cole JO:
        Dexamethasone suppression test (DST) results in psychotic patients.
        Continuing Medical Education Syllabus and Scientific Proceedings in
        Summary Form, American Psychiatric Association Annual Meeting,
        1984:88.

A-7.    Rothschild AJ, Schatzberg AF, Langlais PJ, Cole JO, Bird ED:
        Dexamethasone elevates dopamine in rats and humans.  Continuing
        Medical Education Syllabus and Scientific Proceedings in Summary
        Form, American Psychiatric Association Annual Meeting, 1984:89.

A-8.    Schatzberg AF, Rothschild AJ, Cole JO, Schildkraut JJ:  Platelet
        MAO and DST results in depressed patients.  Book of Abstracts,
        Collegium Internationale Neuro-Psychopharmacologium, 14th C.I.N.P.
        Congress, 1984:41.

A-9.    Rothschild AJ, Schatzberg AF, Langlais PJ, Cole JO, Bird ED:
        Effects of dexamethasone on monoamine and metabolite levels in rat
        brain and human plasma.  Book of Abstracts, Collegium
        Internationale Neuro-Psychopharmacologium, 14th C.I.N.P. Congress,
        1984:60.

A-10.   Bond TC, Rothschild AJ, Lerbinger J, Schatzberg AF:  Increased
        familial prevalence of affective disorder in depressed patients
        with markedly elevated postdexamethasone cortisol levels.  Book of
        Abstracts, Collegium Internationale Neuro-Psychopharmacologium,
        14th C.I.N.P. Congress, 1984:787.

A-11.   Rothschild AJ, Schatzberg AF, Langlais PJ, Miller MM, Cole JO:
        Plasma cortisol and dopamine levels in psychotic and nonpsychotic
        depressed patients.  Abstracts of Panels and Posters, American
        College of Neuropsychopharmacology Annual Meeting, 1984:123.

A-12.   Bond TC, Rothschild AJ, Lerbinger JE, Schatzberg AF:  Depressive
        subtypes and ranges of DST response.  New Research Abstracts,
        American Psychiatric Association Annual Meeting, 1985, NR 93, p.
        59.

A-13.   Bond TC, Rothschild AJ, Lerbinger JE, Schatzberg AF:  DST ranges
        and delusional depression.  Abstracts of IVth World Congress of
        Biological Psychiatry, 1985:37.

A-14.   Rothschild AJ, Schatzberg AF, Langlais PJ:  Corticosteroid/dopamine
        interactions in psychotic and nonpsychotic depressed patients.
        Abstracts of IVth World Congress of Biological Psychiatry, 1985:38.

A-15.   Rothschild AJ, Schatzberg AF, Langlais PJ, Lerbinger JE, Cole JO:
        Corticosteroid/dopamine interactions in rats, normal controls, and
        psychotic depression.  Abstracts of Panels and Posters, American
        College of Neuropsychopharmacology Annual Meeting, 1985:83.

A-16.   Schatzberg AF, Rothschild AJ, Schildkraut JJ, Cole JO:  Increased
        cortisol and catecholamine activity in depressed patients. CME
        Syllabus, American Psychiatric Association Annual Meeting, 1986:73.

A-17.   Schatzberg AF, Rothschild AJ, Bond TC, Cole JO:  DST responses in
        delusional depression.  CME Syllabus, American Psychiatric
        Association Annual Meeting, 1986:176.

A-18.   Rothschild AJ, Schatzberg AF, Langlais PJ, Lerbinger JE, Cole JO:
        Steroid/amine interactions in delusional depression.  CME Syllabus,
        American Psychiatric Association Annual Meeting, 1986:176.

A-19.   Schatzberg AF, Rothschild AJ:  Biology of delusional (psychotic)
        depression.  Regional Meeting of the World Psychiatric Association;
        Book of Abstracts, 1986:170.

A-20.   Schatzberg AF, Rothschild AJ:  The role of dopaminergic systems in
        psychotic depression.  Abstracts, The New York Academy of Sciences
        Conference on the Mesocorticolimbic Dopamine System, May 4-6, 1987,
        No. 38.

A-21.   Schatzberg AF, Rothschild AJ:  The use of the dexamethasone
        suppression test in psychiatric practice.  CME Syllabus and
        Proceedings Summary, American Psychiatric Association Annual
        Meeting, 1987, p. 160.

A-22.   Rothschild AJ, Benes F, Woods B, Schatzberg AF:  Brain CT scan
        findings and HPA axis disruption in psychotic and nonpsychotic
        depressed patients.  Abstracts of the XVIII Congress of the
        International Society of Psychoneuroendocrinology.
        Neuroendocrinology Letters.  1987, 9:173.

A-23.   Rothschild AJ, Benes F, Woods B, Bakanas E, Schatzberg AF:
        Relationships between brain CT scan findings and cortisol in
        psychotic and nonpsychotic depressed patients.  Abstracts of Panels
        and Posters, American College of Neuropsychopharmacology Annual
        Meeting, 1987:186.

A-24.   Samson JA, Rothschild AJ, Schildkraut JJ, Schatzberg AF:   Learned helplessness and depressive disorders.   CME Syllabus and Proceedings Summary, American Psychiatric Association Annual Meeting, 1988, p. 120.

A-25.   Schatzberg AF, Rothschild AJ, Langlais PJ, Samson JA, Cole JO: Cortisol, dopamine, and psychosis in depression.   CME Syllabus and Proceedings Summary, American Psychiatric Association Annual Meeting, 1988, p. 120.

A-26.   Rothschild AJ, Benes F, Woods B, Bakanas E, Schatzberg AF: Cortisol and brain CT relationships in depression.   CME Syllabus and Proceedings Summary, American Psychiatric Association Annual Meeting, 1988, p. 120-121.

A-27.   Nierenberg AA, Keck PE, Schatzberg AF, Rothschild AJ, Samson JA: Catecholamine, cortisol, and psychosocial correlates of refractory depression.   Abstracts of The First International Conference on Refractory Depression.   Philadelphia, October 6-7, 1988, No. 7.

A-28.   Rothschild AJ, Benes FB, Woods B, Bakanas E, Schatzberg AF: Relationships between brain CT scan findings and cortisol in psychotic and nonpsychotic depressed patients.   Abstracts of the 78th Annual Meeting of the American Psychopathological Association, 1988.

A-29.   Samson JA, Rothschild AJ, Luciana M, Schildkraut JJ, Schatzberg AF: Correlates of helplessness in unipolar depressed patients. Abstracts of Panels and Posters, American College of Neuropsychopharmacology Annual Meeting, 1988:177.

A-30.   Schatzberg AF, Rothschild AJ, Samson JA, Langlais PJ, Schildkraut JJ: Glucocorticoids and dopamine in depressives and normal controls. Abstracts of Panels and Posters, American College of Neuropsychopharmacology Annual Meeting, 1988:84.

A-31.   Schatzberg AF, Rothschild AJ, Samson JA, Meltzer HY, Langlais PJ, Cole JO:   Biopsychosocial perspectives of depression:   overview of design, methods and results.   1989 CME Syllabus and Proceedings Summary, American Psychiatric Association Annual Meeting, 1989:173.

A-32.   Samson JA, Rothschild AJ, Schatzberg AF:   Helplessness in depression:   state or trait?   Continuing Medical Education Syllabus and Scientific Proceedings in Summary Form, American Psychiatric Association Annual Meeting, 1989:173.

A-33.   Rothschild AJ, Samson JA, Schildkraut JJ, Cole JO, Schatzberg AF, Langlais PJ:   Biochemical abnormalities in psychotic depression. Continuing Medical Education Syllabus and Scientific Proceedings in Summary Form, American Psychiatric Association Annual Meeting, 1989:173.

37

A-34.   Aaronson ST, Harper D, Schatzberg AF, Rothschild AJ:  REM sleep and chemical markers in depression.  Continuing Medical Education Syllabus and Scientific Proceedings in Summary Form, American Psychiatric Association Annual Meeting, 1989:174.

A-35.   Dessain E, Schatzberg AF, Cole JO, Rothschild AJ, Mooney JJ, Schildkraut JJ:  Can biochemical tests predict response to therapy? Continuing Medical Education Syllabus and Scientific Proceedings in Summary Form, American Psychiatric Association Annual Meeting, 1989:174.

A-36.   Rothschild AJ, Samson JA, Schildkraut JJ, Cole JO, Schatzberg AF: Biological and clinical characteristics of psychotic depression. Abstracts of Panels and Posters, American College of Neuropsychopharmacology Annual Meeting, 1989:204.

A-37.   Schatzberg AF, Rothschild AJ, Samson JA:  Major Depression with Psychotic Features.  Continuing Medical Education Syllabus and Scientific Proceedings in Summary Form, American Psychiatric Association Annual Meeting, 1990:284.

A-38.   Hudson JI, Lipinski JF, Keck PE, Jr, Lukas SE, Dorsey CM, Rothschild, AJ, Aizley HG. Sleep in mania versus unipolar depression.  Association of Professional Sleep Societies Annual Meeting, Minneapolis, June 27-July 1, 1990.

A-39.   Samson JA, Rothschild AJ, Schildkraut JJ, Luciana M, Meltzer HY, Schatzberg AF:  Correlates of Plasma Dexamethasone Levels in Depression.  New Research Abstracts, American Psychiatric Association Annual Meeting, 1990, NR 180, p. 116.

A-40.   Schatzberg AF, Samson JA, Rothschild AJ, Bruno R, Luciana M, Cole S: Early Onset Phobias and Later Major Depressions.  New Research Abstracts, American Psychiatric Association Annual Meeting, 1990, NR 296, p. 160.

A-41.   Rothschild AJ, Schatzberg AF, Samson JA, Schildkraut JJ, Luciana M, Letson M:  Cortisol and Outcome in Depression.  New Research Abstracts, American Psychiatric Association Annual Meeting, 1990, NR 409, p. 204.

A-42.   Rothschild AJ, Schatzberg AF, Samson JA, Bond TC, Cole JO, Schildkraut JJ:  HPA Axis Activity and Outcome at One Year in Depression.  Abstracts of Panels and Posters, American College of Neuropsychopharmacology Annual Meeting, 1990: 137.

A-43.   Schatzberg AF, Posener JA, Rothschild AJ:  The Effects of Dexamethasone oCRF and ACTH on Dopamine Systems in Man.  Abstracts of the 5th World Congress of Biological Psychiatry, 1991, 29:48S-49S.

A-44.   Schatzberg AF, Samson JA, Rothschild AJ, Bruno R:  Childhood Onset Social Phobia and Adult Major Depression.  Abstracts of Panels and Posters, American College of Neuropsychopharmacology Annual Meeting, 1991:38.

A-45.   Rothschild AJ:  Efficacy of Fluoxetine in Psychotic Depression. New Research Abstracts, American Psychiatric Association Annual Meeting, 1992, NR 599, p. 195.

A-46.   Rothschild AJ, Bessette MP, Carter-Campbell JA:  A Comparison of the Frequency of Behavioral Disinhibition on Triazolam and Temazepam in Hospitalized Psychiatric Patients.  Abstracts of Panels and Posters, American College of Neuropsychopharmacology Annual Meeting, 1992:151.

A-47.   Rothschild AJ, Schatzberg AF:  Diagnosis and Treatment of Psychotic Depression.  Continuing Medical Education Syllabus and Scientific Proceedings in Summary Form, American Psychiatric Association Annual Meeting, 1993:19.

A-48.   Schatzberg AF, Posener JA, Rothschild AJ, Schildkraut JJ:  HPA Axis Effects on Dopamine Systems in Man.  Continuing Medical Education Syllabus and Scientific Proceedings in Summary Form, American Psychiatric Association Annual Meeting, 1993:123.

A-49.   Rothschild AJ, Schatzberg AF, Samson JA, Bessette M, Carter-Campbell J:  HPA Axis Activity and Outcome in Depression. Continuing Medical Education Syllabus and Scientific Proceedings in Summary Form, American Psychiatric Association Annual Meeting, 1993:222-223.

A-50.   Renshaw PF, Stoll AL, Rothschild AJ, Lafer B, Fava M, Rosenbaum JF, Cohen BM:  Proton MRS Studies of the Basal Ganglia in Major Depression:  Side and Treatment Effects.  Abstract of the Society of Magnetic Resonance in Medicine, Inc. Annual Meeting, 1993:1046.

A-51.   Rothschild AJ, Schatzberg AF:  Neurobiologic Differences Between Psychotic and Nonpsychotic Depressed Patients.  Abstracts of Panels and Posters, American College of Neuropsychopharmacology Annual Meeting, 1993:18.

A-52.   Rothschild AJ:  Diagnosis and Treatment of Late-Life Depression. Continuing Medical Education Syllabus and Scientific Proceedings in Summary Form, American Psychiatric Association Annual Meeting, 1994:286.

A-53.   Viguera AC, Rothschild AJ:  Is Childhood Physical or Sexual Abuse a Risk Factor for Psychotic Depression?  New Research Abstracts, American Psychiatric Association Annual Meeting, 1994, NR 80, p. 74.

A-54.       Rothschild AJ:  SSRIs and Sexual Dysfunction:  Efficacy of a Drug
            (and Sex) Holiday.  Abstracts of Panels and Posters, American
            College of Neuropsychopharmacology Annual Meeting, 1994:211.

A-55.       Rothschild AJ, Schatzberg AF:  Diagnosis and Treatment of Psychotic
            Depression.  Continuing Medical Education Syllabus and Scientific
            Proceedings in Summary Form, American Psychiatric Association
            Annual Meeting, 1995:84.

A-56.       Rothschild AJ:  Selective Serotonin Reuptake Inhibitor-Induced
            Sexual Dysfunction:  Efficacy of a Drug (and Sex) Holiday.  New
            Research Abstracts, American Psychiatric Association Annual
            Meeting, 1995, NR 454, p. 177.

A-57.       Rothschild AJ:  Chairperson, Psychoneuroendocrinology for the
            Clinician.  Continuing Medical Education Syllabus and Scientific
            Proceedings in Summary Form, American Psychiatric Association
            Annual Meeting, 1996:64-65.

A-58.       Rothschild AJ:  Corticosteroids in Psychiatric Disorders.
            Continuing Medical Education Syllabus and Scientific Proceedings in
            Summary Form, American Psychiatric Association Annual Meeting,
            1996:64.

A-59.       Rothschild AJ:  Selective Serotonin Reuptake Inhibitor-Induced
            Sexual Dysfunction:  Efficacy of Drug Holidays.  Continuing Medical
            Education Syllabus and Scientific Proceedings in Summary Form,
            American Psychiatric Association Annual Meeting, 1996:3.

A-60.       Byrne SA, Rothschild AJ:  A Survey of Massachusetts Psychiatrists
            Regarding Antidepressant Maintenance Failure.  New Research
            Abstracts, American Psychiatric Association Annual Meeting, 1996,
            NR 47, p. 79.

A-61.       Posener JA, Rothschild AJ, Schildkraut JJ, Schatzberg AF:  HPA Axis
            Effects on Dopamine Activity in Man.  Continuing Medical Education
            Syllabus and Scientific Proceedings in Summary Form, American
            Psychiatric Association Annual Meeting, 1996:65.

A-62.       Posener JA, Schatzberg AF, Rothschild AJ: Glucocorticoid Feedback
            Effects on ACTH Secretion in Depression.  International Society of
            Psychoneuroendocrinology Annual Meeting, July 27, 1997.

A-63.       Rothschild AJ: Serotonergic Drug Actions: Side-Effect Implications.
            Continuing Medical Education Syllabus and Scientific Proceedings in
            Summary Form, American Psychiatric Association Annual Meeting,
            1997:267.

A-64.       Rothschild AJ, Bates KS, Boehringer KL, Syed A: Olanzapine Response
            in Psychotic Depression. Abstracts of Panels and Posters, American
            College of Neuropsychopharmacology Annual Meeting, 1997:254.

A-65.     Rothschild AJ:  Management of Antidepressant-Induced Sexual
          Dysfunction.  Continuing Medical Education Syllabus and Scientific
          Proceedings in Summary Form, American Psychiatric Association
          Annual Meeting, 1998: 315-316.

A-66.     Rothschild AJ, Bates KS, Boehringer KL, Syed A:  Olanzapine
          Response in Psychotic Depression.  New Research Abstracts, American
          Psychiatric Association Annual Meeting, 1998, NR 679, pp. 251-252.

A-67.     Rothschild AJ, Shindul-Rothschild JA, Murray M, Viguera AC,
          Brewster S:  Behavioral Disinhibition on Alprazolam Versus
          Clonazepam.  New Research Abstracts, American Psychiatric
          Association Annual Meeting, 1998, NR 680, p. 252.

A-68.     Rothschild AJ: Long-Term Treatment of Depression: What To Do When
          Antidepressants Stop Working.  Continuing Medical Education
          Syllabus and Scientific Proceedings in Summary Form, American
          Psychiatric Association Annual Meeting, 1999:244.

A-69.     Zarate CA, Jr., Rothschild AJ: The Long-Term Safety and Efficacy of
          Switching from Lithium to Divalproex in Euthymic Patients who
          Discontinue Lithium Because of Intolerable Effects.  New Research
          Abstracts, American Psychiatric Association Annual Meeting,1999: NR
          683, p.262.

A-70.     Rothschild AJ: Valproate Treatment of Agitation in Depression.  New
          Research Abstracts. American Psychiatric Association Annual
          Meeting,1999: NR 684, p.262.

A-71.     Schatzberg AF, DeBattista C, Posener J, Rothschild AJ: Biological
          Characteristics of Chronic Major Depression. Abstracts of Panels
          and Posters, American College Of Neuropsychopharmacology Annual
          Meeting, 1999: p. 1.

A-72.     Friedman LM, Keck PE Jr, Dewan NA, McBride JF, Rothschild AJ:
          Clinical Trials Infrastructure in Academic Psychiatry: A Case
          Study. Abstracts of Panels and Posters, American College of
          Neuropsychopharmacology Annual Meeting, 1999: p. 220.

A-73.     Zarate CA Jr, Rothschild AJ, Fletcher KE, Madrid A, Zapatel J:
          Clinical Predictors of Acute Response with Quetiapine in Psychotic
          Mood Disorders. Abstracts of Panels and Posters, American College
          of Neuropsychopharmacology Annual Meeting, 1999: p. 244.

A-74.     Rothschild AJ: Longitudinal Assessment of Cognition and Mood in
          Psychotic Depression.  Teaching Day, American College of
          Neuropsychopharmacology Annual Meeting, 1999: p. 26-29.

A-75.     Rothschild AJ: Longitudinal Assessment of Cognition and Mood in
          Psychotic Depression.  European College of Neuropsychopharmacology,
          Munich, Germany, 2000: S.19.03.

41

A-76.   Zarate CA, Rothschild AJ, Fletcher KE, Madrid A, Zapatel J:
        Clinical Predictors of Acute Response With Quetiapine in Psychotic
        Mood Disorders.  European College of Neuropsychopharmacology,
        Munich, Germany, 2000: P.2.051.

A-77.   Rothschild AJ, Belanoff JK: Rapid Reversal of Psychotic Major
        Depression Using C-1073 (Mifepristone). Abstracts of Panels and
        Posters, American College of Neuropsychopharmacology Annual
        Meeting, 2000: p. 179.

A-78.   Chairperson, New and Novel Approaches for the Treatment of
        Psychotic Depression. Panel, American College of
        Neuropsychopharmacology Annual Meeting, 2001: p. 57-58.

A-79.   Rothschild AJ, Duval SE, Bessette M:  Longitudinal Assessment of
        the HPA Axis, Cognition, and Outcome in Psychotic Depression.
        Abstracts of Panels and Posters, American College of
        Neuropsychopharmacology Annual Meeting, 2001: p. 57.

A-80.   Belanoff JK, Rothschild AJ, Cassidy F, DeBattista C, Schatzberg AF:
        Rapid Reversal of Psychotic Major Depression Using C-1073
        (Mifepristone) Abstracts of Panels and Posters, American College of
        Neuropsychopharmacology Annual Meeting, 2001: p. 58.

A-81.   Dube S, Rothschild A, Andersen SW, Sanger TM, Clemow DB, Tohen M,
        Tollefson GD.  Olanzapine-fluoxetine combination for psychotic
        depression.  European College of Neuropsychopharmacology,
        Barcelona, Spain 2002: P.1.023.

A-82.   Rothschild AJ, Duval SE: How Long Should Patients with Psychotic
        Depression Stay on an Antipsychotic?  New Research Abstracts.
        American Psychiatric Association Annual Meeting, 2002: NR 451,
        p.122.

A-83.   Belanoff JK, Rothschild AJ, Cassidy F, DeBattista C, Baulieu EE,
        Schold SC, Schatzberg AF: Rapid Reversal of Psychotic Major
        Depression Using C-1073 (Mifepristone). Abstracts of the 42nd
        Annual New Clinical Drug Evaluation Unit Meeting (NCDEU) of the
        National Institute of Mental Health, 2002, Section III-36.

A-84.   Lieberman J, Charles C, Sharma T, Zipursky R, Kahn R, Gur R,
        Tohen M, Green AI, McEvoy J, Perkins D, Hamer R, Nemeroff C,
        Rothschild AJ, Kuldau J, Strakowski S, Tollesfson G, HGDH Research
        Group:  Antipsychotic Treatment Effects On Progression Of Brain
        Pathomorphology In First Episode Schizophrenia.
        Hot Topics Plenary, American College of Neuropsychopharmacology
        Annual Meeting, 2002 p. 24.

A-85.   Renshaw PF, Yorgelun-Todd DA, Wei H, Charles C, Cohen BM,
        Tohen MF, Sharma T, Zipursky R, Kahn R, Gur R, Green AI, McEvoy J,
        Perkins D, Hamer RM, Nemeroff C, Rothschild AJ, Kuldau J,
        Strakowski S, Tollefson G, Lieberman J, HGDH Research Group:
        Olanzapine Induced Reductions In Frontal Lobe Lactate Levels

42

Correlate With Treatment Response In First Episode Psychosis. Hot Topics Plenary, American College of Neuropsychopharmacology Annual Meeting, 2002 p. 27.

A-86.   Lieberman J, Charles C, Sharma T, Zipursky R, Kahn R, Gur R, Tohen M, Green AI, McEvoy J, Perkins D, Hamer RM, Nemeroff C, Rothschild AJ, Kuldau J, Strakowski S, Tollefson G, HGDH Research Group: Antipsychotic Treatment Effects On Progression Of Brain Pathomorphology In First Episode Schizophrenia. Abstracts of Panels and Posters, American College of Neuropsychopharmacology Annual Meeting, 2002 p. 276.

A-87.   Renshaw PF, Yorgelun-Todd DA, Wei H, Charles C, Cohen BM, Tohen MF, Sharma T, Zipursky R, Kahn R, Gur R, Green AI, McEvoy J, Perkins D, Hamer RM, Nemeroff C, Rothschild AJ, Kuldau J, Strakowski S, Tollefson G, Lieberman J, HGDH Research Group: Olanzapine Induced Reductions In Frontal Lobe Lactate Levels Correlate With Treatment Response In First Episode Psychosis. Abstracts of Panels and Posters, American College of Neuropsychopharmacology Annual Meeting, 2002 p. 370.

A-88.   Lieberman J, Charles C, Sharma T, Zipursky R, Kahn R, Gur R, Tohen M, Green AI, McEvoy J, Perkins D, Hamer RM, Nemeroff C, Rothschild AJ, Kuldau J, Strakowski S, Tollefson GD : Antipsychotic Treatment Effects on Progression of Brain Pathomorphology in First Episode Schizophrenia. International Congress on Schizophrenia Research, 2003

A-89.   McEvoy J, Lieberman JA, Perkins D, Hamer RM, Sharma T, Zipursky R, Kahn R, Gur R, Centorrino F, Glick I, Green AI, Nemeroff C, Rothschild AJ, Strakowski S, Tohen M, Tollefson GD: Long-Term Efficacy and Safety of Atypical and Conventional Antipsychotic Drugs in First Episode Schizophrenia. International Congress on Schizophrenia Research, 2003

A-90.   Renshaw PF, Yurgelun-Todd DA, Wei H, Charles C, Cohen BM, Tohen M, Sharma T, Zipursky R, Kahn R, Gur R, Green AI, McEvoy J, Perkins D, Hamer RM, Nemeroff C, Rothschild AJ, Kuldau J, Strakowski S, Tollefson, Lieberman J: Olanzapine Induced Reductions in Frontal Lobe Lactate Levels Correlate with Treatment Response in First Episode Patients. Abstracts of the 43rd Annual New Clinical Drug Evaluation Unit Meeting (NCDEU) of the National Institute of Mental Health, 2003, Section I-52.

A-91.   McEvoy J, Lieberman J, Perkins D, Hamer RM, Sharma T, Zipursky R, Kahn R, Gur R, Centorrino F, Glick I, Green AI, Nemeroff C, Rothschild AJ, Strakowski S, Tohen M, Tollefson G: Long-Term Efficacy and Safety of Olanzapine and Haloperidol in First Episode Schizophrenia. Abstracts of the 43rd Annual New Clinical Drug Evaluation Unit Meeting (NCDEU) of the National Institute of Mental Health, 2003, Section II-79.

43

A-92.    Lieberman J, Charles C, Sharma T, Zipursky R, Kahn R, Gur R, Tohen M, Green AI, McEvoy J, Perkins D, Hamer RM, Nemeroff C, Rothschild AJ, Kuldau J, Strakowski S, Tollefson GD :  Effects of Olanzapine Vs. Haloperidol on Progression of Brain Pathomorphology in First Episode Schizophrenia.  Abstracts of the 43rd Annual New Clinical Drug Evaluation Unit Meeting (NCDEU) of the National Institute of Mental Health, 2003, Section II-83.

A-93.    Kahn RS, Lieberman JA, Charles C, Sharma T, Zipursky RB, Gur R, Tohen M, Green AI, McEvoy JP, Perkins DO, Hamer RM, Nemeroff CB, Rothschild AJ, Kuldau J, Strakowski SM, Tollefson GD. Antipsychotic treatment effects on progression of brain pathomorphology in first episode schizophrenia. European College of Neuropsychopharmacology, Prague, Czech Republic, 2003: P.2.131

A-94.    Sharma T, Lieberman JA, McEvoy JP, Perkins DO, Hamer RM, Zipursky, Kahn RS, Gur RE, Centorrino F, Glick I, Green AI, Nemeroff CB, Rothschild AJ, Strakowski SM, Tohen M, Tollefson GD.  Long-term efficacy and safety of atypical and conventional antipsychotic drugs in first episode schizophrenia.  European College of Neuropsychopharmacology, Prague, Czech Republic, 2003: S.14.05

A-95.    Rothschild AJ, Bell MA, Patel JK, Morin DP, Sit D, Calkins C, Guerin D: Challenges in the Diagnosis of Psychotic Depression: Assessment, Epidemiology, and Biology. CME Syllabus and Proceedings Summary, American Psychiatric Association Annual Meeting, 2004, p. 193.

A-96.    Keller M, Kocsis J, Kornstein S, Rothschild A,Shelton R, Trivedi M, Ninan P, Gelenberg A, Dunner D, Hirshfeld R, Schatzberg A, Thase M, Benattia I, Del Greco F: Comparing the Efficacy of Venlafaxine XR and Fluoxetine for Acute, Continuation, and Maintenance Therapy in Recurrent Unipolar Major Depression.  Abstracts of Panels and Posters, American College of Neuropsychopharmacology Annual Meeting, 2004 p. 128.

A-97.    Sit D, Rothschild AJ, Wisner KL, Creinin M, Hanusa BH:  Psychiatric outcomes following first trimester medical (mifepristone) and surgical pregnancy termination: a prospective pilot study.  The Marce Society International Biennial Scientific Meeting 23rd -26th, September 2004.

A-98.    Rothschild AJ, Winer J, Flint A, Meyers B, Mulsant B: Accuracy of the Diagnosis of Psychotic Depression at Four Academic Medical Centers.  New Research Abstracts.  American Psychiatric Association Annual Meeting, 2005: NR 291, p. 22.

A-99.    Rothschild AJ:  The Role of Dopamine in Depression:  Implications for Treatment.  CME Syllabus and Proceedings Summary, American Psychiatric Association Annual Meeting, 2005, pp. 145-146.

A-100.   Sit D, Rothschild AJ, Creinin M, Hanusa BH, Wisner KL:  Psychiatric Outcomes Following First Trimester Medical (Mifepristone) and

Surgical Pregnancy Termination: A Prospective Pilot Study.
Abstracts of the 45th Annual New Clinical Drug Evaluation Unit
Meeting (NCDEU) of the National Institute of Mental Health, 2005,
Session I-50.

A-101.   Andreescu C, Mulsant BH, Rothschild AJ, Flint AJ, Whyte EM, Meyers
BS: Adequacy of Pharmacotherapy for Major Depression with Psychotic
Features in Middle-Aged and Older Patients.  International College
of Geriatric Psychoneuropharmacology Annual Meeting, 2005, p. 90.

A-102.   Kamara TS, Whyte EM, Mulsant BH, Peasley-Miklus C, Rothschild AJ,
Flint AJ, Meyers BS: Somatic Delusions Are Associated With Older
Age in Non-Demented Patients with Psychotic Depression.
International College of Geriatric Psychoneuropharmacology Annual
Meeting, 2005, p. 91.

A-103.   Rothschild AJ, Winer J, Fratoni S, Patel J, Reni R, Smith E,
Guryanova I, Mathur A, Wood C, Flint AJ, Meyers BS, Mulsant BH:
Challenges in the Diagnosis of Psychotic Depression: Assessment,
Epidemiology, and Biology. International College of Geriatric
Psychoneuropharmacology Annual Meeting, 2005, p.40.

A-104.   Mulsant BH, Andreescu C, Rothschild AJ, Flint AJ, Meyers BS:
Pharmacotherapy of unipolar psychotic major depression: What is the
evidence?  International College of Geriatric
Psychoneuropharmacology Annual Meeting, 2005, p. 41.

A-105.   Meyers, BS, Flint AJ, Mulsant BH, Rothschild AJ:  The NIMH STOP-PD
Trial: Background and Design Choices.  International College of
Geriatric Psychoneuropharmacology Annual Meeting, 2005, p. 42.

A-106.   Flint AJ, Meyers BS, Mulsant BH, Rothschild AJ, Schaffer A, Brook
S, Herrmann N, Silveira J, Kasapinovic S, Andrade C, Risvi S:
Challenges in Conducting a Pharmacotherapy Study in Psychotic
Depression. International College of Geriatric
Psychoneuropharmacology Annual Meeting, 2005, p. 43.

A-107.   Rothschild AJ: The Rothschild Scale for Antidepressant
Tachyphylaxis (Poop-Out).  New Research Abstracts.  American
Psychiatric Association Annual Meeting, 2006: NR 277.

A-108.   Keller, MB, Yan B, Thase ME, Dunner D, Trivedi M, Rothschild AJ,
Kornstein SJ: Recurrence Prevention: Efficacy of Two Years of
Maintenance Treatment With Venlafaxine XR in Patients with
Recurrent Unipolar Major Depression. New Research Abstracts.
American Psychiatric Association Annual Meeting, 2006: NR 528.

A-109.   Meyers B, English J, Gabriele M, Heo M, Flint A, Mulsant BH,
Rothschild AJ:  The Delusional Assessment Scale for Psychotic Major
Depression: Reliability, Validity, and Utility.  Abstracts of the
46th Annual New Clinical Drug Evaluation Unit Meeting (NCDEU) of the
National Institute of Mental Health, 2006, Session I-60.

A-110.    Keller, MB, Yan B, Dunner D, Ferguson JM, Friedman Es, Gelenberg A, Hirschfeld RMA, Kocsis J, Kornstein S, Nemeroff C, Ninan P, Rothschild AJ, Schatzberg AF, Shelton R, Thase ME, Trivedi M: Preventing Recurrence of Depression: A Placebo-Controlled Trial of Venlafaxine XR in Patients with Recurrent Unipolar Major Depression.  Abstracts of the 46th Annual New Clinical Drug Evaluation Unit Meeting (NCDEU) of the National Institute of Mental Health, 2006, Session I-64.

A-111.    Keller, MB, Yan B, Dunner D, Ferguson JM, Friedman ES, Gelenberg A, Hirschfeld RMA, Kocsis J, Kornstein S, Nemeroff C, Ninan P, Rothschild AJ, Schatzberg AF, Shelton R, Thase ME, Trivedi M, Zajecka J, Ahmed S, Musgung J, Pederson R:  Two-Year Maintenance Treatment Study to Assess Recurrence Prevention with Venlafaxine XR in Patients with Recurrent Unipolar Major Depression.  Abstracts of the 46th Annual New Clinical Drug Evaluation Unit Meeting (NCDEU) of the National Institute of Mental Health, 2006, Session II-57.

A-112.    Kanellopoulos D, Meyers BS, Flint A, Mulsant B, Whyte E, Rothschild A:  Impaired Executive Functioning Is Associated with Suicide Attempts but not Ideation in Psychotic Major Depression.  Society of Biological Psychiatry, 2006, Toronto.

A-113.    Glezer A, Byatt N, Cook R, Rothschild AJ: Prevalence Rates of Polypharmacy in Depressed Patients in An Outpatient Clinic.  New Research Abstracts.  American Psychiatric Association Annual Meeting, 2007: NR 51.

A-114.    Schaffer A, Flint AJ, Smith E, Rothschild AJ, Mulsant BH, Szanto K Meyers BS: Correlates of Suicidality Among Patients With Psychotic Depression: Results from the STOP-PD Trial.  New Research Abstracts.  American Psychiatric Association Annual Meeting, 2007: NR 268.

A-115.    Kornstein S, Ferdousi T, Holland PJ, Nemeroff CB, Rothschild AJ, Thase ME, Trivedi MH: Effects of Gender and Menopausal Status on Response and Remission in Patients with Recurrent Depressive Disorder Treated With Venlafaxine XR or Fluoxetine.  New Research Abstracts.  American Psychiatric Association Annual Meeting, 2007: NR 300.

A-116.    Rothschild AJ, Dunlop BW, Dunner DL, Friedman ES, Gelenberg AJ, Holland P, Kocsis JH: Assessing Tachyphylaxis During the Prevention of Recurrent Episodes of Depression With Venlafaxine XR for Two Years (PREVENT) Study.  New Research Abstracts.  American Psychiatric Association Annual Meeting, 2007: NR 360.

A-117.    Cohen DJ, Whyte EM, Mulsant BH, Papademetriou E, Rothschild AJ, Flint AJ, Meyers BS: Cerebrovascular Disease Risk Factors are not Associated With a Distinct Clinical Profile of Late Life Psychotic Depression.  New Research Abstracts.  American Psychiatric Association Annual Meeting, 2007: NR 435.

46

A-118.   Rothschild AJ, Dunlop B, Dunner D, Friedman E, Gelenberg A: Assessing Tachyphylaxis During the Prevention of Recurrent Episodes of Depression with Venlafaxine XR for Two Years (Prevent) Study. Abstracts of the 47th Annual New Clinical Drug Evaluation Unit Meeting (NCDEU) of the National Institute of Mental Health, 2007, Session I-27.

A-119.   Meyers B, Schaffer A, Flint A, Smith E, Rothschild A, Mulsant B, Szanto KK: Correlates of Suicidality Among Patients with Psychotic Depression: Results from the STOP-PD Trial.  Abstracts of the 47th Annual New Clinical Drug Evaluation Unit Meeting (NCDEU) of the National Institute of Mental Health, 2007, Session I-31.

A-120.   Schatzberg AF, Friedman ES, Rothschild AJ, Trivedi MT, Dunner DL, Gelenberg AJ, Ninan P, Shelton RC, Zajecka JM, Saeeduddin A, Musgnung J, Pederson R:  Prevalence of Pain and Impact on Treatment Outcomes in Patients with Recurrent Major Depressive Disorder. Abstracts of Panels and Posters, American College of Neuropsychopharmacology Annual Meeting, 2007, pg. 173.

A-121.   Rothschild AJ:  Challenges in the Diagnosis of Psychotic Depression.  American Association for Geriatric Psychiatry Annual Meeting, 2008, pg. 17.

A-122.   Rothschild AJ:  The Industry-Sponsored Symposia and New Research Poster Sessions: A Critical Interface of APA's Scientific Sessions and the Pharmaceutical Industry.  CME Syllabus and Proceedings Summary, American Psychiatric Association Annual Meeting, 2008, pg.116.

A-123.   Flint AJ, Meyers B, Mulsant B, Rothschild A, Whyte E, Schaffer A, Brook S, Herrmann N, Silveira J, Peasley-Miklus C, Heo M, Kaspinovic S, Andrade C, for the STOP-PD Study Group: Design Issues Related to Recruiting, Protecting, and Retaining Patients With Psychotic Depression in a Randomized, Controlled Pharmacotherapy Trial. CME Syllabus and Proceedings Summary, American Psychiatric Association Annual Meeting, 2008, pp. 178-179.

A-124.   Mulsant BH, Flint A, Rothschild AJ, Whyte E, Gildengers A, McLaughlin N, Peasley-Miklus K, Heo, M, Meyers B, for the STOP-PD Study Group: Tolerability of Intensive Pharmacotherapy and Predictors of Attrition.  CME Syllabus and Proceedings Summary, American Psychiatric Association Annual Meeting, 2008, pp. 179.

A-125.   Meyers BS, Flint AJ, Rothschild AJ, Mulsant BH, Whyte EM, Peasley-Miklus C, Papademetriou E, Heo M:  The Efficacy of Combination Pharmacotherapy Compared to Atypical Antipsychotic Monotherapy for Major Depression With Psychotic Features.  CME Syllabus and Proceedings Summary, American Psychiatric Association Annual Meeting, 2008, pp. 179.

A-126.   Rothschild AJ, Flint A, Mulsant B, Whyte E, Meyers B, Patel J,

Smith E, Byatt N, Cook R, Deligiannidis K, M.D., Burke P, Peasley-Miklus C, Heo M, Fratoni S, Martin M, Wood C, for the STOP-PD Study Group:  Challenges in the Diagnosis and Treatment of Psychotic Depression.  CME Syllabus and Proceedings Summary, American Psychiatric Association Annual Meeting, 2008, pp. 179.

A-127.   Whyte EM, Flint A, Mulsant BH, Rothschild AJ, Peasley-Miklus K, Heo M, Papademetriou E, Gunning-Dixon F, Meyers B, for the STOP-PD Study Group:  Neuropsychological Functioning in Patients With Psychotic Major Depression. CME Syllabus and Proceedings Summary, American Psychiatric Association Annual Meeting, 2008, pp. 179-180.

## Letters to the Editor

1.   Schatzberg AF, Rothschild AJ:  Letter to the Editor (Reply to Clower CG).  Am J Psychiatry. 1983; 140:1102.

2.   Rothschild AJ, Locke CA:  Letter to the Editor (Reply to Pearlman T).  J Clin Psychiatry.  1992; 53:256-257.

3.   Schatzberg AF, Rothschild, AJ:  Letter to the Editor (Reply to Fink M).  Am J Psychiatry.  1993; 150:1131.

4.   Rothschild AJ:  Letter to the Editor.  Delirium: An SSRI-Benztropine Adverse Effect?  J Clin Psychiatry.  1995; 56:537.

5.   Rothschild AJ:  Letter to the Editor.  On Psychotic Major Depression.  Am J Psychiatry.  1996; 153:847.

6.   Rothschild, AJ:  Letter to the Editor (Response to Balon R).  Drug holidays to counter sexual dysfunction (letter). Am J Psychiatry. 1996;153:1376.

7.   Rothschild, AJ:  Letter to the Editor. (Reply to El-Mallakh R). Can Long-Term Antidepressant Use Be Depressogenic?  (letter). J Clin Psychiatry. 1999; 263-264.

8.   Rothschild AJ, Phillips KA:  Letter to the Editor.  Selective serotonin reuptake inhibitors and delusional depression. Am J Psychiatry 1999; 156:977-978.

9.   Rothschild AJ:  Placebo response in psychotic depression.  J Clin Psychiatry, 2005; 66:1615

## Book Reviews

1.   Rothschild, AJ:  Review of Goodwin FK and Jamison KR: Manic-Depressive Illness, General Hospital Psychiatry 1992; 14:77-79.

2.   Shindul-Rothschild JA, Rothschild AJ: Review of Glick ID: Treating Depression, Psychiatric Services 1997; 48:1209-1210.

Other Articles

1.      Driscoll CE, Potter WZ, Rothschild AJ:  Don't Overlook Depression. Patient Care.  1992; 26:155-188.

2.      Rothschild AJ:  Choosing Appropriate Andidepressant Therapy:  A Psychiatrist's Perspective.  U.S. Pharmacist, Special Report, October 1995; pp 13-19.

3.      Rothschild AJ:  Is Psychotic Depression a Distinct Form of Depression?  The Harvard Mental Health Letter, May 1996.

4.      Rothschild AJ (ed.): Monograph-Rational Therapy: Depression – Diagnosis and Treatment, Integrated Care Group, 1999.

5.      Rothschild AJ, Shelton RC: Challenges in the treatment of depression with psychotic features: associations with bipolar disorder and implications for treatment.  In Focus On Mood Disorders, a CME CASEXCHANGE Newsletter, Vanderbilt University School of Medicine, Issue 1, 2002.


Non-Print Materials

1.      "Biochemical markers for Mental Illness", American Psychiatric Association, 1990.

2.      "The Psychopharmacologic Treatment of Personality Disorders", 1993.

3.      Advisory Board, "Focus on Depression:  From onset to outcomes".  An educational continuum for the primary care practitioner, 1995.

4.      "Treating women with depression".  MedEdNet Satellite Network. April 24, 1996.

5.      "Charlie Rose", Public Television Program, panelist on "Depression Dialogues" with Richard Balon, Anita Clayton, Jan Fawcett, Steven Hyman, and Norman Sussman.

6.      "Recent developments in the Treatment of Depression-Sexual Function.  www.cme-ce.com, September 30, 1998.

7.      Advisory Board, "Directions in Behavioral Health II". A CME accredited workshop for the successful management of depression in primary care.  Sponsored by the University of Wisconsin Medical School, 1998.

9.      Advisory Board, "Directions in Behavioral Health III". A CME accredited workshop for the successful management of depression

in primary care.   Sponsored by the University of Wisconsin
Medical School, 1999.

10.    Chair and Presenter, "State-of-the-Art Update in the Management of
       Depression – Sexual Function". Strategic Institute for Continuing
       Health Care Education; Vienna, VA, 1999.

11.    Chair and Presenter, "State-of-the-Art Update in the Management of
       Depression – Sexual Function". Strategic Institute for Continuing
       Health Care Education; Vienna, VA, 2000.

12.    Chair and Presenter, "Strategies for Managing Depression in the
       New Millenium – Sexual Dysfunction in Depression". Strategic
       Institute for Continuing Health Care Education; Vienna, VA, 2000.