UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER, INC., and | Magistrate Judge Leo T. Sorokin |
| AETNA, INC. v. PFIZER, INC. | |

## DECLARATION OF ELANA KATCHER

Elana Katcher declares:

1.  I am associated with the law firm Kaplan Fox & Kilsheimer, LLP, attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") in this action. I submit this declaration in support of Plaintiff Kaiser's Motion *in Limine* to Exclude the Testimony of Charles Phillips, M.D. as Irrelevant, Prejudicial and Inflammatory.

2.  Attached as Exhibit A is a true and correct copy of the transcript of the deposition of Charles Phillips, M.D., as taken in this action on December 16, 2009.

3.  Attached as Exhibit B is a true and completed copy of a document sent to counsel for plaintiffs by Charles Phillips, M.D. on or about December 10, 2009.

-2-

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2010.

*E. Katcher*
Elana Katcher

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on January 8, 2010, I caused this document (except Exhibit A) to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System. Exhibit A will be served on defendants via electronic mail on the same date.

      ATTORNEY FOR THE COORDINATED PLAINTIFFS


/s/ Elana Katcher
ELANA KATCHER