# EXHIBIT A
# TO ELANA KATCHER AFFIDAVIT

# FILED UNDER SEAL