# Exhibit B

# Charles Phillips, MD, FACEP
2216 E. Los Altos Avenue
Fresno, CA 93710
Phone – 559-917-8997
Cphil49401@aol.com

December 8, 2009

To ~~Whom It May Concern~~:

*[handwritten: Mr. Mark S. Chaffo, Esq. ← Phone 212-735-2183 / Fax 917-777-2183*
*Mr. Steve Swerdlow, Esq. ← Phone 415-956-1000 / Fax 415-956-1008   12/10/0]*

My requirements for being deposed have been and are as follows:

1. Fee of $500 an hour – open (no $1000 limit checks) checks being in the room and ready to be completed upon completion from any organization wishing to question me;

2. Four hour minimum in one week in advance; no refund if suddenly canceled;

3. Start time at appointed time even if deposing side setup is delayed; if I am late, that problem falls to me;

4. Lunch time is included as I am willing to eat within normal 15 minute break time at the location;

5. Electronic round trip tickets if I must fly somewhere – time to be honored as well and negotiated before the trip – paid on arrival;

6. Any assigned research of sources or topics after the deposition will be paid for in advance – rate $250 an hour unless otherwise agreed upon; copying of such materials will fall to the party requesting my time;

7. I do not charge for reading my own deposition and generally keep it unsigned; if there is a video deposition, I wish a copy at no expense to me;

8. Prefer FedEx for all documents – my home is a safe address (no signature required);

9. I am always pleasant to those serving documents on me, as I have a cousin who also has this job – an important part of the law;

10. While some questions can appear to be Get the Messenger, I also understand that part of depositions; I will speak up if I feel badgered or otherwise disadvantaged against telling the whole truth.

Anyone not wishing to work within these requirements can choose to depose others.

Thank you.

*Charles Phillips, MD*
Charles Phillips, MD FACEP

*P.S. I was properly served 12/9/09.*