UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER, INC., and | Magistrate Judge Leo T. Sorokin |
| AETNA, INC. v. PFIZER, INC. | |

## DECLARATION OF ELANA KATCHER

Elana Katcher declares:

1.      I am associated with the law firm Kaplan Fox & Kilsheimer, LLP, attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") in this action. I submit this declaration in support of Plaintiff Kaiser's Motion *in Limine* to Strike Non-Rebuttal Testimony of Dr. Rothschild.

2.      Attached as Exhibit A is a true and correct copy of a letter from James P. Rouhandeh to Thomas M. Greene, dated December 15, 2008.

3.      Attached as Exhibit B is a true and correct copy of a letter from James P. Rouhandeh to Thomas M. Sobol, dated March 18, 2009.

4.      Attached as Exhibit C is a true and correct excerpt of the Rule 26 Expert Report of Anthony J. Rothschild, dated March 18, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

-2-

Executed on January 8, 2010.

                                                                                                              */s/ Elana Katcher*
                                                                                                                Elana Katcher

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2010, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

            ATTORNEY FOR THE COORDINATED PLAINTIFFS

            /s/ Elana Katcher
            ELANA KATCHER