# Exhibit A

# DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 450 3800

MENLO PARK
WASHINGTON, D.C.
LONDON
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

JAMES P. ROUHANDEH
212 450 4835
rouhandeh@dpw.com

December 15, 2008

Re:  In re Neurontin Marketing, Sales Practices, and Products Liability Litigation, MDL Docket No. 1629, Master File No. 04-10981-PBS (D. Mass.)

Thomas M. Greene
Greene & Hoffman
33 Broad Street
Boston, Massachusetts 02109

Dear Tom:

    Pursuant to Fed. R. Civ. P. 26(a)(2)(B), enclosed please find defendants' expert disclosures for the following experts:

| | |
|---|---|
| Janet Arrowsmith-Lowe, Ph.D. | Gregory K. Bell, Ph.D. |
| Shawn Bird, M.D. | Gary J. Brenner, M.D., Ph.D. |
| Elizabeth A. Field, Ph.D. | Robert D. Gibbons, Ph.D. |
| Michael C. Keeley, Ph.D. | Michael J. McLean, M.D., Ph. D. |
| Alan M. Rapoport, M.D. | Andrew E. Slaby, M.D., Ph.D., M.P.H. |

    Please note that defendants have previously produced expert reports of Pradeep K. Chintagunta, Ph.D., Henry G. Grabowski, Ph.D., and Fiona Scott Morton, Ph.D.

    Thank you for your attention to this matter.

Sincerely,

James P. Rouhandeh

Enclosures

Thomas M. Greene                             2                     December 15, 2008

cc w/ enc:       James R. Dugan, II, Esq. (by regular mail w/o encl., and email)
                 Barry R. Himmelstein, Esq. (by regular mail w/o encl., and email)
                 Gerald Lawrence, Esq. (by regular mail w/o encl., and email)
                 Linda P. Nussbaum, Esq. (by regular mail w/o encl., and email)
                 Thomas M. Sobol, Esq. (by regular mail w/o encl., and email)
                 Mark M. Sandmann, Esq. (by regular mail w/o encl., and email)
                 W. Scott Simmer, Esq. (by regular mail w/o encl., and email)

cc w/o enc:      David B. Chaffin, Esq. (w/o encl.)
                 Scott. W. Sayler, Esq. (w/o encl.)

By Email PDF & Mail