Exhibit B

# DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 450 3800

MENLO PARK
WASHINGTON, D.C.
LONDON
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

JAMES P. ROUHANDEH
212 450 4835
ROUHANDEH@DPW.COM

March 18, 2009

Re:   In re Neurontin Marketing, Sales Practices & Product Liability Litig.,
      MDL 1629

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142

Dear Tom:

Pursuant to Fed. R. Civ. P. 26(a)(2)(B), the parties' "Proposed Timetable for Addressing Supplemental Expert Reports" (Dckt. # 1646), and the Court's February 5, 2009 electronic endorsement granting same, enclosed please find defendants' supplemental expert disclosure for Janet Arrowsmith, Ph.D. and defendants' expert disclosure for Anthony J. Rothschild, M.D., in response to plaintiffs' supplemental expert reports.

Thank you for your attention to this matter.

Sincerely,

James P. Rouhandeh

Enclosure

By Overnight Courier & Electronic Mail