UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**PLAINTIFF KAISER'S MOTION FOR LEAVE TO FILE OVERSIZED MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF DEFENDANTS' RETAINED EFFICACY EXPERTS**

Pursuant to Local Rule 7.1(B)(4), Plaintiffs respectfully request leave of the Court to file the attached memorandum in support of their motion *in limine* to exclude testimony of Defendants' retained efficacy experts for class certification in excess of the 20-page limit. Plaintiffs are moving to exclude the opinions of five (5) so-called efficacy experts who have submitted opinions about Neurontin's efficacy for various conditions that are at issue in this case. These opinions raise all raise troubling methodological concerns, including specifically ignoring specific double-blind randomized controlled trials ("DBRCTs"), the highest level of recognized evidence for establishing drug efficacy, in favor of case reports, anecdotal reports, and personal experience, all of which are unscientific, biased, lack known error rates, and are unreliable for purposes of a *Daubert* analysis. Although the methodological flaws are similar and common to all reports, it was difficult to address each report with the requisite specificity in 20 pages. Plaintiffs apologize for burdening the Court with such a lengthy proposed memorandum brief without having obtained prior permission, but Plaintiffs were unable to

-2-

estimate the required length of their brief sufficiently in advance of its completion.  Plaintiffs would not oppose a grant of similar page length to the Defendants to respond to this memorandum.

WHEREFORE, Plaintiffs respectfully request leave of the Court to file the attached memorandum in support of their motion *in limine* to exclude testimony of Defendants' retained efficacy experts for class certification in excess of the 20-page limit.

Dated:  January 8, 2010

Respectfully submitted,

By:   */s/ Linda P. Nussbaum*
     Linda P. Nussbaum

KAPLAN FOX & KILSHEIMER LLP
Linda P. Nussbaum, Esq.
850 Third Avenue, 14th Floor
New York, New York 10022

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

-3-

Thomas M. Sobol
HAGENS BERMAN SOBOL
  SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

*Of Counsel*

-4-

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 8, 2010.

*/s/ Elana Katcher*
Elana Katcher
