UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**PLAINTIFF KAISER'S MOTION *IN LIMINE* TO EXCLUDE
TESTIMONY OF PFIZER'S RETAINED EFFICACY EXPERTS**

      Plaintiffs respectfully move this Court for an order *in limine* excluding the testimony of Pfizer's retained efficacy experts, Drs. Slaby, Bird, Rapoport, Brenner, and McLean. The reasons for this motion are described in more detail in the accompanying Memorandum of Law.

Dated: January 8, 2010

                                          Respectfully submitted,

                                          By:    */s/ Linda P. Nussbaum*
                                                    Linda P. Nussbaum

                                          KAPLAN FOX & KILSHEIMER LLP
                                          Linda P. Nussbaum, Esq.
                                          850 Third Avenue, 14th Floor
                                          New York, New York 10022

                                          *Attorneys for Plaintiffs Kaiser Foundation*
                                          *Health Plan, Inc. and Kaiser Foundation*
                                          *Hospitals*

-2-

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol
HAGENS BERMAN SOBOL
 SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

*Of Counsel*

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 8, 2010.

*/s/  Elana Katcher*
Elana Katcher
