UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' EMERGENCY MOTION TO STRIKE KAISER'S MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF PFIZER'S RETAINED EFFICACY EXPERTS AND FOR EXPEDITED CONSIDERATION**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move this Court for an order striking Plaintiff Kaiser's Motion *in Limine* to Exclude Testimony of Pfizer's Retained Efficacy Experts. As set forth in the accompanying memorandum, Plaintiffs' motion fails to comply with this Court's order Procedural Order of November 12, 2009, and, therefore, should be stricken. In addition, because Pfizer's counsel should not be distracted from their trial preparation by responding to a motion filed in violation of this Court's Procedural Order, Pfizer asks that this Court give emergency consideration to this motion.

WHEREFORE, Defendants respectfully request that the Court give expedited consideration to this motion and strike Plaintiff Kaiser's Motion *in Limine* to Exclude Testimony of Pfizer's Retained Efficacy Experts.

Dated: January 10, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:  /s/ Mark S. Cheffo
     Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:   /s/ Raoul D. Kennedy
      Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel: (415) 984-6400

-and-

WHEELER TRIGG O'DONNELL LLP

By:   /s/ James E. Hooper
      James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel: (303) 244-1800

-and-
WHITE AND WILLIAMS LLP

By:   /s/ David B. Chaffin
      David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 10, 2010.

                                           /s/ David B. Chaffin
                                           David B. Chaffin