# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |

### DECLARATION OF KATHERINE ARMSTRONG IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE KAISER'S MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF PFIZER'S RETAINED EFFICACY EXPERTS

I, Katherine Armstrong, declare and state as follows:

1. I am a counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. On Monday January 4, 2010, and Wednesday, January 6, 2010, I participated, together with Mark S. Cheffo, in telephone conferences with counsel for Kaiser. The purpose of the calls was to meet and confer regarding the motions in limine each side anticipated filing. Such conferences were followed up by email communications to further confer regarding motions in limine. Plaintiffs did not, either in the telephone conferences or by email, confer with counsel for Pfizer regarding their motion for leave to file an oversized brief.

Signed under the penalties of perjury this 10th day of January 2010.

/s/ Katherine Armstrong
Katherine Armstrong

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 10, 2010.

/s/ David B. Chaffin
David B. Chaffin