UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------x
:  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,  :
       SALES PRACTICES AND  :  Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION  :
:  Judge Patti B. Saris
-----------------------------------------------------------------x
:  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:  :
:
TERESA DRINKWINE, Individually and as Trustee  :  Individual Case No.
For The Next of Kin of MICHAEL DRINKWINE,  :  1:09-cv-10836-PBS
Decedent,  :
:
                Plaintiff,  :
:
      - against –  :
:
PFIZER INC., PARKE-DAVIS, a division of  :
Warner-Lambert Company and Warner-Lambert  :
Company LLC, WARNER-LAMBERT COMPANY, :
WARNER-LAMBERT COMPANY LLC and  :
TEVA PHARMACEUTICALS USA, INC.,  :
:
                Defendants.  :
-----------------------------------------------------------------x
:
AND RELATED CASES (SEE APPENDIX)  :
:
-----------------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS' NOTICE OF SUPPLEMENTAL
AUTHORITY IN OPPOSITION TO DEFENDANT TEVA PHARMACEUTICALS
USA, INC.'S MOTION FOR AMENDMENT OF THE COURT'S ORDER
TO INCLUDE A STATEMENT CERTIFYING AN INTERLOCUTORY APPEAL**

In connection with the pending motion (*see* D. Mass. No. 04-10981, ECF Docket No.

2245), by Defendant Teva Pharmaceuticals USA, Inc. for an amendment of the Court's Order to

include a statement certifying an interlocutory appeal, Products Liability Plaintiffs respectfully

submit for the Court's consideration, a copy of the attached document:

Exhibit A  -  *Demahy v. Actavis, Inc.*, No. 08-31204, 2010 U.S. App. LEXIS 430 (5th Cir. Jan. 8, 2010)

This filing is intended to ensure that the Court and all counsel have ready access to all evidence relevant and material to Defendant Teva's pending motion.

Dated:  January 11, 2010                                      Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:     **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300
P.O. Box 1111
Newburgh, NY  12551

By:     **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
   & Associates
3701 Bee Cave Rd., Suite 200
Austin, TX  78746

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 11, 2010.

 **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire

# APPENDIX

## CASES PENDING IN THE NEURONTIN MDL NO. 1629
## NAMING TEVA PHARMACEUTICALS USA, INC. AS A DEFENDANT

| ORIGINAL CASE | TEVA'S RESPONSE | TRANSFER TO MDL |
|---|---|---|
| *Blackwell v. Pfizer Inc., et al.*, No. 2:06-cv-2295-BWK (E. D. Pa. filed Jun 1, 2006). | Motion to dismiss filed June 12, 2006. | Transferred to this MDL by CTO-25 (July 17, 2006), No. 1:06-cv-11397-PBS. |
| *Briggs v. Pfizer Inc., et al.*, No. 1:06-cv-15451-JSR (S.D.N.Y filed Dec. 26, 2006). | Motion to dismiss filed March, 12, 2007; Stipulation Adjourn Teva's Motion to Dismiss entered Feb. 28, 2008. | Transferred to this MDL by CTO-36 (Jan. 31, 2007), No. 1:07-cv-10327-PBS. |
| *Farris v. Pfizer Inc., et al.*, No. 0:06-cv-03975-ADM-JSM (D. Minn. filed Oct. 5, 2006). | Stipulations to extend Teva's time to answer entered Feb. 15, 2007 and Feb. 28, 2008. | Transferred to this MDL by CTO-36 (Oct. 24, 2006), No. 1:06-cv-12063-PBS. |
| *Hairfield v. Pfizer Inc., et al.*, No. 2:08-cv-01998-JCJ (E. D. Pa. filed April 2, 2008). | Answer filed June 6, 2008. | Transferred to this MDL by CTO-53 (May 7, 2008), No. 1:08-cv-10930-PBS. |
| *McLendon v. Pfizer Inc., et al.*, No. 1:08-cv-07843-JSR (S.D.N.Y. filed Sept. 9, 2008). | Stipulation to extend Teva's time to answer entered Jan. 9, 2009. | Transferred to this MDL by CTO-59 (Dec. 8, 2008), No. 1:08-cv-12034-PBS. |
| *Morrow v. Pfizer Inc., et al.*, No. 3:08-cv-00071-SA-SAA (N. D. Miss. filed July 2, 2008). | Stipulation to extend Teva's time to answer entered Oct. 16, 2008. | Transferred to this MDL by CTO-58 (Oct. 6, 2008), No. 1:08-cv-11706-PBS. |
| *Newberry v. Pfizer Inc., et al.*, No. 1:07-cv-00110-WLS (M. D. Ga. filed July 7, 2007) (summons issued as to Teva on Oct. 12, 2007). | Answer filed Dec. 14, 2007. | Transferred to this MDL by CTO-46 (July 24, 2007), No. 1:07-cv-11499-PBS. |
| *Ramsey v. Pfizer Inc., et al.*, No. 2:06-cv-04718-MK (E. D. Pa. filed Oct. 20, 2006). | Motion to Dismiss filed Oct. 27, 2007. | Transferred to this MDL by CTO-34 (Nov. 17, 2006), No. 1:06-cv-12212-PBS. |
| *Samuels v. Pfizer Inc., et al.*, No. 1:08-cv-00980-BEL (D. Md. filed April 17, 2008). | Stipulation to extend Teva's time to answer entered June 6, 2008. | Transferred to this MDL by CTO-53 (May 7, 2008), No. 1:08-cv-10958-PBS. |