# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No.  1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF KAISER'S MOTION
*IN LIMINE* TO EXCLUDE TESTIMONY OF DR. ANDREW SLABY**

854070.1

## <u>TABLE OF CONTENTS</u>

<u>Page</u>

I.      INTRODUCTION ................................................................................................. 1

II.     TO BE ADMISSIBLE, EXPERT TESTIMONY MUST BE THE
        PRODUCT OF RELIABLE PRINCIPLES AND METHODOLOGY ................. 4

III.    THE EFFICACY OF A DRUG TO TREAT A CONDITION CAN ONLY
        BE DETERMINED THROUGH DBRCT ............................................................. 5

IV.     DR. SLABY'S OPINION THAT NEURONTIN IS EFFECTIVE IN
        TREATING BIPOLAR DISORDER IS NOT THE PRODUCT OF
        RELIABLE PRINCIPLES AND METHODS ....................................................... 9

        A.      All Four DBRCT Have Shown That Neurontin Is Ineffective In
                Treating Bipolar Disorder ......................................................................... 9

        B.      Dr. Slaby's Report Is Inaccurate, Incomplete, Unscientific, and
                Unreliable ................................................................................................ 10

V.      CONCLUSION .................................................................................................. 14

I.       **INTRODUCTION**

Kaiser's[1] indication experts, Drs. Barkin (bipolar and other mood disorders), Perry

(neuropathic and nociceptive pain), McCrory (migraine prophylaxis), and Alldredge (lack of

dose related effect at dosages over 1800 mg/day) rigorously apply the scientific method to the

best available data to reach their respective conclusions, as required for the admission of *any*

expert report.  This is especially true in the field of pharmaceutical research, where proper

methods of data collection and analysis are well-developed, standardized, and generally agreed.

Applying the scientific method to the task at hand, each of Kaiser's indication experts

thoroughly searched the available scientific literature for the highest quality evidence bearing on

the question—*i.e*., double-blind, randomized, controlled trials ("DBRCT"), which even Pfizer's

experts repeatedly acknowledge are not only the "gold standard," but the *only type of evidence*

*from which any scientifically valid conclusions can be drawn*.[2]  Kaiser's experts examined not

only the *published* DBRCT, but also Defendants' internal, *unpublished* research reports, the

withholding and distortion of which lie at the very heart of this case.  Where an unpublished

research report revealed information that undermined, contradicted, or exposed as an outright

falsehood the conclusion stated in the corresponding published study, Kaiser's experts based

---

[1] "Kaiser" is Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals.  Kaiser
Foundation Health Plan, Inc. is the parent company of the following companies and has brought
this lawsuit on behalf of itself and its subsidiaries:  Kaiser Foundation Health Plan of Colorado;
Kaiser Foundation Health Plan of Georgia, Inc.; Kaiser Foundation Health Plan of the Mid-
Atlantic States, Inc.; Kaiser Foundation Health Plan of the Northwest; and Kaiser Foundation
Health Plan of Ohio.

[2] As set forth below, only a DBRCT can provide any statistical measure whatsoever of the
likelihood of a cause and effect relationship between a treatment and the selected measure of its
effect.  For this reason, all other forms of evidence are merely "hypothesis-generating rather than
hypothesis-confirming."  (Slaby Report at 8.)  Relying on such evidence—which, by its very
nature, is *incapable* of proving efficacy—in preference to multiple negative, DBRCT on the
possibility that notwithstanding the consistently negative results, Neurontin *might* be effective
for some subset of the same patient population, is as dangerous to the public health as it is
antithetical to the scientific method.

their conclusions on the *actual* results of the study, not the results as distorted or misrepresented.[3]

Finally, because multiple DBRCTs have been conducted as to each indication, and the study results were consistently negative, Kaiser's experts formed and expressed their opinions that Neurontin has been shown to be ineffective in treating these conditions.  It is no coincidence that each of Kaiser's experts approached their task in the same general way, even though there was little or no coordination or communication between them.  Each of them adopted this approach *sua sponte*, because it is the approach dictated by science.

Pfizer's experts, by contrast:  (1) disclose no discernable methodology for the collection of the relevant scientific literature; (2) ignore completely one or more DBRCT; (3) consider one or more DBRCT that were actually negative as positive; and/or (4) give preference to inferior forms of evidence from which no scientifically valid conclusions can be drawn.  As such, their reports, and the conclusions they draw, are not the result of a rigorous application of the scientific method; they are a result of its *abandonment*, and thereby a further extension of Defendants' fraud.[4]  Whether as a result of the withholding by Pfizer of relevant information—

---

[3] The reports of Kaiser's indication experts were originally filed, and are most readily accessible, as exhibits to the Revised Supplemental Declaration of Ilyas J. Rona in Filed in Support of Plaintiffs' Renewed Motion for Class Certification (Dkt. No. 1457), as Exhibit J ("Kessler Report," Dkt. No. 1457-10), Exhibit K ("Barkin Report," Dkt. No. 1457-11), Exhibit L ("Perry Report," Dkt. Nos. 1457-12 through 1457-15), Exhibit M ("McCrory Report," Dkt. No. 1457-16), Exhibit N ("Abramson Report," Dkt. No. 1457-17), and Exhibit P ("Alldredge Report," Dkt. No. 1457-20).  The reports were also re-filed non-electronically as exhibits in support of Plaintiffs' opposition to Defendants' motion for summary judgment.  *See* Declaration of Ilyas Rona In Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 1761), Exhibits 21 (Barkin Report), 23 (Abramson Report), 163 (Perry Report), 365 (Alldredge Report), 374 (Kessler Report), and 478 (McCrory Report).

[4] As Defendants have not filed Dr. Slaby's final report in support of or in opposition to any motion, that report, which has not been marked confidential by Defendants, is attached as Exhibit 1 to this memorandum.  Pfizer's other indication expert reports are attached as exhibits to the Declaration of Rajesh S. James (Dkt. No. 1692), as Exhibit 47 ("Bird Report," Dkt. 1692-11),

one of the central allegations in the case being that Defendants co-opted "thought leaders" with incomplete and misleading information—deliberate ignorance, or mere neglect, their reports are fatally deficient, and their testimony on the efficacy issue is not sufficiently reliable to be admitted.

In addition to ignoring or misconstruing the truly relevant evidence, most of Pfizer's experts expressly ground their opinions on their own personal, undocumented "clinical experience" in prescribing Neurontin to patients. However, the Court previously ordered that no expert testimony based on the expert's own experience in treating patients would be admitted unless the relevant "sanitized patient records" were produced to the opposing party.[5] No such records have been produced by Pfizer's experts. Accordingly, the opinions of Pfizer's indication experts based on their "clinical experiences" should be excluded on this ground as well.

The principle defects in Pfizer's indication expert reports are summarized in the chart below:[6]

| Expert | No stated methodology for collecting information | Ignores Negative DBRCTs known to Pfizer | Presents negative DBRCT as positive | Gives preference to inferior forms of evidence | Relies on clinical experience without producing records |
|---|---|---|---|---|---|
| Slaby (bipolar) | X | Guille | Vieta | X | X |
| Bird (neuropathic | X | | Gorson 945-271 | X | X |

Exhibit 48 ("Brenner Report," Dkt. No. 1692-12), Exhibit 49 ("Rapoport Report," Dkt. No. 1692-13), and Exhibit 50 ("McLean Report," Dkt. No. 1692-14).

[5] *See* Electronic Order, Sept. 27, 2006.

[6] Kaiser appreciates that the Court does not wish to venture too far "into the weeds" on scientific issues prior to trial, as one of the purposes of the trial is the airing of these issues. Accordingly, for purposes of this motion, Kaiser has limited itself to the more obvious, overarching problems that render the opinions of Pfizer's experts inherently unreliable, untrustworthy, and unscientific.

| Expert | No stated methodology for collecting information | Ignores Negative DBRCTs known to Pfizer | Presents negative DBRCT as positive | Gives preference to inferior forms of evidence | Relies on clinical experience without producing records |
|---|---|---|---|---|---|
| pain) | | | 945-306 | | |
| Rapoport (migraine) | X | 945-217 | 945-220 | X | X |
| Brenner (neuropathic and nociceptive pain) | X | Gorson 945-224 945-271 945-306 1032-001 1032-002 1035-001 1035-002 | | X | X |
| McLean (doses over 1800 mg/day) | X | 945-224 | 945-082 945-295 942-88 | X | X |

Any one of these defects would be sufficient to exclude the testimony of the corresponding expert.  Taken together, these defects so undermine the integrity of Pfizer's indication experts' opinions that they should all be excluded under *Daubert*.

## II.    TO BE ADMISSIBLE, EXPERT TESTIMONY MUST BE THE PRODUCT OF RELIABLE PRINCIPLES AND METHODOLOGY

By its terms, Federal Rule of Evidence 702 precludes the admission of expert testimony unless it (1) "is based upon sufficient facts or data, (2) . . . is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case."  *Id.*  Accordingly, given the tremendous sway an expert may have over a jury in scientific or technical matters, the Court is required to exercise a "gatekeeping role."  *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 597 (1993).  As summarized by the First Circuit:

> In *Daubert*, the Supreme Court set forth four general guidelines for a trial judge to evaluate in considering whether expert testimony rests on an adequate foundation: "(1) whether the theory or technique can be and has been tested; (2) whether the technique has been subject to peer review and publication; (3) the technique's known or potential rate of error; and (4) the level of the theory or technique's acceptance within the relevant discipline." *United States v. Mooney*, 315 F.3d 54, 62 (1st Cir.2002) (citing *Daubert*, 509 U.S. at 593-94, 113 S.Ct. 2786).  However, these factors do not "constitute a definitive checklist or test," and the question of admissibility "must be tied to the facts of a particular case." *Kumho Tire Co. v. Carmichael*, 526 U.S. 137, 150, 119 S.Ct. 1167, 143 L.Ed.2d 238 (1999) (internal quotation marks omitted).

*Beaudette v. Louisville Ladder, Inc*., 462 F.3d 22, 25-26 (1st Cir. 2006).

In *Daubert* itself, the Court explained that:

> The inquiry envisioned by Rule 702 is, we emphasize, a flexible one.  Its overarching subject is the scientific validity—and thus the evidentiary relevance and reliability—of the principles that underlie a proposed submission.  *The focus, of course, must be solely on principles and methodology*, not on the conclusions that they generate.

509 U.S. at 594-95 (emphasis added).

Consistent with *Daubert*, Kaiser's focus in this motion is not on the conclusions reached by Pfizer's experts, but on the defective methods by which they were reached—to the extent any method is discernable from their respective reports.

## III.    THE EFFICACY OF A DRUG TO TREAT A CONDITION CAN ONLY BE DETERMINED THROUGH DBRCT

There are *universally-accepted,* international standards for determining whether a drug is effective for a given indication.  *See, e.g*., International Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Use, *ICH Harmonised*

*Tripartitie Guideline, Statistical Principles for Clinical Trials,* (Feb. 5, 1998) (available at http://www.ich.org/cache/compo/475-272-1.html).[7]  The FDA's standard is the same.

As Dr. David Kessler, former head of the FDA, writes in his report, when determining efficacy, the FDA relies only on "'adequate and well-controlled clinical investigations.'" Kessler Report, at 5 (quoting 21 C.F.R. § 314.26).  Such trials need to be controlled, need to be randomized, need to be blinded, and need objective and prospectively determined trial endpoints. *See* Kessler Report, at 5-6.  These pillars of sound clinical trial design are not arbitrary; they are required to minimize the chance that any observed difference between the placebo and treatment groups is due to something *other* than the treatment itself.  Double-blind, randomized, controlled trials (DBRCT) are the standard—indeed, the *only* accepted method— for determining whether a drug is effective.  They are the foundation on which modern pharmaceutical medicine is based, even if they have little impact on the behavior of the world's largest drug company.

Clinical trials that are not controlled, not blinded, not randomized and/or whose endpoints are not prospectively and objectively determined, while possibly helpful in generating a hypothesis, cannot be used to determine a drug's efficacy.  *See* Kessler Report ¶ 17.  Of even lesser value in determining a drug's efficacy are anecdotal case reports.  Such reports, which again may useful in generating a hypothesis for study, are not reliable or adequate evidence of efficacy.  These "reports are obtained haphazardly or selectively, and the logic of 'post hoc, ergo propter hoc' does not suffice to demonstrate that the first event [the taking of a drug] causes the second [the effect]."  D. Kaye & D. Freedman, *Reference Guide on Statistics*, contained in the Federal Judicial Center's *Reference Manual on Scientific Evidence* (2d ed. 2000), at 91(available online at http://www.fjc.gov/public/pdf.nsf/lookup/sciman00.pdf/$file/sciman00.pdf).

---

[7] Additional international "Efficacy Guidelines" are available at http://www.ich.org/cache/compo/475-272-1.html.

In a nutshell, a cause-and-effect relationship is deemed established when it can be determined statistically that there is a 95% probability that the difference observed between the treatment and control (placebo) groups is a non-random event.  This probability—expressed as "$p < .05$" in the language of statistics—is the "bottom line" of every clinical trial.  If $p < .05$, a "statistically significant difference" exists between the treatment and control groups with respect to the variable being measured, and a cause-and-effect relationship is inferred.[8]  If $p > .05$, no statistically significant difference has been shown, and no cause and effect relationship is or may be inferred.  *See generally*, *Reference Guide on Statistics*, at 121-25 (discussing p-values and statistical significance).

Each of Kaiser's efficacy experts describes his method and well-established reasons for relying solely on DBRCTs in rendering an efficacy opinion.  For each indication at issue, there are multiple DBRCTs, most of which were designed and conducted by Pfizer.  Given such a wealth of high-quality evidence, there is simply no need—and therefore no reason—to rely on lesser levels of evidence.  For these reasons, Kaiser's experts rely *solely* on the results of DBRCTs in rendering their efficacy opinions.

The essence of this litigation is that Pfizer suppressed or misrepresented the published results of multiple DBRCTs.  For this reason, Kaiser's experts reviewed, where possible, the full underlying clinical research reports and their results, not just the published versions.  Kaiser's

---

[8] This presumes, of course, that the results of the study have been analyzed as originally planned, and not distorted by changing the variable, primary endpoint, or patient population, a practice known as "moving the goalposts," which by its very nature undermines the conclusion that the statistical relationship observed is non-random.  *See, e.g., Reference Guide on Statistics, at* 93-94 ("[I]f the control group was obtained through random assignment before treatment, a difference in the outcomes between treatment and control groups may be accepted, within the limits of statistical error, as the true measure of the treatment effect.  However, if the control group was created in any other way, differences in the groups that existed before treatment may contribute to differences in the outcomes, or mask differences that otherwise would be observed.") (footnote and citations omitted).

experts revealed—as was the subject of a peer-reviewed article recently published in the *New England Journal of Medicine*[9]—that in many instances, the findings presented in the published literature did not match those found in the underlying research reports, and in many cases, entire trials went unpublished.

While Pfizer's experts readily agree that the highest level of evidence comes from DBRCTs, they abandon reliance on such high-quality evidence. Instead, they advocate a cafeteria-style approach to evidence-based medicine, wherein they highlight—without any recognizable method or principle—select pieces of evidence from the varying levels of evidence, including the lowest level: their own clinical experience. But in so doing, they either ignore entire DBRCTs, or rely on a published article, even when the underlying, internal research report exposes its fraudulently manufactured conclusion.

There is not a mere difference of opinion between Pfizer's and Kaiser's efficacy experts. Pfizer's experts do not even attempt to explain away the significant differences between the published articles and the underlying research reports; they simply ignore them. Nor do Pfizer's experts even acknowledge the existence of entire DBRCTs that were never published. The opinions of Pfizer's efficacy experts are not the product of reliable principles and methods. Rather, they are the product of exactly the type of unreliable, scientifically invalid evidence that the Supreme Court ruled should be excluded in *Daubert*.[10]

---

[9] Vedula, *et al*., *Outcome Reporting in Industry-Sponsored Trials of Gabapentin for Off-Label Use*, 361;20, New England Journal of Medicine, 1963 (2009).

[10] By way of example, in *Norris v. Baxter Healthcare Corp*., 397 F.3d 878, 884-85 (10th Cir. 2005), the Court found that where there was epidemiological evidence supporting one conclusion, reliance on differential diagnosis "without supporting epidemiological evidence" was "misplaced," and excluded the expert testimony. In *Doe 2 v. Ortho-Clinical Diagnostics, Inc*., 440 F. Supp. 2d 465, 474 (M.D.N.C. 2006), the Court rejected expert evidence testimony based on a literature review of peer-reviewed literature in which the expert's conclusions were "flatly contradicted" by the available epidemiological literature. Relying on *Norris*, the Court also

IV.   **DR. SLABY'S OPINION THAT NEURONTIN IS EFFECTIVE IN TREATING BIPOLAR DISORDER IS NOT THE PRODUCT OF RELIABLE PRINCIPLES AND METHODS**

Dr. Andrew Slaby is (or was) Pfizer's expert on the efficacy of gabapentin in treating bipolar and other mood disorders.  His December 15, 2008 report (Slaby Report) is the only expert report Defendants did not cite in support of their motion for summary judgment.

Four DBRCT have been conducted studying Neurontin in bipolar disorder.  Not one of these studies indicates that Neurontin is any more effective than placebo in treating any aspect of bipolar disorder.  Dr. Slaby's opinion that "[g]abapentin is an effective treatment for some patients suffering from bipolar and other mood disorders" (Slaby Report, at 1) repeatedly acknowledges that such studies are the "gold standard" of evidence (Slaby Report, at 6, 9), but he ignores one of them, misrepresents the results of a second, and considers the other two no more important than scientifically inferior studies, which he acknowledges are merely "hypothesis-generating rather than hypothesis-confirming" *(i.e*., they prove *nothing*).  (Slaby Report at 8.)

A.   **All Four DBRCT Have Shown That Neurontin Is Ineffective In Treating Bipolar Disorder**

Defendants' protocol 945-209 ("Pande"), not only demonstrated that Neurontin is no more effective than placebo at treating either the depressive or manic symptoms of bipolar disorder, but also indicated that placebo is a *more* effective anti-manic agent than Neurontin.  *See* Barkin Report, at 7-8.  A second trial, the lead investigator of which was Dr. Mark Frye, then of

---

excluded expert testimony based on differential diagnosis that contradicted the available epidemiological evidence.  *Id*. at 477.  In *Soldo v. Sandoz Pharms. Corp*., 244 F. Supp. 2d 434 (W.D. Pa. 2003), after cataloguing cases in which courts have held that epidemiology is the generally accepted methodology for demonstrating causation, *see id*. at 532 and n.7, the Court assessed and rejected the plaintiff's experts' reliance on other methods of showing causation, including anecdotal case reports, "causality assessments," animal studies, and differential diagnosis.  *Id*. at 537-57.

the National Institute of Mental Health ("Frye"), demonstrated that Neurontin was no more effective than placebo as a treatment for bipolar disorder. *Id*. at 9. A third trial, authored by investigators associated with Harvard Medical School ("Guille"), demonstrated that Neurontin was no more effective than placebo at treating mania. *Id*. A fourth trial, Defendants' own protocol 945-421-291 ("Vieta"), demonstrated that Neurontin was no more effective than placebo at improving bipolar symptom severity. *Id.* at 8-9.

Kaiser's bipolar expert, Dr. Jeffrey Barkin, a board-certified psychiatrist and Director of Maine's Medicaid Drug Utilization Review Board, concludes that:

> The clinical trial database of Level 1 Evidence [DBRCT] consistently shows lack of efficacy of gabapentin for the treatment of bipolar disorder. . . . [¶]  There is little ambiguity about the results discussed above. In none of the double-blind trials did gabapentin demonstrate any efficacy over placebo as a treatment for bipolar disorder and other mood disorders. Quite the opposite, the scientific evidence clearly shows that gabapentin is ineffective as a treatment for bipolar disorder.

*Id*. at 10.[11]

## B. Dr. Slaby's Report Is Inaccurate, Incomplete, Unscientific, and Unreliable

At the outset of his report, Dr. Slaby announces his opinion that "Gabapentin is an effective treatment for some patients suffering from bipolar and other mood disorders." Slaby Report, at 1.  While Dr. Slaby acknowledges that "[t]he gold standard for evaluating the efficacy of a therapeutic intervention for psychiatric conditions is a double-blind placebo-controlled

---

[11] A second Kaiser expert, Dr. John Abramson, reaches the same conclusion:  "In sum, four randomized controlled clinical trials testing the efficacy of Neurontin for bipolar disorders have been done.  Of the two identified as sponsored by the manufacturer, one showed that Neurontin is significantly worse than placebo [Pande], and one showed no benefit [Vieta].  The study done by NIMH showed no benefit [Frye].  Another presented in 1999 [Guille] also showed no benefit."  Abramson Report, at 57.

crossover study with and without psychotherapy" (*id*. at 6),[12] he all but ignores these studies,

relying instead on inferior forms of evidence.  In his entire, 14-page report, only *two paragraphs*

contain discussion of any actual studies of Neurontin's efficacy in treating bipolar disorder.[13]

Dr. Slaby acknowledges that the Pande and Frye studies were negative (*id*. at 12); he makes no

mention whatsoever of the Guille study, despite the fact that Dr. Barkin's report, to which Dr.

Slaby's report is responsive, expressly criticized Dr. Slaby's prior report on that ground;[14] and

Dr. Slaby cites the Vieta publication as "clearly indicat[ing] a role for gabapentin in bipolar

disorder" (*id*.), without responding at all to Dr. Barkin's undisputed observation that the Vieta

publication falsely reported that the results of the trial were positive, when in fact they were

negative.[15]  At the end of his report, Dr. Slaby acknowledges that "gabapentin is not a first-line

agent in my practice . . . ."  *Id*. at 14.

---

[12] *See also*, Slaby Report, at 9 ("randomized double-blind, placebo-controlled trials are the gold standard in proving efficacy").

[13] Dr. Slaby cites a number of other studies for the proposition that "[r]andomized controlled trials demonstrate that gabapentin is an effective alternative therapy for patients with panic disorder and social anxiety disorder."  (Slaby Report, at 13.)  As the Court may recall, the plaintiffs, including Kaiser, chose not to pursue these claims, given the relatively small number of prescriptions written for these conditions.  *See, e.g*., Memorandum of Law In Support of Plaintiffs' Renewed Motion for Class Certification (Dkt. No. 1018) at 7 n.5 ("Plaintiffs have elected not to pursue subclasses for . . . anxiety disorders, due to the relatively small sales for these off-label conditions.").  Accordingly, this testimony is irrelevant.

[14] *See* Barkin Report, at 19 ("He makes no reference to the negative Guille study.").  Dr. Slaby's earlier report (Dkt. No. 586, Exh. 26), criticized by Dr. Barkin, was filed in opposition to plaintiffs' motion for class certification.  The portions of the two reports discussing studies of gabapentin and bipolar disorder are identical in substance.  *Compare id*. at 11-13 with Slaby Report at 11-13.

[15] As Dr. Barkin explained, the published Vieta article:

> fails to distinguish the original ITT [intent to treat] group from the
> PP subgroup. Instead, the 25 subjects in the PP subgroup are
> described in the absence of the original ITT group despite the fact
> that the authors falsely write that "all statistical analyses were done
> by intention to treat."  The authors appear to have simply ignored
> the original ITT, creating an impression of efficacy from what is in

Dr. Slaby's report neither describes nor displays any discernable methodology for the collection and analysis of evidence; fails to distinguish between different levels of evidence; entirely omits to consider critical "Level 1" evidence (DBRCT); relies on one DBRCT published as positive even after he was referred to the internal research report showing that it was in fact negative; and elevates inferior quality studies[16] and anecdotal case reports over Level 1 evidence. As Dr. Barkin explains:

> [O]nly the section on pages 11-13 of the [Slaby] report addresses the use of gabapentin for bipolar and other mood disorders. My initial comment is on its face, the "Expert Report" does not appear to be utilizing any particular method. Although it does cite to "studies" in published literature, nowhere does the "Expert Report" identify whether any of those so-called studies are in fact randomized, placebo-controlled, double-blind studies, nor does it segregate the studies into the levels of evidence so that they can be appropriately analyzed. Moreover, the "Expert Report" appears to be basing its conclusion on "case reports, nonrandomized clinical trials, and small case studies," and not the available randomized, placebo-controlled, double-blind clinical trials. Based on part C of my section titled "Inefficacy of Gabapentin" above, such an approach is unscientific, potentially biased and clearly inappropriate.
>
> Second, it is clear that the author of the "Expert Report" did not receive all of the necessary Level 1 Evidence on gabapentin. He

---

> reality just the PP subgroup. If the original integrity of the ITT population had been maintained, this would be a failed trial with the conclusion that "[t]he primary efficacy parameter did not show statistically significant differences between gabapentin and placebo." Culling out or "cherry picking" a subpopulation that shows efficacy in lieu of the ITT population is dishonest, unethical and a far cry from demonstrating efficacy through the randomized ITT population.

*Id*. at 9 (quoting internal research report, available at http://www.clinicalstudyresults.org/documents/company-study_329_0.pdf, at 4).

[16] While Dr. Slaby acknowledges that such "studies are referred to as hypothesis-generating rather than hypothesis-confirming" (*i.e.*, they *prove nothing*) (Slaby Report, at 8), he lumps them together with the Level 1 evidence, as if they were entitled to the same weight. *See* Slaby Report, at 11-13.

makes no reference to the negative Guille study. Moreover, he cites only Vieta's publication of the results of 945-421-291, which I demonstrated above are inaccurate, rather than citing to Pfizer's internal unpublished analysis. . . .

Third, consistent with the marketing efforts of Pfizer and Parke-Davis, the "Expert Report" elevates the lower tiers of evidence such as case reports and anecdotes over the Level 1 Evidence in order to falsely suggest that the evidence supporting the efficacy of gabapentin outweighs the negative. In one paragraph, the "Expert Report" cites to 17 different publications which "clearly indicate there may be a role for Gabapentin, especially for the depressive component of bipolar disorder." Of those 17 citations, only two are in fact Level 1 Evidence, and those studies (Frye and Vieta) were negative, i.e. not supportive of the use of gabapentin in mood disorders. Missing from this paragraph is a complete discussion of the Level 1 Evidence, including the studies of Pande and Guille, which would have rendered the conclusion of that paragraph unsupportable.

Pande and Frye are both referenced in a following paragraph as two of "[o]nly a few studies" that "have not found such promise." However, the actual findings of Pande and Frye are never reviewed, suggesting that these citations are equivalent to citations of the favorable anecdotal case reports. Additionally, that paragraph fails to include the results of Guille and 945-421-291, suggesting that the question of gabapentin's efficacy (or more properly inefficacy) is unsettled scientifically.

Dr. Slaby spends much of his report advocating the use of non-FDA approved treatments. This is not the issue. Rather, the issue is the purposeful and misleading withholding of Level 1 Evidence which clearly and definitively demonstrates the lack of efficacy of gabapentin in bipolar disorder.

Based on the foregoing, the undated "Expert Report" of Dr. Slaby submitted by Defendants is inaccurate, incomplete, unscientific and unreliable.

Barkin Report, at 19-20.

Because Dr. Slaby's report ignores one DBRCT, misconstrues a second DBRCT that was actually negative as positive, and relies on inferior forms of evidence incapable of determining a drug's efficacy, his opinion is, as Dr. Barkin states, "inaccurate, incomplete, unscientific, and unreliable" (*id.*), and should therefore be excluded under *Daubert*.

V.      <u>**CONCLUSION**</u>

For the foregoing reasons, the testimony of Dr. Slaby should be excluded.


Dated:  January 12, 2010                              Respectfully submitted,


                                                      By:     */s/ Linda P. Nussbaum*
                                                              Linda P. Nussbaum

                                                      KAPLAN FOX & KILSHEIMER LLP
                                                      Linda P. Nussbaum, Esq.
                                                      850 Third Avenue, 14th Floor
                                                      New York, New York 10022

                                                      *Attorneys for Plaintiffs Kaiser Foundation*
                                                      *Health Plan, Inc. and Kaiser Foundation*
                                                      *Hospitals*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol
HAGENS BERMAN SOBOL
   SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

*Of Counsel*

Exhibit 1

# EXPERT REPORT OF ANDREW SLABY

## EXECUTIVE SUMMARY

Gabapentin is an effective treatment for some patients suffering from bipolar and other mood disorders. It is a remarkably safe medicine, with few side effects and drug-drug interactions. In my opinion, it is a valuable tool in helping to alleviate symptoms of a number of psychiatric conditions.

Dr. Jeffrey Barkin concludes otherwise, based on what he perceives as the state of the so-called "Level-1" evidence (results from randomized double-blind, placebo-controlled clinical trials) regarding gabapentin's effectiveness in these disorders. Dr. Barkin's particular view of "evidence based medicine" would require doctors to prescribe medicines based only on the available Level-1 evidence: "When there are numerous treatments with and without Level 1 Evidence, we are compelled to use those whose use is supported with the strongest evidence, i.e. those with Level 1 Evidence." This view elevates the modal patient over the individual patient. It wrongly emphasizes Level-1 evidence to the exclusion of the other types of evidence on which doctors routinely (and often must) base prescribing decisions, and it ignores the numerous factors that doctors must consider when selecting the most appropriate treatment for an individual patient.

Dr. Barkin's report also ignores the limitations of randomized double-blind, placebo-controlled clinical trials. Such trials typically study patients with mild to moderate symptoms with no complicating factors or comorbidities. Positive results from such trials suggest therapies that *might* be effective in treating patients suffering from the studied condition. But many patients – particularly those with severe or complicated symptoms, patients with comorbidities, and patients who are otherwise different from patients studied in such trials – do not respond to treatments whose effectiveness is supported by Level-1 evidence. For these patients, physicians must look to alternatives whose efficacy may be suggested by only Level-2 or Level-3 evidence. Dr. Barkin likewise wrongly generalizes from so-called "failed" studies and asserts that they "definitively demonstrate" that gabapentin is ineffective in treating patients with bipolar and other mood disorders. Just as a positive study does not mean that a drug will work for all patients suffering from the studied condition, a failed study does not mean that a drug will not help any patient suffering from the studied condition.

I have reviewed the literature concerning gabapentin's efficacy in bipolar and other mood disorders. In my opinion, the totality of the evidence (Level-1, Level-2 and Level-3 evidence) supports gabapentin's efficacy in treating some subpopulations of patients with bipolar and other mood disorders. In that way, the literature is consistent with my own clinical experience prescribing gabapentin to bipolar and other mood-disordered patients.

## BACKGROUND AND QUALIFICATIONS

After graduating Columbia University's College of Physicians and Surgeons, I completed a medical internship at Boston City Hospital in Boston, Massachusetts. I also trained in psychiatry at Yale University where I concomitantly completed work on a Ph.D. in Epidemiology. After completing training at Yale, I worked in the Laboratory of Clinical Psychopharmacology at the National Institute of Mental Health. I then returned to Yale to teach, direct the Primary Care – Emergency Service of the Yale New Haven Hospital, and see outpatients for psychiatric treatment. During my time at Yale I served as a psychopharmacologic consultant to the chronic care service, providing care for patients discharged and released from Connecticut State psychiatric hospitals for continuing care at the Connecticut Mental Health Center.

I left Yale in 1978 and spent a year at the National Institute of Mental Health in the Staff College where I taught individuals providing emergency psychiatric care to acutely ill psychiatric patients at federally funded mental health centers. At the same time I was an Associate Professor of Psychiatry at George Washington University's Medical School in Washington, D.C.

In 1979 I became Professor of Psychiatry and Human Behavior at Brown University's School of Medicine in Providence, Rhode Island and Psychiatrist-in-Chief of Rhode Island Hospital. I was also made Chief of Psychiatry at Women and Infants Hospital in Providence. In addition to teaching psychiatry there and directing the general hospital's departments of psychiatry, I taught psychiatric epidemiology and saw private patients.

In 1987 I moved to the New York area and became Medical Director of two private psychiatric hospitals and Clinical Professor of Psychiatry at both New York University School of Medicine and New York Medical College. I commenced a private practice in the New York-New Jersey metro area in 1987 and have continued in both my academic roles and private practice to this date. In 1994 I resigned as Medical Director at the Regent Hospital to focus on my private practice. My current patients are predominantly individuals with various affective illnesses, including bipolar disorder, anxiety disorders, and substance abuse disorders.

Throughout my career I have written extensively, performed research, and lectured nationally and internationally on emergency psychiatry, epidemiology, suicidology, and other related clinical psychiatric matters. I have a particular interest in suicide prevention and management of the suicidal patient and in particular of symptoms and circumstances that increase suicide risk. I have served as President of the Tri County Psychiatric Society and the American Association of Suicidology and am on the National Board of the American Foundation of Suicide Prevention. I am a member of the American College of Psychiatrists, a member of the Group for Advancement of Psychiatry, and an Esteemed Fellow of the American Psychiatric Association. I am also on the Board of the International

2

Academy of Law and Mental Health, and I am a Trustee of the HealthCare
Chaplaincy Board of New York City.

## PURPOSE OF REVIEW

In this report I discuss why physicians prescribe drugs off-label. I also
review the literature discussing gabapentin's efficacy in the management of bipolar
and mood disorders, and I respond to Dr. Barkin's report. I specifically address Dr.
Barkin's inappropriate interpretation of "Evidence-Based Medicine" and his
contention that the most effective medications – and the medications that physicians
should therefore use for all patients suffering from a particular disorder – are those
whose efficacy is established by so-called "Level-1 evidence." I conclude that
gabapentin can be an effective treatment in some bipolar patients and that
physicians such as myself appropriately use gabapentin off-label to treat bipolar and
other mood disordered patients. I incorporate by reference the prior reports I
submitted in this matter.

## REASONS PHYSICIANS EXPLORE
## OFF-LABEL USE OF A PHARMACOLOGIC AGENT

Physicians prescribe medicines off-label for a number of reasons. They
seek off-label options when FDA-approved treatments fail to work for a patient,
when FDA-approved treatments are contraindicated, when patients have tolerability
problems with indicated treatments, or when there is no FDA-approved drug to
treat a patient's condition.

Available on-label medications often fail to provide any relief or only
partial relief of psychiatric symptoms suffered by a patient. Only approximately
33% to 45% of patients on a single antidepressant obtain full remission.
Approximately 55% - 67% of patients obtain only a partial response or no response
at all. For example, lithium carbonate, which was approved for management of
bipolar disorder in the early 1970's and which Dr. Barkin describes as a cornerstone
in the treatment of bipolar disorder, has been found over time to have less of an
impact than it once promised to have. Approximately one-half of bipolar patients
do not respond to lithium therapy and more than one-half of those who do will
develop resistance to lithium treatment over time. (Nemeroff, 2000). Ascertaining
long term lithium efficacy is complicated by a low patient adherence rate due to the
cumulative burden of side effects and other complications. Lithium is better for
mania and hypomania than for depression and better for the chronic management of
a patient than acute management. Similarly, lamotrigine (Lamictal) is shown to be
better for depression than mania and valproic acid (Depakote) for mania more than
depression. Augmentation of a single treatment with another agent may sometimes
turn a partial response to complete remission or provide some relief for a non-
responder. After a physician has explored use of all drugs with an FDA indication,
if any exists, he or she will often turn to use of agents that, given their similarity to
other drugs or given the prospective cause of a medical disorder, he or she might
expect to provide relief.

3

Off-label uses of a pharmacologic agent are also sometimes sought out when use of an on-label drug is precluded because of other conditions. For instance, individuals with Attention Deficit Hyperactivity Disorder (ADHD) may be precluded from using a stimulant because of a history of abuse or addiction to stimulants. Hence, bupropion (Wellbutrin), a non-stimulant, may be successfully employed for ADHD despite lack of an FDA approval for such use. Given its chemical structure and neurochemical action, bupropion is not attended with addiction and therefore is safe to use in individuals prone to addictions.

Off-label uses of drugs are sometimes sought because a patient's medical condition demands extreme caution with use of certain drugs. For instance, alcoholics are frequently cross-addicted with benzodiazepines so use of drugs such as chlordiazepoxide (Librium) or alprazolam (Xanax) for withdrawal or for anxiety disorders in alcoholics may result in a new addiction. Alcoholics also frequently suffer either from alcoholic-induced hepatitis or cirrhosis of the liver limiting use of drugs such as most anticonvulsants or benzodiazepines that entail metabolism by the liver. Unlike some other drugs, gabapentin is not metabolized by the liver. Thus, gabapentin was explored for treating anxiety in patients with known substance abuse disorders and could be used without the same degree of concern.

Drug-drug interactions also sometimes limit the use of FDA-approved drugs. If two medications are metabolized by the same body systems there is a chance that use of both may result in a dangerous increase or decrease in a level of a drug in an individual's system. For instance, fluoxetine (Prozac), paroxetine (Paxil), fluvoxamine (Luvox), and bupropion (Wellbutrin) are associated with considerable drug-drug interactions. For anxiety conditions in which one might otherwise use one of those drugs, a physician might prescribe escitalopram (Lexapro) or gabapentin off-label because they would be expected to provide the desired reduction in anxiety without endangering the patient's health.

There are also many conditions for which there is no FDA-approved therapy. The clinician's goal is to provide, as much as is reasonably possible, relief to patients suffering from medical disorders. As much as 88% of DSM-IV-TR diagnostic categories have no FDA-approved drug treatments (Nasrallah, HA, 2007), and physicians must look to off-label treatments to provide patients relief from these conditions. Additionally, most patients doctors encounter in real-world practice present more complicated cases than the patients studied in the sorts of trials needed for FDA approval. On-label use is usually supported by short-term studies of very uncomplicated patients not representative of community-based practice, which includes more patients resistant to standard therapies or suffering comorbid psychiatric disorders such as substance abuse or medical problems. Moreover, patients often request therapeutic interventions that may provide symptom relief without or with minimal untoward side effects. Many patients, for example, cannot tolerate the side effects of FDA-approved bipolar treatments like lithium, which can cause weight gain, skin eruptions, and gastrointestinal problems. Others may develop kidney or thyroid problems. Some suffer permanent kidney damage. Lithium, as well as carbamazepine and valproate, demands serial

4.

laboratory testing that many patients cannot or refuse to comply with in order to identify such potentially dangerous adverse medical events.  For patients suffering from conditions for which there is no treatment supported by Level-1 evidence and for those patients whose conditions are not adequately managed by treatments supported by Level-1 Evidence (where they exist), clinicians must seek out drugs that Level-2 or Level-3 evidence suggests may be used off-label to provide relief.

Dr. Barkin fails to account for the complexities that clinicians face in daily practice.  Instead, his report discusses only FDA-approved treatments for bipolar disorder and addresses only the management of the modal patient.  Barkin asserts that "[w]hen there are numerous treatments with and without Level 1 Evidence, we are compelled to use those whose use is supported with the strongest evidence, i.e. those with Level 1 Evidence."  As I discuss below, Level-1 evidence derives from studies of patients who are not representative of the types of patients psychiatrists treat in community practices, many of whom fall within patient subpopulations that are not, and often cannot be, studied in clinical trials that generate Level-1 evidence.

Whereas Dr. Barkin focuses on how to identify the therapy that will affect the most patients, a clinician's responsibility is to identify the treatment that provides the greatest relief to the *individual patient*.  Dr. Barkin fails to address the critical issue of what help a physician may provide to a patient who does not respond to FDA-approved treatments or treatments whose efficacy is demonstrated by Level-1 evidence.  In order to comfort patients and alleviate pain, improve functional capacity and physical, social and psychological well-being, physicians need an armamentarium of treatments with efficaciousness demonstrated by Level-1 evidence, as well treatments that Level-2 and Level-3 evidence suggests might be effective.  Physicians develop algorithms to guide selection of treatments in which interventions supported by Level-1, -2, and -3 evidence are prioritized based on efficaciousness for various subpopulations of patients.  Such algorithms suggest that a physician try interventions that may affect a greater number of patients earlier in his or her treatment of a particular patient.  But they also suggest that physicians try interventions that may be effective for smaller patient subpopulations after first choice interventions fail entirely or alone in providing remission of symptoms. Generally the efficacy of first choice options (those for larger groups or more modal patients) is supported by Level-1 evidence.  Those chosen later may be supported by Level-2 evidence or Level-3 evidence.

Physicians cannot and should not, as Dr. Barkin's report suggests, rely solely on randomized, controlled trials to make treatment decisions.  Although results from such trials may allow for generalizations, they often do not apply in a straightforward way even to patients within the particular subpopulation studied. Moreover, there are many patient subpopulations whose conditions cannot practically be studied in randomized, controlled trials and whose conditions would effectively go untreated if physicians were constrained to use only those therapies that Level 1 evidence supports.

5

For this reason, Dr. Barkin's opinion does not comport with the choices that clinicians face on a daily basis. Clinicians often look to single case reports, small case series, and non-blinded or non-randomized clinical studies to support the use of therapeutic modalities that may provide a more complete treatment or remission in an individual patient when FDA-approved drugs or drugs supported by stronger evidence cannot be used or fail to achieve desired results. They seek out drugs with comparable actions to known effective agents or agents that are effective in treating conditions similar to the condition the patients suffers. Moreover, physicians base prescribing decisions on myriad factors in addition to efficacy. Gabapentin, for example, has limited, mild side effects. It is remarkable in its lack of drug-drug interactions and uncomplicated clearance from the body. And it is not addictive. In psychiatry, where many patients take multiple medications to treat multiple conditions, gabapentin's side effect profile, the fact that it is not addictive, and its lack of drug-drug interactions, makes it a valuable tool to treat patients with complicated illnesses. These characteristics of the drug, while not themselves related to its efficacy as tested in randomized, controlled trials, are of paramount importance to prescribing physicians.

## EPIDEMIOLOGIC APPROACHES
## TO EVALUATING DRUG EFFICACY

The gold standard for evaluating the efficacy of a therapeutic intervention for psychiatric conditions is a double-blind placebo-controlled crossover study with and without psychotherapy. Double blind means neither the clinician nor the patient knows who is getting active drug or placebo (false pill) until the blind is broken at the end of the study. Subjects must have a defined level of symptom severity on a validated scale such as the Hamilton Depression Rating Scale, the Montgomery-Asberg Depression Rating Scale, or a global index of symptom severity or dysfunction.

In practice, there are limitations both in conducting a perfect study and in interpreting the results from such studies. Ethical constraints, for example, often prevent investigators from performing such studies. Given the state of the art in psychiatric care, it would be unethical to include anyone in a study who has severe symptoms for which there is a known treatment or who, if untreated, are at an increased risk of suicide, death by starvation, or other directed violence (e.g., homicide). New drugs are therefore often researched in combination with known treatments in studies involving a large sample to see if the new drug improves response or brings about remission of symptoms or more effectively prevents relapse.

Double-blind, placebo-controlled trials typically study patients under ideal conditions and who have mild to moderate symptoms and no complicating co-morbidities. Patients in such studies in fact often respond to a medical psychotherapy such as cognitive behavior therapy, dialectical behavior therapy or interpersonal therapy. There also is a significant placebo response; in some cases, greater than 20% of patients studied will recover without any active drug or

6

psychotherapy. There is therefore often no Level-1 evidence of a drug's efficacy in severely ill patients.

While the gold standard is desirable, the success or failure of such a trial does not definitively answer the question of whether a drug is effective for a given patient. A successful, properly designed and conducted study can establish that a drug is effective for patients similar to the population studied. It does not establish that a drug will be effective for every patient in the particular subpopulation that was studied, let alone every patient with the condition that was studied. Similarly, a study that does not show efficacy does not prove that a product is not an effective treatment for the studied condition. Many so-called "failed" studies are poorly designed or not properly conducted. Moreover, a number of methodological issues can cause a study not to show efficacy even if the medication actually can be effective. For example, if a study is under-powered, *i.e.* it studies too few patients to detect an effect, the study will not demonstrate that a drug is effective. But the absence of a positive result from an underpowered study does not preclude the possibility that a study of a larger population would demonstrate the drug's value. Even a failed study that is properly designed and carried out and that is not otherwise methodologically flawed demonstrates only that the drug was not effective for the majority of the population studied. It does not preclude the possibility that the drug is effective for specific subpopulations or for unidentified subgroups of the studied population.

The problem of limiting the determination of the efficacy of a particular treatment of an illness such as bipolar disorder to only what is observed in double-blind placebo-controlled studies may be illustrated in part by an analogy to evaluating the efficacy of a standardized teaching technique to educate children.

In theory, one could measure the efficacy of a novel teaching technique designed to educate the majority of children through a study designed to yield "Level 1 evidence" by ensuring that neither the teachers nor the students knew (i.e., double-blind) whether the particular technique employed was a novel teaching method or a control (for example, a traditional teaching technique or a method that has not been shown to have any educational benefit, *i.e.* controlled or "placebo-controlled"). One could measure the effect of the new technique by performance on standardized testing. If the children who participated in the study were randomly drawn from the general population, one would expect that the study population would comprise a majority of students around the modal IQ. If the scores of students who were exposed to the new technique were statistically superior to those of the control group, one could conclude that "Level-1 evidence" demonstrates that the new technique positively affects some students.

The conclusion would apply, however, only as to students whose IQs were similarly within the normal range. It would not necessarily – indeed, it likely would not – apply to children who are mentally subnormal or to children whose IQs are in the near-genius or genius range and who might be bored and distracted when taught at a pace not commensurate with their abilities. Likewise, creative children across

the spectrum of IQ might not benefit from such a technique. Techniques designed to educate mentally subnormal children, children whose IQs are in the near-genius or genius range, or particularly creative students similarly might provide little or no educational benefit to average children.

Moreover, IQ is but one factor in how a teaching technique tailored to a unique student should be chosen. A student might be very bright, mentally subnormal, or creative, and also concomitantly suffer a learning disability or a physical or psychiatric impairment that requires an educator to further refine or augment the technique used to educate that particular student. Therefore, notwithstanding "Level 1 evidence" that demonstrates that a particular technique is an effective method of educating children, that technique may not be at all effective in educating children within the multitudinous subpopulations who do not fit neatly within the mold of the average student.

The problem is the same for providing psychiatric care tailored to a unique patient's needs. Therapeutic interventions substantiated with Level-1 evidence may work for some patients – perhaps many patients – who suffer from a particular disease. But there are many subpopulations of patients who suffer from an illness, such as bipolar disorder, for whom such treatments do not work. It would be impossible, however, to study every subpopulation using gold standard trials to determine whether or not a drug is effective. Given the limitations due to research design, cost factors, sampling problems, or ethical restraints, other avenues are sought to provide clinicians insight into what may be used to provide better care or comparable care with less risk to patients. These studies are referred to as hypothesis-generating rather than hypothesis-confirming. They give us alternate approaches to help relieve patient pain given the real difficulties of creating a perfect study. Those that appear to offer hope for the largest number of patients might then be funded for larger scale multicenter studies that permit the use of more powerful parametric statistics rather than the less powerful non-parametric statistics reserved for smaller, less well-matched or unmatched small samples. Not all drugs that show promise in hypothesis-generating studies, however, will be or can be studied in hypothesis-confirming studies.

Randomized clinical trials that are not double blind as well as simple case reports, reports of a small series of patients, and clinicians' own practices continue to provide clinicians with valuable information regarding treatment options even if cost, design, or ethical problems prohibit large scale double-blind crossover placebo-controlled studies of a properly chosen sample of a patient population. Even in the absence of a placebo control, these sources of information allow clinicians to control for the placebo effect to make determinations regarding a drug's potential efficacy. For example, the likelihood that a response is placebo-based is less if a person has not previously responded to medications with known efficacy. If a person is placebo responsive and has been provided a number of medications with known efficacy, it would seem circumstances and popular lore of their effectiveness would have brought about the placebo response earlier. Furthermore, if a therapy remains effective for a prolonged period of time, it is

8

likely not because of a placebo effect. And, if a patient has had numerous changes in medications but experiences similar benefits from a drug each time it is added and suffers similar problems when it is removed, the effect is likely not a placebo effect. Thus, while randomized double-blind, placebo-controlled trials are the gold standard to control for a placebo effect, clinicians can potentially detect the effect in clinical practice in a number of ways. Similarly, while such studies are the gold standard in proving efficacy, lesser studies and case reports provide evidence of efficacy that prescribing physicians can and do reasonably rely upon.

## RATIONALE FOR USE OF GABAPENTIN
## FOR MANAGEMENT OF BIPOLAR AND MOOD DISORDERS

Bipolar disorder is a complex mood disorder with debilitating effects on those who suffer from it. There is no cure for bipolar disorder; rather a psychiatrist's goal is to manage its symptoms and to provide the patient as much relief as is possible. The disease is characterized by manic phases and depressed phases, sometimes accompanied by periods when a patient's mood is stable. Until physicians recently began to use atypical antipsychotics to treat bipolar patients, the available therapies were limited to lithium and anticonvulsants. Unlike gabapentin, lithium and the anticonvulsants typically used to treat bipolar disorder have very severe side effects. For many patients, those side effects make first line bipolar treatments intolerable.

Gabapentin, on the other hand, is not metabolized in the body, minimizing concern over drug-drug interactions. (de-Paris, et al., 2003). Its metabolism is simple and without any potential problems for those with kidney or liver impairment. It is well tolerated; its main side effects are dizziness and sedation. (Pande, et al., 1999). Preclinical trials have shown gabapentin to have dose-dependent "anxiolytic-like" effects comparable to that of benzodiazepines. (Pande, et al., 1999). It was shown to be associated with improvement in mood (which seizure improvement did not account for) as measured by the Cornell Dysthymia Rating Scale in seizure patients. (Harden, et al., 1999). Unlike benzodiazepines, gabapentin is not addictive.

Bipolar disorder patients often suffer from comorbid mental and physical ailments and substance abuse disorders that complicate efforts to manage the patients' symptoms. Many suffer from anxiety symptoms or comorbid anxiety disorders, such as Panic Disorder, which may share a genetic etiology with bipolar disorder. (McKinnon, et al., 2003; Rotondo, et al., 2002) Bipolar patients also frequently self-medicate, leading to addiction. A psychiatrist must account for all of a bipolar patient's symptoms and comorbid conditions when contemplating a treatment regimen. For example, a physician would choose gabapentin over benzodiazepines, which have high abuse potential, in certain bipolar patients with anxiety symptoms to mitigate the risk that that patient would take increasing amounts of (and become addicted to) the benzodiazepines to mollify the unmanaged anxiety component of his or her disorder.

Because a treatment regimen should account for each patient's individual circumstances and because bipolar disorder is not a unitary disease, treatment will differ from one patient to the next. Indeed, a single bipolar patient's therapy will likely change many times. A physician will often switch a patient's medications or change dosages because the patient's existing therapy is not working or has stopped working or because the patient suffers from intolerable side effects from his or her current medication or dose. A physician will continue to adjust a patient's medications and dosages until the patient's symptoms are controlled sufficiently to relieve the patient's suffering and allow the patient to live a normal life. In these complex patients, gabapentin is a valuable tool. It can be effective for many conditions, has limited side effects, does not interact with other medications, and is not addictive.

I have reviewed plaintiffs' lists of proposed alternate medications to gabapentin for bipolar disorder and disagree that any of the drugs plaintiffs identify is necessarily a more optimal treatment than gabapentin for all patients. None of the drugs plaintiffs identify has as favorable a profile as gabapentin. As I discuss above, lithium has a number of serious adverse events, including possible liver and kidney damage, thyroid problems, acne and hair loss, and it is a gastric irritant. It requires frequent blood testing, which many patients find intolerable. Moreover, many patients do not respond to lithium and many who initially respond to it develop resistance to it over time. Plaintiffs also identify a number of anticonvulsants (carbamazepine, divalproex sodium, valproic acid, valproate, and lamotrigine) the majority of which likewise require frequent blood monitoring, and all of which have many more and more severe side effects than gabapentin. Lamotrigine and carbamazepine, for example, are associated with Stevens Johnson Syndrome, a rare but potentially fatal skin disorder. The product label for divalproex sodium (and valproate and valproic acid), marketed as Depakote, contains a black box warning of liver toxicity, teratogenicity that often precludes giving it to women of child bearing age, and pancreatitis.

Most of the drugs that plaintiffs list are antidepressants (amitriptyline hydrochloride, amoxapine, bupropion hydrochloride, clomipramine hydrochloride, desipramine hydrochloride, doxepin hydrochloride, imipramine hydrochloride, maprotiline hydrochloride, nefazodone hydrochloride, nortriptyline hydrochloride, protriptyline hydrochloride, trimipramine maleate, citalopram hydrochloride, escitalopram oxalate, fluoxetine hydrochloride, paroxetine hydrochloride, paroxetine mesylate, sertraline hydrochloride, and trazodone hydrochloride) that are not indicated for use in bipolar disorder and whose use in bipolar disorder is in fact discouraged, even in the depressive component of the disorder, because they can thrust a bipolar patient into a manic episode and through a mixed state in which the risk of suicide is greatest. This risk is particularly significant in view of the potential for intentional overdose by a suicidal patient; as little as one week's worth of tricylic antidepressants can be fatal in overdose.

Antidepressants are also associated with a number of adverse side effects, including cardiac arrhythmias, drops in blood pressure, weight gain, sexual side

10

effects, and gastric irritation. Amoxapine can also cause tardive dyskinesia, a serious movement disorder, and trazodone hydrochloride is very sedating and associated with priapism. The product label for Serzone (nefazodone hydrochloride) contains a black box warning of potentially life-threatening hepatic failure. Phenelzine sulfate, isocarboxazid, and tranylcypromine sulfate are monoamine oxidase (MAO) inhibitors that can cause Serotonin Syndrome, a life-threatening condition resulting from excess serotonin. Isocarboxazid also increases a patient's risk of heart attack and stroke when taken with certain foods and other drugs. MAO inhibitors pose a similar risk to other antidepressants of thrusting bipolar patients into a manic episode, as does mirtazapine, which is also very sedating and associated with weight gain. Plaintiffs also list duloxetine hydrochloride and venlafaxine hydrochloride, which are antidepressants known as selective serotonin and norepinephrine reuptake inhibitors, that can also thrust a bipolar patient into a manic episode and which can cause an increase in blood pressure and adverse sexual side effects.

A number of the drugs plaintiffs identify are atypical antipsychotics (aripriprazole, olanzapine, quetiapine fumarate, risperidone, and ziprasidone), which have only recently been used to treat bipolar disorder and which are associated with a number of side effects. They may cause weight gain and Type-2 diabetes, as well as increases in triglycerides and cholesterol. While there is less concern about weight gain and diabetes with aripriprazole, it can cause anxiety in some patients. Risperidone is also associated with an increased risk of extrapyramidal side effects, causing a movement disorder similar to Parkison's disease.

In contrast to all of the drugs plaintiffs identify, gabapentin has mild adverse events, few drug-drug interactions, and is generally well-tolerated. Moreover, the medical literature contains both direct and indirect evidence that supports gabapentin's role in treating bipolar and other mood disorders. Indeed, in 2000, the Expert Consensus Guideline Series for the Medication Treatment of Bipolar Disorder noted gabapentin as an add-on therapy to other mood disorders and for mood disorders co-morbid with panic disorder. (Sachs, et al., 2000). In 2004, the updated version of the guidelines continued to recognize the role of gabapentin for patients with bipolar disorder and certain comorbid medical or psychological conditions. (Keck, et al., 2004). The Expert Consensus Guidelines are created by a panel of experts based on a literature review and surveys of recognized experts in the field. The guidelines reflect treatment options on which those with the most knowledge in the field reach consensus. While the guidelines are not based solely on randomized controlled data, the experts reviewed the literature, including randomized controlled trials and other trials, and came to a consensus on the effective and reasonable treatments for bipolar disorder. Those consensus guidelines recommend a role for gabapentin in the treatment of bipolar disorder, even if that role is not as a first-line agent.

There are a number of studies of the use of gabapentin in the management of bipolar disorder. The majority of these studies examine gabapentin as an

11

adjunctive agent rather than as monotherapy because ethical constraints and the risk of suicide in bipolar patients prevent clinicians from stopping bipolar patients' current therapies when those patients participate in clinical studies of a new drug that is being studied for efficacy. Adjunctive therapies are necessary supplements to bipolar monotherapies because many patients have only a partial response (often mitigated by severe side effects and other complications) to existing monotherapies and because of the severity of the illness: according to the Epidemiologic Catchment Area studies funded by the National Institutes of Mental Health, bipolar disorder patients have a 20% suicide rate.

The studies of gabapentin as an adjunctive bipolar treatment clearly indicate a role for gabapentin in bipolar disorder, especially for the disease's depressive component in some patients. (McElroy and Keck, 2000; Perugi, et al., 1999; Vieta, et al, 2000; Frye, et al., 2000; Altshuler, et al., 1999; Sokolski, et al., 1999; Yasmin, et al., 2001; Maurer, et al., 1999; Botts and Raskind, 1999; Ferrier, 1998; McElroy, et al., 1997; Ghaemi, et al., 1998; Wang, et al., 2002; Young, et al., 1997; Silverstone and Silverstone, 2004; Harden and Goldstein, 2002). A study published in 2006 suggested that gabapentin used adjunctively may be a useful prophylactic agent for bipolar disorder. (Vieta, et al., 2006). Some studies also indicate gabapentin's use as a monotherapy for bipolar disorder (Mokhber, et al., 2008; Mauri, et al., 2001) as well as its use for refractory or co-morbid patients (Carta, et al., 2003).

Only a few studies have not found such promise of gabapentin's role in managing bipolar disorder (Pande, et al., Sept 2000; Besag, 2004), and some, while indicating its value for the depressive phase adjunctively, do not find it effective as monotherapy. (Frye, et al., 2000). Cabras, et al. (1999), however, concluded that gabapentin is efficacious as an antimanic agent. The varying impact reported for gabapentin as an adjunctive bipolar disorder treatment may relate to its impact on insomnia (Rosenberg, 2003) or anxiety and the degree to which patients studied suffered from those symptoms.

Studies demonstrating gabapentin's efficacy in anxiety disorders further support gabapentin's role in managing bipolar disorder. Anxiety is frequently seen in patients with bipolar disorder. It can often appear as a symptom of bipolar disorder and bipolar patients frequently suffer comorbid anxiety disorders, including panic disorder, that complicate management of the bipolar patient's symptoms. While Dr. Barkin apparently reviewed the prior report I submitted in this case, he does not respond to – indeed, he ignores – the opinions I offered in that report concerning the studies demonstrating gabapentin's efficacy in social anxiety and panic disorder, despite their bearing on gabapentin's role in treating bipolar and other mood disorders.

The term anxiety disorder encompasses several distinct diagnoses, including obsessive compulsive disorder (OCD), generalized anxiety disorder (GAD), social anxiety disorder (SAD), post traumatic stress disorder (PTSD), panic disorder, and

social phobia.  Gabapentin has been studied in many of these disorders and is efficacious for some patients.

For example, significant reduction of anxiety was seen in a randomized, double-blind, placebo-controlled study of 69 patients evaluating the efficacy and safety of gabapentin in symptoms of social phobia by Pande, et al., (1999). Because of the lack of impact on benzodiazepine receptors this was achieved without evidence of tolerance/dependence or withdrawal phenomena. Another study using 32 normal male volunteers demonstrated a reduction of anxiety stimulated by public speaking. (de-Paris, et al., 2003).  A meta-analysis of a number of clinically available agents for anxiety indicated gabapentin's effectiveness for management of anxiety.  (Blanco, et al., 2003).  Davidson, et al. (1998), concluded in their review of the data to date of publication, that gabapentin provided pharmacotherapy for social anxiety without many of the complications associated with benzodiazepine or SSRI use.

Panic disorder is suffered by approximately 3.5% of adults in the United States. (Davidson, et al., 1998).  Pande, et al. (2000) demonstrated in a randomized, double-blind, placebo-controlled study of 103 patients dosed flexibly between 600 and 3,600 mg. daily on placebo over eight weeks that gabapentin may have anxiolytic effects in the subpopulation of severely ill panic disorder patients. Another case report of seven patients indicated that gabapentin was effective in anxiety reduction in depressed patients whose anxiety did not respond to antidepressant therapy alone.  (Norton and Quarles, 2001).  The addition of gabapentin enhanced therapeutic response.  In another report of four patients with an alcohol abuse history in which benzodiazepines are relatively contraindicated because of problems with addiction and metabolism by the liver, gabapentin was an effective monotherapy for generalized anxiety disorder or panic disorder.  (Pollack, et al., 1998).  Hamner, et al. (2001) found gabapentin a significant adjunctive therapy for management of patients with post-traumatic stress disorder in 30 patients with PTSD.  The most outstanding impact was that 77% reported moderate or greater improvement in duration of sleep and most noted a decrease in nightmares.  Dosage range was 300 to 3600 mg. per day.

Randomized controlled trials demonstrate that gabapentin is an effective alternative therapy for patients with panic disorder and social anxiety disorder.  The data support gabapentin's role in the management of symptoms of anxiety, panic, and insomnia.  These data likewise further support gabapentin's efficacy in treating those subpopulations of bipolar patients whose disorder includes anxiety symptoms or whose treatment is complicated by comorbid anxiety disorders.  They also suggest that gabapentin may be particularly helpful in treating the most malignant subtype of bipolar disorder, called mixed-state (also known as dysphoric state or switch state).  Patients in this subtype, who experience a transient agitated or anxious depression when switching between manic and depressive phases, are at the greatest risk for suicide.  This is a subpopulation in which gabapentin, because of its anxiolytic effect, may be particularly helpful (as prophylaxis or as an acute treatment).

13

In summary, the randomized, controlled trials that have evaluated gabapentin in the treatment of bipolar disorder have yielded mixed results. The interpretation of those results, both positive and negative, requires evaluation of the populations studied and the methodologies employed by the investigators. The failure of studies or portions of studies does not prove that gabapentin is ineffective for the treatment of bipolar disorder. While Dr. Barkin focuses on the lack of randomized controlled trials and the failure of some such trials, the totality of the evidence, based on randomized, controlled trials and lesser levels of evidence that clinicians should and do look to, indicates that gabapentin has a role as an adjunctive agent in the management of bipolar disorder. My opinion is consistent with that of the Expert Consensus Panel guidelines. It appears more effective for the depressive phase than the manic or hypomanic phase of the disorder. Its varying impact reported in studies may relate to the fact it appears to be especially effective in managing the symptoms of insomnia and anxiety, and the degree to which they are present may affect the observed response. The lack of double-blind placebo-controlled cross-over trials of gabapentin as a monotherapy makes sense given that it would place a patient at potential risk of relapse. While gabapentin is not a first-line agent in my practice, I have used it adjunctively and in patients with co-morbid conditions, like hepatitis C, or taking other medications that precluded the use of first-line agents.

## CONCLUSION

Physicians obtain knowledge of use of drugs from a number of sources. Journals and international and national meetings allow a forum for presentation of current research studies. Physicians also discover through their clinical experience and through colleagues who share experiences with both approved and off-label uses of medications. When an agent has proven safe for use in patients, physicians use these types of evidence to determine whether the potential efficacy outweighs any safety risks. Treating physicians do not focus solely on randomized controlled trials evaluating the efficacy of a drug.

The published literature, including randomized controlled trials, shows that gabapentin clearly has anti-anxiety and anti-insomnia effects and can be used safely for treatment of many mood and anxiety disorders. It passes unchanged through the body, reducing concern about drug-drug interaction and use with patients with hepatic dysfunction, and it does not have the potential for kidney damage that lithium has. In all of these off-label uses, gabapentin is often used adjunctively, although it also appears effective in some cases as a monotherapy. Gabapentin is a very useful adjunctive agent because it can be added to drugs a patient is already using without risk of complications or dangerous drug interactions, it has few side effects, and it is not addictive.

14

I have used gabapentin for the management of bipolar illness as well as for withdrawal phenomena and anxiety states. I have also used it for explosive personality disorder. The response, as with all drugs, has at some times been quite successful and at other times not impressive. Gabapentin clearly has brought many patients relief from painful psychological symptoms that other drugs, including approved drugs, failed to relieve or failed to completely relieve.

A list of the materials I relied upon in forming the opinions in this report is attached. I am being paid $550/hr. for my work on this case.

December 12, 2008

Andrew E. Slaby, M.D., Ph.D., M.P.H.

15

## List of Materials Reviewed

1. Adetunji, B., *et al.*, "Lithium in Mood Disorders: A One-Sided Re-Appraisal," British Journal of Psychiatry, (http://bjp.rcpsych.org/cgi/eletters/191/6/474)

2. Albert, U., *et al.*, "Impact of Anxiety Disorder Comorbidity on Quality of Life in Euthymic Bipolar Disorder Patients: Differences Between Bipolar I and II Subtypes," Journal of Affective Disorders, 105 (1-3):297-303 (2007)

3. Altshuler, L.L., *et al.*, "Gabapentin in the Acute Treatment of Refractory Bipolar Disorder," Bipolar Disorder, 1:61-5 (1999)

4. Back, S. E., *et al.*, "Comparative Profiles of Women with PTSD and Comorbid Cocaine or Alcohol Dependence," The American Journal of Drug and Alcohol Abuse, 29 (1):169-189 (2003)

5. Besag, F.M.C., "Behavioural Effects of the Newer Anticpileptic Drugs: An Update," Expert Opinion Drug Safety, 3(1):1-8 (2004)

6. Birmaher, B., *et al.*, "Is Bipolar Disorder Specifically Associated with Panic Disorder in Youths?" Journal of Clinical Psychiatry, 63:414-419 (2002)

7. Blanco, C.; Schneier, F.R.; Schmidt, A.; Blanco-Jerez, C.R.; Marshall, R.D.; Sanchez-Lacay, A.; Liebowitz, M.R., "Pharmacological Treatment of Social Anxiety Disorder: A Meta-Analysis," Depression and Anxiety, 18(1):29-40 (2003)

8. Bonnet, U.; Banger, M.; Leweke, F.M.; Maschke, M.; Kowalski, T.; Gastpar, M., "Treatment of Alcohol Withdrawal Syndrome with Gabapentin," Pharmacopsychiatry, 32(3):107-9 (1999)

9. Bonnet, U.; Banger, M.; Leweke, F.M.; Spccka, M.; Muller, B.W.; Hashemi, T.; Nyhuis, P.W.; Kutscher, S.; Burtscheidt, W.; Gastpar, M., "Treatment of Acute Alcohol Withdrawal with Gabapentin: Rcsults from a Controlled Two-Center Trial," Journal of Clinical Psychopharmacology, 23(5):514-9 (Oct. 2003)

10. Botts, S.R.; Raskind, J.L., "Gabapentin and Lamotrigine in Bipolar Disorder," American Journal of Health-System Pharmacy, 56(19):1939-44 (Oct. 1999)

11. Boyle, A., "A Novel Approach to the Psychopharmacologic Treatment of Insomnia in Depression," Medical Hypotheses, 63(1):26-30 (2004)

12. Bozikas, V.; Petrikis, P.; Gamvrula, K.; Savvidou, I.; Karavatos, A.; "Treatment of Alcohol Withdrawal with Gabapentin," Progress in Neuro-Psychopharmacol Biological Psychiatry, 26(1):197-7 (Jan. 2002)

13. Brannon, G.E.; Rolland, P.D., "Anorgasmia in a Patient with Bipolar Disorder Type 1 Treated with Gabapentin," Journal of Clinical Psychopharmacology, 20(3):379-81 (Jun. 2000)

14. Cabras, P.L.; Hardoy, M.J.; Hardoy, M.C.; Carta, M.G., "Clinical Experience with Gabapentin in Patients with Bipolar or Schizoaffective Disorder: Results of an Open-Label Study," Journal of Clinical Psychiatry, 60:245-8 (Apr. 1999)

15. Carey, T.S.; Williams, J.W., et al., "Gabapentin in the Treatment of Mental Illness: The Echo Chamber of the Case Series," Journal of Psychiatric Practice, 14 (Suppl 1):15-27 (2008)

16. Carta, M.G., et al., "The Clinical Use of Gabapentin in Bipolar Spectrum Disorders," Journal of Affective Disorder, 75:83-91 (2003)

17. Carter, A.C.; Nicholas, J.J., "The Importance of the Complete History in the Discovery of a Potential Suicide: A Case Report," Archives Physical Medicine Rehabilitation, 84(3):460-1 (March 2003)

18. Catalan, R.; Gabilondo, A.; Grau, L.; Capapey, J.; Tella, M.; Gasto, C., "Effectiveness of Adding Gabapentin for the Treatment of Resistant Unipolar Recurrent Major Depression," European Neuropsychopharmacology, 12(Suppl 3):S225 (Abstr. P.1.136) (Oct. 2002)

19. Chouinard, G.; Beauclair, L.; Belanger, M.C., "Gabapentin: Long-Term Antianxiety and Hypnotic Effects in Psychiatric Patients with Comorbid Anxiety-Related Disorders," Canadian Journal of Psychiatry, 43:305 (1998)

20. Damatarca, C.; Stahl J.; Stahl S.M., "Psychopharmacologic Approaches to the Management of Anxiety," Drug Benefit Trends, 16(2):94-100 (2004)

21. Davidson, J.R.T.; Connor, K.M.; Sutherland, S.M., "Panic Disorder and Social Phobia: Current Treatments and New Strategies," Cleveland Clinical Journal of Medicine, 65(Suppl 1):SI39-SI47 (1998)

22. De-Paris. F.; Sant'Anna, M.K.; Vianna, M.R.M.; Barichello, T.; Busnello, J.V.; Kapczinski. F.; Quevedo, J.; Izquierdo, I., "Effects of Gabapentin on Anxiety Induced by Simulated Public Speaking," Journal of Psychopharmacology, 17(2):184-8 (Jun. 2003)

23. Eddy, D.M., "Clinical Decision Making: From Theory to Practice – Anatomy of a Decision," Journal of the American Medical Association, (Jan. 19, 1990)

24. Ferrier, I.N., "Lamotrigine and Gabapentin: Alternatives in the Treatment of Bipolar Disorder," Neuropsychobiology, 38(3):192-7 (1998)

25. Feske, U., et al, "Anxiety as a Correlate of Response to the Acute Treatment of Bipolar I Disorder," American Journal of Psychiatry, 157:956-962 (2000)

26. Frank, E., et al., "Clinical Significance of Lifetime Panic Spectrum Symptoms in the Treatment of Patients with Bipolar I Disorder," Archives of General Psychiatry, 59:905-911 (2002)

27. Freeman, M.P.; Freeman, S.A.; McElroy, S.L., "The Comorbidity of Bipolar and Anxiety Disorders: Prevalence, Psychobiology, and Treatment Issues," Journal of Affective Disorders, 68(1):1-23 (Feb. 2002)

28. Freye, E.; Levy, J.V.; Partecke, L., "Use of Gabapentin for Attenuation of Symptoms Following Rapid Opiate Detoxification (ROD): Correlation with Neurophysiological Parameters," Neurophysiologie Clinique, 34:81-89 (2004)

29. Frye, M.A.; Ketter, T.A.; Kimbrell, T.A.; Dunn, R.T.; Speer, A.M.; Osuch E.A.; Luckenbaugh, D.A.; Cora-Locatelli, G.; Leverich, G.S.; Post, R.M., "A Placebo-Controlled Study of Lamotrigine and Gabapentin Monotherapy in Refractory Mood Disorders," Journal of Clinical Psychopharmacology, 20:607-14 (Dec. 2000)

30. Ghaemi, S.N.; Goodwin, F.K., "Gabapentin Treatment of the Non-Refractory Bipolar Spectrum: An Open Case Series," Journal of Affective Disorders, 65(2):167-71 (2001)

31. Ghaemi, S.N.; Katzow, J.J.; Desai, S.P.; Goodwin, F.K., "Gabapentin Treatment of Mood Disorders: A Preliminary Study," Journal of Clinical Psychiatry, 59:426-9 (1998)

32. Goodwin, R. D.; Hoven, C. W., "Bipolar-Panic Comorbidity in the General Population: Prevalence and Associated Morbidity," Journal of Affective Disorders, 70:27-33 (2002)

33. Gupta, M., "A Critical Appraisal of Evidence-Based Medicine: Some Ethical Considerations," Journal of Evaluation in Clinical Practice, 9 (2):111-121 (2003)

34. Hamner, M.B.; Brodrick, P.S.; Labbate, L.A., "Gabapentin in PTSD: A Retrospective, Clinical Series of Adjunctive Therapy," Annals of Clinical Psychiatry, 13(3):141-6 (Sep. 2001)

35. Harden, C.L.; Goldstein, M.A., "Mood Disorders in Patients with Epilepsy: Epidemiology and Management," CNS Drugs, 16(5):291-302 (2002)

36. Harden, C.L.; Lazar, L.M.; Pick, L.H.; Nikolov, B.; Goldstein, M.A.; Carson, D.; Ravdin, L.D.; Kocsis, J.H.; Labar, D.R., "A Beneficial Effect on Mood in Partial Epilepsy Patients Treated with Gabapentin," Epilepsia, 40(8):1129-34 (1999)

37. Hart, C.L.; Ward, A.S.; Collins E.D.; Haney M.; Foltin R.W., "Gabapentin Maintenance Decreases Smoked Cocaine-Related Subjective Effects, but not Self-Administration by Humans," Drug Alcohol Dependence, 73(3):279-87 (2004)

38. Ioannidis, J.P.A., "Why Most Published Research Findings Are False," PLoS Medicine, 2(8):e124 (Aug. 2005)

39. Jefferson, J.W., "Gabapentin in Social Phobia," European Neuropsychopharmacology, 9(Suppl 5):S166 (Abstr S.13.033) (1999)

40. Judd, L. L., et al., "The Long-Term Natural History of the Weekly Sympathetic Status of Bipolar Disorder," Archives of General Psychiatry, 59:530-537 (2002)

41. Judd, L. L., et al., "A Prospective Investigation of the Natural History of the Long-Term Weekly Symptomatic Status of Bipolar II Disorder," Archives of General Psychiatry, 60:261-269 (2003)

42. Keck, P.E. Jr.; Strawn, J.R.; McElroy, S.L., "Pharmacologic Treatment Considerations in Co-occurring Bipolar and Anxiety Disorders," Journal of Clinical Psychiatry, 67(Suppl 1):8-15 (2006)

43. Keck, P.E.; Perlis, R.H.; Otto, M.W.; Carpenter, D.; Ross R.; Docherty, J., "Treatment of Bipolar Disorder," Post Graduate Medicine Special Report, (Dec. 2004)

44. Keming, G.; Verduin, M.; Kemp, D.; Tolliver, B.; Ganocy, S.; Elhaj, O.; Bilali, S.; Brady, K.; Findling, R.; Calabrese, J., "Clinical Correlates of Patients With Rapid-Cycling Bipolar Disorder and a Recent History of Substance Use Disorder: A Subtype Comparison From Baseline Data of 2 Randomized, Placebo-Controlled Trials," Journal of Clinical Psychiatry, 69: 7 (July 2008)

45. Kent, D.M.; Hayward, R.A., "Limitations of Applying Summary Results of Clinical Trials to Individual Patients – The Need for Risk Stratification," Journal of the American Medical Association, (Sep. 12, 2007)

46. Khan, A.; Shirin, K., "Placebo Response in Depression: A Perspective For Clinical Practice," Psychopharmacology Bulletin, 41 3: 91-98 (2008)

4

47. Levander, E., *et al.*, "Alcoholism and Anxiety in Bipolar Illness: Differential Lifetime Anxiety Comorbidity in Bipolar I Women With and Without Alcoholism," Journal of Affective Disorders, 101:211-217 (2007)

48. MacKinnon, D. F., *et al.*, "Comorbid Bipolar Disorder and Panic Disorder in Families with a High Prevalence of Bipolar Disorder," American Journal of Psychiatry, 159:30-35 (2002)

49. MacKinnon, D.F.; Zandi, P.P.; Gershon, E.S.; Nurnberger, J.I.; DePaulo, R.J., "Association of Rapid Mood Switching with Panic Disorder and Familial Panic Risk in Familial Bipolar Disorder," American Journal of Psychiatry, 160: 1696 – 1698 (2003)

50. Martinovic, Z; Ristanovic, D., "Gabapentin in the Treatment of Migraine and Epilepsy Comorbid with Mood and Anxiety Disorders," Journal of Headache Pain, 2(2):83-7 (2001)

51. Masi, G., *et al.*, "Clinical and Research Implications of Panic-Bipolar Comorbidity in Children and Adolescents," Psychiatry Research, 153: 47-54 (2007)

52. Maurer, I.; Volz, H.P.; Sauer, H., "Gabapentin Leads to Remission of Somatoform Pain Disorder with Major Depression," Pharmacopsychiatry, 32(6):255-7 (Nov. 1999)

53. Mauri, M.C., *et al.*; "Gabapentin and the Prophylaxis of Bipolar Disorders in Patients Intolerant to Lithium," Clinical Drug Investigation, 21(3):169-74 (2001)

54. McElroy, S.L.; Keck, P.E. Jr., "Pharmacologic Agents for the Treatment of Acute Bipolar Mania," Biological Psychiatry, 48(6):539-57 (Sep. 15, 2000)

55. McElroy, S.L.; Soutullo, C.A.; Keck, P.E. Jr., *et al.*, "A Pilot Trial of Adjunctive Gabapentin in the Treatment of Bipolar Disorder," Annals of Clinical Psychiatry, 9(2):99-103 (1997)

56. Mitchell, J. D., *et al.*, "Comorbid Disorders in Patients with Bipolar Disorder and Concomitant Substance Dependence," Journal of Affective Disorders, 102 (1-3): 281-287 (2007)

57. Mokhber, N.; Lane, C.J.; *et al.*, "Anticonvulsant Treatments of Dysphoric Mania: A Trial of Gabapentin, Lamotrigine and Carbamazepine in Iran," Neuropsychiatric Disease and Treatment, 4(1):227-234 (Feb. 2008)

58. Myrick, H.; Henderson, S.; Brady, K.T.; Malcolm, R., "Gabapentin in the Treatment of Cocaine Dependence: A Case Series," Journal of Clinical Psychiatry, 62(1):19-23 (2001)

5

59. Nasrallah, H.A., "Off-Label Prescribing – Cutting-Edge Psychopharmacology," Journal of Family Practice, 6(3) (2007)

60. Nemeroff, C.B., "An Ever-Increasing Pharmacopoeia for the Management of Patients With Bipolar Disorder," Journal Clinical Psychiatry, 61 (suppl 13):19 - 25 (2000)

61. Nierenberg, A.A., "An Analysis of the Efficacy of Treatments for Bipolar Depression," Journal of Clinical Psychiatry, 69 (suppl 5): 4-8 (2008)

62. Norton, J.W.; Quarles, E., "Gabapentin and Anxiety," Hospital Pharmacy, 36(8):843-5 (2001)

63. Pande, A.C.; Crockatt, J.G.; Janney, C.A.; Werth, J.L.; Tsaroucha, O., "Gabapentin in Bipolar Disorder: A Placebo-Controlled Trial of Adjunctive Therapy," Bipolar Disorder, (3 Pt 2):249-255 (Sep. 2000)

64. Pande, A.C.; Davidson, J.R.; Jefferson, J.W.; Janney, C.A.; Katzelnick, D.J.; Weisler, R.H.; Greist, J.H.; Sutherland, S.M., "Treatment of Social Phobia with Gabapentin: A Placebo-Controlled Study," Journal of Clinical Psychopharmacology, 19(4):341-8 (Aug. 1999)

65. Pande, A.C.; Pollack, M.H.; Crockatt, J.; Greiner, M.; Chouinard, G.; Lydiard, R.B.; Taylor, C.B.; Dager, S.R.; Shiovitz, T., "Placebo-Controlled Study of Gabapentin Treatment of Panic Disorder," Journal of Clinical Psychopharmacology, 20(4):467-71 (Aug. 2000)

66. Perugi, G., et al., "Clinical Experience Using Adjunctive Gabapentin in Treatment-Resistant Bipolar Mixed States," Pharmacopsychiatry, 32:136-41 (1999)

67. Perugi, G.; Toni, C., "Bipolarity Presenting as Anxiety Disorders," Primary Psychiatry, 11(10):31-5 (2004)

68. Pollack, M.H.; Matthews, J.; Scott, E.L., "Gabapentin as a Potential Treatment for Anxiety Disorders," American Journal of Psychiatry, 155(7):992-3 (1998)

69. Rosenberg, K.P., "Gabapentin for Chronic Insomnia," American Journal of Addiction, 12(3):273-4 (May/Jun 2003)

70. Rosenblatt, J.E.; Rosenblatt, N.C., "Gabapentin for Bipolar Disorder," Currents in Affective Illness, 15(6):2-3 (1996)

71. Rotondo, A.; Mazzanti, C.; Dell'Osso, L.; Rucci, P.; Sullivan, P.; Bouanani, S.; Gonnelli, C.; Goldman, D.; Cassano G., "Catechol O-Methyltransferase, Serotonin Transporter, and Tryptophan Hydroxylase Gene Polymorphisms in

6

Bipolar Disorder Patients With and Without Comorbid Panic Disorder," American Journal of Psychiatry, 159: 23 − 29 (2002)

72. Rush, J.; Trivedi, M.H., *et al.*, "Acute and Longer-Term Outcomes in Depressed Outpatients Requiring One or Several Treatment Steps: A STAR*D Report," The American Journal of Psychiatry, (Nov. 2006)

73. Rustembegovic, A.; Sofic, E.; Tahirovic, I.; Kundurovic, Z., "A Study of Gabapentin in the Treatment of Tonic-Clonic Seizures of Alcohol Withdrawal Syndrome," Medical Archive, 58(1):5-6 (2004)

74. Sachs, G.S., *et al.*, "Expert Consensus Guideline Series-Medication Treatment of Bipolar Disorder 2000," Postgraduate Medicine Apr:1-104 (2000)

75. Shahar, E., MD, "Generalizability: Beyond Plausibility and Handwaving," Journal of Evaluation in Clinical Practice, 9(2): 151-159 (2003)

76. Short, C.; Cooke, L., "Hypomania Induced by Gabapentin," British Journal of Psychiatry, 166:679-680 (1995)

77. Shortell, S.M.; Rundall, T.G., *et al.*, "Improving Patient Care by Linking Evidence-Based Medicine and Evidence-Based Management," Journal of American Medical Association, (Aug. 8, 2007)

78. Silverstone, P.H.; Silverstone, T., "A Review of Acute Treatments for Bipolar Depression," International Clinical Psychopharmacology, 19(3):113-24 (May 2004)

79. Simon, N.M., *et al.*, "Anxiety Disorder Comorbidity in Bipolar Disorder Patients: Data from the First 500 Participants in the Systematic Treatment Enhancement Program for Bipolar Disorder (STEP-BD)," American Journal of Psychiatry, 161:2222-2229 (2004)

80. Simon, N.M., *et al.*, "Panic Disorder and Bipolar Disorder: Anxiety Sensitivity as a Potential Mediator of Panic During Manic States," Journal of Affective Disorders, 87:101-105 (2008)

81. Sokolski, K.N.; Green, C.; Maris, D.E.; DeMet, E.M., "Gabapentin as an Adjunct to Standard Mood Stabilizers in Outpatients with Mixed Bipolar Symptomatology," Annals of Clinical Psychiatry, 11(4):217-22 (1999)

82. Tanenbaum, S., "Evidence-Based Practice in Mental Health: Practical Weaknesses Meet Political Strengths," Journal of Evaluation in Clinical Practice, 9(2):287-301 (2003)

83. Thase, M.E., "Selecting Appropriate Treatments for Maintenance Therapy for Bipolar Disorder," <u>Journal of Clinical Psychiatry</u>, 69 [Suppl 5]: 28-35 (2008)

84. Thomas, S.P., "From the Editor: Drug Companies Under Investigation," <u>Issues in Mental Health Nursing</u>, 25(8):751-2 (Dec. 2004)

85. Van Ameringen, M.; Mancini, C.; Pipe, B.; Bennett, M., "Antiepileptic Drugs in the Treatment of Anxiety Disorders: Role in Therapy," <u>Drugs</u>, 64(19):2199-220 (2004)

86. Vieta, E.; Goikolea, J.M.; Martinez-Aran, A.; Comes, M.; Verger, K.; Masramon, X.; Sanchez-Moreno, J.; Colom, F., "A Double-Blind, Randomized, Placebo-Controlled, Prophylaxis Study of Adjunctive Gabapentin for Bipolar Disorder," <u>Journal of Clinical Psychiatry</u>, 67(3): 473-477 (2006)

87. Vieta, E.; Martinez-Aran, A.; Nieto E.; Colom, F.; Reinares, M.; Benabarre, A.; Gasto, C., "Adjunctive Gabapentin Treatment of Bipolar Disorder," <u>European Psychiatry</u>, 15(7):433-7 (Nov. 2000)

88. Wang, P.W.; Santosa, C.; Schumacher, M.; Winsberg, M.E.; Strong, C.; Ketter, T.A., "Gabapentin Augmentation Therapy in Bipolar Depression," <u>Bipolar Disorders</u>, 4(5):296-301 (Oct. 2002)

89. Wharam, J.F.; Daniels, N., "Toward Evidence-Based Policy Making and Standardized Assessment of Health Policy Reform," <u>Journal of the American Medical Association</u>, (Aug. 8, 2007)

90. Yasmin, S.; Carpenter, L.L.; Leon, Z.; Siniscalchi, J.M.; Price, L.H., "Adjunctive Gabapentin in Treatment-Resistant Depression: A Retrospective Chart Review," <u>Journal of Affective Disorders,</u> 63(1-3):243-7 (2001)

91. Young, A.H.; Hammond, J.M., "Lithium in Mood Disorders: Increasing Evidence Base, Declining Use?" <u>British Journal of Psychiatry</u>, 191:474-476 (2007)

92. Young, A.H.; Newham, J.I., "Lithium in Maintenance Therapy for Bipolar Disorder," <u>Journal of Psychopharmacology</u>, 20(Suppl. 2): 17-22 (2006)

93. Young, L.T.; Robb, J.C.; Patelis-Siotis, I.; Macdonald, C.; Joffe, R.T., "Acute Treatment of Bipolar Depression with Gabapentin," <u>Biological Psychiatry</u>, 42(9):851-3 (Nov. 1, 1997)

94. Documents identified in July 25, 2008 report of Jeffrey S. Barkin at "List of Documents Reviewed"

8

## **Cases**

Hall v. St. John West Shore Hospital (Ohio) (2004)

Maxwell v. Carrier Clinic, L 000596 01 (N.J. Super. Ct.) (2004)

Myers v. Morton Plant Hospital Association (Florida) (2006)

Newlan v. State of Connecticut, MMX-CV-02-0103313-S (Conn. Super. Ct.) (2005)

Porkorny v. Maplewood, # 02L 0013461 (Ill. Cir. Ct.) (2007)

Schectman v. Bransfield, A-3035-07T2 (N.J. App. Div.) (2005, 2008)

CURRICULUM VITAE

ANDREW EDMUND SLABY, M.D., Ph.D.,M.P.H.,FACPsych

| | |
|---|---|
| Date of Birth: | July 14, 1942 |
| Place of Birth: | Milwaukee, Wisconsin |
| Citizenship: | United States of America |
| Present Home Address: | 50-E New England Avenue<br>Summit, New Jersey 07901-1818 |
| Business or<br>Mailing Addresses: | New Jersey<br>Andrew E. Slaby, M.D., Ph.D.<br>50-E New England Avenue<br>Summit, New Jersey 07901-1818 |
| | New York<br>Andrew E. Slaby, M.D., Ph.D.<br>129B East 71 Street<br>New York, New York 10021-4201 |
| FAX Number: | 908-277-6964 |
| Telephone Numbers: | 212-861-7189 (New York Office)<br>908-277-2950 (New Jersey Office) |
| E-mail: | AESlaby@aol.com |

EDUCATION:

1964 - B.S. (Medical Science) University of Wisconsin
1966 - M.S. (Physiology) University of Wisconsin
1967 - Neurology Externship, The National Hospital (Queen    Square), London, England (Summer)
1968 - M.D. Columbia University's College of Physicians and Surgeons
1973 - M.P.H. (Epidemiology) Yale University
1975 - M. Phil. (Epidemiology) Yale University
1977 - Ph.D. (Epidemiology) Yale University
1980 - M.A. (Adeundem) Brown University
1980 - Clinical Chief's Executive Program in Health Policy and Management, Harvard University

POSTGRADUATE TRAINING:

Internship:
1968 - 1969       Boston City Hospital (Straight Medical), Boston, Massachusetts

Residency:
1969 - 1972       Psychiatric Residency at Yale

1

HONORS AND AWARDS:

Honorable Mention in the Seymour Lustman Memorial Prize Contest, 1972
THE CRISIS TEAM was selected as Book of the Year by the American Journal of Nursing, 1973.
Honorable Mention in the Annual American Medical Writers Association Book Awards for THE CRISIS TEAM.
LEGAL ISSUES IN PSYCHIATRIC CARE and THE HEALING ALLIANCE were selected as Books of the Year
by the American Journal of Nursing, 1975.
Administrator's Award for Meritorious Achievement: Alcohol, Drug Abuse and Mental Health Administration,
November, 1978.
Visiting Professor Pro Tempore, University of Illinois, Springfield, Illinois, June, 1981.
Clinical Psychiatric Medicine (co-authored by A.E. Slaby; L.R. Tancredi; and J. Lieb) was chosen to be included on
the Brandon List for recommended books for medical libraries.
Fellow, The American College of Mental Health Administration, 1985.
Fellow, The American Psychiatric Association, 1987 - Present.
Elected as one of Top Twenty lecturers in Psychiatry in the United States by the readership of The Psychiatric
Times, 1988.
Outstanding Achievement Award for Community Relations from PANJ-MMO-PAF, 1988.
Program Award of Excellence of the Mental Health Association of Palm Beach County, 1989.
Fellow, The New York Academy of Medicine, 1989.
Fellow, The American College of Psychiatrists, 1990.
Certificate of Appreciation, New Jersey Psychiatric Association, 1991.
Listed in The Best Doctors in America (Directory published by Woodward/White, Inc., 1991).
Listed in The Best Doctors in America (Second Edition), 1994.
Received The Janssen Award for outstanding contribution to the field of Emergency Psychiatry (Presented by The
American Association of Emergency Psychiatry) 1996.
Listed in Best Doctors in the Northeast. Woodward/White, Athens, South Carolina, 1996
Listed in Who's Who in Medicine and Healthcare, 1999-2000
Listed in Best Doctors in America (Fourth Edition), 1999
Listed in Who's Who in Medicine and Healthcare 2000-2001
2002 Distinguished Mental Health Professional Award, American Foundation for Suicide Prevention,
New Jersey Chapter
Listed in the Guide to America's Top Psychiatrists
Listed in "America's Best Therapists (and how to find them)" in Psychology Today, 2004
Listed in Best Doctors in America, 2003-2004
Listed in Best Doctors in America 2005-2006
Listed in America's Top Psychiatrists – 2007
Listed in Best Doctors in America 2007-2008 database
Listed in Guide to America's Top Psychiatrists 2008
Listed in Stratmores Who's Who ,2008,www.swho.Net/Basic
MILITARY SERVICE:

1972-74   United States Public Health Service, stationed at the Laboratory of Clinical Psychopharmacology,
          National Institute of Health.

1978      United States Public Health Service, stationed at The Staff College, National Institute of Mental Health.

PROFESSIONAL LICENSES AND CERTIFICATION

1969-   Connecticut - #14247
1978-   Washington, D.C. - #10772
1978-   Maryland - #D21536
1978-   Rhode Island - #5456

2

| | |
|---|---|
| 1969- | Diplomate of the National Board of Medical Examiners |
| 1974- | Diplomate of the American Board of Psychiatry and Neurology in Psychiatry, #13496, October, 1974. |
| 1986- | New Jersey - #49237 |
| 1988- | New York - #174132 |

ACADEMIC AND PROFESSIONAL APPOINTMENTS:

| | |
|---|---|
| 1974-77 | Assistant Professor, Yale University |
| 1974-75 | Director, Emergency Psychiatric Service, Yale-New Haven Hospital |
| 1974-76 | Attending Psychiatrist, Community Support Service, Connecticut Mental Health Center |
| 1974-75 | Associate, Yale-New Haven Hospital |
| 1975-77 | Attending, Yale-New Haven Hospital |
| 1975-77 | Director, Primary Care - Emergency Psychiatric Service, Yale-New Haven Hospital |
| 1975-77 | Assistant Director, Consultation-Liaison Psychiatric Service, Yale-New Haven Hospital |
| 1976-79 | Fellow, Calhoun College, Yale University |
| 1978-80 | Lecturer in Psychiatry, Yale University |
| 1978 | Clinical Associate Professor of Psychiatry, George Washington University Medical School |
| 1978 | Research Consultant to Neurologic Service, Veterans Administration Hospital, Washington, D.C. |
| 1978-79 | Psychiatrist-in-Chief, Department of Psychiatry, and Consultant, Department of Medicine, Rhode Island Hospital, Providence, Rhode Island |
| 1978-90 | Visiting Professor, Northeastern Ohio Medical School |
| 1979-83 | Consultant, Department of Medicine, Roger Williams General Hospital, Providence, Rhode Island |
| 1979-87 | Professor of Psychiatry and Human Behavior, Brown University |
| 1979-87 | Active Staff, Butler Hospital, Providence, Rhode Island |
| 1980-82 | Associate Fellow, Calhoun College, Yale University |
| 1981-87 | Active Staff, Women & Infants Hospital, Providence, Rhode Island |
| 1981-87 | Psychiatrist-in-Chief, Women & Infants Hospital, Providence, Rhode Island |
| 1982-84 | Director of Psychiatry, Roger Williams General Hospital, Providence, Rhode Island |
| 1983-85 | Active Staff, Department of Medicine, Roger Williams General Hospital, Providence, Rhode Island |
| 1983-87 | Clinical Assistant Professor, School of Social Work, Smith College |
| 1985-87 | Consulting Staff, Roger Williams General Hospital, Providence, Rhode Island |

3

| | |
|---|---|
| 1987-91 | Adjunct Professor of Psychiatry and Human Behavior, Brown University |
| 1987-92 | Medical Director, Fair Oaks Hospital, Summit, New Jersey |
| 1987- | Clinical Professor of Psychiatry, New York University |
| 1987- | Affiliated Physician, Department of Psychiatry, Overlook Hospital, Summit, New Jersey |
| 1987 | Advisor to the Pan American Health Organization on Development of Emergency Psychiatric Service in the Caribbean |
| 1987 | Chairman, Education Committee of the New Jersey Tri-County Psychiatric Association |
| 1987- | Adjunct Clinical Professor of Psychiatry, New York Medical College, Valhalla, New York |
| 1988-92 | Psychiatrist-in-Chief, The Regent Hospital, New York, New York |
| 1992-93 | Executive Medical Director, The Regent Hospital, New York, New York |
| 1988-98 | Professional Advisory Committee, American Suicide Foundation |
| 1988-93 | Vice President, American Suicide Foundation |
| 1988-90 | Second Vice President, TriCounty Psychiatric Society |
| 1989-90 | President-Elect, American Association of Suicidology |
| 1990-91 | Vice President of the TriCounty Psychiatric Society |
| 1990-91 | President, American Association of Suicidology |
| 1991-92 | President, TriCounty Psychiatric Society |
| 1992-98 | Active Staff, Gracie Square Hospital, New York, New York |
| 1992-93 | Executive Medical Director, The Regent Hospital, New York, New York |
| 1992-93 | President, Behavioral, Biological and Psychiatric Associates |
| 1995-1997 | President, New York Chapter of the American Suicide Foundation |
| 1992- | Consulting Staff, Lenox Hill Hospital, New York, New York |

COMMITTEE APPOINTMENTS:

| | |
|---|---|
| 1971-72 | Audiovisual Committee, Yale University School of Medicine |

4

| 1975-76 | The Robert Wood Johnson Medical Advisory Board of the Emergency Medical Communication Dispatch System, Yale-New haven Hospital |
|---|---|
| 1975-77 | Ambulatory Service Council, Yale-New Haven Hospital |
| 1975-77 | Executive Committee of the Ambulatory Services Council, Yale-New Haven Hospital |
| 1975-77 | Emergency Service Planning and Patient Intervention Committee, Yale-New Haven Hospital |
| 1976-77 | Search Committee for Medical Director of Primary Care Center, Yale-New Haven Hospital |
| 1976-77 | Chairperson, Committee to Set up Postgraduate Review Course of Psychiatry Boards, Department of Psychiatry, Yale University |
| 1976-77 | Representative of nontenured faculty on the Departmental Council, Department of Psychiatry, Yale University |
| 1976-77 | Clinical Community Psychiatry Subcommittee of the Departmental Advisory Council, Department of Psychiatry, Yale University |
| 1978 | Behavioral Medicine Task Force, NIMH |
| 1979 | Search Committee for Director of Psychiatry, Providence Veterans Administration Hospital |
| 1979-80 | Chairperson, Committee on Development of Hospice at Rhode Island Hospital |
| 1979-80 | Medical Audit Committee, Rhode Island Hospital |
| 1979-80 | Chairperson on Promotions and Appointments Criteria, Department of Psychiatry, Brown University |
| 1979-80 | Children and Adolescent Services Study Group, Department of Psychiatry, Brown University |
| 1979-80 | Chairperson, Ad Hoc Committee on the Quality of Medical Education at Brown University |
| 1979-80 | Emergency Room Planning Committee, Rhode Island Hospital |
| 1979-80 | Bed Allocation Committee, Rhode Island Hospital |
| 1979-81 | Subcommittee on Mental Health Services of AAGHP |
| 1979-81 | Law and Legislation Committee, Rhode Island Psychiatric Society |
| 1979-81 | Committee on Medical Education, Rhode Island Hospital |
| 1979-82 | Research Committee, Rhode Island Hospital |
| 1979-84 | Patient Care Committee, Rhode Island Hospital |
| 1979-86 | Research Committee, Department of Psychiatry, Brown University |
| 1979-86 | Policy and Management Advisory Committee, Department of Psychiatry, Brown University |
| 1979-86 | Executive Committee, Department of Psychiatry, Brown University |

| | |
|---|---|
| 1980-82 | Consultant, Graduate Medical Education National Advisory Committee, Department of Health and Human Services, Washington, D.C. |
| 1980-81 | Search Committee for Medical Anthropologist, Department of Anthropology and Community Health, Brown University |
| 1980-81 | Search Committee for Professor of Psychiatry, Brown University |
| 1980-81 | Search Committee for Psychiatrist-in-Chief, Miriam Hospital, Providence, Rhode Island |
| 1980-82 | Search Committee for Brown Faculty Member for Emma P. Bradley Hospital, Riverside, Rhode Island |
| 1980-82 | Budget Advisory Committee, Rhode Island Hospital |
| 1980-86 | Joint Practice Subcommittee of the Patient Care Committee, Rhode Island Hospital |
| 1980-86 | Medical Affairs Committee, Rhode Island Hospital |
| 1981-82 | Fund Raising Event Committee, The Samaritans of Rhode Island |
| 1981-82 | Search Committee for Outpatient Chief, Department of Psychiatry, Rhode Island Hospital |
| 1981-86 | Oversite Committee of District Branch of the American Psychiatric Association of the Institute of Mental Health of Rhode Island |
| 1981-82 | Medical Committee for Urban League, Providence, Rhode Island |
| 1981-81 | Search Committee for Associate or Full Professor of Medical Science, Brown University |
| 1981-82 | Committee to Study Teaching Evaluations of the Medical Faculty, Brown University |
| 1981-82 | Program Committee of the American Association of General Hospital Psychiatrists |
| 1981-82 | Certification Committee of the American Association of Suicidology |
| 1981-82 | Rhode Island Task Force on Graduate Medical Education |
| 1981-84 | Executive Committee, Rhode Island Hospital |
| 1981-86 | Professional Consultants Committee, The Samaritans of Rhode Island |
| 1981-86 | Patient Care Subcommittee of the Trustee Affiliation Committee of Rhode Island Hospital and Women & Infants Hospital |
| 1982-84 | Hospital-based Faculty Appointments Committee, Brown University |
| 1982-83 | Graduate Education Committee, Brown University |
| 1982-83 | Liaison Subcommittee on Computer Technology of the American Association of Suicidology |
| 1982-83 | Chairman, Task Force Reviewing the Draft of the Joint Commission on Accreditation of Hospital Standards for the American Association of General Hospital Psychiatry |

6

| | |
|---|---|
| 1982-83 | Committee to Develop Guidelines for Recipient of Walter E. Barton Award of The American College of Mental Health Administration |
| 1982-83 | Governor's Council on Mental Health of State Planning Committee, Rhode Island |
| 1982-84 | Joint Standing Committee, Rhode Island Hospital |
| 1982-84 | Alcohol Research Center Special Review Committee, National Institute on Alcohol Abuse and Alcoholism, Rockville, Maryland |
| 1982-86 | Policy Committee on Residency Training, Department of Psychiatry and Human Behavior, Brown University |
| 1982-86 | Resident Recruitment Committee of Department of Psychiatry and Human Behavior, Brown University |
| 1982-86 | Patient Care Committee, Women & Infants Hospital |
| 1983 | Chairperson, Search Committee for Consultation-Liaison Psychiatrist, Roger Williams General Hospital |
| 1983-84 | Ad Hoc Committee on Medical Malpractice Insurance, Women & Infants Hospital, Providence, Rhode Island |
| 1983-86 | Research Steering Committee, Rhode Island Hospital |
| 1983-86 | Psychosocial Epidemiology Research Review Committee, National Institute of Mental Health |
| 1984- | Member, Council of the American Association of General Hospital Psychiatrists |
| 1985-86 | Public Affairs Committee, Rhode Island Psychiatric Society |
| 1985-86 | "Governor's Task Force on Teenage Suicide Prevention," Rhode Island |
| 1985-86 | Search Committee for the Director of the Division of Neurology of the Department of Medicine of Rhode Island Hospital |
| 1988 | Chairman, Subcommittee on Public Relations of Governor's Committee on Prevention of Adolescent Suicide, Rhode Island |
| 1986 | Search Committee for Chairman of Neurology of Brown University |
| 1986 | Search Committee for Child Consultation-Liaison Psychiatrist, Rhode Island Hospital |
| 1986 | Search Committee for Associate Director of Inpatient Psychiatry, Rhode Island Hospital |
| 1986 | Search Committee for Director of Outpatient Psychiatry, Rhode Island Hospital |
| 1986 | Service Program Options Committee of the Governor's Council on Mental Health, Rhode Island |
| 1987 | Program Committee, 1988 Annual Meeting of the American Association of Suicidology |
| 1987-90 | Member-at-Large, Board of the American Association of Suicidology |
| 1987-93 | Chairperson, Executive Committee, Fair Oaks Hospital |

7

| | |
|---|---|
| 1987-93 | Chairperson, Utilization and Review Committee, Fair Oaks Hospital |
| 1987-92 | Chairperson, Medical Records Committee, Fair Oaks Hospital |
| 1987-92 | Chairperson, Quality Assurance Committee, Fair Oaks Hospital |
| 1987-93 | President, Medical Staff Association, Fair Oaks Hospital |
| 1987-93 | Member, Planning Committee, Fair Oaks Hospital |
| 1987-93 | Member, Governing Board, Fair Oaks Hospital |
| 1987-93 | Member, Pharmacy and Therapeutic Committee, Fair Oaks Hospital |
| 1987-93 | Member, Credentialing Committee, Fair Oaks Hospital |
| 1988-90 | Member, Community Advisory Board of the Junior League of Berkeley Heights, Short Hills and Summit |
| 1988 | Medical Advisory Board of the National Depressive and Manic Depressive Association Tape Collection |
| 1988- | Chairperson, Emergency Psychiatric Services Committee of the New Jersey Psychiatric Society |
| 1988-93 | Member, Hospital Psychiatry Committee of the New York County District Branch of the American Psychiatric Association |
| 1988 | Program Committee of the New Jersey Psychiatric Society |
| 1988- | Psychopharmacology Committee, New Jersey Psychiatric Association |
| 1989-93 | Member, Medical Advisory Board, AWARE |
| 1990-92 | Chairman, AWARE (American Wine Alliance for Research and Education) |
| 1990- | Member, National Board of The American Foundation for Suicide Prevention |
| 1990- | Executive Committee, American Suicide Foundation |
| 1990- | Scientific Advisory Committee, American Suicide Foundation |
| 1990-99 | Lay Nominating Committee, American Suicide Foundation |
| 1990-99 | Regionalization Committee of American Association of Suicidology |
| 1991 | Plenary Program Committee, Group for Advancement of Psychiatry |
| 1991 | Educational Committee, American Suicide Foundation |
| 1991 | Organizational Committee, American Suicide Foundation |
| 1992-93 | Board Member, Robert E. Jones Foundation, American Psychiatric Association Auxiliary, American Psychiatric Association |

8

1992-95    Council Member of the New Jersey Psychiatric Association

1992       Member, Membership Committee of the New Jersey Psychiatric Association

1992-94    Private Psychiatric Hospital Committee of the New Jersey District Branch of the American Psychiatric Association

1992-94    Member, National Association of Managed Care Physicians

1992-      Member, Program Committee for Group for Advancement of Psychiatry

1992       Member, New York Occupational Medicine Association

1991-93    Council of Alumni Association of Columbia University College of Physicians and Surgeons

1993       Fiftieth Anniversary Committee of the Group for Advancement of Psychiatry

1993-95    Committee to Select the Editor of The Journal of Suicide and Life-Threatening Illness

1993-      Advisory Board, Men's Fitness Magazine

1993       Representative of the Tricounty Psychiatric Society to the New Jersey Psychiatric Association

1997       Member, Committee of the Education Award. The American College of Psychiatrists

1997       Chair, Directors Campaign, American Foundation for Suicide Prevention

1999-      Chair, Directors Campaign, American Foundation for Suicide Prevention

1999-      Member GAP Publications Committee

1999-      Member CME Committee, American Association of Suicidology

2000-      Steering Committee, Section on Psychiatry, New York Academy of Medicine

2001-      Advisor to Department of Mental Health of Mexico

2000-      Nominating Committee, American Foundation of Suicide Prevention

2001-      Development Committee, American Foundation of Suicide Prevention

2002-      Educational Committee, American Foundation of Suicide Prevention

2003-      Advisory Board, New Jersey Chapter of the American Foundation of Suicide Prevention

2003-      Member of the Board of The International Academy of Law and Mental Health.

## OTHER APPOINTMENTS:

1977       Consultant to Oklahoma State Legislature Committee on Quality of Psychiatric Care in the State

1977-78    Program Director, The Staff College, National Institute of Mental Health

1977-93    Examiner for Board of Neurology and Psychiatry

| | |
|---|---|
| 1978 | Consultant to Mental Health Department of Portland, Oregon, for development of emergency psychiatric services |
| 1978 | Co-Director with Loran Archer (Acting Director of NIAAA) of development of Alcohol Initiatives for the Secretary of Health, Education and Welfare |
| 1978 | Delegate of APA to National Health Resources Advisory Committee |
| 1978 | Participant, Conference on Mental Health Ethics, NIMH, Rockville, Maryland |
| 1978-79 | Staff Coordinator for course entitled, "Epidemiologic Techniques for Mental Health Management" given in Rockville, Maryland (January); Boston (April); San Francisco (August); Chicago (September); and New Orleans (December) |
| 1978-80 | Associate Director of Program in Medical and Biological Sciences, Washington School of Psychiatry |
| 1988-82 | Co-Series Editor with Ben Z. Locke (Director, Center for Epidemiologic Studies, NIMH) of <u>Monographs in Psychosocial Epidemiology</u>, published by Rutgers University Press |
| 1978-83 | Member, APA Task Force on Psychiatric Emergency Care Issues |
| 1979 | Consultant, Solomon Fuller Carter Mental Health Center, Boston, Massachusetts |
| 1979-80 | Developed course materials on depression, suicide and functional versus organic psychoses for the American College of Emergency Physicians |
| 1979-82 | Consultant, National Center for Health Service Research, Office of the Assistant Secretary of Health, Department of Health, Education and Welfare |
| 1979-82 | Member, National Institute on Alcohol Abuse and Alcoholism, Alcoholism Psychosocial Research Review Committee |
| 1979-87 | Medical Student Advisor, Brown University |
| 1980 | Consultant, Northside Community Mental Health Center, Tampa, Florida |
| 1980 | Consultant, Graduate Medical Education National Advisory Committee, Department of Health and Human Services, Washington, D.C. |
| 1980-82 | Site Visitor, Epidemiologic and Services Research Review Committee, NIMH |
| 1980-82 | Advisory Board, Medical Examination Publishing Company, Garden City, New York |
| 1980-86 | Board of Directors, The Samaritans of Rhode Island |
| 1981-82 | Developed and supervised survivor groups for spouses, parents, siblings, children and lovers of suicide victims for The Samaritans |
| 1981-87 | Member, Corporation of the Visiting Nurse Association, Providence, Rhode Island |
| 1981-87 | Member, American College of Mental Health Administration |
| 1982 | Consultant to Rockland County Mental Health Center (with Dr. Arthur Meyerson, Mount Sinai Hospital) to identify problems and make recommendations for change in the organization and delivery of acute |

10

psychiatric services given changes in State funding

| | |
|---|---|
| 1982 | Consultant to the New England Council for Emergency Medical Services on the development of a severity index for evaluating psychiatric emergencies |
| 1982-83 | Site Visitor for American Psychiatric Association for Paramedic Training Program |
| 1982-83 | Site Evaluator for the National Association of Emergency Medical Technicians |
| 1982-85 | Scientific Advisory Board of New England Medical Information Center |
| 1982-87 | Consultant to Impaired Physicians Committee of Rhode Island Medical Society |
| 1982-87 | Faculty Advisor for Brown/Dartmouth students |
| 1982-87 | Corporation of Women & Infants Hospital |
| 1983 | Chaired workshop on Depression and Mood Changes Among Oral Contraceptive Users for the Center for Population Research of the National Institute of Child Health and Human Development |
| 1984-87 | Member and Director of Psychiatry, Brown University Cancer Center |
| 1984-87 | Member, Corporation of Edgehill Newport Foundation |
| 1984-86 | Trustee, Beckett Foundation, Brown University |
| 1985 | Consultant to the State of Nebraska Mental Health Department regarding statewide network of emergency psychiatric services |
| 1985-92 | Chair, Committee on Emergency Psychiatric Services, American Association of General Hospital Psychiatrists |
| 1988-93 | President, Eastern Division, American Suicide Foundation |
| 1989 to Present | Fellow, The New York Academy of Medicine |
| 1991-93 | Board, CONTACT USA |
| 1992-95 | Secretary, American Association of Suicidology - New York Chapter |
| 1992-93 | Vice Chairperson, Centers Committee, CONTACT USA |
| 1992-95 | Chair, Insurance Committee, American Association of Suicidology |
| 1992-93 | President, Behavioral, Biological and Psychiatric Associates |
| 2000- | Board of Advisors, Mental Fitness |
| 2007- | Trustee, HealthCare Chaplaincy of New York City |

11

BIOGRAPHICAL LISTINGS:

Who's Who in the East
Contemporary Artists
Directory of Medical Specialists
International Who's Who in Medicine
Who's Who in Science and Engineering
The Best Doctors in America - 1991
Platinum Edition of Who's Who Worldwide
Who's Who in Medicine and Healthcare - 1997-1998; 1999-2000
The Best Doctors in the Northeast - 1996
The ABMS Directory of Board Certified Medical Specialists
Best Doctors in America – 1999
Who's Who in Medicine and Healthcare 2000-2001
Best Doctors in America 2005-2006
America's Top Psychiatrists - 2007

EDITORIAL BOARD:

1979 to 90      International Journal of Psychiatry and Medicine

1990-           Consulting Editor, Suicide and Life-Threatening Behavior

1994-           Primary Psychiatry

1997-           Mental Fitness

MEMBERSHIPS IN SOCIETIES:

1974-78    PSRO II Inc. (Connecticut Area II Professional Standards Review Organization, Inc.)

1977       Washington Psychiatric Society

1977-      American Psychiatric Association

1979-93    American Association of General Hospital Psychiatrists

1979-87    American Hospital Association

1979-87    Rhode Island Mental Health Association

1980-87    Association for Academic Psychiatry

1980-87    Rhode Island Psychiatric Society

1981-      American Association of Suicidology

1981-87    American College of Mental Health Administration

1981-87    Rhode Island Medical Society

1982-88    American Medical Association

12

| | |
|---|---|
| 1982-87 | Providence Medical Association |
| 1983- | American College of Psychiatrists |
| 1986-87 | Academy of Psychosomatic Medicine |
| 1986-86 | The Shakespearean Society |
| 1986-94 | International Society of Law and Mental Health |
| 1987-93 | New Jersey Psychiatric Society |
| 1988-95 | Member, Board of the American Association for Emergency Psychiatry |
| 1988- | Group for Advancement of Psychiatry (GAP) |
| 1989- | Fellow, American College of Psychiatrists |
| 1989-94 | Medical Scientific Council, AWARE (American Wine Alliance for Research and Education) |
| 1998- | The National Arts Club |
| 1998-02 | Fellow, American Academy of Psychiatry and the Law |
| 2002- | Member, International Academy of Mental Heath and the Law |
| 2003 | Distinguished Fellow, American Psychiatric Association |
| 2003 | Board, International Academy of Law and Mental Health |

RESEARCH WORK IN PROGRESS

Studying harbingers of suicide and modes of crisis intervention with surviving parents partners, caregivers, children and siblings.

TEACHING PROGRAM INVOLVEMENT:

| | |
|---|---|
| 1969-72 | In-service training of medical students and mental health professionals, Connecticut Mental Health Center. |
| 1970-71 | Assistant Instructor, Psychopathology Seminar, Yale University School of Medicine. |
| 1971-72 | Clinical tutor, psychiatric clerkship, Yale University School of Medicine. |
| 1973 | Taught seminar on dementia: its definition, nosology, diagnosis and treatment toward staff.  Laboratory of Clinical Psychopharmacology, NIMH. |
| 1974-76 | Supervision of residents in Medication Clinic, Connecticut Mental Health Center. |
| 1974-77 | Supervision of residents in Psychiatric Emergency Service, Yale-New Haven Hospital. |

| 1975-75 | Lecturer, Emergency Medical Technician's course, Yale-New Haven Hospital. |
|---|---|
| 1975-75 | Taught seminar on Psychiatry and Primary Care to nurse clinicians at thePrimary Care Center, Yale-New Haven Hospital. |
| 1975-77 | Taught seminar on "Acute and Chronic Management of Psychiatric Illness" at Dana Psychiatric Clinic (with Dr. Julian Lieb), Yale-New Haven Hospital. |
| 1976 | Conducted transition groups for graduating and divorcing students, Yale University. |
| 1976 | Taught course on Ethical Responsibility in Medical Decision Making at New England School of Religion (Lake Winnepesaukee, New Hampshire) with Dr. L.R. Tancredi. |
| 1976-77 | Supervision of medical students, psychiatric residents, nurse practitioners, medical residents and interns and public health students in primary care psychiatry. |
| 1976-77 | Taught course entitled, "Diagnostic and Primary care Psychiatry" to family nurse practitioner students. |
| 1978 | Taught course, "Crisis Intervention: Evaluation and Treatment," for the Washington School of Psychiatry. |
| 1978 | Taught course entitled "Crisis Intervention in Community Settings" with Dr. Laurence R. Tancredi at the Northern New England School of Religion. |
| 1978-79 | Taught and chaired course, "Emergency Psychiatry Services: Methods and Management," for The Staff College of NIMH in Chicago (April); Denver (June); Atlanta (October); New Orleans (January); San Francisco (April); and Philadelphia (October). |
| 1979 | Taught course, advanced, in Epidemiologic Principles and Methods of Mental Health Program Management, for The Staff College of NIMH in Charleston (March); San Diego (June); and New Orleans (December). |
| 1979 | Gave workshop on "Crisis Intervention: Evaluation and Treatment" for the Fairfax Mental Health Consortium, Reston, Virginia. |
| 1979 | Taught workshop entitled "Crisis Intervention: Theory and Practice," United Social and Mental Health Services, Inc., Willimantic, Connecticut. |
| 1979-88 | Taught course entitled "Emergency Psychiatry: Methods and Management" at the American Psychiatric Association, Chicago, Illinois, May. |
| 1979 | Consultation Liaison Lecture Series, Department of Psychiatry, Rhode Island Hospital. |
| 1979 | Taught Crisis Intervention Workshop, University of New Mexico-affiliated CMHC. |
| 1979 | Taught course entitled "Psychiatric Emergencies:" at Fair Oaks Hospital, Summit, New Jersey. |
| 1979 | Taught course in Mental Health Administration and Crisis Intervention atBloomington, Indiana, CMHC. |
| 1979 | Taught Crisis Intervention Workshop, Washington School of Psychiatry. |
| 1979 | Taught Crisis Intervention Seminar, Kent County Hospital, and Warwick, Rhode Island. |
| 1979 | Taught Crisis Intervention Continuing Education Course, Rhode Island Hospital, Providence, Rhode |

14

Island.

1979        Taught Continuing Education Course entitled "Alcohol and Other Drug-Related Syndromes" at Rhode Island Hospital, Providence, Rhode Island.

1979-86     Taught course entitled "Psychosomatic Medicine," Brown Medical School, Providence, Rhode Island.

1979-86     Lectures on "Psychosocial Aspects of Management of Patients with Cancer" at Joint Psychiatry and Oncology Rounds, Rhode Island Hospital, Providence, Rhode Island.

1979-86     Supervision of Consultation-Liaison Psychiatry Residents. Brown University.

1980        Crisis Intervention Workshop, Solomon Carter Fuller Mental Health Center (Boston University), Boston, Massachusetts.

1980        Taught workshop entitled "Emergency Psychiatry: Problems and Solutions" at APA Institute of Hospital and Community Psychiatry, Boston, Massachusetts.

1981        "Emergency Psychiatry," University of Michigan, Ann Arbor, Michigan.

1981        Crisis Intervention Workshop for the Central West Virginia Community Mental Health Center, Clarksburg, West Virginia.

1981        Sexual Attitudes Reassessment Course, Rhode Island Hospital, Department of Psychiatry.

1981        Workshop at Brown University, "Is Your Sexuality Up for Grabs: Changing Gender Roles," Providence, Rhode Island.

1981        A panel discussion, "Biological Identity and the Development of Sex Roles: The Moral Issues," Brown University.

1981-86     Crisis Course for Brown Psychology Interns and Psychiatric Residents, Rhode Island Hospital.

1982        "Crisis Intervention: Theory and Practice," Undergraduate Brown Premedical Psychiatry Course.

1982        Support group for Radiation Oncologists.

1982        "Alcoholism: Overview of the Problem," Brown University and Rhode Island Hospital

1982-90     "Epidemiology and Psychiatry," Brown University Psychiatric Residents Lecture.

1982        "The Natural History of Psychiatric Illness and Epidemiology," Brown Psychiatric Residents Lecture.

1982        "Alternate Lifestyles and Disease," Brown University.

1982        "Behavioral Emergencies," American College of Emergency Physicians, CREM IV, New York City.

1982        "Performing a Psychiatric Exam," American College of Emergency Physicians, CREM IV, New York City.

1982        "Psychiatric Aspects of Heart Disease," presented at lecture for Brown University Premedical Summer Program.

1982        Case Conference, Providence Mental Health Center.

15

| 1982-83 | Course on Emergency Psychiatry, Methods and Management, for the Brown Residents in Psychiatry. |
|---|---|
| 1982-82 | Lecture in Topics in General Hospital Psychiatry for Psychiatric Residents, Brown University. |
| 1982-86 | Crisis Intervention Course for Brown Medical Students on clerkship. |
| 1982-86 | Supervise weekly psychiatric residents/medical residents, interns and medical students, who rotate on Medical Psychiatric Unit of Rhode Island Hospital/Women & Infants Hospital. |
| 1983 | Lecture in Biomed 369 on "Affective Illness" and "Emergency Psychiatry," Brown University, Providence, Rhode Island. |
| 1983 | "The Application of Clinical Crisis Techniques to the Work Environment," A one-day workshop for Managers for the New England Hospital Assembly, Boston, Massachusetts. |
| 1983-86 | Lecture in Biomed 390 on "Crisis Intervention," Brown University, Providence, Rhode Island. |
| 1983-86 | Course on Crisis-Oriented Therapy for the Brown Psychology Postdoctoral Fellows. |
| 1984 | Adapting to Life-Threatening Illness Cancer Course, Brown University. |
| 1984 | "Managing a Crisis Situation in Your Work Environment." New England Hospital Assembly, Boston, Massachusetts. |
| 1985 | Moderator, Mock Ethics Committee at conference entitled: Ethical Issues at the Edges of Life, sponsored by Interfaith Health Care Ministries, Lincoln, Rhode Island. |
| 1985-92 | Psychosocial Epidemiology for Brown Psychiatric Residents. |
| 1986-95 | Suicide assessment and management update- 1986 workshop for American Association of Suicidology. |
| 1989- | Psychosocial Epidemiology for New York Medical College Psychiatric residents. |
| 1989- | Suicidology and Violence Management for NYU psychiatric residents and medical students. |
| 2000- | Suicidology for the psychiatric residents of St. Lukes – Roosevelt Hospital. |

BOOK REVIEWS:

Drug Use: Epidemiological and Sociological Approaches. (Edited by E. Josephson and E.C. Carroll). Washington, D.C., Hemisphere Publishing Corp., 1974, in Inquiry, 13:427-428, 1976.

Disposable Patients: Situational Factors in Emergency Psychiatric Decisions by Daryl B. Matthews, M.D., Ph.D. Lexington Books, Lexington, Massachusetts, 1980, in Hospital and Community Psychiatry, 33:229-230, 1982.

The Diagnosis of Stupor and Coma (Third Edition) by Fred Plum and Jerome A. Posner. Philadelphia, F.A. Davis Company, 1980, in The Journal of Nervous and Mental Disease, 170:773-774, 1982.

Neuropsychiatric Features of Medical Disorders by James W. Jefferson and John R. Marshall. New York, Plenum Medical Book Company, 1981, in The Journal of Nervous and Mental Disease, 171:328-329, 1983.

Psychiatric Illness in General Practice (Second Edition) by Michael Shepherd, Brian Cooper, Alexander C. Brown, and Graham Kalton, with new material for the second edition by Michael Shepherd and Anthony Clare. Oxford, Oxford University Press, 1982, in The Journal of Nervous and Mental Disease, 171:265-267, 1983.

Psychiatric Emergencies: Intervention & Resolution by J. Ingram Walker. Philadelphia, Lippincott, 1983, in The Journal of Nervous and Mental Disease, 172:246-247, 1984.

Casebook of Psychiatric Emergencies: The "On Call" Dilemma by Robert G. Cummings. Baltimore University Park Press, 1983, in The Journal of Nervous and Mental Disease, 173:384-385, 1985.

People in Crisis: Strategic Therapeutic Interventions by D.S. Everstine and L. Everstine., Bruner/Mazel, New York, 1983, in The Journal of Nervous and Mental Disease, 173:383-384, 1985.

Emergency Psychiatry by Douglas A. Rund and Jeffrey C. Hutzler. St. Louis, C.V. Mosby, 1983, in General Hospital Psychiatry, 7:275-276, 1985.

Manual of Psychiatric Emergencies edited by Steven E. Hyman. Boston, Little Brown, 1984, in Journal of Nervous and Mental Disease, 176:702-7002, 1988.

The Illness Narratives: Suffering, Healing and the Human Condition by Arthur Kleinman, New York, Basic Books, 1988, in The Journal of Nervous and Mental Disease, 176:701-702, 1988.

Emergency Psychiatry: Concepts, Methods and Practices edited by Ellen L. Bassuk and Ann W. Birk. New York, Plenum Press, 1986, in The Journal of Nervous and Mental Disease, 174(8):502-503, 1986.

Suicide Risk: The Formulation of Clinical Judgment by John T. Maltsberger. New York, New York University Press, 1986, in Suicide and Life-Threatening Behavior, 17(3), 1987.

Advancing Psychiatric Hospital Treatment by Alexander Gralnick. New York, The Gralnick Foundation, 1988, in The Psychiatric Hospital, 19(4), 183-184, 1988.

Suicide Among Youth: Perspectives on Risk and Prevention by Cynthia R. Pfeffer, Washington, D.C., American Psychiatric Press, 1989, in Suicide and Life-Threatening Behavior, 20(2),193-194, 1990

Suicide Over the Life Cycle: Risk Factors, Assessment, and Treatment of Suicidal Patients by S.J. Blumenthal and D.J. Kupfer. Washington, D.C., American Psychiatric Press, 1990, in The Psychiatric Times, 7(6),31, 1990.

Suicide Prevention in Schools (Edited by Antoon A. Leenaars and Susanne Wenckstern). Washington, D.C., Hemisphere Publishing Co., 1991, Death Studies, 15, 1991.

Pschological Trauma and the Adult Survivor: Theory, Therapy and Transformation by Lisa McCann and Laurie Pearlman. Brunner/Mazel, Spring/Summer, 1992. The Psychiatric Hospital.

Assessment and Prediction of Suicide (Edited by R.W. Maris, A.L. Berman, J.T. Maltsberger and R.F. Yufit). New York, Guilford Press, 1991, in Suicide and Life-Threatening Behavior, 23(2):169-170, 1993.

Suicide and the Unconscious (Edited by Antoon Leenaars and David Lester), Northvale, New Jersey, Jason Aronson, 1996, in Clinical Psychiatric News, 1996.

Assisted Suicide: Decision-Making Guide for Health Professionals (Written by Stephen Jamison), San Francisco, Joscy-Boss, 1997, in Psychiatric Services, 49 (12): 1629-1630, 1998.

Contemporary Perspectives on Rational Suicide (Edited by James L. Werth, Jr.), Philadelphia, Brunner. Mazel, 1999, in Psychiatric Services. 51 (10): 1323, 2000.

Comprehensive Textbook of Suicidology by R.W. Maris, A.L. Berman and M.M. Silverman. New York, Guilford Press, 2000 in Psychiatric Services, 52(4):540-542, 2001.

Fatal Freedom: The Ethics and Politics of Suicide by Thomas Szasz. Westport, Connecticut, Praeger Press, 1999, in Psychiatric Services, 52 (1): 114-115, 2001.

Treating Suicidal Behavior: An Effective, Time-Limited Approach by M. David Rudd, Thomas Joiner, and M. Hasan. New York, Guilford Press, 2001. Psychiatric Services, 52(12): 1665-1666, 2001.

Treatment of Suicidal Patients in Managed Care edited by James M. Ellison. Washington, DC, American Psychiatric Press, 2000. Psychiatric Services, 53(1): 107-108, 2002.
The Noonday Demon: An Atlas of Depression by Andrew Soloman, New York, Scribner, 2001.
Preventing Suicide, 3(4): 11, 2004.

Hardwired Behavior: What Neuroscience Reveals about Morality by Laurence R. Tancredi, New York, Cambridge University Press, 2005. Psychiatric Services, 58(2): 279-280. 2007

Autopsy of a Suicidal Mind by E. S.Shneidman. New York, Oxford University Press, 2004. Psychiatric Services, 58(1):
145-156, 2007.

TAPES:

The Diagnosis and Treatment of Dementia in the Age Group 20 years to 65 years,
 a) Dementia: Definition and Classification - Tape 1
 b) The Diagnosis of Dementia Between the Ages of 20 and 65 - Tape II
 c) The Treatment of Dementia with Special Reference to Normal Pressure Hydrocephalus - Tape III
 Behavioral Science Tape Library, Edited by Ivan K. Goldberg. Leonia, New Jersey, 1974.

Slaby A.E., Foxworth J.M., Petrich J, Tancredi L.R.: "Emergency Psychiatry: Methods and Management." Audio Digest Foundation, 1980.

"Crisis Intervention." Audio-Digest Foundation, Psychiatry, Volume 13, Number 24, December 17, 1984.

"State of the Art Emergency Psychiatry - 1987" Washington, D.C., American Psychiatric Association Press, 1988.

"Advice for the Families of Patients with Bipolar and Major Depressive Disorders", National Depressive and Manic Depressive Association Tape Collection, 1988.

"The Family and Affective Emergencies". National Depressive and Manic Depressive Association Tape Collection, 1988.

"Emergency Psychiatry: Methods and Management". Audio-Digest Foundation, Volume 17, Number 13, July 11, 1988.

"Suicide: The Survivors," (with Mary Jane England and Cynthia Pfeffer). American College of Psychiatry Update program, New York, Medical Information Systems, 1990.

"Sixty Ways to Make Stress Work for You." Recording for the Blind, Princeton, New Jersey, 1992.

Slaby A.E.; Henricks L.E.; Tancredi L.R.: Crisis Stabilization. ACP Psychiatric Update, Volume 14:5, 1994.

Slaby, A.E.; Tancredi, L.R.; Volchow, N.: Management of Suicidal, Homicidal and Other Impulsive Behaviors.

ACP Psychiatric update, 1996.

Slaby, A.E.; Garfinkel, L.F.: No One Saw My Pain, Recording for the Blind, 1995.

BOOKS IN TRANSLATION:

Japanese
Tancredi L.R., Lieb J., Slaby A.E.: Legal Issues in Psychiatric Care. New York, Harper & Row, 1975.

Spanish

Slaby A.E., Lieb J., Tancredi L.R.: The Handbook of Psychiatric Emergencies. Flushing, New York, Medical Examination Publishing Co., 1975.

Hebrew

Slaby A.E., Lieb J., Tancredi L.R.: The Handbook of Emergency Psychiatry. (In part translated into Hebrew).

Chinese

Slaby A.E.: Sixty Ways to Make Stress Work for You Washington, D.C., PIA Press, 1988.

LETTERS:

"University Nonresident Group", The Milwaukee Journal, January 4, 1968.

"Law Student Questionnaire", The Yale Daily News, December 6, 1970.

"Psychiatrists in the Emergency Situation". American Journal of Psychiatry, 137(6):753, 1980.

"Comments on Review of Brief Psychotherapies". American Journal of Psychiatry, 144:1516, 1987.

Weekly column in The Summit Sun Times entitled "Help is Around the Corner". 1987-1988.

PAPERS:

Slaby A.E., Booker H.E., Forster F.M.: Autonomic responses to music in normal subjects and in patients with temporal lobe disease, including musicogenic epilepsy. Neurology, 117:317-318, 1967 (Synopsis of the paper presented at the American Academy of Neurology).

Booker H.E., Matthews C.G., Slaby A.E.: Effects of diphenylhydantoin on selected physiological and psychological measures in normal adults. Neurology, 17:949-951, 1967.

Slaby A.E.: Protean education in public health. American Journal of Public Health, 61:890-892, 1971.

Schwartz A.H., Slaby A.E.: Adjustment and fantasy in medical students. American Journal of Psychiatry, 128(1):85-90, 1971.

Slaby A.E., Schwartz A.H.: Changing attitudes and patterns of behavior among emerging physicians Psychiatry in Medicine, 2(4): 270-277, 1971.

Swartzburg M., Schwartz A.H., Lieb J., Slaby A.E.: Dual suicide in homosexuals. Journal of Nervous and Mental Disease. 155(2): 125-130, 1972.

Slaby A.E., Lieb J., Schwartz A.H.: Comparative study of the psychosocial correlates of drug use among medical and law students. Journal of Medical Education. 47(9): 717-723, 1972.

Slaby A.E., Sealy J.R.: Black liberation, women's liberation. American Journal of Psychiatry, 130(2):196-200, 1973.

Weissman M.M., Slaby A.E.: Oral contraceptives and psychiatric disturbance. Evidence from research. British Journal of Psychiatry, 132-346, 1973.

Lieb J, Slaby A.E.: How much do you know about clinical psychiatry? Modern Medicine, pp. 81-88, March 1, 1975.

Raymond M.E., Slaby A.E., Lieb J: Familial response to mental illness. Social casework, 56:492-498, 1975.

Lieb J., Slaby A.E.: How much do you know about clinical psychiatry? Modern Medicine, pp. 123-128, July 1, 1975.

Lieb J., Slaby A.E.: How much do you know about clinical psychiatry? Modern Medicine, pp.106-110, April 1, 1977.

Schwartz A.H., Swartzburg M., Lieb J, Slaby A.E.: Medical school and the process of disillusionment. British Journal of Medical Education, 12(3):182-185, 1978.

Slaby A.E., Fagan P., Tancredi L.R.: A second look at religion and Freudianism. America, pp. 460-472, May 29, 1976.

Fagan P.J., Tancredi L.R., Slaby A.E.: Exploring values and the conscience quagmire. Counseling and Values, 24:184-193, 1979.

Tancredi L.R., Slaby A.E.: Releasing the mentally ill: Justice or irresponsibility. Connecticut Medicine, 41(7):429-432, 1977.

Slaby A.E., Tancredi L.R.: The economics of moral values: Policy implications. Journal of Health Politics, Policy and Law, 2(1):20-31, 1977.

Raymond M.E., Slaby A.E., Lieb J.: Familial responses to mental illness. Yale Psychiatric Quarterly, 1(2):4, 1977.

Slaby A.E.: The team approach to the treatment of the rape victim. Connecticut Medicine, 43:135-136, 1978.

Lieb J, Slaby A.E.: Check your knowledge of clinical psychiatry. Modern Medicine, pp. 115-122, March 15, 1978.

Slaby A.E., Pottash A.L.C, Black H.R.: Utilization of psychiatry in a primary care center. Journal of Medical Education, 53(9):752-758, 1978.

Slaby A.E.: Careers in general hospital psychiatry.  Resident's Forum, Psychiatric News, 14:14-16, November 2, 1979.

Slaby A.E.: Emergency psychiatric services: Problems and solutions. Newsletter of the American Association of General Hospital Psychiatry, 1980.

Slaby A.E.,  Perry P.L.: Use and abuse of psychiatric emergency services. International Journal of Psychiatry in Medicine, 10(1):1-8, 1980.

Inglese-Bieber M, Slaby A.E.: Serum alcohol levels and the incidence of trauma. Currents in Alcoholism, 8:269-282m 1981.

Slaby A.E: Emergency psychiatry in the general hospital: staffing, training and leadership issues. General Hospital Psychiatry, 3(4): 306-309, 1981.

Slaby A.E., Glickman A.: Art in hospitals. MD Magazine, 24:17-20, August 1981.

Slaby A.E.: Psychiatrist's role in general medical hospitals. Newsletter of the American Association of General Hospital Psychiatrists. Spring, 1981.

Giannini A.J., Slaby A.E.: Menarche and ascorbic acid. MD Magazine. 25:51-52, 1981.

Slaby A.E.: Emergency psychiatry: An update. Hospital and Community Psychiatry, 32(10):687-698, 1981.

Slaby A.S.: Dementia in the presenium. Convergence Newsletter, St. Elizabeth's Hospital, Youngstown, Ohio, 23: 1983.

Slaby A.E., Goldberg R.J., Wallace S.: Interdisciplinary team approach to emergency psychiatric care. Psychosomatics, 24(7):627-637,1983.

Garfinkel B, Slaby A.E.: Personality and risk factors associated with suicide attempts. Proceedings of the Annual Meeting of the American Association of Suicidology, 1983.

Slaby A.E.:  Research strategies in emergency psychiatry. Psychiatric Clinics of North America, 6(2):347-360, 1983.

Slaby A.E., Swift R.: Diagnosing and managing drug-induced psychiatric emergencies. Psychiatric Medicine, 3(3):233-251, 1985.

Slaby A.E., Fogel B.S.: Identifying occult neurologic illness on a psychiatric service. Psychiatric Letter, Fair Oaks Hospital, 2(8), 1984.

Slaby A.E.: Definitions and conceptual framework of psychiatric emergencies. Emergency Health Services Review, 3:2-3, 1985.

Slaby A.E., Kramer P.: Evaluating suicide potential. Butler Review, 5(1):2-8, 1985.

Slaby A.E., Kramer P.: Evaluating and managing self-destructive potential and behavior in a hospital setting. The Psychiatric Hospital, 16(1):33-39, 1985.

Slaby A.E.: Long-range planning and psychiatrist/psychologist staff privileges. Newsletter of American Association of General Hospital Psychiatrists, 7(1):Winter, 1985.

Slaby A.E.: Crisis-oriented therapy. New Directions in Emergency Psychiatry, December (28):21-34, 1985.

Fogel B., Slaby A.E.: Beyond Gamesmanship: Strategy for coping with prospective payment. Hospital and Community Psychiatry, 36(7):760-763, 1985.

Slaby A.E.: The emergency treatment of the depressed patient with physical illness. International Journal of Psychiatry in Medicine, 17:71-83, 1987.

Slaby A.E.: Franchising services proves timely topic at APA/AAGNP meeting. Newsletter of the American Association of General Hospital Psychiatrists, 7(2): Fall, 1985.

Slaby A.E., Fogel B.S.: Franchising general hospital psychiatric services. Integrative Psychiatry, Autumn, 1985.

Slaby A.E., Goldberg R.J.: Advantages and disadvantages of cross hospital consultation liaison services. General Hospital Psychiatry, 8(3):183-189, 1986.

Slaby A.E.:"The risk of violence in psychotics": commentary,Integrative Psychiatry, 4(1):18-20, 1986.

Slaby A.E., Glicksman A.S.: Adaption of physicians to managing lifethreatening illness. Integrative Psychiatry, 4(3):162-165, 1986.

Wallace S.R., Wand J.T., Goldberg R.J., Slaby A.E.: The social worker as primary psychiatric consultant to the general hospital emergency room. Emergency Health Services Review, 3:11-24, 1986.

Slaby A.E.: Prevention, early identification and management of adolescent suicidal potential.Rhode Island Medical Journal, 69:463-470, 1986.

Slaby A.E.: Definitions and conceptual framework of psychiatric emergencies.Emergency Health Services Review, 3:9-24, 1986.

Slaby A.E., McGuire P.L.: Prevention of child and adolescent suicide. Fair Oaks Hospital Psychiatry Letter, 4:65--70, 1986.

Slaby A.E.: Sixty ways to make stress work for you.Fair Oaks Hospital Psychiatry Letter, 5:50-63, 1987.

Slaby A.E.: Quality assurance in emergency psychiatric care.Focus on Emergency Psychiatry, 1:1-3, 1988.

Giannini A.J., Slaby A.E., Gianetti J., Daroski S., Feather J., Wagamon C.: Physical correlates on examination of bipolar patients. Turkish Journal of Med Biol Research, 2:23-30, 1991.

Slaby A.E.: AIDS and rational suicide. Newslink, 14:5, 1989.

Kirstein L, Slaby A.E.: The epidemiology, clinical manifestations, and management of cocaine rise.Journal of Insurance Medicine, 21:91-93, 1989.

Slaby A.E., McGuire P.L.: Residential management of suicidal adolescents. Residential Treatment for Children and Youth, 7(1):23-43, 1989.

Giannini A.J., Giannini M.C., Slaby A.E.: Suicide- The medical legal implications. The Psychiatric Forum, 10:6-9, 1989.

Slaby A.E.: Evaluating and managing suicidal potential.Synapse, West Hudson Psychiatric Society, July - August, 1990.

Slaby A.E.: Who are the survivors? Newslink, American Association of Suicidology, 16(2) p.3, 1990.

Slaby A.E.: Growing pains. Newslink. American Association of Suicidology, 16(3) p.3, 1990.

Slaby A.E.: Emergency psychiatry: New perspectives. Newsletter American Association of General Hospital Psychiatrists, February 1991.

Giannini A.J., Slaby A.W., Robb T.O.: DeClerrambault's syndrome in sexually experienced women.Journal of Clinical Psychiatry, 52:2, 84-86, 1991.

Slaby A.E.: "Evaluation of school and community-based suicide prevention programs". Newslink, American Association of Suicidology, 116($): p.3-4, 1991.

Slaby A.E.: Harnessing the forces of self-destruction for creativity. Newslink, American Association of Suicidology, 17(1):p.3, 1991.

Slaby A.E.: "The Illness and art of Vincent Van Gogh". Newslink, American Association of Suicidology. In Press.

Slaby A.E.: "Addiction: the treatment of dual diagnosis". New Jersey Medicine, 90:859-860, 1993.

Slaby A.E.: "Creativity, depression and suicide." Suicide and Life-Threatening Behavior, Vol. 22(2):157-166, 1992.

Slaby A.E.: "Evaluation and management of suicidal potential and attempts". Update on Aging, Gerontology Institute of New Jersey, Edited by B Sacharow, Vol. 8, Issue 1, Winter 1992.

Slaby A.E.:"Gay substance abuse treatment". New York Queer, 1992.

Slaby A.E.: "Emergency Psychiatry: Training Ground for Leadership". Newsletter of the American Association of Emergency Psychiatrists, 1992.

Slaby A.E.: "Crisis stabilization", NME Grand Rounds 1993.

Slaby A.E.: Suicide as an indicia of biologically-based brain disease. Archives of Suicide Research, 1:59-73, 1995.

Slaby A.E.: Psychopharmacotherapy of Suicide. Death Studies, 18:483-496, 1994.

Slaby A.E.: Outpatient management of suicidal patients in the era of managed care. Primary Psychiatry, 2:43-46, 1995.

Slaby, A.E.: Psyychiatric management of suicidal outpatients, Lifesavers Newsletter, 1995.

Case, D.B.; Slaby, A.E.: The suicidal patient in family practice. Primary Psychiatry, 3(2): 30-34, 1996

Slaby, A.E.: Minimizing litigation pursuant to expected adverse events in emergency psychiatry. Emergency Psychiatry, 2:1, 18-19, 1996.

Slaby, A.E.: Impact of psychopharmacology on suicide rates (Reply to letter), Primary Psychiatry, 3: 17 and 80, 1996.

Slaby, A.E.: Beyond reasonable doubt - The case for SSRI's, Primary Psychiatry, 4:26-27, 1997.

Giannini, AJ; Colapretro, G; Slaby, AE; Melemis, SM; Bowman, RK: Sexualization of the female foot as a response to sexually transmitted eipdemics: a preliminary study. Psychological Reports, 83:491-498, 1998.

Slaby, A.E.: Toward the year 2000: A mental health prospective. Survivors After Suicide, 12 (2): 6-7, 1999.

Slaby, A.E., Multidisciplinary Rounds: When a cancer patient commits suicide: Psychosocial issues faced by patients, families, and care givers.  Response3.  Cancer Practice, 8(1), January/February, 2000.

Slaby, A.E: Shift Lag.  Men's Fitness, August, 2000, pp. 63, 65.

Slaby, A.E., Tancredi, L.R.: Micropharmacology: Treating Disturbances of Mood, Thought, and Behavior as Specific Neurotransmitter Dysregulations Rather Than as Clinical Syndromes. Primary Psychiatry, 8(4); 28-32, 2001.

Slaby, A.E.: Suicide and Gun Control. Psychiatric Services, 52(8):999, 2001.

Slaby, AE; Truillo, M: Psychotherapy and the Suicidal Patient. Primary Psychiatry, 13: 40-42, 2006.

Slaby, A.E: "Cultural Sensitivity" in Substance Abuse Treatment. Psychiatric Services, 58(7): 897, 2007.

Slaby, A.E. as part of GAP Committee on Psychopharmacology: Direct-to-consumer (DTC) marketing an attitude survey of psychiatric physicians.

CHAPTERS:

Nicholson R., Slaby A.: Class Poll 1968. P & S '68 (Edited by J Gunnell and V Utermohlen). New York, Columbia University College of Physicians and Surgeons, 1968, pp. 104-118.

Slaby A.E., Tancredi L.R.: Assessment in Psychiatry: Pretest Self-Assessment and Review. (Edited by JC Nelson). Wallingford, Pretest Inc., 1977.

Slaby A.E.: Pharmacotherapy. The Psychotherapy Handbook. (Edited by R Herink). New York, New American Library, 1980.

Slaby A.E., Sealy J.: Black Liberation, Women's Liberation. The Black Family, Second Edition (Edited by R Staples). Belmont, California, Wadsworth, 1978.

Raymond M.E., Slaby A.E., Lieb J.: Familial Responses to Mental Illness. Social Work With Families (Edited by CE Munson). New York, The Free Press, 1980.

Tancredi L.R., Slaby A.E.: Ethical Issues in Mental Health Care. Medical Ethics and the Law: Implications for Public Policy. (Edited by MD Hiller). New York, Ballinger, 1981.

Slaby A.E., Tancredi L.R.: Literary Insights and Theories of Person. Medicine and Literature. (Edited by ER Peschel). New York, Neale Watson Academic Press, 1980.

Raymond M.E., Slaby A.E., Lieb J.: Patterns of Familial Response to Mental Illness. Inventory of Marriage and Family Literature. (Edited by MS Dahl and DHL Olson). St. Paul, University of Minnesota Press, 1980.

Slaby A.E.: Evaluation and Management of Suicide Potential and Attempts. Psychiatry in the Practice of Medicine. (Edited by H Leigh). Addison Wesley & Company, Menlo Park, California, 1981.

Slaby A.E.: Can a Middle-Manager Still be a Clinician. Middle Management in Mental Health. (Edited by SL White). San Francisco, Josey-Bass, 1981.

Slaby A.E.: Dementia. Inpatient Psychiatry: Diagnosis and Treatment. (Edited by LI Sederer). (First Edition) Baltimore, Williams and Wilkins, 1983.

Slaby A.E.: Dementia. Neurologic, Neurogenic and Neuropsychiatric Disorders. (Edited by AJ Giannini and RL Gilliland). Garden City, Medical Examination Publishing Company, 1982.

Slaby A.E.: Diagnostic Emergencies. Phenomenology and Treatment of Psychiatric Emergencies (Edited by B Comstock et al). New York, U.S. Medical and Scientific Books, 1984.

Slaby A.E.: Medical Disease Presenting as a Behavioral Emergency. Topics in Emergency Medicine. (Edited by RL Judd and MA Peszke). Rockville, Maryland, Aspen Systems Corporation, 1983.

Slaby A.E.: Quality Assurance and Diagnostic Psychiatry. Psychiatric Emergencies. (Edited by WR Dubin, N Hanke and WH Nickens). New York, Churchill-Livingstone Inc., 1984.

Goldberg R.J., Slaby A.E.: Psychosocial Aspects of Living with Cancer. Medical Oncology. (Edited by P Calabresi, PS Schein and SA Rosenberg). New York, MacMillan Co., 1985.

Slaby A.E.: Emergency Psychiatry: An Update. The Psychiatric Knowledge and Skills Self-Assessment Program. (PKSAP V) Fifth Edition.  Washington, D.C., American Psychiatric Association, 1983.

Slaby A.E.: Definitions and Conceptual Framework of Psychiatric Emergencies. Handbook of Emergency Psychiatry for Clinical Administrators. (Edited by G Barton and Friedman). Rockville, Maryland, The Haworth Press, 1986.

Slaby A.E.: "Dementia". Inpatient Psychiatry: Diagnosis and Treatment. (Edited by LI Sederer). Second Edition. Baltimore, Williams and Wilkins, 1986.

Fogel B, Slaby A.E.: Neurological Screening of Psychiatric Patient, Mimics of Psychotic Disorders. (Edited by I Extein and M Gold). Washington, D.C., APA Press, 1986.

Slaby A.E.: Caffeinism. The Biological Foundations of Clinical Psychiatry. (Edited by AJ Giannini). New York, Elsevier Science Publishing Co., Inc., 1986.

Slaby A.E., Psychiatric Consequences of Gynecologic Surgery. Clinical Problems, Injuries and Complications of Gynecologic Surgery. (Edited by DH Nichols). Second Edition.  Baltimore, Williams, and Wilkins, 1988.

Slaby A.E.: Dual Diagnosis: Fact or Fiction? in M.S. Gold and A.E. Slaby (Eds): Dual Diagnosis in Substance Abuse.  New York, Marcel Dekker, 1991.

Taylor W, Slaby A.E.: Acute Treatment of Alcohol and Cocaine Emergencies. Recent Developments in Alcoholism. Volume 10: Alcohol and Cocaine: Similarities and Differences, edited by Marc Galanter, Plenum Press, New York 1992.

Slaby A.E., DuMont L.E.: Psychopharmacotherapy of Suicidal Ideation and Behavior. Suicide: Guidelines for Assessment, Management, and Treatment (Edited by B Bonger). New York, Oxford University, 1992.

Taylor W.; Slaby A.E.: Acute Treatment of Alcohol and Cocaine Emergencies. Alcohol and Cocaine: Clinical and Research Issues. New York, Plenum Publishing Corporation, 1993.

Slaby A.E.: Psychopharmacotherapy of Suicide, in Treatment of Suicidal People. (Edited Taylor & Francis) Washington, D.C., 1994.

Slaby A.E.: Psychiatric Consequences of Gynecologic Surgery. Clinical Problems Inquiries and Complications of Gynecological Surgery. Third Edition) (Edited by DH Nichols and VOL DeLancey). Ballentine, Williams and Wilkins, 1995.

Slaby A.E.: The Treatment of Addictive Disorders in Emergency Populations, In N Miller (Ed): Addictive Psychiatry: Comprehensive Textbook. Orlando, WB Saunders, 1995.

Slaby, A.E.: Treatment of Addictive Disorders in Emergency Populations in The Principle and Practice of Addictions in Psychiatry, (Edited by N.S. Miller).  Philadelphis W.B. Saunders, 1996.

Slaby, A.E.: Consequenze psichiche della chirursia ginecologua, in D.H. Nichols and J.O.L. Delancey (Eds.). Problemi Clinici e complicazion: ed Ostetrica. (III Edizione).  Rome, C.C. Edizioni Internaziondi, 1996.

Slaby, A.E.: Psychiatric Treatment of Suicidal Outpatients, in T. Roleff (Ed), Suicide: Opposing Viewpoints. San Diego, Greenhaven Press, 1997.

Slaby, A.E.: Outpatient Management of the Suicidal Patient. Avoiding Legal Liability With Suicidal Outpatients. (Edited by B Bonger). New York, Guilford Press, 1998

Slaby, A.E.: Introduction, in AJ Giannini: Family Guide to Drug Abuse. Los Angeles, Health Information Press,

1998.

Slaby, A.E.: Inpatient Groups and Partial Hospitalization, in D.W. Brooks and H.I. Spitz: The Group Therapy of Substance Abuse. New York, Haworth Press, 2002.

Slaby, A.E.: Introduction to J. McDonell: The Little Book of Hope. Beverly Hills, New Millennium Press, 2002.

Slaby, AE; Dubin, WR; Barron, DA : Other Psychiatric Emergencies, in BJ Sadock and VA Sadock: Comprehensive Textbook of Psychiatry (8th Edition ) . Baltimore,Williams & Wilkins, 2005.


BOOKS:

Lieb J., Lipstich II, Slaby A.E.: The Crisis Team: A Handbook for the Mental Health Professional. New York, Harper and Row, 1973.

Slaby A.E., Wyatt R.J.: Dementia in the Presenium. Springfield, Illinois, Charles C. Thomas, 1974.

Raymond M.E., Slaby A.E., Lieb J.: The Healing Alliance. New York, W.W. Norton Company, 1975.

Lieb J., Slaby A.E.: Integrated Psychiatric Treatment. New York, Harper and Row, 1975.

Slaby A.E., Tancredi L.R.: Collusion for Conformity. New York, Jason Aronson, 1975.

Tancredi L.R., Lieb J, Slaby A.E.: Legal Issues in Psychiatric Care. New York, Harper and Row, 1975.

Slaby A.E., Lieb J., Tancredi L.R.: Handbook of Psychiatric Emergencies. Flushing, New York, Medical Examination Publishing Company, 1975.

Tancredi L.R., Slaby A.E.: Ethical Policy in Mental Health Care: Goals of Psychiatric Intervention. New York, Neale Watson Academic Publications, 1977.

Slaby A.S., Lieb J., Tancredi L.R.: Handbook of Psychiatric Emergencies. Second Edition. New York, Medical Examination Publishing Company, 1981.

Goldberg R., Slaby A.E.: Diagnosing Disorders of Mood, Thought and Behavior. New York, Medical Examination Publishing Company, 1981.

Locke B.Z., Slaby A.E.: Monographs in Psychosocial Epidemiology, Volume I: Studies of Children (Editor: Felton Earls). New York, Neale Watson Academic Press, 1980.

Locke B.Z., Slaby A.E.: Monographs in Psychosocial Epidemiology Volume 2: Stressful Life Events (Editors: Barbara Snell Dohrenwend and Bruce P Dohrenwend). New York, Neale Watson Academic Press, 1981.

Locke B.Z., Slaby A.E.: Monographs in Psychosocial Epidemiology Volume 3: Symptoms, Illness Behavior and Help Seeking. (Editor: David Mechanic)). New York, Neale Watson Academic Press, 1982.

Slaby A.E.: Monographs in Psychosocial Epidemiology, Volume 4: Community Surveys. (Editors: Myrna M Weissman and Jerome K Myers). New Brunswick,, Rutgers University Press, 1985.

Slaby A.E.: Monographs in Psychosocial Epidemiology: Volume 6: Studying Drug Abuse (Editor: Lee N Robins). New Brunswick, New Jersey, Rutgers University Press (In Press).

Slaby A.E.(Series Editor): Monographs in Psychosocial Epidemiology: Volume 8: Genetic Issues in Psychosocial

Epidemiology (Edited by MT Tsuang, KS Kendler & MJ Lyons). New Brunswick, New Jersey, Rutgers University Press, 1991.

Wallace S.R., Goldberg R.J., Slaby A.E.: Clinical Social Work in Health Care: New Biopsychosocial Approaches. New York, Praeger Press, 1984.

Slaby A.E., Lieb J., Tancredi L.R.: Handbook of Psychiatric Emergencies, Third Edition, New York, Medical Examination Publishing Co., 1985.

Giannini A.J., Slaby A.E.: Handbook of Overdose and Detoxification Emergencies. Third Edition. New York, Medical Examination Publishing company, 1985.

Slaby A.E., Glicksman A.S.: Adapting to Life-Threatening Illness. New York, Praeger Press, 1985.

Slaby A.E.: Sixty Ways to Make Stress Work For You. Washington, D.C., PIA Press, 1988.

Giannini A.J., Slaby A.E.: Drugs of Abuse. Oradell, New Jersey, Medical Economics Books, 1989.

Slaby A.E.: Aftershock. New York, Random House, 1989.

Slaby A.E. (Series Editor): Studies in Psychosocial Epidemiology: Genetic Issues in Psychosocial Epidemiology (Edited by MT Tsuang, KS Kendler and MJ Lyons) New Brunswick, New Jersey, Rutgers University Press, 1991.

Gold M.S., Slaby A.E.: Dual Diagnosis in Substance Abuse, New York, Marcel Dekker, 1991.

Slaby A.E.: Sixty Ways to Make Stress Work for You. New York, Bantam Books, 1991.

Giannini A.J., Slaby A.E.: (Eds) Eating Disorders, New York, Springer-Verlag, 1993.

Slaby A.E., Frank L.: No One Saw My Pain: Why Teens Kill Themselves, New York, Norton & Company, 1994.

Slaby A.E.: Handbook of Psychiatric Emergencies. Fourth Edition, New York, Appleton-Lange, 1994.

Slaby, A.E.; Frank, L.: No One Saw My Pain: Why Teens Kill Themselves, New York, Norton & Company, 1996 (Paperback).


PRESENTATIONS (INCLUDING TELECONFERENCES):

"Automatic Responses to Music in Normal Subjects and in Patients with Temporal Lobe Disease Including Musicogenic Epilepsy," with HE Booker and FM Forster at the American Academy of Neurology in San Francisco, 1967.

"Adjustment and Fantasy in Medical Students," with AH Schwartz at the American Psychiatric Association's Annual Meeting in Washington, D.C., 1071.

"Medical School and the Process of Disillusionment," with AH Schwartz, M Swartzburg and J Lieb at the American Psychiatric Association Meeting in Honolulu, Hawaii, May, 1973.

"Ventricular Fluid Metabolites of Phenolic and Catecholamines," with RJ Wyatt, F Cantor, JC Gillin, E Gordon, F Karocin, D McCullough, N Neff, A Ommaya, FP Rauscher and JB Seaborg. Presented at American College of Neuropharmacology meeting in San Juan, Puerto Rico, December 17-19, 1975.

"Implementing A Program of Primary Care Psychiatry in a Traditional Medical-Pediatric Clinic Setting." Presented

for the panel entitled, "Psychiatric Practice in Primary Care Settings," at the American Psychiatric Association's Annual Meeting in Toronto, Ontario, 1977.

"The Differential Diagnosis of Behavioral Disorders," St. Vincent's Hospital, Bridgeport, Connecticut, September, 1977.

"Psychosocial Correlates and Determinants of Help-Seeking at an HMO." University of Washington School of Medicine, Seattle, September, 1977.

"Determinants and Correlates of Help-Seeking at an HMO." George Washington University School of Medicine, March, 1978.

"Collusion for Conformity: The Unholy Marriage Between Law and Psychiatry." New York University, July, 1978.

"The Differential Diagnosis of Mood, Thought and Behavior Disorders," St. Elizabeth's Hospital Family Medical Center, Youngstown, Ohio, July, 1978.

"The Impact of Research on Legislation," Research Symposium for APA/NIMH Fellows, Washington, D.C., September, 6, 1978.

"The Interface of Mental Health and Medicine in the Care of Older Patients: What We Know," Gerontological Society Meetings, Dallas, Texas, November 16-17, 1978.

"Psychiatry and the Law," New York University Law School, December, 1978.

"Research That Bears on Health Policy," Butler Hospital, Providence, Rhode Island, December, 1978.

"The Interface off Psychiatry and Medicine," Greenwich Hospital, Greenwich, Connecticut, January, 1979.

"Use and Abuse of Psychiatric Emergency Services," with P. Parry, American Psychiatric Association Annual meeting, Chicago, Illinois, May, 1979.

"Psychological Aspects of the Treatment of a Cancer," Northeastern Ohio Medical School, September 29, 1979.

"Crisis Intervention: Theory and Practice," Psychosomatic Grand Rounds, Yale University, October 3, 1979.

"Historical Evolution of Crisis Intervention," Grand Rounds, St. Vincent's Hospital, October 4, 1979.

"Emergency Psychiatry: Problems and Solutions," Mental Health Services Subcommittee of the American Association of General Hospital Psychiatrists, New York, December 8, 1979.

"Epidemiological Research That Bears on Health Policy," NIMH Staff College Course of Epidemiology for Mental Health Planners, New Orleans, December 9, 1979.

Moderator: Panel on Mental Health, Mental Illness and Religious Belief. Continuing Medical Education Program, Brown University, January 16, 1980.

Grand Rounds Presentation, University of South Florida Medical School, January, 1980.

Grand Rounds Presentation, "Crisis Intervention," Department of Psychiatry, University of New Mexico, February, 1980.

"Diagnosing Disorders of Mood, Thought and Behavior," workshop at Holy Spirit Hospital Community Mental Health Center, Camp Hill, Pennsylvania, February, 1980.

"Emergency Psychiatry," Moulton Hospital, Taunton, Massachusetts, February, 1980.

"Predictors of Use of College Health Services," Meeting of the College Task Force of the Medical Foundation, Boston, Massachusetts, April 11, 1980.

"Discussion of Dr. Paul Rossman's paper:" Adolescent Depression," at the Meetings of the New England Society of Adolescent Psychiatry, Providence, Rhode Island, 1980.

"The Epidemiology of Alcoholism," University of Massachusetts Medical School, Worcester, Massachusetts, May, 1980.

"Current Issues in General Hospital Psychiatry," APA Institute of Hospital and Community Psychiatry, Boston, Massachusetts, September, 1980.

"Diagnosis and Management of Disorders of Mood, Thought and Behavior," Hawaiian Medical Association, Honolulu, Hawaii, October, 1980.

"Evaluation and Management of Suicidal Behavior," Department of Psychiatry, University of Hawaii Medical School, Honolulu, Hawaii, October, 1980.

"The Epidemiology of Suicide," Annual Meeting of the Samaritans of Rhode Island, Providence, 1980.

"Suicidology," Griffin Hospital, Derby, Connecticut, October, 1980.

"Emergency Psychiatry: Problems and Solutions," State University of New York at Stony Brook, December, 1980.

"The Differential Diagnosis of Dementia," University of Connecticut, December, 1980.

"Dementia in the Presenium," University of Connecticut, December 1980.

"Crisis Intervention: Theory and Practice," University of Maryland, 1981.

"Diagnosing Disorders of Mood, Thought and Behavior," Eastern Connecticut Psychiatric Society, Willimantic, Connecticut, February, 1981.
"Emergency Psychiatry Update," Sugarbush Psychiatric Conference, Warren, Vermont, February, 1981.

Crisis Intervention: Theory and Practice," Queens Hospital, New York, New York, February, 1981.

"Crisis Intervention," St. James Church, New York, New York, February, 1981.

"Is Your Sexuality Up for Grabs:  Changing Gender Roles," (together with Margo Inglese, Lewis Lipsitt and Joan Scott), Brown University, Providence, April, 1981.

"Psychiatric Emergencies in Rural Areas," Dartmouth University, Hanover, New Hampshire, March, 1981.

"Administrative Issues in the Delivery of Emergency Psychiatric Services," Columbian Mental Health Center, Lisbon, Ohio, April, 1981.

"The Holistic Approach to the Delivery of Geriatric Services," Northeastern Ohio Medical School, Youngstown, Ohio, May, 1981.

"Emergency Psychiatry and Crisis Intervention," Harding Hospital, Columbus, Ohio, May, 1981.

"Crisis Intervention: Theory and Practice," Central Chapter of the Illinois Psychiatric Society, June, 1981.

"Diagnosing Disorders of Mood, Thought and Behavior," Southern Illinois University School of Medicine, June, 1981.

"Crisis Intervention and the Management of Alcoholism," Annual Meeting of the North Conway Institute,Newport, Massachusetts, June, 1981.

"Crisis Intervention: Theory and Practice," Columbia University's College of Physicians and Surgeons, New York City, June, 1981.

"The Differential Diagnosis of Violent Behavior," The Carrier Foundation, Princeton, New Jersey, September 1, 1981.

"The Interdisciplinary Approach to the Delivery of Psychiatric Care in the General Hospital Setting," Meetings of the Institute of Hospital and Community Psychiatry, San Diego, California, September 14-16, 1981.

"Practical Management of Psychiatric Emergencies, Including the Differential Diagnosis of Mood Disorders and Brief Psychiatric Treatment Techniques," Arkansas Psychiatric Society, Fairfield Bay, Arkansas, September 13, 1981.

"Liaisons: Developing Interpersonal Relationships," Brown Medical Center, Springfield, Massachusetts, October, 1981.

"Emergency Psychiatry and Crisis Intervention,"Baystate Medical Center, Springfield, Massachusetts, October, 1981.

"Emergency Psychiatry: Administrative and Clinical Aspects,"Connecticut Hospital Association, Wallingford, Connecticut, October, 1981.

"Crisis Intervention: Theory and Practice," Riverview Hospital, Red Bank, New Jersey, December, 1981.

"Overview of Critical Diagnostic and Treatment Tasks in Emergency Psychiatry,"Baylor University, Houston, Texas, December, 1981.
Building Psychiatric Services for Women in the 1980's". Rhode Island Hospital Corporation Meeting, December, 1981.

Keynote Address at the Winter Meetings of the Pennsylvania Psychiatric Society: "The Psychiatrist in the General Hospital," Philadelphia, January, 1982.

"Adolescent Suicide," (with Dr. Barry Garfinkel) National Association of Private Psychiatric Hospitals, Scottsdale, Arizona, January, 1982.

"Emergency Psychiatric Services in Private Hospital Settings," National Association of Private Psychiatric Hospitals, Scottsdale, Arizona, January, 1982.

"Managing Substance Abuse Using Emergency Psychiatric and Brief Treatment Models," Pawtucket Mental Health Center, February, 1982.

"Managing Life Crises," Auxiliary of Women & Infants Hospital, February, 1982.

"Sexuality and Commitment," Brown Catholic Student Group, March, 1982.

"Biological and Psychological Aspects of Stress," American Society of Abdominal Surgeons, March, 1982.

"Liaisons: Understanding Human Relationships," The Brown Club of Northern New Jersey, Princeton, New Jersey, March, 1982.

"Violent Behavior: Differential Diagnosis and Management," Stamford Hospital, Stamford, Connecticut, March, 1982.

"Crisis Intervention in Rural Psychiatric Settings," Augusta Mental Health Institute, Augusta, Maine, March, 1982.

"Differential Diagnosis and General Hospital Psychiatry," Main Medical Center, Portland, Maine, March, 1982.

"Women and Relationships," The Junior League of Providence, Providence, Rhode Island, April, 1982.

"Emergency Interventions of Suicidal Behavior," American Association of Suicidology, New York City, April, 1982.

Chairperson, Panel on Attention Deficit Disorders, Emma P. Bradley Hospital, Providence, Rhode Island, April, 1982.

"Life in the Deep End: Understanding Loneliness, Loss, Suicidal and Self-Destructive Thoughts," Brown University, Providence, Rhode Island, April, 1982.

"Chronic Organic Mental Syndromes: Diagnosis and Management," Institute of Mental Health, Cranston, Rhode Island, April, 1982.

"Emergency Psychiatry in a General Hospital," St. Vincent's Medical Center, Bridgeport, Connecticut, May, 1982.

"Serum Alcohol Levels and the Incidence of Trauma," (with Ms. Margo Inglese), Brown University, Ninth Annual Student-Faculty Research Seminar, Providence, Rhode Island, May, 1982.
"Managing Life Crises," Cincinnati Brown Club, Cincinnati, Ohio, May, 1982.

"Emergency Psychiatry: Methods and Management," Meetings of the American Psychiatric Association, Toronto, Canada, May 6, 1982.

"Fredrika Schweers," (Presentation and discussion of a videotape edited by a therapist regarding a child with a life-threatening illness and her family, with Ms. Stephanie LaFarge and Dr. Richard Goldberg), Meetings of the American Psychiatric Association, Toronto, Canada, May 19, 1982.

"The Family as the Focus of Crisis Intervention," Providence Mental Health Center, Providence, Rhode Island, May, 1982.

"The Anatomy of an Oncologist," Medical Oncology Grand Rounds, Rhode Island, June, 1982.

Discussion of paper entitled "Choice of Treatment in Psychiatry: Some Reflections," Butler Hospital Staff Association Meeting, Providence, Rhode Island, June, 1982.

"Coming of Age in the Eighties," Brown University Commencement Forum, Providence, Rhode Island, June, 1982.

"Mental Health Crisis Services," Oregon Mental Health Division, Salem, Oregon, June, 1982.

"Current Issues in Emergency Psychiatry," Connecticut Valley Hospital, Middletown, Connecticut, June, 1982.

"Videotaping Patients with Life-Threatening Illness," (with Ms. Stephanie LaFarge), Roger Williams General Hospital, August, 1982.

31

"Management of Violent Behavior in the General Hospital," (with Mr. William Dubin and Ms. Margo Inglese), Rhode Island Hospital, September, 1982.

"Psychological Impact of Disasters on Victim and Rescuer," Emergency Medicine and Critical Care Symposium '82, Brown University, September, 1982.

"Life and Stress: Crisis and Management," Butler Hospital Auxiliary, Providence, Rhode Island, October, 1982.

"Stress in Medicine," Brown Medical Student Forum, Brown University, Providence, Rhode Island, October, 1982.

"Quality Assurance and Differential Diagnosis in the Emergency Psychiatric Setting," Meeting of the American Association of General Hospital Psychiatry, Louisville, Kentucky, October, 1982.

"New Perspectives of Chronicity," Joint Meeting of the American Nursing Association and Institute on Hospital and Community Psychiatry, Louisville, Kentucky, October, 1982.
"Minimal and Nonhospitalization Models of Psychiatric Care," Institute on Hospital and Community Psychiatry , 34th Institute on Hospital and Community Psychiatry, Louisville, Kentucky, October,, 1982.

"Videotaping and Adolescent Crises," Moses Brown School (with Ms. Stephanie LaFarge), Providence, Rhode Island, October, 1982.

"Managing Life's Crises," Brown University's Continuing College, October, 1982.

"The Impaired Physician," Rhode Island Hospital, October, 1982.

"Coming of Age in the Eighties," Brown University's Parents Weekend, October, 1982.

"Managing Life's Crises," Brown Club of Philadelphia, October, 1982.

"Managing Life's Crises," Brown Club of Greater New Jersey, October, 1982.

"Crisis Intervention," Yale University, October, 1982.

"Neuropsychiatric Manifestations of Systemic Disease," St. Vincent's Hospital, Bridgeport, Connecticut, November, 1982.

"Physicians Under Stress," Brown Medical Association, November, 1982.

"Managing Adolescent Crisis," Lincoln School, Providence, Rhode Island, November, 1982.

"Useful Measures of Severity for Assessment of Psychiatric Emergency Patients Developed in a New England-Wide Study," Dartmouth-Hitchcock Medical Center, December, 1982.

"Panic Disorders," Institute of Mental Health, Cranston,, Rhode Island, January, 1983.

Videotaping as a Means of Understanding Chronic Illness," Women & Infants Hospital, Providence, Rhode Island, February, 1983.

"Depression in a Gynecological and Obstetrical Population," Women & Infants Hospital, Providence, Rhode Island, February, 1983.

"Growth Through Crises," Brown University's Continuing College, Sarasota, Florida, February 26, 1983.

"Biological and Psychological Aspects of Stress," American Society of Abdominal Surgeons, Tampa, Florida, March

18, 1983.

"Crisis Intervention: Theory and Practice," Consortium for Emergency Psychopharmacology, Atlantic City, New Jersey, April 14, 1983.

"Crisis Intervention and Videoanalysis," Oncology Nursing Update, Rhode Island Division of the American Cancer Society, Newport, Rhode Island, May 12, 1983.

Emergency Psychiatry: Methods and Management," Meeting of the American Psychiatric Association, New York City, May 31, 1983.

Managing Life-Threatening Illness," Meeting of the American Psychiatric Association, New York City, May 2, 1983.

"New Agents in the Treatment of Depression," The George Narinian Menotial Seminar, New England Council of Hospital Pharmacists, Hyannis, Massachusetts, May, 1983.
"The Diagnosis and Management of Depression," Institute of Mental Health, Cranston, Rhode Island, June, 1983.

"The Crisis of Chronic Illness," Stanford, Palo Alto Veterans Administration Hospital, Palo Alto, California, June 8, 1983.

"Interventions for Psychiatric Emergencies: Managing Violent Behavior," Second Annual Seminar of the Mid Hudson Psychiatric Center, Middletown, New York, September, 1983.

"Differential Diagnosis and Management of Violent Behavior," Arbor Hospital, Boston, Massachusetts, September 12, 1983.

"Crisis Intervention: Theory and Practice," Norwalk Hospital, Norwalk, Connecticut, September 16, 1983.

"Emergency Psychiatry," 35th Institute on Hospital and Community Psychiatry, Houston, Texas, September 27, 1983.

"Understanding and Managing Chronic Life-Threatening Illness," New England Hospital Assembly, Framingham, Massachusetts, September 28, 1983.

"Evaluation and Management of the Psychiatric Emergency: Handling the Psychiatric Crisis," Las Encinas Hospital, Pasadena, California, October 6, 1983.

"Coming of Age in the Eighties," Brown Parents Weekend, Providence, Rhode Island, October 15, 1983.

"Crisis Intervention: Methods and Management," Northeastern Ohio Medical School, Youngstown, Ohio, October 21, 1983.

"Stress and Illness," Rhode Island Hospital, Providence, Rhode Island, October 26, 1983.

"Psychological Issues of Trauma on Care Givers," Rhode Island Hospital, Providence, Rhode Island, October 28, 1983.

"Crisis Intervention: Theory and Practice," The Solomon Mental Health Center, Lowell, Massachusetts, November 2, 1983.

"Growth Through Crisis," Brown University Club in New York, New York, November 17, 1983.

Growth Through Crisis," Brown University Clubs of Westchester and Fairfield Counties, New York, Greenwich,

Connecticut, November 20, 1983.

"Evaluation and Management of Suicide Behavior," Butler Hospital, Providence, Rhode Island, November 30, 1983.

"Differential Diagnoses and Management of Violent Behavior," Fuller Hospital, Attleboro, Massachusetts, December 7, 1983.

"The Clinical Management of the Problem Patient: Models for Success," Meeting of the National Association of Private Psychiatric Hospitals, Palm Springs, California, January 17, 1984.

"The Differential Diagnosis and Management of Violent Behavior," Interhospital Symposium, San Francisco, California, January 27, 1984.

"Crisis Intervention: Theory and Practice," Yale University, New Haven, Connecticut, February 8, 1984.

"The Differential Diagnosis and Management of Violent Behavior," Wisconsin State Psychiatric Society Meeting, Madison, Wisconsin, February 19, 1984.

"Using Crisis Therapy in the Management of Psychiatric Emergencies in the General Hospital," William W. Backus Hospital, Norwich, Connecticut, February 22, 1984.

"Crisis Intervention: Theory and Practice," Brown Student Health Service, Brown University, Providence, Rhode Island, February 23, 1984.

"Strategies in Managing the Violent Patient," The Providence Center, Providence, Rhode Island, March 29, 1094.

"Understanding and Management of Depression of Care Receivers and Care Givers," Rhode Island State Society of the American Association of Respiratory Therapy, Newport, Rhode Island, March 31, 1984.

"Managing Stress," American College of Physicians, Atlanta, Georgia, April 26, 1984.

"Mastering Suicidal Behaviors by Encountering the Dying," American Association of Suicidology, Anchorage, Alaska, May 4, 1984.

"Advantages and Disadvantages of Cross-Hospital Consultation Liaison Services," 137th Meeting of the American Psychiatric Association, Los Angeles, California, May 9, 1984.

"Emergency Psychiatry: Methods and Management," 137th Meeting of the American Psychiatric Association, Los Angeles, California, May 10, 1984.

"The Theory and Practice of Crisis-Oriented Therapy," Annual Meeting of the Eastern Health Board, Dublin, Ireland, June 6, 1984.

"Management of the Violent Patient," Veterans Administration Medical Center, Northampton, Massachusetts, June 27, 1984.

"The Differential Diagnosis of Violent Behavior," Institute of Mental Health, Warwick, Rhode Island, June 29, 1984.

"Crisis Intervention and Emergency Psychiatry," Frederick Douglas Mental Health, Kalamazoo, Michigan, August 17, 1984.

"Psychological Aspects of Emergency Care," Emergency Medical Technician Course, Brown University, Providence, Rhode Island, August 22, 1984.

"Understanding and Managing Violent Behavior," Orange, California, August 23, 1984.

"Understanding and Managing Violent Behavior," Beverly Hills, California, August 25, 1984.

"Crisis Intervention and Follow-Up," Community Mental Health Services of Southeastern Connecticut, Norwich, Connecticut, September 11, 1984.

"Working with Survivors of Suicide," Rhode Island Hospital, Providence, Rhode Island, September 14, 1984.

"Management of Violent Behavior," Colorado State Hospital, Pueblo, Colorado, September 27, 1984.

"Management of Violence," Nebraska Psychiatric Society, Omaha, Nebraska, September 29, 1984.

"Management of Violence," Ancora State Hospital, Ancora, New Jersey, October 3, 1984.
"The Differential Diagnosis and Management of Violence," Institute of Living, Hartford, Connecticut, October 4, 1984.

"Emergency Psychiatry: Theory and Practice," American Academy of Clinical Psychiatry, New Orleans, Louisiana, October 11, 1984.

"Management of Violent Behavior," St Elizabeth's Hospital, Washington, D.C., October 11, 1984.

"Emergency Psychiatry Update," Institute of Hospital and Community Psychiatry, Denver, Colorado, October 16, 1984.

"Management of Violent," San Antonio State Hospital, San Antonio, Texas, October 17, 1984.

"The Differential Diagnosis and Management of Violence," Missouri Institute of Psychiatry, St.Louis, Missouri, October 26, 1984.

"Coming of Age in the Eighties," Brown University Parents Weekend, October 26, 1984.

"The Differential Diagnosis and Management of Violence," The Menninger Foundation, Topeka, Kansas, October 30, 1984.

"Emergency Psychiatry Update," Harlem Hospital, New York, New York, November 3, 1984.

"Managing Life's Crises," Under the Elms, Brown University, Providence Rhode Island, November 9, 1984.

"Diagnosis and Management of Violent Behavior," Eastern State Hospital, Lexington, Kentucky, November 13, 1984.

"Basic Principles of Emergency Psychiatry," Southside Virginia Psychiatric Society, Petersburg, Virginia, November 15, 1984.

"Crisis Intervention: Methods and Management," Medical College of Virginia, Richmond, Virginia, November 16, 1984.

"The Differential Diagnosis and Management of Violent Behavior," Vanderbilt University Medical School, Memphis, Tennessee, November 27, 1984.

"General Hospital Psychiatry: Changes and Challenges," St. Luke's Roosevelt Hospital, New York, New York November 28, 1984.

"The Differential Diagnosis and Management of Violence," University of Oregon Medical Center, Portland, Oregon, December 4, 1984.

"The Management of Violence in the Emergency Situation," Cleveland Veterans Administration Hospital, New York, New York, December 4, 1984.

"The Differential Diagnosis and Management of Violence," Veterans Administration Hospital, New York, New York, December 14, 1984.

"Managing Violent Behavior," Northwestern Institute of Psychiatry, Fort Washington, Pennsylvania, December 27, 1984.

"The Differential Diagnosis and Management of Violent Behavior," New York University Medical Center, New York City, December 28, 1984.

"Managing Other-Directed Violence," Department of Psychiatry, Indiana University School of Medicine, Indianapolis, Indiana, January 11, 1985.

"The Differential Diagnosis and Management of Violence," Ramsey Hospital, St. Paul, Minnesota, January 24, 1985.

"Adolescent Suicide and Suicide Pacts," Hartgrove Hospital, Chicago, Illinois, January 26, 1985.

"Crisis-Oriented Therapy," Attleboro Mental Health Center, Attleboro, Massachusetts, February 5, 1985.
"Managing Life's Stresses," University of Texas Medical School, Houston, Texas, February 8, 1985.

"Emergency Psychiatry," St. Vincent's Hospital, Worcester, Massachusetts, March 15, 1985.

"The Differential Diagnosis and Management of Violent Behavior," Harvard University, Cambridge, Massachusetts, March 30, 1985.

"Crisis-Oriented Therapy," New York University, New York, New York, April 4, 1985.

"The Differential Diagnosis and Management of Other-Directed Violence," East Orange Veterans Administration Hospital, East Orange, New Jersey, April 3, 1985.

"Managing Violent Behavior," Metropolitan State Hospital, Waltham, Massachusetts, April 10, 1985.

"The Differential Diagnosis of Violent Behavior," Western Missouri Mental Health Center, Kansas City, Missouri, April 11, 1985.

"Growth Through Crises," Under the Elms Seminar, Brown University, Providence, Rhode Island, April 11, 1985.

"The Differential Diagnosis and Management of Violent Behavior," Norristown State Hospital, Norristown, Pennsylvania, April 12, 1985.

"Managing Violent Behavior," Iowa Psychiatric Association, Cedar Rapids, Iowa, April 13, 1985.

"Managing Other-Destructive Behavior," University of Missouri, Columbia, Missouri, April 18, 1985.

"The Management of the Violent Patient," Multihospital Teleconference, G. Woods Memorial Hospital (Arcadia, Florida), South Florida State Hospital (Miami, Florida), Wichita Falls State Hospital (Wichita Falls, Texas), and Farmington State Hospital (Farmington, Missouri), April 23, 1985.

"The Management of the Violent Patient," Ancora Psychiatric Hospital, Belmar, Pennsylvania, April 24, 1985.

"The Management of The Violent Patient," Trenton Psychiatric Hospital, Washington Crossing, New Jersey, April 24, 1985.

"Managing Violent Behavior, Institute for the Advancement of Human Behavior,Chicago, Illinois, April 26, 1985.

"Managing Violent Behavior," Evansville State Hospital, Evansville, Indiana, April 30, 1985.

"Management of Violent Patients," Metropolitan State Hospital, Waltham, Massachusetts, May 1, 1985.

"Adapting to Cancer," St. Ann's Hospital, Fall River, Massachusetts, May 2, 1985.

"Managing Violence," Fulton State Hospital Fulton, Missouri, May 7, 1985.

"Crisis Intervention: Theory and Practice," Woodhull Hospital, Brooklyn, New York, May 9, 1985.

"Managing Violent Behavior," Milford Whitinsville Hospital, Whitinsville, Massachusetts, May 16, 1985.

"The Differential Diagnosis and Management of Violence," Clarke's Bluff Hospital,Scranton, Pennsylvania, May 17, 1985.

"Emergency Psychiatry," American Psychiatric Association Meeting,Dallas, Texas, May 19, 1985.
"Franchising General Hospital Services," American Psychiatric Association Meeting,Dallas, Texas, May 24, 1985.

"Medical Mimics of Psychiatric Illness," American Psychiatric Association Meeting,Dallas, Texas, May 24, 1985.

"Managing Violent Behavior," The Milwaukee County Medical Health Complex, Milwaukee, Wisconsin, June 4, 1985.

"The Differential Diagnosis and Management of Violence,"New York Medical College, Tarrytown, New York, June 12, 1985.

"The Differential Diagnosis and Management of Violent Behavior," Bay Pines VA Hospital, St. Petersburg, Florida/Am Arbor VA Hospital, Ann Arbor, Michigan/Riverview Medical Center, Red Bank, New Jersey/Fairfield Hills Hospital, Newtown Connecticut, June 18, 1985.

"Managing Violent Behavior," Taunton State Hospital, Taunton, Massachusetts, June 20, 1985.

"Managing Violence," Breezy Point Resort, Pequot Lake, Minnesota, June 22, 1985.

"The Differential Diagnosis and Management of Violence,"Ypsilanti Regional Psychiatric Center, Ypsilanti, Michigan, June 25, 1985.

"Managing Violence," Western Institute, June 27, 1985.

"Managing Violence," University of Texas Health Services, San Antonio; Western State Hospital, Hopkinsville, Kentucky; Louisiana State University Medical School, Shreveport, Louisiana,June 27, 1985.

"Managing Violence," San Joaquqin County Mental Health Center,Stockton, California, June 28, 19885.

"Managing Violence," Central State Hospital, Norman, Oklahoma, July 10, 1985.

"The Differential Diagnosis and Management of Violence,"Kings Park Psychiatric Center, Kings Park. Long Island,

37

New York, July 11, 1985.

"The Differential Diagnosis and Management of Other-Directed Violence," University of Kansas, Kansas City, Missouri, July 19, 1985.

"Managing Violence," St Cloud VA Hospital, St. Cloud, Missouri, and Stanford Mental Health Center, Dover, New Hampshire, June 6, 1985.

"Managing Violence," Union Hospital, Lynn, Massachusetts, June 11, 1985.

"Violent Behavior in the Emergency Psychiatric Setting," Druid City Regional Medical Center, Tuscaloosa, Alabama, September 5, 1985.

"Managing Violent Behavior," Colmery-O'Neil VA Medical Center, Topeka, Kansas, September 13, 1985.

"Indications for Use of Serum Neuroleptic Levels," Coatesville VA Hospital, September 25, 1985.

"Anxiety, Depression and Medical Complications," Institute of Mental Health, Cranston, Rhode Island, October 9, 1985.

"Evaluating and Managing Suicidal and Other Self-Destructive Behavior in Maximum Security Prisons," Institute Pinel, Montreal, Canada, October 15, 1985.
"Coming of Age in the 80's," Brown University, Providence, Rhode Island, October 19, 1985.

"Evaluation of Self-Destructive Potential in Humans,"" Carrier Clinic, Princeton, New Jersey, October 22, 1985.

"The Differential Diagnosis of Violent Behavior," Annual Texas Psychiatric Society Meeting, Corpus Christi, Texas, November 9, 1985.

"Principles of Emergency Psychiatric," Newton Memorial Hospital, Newton, New Jersey, February 20, 1986.

"The Differential Diagnosis and Management of Violent Behavior," Middletown State Psychiatric Hospital, Middletown, New York, February 20, 1986..

"Emergency Psychiatry," Harlem Valley Psychiatric Center, Valhalla, New York, February 21, 1986.

"Stress, Conflict and Resolution," Brown Club of San Francisco, San Francisco, California, March 16, 1986.

"The Differential Diagnosis and Management of Violent Behavior," Institute of Living, Hartford, Connecticut, March 20, 1986.

"Suicide Awareness Program for High School Students," (with Sally Ashworth) American Association of Suicidology, Atlanta, Georgia, April 2 & 4, 1986.

"Crisis Intervention: Theory and Practice," Washington State Psychiatric Society's Annual Meeting, Vancouver, British Columbia, April 5, 1986.

"Evaluating and Managing Suicidal Potential," Washington State Psychiatric Society's Annual Meeting, Vancouver, British Columbia, April 5, 1986.

"The Differential Diagnosis and Management of Violence," Washington State Psychiatric Society's Annual Meeting, Vancouver, British Columbia, April 5, 1986.

"Differential Diagnosis in the Emergency Setting," Washington State Psychiatric Society's Annual Meeting,

Vancouver, British Columbia, April 5, 1986.

"Managing Stress in the 1980's", Junior League of Rhode Island, Providence, Rhode Island, April 9, 1986.

"Emergency Psychiatric - 1986," Center for Life Management, Salem, New Hampshire, April 12, 1986.

"Psychiatric Emergencies," University of Missouri Medical School, St. Louis, Missouri, May 1, 1986.

"Emergency Psychiatry in Rural Settings," Kirksville College of Osteopathic Medicine, Kirksville, Missouri, May 2, 1986.

"Emergency Psychiatry: Methods and Management," 139th Annual Meeting of the American Psychiatric Association, Washington, D.C., May 13, 1986.

"Urban Emergency Services: Triage or Treatment," 139th Annual Meeting of the American Psychiatric Association, Washington, D.C., May 13, 1986.

"General Hospital Psychiatry in the Corporate Era," 139th Annual Meeting of the American Psychiatric Association, Washington, D.C., May 13, 1986.

"Crisis Intervention," Winnebago Mental Health Institute, Neenah, Wisconsin, May 30, 1986.
"The Impact of Recent Legislature and Reimbursement Policies on the Practice of Psychiatry," Annual Meeting of the American Hospital Association, Chicago, Illinois, June 19, 1986.

"Health Law and the Management of the Violent Patient," International Society of Health, Law and Ethics Annual Meeting, Montreal, Canada, June 19, 1986.

"Crisis-Oriented Therapy," Haverford State Hospital, Haverford, Pennsylvania, June 24, 1986.

"The Differential Diagnosis and Management of Violence," Ancora State Hospital, Ancora, Pennsylvania, June 24, 1986.

"Emergency Psychiatry Update," Cape Cod Symposium, Eastham, Massachusetts, July 7-11, 1986.

"Epidemiologic Considerations in the Evaluation of Suicide," First Pacific Congress on Law and Mental Health, August 14, 1986.

"The Differential Diagnosis and Management of Violent Behavior," Meeting of the International Society of Law and Medicine, Sydney, Australia, August 19, 1986.

"The Differential Diagnosis and Management of Violent Behavior," Newton Memorial Hospital, Newton, New Jersey, September 11, 1986.

"Ethical Issues in Psychiatric Practice," Providence College, October 2, 1986.

"Crisis-Oriented Therapy," University of Vermont, Burlington, Vermont, October 10, 1986.

"The Differential Diagnosis and Management of Violent Behavior," Institute Pinel de Montreal, Montreal, Quebec, October 20, 1986.

"Crisis Intervention: The Traumatized Family," Rhode Island Hospital Department of Nursing, October 16, 1986.

"Coming of Age in the 80's," Brown University Parents' Weekend, Providence, Rhode Island, October 25, 1986.

"Emergency Psychiatry Update," The Brookdale Hospital Medical Center, New York City, New York, October 28, 1986.

"Managing Life's Crises," The Chancellors Council and the Nicholas Brown Society of Brown University, Providence, Rhode Island, November 11, 1986.

"State of Art Emergency Psychiatric Care," University of Oklahoma, Norman, Oklahoma, November 14, 1986.

"A Struggle to Understand: Adolescent Suicide in the Eighties," Brown University, Providence, Rhode Island, January 13, 1986.

"Managing Organizational Crisis," at the Fifth Annual Nursing Executive Institute of the New England Hospital Assembly, Boston, Massachusetts, February 2, 1987.

"The Differential Diagnosis and Management of Violent Behavior in the Emergency Setting," Northeastern Ohio Medical School, Youngstown, Ohio, February 20, 1987.

"Diagnosing and Treating Violent Psychiatric Patients," Buffalo Veterans Administration Hospital, Buffalo, New York, March 1987.

"Crisis Intervention: Methods and Management," State University of New York at Buffalo, Buffalo, New York, March 1987.

"The Diagnosis and Management of Violent Behavior," New Jersey Psychiatric Association, Somerset, New Jersey, March 21, 1987.

"Evaluation and Management of Suicide Potential," New England Memorial Hospital, Stoneham, Massachusetts, April 23, 1987.

"Emergency Psychiatry: Methods and Management," 140th Annual Meeting of the American Psychiatric Association, May 9, 1987.

"Evaluation and Management of the Suicidal Patient," 140th Annual Meeting of the American Psychiatric Association, May 11, 1987.

"Psychiatric Presentations of Medical Illness," 140 Annual Meeting of The American Psychiatric Association, May 13, 1987.

"Isolation: The Ageless Dilemma," Keynote Address at the 10th Annual Creative Therapies Conference at Friends Hospital, Philadelphia, Pennsylvania, May 20, 1987.

"Current Status of Research on Risk Factors of Suicide," American Association of Suicidology, San Francisco, May 25, 1987.

"Barry G. Garfinkel: Recipient of Shneidman Award- 1987," American Association of Suicidology, San Francisco, May 25, 1987.

"Psychopathology and the Law," Thirteenth International Congress on Law and Mental Health, Amsterdam, June 17, 1987.

"The Differential Diagnosis and Management of Violent Behavior," Marlboro State Hospital, Marlboro, New Jersey, June 26, 1987.

"The Differential Diagnosis and Management of Anxiety Disorders," JFK Hospital, Edison, New Jersey, September

3, 1987.

"Adapting to Life-Threatening Illness," Pennsylvania Hospital, Philadelphia, Pennsylvania, September 10, 1987.

"Diagnosing and Managing Treatment Resistant Affective Illness," Thomas Jefferson Medical School, Philadelphia, Pennsylvania, September 10, 1987.

"Evaluating and Managing Suicidal Behavior," Hall-Mercer Mental Health Center, Philadelphia, Pennsylvania, September 10, 1987.

"Adolescent Suicide," North Caroling Department of Mental Health, Raleigh, North Carolina, September 14, 1987.

"Strategies for Coping with Illness," Overlook Hospital, Summit, New Jersey, September 28, 1987.

"Preventing Adolescent Suicide," New Jersey Tri-County Psychiatric Society, Millburn, New Jersey, September 29, 1987.

"Growth Through Crisis," Manic-Depressive Society of Morris County, Morristown, New Jersey, September 30, 1987.

"Managing Crises," Cooper Hospital, Camden, New Jersey, October 3, 1987.

"Diagnosing and Treating  Depression," Contact We care Meeting of Cranford  Presbyterian Church, Cranford, New Jersey, October 6, 11987.

"Adapting to Life-Threatening Illness," Grand Rounds, New York University Hospital, October 8, 1987.

"Differential Diagnosis in the Emergency Room," Dartmouth Medical School, Hanover, New Hampshire, October 15, 1987.

"Planning and Training for Disasters and their Aftermath," Dartmouth Medical School, Hanover, New Hampshire, October 15, 1987.

"Suicide, Depression and Social Support," New England College Health Association, Newport, Rhode Island, October 22, 1987.

"Managing Life's Crises," Grand Rounds, Department of Psychiatry, University of Minnesota Medical School, Minneapolis, Minnesota, October 27, 1987.

"Advances in Emergency Psychiatry," Institute of Hospital and Community Psychiatry, Boston, Massachusetts, October 29, 1987.

"Coming of Age in the 80's" Brown University Parents' Weekend, Providence, Rhode Island, October 30, 1987.

"Suicidology Update - 1987," Rockland State Psychiatric Center, Orangeburg, New York, November 4, 1987.

"Youth Suicide," Warren Hospital, Phillipsburg, New Jersey, December 2, 1987.

"Adaptions to Life-Threatening Illness," Newton Memorial Hospital, Newton, New Jersey, December 10, 1987.

"DSM III-R and the Differential Diagnosis of Schizophrenia," Marlboro State Hospital, Marlboro, New Jersey, December 18, 1987.

"Basic Principles of Brief Psychotherapy," The Counseling Program, Marlton, New Jersey, January 14, 1988.

"Making Stress Work For You," Brown Club of New Jersey, Summit, New Jersey, January 19, 1988.

"Diagnosis, Differential Diagnosis, and Management of Affective Illness," St. Joseph Hospital, Providence, Rhode Island, February 26, 1988.

"Preventing Adolescent Suicide," Christ Hospital, Jersey City, March 2, 1988.

"Managing Stress and Anxiety," Concerned Citizens for Chronic Psychiatric Adults, Piscataway, New Jersey, March 7, 1988.

"Diagnosing Disorders Presenting with Anxiety and Their Management," Perth Amboy General Hospital, Perth Amboy, New Jersey, March 8, 1988.

"Differential Diagnosis and Management of Adolescent Suicidal Behavior," Albert Einstein Medical Center, Philadelphia, Pennsylvania, March 9, 1988.

"Evaluating and Managing Suicide Potential," Manhattan Psychiatric Center, Ward's Island, New York, March 17, 1988.

"Evaluation and Effectiveness of Suicide Prevention Programs," Sixty-fifth Annual Meeting of the American Orthopsychiatric Association, San Francisco, California, March 28, 1988.

"Suicide Update: 1988," American Association of Suicidology, Washington, D.C., April 13, 1988.

"Permissive Versus Authoritarian Approaches to the Management of Chronically Suicidal Patients," American Association of Suicidology, Washington, D.C., April 14, 1988.

"Evaluating Adolescent Suicide Potential," Bronx Children's Psychiatric Center, New York, New York, May 4, 1988.

"Psychodynamic Principles of Emergency Psychiatric Care," Meeting American Psychiatric Association, Montreal, Canada, May 8, 1988.

"Diagnosing and Managing Illnesses, Presenting With Violence," Meeting of the American Psychiatric Association, Montreal, Quebec, May 8, 1988.

"Managing Worksite Stress," Association of Labor-Management Administrators and Consultants on Alcoholism, Inc., (ALMACA), Somerville, New Jersey,, May 18, 1988.

"Reducing Executive Stress," Merck & Co., Inc., Rahway,, New Jersey, May 24, 1988.

"Managing Personnel Directors' Stress," Merck, Sharp and Dome Personnel Directors' Conference, Branchburg Farm, Princeton, New Jersey, July 19, 1988.

"Managing Middle-Manager Stress," Courier News Newspaper Staff, Bridgewater, New Jersey, July 21, 1988.

"Evaluating and Managing Violent Behaviors in the Emergency Psychiatric Situation," University of Miami Medical School, Miami, Florida, August 26, 1988.

"Adolescent Suicide," Lancaster General Hospital, Lancaster, Pennsylvania, September 15, 1988.

"Stress and Anxiety: The New Medical Approach to Diagnosis and Treatment," Bellcore, Livingston, New Jersey, September 19, 1988.

"Psychiatric Management of the Post Myocardial Infarction Patient," Somerset Medical Center, Somerville, New Jersey, September 22, 1988.

"Managing Corporate Stress," Prudential Insurance Company, Newark, New Jersey, September 27, 1988.

"The Management of Anxiety Attendant to Heart Disease," New Jersey Medical Woman's Association, Short Hills, New Jersey, September, 28, 1988.

"The Psychopharmacotherapy of Violent Behavior," Two Rivers Hospital, Kansas City, Missouri, October 3, 1988.

"Advances in Emergency Psychiatry and Mental Health Legislation," Joint Meeting of New Jersey Psychiatric Society and Members of the New Jersey State Legislature, Princeton, New Jersey, October 5, 1988.

"The Differential Diagnosis and Management of the Violent Patient," Bronx-Lebanon Hospital of the Albert Einstein School of Medicine, Bronx, New York, October 18, 1988.

"Managing Corporate Stress," Legal Division of Merck, Inc., Jamesville, New Jersey, October 18, 1988.

"Managing Spouse and Parent Stress," The Junior League of Summit, New Providence and Berkeley Heights, Summit, New Jersey, October 18, 1988.

"Managing Bankers' Stress," Annual Meeting of the Audit Division of United Jersey Banks, Princeton, New Jersey, October 21, 1988.

"The Challenge of Substance Abuse in Psychiatric Practice," New Jersey Psychiatric Residents, Absecon, New Jersey, October 22, 1988.

"Administrative Issues in the Delivery of Acute Psychiatric Care," Institute of Hospital and Community Psychiatry, New Orleans, LA, October 25, 1988.

"Advances in Emergency Psychiatry," Conference in Current State of Psychiatric Care, Long Beach, California, October 30, 1988.

"Managing Physician Stress," Trenton State Hospital Psychiatric Staff, Princeton, New Jersey, November 4, 1988.

"Managing Corporate Stress," International Marketing Division, Merck & Co., Rahway, New Jersey, November 7, 1988.

"Stress," New York Medical College, St. Vincent's Hospital and Medical Center, New York, New York, November 10, 1988.

"Adapting to Life-Threatening Illness," University of Wisconsin Medical School, Milwaukee, Wisconsin, November 11, 1988.

"The Origin of Manifestation of Stress and Emotional Distress in Career Caregivers," University of Wisconsin Medical School, Milwaukee Clinical Campus, Milwaukee, Wisconsin, November 12, 1988.

"Managing Corporate Stress," AT&T Corporate Headquarters, Bedminster, New Jersey, November 16, 1988.

"Stress," Brooklyn Jewish Hospital, Brooklyn, New York, November 23, 1988.

"Managing Life's Stress," Bellcorp, Morristown, New Jersey, November 30, 1988.

"Advances and Controversies in Emergency Psychiatry," United States Psychiatric and Mental Health Congress,

43

New York, New York, December 4, 1988.

"Managing Caregiver Stress," Newton Hospital, Newton, New Jersey, December 8, 1988.

"Attitude of Professional Caregivers to Management of Life-Threatening Illness," (With Dr. Arvin Glicksman), Columbia University, New York, New York, December 8, 2988.

"Managing Charactologic Violence," Monmouth Medical Center, Monmouth, New Jersey, December 13, 1988.

"Prevention of Adolescent Suicide," Albert Einstein Medical Center, Philadelphia, Pennsylvania, December 6, 1988.

"Understanding Depression and Suicide," Summit Area Community School, Summit, New Jersey, February 8, 1989.

"When Life Stress Strikes," Crum & Forster Corporation, Morristown, New Jersey, February 13, 1989.

"Stress Management: Theory and Practice,," Department of Psychiatry, Brown University, February 23, 1989.
"Fit to Win," United States Army, Picatinny Arsenal, February 24, 1989.

"Managing Corporate Stress," Bellcore, Piscataway, New Jersey, March 1, 1989.

"Crisis Intervention: Theory and Practice," Parkview Hospital, New Bedford, Massachusetts, March 7, 1989.

"Managing the Violent Patient," Elizabeth General Hospital, Elizabeth, New Jersey, March 8, 1989.

"Emergency Psychiatric Practice in the 1990's," Annual Meeting of the Department of Mental health of South Carolina, Hilton Head Island, South Carolina, March 16, 1989.

"Advances in Emergency Psychiatry," Annual Meeting of the New Jersey Psychiatric Society, Somerset, New Jersey, March 18, 1989.

"Crisis Intervention: Methods and Management," Uniformed Services University of the Health Sciences General Psychiatric Conference, Beerchtesgaden, Germany, March 30, 1989.

"The Differential Diagnosis and Management of Violent Behavior," Uniformed Services University of the Health Sciences General Psychiatric Conference, Beerchtesgaden, Germany, March 30, 1989.

"Models for Prevention of Adolescent Suicide," American Association of Orthopsychiatry, New York, New York, April 1, 1989.

"The Dynamics of Grief with Suicide," American Association of Suicidology, San Diego, California, April 13, 1989.

"Funding Research in Suicidology," American Association of Suicidology, San Diego, California, April 13, 1989.

"Countertransference and the Inpatient Management of Suicidal Behavior," American Association of Suicidology, San Diego, California, April 14, 1989.

"Outpatient Alcohol and Drug Rehabilitation" (with JA Cocores and Mark S Gold), Annual Meeting of the American Medical Society on Alcoholism & Other Drug Dependencies, Atlanta, Georgia, April 28, 1989.

"The Mind, Body, Spirit Connection," Mental health Association of Palm Beach County, Palm Beach, Florida, May 15, 1989.

"Making Stress Work for You Rather than Against You," Lake Hospital, Lake Worth, Florida, May 15, 1989.

"The Differential Diagnosis and Management of Anxiety Disorders," New York Medical College, Valhalla, New

York, May 25, 1989.

"Managing Anxiety and Violence in the General Hospital," Metropolitan Hospital, New York, New York May 26, 1989.

"The Differential Diagnosis and Management of Violent Behavior," Raritan Bay Mental Health Center, Perth Amboy, New Jersey, May 31, 1989.

"Managing Patients with Heart Attacks," Family Practice Division of Pascack Valley Hospital, Westwood, New Jersey, June 6, 1989.

"For-Profit Care of Substance abuse," XVth International Congress on Law and Mental Health, Jerusalem Israel, June 27, 1989.

"Epidemiologic Contributions to Forensic Psychiatry," XVth International Congress on Law and Mental Health, Jerusalem Israel, June 27, 1989.

"Psychological and Somatic Disorders Presenting with Anxiety and Depression," Warren Hospital, Warren, New Jersey, August 2, 1989.

"The Art and Science of Emergency Psychiatry," Laughlin Pavilion, Kirksville, Missouri, August 18, 1989.

"Funding Suicide Research," Westhampton Racket Club, Westhampton, New York, August 21, 1989.

"Emergency Psychiatric Update-1989," Advanced Psychiatric Update, San Francisco, California, September 1, 1989.

"Evaluating and Managing Suicide Potential," Rockland Psychiatric Center, Orangeburg, New York, September 6, 1989.

"Aftershock: Surviving the Aftermath of Life's Traumas," Forest Hospital, Chicago, Illinois, September 13, 1989.

"Differential Diagnosis and Management of Anxiety," Franklin Delano Roosevelt Hospital, Montrose, New York, September 15, 1989.

"Surviving Suicide," Survivors of Suicide Sixth Annual Regional Conference, University of Medicine and Dentistry of New Jersey, Piscataway, New Jersey, September 23, 1989.

"Assuring Quality in Emergency Care," Institute of Hospital and Community Psychiatry, Philadelphia, Pennsylvania, October 17, 1989.

"Assuring Quality in Emergency Care," Institute of Hospital and Community Psychiatry, Philadelphia, Pennsylvania, October 17, 1989.

"Sixty Ways to Make Stress Work For You," First Annual Survivor Conference, Denver, Colorado, October 26, 1989.

"The Aftershock of Suicide," First Annual Survivor Conference, Denver, Colorado, October 28, 1989.

"The Differential Diagnosis and Management of Violence," Einstein Psychiatric Center, Philadelphia, Pennsylvania, October 31, 1989.

"Aftershock: Managing the Consequences of Job Loss, Promotion, and Retirement," ATT/Bell Laboratories, Holmdel, New Jersey, November 8, 1989.

"Crisis Intervention," Bergen Pines County Hospital, Paramus, New Jersey, November 9, 1989.

"Better Evaluation and Management of Suicidal Behavior," US Psychiatric Congress, New York, New York, November 12, 1989.

"Emotional Aspects of Terminal Illness," Trenton State Hospital, Trenton, New Jersey, November 29, 1989.

"Aftershock - Surviving the Delayed Effects of Trauma, Crisis and Loss," Medfield Hospital, largo, Florida, December 4, 1989.

"The Identification and Management of the Post Traumatic Stress Disorder," Elmhurst Hospital, Brooklyn, New York, January 24, 1990.

"Evaluating and Managing Suicidal Adolescents," Queens Children's Psychiatric Center, Queens, New York, January 25, 1990.

"Moving the Suicidal Patient Away From Suicide," Harvard University, Cambridge, Massachusetts, February 3, 1990.

"Aftershock," Picatinny Arsenal, Picatinny, New Jersey, February 8, 1990.

"Evaluating and Managing Drug and Alcohol Disorders," Metropolitan Hospital, New York, New York, March 13, 1990.

"Stressful Life Events and Their Aftermath," Brown University, Providence, Rhode Island, March 15, 1990.

"The Spectrum of Anxiety Disorders," Tricounty Psychiatric Society, Summit, New Jersey, April 4, 1990.

"Identifying and Managing Post-Traumatic Stress Disorder," Somerset Medical Center, Somerset, New Jersey, April 4, 1990.

"The Treatment of Depression," Elizabeth General Hospital, Elizabeth New Jersey, April 17, 1990.

"Stress: The Hidden Assailant," Police Academy of New York City, New York, New York, April 18, 1990.

"Surviving Suicide," Annual Meeting of the American Association of Suicidology, New Orleans, Louisiana, April 27, 1990.

"The Aftershock of Suicide," The Oschner Clinic, New Orleans, Louisiana, April 27, 1990.

"Management of Anxiety and Depression in the Primary Care Setting," University of Santo Tomas Medical Alumni Association of the Tristate Area, Atlantic City, New Jersey, May 5, 1990.

"Helping Managers Make Employee Stress Work For Them and For Their Employees," Annual Meeting of Employee Assistance Personnel of Champion International. Stone Mountain, Georgia, May 17, 1990.

"The Differential Diagnosis and Management of Depression," Psychiatric Grand Rounds, Temple University, Philadelphia, Pennsylvania, June 1, 1990.

"Modern Psychopharmacotherapy of Psychiatric Disorders," Department of Family Practice, Pascack Valley Hospital, New Jersey, June 5, 1990.

"Managing the Violent Patient," Department of Psychiatry, Lenox Hill Hospital, New York, New York, June 6, 1990.

"Managing Career Change Stress,"" AT&T, Murray Hill, New Jersey, June 19, 1990.

46

"Stress in Medical Practice," New Jersey Woman's Medical Association, New Brunswick, New Jersey, June 20, 1990.

"Evaluating Clinician Culpability When Patients Suicide," International Academy of Law and Psychiatry, Toronto, Canada, June 22, 1990.

"Cost-Efficient-Effective Care of Substance Abuse," International Academy of Law and Psychiatry, Toronto, Canada, June 23, 1990.

"Making Stress Work For You," Brown University, Providence, Rhode Island, June 26, 1990.

"The Recognition and Treatment of Depression," Picatinny Arsenal, New Jersey, June 28, 1990.

"Post-Traumatic Stress Syndromes," Robert Wood Johnson Medical School of Rutgers University, Camden, New Jersey, July 6, 1990.

"The Long Term Impact of Suicide on the Surviving Family," International Association of Child and Adolescent Psychiatry, Kyoto, Japan, July 19, 1990.

"Psychiatric Emergencies, Homosexual Panic and Assaults on Psychiatrists," Summer Psychiatric Symposium, Montreal, Canada, August 11, 1990.

"Update on Suicide Research," Westhampton, New York, August 13, 1990.

"What Do You Do When You Reach the End of Your Rope," Linden Oaks Hospital, Naperville, Illinois, September 17, 1990.

"The Aftershock of Tornadoes: Implications for Educators and School Counselors," Linden Oaks Hospital, Naperville, Illinois, September 18, 1990.

"Models of Emergency Psychiatry," 42nd Institute of Hospital and Community Psychiatry, Denver, Colorado, October 9, 1990.

"The Differential Diagnosis of Suicidal Behavior in Adults," American Suicide Foundation Symposium, New York, New York, October 11, 1990.

"The Differential Diagnosis and Management of Suicidal Behavior in Adults," American Suicide Foundation/Regent Hospital/New York University Symposium, New York, New York, October 11, 1990.

"Adapting to Life-Threatening Illness," Third Irene Owens Memorial Lecture, Brown University, October 16, 1990.

"The Impact of Stressful Life Events on the Family," Suffolk Community College, Riverhead, New York, October 17, 1990.

"The Management of Suicide in an Inpatient Setting," Norristown Psychiatric Hospital Norristown, Pennsylvania, October 20, 1990.

"Suicide and Creativity," New Jersey Seventh Annual Survivors of Suicide Conference, Rutgers University, Piscataway, New Jersey, October 21, 1990.

"Creativity and Emotional Turmoil," Philadelphia Art Museum, Philadelphia, Pennsylvania, October 23, 1990.

"Critical Issues in the Group Therapy Treatment of Post-Traumatic Stress Disorder," The Brookdale Hospital Medical Center, Brooklyn, New York, October 25, 1990.

"Post-Traumatic Stress Disorder," St. Vincent's Hospital Medical Center, Staten Island, New York, October 26, 1990.

"The Psychopharmacotherapy of Suicide," East Orange General Hospital, East Orange, New Jersey, November 26, 1990.

"Suicide and Depression," Hackensack Medical Center, Hackensack, New Jersey, November 29, 1990.

"Violence and the Therapeutic Milieu," East Toronto General Hospital, Toronto, Canada, November 30, 1990.

"Evaluating and Managing Suicide Potential in the Military," Fort Dix, New Jersey, December 5, 1990.

"When Violence Turns Inward: The Suicidal Adolescent," Bronx Children's Psychiatric Center, Bronx, New York, December 6, 1990.

"Depression - The Diagnosis and Treatment," Riverview Medical Center, Red Bank, New Jersey, December 12, 1990.

"Identifying and Managing the Long Term Consequences of Major Life Stresses," Department of Psychiatry, University of Vermont, December 14, 1990.

"Aftershock: Surviving the Delayed Effects of Trauma, Crisis, and Loss," St Joseph's Hospital and Medical Center, Paterson, New Jersey, January 2, 1991.

"Management of Treatment Refractory Dual Diagnosis Patients," Trenton Psychiatric Hospital, Trenton, New Jersey, January 22, 1991.

"The Evaluation and Management of the Suicidal Patient," Department of Family Practice, Columbia University, Overlook Hospital, Summit, New Jersey, February 5, 1991.

Aftershock: Surviving the Delayed Effects of Trauma, Crisis, and Loss," Woodhaul Medical and Mental Health Center, Brooklyn, New York, February 20, 1991.

"Stresses Created by War," New Jersey Psychiatric Association, February 25, 1991.

"How to Cope with a Major Loss: Death of a Loved One and Divorce," Junior League of New York City, February 26, 1991.

"Shattered Dreams: The Midlife Suicide Crisis," The New Jersey Association of Suicidology, Morristown, New Jersey, March 1, 1991.

"The Differential Diagnosis and Management of Suicidal Behavior," St. Lukes-Parkwood Hospital, New Bedford, Massachusetts, March 5, 1991.

"Epidemiologic and the Social Historical Perspective on Drinking," AWARE/NYU/Regent Hospital Conference, New York, New York, March 7, 1991.

"Aftershock: Surviving the Delayed Effects of Trauma, Crisis and Loss," Marlboro School System Professional Day, Marlboro, New Jersey, March 8, 1991.

"When War Hits Home: How to Talk to Your Kids About the Gulf Crisis," Fair Oaks Hospital, Summit, New Jersey, March 11, 1991.

"Reducing Dietary Workers' Stress," New Jersey Association of Directors of Food Services, Mountainside, New

Jersey, March 13, 1991.

"Differential Diagnosis and Management of Suicidal Behavior," Medical Executives of New York/New Jersey,New York, New York, March 14, 1991.

"Emergency Psychiatry - 1991," New Jersey Psychiatric Association, Woodbridge, New Jersey, March 16, 1991.

"The Aftershock of the War in the Gulf," New Jersey Psychiatric Association, Woodbridge, New Jersey, March 16, 1991.
"Post-Traumatic Stress Disorder," The Eastern Group Psychotherapy Society, New York, New York, March 19, 1991.

"The Great Masqueraders: Symptoms and/or Events that Mask Physical Illness," Capital District Psychiatric Center, Albany, New York, April 10, 1991.

"Impact of Depression and Life Stresses on Adolescents," Dartmouth Medical School, Hanover, New Hampshire, April 11, 1991.

"Suicide Update - 1991," American Association of Suicidology, Boston, Massachusetts, April 17, 1991.

"The Survivors Role," American Association of Suicidology,Boston, Massachusetts, April 17, 1991.

"Homicide and Suicide," American Association of Suicidology,Boston, Massachusetts, April 19, 1991.

"Basic Principles of Crisis Intervention," Volunteers Luncheon, American Association of Suicidology,Boston, Massachusetts, April 19, 1991.

"Antidepressant Drugs: Preventing Suicide," 24th Annual Meeting of the American Association of Suicidology, Boston, Massachusetts, April 19, 1991.

"Psychopharmacotherapy of Suicidal Ideation,"Elizabeth General Hospital, Elizabeth, New Jersey, April 23, 1991.

"Dual Diagnosis and Affective Illness," Fort Dix, New Jersey, April 24, 1991.

"The Prozac Controversy," Emergency Psychiatric Board of Fair Oaks Hospital, Summit, New Jersey, April 25, 1991.

"The Evaluation and Management of Suicide Potential," 1991 Contact USA National Conference, Wilmington, Delaware, April 27, 1991.

"Suicide, Depression and Creativity," Summit Medical Society, Summit, New Jersey, April 29, 1991.

"Managing Work Stress," Garden State Chapter of the National Executive Housekeepers Association, Summit, New Jersey, May 88, 1991.

"The Depressed Patient In Family Practice," Family Practitioners of the Greater Plainfield Area, Plainfield, New Jersey, May 8, 1991.

"Advances in Emergency Psychiatry," 144th Annual Meeting of the American Psychiatric Association, New Orleans, Louisiana, May 11, 1991.

"Treatment Planning: Impact and Automation," 144th Annual Meeting of the American Psychiatric Association, New Orleans, Louisiana, May 11, 1991.

"Quality Assurance and Emergency Psychiatric Care,"International Academy of Law and Mental Health, Leuven,

Belgium, May 27, 1991.

"Aftershock: Surviving the Long Term Effects of Life's Crises," Ninth Terrell Davis Lecture, Wilmington Medical Center, Wilmington, Delaware, June 5, 1991.

"Post Traumatic Stress Disorder: Aftershock," University of Pennsylvania, Philadelphia, Pennsylvania, June 6, 1991.

"The Role of Medical Education in Promoting Healthy Lifestyles Among Medical Students, Residents and Practicing Physicians," 1991 International Conference on Physician Health, Toronto, Canada, 1991.

"The Diagnosis and Treatment of Depression and Anxiety," New Jersey Osteopathic Society, Wayne, New Jersey, June 11, 1991.

"Creativity, Suicide and Depression," Ocean-Monmouth County Psychiatric Association, Eatontown, New Jersey, June 12, 1991.

"Violence Turned Inward: Suicide and Depression in Adolescents," The Regent Hospital, New York, New York, June 13, 1991.

"Recognizing and Treating Depression," Department of Family Practice, Jersey City Medical Center, Jersey City, New Jersey, June 14, 1991.

"Depression and Suicide," Grand Rounds, Department of Family Medicine, Morristown Memorial Hospital, Morristown, New Jersey, June 19, 1991.

"The Recognition and Management of Depression," Department of Family Practice, Phillipsburg Hospital, Phillipsburg, New Jersey, June 22, 1991.

"You're Not Crazy. You're Just Sick," Fair Oaks Hospital, Summit, New Jersey, June 26, 1991.

"Managing Psychiatric Emergencies," The Regent Hospital Grand Rounds, New York, New York, July 24, 1991.

"Managing Physician Stress," Grand Rounds, Department of Medicine, Union Hospital, Union, New Jersey, August 7, 1991.

"The Psychopharmacotherapy of Suicide," Eastern Connecticut Psychiatric Association, Stonington, CT, August 20, 1991.

"Managing the Stress of Having Lupus," The Lupus Foundation, New Jersey Chapter, Kenilworth, New Jersey, September 14, 1991.

"Clinical Depression: The Shadow Behind Every Patient," New York State Academy of Family Physicians, East Elmhurst, New York, September 15, 1991.

"Suicide, Creativity and Serotonin," Department of Psychiatry, University of Massachusetts, Worcester, MA, September 19, 1991.

"Depression and Suicide," Department of Psychiatry, Mountainside Hospital, Montclair, New Jersey, September 27, 1991.

"Suicide, Depression and Creativity," Occupational Physicians Association, New York, New York, October 9, 1991.

"The Differential Diagnosis and Management of Anxiety Disorders in Adults," Junior League, New York City, New York, October 10, 1991.

"Managing Psychiatric Emergencies," Resource Center of Staten Island, Staten Island, New York, October 17,

1991.

"Aftershock," Helene Fuld Medical Center, Trenton, New Jersey, October 24, 1991.

"Aftershock: The Long Term Effects of Stressful Life Events,"Florida Psychiatric Society, Stuart Florida, October 27, 1991.

"Emergency Psychiatry - 1991," Newton Hospital, Newton, New Jersey, November 7, 1991.

"Suicide and Depression in the Elderly," Bergen County Division of Aging, Ridgefield, New Jersey, November 8, 1991.

"A Historical Perspective of Suicide and At Risk Groups within the School Setting," Cleveland Child Guidance Center, Cleveland, Ohio, November 12, 1991.

"Aftershock: On Surviving the Delayed Effects of Trauma, Crisis, and Loss,"Cleveland Child Guidance Center, Cleveland, Ohio, November 12, 1991.

"The Evolution and Management of Suicidal Behavior,"Harrisburg State Hospital, Harrisburg, Pennsylvania, November 14, 1991.

The Eaton Memorial Lecture at Harrisburg State Hospital, Harrisburg, Pennsylvania, November 1991.

"Recognition and Management of Suicide Risk," Medical Directors of Banks of New York City, Chase Bank, New York, New York, November 15, 1991.

"Recognizing Depression," Bell Laboratories, Short Hills, New Jersey, November 18, 1991.

"Psychiatric Emergencies," US Psychiatric Congress, New York, New York, November 21, 1991.

"Police Intervention with the Suicidal Patient," Department of Psychological Services, New York Police Department, New York, New York, December 6, 1991.

"The Dual Diagnosis Patient," St Vincent's Medical Center, Staten Island, New York, December 13, 1991.

"The Differential Diagnosis and Management of Suicide," Tricounty Psychiatric Society, Short Hills, New Jersey, December 18, 1991.

"Surviving Suicide," Norwich State Hospital, Norwich, Connecticut, December 18, 1991.

"Midlife Suicide," Norwich State Hospital, Norwich, Connecticut, December 18, 1991.

"Identifying and Managing the Suicidal," Lakehurst Naval Base, Lakehurst, New Jersey, January 9, 1992.

"Aftershock: Surviving the Long-Term Effects of Trauma and Loss," The Regent Hospital Grand Rounds, Pearl River Junction, January 22, 1992.

"The Evaluation and Management of Suicidal Behavior," St. Alphonsus Medical Center, Boise, Idaho, January 23, 1992.

"The Neurobiology of Suicide," Ada County Medical Society, Boise, Idaho, January 24, 1992.

"The Neurobiology and Management of Suicidal Behavior,"University of Texas, Houston, Texas, January 29, 1992.

"Practical Issues in Managing Suicidal Patients," Monmouth Medical Center, Long Branch, New Jersey, February 4, 1992.

"Post Traumatic Stress Disorder," Monmouth/Ocean County Psychiatric Society, Eatonville, New Jersey, February 5, 1992.

"Suicide in Midlife," New York Chapter of the American Association of Suicidology, New York, New York, February 20, 1992.

"Preventing Suicide," Fair Oaks Hospital's Occupational Advisory Board, Summit, New Jersey, February 21, 1992.

"Aftershock: Surviving the Delayed Effects of Trauma, Crisis and Loss," Pace University Graduate Center, White Plains, New York, February 21, 1992.

"The Neurobiology of Suicide," Holy Name Medical Center, Teaneck, New Jersey, February 25, 1992.

"Management of Dually Diagnosed Patients," Trenton State Hospital, Trenton, New Jersey, February 25, 1992.

"Exploring the Relationship between Artistic Creativity and Suicide," Anderson recreational Center, Rockville Center, New York, February 26, 1992.

"Managing Violence in Public High Schools," Meeting of Counselor of New York City Schools, New York, New York, February 27, 1992.

"The Evaluation, Management and Neurobiology of Suicide," Albert Einstein School of Medicine, Bronx, New York, March 2, 1992.

"The Neurology of Depression," New York, New York, March 3, 1992.

"The Neurobiology of Depression and its Treatment," Bronx Lebanon Hospital, Bronx, New York, March 5, 1992.

"Caring for Yourself While Caring for Others," New York Junior League, New York, New York, March 9, 1992.

"Advances in the Treatment of Depression," Middletown State Hospital, Middletown, New York, March 10, 1992.

"Creativity, Suicide and Depression," Middletown State Hospital, Middletown, New York, March 11, 1992.

"Advances in Emergency Psychiatry," St Joseph's Hospital, Providence, Rhode Island, March 13, 1992.

"Management of Depression and Suicide in the Older Adult," Gerontology Institute of New Jersey, Princeton, New Jersey, March 12, 1992.

"Advances in the Recognition and Treatment of Depression," The Brattleboro Retreat, Brattleboro, Vermont, April 21, 1992.

"Medical Clearance in the Psychiatric Emergency Room," York Hospital, York, Pennsylvania, April 8, 1992.

"The Biology and Treatment of Depressive Disorders: Depression and Suicide," CME, Inc., Dearborn, Michigan, April 11, 1992.

"The Neuropsychopharmacology of the Etiology and Management of Depression and Suicide," Lincoln Hospital Mental Health Center, Bronx, New York, April 14, 1992.

"Creativity and Suicide," The Regent Hospital Grand Rounds, Staten Island, New York, April 16, 1992.

"Your Parents: Yourself/Coming of Age in the Nineties," Parent's Weekend, University of Puget Sound, Tacoma, Washington, April 23, 1992.

"Substance Abuse, Suicide and Homicide: Their Impact on Minority Youth," William F. Ryan Community Health Center, New York, New York, April 30, 1992.

"The Importance of Social Support Systems," Mount Carmel East Hospital, Columbus, Ohio, May 2, 1992.

"Emergency Psychiatry: Quality Improvement," Meeting of the American Psychiatric Association,Washington, D.C., May 4, 1992.

"Emergency Psychiatry: New Research Directions," Meeting of the American Psychiatric Association Washington, D.C. May 4, 1992.

"A Rational Approach to Understanding Substance Use and Abuse," Princeton University, Princeton, New Jersey, May 8, 1992.

"Recognizing and Treating Depression," Teleconference, Maine Medical Center/Medford Hospital, May 22, 1992.

"The Neurobiology of Depression and Suicide," The Institute of Living, Hartford, Connecticut, May 27, 1992.

"The Neurobiology of Depression and Suicide," Department of Medicine, Bronx VA Hospital, Bronx, New York, May 28, 1992.

"Neurobiology and Management of Suicidal Behavior," Kingsboro Psychiatric Center, Brooklyn, New York, June 4, 1992.

"Recognizing and Treating Depression," Family Practice Department, Easton Hospital, Stroudsburg, Pennsylvania, June 15, 1992.

"The Neurobiology of Suicide and Its Treatment," Community Memorial Hospital, Toms River, New Jersey, June 18, 1992.

"Medical and Surgical Complications of Substance Abuse," Clinton Hospital Symposium, Detroit, Michigan, June 19, 1992.

"Suicide Among the Elderly," The International Academy of Law and Mental Health Vancouver, Canada, June 22-26, 1992.

"Equal Partners in Treatment," The International Academy of Law and Mental Health Vancouver, Canada, June 22-26, 1992.

"Interdisciplinary Team Approach to Emergency Psychiatric Care," The International Academy of Law and Mental Health Vancouver, Canada, June 22-26, 1992.

"Adolescent Suicide," The New Jersey Child Assault Prevention (CAP) Project, Summit, New Jersey, July 23, 1992.

"Making Stress Work for You," Summit Chamber of Commerce, Summit, New Jersey, July 23, 1992.

"The Differential Diagnosis and Management of Suicidal Behavior," The 16th Annual Virginia Beach Update in Neuroscience, Virginia Beach, Virginia, July 24, 1992.

"Psychopharmacology of Depression and Suicide," Hudson River Psychiatric Center, Poughkeepsie, New York, September 23, 1992.

"Post Traumatic Stress Disorder," St. Elizabeth's Hospital, Utica, New York, April 11, 11992.

"Suicide," West Missouri Mental Health Center, Kansas City, Kansas, August 17, 1992.

"The Recognition and Treatment of Affective Illness," Kansas College of Osteopathic Medicine, Kirksville, Missouri, August 18, 1992.

"The Recognition and Treatment of Depression," University of Missouri Mental School at Kansas City, Kansas, August 19, 1992.

"Dual Diagnosis Patients," St. Vincent's Hospital Medical Center, Staten Island, New York, September 25, 1992.

"The Psychopharmacotherapy of Depression and Suicide," Teleconference: Tricommunity Mental Health Center, Pilgrim State Hospital, Central Islip Hospital, Parkwood Outpatient Psychiatric Clinic, Lawrence Hospital, Newbury Mental Health Center,, Johnson Life Center, Washington Street Adult Psychiatric Center, Govenor Hospital, New York, October 7, 1992.

"The Differential Diagnosis and Diagnostic Specific Management of Suicidal Behavior,"New York State Association of Suicidology, Middletown Psychiatric Center Conference, Middletown, New York, October 8, 1992.

"The Management of the Violent Patient," Department of Psychiatry, Oklahoma University, Oklahoma City, Oklahoma, January 29, 1993.

"The Modern Practice of Emergency Psychiatry," Department of Mental Health of Oklahoma, Norman, Oklahoma, January 29, 1993.

"Suicide Update: 1993," Kingsborough VA Hospital, Brooklyn, New York, February 11, 1993.

"Psychiatric Emergencies," Northampton VA Hospital, Northampton, Massachusetts, February 23, 1993.

"The Differential Diagnosis and Management of Suicidal Behavior," Department of Psychiatry,, Wayne State University Medical School, Detroit, Michigan, February 25, 1993.

"Managing Violent Behavior and Suicide," Harlem Valley Psychiatric Center, Wingdale, New York, March 5, 1993.

"The Aftershock of Suicide," First Annual New York Survivor of Suicide Conference, New York, New York, March 29, 1993.

"Evaluation and Management of Suicide," New York State Office of Mental Health, Albany, New York, March 29, 1993.

"Making Stress Work For You," Distinguished Lecturer, St. Joseph Hospital and Medical Center, Patterson, New Jersey, March 30, 1993.

"The Psychopharmacotherapy of Depression and Suicide," Albany Psychiatric Society, Albany, New York, April 8, 1993.

"Managing the Stress of Managed Competition in Medical Practice," St Joseph Hospital Center, Providence, Rhode Island, April 20, 1993.

"Aftershock: Managing the Long Term Effects of Trauma and Loss," Wagner College, Staten Island, April 27, 1993.

"Emergency Psychiatry and Managed Care," Ancora State Hospital, Ancora, New Jersey, May 6, 1993.

"Evaluating and Managing Suicidal Behavior," Manhattan State Hospital, Ward's Island, New York, May 21, 1993.

"Prevention and Early Identification of Depression," Annual Meeting of the New Jersey Mental Health Association, Garden State Arts Center, New Jersey, May 27, 1993.

"Substance Abuse," Department of Family Practice, Medical School of SUNY - Stonybrook, Stonybrook, New York, June 4, 1993.

"Managing Caregiver Stress," Trenton State Hospital, Trenton,, New Jersey, June 21, 1993.

"The Differential Diagnosis and Diagnostic-Specific Treatment of Anxiety," Muhlenberg Regional Medical Center, Plainfield, New Jersey, October 1, 1993.

"Creativity, Depression and Suicide," South Beach Psychiatric Center, Staten Island, New York, November 10, 1993.

"Assisted Suicide/Active Euthanasia: Populations at Risk: A Bioethics Seminar,"Cardinal Stritch College, Milwaukee, Wisconsin, November 19, 1993.

"Neurobiology of Suicide," American Association of Suicidology,New York, New York, April 6, 1994.

"Impact of Suicide on the Professional in Training," American Association of Suicidology,New York, New York, April 8, 1994.

"Treatment of Suicidal People," American Association of Suicidology,New York, New York, April 8, 1994.

"Panic Disorders and Other Illnesses Presenting with Anxiety," Department of Medicine,Jersey Shore Medical Center, Neptune, New Jersey, June 7, 1994.

"Emergency Psychiatry and Crisis Stabilization in the 1990's," The Regent Hospital,New York, New York, February 24, 1994.

"Suicide and Depression," Stamford University, Palo Alto, California, March 3, 1994.

"Suicide and Depression," Physicians of Santa Cruz/Los Gatos, Santa Cruz, California, March 3, 1994.

"Suicide and Depression," Palo Alto VA, Palo Alto, California, March 3, 1994.

"Suicide Risk in the Creative Patient: Clinical Strategies," Carrier Clinic, Belle Meade, New Jersey, March 23, 1994.

Creativity, Suicide, and Depression," Overlook Hospital, Summit, New Jersey, April 14, 1994.

"Managing Clinician Stress," Long Island Conference on Alcoholism and Substance Abuse, Garden City, New York, April 21, 1994.

"Suicide and the Family," CONTACT WA National Conference, Lancaster, Pennsylvania, April 30, 1994.

"Practical Suicidology," The Cleveland Clinic, Cleveland, Ohio, May 11, 1994.

"Suicide, Creativity and Depression," SUNY-Buffalo, Buffalo, New York, May 20, 1994.

"No One Saw My Pain: Preventing and Surviving Adolescent Suicide,"Wayne State University Medical School, Detroit, Michigan, September 21, 1994.

"Suicide: The Neurobiology," Thompkins County Suicide/Crisis Center, Ithica, New York, October 21, 1994.

"The Adult Suicidal Patient: Diagnosis and Specific Treatment," St Vincent's Hospital andMedical Center, New York, New York, November 12, 1994.

"The Differential Diagnosis and Diagnostic Specific Treatment of Soicidal Behaviors," The Department of Psychiatry, Woodhull Medical Center, Brooklyn, New York, December 1, 1994.

"Managing Holiday Stress," Charter Behavioral health Center, Summit, New Jersey, December 5, 1994.

"Suicide and Depression in College Students," Cornell University, Ithaca, New York, April 19, 1995.

"Violence:Assessment and Treatment in the Emergency Room," Annual Meeting of the American Psychiatric Association, South Beach, Florida, May 24, 1995.

"Management of Suicidal Patients in the Era of Managed Care," Maine Psychiatric Society, Waterville, Maine, June 9, 1995.

"The profile of the Suicidal Patient: Who is at Risk?" Monmouth Medical Center, Long Branch, New Jersey, June 20, 1995.

"The Recognition and Management of Suicidal Individuals." Seventh Annual MidAtlantic Addiction Training Institute, Indiana University, Indiana, Pennsylvania, July 19, 1995.

"The Causes and Treatment of Post-Traumatic Stress Disorder." Seventh Annual Mid-Atlantic Addiction Training Institute, Indiana University, Indiana, Pennsylvania, July 19, 1995.

"Depression, Suicide and Creativity." New York Methodist Hospital, Brooklyn, New York, September 27, 1995.

"Current Issues in Suicide Prediction and Prevention," Menninger-St. Joseph's Hospital, Tampa, Florida, September 30, 1995.

"Legal Issues in Emergency Psychiatry," Institutes of Hospital and Community Psychiatry,Boston, Massachusetts, October 7, 1995.

"Understanding the Mind of the Depressed and Suicidal Elderly." The Carrier Foundation and Clinic, Belle Meadow, New Jersey, October 17, 1995.

"Creativity, Suicide and Depression." Charter Behavioral Health Center of New Jersey. Summit, New Jersey, October 18, 1995.

"Emergency Psychiatric Care of Suicidal Patients," The Seymour Perlin Annual Lecture, George Washington University School of Medicine, Washington, D.C., October 31, 1995.

"Surviving Suicide", Samaritan's Prevention Conference at Hunter College, New York,New York, June 7, 1996.

"Suicide, Depression and Creativity", Psychiatry Grand Rounds,Albert Einstein School of Medicine, New York, New York, September 4, 1996.

"How to Manage Stress at Midlife", New Jersey Chapter of the Young Presidents Organization- Retired (YPOR), Dover Plains, New York, September 20-22, 1996.

"Suicide and Depression", Monmouth Ocean County Chapter of the New Jersey Psychiatric Association, Long Branch, New Jersey, October 16, 1996.

"Evaluation and Acute Management of the Suicidal Patient", University ofMichigan Medical School, Ann Arbor, Michigan, November 9, 1996.

"Managing College Stress". New Jersey State College (Keynote speaker for Health Awareness Week),Jersey City, New Jersey, April 15, 1997.

"Serotonin and Violence". Department of Psychiatry, Riker's Island Correctional Institute, Long Island City, New York, April 22, 1997.

"Suicidal and Homicidal Dangerousness in Malingering Patients". American Psychiatric Association Annual Meeting, San Diego, California, May 19, 1997.

"The Mind of the Depressed and Suicidal Elderly". The Gerontology Institute of New York, New York, New York, October 15, 1997.

"Evaluating and Managing the Suicidal Adolescent". University of Maryland Medical School, Baltimore VA Medical Center, Baltimore, Maryland, March 27, 1998.

"The Differential Diagnosis and Management of Suicidal Behavior". Creedmoor Psychiatric Center, Queens Village, New York, April 21, 1998.

"Gaining Insight into Adolescent Behavior." Bronx High Schools Clinical Services, Metropolitan Museum of Art, New York, New York, June 8, 1998.

"Epidemiology, Suicidology, and the Evaluation of the Self Destructive Patient", Grand Rounds, Department of Psychiatry, New York Medical College, Valhalla, New York, January 7, 1999.

"Evaluation and Management of Suicidal Risk in the Inpatient and Outpatient Setting." Grand Rounds Silver Hill Hospital, New Canaan, CT. March 24, 1999.

"Psychopharmacotherapy of Suicidal Behavior." American Association of Suicidology, Houston, TX, April 14, 1999.

"Toward the Year 2000: Suicide Prevention - A Mental Health Perspective." American Association of Suicidology, Houston, TX, April 14, 1999.

"Adolescent Suicide: Diagnosis and Risk." Rockland County Psychological Society, Congers, NY, May 23, 1999.

"The Evaluation and Management of Suicide." Department of Psychiatry, Lenox Hill Hospital, March 8, 2000.

"Taller de Actualidades en Trastornos Afectivos" Department of Psychiatry, Hospital ABC, Mexico City, November 11, 2000.

"The Recognition, Management and Prevention of Adolescent Suicidal Behavior." The Mental Health Association of South Western New Jersey, Cherry Hill, New Jersey, December 5, 2000.

"The Management of Suicidal Behavior." Mercy Hospital Psychiatric Staff, Garden City, New York, March 21, 2001.

"Micro pharmacology", Long Island Psychoanalytical Association and the Long Island Psychiatric Society, Suossett, New York, April 17, 2001.

"The Management of the Suicidal Patient." Grand Rounds, Department of Psychiatry, St. Lukes-Roosevelt Hospital, New York, New York, May 23, 2001.

"Advances in the Management of Affective Disorders" , Department of Mental Health of Mexico, Mexico City, Mexico, October 11, 2001.

"The Management of Suicidal Behavior in Adolescence." Partners for Kids and Families, Mt. Holly, New Jersey, November 14, 2001.

"Advances in the Understanding of Suicide and Other Self– Injurious Behaviors "., XXVIIth International Congress on Law and Mental Health. Amsterdam, The Netherlands, July 8-12, 2002.

"The Evaluation and Management of the Suicidal Patient," Bellevue Hospital Ground Rounds, New York, New York, February 7, 2003.

"Evaluation & Management of the Suicidal Patient," Monmouth Ocean County Chapter of the New Jersey Psychiatric Association, March 12, 2003.

"Co-Morbid Conditions with Depression," Department of Family Practice, SUNY-Downstate Medical Center, Brooklyn, NY, March 13, 2003.

"El Espectro de la Depresion,"  VII Reunion Internacional, Sociedad Mexicana de Nevrologia y Psiquiatria, Puebla, Mexico, March 20, 2003.

"Evaluation and Management of Suicidal Behavior, Psychiatric Ground Rounds, St. Vincent's Hospital, Harrison, New York, May 14, 2003.

"Suicide," Department of Psychiatry Resident Seminar, Beth Israel Hospital, May 16, 2003.

"The Evaluation and Management of Suicidal Patients," Department of Emergency Medicine, Lenox Hill Hospital, June 20, 2003.

"Reconceptualizing Disorders of Mood, Thought, and Behavior as Specific Neurotransmitter Dysfunctional States Rather Than As Clinical Syndromes,"  28th Meeting of The International Academy of Law and Mental Health, Sydney, Australia, October 2, 2003.

"Suicide Prevention," Behavioral Health Department Ground Rounds, Gouvernor Hospital, New York City, NY, October 2003.

"Suicide," Catholic Family Services, Newark, New Jersey, March 10, 2004.

"Psychopharmacotherapy," Albert Ellis Institute, New York, New York, July 28, 2004.

 "A Contemporary Perspective on the Etiology and Management of Suicidal Behavior," The Annual Alden N. Haffner Lecture in Public Health, SUNY College of Optometry, October 2004.

"Overview-Suicide Across the Life Cycle," Yale University School of Medicine Symposium, New Haven, Connecticut, October 15, 2004.

"The Differential Diagnosis of Suicidal Behavior", Mid-Hudson Psychiatric Society, Milton, New York, January 19, 2005.

"Suicide Across the Life Cycle," Grand Rounds, Department of Psychiatry, North General Hospital, New York, New York, March 25, 2005.

 "Suicide Across the Life Cycle," St. Vincent's Hospital, Harrison, New York, March 30, 2005.

 "Suicide Across the Life Cycle," Bergen County Child Psychiatric Society, Englewood, New Jersey, April 6, 2005.

"Suicidal Behavior: Etiology and Management," Department of Psychiatry, Queens Hospital, Queens, New York, April 15, 2005.

"Suicide Across the Life Cycle", Grand Rounds, Department of Psychiatry & Behavioral Medicine, Hackensack Hospital, Hackensack, New Jersey, April 21, 2005.

"The Epidemiology and Etiology of Suicidal Behavior", XXIV International Congress on Law and Mental Health, Paris, France, July 4, 2005.

"The Differential Diagnosis and Management of Suicidal Behavior, Brattleburo Retreat, Brattleburo, Vermont, October 10, 2005.

"The Differential Diagnosis and Management of Suicidal Behavior, East Orange Veterans Hospital, East Orange, New Jersey, November 2, 2005.

"The Differential Diagnosis and Management of Suicidal Behavior", Grand Rounds, Bergan Regional Medical Center, Paramus, New Jersey, November 15, 2005.

"The Differential Diagnosis and Management of Suicidal Behavior", Grand Rounds, Hempstead Hospital, Hempstead, New Hampshire, November 29, 2005.

'Suicide Across the Life Cycle", Grand Rounds, Elmhurst Hospital, Elmhurst, New York, December 7, 2005.

"The Management of Suicidal Behavior", Kennebec Valley Mental Health Clinic, Augusta, Maine, February 2, 2006.

"Suicide", Psychiatric Grand Rounds, Coney Island Hospital, New York, June 5, 2006.

"Suicide", Grand Rounds, Hampstead Hospital, Hampstead, New Hampshire, June 20, 2006.

"Suicide", Psychiatric Grand Rounds, Glen Falls Hospital, Glen Falls, New York, June 28, 2006.

"Suicide", Berkshire Green Mental Heath Center, Pittsfield, Massachusetts, August 29, 2006.

"Suicide", Elmira Psychiatric Center, Elmira, New York, September 26, 2006.

"Management of Anxiety", Northern New York District Branch of the American Psychiatric Association, Whitesboro, New York, September 28, 2006.

"The Differential Diagnosis & Management of Suicidal Behavior", Champlain Valley Physicians Hospital, Plattsburgh, New York, September 8, 2006.

"Commentary on Laurence Tancredi's paper "Brain Imaging and the Law", Sante Mentale, Ethique et Politique Sociale, University of Montreal, Montreal, Quebec, Canada, October 13, 2006.

'The Etiology and Management of Suicidal Behavior", Psychiatric Grand Rounds, Temple University Medical School, Philadelphia, Pennsylvania,  October 11, 2006.

"Suicide", Department of Psychiatry, St. Mary's Hospital, Amsterdam, New York, October 23, 2006.

"Suicide", Mental Health Connections, Utica, New York, December 4, 2006.

"Suicide", Chemung County Medical Society, Horseheads, New York, December 12, 2006.

'The Differential Diagnosis and Management of Suicidal Behavior", Psychiatric Grand Rounds, University of Medicine and Dentistry of New Jersey. Newark, New Jersey,  March 7, 2007.

"The Evaluation, Differential Diagnosis, Etiology and Management of Suicidal Behavior." Grand Rounds, Nathan Liteur Hospital, Utica, New York,  March 9, 2007.

"Suicide", Psychiatric Grand Rounds, Bergen Regional Medical Center, Bergen County, New Jersey, April 24, 2007.

"The Differential Diagnosis and Management of Suicidal Behavior", Keynote Address for the New York Mental

Health Department meeting ,Newburgh, New York, June 6,2007.

"Evidenced-Based Treatment of Suicidal Patients",The International Academy of of Law and Mental Health meeting, Padua, Italy,June 6,2007.

"Evaluating the Suicidal Patient".Psychiatric Grand Rounds, Glen Falls Hospital, Glen Falls, New York, July 24,2007.

"The Differential Diagnosis and Management of Anxiety Disorders".Psychiatric Grand Rounds, Mount Sinai Services – Elmhurst Hospital Center, Queens, New York, October 10,2007.

"The Differential Diagnosis and Management of Suicidal Behavior".VA Hudson Valley Health Care System, Castle Point, New York, October 31,2007.

'Management of Acute Psychiatric Disorders Across the Life Cycle".Slocum-Dickson Medical Group, Utica, New York, November 3,2007.

"The Differential Diagnosis and Management of Suicidal Behavior". Psychiatric Grand Rounds, Phelps Hospital, Greenwich, Connecticut, November 27,2007.

"The Differential Diagnosis and Management of Suicidal Behavior". Psychiatric Grand Rounds, Jacobi Medical Center, Bronx, New York, January 16,2008.

"The Evaluation and Management of the Suicidal Patient". Psychiatric Grand Rounds, Bergan Medical Center, Bergan Pines, New Jersey ,March 4,2008.

"Physician Suicide". Psychiatric Grand Rounds, Jacobi Medical Center, Bronx, New York, April 2,2008.

"The Differential Diagnosis and Management of Suicidal Behavior". Medical Grand Rounds, Harlem Hospital, New York, New York, April 22, 2008.

"The Differential Diagnosis and Management of Disorders Presenting with Suicidal Ideation or Behavior", Psychiatric Grand Rounds, Morristown Memorial Hospital, Morristown, NJ, October 15,2008.

REVIEWER:

Administration in Mental Health
American Journal of Psychiatry
Journal of Nervous and Mental Disease
Psychiatric Services
General Hospital Psychiatry
Psychosomatics
New England Journal of Medicine
Suicide and Life-Threatening Behavior
Journal of Studies on Alcohol
JAMA
Journal of Psychiatric Research
Psychiatry: Interpersonal and Biological Processes
The Journal of Neuropsychiatry and Clinical Neurosciences

10/20/08