UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                              :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                  :
        SALES PRACTICES AND                   :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION         :
                                              :    Judge Patti B. Saris
-----------------------------------------------------------x
                                              :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                     :
                                              :
ALL PRODUCTS LIABILITY ACTIONS                :
                                              :
-----------------------------------------------------------x
```

**PRODUCTS LIABILITY PLAINTIFFS' MOTION
TO STRIKE THE SUPPLEMENTAL EXPERT REPORT
OF ROBERT D. GIBBONS Ph.D., DATED JANUARY 5, 2010**

Products Liability Plaintiffs, pursuant to Federal Rules of Civil Procedure 26 and 37, hereby move this Court for an order striking the January 5, 2010 Supplemental Expert Report of Robert D. Gibbons Ph.D. This motion is supported by the Memorandum in Support, and the Declaration of Andrew G. Finkelstein, Esq., and exhibits annexed thereto, submitted herewith.

Dated:  January 14, 2010                              Respectfully submitted,

                                                      *Members of Products Liability
                                                      Plaintiffs' Steering Committee*


                                              By:     /s/ **Andrew G. Finkelstein**
                                                      Andrew G. Finkelstein, Esquire
                                                      Finkelstein & Partners, LLP
                                                      1279 Route 300, P.O. Box 1111
                                                      Newburgh, NY  12551

2

By:    **/s/ Jack W. London**
       Jack W. London, Esquire
       Law Offices of Jack W. London
        & Associates
       106 E. 6th Street, Suite 700
       Austin, TX  78701

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:  January 14, 2010

     **/s/ Kenneth B. Fromson**
     Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 14, 2010.

Dated:  January 14, 2010

     **/s/ Andrew G. Finkelstein**
     Andrew G. Finkelstein