UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,             :
       SALES PRACTICES AND             :   Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION    :
:   Judge Patti B. Saris
---------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                :
:
ALL PRODUCTS LIABILITY ACTIONS           :
:
---------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN IN SUPPORT OF PRODUCTS LIABILITY PLAINTIFFS' MOTION TO STRIKE THE SUPPLEMENTAL EXPERT REPORT OF ROBERT D. GIBBONS Ph.D., DATED JANUARY 5, 2010**

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in support of the motion by Products Liability Plaintiffs, pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, for an order striking the Supplemental Expert Report of Robert D. Gibbons Ph.D., dated January 5, 2010.

3. The following documents are attached hereto in support of this motion:

Exhibit A  -  Supplemental Expert Report of Robert D. Gibbons Ph.D.,
          dated January 5, 2010

Exhibit B  –  Excerpts from Final Pretrial Conference – Day One,
          *Bulger v. Pfizer Inc.*, 1:07-cv-11426-PBS, July 20, 2009

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 14, 2010

          **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on January 14, 2010

Dated:  January 14, 2010

          **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein