UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |
| | **UNREDACTED VERSION FILED UNDER SEAL** |

**DEFENDANTS' EMERGENCY MOTION FOR CONTINUED
DEPOSITION OF NICHOLAS WIEDER AND ADDITIONAL RELIEF**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move this Court for an order requiring Plaintiffs to produce Dr. Nicolas Wieder for the continuation of his deposition. As explained in the accompanying memorandum of law, Dr. Wieder was repeatedly instructed not to answer questions put to him by Pfizer's counsel without any good faith basis (such as privilege) for doing so. Pfizer also seeks the following relief:

(1) Kaiser should be ordered to make Dr. Wieder available for a two-hour continuation of his deposition in either New York or Boston.

(2) Kaiser should be required to reimburse Pfizer for expenses and attorneys' fees incurred in connection with the continued deposition of Dr. Wieder.

(3) Kaiser should be ordered to identify for Pfizer's counsel the URLs of all websites through which Kaiser provides health-related information to its members and physicians and provide Pfizer's counsel access to certain password protected portions of such websites;

(3) Kaiser should be ordered to preserve and maintain all information regarding the following subjects on its websites as they existed on January 11, 2009: Neurontin, gabapentin; the medications that Kaiser has identified as so-called cheaper

alternatives to Neurontin, any type of neuropathic pain, any type of nociceptive pain, bipolar disorder, depression, migraine and headache.

████████████████████████████████████████████████████████████████

Dr. Wieder's declaration should, therefore, be stricken.

WHEREFORE, Defendants respectfully request that the Court grant the relief requested in this motion.

Dated: January 18, 2010                     Respectfully submitted,

                                            SKADDEN, ARPS, SLATE, MEAGHER
                                              & FLOM LLP

                                            By:    /s/ Mark S. Cheffo
                                                   Mark S. Cheffo

                                            Four Times Square
                                            New York, NY 10036
                                            Tel: (212) 735-3000

                                            SKADDEN, ARPS, SLATE, MEAGHER
                                              & FLOM LLP

                                            By:    /s/ Raoul D. Kennedy
                                                   Raoul D. Kennedy

                                            Four Embarcadero Center
                                            San Francisco CA 94111
                                            Tel: (415) 984-6400

                                                   -and-

                                            WHEELER TRIGG O'DONNELL LLP

                                            By:    /s/ James E. Hooper
                                                   James E. Hooper

                                            1801 California Street
                                            Suite 3600
                                            Denver, CO 80202-2617
                                            Tel: (303) 244-1800

                                                   -and-

2

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 18, 2010.

/s/ David B. Chaffin
David B. Chaffin