UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF
DEFENDANTS' EMERGENCY MOTION FOR CONTINUED
DEPOSITION OF NICHOLAS WIEDER AND ADDITIONAL RELIEF**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of the Declaration of Nicolas A. Wieder, D.O.

3. Attached as Exhibit B is a true and correct copy of excerpts from the January 12, 2010 deposition of Nicholas Wieder, D.O.

4. Attached hereto as Exhibit C are true and correct copies of certain exhibits to Dr. Wieder's deposition.

5. Attached as Exhibit D is a true and correct copy of certain pages publicly available on Kaiser's website.

6. Attached as Exhibit E is a true and correct copy of an article entitled "Healthwise and Kaiser Permanente Team Up to Help 8.5 Million Kaiser Permanente Members Make Better Health Decisions," appearing in Business Wire on February 24, 1999, available at www/thefreelibrary.com.

7. Attached hereto as Exhibit F is a true and correct copy of an article entitled "Healthwise helps you make better health decisions," publicly available on Kaiser's website.

8.  Attached hereto as Exhibit G is a true and correct copy of a page entitled "About Us" from Healthwise's website (www.healthwise.org).

Signed under the penalties of perjury this 18 day of January 2010.

/s/ Mark. S. Cheffo_____
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 18, 2010.

/s/ David B. Chaffin
David B. Chaffin