# EXHIBIT F

# Healthwise and Kaiser Permanente Team Up to Help 8.5 Million Kaiser Permanente Members Make Better Health Decisions.

Print

Geographic Code: 1USA
Date:             Feb 24, 1999
Words:            608
Publication:      Business Wire

BOISE, Idaho--(BW HealthWire)--Feb. 24, 1999--Healthwise, Incorporated, and Kaiser Permanente announced today they have signed an agreement to provide consumer health information to all 8.5 million Kaiser Permanente members nationwide.

This agreement marks the largest distribution of health information by a health plan to its members in the United States.

Kaiser Permanente, the nation's largest non-profit HMO, decided to integrate Healthwise content into member education programs after an extensive review of the Healthwise program's performance in a two-phase pilot project. The first phase began in a Kaiser Permanente medical facility service area; the pilot was expanded in phase two to all of Northern California's 2.1 million Kaiser Permanente member households.

"The results from our pilot demonstrated that providing Healthwise self-care information increased member satisfaction, improved member access to Kaiser Permanente services, and increased member confidence in making medical decisions," said David S. Sobel, MD, MPH, Director of Patient Education and Health Promotion for Kaiser Permanente, Northern California. "With that kind of success, it made good sense to integrate the Healthwise information into all our member health education initiatives."

Millions of Kaiser Permanente member households already receive a customized edition of the Healthwise(R) Handbook. This special edition Handbook has been reviewed and customized by more than 300 Kaiser Permanente physicians and staff.

Donald Kemper, President and Founder of Healthwise, Incorporated, predicts that the agreement will help millions of Kaiser Permanente members across the country. "Our mission is to help consumers become more informed and involved in their health care." Kemper added, "By giving a Healthwise Handbook to each member household, Kaiser Permanente makes a strong commitment to helping members become true partners in their health care."

The Healthwise Handbook is a comprehensive, easy-to-understand self-care guide aimed at providing consumers with high-quality medical information to help them make wise health decisions. The book has information on more than 180 medical problems and

helps members decide when they can safely and effectively take care of a health problem at home and when they need to contact their physician.

Kaiser Permanente plans to further integrate Healthwise information into other member education programs to provide consistent, up-to-date health information throughout their organization. For example, "more info" icons included in the Healthwise Handbook will direct users to the Healthwise Knowledgebase(R) software, available at KP Online, Kaiser Permanente's member-only Web site (www.kponline.org).

The Healthwise Knowledgebase is an in-depth database with medical information on thousands of topics, including medications, diagnosed conditions, medical tests, and treatments. Other Kaiser Permanente delivery points for Healthwise information include new member outreach, call centers, new practice models, and prevention programs.

Kaiser Permanente is America's leading integrated healthcare organization. Founded in 1945, it is a non-profit, group-practice prepayment program with joint headquarters in Oakland and Pasadena, California. Kaiser Permanente serves the health care needs of 8.5 million members in 17 states and the District of Columbia. Today, it encompasses Kaiser Foundation Health Plan Inc., Kaiser Foundation hospitals, and the Permanente Medical Groups, as well as an affiliation with Group Health Cooperative, in Seattle. Nationwide, Kaiser Permanente includes 10,000 physician specialists, and 90,000 technical, administrative, and clerical employees.

Healthwise, Incorporated, a non-profit organization based in Boise, Idaho, has spent the past 25 years developing consumer-friendly, physician-reviewed health information to help consumers make wise decisions about their health. Healthwise has distributed more than 15 million copies of its self-care books, which has contributed to saving consumers more than a billion dollars in health care costs. Healthwise clients include large health plans, Fortune 500 companies, community groups, hospitals, and physician groups. Healthwise also works with international clients in South Africa, Canada, and the United Kingdom.

COPYRIGHT 1999 Business Wire

Copyright 1999, Gale Group. All rights reserved. Gale Group is a Thomson Corporation Company.