# EXHIBIT G



# About Us

> Healthwise Decision Points Feature Cutting-Edge Innovation. Demo the newest generation in decision aids. >>

Healthwise is focused on one thing—developing consumer health content to help people make health decisions that are right for them. Our writers, editors, and reviewers know that if consumer health content doesn't help a person make a better decision, it doesn't really help.

- **We're nonprofit.** Our commitment is to our mission, not to stockholders.
- **We've been around.** Healthwise was founded in 1975. We are stable. We stand on our history and reputation.
- **We both serve and lead.** We help our clients achieve their current goals, and we set them up well for the future. We have vision. We innovate. We are consistently first to market.
- **We do the right thing.** Your partnership is important to us. We always do what's necessary to make our products work well for your organization and your constituents.
- **We're a great place to work!** Healthwise recently received two national awards for its healthy workplace. Click here to learn more and watch a short video about our culture and newest products.

**Healthwise Information Therapy (Ix®)**
Healthwise is remarkably different from other health information sources. Our consumer health content not only educates but it's written and designed to help people make informed yet personal health decisions, at just the right time.

Healthwise Information Therapy is:

- **Decision-focused and actionable:** Unmatched in helping people take an active role in their health. Demo our new generation of decision aids>>
- **Evidence-based:** Unifies the best medical science to be used in combination with clinical expertise and patients' personal preferences.
- **Reviewed by experts:** Ensures high-quality, credible consumer health content.
- **Referenced:** Identifies gold-standard medical textbooks and journals that are the basis of our content.
- **Up to date:** Keeps pace with changes in medical science.


Learn about our unique mission and culture>>








Learn about our Ix Solution>>

Case 1:04-cv-10981-PBS   Document 2371-8   Filed 01/18/10   Page 3 of 3

- **Unbiased:** Free from commercial bias.

**Information millions trust**
Every year, people make nearly 120 million health care decisions with our English and Spanish resources. **Click here** to see how Healthwise can help your organization.

