UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**NOTICE OF WITHDRAWAL OF MOTION *IN LIMINE* TO EXCLUDE
TO EXCLUDE CROSS-EXAMINATION ON DR. HARTMAN'S MEDICATION**

Pursuant to the Court's Order of January 19, 2010, Plaintiff Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") respectfully withdraws its motion *in limine* to exclude cross-examination on Dr. Hartman's medication (Dkt No. 2330). Plaintiff Kaiser reserves the right to object to any such cross-examination at trial or other appropriate pretrial proceedings on any applicable ground.

Dated: January 20, 2010                    Respectfully submitted,


                                           By:    /s/ Linda P. Nussbaum
                                                  Linda P. Nussbaum

                                           KAPLAN FOX & KILSHEIMER LLP
                                           Linda P. Nussbaum
                                           850 Third Avenue, 14th Floor
                                           New York, New York 10022

                                           *Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

*Of Counsel*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol
HAGENS BERMAN SOBOL
  SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 20, 2010.

/s/ Elana Katcher
Elana Katcher