# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## NOTICE OF WITHDRAWAL OF MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS FROM ANY REFERENCE TO TREBLE DAMAGES, ATTORNEYS' FEES, OR POTENTIAL HARM TO PFIZER'S BUSINESS OR SHARE PRICES RESULTING FROM A JURY AWARD

Pursuant to the Court's Order of January 19, 2010, Plaintiff Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") respectfully withdraws its motion *in limine* to preclude Defendants from any reference to treble damages, attorneys' fees, or potential harm to Pfizer's business or share prices that may result from a jury award in this case (Dkt No. 2328). Plaintiff Kaiser reserves the right to object to any such reference at trial or other appropriate pretrial proceedings on any applicable ground.

Dated: January 20, 2010

Respectfully submitted,

By: /s/ *Linda P. Nussbaum*
Linda P. Nussbaum

KAPLAN FOX & KILSHEIMER LLP
Linda P. Nussbaum, Esq.
850 Third Avenue, 14th Floor
New York, New York 10022

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

*Of Counsel*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol
HAGENS BERMAN SOBOL
  SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 20, 2010.

/s/ Elana Katcher
Elana Katcher