## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No.  1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## MOTION *IN LIMINE* TO EXCLUDE
## TESTIMONY OF DR. GARY BRENNER

Plaintiffs respectfully move this Court for an order *in limine* excluding the

testimony of Dr. Gary Brenner. The reasons for this motion are described in more detail

in the attached memorandum of law.


Dated:  January 20, 2010                    Respectfully submitted,


                                          By:    */s/ Linda P. Nussbaum*
                                                 Linda P. Nussbaum

                                          KAPLAN FOX & KILSHEIMER LLP
                                          Linda P. Nussbaum, Esq.
                                          850 Third Avenue, 14th Floor
                                          New York, New York 10022

                                          *Attorneys for Plaintiffs Kaiser Foundation*
                                          *Health Plan, Inc. and Kaiser Foundation*
                                          *Hospitals*

*Of Counsel*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol
HAGENS BERMAN SOBOL
 SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served

pursuant to Case Management Order #3 on January 20, 2010.

/s/  *Elana Katcher*
Elana Katcher