## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No.  1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## MOTION *IN LIMINE* TO EXCLUDE
## TESTIMONY OF DR. ANDREW SLABY

Plaintiffs respectfully move this Court for an order *in limine* excluding the

testimony of Dr. Andrew Slaby. The reasons for this motion are described in more detail

in the attached memorandum of law.


Dated:  January 20, 2010             Respectfully submitted,


            By:   */s/ Linda P. Nussbaum*
                    Linda P. Nussbaum

            KAPLAN FOX & KILSHEIMER LLP
            Linda P. Nussbaum, Esq.
            850 Third Avenue, 14th Floor
            New York, New York 10022

            *Attorneys for Plaintiffs Kaiser Foundation*
            *Health Plan, Inc. and Kaiser Foundation*
            *Hospitals*

*Of Counsel*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol
HAGENS BERMAN SOBOL
  SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served

pursuant to Case Management Order #3 on January 20, 2010.

/s/  Elana Katcher
Elana Katcher