UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS'
OPPOSITION TO KAISER'S MOTION IN LIMINE
TO EXCLUDE DR. ARROWSMITH-LOWE'S TESTIMONY ON FOREIGN
REGULATORY ACTIONS AND ABSENCE OF U.S. REGULATORY ACTIONS**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc. and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of excerpts from the Deposition of Meredith Rosenthal taken on July 9, 2008.

3. Attached as Exhibit B is a true and correct copy of excerpts from the following document: Sharon Hertz, M.D., Review and Evaluation of Clinical Data, FDA Ctr. For Drug Evaluation and Research, dated May 24, 2002.

4. Attached as Exhibit C is a true and correct copy of the following document: Cynthia G. McCormick, M.D., Division Director Review and Basis for Approval Action, FDA Ctr. For Drug Evaluation and Research, dated May 22, 2002.

Signed under the penalties of perjury this 22nd day of January 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 22, 2010.

/s/ David B. Chaffin
David B. Chaffin