# EXHIBIT B

# CENTER FOR DRUG EVALUATION AND RESEARCH

## Application Number 21-397
## 21-423
## 21-424

# MEDICAL REVIEW(S)

FDA CENTER FOR DRUG EVALUATION AND RESEARCH
DIVISION OF ANESTHETIC, CRITICAL CARE, AND ADDICTION DRUG PRODUCTS
HFD-170, Room 9B-45, 5600 Fishers Lane, Rockville MD 20857   (301) 827-7410

## REVIEW AND EVALUATION OF CLINICAL DATA

| | |
|---|---|
| NDA # | 21-397<br>21-423<br>21-424 |
| Sponsor | Parke-Davis Pharmaceuticals Limited |
| Generic Name | Gabapentin |
| Proprietary Name | Neurontin |
| Pharmacologic Class | Anti-epileptic |
| Proposed Indication | For the management of postherpetic neuralgia in adults |
| Submission Date | August 6, 2001 |
| Clinical Reviewer | Sharon Hertz, M.D. |
| Completion Date | May 24, 2002 |

gabapentin.  A protocol submitted to ———— was reviewed, and concurrence with the study design was conveyed to the sponsor by the review division on July 13, 2001.  The sponsor expects a study report by December, 2002.

Gabapentin has been studied under six INDs:
1.
2.
3.
4
5
6.

## SECTION 1.4  Other Relevant Information

### Foreign Marketing History
As of June14, 2001, Neurontin has been approved for the management of neuropathic pain in 34 countries.  A specific indication for neuropathic pain in diabetic neuropathy and postherpetic neuralgia has been approved in Austria, Chile, Denmark, Finland, Germany, and Switzerland, for diabetic neuropathy, PHN, and trigeminal neuralgia in Singapore, and PHN in France.  Other varied neuropathic pain indications exist in 26 countries including Australia, Italy, Ireland, Spain, New Zealand, the United Kingdom, Aruba, Czech Republic, Romania, and Slovakia, and many countries in Latin America and Asia.

Neurontin has not been withdrawn from the market for safety or efficacy reasons in any country where it has been approved.

Neurontin has been approved for the treatment of epilepsy in many countries.

APPEARS THIS WAY
ON ORIGINAL