# EXHIBIT C

FDA CENTER FOR DRUG EVALUATION AND RESEARCH
DIVISION OF ANESTHETIC, CRITICAL CARE, AND ADDICTION DRUG PRODUCTS
HFD-170, Room 9B-45, 5600 Fishers Lane, Rockville MD 20857
Tel:(301) 827-7410

DIVISION DIRECTOR REVIEW AND BASIS FOR APPROVAL ACTION

DATE:      May 22, 2002

DRUG:      Neurontin® (gabapentin)

NDAs:      21-397,    Capsules 100, 300, 400 mg
           21-423,    Tablets 600 and 800mg
           21-424,    Oral Solution 250 mg/5ml

NDA Code   Type 6 S NDA

SPONSOR:   Parke-Davis Pharmaceutical Research
           A Division of Warner Lambert Company
           Pfizer

INDICATION: Postherpetic Neuralgia

*Summary*

Neurontin® (gabapentin) is a neuropharmacologic drug product approved in 1993 as adjunctive treatment medication for the treatment of partial complex epilepsy. Since approval, it has gained a reputation through off-label use for the treatment of neuropathic pain. The sponsor now submits a Type 6 NDA (New Drug Application) in support of a new indication—for the treatment of postherpetic neuralgia. There are two pivotal trials submitted as evidence of effectiveness for this indication, as well as a safety database of 563 patients with postherpetic neuralgia and additional 794 patients with other forms of neuropathic pain. The pharmacokinetics of gabapentin in this population was evaluated by a population pharmacokinetic approach, analyzing the exposure-response relationship from five clinical neuropathic pain studies, as well as from the two pivotal postherpetic neuralgia studies.

1

The sponsor has successfully demonstrated the safety and effectiveness of Neurontin® in the treatment of postherpetic neuralgia. Product labeling will include this new indication.

*Efficacy*

The sponsor has submitted two adequate and well-controlled studies in patients with postherpetic neuralgia, which independently substantiated the effect of Neurontin® in reducing the final weekly mean pain score compared to baseline pain for the doses of Neurontin tested (1800 mg, and 2400 mg in one study and 3600 mg in the second) compared with placebo in the intent-to-treat analyses. These were the primary prospective efficacy analyses. This was further confirmed by responder analyses, which defined a response as a 50% reduction in pain between baseline and end of treatment. The effects on both the primary outcome analyses and the secondary analyses for both studies were statistically significant as described in the reviews of Dr. Sharon Hertz and Dr. Stella Grosser. The descriptive statistics and statistical outcomes are detailed in these reviews.

It has been pointed out that the development plan did not design for dose replication. The clinical and statistical review team made an effort to ascertain whether efficacy was evident during the early titration phases of both trials for the first several weeks, and therefore, whether dose replication could be established in the trial, which studied the higher dose. This was not a successful approach, however, as it was found that the amount of time spent on the lower doses of 1800 mg and 2400 mg in high dose study 945-295, were insufficient to achieve steady state.

Two additional methods using a pharmacokinetic/pharmacodynamic approach were undertaken to try and bridge the results of the two studies. In the first instance the results from the two postherpetic neuralgia studies, study 211 (testing 3600 mg of gabapentin against placebo) and study 430 (testing 1800 and 2400 mg of gabapentin against placebo) were compared and demonstrated comparable effect sizes. This was interesting but not compelling.

A pharmacokentic approach using a modeling and simulation analysis was then applied to the data sets, taking into account baseline pain, demographics, dose, and placebo effects in the modeling. It was found that the results of study 211 and separately 430 could be predicted reliably based upon information from the comparative pivotal trial. This suggests that the results of the two pivotal studies would be the same in pain relief outcomes if the doses were the same. Details of these simulation and modeling analyses can be found in the pharmacokinetics reviews by Drs. Roy and Sun.

The efficacy of Neurontin® was clearly established in two separate placebo-controlled trials, and the effective dosing strategy was bridged through an elegant pharmacokinetic and pharmacodynamic model, which provided confirmation of the dose across studies.

2

This approach was felt to be acceptable because of the high predictability of the model and close similarity of the exposure response curves between the two studies, as well as the strong and consistent effect in all dose groups in both studies.

*Saftety*

The safety of Neurontin® was established in a safety database of 1357 patients, over 500 of which were patients suffering from postherpetic neuralgia. The doses ranged from 0 to 3600 mg and duration of exposure at the highest dose did not exceed 6 weeks, and in lower doses up to 24 weeks. Combined with the finding of safety in the epilepsy development program, which included exposure and safety data of several years' duration, there was adequate safety exposure to support the finding of safety in postherpetic neuralgia, which could be characterized as largely self-limited. There were no unexpected adverse events, not previously described in the studies in epilepsy. The postherpetic neuralgia patients, on the whole, were significantly older than the epilepsy population. Therefore, there was an opportunity to better understand the safety profile of this product in the elderly population. There were, overall, more adverse events reported in patients over 75 years of age, with dizziness and peripheral edema most commonly reported.

In summary, there has been adequate demonstration of safety and effectiveness of Neurontin® in the treatment of postherpetic neuralgia to support approval.

*Action*: Approval

---

Cynthia G. McCormick, MD,

Director
Division of Anesthetic, Critical Care and Addiction Drug Products
Office of Drug Evaluation II, CDER, FDA

APPEARS THIS WAY
ON ORIGINAL

---
This is a representation of an electronic record that was signed electronically and
this page is the manifestation of the electronic signature.
---

/s/
----------------------
Cynthia McCormick
5/22/02 12:27:18 PM
MEDICAL OFFICER

APPEARS THIS WAY
ON ORIGINAL

N 21-397/ 21-423/ 21-424 Neurontin Capsules, Tablets and Oral Solution

For Clinical Safety Update Review see the main Clinical Review of these NDAs by Dr. Sharon Hertz.

APPEARS THIS WAY
ON ORIGINAL