UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION,

---

THIS DOCUMENT RELATES TO:

THE GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA v. PFIZER, INC., and

AETNA, INC. v. PFIZER, INC.

---

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DECLARATION OF ELANA KATCHER

Elana Katcher declares:

1. I am associated with the law firm Kaplan Fox & Kilsheimer, LLP, attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") in this action. I submit this declaration in support of Plaintiff Kaiser's Memorandum of Law in Opposition to Defendant's Motion in Limine to Preclude Plaintiffs from Presenting the Live Testimony of Permanente Physicians Unless and Until Plaintiffs make Permanente Physicians Available to Defendants for Live Testimony.

2. Attached as Exhibit A is a true and correct excerpt of a transcript of the deposition of Nicolas Wieder, which was taken in this action on January 12, 2010.

3. Attached as Exhibit B is a true and correct excerpt of a transcript of the deposition of Bill H. McCarberg, M.D., which was taken in this action on September 27, 2007.

4. Attached as Exhibit C is a true and correct copy of a document produced by the defendants in this action as Pfizer_THylan_0003543-48.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2010.

                                                                  /s/ Elana Katcher
                                                                  Elana Katcher

## CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2010, I caused this document (except Exhibit B) to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System. Exhibit B was served on defendants via electronic mail.

                ATTORNEY FOR THE COORDINATED PLAINTIFFS

/s/ Elana Katcher
ELANA KATCHER