```
                                                                    1

 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3

 4   ------------------------------)

 5   In re: NEURONTIN MARKETING,    )MDL Docket No. 1629

 6   SALES PRACTICES AND PRODUCTS   )

 7   LIABILITY LITIGATION           )Master File No.

 8   ------------------------------)04-10981

 9   THIS DOCUMENT RELATES TO:      )

10   THE GUARDIAN LIFE INSURANCE    )Judge Patti B. Saris

11   COMPANY OF AMERICA v. PFIZER   )

12   INC., 04 CV 10739 (PBS)        )Magistrate Judge Leo

13   ------------------------------)T. Sorokin

14

15

16        Videotaped Deposition of

17     NICOLAS WIEDER, D.O., at 300 S. Grand Avenue,

18     Los Angeles, California, commencing at

19     9:22 p.m., Tuesday, January 12, 2010, before

20     Janice Schutzman, CSR No. 9509.

21

22

23

24   Job No: 234602

25   PAGES 1 - 536
```

14

1  suggested I didn't want to.  It seemed like a big
2  hassle to me.  And then I was told that no, in fact,
3  I had been asked to --
4        MR. SOBOL:  Objection, instruct you not to
5  answer what you were told.  The only question is            09:31AM
6  whether you understand you received a subpoena.
7        THE WITNESS:  Yeah, my -- that was my
8  understanding.
9  BY MR. CHEFFO:
10    Q.   Okay.  So your understanding is that you            09:31AM
11 thought that there was a court ordered subpoena that
12 required you to come here today?
13    A.   Somehow I was compelled to come.
14    Q.   Okay.
15    A.   Whether it was subpoena or otherwise, but I         09:31AM
16 was compelled to come.
17    Q.   And I think you were saying that absent
18 being compelled, you were not inclined to appear?
19    A.   Well --
20        MR. SOBOL:  Objection to form.                       09:31AM
21        THE WITNESS:  I'm sorry?
22 BY MR. CHEFFO:
23    Q.   Is that fair?
24    A.   Yeah.
25    Q.   If Kaiser asks you to come to Boston to             09:31AM

15

1  testify at trial, would you do that?
2      A.  I don't know.
3      Q.  What would be the factors that would weigh
4  into your decision?
5      A.  Probably personal.                                  09:31AM
6      Q.  To the extent that they, you know, paid for
7  you to come and worked around your schedule, would
8  you do it?
9      A.  I don't know.  It's -- this has been a big
10 burden clinically.  I'm not an administrative           09:32AM
11 physician, so I have patients that I can't just tell
12 them come back when I'm available.  I have to
13 double-book my schedule for each day that I'm here.
14 So it's a big hassle.  So if -- I would have to see
15 personally, do I want my staff and myself to take      09:32AM
16 that stress?  That -- it would depend on that and my
17 own personal schedule.
18     Q.  Would it be easier to provide testimony
19 here in California?
20     A.  Sure.                                              09:32AM
21     Q.  Have you ever been to Boston in any
22 professional capacity --
23     A.  Yes.
24     Q.  -- while you were -- I'm sorry -- while you
25 were at Kaiser?                                           09:32AM