# EXHIBIT C



# SELF-ASSESSMENT FORM

| NAME: Elizabeth M. Mutisya, MD | DIV/ORG/DEPT: Global Outcomes & Medical Services |
|---|---|
| TITLE/GRADE: Senior RMRS | REVIEW PERIOD: FROM: 1/1/00  TO: present |

**INSTRUCTIONS:** This form can be used to summarize progress that you have made towards your annual goals. Once complete, submit this summary to your manager for his/her review.

**I. PERFORMANCE GOALS:** Consist of on-going job duties that are expected as part of the job and goals regarding new projects, initiatives or improvements to current activities. Usually contain individual and team participation activities. Summarize your progress in the space below.

| GOALS (Clearly state goals) | PROGRESS (Specify progress you have made toward your goal, including measures, milestones, etc.) |
|---|---|
| 1. Medical support for Lipitor franchise. | ♦ Responded to unsolicited requests for medical information.<br><br>♦ Developed and maintained relationships with key thought leaders (e.g. Raj Makkar, Todd Sherman, Matt Budoff, Victor Benson, Noel Bairey Merz, PK Shah, Jonathan Tobis, Richard Rothschild, Adel El-Bialy).<br><br>♦ Updated key Parke-Davis speakers prior to their presentations (e.g. Valantine, Deedwania, Selwyn, Makkar, Sherman, Benson, Blanchard, Chin, Rosenblit, Goldberg, Zaidi, Lai, Gallagher).<br><br>♦ Assisted WCBU Lipitor Marketing Manager with Advisory Board and Speakers' Training Meetings (topics, speaker selection and preparation, clinical trial program presentation).<br><br>♦ Gave Lipitor presentations at national, regional, and LA ABU Advisory Boards, Speakers' Training Meetings, and Roundtable Discussions.<br><br>♦ Nominated and screened investigators for REVERSAL, BELLES, and SAGE studies (Forrester, Makkar, Sherman, Budoff, Bairey Merz, Lepor, Shah, Berman, Scott, Rothschild, Jackson, Zaidi).<br><br>♦ Participated in SAGE and REVERSAL Investigators' Meetings.<br><br>♦ Completed site visits, performed study monitoring, and provided local support for REVERSAL and SAGE investigator teams in southern California. (This included orchestrating, along with my southern California ABMs, a series of presentations, site visits/dinners, and one-on-one investigator sessions by Steven Nissen to improve REVERSAL study enrollment and support the Lipitor brand.)<br><br>♦ Assisted with the development of external research proposals (Makkar, Sherman, Selwyn, El-Bialy, Benson, Scott, Kotha, Kamili).<br><br>♦ Facilitated support of disease management programs (Benson, Ossorio, Judelson, Zaidi, Zwelling-Aamot).<br><br>♦ Gave presentations to the field force supporting Lipitor and the WCBU ML team. Provided updates on competitive developments and new atherosclerosis data to the ML team as well as my sales and marketing colleagues. |

Pfizer_THylan_0003543

| | |
|---|---|
| 2. Support of the Rezulin market.<br><br>Maintenance of relationships with key diabetologists. | ♦ Responded to unsolicited requests for medical information.<br>♦ Presented an update on new developments in diabetes care, including Rezulin, to the Channel Island Association of Diabetes Educators.<br>♦ Gave presentations on Rezulin's efficacy, safety, and clinical research program at national, regional, and southern California Advisory Boards.<br>♦ Fostered and maintained relationships with key thought leaders and customers in southern California (e.g. Paul Rosenblit, Willa Hsueh, John Tayek, Ricardo Perfetti, Michael Lai, Lois Jovanovic, Carlos Alvarez, Sunny Melendez).<br>♦ Updated key Parke-Davis speakers prior to their presentations (e.g. Rosenblit, Lai, Berger, Alvarez, Melendez, Tsao, Goldberg, Bush, van Herle, Zaidi).<br>♦ Nominated and screened investigators for MOPS-initiated studies (Perfetti, Berger, Lai). Performed site visits (Charles, Perfetti). Championed addition of a lipid subanalysis protocol to a troglitazone comparative trial.<br>♦ Facilitated development, provided local support, and later, aided with the termination of Rezulin external research studies (Hsueh, Tayek, Perfetti, Alvarez, Mullen, Smith).<br>♦ Assisted with the development of diabetes disease management programs (Alvarez, Moghissi, Ossorio, Charles).<br>♦ As requested, provided input to the West CBU marketing team on diabetes initiatives and programs.<br>♦ Gave presentations to the field force supporting Rezulin. Provided updates on competitive developments and new diabetes data to the ML team as well as sales and marketing colleagues. |
| 3. Maintenance and further development of Neurontin and pregabalin supporters, including pain specialists. | ♦ Responded to unsolicited requests for medical information on Neurontin, pregabalin, and zenarestat.<br>♦ Formulated a list of top pain specialists in the West CBU for Morris Plains in preparation for pregabalin prelaunch activities. (Forwarded copies to the West CBU CNS Marketing Manager and the Pain TSG Chair.) Nominated key influencers for marketing initiatives.<br>♦ Cultivated and maintained relationships with influential neurology and pain specialists (e.g. Elyse Singer, Steven Graff-Radford, Gerald Sacks, Joshua Prager, Eric Hsu, Anthony Nyerges, Ronald Ziman, Morris Maizels, Alexan Abdel-Malek, Teresa Ferrer-Brechner).<br>♦ Developed neuropathic pain management presentation for Kaiser pain specialists. Supported creation of a uniform pain management algorithm for southern California Kaiser centers.<br>♦ Prepared speakers for neuropathic pain presentations (Mullin, Prager, Maizels, van Herle).<br>♦ Assisted with the creation of external research proposals (e.g. Singer, Maizels, Perdikis, Sutherling).<br>♦ Performed site visits and study monitoring (Maizels, Abdel-Malek, Sacks, Ziman).<br>♦ As requested, reviewed Neurontin marketing initiatives (e.g. Neurontin tablet pharmacist educational program, Neurontin hospital display), recommended speakers, and provided input on programs. Presented updates on Neurontin and pregabalin clinical trial programs and outcomes at West CBU Managers' Meetings.<br>♦ Developed pregabalin slide presentation for the West CBU ML team. As requested, reviewed slide content for pain TSG members developing pain slide deck for the ML team. Presented Neurontin and pregabalin data at Pfizer MSL/RMRS orientation.<br>♦ Updated the ML team, and where appropriate, sales and marketing colleagues on competitive developments and new neuropsychiatric data.<br>♦ Participated in AAN meeting activities. |
| 4. Medical support for the Celexa co-promotion | ♦ Responded to unsolicited requests for Celexa information.<br>♦ Developed and maintained relationships with key psychiatrists (e.g. Ricardo Mendoza, Peter Panzarino, Boghos Yerevanian).<br>♦ Trained speakers for Celexa-sponsored events (e.g. Panzarino, Mendoza).<br>♦ Provided updates on competitive developments and new SSRI data to the ML team as well as sales and marketing colleagues.<br>♦ (Activities suspended after Celexa co-promotion agreement terminated.) |

| | |
|---|---|
| 5. Medical support for the Accupril market | ♦ Responded to unsolicited requests for information on Accupril and Accuretic. |
| | ♦ Presented quinapril data and clinical trial updates at West CBU Advisory Board and Speakers' Training Meetings. |
| | ♦ Participated in a Vascular Biology Working Group conference. |
| | ♦ Updated key Parke-Davis-sponsored speakers prior to their presentations (Schroeder, Gelberg, Miyakawa, Geft, Bush, Zaidi). |
| | ♦ Assisted with the development of quinapril external research studies (Hsueh, Tayek, Geola, Tatum). |
| | ♦ Gave Accupril presentations to the field force. Updated the ML team as well as sales and marketing colleagues on competitive developments and new data. |
| 6. Managed Care Initiatives | ♦ Worked closely with my impact Provider Group Managers, Special Account Managers, National Account Managers as well as my Healthcare Management ML counterparts to coordinate medical support at key sites. |
| | ♦ Participated in a Managed Care Advisory Board for southern California MCO Medical Directors. |
| | ♦ Presented pharmacoeconomic data on Lipitor at an Atherosclerosis symposium for southern California lipidologists. |
| | ♦ Trained speakers in the managed care arena (Judelson, Benson, Alvarez, Maizels). |
| | ♦ Supported development of disease management programs (Ossorio, Maizels, Benson, Alvarez). |
| | ♦ Developed neuropathic pain presentation for Kaiser pain specialists. |
| | ♦ Met individually with key customers in the southern California managed care arena—e.g. Kerry Weiner (President, Lakeside Medical Group), Jim Malone (President, Medical Management Company), Cliff Ossorio (President, Care Dimensions), Victor Benson (Chair, Family Medicine; Head, Kaiser Atherosclerosis Program; P&T committee member, Kaiser), Frederick Ziel (P&T committee member, Kaiser), Morris Maizels (Director, Southern California Kaiser Pain Centers), Alexan Abdel-Malek (Director, Kaiser Rehabilitation Program), Lois Jovanovic (Chief Scientific Officer, Sansum Medical Institute), Carlos Alvarez (Medical Director, Valley Medical Group), Debra Judelson (Medical Director, Cardiovascular Medical Group). |
| | ♦ Provided product updates to recently hired Healthcare Management MLs. |
| 7. Transition into NE CNS RMRS role on 9/1/00 | ♦ Developed 90 day plan. Have completed most action items. |
| | ♦ Executed integration activities—e.g. completed knowledge transfer in Western Region; made initial contact with impact RMs, NE CEC Team Manager, and NE NHO Area Manager; participated in RMRS wave A orientation. |
| | ♦ Cultivating relationships with NE CNS opinion leaders—e.g. met with David Eidelberg (Director, Neuroscience Research and Member, Board of Directors, LI Jewish-North Shore Hospital) and Marc Mentis (Director, Alzheimer's Disease Research Program, LI Jewish-North Shore Hospital); facilitating Independent Medical Grant Request submission by Marc Mentis. Scheduled to meet with Alan Rapoport (Director, New England Center for Headache). |
| | ♦ Provided medical support in the NE region for Pfizer's CNS product portfolio—e.g. discussed CNS research initiatives (Blass, Currier, Eidelberg, Mentis); participated in NE Relpax strategy session. |
| | ♦ Responded to unsolicited requests for medical information on Pfizer's CNS products. |
| | ♦ Serve as Aricept product champion—met with key members of the Aricept DMT; contribute to Aricept Publications Subcommittee, Medical Subcommittee, and Independent Medical Grants Subcommittee meetings; nominated investigators for an Aricept study; facilitate communication between the Aricept DMT and the CNS RMRS group. |

NOTE: If goals required input from or alignment with other parties (i.e., teams, groups, individuals, etc.), use the Request for Feedback form to obtain their feedback before meeting with your manager.

## II. BEHAVIOR/CAPABILITY REVIEW: Describe behaviors that demonstrate key capabilities.

### Strategic Thinking
♦ Over the year, realigned activities to mirror the company's strategy. For example, shifted priorities between Lipitor and Rezulin in the first and second trimesters to better meet marketplace needs.

Pfizer_THylan_0003545

- Cultivated relationships with headquarters-based, regional, and local medical, marketing, and sales colleagues. Discussed tactics to maximize ML/RMRS contributions and impact. Facilitated strategic placement of clinical trials and research funding by providing input to the Lipitor, Rezulin and pregabalin Disease Teams on important regional and local thought leaders, potential research directions, and investigator/site selection in southern California. Contributed to key medical and marketing initiatives that enhanced opinion leader support, expanded the customer base for key products in the company's portfolio, and optimized implementation of product lifecycle plans. Facilitated rapid responses to evolving market needs and gave updates on competitive developments.
- Actively participated in LA ABU and West CBU planning meetings and strategic sessions. Developed goals and programs to meet team objectives. Currently contributing to Aricept and Relpax strategic sessions.

Analytical Thinking
- Provided customized solutions to meet needs of principal influencers in essential therapeutic areas. For example—collaborated with Willa Hsueh (Chair of Endocrinology and Metabolism at UCLA) to redesign her external research program on endothelial dysfunction and expedite approval after troglitazone was withdrawn from the U.S. market; successfully championed addition of a lipid subanalysis protocol proposed by Arthur Charles (Medical Director, University Clinical Investigators and Professor at UCI) to a MOPS-initiated troglitazone-pioglitazone comparative trial.
- Worked closely with the Diabetes Disease Team, the regional marketing team, and the local field force to rapidly design programs that counteracted and minimized the impact of negative media reports regarding troglitazone. Efforts included presentations at local society meetings, development and implementation of Advisory Board and Speaker Training sessions, and in order to better respond to individual concerns and questions, one-on-one discussions with key consultants, academic opinion leaders, and important customers.

Planning and Organization
- Partnered with medical, marketing, and sales colleagues to design strategic initiatives that addressed local/regional needs and overall company objectives. Efforts, for example, included boosting enrollment in the REVERSAL study, a key clinical trial in Lipitor's life cycle, via organization of a four day trip to southern California by Steven Nissen for a series of presentations, site visits, and one-on-one sessions.
- Contributed to headquarters-based initiatives—e.g. MOPS Medical and Scientific Affairs Diversity Initiative, Technology Advisory Group (Parke-Davis), Technology Pilot (Pfizer), Warner Lambert corporate programs (ADVANCE—Development Committee, Women's Network—Steering Committee), and Aricept Disease Management Team meetings.
- Provided medical support for southern California. Provided back-up coverage for West CBU ML and DMT colleagues when they were unavailable to travel.
- Mentored incoming MLs and provided data on key products in the portfolio. In addition, advised on developing key relationships, prioritizing requests, and providing medical support within the confines of FDA regulations.

Decision Making/Judgment
- Collaborated with medical, marketing, and sales colleagues to design solutions that best met the needs of key influencers and customers.
- Facilitated communication between MOPS and external customers on research studies. Nominated and screened investigators. Promoted strategic placement of clinical studies. Provided local support for multi-center clinical trials to ensure that study milestones were completed in a timely fashion.

Initiative
- Worked proactively with medical, marketing, and sales colleagues to develop and implement strategic solutions to evolving marketplace needs and company objectives.
- Routinely volunteered to assist external customers and internal colleagues with their projects/proposals.

Creativity/Innovation
- Collaborated with important opinion leaders and customers on external research proposal development and submission.
- Facilitated design of disease management programs and treatment algorithms.
- When appropriate and in line with company objectives, championed modifications in clinical trial design.

Professional Expertise
- Assisted external customers with their design of external research proposals.
- Provided input on development of pain management protocols.
- As requested, prepared speakers for neuropathic pain presentations—e.g. Katja van Herle prior to her UCLA Endocrinology Grand Rounds presentation.

♦ Provided medical review of marketing/sales initiatives.

Communication
♦ Sought out by marketing and sales colleagues to present at Advisory Board and Speakers' Training Meetings across all therapeutic areas.
♦ Substituted for the Diabetes Disease Team Senior Medical Director when unavailable to present at Rezulin Advisory Boards.
♦ Worked closely with Lipitor Marketing colleagues to develop and implement Lipitor Advisory Board and Speakers' Training Meetings.
♦ By invitation, presented at all trimesterly West CBU field force training sessions.
♦ Worked with Parke-Davis Medical and Scientific Affairs senior management on two working groups. Responsible for written communication.
♦ Currently facilitate communication between Aricept DMT, CNS RMRS team, and the field.
♦ Delineated RMRS role to senior management at Eisai.

Relationship Management
♦ Cultivated and maintained relationships with important opinion leaders, leading academicians, valuable consultants, and key customers in strategic therapeutic areas.
♦ Served as an informational resource on new clinical data and therapeutic developments for speakers, thought leaders, and colleagues.
♦ Proactively developed relationships with internal colleagues across divisions and facilitated collaborative initiatives to better meet customer needs and the company's strategic objectives.

Teamwork
♦ Promoted cooperative efforts between medical, marketing, and sales colleagues to optimize solutions to customer needs.
♦ Contributed to headquarters-based committees and working groups. Facilitated communication between headquarters, the ML/RMRS group, and the field.
♦ Updated internal colleagues on relevant developments in their therapeutic areas. Mentored newer MLs.

Influence
♦ Please see earlier examples.

Leadership
♦ Please see earlier examples.

**III. DEVELOPMENT GOALS:** Consist of actions you will take to improve your knowledge, skill or abilities in a particular area.

| GOALS (Clearly state goals) | PROGRESS (Specify progress you have made toward your goal, including measures, milestones, etc.) |
|---|---|
| 1. Improved understanding of the pharmaceutical industry | ♦ Completed postgraduate course in clinical pharmacology, drug development, and regulation.<br>♦ Participated in regional and headquarters-based multidisciplinary strategic meetings.<br>♦ Attended femhrt product launch. Provided medical support at breakout training sessions.<br>♦ Read business strategy textbooks. |
| 2. Marketing internship | ♦ After discussion with supervisor, explored alternatives with various marketing colleagues as well as former interns.<br>♦ Discussed options and timing of marketing internship with Parke-Davis VP of US Marketing. Talked about various career paths within marketing for physicians.<br>(Internship plans suspended after merger approved.) |
| 3. Enhancement of leadership skills | ♦ Attended a Coleman leadership development course.<br>♦ Participated in a women.future conference, a global leadership development workshop.<br>♦ Completed Warner Lambert Managers' Global Orientation. Accomplished all objectives in my Personal Action Plan. |

Pfizer_THylan_0003547

| 4. Maintenance of computer skills | ♦ Participated in laptop training. |
| | ♦ Completed advanced courses on Microsoft Office programs. |

| YOUR SIGNATURE: | DATE: |

Pfizer_THylan_0003548