UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER, INC., and | Magistrate Judge Leo T. Sorokin |
| AETNA, INC. v. PFIZER, INC. | |

## MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") respectfully submit this motion to file under seal certain documents filed in support of Plaintiff Kaiser's Memorandum of Law in Opposition to Defendant's Motion in Limine to Preclude Plaintiffs from Presenting the Live Testimony of Permanente Physicians Unless and Until Plaintiffs make Permanente Physicians Available to Defendants for Live Testimony.

Pursuant to the stipulated Protective Order entered in this case by the Court on January 10, 2005, "all documents and materials filed with the Court containing or reflecting the contents of Confidential Information shall be filed in sealed envelopes . . ." *See* Exhibit A, Stipulated Protective Order at Section 3(f).

Pursuant to that Order, Plaintiff Kaiser respectfully seeks leave to file the following document under seal:

1.  An unredacted version of Kaiser's memorandum of law, which contains references to the confidential information pertaining to the corporate structure of Kaiser and a third-party, as well as references to a transcript that was marked confidential in this action.

2.  Excerpts of the transcript of the deposition of Bill H. McCarberg M.D., as taken in this action on September 27, 2007, which was designated Exhibit B to the Declaration of Elana Katcher, dated January 22, 2010, which was designated as confidential in this action

3.  The declaration of Victoria Zatkin, dated January 20, 2010, which contains confidential information about the corporate structure of Kaiser and a third-party.

WHEREFORE, Plaintiff Kaiser respectfully requests it be permitted to file under seal the documents described above.

Respectfully Submitted,

| Dated: January 22, 2010 | For Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals: |
|---|---|
|  | /s/ Linda P. Nussbaum<br>KAPLAN FOX & KILSHEIMER LLP<br>Linda P. Nussbaum, Esq.<br>850 Third Avenue, 14th Floor<br>New York, New York 10022 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2010, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

ATTORNEY FOR PLAINTIFFS KAISER FOUNDATION HEALTH PLAN, INC. AND KAISER FOUNDATION HOSPITALS

/s/ Elana Katcher
ELANA KATCHER