UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: NEURONTIN MARKETING,
        SALES PRACTICES AND
        PRODUCTS LIABILITY LITIGATION,

THIS DOCUMENT RELATES TO:

THE GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA v. PFIZER, INC., and

AETNA, INC. v. PFIZER, INC.

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") respectfully submit this motion to file under seal certain documents filed in support of Plaintiff Kaiser's Memorandum of Law in Opposition to Defendant's Motion For Continued Deposition of Dr. Nicolas Wieder and Additional Relief.

Pursuant to the stipulated Protective Order entered in this case by the Court on January 10, 2005, "all documents and materials filed with the Court containing or reflecting the contents of Confidential Information shall be filed in sealed envelopes . . ." *See* Exhibit A, Stipulated Protective Order at Section 3(f).

Pursuant to that Order, Plaintiff Kaiser respectfully seeks leave to file the following document under seal:

1.      Kaiser's memorandum of law, which contains references to Kaiser's confidential business information and documents previously filed under seal and designated confidential in this action.

2.      Excerpts of the transcripts of the deposition of Albert Carver, which was taken between July 12, 2007 and July 13, 2007, which was designated as Exhibit A to the Declaration of Elana Katcher, dated January 22, 2010, and which was designated confidential in this action.

3.      Excerpts of the transcript of the deposition of Nicolas Wieder, as taken in this action on January 12, 2010, which was designated Exhibit B to the Declaration of Elana Katcher, dated January 22, 2010.  The protective order filed in this action allows each party thirty days to designate a transcript as confidential. Exh. A at 3-4.  That time period has not yet expired. Kaiser believes this transcript contains confidential business information pertaining to Kaiser and to third-parties, and it requests the Court allow these excerpts to be filed under seal pending Kaiser's further confidentiality evaluation.

4.      The declaration of David S. McWaters, dated January 21, 2010, which contains Kaiser's confidential business information.

5.      The declaration of Donald W. Kemper, dated January 20, 2010, which contains the confidential business information of a third-party.

WHEREFORE, Plaintiff Kaiser respectfully requests it be permitted to file under seal the documents described above.

Respectfully Submitted,

| Dated: January 22, 2010 | For Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals: |
| --- | --- |
|  | /s/ Linda P. Nussbaum<br>KAPLAN FOX & KILSHEIMER LLP<br>Linda P. Nussbaum, Esq.<br>850 Third Avenue, 14th Floor<br>New York, New York 10022 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 22, 2010, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

ATTORNEY FOR PLAINTIFFS KAISER FOUNDATION HEALTH PLAN, INC. AND KAISER FOUNDATION HOSPITALS

/s/ Elana Katcher _____
ELANA KATCHER