UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER, INC., and | Magistrate Judge Leo T. Sorokin |
| AETNA, INC. v. PFIZER, INC. | |

### DECLARATION OF ELANA KATCHER

Elana Katcher declares:

I am associated with the law firm Kaplan Fox & Kilsheimer, LLP, attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") in this action. I submit this declaration in support of Plaintiff Kaiser's Memorandum of Law in Opposition to Defendant's Motion For Continued Deposition of Dr. Nicolas Wieder and Additional Relief.

1. Attached as Exhibit A are true and correct excerpts of the transcripts of the depositions of Albert Carver, which were taken in this action on July 12, 2007 and July 13, 2007.

2. Attached as Exhibit B is a true and correct excerpt of a transcript of the deposition of Nicolas Wieder, which was taken in this action on January 12, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2010.

                                                                                 */s/ Elana Katcher*
                                                                                 Elana Katcher

# **CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2010, I caused this document (except Exhibits A & B) to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.  Exhibits A & B were served on defendants via electronic mail.

                                **Attorney for Plaintiffs Kaiser Foundation Health Plan, Inc.
and Kaiser Foundation Hospitals**

                                /s/ Elana Katcher_____
                                ELANA KATCHER