UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## DECLARATION OF DAVID S. MCWATERS

I, David S. McWaters, hereby declare that:

1.  I am employed by Kaiser Foundation Health Plan, Inc. as a Practice Leader for Quality & Compliance in Kaiser Permanente's Internet Service Group, and have held that position for three years. I have personal knowledge of the matters that are the subject of this declaration.

2.  Kaiser's website, http://www.kaiserpermanente.org, contains health-related information for Kaiser members and the public. The members-only section of Kaiser's website allows its members to receive test results, review their immunizations, view their allergies, refill prescriptions, schedule appointments, communicate directly with their doctors, and review aspects of their health plan. The public section of Kaiser's website allows the public to view articles on a breadth of topics, including drugs, diseases, health and wellness, and nutrition.

1

3. Kaiser's website contains articles from a number of sources for medical information, including Healthwise (its health encyclopedia), HealthMedia (its lifestyle programs), EatingWell (nutrition information), and First DataBank (its drug encyclopedia). The majority of health care information provided on Kaiser's website is not written by Kaiser.

4. Kaiser licenses information from Healthwise for the purposes of posting it on the public portion of its website. Some of the Healthwise materials discuss the off-label use of Neurontin.

5. Healthwise is wholly independent from Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and other entities related to Kaiser Permanente. Kaiser does not exercise editorial control over the materials generated by Healthwise.

6. The health-related materials Kaiser posts on its website are intended for general information purposes. Kaiser warns the public not to rely on the materials without seeking the judgment of a medical practitioner. While the materials provide background information on certain drugs, they are not medical advice.

7. Kaiser posts relevant disclaimers on its website. For example, Kaiser's Terms & Conditions states that, "The information provided on this Web site is not a substitute for the advice of your personal physician or other qualified health care professional. Always seek the advice of your physician or other qualified health care professional with any questions you may have regarding medical symptoms or a medical condition. Never disregard professional medical advice or delay in seeking it because of something you have read on this Web site." The website Terms & Conditions applies to

all website users, and must be explicitly accepted by members wishing to sign on to the members-only section. The vendors' materials also contain disclaimers.

8. On the drug encyclopedia page discussing the Neurontin 100 mg cap, the webpage also contains a disclaimer in the initial paragraph:

> "This is a summary and does not contain all possible information about this product. For complete information about this product or your specific health needs, ask your health care professional. Always seek the advice of your health care professional if you have any questions about this product or your medical condition. This information is not intended as individual medical advice and does not substitute for the knowledge and judgment of your health care professional. This information does not contain any assurances that this product is safe, effective, or appropriate for you."

. The same webpage also contains a disclaimer at the end of the section:

> "The above information is intended to supplement, not substitute for, the expertise and judgment of your health care professional. You should consult your health care professional before taking any drug or changing your diet, or commencing or discontinuing any course of treatment."

9. The information provided in the materials made accessible to patients is derived from publicly available literature and studies. Neither Kaiser nor its vendors can detect all information that has been either inappropriately reported or withheld from the public by pharmaceutical companies.

10. Materials similar to those posted on Kaiser's website are available, often verbatim, on the websites of numerous other entities, including WebMD, Blue Shield of California, Palo Alto Medical Foundation, University of Michigan Health System, New York University Medical Center, Tallahassee Memorial Healthcare, and HealthLink of British Columbia, among many others.

11. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, and that this Declaration was signed by me in the State of California on January 21, 2010.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
**David S. McWaters**

Oakland, CA   1/21/10
Date and Place of Execution