UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## DECLARATION OF DONALD W. KEMPER

I, Donald W. Kemper, hereby declare under the penalty of perjury that the following is true and correct:

1. I am the Chief Executive Officer of Healthwise, Incorporated ("Healthwise"). Healthwise is an Idaho nonprofit corporation with a single mission to help people make better health decisions. To accomplish this goal, Healthwise provides health care information ("materials") to, among others, health plans, disease management companies, hospitals, employers, and clinics. Healthwise is located at 2601 N. Bogus Basin Road, Boise, Idaho. The Healthwise Website is located at http://www.healthwise.org.

2. Healthwise is wholly independent from Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and other entities related to Kaiser Permanente ("Kaiser").

1

3. Healthwise has an arms length business relationship with Kaiser. Kaiser licenses certain Healthwise materials. Upon information and belief, those materials are then posted on Kaiser's website.

4. Healthwise has final editorial control over the materials generated by Healthwise.

5. In addition to Kaiser, Healthwise provides similar or the same materials to its other clients which include the top ten U.S. health plans, all of the major disease management companies, the most visited health portals, and hundreds of hospitals and physician groups.

6. The materials compiled by Healthwise are intended for general information purposes. While our internal Medical Board reviews the materials, Healthwise makes it clear that these materials are not intended as a substitute for the judgment of a medical practitioner, and are not intended as medical advice. The materials include medication information that is intended to provide some background information on certain drugs from a lay perspective. We gather publically available information sometimes including information from pharmaceutical companies as the basis for our materials.

7. Healthwise and its clients post relevant disclaimers on their websites. For example, the Kaiser Permanente website indicates that "[t]he information provided on this Web site is not a substitute for the advice of your personal physician or other qualified health care professional . . . Never disregard professional medical advice or delay in seeking it because of something you have read on this Web site." The standard

Healthwise disclaimer on materials is, "This information does not replace the advice of a doctor."

8. Healthwise has no expectation that its customers such as Kaiser will review or edit the materials independently.

9. The information provided in the materials provided to third parties such as Kaiser by Healthwise is derived from publicly available literature and studies. Healthwise chooses the highest quality literature to write its content; however, it is not always possible to detect information that has been inappropriately reported or otherwise not disclosed by pharmaceutical companies.

10. Healthwise's materials on Neurontin are available to its clients, including 10 of the largest U.S. health plans and over 200 hospitals, among others.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Donald W. Kemper

January 20, 2010 ; Boise, Idaho
Date and Place of Execution

3