UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER, INC., and | Judge Patti B. Saris |
| AETNA, INC. v. PFIZER, INC. | Magistrate Judge Leo T. Sorokin |

## DECLARATION OF ELANA KATCHER

Elana Katcher declares:

1. I am associated with the law firm Kaplan Fox & Kilsheimer, LLP, attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") in this action. I submit this declaration in support of Plaintiff Kaiser's Opposition to Defendant's Motion *in Limine* to Exclude the Testimony of Dr. John Abramson, M.D..

2. Attached as Exhibit A is a true and correct copy of the Expert Report of John Abramson, M.D.

3. Attached as Exhibit B is a true and correct copy of excerpts of the transcript of the deposition of John Abramson, M.D., as taken in this action on January 20-21, 2009.

4. Attached as Exhibit C are true and correct copies of four articles: Wazana, *et al.*, "Physicians and the Pharmaceutical Industry: Is a Gift Ever Just a Gift?", published in volume 283 of the *Journal of the American Medical Association ("JAMA")* on January 19, 2000; Chan, *et al.*, "Empirical Evidence for Selective Reporting of Outcomes in Randomized Trials,"

855236.1

-2-

published in volume 291 of *JAMA* on May 26, 2004; Hill, *et al.*, "Problems with the Interpretation of Pharmacoeconomic Analyses: A Review of Submissions to the Austrian Pharmaceutical Benefits Scheme," published in volume 283 of *JAMA* on April 26, 2000; and Finucane and Boult, "Association of Funding and Findings of Pharmaceutical Research at a Meeting of a Medical Professional Society," published in volume 117 of *The American Journal of Medicine* on December 1, 2004.

   5. Attached hereto as Exhibit D is a true and correct copy of an excerpt of the Declaration and Expert Report of Dr. Elizabeth A. Field, PhD.

   I declare under penalty of perjury that the foregoing is true and correct. Executed on January 22, 2010.

                  _____
                   Elana Katcher

## CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2010, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System. Exhibit A will be served on defendants via electronic mail on the same date.

                            ATTORNEY FOR THE COORDINATED PLAINTIFFS

                            /s/ Elana Katcher
                            ELANA KATCHER