# EXHIBIT B

83

```
 1   11:08:26      you done -- did you work with any of the other
 2   11:08:28      experts?
 3   11:08:29         A.  No.
 4   11:08:41         Q.  Okay.  Do you know if you were the only
 5   11:08:43      person that the plaintiffs' counsel considered to
 6   11:08:45      provide the report that you've provided?
 7   11:08:47         A.  I don't know that.
 8   11:08:51         Q.  Did anyone assist you in preparing your
 9   11:09:06      report?
10   11:09:08         A.  There was a lot of back-and-forth with the
11   11:09:10      attorneys.
12   11:09:11         Q.  Anyone other than the attorneys?
13   11:09:12         A.  Dr. Goldman.  Nobody else.
14   11:09:29         Q.  What was Dr. Goldman's involvement?
15   11:09:31         A.  He has a good -- he has knowledge of the
16   11:09:40      documents, and I would discuss documents with him.
17   11:09:45      I would -- he sent me documents.  I worked with
18   11:09:51      Ilyas as well in that realm.
19   11:09:53         Q.  Did you rely on Dr. Goldman in connection
20   11:09:57      with any of your work on the report?
21   11:09:59         A.  No.  I relied on nobody.  Anything that's in
22   11:10:04      my report is -- regardless of what its source was,
23   11:10:10      was -- I researched and I stand by.
24   11:10:20         Q.  Have you talked with any of the other
```

| | | |
|---|---|---|
| 1 | 11:15:09 | Q. And what sections were those? |
| 2 | 11:15:10 | A. There was a description of the neuropathic |
| 3 | 11:15:17 | pain studies that was, I think, done for expediency |
| 4 | 11:15:24 | as I was getting up to snuff and what the material |
| 5 | 11:15:27 | in the case was. |
| 6 | 11:15:29 | Q. Any other sections? |
| 7 | 11:15:32 | A. Not that I'm aware of. |
| 8 | 11:15:34 | Q. So the neuropathic pain section was provided |
| 9 | 11:15:37 | to you, and then you edited it; is that correct? |
| 10 | 11:15:39 | A. No, that's not correct. |
| 11 | 11:15:41 | Q. Oh, maybe I misunderstood. |
| 12 | 11:15:43 | A. Yes. There was some material about |
| 13 | 11:15:47 | neuropathic pain, not the neuropathic pain section. |
| 14 | 11:15:50 | That would be a gross exaggeration. |
| 15 | 11:15:53 | Q. I see. |
| 16 | 11:15:53 | A. We're talking about, I think, a handful of |
| 17 | 11:15:56 | paragraphs at most where there was a contribution, |
| 18 | 11:15:59 | but, again, those paragraphs were edited, revised, |
| 19 | 11:16:03 | cut, and then added to by me. |
| 20 | 11:16:04 | Q. And did the product of that end up in the |
| 21 | 11:16:07 | report? |
| 22 | 11:16:08 | A. My end product of working through that ended |
| 23 | 11:16:11 | up in the report. |
| 24 | 11:16:11 | Q. And where is that in -- |

| | |
|---|---|
| 1 | 12:57:42 |
| 2 | 12:57:44 |
| 3 | 12:57:47 |
| 4 | 12:57:50 |
| 5 | 12:57:56 |
| 6 | 12:58:02 |
| 7 | 12:58:06 |
| 8 | 12:58:14 |
| 9 | 12:58:16 |
| 10 | 12:58:19 |
| 11 | 12:58:22 |
| 12 | 12:58:26 |
| 13 | 12:58:32 |
| 14 | 12:58:36 |
| 15 | 12:58:41 |
| 16 | 12:58:46 |
| 17 | 12:58:50 |
| 18 | 12:58:58 |
| 19 | 12:58:59 |
| 20 | 12:59:04 |
| 21 | 12:59:06 |
| 22 | 12:59:09 |
| 23 | 12:59:11 |
| 24 | 12:59:14 |

other than what you've testified as to?

A.  Yes.

Q.  In what way did it change?

A.  She pointed out, on a number of occasions, that I had assumed that there was a certain process that went on between the writer of an article and the drug company, and I think -- in some of those instances I think that she was correct about those particulars, and I spent a long time thinking about that.

It doesn't change the basic argument that the company was aware of these facts.  The company was aware that what was being portrayed as scientific evidence was not the best representation, either for completeness or accuracy, depending on the situation.  But who exactly did that, I had -- I think I had made assumptions that perhaps the link isn't there.

So I would bow to her on some of those comments that she made about my report, but would not -- it wouldn't -- it doesn't change the report at all because the company was aware of the way the science was being portrayed, and the company knew what the science was.

207

| | | |
|---|---|---|
| 1 | 15:58:20 | A. That Pfizer -- that Parke-Davis and later |
| 2 | 15:58:23 | Pfizer developed and executed a comprehensive |
| 3 | 15:58:25 | campaign to increase off-label prescriptions of |
| 4 | 15:58:27 | Neurontin for neuropathic pain, I am offering that |
| 5 | 15:58:31 | opinion in a qualitative way. |
| 6 | 15:58:34 | Q. Could you elaborate. |
| 7 | 15:58:36 | *A. Uh-huh, that the manufacturer did, in fact, |
| 8 | 15:58:44 | carry out a campaign to increase the -- to lead |
| 9 | 15:58:53 | doctors to believe that use of Neurontin for these |
| 10 | 15:58:57 | off-label indications and in unapproved doses was |
| 11 | 15:59:02 | supported by high quality scientific evidence.  I'm |
| 12 | 15:59:10 | of the opinion that the defendants did that. |
| 13 | 15:59:12 | MR. ROUHANDEH:  Can you just read back |
| 14 | 15:59:13 | the answer. |
| 15 | 15:59:34 | *(Answer read) |
| 16 | 15:59:35 | Q. Okay.  And so you're saying that the |
| 17 | 15:59:36 | defendants had a particular intent or state of mind; |
| 18 | 15:59:41 | is that correct? |
| 19 | 15:59:41 | A. Well, I can't comment on their state of |
| 20 | 15:59:43 | mind.  I can comment that they did, in fact, do |
| 21 | 15:59:46 | that. |
| 22 | 15:59:48 | Q. Well, you said "to increase off-label |
| 23 | 15:59:51 | prescriptions."  Do you know what was in the mind of |
| 24 | 15:59:53 | the corporation, that it was the company's purpose |

| | | |
|---|---|---|
| 1 | 15:59:57 | to increase off-label prescriptions of Neurontin? |
| 2 | 16:00:01 | A.  I'm not understanding.  I'm sorry. |
| 3 | 16:00:03 | Q.  Are you opining that it was the intent of |
| 4 | 16:00:08 | Parke-Davis and later Pfizer to increase off-label |
| 5 | 16:00:11 | prescriptions of Neurontin? |
| 6 | 16:00:12 | A.  Well, that's not what this says.  Are you |
| 7 | 16:00:16 | asking me a separate question? |
| 8 | 16:00:17 | Q.  Let's start with, is that what you're |
| 9 | 16:00:19 | saying? |
| 10 | 16:00:20 | A.  That it was their intent -- |
| 11 | 16:00:22 | Q.  Yes. |
| 12 | 16:00:22 | A.  -- to -- one more time. |
| 13 | 16:00:25 | Q.  Is it your opinion that the intent of the |
| 14 | 16:00:27 | corporation was to increase off-label prescriptions |
| 15 | 16:00:30 | of Neurontin? |
| 16 | 16:00:31 | A.  Yes. |
| 17 | 16:00:31 | Q.  Okay.  Is that opinion expressed in this |
| 18 | 16:00:34 | report? |
| 19 | 16:01:17 | A.  I don't know whether we're parsing this too |
| 20 | 16:01:21 | finely.  The latter part of that very long sentence |
| 21 | 16:01:26 | says, "I am of the opinion, based on the evidence |
| 22 | 16:01:28 | reviewed and detailed in my report, that this |
| 23 | 16:01:31 | campaign" -- which "this campaign" refers to this |
| 24 | 16:01:34 | comprehensive campaign to increase off-label |

209

| | | |
|---|---|---|
| 1 | 16:01:36 | prescriptions of Neurontin for off-label and above- |
| 2 | 16:01:40 | dose indications, this campaign was effectuated by |
| 3 | 16:01:46 | purposeful activity of the drug-maker. |
| 4 | 16:01:50 | Q.  So are you -- when you say "purposeful |
| 5 | 16:01:52 | activity," are you saying it was the intent of the |
| 6 | 16:01:55 | corporation to increase off-label prescriptions of |
| 7 | 16:01:57 | Neurontin? |
| 8 | 16:01:57 | A.  Yes, by causing physicians to believe that |
| 9 | 16:02:00 | the evidence showed benefit when that benefit was |
| 10 | 16:02:05 | inaccurate or incomplete or exaggerated. |
| 11 | 16:02:07 | Q.  And how do you determine what the intent of |
| 12 | 16:02:09 | the corporation is? |
| 13 | 16:02:10 | A.  Well, their own statements say -- I mean, |
| 14 | 16:02:20 | after they had been informed by the FDA and their |
| 15 | 16:02:23 | own advisors -- the FDA in May of 2001 and their |
| 16 | 16:02:28 | advisors in September of 2001 -- that the scientific |
| 17 | 16:02:31 | evidence did not support the broad indication of |
| 18 | 16:02:34 | neuropathic pain, their own reports say that their |
| 19 | 16:02:38 | marketing is effectively increasing those |
| 20 | 16:02:41 | prescriptions and that their goal is to continue to |
| 21 | 16:02:46 | increase the use of those drugs by a multiplicity of |
| 22 | 16:02:50 | activities that exaggerate the benefits and I think |
| 23 | 16:02:58 | -- I opine misrepresent the scientific evidence. |
| 24 | 16:03:02 | Q.  So is it correct that you're opining what |

224

| | | |
|---|---|---|
| 1 | 16:23:42 | A.   It says that prescription -- that physicians |
| 2 | 16:23:49 | were not provided with the information that they |
| 3 | 16:23:52 | needed to make an accurate determination of |
| 4 | 16:23:55 | Neurontin's efficacy for off-label uses at issue, |
| 5 | 16:24:00 | and the entire body of the report shows that the |
| 6 | 16:24:03 | direction of the misrepresentation was to create the |
| 7 | 16:24:09 | belief in the learned intermediaries that Neurontin |
| 8 | 16:24:14 | was more effective than it, in fact, was. |
| 9 | 16:24:16 | Q.   Other than that sentence, is there anywhere |
| 10 | 16:24:20 | else in your report where you express the opinion |
| 11 | 16:24:22 | that the activities of the defendants caused |
| 12 | 16:24:25 | physicians to write prescriptions for Neurontin? |
| 13 | 16:24:28 | A.   In a qualitative way. |
| 14 | 16:24:30 | Q.   I'm not sure -- I don't know what that |
| 15 | 16:24:32 | means. |
| 16 | 16:24:32 | A.   That means that I'm not opining that -- I'm |
| 17 | 16:24:36 | going to leave that to the economists -- that the |
| 18 | 16:24:40 | activities of Parke-Davis and Pfizer caused a |
| 19 | 16:24:43 | certain amount of prescriptions.  What I'm opining |
| 20 | 16:24:46 | is that the activities of Parke-Davis and Pfizer |
| 21 | 16:24:49 | caused physicians not to be able to function in |
| 22 | 16:24:52 | their role as learned intermediaries because they |
| 23 | 16:24:56 | were being provided with information from the |
| 24 | 16:24:59 | sources that they trust and are known by the |

| | | |
|---|---|---|
| 1 | 16:25:02 | defendants to trust that created false beliefs, and |
| 2 | 16:25:06 | that the defendants understood that they were |
| 3 | 16:25:08 | creating this false belief.  They understood that 80 |
| 4 | 16:25:13 | to 90 percent of primary care docs were prescribing |
| 5 | 16:25:16 | for neuropathic pain; that 40 percent of primary |
| 6 | 16:25:19 | care docs thought neuropathic pain was an FDA |
| 7 | 16:25:22 | approved indication.  They knew that and were |
| 8 | 16:25:24 | building on it. |
| 9 | 16:25:25 | So I'm saying that the defendants caused |
| 10 | 16:25:28 | physicians to believe that Neurontin was -- that the |
| 11 | 16:25:33 | science showed that Neurontin was in their patients' |
| 12 | 16:25:36 | interest compromising the physician's ability to act |
| 13 | 16:25:39 | as a learned intermediary. |
| 14 | 16:25:41 | Q.  Okay.  And I'm asking just a very |
| 15 | 16:25:43 | straightforward question, which is, where do I go in |
| 16 | 16:25:46 | your report to find the opinion that the defendants' |
| 17 | 16:25:51 | activities caused physicians to write prescriptions |
| 18 | 16:25:54 | for off-label uses of Neurontin?  You've pointed to |
| 19 | 16:25:58 | the last sentence of the report.  I was asking if |
| 20 | 16:26:04 | you can point to anything else? |
| 21 | 16:26:09 | MR. RONA:  Dr. Abramson, do you need to |
| 22 | 16:26:10 | look at the -- it's a 123-page report.  Do you want |
| 23 | 16:26:14 | to look at the whole thing?  Do you feel you need to |
| 24 | 16:26:16 | to answer that question? |

| | |
|---|---|
| 1 | 16:26:17 |
| 2 | 16:26:19 |
| 3 | 16:26:21 |
| 4 | 16:26:25 |
| 5 | 16:26:26 |
| 6 | 16:26:27 |
| 7 | 16:26:28 |
| 8 | 16:26:29 |
| 9 | 16:27:12 |
| 10 | 16:27:14 |
| 11 | 16:27:16 |
| 12 | 16:27:18 |
| 13 | 16:27:21 |
| 14 | 16:27:24 |
| 15 | 16:27:28 |
| 16 | 16:27:35 |
| 17 | 16:27:37 |
| 18 | 16:27:40 |
| 19 | 16:27:43 |
| 20 | 16:27:46 |
| 21 | 16:27:49 |
| 22 | 16:27:52 |
| 23 | 16:27:55 |
| 24 | 16:27:58 |

MR. ROUHANDEH:  Can you just not prompt the witness?  I mean, it's clearly improper what you just did, and I'd ask you not to do it anymore.

MR. RONA:  Why is that improper?

MR. ROUHANDEH:  Because you're suggesting an answer to him.

MR. RONA:  I didn't suggest an answer.

MR. ROUHANDEH:  Yes, you did.

A.  I think the last paragraph -- this isn't a complete answer, but the last paragraph of my "Opinions" section, "The result of the above tactics," which has to do with controlling research and providing continuing medical education and paying thought-leaders and advisory boards, using drug reps to carry inaccurate information and so forth, that the results of these "tactics was the delivery of inaccurate, incomplete and overly positive information about the efficacy of Neurontin, for the indications that are the subject of this case, to potential prescribers"; and "These activities, if proven, affected the traditionally independent and trusted sources of information upon which physicians rely in making informed prescribing decisions."

227

| | | |
|---|---|---|
| 1 | 16:27:59 | Now, I think it's pretty clear from the |
| 2 | 16:28:02 | context of this report that I'm not saying that |
| 3 | 16:28:06 | these misrepresentations that seem to occur all in |
| 4 | 16:28:11 | one direction caused physicians to write fewer |
| 5 | 16:28:14 | prescriptions for Neurontin off-label.  I think to |
| 6 | 16:28:18 | the extent that they had an effect, it was to cause |
| 7 | 16:28:21 | more prescriptions to be written off-label. |
| 8 | 16:28:24 | Q.  Okay.  And that opinion is not stated in |
| 9 | 16:28:28 | your summary of opinions, is it?  Other than with |
| 10 | 16:28:33 | respect to the last sentence of the summary opinion |
| 11 | 16:28:35 | on Page 4 and the last sentence of your report, |
| 12 | 16:28:38 | nowhere else is there an indication that you're |
| 13 | 16:28:41 | opining as to what caused physicians to write |
| 14 | 16:28:44 | prescriptions, are you? |
| 15 | 16:28:45 | MR. RONA:  Objection. |
| 16 | 16:28:47 | A.  We're going to have to go through the |
| 17 | 16:28:49 | report. |
| 18 | 16:28:49 | Q.  Well, didn't you undertake an effort to |
| 19 | 16:28:52 | summarize your opinions in this section of the |
| 20 | 16:28:53 | report? |
| 21 | 16:28:55 | A.  I did, but this is a summary, and if you |
| 22 | 16:29:01 | want me to go through the report, I'm sure there are |
| 23 | 16:29:03 | places where it's very clear that what I'm saying is |
| 24 | 16:29:06 | that these activities caused physicians to write |

323

| 1 | 09:38:27 | Q.  How do you know whether -- what was said at |
| 2 | 09:38:29 | this meeting? |
| 3 | 09:38:29 | A.  I don't know, but -- |
| 4 | 09:38:30 | Q.  So for all you know, the person who stood up |
| 5 | 09:38:33 | and presented this slide said, "This is an open- |
| 6 | 09:38:35 | label study." |
| 7 | 09:38:36 | A.  That could be, but it doesn't say it here, |
| 8 | 09:38:37 | and also what it didn't say in the slide |
| 9 | 09:38:41 | presentation is that we have open-label trials, but |
| 10 | 09:38:44 | most importantly, we have a randomized controlled |
| 11 | 09:38:47 | trial.  And that's Level 1 evidence, and that should |
| 12 | 09:38:49 | be the information -- that's the most important |
| 13 | 09:38:53 | information upon which you should be basing your |
| 14 | 09:38:55 | decisions.  You don't see any evidence of that. |
| 15 | 09:38:58 | Q.  Well, you don't -- you don't -- the |
| 16 | 09:39:01 | statement that you just made, you don't see evidence |
| 17 | 09:39:03 | that that's what was said at this particular |
| 18 | 09:39:05 | meeting, do you? |
| 19 | 09:39:06 | A.  I don't, and there's no evidence that the |
| 20 | 09:39:08 | results of Pande were presented.  So it's pretty |
| 21 | 09:39:11 | unlikely, without Pande in the slide set, that the |
| 22 | 09:39:15 | lecturer said, "And the most important information |
| 23 | 09:39:18 | is a randomized controlled trial.  We think there |
| 24 | 09:39:21 | were design flaws that may have impacted the |

| | | |
|---|---|---|
| 1 | 09:39:25 | results, but this is a randomized controlled trial, |
| 2 | 09:39:28 | and this is the most important data we have to |
| 3 | 09:39:31 | date." |
| 4 | 09:39:40 | Q.  I'm just going to read a statement and ask |
| 5 | 09:39:42 | you to agree with it.  Once a drug or medical device |
| 6 | 09:39:45 | has been approved or cleared by FDA, generally |
| 7 | 09:39:48 | healthcare professionals may lawfully use or |
| 8 | 09:39:53 | prescribe that product for uses or treatment, |
| 9 | 09:39:55 | regimens, that are not included in the products' |
| 10 | 09:39:58 | approved labeling. |
| 11 | 09:39:59 | Do you agree with that statement? |
| 12 | 09:40:00 | A.  I do, and I would add to it that the |
| 13 | 09:40:08 | evidence about the off-label use of the drug has to |
| 14 | 09:40:19 | be scientifically balanced, and there's a burden on |
| 15 | 09:40:22 | a physician -- the burden is on the physician to |
| 16 | 09:40:24 | make that determination in an off-label situation, |
| 17 | 09:40:27 | but there is an obligation on the provider of the |
| 18 | 09:40:31 | information to provide balanced information. |
| 19 | 09:40:33 | Q.  Would you agree with the following |
| 20 | 09:40:35 | statement, that these off-label uses or treatment |
| 21 | 09:40:38 | regimens may be important and may even constitute a |
| 22 | 09:40:42 | medically recognized standard of care? |
| 23 | 09:40:46 | A.  I think there may well be times when an off- |
| 24 | 09:40:52 | label treatment regimen -- when the scientific |

378

| | |
|---|---|
| 1 | 11:16:22 |
| 2 | 11:16:25 |
| 3 | 11:16:29 |
| 4 | 11:16:36 |
| 5 | 11:16:39 |
| 6 | 11:16:41 |
| 7 | 11:16:45 |
| 8 | 11:16:50 |
| 9 | 11:16:54 |
| 10 | 11:16:59 |
| 11 | 11:17:03 |
| 12 | 11:17:08 |
| 13 | 11:17:13 |
| 14 | 11:17:15 |
| 15 | 11:17:18 |
| 16 | 11:17:20 |
| 17 | 11:17:23 |
| 18 | 11:17:32 |
| 19 | 11:17:35 |
| 20 | 11:17:38 |
| 21 | 11:17:39 |
| 22 | 11:17:42 |
| 23 | 11:17:46 |
| 24 | 11:17:49 |

A.   I don't.   I do know that, for example, in the Backonja/Reckless review article unpublished data was included, and Glanzman was added as an author to justify including that data.

Q.   Do you know what the reasons -- do you know any reason why Pfizer or any other pharmaceutical company might have for a policy that -- of not providing unpublished data outside the company?

MR. NOTARGIACOMO:   Objection.

A.   I've read a response to that issue, which is that the company is reluctant to make the data available for fear that it will be misinterpreted and used in ways that are inappropriate, and I have some sympathy with that.   But when their own research reports show -- we're not talking about getting into raw data that might be misinterpreted. Their own research reports show that Mathew and -- 220 and 217 didn't show significant effects.   That's what their research reports show in the summary of their research reports.

I don't think -- my own opinion is that, A, it wouldn't give away any corporate secrets or control of the data if Pfizer had made that known; and B, that they have an obligation to make that

379

| | | |
|---|---|---|
| 1 | 11:17:52 | known. |
| 2 | 11:17:52 | Q.  Okay.  But that obligation you think is just |
| 3 | 11:17:55 | a general obligation based on your view of ethics |
| 4 | 11:17:58 | and responsibility; is that correct? |
| 5 | 11:17:59 | A.  Yes, and Dr. Field's view.  I mean, Dr. |
| 6 | 11:18:01 | Field wrote an article in 2003 saying that -- |
| 7 | 11:18:06 | stating the same position. |
| 8 | 11:18:07 | Q.  Are you an expert at discerning corporate |
| 9 | 11:18:10 | intent for reviewing company documents? |
| 10 | 11:18:12 | A.  No. |
| 11 | 11:18:18 | Q.  Have you spoken with the editors of Cochrane |
| 12 | 11:18:21 | to determine the totality of the evidence they |
| 13 | 11:18:25 | reviewed in composing their review? |
| 14 | 11:18:28 | A.  No, but the evidence that they reviewed I |
| 15 | 11:18:32 | assume is included in their review. |
| 16 | 11:18:34 | Q.  Have you spoken with the editors of the |
| 17 | 11:18:36 | Cochrane review to determine what their analysis was |
| 18 | 11:18:39 | of the Mathew study? |
| 19 | 11:18:40 | A.  It's stated in the article. |
| 20 | 11:18:54 | Q.  Have you talked to any other -- in |
| 21 | 11:18:57 | connection with preparing your report, did you talk |
| 22 | 11:18:58 | to any other physicians about their views regarding |
| 23 | 11:19:05 | a Cochrane review? |
| 24 | 11:19:06 | A.  No. |

```
 1   11:19:06        Q.  With respect to the Cochrane review relating
 2   11:19:21   to neuropathic pain, have you spoken to any of the
 3   11:19:24   editors of the Cochrane review to determine what
 4   11:19:27   they had when they considered -- and what they
 5   11:19:31   considered when composing their review?
 6   11:19:32        A.  No.
 7   11:19:33        Q.  Have you reviewed any responses from Parke-
 8   11:19:38   Davis or Pfizer to the Cochrane reviewers regarding
 9   11:19:42   the review?
10   11:19:47        A.  I'm sorry, the question?
11   11:19:54       *Q.  Did you review any responses -- strike that.
12   11:19:58   I'll ask it a different way.
13   11:20:00            Did you review any requests from
14   11:20:03   Cochrane to Parke-Davis or Pfizer regarding the
15   11:20:08   review?
16   11:20:08        A.  Let me just refresh my memory.
17   11:20:54            (Pause)
18   11:20:54            The question is...?
19   11:21:08            MR. ROUHANDEH:  You can just read it
20   11:21:09   back.
21   11:21:10           *(Question read)
22   11:21:11        A.  I don't recall.
23   11:21:12        Q.  Did you review any responses from Parke-
24   11:21:15   Davis or Pfizer to the Cochrane reviewers regarding
```

| 1 | 11:21:17 | the neuropathic pain review? |
|---|----------|------------------------------|

1    11:21:17    the neuropathic pain review?

2    11:21:26        A.  I don't recall having seen any.

3    11:21:55        *Q.  Do you -- are you aware the Cochrane

4    11:21:59    reviewers generally did not seek unpublished data,

5    11:22:03    at least with respect to the neuropathic pain

6    11:22:06    review?

7    11:22:08        A.  One more time.

8    11:22:09            MR. ROUHANDEH:  If you could read that

9    11:22:10    back.

10   11:22:21            *(Question read)

11   11:22:22        A.  I'm not aware of that.

12   11:22:28        Q.  Would that change any of the -- of your

13   11:22:31    opinions or any portion of your report, if you -- if

14   11:22:40    that were the case?

15   11:22:40        A.  No, it wouldn't, because when we consider --

16   11:23:25    the purpose of the Cochrane review is to make

17   11:23:27    available to busy physicians who don't have time to

18   11:23:30    do the research, research the primary articles on

19   11:23:34    their own, to become aware through the work of an

20   11:23:40    unbiased nonprofit organization of the best summary

21   11:23:45    of the scientific evidence available to date.  And

22   11:23:51    given that that's the function of the Cochrane

23   11:23:54    review, it would not change my opinion that whether

24   11:23:59    Pfizer was asked or not, there was nothing about the

| | | |
|---|---|---|
| 1 | 11:24:02 | Reckless study or the POPP study that made that |
| 2 | 11:24:07 | evidence less important or less meaningful than the |
| 3 | 11:24:12 | positive studies that they submitted.  And I don't |
| 4 | 11:24:16 | know how Cochrane ever thought that Gorson showed a |
| 5 | 11:24:20 | positive finding, but it did, and I'm not aware of |
| 6 | 11:24:24 | how that happened, but it is of note. |
| 7 | 11:24:27 | So the answer is no, I think that Pfizer |
| 8 | 11:24:30 | had an obligation to the medical community and to |
| 9 | 11:24:33 | the public at large to share scientific evidence |
| 10 | 11:24:37 | that it had, and the Cochrane review is an |
| 11 | 11:24:40 | opportunity to do that. |
| 12 | 11:24:41 | Q.  And it doesn't matter to you that the |
| 13 | 11:24:44 | Cochrane review -- that the -- strike that. |
| 14 | 11:24:47 | It doesn't affect your opinion one way |
| 15 | 11:24:54 | or the other what the reasons were for Cochrane |
| 16 | 11:24:56 | reviewers not seeking published data -- unpublished |
| 17 | 11:25:00 | data; is that correct? |
| 18 | 11:25:04 | A.  It's correct that this issue of published |
| 19 | 11:25:09 | and unpublished data is turned into a game of cat |
| 20 | 11:25:12 | and mouse where maybe it wasn't asked for, maybe it |
| 21 | | was. |
| 22 | 11:25:19 | But this isn't a came of cat and mouse. |
| 23 | 11:25:24 | This is a matter of providing clinicians and the |
| 24 | 11:25:26 | public with the best scientific evidence, and when |

383

| | | |
|---|---|---|
| 1 | 11:25:29 | Pfizer is in control of much of that evidence, |
| 2 | 11:25:32 | especially the negative evidence, it's not a game of |
| 3 | 11:25:37 | strategy.  It's a game of -- it's not a game.  The |
| 4 | 11:25:43 | drug company owns the data, and they've not shared |
| 5 | 11:25:47 | it, and this was an opportunity to make -- to fill |
| 6 | 11:25:52 | in the record of the scientific evidence, and they |
| 7 | 11:25:54 | didn't use that opportunity. |
| 8 | 11:25:55 | Q.  So is it correct that you don't know and you |
| 9 | 11:25:57 | don't care why the Cochrane reviewers did not seek |
| 10 | 11:26:03 | unpublished data relating to neuropathic pain? |
| 11 | 11:26:08 | A.  I would be interested, but that doesn't |
| 12 | 11:26:11 | change -- what I don't care about is that doesn't |
| 13 | 11:26:16 | change the fact that the Cochrane review was an |
| 14 | 11:26:19 | opportunity for Pfizer to share its unpublished and |
| 15 | 11:26:23 | materially very important data, clinical results, |
| 16 | 11:26:29 | with the clinicians and the public. |
| 17 | 11:26:32 | Q.  So even though you don't know what the |
| 18 | 11:26:34 | reason was that the Cochrane reviewers didn't seek |
| 19 | 11:26:38 | unpublished data, you know it wouldn't make a |
| 20 | 11:26:41 | difference in your mind? |
| 21 | 11:26:41 | A.  I didn't say that.  I said I would be |
| 22 | 11:26:43 | interested. |
| 23 | 11:26:44 | Q.  I'm just asking the question. |
| 24 | 11:26:45 | A.  It wouldn't make a difference in my mind |

384

| | | |
|---|---|---|
| 1 | 11:26:48 | vis-a-vis Pfizer's responsibility to make what it |
| 2 | 11:26:53 | knew to be the best scientific evidence available, |
| 3 | 11:26:55 | and though it had not made that evidence available |
| 4 | 11:26:58 | in a timely way, this was an opportunity to make it |
| 5 | 11:27:01 | available, and Pfizer did not avail itself of that |
| 6 | 11:27:04 | opportunity. |
| 7 | 11:27:08 | Q.  And, again, this is just your general sense |
| 8 | 11:27:10 | of ethics and responsibility?  You're not looking at |
| 9 | 11:27:13 | some rule or regulation or -- |
| 10 | 11:27:15 | A.  Well -- |
| 11 | 11:27:16 | Q.  -- something that's written down somewhere? |
| 12 | 11:27:18 | A.  No, it is written down.  Dr. Field or Fields |
| 13 | 11:27:21 | wrote it down as a good -- was a co-author on a |
| 14 | 11:27:25 | paper on good publication practice. |
| 15 | 11:27:27 | And let's be clear, the Reckless study |
| 16 | 11:27:31 | had three times more patients on Neurontin than did |
| 17 | 11:27:34 | the Backonja study, and there is just no |
| 18 | 11:27:38 | justification for withholding that data. |
| 19 | 11:27:40 | Q.  So you're relying on Dr. Field for -- as the |
| 20 | 11:27:44 | source for what you think a responsible |
| 21 | 11:27:48 | pharmaceutical company should do; is that correct? |
| 22 | 11:27:49 | A.  No.  What I'm saying is even Pfizer's expert |
| 23 | 11:27:52 | says that's what a responsible drug company should |
| 24 | 11:27:55 | do. |

| | | |
|---|---|---|
| 1 | 11:27:57 | Q.  I'm just asking you what your basis is.  You |
| 2 | 11:28:02 | say even Pfizer's expert.  Are you saying, "That's |
| 3 | 11:28:04 | what I think, and even Pfizer's expert thinks"; or |
| 4 | 11:28:07 | are you saying, "There's a rule, there's a |
| 5 | 11:28:10 | regulation, there's a requirement"? |
| 6 | 11:28:11 | A.  There's not a regulation, which is the |
| 7 | 11:28:13 | problem, but there is an assumption that there's a |
| 8 | 11:28:15 | standard of care in the physician community that |
| 9 | 11:28:19 | drug companies will not systematically withhold |
| 10 | 11:28:23 | negative information, and Pfizer did not meet that |
| 11 | 11:28:29 | standard. |
| 12 | 11:28:29 | Q.  Do you know if the Cochrane reviewers are |
| 13 | 11:28:32 | well-qualified to make decisions about what should |
| 14 | 11:28:35 | and should not be included in the Cochrane reviews |
| 15 | 11:28:38 | that they publish? |
| 16 | 11:28:39 | A.  I think they are well-qualified, and one |
| 17 | 11:28:48 | caveat would be that there are sometimes conflicts |
| 18 | 11:28:52 | of interest that are not declared. |
| 19 | 11:28:57 | Q.  You refer to the Collins review in Paragraph |
| 20 | 11:28:59 | 195 of your report. |
| 21 | 11:29:09 | A.  Yes. |
| 22 | 11:29:10 | Q.  Were you personally involved in the |
| 23 | 11:29:12 | composition of this review? |
| 24 | 11:29:14 | A.  The Collins review? |

408

| | | |
|---|---|---|
| 1 | 13:14:43 | even if the results were mentioned, the importance |
| 2 | 13:14:46 | of those studies would be diminished, and |
| 3 | 13:14:50 | diminished -- the impact of those negative trials |
| 4 | 13:14:52 | will be diminished on the participants. |
| 5 | 13:14:56 | Q.  Do you have any knowledge of the |
| 6 | 13:14:57 | conversations between doctors and sales |
| 7 | 13:14:59 | representatives regarding Neurontin during |
| 8 | 13:15:04 | detailing? |
| 9 | 13:15:07 | A.  I'm going to have to review. |
| 10 | 13:15:49 | (Pause) |
| 11 | 13:15:49 | In Paragraph 292 of my report, I show |
| 12 | 13:15:58 | that detailing to psychiatrists went from close to |
| 13 | 13:16:02 | zero in September of '97 to 7,300 calls to |
| 14 | 13:16:08 | psychiatrists by February of '99.  Now, I don't have |
| 15 | 13:16:12 | information about what was said in those details, |
| 16 | 13:16:18 | but there was no on-label use for psychiatrists at |
| 17 | 13:16:23 | that time, unless they were providing adjunctive |
| 18 | 13:16:28 | seizure therapy, which is unlikely; not impossible, |
| 19 | 13:16:32 | but unlikely. |
| 20 | 13:16:37 | And Neurontin's use for bipolar disorder |
| 21 | 13:16:40 | increased about 17-fold during that period or |
| 22 | 13:16:48 | approximately during that period, 23-fold during |
| 23 | 13:16:53 | that period, and though I don't know what the drug |
| 24 | 13:16:59 | rep said to the psychiatrists that coincided with |

409

| 1 | 13:17:03 | the 23-fold increase in prescribing, whatever they |
| 2 | 13:17:07 | said, short of recommending Neurontin for adjunctive |
| 3 | 13:17:13 | therapy for seizure disorder, would have been |
| 4 | 13:17:19 | off-label and scientifically unjustified. |
| 5 | 13:17:24 | Q.  Have you reviewed or have any knowledge of |
| 6 | 13:17:27 | any questions asked by doctors of sales |
| 7 | 13:17:30 | representatives regarding Neurontin? |
| 8 | 13:17:32 | A.  No, I haven't. |
| 9 | 13:17:33 | Q.  So you're guessing when you say it would |
| 10 | 13:17:35 | have been -- the discussion would have been off- |
| 11 | 13:17:38 | label; is that correct? |
| 12 | 13:17:38 | A.  Well, there was no on-label reason for the |
| 13 | 13:17:40 | doctors -- for the drug reps to be there. |
| 14 | 13:17:42 | Q.  You would agree -- |
| 15 | 13:17:44 | A.  So I'm not guessing. |
| 16 | 13:17:45 | Q.  Well -- |
| 17 | 13:17:46 | A.  If they said anything about Neurontin to |
| 18 | 13:17:48 | psychiatrists, they did see the psychiatrists, and |
| 19 | 13:17:51 | the use did go up 23-fold during that period, and |
| 20 | 13:17:55 | there was no on-label use for psychiatrists. |
| 21 | 13:18:00 | Q.  Are you aware of any co-morbidities between |
| 22 | 13:18:04 | epilepsy and psychiatric illnesses? |
| 23 | 13:18:07 | A.  There can be. |
| 24 | 13:18:11 | Q.  Did you -- you talk about this increase in |

410

| | | |
|---|---|---|
| 1 | 13:18:14 | off-label prescribing of Neurontin for bipolar. |
| 2 | 13:18:17 | Have you spoken to any of the psychiatrists about |
| 3 | 13:18:20 | why they prescribe Neurontin for bipolar during the |
| 4 | 13:18:23 | period of time that you reference? |
| 5 | 13:18:24 | A.  No, I haven't, but I know what the |
| 6 | 13:18:27 | information available to psychiatrists was. |
| 7 | 13:18:35 | Q.  Do you know what psychiatrists -- what |
| 8 | 13:18:37 | literature psychiatrists read? |
| 9 | | A.  I know what literature was available to |
| 10 | 13:18:40 | psychiatrists. |
| 11 | 13:18:40 | Q.  My question is, do you know what -- whether |
| 12 | 13:18:42 | they ever read literature, and if so, what |
| 13 | 13:18:44 | literature they read? |
| 14 | 13:18:46 | A.  I know the universe of literature that was |
| 15 | 13:18:48 | available. |
| 16 | 13:18:48 | Q.  Okay.  So you don't know what literature |
| 17 | 13:18:50 | they read; is that correct? |
| 18 | 13:18:51 | A.  I don't, but I do -- well, in part I do.  I |
| 19 | 13:18:53 | know that they did not read about the results of the |
| 20 | 13:18:56 | Pande study because they weren't published until |
| 21 | 13:18:59 | 2000, even though the study was completed in July of |
| 22 | 13:19:02 | '97. |
| 23 | 13:19:05 | And I know that they -- |
| 24 | 13:19:05 | Q.  So you don't -- |

411

| | | |
|---|---|---|
| 1 | 13:19:05 | A. I know that they were -- in the literature, |
| 2 | 13:19:10 | there were cases, case reports, of success, either |
| 3 | 13:19:14 | individual case reports or open-label trials, that |
| 4 | 13:19:18 | they were reading about. |
| 5 | 13:19:20 | Q. And I'll ask you again. Have you spoken to |
| 6 | 13:19:23 | any psychiatrist about what literature they read or |
| 7 | 13:19:26 | what literature they relied on, if any, during that |
| 8 | 13:19:30 | relevant time period in prescribing Neurontin for |
| 9 | 13:19:33 | bipolar? |
| 10 | 13:19:33 | A. My answer is, I haven't spoken to any |
| 11 | 13:19:35 | psychiatrists, but they had to -- to the extent that |
| 12 | 13:19:38 | they read anything, they had to have read what was |
| 13 | 13:19:40 | available in the literature, and that did not |
| 14 | 13:19:44 | include the single randomized controlled trial that |
| 15 | 13:19:47 | showed that bipolar patients treated with Neurontin |
| 16 | 13:19:51 | did significantly worse than those treated with a |
| 17 | 13:19:53 | placebo. They didn't read that, and there was |
| 18 | 13:19:56 | available, it they read anything, the case studies |
| 19 | 13:20:01 | and open-label studies. |
| 20 | 13:20:02 | Q. Have you at any time discussed with any |
| 21 | 13:20:04 | psychiatrist why they prescribed Neurontin for |
| 22 | 13:20:07 | bipolar? |
| 23 | 13:20:08 | A. No. |
| 24 | 13:20:14 | Q. Have you discussed with any psychiatrist why |

412

| | | |
|---|---|---|
| 1 | 13:20:16 | they prescribed Neurontin for bipolar after the |
| 2 | 13:20:19 | Pande study was published? |
| 3 | 13:20:21 | A.  I haven't, but I want to reiterate something |
| 4 | 13:20:26 | I said this morning, that medical knowledge is |
| 5 | 13:20:33 | sticky, or beliefs, medical beliefs, are sticky, and |
| 6 | 13:20:36 | we saw that the defendants understood that very well |
| 7 | 13:20:39 | because they were -- their intention was to delay |
| 8 | 13:20:41 | the publication of Reckless at least until Rice and |
| 9 | 13:20:47 | Serpell were -- 25 and 26 were published, and that |
| 10 | 13:20:55 | was a very rational strategy on their part because |
| 11 | 13:20:57 | they wanted to create the belief that Neurontin was |
| 12 | 13:21:00 | useful for neuropathic pain conditions before they |
| 13 | 13:21:06 | allowed evidence to be introduced that it was not. |
| 14 | 13:21:09 | So the defendants understood that |
| 15 | 13:21:11 | medical knowledge is sticky, and that is, I believe, |
| 16 | 13:21:23 | why prescribing continued after the Pande study |
| 17 | 13:21:25 | results became available. |
| 18 | 13:21:26 | Q.  It's not very sticky with you, is it? |
| 19 | 13:21:29 | A.  It was as a clinician. |
| 20 | 13:21:31 | Q.  I thought you testified if you saw a study |
| 21 | 13:21:33 | or failed to see a study of a randomized placebo |
| 22 | 13:21:37 | controlled study that showed efficacy, you wouldn't |
| 23 | 13:21:39 | prescribe a drug.  Now you're saying if you saw a |
| 24 | 13:21:42 | study that, in your view, demonstrated that the drug |