# EXHIBIT D

**In Re Neurontin Marketing and Sales Practices Litigation**

**MDL No. 1629**

**Declaration and Expert Report of Elizabeth A. Field, PhD**

# APPENDIX H

**Documents Considered for Expert Report of Elizabeth A. Field, PhD**

**Academic Journals**
Backonja M, Beydoun A, Edwards KR, et al., Gabapentin for the symptomatic treatment of painful neuropathy in patients with Diabetes Mellitus. *Journal of the American Medical Association*, 1998;280:1831-6.

Mathew NT, Rapoport A., Saper J., et al. Efficacy of gabapentin in migraine prophylaxis, *Headache*, 2001; 41:119-28.

Vieta E, Goikolea JM, Martinez-Aran A, et al., A double-blind randomized, placebo-controlled, prophylaxis study of adjunctive gabapentin for bipolar disorder, *Journal of Clinical Psychiatry*, 2006; 67: 473-7

Low PA, Dotson RM, Editorial: The Treatment of Painful Neuropathy, *Journal of the American Medical Association*, 1998; 280:1863-4

Gorson KC. et al. Gabapentin in the treatment of painful diabetic neuropathy: a placebo controlled, double blind, crossover trial. *Journal of Neurology, Neurosurgery & Psychiatry*, 1999; 66(2): 251-2.

Pande AC, Crockatt JG, Janney CA, et al., Gabapentin in Bipolar Disorder: A Placebo-Controlled Trial of Adjunctive Therapy, *Bipolar Disorders*, 2000; 2: 249-255.

G.J. McCleane, Comment on: Serpell et al., Gapabentin in Neuropathic Pain Syndromes: A Randomised Double-Blind, Placebo Controlled Trial, *Pain*, 2003 103: 227.

M.G. Serpell, Gabapentin in Neuropathic Pain Syndromes: A Randomised, Double-Blind, Placebo-Controlled Trial, *Pain*, 2002; 99: 557.

Backonja M, Glanzman R, Gabapentin dosing for neuropathic pain: Evidence from randomized, placebo-controlled clinical trials, *Clinical Therapeutics*, 2003; 25: 81.

Gordh, Gabapentin in traumatic nerve injury pain: a randomized, double-blind, placebo-controlled, cross-over, multi-center study, *Pain*, 2008; 138:255

Wessely, P. et al., Preliminary Results of a Double Blind Study with the New Migraine Prophylactic Drug Gabapentin, *Cephalagia*, 1987; 7:477.

Wang PW, Santosa C, Schumacher M, Winsberg ME, Strong C, Ketter TA. Gabapentin augmentation therapy in bipolar depression, *Bipolar Disorders*, 2002; 4: 296.

Gomez-Perez FJ, Perez-Monteverde A, Nascimento O, Aschner P, Tagle M, Fichtner K, Subbiah P, Mutisya EM, Parsons B for the Latin American Diabetic Neuropathy Study Group, Gabapentin for the treatment of painful diabetic neuropathy: dosing to achieve optimal clinical response, *The British Journal of Diabetes and Vascular Disease*, 2004: 4(3): 173-178.

Dallocchio C, Buffa C, Mazzarello P, Chiroli S. Gabapentin vs. amitryptiline inpainful diabetic neuropathy: an open-label pilot study. *Journal of Pain and Symptom Management*. 2000; 20(4): 280-285.

Morello CM, Leckband SG, Stoner CP, et al. Randomized Double-blind Study Comparing the Efficacy of Gabapentin With Amitriptyline on Diabetic Peripheral Neuropathy Pain, *Arch Intern Med.* 1999;159:1931-37.

Caraceni A, Zecca E, Bonezzi C, Arcuri E. Yaya Tur R, Maltoni M, Visentin M, Gorni G, Martini C, Tirelli W, Barbieri M, De Conno F., Gabapentin for neuropathic cancer pain: a randomized controlled trial from the Gabapentin Cancer Pain Study Group, *Journal of Clinical Oncology*, 2004; 22(14): 2909-2917

Dickersin K, et al., Factors influencing publication of research results. Follow-up of applications submitted to two institutional review boards, *Journal of the American Medical Association*, 1992; 267:374.

Easterbrook PJ, et al., Publication Bias in Clinical Research, *Lancet*, 1991; 337:867.

Patsopoulos NA, Origin and funding of the most frequently cited papers in medicine: database analysis, *BMJ*, 2006, 332(7549):1061-4.

Mellegars, MA. et. al.  Gabapentin for Neuropathic Pain: Systematic Review of Controlled and Uncontrolled Literature, *Clin. J Pain*, 2001; 17(4): 284-295.

Carta MG, Hardoy MC, Hardoy MJ, et al., The clinical use of gabapentin in bipolar spectrum disorders, *Journal of Affective Disorders*, 2003; 75:83-91.


**Clinical Trials and Research Reports**
Backonja (945-210) – RR720-03908
Gorson
Vieta (945-291)
Pande (945-209) - RR720-04174
Mathew (945-220) – RR995-00074
Serpell (945-306) - RR430-00125
POPP (945-271) - RR945-271
Reckless (945-224) – RR720-04130
1032-001 – RR720-04378
1032-002 – RR720-04479
1032-003 – RR720-30044
1032-004 – RR720-04481
1035-001 – RR720-04455
1035-002 – RR720-00471
Wessely (879-200) - RR4301-00066
Caraceni (945-276)
Gomez-Perez (945-411) – RR720-30154
945-217 – RR995-00085
Final Study Report: Gabapentin Protocol A945-1008


**Plaintiffs' Expert Reports**
John Abramson, MD
Kay Dickersin, PhD

**Declarations**
Dr. Miroslav Backonja
Dr. Kenneth Gorson
Dr. Eduard Vieta
Dr. Ninan Mathew
Dr. Robert Gerner
Carol Janney

**Defense Expert Reports**
Dr. Shaw Bird
Dr. Rollin Gallagher
Dr. Alan Rapoport
Dr. Andrew Slaby

**Depositions**
Phil Magistro
Dr. Atul Pande
Leslie Tive
Lloyd Knapp
John Boris
Christine Grogan
John Marino
Allison Fannon
Robert Glanzman
Avanish Mishra
Stephen Valerio
Michael Vinegra
David Cooper

**Other Documents**
WLC_Franklin_0000240556-557
WLC_Franklin_0000100237
WLC_Franklin_0000100272-73
Pfizer_LLAMoreaux_0035656-62
Pfizer_LLaMoreaux_0036397
Pfizer_LLaMoreaux_0038148
Pfizer_SPiron_0006886
Pfizer_TMartin_0001964-5
Pfizer_RGlanzman_0040034
Pfizer_LeslieTive_0020946
Pfizer_LeslieTive_0014808-0014812
Pfizer_LeslieTive_0051701
Pfizer_LKnapp_0079460
Pfizer_MPierce_0000701
Pfizer_MPierce_0000733
Pfizer_LKnapp_0050502

Pfizer_LCastro_0005072
Pfizer_APande_0000714-729
NRE0014017037-39, 41
NRXE1012000901
NRXE1012000897
NRXE1011003376
Serpell, ICMTNP2002 (Poster)
http://www.psychiatrist.com/documents/authors.asp
http://www.psychiatrist.com/documents/infoforauthors.asp
http://www.pfizer.com/research/clinical_trials/clinical_trials.jsp


**Pleadings**
Third Amended Class Action Complaint
Third Amended Coordinated Complaint