UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS)

---

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DECLARATION OF KATHERINE ARMSTRONG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF PFIZER'S NON-RETAINED EXPERTS

I, Katherine Armstrong, declare and state as follows:

1. I am a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of the excerpts from the September 22, 2008 deposition of Amy Fitzsimmons, M.D.

3. Attached as Exhibit B is a true and correct copy of excerpts from the October 16, 2008 deposition of Jeffery Esper, D.O.

4. Attached hereto as Exhibit C is a true and correct copy of the September 1997 Gabapentin (Neurontin®) P&T Review dated September 1997 (filed under seal).

10. Attached hereto as Exhibit D is a true and correct copy of Chiefs of Neurology Meeting, June 17, 1999 (filed under seal).

11. Attached hereto as Exhibit E is a true and correct copy of the September 1999, Drug Monograph for Neurontin (filed under seal).

12. Attached hereto as Exhibit F is a true and correct copy of May 2007 Kaiser Permanente Medical Care Program, Management of Neuropathic Pain in Adults, https://www.mapmgonline.com/portal/documents/neuropain_practice_resource.pdf.

13. Attached hereto as Exhibit G is a true and correct copy of the October 2005 Regional Formulary and Therapeutics Committee meeting minutes (filed under seal).

14. Attached hereto as Exhibit H is a true and correct copy of certain pages publicly available on Kaiser's website.

15. Attached hereto as Exhibit I is a true and correct copy of excerpts from the January 12, 2010 deposition of Nicholas Wieder (filed under seal).

16. Attached hereto as Exhibit J is a true and correct copy of Defendants' First Supplemental Disclosure Statement dated November 23, 2009.

17. Attached hereto as Exhibit K is a true and correct copy of excerpts from the October 2, 2007 deposition of Mirta Millares (filed under seal).

18. Attached hereto as Exhibit L is a true and correct copy of excerpts from the July 12, 2007 deposition of Albert Carver (filed under seal).

19. Attached hereto as Exhibit M is a true and correct copy of excerpts from the October 25, 2006 deposition of Meredith B. Rosenthal, Ph.D. (filed under seal).

20. Attached hereto as Exhibit N is a true and correct copy of excerpts from the September 27, 2007 deposition of Bill H. McCarberg, M.D. (filed under seal).

21. Attached hereto as Exhibit O is a true and correct copy of excerpts from the September 26, 2007 deposition of Morris Maizels, M.D. (filed under seal).

23. Attached hereto as Exhibit P is a true and correct copy of redacted patient records of Patient Y.

23. On the morning of November 23, 2009, pursuant to prior agreement, the parties exchanged drafts of their witness lists, which were discussed during a telephone conference before the witness lists were filed with the court. During this discussion, counsel for Pfizer identified the treating physicians from other litigations on its proposed list that it would seek opinion testimony from as non-retained experts. We also identified Patient Y as the patient referred to during the October 15, 2009 hearing on Class Plaintiff's motion to reconsider.

24.     On November 24, 2009, I forwarded to counsel for Plaintiffs the depositions taken in the *Clark* and *Judy* litigation of physicians listed on Defendants' witness list. On November 25, 2009, I forwarded Plaintiffs' counsel the exhibits to such depositions. Plaintiffs did not ask for any additional documents, including medical records of the plaintiffs, in connection with such depositions.

Signed under the penalties of perjury this 22 day of January 2010.

/s/ Katherine Armstrong
Katherine Armstrong

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 22, 2010.

/s/ David B. Chaffin
David B. Chaffin