# EXHIBIT A

Page 1

```
 1            AMY FITZSIMMONS, M.D.
 2          IN THE COURT OF COMMON PLEAS
          PHILADELPHIA COUNTY, PENNSYLVANIA
 3                    - - -

   GREGORY CLARK and         :   JUNE TERM,  2004
 4 LINDA MEASHEY,            :
   Individually and on       :
 5 behalf of others          :
   similarly situated,       :
 6                           :
           Plaintiffs,       :
 7                           :
           vs.               :
 8                           :
   PFIZER INC. and           :
 9 WARNER-LAMBERT            :
   COMPANY LLC               :
10                           :
           Defendant.        :   NO. 1819
11                    - - -
12           Monday, September 22, 2008
13                    - - -
14           Videotaped deposition of AMY
15 FITZSIMMONS, M.D., held in the offices of Amy
16 Fitzsimmons, M.D., 44 Second Street Pike,
17 Southampton, Pennsylvania, commencing at 10:30
18 a.m., on the above date, before Linda Rossi
19 Rios, RPR, CCR and Notary Public.
20
21                    * * *
22
23
24
25
```

Page 2

```
 1      AMY FITZSIMMONS, M.D.
 2   APPEARANCES:
 3
        SACKS & WESTON
 4      BY: JOHN K. WESTON, ESQUIRE
           114 Old York Road
 5         Jenkintown, Pennsylvania 19046
           (215) 925-8200
 6         jweston@sackslaw.com
           Counsel for the Plaintiffs
 7
 8
        DAVIS POLK & WARDWELL
 9      BY: EDMUND POLUBINSKI, III, ESQUIRE
           and
10         PAUL S. MISHKIN, ESQUIRE
           450 Lexington Avenue
11         New York, NY 10017
           (212) 450-4000
12         polubinski@dpw.com
           paul.mishkin@dpw.com
13         Counsel for the Defendant
14
     ALSO PRESENT:
15
16      Robert Kowalchik, Videographer
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1      AMY FITZSIMMONS, M.D.
 2      DEPOSITION SUPPORT INDEX
 3
     Direction to Witness Not To Answer
 4   Page Line  Page Line
 5   None
 6
 7
 8
 9   Request For Production of Documents
     Page Line  Page Line
10
     None
11
12
13
     Stipulations
14   Page Line  Page Line
15   None
16
17
     Questions Marked
18   Page Line  Page Line
19
     None
20
21
22
23
24
25
```

Page 3

```
 1      AMY FITZSIMMONS, M.D.
 2              - - -
 3           I N D E X
 4              - - -
 5   TESTIMONY OF: AMY FITZSIMMONS, M.D.
 6
     By Mr. Polubinski...............6, 41
 7
     By Mr. Weston...................25, 45
 8
              - - -
 9
            E X H I B I T S
10
              - - -
11
     EXHIBIT NO.  DESCRIPTION   PAGE MARKED
12
     (None marked)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1      AMY FITZSIMMONS, M.D.
 2         VIDEOGRAPHER: We are now on the
 3   record. The time is 10:36 a.m. My
 4   name is Robert Kowalchick, Veritext New
 5   Jersey. The date today is
 6   September 22, 2008. This deposition is
 7   being held in the office of Amy
 8   Fitzsimmons, M.D., located 44 Second
 9   Street Pike, Southampton, Pennsylvania.
10   The caption of this case is Gregory
11   Clark and Linda Meashey, individually
12   and on behalf of others similarly
13   situated, versus Pfizer, Inc. and
14   Warner-Lambert Company LLC in the
15   Philadelphia County Court of Common
16   Pleas, June term, 2004, number 1819.
17   The name of the witness is Dr. Amy
18   Fitzsimmons.
19         At this time the attorneys will
20   identify themselves and the parties
21   they represent after which our court
22   reporter, Linda Rossi of Veritext, will
23   swear in the witness and we can
24   proceed.
25         MR. POLUBINSKI: Ted Polubinski
```

Page 42

1       AMY FITZSIMMONS, M.D.
2       A.      That's correct.
3       Q.      And you would have received
4   compensation to do so?
5       A.      Correct.
6       Q.      Is it your understanding that
7   you will receive any more than the amount you
8   would have received if you had been seeing
9   patients instead of Mr. Weston and me in
10  connection with this deposition?
11      A.      That's my understanding.
12      Q.      Mr. Weston also asked you about
13  the placebo effect. In your experience, does
14  the placebo effect last indefinitely or does it
15  tend to fade over weeks or months?
16      A.      You know, I'm not sure I'm
17  really good at putting my hands around a
18  placebo effect because the placebo effect my
19  understanding is about 30 percent. Like if
20  something is 30 percent effective, we can say
21  that that is often equivalent to a placebo
22  effect.
23              I'm not sure that if I think
24  someone is improved and they're improved for my
25  intervention, that I'm, you know, likely to

Page 43

1       AMY FITZSIMMONS, M.D.
2   just pull it off because I think it's a placebo
3   effect. In the future, at times, I will try to
4   wean someone down to see if it's still
5   efficacious, and then if it's not, withdraw.
6   And if it seems with withdrawing that pain
7   increases, I'll return them to that drug.
8       Q.      Have you ever done what you just
9   described with Neurontin before?
10      A.      Correct, I have.
11      Q.      What did you find, what did you
12  experience?
13      A.      It's varied because some
14  people's underlying -- like if someone comes to
15  me and has nerve pain from a low back
16  condition, it's conceivable sometimes that
17  whatever is causing that nerve pain may go
18  away. So it's reasonable with some amount of
19  frequency that you try -- you wean down seeing
20  if someone still needs the drug, whatever it
21  is, whether it's a narcotic, or Neurontin or
22  whatever. And then if the pain returns, you
23  know, the consideration is to return the
24  patient to that drug.
25      Q.      Okay. So have you ever seen

Page 44

1       AMY FITZSIMMONS, M.D.
2   experiences -- withdrawn.
3               Did you ever see patients who
4   experienced the benefit on Neurontin feel worse
5   after they came off of it?
6       A.      Yes.
7       Q.      Did you put them back on?
8       A.      In a lot of those instances,
9   yes.
10      Q.      And did their symptoms improve
11  when you put them back on Neurontin in some of
12  those cases?
13      A.      Yes. If it doesn't, then we
14  take it off, but, you know, I've certainly seen
15  that scenario.
16      Q.      Now, seeing that scenario, what
17  does that tell you about the possibility --
18  withdrawn.
19              Let me just cut to the chase and
20  ask you how likely in your mind is it that the
21  efficacy that you've seen over the course of
22  the past 10, 15 years of your practice and the
23  hundreds of patients that you've treated with
24  Neurontin for nerve pain is due solely to the
25  placebo effect?

Page 45

1       AMY FITZSIMMONS, M.D.
2       A.      I don't think so.
3       Q.      Why not?
4       A.      It's too common. I mean,
5   Neurontin just too commonly helps people with
6   nerve pain.
7               MR. POLUBINSKI: I have no
8       further questions.
9               - - -
10              FURTHER EXAMINATION
11              - - -
12  BY MR. WESTON:
13      Q.      Doctor, did you cancel a patient
14  for today to do this deposition?
15      A.      I have patients at the hospital
16  that I saw yesterday in lieu of today.
17              MR. WESTON: I don't have any
18      more questions.
19              MR. POLUBINSKI: I think we're
20      done.
21              VIDEOGRAPHER: We're going off
22      the record. The time is 11:12 a.m.
23      This is the end of tape number one. We
24      are concluded.
25              - - -