# EXHIBIT B

```
                                                                    1

            IN THE COURT OF COMMON PLEAS
         OF PHILADELPHIA COUNTY, PENNSYLVANIA


   GREGORY CLARK and           CIVIL DIVISION
   LINDA MEASHEY,
   individually and on
   behalf of others
   similarly situated
                               CLASS ACTION
           Plaintiffs,         No. 1819

              -vs-

   PFIZER INC., and            VIDEOTAPED DEPOSITION
   WARNER-LAMBERT COMPANY,     TRANSCRIPT OF:
   LLC                         JEFFREY ESPER, D.O.

           Defendants.


                               DEPOSITION DATE:
                               October 16, 2008
                               Thursday, 4:30 p.m.


                               PARTY TAKING DEPOSITION:
                               Defendant
                               Pfizer Inc., and
                               Warner-Lambert Company,
                               LLC


                               COUNSEL OF RECORD
                               FOR THIS PARTY:
                               Paul S. Mishkin, Esq.
                               DAVIS POLK WARDWELL
                               450 Lexington Avenue
                               New York, NY  10017
                               212-450-4292



                               REPORTED BY:
                               Cynthia A. Hawley
                               Notary Public
                               Reference No. CH09717
```

*Condensed Copy*

## Page 2

VIDEOTAPED DEPOSITION OF JEFFREY ESPER, D.O., a witness, called by the Defendant, Pfizer Inc., and Warner-Lambert Company, LLC, for examination, in accordance with the Pennsylvania Rules of Civil Procedure, taken by and before Cynthia A. Hawley, a Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania, at the offices of North Shore Clinical Associates, 120 East 2nd Street, Erie, Pennsylvania, on Thursday, October 16, 2008, commencing at 4:27 p.m.

APPEARANCES:

FOR THE PLAINTIFFS, GREGORY CLARK and LINDA MEASHEY, individually and on behalf of others similarly situated:
John K. Weston, Esq.
SACKS & WESTON
114 Old York Road
Jenkintown, PA 19046
P 215-925-8200
F 215-925-0508
jweston@sackslaw.com

FOR THE DEFENDANTS, PFIZER INC., and WARNER-LAMBERT COMPANY, LLC:
Paul S. Mishkin, Esq.
DAVIS POLK WARDWELL
450 Lexington Avenue
New York, NY 10017
P 212-450-4292
F 212-450-3292
paul.mishkin@dpw.com

ALSO PRESENT:
David Schenn, videographer

## Page 3

\*INDEX\*

Examination by Mr. Mishkin ----------- 4
Examination by Mr. Weston ----------- 25
Re-Examination by Mr. Mishkin --------- 39
Certificate of Court Reporter --------- 40

\* INDEX OF EXHIBITS \*

Deposition Exhibit P-1 -------------- 36

## Page 4

1  THE VIDEOGRAPHER: My name is David
2  Schenn of Veritext Litigation Services.
3  Today's date is October 16, 2008. The time is
4  approximately 4:27 p.m.
5      This deposition is being held at the
6  office of North Shore Clinical Associates, 120
7  East 2nd Street, third floor, Erie,
8  Pennsylvania.
9      The caption of this case is Gregory
10 Clark versus Pfizer Incorporated in the
11 Philadelphia County Court of Common Pleas. The
12 name of the witness is Dr. Jeffrey Esper.
13     Will the attorneys please introduce
14 themselves and the parties they represent?
15     MR. MISHKIN: Paul Mishkin from Davis
16 Polk & Wardwell for the defendants, Pfizer and
17 Warner-Lambert.
18     MR. WESTON: John Weston of Sacks &
19 Weston for the plaintiff.
20     THE VIDEOGRAPHER: Would the court
21 reporter please introduce herself and swear the
22 witness?
23 ------------------------------------
24     JEFFREY ESPER, D.O.,
25 being first duly sworn,

## Page 5

1  was examined and testified as follows:
2      ----
3      EXAMINATION
4      ----
5  BY MR. MISHKIN:
6  Q. Good afternoon, doctor.
7  A. Afternoon.
8  Q. Let me start just by giving you a little bit of
9     background about what it is we're doing here
10    today. As you heard my name is Paul Mishkin.
11    I represent the defendants in this case, Pfizer
12    and Warner-Lambert.
13        Plaintiffs have brought a class
14    action lawsuit regarding the marketing of the
15    drug Neurontin. And as you heard Mr. Weston
16    represents the plaintiffs in this case.
17        I'm going to be focusing with you on
18    your general experience prescribing Neurontin,
19    more specifically your experience prescribing
20    Neurontin for off label uses.
21        And let me just give you a few more
22    points of clarification on that. I'm not going
23    to be asking about, and I don't want to hear
24    about any specific details of your patients.
25    The point of this is to focus on your general

2 (Pages 2 to 5)

**Page 34**

1  use what warnings do you give your patients
2  about the side effects?
3  A.  I usually tell them about the dizziness and the
4  sleepiness and caution them regarding going out
5  and driving or using it in combination with
6  antihistamines or alcohol or anything else that
7  could potentially sedate them or make their
8  sleepiness worse.
9  Q.  Did you see the Dateline show on Neurontin,
10     doctor?
11 A.  No.
12 Q.  Did you ever hear it?
13 A.  Hear about the show?
14 Q.  Say that again.  Did you ever hear about the
15     one that was, spoke about Neurontin?
16 A.  No.
17 Q.  Okay.  What follow up do you do on patients
18     that you give Neurontin to, doctor?
19 A.  I tell them to make sure if they had any
20     problems to call the office.  And then I will
21     see them periodically perhaps every in four
22     weeks or six weeks.  Depending how stable they
23     are on the medication I may stretch the visits
24     out.
25         Or you know, with each appointment we

**Page 35**

1  may adjust the dose, go higher or lower
2  depending on their response to the medications.
3  Q.  Doctor, you said some people may get a benefit
4  from taking Neurontin.  You said that you may
5  see a benefit in some patients.  You say not
6  everybody responds to it.  In the patients who
7  do respond to it you can't be certain that it's
8  the Neurontin chemical action that's causing
9  the patients to feel better, can you?
10 A.  My experience with the medication and the
11     patients' response is much greater than the
12     placebo effect.
13 Q.  How do you know that?
14 A.  The percentage of patients that respond and the
15     fact that they don't respond to any other
16     medications that I've tried for better, with
17     the pain syndrome it's much greater than a
18     placebo effect.
19 Q.  What would you expect the placebo effect to be?
20 A.  The patient takes the medication, gets better
21     because they are on the medication.
22 Q.  But what percentage of patients would you
23     expect to see that in?
24 A.  You can see if 20, 25 percent of the time.
25 Q.  And you're basing that on what source, doctor,

**Page 36**

1  the 20 or 25 percent?
2  A.  I think that's in, that's in the published
3  literature in terms of placebo effect.  I can't
4  quote a specific article.
5  Q.  Are you familiar with any of the studies that
6  have shown that Neurontin is no more effective
7  than a placebo for off label use?
8      MR. MISHKIN:  I'm going to object,
9  but go ahead, you can answer it.
10     THE WITNESS:  Not any study in
11     particular.
12 BY MR. WESTON:
13 Q.  Study in particular?
14 A.  I can't say that I've seen a study that said
15     anything like that.
16 Q.  Okay.
17     MR. WESTON:  Mark that P-1.
18     - - - -
19     (Exhibit No. P-1 marked for identification.)
20     - - - -
21 BY MR. WESTON:
22 Q.  Doctor, the court reporter has just handed you
23     Exhibit P-1.  If you would look at that.  Take
24     a few minutes if you need.  We'll still get
25     Mr. Mishkin out of here on time.  And I'm going

**Page 37**

1  to ask you if you know what that is.
2      MR. MISHKIN:  John, just at the
3  outset I'm going to object to the use of this
4  FDA letter as an exhibit.  It's all questions
5  regarding this exhibit.  I'll just make that
6  objection at the outset and so that I don't
7  have to keep repeating it as we go.
8      MR. WESTON:  Understood.
9      THE WITNESS:  I've -- now, I mean,
10     when you mention it the different studies that
11     have come out talking about antidepressants and
12     increased risk of suicide and antiseizure
13     medicines increased risk of suicide, yeah, I
14     have heard of that.
15 BY MR. WESTON:
16 Q.  Let's go in order here.  Can you tell me what
17     that Exhibit P-1 is, doctor?
18 A.  It's information for health care professionals
19     suicidality and antiepileptic drugs.
20 Q.  And that is an alert put out by the Food and
21     Drug Administration?
22 A.  Correct.
23 Q.  And you heard about that alert before today,
24     doctor?
25 A.  Yes.

10 (Pages 34 to 37)