# EXHIBIT F

*care management* | institute

**NATIONAL PRACTICE RESOURCE**
CMI Pain Management Advisory Group

To be Reviewed May 2009

# Management of Neuropathic Pain in Adults

## May, 2007

This material reflects the consensus of the KP CMI Pain Management Advisory Group, based on its clinical experience and a review of selected relevant publications.

## Brief Description:

Neuropathic Pain (NP) is a chronic pain condition which results from dysfunction of, or damage or injury to, the nerves which cause a change in nerve function at the site of injury and surrounding areas. It is often described as numbness or as shooting, burning, or tingling pain. The most common types of neuropathic pain are diabetic neuropathy, post-herpetic neuralgia, complex regional pain syndrome (regional sympathetic dystrophy) and trigeminal neuralgia.

## Treatment Recommendations:

In deciding the best treatment approach, the following should be considered:

- Maximizing functional status
- Reducing pain

Designing a treatment plan for NP should involve an individualized assessment and be multifactorial, including self-management, physical activity/movement, medications, interventional procedures, and psychological and complementary-alternative approaches.

©Kaiser Permanente Medical Care Program
To be used within Kaiser Permanente only.  05/2007

CMI National CLBP Practice Resource

*care management* | institute

**NATIONAL PRACTICE RESOURCE**
CMI Pain Management Advisory Group
To be Reviewed May, 2009

**Self-Management/Patient Education:**

- Providing patients with information regarding their diagnosis, treatment options and self-management resources is strongly recommended in the treatment of NP.

**Physical Activity/Movement – Physical Therapy:**

- Strengthening exercises are an option to improve muscle strength and balance in those patients with peripheral neuropathy.
- While several small studies have been done, the evidence is inconsistent as to the effectiveness of Transcutaneous Electrical Nerve Stimulation (TENS) in the treatment of NP.

**Medications:**

- **Combination therapy is usually necessary for pain reduction.**
- **With all medications, start at lowest possible dose and titrate up slowly.**
- Tricyclic Antidepressants (TCA) (secondary amines eg: nortriptyline) are strongly recommended and are the **first-line medication** for NP.
    - Tertiary amines (amitriptyline, doxepin, imipramine and trimipramine) are generally not recommended for adults greater than 65 years old with chronic pain because of their strong sedative, anticholinergic and orthostatic hypotensive effects in this population.
    - Some patients achieve effective analgesia with considerably lower doses of antidepressants than necessary to treat depression.
    - Benefit may be seen within two weeks or may be delayed several weeks.
    - Low doses, caution and increased monitoring are recommended when using TCAs in patients with known cardiac conditions, symptomatic prostatic hypertrophy, neurogenic bladder, dementia, or narrow-angle glaucoma.
    - Titrate the dose gradually and monitor for occurrence of cardiac arrhythmias, orthostatic hypotension and other side effects.
    - Failure of a single TCA may be followed by a trial of an alternative TCA.

©Kaiser Permanente Medical Care Program
To be used within Kaiser Permanente only.  05/2007
Page 2 of 8

CMI National CLBP Practice Resource

*care management* | institute

**NATIONAL PRACTICE RESOURCE**
CMI Pain Management Advisory Group

To be Reviewed May, 2009

- DO NOT DISCONTINE ABRUPTLY
- Selective Serotonin Reuptake Inhibitor (SSRI) – are an option in the management NP.
  - Consider drug-drug interactions and hepatic enzyme effects.
- Serotonin Norepinephrine Reuptake Inhibitors (SNRIs) – are an option in patients with NP, but have not been studied in head-to-head comparison to TCA or anticonvulsant medications.
  - Studies conducted only on duloxetine - *not on formulary*.
- Anticonvulsants
  - Gabapentin is recommended as the second-line agent in the management of NP.
  - Carbamazepine is an option, particularly in patients with trigeminal neuralgia.
    - It is important to obtain regular laboratory tests (CBC and LFTs) in patients taking this medication.
  - Pregabalin is an option in patients with NP but has **NOT** been studied in head-to-head comparison to TCA or other anticonvulsant medications. – *not on formulary*
- Opioids are an option in the treatment of NP. Use cautiously and only after other treatments have not been effective.
  - When considering opioids, one must balance side effects, analgesia and improved functional status.
  - Tramadol is recommended in managing symptoms of NP.
  - Long-acting formulations are strongly recommended in most patients who require Around-the-Clock (ATC) dosing.
  - Patients who are prescribed opioids should also be prescribed a bowel regimen to prevent constipation.
- Lidocaine Patch – Lidocaine 5% patch is an option in decreasing pain and improving functional status in NP – *not on formulary*.

© Kaiser Permanente Medical Care Program
To be used within Kaiser Permanente only.  05/2007
Page 3 of 8

CMI National CLBP Practice Resource

*NATIONAL PRACTICE RESOURCE*
CMI Pain Management Advisory Group

*care management* | institute
To be Reviewed May, 2009

**Interventional Procedures:**

- Therapeutic Injections such as peripheral nerve blocks, sympathetic nerve blocks, neuroaxial blocks, etc. are an option in reducing pain and improving function.
  - If adequate medication trials of have not proven effective, consider a referral to an Interventional Pain Specialist.
- Spinal Cord Stimulation/Neuromodulation is an option in reducing chronic, refractory, neuropathic pain;
  - A comprehensive multidisciplinary pain team evaluation, which includes psychological assessment, is a prerequisite to determine the appropriate candidates for spinal cord stimulators.

**Psychological:**

- Although clinical trials have not been reported, case series of successful treatment indicate that cognitive-behavioral therapy is an option for patients with neuropathic pain conditions for improving coping and self-management.

**Complementary – Alternative Approaches:**

- Biofeedback is an option in the treatment of neuropathic pain.
- Acupuncture is not recommended in the treatment of neuropathic pain.

©Kaiser Permanente Medical Care Program
To be used within Kaiser Permanente only.  05/2007
Page 4 of 8

*NATIONAL PRACTICE RESOURCE*
CMI Pain Management Advisory Group

*care management* | institute
To be Reviewed May, 2009

## Stepwise Management of Neuropathic Pain

| Step 1 | Educate member about condition (Health Education Center, www.kp.org, Health Media programs, member tip sheets, etc.) |
| --- | --- |
| | Trial with low-dose tricyclic antidepressant – titrate slowly every 3-7 days until patient experiences relief. |
| | Assess emotional well-being and impact of condition on quality of life. Refer to resources as appropriate (eg: Behavioral Medicine, Behavioral Health, etc.). |
| | Encourage strengthening & stretching exercises |
| | Re-assess in 3-4 weeks |
| Step 2 | Consider alternative tricyclic antidepressants |
| | Refer for cognitive-behavioral therapy (identification and modification of unhelpful thoughts and behaviors associated with pain). |
| | Refer to Physical Therapy for evaluation in patients with functional limitations |
| | Reassess in 3-4 weeks |
| Step 3 | Consider anticonvulsant. |
| | Reassess in 3-4 weeks. |
| Step 4 | Consider tramadol or other opioid medications |
| | Reassess in 3-4 weeks. |
| Step 5 | Specialty referral (pain management, neurologist). |

*care management* | institute

**NATIONAL PRACTICE RESOURCE**
CMI Pain Management Advisory Group

To be Reviewed May, 2009

## Summary of Search Strategy

A search of new evidence published between January 1, 2000 and December 31, 2006 was conducted to update evidence previously reviewed by KP CMI for their clinical practice guideline entitled "Chronic Pain Guidelines. Several additional Systematic Reviews and RCTs were found. The references listed below were selected for relevance and usability in summarizing the scientific evidence to date.

## References

1. Carroll, D, Moore, R, McQuay, H, Fairman, F, Tramer, M & Leijon, G. (2000). Cochrane Database of Systematic Reviews. 2001;(3):CD003222
2. Drug Information Services Kaiser Permanente (03/2005) Drug Monograph: Duloxetine
3. Drug Information Services Kaiser Permanente (09/2005) Drug Monograph: Pregabalin
4. Eisenberg, E, McNicol, E & Carr, D (2006). Opioids for neuropathic pain. Cochrane Database Syst Rev Jul 19;3:CD006146
5. Evans S, Fishman B, Spielman L, Haley A.. Randomized trial of cognitive behavior therapy versus supportive psychotherapy for HIV-related peripheral neuropathic pain. Psychosomatics. 2003 Jan-Feb;44(1):44-50.
6. Galer, B, Jensen, M, Ma, T, Davies, P & Robotham, M (2002). The lidocaine patch 5% effectively treats all neuropathic pain qualities: results of a randomized, double-blind, vehicle-controlled, 3-week efficacy study with use of the neuropathic pain scale. Clin J Pain. 2002 Sep-Oct;18(5):297-301.
7. Goldstein, D, Lu, Y, Detke, M, Lee, T, & Iyengar, S. (2005). Duloxetine vs. placebo in patients with painful diabetic neuropathy.Pain. 2005 Jul;116(1-2):109-18.
8. Guay, D (2005) Pregabalin in neuropathic pain: a more "pharmaceutically elegant" gabapentin? Am J Geriatr Pharmacother. 2005 Dec;3(4):274-87
9. Hempenstall K, Nurmikko TJ, Johnson RW, A'Hern RP, Rice AS. Analgesic Therapy in Postherpetic Neuralgia: A Quantitative Systematic Review. *PLoS Med*. 2005 July; 2(7): e164.
10. Hollingshead J, Duhmke RM, Cornblath DR., Tramadol for neuropathic pain. *Cochrane Database Syst Rev*. 2006 Jul 19;3:CD003726.
11. KP Medical Technology Assessment, Southern California. *Spinal Cord Stimulation for the Treatment of Chronic Pain*. 2006
12. Mailis-Gagnon, A, Furlan, AD, Sandoval, JA & Taylor, R. Spinal cord stimulation for chronic pain. In: *The Cochrane Database of Systematic Reviews*. 2006, 4.
13. Meier, T, Wasner, G, Faust, M, Kuntzer, T, Qchsner, F, Hueppe, Bogousslavsky & Brown, R. (2003). Efficacy of lidocaine patch 5% in the treatment of focal peripheral neuropathic pain syndromes: a randomized, double-blind, placebo-controlled study. Pain. 2003 Nov;106(1-2):151-8.

*care management* | institute

**NATIONAL PRACTICE RESOURCE**
CMI Pain Management Advisory Group

To be Reviewed May, 2009

14. Raskin, J, Pritchett, Y, Wang, F, D'Souza, D Waninger, A, Iyengar, S & Wernicke, J. (2005). A double-blind, randomized multicenter trial comparing duloxetine with placebo in the management of diabetic peripheral neuropathic pain. Pain Med. 2005 Sep-Oct;6(5):346-56.
15. Raskin, J, Smith, T, Wong, K, Pritchett, Y, D'Souza, D, Iyengar, S, & Wernicke, J (2006). Duloxetine versus routine care in the long-term management of diabetic peripheral neuropathic pain. Journal of Palliative Medicine. 9(1): 29-40.
16. Saarto, T & Wiffen, P, (2005). Antidepressants for neuropathic pain. Cochrane Database of Systematic Reviews. 2005 Jul 20;(3):CD005454
17. Vinik A - CLINICAL REVIEW: Use of antiepileptic drugs in the treatment of chronic painful diabetic neuropathy. *Journal of Clinical Endocrinology and Metabolism*- 01-AUG-2005; 90(8): 4936-45
18. Wernicke, J, Pritchett, Y, D'Souza, N, Waninger, A, Tran, P, Iyengar, S, Raskin, J (2006). A randomized controlled trial of duloxetine in diabetic peripheral neuropathic pain. Neurology. 2006 Oct 24;67(8):1411-20.
19. White, C, Prichard, J & Turner-Stokes, L (2004). Exercise for people with peripheral neuropathy. Cochrane Database for Systematic Reviews. 2004 Oct 18;(4):CD003904
20. Wiffen, P, Collins, S, McQuay, H, Carroll, D, Jadad A & Moore, R (2005). Anticonvulsants drugs for acute and chronic pain. Cochrane Database of Systematic Reviews.  2005 Jul 20;(3):CD001133
21. Wlffen, P, McQuay, H & Moore, R. (2005) Carbamazepine for acute and chronic pain. Cochrane Database of Systematic Reviews. 2005 Jul 20;(3):CD005451
22. Wiffen, P, McQuay, H, Edwards, J & Moore, R (2005) Gabapentin for acute and chronic pain. Cochrane Database Syst Rev 2005 Jul 20;(3):CD005452.

©Kaiser Permanente Medical Care Program
To be used within Kaiser Permanente only.  05/2007
Page 7 of 8

CMI National CLBP Practice Resource

*care management* | institute

**NATIONAL PRACTICE RESOURCE**
CMI Pain Management Advisory Group

To be Reviewed May, 2009

## CMI Pain Management Advisory Group

| Region | |
|---|---|
| Care Management Institute | Paul H. Barrett, MD, MSPH - Chair, Guideline Quality Committee<br>Andrew Bertagnolli, PhD - Care Management Consultant<br>Karen Pantazis, MD, DABA/PM, DABPM – CMI Clinical Lead |
| Georgia | Sean T Murphy, MD – Family Practice |
| Group Health | James Keyes, Ph.D. - Pain Management Psychology |
| Hawaii | James McKoy, MD - Coordinator, Pain Medicine Chief - Rheumatology Service |
| Mid-Atlantic States | Robert S. Dill, MEd, LPC, CSAC - Manager, Mind Body Wellness Program - Department of Integrative Medicine<br>Lydia S. Segal, MD, MPH - Chief of Service - Integrative Medicine |
| Northern California | Harriet Charney, MPH – Program Coordinator – Regional Health Education<br>Ejaz Naqvi, MD, DABPM – Sub-chief, Diablo Service Area Chronic Pain Program |
| Northwest Region | Marilee I Donovan, PhD, RN - Clinical Nurse Specialist - Supervisor - Pain Management Clinic<br>Christine Schjelderup, MD - Pain Management Clinic<br>LouAnn Thorsness, R.Ph. - Pain Clinic Pharmacist |
| Southern California | Christine M Evans, PhD - Clinical Director, Pain Management – Orange County Medical Center<br>Michael D. McBeth MD - Physician in Charge - Department of Pain Medicine - San Diego Medical Center<br>Christine M Phan, MD - Chief, Department of PM&R and Pain Management - Bellflower Medical Center<br>Kim D. Thai, MD – SCPMG Regional Chief Physician – Physical Medicine and Rehabilitation & Pain Management |