# EXHIBIT H

 KAISER PERMANENTE.

■ Home kp.org   ■ Sign on   ■ Guía en español   [Search our site] 



## Live healthy

Discover information, interactive tools, and other resources to help you live healthier.

### Featured health topics

- Child and teen health
- Complementary and alternative care
- Fitness
- Healthy aging
- Men's health
- Mind and body health
- Nutrition
- Pregnancy and new baby
- Preventive care
- Quit smoking
- Weight management
- Women's health

**Related links:**
- ☐ Total health assessment
- ☐ Healthy living classes
- ☐ Health encyclopedia
- ☐ Healthy lifestyle programs
- ☐ Member discount programs

### Audio (podcasts)
Listen to or download programs to help you relax, sleep better, and more.

### Recipe blog
Get seasonal, healthy recipes to tantalize your taste buds.

### Tools and calculators
Find your healthy weight, pregnancy due date, calories burned, and more.

### Video
Watch videos on caring for a new baby, diabetes, asthma, and more.

### Temas sobre la salud
Infórmase cómo mantener su familia sana con nuestros recursos en línea.



Terms & conditions   Privacy practices   Site policies   About us
Contact Web manager   Web awards & accreditations   Careers

 **KAISER PERMANENTE.**   ■ Home kp.org   ■ Sign on   ■ Guía en español   [Search our site] ▶

☐ Change your region: California - Southern



# Conditions and diseases

Find in-depth information and other resources you can trust to help you manage your health.

**Related links:**
- ☐ My medical record
- ☐ Drug encyclopedia
- ☐ Healthy living classes
- ☐ Healthy lifestyle programs

### Health encyclopedia (browse topics A to Z)
Research health conditions for information on prevention, treatment options, and more.

### Symptom checker
Point to the body part that's troubling you for more information about your health.

### Featured health topics

- Allergies
- Arthritis
- Asthma
- Cancer
- Colds & flu
- Depression
- Diabetes
- Heart health
- HIV/AIDS and STDs
- Making health decisions
- Pain management
- Surgery
- Temas sobre la salud

### Manage ongoing conditions
Learn about our personalized programs to help you live well with chronic health conditions.

### Enciclopedia de la salud
Busque por información sobre una condición o una enfermedad.



Terms & conditions    Privacy practices    Site policies    About us
Contact Web manager    Web awards & accreditations    Careers
Technical information    Web site map    Home kp.org

 **KAISER PERMANENTE.**    ■ Home kp.org   ■ Sign on   ■ Guía en español    | Search our site | 



# Drugs
## and natural medicines

Look up prescription and nonprescription drugs, vitamins, herbs, and other dietary supplements, including how to use them, side effects, interactions, and more.

Related links:
☐ Refill prescriptions
☐ Formulary (covered drugs)

### **Drug encyclopedia**
Search for detailed information by drug name or medical condition.

### **Natural medicines database**
Find information on herbal remedies, dietary supplements, vitamins, minerals, and other natural products.

### **Enciclopedia de medicamentos**
Consulte información detallada sobre miles de medicamentos, incluyendo cómo usarlos, los efectos secundarios y los avisos.



Terms & conditions    Privacy practices    Site policies    About us
Contact Web manager    Web awards & accreditations    Careers
Technical information    Web site map    Home kp.org

 **KAISER PERMANENTE.**  ■ Home kp.org   ■ Sign on   ■ Guía en español   [Search our site] 



◄ Back

**Drug encyclopedia**

**Search results**
**conditions by letter**

▫ New search
▫ Search tips

Drug encyclopedia > Conditions: P to Pc

Jump to: **P to Pc**   Pd to Pg   Ph to Pj   Pk to Pm   Pn to Pr   Ps to Pz

Related links:
☐ Natural Medicines
   Comprehensive
   Database

Click on a condition name to see a list of drugs used to treat that condition.

- Paget's Bone Disease
- Paget's Disease of Bone
- PAH
- Pahvant Valley Fever
- Pahvant Valley Plague
- Pain
- Pain Above the Pelvic Area
- Pain associated with Arthritis
- Pain due to Cancer that has Moved to the Bones
- Pain due to Osteoblastic Bone Metastases
- Pain due to Osteoblastic Bone Metastasis
- Pain due to Osteoblastic Bone Mets
- Pain Following an Operation
- Pain In a Cancer Patient When On Pain Medication
- Pain in One or More Joints
- Pain Management
- Pain on Urination
- Pain or Difficulty When Peeing
- Pain Originating From a Nerve
- Pain that Follows Path of Specific Nerves
- Pain Treatment Adjunct
- Pain with Advanced Prostate Cancer Resistant to Hormones
- Pain with Tension and Anxiety
- Painful Menses
- Painful Menstrual Cramps

Back to top

- Painful Menstruation
- Painful Periods
- Painful, Red or Swollen Mouth
- Painful Sexual Intercourse due to Menopause
- Palliative Treatment for Mycosis Fungoides
- Palliative Treatment of Polycythemia Vera
- Paludal Fever
- Paludism



**KAISER PERMANENTE.**   ■ Home kp.org   ■ Sign on   ■ Guía en español   Search our site ▶

◀ Back

**Drug encyclopedia**

**Search results**
**conditions by letter**

▫ New search
▫ Search tips

Drug encyclopedia > Conditions: P to Pc > Pain Originating From a Nerve

**Drugs for managing Pain Originating From a Nerve**
Please click on a drug name to see more information.

- <u>Gabapentin Oral</u>
- <u>Neurontin Oral</u>

<u>New search</u>



**Related links:**
☐ Natural Medicines Comprehensive Database

Terms & conditions    Privacy practices    Site policies    About us    Contact Web manager
Web awards & accreditations    Careers    Technical information    Web site map    Home kp.org

 KAISER PERMANENTE.

# Anticonvulsants for restless legs syndrome



## Examples

(Tegretol)
(Neurontin)
(Depakene)

## How It Works

Anticonvulsants are used to help control or prevent abnormal increases in brain electrical activity. They are primarily used for people who have seizures. They may help suppress electrical activity in the brain that causes restless legs syndrome symptoms.

## Why It Is Used

Gabapentin can help people with restless legs syndrome. It is sometimes used when symptoms are severe and can be used in combination with other drugs.

## How Well It Works

While anticonvulsants help relieve symptoms in some people, they have no effect on others.

## Side Effects

Drowsiness, dizziness, tremors, blurred vision, nausea, and poor coordination have all been reported as occasional side effects when these medicines were used as treatment for other conditions. Research is needed to discover whether side effects are different when these drugs are used to treat restless legs syndrome.

The U.S. Food and Drug Administration (FDA) has issued a warning on anticonvulsants and the risk of suicide and suicidal thoughts. The FDA does not recommend that people stop using these medicines. Instead, people who take anticonvulsant medicine should be watched closely for warning signs of suicide. People who take anticonvulsant medicine and who are worried about this side effect should talk to a doctor.

Please see our drug encyclopedia for a full list of side effects.

## What To Think About

Anticonvulsants may increase the chance of birth defects. If you are pregnant or thinking of getting pregnant, talk to your doctor before taking these medicines.

More study is needed to discover the full range of side effects. Anticonvulsants have not yet been reviewed by the U.S.

Food and Drug Administration specifically for treatment of restless legs syndrome.

**Complete the new medication information form (PDF) to help you understand this medication.**

# Credits

| | |
|---|---|
| **Author** | Monica Rhodes |
| **Editor** | Kathleen M. Ariss, MS |
| **Associate Editor** | Pat Truman, MATC |
| **Primary Medical Reviewer** | Martin Gabica, MD - Family Medicine |
| **Primary Medical Reviewer** | Anne C. Poinier, MD - Internal Medicine |
| **Specialist Medical Reviewer** | Karin M. Lindholm, DO - Neurology |
| **Last Updated** | March 13, 2009 |

| Medical review | Author | Last updated |
|---|---|---|
| Martin Gabica, MD - Family Medicine; Anne C. Poinier, MD - Internal Medicine | Monica Rhodes | March 13, 2009 |

© 1995-2009 Healthwise, Incorporated. Healthwise, Healthwise for every health decision, and the Healthwise logo are trademarks of Healthwise, Incorporated.

This information is not intended to replace the advice of a doctor. Since specific guidelines may vary, consult with your physician to find out which guidelines are recommended for you. Healthwise disclaims any liability for the decisions you make based on this information. For more information, please read the Healthwise Terms and Conditions.

 KAISER PERMANENTE.

# Gabapentin for hot flashes



## Examples

(Neurontin)

## How It Works

Gabapentin is an antiseizure (anticonvulsive) medicine that is approved by the U.S. Food and Drug Administration (FDA) for controlling epilepsy. How it works to improve hot flashes is not fully understood.

## Why It Is Used

Gabapentin may be used to treat hot flashes.

It addition to seizure control, gabapentin is also commonly used to treat chronic pain, migraine headache, panic disorder, and social phobia.

## How Well It Works

Gabapentin may lower the number of hot flashes each day and the intensity of hot flashes.[1, 2]

## Side Effects

Side effects from gabapentin include:

- Fatigue or drowsiness.
- Dizziness and lightheadedness, especially during the first couple of weeks of treatment.
- Swelling of the hands and feet.
- Rash.
- Nausea.

Side effects are less likely when the dose is gradually increased and when medicine is taken with meals.

The U.S. Food and Drug Administration (FDA) has issued a warning on antiseizure medicines and the risk of suicide and suicidal thoughts. The FDA does not recommend that people stop using these medicines. Instead, people who take antiseizure medicine should be watched closely for warning signs of suicide. People who take antiseizure medicine and who are worried about this side effect should talk to a doctor.

Please see our drug encyclopedia for a full list of side effects.

# What To Think About

Use of gabapentin for hot flashes is an off-label use.

The long-term risks or benefits of gabapentin are unknown.

**Complete the new medication information form (PDF) to help you understand this medication.**

# References

## Citations

1. Pandya KJ, et al. (2005). Gabapentin for hot flashes in 420 women with breast cancer: A randomised double-blind placebo-controlled trial. Lancet, 366(9488): 818–824.

2. Reddy SY, et al. (2006). Gabapentin, estrogen, and placebo for treating hot flushes. Obstetrics and Gynecology, 108(1): 41–48.

# Credits

| | |
|---|---|
| **Author** | Robin Parks, MS |
| **Editor** | Maria Essig |
| **Editor** | Kathleen M. Ariss, MS |
| **Associate Editor** | Pat Truman, MATC |
| **Primary Medical Reviewer** | Anne C. Poinier, MD - Internal Medicine |
| **Specialist Medical Reviewer** | Kirtly Jones, MD - Obstetrics and Gynecology |
| **Last Updated** | May 16, 2008 |

| **Medical review** | **Author** | **Last updated** |
|---|---|---|
| Anne C. Poinier, MD - Internal Medicine | Robin Parks, MS | May 16, 2008 |

© 1995-2009 Healthwise, Incorporated. Healthwise, Healthwise for every health decision, and the Healthwise logo are trademarks of Healthwise, Incorporated.

This information is not intended to replace the advice of a doctor. Since specific guidelines may vary, consult with your physician to find out which guidelines are recommended for you. Healthwise disclaims any liability for the decisions you make based on this information. For more information, please read the Healthwise Terms and Conditions.

 KAISER PERMANENTE.

# Anticonvulsants for chronic pain



## Examples

(Tegretol)
(Neurontin)
(Lamictal)
(Trileptal)
(Dilantin)
(Lyrica)
(Topamax)
(Depakene)
(Zonegran)

## How It Works

Experts do not know exactly how anticonvulsants work to reduce chronic pain. They may block the flow of pain signals from the central nervous system.

## Why It Is Used

Anticonvulsant drugs typically are used to control seizures in people who have epilepsy. These drugs may also be used to treat other painful conditions, such as postherpetic neuralgia and fibromyalgia.

## How Well It Works

Some anticonvulsant drugs may work better than others for certain conditions. For example, one small study showed lamotrigine to be effective in treating nerve-related pain related to some types of antiretroviral therapy in people with HIV.[1]

Carbamazepine, oxcarbazepine, and lamotrigine are used to treat chronic pain from trigeminal neuralgia (sudden facial pain). The best evidence is for carbamazepine, but oxcarbazepine probably works well too.[2]

Pregabalin (Lyrica) is used to treat chronic pain from postherpetic neuralgia and diabetic neuropathy. Studies show that pregabalin may reduce chronic pain from these conditions.[3] It is also approved to treat fibromyalgia. Pregabalin may help relieve chronic pain, sleep problems, and fatigue in fibromyalgia.[4]

Even though gabapentin and pregabalin are the only drugs that have proved to help relieve some types of chronic pain, oxcarbazepine (Trileptal), lamotrigine (Lamictal), topiramate (Topamax), and zonisamide (Zonegran) may also be effective in reducing chronic pain. Long-term studies still need to be done to find out how well gabapentin, pregabalin, and other anticonvulsants help with chronic pain and to do comparisons with other types of medicines.

# Side Effects

Common but temporary side effects may include dizziness, drowsiness, and fatigue. Tell your doctor if you think you are having side effects, which may include:

- Headache.
- Confusion.
- Skin rash.
- Nausea, vomiting, loss of appetite, or abdominal pain.
- Weight gain or weight loss.
- Swollen feet.

Do not suddenly stop taking an anticonvulsant. Your doctor will slowly reduce the dose of this medicine so that you won't have withdrawal symptoms such as anxiety, nausea, pain, sweating, and insomnia.

The FDA has issued a warning on anticonvulsants and the risk of suicide and suicidal thoughts. The FDA does not recommend that people stop using these medicines. Instead, people who take anticonvulsant medicine should be watched closely for warning signs of suicide. People who take anticonvulsant medicine and who are worried about this side effect should talk to a doctor.

Please see our drug encyclopedia for a full list of side effects.

# What To Think About

Medicine will be started in low doses and then slowly increased until it effectively reduces your chronic pain.

Anticonvulsants are not safe for everyone. Be sure to tell your doctor about all medical conditions you have and other medicines you are taking to avoid side effects and complications.

Anticonvulsants may increase the chance of birth defects. If you are pregnant or thinking of getting pregnant, talk to your doctor before taking medicines.

**Complete the new medication information form (PDF) to help you understand this medication.**

# References

## Citations

1. Simpson DM, et al. (2003). Lamotrigine for HIV-associated painful sensory neuropathies. A placebo-controlled trial. Neurology, 60(9): 1508–1514.

2. Gronseth G, et al. (2008). Practice parameter: The diagnostic evaluation and treatment of trigeminal neuralgia (an evidence-based review): Report of the Quality Standards Subcommittee of the American Academy of Neurology and the European Federation of Neurological Societies. Neurology, 71(15): 1183–1190.

3. Pregabalin (Lyrica) for neuropathic pain and epilepsy (2005). Medical Letter on Drugs and Therapeutics, 47 (1217): 75–76.

4. Crofford LJ, et al. (2005). Pregabalin for the treatment of fibromyalgia syndrome. Arthritis and Rheumatism, 52 (4): 1264–1273.

# Credits

| **Author** | Monica Rhodes |
| **Editor** | Kathleen M. Ariss, MS |
| **Associate Editor** | Pat Truman, MATC |
| **Primary Medical Reviewer** | Anne C. Poinier, MD - Internal Medicine |
| **Specialist Medical Reviewer** | Nancy Greenwald, MD - Physical Medicine and Rehabilitation |
| **Last Updated** | January 20, 2009 |

| **Medical review** | **Author** | **Last updated** |
| Anne C. Poinier, MD - Internal Medicine | Monica Rhodes | January 20, 2009 |

© 1995-2009 Healthwise, Incorporated. Healthwise, Healthwise for every health decision, and the Healthwise logo are trademarks of Healthwise, Incorporated.

This information is not intended to replace the advice of a doctor. Since specific guidelines may vary, consult with your physician to find out which guidelines are recommended for you. Healthwise disclaims any liability for the decisions you make based on this information. For more information, please read the Healthwise Terms and Conditions.

 KAISER PERMANENTE.

# Anticonvulsants for cancer pain



## Examples

(Tegretol)
(Neurontin)
(Keppra)
(Trileptal)
(Dilantin)
(Lyrica)
(Topamax)
(Zonegran)

## How It Works

Anticonvulsants control cancer pain by changing the way sodium and calcium travel across the surface of nerve cells in the brain. The nerve cells send fewer signals, and the brain senses less pain.

## Why It Is Used

Anticonvulsants help reduce pain related to the nervous system (neuropathic pain). Some have fewer side effects than tricyclic antidepressants.

## How Well It Works

Anticonvulsants help control cancer pain related to the nervous system (neuropathic pain).[1]

## Side Effects

When anticonvulsants are used to control cancer pain, they may be given in small amounts to limit side effects. Tell your doctor if you experience any side effects, especially:

- Drowsiness.
- Restlessness and irritability.
- Confusion and dizziness.
- Nausea, vomiting, loss of appetite, and belly pain.
- Blurred vision or uncontrollable eye movements (nystagmus).
- Itching, fever, or a rash (sensitivity reaction).

The U.S. Food and Drug Administration (FDA) has issued a warning on anticonvulsants and the risk of suicide and suicidal thoughts. The FDA does not recommend that people stop using these medicines. Instead, people who take anticonvulsant medicine should be watched closely for warning signs of suicide. People who take anticonvulsant

medicine and who are worried about this side effect should talk to a doctor.

Please see our drug encyclopedia for a full list of side effects.

# What To Think About

Drowsiness is the most common side effect of anticonvulsant drugs.

These drugs are started at low doses and gradually increased to achieve pain relief.

Carbamazepine can cause a decrease in the white blood cell count, or leukopenia. So it is not generally used to treat cancer pain.[1]

**Complete the new medication information form (PDF) to help you understand this medication.**

# References

## Citations

1. Foley KM (2005). Management of cancer pain. In VT DeVita Jr et al., eds., <u>Cancer: Principles and Practice of Oncology</u>, 7th ed., pp. 2615–2649. Philadelphia: Lippincott Williams and Wilkins.

# Credits

| | |
|---|---|
| **Author** | Shannon Erstad, MBA/MPH |
| **Editor** | Kathleen M. Ariss, MS |
| **Associate Editor** | Pat Truman, MATC |
| **Primary Medical Reviewer** | Anne C. Poinier, MD - Internal Medicine |
| **Specialist Medical Reviewer** | Michael Seth Rabin, MD - Medical Oncology |
| **Last Updated** | October 30, 2007 |

| **Medical review** | **Author** | **Last updated** |
|---|---|---|
| Anne C. Poinier, MD - Internal Medicine | Shannon Erstad, MBA/MPH | October 30, 2007 |

© 1995-2009 Healthwise, Incorporated. Healthwise, Healthwise for every health decision, and the Healthwise logo are trademarks of Healthwise, Incorporated.

This information is not intended to replace the advice of a doctor. Since specific guidelines may vary, consult with your physician to find out which guidelines are recommended for you. Healthwise disclaims any liability for the decisions you make based on this information. For more information, please read the Healthwise Terms and Conditions.

 **KAISER PERMANENTE.**

# Anticonvulsants for chronic low back pain



## Examples

(Tegretol)
(Neurontin)
(Dilantin)
(Lyrica)
(Topamax)

## How It Works

Anticonvulsants are used to help control or prevent abnormal increases in brain electrical activity.

## Why It Is Used

Anticonvulsants can reduce some persistent low back pain with fewer side effects than tricyclic antidepressants.[1]

If you are an older adult taking various medicines, you could be at risk for having your medicines interact. Drug interaction is the way different medicines react to each other when you take them together. This interaction can sometimes cause serious problems. Some drugs cause more problems than others.

You may already be taking one or more drugs to treat other problems, such as diabetes, arthritis, high cholesterol, heart disease, or high blood pressure. Be sure your doctor knows all the drugs you are taking. The anticonvulsant gabapentin may be your best bet for safely treating chronic pain because it is not used by the body in the same way as many other medicines. This makes it less likely to interact with other drugs.[2]

## How Well It Works

Anticonvulsant medicine effectively treats chronic pain for some people but not others. One type of anticonvulsant may work better for you than another. This type of medicine is not well-studied as a chronic pain treatment but is considered a reasonable treatment option.[2]

## Side Effects

When prescribed for chronic pain control, anticonvulsants are used at doses low enough to avoid side effects, and the dosage is usually increased very gradually, if needed. Tell your doctor if you experience any of the following side effects:

- Drowsiness
- Restlessness and irritability
- Confusion and dizziness
- Nausea, vomiting, loss of appetite, and belly pain
- Uncontrollable eye movements (nystagmus)
- Gum disease (gingivitis)
- Itching, fever, and a rash that looks like measles (sensitivity reaction)
- Weight gain

Pregabalin can cause swelling in some people, including swelling of the face or lips. If swelling is bothering you, call your doctor. There may be another medicine you can try.

Topiramate can cause weight loss.

The U.S. Food and Drug Administration (FDA) has issued a warning on anticonvulsants and the risk of suicide and suicidal thoughts. The FDA does not recommend that people stop using these medicines. Instead, people who take anticonvulsant medicine should be watched closely for warning signs of suicide. People who take anticonvulsant medicine and who are worried about this side effect should talk to a doctor.

Please see our drug encyclopedia for a full list of side effects.

# What To Think About

Anticonvulsants are not safe for everyone. To avoid side effects, be sure to tell your doctor about any medical conditions you have and any other medicines you are taking.

**Complete the new medication information form (PDF) to help you understand this medication.**

# References

## Citations

1. American Geriatrics Society (2002). The management of persistent pain in older persons: AGS panel on persistent pain in older persons. Journal of the American Geriatrics Society, 50(6, Suppl): S205–S224.

2. Cohen RI, et al. (2001). Low back pain, part 2: Guide to conservative, medical, and procedural therapies. Geriatrics, 56(11): 38–47.

# Credits

| | |
|---|---|
| **Author** | Shannon Erstad, MBA/MPH |
| **Editor** | Kathleen M. Ariss, MS |
| **Associate Editor** | Pat Truman, MATC |
| **Primary Medical Reviewer** | William M. Green, MD - Emergency Medicine |
| **Specialist Medical Reviewer** | Robert B. Keller, MD - Orthopedics |
| **Last Updated** | February 6, 2008 |

| **Medical review** | **Author** | **Last updated** |
|---|---|---|
| William M. Green, MD - Emergency Medicine | Shannon Erstad, MBA/MPH | February 6, 2008 |

© 1995-2009 Healthwise, Incorporated. Healthwise, Healthwise for every health decision, and the Healthwise logo are trademarks of Healthwise, Incorporated.

This information is not intended to replace the advice of a doctor. Since specific guidelines may vary, consult with your physician to find out which guidelines are recommended for you. Healthwise disclaims any liability for the decisions you make based on this information. For more information, please read the Healthwise Terms and Conditions.

Kaiser Permanente

 KAISER PERMANENTE.

☐ Your region: California - Southern



<u>Print tips</u>

**Important note**
This is a summary and does not contain all possible information about this product. For complete information about this product or your specific health needs, ask your health care professional. Always seek the advice of your health care professional if you have any questions about this product or your medical condition. This information is not intended as individual medical advice and does not substitute for the knowledge and judgment of your health care professional. This information does not contain any assurances that this product is safe, effective, or appropriate for you.



Sample illustration only. Your medication may look different. If you have questions, ask your pharmacist.

**Monograph title**
GABAPENTIN - ORAL

**Phonetic pronunciation**
(gab-uh-PEN-tin)

**Common brand name(s)**
Neurontin

**Uses**
Gabapentin is used with other medications to help control seizures in adults and children (3 years of age and older). It is also used to relieve nerve pain associated with shingles (herpes zoster) infection in adults.

**Other uses**

This section contains uses of this drug that are not listed in the approved professional labeling for the drug but that may be prescribed by your health care professional. Use this drug for a condition that is listed in this section only if it has been so prescribed by your health care professional.Gabapentin may also be used to treat other nerve pain conditions (e.g., diabetic neuropathy, peripheral neuropathy, trigeminal neuralgia).

## How to use

Take this medication by mouth, with or without food, as directed by your doctor. The dosage is based on your medical condition and response to therapy. During the first few days, your doctor may gradually increase your dose so your body can adjust to the medication. To minimize side effects, take the very first dose at bedtime.Use this medication regularly in order to get the most benefit from it. This drug works best when the amount of medicine in your body is kept at a constant level. Therefore it is best to take gabapentin at evenly spaced intervals throughout the day and night.Do not take this medication more often or increase your dose without consulting your doctor. Your condition will not improve any faster and the risk of serious side effects may be increased.Do not stop taking this medication without consulting your doctor. Some conditions such as seizures may become worse when the drug is abruptly stopped. Your dose may need to be gradually decreased.Antacids containing aluminum or magnesium may interfere with the absorption of this medication. Therefore it is best to take gabapentin at least 2 hours after taking an antacid.Inform your doctor if your condition does not improve or worsens.

## Missed dose

If you miss a dose, use it as soon as you remember. If it is near the time of the next dose, skip the missed dose and resume your usual dosing schedule. Do not double the dose to catch up.

## Precautions

Before taking gabapentin, tell your doctor or pharmacist if you are allergic to it; or if you have any other allergies.Before using this medication, tell your doctor or pharmacist your medical history, especially of: kidney disease.This drug may make you dizzy or drowsy. Do not drive, use machinery, or do any activity that requires alertness until you are sure you can perform such activities safely. Limit alcoholic beverages.Caution is advised when using this drug in the elderly because they may be more sensitive to its effects, especially swollen arms/legs or loss of coordination.Caution is advised when using this drug in children because they may be more sensitive to its effects, especially the mental/mood changes (e.g., hostility).This medication should be used only when clearly needed during pregnancy. Discuss the risks and benefits with your doctor.Gabapentin passes into breast milk. Because the effects of this drug on the nursing infant are unknown, consult your doctor before breast-feeding.

## Side effects

Drowsiness, dizziness, unsteadiness, fatigue, vision changes, weight gain, nausea, dry mouth, or constipation may occur. If any of these effects persist or worsen, notify your doctor or pharmacist promptly.Remember that your doctor has prescribed this medication because he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects.Tell your doctor immediately if any of these serious side effects occur: tremor or shaking, swollen arms/legs.Tell your doctor immediately if any of these unlikely but serious side effects occur: loss of coordination, mental/mood changes.This medication rarely may cause mood or behavior changes, such as anxiety, agitation, hostility, pressured/rapid speech, or thoughts of suicide. Tell your doctor immediately if you develop unusual (possibly sudden) mood changes.Tell your doctor immediately if any of these highly unlikely but very serious side effects occur: persistent sore throat/fever/cough, unusual bleeding/bruising, pain/redness of arms or legs, trouble breathing, fast/slow/irregular heartbeat, hearing loss, stomach/abdominal pain.A very serious allergic reaction to this drug is unlikely, but seek immediate medical attention if it occurs. Symptoms of a serious allergic reaction may include: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing.This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist.In the US -Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.In Canada - Call your doctor for medical advice about side effects. You may report side effects to Health Canada at 1-866-234-2345.

### Drug interactions

Your doctor or pharmacist may already be aware of any possible drug interactions and may be monitoring you for them. Do not start, stop, or change the dosage of any medicine before checking with them first.See also How to Use section.Before using this medication, tell your doctor or pharmacist of all prescription and nonprescription/herbal products you may use, especially of: antacids containing aluminum or magnesium, morphine.This product can affect the results of certain lab tests for urine protein. Make sure laboratory personnel and your doctors know you use this drug.This document does not contain all possible interactions. Therefore, before using this product, tell your doctor or pharmacist of all the products you use. Keep a list of all your medications with you, and share the list with your doctor and pharmacist.

### Overdose

If overdose is suspected, contact your local poison control center or emergency room immediately. US residents can call the US national poison hotline at 1-800-222-1222. Canadian residents should call their local poison control center directly. Symptoms of overdose may include: severe drowsiness, slurred speech, or extreme lethargy.

### Notes

Do not share this medication with others.

**Medical alert**
Your condition can cause complications in a medical emergency. For
enrollment information call MedicAlert at 1-800-854-1166 (USA), or 1-
800-668-1507 (Canada).

**Storage**
Store at room temperature (77 degrees F or 25 degrees C) away from
light and moisture. Brief storage between 59-86 degrees F (15-30
degrees C) is permitted. Do not store in the bathroom. Keep all
medicines away from children and pets.Do not flush medications down
the toilet or pour them into a drain unless instructed to do so. Properly
discard this product when it is expired or no longer needed. Consult
your pharmacist or local waste disposal company for more details
about how to safely discard your product.

Selected from **NATIONAL DRUG DATA FILE (NDDF)** data included with
permission and copyrighted by First DataBank, Inc., 2009. This copyrighted
material has been downloaded from a licensed data provider.

The above information is intended to supplement, not substitute for, the expertise
and judgment of your health care professional. You should consult your health
care professional before taking any drug, changing your diet, or commencing or
discontinuing any course of treatment.



You can use your browser's "Print" button, or select "File" then "Print" from your
browser menu, to print this message.

If you have trouble printing, please click somewhere on this page and try again.
To go back to the regular view, click the "Close" button below.

© 2010 Kaiser Permanente

