**EXHIBIT P**

|  Four Winds SARATOGA *a psychiatric health system* <br><br>**DISCHARGE/ REFERRAL SUMMARY** | **Patient Name:** Redact  YRedacted <br> **MR#:** 23874 <br> **Unit:** Hathorn |
|---|---|

**Send to:**

Vicky Ciarofo
67 Windsor Highway
New Windsor, NY 12553

James Darrigo, M.D.
38 North Plant Road
Newburgh, NY  12550

Catholic Charities
Att: Yvette
62 Grand Street
Newburgh, NY

**Date of Admission:** 5/29/07                     **Date of Discharge:** 6/7/07

**Pre-Admission Medications and Dosage:**     **Discharge Medications and Dosage:**

| Pre-Admission | Discharge |
|---|---|
| Toprol XL 50 mg. in the morning | Revia 50 mg. in the morning |
| Altace 5 mg. in the morning (d/c'd) | Lamictal 100 mg. in the morning |
| Lamictal 100 mg. in the morning | Lexapro 10 mg. in the morning |
| Trileptal 300 mg. 2 x per day | Metoprolol 75 mg. 2 x per day |
| Lexapro 20 mg. in the morning | Ativan 0.5 mg. 2 x per day |
| Klonopin 1 mg. 2 x per day | Lisinopril 20 mg. 2 x per day |
| Lotrimin antifungal (does not use) | Neurontin 300 mg. 3 x per day |
| Triple antibiotic plus ointment (does not use) | Abilify 10 mg. in the morning and 20 mg. at bedtime |

**Final Diagnosis:**

Axis I:     Bipolar Disorder, Type II, Most Recent Episode Depressed
            Polysubstance Dependence
Axis II:    Deferred
Axis III:   Intermittent back pain
            Hypertension
Axis IV:    Psychosocial and Environmental Problems: Breakup with significant other of 15 years who is also a substance abuser, social isolation, on disability with some financial strain
Axis V:     Global Assessment of Functioning:   Admission: 15    Current: 45-50    Past Year: 50

## CIRCUMSTANCES LEADING TO ADMISSION

Mr. Y       a 55 year old male who presents with chief complaint, "I am depressed". He describes suicidal ideation with thoughts of shooting himself with a gun (in 2002 the patient shot himself in the face with a gun). He does not have access to a gun. He describes deterioration in mood and functioning, hopelessness, helplessness, anhedonia, anergia, panic and anxiety. He has history of alcohol use, though has been in full remission for seven years. He had been abusing benzodiazepines, cocaine and heroin in the months prior to admission. The patient was hospitalized for detox, discharged and sought admission for his psychiatric problems.

## COURSE IN HOSPITAL

a. **Problem Areas Identified:**

Self-destructive thoughts and behavior with suicidality and impaired functioning. Medical problems, please see medical section below and social problems given the recent breakup.

b. **Treatment Modalities and Outcomes:**

### Psychopharmacological Evaluation:

During this hospitalization he was briefly trialed on Clonidine for withdrawal. It was discontinued as his withdrawal symptoms resolved. He was also briefly trialed on Lunesta and Remeron for sleep, both of which were discontinued as his sleep improved. During this hospitalization he was started on Revia for cravings and Ability for agitation. No other medication trials were conducted. Instructions on use of medications are provided to the patient by nursing staff. There is no evidence of any untoward side effect from his medication regimen.

### Individual Therapy:

The patient initially had difficulty engaging in individual therapy due to irritability and cravings. However, in a relatively short amount of time this improved and he readily engaged in individual therapy focusing on establishing a strong foundation for sobriety, relapse prevention plan using calming and self-soothing as well as DBT skills to deal with his anxiety and agitation. He made good progress in these areas.

### Family Therapy/Couples:

The patient's daughter was involved in his care primarily as a way to help with discharge planning. Early on during the hospitalization the patient was demanding to leave the hospital, however, the daughter refused to have him return home with her if he did so. This enabled the patient to reconsider his 72 hour notice and facilitated his engagement in program.

### Group/Programming:

Initially he did not participate in group therapy due to the severity of his anxiety, restlessness and agitation. However, in relatively short order he was able to engage therein.

### Milieu:

Again early on during the hospitalization he was avoiding participation in the milieu, however, this resolved very quickly and he fully engaged therein.

c. **Recommendations:**

We recommend Mr. Y        continue to take medications as prescribed and maintain total abstinence from alcohol and illicit drugs. He gained much improved ability to handle his symptoms using coping skills and we recommend he continue to practice these. He also had devised a relapse prevention plan and crisis plan. We strongly recommend he continue to follow these plans to maintain stability after he leaves

the hospital. He is referred to outpatient treatment as will be described further below. We strongly recommend he follow-up with that as well.

### d. Mental Status Upon Discharge:

He presents as adequately groomed, he is cooperative and he makes good eye contact. Speech is normal for rate, flow and tone. There is no evidence of any behavioral disinhibition or restlessness. His mood is stable without any evidence of mood lability. His thoughts are logical and coherent. There is no psychotic process. There are no suicidal or homicidal features. He is fully alert and oriented. Sleep, energy and appetite are within normal limits and judgement and insight are much improved over time of admission.

## PHYSICAL CONDITION ON DISCHARGE INCLUDING THE PATIENT'S LABORATORY RESULTS

According to his H&P he is diagnosed with hypertension which is stable on his medications. Ongoing health maintenance is suggested at this time. EKG was abnormal, left axis deviation. Labs showed no significant abnormalities. Plan to follow-up with PCP due to increased blood pressures. FBS, lipids, AIMS every three months as he is on Abilify.

## DISCHARGE PLAN

a. **Living Arrangements:** Redacted
  Redacted
b. **Vocational/Educational Plans:** No plans at present as he is unemployed.
c. **Psychotherapy Follow-up:** Vicky Ciarofo, M.D. on 6/13/07 at 8:00 a.m., at Occupations Inc., 67 Windsor Highway, New Windsor, NY; phone 888-750-2256.
d. **Medication Follow-up:** Vicky Ciarofo, M.D. as above.
e. **Crisis Plan:** Via the aforementioned provider once he is established there.
f. **Special Plan:** The patient has an appointment with Yvette on 6/11/07 at 10:00 a.m., Catholic Charities, 62 Grand Street, Newburg, NY; phone 845-562-8255 for case management assistance.
g. **Physical Activity:** As tolerated.
h. **Diet:** Regular.

Primary Therapist: _____  Date: 6/25/07
Charles Sciavolino, LCSW-R

Psychiatrist: _____  Date: 6/26/07
Arlene Nock, M.D.
Medical Director – Hathorn

DD: 6/25/07
DT: 6/25/07
/nd

**Four Winds SARATOGA**
*a psychiatric health system*

Redacted
HATHORN
Male
dob Redacted

MR# 23874
Adm 05/29/07
Nock A MD

## PHYSICIAN / NPP PROGRESS NOTE
### INPATIENT

**Date:** 6/1/07   **Time:** 1500

**Circle One:** up to 15 Minutes   (<=25 Minutes)   >=35 Minutes
Discharge Mgt up to 30 Min   Discharge Mgt >30 Min.

### Current Diagnoses

| Type | Code | Description |
|---|---|---|
| 1° | | Bipolar |
| 2° | | Depressed |
| Pertinent Medical Diagnoses | | Polysubstance abuse |

**Activity:**
- [x] Interviewed Patient
- [ ] Chart Reviewed
- [ ] Discussed with staff
- [ ] Treatment Team
- [x] Contact with others
- [ ] Family/Clinician
- [ ] Patient Observation
- [ ] Review—UR

**Current Psych. Medications:**
Abilify 5mg Bid
Lunesta 2mg po HS
Ativan 1mg Bid
Clonidine 0.1mg po Bid

**Consent for Medication (if applicable):** If any of the above listed medication(s) is prescribed for the first time this admission, please complete the following.
[ ] The above reference medications have been discussed with the patient/family/guardian. The risks, benefits and potential side effects have been explained to the patient/family/guardian. The patient/family/guardian agrees to take the above referenced medications.

**Data (symptoms, side effects, behavior):**
Patient / Staff Report:

I met with ——Redacted——. He reports that his mood has improved. He is still experiencing withdrawal symptoms. Still having difficulty sleeping at night.

**Pertinent Observations/MSE:**
Affect brighter. Mood continues to stabilize.

**Pertinent Labs/Vital Signs:**

**Assessment (include areas of improvement or deterioration; goals accomplished and persisting problems):**
I will start Neurontin for withdrawal symptoms and Remeron to help him sleep.

Rev. 1/18/05, 11/03/05, 4/7/06, 8/15/06, 9/11/06, 04/18/07

| Four Winds SARATOGA | Redacted |
|---|---|
| **PHYSICIAN PROGRESS NOTE** (Continuation) | HATHORN  Male  dob Redacted  MR# 23874  Adm 05/29/07  Nock A MD |

**Plan (medication changes, therapy direction):**

Remeron 7.5mg HS po
Neurontin 300mg Tid po

**Justification for continued treatment at this level of care**
- [ ] Actively suicidal/homicidal/aggressive
- [ ] Unable to care for self due to psychosis/dementia
- [x] Cannot reliably contract for safety outside of the hospital
- [x] High level of psychiatric symptoms present
- [x] Ability to function is acutely impaired
- [ ] Unstable, unsuitable living/work environment
- [ ] Lower level of care cannot provide adequate medical supervision and the structure required
- [ ] Less restrictive setting unavailable
- [ ] Other:
- [ ] Discharge because patient has reached maximum therapeutic benefit from this level of care
- [ ] None: Ready for Discharge

Signature: *Noreen McMahon NPP*

| | | | | | |
|---|---|---|---|---|---|
| ☐ R. Alessi, MD | ☐ J. Miller, MD | ☐ K. Martin, MD | ☐ L. Nadal, MD | ☐ E. Ehrenberg, MD | ☐ W. Braga, MD |
| ☐ M. Ahn, MD | ☐ J. Dodd, MD | ☐ A. Nock, MD | ☐ J. Daly, MD | ☐ C. Ushchak, MD | ☐ G. Simor, MD |
| ☐ E. Riley, NPP | ☒ N. McMahon, NPP | ☐ S. Kay, NPP | ☐ M. MacGiffert, NPP | ☐ C. Lore, MD | |

**Addendum:**

Rev. 1/18/05, 11/03/05, 4/7/06, 8/15/06, 9/11/06, 04/18/07

**Four Winds SARATOGA**
*a psychiatric health system*

**PHYSICIAN / NPP PROGRESS NOTE**
**INPATIENT**

Redacted
HATHORN
Male
dob Redacted

MR# 23874
Adm 05/29/07
Nock A MD

Date: 6/4/07   Time: 1300   Circle One: up (to 15 Minutes)   <=25 Minutes   >=35 Minutes
Discharge Mgt up to 30 Min   Discharge Mgt >30 Min.

| | Current Diagnoses | | Activity | Current Psych. Medications |
|---|---|---|---|---|
| Type | Code | Description | ☑ Interviewed Patient | Remeron 7.5 qhs |
| 1° | | Bipolar I Depressed | ☐ Chart Reviewed | Neurontin 300 TID |
| 2° | | | ☑ Discussed with staff | Abilify 5 BID |
| | | Polysubstance Dep. | ☑ Treatment Team | Lunesta 2mg qhs |
| Pertinent Medical Diagnoses | | | ☐ Contact with others | Ativan 1mg BID |
| | | | ☐ Family/Clinician | clonidine 0.1 mg BID |
| | | | ☐ Patient Observation | Lamictal 100 qAM |
| | | | ☐ Review—UR | |

**Consent for Medication (if applicable):** If any of the above listed medication(s) is prescribed for the first time this admission, please complete the following.
☑ The above reference medications have been discussed with the patient/family/guardian. The risks, benefits and potential side effects have been explained to the patient/family/guardian. The patient/family/guardian agrees to take the above referenced medications.

**Data (symptoms, side effects, behavior):**
Patient / Staff Report:

Feels less over the withdrawal

Mood is lifting, more stable
— Doesn't think he needs ECT

**Pertinent Observations/MSE:**

Mood has stabilized. Affect is brighter.
Future oriented, logical, coherent.
Good insight. Judgment intact. No SI.

**Pertinent Labs/Vital Signs**

**Assessment (include areas of improvement or deterioration; goals accomplished and persisting problems):**

Improved. Tolerating Abilify well.

Neurontin → no benefit

Rev. 1/18/05, 11/03/05, 4/7/06, 8/15/06, 9/11/06, 04/18/07

**Four Winds SARATOGA**
*a psychiatric health system*

## PHYSICIAN PROGRESS NOTE
(Continuation)

Redacted
HATHORN
Male
dob Redacted

MR# 23874
Adm 05/29/07
Nock A MD

**Plan** (medication changes, therapy direction):

↑ Abilify to 10 BID
D/C Neurontin
↓ Ativan to 0.5 TID
D/C Lunesta
↑ Remeron 15 qhs

**Justification for continued treatment at this level of care**
- [ ] Actively suicidal/homicidal/aggressive
- [ ] Unable to care for self due to psychosis/dementia
- [ ] Cannot reliably contract for safety outside of the hospital
- [x] High level of psychiatric symptoms present
- [x] Ability to function is acutely impaired
- [x] Unstable, unsuitable living/work environment
- [x] Lower level of care cannot provide adequate medical supervision and the structure required
- [ ] Less restrictive setting unavailable
- [ ] Other:
- [ ] Discharge because patient has reached maximum therapeutic benefit from this level of care
- [ ] None: Ready for Discharge

Signature: *[signed]*

| | | | | | |
|---|---|---|---|---|---|
| [ ] R. Alessi, MD | [ ] J. Miller, MD | [ ] K. Martin, MD | [ ] L. Nadal, MD | [ ] E. Ehrenberg, MD | [ ] W. Braga, MD |
| [ ] M. Ahn, MD | [ ] J. Dodd, MD | [x] A. Nock, MD | [ ] J. Daly, MD | [ ] C. Ushchak, MD | [ ] G. Simor, MD |
| [ ] E. Riley, NPP | [ ] N. McMahon, NPP | [ ] S. Kay, NPP | [ ] M. MacGiffert, NPP | [ ] C. Lore, MD | |

**Addendum:**

Rev. 1/18/05, 11/03/05, 4/7/06, 8/15/06, 9/11/06, 04/18/07

Case 1:04-cv-10981-PBS   Document 2410-17   Filed 01/22/10   Page 9 of 10

# Four Winds SARATOGA
*a psychiatric health system*

## PHYSICIAN / NPP PROGRESS NOTE
### INPATIENT

yRedacted
HATHORN
Male
dob Redacted

MR# 23874
Adm 05/29/07
Nock A MD

**Date:** 6/5/07  **Time:** 1500

**Circle One:** up to 16 Minutes (circled)   <=25 Minutes   >=35 Minutes
Discharge Mgt up to 30 Min   Discharge Mgt >30 Min.

| Current Diagnoses | | | Activity | Current Psych. Medications |
|---|---|---|---|---|
| Type | Code | Description | ☑ Interviewed Patient | Remeron 15 mg qhs |
| 1° | | Bipolar II Depressed | ☐ Chart Reviewed | Abilify 10 BID |
| 2° | | | ☑ Discussed with staff | Ativan 0.5 TID (on taper) |
| | | Polysubstance Dep. | ☐ Treatment Team | Lamictal 100 qAM |
| Pertinent Medical Diagnoses | | | ☐ Contact with others | |
| | | | ☐ Family/Clinician | |
| | | | ☐ Patient Observation | |
| | | | ☐ Review—UR | |

**Consent for Medication (if applicable):** If any of the above listed medication(s) is prescribed for the first time this admission, please complete the following.
☑ The above reference medications have been discussed with the patient/family/guardian. The risks, benefits and potential side effects have been explained to the patient/family/guardian. The patient/family/guardian agrees to take the above referenced medications.

**Data (symptoms, side effects, behavior):**
**Patient / Staff Report:**

More agitated today. Shaking. Still not sleeping well.
Shoulder bothers him today.

**Pertinent Observations/MSE:**

Depressed. Very anxious. Physically agitated. Future oriented, though. Motivated.

**Pertinent Labs/Vital Signs**

**Assessment (include areas of improvement or deterioration; goals accomplished and persisting problems):**

Perhaps the Neurontin was helping more c shoulder pain and withdrawal than we had thought. Having a more difficult day today.

Rev. 1/18/05, 11/03/05, 4/7/06, 8/15/06, 9/11/06, 04/18/07

| Four Winds SARATOGA | Redacted | MR# 23874 |
|---|---|---|
| PHYSICIAN PROGRESS NOTE (Continuation) | HATHORN  Male  dob Redacted | Adm 05/29/07  Nock A MD |

**Plan (medication changes, therapy direction):**

Restart Neurontin 300 TID     Cont. Lamictal
↑ Abilify to 30 mg qd
D/C Remeron
Restart Lunesta 2 mg qhs
Cont. Ativan 0.5 TID today, then continue taper

**Justification for continued treatment at this level of care**

- [ ] Actively suicidal/homicidal/aggressive
- [ ] Unable to care for self due to psychosis/dementia
- [ ] Cannot reliably contract for safety outside of the hospital
- [x] High level of psychiatric symptoms present
- [ ] Ability to function is acutely impaired
- [ ] Unstable, unsuitable living/work environment

- [x] Lower level of care cannot provide adequate medical supervision and the structure required
- [ ] Less restrictive setting unavailable
- [ ] Other:
- [ ] Discharge because patient has reached maximum therapeutic benefit from this level of care
- [ ] None: Ready for Discharge

**Signature:** [signed]

| | | | | | |
|---|---|---|---|---|---|
| ☐ R. Alessi, MD | ☒ J. Miller, MD | ☐ K. Martin, MD | ☐ L. Nadal, MD | ☐ E. Ehrenberg, MD | ☐ W. Braga, MD |
| ☐ M. Ahn, MD | ☐ J. Dodd, MD | ☒ A. Nock, MD | ☐ J. Daly, MD | ☐ C. Ushchak, MD | ☐ G. Simor, MD |
| ☐ E. Riley, NPP | ☐ N. McMahon, NPP | ☐ S. Kay, NPP | ☐ M. MacGiffert, NPP | ☐ C. Lore, MD | |

**Addendum:**

Rev. 1/18/05, 11/03/05, 4/7/06, 8/15/06, 9/11/06, 04/18/07