UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: NEURONTIN MARKETING,
      SALES PRACTICES AND
      PRODUCTS LIABILITY LITIGATION,

MDL Docket No. 1629

Master File No. 04-10981

THIS DOCUMENT RELATES TO:

THE GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA v. PFIZER, INC., and

AETNA, INC. v. PFIZER, INC.

Judge Patti B. Saris

Magistrate Judge Leo T.
Sorokin

## DECLARATION OF ELANA KATCHER

Elana Katcher declares:

1.      I am associated with the law firm Kaplan Fox & Kilsheimer, LLP, attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") in this action. I submit this declaration in support of Plaintiff Kaiser's Opposition to Defendant's Motion *in Limine* to Exclude the Testimony of Dr. Rena Conti and Dr. Curt Furberg.

2.      Attached as Exhibit A is a true and correct copy of the Rebuttal Declaration of Dr. Rena Conti, Ph.D. in Support of Plaintiffs' Renewed Motion for Class Certification.

3.      Attached as Exhibit B is a true and correct copy of the Expert Report of Dr. Curt Daniel Furberg, M.D., Ph.D.

      I declare under penalty of perjury that the foregoing is true and correct.

855314.1

Executed on January 22, 2010.

_____
Elana Katcher

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2010, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

ATTORNEY FOR THE COORDINATED PLAINTIFFS

/s/ Elana Katcher
ELANA KATCHER