# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) ) ALL MARKETING AND ) SALES PRACTICES ACTIONS ) ) | MDL Docket No. 1629 Master File No. 04-10981 Judge Patti B. Saris Mag. Judge Leo T. Sorokin |

# REBUTTAL DECLARATION OF RENA CONTI, PH.D. IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION

I have been asked by Counsel to review materials submitted by Defendants in opposition to Class Plaintiffs' Renewed Motion for Class Certification as it relates to my Declaration in this case [1] and to respond to the criticisms of my methodologies by Defendants' expert, Henry G. Grabowski.

Dr. Grabowski's specific criticisms of my methodologies are 1) my reliance on IMS National Disease and Therapeutic Index ("NDTI") data to allocate prescriptions to different indications as a measure of prescriptions for those indications,[2] and 2) failing to provide confidence intervals associated with NDTI data in my analysis of that data.[3]

Use of NDTI data to estimate prescriptions linked to specific diagnoses is standard in academic, government and pharmaceutical industry analysis. There is no reason to believe there is a substantial gap between mentions in the NDTI data and the number of filled prescriptions and Dr. Grabowski provides no evidence to support such a gap. Finally, when examining prescription trends over time using NDTI data, it is standard practice in peer-reviewed literature not to provide margins of error because doing so will not affect the observed trends. Dr. Grabowski himself does not provide margins of error in the charts provided in his report which utilize the same NDTI data to show prescribing trends over time.

---

[1] Revised Declaration of Rena Conti, PhD, In Support of Plaintiffs' Renewed Motion for Class Certification, February 21, 2008.

[2] See Expert Report of Henry G. Grabowski, March 13, 2008 ("Grabowski Report") at ¶¶ 11, 46-48.

[3] *Id.* at ¶45.

1

I. **NDTI DATA ARE THE ACADEMIC, GOVERNMENT AND INDUSTRY STANDARD FOR THE ESTIMATION OF THE NUMBER OF PRESCRIPTIONS LINKED TO SPECIFIC DIAGNOSES IN THE U.S.**

The presentation of off-label Neurontin usage in my Declaration are based on the best data available in the United States. NDTI data are the academic, government and industry standard for the estimation of national prescription medication use linked to specific diagnoses and related to promotional activities. The methods employed to present this information in my Declaration are standard practice in the relevant peer reviewed literature.

The survey upon which NDTI data is based has been continuously conducted since 1957 to provide information about the patterns and treatment of disease in outpatient, office-based medical practice in the continental U.S. NDTI data have been the foundation of prescription use estimates by many peer reviewed publications to provide national estimates of the uses of prescription medications overall and by specific classes and compounds linked to diagnoses, in esteemed journals such as the Journal of the American Medical Association (JAMA) and the Archives of Internal Medicine for decades.[4] NDTI data have been commonly used to estimate national prescription use

---

[4] Berndt ER, IM Cockburn, KA Grepin, "The impact of incremental innovation in biopharmaceuticals: drug utilization in original and supplemental indications," *Pharmacoeconomics* 2006 24: Suppl 2: 69-86; Stafford RS, CD Furberg, SN Finkelstein, et al., "Impact of Clinical Trial Results on National Trends in α-Blocker Prescribing, 1996-2002," *JAMA* 2004 291: 1: 54-62; Radley DC, Finkelstein SN, Stafford RS, "Off-label prescribing among office-based physicians," *Archives of Internal Medicine* 2006 May 8;166(9):1021-6; Ma J, Lee KV, Stafford RS, "Depression treatment during outpatient visits by U.S. children and adolescents," *Journal of Adolescent Health* 2005 Dec, 37(6):434-42; Miller GE, Moeller JF, Stafford RS, "New cardiovascular drugs: patterns of use and association with non-drug health expenditures," *Inquiry* 2005-2006 Winter, 42(4):397-412; Hersh AL, Stefanick ML, Stafford RS, "National use of postmenopausal hormone therapy: annual trends and response to recent evidence," *JAMA* 2004 Jan 7, 291(1):47-53; Stafford RS, Radley DC, "National trends in antiobesity medication use," *Archives of Internal Medicine* 2003 May 12, 163(9):1046-50; Stafford RS, Ma J, Finkelstein SN, Haver K, Cockburn I, "National trends in asthma visits and asthma pharmacotherapy, 1978-2002," *Journal of Allergy and Clinical Immunology* 2003 Apr, 111(4):729-35; Stafford RS, MacDonald EA, Finkelstein SN, "National Patterns of Medication Treatment for Depression, 1987 to 2001," *Primary Care Companion, Journal of Clinical Psychiatry* 2001 Dec, 3(6):232-235; Berndt ER, A Bhattacharjya, DN Mishol, A Arcelus, T Lasky, "An analysis of the diffusion of new antidepressants: variety, quality and marketing efforts," *The Journal of Mental Health Policy and Economics* 2002 5: 3-19; D. K. Wysowski; C. Baum, "Outpatient use of prescription sedative-hypnotic drugs in the United States, 1970 through 1989," *Archives of Internal Medicine* Sep 1991; 151: 1779 – 1783; Rind P., "Average Estrogen and Progestin Doses in US Pill Prescriptions Have Fallen Dramatically Since 1964," *Family Planning Perspectives*, 1991 23:4:184-185; Baum C, DL Kennedy, DE Knapp et al., "Prescription Drug Use in 1984 and Changes over Time," *Medical Care* 1988 26:2: 105-114; Baum C, DL Kennedy, MB Forbes, et al., "Drug Use in the United States," *JAMA* 1984 251: 1293.

2

related to off-label indications found in peer reviewed publications.[5] IMS NDTI data are used by the Food and Drug Administration (FDA) to assess drug use in the U.S.[6] IMS HEALTH is the world's leading provider of information solutions to the pharmaceutical and healthcare industries, with $1.96B in 2006 revenue.[7] IMS products, including NDTI, are widely used by the pharmaceutical industry to estimate national prescription drug utilization and national trends over time.[8] NDTI data are the academic standard for examining national trends in use of prescription medications linked to specific diseases associated with promotional activities to physicians and consumers found in peer reviewed publications.[9]

NDTI is commonly used for examining national trends in prescription drug use overall and related to promotional activities due to its reliability and detail of reporting. There is empirical evidence regarding NDTI's reliability to provide national estimates of prescription medication usage in the U.S. population.[10] IMS itself reports that NDTI and other prescription drug products provide the "most accurate and comprehensive data available." It is also among the only nationally available datasets that may be used to examine monthly and quarterly estimates of prescription drug use overall and related to specific patient level diagnoses. This detail is critical to understanding the impact of external market forces, such as promotional activities, on utilization within a given year

---

[5] See Berndt et al. (2006, *op. cit.*), Radley et al. (*op. cit.*), Miller et al. (*op. cit.*) and Wysowski et al. (*op. cit.*).

[6] "IMS HEALTH Awarded Five-Year Services Contract By U.S. Food And Drug Administration: FDA Uses IMS HEALTH's Comprehensive Market Research Services for Fuller Understanding of Drug Use and Patient Impact." Press release, March 14, 2001, IMS Health. Available at http://www.imshealth.com/ims/portal/front/articleC/0,2777,6599_3665_1003644,00.html

[7] IMS Health 2006 Annual Report. Available at: http://www.imshealth.com/vgn/images/portal/CIT_40000873/44/9/80649404IMS_2006_AR.pdf.

[8] *Ibid.*

[9] See Berndt et al. (2006, *op. cit.*), Hersh et al. (*op. cit.*), Stafford et al. (May 2003, *op. cit.*), Stafford et al. (April 2003, *op. cit.*), Stafford et al. (2001, *op. cit.*), Berndt et al. (2002, *op. cit.*). A very recent example is Botello L, 2007, "The effect of pharmaceutical advertisements on the price and sale of selective serotonin reuptake inhibitors (SSRIs)," Stanford University thesis in preparation for submission to peer reviewed publication available at: www.stanford.edu/dept/publicpolicy/programs/Honors_Theses/Theses_2007/Botello.pdf.

[10] Zell ER, LF McCaig, BA Kupronis et al, 2000, "A Comparison of the National Disease and Therapeutic Index and the National Ambulatory Medical Care Survey to Evaluate Antibiotic Usage," Presented at the Annual Meeting of the American Statistical Association (after acceptance by peer review committee) and available for download at http://www.amstat.org/sections/SRMS/proceedings/papers/2000_143.pdf.

and over time.[11] Taken together, NDTI's reliability and detail of reporting make it the industry standard for examining prescribing patterns over time.

## II. THERE IS NO EVIDENCE TO SUGGEST A LACK OF CLOSE CORRESPONDENCE BETWEEN NEURONTIN PRESCRIPTION MENTIONS IN NDTI DATA AND PRESCRIPTION FILLING OVERALL

Dr. Grabowski suggests that there may be poor correspondence between the writing of a Neurontin prescription, the filling of the prescription at a pharmacy, and the consumption of Neurontin at any point in time. There is no evidence in the peer reviewed literature that can address this concern as it relates specifically to Neurontin. However, a study on drug use in the United States published in 1984 in JAMA reports that the majority of new prescriptions written are filled at a pharmacy.[12] There is every reason to assume without evidence to the contrary that this close correspondence between prescription writing and filling would hold in Neurontin use overall and at any point in time.

Dr. Grabowski also suggests that there may be variation in the correspondence between prescription writing and filling - particularly for the off-label indications associated with Neurontin. There is no evidence to support this claim in the peer reviewed literature and Dr. Grabowski provides no references for this assertion.

Finally, the trend estimates of Neurontin use before and after the initiation of alleged fraudulent promotional activities are immune to this criticism. Even if there was a gap in the correspondence between Neurontin prescriptions and the filling of the prescription at the disease level at any point in time, there is every reason to believe that this gap is the same (or stable) over time within the particular indication.

---

[11] For a discussion of NDTI's strengths relative to the National Ambulatory Medical Care Survey (NAMCS) in this regard from the Centers for Disease Control's perspective, see for example, Zell, et. al. (*op. cit.*).

[12] Baum et al. (1984, *op. cit.*).

4

### III. IT IS STANDARD IN THE PEER REVIEWED ACADEMIC LITERATURE TO NOT REPORT MARGINS OF ERROR WHEN PRESENTING TRENDS IN NEURONTIN USE USING NDTI DATA

In both of our declarations in this case, Dr. Grabowski and I followed the same standard practice in the published peer reviewed literature by not reporting margins of error (confidence intervals) when presenting trends in Neurontin use using NDTI data. This practice is consistent with every peer reviewed academic publication using NDTI data to examine trends in prescription drug use cited above. I performed an extensive review of the peer reviewed economics, clinical and health policy literature and was unable to locate any publication that presented margins of error when using NDTI data to examine national trends in prescription drug use overall and by specific medication. Consistent with this standard practice, Dr. Grabowski also does not present margins of error in the figures included in his own expert report (see Grabowski Report, Exhibits 1A-1B and 2A-2G).

One rationale underlying this standard practice is that trends in time of off-label Neurontin use will not be substantially altered by the presentation of margins of error. The court requested evidence of the trend in off-label Neurontin use before and after the alleged fraudulent promotional activities. The calculation of confidence intervals is an estimation of the range of values of the true measure of Neurontin usage. The margin of error captures the statistical uncertainty of the observed usage of off-label Neurontin use in the U.S. population at a given point in time due to sampling error in the NDTI estimate procedure. The estimation of confidence intervals for these estimates will show that the true use of off-label Neurontin may be smaller or larger than the point estimate reported in any table. For example, in periods where I estimate the use of Neurontin to be small before alleged fraudulent promotional activities occurred, it is possible that the use trend of Neurontin for these off-label uses approaches zero. In periods where I estimate the use of Neurontin to be equal to zero before the alleged fraudulent promotional activities occurred, the estimate will remain zero after the calculation of the associated margin of error. Applying this logic to the exercise as a whole, the average trends in the off-label use of Neurontin will not be substantially affected by the presentation of margins of error even though the point estimates at any given point in time may be smaller or larger.

5

I declare under penalty of perjury that this Declaration is true and correct.


/s/ Rena Conti_____

Dr. Rena Conti
Executed March 28, 2008

6