UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION,

THIS DOCUMENT RELATES TO:

THE GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA v. PFIZER, INC., and

AETNA, INC. v. PFIZER, INC.

---

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DECLARATION OF ELANA KATCHER

Elana Katcher declares:

1. I am associated with the law firm Kaplan Fox & Kilsheimer, LLP, attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") in this action. I submit this declaration in support of Plaintiff Kaiser's Opposition to Defendant's Motion *in Limine* to Exclude the Testimony of Kay Dickersin, PhD.

2. Attached as Exhibit A is a true and correct copy of excerpts of the Expert Report of Shawn J. Bird, M.D.

3. Attached as Exhibit B is a true and correct copy of excerpts of the Exhibit B, Report of Gary J. Brenner, M.D., Ph.D.

4. Attached as Exhibit C is a true and correct copy of See Vedula, *et al.*, *Outcome Reporting in Industry-Sponsored Trials of Gabapentin for Off-Label Use*, 361:20 New England Journal of Medicine 1963 (2009).

-2-

5.  Attached hereto as Exhibit D is a true and correct copy of an excerpt of the Declaration and Expert Report of Dr. Elizabeth A. Field, PhD.

6.  Attached hereto as Exhibit E is a true and correct copy of a document marked Pfizer_MPierce_0000798-837, produced by Defendants in this litigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 22, 2010.

*E. Katcher* (signature)
Elana Katcher

## CERTIFICATE OF SERVICE

  I hereby certify that on January 22, 2010, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

       ATTORNEY FOR THE COORDINATED PLAINTIFFS


       /s/ Elana Katcher
       ELANA KATCHER