# Exhibit A



**UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM**

**Department of Neurology**

Shawn J. Bird, M.D.
Associate Professor

Director, Neurodiagnostic Laboratories

December 12, 2008

Expert Report of Shawn J. Bird, M.D.
RE: Gabapentin (Neurontin®) use in neuropathic pain and related forms of chronic pain

I have been asked to review the literature and summarize my clinical experience as an expert regarding the appropriateness of the use of gabapentin (Neurotin®) for neuropathic pain and related forms of chronic pain. In order to prepare this report, I reviewed an extensive literature. This included literature provided to me, as well as literature I had on-hand and that I obtained by my independent search of PubMed and Medline through our biomedical library at the University of Pennsylvania. In addition, I reviewed recent review articles (in press and on-line) and recent book chapters related to this topic. I was also asked to review expert reports by Dr. Thomas Perry and Dr. Nicolas Jewell. I was provided copies of numerous research reports produced by Parke-Davis Pharmaceutical Research and Pfizer.

Background

I am a neurologist at the University of Pennsylvania. My educational background includes two undergraduate degrees from Cornell University, a B.A. in Biology and a B.S. in electrical engineering. I subsequently received my M.D. in 1983 from the Johns Hopkins University School of Medicine. I completed my training in 1989 following a neurology residency and a fellowship in nerve and muscle diseases, a total of five years, at the University of Pennsylvania.

I have been on the full-time faculty at Penn since 1989 and hold the rank of Associate Professor of Neurology in the School of Medicine. I am director of the Neurodiagnostic Laboratories, as well as director of the Electromyography (EMG) Lab at Penn. I also am the program director for the clinical neurophysiology residency program. I hold board certification in Neurology with added qualifications in Clinical Neurophysiology. I have additional board certification in EMG by the American Board of Electrodiagnostic Medicine. My primary responsibilities at Penn include the practice of EMG studies and the evaluation of patients with nerve disorders, including those with neuropathic pain. As part of those clinical activities, I teach neurology residents and fellows. I have published over 50 articles and 20 chapters on neuromuscular diseases and clinical electromyography. I have

---

Shawn Bird, M.D.                         Page 6                          12/12/2008

There is extensive literature, too large to comprehensively review, that supports the use of gabapentin in other related pain states, including spinal cord injury (Tai, 2002; To, 2002; Putzke, 2002; Ahn, 2003; Levendoglu, 2004), post-operative pain (Turan, 2003; Turan, 2004; Pandey, 2004; Rorarius, 2004; Tuncer, 2005; Gilran, 2005; Menigaux, 2005), complex regional pain syndrome (reflex sympathetic dystrophy) (Mellick, 1997; van de Vusse, 2004; Teasdall, 2004), phantom limb pain (Nikolajsen, 2001; Bone, 2002; Mera, 2004; Manchikanti, 2004; Hanley, 2006), neuropathic cancer pain (Caraceni, 1999; Chandler, 2000; Foley, 2000; Devulder, 2001; Bosnjak, 2002; Caraceni, 2005) and in chronic non-cancer pain in general (Anesthesia Task Force on Chronic Pain, 1997; Epstein, 1998; Attal, 1998; Sater-Katzenschlager, 2003; Hainline, 2005; Toderov, 2005; Baker, 2005). This literature includes a number of placebo-controlled randomized clinical trials that demonstrate the effectiveness of gabapentin in these disorders. For example, Levendoglu and colleagues (2004) concluded that gabapentin is "a first line drug for the treatment of neuropathic pain in spinal cord injury". Their prospective, randomized double-blind, placebo-control clinical trial demonstrated that gabapentin significantly reduced all types of pain in the study patients with spinal cord injury, but also improved their quality of life. Several randomized clinical trials have demonstrated the benefit in post-operative pain. A RCT of 75 patients undergoing vaginal hysterectomy showed that gabapentin reduced the need for post-op pain treatment by 40% compared to placebo (Rorarius, 2004). Another placebo-controlled RCT demonstrated a similar beneficial effect of gabapentin in 45 patients undergoing major orthopedic surgery (Tuncer, 2005). In another study, fifty-six patients undergoing lumbar discectomy were randomized to pre-operative treatment with gabapentin or placebo. The gabapentin treated group had significantly lower post-operative pain (Pandey, 2004). Van de Vusse and co-workers (2004) reported on a placebo-controlled RCT of gabapentin in 58 patients with complex regional pain syndrome I, also called reflex sympathetic dystrophy, and found a significant benefit in the initial three week study period. Nineteen patients with post-amputation phantom limb pain were study studied in another placebo-controlled RCT. The gabapentin-treated patients had significantly lower pain scores after the 6 week study period, where the mean pain score was halved compared to placebo-treated patients (Bone, 2002).

Two thorough systematic reviews have recently critically examined all of the data on the use of gabapentin for neuropathic pain. The first, the Cochrane Database of Systematic Reviews considered the efficacy of gabapentin for neuropathic pain (Wiffen, 2005). The Cochrane database contains high-quality, independent evidence to inform healthcare decision-making. Cochrane reviews represent the highest level of evidence on which to base clinical treatment decisions. In this review of gabapentin for acute and chronic pain, fourteen randomized trails in chronic pain (1468 patients) were deemed high quality and were evaluated. The studies treated: post-herpetic neuralgia (two studies), diabetic neuropathy (seven studies), cancer-related neuropathic pain (one study), phantom limb pain (one study), Guillain-Barre syndrome (one study), spinal cord injury pain (one study) and various neuropathic pains (one study). The conclusion of this review was that gabapentin is effective in neuropathic pain.