# Exhibit B

# Report of Gary J. Brenner, M.D., Ph.D.

## *IN RE* NEURONTIN

I.  **Background**

My name is Gary J. Brenner. I am presently an attending physician on the staff of the Massachusetts General Hospital (MGH) Department of Anesthesia and Critical Care where I am the Program Director of the MGH Pain Medicine Fellowship. I also have an appointment at Harvard Medical School as an Assistant Professor. My responsibilities include clinical care, research, and teaching.

I have been asked to prepare a report focusing primarily on the efficacy and clinical utility of gabapentin for the treatment of persistent, pathological pain. In addition, I have been asked to render opinions on a variety of other issues included in the report below. I will start by providing an overview of my professional background and experience; also defined in my *curriculum vitae* (my *C.V.* is contained within the appendix to this document).

**Training**: In 1995 I was awarded both a medical (M.D.) and a doctoral (Ph.D.) degree from the University of Rochester School of Medicine and Dentistry. My doctoral work focused on mechanisms through which chronic stress can alter function of the immune system. I sought and obtained funding from both the Howard Hughes Medical Institute (Medical Student Research Award) and the National Institutes of Health (Individual M.D./Ph.D. National Service Research Award) to support this training in medicine and science. My Ph.D. work resulted in several publications in peer-review journals.

After graduate training, I entered residency. My intent was to obtain the training necessary to pursue a career in academic medicine focused on the understanding and treatment of pain. I completed a one-year internship in Internal Medicine in Rochester, NY followed by a residency in Anesthesiology at the Massachusetts General Hospital, Boston, MA. Finally I completed a fellowship in Pain Medicine, also at Massachusetts General Hospital. Following training I obtained board certification both in Anesthesiology and in Pain Medicine, and continue to be boarded in both medical specialties.

**Experience since joining the staff of Massachusetts General Hospital**: Immediately following completion of Pain Medicine training in 2000, I joined the staff of the Department of Anesthesia and Critical Care, Massachusetts General Hospital. I am presently an Assistant Professor of Anesthesia (Harvard Medical School) and my major activities involve patient care, medical education, and basic science research; the focus in each area is the understanding and treatment of pain.

1

many causes other than PHN; in 2000 gabapentin gained a license in the United Kingdom for the treatment of neuropathic pain generally [3]. In fact, gabapentin is approved for the treatment of neuropathic pain in more than 50 countries, including France, Germany, and Italy [4].

Due to the large number of studies of gabapentin and neuropathic pain, it would be extremely cumbersome to address the primary medical literature in its entirety. A common practice among clinicians is to rely on individuals or groups of individuals to analyze the literature as a whole, performing what is known as a meta-analysis. One of the most respected groups performing this type of analysis is the Cochrane Collaboration. In 2005 The Cochrane Collaboration published a report titled: "Gabapentin for acute and chronic pain (Review)" [5]. The overall conclusion was that "there is evidence to show that gabapentin is effective in neuropathic pain." This is significant as the report relies wholly on randomized clinical trials – universally considered the most reliable source of medical evidence.

In addition to the Cochrane review cited above, other meta-analyses have supported the efficacy of gabapentin for the control of neuropathic pain [6]; these meta-analyses are reflections of the collected data from the medical literature. Another important source of information to guide clinicians is consensus statements from respected medical organizations or groups of individuals. Two such statements on the treatment of neuropathic pain, one from a group of physicians predominantly from the United States [7] and one from the Canada Pain Society [8] have suggested that gabapentin be utilized as a "first line" agent for the treatment of neuropathic pain. These consensus recommendations come from review of the medical literature by individuals with expertise in pain treatment, many of whom are also considered thought-leaders in the field of pain medicine, and reflect the expertise and clinical experience of the group.

One question relates to the magnitude of gabapentin's efficacy for the treatment of pain. Stated differently, how well does gabapentin work for the control of neuropathic pain? One important metric of efficacy frequently utilized is "number needed to treat (NNT)." This refers to the number of individuals who would have to be treated with a given drug to achieve some particular desired effect. In the case of gabapentin and neuropathic pain, one might ask "how many patients would need to be treated with gabapentin to find one individual who experiences a 50% reduction in their pain"? In the meta-analysis published by the Cochrane Collaboration the NNT for gabapentin and neuropathic pain was in the range of 3 to 4 [5]; this represents good efficacy relative to other treatment options for neuropathic pain. Of note, the same meta-analysis found that in studies of gabapentin and neuropathic pain, there was no difference between those receiving gabapentin and those receiving placebo in the proportion of individuals who left the study due to adverse effects. This is a strong indication that gabapentin is generally well tolerated in this population of patients.

**Efficacy of gabapentin in the control of peri-operative pain:** This is another area of investigation in which a substantial number of studies have been published. Peri-operative pain represents a combination of nociceptive and inflammatory pain resulting