# Exhibit D

# In Re Neurontin Marketing and Sales Practices Litigation

## MDL No. 1629

## Declaration and Expert Report of Elizabeth A. Field, PhD

1. The Reckless study (945-224), a placebo-controlled multinational study in patients with painful diabetic peripheral neuropathy, was conducted to compare the safety and efficacy of three doses of Neurontin. A subset of patients entered a 4-month open-label extension.

2. Dickersin and Abramson suggest there was a delay in the publication of the results from the 945-224 study because it failed its primary endpoint. But the study did show efficacy of Neurontin in some of its secondary endpoints, including statistically significantly superior results favoring gabapentin 1200 mg/day with respect to response rates, a number of quality of life parameters, Clinician's Global Impression of Change (CGIC) scores, and favoring gabapentin 1200 mg/day and 2400 mg/day with respect to sleep interference scores.[RR 720-04130] And contrary to Dickersin's opinion that these results were suppressed, they were rapidly communicated to the study investigators.[Pfizer_LeslieTive_0020946] The results were then submitted to at least two highly-rated journals (*Diabetic Medicine* and *Diabetologia*) and rejected.[TiveDep,p.875]

3. In making these allegations, Dickersin and Abramson ignore the fact that it is ultimately a journal's decision whether to publish a manuscript and that a journal is less likely to publish studies with negative or mixed results. In my experience, journals make publication decisions based on the quality of the submitted manuscript and issues such as limited space and the interests of their readers.

4. The results were included as part of a review article of Neurontin dosing in neuropathic pain treatment.[Backonja/Glanzman] The outcomes were accurately reported and match the study report findings.

I.  The Nociceptive Pain Studies

1. The clinical development plan for CI-1032, a combination product of gabapentin with naproxen sodium[Pfizer_MPierce_0000704] and for CI-1035, a combination product of gabapentin with hydrocodone[Pfizer_MPierce_0000733] make it clear that Parke-Davis and Pfizer were investigating the possibility of new, combination drugs to treat nociceptive pain. Parke-Davis' primary goal listed in the Exploratory Clinical Development Plan for CI-1032 was to "[i]dentify a fixed dose combination which is either superior to commonly used doses of naproxen sodium and/or ibuprofen in specific models of acute pain OR equivalent to naproxen sodium and/or ibuprofen with a favorable adverse even profile as well as a favorable global patient evaluation." Likewise, the Gabapentin-hydrocodone Analgesia: Clinical Development Plan for Exploration and Registration (for CI-1035) indicates that the purpose of these studies was to focus "on the exploratory development of a combination of gabapentin and the opioid hydrocodone." In six completed clinical studies 1032-001, 1032-002, 1032-003, 1032-004, 1035-001, and 1035-002, the separate components were studied separately and combined to treat nociceptive pain.

These studies were intended to explore the possibility of developing a combination product.

2. Dickersin's allegations regarding the nociceptive pain studies are unjustified. Dickersin misleadingly implies that these studies were designed to test the efficacy of Neurontin, which was clearly not the case. Ultimately, development of these combination drugs was not pursued, thus explaining why the results were never formally published.

3. These exploratory results, using doses of gabapentin below those being used to treat real patients with epilepsy and with study designs not relevant or informative to the healthcare community, need not be published by the standards of good publication practice existent in 2000 nor even using today's standards. Such early work is often called hypothesis generating and is conducted to lead the way to potential further, larger studies. Those larger studies and that combination product were never pursued.

4. Furthermore, Dickersin mischaracterizes the nociceptive pain studies as negative studies, when, in fact, the studies showed some positive results regarding Neurontin. The results of the study on a combination of Neurontin and hydrocodone in patients with post-operative dental pain suggested that gabapentin actually potentiated the analgesic effects of hydrocodone.[RR720-04378,p.9,58] Similarly, the results of a study on a combination of Neurontin and naproxen sodium showed that gabapentin may potentiate the analgesic effects of naproxen sodium.[RR720-04455,p.49]

J. <u>Dr. Wessely's Study and Publication</u>

1. The Wessley study (879-200) was conducted from 1985 to 1988 by Goedecke AG, a Warner-Lambert subsidiary in Germany and Austria, using prophylactic doses of gabapentin 900 mg/day to prevent migraine.

2. The allegations by Dickersin that the reporting of the Wessely study demonstrated publication bias and biases of selective analyses and spin[Dickersin,p.24] are without merit. Very early Phase II hypothesis-generating studies conducted prior to product approval are often not published. Furthermore, this exploratory study of migraine efficacy was poorly designed: the baseline of pre-treatment headache frequency, against which the treatment frequency was to be compared, was collected by retrospective recollection at the first visit of the number of migraine attacks over the last 3 months instead of during a run-in period.[RR4301-00066,p.4] Nevertheless, preliminary data from the first 45 of 87 patients were published in 1987 as a brief report or abstract.[Wessely,Cephalalgia1987:7]

3. Contrary to Dickersin's allegations of reporting biases, Wessely did choose to report the primary outcome (the reduction in number of migraine attacks). According to Wessely's first sentence about results: "The frequency of migraine attacks was reduced from 6.5 to 4.1 per month in the Gabapentin-group and from 4.3 to 4.0 in the placebo group."[Wessely,Cephalalgia1987:7] That's reporting the primary outcome, and the primary endpoint was reported first.