UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER, INC., and | Magistrate Judge Leo T. Sorokin |
| AETNA, INC. v. PFIZER, INC. | |

## DECLARATION OF ELANA KATCHER

Elana Katcher declares:

1. I am associated with the law firm Kaplan Fox & Kilsheimer, LLP, attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") in this action. I submit this declaration in support of Plaintiff Kaiser's opposition to defendants' motions *in limine* to exclude all evidence of or reference to conduct unrelated to Neurontin.

2. Attached as Exhibit 1 is a true and correct copy of a Settlement Agreement among Pfizer Inc., the United States Department of Justice and certain other government agencies, dated August 2009.

3. Attached as Exhibit 2 is a true and correct copy of Attachment A to the Settlement Agreement, dated August 2009.

4. Attached as Exhibit 3 is a true and correct copy of Letter and Acknowledgement re. Pharmacia Plea Agreement, dated August 31, 2009)

-2-

5.      Attached as Exhibit 4 is a true and correct copy of Pharmacia Criminal Information, August 31, 2009.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 22, 2010.

_____<br>
Elana Katcher

## CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2010, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

      ATTORNEY FOR THE COORDINATED PLAINTIFFS

      /s/ Elana Katcher
      ELANA KATCHER