UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, <br><br> THIS DOCUMENT RELATES TO: <br><br> THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER, INC., and <br><br> AETNA, INC. v. PFIZER, INC. | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

## MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") respectfully submit this motion to file under seal certain documents filed in support of Plaintiff Kaiser's consolidated opposition to defendants' motions *in limine* to exclude the testimony of Meredith Rosenthal and Raymond S. Hartman.

Pursuant to the stipulated Protective Order entered in this case by the Court on January 10, 2005, "all documents and materials filed with the Court containing or reflecting the contents of Confidential Information shall be filed in sealed envelopes . . ." *See* Exhibit A, Stipulated Protective Order at Section 3(f).

Pursuant to that Order, Plaintiff Kaiser respectfully seeks leave to file the following document under seal:

1.  A screenshot from an excel spreadsheet from the working papers of Raymond S. Hartman, prepared in connection with his damages analysis in this action, which is annexed as

-2-

Exhibit A to the Declaration of Elana Katcher, dated January 22, 2010, and which contains Kaiser's confidential business information.

WHEREFORE, Plaintiff Kaiser respectfully requests it be permitted to file under seal the documents described above.

Respectfully Submitted,

| Dated: January 22, 2010 | For Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals: |
|---|---|
|  | /s/ Linda P. Nussbaum<br>KAPLAN FOX & KILSHEIMER LLP<br>Linda P. Nussbaum, Esq.<br>850 Third Avenue, 14th Floor<br>New York, New York 10022 |

-3-

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2010, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

                ATTORNEY FOR PLAINTIFFS KAISER FOUNDATION
                HEALTH PLAN, INC. AND KAISER FOUNDATION
                HOSPITALS

                /s/ Elana Katcher_____
                ELANA KATCHER