UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER, INC., and | Magistrate Judge Leo T. Sorokin |
| AETNA, INC. v. PFIZER, INC. | |

## DECLARATION OF ELANA KATCHER

Elana Katcher declares:

1. I am associated with the law firm Kaplan Fox & Kilsheimer, LLP, attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") in this action. I submit this declaration in support of Plaintiff Kaiser's consolidated opposition to defendants' motions *in limine* to exclude the testimony of Meredith Rosenthal and Raymond S. Hartman.

2. Attached as Exhibit A is a true and correct copy of a screenshot from an excel spreadsheet from the working papers of Raymond S. Hartman, prepared in connection with his damages analysis in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2010.

*E. Katcher*
Elana Katcher

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2010, I caused this document (except Exhibit B) to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System. Exhibit B was served on defendants via electronic mail.

ATTORNEY FOR THE COORDINATED PLAINTIFFS

/s/ Elana Katcher
ELANA KATCHER