UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

## DEFENDANTS' OPPOSITION TO KAISER'S MOTION TO FILE DOCUMENTS UNDER SEAL

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") submit this opposition to the motion by Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") to file under seal [2401] its Memorandum of Law in Opposition to Defendants Motion for Continued Deposition of Dr. Nicolas Wieder and Additional Relief.

On January 18, 2010, Pfizer filed its Motion for Continued Deposition of Dr. Nicolas Wieder and Additional Relief [2372]. Consistent with the Protective Order entered in this action, Pfizer filed its supporting memorandum [2370] and certain exhibits [2371] under seal. At the same time, Pfizer filed its Motion to Unseal Motion for Continued Deposition of Nicholas Wieder and Additional Relief [2373].

As stated in Pfizer's motion to unseal, the matters addressed in Pfizer's motion to continue Dr. Wieder's deposition do not raise any matters of a proprietary nature that can properly be designated confidential subject to the terms of this Court's protective order. The deposition testimony at issues concerns primarily two topics:

First, the deposition testimony that is the subject of Pfizer's motion concerns statements made by Kaiser on its website which are either publicly available or available to registered Kaiser members. The website pages do not reflect any information proprietary to Kaiser but instead discuss medicines available for the treatment of various conditions, including those at issue in this litigation.

Second, the deposition testimony concerns decisions by Kaiser's P&T Committee and other committees regarding formulary restrictions and guidelines for Neurontin. These matters have been placed at issue by Kaiser and this Court discussed them in detail in its January 8, 2010 summary judgment decision. *See In re Neurontin Marketing & Sales Practices Litig.*, ___ F. Supp. 2d ___, 2010 WL 53568, at *2-3 (D. Mass. Jan. 8, 2010). The Court quoted from two declarations submitted by Kaiser regarding decisions made by its P&T Committee, including one from Dr. Wieder. *Id.* at *3. The Court also referred to drug monographs on Neurontin prepared by Kaiser. *See id.* at *11.

Kaiser bears the burden of demonstrating a good faith basis for treating its opposition and supporting materials as confidential. (Am. Stipulated Protective Order [744] ¶ 8.) Kaiser has not yet responded to Pfizer's motion to unseal. However, knowing that Pfizer objected to the confidential designation of the matters at issue here, it has not even attempted to demonstrate that the materials sought to be sealed constitute trade secrets of other confidential research, development or commercial information. Where, as here, the confidentiality of such matters has been directly challenged by Pfizer, Kaiser was required to do more than nakedly assert that such matters contain "confidential business information" or that deposition testimony was previously filed under seal by Kaiser.

A review of Kaiser's memorandum of law or supporting material reveals no sensitive, proprietary information.

WHEREFORE, Defendants respectfully request that the Court deny Kaiser's motion to File Documents Under Seal.

Dated: January 24, 2010          Respectfully submitted,

                                                    SKADDEN, ARPS, SLATE, MEAGHER
                                                         &FLOM LLP

                                                By:   /s/ Mark S. Cheffo
                                                              Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:   /s/ Raoul D. Kennedy
       Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel: (415) 984-6400

       -and-

WHEELER TRIGG O'DONNELL LLP

By:   /s/ James E. Hooper
       James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel: (303) 244-1800

       -and-

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 24, 2010.

/s/ David B. Chaffin
David B. Chaffin

4