UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

### DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION FOR CONTINUED DEPOSITION OF NICHOLAS WIEDER AND ADDITIONAL RELIEF

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move for leave to supplement the record in support of their Emergency Motion for Continued Deposition of Nicholas Wieder and Additional Relief.

As set forth in the attached Declaration of Mark S. Cheffo, Pfizer's counsel has learned that the issue raised in Pfizer's motion – improper objections and instructions not to answer – was the subject of a prior dispute among the parties. Pfizer contemplated filing a motion at that time (in 2007) seeking an order directing Kaiser's counsel to refrain from making improper objections, but did not do so, based upon the agreement by Kaiser's counsel that they would conduct themselves in accordance with *Calzaturficio S.C.A.R.P.A. s.p.a., v. Fabiano Shoe Co.*, 201 F.R.D. 33 (D. Mass. 2001), one of the authorities cited in Pfizer's motion for relief. Pfizer seeks by this motion to supplement the record with the prior letter agreement of counsel.

On January 24, 2010, upon Pfizer's Boston counsel's recollection that there may have been such an agreement, Pfizer's counsel sought confirmation from counsel for Kaiser and received no response. The next day, counsel for Pfizer was able to confirm the existence of the agreement with Pfizer's former counsel.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to supplement the record with the Declaration of Mark S. Cheffo, attached as Exhibit 1.

Dated: January 25, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:     /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:     /s/ Raoul D. Kennedy
        Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel: (415) 984-6400

     -and-

WHEELER TRIGG O'DONNELL LLP

By:     /s/ James E. Hooper
        James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel: (303) 244-1800

     -and-

2

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 25, 2010.

/s/ David B. Chaffin
David B. Chaffin