**EXHIBIT M**



Kaplan Fox & Kilsheimer LLP
Attorneys at Law
850 Third Avenue
New York, NY  10022
phone  212.687.1980
fax  212.687.7714
email  mail@kaplanfox.com
www.kaplanfox.com

September 5, 2007

**<u>VIA EMAIL</u>**

Rajesh S. James
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

   **Re: In re Neurontin Marketing and Sales Practices Litigation, MDL
   No. 1629 (PBS)**

Dear Rajesh:

  As discussed this morning, we agree, going forward, that all attorneys defending and taking depositions should comply with the standard articulated by the court in *Calzaturficio S.C.A.R.P.A. s.p.a. v. Fabiano Shoe Co., Inc.*, 201 F.R.D. 33(D.Mass 2001).

     Very truly yours,

     Linda P. Nussbaum

LPN/rfk


