# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## DECLARATION OF THOMAS M. SOBOL IN SUPPORT OF KAISER'S SUR-REPLY TO DEFENDANTS' MOTION FOR CONTINUED DEPOSITION OF DR. NICOLAS WIEDER

I, Thomas M. Sobol, depose and state under oath as follows:

1. I, Thomas M. Sobol, am a member of the Bar of the Commonwealth of Massachusetts. I am the managing partner of the Boston office of Hagens Berman Sobol Shapiro LLP.

2. The deposition of Dr. Nicolas Wieder occurred on Tuesday, January 12, 2010. During that deposition I offered, both on and off the record, to discuss a stipulation as to the authenticity of certain URLs or portions of Kaiser's website.

3. On Wednesday, January 13, 2010 at 5:43 pm, Counsel for Pfizer, Mr. Mark Cheffo, contacted me via email about the Wieder deposition. Mr. Cheffo informed me that Pfizer intended to file a motion with Court regarding the Wieder deposition. Mr. Cheffo also stated "I also wanted to determine if Plaintiff will give us access to the

protected portions of the kaiser site that contain prescribing, treatment and prescription drug information for patients and doctors." He continued, "In terms of authentication, please provide any disease end-point or health state listed on the site (ie cancer pain, chronic low back pain, hot flashes, restless leg) where ntn, gaba, antiepileptics or TCAs are recommended or discussed."

4. On Thursday, January 14, 2010 at 8:42 am, I responded to Mr. Cheffo via email with the following: "I disagree, but if you wish we can have a meet and confer. If there are websites you wish to authenticate as on the web now, please provide the URLS. We don't have them because when you were doing the exhibits we didn't get copies of each of the exhibits, and I would want to make sure we have them all." I reiterated my willingness to have a meet and confer in additional emails of the same date. The parties agreed to discuss the matter at 11:00 am on Friday.

5. On Thursday, January 14, 2010 at 9:16 am, Mr. Cheffo responded to my willingness to authenticate via email. He stated, in part, "authenticating url's is just one small issue." "As to authenticating, it is your clients site. I want what I asked for yesterday since you know where aed's, tca's and gaba or ntn are listed. I don't have access to that info so telling me to give url's is silly. At the least I want monographs for aed's and cancer pain, low back pain, chronic pain, restless leg, hot flashes, tumor, fibro and all details when you type in gaba or ntn. A para with full access to the site should be able to do it in an hour or two."

6. On Friday, January 15, 2010 at approximately 12:00, the parties met and conferred. At that time, Mr. Cheffo raised a litany of issues, including claims of perjury, demands for confidentiality position, further document production, further depositions,

further deposition inquiry of Wieder and other matters. I advised Mr. Cheffo that I would communicate his requests for additional discovery to Kaiser promptly, and that I would get back to him promptly. Mr. Cheffo demanded answers by 12:00 noon on Monday, January 18, 2010 (a holiday).

7. On Sunday, January 17, 2010 at 11:16 am, I informed Mr. Cheffo by email that "The inquiry requires speaking with many people, many of whom are on the West coast, and many of whom are not working this weekend or on the holiday tomorrow. Nothing you have raised is either new or terribly urgent." The email continued, "In short, we are working on it and will get back to you soon."

8. On Monday January 18, 2010, despite my repeated requests for additional time, Defendants filed their motion.


SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS TWENTY-SIXTH DAY OF JANUARY, 2010.

_____
Thomas M. Sobol

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 26, 2010.

/s/ Elana Katcher
Elana Katcher