UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |

**DECLARATION OF KATHERINE ARMSTRONG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF DR. MICHAEL MCLEAN**

I, Katherine Armstrong, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of the December 12, 2008 Expert Report of Michael J. McLean.

3. Attached as Exhibit B is a true and correct copy of excerpts from the January 31, 2009 deposition of Brian K. Alldredge.

4. Attached as Exhibit C is a true and correct copy the August 11, 2008 Expert Report of Brian K. Alldredge (without appendixes)

5. Attached as Exhibit D is a true and correct copy of a January 31, 2009 letter from Edmund Polubinski III to Edward Notargiacomo.

Signed under the penalties of perjury this 26th day of January 2010.

/s/ Katherine Armstrong
Katherine Armstrong

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 26, 2010.

/s/ David B. Chaffin
David B. Chaffin