UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | |
| | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | |
| | Magistrate Judge Leo T. Sorokin |

**DECLARATION OF KATHERINE ARMSTRONG IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF DR. GARY BRENNER**

I, Katherine Armstrong, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of the December 15, 2008 Expert Report of Gary Brenner (with curriculum vitae).

3. Attached as Exhibit B is a true and correct copy of excerpts from the September 27, 2007 deposition of Bill H. McCarberg, M.D. (filed under seal).

4. Attached as Exhibit C is a true and correct copy of an article entitled "Healthwise and Kaiser Permanente Team Up to Help 8.5 Million Kaiser Permanente Members Make Better Health Decisions," appearing in Business Wire on February 24, 1999, available at www/thefreelibrary.com.

5. Attached as Exhibit D is a true and correct copy of a November 11, 2004 press release from Kaiser Permanente's on-line News Center, titled "Kaiser Permanente showcases online health programs during open enrollment period."

6. Attached as Exhibit E is a true and correct copy of a January 28, 2004 press release from Kaiser Permanente's on-line News Center, titled "Click to kaiserpermanente.org for

physician-approved health information."

7. Attached as Exhibit F is a true and correct copy of an article entitled "Healthwise helps you make better health decisions," publicly available on Kaiser's website.

8. Attached as Exhibit G is a true and correct copy of a February 1st, 2005 article titled "Antidepressants and antiepileptic drugs for chronic non-cancer pain", written by Morris Maizels and Bill McCarberg, 71 Am. Fam. Physician 483.

9. Attached as Exhibit H is a true and correct copy of the December 15, 2008 Expert Report of Robert D. Gibbons (with curriculum vitae).

10. Attached as Exhibit I is a true and correct copy of the 2010 Cochrane Collaboration report titled "Gabapentin for acute and chronic pain (Review)" by Wiffen PJ, McQuay HJ, Rees J, Moore RA..

11. Attached as Exhibit J is a true and correct copy of a January 31, 2009 letter from Edmund Polubinski III to Edward Notargiacomo.

Signed under the penalties of perjury this 26th day of January 2010.

/s/ Katherine Armstrong
Katherine Armstrong

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 26, 2010.

/s/ David B. Chaffin
David B. Chaffin