# EXHIBIT A

# Report of Gary J. Brenner, M.D., Ph.D.

## *IN RE* NEURONTIN

## I.     Background

My name is Gary J. Brenner. I am presently an attending physician on the staff of the Massachusetts General Hospital (MGH) Department of Anesthesia and Critical Care where I am the Program Director of the MGH Pain Medicine Fellowship. I also have an appointment at Harvard Medical School as an Assistant Professor. My responsibilities include clinical care, research, and teaching.

I have been asked to prepare a report focusing primarily on the efficacy and clinical utility of gabapentin for the treatment of persistent, pathological pain. In addition, I have been asked to render opinions on a variety of other issues included in the report below. I will start by providing an overview of my professional background and experience; also defined in my *curriculum vitae* (my *C.V.* is contained within the appendix to this document).

**Training**: In 1995 I was awarded both a medical (M.D.) and a doctoral (Ph.D.) degree from the University of Rochester School of Medicine and Dentistry. My doctoral work focused on mechanisms through which chronic stress can alter function of the immune system. I sought and obtained funding from both the Howard Hughes Medical Institute (Medical Student Research Award) and the National Institutes of Health (Individual M.D./Ph.D. National Service Research Award) to support this training in medicine and science. My Ph.D. work resulted in several publications in peer-review journals.

After graduate training, I entered residency. My intent was to obtain the training necessary to pursue a career in academic medicine focused on the understanding and treatment of pain. I completed a one-year internship in Internal Medicine in Rochester, NY followed by a residency in Anesthesiology at the Massachusetts General Hospital, Boston, MA. Finally I completed a fellowship in Pain Medicine, also at Massachusetts General Hospital. Following training I obtained board certification both in Anesthesiology and in Pain Medicine, and continue to be boarded in both medical specialties.

**Experience since joining the staff of Massachusetts General Hospital**: Immediately following completion of Pain Medicine training in 2000, I joined the staff of the Department of Anesthesia and Critical Care, Massachusetts General Hospital. I am presently an Assistant Professor of Anesthesia (Harvard Medical School) and my major activities involve patient care, medical education, and basic science research; the focus in each area is the understanding and treatment of pain.

Since joining the staff at MGH I have been treating patients with a variety of pain problems grossly grouped into chronic pain, cancer pain, and acute pain. I see patients both in the MGH Center for Pain Medicine outpatient clinic and as hospitalized inpatients at MGH. A variety of approaches are used to care for these pain patients including pharmacological management, interventional treatments, psychological counseling, occupational/physical therapy, etc.

Faculty positions at academic hospitals by their nature involve teaching. My major teaching involves medical residents (predominantly from the MGH department of anesthesiology and critical care) and fellows (predominantly those enrolled in the MGH Pain Medicine fellowship which I administer as Director). I also teach medical students from a variety of medical schools and lecture at Harvard Medical School. Since 2002 I have been the Director of the MGH Pain Medicine Fellowship. This is an ACGME-accredited program that trains 6 fellows per year. I also lecture both nationally and internationally on topics related to pain. Finally, I prepare questions for the national board examination in Pain Medicine.

I have conducted basic science research focused on the mechanisms of pain since my residency at MGH. This research has been funded by two awards from the National Institutes of Health, has been conducted in the laboratory of a truly world-renowned pain researcher (Clifford Woolf, M.D., Ph.D.), and has resulted in a variety of publications including peer-review articles in medical journals and chapters in medical texts.

The above activities have provided me with the experience necessary to develop broad expertise in the understanding and treatment of pain. My opinions presented in this report will be based on the following:

1. Review of the medical literature.
2. Consensus guidelines.
3. Opinions of other experts, including my immediate colleagues.
4. My own experience – clinical, scientific, and educational. The latter includes lectures I have given, my own continuing medical education, and learning from the colleagues with whom I've interacted through my academic work.

A list of the materials that I have reviewed in preparing this report is contained within the appendix to this report.


## II.    Efficacy of gabapentin for the treatment of persistent pain

There is a large body of medical evidence, derived from both animal and human studies, supporting the efficacy of gabapentin in the control of pain. The majority of the animal studies have investigated the underlying mechanism(s) of gabapentin's analgesic efficacy while the human studies have generally addressed the question of efficacy. The majority of human studies have focused on either neuropathic pain or peri-operative pain.

**Types of pain**: Some basic understanding of the types of pain is essential to approaching the question of efficacy of any analgesic. Current thinking categorizes pain into three major types [1,2]. They are:

1. Nociceptive pain;
2. Inflammatory pain; and
3. Neuropathic pain.

Nociceptive pain is the pain associated with a noxious stimulus; once the stimulus is resolved, the pain also dissipates. Examples of this type of pain are that associated with stubbing one's toe or getting too close to a source of high heat (such as a lit stovetop burner). Pain associated with dental procedures is commonly used as a model for testing the efficacy of drugs in controlling nociceptive pain.

Both inflammatory and neuropathic pain involve changes in the nervous system leading to **pain hypersensitivity** and **spontaneous pain**. Pain hypersensitivity comes in two forms. The first is **allodynia,** which is pain to stimuli – such as the light rubbing of a bed sheet – that would not normally cause pain. The second is **hyperalgesia,** which is an augmented response to stimuli that are normally painful. An example of this would be the pain associated with splashing hot water on an area of sun-burned skin. The water, which would be painful on normal skin, becomes much more painful on the burned skin. These are both forms of **evoked pain,** that is, pain caused by stimuli. With both inflammatory and neuropathic pain, clinically one also often finds **spontaneous pain**. This is pain that occurs in the absence of any stimulation. For example, an individual with sciatica will often experience shooting pain even while at rest, sitting quietly.

**Inflammatory pain**, as the name suggests, is associated with inflammation. This may be the result of an injury, since all healing necessarily activates inflammatory cascades, or may be due to a disease with an inflammatory component such as arthritis. **Neuropathic pain** is caused by damage to the nervous system. Some examples of neuropathic pain used for the study of medications in controlling this type of pain include post-herpetic neuralgia (PHN), painful diabetic peripheral neuralgia, and sciatica. One distinction between inflammatory pain and neuropathic pain is that with the former the augmentation of pain (hypersensitivity and spontaneous pain) will resolve, if the inflammation resolves. With neuropathic pain, however, the alteration in the nervous system and the associated augmented pain is, more often than not, permanent.

For a more complete discussion of types of pain and the mechanisms underlying each of these pain-types, please refer to the references cited at the beginning of this section

**Efficacy of gabapentin in the control of neuropathic pain**: There are a large number of studies addressing and supporting the utility of gabapentin in the control of a variety of types of neuropathic pain. In 2002, gabapentin was approved by the FDA for the treatment of pain due to PHN. As noted earlier, PHN is frequently used to typify neuropathic pain. The studies of gabapentin have also addressed neuropathic pain of

many causes other than PHN; in 2000 gabapentin gained a license in the United Kingdom for the treatment of neuropathic pain generally [3]. In fact, gabapentin is approved for the treatment of neuropathic pain in more than 50 countries, including France, Germany, and Italy [4].

Due to the large number of studies of gabapentin and neuropathic pain, it would be extremely cumbersome to address the primary medical literature in its entirety. A common practice among clinicians is to rely on individuals or groups of individuals to analyze the literature as a whole, performing what is known as a meta-analysis. One of the most respected groups performing this type of analysis is the Cochrane Collaboration. In 2005 The Cochrane Collaboration published a report titled: "Gabapentin for acute and chronic pain (Review)" [5]. The overall conclusion was that "there is evidence to show that gabapentin is effective in neuropathic pain." This is significant as the report relies wholly on randomized clinical trials – universally considered the most reliable source of medical evidence.

In addition to the Cochrane review cited above, other meta-analyses have supported the efficacy of gabapentin for the control of neuropathic pain [6]; these meta-analyses are reflections of the collected data from the medical literature. Another important source of information to guide clinicians is consensus statements from respected medical organizations or groups of individuals. Two such statements on the treatment of neuropathic pain, one from a group of physicians predominantly from the United States [7] and one from the Canada Pain Society [8] have suggested that gabapentin be utilized as a "first line" agent for the treatment of neuropathic pain. These consensus recommendations come from review of the medical literature by individuals with expertise in pain treatment, many of whom are also considered thought-leaders in the field of pain medicine, and reflect the expertise and clinical experience of the group.

One question relates to the magnitude of gabapentin's efficacy for the treatment of pain. Stated differently, how well does gabapentin work for the control of neuropathic pain? One important metric of efficacy frequently utilized is "number needed to treat (NNT)." This refers to the number of individuals who would have to be treated with a given drug to achieve some particular desired effect. In the case of gabapentin and neuropathic pain, one might ask "how many patients would need to be treated with gabapentin to find one individual who experiences a 50% reduction in their pain"? In the meta-analysis published by the Cochrane Collaboration the NNT for gabapentin and neuropathic pain was in the range of 3 to 4 [5]; this represents good efficacy relative to other treatment options for neuropathic pain. Of note, the same meta-analysis found that in studies of gabapentin and neuropathic pain, there was no difference between those receiving gabapentin and those receiving placebo in the proportion of individuals who left the study due to adverse effects. This is a strong indication that gabapentin is generally well tolerated in this population of patients.

**Efficacy of gabapentin in the control of peri-operative pain:** This is another area of investigation in which a substantial number of studies have been published. Peri-operative pain represents a combination of nociceptive and inflammatory pain resulting

4

from the fact that there is both tissue injury (the operation) and a subsequent response to the injury (healing), which includes inflammation. Thus, these studies assess the ability of gabapentin to help control pain due to multiple underlying mechanisms. Meta-analysis [9,10] and reviews [11,12] of the medical literature have found evidence for the efficacy of gabapentin in decreasing peri-operative pain. Studies of the efficacy of gabapentin for the control of peri-operative pain do not allow good separation of which type(s) of pain, nociceptive and/or inflammatory, gabapentin is affecting.

**In summary,** there is substantial evidence supporting the efficacy of gabapentin for the treatment of both neuropathic pain and peri-operative pain. This is not to suggest that all studies have shown efficacy; there are a variety of reasons why a particular study might fail to elucidate efficacy of a drug.

## III.    My clinical experience and perspective as a physician trained in pain medicine

**My use of gabapentin in the treatment of pain:** As a clinician with specific expertise in the treatment of pain (i.e., board certification in Pain Medicine), I am very cognizant of the limitations in the tools available for the treatment of my patients with pain. This limitation in our "tool-box" is due in part to an incomplete understanding of the physiology and pathophysiology of pain. Virtually all of the medications used to treat pain are either analgesics passed down from antiquity (e.g., opioids and their derivatives) or drugs that were developed for some other therapeutic purpose and then serendipitously found to help with pain. The anticonvulsants, a class of drugs commonly used to treat chronic pain, are an important example of the latter group. Carbamazepine (Tegretol) was discovered to be an effective treatment for trigeminal neuralgia – a form of neuropathic pain [13]. Gabapentin, one of the newer and safer anticonvulsants, has also been found to have efficacy in the treatment of pain.

I regularly utilize gabapentin in the treatment of patients with neuropathic pain, and with other more ambiguous forms of chronic pain; many of my patients have been helped by the medication. In this regard, I use gabapentin both for its FDA-indicated use (pain associated with post-herpetic neuralgia) and off-label (i.e., for neuropathic and chronic pain of a variety of other etiologies). Further, to the best of my knowledge, all of my colleagues similarly use gabapentin to treat patients with pain, both on- and off-label.

**Gabapentin safety, tolerability and adverse-effects:** I have treated a substantial number of chronic pain patients with gabapentin. Although I have had patients discontinue use of the medication due to side-effects – typically sedation – in the majority of treated individuals the medication is well-tolerated. Of note, there is a subset of patients treated with gabapentin in my practice who continue to take gabapentin *despite the side-effects that they experience*. To be explicit, these patients who do not withdraw from gabapentin therapy believe, as do I in such situations, that any detrimental effects are outweighed by benefit.

I believe gabapentin to be a safe and efficacious medication for the treatment of neuropathic pain; its safety and efficacy are even more apparent when viewed in light of some of the major alternatives for the treatment of this form of persistent pain. Gabapentin's safety is related to a variety of factors including but not necessarily limited to:

1. There is minimal metabolism of gabapentin; thus changes in liver function will not have a significant effect on the elimination of the drug from the body (one minor exception is a rare situation in which end-stage liver disease leads to significant impairment of renal function).

2. There are relatively few drug-drug interactions between gabapentin and other medications. This is in part due to the minimal hepatic metabolism of the medication by P450 enzyme systems.

3. In the absence of severely impaired kidney function, it is exceptionally unlikely (i.e., there are no reported cases to the best of my knowledge) that one could experience a fatal "overdose" of gabapentin, whether intentional or unintentional.

4. There is very limited abuse potential for gabapentin and virtually no risk of addiction (gabapentin is not classified as a controlled substance under the Controlled Substances Act). This is in marked contrast to opioid analgesics.

5. The majority of side-effects of gabapentin are relatively mild. The more serious side-effects (such as Stevens-Johnson syndrome) are very uncommon. This is in contrast to some of the alternative medications used for the treatment of chronic pain for which potential serious complications are substantially more common.

6. The safety profile of gabapentin is substantially better than that of many of the alternatives used in the treatment of chronic pain, including some of the other anticonvulsants, tricyclic antidepressants, and opioids (methadone, in particular).

**Off-label use of medications for the treatment of pain**: The lawful ability of physicians to use medications off-label is critical for the optimal care of patients. This is particularly true in the realm of pain management due to the fact that the therapeutic tools are relatively limited and some of the most important pharmacologic options have significant limitations (e.g., tricyclic antidepressants and opioids). When presented with a patient suffering with pain, acute and/or chronic, it is not acceptable to tell them that because there are no perfect options for the treatment of their pain, no treatment will be undertaken. In many patients with pain the underlying etiology and mechanism(s) of the pain is obscure. In such situations it would be similarly cruel and absurd to tell a patient that we (the patient's treating physician) will not even attempt to treat their pain since it may be difficult to predict which therapeutic strategy will provide good relief.

There are guidelines, for example those issued by insurers, that require a trial of gabapentin prior to allowing reimbursement for another more expensive agent, for example pregabalin. Of interest, this includes indications that are off-label for gabapentin

but labeled for the alternative agent. Two such examples are MassHealth's requirement of a failed trial of gabapentin prior to authorization for pregabalin for treatment of (1) painful diabetic neuropathy or (2) fibromyalgia [14]. For both of these chronic pain conditions, pregabalin carries an FDA indication while gabapentin does not.

**Medical decision-making in treating patients with chronic pain:** The decision to start or continue a medication for pain treatment (or any medical therapy for that matter) is based on a variety of factors. These include, but are not necessarily limited to:

1. The nature of a patient's pain complaint, including their pain-treatment history;
2. The patient's medical co-morbidities;
3. The patient's current medications;
4. The likelihood that a patient will use a medication as prescribed (i.e., compliance), particularly for medications that have significant risks associated with use other than as prescribed (e.g., the TCA's) or have a significant potential for diversion and abuse (e.g., the opioids); and
5. Other patient factors such as social history including any history of addiction, financial status, work-related issues, etc.

All of the above factors are considered in light of the balance between the likely effectiveness and the potential adverse effects of a medication. It should also be mentioned that it is impossible to predict which single medication, or combination of medications, will have efficacy for an individual patient. This is particularly true of chronic pain management -- an area of medicine in which the options are relatively limited. Thus, it is often necessary to 'trial' multiple medications before an efficacious regimen of medications with an acceptable risk-benefit profile is found. The fact that more than one medication is regularly required to optimally treat a patient's pain adds to the complexity of treating this patient population.

**Comment on Class and Coordinated Plaintiffs' responses to defendants' interrogatory number 2 related to allegedly cheaper and more optimal alternatives to gabapentin:** I have been asked to comment on Class and Coordinated Plaintiffs' responses to interrogatory no. 2 as related to neuropathic pain. I will start by separately listing the agents presented by Class and Coordinated Plaintiffs as supposedly cheaper and more optimal for the treatment of neuropathic pain.

1. Coordinated plaintiffs: Kaiser Foundation Healthplan, Inc, Guardian Life Insurance, and Aetna, Inc.

These plaintiffs refer to and apparently adopt the positions of Mirta Millares as put forth in her declarations of 11/06/2008 and 12/05/2008. Ms. Millares holds a PharmD degree and is employed by Kaiser Foundation Health Plan, Inc as manager for drug information

services and pharmacy outcomes research.  In the declarations she opines that there are a variety of medications available for the treatment of bipolar disorder, migraine, and neuropathic pain that are cheaper and more optimal than gabapentin.  The medications listed related to the treatment of neuropathic pain can be separated into two groups:

     a. Tricyclic antidepressants-
         amitriptyline hydrochloride
         desipramine hydrochloride
         nortriptyline hydrochloride
     b. Capsaicin

Ms. Millares also has opined in one of her declarations (11/06/2008) regarding non-prescription medications that are purportedly cheaper and more optimal than gabapentin for the treatment of neuropathic pain.  In this group she includes:

     a.  Aspirin
     b.  Naproxyn


2.  Class Plaintiffs: ASEA, Louisiana Health Service Indemnity Company, and Harden Manufacturing Corporation

Similar to the Millares declarations referred to above, the Class Plaintiffs present a list of agents, both prescription and non-prescription, that they contend are cheaper and more efficacious for the treatment of neuropathic pain, nociceptive pain, bipolar and other mood disorders, and headache (see exhibit A of ASEA's responses to the interrogatories). I have simplified the list related to neuropathic pain by grouping the medications by class.  They are not presented in any particular order; in a few cases I have listed common trade names to aid with identification of the medications.

     a.  Tricyclic antidepressants (TCA): amitriptyline, desipramine, nortriptyline
     b.  Anti-epileptic agents (AED): carbamazepine (Tegretol)
     c.  Serotonin-norepinephrine re-uptake inhibitors (SNRI): duloxetine (Cymbalta)
     d.  Non-steroidal anti-inflammatory drugs (NSAID): aspirin*, diclofenac*, ibuprofen*, naproxen*, celecoxib (Celebrex)
     e.  Opioids: anileridine** (Leritine – Canada), codeine, fentanyl (transcutaneous), hydrocodone, hydromorphone IR and SR, levorphanol, meperidine, methadone, morphine IR and SR, oxycodone IR and SR, oxymorphone, propoxyphene
     f.  Opioid agonist-antagonists: butorphanol tartrate, pentazocine (Talwin)
     g.  Combination agents that include an opioid:
         i.  codeine with acetaminophen, aspirin, or methocarbamol
         ii.  hydrocodone with acetaminophen, or aspirin
         iii.  oxycodone with  acetaminophen or aspirin
     h.  Topical agents: capsaicin*, Lidoderm

     i.   Acetaminophen\*

     j.   Tramadol – mixed mechanism of action including mu-agonism (opioid) and norepinephrine re-uptake inhibition

\* medications available over-the-counter in non-prescription formulations
\*\* anileridine is not available in the United States

There is little reasoning presented to support either list of agents; moreover, the significant disparity between the two lists is highly suggestive that the generation of these lists was not based on any rational criteria or evaluation of the medical evidence.

There are a variety of problems with the plaintiffs' contentions; I will detail these below.

1.   Regarding the **non-steroidal anti-inflammatory drugs (NSAID's)** and **acetaminophen**, there is no meaningful evidence supporting them as *first-line* agents for the treatment of neuropathic pain, and therefore, there is no basis upon which to suggest that they are more optimal than gabapentin.  At best, they may have very limited utility as adjunctive agents in the treatment of neuropathic pain, though there is little evidence to support even this use.

2.   There is evidence for the efficacy of **tramadol** in the treatment of neuropathic pain [15].  However, I know of no studies directly comparing tramadol with gabapentin for the treatment of neuropathic pain, nor do I know of other substantive evidence that tramadol is globally more optimal than gabapentin for the treatment of neuropathic pain.  Due to the norepinephrine re-uptake inhibition (a primary mechanism of action of tramadol), its concomitant use with TCAs or SNRIs is problematic due to the potential to cause serotonin syndrome.  This is an issue given that multiple concurrent medications (e.g., "polypharmacy") are often required to treat neuropathic pain.  Gabapentin does not suffer from this limitation.

3.   Regarding the **opioids** and other medications whose mechanism of action includes an opioid-effect (i.e., mu agonism), there are substantial issues related to their use for the management of chronic non-malignant pain [16].  These potential problems include significant adverse effects, the development of tolerance, the potential for addiction, the potential for diversion and other forms of misuse of the medication, and potential long-term toxicities of opioids such as alterations in hormonal, neuronal and immune function.  Further, there is a body of evidence suggesting that treatment of persistent pain with opioids can intensify the pain [17].  Although there is evidence for efficacy, the use of opioids for the treatment of neuropathic pain is controversial [18] and as a class they should not be considered more optimal than gabapentin.  Notably, in two recent consensus statements focused on the pharmacological management of neuropathic pain gabapentin is presented as a first line treatment for neuropathic pain while opioids are considered either a second- [7] or third-line [8] therapy.

4.    The topical agents, **capsaicin** and **Lidoderm**, while having some utility in the treatment of neuropathic pain, have limitations associated with both mechanism of action (causing them to have efficacy for only a subset of patients with neuropathic pain), and with regard to route of exposure (the area of exposure cannot be extensive). Thus, only a subset of patients will benefit from these medications and it is misleading to imply that in any general sense they are 'more optimal' than gabapentin for the treatment of neuropathic pain. Further, they are rarely if ever effective as a sole-agent for the treatment of neuropathic pain.

5.    While **tricyclic antidepressants** have established efficacy in the treatment of neuropathic pain, their use is associated with significant side-effects and they carry a relative or an absolute contraindication to use in a significant population of individuals (see below). This limits their global utility in the treatment of neuropathic pain.

6.    In the class of **anti-epileptic drugs**, gabapentin is among the safest agents. Carbamazepine, which is cited by plaintiffs as being more optimal than gabapentin, is associated with potentially life-threatening adverse effects (including aplastic anemia, agranulocytosis, and toxic epidermal necrolysis). Furthermore, during treatment carbamazepine blood levels must be monitored as toxicity (causing cardiac, respiratory, and neurological effects) can develop. Finally, I know of no substantive evidence that carbamazepine is more efficacious than gabapentin in the treatment of neuropathic pain. Given these factors, it is doubtful that carbamazepine can be considered more optimal than gabapentin.

There is also an inherent issue with the plaintiffs' claims regarding cheaper and more optimal medications for the treatment of neuropathic pain. As far as I can ascertain, the Coordinated and Class Plaintiffs contend that either (1) for any patient with neuropathic pain at least one of the medications in each of their respective lists is more optimal (that is has a preferable risk-benefit profile) than gabapentin, or (2) for any given patient with neuropathic pain each medication on their respective lists is cheaper and more optimal than gabapentin. No rational basis is presented in support of either of these contentions.

**The Coordinated Plaintiffs' list** of agents contended to be cheaper and more optimal than gabapentin for the treatment of neuropathic pain is particularly problematic; it is difficult to understand how the rather limited group of medications, alone or in combination, could be more optimal than gabapentin for *all* patients with neuropathic pain. As shown above, the medications that they identify as more optimal for neuropathic pain consist of three tricyclic antidepressants (TCAs), one topical agent (capsaicin), and two non-steroidal anti-inflammatory drugs (NSAIDs). As discussed elsewhere in this document, the utility of the **TCAs** is limited by their side effects (they are generally considered less well tolerated than gabapentin). In addition there is a significant group of patients for whom their use will be either relatively or absolutely contra-indicated due to patient age, medical co-morbidities (such as certain types of cardiac disease), or concomitant use of other medications that could interact with a TCA.

The utility of **capsaicin** for the treatment of neuropathic pain is limited to an even smaller group of patients with neuropathic pain. Estimates of efficacy are generally low and its use is associated with a significant rate of side-effects. In addition, the utility of capsaicin is probably limited to those neuropathic pain conditions that have a significant component of pain due to injury to the peripheral somatic nervous system with pain hypersensitivity of the skin (such as the painful peripheral neuropathies) – many forms of neuropathic pain do not include this mechanism or manifestation. I have not seen any discussion of neuropathic pain that recommends capsaicin as a first-line treatment or use as a sole-agent. Finally, as mentioned previously there is at most a very limited role for **NSAIDs** in the treatment of neuropathic pain.

Although the Class Plaintiffs' list is longer than the Coordinated Plaintiffs', many of the criticisms discussed above are applicable to the **Class Plaintiffs'** contention that the listed drugs are cheaper and more optimal than gabapentin for the treatment of neuropathic pain.

As discussed previously in this report, there is substantial data supporting the efficacy of gabapentin in the treatment of neuropathic pain, and multiple experts (including in consensus statements) include gabapentin as a first-line agent for the treatment of neuropathic pain. Thus, for the population of individual patients suffering with neuropathic pain it would be expected that a significant proportion rely on gabapentin as an important therapeutic option either individually or in combination with other medications and/or therapeutic strategies.

## IV.    Response to report of Thomas L. Perry

I have reviewed the report of Dr. Thomas Perry and have concluded that it reflects several fundamental misunderstandings about pain. Additionally, although his report concedes that the medical evidence supports the efficacy of gabapentin for the treatment of neuropathic pain, I reject its conclusion that despite these data gabapentin has no clinical utility for treating neuropathic pain ("Neurontin is not an effective drug for the treatment of neuropathic pain." – Perry page 1).

**Efficacy of gabapentin:** Even Dr. Perry's analysis of the medical evidence supports the conclusion that gabapentin has efficacy in the treatment of neuropathic pain. In his own analysis of the "published and unpublished studies of gabapentin for chronic pain" Dr. Perry concludes that the NNT ("number needed to treat") for a $\geq$ 50% reduction in pain is 8, and NNT for "moderate or much improvement" is 6 (see Perry page 35), thus supporting the contention found in most of the medical literature that gabapentin has efficacy for the treatment of neuropathic pain. Despite these data, Dr. Perry also writes that a $\geq$ 50% reduction in pain "has no known meaning in real life" (Perry page 35). I disagree; although such measures of pain reduction cannot necessarily be extrapolated to improved function, it is my opinion that this degree of pain relief is very meaningful to the patients who experience it.

**Dr. Perry's blurring of the distinction between different types of pain (e.g., nociceptive, inflammatory, neuropathic):** It is incorrect, as suggested in Dr. Perry's report, to contend that the distinction between acute nociceptive pain, chronic neuropathic pain, and end-of-life pain (as can be associated with terminal cancer) is "arbitrary." In the report he writes:

> The distinction between "somatic" or "visceral" versus "neuropathic" pain is rather arbitrary, since all pain is ultimately experienced by or through neurons in the brain. (Perry, page 14.)

This reflects an essential misunderstanding of the current knowledge (clinical and basic-science derived) of pain. It has been appreciated for quite some time that different types of pain utilize different anatomic pathways and underlying mechanisms, and that only through the best possible understanding of the physiology and pathophysiology of the various types of pain can therapies be applied in a rational manner. Dr. Perry's statement further demonstrates confusion about core concepts related to the pain system – while one can distinguish between the somatic (referring to the skin) and visceral (referring to the viscera - the internal organs) sensory systems, it makes no sense to compare "somatic or visceral" pain to "neuropathic." Somatic and visceral do not refer to *types* of pain as does neuropathic; the idiom "comparing apples to oranges" can be applied appropriately here. In fact, it is possible to have neuropathic pain of either the somatic or visceral sensory systems. It is necessary to understand the core principles of the pain system in order to opine on the pharmacological manipulation of the system.

**Alternatives to gabapentin for the treatment of neuropathic pain as presented in Dr. Perry's report:** As discussed above, the alternatives to gabapentin for the treatment of neuropathic pain discussed in Dr. Perry's report – e.g., opioids and tricyclic antidepressants (TCAs) – each have important limitations associated with their use. Although TCAs are reasonable first line agents for the treatment of neuropathic pain, the side effects and contraindications (relative and absolute) associated with their use limits the individuals who can benefit from this drug class. The use of opioids for the treatment of neuropathic pain is controversial for reasons discussed elsewhere in this report.

**Tricyclic antidepressants and gabapentin:** As discussed previously in this report, the tricyclic antidepressants have proven efficacy for the treatment of neuropathic pain; however, they have side-effects and potential toxicity (largely cardiovascular) that limits their utility in a variety of patient populations. Because there have been relatively few studies that have directly compared gabapentin with a TCA, it is impossible to conclude that the TCAs are globally more optimal than gabapentin for the treatment of neuropathic pain. The few studies of neuropathic pain that have addressed this question, for example in diabetic peripheral neuropathy [19] and in spinal cord injury [20], have failed to demonstrate a difference in efficacy between gabapentin and a TCA. In a randomized trial of treatment of pain due to post-herpetic neuralgia, gabapentin was found to be equally efficacious and better tolerated than nortriptyline [21]. In an open-label study that compared gabapentin to amitriptyline for the treatment of painful diabetic peripheral

neuropathy, the results indicated that gabapentin was more effective and better tolerated than amitriptyline [22]. Thus, we are left with data supporting the efficacy of both gabapentin and TCAs in the treatment of neuropathic pain. Both have utility and can be considered 'first line' drugs for the treatment of neuropathic pain, and in fact, are often used in combination.

A salient point related to this discussion is that therapeutic regimens must be tailored to each individual patient, and it is impossible to know *a priori* which drug or combination of drugs will be most efficacious for a particular person. Both gabapentin and the TCAs – alone or in combination – are important for the treatment of patients with neuropathic pain.

**Opioids and gabapentin**: Dr. Perry states on page 20 of his report that "the most appropriate comparator drug class for clinical trials in significant pain is almost certainly the opioid class." He notes the "remarkable efficacy [of opioids] for moderate to severe pain" and their "safety" (Perry, page 20). Dr. Perry downplays the potential adverse effects of opioids both to individual patients and to society. On page 18 he writes:

> Fortunately for Americans, the attitudes of the medical establishment and the U.S. Government have mellowed from the era of near paranoia over the potential for drug dependency, diversion of opioids to non-medical uses, or "addiction."

As discussed previously, the use of opioids for the treatment of chronic non-malignant pain is controversial for a variety of reasons. There are concerns regarding:

> 1. diminishing efficacy due to tolerance and even exacerbation of pain due to opioid-induced hyperalgesia with long-term use;
> 2. potential toxicities with long-term use such as those to the immune, endocrine, and nervous systems; and
> 3. cost to individuals and society associated with misuse.

So while there is evidence from relatively short-term studies for the efficacy of opioids for the treatment of neuropathic pain [18,23] and the opioids do have some role in the treatment of at least some forms of neuropathic pain (such as post-herpetic neuralgia), the abuse of (including diversion) and addiction to opioids is a tremendous problem in the United States [24-28] and must be factored into decisions regarding their use. For this and other stated reasons, the current evidence does not support the contention that the opioids are the most appropriate comparator for the evaluation of the efficacy of gabapentin in the treatment of neuropathic pain as contended by Dr. Perry.

## V.      Conclusions

Gabapentin has established efficacy for use in patients with a variety of pain complaints as discussed above. In my clinical experience gabapentin is generally well-tolerated, and this is supported by the medical literature. The utility of gabapentin for the treatment of pain must be viewed in light of the relatively limited alternatives. In the relatively limited armamentarium available for the management of neuropathic pain gabapentin is an essential therapeutic option.

I reserve the right to amend and/or supplement these opinions on the basis of additional, new or changed information, including that related to expert opinions.

Gary J. Brenner, M.D., Ph.D.                              Date: 15 December 2008

## REFERENCES (sections I-VI)

[1]     Brenner GJ, Woolf CJ. Mechanisms of Chronic Pain. In: Longnecker DE, Brown DL, Newman MF, Zapol WZ, editors. Anesthesiology. New York: McGraw Hill, 2008. pp. 2000-19.

[2]     Scholz J, Woolf CJ. Can we conquer pain? Nat Neurosci 2002;5 Suppl:1062-7.

[3]     Bennett MI, Simpson KH. Gabapentin in the treatment of neuropathic pain. Palliat Med 2004;18 (1):5-11.

[4]     Holst M, Guiuseppo AC. Periodic safety update report for gabapentin (CI-0945) 01 February 2000 to 31 July 2000. Ann Arbor, MI: Parke-Davis Pharmaceutical Research, Warner-Lambert Company, 2000.

[5]     Wiffen PJ, McQuay HJ, Edwards JE, Moore RA. Gabapentin for acute and chronic pain. Cochrane Database Syst Rev 2005 (3):CD005452.

[6]     Mellegers MA, Furlan AD, Mailis A. Gabapentin for neuropathic pain: systematic review of controlled and uncontrolled literature. Clin J Pain 2001;17 (4):284-95.

[7]     Dworkin RH, O'Connor AB, Backonja M, Farrar JT, Finnerup NB, Jensen TS, Kalso EA, Loeser JD, Miaskowski C, Nurmikko TJ, Portenoy RK, Rice AS, Stacey BR, Treede RD, Turk DC, Wallace MS. Pharmacologic management of neuropathic pain: evidence-based recommendations. Pain 2007;132 (3):237-51.

[8]     Moulin DE, Clark AJ, Gilron I, Ware MA, Watson CP, Sessle BJ, Coderre T, Morley-Forster PK, Stinson J, Boulanger A, Peng P, Finley GA, Taenzer P,

Squire P, Dion D, Cholkan A, Gilani A, Gordon A, Henry J, Jovey R, Lynch M, Mailis-Gagnon A, Panju A, Rollman GB, Velly A. Pharmacological management of chronic neuropathic pain - consensus statement and guidelines from the Canadian Pain Society. Pain Res Manag 2007;12 (1):13-21.

[9]   McQuay HJ, Poon KH, Derry S, Moore RA. Acute pain: combination treatments and how we measure their efficacy. Br J Anaesth 2008;101 (1):69-76.

[10]  Tiippana EM, Hamunen K, Kontinen VK, Kalso E. Do surgical patients benefit from perioperative gabapentin/pregabalin? A systematic review of efficacy and safety. Anesth Analg 2007;104 (6):1545-56, table of contents.

[11]  Gilron I. Gabapentin and pregabalin for chronic neuropathic and early postsurgical pain: current evidence and future directions. Curr Opin Anaesthesiol 2007;20 (5):456-72.

[12]  Hurley RW, Cohen SP, Williams KA, Rowlingson AJ, Wu CL. The analgesic effects of perioperative gabapentin on postoperative pain: a meta-analysis. Reg Anesth Pain Med 2006;31 (3):237-47.

[13]  Gronseth G, Cruccu G, Alksne J, Argoff C, Brainin M, Burchiel K, Nurmikko T, Zakrzewska JM. Practice parameter: the diagnostic evaluation and treatment of trigeminal neuralgia (an evidence-based review): report of the Quality Standards Subcommittee of the American Academy of Neurology and the European Federation of Neurological Societies. Neurology 2008;71 (15):1183-90.

[14]  The MassHealth Drug List. Commonwalth of Massachusetts, Executive office of Health and Human Services, MassHealth, 2008.

[15]  Hollingshead J, Duhmke RM, Cornblath DR. Tramadol for neuropathic pain. Cochrane Database Syst Rev 2006;3:CD003726.

[16]  Ballantyne JC, Mao J. Opioid therapy for chronic pain. N Engl J Med 2003;349 (20):1943-53.

[17]  Chu LF, Angst MS, Clark D. Opioid-induced hyperalgesia in humans: molecular mechanisms and clinical considerations. Clin J Pain 2008;24 (6):479-96.

[18]  Eisenberg E, McNicol E, Carr DB. Opioids for neuropathic pain. Cochrane Database Syst Rev 2006;3:CD006146.

[19]  Morello CM, Leckband SG, Stoner CP, Moorhouse DF, Sahagian GA. Randomized double-blind study comparing the efficacy of gabapentin with amitriptyline on diabetic peripheral neuropathy pain. Arch Intern Med 1999;159 (16):1931-7.

[20]  Rintala DH, Holmes SA, Courtade D, Fiess RN, Tastard LV, Loubser PG. Comparison of the effectiveness of amitriptyline and gabapentin on chronic neuropathic pain in persons with spinal cord injury. Arch Phys Med Rehabil 2007;88 (12):1547-60.

[21]  Chandra K, Shafiq N, Pandhi P, Gupta S, Malhotra S. Gabapentin versus nortriptyline in post-herpetic neuralgia patients: a randomized, double-blind clinical trial--the GONIP Trial. Int J Clin Pharmacol Ther 2006;44 (8):358-63.

[22]  Dallocchio C, Buffa C, Mazzarello P, Chiroli S. Gabapentin vs. amitriptyline in painful diabetic neuropathy: an open-label pilot study. J Pain Symptom Manage 2000;20 (4):280-5.

[23]     Eisenberg E, McNicol ED, Carr DB. Efficacy and safety of opioid agonists in the
treatment of neuropathic pain of nonmalignant origin: systematic review and
meta-analysis of randomized controlled trials. Jama 2005;293 (24):3043-52.

[24]     Cicero TJ, Inciardi JA, Munoz A. Trends in abuse of Oxycontin and other opioid
analgesics in the United States: 2002-2004. J Pain 2005;6 (10):662-72.

[25]     Manchikanti L. Prescription drug abuse: what is being done to address this new
drug epidemic? Testimony before the Subcommittee on Criminal Justice, Drug
Policy and Human Resources. Pain Physician 2006;9 (4):287-321.

[26]     Manchikanti L. National drug control policy and prescription drug abuse: facts
and fallacies. Pain Physician 2007;10 (3):399-424.

[27]     Manchikanti L, Singh A. Therapeutic opioids: a ten-year perspective on the
complexities and complications of the escalating use, abuse, and nonmedical use
of opioids. Pain Physician 2008;11 (2 Suppl):S63-88.

[28]     Bailey JE, Campagna E, Dart RC. The Underrecognized Toll of Prescription
Opioid Abuse on Young Children. Ann Emerg Med 2008.

**VII.   Gary J. Brenner *curriculum vitae* (pages 23 – 35)**

## *CURRICULUM VITAE*

**I. General Information**

**Date Prepared:** November 1, 2008

**Name:** Gary Jay Brenner, M.D., Ph.D.

**Office Address:**   Department of Anesthesia and Critical Care, Clinics 309
Massachusetts General Hospital
55 Fruit street
Boston, MA 02114-2698

**Home Address:**   Redacted

**E.mail:** gjbrenner@partners.org      **FAX:** 617 724 3632

**Place of Birth:** Newark, New Jersey

**Education:**

| | | |
|---|---|---|
| August 1982 – May 1986 | B.A. | Wesleyan University, Middletown, CT |
| August 1987 – June 1995 | M.D.,Ph.D. | University of Rochester, Rochester, NY |

**Postdoctoral Training:**

| | | |
|---|---|---|
| July 1995 – June 1996 | Intern | Internal Medicine |
| | | Highland Hospital, Rochester, NY |
| Sept. 1996 – August 1999 | Resident | Anesthesia and Critical Care, |
| | | Massachusetts General Hospital, Boston, MA |
| Sept. 1999 – August 2000 | Fellow | Pain Medicine |
| | | Massachusetts General Hospital, Boston, MA |

**Licensure and Certification:**

| | |
|---|---|
| 1995 - 1996 | Limited New York Licensure |
| 1996 - 1999 | Limited Massachusetts Licensure |
| 1999 - current | Full Massachusetts Licensure |
| 2000 - current | Board Certification in Anesthesiology (ABA) |
| 2002 - current | Board Certification in Pain Medicine (ABA) |

**Academic Appointments:**

| | | |
|---|---|---|
| 1996 - 2000 | Clinical Fellow | Massachusetts General Hospital, Boston |

| 2000 – current | Assistant in Anesthesia | Massachusetts General Hospital, Boston |
| 2000 – 2005 | Instructor in Anesthesia | Harvard Medical School, Boston, MA |
| 2005 – current | Assistant Professor | Harvard Medical School, Boston, MA |

## Hospital or Affiliated Institution Appointments:

| 1996 - 1999 | Clinical Fellow, Anesthesia | Massachusetts General Hospital |
| 1999 - 2000 | Clinical Fellow, Pain Medicine | Massachusetts General Hospital |
| 2000 - current | Assistant in Anesthesia | Massachusetts General Hospital |

## Hospital Service Responsibilities:

| 2000 - 2002 | Pain Center Scheduling | MGH, Dept. Anesthesia Pain Center |
| 2001 - 2003 | Physician Representative for Clinical Support Staff | MGH, Dept. Anesthesia Pain Center |
| 2004 - 2005 | Opioid Safety Committee | MGH |
| 2000 - current | Mock Oral Board Examiner | MGH, Dept. of Anesthesia |
| 2002 - current | Program Director, MGH Pain Medicine Fellowship | MGH, Dept. of Anesthesia |
| 2004 - current | Residency Review Committee | MGH, Dept. of Anesthesia |
| 2006 - current | Institutional Review Board | Partners Healthcare |
| 2007 - current | Executive Committee on Education | MGH |
| 2008 | Clinical Service Leader (interim) MGH Inpatient Pain Service | MGH, Dept. of Anesthesia |

## Committee Assignments:

*National:*

| 1997 - 1998 | American Society of Anesthesiologist | Resident Alternate-Delegate to the AMA |
| 1998 - 1999 | American Society of Anesthesiologists | Resident Delegate to the AMA |
| 1999 - 2000 | American Society of Anesthesiologists | Committee on Communications |
| 2000 - 2003 | American Society of Anesthesiologists | Committee on Performance and Outcomes Measurement |
| 2000 - 2001 | American Society of Anesthesiologists | Committee on Local Anesthesia and Pain |
| 1997 - 2000 | American Medical Association | Resident/Fellow Section Delegate |
| 2000 - current | American Medical Association | Young Physicians Sect. Delegate |
| 2007- current | National Association of Pain Medicine Fellowship Directors | Board of Directors, member |

*Regional:*

| 1997 - 1998 | Mass. Society of Anesthesiologists | Chair-elect, Committee on Resident Affairs |
| 1998 - 1999 | Mass. Society of Anesthesiologists | Chair, Committee on Resident Affairs |
| 1997 - 2000 | Massachusetts Medical Society | Resident Governing Council |

| 1999 - 2000 | Massachusetts Medical Society | Compassionate Care Committee |
| 2000 - 2008 | Massachusetts Medical Society | Young Physicians Gov. Council (Chair, 2002-2004) |
| 2004 - 2005 | Howard Hughes Medical Institute | Boston Alumni Committee (Co-chair) |
| 2006 – 2008 | Dept. of Psychology, Suffolk Univ. | Institutional Review Board |

**Professional Societies**:

| 1997 - current | American Society of Anesthesiologists | Member |
| 1997 - current | Massachusetts Society of Anesthesiologists | Member |
| 1997 - 2007 | American Medical Association | Member |
| 1997 - current | Massachusetts Medical Society | Member |
| 2000 - current | American Society of Regional Anesthesia and Pain Medicine | Member |
| 2000 - 2004 | New England Pain Association | Member |
| 2004 - current | Society for Neuroscience | Member |
| 2004 - current | American Pain Society | Member |

## II. Research, Teaching, and Clinical Contributions

### A.        Narrative report

My academic activities are divided between neuroscience research related to peripheral sensory systems, clinical duties in the MGH Department of Anesthesia pain center, and teaching as related to pain medicine. Although all three activities are of great importance to me personally, the bulk of my effort is devoted to research and to responsibilities related to my position as Director of the MGH Anesthesia Pain Medicine Fellowship.

Pain hypersensitivity in humans is a prominent complication of surgery and trauma, and is commonly associated with inflammatory and neurological diseases. The hypersensitivity associated with chronic pathological pain results from changes in both the peripheral (primary sensory) and central nervous system neurons. The N-methyl-D-aspartate receptor (NMDA-R) has been shown to play an important role in the sensitization of spinal cord dorsal horn neurons associated with pain hypersensitivity; this increase in dorsal horn neuron excitability is known as "central sensitization." My research focuses on the contribution of changes in NMDA-R phosphorylation state and subcellular trafficking to the development of central sensitization. A second focus is to address the intracellular transduction pathways responsible for altered NMDA-R structure and function. This work is being conducted under the mentorship of Clifford J. Woolf, M.D., Ph.D., an internationally renowned neuroscientist who focuses on neruoplasticity as it relates to pain.

More recently, my research focus has included the role of immune mechanisms in the generation of central sensitization, the role of Bone Morphogenic Protein (BMP) signaling pathways in the peripheral nerve regeneration following injury, the use of AAV-mediated gene delivery in the modulation of peripheral sensory systems, and the generation of a novel mouse-model of neurofibromatosis. The focus of all these lines of investigation is the response of peripheral and central sensory systems to injury and the associated mechanisms of pain generation.

25

My primary clinical responsibility is in the MGH pain center. The MGH pain center utilizes a multidisciplinary approach. Clinic patients present with a variety of chronic pain complaints, in particular spine-related and peripheral neuropathic pain. Treatment modalities involve both medical and interventional approaches. My clinical commitment is one day per week in the pain clinic. In addition, I am responsible for caring for pain service inpatients six weekends per year as my call requirement.

Most of my teaching is associated with pain center-related clinical activities. I supervise fellows and residents in the clinic and on rounds. I present one journal club per month to trainees at the clinic and am responsible for overseeing the pain center didactic program. In addition, I regularly present research findings at departmental grand rounds, and have given spoken on pain medicine to medical students at Tufts and HMS, and to Internal Medicine interns at MGH.

I have a long-standing interest in critical-event management and the use of medical simulators for training. In conjunction with Daniel Raemer, Ph.D. at the Harvard Center for Medical Simulation I have developed a course designed to train pain medicine fellows in the management of those critical events that can occur as complications of clinic-based procedures. I have adapted and run this course for MGH pain medicine attending physicians who are trained in areas other than anesthesia (the anesthesia trained attending physicians participate in an anesthesia-focused simulator course).

**B.      Funding information –**

*Past research funding*

| | | | |
|---|---|---|---|
| 1991 - 1995 | NIMH | PI | National Research Service Award; Predoctoral Individual M.D./Ph.D. Fellowship |
| 1989 - 1990 | HHMI | Fellow | Howard Hughes Medical Institute Medical Student Research Training Fellowship |
| 1998 | HIH | Fellow | Medical student short-term research fellowship |
| 2002–2007 | NIH/NINDS | PI | NMDA Receptor Phosphorylation and Trafficking after Pain (K08) – no cost extension |
| 2007-2008 | Dept of Defense | Co-invest. | Schwannomas in NF2 Mice: Nerve Injury and Development of a Mouse Model |
| 2007-2008 | Children's Tumor Foundation | PI | Evaluation of Erlotinib in a Novel Schwannoma Model |

*Past educational funding*

| | | | |
|---|---|---|---|
| 1986 - 1987 | Wesleyan Univ. | Fellow | 'Wesleyan University Fellowship for Teaching and Study.' Huazhong Univ., Wuhan, Peoples Republic of China. |

**C.      Report of current research activities**

26

1. Project: Role of bone morphogenic protein (BMP) signaling pathways and the BMP co-receptor, DRAGON, in peripheral nerve regeneration.  Role: Research fellow under mentorship of Clifford J. Woolf, M.D., Ph.D.

2. Project: Development of a novel murine model of schwannoma for testing of potential therapeutic agents.  Role: P.I. in collaboration with Miguel Esteves, Ph.D. (Dept. of Neurology)


### D.     Report of teaching

*1.     Local contributions*

*a.     medical school teaching*

1. 11/2001. Tufts 2nd year medical student pharmacology course.  Presented three pain-related clinical cases during a 3-hour block to a group of medical and pharmacology doctoral students.  Approx. 15 students.  Preparation time approximately 2 hours.

2. 02/2004. HST 350 - Harvard Medical School.  Lectured for 1 hour on the topic of acute pain management to 4th year medical students.  Approx. 25 students.  Preparation time approximately 12 hours.

3. 09/09/2005, 09/07/2007, and 09/05/08.  Harvard Medical School 2nd year Neuroscience Block - IN757.0c Human Nervous System and Behavior.  I instructed tutors and presented a case to prepare them for for pain-related case-based seminar with 2nd-year medical students.  Approximately 25 participants.  Preparation time approximately 5 hours.

4. 08/08/2006, 10/27/2006, 08/03/2007, 08/13/08.  Harvard Medical School OSCE examiner – back pain station.  Nine 4th year students examined per exam day.

5. 09/10/09.  Harvard Medical School 2nd year Neuroscience Block -IN757.0c Human Nervous System and Behavior.  Presented lecture on the pain system including mechanisms underlying physiological and pathological pain (60 minutes) followed by a live patient presentation (30 minutes).  Approximately 200 participants.  Preparation time approximately 12 hours.


*b.     graduate school teaching*

6. 9/2000 through present.   Pain Center journal club. One per month presented to the 5 pain fellows and 2 rotating residents.  Preparation time is approximately 2-3 hours per month.  In addition, I am responsible for overseeing the pain center educational program in my role as fellowship director.

7. 10/2001. MGH Department of Anesthesia and Critical Care departmental grand rounds.  Presented a 20-minute talk to the department (approx. 200 individuals) detailing research conducted during a 6-month research fellowship during residency.  Preparation time approximately 12 hours.

8. 11/2001. MGH Department of Anesthesia and Critical Care departmental grand rounds "10 minutes of science."  Presented to the department discussing my current research (i.e., altered NMDA-receptor phosphorylation after pain).  Preparation time approximately 5-hours.

9. 12/2001. MGH Department of Internal Medicine mid-day lecture series. One-hour presentation to the interns (approximately 40 individuals) on the pathophysiology and clinical approach to low back pain. Preparation time approximately 12 hours.

10. 2004 to present. Harvard Center for Medical Simulation. In conjunction with Daniel Raemer, Ph.D., I developed and ran a course for MGH Department of Anesthesia Pain Medicine Fellows and for Pain Center Attendings from MGH, The Children's Hospital, and Spaulding Rehabilitation Hospital. The simulation was designed to provide training in the management of critical events that can occur as complications of office-based pain procedures. Preparation time for each day-long (8 hour) course was approximately 24 hours. Each course was administered to 4-6 individuals.

   Harvard Center for Medical Simulation courses were conducted for pain medicine physicians on the following dates:

   01/23/04 – Pain Medicine Fellows
   04/14/04 – Pain Medicine Attending Physicians
   08/25/04 – Pain Medicine Fellows
   11/18/04 – Pain Medicine Attending Physicians
   09/08/05 – Pain Medicine Fellows
   01/25/07 – Pain Medicine Fellows
   03/30/07 – Pain Medicine Attending Physicians
   04/11/08 – Pain Medicine Fellows
   07/02/08 – Pain Medicine Attending Physicians
   09/18/08 – Center for Pain Medicine 'vertical session' including Pain Medicine Fellows, Attendings, and Nurses.

11. 2/2004. MGH Department of Anesthesia and Critical Care departmental grand rounds "10 minutes of science." Presentation to the department (approx. 200 individuals) discussing my current research. Preparation time approximately 5 hours.

12. 09/01/2005. Presented a one-hour seminar on the use patient controlled analgesia (PCA) to a group of palliative care fellows from Massachusetts General Hospital, The Dana-Farber Cancer Institute, and The Children's Hospital – approximately 10 fellows present. Preparation time approximately 6 hours.

13. 10/03/2006. Presented a one-hour seminar on neuropathic pain at the MGH Department of Anesthesia and Critical Care departmental CA2/CA3/faculty lecture series. Presentation to approximately 30 members of the department. Preparation time approximately 8 hours.

14. 10/25/2006. MGH Division of Palliative Care Medicine Grand Rounds. Presented a one-hour lecture on the mechanisms of neuropathic pain. Presentation to approximately 60 individuals from a variety of departments. Preparation time approximately 8 hours.

15. 04/24/2007. Presented a one-hour seminar on informed consent at the MGH Department of Anesthesia and Critical Care departmental CA2/CA3/faculty lecture series. Presentation to approximately 30 members of the department. Preparation time approximately 10 hours.

16. 03/11/2008. Presented a one-hour seminar on Taxonomy and Mechanisms of Pain at the MGH Department of Anesthesia and Critical Care departmental CA2/CA3/faculty lecture series. Presentation to approximately 35 members of the department. Preparation time approximately 6 hours.

c.            *teaching leadership role*

08/2002 to present: Program Director, MGH Pain Medicine Fellowship.  I have been responsible for the organization, oversight, and development of this ACGME-accredited training program.  It is Department of Anesthesia and Critical Care based.

During my tenure as director, the fellowship has been grown both in number of trainees and in the scope of outside departments and institutions in which the fellows train.  We currently train 6 fellows per year (up from 4 when I started) and our fellows train with representatives of a variety of outside departments (including neurosurgery, physiatry, and radiology) and at several outside institutions (including Spaulding Rehabilitation Hospital and The Children's Hospital, Boston).  To integrate activities of local basic scientists interested in pain with the teaching of our pain fellows, I developed a year-long course for the Pain Medicine Fellows the focused on the fundamental neuroscience underlying the practice of pain medicine.

d.            *mentored pain medicine trainees*

| trainee | fellowship year | post-fellowship position |
|---|---|---|
| Karla Hayes | 2002-2003 | Academic practice, MGH, MA. |
| Raj Mitra | 2002-2003 | Academic practice, Stanford, CA. Director, Pain Medicine Program |
| Anca Popescu | 2002-2003 | Academic practice, Temple Univ, PA. |
| Karl-Heinz Spittler | 2002-2003 | Private practice, ME. |
| William Tonnidandel | 2002-2003 | Private practice, MT. |
| Delbert Black | 2003-2004 | Private practice, AZ. |
| Dennis Dey | 2003-2004 | Private practice, MD. |
| Isin Unal-Cevik | 2003-2004 | Academic practice – Turkey. |
| Yakov Vorobeychik | 2003-2004 | Academic practice, Penn State, PA |
| Liz Zhou | 2003-2004 | Private practice, CA. |
| Carlos Buxo | 2004-2005 | Univ. of Puerto Rico School of Medicine. Director, Pain Center. |
| Rajiv Doshi | 2004-2005 | Private practice. |
| Jianguo Cheng | 2004-2005 | Academic practice, Cleveland Clinic. |
| Mei Hu | 2004-2005 | Private practice, TX. |
| Douglas Keene | 2004-2005 | Private practice, MA. |
| George Veech | 2004-2005 | Funded to study painful HIV neuropathy. Cape Town, South Africa. |
| Grace Chang | 2005-2006 | Private practice, UCSF, CA |
| Ezekiel Fink | 2005-2006 | Mixed academic/private practice, CA. |
| Richard Field | 2005-2006 | Brigham and Woman's Hospital. Academic appointment. |
| Padma Gulur | 2005-2006 | Academic practice, MGH, MA. |
| Adrian Hamburger | 2005-2006 | Private practice, RI. |
| David Webber | 2005-2006 | Private practice, KY. |

| Dragos Diaconescu | 2006-2007 | Academic practice, NEMC (Tufts), MA. |
|---|---|---|
| Christian Gonzalez | 2006-2007 | Academic practice, U. Mass. Director, U Mass. Pain Center. |
| Timothy Lo | 2006-2007 | Private practice, CA. |
| Timothy Olson | 2006-2007 | Private practice, WI. |
| Hari Sundram | 2006-2007 | Medical technology investment banking. |
| Prabhav Tella | 2006-2007 | Academic practice, Univ. Texas, TX. |
| Christopher Gilligan | 2007-2008 | Academic practice, MGH, MA. |
| Omid Ghalambor | 2007-2008 | Private practice, IL. |
| Ping Jin | 2007-2008 | Private practice, MA. |
| John Keel | 2007-2008 | Academic practice, BIDMC, MA. |
| Ricardo Rivera | 2007-2008 | Presently in training. |
| Jai Sethee | 2007-2008 | Private practice, CA |

2.		*Regional and national contributions*

17. Continuing involvement with the educational organization, National Initiative on Pain Control (NIPC). I have been involved in the curriculum development of four educational modules: 1. neuropathic pain update: new strategies to improve clinical outcomes, 2. lower back pain update: clinical advances in managing chronic low back pain, 3. women with migraine: effective strategies for positive outcomes, and 4. treatment of chronic pain in the elderly population. I attended consortium meetings of the NIPC for the purpose of curriculum development in 2004 (Half Moon Bay, CA) and in 2007 (Houston, TX).

18. Continuing service reviewing manuscripts for academic journals (2004 onwards). I have acted as a reviewer for the following journals: The Journal of Neurscience, The European Journal of Neuroscience, and Pain Medicine.

19. 4/22/2004.  Presentation in Cleveland, OH on the use of opioids for chronic pain management.  Given on behalf of the National Initiative on Pain Control.  Attended by approx. 60 physicians.  Preparation time approximately 12 hours.

20. 5/13/2004.  Presentation in Cleveland, OH on the pathophysiology and treatment of neuropathic pain. Given on behalf of the National Initiative on Pain Control.  Attended by approx. 45 physicians. Preparation time approximately 12 hours.

21. 6/10/2004.  Presentation in Tampa, FL on the pathophysiology and treatment of low back pain. Given on behalf of the National Initiative on Pain Control.  Attended by approx. 50 physicians. Preparation time approximately 12 hours.

22. 6/21/2004.  Presentation in Boston, MA on the pathophysiology and treatment of neuropathic pain. Given on behalf of the National Initiative on Pain Control. Attended by approx. 30 physicians. Preparation time for revising a previously presented lecture approximately 3 hours.

23. 9/29/2004.  Presentation in Providence, RI on the pathophysiology and treatment of neuropathic pain. Given on behalf of the National Initiative on Pain Control.  Attended by approx. 45 physicians. Preparation time approximately 3 hours.

24. 10/20/2004. Presentation in Milwaukee, WI on the pathophysiology and treatment of neuropathic pain. Given on behalf of the National Initiative on Pain Control. Attended by approx. 40 physicians. Preparation time approximately 3 hours.

25. 10/25/2006. Massachusetts General Hospital Palliative Grand Rounds on the Taxonomy of Pain. Attended by approximately 40 at MGH and teleconferenced to 3 other hospitals. Preparation time approximately 4 hours.

26. 10/23/2007. Presentation in Boston, MA on the use of opioids for the treatment of chronic pain. Given on behalf of the National Initiative on Pain Control. Attended by approx. 60 physicians. Preparation time approximately 5 hours.

27. Presentation in Providence, RI on the treatment of chronic pain in the elderly. Given on behalf of the National Initiative on Pain Control. Attended by a group of approx. 50 individuals including physicians, nurses, and pharmacists. Preparation time approximately 8 hours.

28. 11/15/2007. American Society of Regional Anesthesia and Pain Medicine (ASRA) semi-annual meeting, Boca Raton, FL. Title of lecture: "Physiologic and pathologic pain hypersensitivity – mechanisms and pharmacology." Attended by approximately 400 physicians. Preparation time approximately 8 hours.

29. 11/16/2007. University of Miami School of Medicine, Division of Pain Medicine Grand Rounds. Title of lecture: "Role of bone morphogenic protein signaling pathways in peripheral regeneration." Preparation time approximately 6 hours.

30. 04/08/2008. Presentation in Rosyln, NY on the use of opioids for the treatment of chronic pain. Given on behalf of the National Initiative on Pain Control. Attended by a group of approx. 50 individuals including physicians, nurses, and pharmacists. Preparation time approximately 3 hours.

31. 05/13/2008. Presentation in Atlanta, GA on the use of opioids for the treatment of chronic pain. Given on behalf of the National Initiative on Pain Control. Attended by a group of approx. 35 individuals including physicians, nurses, and pharmacists. Preparation time approximately 2 hours.


*3.        International contributions*

32. 4/06/2006.   Presentation at Wuhan University of Science and Technology in Wuhan, Peoples Republic of China on the Taxonomy and Mechanisms of Chronic Pain. Lecture was attended by approximately 50 faculty (school of nursing and general college) and approximately 250 nursing and undergraduate students. I also chaired a seminar for nursing faculty focused on pain medicine in the hospital setting. Preparation time approximately 15 hours.

33. 4/07/2006.   Grand Rounds presentation at Wuhan University Medical College, Wuhan, Peoples Republic of China on the Mechanisms and Treatment of neuropathic pain. Lecture attended by approximately 250 individuals, a mixture of attending physicians, medical students, and graduate students. Preparation time approximately 10 hours.

34. 4/12/2006.   Grand Rounds presentation at Peking Medical College, Beijing, Peoples Republic of China on the Mechanisms of Neuropathic pain. Lecture attended by approximately 100 individuals, a

mixture of attending physicians, medical students, and graduate students.  Preparation time approximately 10 hours.

35. 03/05/2008.  Presentation and development of didactic materials for the Vietnam National Palliative Care Core Curriculum.  This component of the core curriculum included a lecture presentation "Taxonomy of Pain and Mechanisms of Hyperalgesia in Terminally Ill Patients."  National Cancer Hospital, Hanoi, Vietnam.  Lecture attended by 25 participants.  180 minute presentation.  Preparation time: 25 hours.

36. 03/05/2008.  Presentation and development of didactic materials for the Vietnam National Palliative Care Core Curriculum.  This component of the core curriculum included a lecture presentation "Interventional Approaches to the Control of Cancer and Terminal Pain."  National Cancer Hospital, Hanoi, Vietnam.  Lecture attended by 20 participants.  75 minute presentation. Preparation time: 25 hours.

37. 03/07/2008.  Plenary lecture at the Annual Joint Meeting on Immunology Teaching and Research (AJMITR), Hanoi, Vietnam.  Title: "The Role of Immune responses in the Generation of Neuropathic Pain."  Lecture attended by approximately 250 participants.  30 minute presentation.  Preparation time 15 hours.


**E.        Report of clinical activities**

My primary clinical practice is in the pain clinic associated with the Department of Anesthesia and Critical Care.  It involves two clinical days per week.  In addition, there is an 8-week per year call commitment that involves nighttime and weekend coverage of the inpatient pain service.  All clinical activities are located at the Massachusetts General Hospital and involve supervision and teaching of fellows, residents, and medical students.

The patient load in the clinic varies from 15 to 25 patients per clinic day.  When on call, rounds typically involve 30 to 60 inpatients each weekend day.  Therapy includes pharmacological, interventional, and psychological approaches in both settings.

My relatively unique clinical contribution to the pain unit includes the introduction of current basic science knowledge of the pathophysiology of chronic pain to the clinical setting.  In this regard, I encourage fellows and residents to use current scientific knowledge to think more critically about the rational for their diagnoses and treatment decisions, and have introduced a year-long seminar series focused on the fundamental neuroscience underlying normal and pathological pain processing.

## III. Bibliography

*Original articles*

1  Moynihan JA, Koota D, **Brenner G**, Cohen N and Ader R.  Repeated intraperitoneal injections of saline attenuate the antibody response to a subsequent intraperitoneal injection of antigen.  Brain, Behavior, and Immunity.  1989;3:90-96.

2  Moynihan JA, **Brenner G**, Koota D, Breneman S, Cohen N and Ader R.  The effects of handling on immune function, spleen cell number, and lymphocyte subpopulations.  Life Sciences. 1990;46:1937-44.

3  **Brenner GJ**, Cohen N. Ader R. and Moynihan JA.  Increased pulmonary metastases and natural killer cell activity in mice following handling.  Life Sciences.  1990;47:1813-19.

4  **Brenner GJ**, Felten SY, Felten DL, Cohen N and Moynihan JA.  Chemical sympathectomy is associated with increased pulmonary metastases.  Journal of Neuroimmunology.  1992;37:191-202.

5  Madden KS, Moynihan JA, **Brenner GJ**, Felten SY, Felten DL and Livnat S.  Sympathetic nervous system modulation of the immune system. III. Alterations in T and B cell proliferation and differentiation *in vitro* following chemical sympathectomy.  Journal of Neruoimmunology. 1994;49:77-87.

6  **Brenner GJ**, Cohen N and Moynihan JA.  Similar immune response to nonlethal infection with Herpes Simplex virus-1 in sensitive (BALB/c) and resistant (C57Bl/6) mice.  Cellular Immunology.  1994;157:510-24.

7  **Brenner GJ** and Moynihan JA.  Stressor-induced alterations in immune response and viral clearance following infection with Herpes Simplex virus-type 1 in BALB/c and C57Bl/6 mice. Brain, Behavior, and Immunity.  1997;11:9-23.

8  Ji RR, Baba H, **Brenner GJ** and Woolf CJ.  Nociceptive specific activation of ERK in spinal neurons contributes to pain hypersensitivity.  Nature Neuroscience.  1999;2:1114-9.

9  Ji RR, Beford K, **Brenner GJ**, Billet S and Woolf CW.  ERK activation in the spinal cord mediates gene expression and persistent inflammatory pain.  Journal of Neuroscience.  2002;2:478-485.

10 **Brenner GJ**, Ji RR, Shaffer S and Woolf CJ.  Peripheral noxious stimulation induces phosphorylation of the NMDA receptor NR1 subunit at the PCK-dependent site, serine-896, in spinal cord dorsal horn neurons.  European Journal of Neuroscience.  2004;20:375-384.

11 Kawasaki Y, Kohno T, Zhuang ZY, **Brenner GJ**, Wang H, Van Der Meer C, Befort K, Woolf CJ, and Ji RR. Iontropic and metabotropic receptors, PKA, PKC and Src contribute to C-fiber-induced ERK activation and cAMP response element-binding protein phosphorylation in dorsal horn neurons, leading to central sensitization. Journal of Neuroscience.  2004; 24:8310-8321.

12 Xia Y, Sidis Y, Mukherjee A, Samad T, **Brenner G**, Woolf C, Lin HY, and Schneyer A. Localization and action of Dragon (RGMb), a novel BMP co-receptor, throughout the reproductive axis. Endocrinology. 2005; 146:3614-3621.

13 Wang H, Kohno T, Amaya F, **Brenner GJ**, Ito N, Allchorne A, Ji RR, and Woolf CJ.  Bradykinin produces pain hypersensitivity by potentiating spinal cord glutamatergic synaptic transmission. Journal of Neuroscience. 2005; 25(35):7986-7992.

14 Agarwal N, Pacher P, Tegeder I, Amaya F, Constantin C, **Brenner GJ**, Rubino T, Michalski CW, Marsicano G, Monory K, Mackie K, Marian C, Batkai C, Parolaro D, Fischer MJ, Reeh P, Kunos G, Kress M, Lutz B, Woolf CJ and Kuner R. Cannabinoids mediate analgesia largely via peripheral type 1 cannabinoid receptors in nociceptors. Nature Neuroscience. 2007;10(7):870-879.

15 Griffin RS, Costigan M, **Brenner GJ**, Ma CHM, Scholz J, Moss A, Allchorne AJ, Stahl GL, Woolf  CJ.  Induction of complement in microglia in the spinal cord results in C5a anaphylatoxin release and pain hypersensitivity.  Journal of Neuroscience.  2007;27(32):8699-8708.

33

16 Binshtok A, Wang H, Zimmermann K, Amaya F, Vardeh D, Shi L, **Brenner GJ**, Ji RR, Bean B, Woolf CJ and Samad TA. Nociceptors are interleukin-1β sensors. Journal of Neuroscience. In Press.

*Proceedings of meetings*

1 Ji RR, **Brenner GJ**, Schmold R, Baba H and Woolf CJ. Phosphorylation of ERK and CREB in nociceptive neurons following noxious stimulation. Proceedings of the 9th World Pain Congress. Progress in Pain Research and Management. 2000;16:191-8.

*Reviews and chapters*

1 Moynihan JA, **Brenner GJ**, Ader R and Cohen N. The effects of handling adult mice on immunologically-relevant processes. Annals of the New York Academy of Sciences. 1990;650:252-67.
2 Moynihan JA, **Brenner GJ**, Cocke R, Karp JD, Breneman SM, Dopp JM, Ader R, Cohen N, Grota LJ and Felten SY. Stress-induced modulation of immune function in mice. In: Kiecolt-Glaser, JK and Glaser, R, editors. Handbook of Human Stress and Immunity. Orlando: Academic Press, Inc; 1994. p. 1-21.
3 Moynihan JA, Kruszewska B, **Brenner GJ** and Cohen N. Neural, endocrine and immune system interactions: relevance for health and disease. Advances in Experimental Medicine and Biology. 1998;438:541-549.
4 **Brenner GJ**. The pain system. In: Ballantyne, J, Fishman, S and Abdi, S, editors. The Massachusetts General Hospital Handbook of Pain Management. Philadelphia: Lippincott, Williams, and Wilkins; 2001. p. 8-13.
5 **Brenner GJ**, Mao J and Rosow C. The opioid receptors. In: Antognini, JF and Carstens, E, editors. Contemporary Clinical Neurosciences: Neural Mechanisms of Anesthesia. Totowa: Humana Press; 2003. p. 413-426.
6 **Brenner GJ**. The Neurophysiologic Basis of Pain. In: Ballantyne, J, editor. The Massachusetts General Hospital Handbook of Pain Management. Philadelphia: Lippincott, Williams, and Wilkins; 2005. p. 3-18.
7 Black D, **Brenner GJ**, Abdi S and Gill J. Drugs Commonly Used in Pain Practice. In: Ballantyne, J, editor. The Massachusetts General Hospital Handbook of Pain Management. Philadelphia: Lippincott, Williams, and Wilkins; 2005. p. 565-588.
8 Wang H, Ehnert C, **Brenner GJ**, Woolf CJ. Minireview: Bradykinin and Peripheral Sensitization. Biological Chemistry. 2006;387:11-14.
9 Fink E and **Brenner GJ**. Anti-inflammatory Medications in Pain Management. In: Mao, J, editor. Translational Pain Research: Comparing Preclinical Studies and Clinical Pain Management. Lost in Translation? Hauppauge: Nova Science Publishers, Inc; 2006.
10 **Brenner GJ** and Woolf CJ. Mechanisms of Chronic Pain. In: Longnecker DE, Brown, DL, Newman, MF and Zapol, WM, editors. Anesthesiology. New York: McGraw Hill Companies, Inc; 2008. p. 2000-2019.

*Dissertation*

**Brenner GJ**. Neural Modulation of Immune Function: Studies of Stress and the Sympathetic Nervous System. Department of Microbiology and Immunology. Rochester (NY): University of Rochester School of Medicine and Dentistry; 1995.

*Other published material*

**Brenner GJ** and Barach, PR. Collective bargaining and the resident. ASA Newsletter. 1998;62(4).

*Selected Published Abstracts*

1   Ji RR, Hiroshi B, **Brenner GJ** and Woolf CJ. Activation of ERK in the dorsal horn of the spinal cord after noxious stimulation. Presented at the Society for Neuroscience Annual Meeting, San Diego, CA. 1999.

2   **Brenner GJ**, Benn SC, Ji RR and Woolf CJ. Pain and phosphorylation of ion channels in primary sensory and dorsal horn neurons. Presented at the Society for Neuroscience Annual Meeting, San Diego, CA. 2001.

3   Ji RR, Befort K, **Brenner GJ** and Woolf CJ. Activation of ERK MAP kinase in dorsal horn neurons contributes to gene expression and persistent inflammatory pain. Presented at the Society for Neuroscience Annual Meeting, San Diego, CA. 2001.

4   **Brenner GJ**, Ji RR and Woolf CJ. Phosphorylation and trafficking of the NMDA receptor NR1 subunit in dorsal horn neurons after noxious stimulation. Presented at the Society for Neuroscience Annual Meeting, Orlando, FL. 2002.

5   Ito N, **Brenner GJ**, Wang H, Ji RR, Kohno T and Woolf, CJ. Bradykinin b2 receptor expression in rat spinal cord and dorsal root ganglion neurons. Presented at the Society for Neuroscience Annual Meeting, New Orleans, LA. 2003.

6   Kohno T, Wang H, Ito N, **Brenner GJ**, Ji RR and Woolf, CJ. Bradykinin co-activates PKC and PKA in spinal neurons facilitating synaptic transmission and generating pain hypersensitivity. Presented at the Society for Neuroscience Annual Meeting, New Orleans, LA. 2003.

7   **Brenner, GJ**, Joshi, RV and Raemer, DB. Simulation-based crisis training for pain management specialists. Presented at the annual meeting of the Society for Medical Simulation, Miami, FL. 2005.

8   **Brenner, GJ**, Griffin, RS, Costigan, M, Ma, EHC, Scholz, J, Moss, A, Allchorne, AJ, Stahl, GL and Woolf, CJ. Complement induction in spinal cord microglia results in anaphylatoxin C5a mediated pain hypersensitivity. Ppresented at the NINDS Pain Consortium, Washington, DC. 2007.

(appendix cont.)

**VIII.   G. Brenner prior testimony:**

1. Carmelo Cicala v. Georgetown (Civil Action No. 00ca002874-00). Washington, D.C. G. Brenner's deposition taken on 04/04/2001. Law firm for whom I worked: Williams & Connolly, LLP

2. Michael B. O'Malley v. Hartt Transporation Systems. Massachusetts. G. Brenner's deposition taken on 12/21/2004. Law firm for whom I worked: Sinnott Law.

3. Jones v. Armashi. Florida. G. Brenner's deposition taken on 08/09/2005. Law firm for whom I worked: Williams Ristoff & Proper.

4. Edith Cabrerra v. Brian Johnson, Johnny White, etc. Texas. G. Brenner's deposition taken on 07/08/2008. Law firm for whom I worked: The Girards Law Firm.


IX. **G. Brenner fee schedule**:  $600 per hour for all activities other then testimony under oath. The latter will be billed at $900 per hour.