# EXHIBIT E

Click to kaiserpermanente.org for physician-approved health information | Kaiser Permanente News Center

