# EXHIBIT F

**KAISER PERMANENTE.**

# Healthwise helps you make better health decisions.



## About Healthwise

Healthwise is a nonprofit organization founded in 1975 with the mission to help people make better health decisions. More than 100 million times a year people like you use Healthwise® information to take an active role in their health.

The best formula for making health decisions is to combine the most reliable medical facts with your personal feelings. Put more simply: Medical Information + Your Information = Better Health Decisions.

Your decisions influence your overall well-being as well as the quality and cost of your care. By taking an active role in your health, you are likely to be happier with the care you receive and the results you achieve.

**Read these Healthwise stories to see how Healthwise helps people make better health decisions.**

#### Patricia used the Healthwise Knowledgebase to save her own life.

Patricia had just finished her Saturday-morning chores when her lungs began burning. She was sweating and had some numbness in her arms. She drew a bath thinking, "I must be having a panic attack—I'll be all right if I can just relax."

A few hours later, the 42-year-old still felt like she had "an elephant sitting on my chest." Patricia canceled her usual horse-riding lesson and took a nap instead. When she awoke, she felt even worse.

"Then I thought: Check the [Healthwise® Knowledgebase on] the internet," says Patricia. "I had almost every heart attack symptom described in the Healthwise® Knowledgebase. I knew I had to get to the hospital right away!"

Hospital tests confirmed that Patricia had indeed had a heart attack, and the following Tuesday she had triple-bypass heart surgery. Today, Patricia is back in the saddle, riding horses and enjoying life.

#### You can count on Susan Van Houten—Healthwise medical writer, grandmother, and former ER nurse.

"Helping people like Patricia make important medical decisions is our sole focus," says Susan Van Houten. "We know our work makes a difference in people's lives, every day."

The people at Healthwise are very much like the people who use our information. We're health care consumers too. We care for our own health and for the health of our kids and parents. And, we all share a commitment to the Healthwise mission.

Susan is a mother of 6, grandmother of 10, and daughter of her 78-year-old mother. Several people in her family deal with chronic diseases like hypertension and diabetes. Just like you, she wants health information to be easy to use for herself and her family.

Unlike many of our readers, Susan is an expert in developing health information and has been doing so at Healthwise for 14 years. She is also a nurse who practiced in hospitals for 25 years, 15 of which were as the director of an emergency room.

"I've seen firsthand how valuable it is for people to have good information," Susan says. "Helping you make better health decisions is important to me—and to all of us at Healthwise."

### World-class heart doctor Robert Kloner, MD, PhD, is in your corner.

Robert Kloner is one of 295 experts who review Healthwise information for accuracy and currency. He helps us help you make better health decisions on heart-related issues.

Dr. Kloner is known as one of America's leading heart experts. For the past 30 years Dr. Kloner has taught at medical schools, participated in major research projects, and contributed to medical journal articles. He is professor of medicine at the Keck School of Medicine of University of Southern California. He is also director of research at the Heart Institute of Good Samaritan Hospital in Los Angeles and an attending cardiologist at Los Angeles County/University of Southern California Medical School.

Dr. Kloner previously directed the Cardiac Research Laboratory at Harvard Medical School. He has also edited 18 authoritative medical texts.

"Good information is critical to good health and good health care," says Dr. Kloner. "With easy-to-understand, reliable information, people can make good decisions. When I hear stories like Patricia's, I'm especially gratified to be part of the Healthwise review team."

**Comments**

If you would like to comment on the Healthwise® Knowledgebase, please contact your sponsoring organization or e-mail Healthwise at comments@healthwise.org. If you contact Healthwise about the Healthwise® Knowledgebase, you can expect a reply within about two weeks.

Healthwise
P.O. Box 1989
2601 N. Bogus Basin Road
Boise, Idaho 83701
1-800-706-9646
www.healthwise.org

Last updated: April 2008

# Healthwise Medical Review Board

The Medical Review Board is directed by our chief medical officer, Dr. Steven L. Schneider, and our medical directors, Dr. Adam C. Husney and Dr. Martin J. Gabica; all three are board-certified family medicine physicians. Dr. Catherine Serio provides leadership on behavioral health issues for all Healthwise products. There are nine board-certified associate medical directors. Together, these thirteen physicians conduct initial and final reviews of all Healthwise® Knowledgebase topics written by Healthwise, and they are involved in the planning and updating of all Healthwise publications and products.

**Chief Medical Officer: Steven L. Schneider** , MD, Family Medicine, Boise, ID

**Medical Director: Adam C. Husney** , MD, Family Medicine; Physician, Boise Minor Emergency Center, PA, Boise, ID

**Medical Director: Martin J. Gabica** , MD, Family Medicine; Boise, ID

**Behavioral Health Specialist: Catherine Serio** , PhD, Psychology, Boise, ID

**Associate Medical Directors:**

- **Patrice Burgess** , MD, Family Medicine; Assistant Clinical Professor, University of Washington, part-time faculty at the Family Practice Residency of Idaho, and family medicine physician in Boise, ID
- **William M. Green** , MD, Emergency Medicine; Medical Director, Sexual Assault Forensic Medicine Education Program and Clinical Professor, Department of Emergency Medicine, University of California Davis Health System, Sacramento, CA
- **Susan C. Kim** , MD, Pediatrics, Family Medicine Residency of Idaho. Medical Director, Reach Out and Read, Family Medicine Health Center East Clinic. Clinical Instructor, Family Medicine, University of Washington School of Medicine, Seattle, WA
- **Sarah Marshall** , MD, Family Medicine; Assistant Clinical Professor, Department of Family and Community Medicine, University of California, Davis, Sacramento, CA
- **Joy Melnikow** , MD, MPH, Family Medicine; Professor, Department of Family Practice, University of California, Davis, Sacramento, CA
- **Anne C. Poinier** , MD, Internal Medicine; Physician, St. Luke's Internal Medicine, Boise, ID
- **Caroline S. Rhoads** , MD, Internal Medicine; Associate Professor of Medicine, University of Washington, Seattle, WA
- **Kathleen Romito** , MD, Family Medicine; Physician, St. Luke's Family Medicine Clinic, Boise, ID
- **Michael J. Sexton** , MD, Pediatrics; Medical Director, CARES Program, St. Luke's Children's Hospital, Boise, ID; Associate Clinical Professor, Family Medicine, University of Washington, Seattle, WA
- **E. Gregory Thompson** , MD, Internal Medicine; Physician, St. Luke's Internal Medicine, Boise, ID

Other members of the Medical Review Board review Knowledgebase topics from the specialist's point of view. With the input of these specialists, Healthwise medical writers develop topics based on scientific evidence and current clinical practice.

Members of the Medical Review Board are experts in their specialty area. Their credentials include board certification, academic appointments at the nation's leading medical schools, active involvement in research, and publication in peer-reviewed journals and medical textbooks. Most important, they share the Healthwise commitment to empowering patients with reliable health information and building strong patient-provider relationships; this encourages partnerships in the decision-making process.

The following physicians and health professionals have been selected for the Medical Review Board:

## Addiction Medicine

**Enoch Gordis** , MD, Addiction Medicine

Director Emeritus, National Institute on Alcohol Abuse and Alcoholism; National Institutes of Health, Bethesda, MD

## Allergy and Immunology

**Harold S. Nelson** , MD, Allergy and Immunology

Professor of Medicine, University of Colorado Health Sciences Center and Professor in the Department of Medicine at the National Jewish Medical and Research Center, Denver, CO

## Anesthesiology

**John M. Freedman** , MD, Anesthesiology

Associate Clinical Professor of Anesthesia, University of California, San Francisco, and Chief, Department of Anesthesiology, Kaiser Permanente Medical Center, Santa Rosa, CA

## Behavioral Health

**Catherine Serio** , PhD, Psychology

Behavioral Health Specialist, Healthwise, Incorporated, Boise, ID

## Cardiology

**Stephen Fort** , MD, MRCP, FRCPC, Interventional Cardiology

Associate Professor and Director, Cardiac Catheterization Laboratories, Dalhousie University and Queen Elizabeth II Health Sciences Centre, Halifax, NS

**Julien I. E. Hoffman** , MD, Pediatric Cardiology

Professor Emeritus of Pediatrics, Cardiovascular Research Institute, University of California, San Francisco, CA

**Robert A. Kloner** , MD, PhD, Cardiology

Professor of Medicine, Section of Cardiology, University of Southern California, Los Angeles; Director of Research, The Heart Institute of Good Samaritan Hospital, Los Angeles, CA

**Larry A. Latson** , MD, Pediatric Cardiology and Critical Care

Professor, Department of Pediatrics and Internal Medicine, Ohio State University, and Director of the Pediatric and Congenital Heart Diseases Cardiac Catheterization Laboratory, Cleveland Clinic, Cleveland, OH

**George J. Philippides** , MD, FACC, Cardiology

Assistant Professor, Boston University School of Medicine, Boston, MA

**Neil J. Stone** , MD, FACC, FACP, Cardiology

Clinical Professor of Medicine, Northwestern University Medical School; Attending Staff, Northwestern Memorial Hospital, Chicago, IL

## Complementary and Alternative Medicine

**Marc S. Micozzi** , MD, Complementary and Alternative Medicine

Policy Institute for Integrative Medicine, Thomas Jefferson University Hospital, Philadelphia, PA

## Dentistry

**Arden G. Christen** , DDS, MSD, MA, FACD, Dentistry

Professor and Director of Preventive/Community Dentistry, Department of Oral Biology, Indiana University School of Dentistry, Indianapolis, IN

**Steven K. Patterson** , BSc, DDS, MPH, Dentistry

Faculty and Director of Continuing Dental Education, Department of Dentistry, University of Alberta, Edmonton, AB

## Dermatology

**Randall D. Burr** , MD, Dermatology

Associate Faculty, University of Washington Medical School, Seattle, WA; Consultant, VA Medical Center and Family Practice Residency Program; Ada West Dermatology, Boise, ID

**Alexander Murray** , MD, Dermatology

Associate Professor, Division of Dermatology, Dalhousie University, Halifax, NS

## Diagnostic Radiology

**Howard B. Schaff** , MD

Intermountain Medical Imaging, Boise, Idaho.

## Diet and Nutrition

**Ruth Schneider** , RD, MPH, Dietitian

Dietetic Internship Coordinator and Clinical Assistant Professor, Idaho State University; Private Practice, Boise; Adjunct Instructor, Boise State University, Boise, ID

## Emergency Medicine

**Sean P. Bush** , MD, FACEP, Emergency Medicine/Envenomation Specialist

Professor of emergency medicine and envenomation specialist at Loma Linda University School of Medicine, Loma Linda, CA.

**William M. Green** , MD, Emergency Medicine

Associate Medical Director, Healthwise, Incorporated; Medical Director, Sexual Assault Forensic Medicine Education Program and Clinical Professor, Department of Emergency Medicine, University of California Davis Health System, Sacramento, CA

**H. Michael O' Connor** , MD, Emergency Medicine

Chairman and Professor, Department of Emergency Medicine, Queen's University, Kingston, ON

## Endocrinology and Metabolism

**Alan C. Dalkin** , MD, Endocrinology and Metabolism

Associate Professor of Internal Medicine, Division of Endocrinology and Metabolism, University of Virginia Health Sciences, Charlottesville, VA

**Lois Jovanovic** , MD, Endocrinology and Metabolism

Director, Sansum Medical Research Institute; Clinical Professor of Medicine, University of Southern California, Santa Barbara, CA

**Matthew I. Kim** , MD, Endocrinology and Metabolism

Assistant Professor, Division of Endocrinology and Metabolism and the Division of Health Sciences Informatics at Johns Hopkins University School of Medicine, Baltimore, MD

**Stephen H. LaFranchi** , MD, Pediatric Endocrinology

Director, Pediatric Endocrinology Training Program; Head, Pediatric Endocrinology Division; Associate Chair for Education Professor, Oregon Health and Science University, Portland, OR

**David C.W. Lau** , MD, PhD, FRCPC, Endocrinology and Metabolism

Professor of Medicine, Biochemistry and Molecular Biology, and Chair of the Diabetes and Endocrine Research Group at the University of Calgary, AB

## Family Medicine

**Thomas M. Bailey** , MD, Family Medicine

Clinical Assistant Professor, Department of Family Practice, University of British Columbia, Victoria, BC

**Patrice Burgess** , MD, Family Medicine

Associate Medical Director, Healthwise, Incorporated; Assistant Clinical Professor, University of Washington, part-time faculty at the Family Practice Residency of Idaho, and family medicine physician in Boise, ID

**Martin J. Gabica** , MD, Family Medicine

Medical Director, Healthwise, Incorporated, Boise, ID

**Adam C. Husney** , MD, Family Medicine

Medical Director, Healthwise, Incorporated; Physician, Boise Minor Emergency Center, PA, Boise, ID

**Sarah Marshall** , MD, Family Medicine; Assistant Clinical Professor, Department of Family and Community Medicine, University of California, Davis, Sacramento, CA

**Joy Melnikow** , MD, MPH, Family Medicine

Associate Medical Director, Healthwise, Incorporated; Professor, Department of Family Practice, University of California Davis, Sacramento, CA

**Kathleen Romito** , MD, Family Medicine

Associate Medical Director, Healthwise, Incorporated; Physician, St. Luke's Family Medicine Clinic, Boise, ID

**Steven L. Schneider** , MD, Family Medicine

Chief Medical Officer, Healthwise, Incorporated, Boise, ID

**David S. Smith** , MD, Family Medicine

Assistant Professor, Family/Community Medicine, Medical College of Wisconsin; Director, Family Practice Residency Program, St. Michael Hospital; Medical Director, Down Syndrome Clinic of Wisconsin, Milwaukee, WI

Healthwise helps you make better health decisions. - Information and Resources - Health Encyclopedia -... Page 7 of 21

## Gastroenterology

**Peter J. Kahrilas** , MD, Gastroenterology

Professor, Division of Gastroenterology and Hepatology, Department of Medicine, Northwestern University School of Medicine, Chicago, IL

**Jerome B. Simon** , MD, Gastroenterology

Professor, Department of Medicine, Queen's University, Kingston, ON

**Jerry S. Trier** , MD, Gastroenterology

Professor Emeritus, Harvard Medical School, Boston, MA

**Arvydas D. Vanagunas** , MD, Gastroenterology

Associate Professor of Medicine, Northwestern University School of Medicine, Chicago, IL

## Genetics

**Renée H. Martin** , PhD, FCCMG, Medical Genetics

Professor, Department of Medical Genetics, University of Calgary, Calgary, AB

**John B. Moeschler** , MD, Genetics, Pediatric

Director, Clinical Genetics, Department of Pediatrics, Dartmouth-Hitchcock Medical Center, Lebanon, NH

## Gerontology

**Carla J. Herman** , MD, Gerontology

Associate Professor of Medicine, Chief, Division of Gerontology, and Member, Epidemiology and Preventive Medicine, University of New Mexico, Albuquerque, NM

## Hematology

**Jeffrey S. Ginsberg** , MD, Hematology

Professor, McMaster University, Department of Medicine, Hamilton, ON

**Joseph F. O'Donnell** , MD, Hematology/Oncology

Senior Associate Dean for Student Life and Alumni Relations at Dartmouth Medical School, Hanover, NH

## Hepatology

**W. Thomas London** , MD, Hepatology

Senior Member, Division of Population Science and Director, Liver Cancer Prevention Center, Fox Chase Cancer Center; Senior Member and Adjunct Scholar, Center for Clinical Epidemiology and Biostatistics, University of Pennsylvania School of Medicine, Philadelphia, PA

## Infectious Diseases

Healthwise helps you make better health decisions. - Information and Resources - Health Encyclopedia -... Page 8 of 21

**W. David Colby** , MSc, MD, FRCPC, Infectious Disease

Associate Professor, Department of Microbiology and Immunology and the Department of Medicine, University of Western Ontario; Director, University Hospital Travel Medicine and Tropical Diseases Service, London, ON

**Christine Hahn** , MD, Infectious Disease, Medical Epidemiology

Epidemiologist, Idaho Department of Health and Welfare, Boise, ID

**Jeanne Marrazzo** , MD, MPH, Infectious Disease, STD/HIV Prevention Epidemiology

Assistant Professor of Medicine, Division of Infectious Diseases, University of Washington; Medical Director, Seattle STD/HIV Prevention and Training Center, Seattle, WA

**Peter Shalit** , MD, PhD, Internal Medicine (HIV/AIDS)

Clinical Assistant Professor of Medicine, Division of Allergy and Infectious Diseases, University of Washington; Attending Physician, AIDS Clinic, Harborview Medical Center, Seattle, WA

**Stanford T. Shulman** , MD, Pediatric Infectious Diseases

Professor of Pediatrics, Northwestern University Medical School, and Chief, Division of Infectious Diseases, Children's Memorial Hospital, Chicago, IL

**Dennis L. Stevens** , MD, Infectious Diseases

Chief, Infectious Diseases, Veterans Affairs Medical Center, Boise, ID

# Internal Medicine

**Anne C. Poinier** , MD, Internal Medicine

Physician, St. Luke's Internal Medicine, Boise, ID

**Caroline S. Rhoads** , MD, Internal Medicine

Associate Medical Director, Healthwise, Incorporated; Associate Professor of Medicine, University of Washington, Seattle, WA

**E. Gregory Thompson** , MD, Internal Medicine

Physician, St. Luke's Internal Medicine, Boise, ID

# Maternal-Fetal Medicine

**Gregory A.L. Davies** , MD, FRCSC, FACOG, Maternal-Fetal Medicine

Professor, Departments of Obstetrics and Gynaecology and Diagnostic Imaging, and in the School of Kinesiology and Health Education, Chair of the Division of Maternal-Fetal Medicine, Queen's University, Kingston, ON

**William M. Gilbert** , MD, Maternal-Fetal Medicine

Regional Medical Director of Women's Services at Sutter Health and Professor in the Department of Obstetrics and Gynecology at the University of California, Davis, Sacramento, CA

# Neurology

**David N. Alexander** , MD, Neurology

Professor of Neurology, University of California, Los Angeles; and Medical Director of the UCLA Neurological Rehabilitation and Research Unit at Reed Neurological Research Center, Los Angeles, CA

**Colin H. Chalk** , MD, CM, FRCPC, Neurology

Associate Professor, Department of Neurology and Neurosurgery, McGill University, Montreal, QC

**Seymour Diamond** , MD, Headaches

Director, Diamond Headache Clinic; Director, Inpatient Headache Unit, Columbus Hospital; Adjunct Professor, Chicago Medical School; Editor-in-Chief, *Headache Quarterly*, Chicago, IL

**Barrie J. Hurwitz** , MD, Neurology

Associate Professor, Division of Neurology, Duke University Medical Center, Durham, NC

**Peter J. Whitehouse** , MD, PhD, Neurology

Professor of Neurology, Case Western Reserve University, Cleveland, OH

**G. Frederick Wooten** , MD, Neurology

Chairman and Professor, Department of Neurology, University of Virginia School of Medicine, Charlottesville, VA

## Obstetrics/Gynecology

**Ross S. Berkowitz** , MD, Obstetrics/Gynecology, Gynecologic Oncology

Oncology Professor of Gynecology and Director of Gynecology and Gynecologic Oncology, Brigham and Women's Hospital; Professor of Gynecology, Harvard Medical School, Boston, MA

**Robert A. Hatcher** , MD, MPH, Obstetrics and Family Planning

Professor of Gynecology and Obstetrics and Director, Family Planning Program, Emory University School of Medicine, Atlanta, GA

**Kirtly Jones** , MD, Obstetrics/Gynecology, Reproductive Endocrinology

Associate Professor and Chief, Division of Reproductive Endocrinology, University of Utah School of Medicine, Salt Lake City, UT

**Deborah A. Penava** , MD, FRCSC, Obstetrics/Gynaecology

Associate Professor, Department of Obstetrics and Gynaecology, Schulich School of Medicine and Dentistry, University of Western Ontario, London, ON

**George F. Sawaya** , MD, Obstetrics, Gynecology and Reproductive Sciences

Assistant Professor in Residence, Department of Obstetrics, Gynecology, and Reproductive Sciences, University of California, San Francisco, CA

**Stephen D. Smith** , MD, FACOG, Obstetrics/Gynecology

Private practice, Missoula, MT

## Oncology

**Paul G. Montgomery** , MD, Hematology/Oncology

Healthwise helps you make better health decisions. - Information and Resources - Health Encyclopedi...   Page 10 of 21

Medical Oncologist, Mountain States Tumor Institute; Codirector, Bone Marrow Transplant Program, St. Luke's Regional Medical Center, Boise, ID; Clinical Instructor, University of Washington, Seattle, WA

**Douglas A. Stewart** , MD, FRCPC, Internal Medicine, Medical Oncology

Professor, Departments of Medicine and Oncology, Divisions of Medical Oncology, Hematology and Hematological Malignancies, University of Calgary, and Medical Oncologist at Tom Baker Cancer Centre and the Calgary Health Region, Calgary, AB.

## Ophthalmology

**Christopher Joseph Rudnisky, MD** , BMs, MD, FRCSC, Ophthalmology

Assistant Professor, Ophthalmology, University of Alberta, Edmonton, AB.

**Jill Ann Smith** , MD, Ophthalmology/Glaucoma

Clinical Instructor, Ophthalmology, Harvard Medical School's Massachusetts Eye and Ear Infirmary, Boston; Newton Wellesley Eye Associates, Newton, MA

## Orthodontics

**William F. Hohlt** , DDS, Orthodontics

Associate Professor with Tenure, Indiana University School of Dentistry, Indianapolis, IN

## Orthopaedics

**Michael J. Coughlin** , MD, Orthopaedics

Clinical Professor, Orthopaedic Surgery and Rehabilitation, Oregon Health and Science University, Portland, OR; Orthopaedic Surgeon, Boise, ID

**Freddie H. Fu** , MD, Orthopaedics

David Silver Professor and Chairman, Department of Orthopaedic Surgery, University of Pittsburgh, Pittsburgh, PA

**Robert B. Keller** , MD, Orthopaedics

Professor of Community and Family Medicine and Surgery, Dartmouth Medical School; Associate Clinical Professor, Orthopaedic Surgery, University of Massachusetts Medical School, North Dartmouth, MA

**Kenneth J. Koval** , MD, Orthopaedic Surgery, Orthopedic Trauma

Professor, Department of Orthopaedics, Dartmouth Medical School and division leader in orthopedic trauma at Dartmouth-Hitchcock Medical Center, Lebanon, NH

**Frederick A. Matsen III** , MD, Orthopaedics

Assistant Professor and Chairman, Department of Orthopaedics, and Adjunct Professor, Center of Bioengineering, University of Washington Medical Center, Seattle, WA

**Patrick J. McMahon** , MD, Orthopaedics, Sports Medicine

Founder, McMahon Orthopedics and Rehabilitation (MORe), and Adjunct Associate Professor, Orthopaedic Surgery, University of Pittsburgh School of Medicine, Pittsburgh, PA

**Thomas S. Renshaw** , MD, Orthopaedics

Professor Emeritus of Orthopaedic Surgery, Yale University, New Haven, CT

## Otolaryngology

**Charles M. Myer III** , MD, Pediatric Otolaryngology

Professor, Department of Pediatric Otolaryngology, Children's Hospital Medical Center; Professor, University of Cincinnati College of Medicine, Department of Otolaryngology, Head and Neck Surgery, Cincinnati, OH

## Palliative Medicine

**Ira Byock** , MD, Palliative Medicine

Director, The Palliative Care Service, Missoula, MT

**Daniel R. Tobin** , MD, Palliative Medicine

Adjunct Assistant Professor in Psychiatry, Dartmouth Medical School, Lebanon, NH; Principal Investigator, Robert Wood Johnson National Demonstration "Promoting Excellence in End-of-Life Care," in coordination with The National Chronic Care Consortium, Albany, NY

## Pediatrics

**Thomas Emmett Francoeur** , MDCM, CSPQ, FRCPC, Pediatrics

Associate Professor, Department of Pediatrics, McGill University, and Director, Learning Progress Clinic and Child Development Programme, Montreal Children's Hospital, Montreal, QC

**Charles Norlin** , MD, Pediatrics

University of Utah School of Medicine, Salt Lake City, Utah.

**Louis Pellegrino** , MD, Pediatrics, Neurodevelopmental Disabilities

Associate Professor, Department of Pediatrics, Upstate Medical University, Syracuse, NY

**John Pope** , MD, MPH - Pediatrics,

Medical Director, Pediatric Hospitalist Group, Phoenix, AZ, and Clinical Assistant Professor, Arizona College of Osteopathic Medicine and the University of Arizona College of Medicine.

**Michael J. Sexton** , MD, Pediatrics

Associate Medical Director, Healthwise, Incorporated; Medical Director, CARES Program, St. Luke's Children's Hospital, Boise, ID; Associate Clinical Professor, Family Medicine, University of Washington School of Medicine, Seattle, WA

## Pharmacy

**Theresa O'Young** , PharmD, Clinical Pharmacist

Clinical Instructor, University of Washington School of Pharmacy, and Clinical Pharmacist at Harborview Medical Center, Seattle, WA

## Physical Medicine and Rehabilitation

**Nancy E. Greenwald** , MD, Physical Medicine and Rehabilitation

Healthwise helps you make better health decisions. - Information and Resources - Health Encyclopedi...   Page 12 of 21

Medical Director, Idaho Elks Rehabilitation Hospital Outpatient Brain Injury Program, Boise, ID

## Plastic and Reconstructive Surgery

**Keith A. Denkler** , MD, Plastic and Reconstructive Surgery

Associate Clinical Professor of Plastic Surgery, University of California, San Francisco, CA, and physician in private practice, Larkspur, CA

## Podiatry

**Barry Scurran** , DPM, Podiatry and Podiatric Surgery

Assistant Physician-in-Chief, The Permanente Medical Group, Hayward, CA

## Psychiatry

**W. Stewart Agras** , MD, FRCPC, Psychiatry (Eating Disorders)

Professor and Associate Chair, Department of Psychiatry, Stanford University School of Medicine, Stanford, CA

**John R. Hughes** , MD, Addiction Psychiatry

Professor, Departments of Psychiatry, Psychology, and Family Practice, University of Vermont College of Medicine, Burlington, VT

**Yifrah Kaminer** , MD, MBA, Child and Adolescent Psychiatry

Professor, Department of Psychiatry and Alcohol Research Center, University of Connecticut, Farmington, CT

**Alfred J. Lewy** , MD, PhD, Psychiatry

Richard H. Phillips Professor, Biological Psychiatry, Oregon Health and Science University School of Medicine, Portland, OR

**Fred R. Volkmar** , MD, Pediatric Psychiatry

Professor of Child Psychiatry and Professor of Pediatrics and Psychology, Yale University, New Haven, CT

**Lisa S. Weinstock** , MD, Psychiatry

Private practice specializing in Psychopharmacology and Perinatal Psychiatry, Mount Kisco, NY

**Sidney Zisook** , MD, Psychiatry

Professor of Psychiatry, University of California, San Diego, CA

## Pulmonology

**Robert L. Cowie** , MB, ChB, MD, MSc, FCP[SA], MFOM, Respiratory Medicine

Professor, University of Calgary Departments of Medicine and Community Health Sciences; Director of Tuberculosis Services, Calgary Health Region; Director, Calgary COPD and Asthma Program, Calgary, AB

**Susanna A. McColley** , MD, Pediatric Pulmonology

Director, Cystic Fibrosis Center, Division of Pediatric Pulmonary and Critical Care Medicine, The Children's Memorial

Healthwise helps you make better health decisions. - Information and Resources - Health Encyclopedi...   Page 13 of 21

Center, Chicago, IL

**R. Steven Tharratt** , MD, FACP, FCCP, Pulmonology, Critical Care Medicine

Associate Professor of Medicine; Chief of Clinical Pharmacology and Medical Toxicology, Division of Pulmonary and Critical Care Medicine; Medical Director, Respiratory Care Department, University of California Davis Medical Center, Sacramento, CA

**Ken Y. Yoneda** , MD, Pulmonology, Critical Care Medicine

Associate Professor in Residence, Department of Pulmonary and Critical Care Medicine, Department of Internal Medicine, University of California Davis School of Medicine, Sacramento, CA

## Radiology

**Paul D. Traughber** , MD, Interventional Radiology

Radiology Group, St. Alphonsus Regional Medical Center, Boise, ID

## Rheumatology

**Stanford M. Shoor** , MD, Rheumatology

Internist and Chief of Professional Education, Kaiser Foundation Hospital, Santa Clara, CA; Clinical Associate Professor of Medicine (Immunology), Stanford University, Stanford, CA

## Sleep Disorders

**Jan Ulfberg** , MD, PhD, Internal Medicine, Sleep Disorders

Associate Professor of Medicine, Uppsala University, Sweden; Medical Director, Sleep Disorders Centers, Avesta Hospital, Sweden, and Inland Hospital, Norway.

## Stress Management

**Paul J. Rosch** , MD, Stress Management, Cardiovascular Disease

Clinical Professor of Medicine and Psychiatry, New York Medical College; President, American Institute of Stress, New York, NY

## Surgery

**Brent T. Shoji** , MD, General Surgery

Assistant Professor of Surgery, Harvard Medical School; Chief of General Surgery, Harvard Vanguard Medical Associates, Boston, MA

**Brad W. Warner** , MD, Pediatric Surgery/Critical Care

Surgeon-in-Chief, St. Louis Children's Hospital (SLCH), and the Apolline Blair Professor of Surgery, Washington University School of Medicine, St. Louis, MO

## Urology

**Peter Anderson** , MD, FRCS(C), Pediatric Urology

Professor of Urology and Director of the Residency Training Program, Dalhousie University; Professor of Urology, Queen

Elizabeth II Health Sciences Centre, Halifax, NS

**Philip Belitsky** , MD, Urology

Professor of Urology, QEII Health Sciences Centre, Halifax, NS

**J. Curtis Nickel** , MD, FRCSC, Urology

Professor, Department of Urology, Queen's University; Staff Urologist, Department of Urology, Kingston General and Hotel Dieu Hospitals, Kingston, ON

**Avery L. Seifert** , MD, Urology

Private practice, Boise, ID; Clinical Instructor, University of Washington School of Medicine, Seattle, WA

**Christopher G. Wood** , MD, FACS, Urology

Associate Professor of Urology, University of Texas MD Anderson Cancer Center, Houston, TX

Last updated: February 2009

# Healthwise® Knowledgebase Editorial Policy and Processes

The field of medicine changes constantly. Each day there are headlines about new ways to diagnose medical conditions, breakthroughs in treatments, and newly discovered ways to prevent health problems. Through a comprehensive topic development process, the Healthwise® Knowledgebase software is regularly updated.

## Content Written by Healthwise

Healthwise® Knowledgebase topics are developed through the collaborative efforts of the Healthwise health information and medical teams using a comprehensive research and review process.

The Healthwise health information team includes full-time professional medical researchers, writers, and editors who have extensive experience in scientific research and medical writing. They work closely with members of the Healthwise medical team, including the chief medical officer, the medical director, the eight associate medical directors, and the Healthwise Medical Review Board.

The Healthwise Medical Review Board includes more than 90 specialists from across the United States and Canada. Members of the Medical Review Board are experts in their specialty area. Many of them have academic appointments at the nation's leading medical schools, are actively involved in research, are practicing medicine, and are published in peer-reviewed journals and medical textbooks. They share the Healthwise commitment to empowering patients with reliable health information and building strong patient-provider relationships.

Healthwise content is founded on evidence-based information. Our authors are experts at presenting balanced, unbiased perspectives without influence from commercial interests. Our Conflict of Interest policy enforces the editorial integrity of our writers: "All Healthwise personnel should avoid situations where their personal interests could conflict, or reasonably appear to conflict, with the interests of Healthwise. In this regard, personnel must avoid any outside financial interest that might influence, or appear to influence, their corporate decisions or actions."

Interactive topics within the Healthwise® Knowledgebase may include self-assessment tools. For those self-assessment tools that help people reach conclusions about health care decisions or that may be relevant to optimizing health outcomes, we have cited the source of the assessment tool. We have not cited references for surveys that help people understand their own personal behavior.

## Topic Development Process

There are four primary steps in the development process: planning, research, writing, and review.

- Writers, editors, and associate medical directors work together to plan the topic.
- The medical librarian develops a research packet for each topic based on extensive research and evaluation of biomedical literature. Research packets contain results of literature searches, key evidence-based medical journal articles, published clinical outcome studies, guideline statements, and consumer health information.
- The writing and review phases are interwoven with collaboration among medical directors and other clinicians.
- As topics are written, both an associate medical director and at least one specialist review them. Topics are reviewed to ensure accuracy and consistency with current practice standards and to identify areas of important development. These independent medical reviewers ensure that Healthwise® Knowledgebase topics contain accurate, unbiased information.

## New Topic Development

New topics are selected on the basis of several criteria, including requests from consumers and organizations using the Healthwise® Knowledgebase, prevalence of the condition, and the degree of shared decision-making potential available to consumers with the condition.

## Updating Topics

Topics are updated when warranted by changes in medical practice. The health information and medical teams continuously review the wire services and journals so they can quickly identify changes that affect the practice of medicine. When important changes occur, topics are updated and included in the next quarterly release of the Healthwise® Knowledgebase.

In addition, topics are reviewed and updated on a regular basis. The schedule varies by topic.

- Topics that have ongoing research and rapidly changing treatment, such as Atrial Fibrillation, are reviewed for update annually.
- Topics that change less frequently, such as Bunions, are reviewed for update every 2 years.

Organizations and people using the Healthwise® Knowledgebase may suggest changes or additions to topics. These recommendations are considered during the topic development process and are included in our updates if they meet our standard criteria and pass the medical review process. If a suggested change applies only to a particular sponsoring organization's readers, and if it passes medical review, then it may be made for that organization's customized version of the Healthwise® Knowledgebase. Any change made to the Healthwise® Knowledgebase must first pass medical review.

The date of the last update is found at the bottom of every topic page and in the Credits section of each topic.

## Content Written by Third Parties

### Cerner Multum, Inc., Drug Reference (not included in all systems)

The drug reference included in the Healthwise® Knowledgebase is provided by Cerner Multum, Inc., of Denver, Colorado.

The update process at Multum is ongoing on a daily basis. New information is incorporated into a database as soon as it appears in the literature or in product labeling. Doctors and pharmacists review the new information and make any necessary changes. Multum uses weekly Current Content searches on all of its drugs in addition to surveying all key periodicals. All leaflets are reviewed by one or more practicing clinical specialists. Healthwise receives monthly updates from Multum. The updates are included in the quarterly releases of the Healthwise® Knowledgebase.

Conflict of Interest Policy: Multum's content is authored by full time associates with no affiliations with drug companies. Consultants who work with the information in other capacities are required to have no conflicts of interest.

The date of the last update is found at the end of each topic.

### National Cancer Institute (NCI) Topics

NCI Physician Data Query (PDQ®) topics in the Healthwise® Knowledgebase are provided by the National Cancer Institute, National Institutes of Health, Public Health Service, Department of Health and Human Services.

All PDQ cancer information summaries are peer-reviewed and updated monthly by six editorial boards of oncology specialists in adult treatment, pediatric treatment, supportive care, complementary and alternative medicine, screening, prevention, and cancer genetics. They review current literature from more than 70 biomedical journals, evaluate its relevance, and synthesize it into concise, clear summaries. Healthwise receives monthly updates from the National Cancer Institute. The updates are included in the quarterly releases of the Healthwise® Knowledgebase.

Conflict of Interest Policy: PDQ Editorial Board members are selected by the Editor-in-Chief of each Board. Potential biases or conflicts of interest are discussed as part of the selection process.

The date of the last update is found at the end of each topic.

## National Organization for Rare Disorders, Inc. (NORD)

The National Organization for Rare Disorders, Inc., of Danbury, Connecticut, provides topics on rare diseases for the Healthwise® Knowledgebase.

The NORD topics are updated on an ongoing basis as new information is reported that is applicable to a condition. In addition, all topics are periodically reviewed to ensure that all information remains current and accurate. Healthwise receives quarterly updates from NORD. The updates are included in the quarterly releases of the Healthwise® Knowledgebase.

Conflict of Interest Policy: NORD uses independent sources such as the National Institutes of Health and U.S. Food and Drug Administration for its information on standard and investigational therapies. It does not rely on commercial sources for anything other than brief notices that clinical trials are in progress. Also, NORD does not ask researchers at academic institutions directly involved in studies of particular therapeutics to provide or review information related to treatment of the disease in question. When a report is written by a physician or other medical professional rather than by one of NORD's own writers, NORD has it reviewed by an MD or PhD with appropriate expertise at a different institution. To obtain input from more than one medical perspective, NORD does not allow a report to be reviewed by someone who has participated in research or clinical activities with the author of the report. NORD's staff regularly reviews several medical journals and, if any discrepancies in opinion related to information in a report are found, members of the Medical Advisory Committee provide guidance.

The date of the last update is found at the end of each topic.

## American Self-Help Clearinghouse Information

The American Self-Help Group Clearinghouse, of Cedar Knolls, New Jersey, provides information on self-help groups.

Healthwise receives semiannual updates from the American Self-Help Clearinghouse. The updates are included in the quarterly releases of the Healthwise® Knowledgebase. The content verification date is found at the end of each listing.

## AISLE7 TM/Healthnotes®

Headquartered in Portland, Oregon, Healthnotes, Inc., dba AISLE7 is the premier provider of reliable, easy-to-use health, food, and lifestyle information.

Each year AISLE7 reviews tens of thousands of articles and more than 600 medical and scientific journals to ensure that the content stays current, factual, and balanced. Citations identify the source, the authors, and where and when the information was first published. The AISLE7 editorial team includes medical doctors, pharmacists, chiropractors, naturopaths, and dietitians. The Medical Advisory Board includes medical doctors and experts affiliated with leading medical schools, such as the Robert Wood Johnson Medical School.

Healthwise receives semiannual updates from AISLE7. The updates are included in the quarterly releases of the Healthwise® Knowledgebase.

The date of the last review is found at the end of each topic.

Last updated: August 2008

# Healthwise Quality Standards

Healthwise is committed to providing consumers with high-quality health information so that they can make wise health decisions in partnership with their doctors. We adhere to the following principles:

- We will create health information that is in the consumer's best interest.
- We will not allow commercial interests to determine our content.
- We pledge to protect the privacy of individuals using our Web site.
- We provide referenced, frequently updated, evidence-based health information.

Healthwise ensures compliance with these principles through internal review and URAC accreditation.

Last updated: May 2009

Date adopted: May 2005

# Healthwise Privacy Policy

### Privacy

Healthwise creates Prescription-Strength Information™ resources that people can use for making wise decisions with their doctors. Healthwise is firmly committed to respecting the privacy of individuals.

Information is collected in the Healthwise® Knowledgebase in very limited situations. This information is not personal information; it is anonymous and not individually identifiable. Healthwise may disclose this information when required by law or in the good-faith belief that such action is necessary in order to conform to the edicts of the law or comply with a legal process served on our Web site. Healthwise does not release, trade, or sell any individually identifiable information from users of the Healthwise® Knowledgebase to people or organizations outside of Healthwise, Incorporated. Some nonindividually identifiable information is released to organizations.

Healthwise information content is licensed to other organizations that make it available to consumers. Healthwise is not responsible for the privacy practices of organizations that have licensed Healthwise information. Consumers should review the privacy policies of the organizations from which they access Healthwise information.

The Healthwise® Knowledgebase may have the look and feel of the sponsoring organization's Web site, however, the Healthwise® Knowledgebase is hosted on a server owned and operated by Healthwise. You can identify it as Healthwise by the appearance of the Healthwise logo when you access this information.

### Cookies

Cookies are text files that contain pieces of information that a Web site transfers to an individual's hard disk for record-keeping purposes. The following cookie is created when viewing the Healthwise® Knowledgebase.

- The Healthwise server uses cookies to track the topics viewed by a user during the current browser session in order to provide the user with a shortcut link back to any of those topics during that browser session ("Go back to" feature). This information is not stored, and Healthwise does not release, trade, or sell this information.

  This is a per-session cookie. If the user's browser is set to not enable per-session cookies, this feature will not work. Your browser software can be set to allow you to accept or reject cookies. Most browsers offer instructions on how to reset the browser to accept or reject cookies in the "Help" section of the browser toolbar.

### Additional Privacy Issues

All of the information collected from users is securely stored by Healthwise and is protected against unauthorized use. This information is stored on servers that are protected by physical and network security, including keys, access codes,

and passwords. Access is restricted to authorized employees of Healthwise who are trained on the security policy and processes. Independent companies perform annual security audits.

The Healthwise® Knowledgebase is updated quarterly. Any changes to this policy can be noted by reviewing this policy each quarter. If it has been changed, the "date last updated" at the bottom of this page will change. In addition, the New and Updated Topics link on the search menu page contains a listing of all changes to the Healthwise® Knowledgebase; changes to this and other policies governing the Healthwise® Knowledgebase will be noted in this information.

Any material changes regarding the use of personal information will be noted in this privacy policy. In addition, the New and Updated Topics link on the search menu page contains a listing of all changes to the Healthwise® Knowledgebase; an announcement of any material changes regarding the use of personal information will appear in this information. Note: Healthwise does not anticipate making any changes in the use of personal information from what is described here.

If you have any privacy issues regarding the Healthwise® Knowledgebase, please contact your sponsoring organization or e-mail Healthwise at comments@healthwise.org. If you contact Healthwise about any privacy issues or the Healthwise® Knowledgebase, you can expect a response from Healthwise in approximately ten days.

Healthwise, Incorporated
P.O. Box 1989
2601 N. Bogus Basin Road
Boise, Idaho 83701
1-800-706-9646
www.healthwise.org

Last updated: September 2007

# Healthwise Advertising Policy

Healthwise does not include advertisements in the Healthwise® Knowledgebase; however, sponsoring organizations may include advertisements outside but adjacent to Healthwise® Knowledgebase content. These advertisements may have been selected based upon the specific topic being viewed. Advertisements are controlled by the sponsoring organization. For more information, check the advertisement policy of the sponsoring organization.

Last updated: August 2007

Date adopted: August 2000

# Healthwise Ownership and Funding Disclosure

Healthwise is committed to producing quality health information for consumers so that they can make wise decisions with their doctors. Healthwise health information is not determined by commercial interests.

Healthwise is a 501(C)(3) nonprofit organization.

Healthwise receives revenue from the following sources:

- Sale of self-care guides
- Licensing of health content and software products to hospitals, health plans, employers, health Web sites and other organizations. Healthwise may receive revenue based on advertising and e-commerce revenue that is generated on our clients' Web sites.
- Grants from foundations and government agencies
- Other sources that account for minimal revenues

Last updated: August 2007

Date adopted: August 2000

# TERMS OF USE

BEFORE USING THIS PRODUCT PLEASE READ THESE TERMS OF USE CAREFULLY

By using this product, you agree to these Terms of Use ("Terms"). Do not use this product if you do not agree to all of these Terms. Healthwise, Incorporated ("Healthwise") is a nonprofit organization whose mission since 1975 has been to Help People Make Better Health Decisions. Healthwise has not reviewed and does not endorse any information, products, or services other than those clearly marked as from Healthwise.

**not medical advice** This product is for informational purposes only. This information does not replace professional medical advice, diagnosis, or treatment. If you have questions regarding a medical condition, always seek the advice of your physician or other qualified health professional. Developments in medical research may impact this information. If you think you may have a medical emergency, call your doctor or 911 immediately.

**use of content** This information is protected by copyright under United States and foreign laws. Title to this information remains with Healthwise or its suppliers. Any use of this information not expressly permitted by these Terms is a breach and may violate copyright, trademark, and other laws. All rights not expressly granted herein are reserved to Healthwise and its suppliers.

**liability limitation** The use of this product is at your own risk. This product (including this information and any software) is provided on an "as is" basis. HEALTHWISE AND OUR SUPPLIERS, TO THE FULLEST EXTENT PERMITTED BY LAW, DISCLAIM ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, STATUTORY, OR OTHERWISE, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF THIRD-PARTIES' RIGHTS, AND FITNESS FOR PARTICULAR PURPOSE. Without limiting this disclaimer, Healthwise and our suppliers also make no representations or warranties about the accuracy, reliability, completeness, or timeliness of this information. In no event shall Healthwise, our suppliers, or any third parties mentioned in this information be liable for any damages (including, without limitation, incidental and consequential damages, personal injury/wrongful death, lost profits, or damages resulting from lost data or business interruption) resulting from the use of, misuse of, or inability to use this information, whether based on warranty, contract, tort, or any other legal theory, and whether advised of the possibility of such damages.

**indemnity** You agree to defend, indemnify, and hold Healthwise, its officers, directors, employees, agents, and suppliers harmless from and against any claims, actions or demands, liabilities, and settlements, including without limitation, reasonable legal fees resulting from, or alleged to result from, your use or misuse of the product. If you access the product from outside the United States, you do so at your own risk and are responsible to comply with the laws of your jurisdiction.

**jurisdiction** You expressly agree that exclusive jurisdiction for any dispute relating to your use of this product resides in the courts of the State of Idaho governed by the substantive laws of the State of Idaho, without respect to its conflict of laws principles. If any provision of these Terms is found to be invalid by any court having competent jurisdiction, the invalidity of that provision shall not affect the validity of the remaining provisions, which shall remain in full force. If the liability limitation is so deemed invalid, Healthwise, our suppliers, or any third parties mentioned in the product shall be liable only to the extent of actual damages incurred by you, not to exceed U.S. $2,500. No waiver of any of these Terms shall be deemed a further or continuing waiver.

**claims** Any claims arising from your use of this product must be brought within one year from the date of the event giving rise to the action occurred. Remedies under these Terms are exclusive and are limited to those expressly provided for in these Terms.

**information from suppliers for content that may be included in product**

**SELF-HELP CLEARINGHOUSE.** By retrieving and/or utilizing information from the American Self-Help Clearinghouse database, you agree to hold harmless American Self-Help Clearinghouse, its owners, and employees from any and all liability arising directly or indirectly from your use of information contained in the database. You be the judge. The Self-Help Clearinghouse does not evaluate or rate the individual self-help groups, which are contained in the database. Therefore, Self-Help Clearinghouse's listing of a self-help group does not constitute an endorsement of that group. Neither does omission signify disapproval. We include groups in our database based upon a report of their organizations as being focused upon no-fee mutual aid; i.e., members helping one another. The use of any information is entirely the responsibility of the reader. You are the ultimate judge in deciding whether the group is appropriate to your needs. You can send for and review literature or call the phone contact. Self-help means more control, and more responsibility, in your hands.

**NATIONAL CANCER INSTITUTE.** Some material in Physician Data Query (PDQ®) is from copyrighted publications of the respective copyright claimants. Users of PDQ are referred to the publication data appearing in the bibliographic citations, as well as to the copyright notices appearing in the original publication, all of which are hereby incorporated by reference.

**NORD'S RARE DISEASE DATABASE.** The information provided in this report is not intended for diagnostic purposes. It is provided for information purposes only. This information is presented for further understanding that could lead to the prevention, treatment, and/or cure of rare disorders. NORD recommends that affected individuals seek the advice or counsel of his or her own personal physician(s). It is possible that the title of the topic is not the name you selected. Please check the SYNONYMS listing to find the alternate name(s) and disorder subdivision(s) covered by this report. The disease entry is based upon medical information available through the date at the end of the topic. Since NORD's resources are limited, it is not possible to keep every entry in the Rare Disease Database completely current and accurate. Please check with the agencies listed in the Resources section for the most current information about the disorder.

Last updated: September 2007

# Multum End-User License Agreement

The Service is for use by United States and Canadian residents only. The Service is a service provided to you by Cerner Multum ("Multum"). The Service and the *Healthwise Knowledgebase* are separate products provided by separate entities.

Every effort has been made to ensure that the information provided in the Service is accurate, up-to-date, and complete, but no guarantee is made to that effect. In addition, the drug information contained herein may be time sensitive.

The Service does not endorse drugs, diagnose patients, or recommend therapy. The Service is an informational resource designed to assist licensed healthcare practitioners in caring for their patients and provide consumers with drug specific information. Healthcare practitioners should use their professional judgment in using the information provided. The Service is not a substitute for the care provided by licensed healthcare practitioners and consumers are urged to consult with their healthcare practitioner in all instances. The absence of a warning for a given drug or drug combination in no way should be construed to indicate that the drug or drug combination is safe, effective or appropriate for any given patient.

Multum does not assume any responsibility for any aspect of healthcare administered with the aid of information the Service provides.

**Disclaimer of Warranties**

THE END-USER ACKNOWLEDGES THAT THE SERVICE IS PROVIDED ON AN "AS IS" BASIS. EXCEPT FOR WARRANTIES WHICH MAY NOT BE DISCLAIMED AS A MATTER OF LAW, MULTUM MAKES NO REPRESENTATIONS OR WARRANTIES WHATSOEVER, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO REPRESENTATIONS OR WARRANTIES REGARDING THE ACCURACY OR NATURE OF THE CONTENT OF THE SERVICE, WARRANTIES OF TITLE, NONINFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

The END-USER acknowledges that updates to the Service are at the sole discretion of Multum. Multum makes no representations or warranties whatsoever, express or implied, with respect to the compatibility of the Service, or future releases thereof, with any computer hardware or software, nor does Multum represent or warrant the continuity of the features or the facilities provided by or through the Service as between various releases thereof.

Any warranties expressly provided herein do not apply if: (i) the END-USER alters, mishandles or improperly uses, stores or installs all, or any part, of the Service, (ii) the END-USER uses, stores or installs the Service on a computer system which fails to meet the specifications provided by Multum, or (iii) the breach of warranty arises out of or in connection with acts or omissions of persons other than Multum.

**Assumption of Risk, Disclaimer of Liability, Indemnity**

THE END-USER ASSUMES ALL RISK FOR SELECTION AND USE OF THE SERVICE AND CONTENT PROVIDED THEREON. MULTUM SHALL NOT BE RESPONSIBLE FOR ANY ERRORS, MISSTATEMENTS, INACCURACIES OR OMISSIONS REGARDING CONTENT DELIVERED THROUGH THE SERVICE OR ANY DELAYS IN OR INTERRUPTIONS OF SUCH