# EXHIBIT H

# Expert Report of Robert D. Gibbons Ph.D.

## Neurontin Litigation

### QUALIFICATIONS

My name is Robert D. Gibbons, and I am the Director of the Center for Health Statistics, and Professor of Biostatistics and Psychiatry at the University of Illinois at Chicago. I am a Fellow of the American Statistical Association and a two-time recipient of the American Statistical Association's Youden Award for statistical contributions to the field of Chemistry (2001 and 2006). I have received the Harvard Award for lifetime contributions to the field of Psychiatric Epidemiology and Biostatistics. I am a member of the Institute of Medicine (IOM) of the National Academy of Sciences (NAS), and served for six years on the IOM Board on Health Sciences Policy. I am the author of over 185 peer reviewed scientific papers, and four books. Two of these books are considered foundational in the area of environmental statistics (Statistical Methods for Groundwater Monitoring (1994); and Statistical Methods for Detection and Quantification of Environmental Contamination (2001) with David Coleman, both published by John Wiley and Sons), and the 2001 book received the distinction of being in the top 5 books for statisticians, from the American Statistical Association. My most recent book with Don Hedeker "Longitudinal Data Analysis," also published by John Wiley and Sons, presents a comprehensive overview of methods for the analysis of longitudinal data. My first book, "Statistical and Methodological Advances in Psychiatric Research," was published in 1982.

I have served on the Institute of Medicine Committee on the Safety and Efficacy of the drug Halcion, which utilized similar methods to those used here to synthesize data from multiple studies to evaluate the efficacy and safety of a CNS active pharmaceutical.

My expert opinions in this case are based on my review of the expert reports of Drs. Jewell, McCrory, and Perry and associated data identified in their reports and my experience in working in the area of statistical methods over the past 28 years. My CV is included as Exhibit A, and a complete list of documents that I considered is attached as Exhibit B. I reserve the right to supplement or modify these opinions as further information becomes available and additional analyses are undertaken.

I have testified as an expert witness at trial within the last four years in the case of *Eli Lilly, et al. v. Zenith Goldline, et al.*, IP01-0443 C Y/S, in the United States District Court for the Southern District of Indiana, the case of *Forest Laboratories v. Ivax Pharmaceuticals*, Civil Action No. 03-891-JJF, in the United States District Court for the District of Delaware, in the Matter of the Appraisal between *Taunus Corporation, Plaintiff, and Allianz Insurance Company, Axa Corporate Solutions Insurance Company, and Axa Global Risks US Insurance Company*, the case of *Giles vs. Wyeth*, 04-CV-04245

in the United States District Court for the Southern District of Illinois, a deposition in the matter of *B.F. Goodrich vs. Westlake Vinyls,* and the *Neurontin Marketing, Sales practices and Products Liability Litigation,* 04-10981-PBS..

My customary rate and the rate at which I will be compensated for work on this case is $500 per hour.

## Executive Summary

In the following, I review the reports of Drs. Jewell, Perry, and McCrory and where possible, have performed my own analysis of data presented in their reports. Additionally, based on my review of their reports I requested all of the original data from the parallel group randomized placebo controlled trials of neuropathic pain conducted by Pfizer and Warner-Lambert (6 studies) and have reanalyzed those data in order to shed light on statistical and methodological concerns that I have with the analyses presented in the plaintiffs' expert's reports. Based on my review and the analyses that I have performed on the original data, I have reached the following conclusions.

First, nothing in the expert report of Dr. Jewell undermines the conclusion reached by Dr. Miroslav Backonja and his co-authors in their article published in the Journal of the American Medical Association. Dr. Jewell's hypothesis that patients in the Backonja study of gabapentin use in treating diabetic peripheral neuropathy developed side effects that led to unblinding and therefore bias in favor of gabapentin is not supported by the data. My analysis of these data reveal that there is no relationship between two of the groups of CNS side-effects (somnolence and dizziness) considered by Dr. Jewell and pain, and in the third (nervousness) I found a significant *positive* association with pain. This is the opposite of the unblinding hypothesis, where patients get worse following emergence of the side effect, not better. Furthermore, after adjusting for the emergence of all CNS side effects, a significant treatment effect of gabapentin was maintained.

Second, Dr. Perry's conclusion that gabapentin is not effective for the treatment of neuropathic pain is squarely contradicted by the data, which clearly support the efficacy of the drug relative to placebo. Results of my analysis revealed statistically significant effects of treatment on pain scores, 50% improvement rates, and ratings of moderate or much improvement. In general, the odds of improvement were double that on gabapentin relative to placebo. In terms of clinically interpretable endpoints, 33.4% of patients treated with gabapentin achieved a 50% pain reduction, whereas only 18.7% of placebo patients did ($p<0.0001$). In terms of ratings of improvement, 41.7% of gabapentin patients were moderately or much improved whereas only 22.0% of placebo patients were ($p<0.0001$). With respect to rates of change in pain ratings over time, gabapentin treated patients had a 61% faster rate of change than placebo patients ($p<0.0001$). The number needed to treat in order to obtain one additional case of moderate to much improvement over placebo is 5, whereas the number needed to harm to a degree in which one additional gabapentin treated patient is willing to discontinue treatment relative to placebo is 35. As such, the overall benefit to risk ratio relative to placebo is 7:1, that is,

2

for every patient that withdraws from the study due to an adverse event, 7 patients achieve moderate to much improvement (relative to placebo). Finally, although Dr. Perry describes his own analysis as "meticulous," there are critical flaws in the way that he handled the data. Of the 176 patients who were not evaluated on the Patient Global Impression of Change (PGIC), Dr. Perry assigned a non-favorable response to all but 14 of these patients in his analysis. These patients were not even evaluated, so it is impossible for Dr. Perry to know the status of their improvement level. This is a serious error and raises questions regarding the validity of other analyses presented in his report.

Third, Dr. McCrory has reanalyzed a subset of the migraine studies for both headache frequency and 50% headache reduction and did not find convincing evidence for the efficacy of gabapentin. I have reanalyzed the data from these 5 studies and found a statistically significant beneficial effect of gabapentin on 50% reduction in migraine headache frequency. Dr. McCrory removes two of the five studies from the subset of studies that he selected for his analysis. Even if we remove these two studies from the pool and only look at the three studies Dr. McCrory analyzed, then the odds ratio reduces from 2.08 (p<0.008) to 1.62 (p<0.099), a trend in favor of gabapentin which approaches significance.

**Opinions on Dr. Jewell's Report**

1. Dr. Jewell has reanalyzed the data from the Backonja (1998) study using a newer statistical model for the analysis of longitudinal data based on generalized estimating equations (GEE). The overall analysis performed by Dr. Jewell confirmed the original findings of Backonja (1998) who showed that using a last observation carried forward (LOCF) endpoint analysis there was a statistically significant effect of treatment (relative to placebo control). However, while Backonja and colleagues found that the effect remained statistically significant when subjects who experienced side-effects of somnolence or dizziness were removed, Dr. Jewell's analysis revealed that the treatment effect was no longer statistically significant after all data on or following the emergence of a treatment related CNS side-effect were excluded from the analysis (12 placebo patients and 44 gabapentin patients). Dr. Jewell interprets this finding as indicating that the treatment effect identified by Backonja and colleagues was due to unblinding produced by the increased incidence of these CNS side-effects in the gabapentin group, the theory being that the presence of the side effect indicated to the patient that they were on active treatment, and this knowledge improved (i.e., lowered) their subjective ratings of pain.

Backonja and colleagues studied this possibility in their original analysis but did not find support for the theory. Below, I provide a detailed investigation of these data and the methodology used by Dr. Jewell to analyze his unblinding contention.

2. The statistical method used by Dr. Jewell made several key assumptions about the data, each of which is flawed. The assumptions are:

   a. The time trends for both placebo and gabapentin are linear over time.
   b. The research sites differ in pain levels at baseline, but otherwise all sites had the same rate of change over time.
   c. The effect of the missing data produced by excluding patients with side-effects is ignorable based solely on the overall effects of treatment, time and site (i.e., the predictors that are included in the model).
   d. That patients who experienced treatment related CNS side-effects actually improved following the emergence of the side-effect.

With respect to the first assumption, the changes in pain are clearly not linearly decreasing over time. As evidenced in the following plot of the 56 daily observed means and the estimated linear trends for placebo and gabapentin groups, the assumption of linearity is clearly not appropriate for these data.

Figure 1



Figure 1 also explains the curious finding reported by Dr. Jewell that there was a statistically significant difference between placebo and gabapentin treated subjects at baseline (i.e., before treatment). This makes little sense given that this was a randomized study and the two groups should be comparable at baseline. Figure 1 clarifies this curious result by showing that by attempting to impose a poorly fitting linear trend to these data, (a) the baseline scores are underestimated, and (2) the difference in estimated baseline (i.e., day 0) mean scores between gabapentin and placebo arms is grossly exaggerated. In fact the observed means (open and closed squares at day=0) are reasonably similar as would be expected from a randomized study. Figure 1 clearly reveals that the basic model used by Dr. Jewell in his reanalysis of these data does not fit the data, leads to erroneous

4

conclusions, and cannot be relied upon to yield valid inferences regarding the possibility of unblinding.

3. In an attempt to provide a more complete longitudinal analysis of these data, I performed a series of additional re-analyses of these data using a three-level mixed-effects regression model (see Hedeker and Gibbons, 2006 for a comprehensive overview and comparison with GEE). There are several advantages of this analysis over the analysis performed by Dr. Jewell. First, in my analysis I was able to incorporate the curvilinearity in the observed time trends into the analysis. Second, sites are allowed to vary both in terms of the baseline severity of pain, but also in terms of their rate of change over time. Third, the mixed-effects regression model has more general missing data assumptions (Missing at Random – MAR for mixed-effects model versus Missing Completely at Random – MCAR for GEE). The missing data are ignorable for the mixed-effects model conditional on both the predictors and the observed pain responses up to the point of discontinuation or in this case exclusion due to a CNS side effect. As such, the trend line for a given patient is estimated based on the available data prior to their removal from the study. This is in direct contrast to GEE where it is the marginal means that are modeled and not the individual time trends. For GEE, which assumes MCAR, the pain data up to the point of censoring, cannot be used to explain the missing data. The result is that the mixed-effects model represents a more general model for the analysis of longitudinal data with missing values. This is particularly relevant in the present circumstance because the missing data mechanism is observable, namely the presence of a CNS side-effect. Fourth, we can implicitly test the unblinding hypothesis by incorporating CNS side-effects as time-varying covariates in the model and determine if the treatment differences remain after adjustment for these effects. Sensitivity analyses excluding days on or following the emergence of a CNS side effect can also be performed under more general missing data assumptions.

4. With respect to curvilinearity, I examined two different model parameterizations; a quadratic model and a model that expresses time as the natural logarithm (ln) of day+1. A value of 1 is added to day to insure that we do not take the logarithm of zero. Baseline is therefore day=0+1 and the natural logarithm is ln(1)=0, thereby preserving the interpretation of the intercept as the estimated baseline value. I used the Bayesian Information Criterion (BIC) to determine which of the three time-trend models (linear, quadratic, ln(day+1) provided the best fit to the data (lower BIC better fit). BIC values were 26565.86 for the linear model, 26299.49 for the quadratic model, and 26223.31 for the ln(day+1) model, indicating that the ln(day+1) model provided the best fit to the observed data. The fits of these models are shown graphically in Figures 2 and 3.



Figure 2

Daily Mean Pain Scores

Quadratic Time Trend Model

Figure 3

Daily Mean Pain Scores

Log Time Trend Model

5.   The curious statistical significance at baseline that was observed for the linear model used by Dr. Jewell is not significant for either of the two better fitting curvilinear time models (p=0.17 for the quadratic model and p=0.60 for the log time model).  However, both the quadratic and log time models found statistically

significant treatment by time interactions (p=0.0001 for quadratic and p=0.009 for log time). Interpretation of the quadratic model is complicated by the fact that the rate of change for this model is not constant over time; however this is not true for the even better fitting log time model for which the rate of change is linear on a log-time scale. What is important to note is that the curvilinear model, in providing a better fit to the actual data, clearly reveals that the placebo and gabapentin treated patients are similar at baseline but as time progresses, the gabapentin treated patients are in significantly less pain than the placebo controls. The linear time-trend model obscures this difference by incorrectly ascribing the post-treatment difference to an imbalance between the two groups prior to the initiation of treatment. Figure 3 clearly reveals that the estimated treatment effect is statistically significant and increases over time.

6. In the next analysis, I added somnolence, dizziness, and other CNS side effects (e.g., nervousness, twitching, ataxia) as three time-varying covariates that take on the value 0 prior to emergence and the value 1 on the day and after emergence in those patients that experienced a CNS treatment related side effect. These are the same cases identified in Dr. Jewell's analysis. Results of this analysis did not support Dr. Jewell's unblinding hypothesis. First, neither somnolence (p=0.82) nor dizziness (p=0.63) were significantly related to pain. If the presence of these two side effects produced unblinding as suggested by Dr. Jewell, then we should have observed a significant negative association between the presence of these two side effects and pain scores. Second, the other CNS side effects such as nervousness, twitching and ataxia had a significant positive association with treatment (p=0.014) where on the day or following the emergence of the side effect, pain scores increased an average of .41 scale points after the side effect. This is the opposite of the unblinding hypothesis, because patients get worse following emergence of the side effect, not better. Third, after adjusting for the emergence of CNS side effects, the treatment by time interaction remained virtually identical -0.284 versus -0.276 units per ln(day), and remained statistically significant (p=0.007). This finding reveals that even after adjusting for side effects, the effect of treatment on pain remained statistically significant. Similar results were observed for adjustment for a combined category of any treatment related side effect (interaction=-0.283, p=0.007). The effect of any treatment related CNS side effect on pain was positive (0.07) and not significant (p=0.40). Finally, excluding days on or after a CNS side effect still produced a statistically significant treatment by time interaction (-0.299, p=0.01). For placebo treated subjects the rate of change was -0.430 units per ln(day) and for gabapentin treated patients the rate of change was -0.430-0.299=-0.729 per ln(day). This represents a 69% increase in rate of change over time for gabapentin treated patients relative to placebo treated patients, even after excluding data that followed emergence of a treatment related CNS side effect. At baseline the overall intercept was 6.760 and the difference between gabapentin and placebo was -0.198 pain units. At day 56, the estimated placebo pain level is 6.760-0.430(ln(56+1))=5.02 and the estimated gabapentin response is 6.760-0.198-0.729(ln(56+1))=3.62, which represents an overall 28% decrease in pain

scores at the end of the study even after excluding the data following any potential unblinding.

7. These findings make it clear that the unblinding hypothesis is not in any way supported by these data. Pain scores were not significantly influenced by somnolence or dizziness side effects, and other CNS treatment related side effects (e.g., nervousness, twitching, ataxia) significantly increased pain which is the opposite of what would be expected under unblinding. Finally after adjusting for the effects of CNS side effects or excluding the associated data the treatment related effects were essentially unchanged in magnitude and remained statistically significant. These findings are consistent with the findings of the original investigators.

8. It is important to note that the original investigators (Backonja et.al., 1998) performed their analyses using a last observation carried forward (LOCF) end-point analysis and when the data were analyzed excluding subjects who experienced somnolence or dizziness adverse events, the authors continued to find statistically significant evidence of decreased pain on gabapentin relative to placebo. At the time that these analyses were performed, this was the statistical method of choice of the FDA for analyzing longitudinal studies with missing data. Therefore, it is completely logical for Backonja and colleagues to have used this method of analysis, particularly since this study was done at least in part to obtain FDA approval for this drug for this indication.

**Opinions on Dr. Perry's Report**

Based on a review of the published and unpublished literature, and a meta-analysis that he conducted, Dr. Perry concludes that gabapentin "is not an effective drug for the treatment of neuropathic pain." While his report is quite lengthy, his conclusions are actually based on only a few key findings.   In the following, I review these findings and the conclusions that he draws from them.

1. Dr. Perry states "My thorough review and meta-analysis of available published and unpublished evidence shows that Neurontin (gabapentin) has at best a clinically insignificant average effect on pain scores." This a curious statement in that Dr. Perry's own meta-analysis reveals statistically significant effects of treatment with gabapentin on pain scores, Patient Global Impression of Change (PGIC), and greater than 50% decrease in pain. The magnitudes of these effects were approximately 1 point on an 11 point pain scale, an absolute difference of 13% favoring gabapentin, for greater than 50% decrease in pain (RR=1.72, CI= 1.36, 2.17) favoring gabapentin, and an absolute difference of 17.2% for self ratings of "moderately or much improved" (RR=1.78 CI=1.53,2.07) favoring gabapentin. These are all statistically significant effects and the risk ratios indicate increases on the order of 75% in terms of relative likelihood of benefit

from gabapentin using the type of "real world" patient-centric outcome measurements that Dr. Perry favors. Furthermore, Dr Perry discounts the mean change in pain scores because it is less than 1 point on an 11 point scale. This is not a particularly convincing argument because it is not the range of the scale that is important, but rather the range of scale scores that are actually used by the patients, which is reflected in the variability of the scale scores (i.e., the standard deviation of pain change scores). Inspection of page 319 of Dr. Perry's report reveals that the standard deviation of the scale scores is on the order of 2.0 scale units. As such, it is clear that on average, patients are using only a small subset of the scale, and the magnitude of the estimated overall difference (-0.78) is in fact reasonably large. Further inspection of Dr. Perry's table reveals that the effect is even larger for post-herpetic neuralgia (-1.39), which represents a quite large effect size (0.7 standard deviation units).

2.   There are two primary reasons that Dr. Perry uses to substantiate his conclusion that gabapentin is ineffective for the treatment of pain. First, based on Dr. Jewell's analysis he claims that the observed differences are overestimated because they are the result of unblinding. As previously described, I have reanalyzed these data and find that the results of the analysis did not support Dr. Jewell's unblinding hypothesis. First, neither somnolence (p=0.82) nor dizziness (p=0.63) were significantly related to pain scores. Second, the other CNS side effects such as nervousness, twitching and ataxia had a significant positive association with treatment  (p=0.014) where on the day or following the emergence of the side effect, pain scores increased an average of .41 scale points after the side effect. This is the opposite of the unblinding hypothesis, where patients get worse following emergence of the side effect, not better. Third, after adjusting for the emergence of CNS side effects, the treatment by time interaction was virtually identical and remained statistically significant (p=0.007). This finding reveals that even after adjusting for side effects, the effect of treatment on pain remained statistically significant. The problem with Dr. Jewell's analysis is that (a) he assumed that the time trends were linear when in fact they are remarkably curvilinear (see Figure 1), and (b) he used an estimation procedure (GEE) that makes overly restrictive assumptions regarding the missing data (see my review of Dr. Jewel's expert report). These assumptions which are not supported by the observed data as evidenced by  Figure 3 led Dr. Jewell to conclude that the gabapentin and placebo groups were significantly different at baseline, a conclusion that makes no sense whatsoever for a randomized trial.

Second, Dr. Perry believes that the benefit to risk ratio is not favorable for gabapentin, because the percentage increase in moderate to much improved pain ratings (17.2%) was similar to the overall percentage increase in all side effects (12.4%). However, Dr. Perry's own analysis revealed that there were no significant increases in mortality or serious side effects. He did find a significant increase in withdrawals due to adverse events, but the absolute difference was only 2.9%. These analyses revealed that the number needed to treat (NNT) was 6, whereas the number needed to harm (NNH) as defined by an adverse event leading to study discontinuation was 35. This is clearly a very positive benefit to

9

risk ratio, where the number needed to treat is one-sixth that of the number needed to harm.  While Dr. Perry appears to favor interpreting the total number of adverse events as the statistic of interest, the "patients are speaking to us" through these data by showing that the benefits of treatment are outweighing the discomfort of the side effects.  If this were not the case, they would not be remaining in the study following the emergence of these side effects.   According to the Table on page 318 of his report, 38% of the gabapentin treated patients achieve a self-reported moderate to much improved benefit of treatment, whereas only 11% experienced a side effect of sufficient severity to withdraw from the study (see page 317 of Dr. Perry's report).  Overall, the benefits of treatment with gabapentin appear to outweigh the risks by almost 4:1.

3.  I have performed a reanalysis of Dr. Perry's abstracted PGIC data from the 7 studies that are presented on pages 361-366 of his report.  These 7 studies (Backonja, Parsons, Reckless, Rowbotham, Rice, Gordh, and Serpell) were placebo controlled RCTs in which the PGIC was a pre-specified endpoint.  As noted by Dr. Perry, a commonly used endpoint is the proportion of patients who are much or moderately improved.  Instead of using a fixed-effects meta-analysis as used by Dr. Perry, I used a more sophisticated and appropriate analysis based on a mixed-effects logistic regression model (see Hedeker and Gibbons, 2006). The mixed-effects model allows both the overall incidence and the treatment effect to vary from study to study, whereas the fixed-effects model assumes that all studies have exactly the same treatment effect, a clearly unreasonable and overly restrictive assumption. I have reanalyzed these data, comparing gabapentin and placebo in terms of the rate of moderate improvement or better.  Results of the analysis revealed an overall odds ratio of 2.54 (1.80-3.57), p=0.0001, indicating that the likelihood of improvement on gabapentin is two and one-half times higher than for placebo.  The overall number needed to treat to obtain one additional improvement is 5.07 (4.21-6.45) patients.  Individually, all but one of the 7 studies revealed statistically significant improvement for gabapentin relative to placebo (Backonja OR=3.01, (1.56-5.76), p=0.001; Parsons OR=1.79, (1.16-2.78), p=0.011; Reckless OR=1.25, (0.73-2.16), p=0.491; Rowbotham OR=6.29, (3.16-12.49), p=0.001; Rice OR=2.44, (1.44-4.14), p=0.001; Gordh OR=3.07, (1.31-7.17), p=0.015; Serpell OR=2.72, (1.54-4.81), p=0.001).  Overall, 41.72% of gabapentin treated patients improved moderately or more whereas only 21.98% of patients on placebo improved to this degree.  These results clearly show that gabapentin is efficacious in the treatment of pain, both overall and individually across a series of 7 randomized placebo controlled  trials.   Again, this benefit far exceeds the risk of a side effect of sufficient severity to cause a patient to discontinue treatment and withdraw from the study (i.e., 2.9% increased withdrawals due to side effect relative to placebo).

4.  Finally, while Dr. Perry obtained an overall difference between gabapentin and placebo of 17.2%, my analysis described above found an overall difference of 19.7%.  What is the discrepancy?  Inspection of his excel spreadsheet entitled "Patient Global Impression of Change Histograms – Prepared by K. Innes, TLP

edits August 7, 2008" reveals that there were a total of 68 placebo patients and 108 gabapentin patients who were not evaluated. Dr. Perry, included these patients who were not even evaluated in his analysis and designated them as not having a PGIC of "moderate or much improvement." How could he possibly have known this if these patients were not even evaluated? Clearly this is an error, which I have corrected in my analysis, and have found an even larger separation between gabapentin and placebo and a correspondingly smaller number needed to treat (NNT=5). To make matters worse, page 318 of Dr. Perry's report lists the total number of placebo patients as 823, whereas the total number of placebo patients listed in the spreadsheet is 837 (which includes the category of not evaluated). Here the discrepancy is that for the Serpell study there were a total of 152 patients, 14 of which were not evaluated for a total number of 138 patients evaluated. For this study alone, the correct number of cases was listed in Dr. Perry's report (i.e., 138, where 823÷14=837). This rather egregious statistical error whether premeditated or merely a casual mistake makes one question Dr. Perry's characterization of his own work as "meticulous." The fact that the spreadsheet was actually edited by Dr. Perry on August 7, 2008, raises further concern regarding the integrity of the analyses presented in his report, and his ability to prepare such a report. This review of Dr. Perry's PGIC calculations, is the only analysis that I have had adequate person-level data to actually recompute the statistics and verify the computations provided in Dr. Perry's report.

5.  In an effort to better understand the data reported by Dr. Perry on the effect of gabapentin on pain scores, I requested the original raw data from Pfizer for the 6 parallel group placebo controlled neuropathic pain RCTs. These studies included:

     a.  945-210 (neuropathic pain) (Backonja DPN study)
     b.  945-211 (neuropathic pain) (Rowbotham PHN study)
     c.  945-224 (neuropathic pain) (Reckless DPN study)
     d.  945-430-295 (neuropathic pain) (Rice PHN study)
     e.  945-430-306 (neuropathic pain) (Serpell mixed neuropathic pain study)
     f.  945-1008 (neuropathic pain) (Parsons DPN study)

I conducted separate analyses for the intent to treat (ITT) and efficacy evaluable (EE) populations. A breakdown of the study populations and measurement occasions is as follows:

Number of Sites and Subjects for Each Study

| Study | # of Site | # of Subjects | Assessment Week |
|-------|-----------|---------------|-----------------|
| 210   | 20        | 165           | 0 to 9 |
| 211   | 16        | 229           | 0, 2, 4, 8, and 9 |
| 224   | 53        | 324           | 0 to 9 but very small number of subjects at week 8 |
| 295   | 49        | 334           | no week 8 |
| 306   | 34        | 304           | 0 to 9 |
| 1008  | 43        | 383           | 0 to 9 |

11

For the ITT population, there were a total of 1,738 patients with a total of 14,114 pain measurements. For the EE population there were a total of 1,524 patients with a total of 13,081 measurements. I considered the ITT population the primary analysis sample, as would FDA in reviewing any new drug application (NDA). I analyzed these data using a 3-level mixed-effects regression model where level 3 represents study, level 2 represents subject, and level 1 represents measurement occasion. All available data from baseline (week 0) through week 9 were included in the analysis. The dependent variable was the pain score. The intercept and slope of the time trends were random effects at both the study level and patient level (i.e., levels 2 and 3 in the hierarchical model). Treatment (0=placebo, 1=gabapentin) and the treatment by week interaction were fixed-effects in the model. Inspection of the observed means over time revealed that the time-trends were curvilinear and well approximated by a log-linear time trend (see Figure 4), quite similar to the temporal pattern observed in Figure 3 for the Backonja study.

Results of the analysis revealed a significant treatment by time interaction for the ITT population ($p < 0.00001$) and the EE population ($p < 0.00001$), indicating that the gabapentin treated subjects had significantly more rapid pain reduction relative to placebo subjects. For the ITT sample, the rate of change for placebo subjects was -0.57 pain units per natural log week (ln(week)) and for gabapentin treated subjects it was -0.92 pain units per week. This represents a 61% increase in the rate of pain reduction for gabapentin treated subjects relative to placebo controls. Based on the model, the estimated week 9 average pain score for placebo subjects was 5.15 and 4.02 for gabapentin treated subjects. For the EE population the estimated week 9 average pain score for placebo subjects was 5.23 and 4.17 for gabapentin treated subjects. In both cases, the average difference is greater than one pain unit. These observed and estimated effects of treatment with gabapentin are displayed graphically in Figure 4.

Figure 4

Observed and Estimated Pain Scores over Time
ITT Sample



Based on the mixed-effects regression model, the estimated standard deviation at week 9 is 2.643 for the ITT sample. The estimated mean difference at week 9 was 1.13 pain units. The estimated effect size is therefore 0.43 standard deviation units, which is considered moderate and clearly not clinically insignificant.

Finally, using the individual patient empirical Bayes estimates of the intercept and slope from the mixed-effects regression model for the ITT sample, I computed the expected pain score at week 9 and used this to determine the proportion of patients in control and gabapentin arms who exhibited a 50% or greater reduction in pain. If the observed value at week 9 was available for a given patient, it was used in place of the predicted value. 33.4% of gabapentin treated patients achieved a 50% or greater reduction in self-rated pain, whereas only 18.7% of the control patients achieved a 50% or greater reduction in self rated pain (OR=2.184, CI=1.739-2.743, p<0.0001). Quite similar results were obtained when the analysis was based exclusively on the estimated values (31.9% vs. 18.2%; OR=2.103, CI=1.671-2.647, p<0.0001), which provides further evidence of the excellent fit of the statistical model to the observed data.

## Opinions on Dr. McCrory's Report

1.  Dr. McCrory performed a meta-analysis to examine the effect of gabapentin on headache frequency. One of the key endpoints in these studies was 50% reduction in headache frequency. Dr. McCrory presents the following data on headache frequency and notes that "While none of these studies found a

13

statistically significant effect when considered alone, neither does a combined estimate of effect reach statistical significance."

| Study name | Subgroup within study | Outcome | Time point | gabapentin >50% reduction in HF | gabapentin Total N | placebo >50% reduction in HF | placebo Total N |
|---|---|---|---|---|---|---|---|
| **RR4301-00066** | **Efficacy** | **50% HF reduction** | **Blank** | **7** | **22** | **6** | **31** |
| RR995-00085 | Efficacy | 50% HF reduction | SP1 | 27 | 65 | 8 | 37 |
| RR995-00085 | Efficacy | 50% HF reduction | SP1&2 combined | 22 | 65 | 7 | 39 |
| **RR995-00085** | **Efficacy** | **50% HF reduction** | **SP2** | **19** | **65** | **11** | **37** |
| RR995-00085 | mITT | 50% HF reduction | SP1 | 31 | 76 | 9 | 46 |
| RR995-00085 | mITT | 50% HF reduction | SP1&2 combined | 28 | 76 | 9 | 46 |
| RR995-00085 | mITT | 50% HF reduction | SP2 | 26 | 76 | 16 | 46 |
| RR995-00074 | Efficacy | 50% HF reduction | SP1 | 17 | 62 | 9 | 33 |
| RR995-00074 | Efficacy | 50% HF reduction | SP1&2 combined | 19 | 62 | 8 | 33 |
| **RR995-00074** | **Efficacy** | **50% HF reduction** | **SP2** | **24** | **62** | **7** | **33** |
| RR995-00074 | mITT | 50% HF reduction | SP1 | 26 | 76 | 10 | 36 |
| RR995-00074 | mITT | 50% HF reduction | SP1&2 combined | 27 | 77 | 9 | 36 |
| RR995-00074 | mITT | 50% HF reduction | SP2 | 31 | 77 | 7 | 36 |
| **Mathew 2001** | **mITT** | **50% HF reduction** | **SP2** | **26** | **56** | **5** | **31** |
| **Wessely 1987** | **Efficacy** | **50% HF reduction** | **Blank** | **6** | **14** | **5** | **19** |

I have reanalyzed these data using a mixed-effects logistic regression model (see Hedeker and Gibbons, 2006). Where available I used the efficacy population and the SP2 time point similar to that used by Dr. McCrory in his meta-analyses (see bold-faced entries in the above Table). The mixed-effects model allows both the overall incidence and the treatment effect to vary from study to study, whereas the fixed-effects model assumes that all studies have exactly the same treatment effect, a clearly unreasonable and overly restrictive assumption. Results of the analysis revealed a statistically significant overall odds ratio of 2.08 (1.21-3.57), p=0.0079 indicating twice the likelihood of a 50% reduction in headache

14

frequency in gabapentin treated patients relative to placebo controls. Individual odds ratios were 1.94 (RR4301-00066), 0.98 (RR995-00085), 2.35 (RR995-00074), 4.51 (Mathew, 2001), and 2.10 (Wessely, 1987). The number needed to treat to get one additional 50% headache reduction is 6.7 (4.3-18.5) patients. Overall, 37% of gabapentin treated subjects had a 50% or greater headache frequency reduction whereas only 23% of placebo treated patients achieved a 50% or greater headache frequency reduction. These data clearly reveal a benefit of gabapentin treatment in terms of reducing headache frequency.

2. Dr. McCrory believes that the Wessely study actually represents an interim analysis of study 66 and that the Mathew study represents a subgroup analysis of study 74. Even if I limit the analysis to the studies selected and combined by Dr. McCrory, but using a more sophisticated statistical method of combining the results, the analysis yields an overall odds ratio of 1.62 (0.91-2.88), p=.099, which approaches statistical significance, a trend that favors gabapentin (34% achieving a 50% reduction on gabapentin and 24% on placebo).

3. Note that while I was able to perform a re-analysis of the original data for the neuropathic pain studies, because individual longitudinal data were available from all 6 of the parallel group RCTs, for the migraine studies, individual level data were only available for two studies (i.e., studies 74 and 85), which was too small for a meaningful analysis. Furthermore, the design of these studies (i.e., baseline, titration, and two stabilization phases) precluded the type of longitudinal analysis that I was able to perform for the neuropathic pain studies.

## Conclusion

In summary, the data provide overwhelming evidence that the effects of gabapentin on pain are well beyond anything that is consistent with chance expectations. All analyses of these data, whether expressed in terms of the original pain scores, 50% reduction in pain scores, or PGIC self ratings of moderate or much improvement, reveal statistically significant beneficial effects of treatment. In general, the odds of benefit on gabapentin are approximately double that of placebo. The number needed to treat in order to obtain one additional case of moderate to much improvement over placebo is 5, whereas the number needed to harm to a degree in which one additional gabapentin treated patient is willing to discontinue treatment relative to placebo is 35. As such, the overall benefit to risk ratio relative to placebo is 7:1, that is, for every patient that withdraws from the study due to an adverse event, 7 patients achieve moderate to much improvement (relative to placebo).

These analyses of pain provide a far more statistically rigorous review of the effects of gabapentin than do the analyses performed by Dr. Perry. First, my analyses are restricted to parallel group randomized placebo controlled trials, which provide the most unbiased view of the effects of gabapentin. Second, my analysis utilized all available data from all patients and all measurement occasions from the original source, whereas Dr. Perry's

analyses relied on summary measures of means and standard deviations or proportions that may or may not have been correctly reported in the original articles, focused only on endpoints, and may have used a variety of different approaches to handling study dropout (e.g., last observation carried forward, or completers only). Third, the meta-analytic method used by Dr. Perry in his analysis of these data assumed that the effect of treatment was identical across all studies. This is a very unrealistic assumption particularly given that Dr. Perry pooled studies with different experimental designs (i.e., parallel group and crossover studies) as well as studies with different endpoints (i.e., pain scores and proportions of subjects achieving a 50% reduction in pain). By contrast, my analysis considered a single endpoint (pain) in parallel group placebo controlled studies, and allowed the effect of treatment to vary across both studies and across individuals within studies. My analysis revealed statistically significant effects of gabapentin treatment on pain reduction, with much larger beneficial effects of treatment than identified by Dr. Perry. The difference between the results of my analysis and Dr. Perry's is due to the fact that my analysis was based on all of the original data and not just summary statistics, and that the statistical methodology used in my analysis has far more general assumptions and therefore more adequately represents the actual data than the methods used by Dr. Perry.

Finally, my review of Dr. Perry's report raises serious questions regarding the care which Dr. Perry and his associates took in their re-analysis of these data. Of the 176 patients who were not evaluated, Dr. Perry appears to have assigned a non-favorable response to all but 14 of these patients in his analysis. This is a serious error and raises questions regarding the validity of any of the analyses presented in his report.

With respect to Dr. Jewell's claim that the beneficial effect of gabapentin in the Backonja study was the result of unblinding due to CNS side effects, I can find no evidence in the data to support such a conclusion. If anything the reverse may be true in that CNS side effects such as nervousness, twitching, and ataxia were positively related to pain scores (i.e., the presence of these CNS side effects was associated with significantly increased pain), which is the opposite of what would be expected if these side-effects were associated with unblinding. No evidence in support of unblinding is found, when I explicitly tested for it. Furthermore, repeating Dr. Jewell's analyses in which the longitudinal records were censored at the time of a CNS side effect still found a significant beneficial effect of treatment when the curvilinearity in the time trends was accommodated in the analysis and a more general longitudinal statistical analysis method was used. These findings corroborate the original findings of Backonja and colleagues that was peer reviewed and published in *The Journal of the American Medical Association*.

Finally, my reanalysis of the data on 50% reduction in migraine headache frequency reported by Dr. McCrory, revealed significant benefit of treatment with gabapentin overall for the three Pfizer studies and the two published reports of Mathew and Wessely. Even if I restrict the analysis to the three studies selected by Dr. McCrory, my analysis reveals a trend in favor of gabapentin that approaches statistical significance.

I reserve the right to supplement these opinions and my reports based on additional information, data, or materials that may become available to me.

I declare under penalty of perjury under the laws of the United States of America that the opinions set forth in this document are my opinions to a reasonable degree of medical and scientific certainty, and are true and correct.

Executed December 15, 2008.

Sincerely,

Robert D. Gibbons Ph.D.

# EXHIBIT A

# CURRICULUM VITAE

Robert D. Gibbons                    Rooms 455-457
June 28, 1955                        1601 W. Taylor
University of Illinois               Chicago, Il. 60612
Center for Health Statistics         312-413-7755

## PROFESSIONAL EXPERIENCE:

| | |
|---|---|
| 2000-present | Director, *Center for Health Statistics*, University of Illinois at Chicago. |
| 1993-present | Professor of Biostatistics, University of Illinois at Chicago. |
| 1985-1993 | Associate Professor of Biostatistics, University of Illinois at Chicago. |
| 1988-1989 | Visiting Professor, University of Chicago. |
| 1981-1985 | Assistant Professor of Biostatistics, University of Illinois at Chicago. |
| 1981-1986 | Statistical Consultant, National Institute of Mental Health. |
| 1980-1992 | Statistical Consultant, IIT Research Institute. |
| 1980-1992 | Statistical Consultant / Visiting Professor, Rush Medical School. |
| 1980-1981 | Senior Programmer and Statistician, University of Chicago, DOD/NORC. |
| 1978-1982 | Statistician, Illinois State Psychiatric Institute. |
| 1978-1980 | Statistical Consultant, Harvard University, Department of Psychology. |
| 1977-1978 | Statistical Analyst, University of Chicago, Department of Psychiatry. |

## EDUCATION:

Ph.D., University of Chicago, 1981, Statistics and Psychometrics.

*Dissertation Topic*: Trend in Correlated Proportions
*Dissertation Chairman*: R. Darrell Bock

B.A., University of Denver, 1976, Chemistry and Mathematics

## HONORS:

Scholarship for Graduate Study, 1978-1981, University of Chicago
Young Investigator Award, 1985-1992, Office of Naval Research
U.S. Patent #4,807,163 Digital Analysis of Multiple Component Visible Fields
National Institute of Mental Health Services Research IRG Member 1992-1996
Research Scientist Award - National Institute of Mental Health, 1995-2000
Institute of Medicine - Committee on the Drug Halcion, 1997
Veterans Administration Cooperative Study Review Board, 1998
20th Century Distinguished Service Award for Outstanding Contribution to the Development
of Statistical Ecology, Environmental Statistics and Risk Assessment, 2000
Institute of Medicine - Committee on Organ Procurement and Transplantation Policy, 1999
Institute of Medicine - Health Sciences Policy Board Member, 1999-2004.
Congressional Testimony on Allocation of Organs for Transplantation - 9/21/99.
Institute of Medicine - Committee on Small *n* Clinical Trials, 2001
Institute of Medicine - Committee on Adolescent and Adult Suicide, 2002

Fellow of the American Statistical Association, 2001
Member of the Institute of Medicine of the National Academy of Sciences, 2001
Member of the American College of Neuropsychopharmacology, 2001
Youden Prize for Contributions to Inter-laboratory Calibration (ASA, 2002)
Harvard Award in Psychiatric Epidemiology and Biostatistics, (Harvard, 2003)
2001 Book with Coleman ranked in the top 5 books for Statisticians by the ASA
FDA Advisory Board on Suicide and Antidepressants in Adolescents, 2004
Institute of Medicine - Committee on National Cord Blood Stem Cell Program, 2005
Institute of Medicine - Committee on US Drug Safety, 2005-2006
Youden Prize for Contributions to Inter-laboratory Calibration (ASA, 2006)
NIH Consensus Panel on the Efficacy and Safety of Multivitamins, 2006
VA – Blue Ribbon Working Group on Suicide Prevention in the Veterans Population, 2008

## RESEARCH SUPPORT:

1984-1985 Campus Research Board of the University of Illinois. Grant #889 *Statistical Models of Complex Psychiatric Data.* $10,300 (PI)

1985-1988 Office of Naval Research. Young Investigator Award. *Conditional Dependence*, $181,000 (PI).

1986-1987 National Institute of Mental Health. *A Comparison of Discrete and Continuous Latent Structure*, Grant #1RO3 MH 39750-01 A1 $15,000, 1986 (Co. PI).

1985-1987 MacArthur Foundation, Network I, *Biometric Laboratory Support* $150,000 (PI).

1988-1989 Campus Research Board of the University of Illinois. Grant #5590 *Statistical Visualization.* $8,000 (PI).

1988-1990 MacArthur Foundation, Network I, *A Statistical Model for Biological Rhythm Study* $30,000 (PI).

1988-1991 Office of Naval Research. Continuation of Support for *Conditional Dependence*, $184,000 (PI).

1990-1992 National Institute of Mental Health. *Problem Drinking Over Time by Future MDs* Grant # RO1 AA07311-05, $493,233, Statistician, (Dr. Judy Richman PI).

1990-1991 MacArthur Foundation, Network I, *Social Zeitgebers and Biological Rhythms* $24,000. (Co. PI).

1990-1991 National Institute of Mental Health. *MIXMASTER: A computer program for resolving normal mixtures*, Grant #R43 MH 45620-01 A1 $50,000, (PI).

1991-1995 National Institute of Mental Health. *Statistical Evaluation: Preschoolers Behavior Problems & Health Care Use: A Longitudinal Study*, Grant # RO1 MH46089, $154,603, (Biostatistical Subcontract - Dr. John Lavigne PI).

1991-1993 National Institute of Mental Health. *Random Regression Models for Longitudinal Psychiatric Data*, Grant #RO1 MH 44826-01 A2 $299,000, (PI).

1991-1992 National Institute of Mental Health. *Monoamine Receptor Sensitivity in Mental Illness*, Grant #RO1 MH36169-08A2, $187,040, Statistician, (Dr. Ghanshyam PI).

1991-1992 MacArthur Foundation, Network I, *A Statistical Re-evaluation of the NIMH Treatment Collaborative Study of Depression Using Random Regression Models*,

$34,167. (PI).

1992-1997 National Institute of Mental Health. *Schizophrenic Cognition: A Longitudinal Study*, Grant # HHS-2 RO1 MH26341-17, $36,000 Biostatistical subcontract, (Dr. Martin Harrow PI).

1992-1996 National Institute of Mental Health. *Serotonin Receptors in Teenage Suicide and Their Families*, Grant # RO1 MH48153-01A1, $940,316, Statistician, (Dr. Ghanshyam Pandey PI).

1993-1996 National Institute of Mental Health. *Random Regression Models for Longitudinal Psychiatric Data*, Grant #RO1 MH 44826-03 A1 $473,080, (PI). Renewal

1995-2000 National Institute of Mental Health. *Research Scientist Award* Grant #K05 MH01254 $458,132 (PI).

1996-2000 National Institute of Mental Health. *Statistical Models for Nested Service Utilization Data* Grant #RO1 MH 56146 $473,080 (CO-PI) (Dr. Donald Hedeker PI).

2000-2004 National Institute of Mental Health. *Statistical Models for Nested Service Utilization Data* (percentile = 0.5) Grant #RO1 MH 56146-04 $1,233,936 (CO-PI) (Dr. Donald Hedeker PI).

2000-2007 National Institute of Mental Health. *Statistical Center for the MTA Follow-up Study*, $923,000 (PI).

2002-2007 National Institute of Mental Health. *Mixed-effects ZIP models for Mental Health Services Research*, #RO1 MH65556-01, $660,735 (PI).

2002-2006 National Institute of Mental Health. *Mental Health Computerized Adaptive Testing*, Grant #RO1 MH66302-01, $1,077,502 (PI).

2004-2007 National Institute of Mental Health. *Multivariate Probit Model for Health Services Research*, Grant #RO1 MH67198-01, $663,950 (Dr. Hua Yun Chen PI).

2005-2008 National Institute of Mental Health. *Statistical Testing for Generalized Mixed-effects Models*, Grant #RO1 MH069353, $450,000 (Dr. Dulal Bhaumik PI).

2005-2006 National Cancer Institute. *Evaluation of the Added-Value of Multidimensional and Hierarchical Psychometric Modeling for Cancer Outcomes*, Contract #05828, $150,000 (PI).

2006-2011 National Institute of Mental Health. *Mental Health Computerized Adaptive Testing - Competitive Renewal*, Grant #RO1 MH66302-04, $3,429,658 (PI).

2006-2007 National Institute of Mental Health. *Antidepressant Treatment and Suicidality: Methodological and Biostatistical Solutions. #R56* MH078580-01, $232,500 (PI).

2007-2012 National Institute of Mental Health. *Autism Center of Excellence: Translational Studies of Insistence of Sameness in Autism.* 1P50HD055751, $9,600,000 (PI of Statistical Core).

2007-2011 National Institute of Health (AHRQ - CERT). *Tools for Optimizing Prescribing, Monitoring and Education.* U18HS016973, $4,000,000 (PI of Statistical Core).

2008-2013 National Institute of Mental Health. *Antidepressant Treatment and Suicidality: Methodological and Biostatistical Solutions. #R01* MH8012201, $2,640,000 (PI).

## OTHER ACTIVITIES:

Reviewer for *Journal of American Statistical Assoc.*, *Biometrics*, *Psychometrika*, *Technometrics*, *Archives of General Psychiatry*, *Journal, of Psychiatric Research*, *American Journal of Psychiatry*, *Science*, *Psychiatry Research*, *Sociological Methodology*, *Psychological Bulletin*, *Biological Psychiatry*, *Environmental Science and Technology*, *Statistics in Medicine*, and *Ground Water*

Grant reviewer for National Institute of Mental Health

Editorial Board of *Health Services and Outcomes Research*

## PEER REVIEWED PUBLICATIONS:

1.  Stein J.H., Gibbons R.D., & Meldman M.J. Lateral eye movement, handedness and sex in learning disability children. *Cortex, 16*, 223-229, 1980.
2.  Gibbons R.D. Clark, D., & Davis J.M. A statistical model for the classification of imipramine response in depressed inpatients. *Psychopharmacology, 78*, 185-189, 1982.
3.  Ostrow D.G., Halaris A., DeMet E., Gibbons R.D. & Davis J.M. Ion transport and adrenergic function in major affective disorders. *Biological Psychiatry, 17*, 971-980, 1982.
4.  Fawcett J., Clark D.C., Scheftner W.A., & Gibbons R.D. Assessing anhedonia in psychiatric patients: the pleasure scale. *Archives of General Psychiatry, 40*, 79-84, 1983.
5.  Dorus E., Cox N.J., Gibbons R.D., Shaughnessy R., Pandey G.N. & Cloninger R.C. Lithium ion transport and affective disorders within families of bipolar patients. *Archives of General Psychiatry, 401*, 945-552, 1983.
6.  Ostrow D.G. Okonek A., Gibbons R.D., Cooper R., & Davis J.M. Biological markers and antidepressant response. *Journal of Clinical Psychiatry, 44*, 10-13, 1983.
7.  Cavanaugh S., Clark D.C., & Gibbons R.D. Diagnosing depression in the hospitalized medically ill. *Psychosomatics, 24*, 809-815, 1983.
8.  Nasr S.J., Pandey G.N., Altman E.G., Gibbons R.D., Gaviria M.F., & Davis J.M. Symptom profile of patients with positive DST. *Biological Psychiatry, 18* , 1069-1073, 1983.
9.  Nasr S.J. & Gibbons R.D. Depressive symptoms associated with dexamethasone resistance. *Biological Psychiatry, 10*, 183-188, 1983.
10. Clark D.C., Cavanaugh S.A., & Gibbons R.D. The core symptoms of depression in medical and psychiatric patients. *Journal of Nervous and Mental Disease, 171*, 705-713, 1983.
11. Levy D.L., Yasillo N.J., Dorus E., Shaughnessy R., Gibbons R.D., Peterson J., Janicak P.G., Gaviria M., & Davis J.M. Relatives of unipolar and bipolar patients have normal pursuit. *Psychiatry Research, 10*, 285-293, 1983.
12. Fugmann R.A., Aranyi C., Barbara P.W., Bradof J.N., Gibbons R.D., Fenters J.D. The effect of diethylstilbestral as measured by host resistance and tumor susceptibility assays in mice. *Journal of Toxicology and Environmental Health, 11*, 827-841, 1983.
13. Gibbons R.D., Gudas C., Gibbons S.W. A study of the relationship between flexibility of closure and surgical skill. *Journal of the American Podiatry Association, 73*, 12-16, 1983.

14.   Gibbons R.D., Dorus E., Ostrow D.G., Pandey G.N., Davis J.M., Levy D.L. Mixture distributions in psychiatric research. *Biological Psychiatry, 19*, 483-509, 1984.

15.   Killian G.A., Holzman P.S., Davis J.M., Gibbons R.D.. Effect of psychotropic medication on selected cognitive and perceptual measures. *Journal of Abnormal Psychology, 93*, 58-70, 1984.

16.   Poznanski E.O., Grossman J.A., Buchsbaum Y., Banegas M., Freeman L., Gibbons R.D. Preliminary studies of the reliability of validity of the children's depression rating scale. *Journal of the American Academy of Child Psychiatry, 23*, 191-197, 1984.

17.   Zeller E.A., Huprikar S.V., Gibbons R.D., Miller E.A. Influence of age, sex and osteogenesis imperfecta on count, protein content, and monoamine oxidase activity of human thrombocytes. *Clinica Chemica Acta, 137*, 123-129, 1984.

18.   Maas J.M., Koslow S.H., Katz M.M., Bowden C.L., Gibbons R.D., Robbins E., and Davis, J.M. Pretreatment neurotransmitter metabolite levels and response to tricyclic antidepressant drugs. *American Journal of Psychiatry, 141*, 1159-1171, 1984.

19.   Gibbons R.D., Davis J.M. The price of beer and the salaries, of priest: a note on the analysis and display of longitudinal psychiatric data. *Archives of General Psychiatry, 41*, 1183-1184, 1984.

20.   Fawcett J.A., Clark D.C., Gibbons R.D., Aagesen C.A., Pisani V.D. Tilkin, J.M., Sellers D., Stutzman D. Preliminary report: evaluation of lithium therapy for alcoholism. *American Journal of Psychiatry, 45*, 494-498, 1984.

21.   Gibbons R.D., Clark D.C., Cavanaugh S.V. Application of modern psychometric theory in psychiatric research. *Journal of Psychiatric Research, 19*, 43-55, 1985.

22.   Janicak P.G., Davis J.M., Gibbons R.D., Ericksen S., Chang S., Gallagher P. Efficacy of ECT: A meta analysis. *American Journal of Psychiatry, 142*, 297-302, 1985.

23.   Levy D.L., Dorus E., Shaughnessy R., Yasillo N.J., Pandey G.N., Janicak P.G., Gibbons R.D., Gaviria M., Davis J.M. Pharmacologic evidence for specificity of pursuit dysfunction to schizophrenia: lithium carbonate associated with abnormal pursuit. *Archives of General Psychiatry, 42*, 335-341, 1985.

24.   Thomas P., Fugman R., Aranyi C., Barbera P., Gibbons R.D., Fenters J. The effect of dimethylnitrosamine on host resistance and immunity. *Toxicology and Applied Pharmacology, 77*, 219-229, 1985.

25.   Thomas P., Ratajczak H., Aranyi C., Gibbons R.D., Fenters J. Evaluation of host resistance and immune function in cadmium-exposed mice. *Toxicology and Applied Pharmacology, 80*, 446-456, 1985.

26.   Gordon S.M., Szidon J.P., Krotoszynski B.K., Gibbons R.D., O'Neill H.J. Volatile organic compounds in the expired air of subjects with lung cancer. *Clinical Chemistry, 31*, 1278-1282, 1985.

27.   Janicak P.G., Mask J., Trimakas K.A., Gibbons R.D. ECT: an assessment of mental health professionals' knowledge and attitudes. *Journal of Clinical Psychiatry, 46*, 262-266, 1985.

28.   Clark D.C., Gibbons R.D., Fawcett J., Aagesen C.A., Sellars D. Unbiased criteria for severity of depression in alcoholic inpatients. *Journal of Nervous and Mental Disease, 73*, 482-487, 1985.

29.   Goldman M., Dratman M.B. Crutchfield F.L., Jennings A.S., Marvniak J.A., Gibbons R.D. Intrathecal triiodothyronine administration causes greater heart rate stimulation in hypothyroid rats than intravenously-delivered hormone: evidence for a central nervous system site of thyroid action. *Journal of Clinical Investigation, 76*, 1622-1625, 1985.

30. Gibbons R.D., Lewine R.R.J., Davis J.M., Schooler N.R., Cole J.O. An empirical test of a Kraepelinian versus a Bleulerian view of negative symptoms. *Schizophrenia Bulletin, 11,* 390-395, 1985.

31. Gibbons R.D., Fielder-Weiss V.C., West D.P., Lapin G. Quantification of scalp hair - a computer aided methodology. *Journal of Investigative Dermatology, 86,* 78-82, 1986.

32. Gibbons R.D., Baker R.J., Skinner D.B. Field articulation testing: a predictor of technical skills in surgical residents. *Journal of Surgical Research, 41,* 53-57, 1986.

33. Gibbons R.D., Maas J.W., Davis J.M., Swann A., Redmond E., Casper R., Hanin I., Bowden C., Kocsis J., Stokes P. Path analysis of psychopharmacological data: catecholamine breakdown in man. *Psychiatry Research, 18,* 89-105, 1986.

34. Gibbons R.D., Davis J.M. Consistent evidence for a biological subtype of depression characterized by low CSF monoamine levels. *Acta Psychiatrica Scandinavica, 74,* 8-12,1986.

35. Gibbons R.D. Computer-aided quantification of scalp hair. *Dermatologic Clinics, 4,* 627-640, 1986.

36. Gibbons R.D., Bock RD. Trend in Correlated Proportions. *Psychometrika, 52,* 113-124, 1987.

37. Clark D.C., Gibbons R.D., Daugherty S.R., Silverman C.M. Model for quantifying the drug involvement of medical students. *International Journal of Addictions, 22,* 249-271, 1987.

38. Dorus W., Kennedy J., Gibbons R.D., Ravi S.D. Symptoms and diagnosis of depression in alcoholics. Alcoholism: *Clinical and Experimental Research, 11,* 150-154, 1987.

39. Fawcett J.A., Scheftner W., Clark D.C., Hedeker D.R., Gibbons R.D., Coryell W. Clinical predictors of suicide in patients with major affective disorders: A controlled prospective study. *American Journal of Psychiatry, 144,* 35-40, 1987.

40. Gibbons R.D. Statistical prediction intervals for the evaluation of ground-water quality. *Ground Water, 25,* 455-465, 1987.

41. Gibbons R.D. Statistical models for the analysis of volatile organic compounds in waste disposal sites. *Ground Water, 25,* 572-580, 1987.

42. Gibbons R.D., Hedeker D., Davis J.M. Regression toward the mean: More on the price of beer and the salaries of priests. *Psychoneuroendocrinology, 12,* 185-192, 1987.

43. Gibbons R.D., Janicak P.G., Davis J.M. A response to Overall and Rhoades regarding their comment on the efficacy of unilateral vs bilateral ECT. *Convulsive Therapy 3,* 228-237, 1987.

44. Mass J.W., Koslow S.H., Davis, J.M., Katz M., Frazer A., Bowden C.L., Berman N., Gibbons R.D., Stokes P., Landis H. Catecholamine metabolism and disposition in healthy and depressed subjects. *Archives of General Psychiatry, 44,* 337-344, 1987.

45. Fawcett J., Clark D.C., Aagesan C.A., Pisani V.D., Tilkin J.M., Sellers D., McGuire M., Gibbons R.D. A double blind placebo controlled trial of lithium therapy for alcoholism. *Archives of General Psychiatry, 44,* 248-256, 1987.

46. Pandey G.N., Fawcett J.A., Gibbons R.D., Clark D.C., Davis J.M. Platelet monoamine oxidase in alcoholism. *Biological Psychiatry, 24,* 15-24, 1988.

47. Bock R.D., Gibbons R.D., Muraki E. Full information factor analysis. *Applied Psychological Measurement, 12,* 261-280, 1988.

48. Davis J.M., Koslow S.H., Gibbons R.D., Maas J.W., Bowden C.L., Casper R., Hanin I., Javaid J.I., Chang S.S., Stokes P.E. Cerebrospinal fluid and urinary biogenic amines and metabolites in depressed and healthy controls: a multivariate analysis. *Archives of General Psychiatry, 45,* 705-717, 1988.

49.   Clark D.C., & Gibbons R.D. Does one nonlethal suicide attempt increase the risk for a subsequent nonlethal attempt? *Medical Care*, *25*, 87-88, 1987.

50.   Kraemer H.C., Pruyn J.P., Gibbons R.D., Greenhouse J.B., Grochocinski V.J., Waternaux C., & Kupfer D.J. Methodology in psychiatric research. *Archives of General Psychiatry*, *44*, 1100-1106, 1987.

51.   O'Neill H.J., Gordon S.M., O'Neill M.H., Gibbons R.D., & Szidon J.P. A computerized classification technique for screening for the presence of breath biomarkers in lung cancer. *Clinical Chemistry*, *33*, 1613-1618, 1988.

52.   Aranyi C., Henry M.C., Vana S.C., Gibbons R.D., & Iverson W.O. Effects of multiple intermittent inhalation exposures to red phosphorus/butyl rubber obscurant smokes in Sprague-Dawley rats. *Inhalation Toxicology*, *1*, 65-78, 1988.

53.   Gibbons R.D., Hedeker D.R., Waternaux C., & Davis J.M. Random regression models: A comprehensive approach to the analysis of longitudinal psychiatric data. *Psychopharmacological Bulletin*, *24*, 438-443, 1988.

54.   Talsma D.M., Leach C.L., Hatoum N.S., Gibbons R.D., Roger J.C., & Garvin P.J. Reducing the number of rabbits in the Draize eye irritancy test: A statistical analysis of 155 studies conducted over 6 years. *Fundamental and Applied Toxicology*, *10*, 146-153, 1988.

55.   Henthorn T.K., Benitez J., Avram M.J., Martinez C., Llerena A., Cobaleda J., Krejcie T.C., & Gibbons R.D. Assessment of the debrisoquin and dextromethorphan phenotyping tests by Gaussian mixture distribution analysis. *Clinical Pharmacology and Therapeutics*, *45*, 328-333, 1989.

56.   Hedeker D.R., Gibbons R.D., Waternaux C., & Davis J.M. Investigating drug plasma levels and clinical response using random regression models. *Psychopharmacological Bulletin*, *25*, 227-231, 1989.

57.   Clark D.C., Gibbons R.D., Fawcett, J. & Sheftner W.A. What is the mechanism by which suicide attempts predispose to later suicide attempts? A mathematical model. *Journal of Abnormal Psychology*, *98*, 1989.

58.   Gibbons R.D. A comment on "Statistical Methods for Evaluating Ground-water Monitoring from Hazardous Waste Facilities" - Final Rule *Ground Water*, *27*, 252-254, 1989.

59.   Gibbons R.D., Hedeker D.R. & Davis J.M. A comment on the selection of "healthy controls" for psychiatric experiments. *Archives of General Psychiatry*, *47*, 785-786, 1990.

60.   Gibbons R.D. A general statistical procedure for Ground-Water Detection Monitoring at waste disposal facilities. *Ground Water*, *28*, 235-243, 1990.

61.   Gibbons R.D. Estimating the precision of ground-water elevation data. *Ground Water*, *28*, 357-360, 1990.

62.   Gibbons R.D., Clark D.C & Fawcett J. A statistical method for evaluating suicide clusters and implementing cluster surveillance. *American Journal of Epidemiology*, *132*, S183-S191, 1990.

63.   Fawcett J., Aagesen C.A., Tilken J.M., McGuire M., Clark D.C., Pisani V.D., Sellers D., & Gibbons R.D. Lithium carbonate prophylaxis of alcoholism: Its time has come: in reply. *Archives of General Psychiatry*, *46*, 290-291, 1990.

64.   Hatoum N.S., Leach C.L., Talsma D.M., Gibbons R.D., & Garvin P.J. A statistical Basis for using fewer rabbits in dermal irritation testing. *Journal of the American College of Toxicology*, *9*, 49-60, 1990.

65.   Fawcett J., Sheftner W.A., Fogg L., Clark D.C., Young M.A., Hedeker D.R., & Gibbons R.D. Time-related predictors of suicide in major affective disorder. *American Journal of Psychiatry*, *147*, 1189-1194, 1990.

66. Gibbons R.D. & Baker J. The properties of various statistical prediction limits. *Journal of Environmental Science and Health, A26-4*, 535-553, 1991.

67. Hedeker D.R., Gibbons R.D., & Davis J.M. Random regression models for multicenter clinical trials data. *Psychopharmacological Bulletin, 27-1*, 73-77, 1991.

68. Gibbons R.D. Statistical tolerance limits for ground-water monitoring. *Ground Water, 29*, 563-570, 1991.

69. Gibbons R.D. Statistical tolerance limits for ground-water monitoring. *Water Resources Journal, 171*, 21-28, 1991. Reprinted by the United Nations Economic and Social Commission for Asia and the Pacific.

70. Gibbons R.D. Some additional nonparametric prediction limits for ground-water monitoring at waste disposal facilities. *Ground Water, 29*, 729-736, 1991.

71. Gibbons R.D., Jarke F.H., & Stoub K.P. Detection Limits: for linear calibration curves with increasing variance and multiple future detection decisions. *Waste Testing and Quality Assurance, 3*, ASTM STP 1075, 377-390, 1991.

72. Daniel D.G., Goldberg T.E., Gibbons R.D. & Weinberger D.R. Lack of a bimodal distribution of ventricular size in schizophrenia: A Gaussian mixture analysis of 1056 cases and controls. *Biological Psychiatry, 30*, 887-903, 1991.

73. Gibbons R.D., Grams N.E., Jarke F.H., & Stoub K.P. Practical quantitation limits. *Chemometrics and Intelligent Laboratory Systems, 12*, 225-235, 1992.

74. Hendrix M.S., Haviland M.G., Gibbons R.D., & Clark D.C. An application of item-response theory to alexithymia assessment among abstinent alcoholics. *Journal of Personality Assessment, 58*, 506-515, 1992.

75. Gibbons R.D., & Hedeker D.R. Full-information item bi-factor analysis. *Psychometrika, 57*, 423-436, 1992.

76. Charles S.C., Gibbons R.D., Frisch P.R., Pyskoty C.E., Hedeker D.R., & Singha N.K. Predicting risk for medical malpractice claims utilizing quality of care characteristics. *Western Journal of Medicine, 157*, 433-439, 1992.

77. Gibbons R.D., Clark D.C & Fawcett J. Response to Bohning, Lindsay and Schlattman regarding statistical methodology for suicide cluster analysis. *American Journal of Epidemiology, 135*, 1312-1314, 1992.

78. Davis J.M., Janicak P.G, Wang Z.G. Gibbons R.D. & Sharma R.P. The efficacy of psychotropic drugs: Implications for power analysis. *Psychopharmacology Bulletin, 28*, 151-155, 1992.

79. Tanner J.M., Gibbons R.D. & Bock R.D. An image analysis system for TW skeletal maturity. *Hormone Research, 32*, 11, 1992.

80. Clark D.C., Gibbons R.D., Haviland M.G., & Hendryx M.S. Assessing the severity of depressive states in recently-detoxified alcoholics. *J. of Studies on Alcohol, 54*, 107-114, 1993.

81. Appleby L., Desai P.N., Luchins D.J., Gibbons R.D., & Hedeker D.R. Length of stay and recidivism in schizophrenia: A study of public psychiatric hospital patients. *Am. J. of Psychiatry, 150*, 72-76, 1993.

82. Gibbons R.D., Hedeker D.R., Elkin I., Waternaux C., Kraemer H.C., Greenhouse J.B., Shea M.T., Imber S.D., Sotsky S.M., & Watkins J.T. Some conceptual and statistical issues in analysis of longitudinal psychiatric data. *Archives of General Psychiatry, 50*, 739-750, 1993.

83. Gibbons R.D., Hedeker D.R. & Davis J.M. Estimation of effect size from a series of experiments involving paired comparisons. *Journal of Educational Statistics, 18*, 271-279, 1993.

84. Miller N.S., Szcuczki D. & Gibbons R.D. Family history in comorbidity and alcohol dependence in cocaine dependence. *Alcohol Treatment Quarterly, 10*, 77-94, 1993.

85.     Gibbons R.D., Clark D.C., & Kupfer D.J. Exactly what does the Hamilton Depression Rating Scale measure? *Journal of Psychiatric Research*, *27*, 259-273, 1993.

86.     Gibbons R.D., and Hedeker D.R. Application of random-effects probit regression models. *Journal of Clinical and Consulting Psychology*, *62*, 285-296, 1994.

87.     Hedeker D.R., Gibbons R.D., & Flay B.R. Random regression models for clustered data: with an example from smoking prevention research. *Journal of Clinical and Consulting Psychology*, *62*, 757-765, 1994.

88.     Gibbons R.D., Hedeker D.R. Charles S.C., & Frisch P. A random-effects probit model for predicting medical malpractice claims. *Journal of the American Statistical Association*, *89*, 760-767, 1994.

89.     Tanner J.M., & Gibbons R.D. A computerized image analysis system for estimating Tanner-Whitehouse 2 bone age. *Hormone Research*, *42*, 282-287, 1994.

90.     Hedeker D.R., & Gibbons R.D. A random-effects ordinal regression model for multilevel analysis. *Biometrics*, *50*, 933-944, 1994.

91.     Tanner J.M., & Gibbons R.D. Automatic bone age measurement using computerized image analysis. *J. Paed Endocr*, *7*, 141-145, 1994.

92.     Gibbons R.D. Some conceptual and statistical issues in detection of low level environmental pollutants. *Environmental and Ecological Statistics*, *2*, 125-162, 1995.

93.     Gibbons R.D. Rejoinder: Some conceptual and statistical issues in detection of low level environmental pollutants. *Environmental and Ecological Statistics*, *2*, 163-167, 1995.

94.     Frisch P., Charles S.C., Gibbons R.D. & Hedeker D. Role of previous claims and specialty on the effectiveness of risk management education for office based physicians. *The Western Journal of Medicine*, *163*, 346-350, 1995.

95.     Elkin I., Gibbons R.D., Shea M.T., Sotsky S.M., Watkins J.T., Pilkonis P.A. & Hedeker D. Initial severity and differential outcome in the NIMH treatment of depression collaborative research program. *Journal of Clinical and Consulting Psychology*, *63*, 841-847, 1995.

96.     Gibbons R.D. The problem with U.S. EPA's method detection limit. *American Environmental Laboratory*, *8*, 4-10, 1996.

97.     Elkin I., Gibbons R.D., Shea M.T., & Shaw B.F. Science is not a trial (but it can sometimes be a tribulation). *Journal of Clinical and Consulting Psychology*, *64*, 92-103, 1996.

98.     Gibbons R.D. Some conceptual and statistical issues in analysis of ground-water monitoring data. *Environmetrics*, *7*, 185-199, 1996.

99.     Hedeker D. & Gibbons R.D. MIXOR: a computer program for mixed-effects ordinal regression analysis. *Computer Methods and Programs in Biomedicine*, *49*, 157-176, 1996.

100.    Hedeker D. & Gibbons R.D. MIXREG: a computer program for mixed-effects regression analysis with autocorrelated errors. *Computer Methods and Programs in Biomedicine*, *49*, 229-252, 1996.

101.    Gibbons R.D., Brown J. & Cameron K. Provisional standard guide for developing appropriate statistical approaches for ground-water detection monitoring programs. *ASTM* PS 64-96, West Conshohocken, PA, 1996.

102.    Gibbons R.D. & Coleman D.E. QL assumptions questioned. *J. of AWWA*, *88*, 4-8, 1996.

103.    Appleby L., Luchins D.J., Desai P.N., Gibbons R.D., Janicak P.G. & Marks R. Length of inpatient stay and recidivism among patients with schizophrenia. *Psychiatric Services*, *47*, 985-990, 1996.

**104.** Bock R.D. & Gibbons R.D. High dimensional multivariate probit analysis. *Biometrics*, *52*, 1183-1194, 1996.

**105.** Gibbons R.D. Stalking the RCRA Leapfrog. *Remediation*, *4*, 27-30, 1996.

**106.** Lavigne J.V., Gibbons, R.D., Cristoffel K.K., Arend, R., Rosenbaum D., Binns H., Dawson N., Sobel H. & Isaacs C. Prevalence rates and correlates of psychiatric disorders among preschool children. *Journal of the American Academy of Child and Adolescent Psychiatry*, *35*, 204-214, 1996.

**107.** Hedeker D. & Gibbons R.D. Application of random-effects pattern-mixture models for missing data in longitudinal studies. *Psychological Methods*, *2*, 64-78, 1997.

**108.** Gibbons R.D., Coleman D.E. & Maddalone R.F. An alternative minimum level definition for analytical quantification. *Environmental Science and Technology*, *31*, 2071-2077, 1997.

**109.** Zorn M.E., Gibbons R.D. & Sonzogni W.C. Weighted least squares approach to calculating limits of detection and quantification by modeling variability as a function of concentration. *Analytical Chemistry*, *69*, 3069-3075, 1997.

**110.** Gibbons R.D. & Hedeker D. Random-effects probit and logistic regression models for three-level data. *Biometrics*, *53*, 1527-1537, 1997.

**111.** Gibbons R.D., Coleman D.E. & Maddalone R.F. Response to comment on "An alternative minimum level definition for analytical quantification." *Environmental Science and Technology*, *31*, 3729-3731, 1997.

**112.** Baldwin R., Bethem R.A., Boyd R.K., Budde W.L., Cairns T., Gibbons R.D., Henion J.D., Kaiser M.A., Lewis D.L., Matusik J.E., Sphon J.A., Stephany R.W., Trubey R.K. 1996 ASMS Fall workshop - Limits to confirmation, quantitation, and detection. *Journal of the American Society for Mass Spectrometry*, *8*, 1180-1190, 1997.

**113.** Gibbons R.D. & Wilcox-Gök V. Health Service Utilization and Insurance Coverage: A Multivariate Probit Analysis. *Journal of the American Statistical Association*, *93*, 63-72, 1998.

**114.** Gibbons R.D., Coleman D.E. & Maddalone R.F. Response to comment on "An alternative minimum level definition for analytical quantification." *Environmental Science and Technology*, *32*, 2346-2348, 1998.

**115.** Gibbons R.D. Some conceptual and statistical issues in analysis of ground-water monitoring data. In *Encyclopedia of Environmental Analysis and Remediation*, John Wiley & Sons, 1998.

**116.** Gibbons R.D. Some conceptual and statistical issues in detection and quantification of environmental pollutants. In *Encyclopedia of Environmental Analysis and Remediation*, John Wiley & Sons, 1998.

**117.** Gibbons R.D. & Lavigne J.V. Emergence of childhood psychiatric disorders: A multivariate probit analysis. *Statistics in Medicine*, *17*, 2487-2499, 1998.

**118.** Gibbons R.D. False positives in groundwater statistics. *Waste Age*, *29*, 32-37, 1998.

**119.** Lavigne J.V., Binns H.J., Arend R., Rosenbaum D., Christoffel K.K, Hayford J.R. & Gibbons R.D. Psychopathology and health care use among preschool children: A retrospective analysis. *J. of the American Academy of Child and Adolescent Psychiatry*, *37*, 262-270, 1998.

**120.** Lavigne J.V., Arend R., Rosenbaum D., Binns H.J., Christoffel K.K, & Gibbons R.D. Psychiatric disorders with onset in the preschool years: I. Stability of diagnosis. *J. of the American Academy of Child and Adolescent Psychiatry*, *37*, 1246-1254, 1998.

121.	Lavigne J.V., Arend R., Rosenbaum D., Binns H.J., Christoffel K.K, & Gibbons R.D. Psychiatric disorders with onset in the preschool years: II. Correlates and predictors of stable case status. *J. of the American Academy of Child and Adolescent Psychiatry, 37*, 1255-1261, 1998.

122.	Gibbons R.D., Brown J. & Cameron K. Guide for developing appropriate statistical approaches for ground-water detection monitoring programs. *ASTM* **D6312-98**, West Conshohocken, PA, 1999.

123.	Gibbons R.D. Discussion of simultaneous nonparametric prediction limits. *Technometrics, 41*, 104-105, 1999.

124.	Hedeker D.R., Gibbons R.D & Waternaux C. Sample size estimation for longitudinal designs with attrition. *J. of Educational Statistics, 24*, 70-93, 1999.

125.	Gibbons R.D., Coleman D.E. & Maddalone R.F. Response to comment on "An alternative minimum level definition for analytical quantification." *Environmental Science and Technology, 33*, 1313-1314, 1999.

126.	Zorn M.E., Gibbons R.D. & Sonzogni W.C. Evaluation of approximate methods for calculating the limit of detection and limit of quantification. *Environmental Science and Technology, 33*, 2291-2295, 1999.

127.	Bunney W.E., Azarnoff D.L., Brown B.W., Cancro R., Gibbons, R.D., Gillin J.C., Hullett S., Killam K.F., Kupfer D.J., Krystal J.H., Stolley P.D., French G.S., Pope A.M. Report on the Institute of Medicine committee on the efficacy of and safety of Halcion. *Archives of General Psychiatry, 56*, 349-352, 1999.

128.	Gibbons R.D. Use of combined Shewhart-CUSUM control charts for ground-water monitoring applications. *Ground Water, 37*, 682-691, 1999.

129.	Lavigne J.V., Gibbons R.D., Arend R., Rosenbaum D., Binns H.J., & Christoffel K.K. Toward rational service planning in pediatric primary care: continuity and change in the occurrence of psychopathology among young children enrolled in pediatric practices. *J. of Pediatric Psychology, 24*, 393-403, 1999,

130.	Gibbons R.D., Brown B.W., Azarnoff D.L., Bunney W.E., Cancro R., Gillin J.C., Hullett S., Killam K.F., Krystal J.H., Kupfer D.J., Stolley P.D., Pope A.M., French G.S. Assessment of the safety and efficacy data for the hypnotic Halcion[R] : Results of an analysis by an Institute of Medicine committee. *Journal of the American Statistical Association, 94*, 993-1002, 1999.

131.	Gibbons R.D., Dolan D.G., May H., O'Leary K. & O'Hara R. Statistical comparison of leachate from hazardous, co-disposal, and municipal solid waste landfills. *Ground Water Monitoring and Remediation, 19*, 57-72, 1999.

132.	Gibbons R.D. Discussion of "Rethinking Poisson-based statistics for GW quality monitoring." *Ground Water, 37*, 803-804, 1999.

133.	Gibbons R.D., Meltzer D., Duan N., Penhoet E.D., Dubler N.N., Francis C.K., Gill, B., Guinan E., Henderson M., Ildstad S.T., King, P.A., Martinez-Maldonado M., Mclain G.E., Murray J.E., Nelkin D. Spellman M.W, Pope A. and Pitluck S. Waiting for Organ Transplantation, *Science, 287*, 237-238, 2000.

134.	Gibbons R.D., Duan, N., Meltzer D. Inequities in liver transplant allocation. *Science, 289*, 549, 2000.

135.	Gibbons R.D. & Hedeker D. Applications of mixed-effect models in biostatistics. *Sankhya, 62*, Series B, 70-103, 2000.

136.	Gibbons R.D. Mixed-effects models for mental health services research. *Health Services and Outcomes Research Methodology, 1*, 91-129, 2000.

137.	Gibbons R.D. Detection and quantification of environmental pollutants. In *Encyclopedia of Analytical Chemistry*, John Wiley & Sons, New York, 2000.

138.  Gibbons  R.D. and Bhaumik D. Weighted random-effects regression models with application to inter-laboratory calibration. *Technometrics*, *43*, 192-198, 2001.

139.  Lavigne  J.V. Cicchetti C., Gibbons R.D., Binns, H.J., Larsen, L., and DeVito C. Oppositional defiant disorder with onset in preschool years: Longitudinal stability and pathways to other disorders. *Journal of the American Academy of Child and Adolescent Psychiatry*, *40*, 1393-1400, 2001.

140.  Marcus  S.M. and Gibbons R.D. Estimating the Efficacy of Receiving Treatment In Randomized Clinical Trials with Noncompliance. *Health Services and Outcomes Research Methodology*, *2*, 247-258, 2001.

141.  Frank  E., Kupfer D.J., Gerebtzoff, Meya, U., Laghrissi-Thode, F., Grochocinski, V.J., Houck, P.R., Mallinger, A.G., and Gibbons, R.D. The development of study exit criteria for evaluating antimanic compounds. *Journal of Clinical Psychiatry*, *62*, 421-425, 2001.

142.  Bailey  H.R, Beck D.E., Billingham R.P., Binderow S.R., Gottesman L., Hull T., Larach S.W., Margolin D.A., Milson J.W., Potenti F.M., Rafferty J.F., Riff D.S., Sands L.R., Senagore A., Stamos M.J., Yee L.F., Young-Fadok T.M., Gibbons R.D. A study to determine the nitroglycerin ointment dose and dosing interval that best promote the healing of chronic anal fissures. *Dis Colon Rectum*, *45*, 1192-1199, 2002.

143.  Gibbons  R.D., Duan N., Meltzer D., Pope, A., Penhoet E.D., Dubler N.N., Francis C.K., Gill, B., Guinan E., Henderson M., Ildstad S.T., King, P.A., Martinez-Maldonado M., Mclain G.E., Murray J.E., Nelkin D. Spellman M.W, and Pitluck S. Waiting for Organ Transplantation: Results of an analysis by an Institute of Medicine Committee, *Biostatistics*, *4*, 207-222, 2003.

144.  Gibbons  R.D. A Statistical Approach for Performing Water Quality Impairment Assessments. *Journal of AWRA*, *39*, 841-849, 2003.

145.  Bhaumik D.K. and Gibbons R.D. An upper prediction limit for the arithmetic mean of a lognormal random variable. *Technometrics*, *46*, 239-248, 2004.

146.  MTA  Cooperative Group. National Institute of Mental Health multimodal treatment study of ADHD follow-up: 24-month outcomes of treatment strategies for attention-deficit/hyperactivity disorder. *Pediatrics*, *113*, 754-761, 2004.

147.  MTA  Cooperative Group. National Institute of Mental Health multimodal treatment study of ADHD follow-up: Changes in effectiveness and growth after the end of treatment. *Pediatrics*, *113*, 762-769, 2004.

148.  Gibbons  R.D. Racial disparities in liver transplantation. *Liver Transplantation*, *10*, 842-843, 2004.

149.  Gibbons  R.D., Lazar N.A., Bhaumik D.K., Sclove S.L., Chen H.Y., Thulborn K.R., Sweeney J.A., Hur K., Patterson D. Estimation and classification of fMRI hemodynamic response patterns. *Neuroimage*, *22*, 804-814, 2004.

150.  Hurlburt  M.S., Leslie L.K., Landsverk J., Barth R.P., Burns B.J., Gibbons R.D., Slymen D.J., Zhang J. Contextual predictors of mental health service use among a cohort of children open to child welfare. *Archives of General Psychiatry*, *61*, 1217-1224, 2004.

151.  Gibbons  R.D., Bhaumik, D.K., Cox D.R., Grayson D., Davis J.M., and Sharma R.P. Sequential Prediction Bounds for Identifying Differentially Expressed Genes in Replicated Microarray Experiments. *Journal of Statistical Planning and Inference*, *129*, 19-37, 2005.

152.  Gibbons  R.D., Hur, K., Bhaumik, D.K., Mann, J.J. The relationship between antidepressant medication use and rate of suicide. *Archives of General Psychiatry*, *62*, 165-172, 2005.

153. Bhaumik D.K. and Gibbons R.D. Confidence regions for random-effects calibration curves with heteroscedastic errors. *Technometrics, 62*, 223-230, 2005.

154. Bhaumik D.K. and Gibbons R.D. One-sided prediction intervals for at least p of m observations from a gamma population at each of r locations. *Technometrics, 48*, 112-119, 2006.

155. Gibbons R.D. and Bhaumik D.K. Simultaneous gamma prediction limits for ground-water monitoring applications. *Ground Water Monitoring and Remediation*, 26, 105-116, 2006.

156. Gibbons R.D., Hur, K., Bhaumik, D.K., Mann, J.J. The relationship between antidepressant prescription rates and rates of early adolescent suicide. *American Journal of Psychiatry, 163*, 1898-1904, 2006.

157. Marcus S.M., Gorman J.M., Tu X., Gibbons R.D., Barlow D.H., Woods S.W., Shear M.K. Rater Bias in a Blinded Randomized Placebo-Controlled Psychiatry Trial. *Statistics in Medicine, 25*, 2762-2770, 2006.

158. Gibbons R.D., Bock R.D., Hedeker D., Weiss D., Segawa E., Bhaumik D.K., Kupfer D., Frank E., Grochocinski V., Stover A. Full-Information Item Bi-Factor Analysis of Graded Response Data. *Applied Psychological Measurement, 31*, 4-19, 2007.

159. Redd J, Suggs H, Gibbons R, Muhammad L, McDonald J, Bell CC. The Bloomington Model: A Plan to Strengthen Families and Decrease the Need for Protective Custody. *Illinois Child Welfare, 2*, 34-46, 2007.

160. Kunwar S., Prados M.D., Chang S.M., Berger M.S., Lang F.F., Piepmeier J.M., Sampson J.H., Ram Z., Gutin P.H., Gibbons R.D., Aldape K.D., Croteau D., Sherman J.W., Puri R.K. Direct inter-cerebral delivery of Cintredekin Besudotox (IL13-PE38QQR) in patients with recurrent malignant glioma. *Journal of Clinical Oncology, 25*, 837-844, 2007.

161. Swanson J.M., Elliott G.R., Greenhill L.L., Wigal T., Arnold L.E., Vitiello B., Hetchman L., Epstein J., Pelham W., Abikoff H.B., Newcorn J., Molina B., Hinshaw S., Wells K., Hoza B., Severe J.B., Jensen P.S., Gibbons R.D., Hur K., Stehli A., Davies M., March J., Caron M., Volkow N.D., and Posner M.I. Effects of Stimulant Medication on Growth Rates Across 3 Years in the MTA Follow-up. *Journal of the American Academy of Child & Adolescent Psychiatry, 46*, 1015-1027, 2007.

162. Jensen P.S., Arnold L.E., Swanson J., Vitiello B., Abikoff, H.B., Greenhill L.L., Hechtman L., Hinshaw S.P., Pelham W.E., Wells K.C., Conners C.K., Elliott G.R., Epstein J., Hoza B., Molina B.S., Newcorn J.H., Severe J.B., Wigal T., Gibbons R.D., Hur K., Follow-up of the NIMH MTA Study at 36 Months After Randomization. *Journal of the American Academy of Child & Adolescent Psychiatry, 46*, 989-1002, 2007.

163. Swanson J., Hinshaw S.P., Arnold L.E., Gibbons R.D., Marcus S., Hur K., Jensen P.S., Vitiello B., Abikoff H., Greenhill L.L., Hechtman L., Pelham W., Wells K., Conners C.K., Elliott G., Epstein L., Hoagwood K., Hoza B., Molina B.S., Newcorn J.H., Severe J.B., Odbert C., Wigal T. Secondary Evaluations of MTA 36-month Outcomes: Propensity Score and Growth Mixture Model Analyses. *Journal of the American Academy of Child & Adolescent Psychiatry, 46*, 1003-1014, 2007.

164. Molina, B.S., Flory K., Hinshaw S.P., Greiner A.R., Arnold L.E., Swanson J., Hechtman L., Jensen P.S., Vitiello B., Hoza B., Pelham W.E., Elliott G.R., Wells K.C., Abikoff H.B., Gibbons R.D., Marcus S., Epstein J., Greenhill L.L., Newcorn J.H., Severe J.B., Wigal T. Delinquent behavior and emerging substance use in the MTA at 36-months: Prevalence, course, and treatment effects. Propensity Score and Growth Mixture Model Analyses. *Journal of the American Academy of Child & Adolescent Psychiatry, 46*, 1028-1040, 2007.

165. Shuhaiber J.H., Kim J.B., Hur K., Gibbons R.D. Comparison of Survival in Primary and Repeat Heart Transplantation during 1987-2004 in the United States. *Annals of Thoracic Surgery, 83,* 2135-2141, 2007.

166. Gibbons R.D., Brown C.H., Hur K., Marcus S., Bhaumik D.K., Erkens J.A., Herings R.M.C., Mann J.J. Early evidence on the effects of the FDA black box warning on SSRI prescriptions and suicide in children and adolescents. *American Journal of Psychiatry, 164,* 1356-1363, 2007.

167. Gibbons R.D., Brown C.H., Hur K., Marcus S., Bhaumik D.K., Mann J.J. The relationship between antidepressants and suicide: Results of analysis of the Veterans Health Administration datasets. *American Journal of Psychiatry, 164,* 1044-1049, 2007.

168. Roy A., Bhaumik D.K., Aryal S., Gibbons R.D. Sample size determination for hierarchical longitudinal designs with differential attrition rates. *Biometrics, 63,* 699-707, 2007.

169. Gibbons R.D., Brown C.H., Mann J.J. SSRI prescribing rates and adolescent suicide: Is the black box helping or hurting. *Psychiatric Times, 24,* 1-2, 2007.

170. Nakagawa A., Grunebaum M.F., Ellis S.P., Oquendo M.A., Gibbons R.D., and Mann J.J. Suicide and antidepressant prescription rates in Japan, 1999-2003. *Journal of Clinical Psychiatry, 68,* 908-916, 2007.

171. Gibbons R.D. Dr. Gibbons replies. *American Journal of Psychiatry, 164,* 1908-1910, 2007.

172. Gibbons R.D., Hur K., Bhaumik D., Bell C.C. Profiling of county-level foster care placements using random-effects Poisson regression models. *Health Services and Outcomes research Methodology,* 7, 97-108, 2007.

173. Aryal S., Bhaumik D.K., Mathew T. and Gibbons R.D. Approximate Tolerance Limits and Prediction Limits for the Gamma Distribution. *Journal of Applied Statistical Science,* 16, 103-111, 2007.

174. Brown C.H., Wyman P.A., Brinales J.M., and Gibbons R.D. The role of randomized trials in testing interventions for the prevention of youth suicide. *International Journal of Psychiatry,* 19, 617-631, 2007.

175. Gibbons R.D., Weiss D.J., Kupfer D.J., Frank E., Fagiolini A., Grochocinski V.J., Bhaumik D.K., Stover A. Bock R.D., Immekus J.C. Using computerized adaptive testing to reduce the burden of mental health assessment. *Psychiatric Services, 59,* 361-368, 2008.

176. Gibbons R.D., Segawa E., Karabatsos G., Amatya A.K., Bhaumik D.K., Brown C.H, Kapur K., Marcus S., Hur K., Mann J.J. Random-effect Poisson regression analysis of adverse event reports: The relationship between antidepressants and suicide. *Statistics in Medicine, 27,* 1814-1833, 2008.

177. Bell C.C., Bhana A., Petersen I, McKay M.M., Gibbons R.D., Bannon W., Amatya A. Building protective factors to offset sexually risky behaviors among black South African youth: A randomized controlled trial. *Journal of the National Medical Association,* 100, 936-944, 2008.

178. Bhaumik D.K., Roy A., Lazar N.A., Kapur K., Aryal S., Gibbons R.D., Sweeney J.A., Patterson D: Hypothesis testing, power and sample size determination for between group comparisons in fMRI experiments. Statistical Methodology, 2008 (available online DOI:10.1016/J.STAMET.2008.05.003).

179. Aryal S., Bhaumik D.K., Sourav S., Gibbons R.D. Confidence intervals for random-effects calibration curves with left-censored data. *Environmetrics,* in press.

180. Cassano G.B., Mula M., Rucci P., Miniati M., Frank E., Kupfer D.J., Oppo A., Calugi

S., Maggi L., Gibbons R.D., Fagiolini A. The structure of lifetime manic-hypomanic spectrum. *Journal of Affective Disorders*, in press.

181.    Gibbons R.D., Rush J., Immekus J.C. On the psychometric validity of the diagnostic domains of the PDSQ. *Journal of Psychiatric Research*, in press.

182.    Molina, B.S.G., Hinshaw S.P., Swanson J.M., Arnold, L.E., Vitiello, B., Jensen, P.S., Epstein, J.N., Hoza, B., Hechtman, L., Abikoff, H.B., Elliott, G.R., Greenhill, L.L., Newcorn, J.H., Wells, K.C., Wigal, T.L., Severe, J.B., Gibbons, R.D., Hur, K., Houck, P.R., and the MTA Cooperative Group. The MTA at 8 Years: Prospective Follow-Up of Children Treated for Combined Type ADHD in a Multisite Study. *Journal of the American Academy of Child and Adolescent Psychiatry*, in press.

183.    Brown, C.H., Ten Have, T.R., Jo, B., Dagne, G., Wyman, P.A.,  Muthén, B.,  and Gibbons, R.D.  Adaptive designs for randomized trials in public health. *Annual Review of Public Health*, in press.

184.    Gibbons, R.D. Design and analysis of longitudinal studies. *Psychiatric Annals*, in press.

185.    Bhaumik, D.K., Roy, A. Aryal S., Hur, K., Duan, N., Normand, S.L.T., Brown, C.H., Gibbons, R.D. Sample size determination for studies with repeated continuous outcomes. *Psychiatric Annals*, in press.

186.    Lavori, P.W., Brown, C.H., Duan, N., Gibbons, R.D., Greenhouse, J.  Missing data in longitudinal clinical trials - Part A: Design and conceptual issues. *Psychiatric Annals*, in press.

187.    Siddique, J. Brown, C.H., Hedeker D., Duan, N., Gibbons, R.D., Miranda J., Lavori, P.W. Missing data in longitudinal trials – Part B: Analytic issues. *Psychiatric Annals*, in press.

188.    Marcus, S.M., Siddique, J., Ten Have, T.R., Gibbons, R.D., Stuart, E., Normand, S.L.T. Balancing treatment comparisons in longitudinal studies. *Psychiatric Annals*, in press.

## BOOKS:

1.  Gibbons   R.D., & Dysken M.W. *Statistical and Methodological Advances in Psychiatric Research*. New York, Spectrum, 1983.

2.  Gibbons   R.D. *Statistical Methods for Ground-Water Monitoring*. New York, John Wiley & Sons, 1994.

3.  Gibbons R.D. & Coleman D.E. *Statistical Methods for Detection and Quantification of Environmental Contamination*. New York, John Wiley & Sons, 2001.

4.  Hedeker  D. & Gibbons R.D. *Longitudinal Data Analysis.* New York, John Wiley & Sons, 2006.

5.  Gibbons   R.D., Bhaumik D.K., Aryal S. *Statistical Methods for Ground-Water Monitoring*. New York, John Wiley & Sons, 2nd edition, in preparation.

## INSTITUTE OF MEDICINE REPORTS:

1.  Bunney   W.E., Azarnoff D.L., Brown B.W., Cancro R., Gibbons R.D., Gillin J.C., Hullett S., Killam K.F., Krystal J.H., Kupfer D.J., Stolley P.D. Halcion: *An Independent Assessment of Safety and Efficacy Data*, Washington D.C., National Academy Press, 1997.

2.  Penhoet  E.D., Duan N., Dubler N.N., Francis C.K., Gibbons R.D., Gill, B., Guinan E., Henderson M., Ildstad S.T., King, P.A., Martinez-Maldonado M., Mclain G.E., Meltzer D., Murray J.E., Nelkin D. and Spellman M.W. *Organ Procurement and Transplantation,* Washington D.C., National Academy Press, 1999.

3.  Ildstad  S.T., Centor R.M., Davis E., Gibbons R.D., Levin B., Miller E.D., Olkin, I. Tollerud D.J., Tugwell P. *Small Clinical Trials: Issues and Challenges*, Washington D.C., National Academy Press, 2001.

4.  Goldsmith  S.K., Pellmar T.C., Kleinman A.M., Bunney W.E. Bell, C.C., Brent D.A., Eggert L., Fawcett J., Gibbons, R.D., Redfield-Jamison K., Korbin J.E., Mann, J.J., May P.A., Reynolds C.F., Tsuang M.T., Frank R.G. *Reducing Suicide: A National Imperative*, Washington D.C., National Academy Press, 2002.

5.  Gebbie  K.M., Aubry W.M., Champlin R., Childress J.F., Fiske C., Gibbons R.D., Haley N.R., Horowitz M.M., Ildstad S.T., Kelley L.L., McGinnis J.M., Meltzer D., Moise K.J., Palmer L.I., Scadden D.T., Wagner J.E., Yeager A.M. *Cord Blood: Establishing a National Hematopoietic Stem Cell Bank Program*, Washington D.C., National Academy Press, 2005.

6.  Burke S.P, Baciu A., Straton K., Blumenthal D. Breckenridge A. Charo A. Edgman-Levitan S. Ellenberg S. Gibbons R.D., Hripcsak G., Korn, D. Meltzer D. Myers W.A., Olson M. Psaty B.M., Schroeder C. Stergachis A. *The Future of Drug Safety: Promoting and Protecting the Health of the Public,* Washington D.C., National Academy Press, 2006.

**CHAPTERS:**

1. Davis J.M., Gibbons R.D. Pandey G.N., & Javaid J.I., Mechanism, mathematics and markers of mental disease. In: *Biological Markers in Psychiatry and Neurology*, E. Usdin and I. Hanin, (eds.), New York: Pergamon Press, 1982.

2. Ostrow D.G., Trevisan M., Okonek A., Gibbons R.D., Cooper R., & Davis J.M. Sodium dependent membrane processes in major affective disorders. In: *Biological Markers in Psychiatry and Neurology*, E. Usdin and I. Hanin, (eds.), New York: Pergamon Press, 1982.

3. Davis J.M., Vogel C., Gibbons R.D., Pavkovic I., & Zhang M. Pharmacoendocrinology of schizophrenia. In: *Neuroendocrinology and Psychiatric Disorder*, G.M. Brown, S.H. Koslow, & S. Reichlin, (eds.), New York: Raven Press, 1984.

4. Hatoum N.S., Leach C.L., Gibbons R.D., Talsma D.M., Roger J.C., Garvin P.J. Influence of reduced numbers of rabbits on the adequacy of eye irritancy tests. In: *Vitro Toxicology: Approaches to Validation*, A.M. Goldberg (ed.), New York: Mary Ann Liebert, Inc., 1987.

5. Gibbons R.D., Baker R.J., Skinner D.B. Field articulation testing: A predictor of technical skills in surgical residents. Reprinted in *How to Select Residents*, American Board of Medical Specialties, 1988.

6. Davis J.M., Gibbons R.D., A simulation study of methods for the combination of evidence from multiple psychiatric investigations. In: *Perspectives in Psychopharmacology*: A collection of papers in honor of Earl Usdin. Alan R. Liss, Inc., 483-493, 1988.

7. Gibbons R.D., & Davis J.M. The price of beer and the salaries of priests: Analysis and display of longitudinal psychiatric data. Reprinted in *G. Stanley Hall Invited Addresses*, R.M. Suinn (Ed.), American Psychological Association, 1988.

8. Ratajczak H., Thomas P., Gibbons R.D., Heck J.D., & Vollmuth T. Seasonal influence on murine immune function. In: *Chronobiology: Its Role in Clinical Medicine, General Biology and Agriculture, Part A*, 493-501, Wiley-Liss, New York, 1990. 49-60, 1990.

9. Sara M. & Gibbons R.D. Organization and analysis of water quality data. In: *Practical Handbook of Ground-Water Monitoring*, D.M. Nielsen (ed.), Chelsea MI: Lewis, 1991.

10. Gibbons R.D. An overview of statistical methods for ground-water detection monitoring at waste disposal facilities. In: *Ground-Water Contamination at Hazardous Waste Sites: Chemical Analysis*, S. Lesage & R.E. Jackson (eds.), New York: Marcel Dekker, Inc., 1992.

11. Gibbons R.D. Commentary on "Personality and Depression: Modeling and Measurement Issues," In: *Personality and Depression*, M. Klein, D. Kupfer & T. Shea (eds.), New York: Guilford, 1993.

12. Gibbons R.D. & Patterson D. Application of computerized image analysis to estimating bone age. In: *Essays on Auxology*, R. Hauspie, G. Lindgren, F. Falkner (eds.), London: Castlemead, 1995.

13. Gibbons R.D. & Sara M.N. Statistical comparison of metal concentrations in filtered and unfiltered ground-water samples. In: *Ground Water Sampling – A Workshop Summary*, U.S. EPA, *600, R-94, 205*, 54-58, 1995.

14. Bock R.D. and Gibbons R.D. Factor analysis of categorical item responses. In: *Handbook of Polytomous Item Response Theory Models: Development and Applications*, M. Nering, R. Ostini (eds.), Lawrence Erlbaum Associates, Florence KY, in press.

## REVIEWS, TECHNICAL REPORTS, SOFTWARE:

1.   Wilson D., Wood R., Gibbons R.D. Testfact: test scoring and item factor analysis. *International Educational Services*, Chicago, 1984.

2.   Gibbons R.D., Bock R.D., Hedeker D.R. Approximating multivariate normal orthant probabilities using the Clark algorithm. *Office of Naval Research*, Technical Report, 1987.

3.   Gibbons R.D. Review of "Latent Variable Models and Factor Analysis" by Bartholomew, D.J. (1987). *Journal of the American Statistical Association*, *83*, 1221-1222, 1988.

4.   Gibbons R.D., Bock R.D., Hedeker D.R. Conditional Dependence *Office of Naval Research*, Final Report, 1989.

5.   Gibbons R.D. Mixmaster: A program for resolving univariate and multivariate normal mixture distributions. *Scientific Software*, Chicago, 1989.

6.   Gibbons R.D., Jarke F.H., & Stoub K.P. Method detection Limits. Proceedings of *Fifth Annual USEPA Waste Testing and Quality Assurance Symposium*, *Vol. 2*, 292-319, 1989.

7.   Gibbons R.D., Grams N.E., Jarke F.H., & Stoub K.P. Practical quantitation limits. *Proceedings of Sixth Annual USEPA Waste Testing and Quality Assurance Symposium Vol. 1*, 126-142, 1990.

8.   Gibbons R.D., Bock R.D., & Hedeker D.R. Approximating multivariate normal orthant probabilities. *Office of Naval Research*, Technical Report, *90-1*, 1990.

9.   Gibbons R.D., Hedeker D.R., & Bock R.D. Full-information item bi-factor analysis. *Office of Naval Research*, Technical Report, *90-2*, 1990.

10.  Gibbons R.D., Hedeker D.R., & Bock R.D. Multivariate generalizations of Student's $t$ distribution. *Office of Naval Research*, Technical Report, *90-3*, 1990.

11.  Gibbons R.D. Review of "Statistical Methods in Longitudinal Research" Vol. 1, Ed. by Von Eye, *Journal of the American Statistical Association*, *86*, 1146-1149, 1991.

12.  Gibbons R.D. Review of "Statistical Methods in Longitudinal Research" Vol. 2, Ed. by Von Eye, *Journal of the American Statistical Association*, *86*, 1146-1149, 1991.

13.  Maddalone R.F., Gibbons R.D., Rice J. & Nott B. MDL's and PQL's - complications proposal and results. *Proceedings of the American Statistical Association Meeting*, Chicago, 1996.

14.  Bock R.D., Gibbons, R.D., Schilling, S.G. Wilson, D.T. & Wood R. TESTFACT 2: Test scoring, item statistics and item factor analysis. *Scientific Software International*, Chicago, 1997.

15.  Hedeker D. and Gibbons, R.D. *MIXREG: Mixed-effects Regression Models for Continuous Response Data*. Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 1997.

16.  Hedeker D. and Gibbons, R.D. *MIXOR: Mixed-effects Ordinal Regression Models*. Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 1997.

17.  Hedeker D. and Gibbons, R.D. *MIXNO: Mixed-effects Multinomial Regression Models*. Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 1999.

18.  Hedeker D. and Gibbons, R.D. *MIXPREG: Mixed-effects Poisson Regression Models*. Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 2000.

19.  Gibbons R.D., Immekus, J. Bock, R.D. *The Added Value of Multidimensional IRT Models.* National Cancer Institute Technical Report. www.healthstats.org, 2007.

20.   Hedeker D., Gibbons, R.D., Du Toit, S.H.C., Patterson, D.: SuperMix - A program for mixed-effects regression models. Scientific Software International, Chicago, 2008.

## RECENT MEDIA COVERAGE:

1.   *New York Times*, Study Condemns F.D.A.'s Handling of Drug Safety. September 23, 2006.
2.   *New York Times,* New sense of caution at FDA.  September 29, 2006.
3.   *New England Journal of Medicine,* Blueprint for a stronger food and drug administration. October 9, 2006.
4.   *Washington Post,* Report faults FDA on drug safety.  October 10, 2006.
5.   *JAMA,* IOM: Overhaul drug safety monitoring. November 1, 2006.
6.   *WebMDHealth,* Child suicide: No antidepressant link? November 1, 2006.
7.   *CBC News,* Antidepressants linked to lower youth suicide risk, November 1, 2006.
8.   *U.S. Department of Health and Human Services,* Antidepressants lower kids suicide risk, new research finds. November 1, 2006.
9.   *Medical News Today,* Antidepressants and lower child suicide rates linked, November 4, 2006.
10.  *New York Times/Health Day News,* Antidepressants lower kids' suicide risk, new research finds. November 7, 2006.
11.  *National Institute of Mental Health Science Update,* U.S. youth suicide rates lower in counties with high SSRI use. November 8, 2006.
12.  *WebMDHealth,* Study probes suicide, antidepressants. December 4, 2006.
13.  *Washington Post,* Antidepressants a suicide risk for young adults. December 14, 2006.
14.  *New York Times,* Federal panel urges suicide-risk labels for antidepressants. December 14, 2006.
15.  *USA Today,* FDA plans to boost safety with newsletters, drug profiles. January 30, 2007.
16.  *Seattle Times,* FDA moves to toughen oversight of drugs. January 30, 2007.
17.  *Los Angeles Times,* Changes will ensure drug safety, FDA says. January 31, 2007.
18.  *Wall Street Journal,* FDA plans drug-safety moves. January 31, 2007.
19.  *New York Times,* FDA widens safety reviews on new drugs. January 31, 2007.
20.  *ABC World News Tonight,* Teen suicide/prescription drugs. Feb 5, 2007.
21.  *Washington Post,* Don't take your vitamins? Antioxidants might be dangerous. March 7, 2007.
22.  *WebMD Medical News,* Antidepressant/child suicide risk slim.  April 17, 2007.
23.  *American Psychiatric Association,* Two Large Studies Show Decline in Suicide Attempts. July 1, 2007.
24.  *Psychiatric Times,* Update on antidepressants and suicidality. July 1, 2007.
25.  *Psych Central,* Antidepressants not a suicide risk. July 6, 2007.
26.  *Medical News Today,* Young Adults Not At Risk Of Suicidal Behavior From Antidepressants. July 6 2007.
27.  *Consumer Affairs,* Study Finds Lessened Suicide Risk in Young Adults on Antidepressants. July 6, 2007.
28.  *New York Times,* Suicide Findings Question Link to Antidepressants. July 10, 2007.
29.  *Reason Magazine,* Can cautions be too risky? Balancing risks and benefits at the FDA. July 10, 2007.
30.  *Medical News,* Two large studies show decline in suicide attempts with antidepressant treatment.  July 11, 2007.
31.  *Newsweek*, Teens and Antidepressants: Did Warnings Go Too Far. July 16, 2007.

32.     *MSNBC,* Trouble in a 'Black Box' Did an effort to reduce teen suicides backfire? July 16, 2007.
33.     *Science News,* Antidepressants trim suicide tries. July 28, 2007.
34.     *Clinical Psychiatry News,* Benefits of Multivitamins Unclear, Panel Finds. July, 2006.
35.     *American Foundation for Suicide Research,* New findings show treatment benefits for depressed people outweigh any potential harm. July, 2007.
36.     *Scientific American,* Suicide risk in adults lowered by antidepressants. August 2, 2007.
37.     *Psychiatric Times,* VA finds antidepressants reduce suicide risk in vets.  August 3, 2007.
38.     *The Province (Canada),* Drugs lower suicide risk. August 3, 2007.
39.     *Reuters,* Teen antidepressant warning had ripple effect. September 5, 2007.
40.     *The Washington Post,* Youth Suicides Increased As Antidepressant Use Fell. September 6, 2007.
41.     *National Public Radio,* Study: Anti-Depressants Lower Teen Suicide Rates. September 6, 2007.
42.     *San Francisco,* Chronicle Suicide rise follows antidepressant drop: Study finds dramatic increase after 'black box' warning. September 6, 2007.
43.     *Science,* Antidepressant warnings linked to suicides. September 6, 2007.
44.     *Science News,* Suicide sharply on the rise in youth. September 6, 2007.
45.     *Yahoo Health,* Suicide sharply on the rise in youth . September 6, 2007.
46.     *Los Angeles Times,* Suicides up after warning, study shows. September 6, 2007.
47.     *Chicago Tribune,* Suicides up after warning, study shows. September 6, 2007.
48.     *The News & Observer,* Suicides spiked as antidepressant use fell, Warning labels on pills were followed by a startling jump in young deaths, a study find. September 6, 2007.
49.     *Reuters,* Suicides rise sharply in U.S. youth, studies find. September 6, 2007.
50.     *Bloomberg,* Youth Suicides Rise the Most in 15 Years, CDC Says (Update2). September 6, 2007.
51.     *Chicago Tribune,* Suicides rise as antidepressant use falls.  September 6, 2007.
52.     *USA Today,* As antidepressant use fell, youth suicides rose. September 6, 2007.
53.     *Fox News,* Study: Suicide Rates Rise as Antidepressant Use Falls. September 6, 2007.
54.     *MSNBC,* CDC: Suicide rate jumps for kids, young adults Biggest rise in 15 years; 'black box' antidepressant label blamed by some. September 6, 2007.
55.     *Yahoo News,* Antidepressants Vindicated? September 7, 2007.
56.     *The New York Times,* Questions About a Rising Suicide Rate. September 7, 2007.
57.     *The New York Post,* Girl's Suicide Shock. September 7, 2007.
58.     *The China Post,* Youth suicides rise after drop in antidepressant prescriptions. September 7, 2007.
59.     *The New York Times,* Suicide Rises in Youth; Antidepressant Debate Looms. September 7, 2007.
60.     *Scientific American,* Antidepressant warnings scared parents, doctors. September 9, 2007.
61.     *Science Daily,* Newer Antidepressants Led To Less, Not More, Teen Suicides. September 10, 2007.
62.     **ABC News**, Too Young to Die. March 30, 2008.