# EXHIBIT I

# Gabapentin for acute and chronic pain (Review)

Wiffen PJ, McQuay HJ, Rees J, Moore RA



**THE COCHRANE
COLLABORATION**®

This is a reprint of a Cochrane review, prepared and maintained by The Cochrane Collaboration and published in *The Cochrane Library*
2010, Issue 1

http://www.thecochranelibrary.com



**WILEY**
*Publishers Since 1807*

**Gabapentin for acute and chronic pain (Review)**
**Copyright © 2010 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.**

# TABLE OF CONTENTS

HEADER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
ABSTRACT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
PLAIN LANGUAGE SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
OBJECTIVES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
METHODS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
RESULTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
DISCUSSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
AUTHORS' CONCLUSIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
ACKNOWLEDGEMENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
CHARACTERISTICS OF STUDIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
DATA AND ANALYSES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
    Analysis 1.1. Comparison 1 Neuropathic Pain, Outcome 1 Diabetic neuropathy. . . . . . . . . . . . . . . 18
    Analysis 1.2. Comparison 1 Neuropathic Pain, Outcome 2 Post herpetic neuralgia. . . . . . . . . . . . . . 19
    Analysis 1.3. Comparison 1 Neuropathic Pain, Outcome 3 Mixed neuropathic pain. . . . . . . . . . . . . . 19
    Analysis 1.4. Comparison 1 Neuropathic Pain, Outcome 4 Guillain barre-change in pain score. . . . . . . . . 20
    Analysis 1.5. Comparison 1 Neuropathic Pain, Outcome 5 All neuropathic pain-moderate or better relief. . . . . 20
    Analysis 1.6. Comparison 1 Neuropathic Pain, Outcome 6 Cancer related neuropathic pain-change in pain score. . 21
WHAT'S NEW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
HISTORY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
CONTRIBUTIONS OF AUTHORS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
DECLARATIONS OF INTEREST . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
SOURCES OF SUPPORT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
NOTES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
INDEX TERMS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

[Intervention Review]

# Gabapentin for acute and chronic pain

Philip J Wiffen[1], Henry J McQuay[2], Jayne Rees[3], R Andrew Moore[2]

[1]UK Cochrane Centre, Oxford, UK. [2]Pain Research and Nuffield Department of Anaesthetics, University of Oxford, Oxford, UK. [3]Training Team, UK Cochrane Centre, Oxford, UK

Contact address: Philip J Wiffen, UK Cochrane Centre, National Institute for Health Research, Summertown Pavilion, Middle Way, Oxford, OX2 7LG, UK. pwiffen@cochrane.ac.uk. phil.wiffen@pru.ox.ac.uk.

**Editorial group:** Cochrane Pain, Palliative and Supportive Care Group.
**Publication status and date:** Edited (no change to conclusions), published in Issue 1, 2010.
**Review content assessed as up-to-date:** 16 May 2005.

**Citation:** Wiffen PJ, McQuay HJ, Rees J, Moore RA. Gabapentin for acute and chronic pain. *Cochrane Database of Systematic Reviews* 2005, Issue 3. Art. No.: CD005452. DOI: 10.1002/14651858.CD005452.

Copyright © 2010 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

## A B S T R A C T

**Background**

**February 2009: The authors are aware of unpublished trial data for Gabapentin which could affect the results of this review. This information together with that from trials published since 2005, will be considered when this review is updated in 2009.**

Anticonvulsant drugs have been used in the management of pain since the 1960s. The clinical impression is that they are useful for chronic neuropathic pain, especially when the pain is lancinating or burning.

**Objectives**

To evaluate the analgesic effectiveness and adverse effects of gabapentin for pain management in clinical practice.

**Search strategy**

Randomised trials of gabapentin in acute, chronic or cancer pain were identified by MEDLINE (1966 to Nov 2004), EMBASE (1994 to Nov 2004), SIGLE (1980 to Jan 2004) and the Cochrane Central Register of Controlled Trials (CENTRAL) (*The Cochrane Library*, Issue 4, 2004). Additional studies were identified from the reference list of the retrieved papers, and by contacting investigators. Date of most recent search: January 2004.

**Selection criteria**

Randomised trials reporting the analgesic effects of gabapentin in participants with subjective pain assessment as either the primary or a secondary outcome.

**Data collection and analysis**

Data were extracted by two independent review authors, and trials were quality scored. Numbers-needed-to-treat-to-benefit (NNTs) were calculated, where possible, from dichotomous data for effectiveness, adverse effects and drug-related study withdrawal.

**Main results**

Fourteen reports describing 15 studies of gabapentin were considered eligible (1468 participants). One was a study of acute pain. The remainder included the following conditions: post-herpetic neuralgia (two studies), diabetic neuropathy (seven studies), a cancer related neuropathic pain (one study) phantom limb pain (one study), Guillain Barré syndrome (one study), spinal chord injury pain (one study) and various neuropathic pains (one study).

The study in acute post-operative pain (70 participants) showed no benefit for gabapentin compared to placebo for pain at rest.

In chronic pain, the NNT for improvement in all trials with evaluable data is 4.3 (95% CI 3.5 to 5.7). Forty two percent of participants improved on gabapentin compared to 19% on placebo. The number needed to harm (NNH) for adverse events leading to withdrawal from a trial was not significant. Fourteen percent of participants withdrew from active arms compared to 10% in placebo arms. The NNH for minor harm was 3.7 (95% CI 2.4 to 5.4). The NNT for effective pain relief in diabetic neuropathy was 2.9 (95% CI 2.2 to 4.3) and for post herpetic neuralgia 3.9 (95% CI 3 to 5.7).

**Authors' conclusions**

There is evidence to show that gabapentin is effective in neuropathic pain. There is limited evidence to show that gabapentin is ineffective in acute pain.

## PLAIN LANGUAGE SUMMARY

### Gabapentin for the treatment of acute and chronic pain in adults

Anticonvulsants (of which gabapentin is one) are a group of medicines commonly used for treating 'fits' or epilepsy, but which are also effective for treating pain. The type of pain which responds well is neuropathic pain, e.g., postherpetic neuralgia (persistent pain experienced in an area previously affected by shingles) and painful complications of diabetes. Approximately two-thirds of patients who take either carbamazepine or gabapentin can expect to achieve good pain relief. There is no evidence of benefit in acute pain.

## BACKGROUND

**February 2009: The authors are aware of unpublished trial data for Gabapentin which could affect the results of this review. This information together with that from trials published since 2005, will be considered when this review is updated in 2009.**

Anticonvulsant drugs have been used in pain management since the 1960s, very soon after they were first used in medicine and revolutionised the medical management of epilepsy. The clinical impression is that they are useful for neuropathic pain, especially when the pain is lancinating or burning (Jacox 1994). Although these disorders are not common (the incidence of trigeminal neuralgia is 4/100,000 per year (Rappaport 1994)), they can be very disabling. There is evidence for the effectiveness of a number of anticonvulsants, these are considered in other reviews published by the Cochrane Pain, Palliative and Supportive Care group. Anticonvulsants are sometimes prescribed in combination with antidepressants, as in the treatment of post-herpetic neuralgia (Monks 1994). In the UK carbamazepine and phenytoin are licensed for the treatment of pain associated with trigeminal neuralgia, and gabapentin for the treatment of neuropathic pain (recommended dose 1.8 grams per day). The use of gabapentin has been increasing

steadily and is considered to be as effectives tricyclic antidepressants and carbamazepine with a lower risk of major harm (Bennett 2004). Lamotrigine is also being used for chronic pain but is not licensed in Europe for this condition.

The precise mechanisms of action of anticonvulsant drugs remain uncertain. Possible explanations include enhanced gamma-aminobutyric acid inhibition, a stabilising effect on neuronal cell membranes, or via N-methyl-D-aspartate (NMDA) receptor sites (Woolf 1991; Bennett 2004).

Anticonvulsant drug use is not without risk: serious effects have been reported, including deaths from haematological reactions (Sweetman 2005). Common adverse effects include impaired mental and motor function, which may limit clinical use, particularly in the elderly (Grahame-Smith 1992; Rall 1992; Sweetman 2005).

This is an update of a review which was originally published as 'Anticonvulsant drugs for acute and chronic pain' (Wiffen 2000). At the start of the latest update, 12 new included studies were identified mainly of the newer anticonvulsants gabapentin and lamotrigine. In total the included studies provided data on six different chemical entities used in at least six identified neuropathic pain conditions. Issues of dose response and trial design added to

the complexity. A decision was therefore taken to split this review into a number of smaller reviews each covering one chemical entity. Anticonvulsant drugs currently used for neuropathic pain are: carbamazepine, clonazepam, gabapentin, lamotrigine, phenytoin and valproate. This review examines the evidence for Gabapentin, other anticonvulsant drugs will be considered in separate reviews. A review of carbamazepine has also been completed (Wiffen 2005).

## O B J E C T I V E S

The purpose of this review was to evaluate the analgesic effectiveness of gabapentin.

## M E T H O D S

### Criteria for considering studies for this review

#### Types of studies

Studies were included in this review if they were randomised controlled trials (RCTs) which investigated the analgesic effects of gabapentin in participants, with pain assessment as either the primary or a secondary outcome. Full journal publication was required, abstracts were not included. Studies which were non-randomised, studies of experimental pain, case reports, clinical observations or studies of gabapentin used to treat pain produced by other drugs were also excluded.

#### Types of participants

Adult participants age range 18 years and above. A wide range of neuropathic pains including: diabetic neuropathy, post-herpetic neuralgia, phantom limb pain, Guillain Barré, and spinal cord injury were included in studies. Trials of participants with a variety of neuropathic pains were also included.

#### Types of interventions

Administration of gabapentin, any dose, by any route to achieve analgesia.

#### Types of outcome measures

Information about the pain condition and number of participants studied, anticonvulsant drug and dosing regimen, study design (placebo or active control), study duration and follow-up, analgesic outcome measures and results, withdrawals and adverse effects (minor and major) was extracted from each study and recorded on a data extraction sheet.

A variety of outcome measures were used in the studies, the majority using standard subjective scales for pain intensity or pain relief, or both.

A hierarchy of outcome measures was agreed as follows:
1. Patient reported pain relief of 50% or greater.
2. Patient reported global impression of clinical change.
3. Pain on movement.
4. Pain on rest.
5. Any other pain related measure.

Dichotomous data were used to calculate odds ratio estimates with 95% confidence intervals (CI) using a fixed-effects model, together with numbers-needed-to-treat-to-benefit (NNTs) (Cook 1995). This was done where possible for effectiveness, for adverse effects and for drug-related study withdrawal. Meta-analysis was also undertaken when appropriate data were available.

### Search methods for identification of studies

Studies were identified by several methods. Randomised trials of gabapentin in acute or chronic pain were identified by MEDLINE from 1966 to Nov 2004, EMBASE 1994 to Nov 2004, SIGLE 1980 to January 2004 and The Cochrane Library (Issue 4, 2004). Additional studies were identified from the reference list of the retrieved papers, and by contacting investigators. Date of the most recent searches: January 2004.

For the first version of this review, 40 medical journals were hand searched, chosen from the 50 with the highest number of studies in MEDLINE, and nine specialist journals which were either not on that list or were not indexed (Jadad 1994). The search process included volumes published between 1950 and 1990. No further hand searching has been undertaken as the key journals are now being searched by the Cochrane Collaboration (www.cochrane.us/cochranemainpage.asp).

### Data collection and analysis

Eligibility was determined by reading each study identified by the search. All studies were read by all the review authors and agreement was reached by discussion. Only studies of randomised controlled trials (RCTs) were included. The studies were not anonymised in any way prior to assessment. Intention-to-treat analysis was used to calculate results (this was incorrectly stated as not done in a previous version).

In the first version, a letter was sent to the first author of a study for further information on their published report (method of randomisation, double blinding, outcome measures and dropouts) and to ask if they knew of any other studies which met our inclusion criteria, either undertaken by them or by other investigators. NNTs were calculated as the reciprocal of the absolute risk reduction (McQuay 1998). For unwanted effects, the NNT becomes

the NNH (number-needed-to-treat-to-harm), and is calculated in the same way.

Publication bias was not explored as current methods are not reliable

# RESULTS

## Description of studies

See: Characteristics of included studies; Characteristics of excluded studies.

Thirty eight reports of thirty nine studies were identified. Twenty four studies were excluded (see 'Characteristics of excluded studies'). The 14 included reports of 15 studies were for 1468 participants. One published paper reported on two trials (Simpson 2001). This represents a considerable development since the previous version of this review described 394 participants in two studies of gabapentin. One of the included studies examined acute pain (Dirks 2002). The remainder studied chronic pain for the following conditions: post herpetic neuralgia (Rice 2001; Rowbotham 1998), diabetic neuropathy (Backonja 1998; Gorson 1999; Morello 1999; Simpson 2001 (two studies), Dallocchio 2000; Perez 2000) cancer related pain (Caraceni 2004), phantom limb pain (Bone 2002), Guillain Barré (Pandey 2002), spinal cord injury pain (Tai 2002) and various neuropathic pains (Serpell 2002). The studies included participants in the age range of 18 years to 90 years.

Details of all eligible studies are given in the 'Characteristics of included studies'.

In this update, an attempt was made to contact one author (Perez 2000), the co-author confirmed that the study was randomised but could provide no additional data.

## Risk of bias in included studies

Each study was scored independently for quality by three of the authors using a three-item scale (Jadad 1996). They then met to agree a 'consensus' score for each study. The quality scores for individual trials are reported in the notes section of 'Characteristics of included studies' table. These scores were not used to weight the results in any way.

The median quality score for the studies was five (range one to five).

## Effects of interventions

## Acute pain

One study of 70 participants was identified. Single dose gabapentin was compared to placebo in a pre-emptive study of women undergoing mastectomy (Dirks 2002). A single dose of 1200 mg of gabapentin or matched placebo was administered one hour before surgery. While there was some reduction in morphine consumption post-operatively, there was no difference in either pain at rest or side effects. Gabapentin currently has no role in the management of acute pain as more effective analgesics are available.

## Chronic pain

### Trigeminal neuralgia

None of the studies specifically examined the role of gabapentin in trigeminal neuralgia. One study (Serpell 2002) investigated the role of gabapentin in mixed neuropathic syndromes. Four participants (out of 305) were included who complained of trigeminal neuralgia but were analysed along with other participants.

### Diabetic neuropathy

Four placebo controlled studies (Backonja 1998; Gorson 1999; Perez 2000; Simpson 2001) and three active controlled studies (Dallocchio 2000; Morello 1999) were identified. Backonja 1998 reported a 60% improvement on a global scale for participants taking gabapentin (doses up to 3.6 grams per day) after four weeks' treatment in a study of 165 participants. It should be noted that this study used doses significantly higher than the maximum licensed dose of 2.4 grams. Gorson 1999 used doses up to 900 mg a day in a crossover study of 40 participants. The authors conclude that gabapentin at a daily dose of 900 mg is either ineffective or minimally effective. Perez 2000 used doses of up to 1200 mg of gabapentin in a parallel group trial. The authors report effectiveness as greater than 50% reduction in pain at one month. Simpson 2001 reported on two randomised studies. In the first gabapentin was compared with placebo The patient global impression of change for much or moderately improved gave an NNT of 3.4 (95% CI 1.8 to 22). The NNT for this study of 32 participants is 1.5 (95% CI 1.1 to 2.2), better than for any other study in this group. The combined NNT for effectiveness in diabetic neuropathy compared to placebo was 2.9 (95% CI 2.2 to 4.3). Relative risk was 2.2 (95% CI 1.7 to 3). Sixty-four percent of participants improved on gabapentin compared to 28% on placebo.

Three active controlled studies met the inclusion criteria. Both studies compared gabapentin with amitriptyline (Dallocchio 2000; Morello 1999). The studies were small. Morello 1999 reported no significant difference between gabapentin (dose 900 to 1800 mg/day) and amitriptyline (dose 25 to 75 mg/day) in a double blind study of 25 participants. The second study, also 25 participants (Dallocchio 2000), was not blinded and reported

a greater reduction in pain on gabapentin (dose 1200 to 2400 mg/day) than amitriptyline (30 to 90 mg/day); 11/13 achieved > 50% reduction in pain scores on gabapentin and 9/12 achieved > 50% reduction in pain scores on amitriptyline. The difference is not statistically significant. Simpson 2001 compared gabapentin plus venlafaxine to gabapentin plus placebo in an enriched enrolment based on participants who improved on gabapentin in his first study. Only seven participants completed the study so no evaluable results were available.

### Post-herpetic neuralgia

Two studies compared gabapentin to placebo in participants with painful post herpetic neuralgia. Gabapentin up to 3.6 grams ( Rowbotham 1998) was compared to placebo in a study of 229 participants with post-herpetic neuralgia. When judged using a global improvement scale, 43% of participants on gabapentin improved. Three hundred and thirty four participants were included in a similar study by Rice and Maton (Rice 2001). Participants who failed to respond to 1200 mg gabapentin were excluded (enriched enrolment model) and doses were titrated up to a maximum of 2400 mg/day in a seven week study. The combined NNT from these two studies for effectiveness was 3.9 (95% CI 3 to 5.7). Relative risk was 2.5 (95% CI 1.8 to 3.3) 43% improved on gabapentin compared to 17% on placebo.

### Mixed neuropathic pain

Serpell 2002 with 33 other investigators (Neuropathic Pain Study Group) examined the role of gabapentin up to a dose of 2.4 g/day in 305 participants with a variety of neuropathic pains. The majority were diagnosed as complex regional pain syndrome (28%), postherpetic neuralgia (14%), radiculopathy (9%) and post laminectomy (7%), 12 other diagnoses make up the remainder. The authors report that gabapentin was superior to placebo at doses over 900 mg/day. However, there was no significant difference between gabapentin and placebo at weeks seven and eight (weeks one, three, five, six were significant). Greater than 50% pain relief was reported - 21% responded to gabapentin and 14% to placebo (mean scores) but the time at which these were measured is not stated. These data do not provide a statistically significant NNT or relative risk.

### Other pain syndromes

### Cancer related neuropathic pain

Caraceni 2004 reported on a study where gabapentin was added to existing analgesic treatment. Only mean pain data was presented. The authors report that mean global pain scores were significantly lower (P = 0.025) in the gabapentin group compared to placebo in this ten day study.

### Phantom limb pain

Participants who complained of postamputation phantom limb pain were included in a study by Bone 2002. There was only a significant difference in pain intensity difference in week six of treatment. No evaluable data were available to enable NNTs to be calculated.

### Guillain Barré syndrome

A small study (18 participants) undertaken in India (Pandey 2002) compared gabapentin with placebo in a crossover study. Fentanyl was provided as rescue medication. There is limited evidence that Gabapentin may be effective for pain associated with Guillain Barré syndrome.

### Spinal cord injury pain

Seven participants were included in this study of neuropathic pain after spinal cord injury. There was no evaluable data in this small study of 14 participants of whom seven withdrew (Tai 2002).

### Numbers needed to treat for all trials

Data from seven studies were used to calculate an overall NNT (Backonja 1998; Gorson 1999; Perez 2000; Rice 2001; Rowbotham 1998; Serpell 2002; Simpson 2001) The combined NNT for improvement was 4.3 (95% CI 3.5 to 5.7). Relative risk was 2.2 (95% CI 1.8 to 2.7). Forty two percent of participants improved on gabapentin compared to 19% on placebo.

### Adverse effects and drug-related study withdrawal

NNHs were calculated by combining studies for each drug entity irrespective of the condition treated. Major harm was considered as any effect leading to withdrawal from the study. The NNH for major harm was not statistically significant calculated using data provided by five studies (Backonja 1998; Rice 2001; Rice 2001; Rowbotham 1998; Serpell 2002; Simpson 2001). The NNHs for minor harm was 3.7 (95% CI 2.4 to 5.4) based on data from two studies (Gorson 1999; Rowbotham 1998).
Adverse effects were widely reported but numbers were not always available. The relative frequencies are as follows: dizziness 24%, somnolence 20%, headache 10% diarrhoea 10%, confusion 7%, nausea 8%.

# D I S C U S S I O N

Since the first version of this review, gabapentin has become established as a treatment for neuropathic pain, and is now licensed for this indication in a number of countries. It is estimated that sales for gabapentin have exceeded two billion US dollars per year,

much of this being for the treatment of neuropathic pain (Anon 2003). Gabapentin is now widely used as the drug of choice for neuropathic pain. This review shows that the drug is effective with an NNT for moderate or better improvement in pain of four. This compares to an NNT of 1.8 (95% CI 1.4 to 2.8) for carbamazepine which is reducing in market share because of side effects. It also compares to an NNT of two for the antidepressant amitriptyline (work in progress). The NNH for minor harm - tolerable adverse effects is 3.7, a figure very similar to the NNT for benefit.

### Acute pain

Anticonvulsants were ineffective in a postoperative pain report ( Dirks 2002). There is no logic in using anticonvulsants to manage acute nociceptive pain when there are other (effective) remedies.

### Chronic pain

The addition of new studies has led to a slightly higher (worse) NNT from 3.7 (CI 2.6 to 4.9) to 4.3 (95% CI 3.5 to 5.7). The NNT for improvement in diabetic neuropathy is 4.3 (95% CI 3.5 to 5.7). Expressed in a different way, 40% of patients who receive gabapentin for neuropathic pain will obtain good relief.

### Study design

Three types of study design are seen in this cohort of trials.
   1. No exclusion of participants who have previously failed to respond to gabapentin;
   2. Exclusion of participants who failed to respond to gabapentin (enriched enrolment). Add-on design where participants are allowed to continue existing pain medications and the test drug is added. Three studies are of an enriched enrolment (Rice 2001; Serpell 2002; Simpson 2001). Removing these trials from the NNT calculations does not lead to a worse (higher) NNT.
Five studies specifically exclude concomitant medications that could interfere with the trial (Backonja 1998; Dallocchio 2000; Morello 1999; Rice 2001; Serpell 2002). Six studies were of an add-on design. Bone 2002 allowed participants to continue low dose antidepressants (meaning of low dose not stated), however, only 2/33 participants did so. Perez 2000 allowed non opioid analgesics. Rowbotham 1998 included participants who were receiving

tricyclic antidepressants and/or narcotics. 29% of the gabapentin group and 27% of the placebo group took concomitant medications. In the Serpell 2002 study, antidepressants were allowed but a range of interventions were prohibited including benzodiazepines, steroids, NSAIDs, anticonvulsants and TENS. Caraceni 2004 allowed participants to stay on concurrent treatments including opioids and anticonvulsants. Finally Tai 2002 allowed participants to continue treatment with anticonvulsants, antidepressants and other analgesics. Removing these studies from the NNT calculations improves the NNT to 3.9 (CI 2.9 to 5.9), however, the CIs are widened. Both enriched enrolment and add-on study designs are likely to add to bias, the fact that they appear to make little impact in this review is more likely to be due to the small numbers of participants in the trials.

## A U T H O R S '   C O N C L U S I O N S

### Implications for practice

Gabapentin is effective for the treatment of a variety of neuropathic pain. However, it needs to be considered alongside other proven treatments such as carbamazepine and tricyclic antidepressants. These provide effective and more affordable alternatives where economic resources are scarce.

### Implications for research

This review shows that there is still a need for high quality studies of the relative effectiveness of different anticonvulsants in chronic pain syndromes, and for comparisons of antidepressants with anticonvulsants. The usefulness of such primary studies would be increased greatly by improvements in the quality of reporting. Investigators presenting mean data for treatment and control should also consider the (simple) presentation of categorical and binary data. There are no studies of gabapentin for trigeminal neuralgia.

## A C K N O W L E D G E M E N T S

Sylvia Bickley, the Pain, Palliative and Supportive Care review group's Trials Search Co-ordinator gave extensive advice on the search strategy.

# R E F E R E N C E S

## References to studies included in this review

**Backonja 1998** *{published data only}*
Backonja M. Gabapentin monotherapy for the symptomatic treatment of painful neuropathy: a multicenter, double-blind, placebo-controlled trial in patients with diabetes mellitus. *Epilepsia* 1999;**40**(Suppl 6:S57-9.
* Backonja M, Beydoun A, Edwards KR, Schwarz SL, Fonseca V, Hes M, et al.Gabapentin for the symptomatic treatment of painful neuropathy in patients with Diabetes Mellitus. *JAMA* 1998;**280** (21):1831–6. [: IHD 4404]

**Bone 2002** *{published data only}*
Bone M, Critchley P, Buggy D. Gabapentin in postamputation phantom limb pain: a randomized, double blind, placebo controlled, cross-over study. *Regional Anesthesia and Pain Medicine* 2002;**27**(5):481–6.

**Caraceni 2004** *{published data only}*
Caraceni A, Zecca E, Bonezzi C, Arcuri E, Yaya Tur R, et al.Gabapentin for neuropathic cancer pain: A randomized controlled trial from the Gabapentin Cancer Pain Study Group. *Journal of Clinical Oncology* 2004;**22**(14):2909–17.

**Dallocchio 2000** *{published data only}*
Dallocchio C, Buffa C, Mazzarello P, Chiroli S. Gabapentin vs. amitriptyline in painful diabetic neuropathy: an open-label pilot study. *Journal of Pain and Symptom Management* 2000;**20**(4): 280–5.

**Dirks 2002** *{published data only}*
Dirks J, Fredensborg BB, Christensen D, Fomsgaard JS, Flyger H, Dahl JB. A randomized study of the effects of single-dose gabapentin versus placebo on postoperative pain and morphine consumption after mastectomy. *Anesthesiology* 2002;**97**(3):560–4.

**Gorson 1999** *{published data only}*
Gorson KC, Schott C, Herman R, Ropper AH, Rand WM. Gabapentin in the treatment of painful diabetic neuropathy: a placebo controlled, double blind, crossover trial. *Journal of Neurology, Neurosurgery & Psychiatry* 1999;**66**(2):251–2.

**Morello 1999** *{published data only}*
Morello CM, Leckband SG, Stoner CP, Moorhouse DF, Sahagian GA. Randomized double-blind study comparing the efficacy of gabapentin with amitriptyline on diabetic peripheral neuropathy pain. *Archives of Internal Medicine* 1999;**159**(16):1931–7.

**Pandey 2002** *{published data only}*
Pandey CK, Bose N, Garg G, Singh N, Baronia A, Agarwal A, et al.Gabapentin for the treatment of pain in Guillain-Barre syndrome: a double blind, placebo controlled, crossover study. *Anesthesia and Analgesia* 2002;**95**:1719–23.

**Perez 2000** *{published and unpublished data}*
Perez HE, Sanchez GF. Gabapentin therapy for diabetic neuropathic pain [letter]. *American Journal of Medicine* 2000;**108**(8):689.

**Rice 2001** *{published data only}*
Rice AS, Maton S, Postherpetic Neuralgia Study Group. Gabapentin in postherpetic neuralgia: a randomised, double blind, placebo controlled study. *Pain* 2001;**94**(2):215–24.

**Rowbotham 1998** *{published data only}*
Rowbotham M, Harden N, Stacey B, Bernstein P, Magnus Miller L. Gabapentin for the treatment of postherpetic neuralgia. *JAMA* 1998;**280**(21):1837–42.

**Serpell 2002** *{published data only}*
Serpell MG. Gabapentin in neuropathic pain syndromes: a randomised, double-blind, placebo-controlled trial. *Pain* 2002;**99** (3):557–66.

**Simpson 2001** *{published data only}*
Simpson DA. Gabapentin and Venlafaxine for the treatment of painful diabetic neuropathy. *Journal of Clinical Neuromuscular Disease* 2001;**3**(2):53–62.

**Tai 2002** *{published data only}*
Tai Q, Kirshblum S, Chen B, Millis S, Johnston M, DeLisa J. Gabapentin in the treatment of neuropathic pain after spinal cord injury: a prospective, randomized,double-blind, crossover trial. *The Journal of Spinal Cord Medicine* 2002;**25**(2):100–5.

## References to studies excluded from this review

**Attal 1998** *{published data only}*
Attal N, Brasseur L, Parker F, Chauvin M, Bouhassira D. Effects of gabapentin on the different components of peripheral and central neuropathic pain syndromes: A pilot study. *European Neurology* 1998;**40**:191–200.

**Bennett 2004** *{published data only}*
Bennett M, Simpson K. Gabapentin in the treatment of neuropathic pain. *Palliative Medicine* 2004;**18**:5–11.

**Beydoun 1999** *{published data only}*
Beydoun A. Postherpetic neuralgia: role of gabapentin and other treatment modalities. [Review] [51 refs]. *Epilepsia* 1999;**40**(Suppl 6):S51-6; discussion S73-4.

**Beydoun 2002** *{published data only}*
Beydoun A. Clinical use of tricyclic anticonvulsants in painful neuropathies and bipolar disorders. *Epilepsy and Behaviour* 2002;**3**: S18–22.

**Chong 2000** *{published data only}*
Chong MS, Smith TE. Anticonvulsants for the management of pain. *Pain Reviews* 2000;**7**:129–49.

**Cutter 2000** *{published data only}*
Cutter NC, Scott DD, Johnson JC, Whiteneck G. Gabapentin effect on spasticity in multiple sclerosis: a placebo-controlled, randomized trial. *Archives of Physical Medicine & Rehabilitation* 2000;**81**(2):164–9.

**Edwards 1998** *{published data only}*
Edwards KR, Bennington V, Marykay S, Hes M, LaMoreaux E, Garofalo E. Gabapentin for pain associated with diabetic peripheral neuropathy. A double blind, placebo controlled study (945-2100). *Neurology* 1998;**50**(Suppl4):A378–9.

**Facchetti 1999** *{published data only}*
Facchetti D, Chiroli S, Bascelli C, Sasanelli F. Gabapentin versus carbamazepine in conservative management of carpel tunnel syndrome. *Neurology* 1999;**52**:A203 (Suppl 2).

**Fudin 2000** {published data only}

Fudin J, Audette CM. Gabapentin vs amitriptyline for the treatment of peripheral neuropathy. *Archives of Internal Medicine* 2000;**160**(7):1040–1.

**Gilron 2002** {published data only}

Gilron I. Is gabapentin a "Broad-spectrum" analgesic?. *Anesthesiology* 2002;**97**(3):537–9.

**Gruenthal 1997** {published data only}

Gruenthal M, Mueller M, Olson WL, Priebe MM, Sherwood AM, Olson WH. Gabapentin for the treatment of spasticity in patients with spinal cord injury. *Spinal Cord* 1997;**35**(10):686–9.

**Hemstreet 2001** {published data only}

Hemstreet B, Lapointe M. Evidence for the use of gabapentin in the treatment of diabetic peripheral neuropathy. *Clinical Therapeutics* 2001;**23**(4):520–31.

**Houtchens 1997** {published data only}

Houtchens, MK, Richert, et al.Open label gabapentin treatment for pain in multiple sclerosis. *Multiple Sclerosis* 1997;**3**:250–3.

**Jensen 2002** {published data only}

Jensen TS. Anticonvulsants in neuropathic pain: rationale and clinical evidence. *European Journal of Pain* 2002;**6**(Suppl A):61–8.

**Magnus 1999** {published data only}

Magnus L. Nonepileptic uses of gabapentin. *Epilepsia* 1999;**40 Suppl 6**:S66-72; discussion S73-4.

**Mellegers 2001** {published data only}

Mellegers MA, Furlan AD, Mailis A. Gabapentin for neuropathic pain: systematic review of controlled and uncontrolled literature. *Clinical Journal of Pain* 2001;**17**(4):284–95.

**Miller 1996** {published data only}

Miller RG, Moore D, Young LA, et al.Placebo-controlled trial of gabapentin in patients with amyotrophic lateral sclerosis. *Neurology* 1996;**47**(6):1383–8.

**Mueller 1997** {published data only}

Mueller M, Gruenthal M, Olson WL, Olsen WH. Gabapentin for relief of upper motor neuron symptoms in multiple sclerosis. *Archives of Physical Medicine and Rehabilitation* 1997;**78**:521–4.

**Rovetta 1999** {published data only}

Rovetta G, Baratto L, Monteforte P. Low dose gabapentin for shoulder-hand syndrome induced by phenobarbital: a three-month study. *Drugs Under Experiment and Clinical Research* 1999;**25**(4):185–91.

**Seidl 1999** {published data only}

Seidl JJ, Slawson JG. Gabapentin for painful diabetic neuropathy. *The Journal of Family Practice* 1999;**48**(3):173–4.

**Sindrup 1999** {published data only}

Sindrup SH, Jensen TS. Efficacy of pharmacological treatments of neuropathic pain: an update and effect related to mechanism of drug action. *Pain* 1999;**83**(3):389–400.

**Solaro 2000** {published data only}

Solaro C, Messmer Uccelli M, Uccelli A, Leandri M, Mancardi GL. Low-dose gabapentin combined with either lamotrigine or carbamazepine can be useful therapies for trigeminal neuralgia in multiple sclerosis. *European Neurology* 2000;**44**(1):45–8.

**Steinmetz 1997** {published data only}

Steinmetz KL, Robinson E, Florete OG, Malcolm K, Griffin C. Study of gabapentin in neuropathic pain syndromes. *ASHP mid year clinical meeting* 1997;**32**:P-307 E.

**Tremont-Lukats 2000** {published data only}

Tremont-Lukats IW, Megeff C, Backonja MM. Anticonvulsants for neuropathic pain syndromes: mechanisms of action and place in therapy. *Drugs* 2000;**60**(5):1029–52.

## References to studies awaiting assessment

**Chandra 2006** {published and unpublished data}

Chandra K, Shafiq N, Pandhi P, Guptra S, Malhotra S. Gabapentin versus nortriptyline in post-herpetic neuralgia patients: a randomised, double blind clinical trial-The GONIP trial. *International Journal of Clinical Pharmacology and Therapeutics* 2006;**44**(8):358–63.

**Yildirim 2003** {published data only}

Yildirim K, Sisecioglu M, Karatay S, et al.The effectiveness of gabapentin in patients with chronic radiculopathy. *The Pain Clinic* 2003;**15**(3):213–8.

## Additional references

**Anon 2003**

Anticonvulsants: Pfizers pregabalin to top success of Neurontin?. Webpage: www.bioportfolio.com/news/datamonitor_38.htm Accessed April 2004.

**Cook 1995**

Cook RJ, Sackett DL. The number needed to treat: a clinically useful measure of treatment effect. *BMJ* 1995;**310**:452–4.

**Grahame-Smith 1992**

Grahame-Smith DG, Aronson JK. *Oxford Textbook of Clinical Pharmacology and Drug Therapy*. 2nd Edition. Oxford: Oxford University Press, 1992.

**Jacox 1994**

Jacox A, Carr DB, Payne R. *Management of cancer pain. Clinical Practice Guideline No. 9. Agency for Health Care Policy and Research*. Rockville, Maryland: US Department of Health and Human Services, Public Health Service, 1994 (March). [: AHCPR Publication No. 94–0592]

**Jadad 1994**

Jadad-Bechara AR. *Meta-analysis of randomised clinical trials in pain relief [DPhil thesis]*. Oxford: Balliol College, University of Oxford, 1994.

**Jadad 1996**

Jadad AR, Moore RA, Carroll D, Jenkinson C, Reynolds DJM, Gavaghan DJ, et al.Assessing the quality of reports of randomized clinical trials: is blinding necessary?. *Controlled Clinical Trials* 1996;**17**(1):1–12.

**McQuay 1998**

McQuay H, Moore R. *An evidence-based resource for pain relief*. Oxford: Oxford University Press, 1998. [: ISBN 0 19 263048 2]

**Monks 1994**

Monks R. Psychotropic drugs. In: Wall PD, Melzack R editor(s). *Textbook of Pain*. London: Churchill Livingstone, 1994:963–89.

**Rall 1992**

Rall TW, Schleifer LS. Drugs effective in the therapy of the epilepsies. In: Goodman LS, Gilman A, Rall TW, Nies AS, Taylor P editor(s). *The pharmacological basis of therapeutics*. 8th Edition. Toronto: McGraw-Hill, 1992:436–62.

**Rappaport 1994**

Rappaport ZH, Devor M. Trigeminal neuralgia: the role of self-sustaining discharge in the trigeminal ganglion. *Pain* 1994;**56**: 127–38.

**Sweetman 2005**

Sweetman S (Editor). *Martindale: The Complete Drug Reference*. 4th Edition. London: Pharmaceutical Press, 2005:353–8. [: ISBN 0 85369 550 4]

**Wiffen 2000**

Wiffen P, Collins S, McQuay H, Carroll D, Jadad A, Moore A. Anticonvulsant drugs for acute and chronic pain. *Cochrane Database of Systematic Reviews* 2000, Issue 3. [DOI: 10.1002/14651858.CD001133.pub2]

**Wiffen 2005**

Wiffen PJ, McQuay HJ, Moore RA. Carbamazepine for acute and chronic pain. *Cochrane Database of Systematic Reviews* 2005, Issue 3. [DOI: 10.1002/14651858.CD00545]

**Woolf 1991**

Woolf CJ, Mannion R. Neuropathic pain: aetiology,symptoms, mechanisms, and management. *The Lancet* 1999;**353**:1959–64.

## References to other published versions of this review

**McQuay 1995**

McQuay HJ, Carroll D, Jadad AR, Wiffen PJ, Moore A. Anticonvulsant drugs for management of pain: a systematic review. *BMJ* 1995;**311**:1047–53.

* *Indicates the major publication for the study*

# CHARACTERISTICS OF STUDIES

## Characteristics of included studies  *[ordered by study ID]*

**Backonja 1998**

| | |
|---|---|
| Methods | Placebo controlled parallel design, 8 weeks. 1 week baseline, 4 week titration to max tolerated dose then 4 week stable dose. |
| Participants | Painful diabetic neuropathy of 1-5 years. 165 participants (135 completed). Pain score >40 mm. Mean age 53 |
| Interventions | Up to 3600 mg gabapentin per day or placebo. A number of analgesics and TCAs prohibited 30 days prior to and during the trial. |
| Outcomes | Average daily pain scores on 11 point Likert scale. Sleep scores, SF McGill, SF 36, QOL, Mood states. Global impression of change: 25/76 improved on placebo, 47/79 improved on gabapentin. Complete relief at end of study: 12/80 placebo, 21/82 gabapentin. |
| Notes | Dropouts: 14/84 on gabapentin, 16/81 placebo. AE: 7/84 withdrew on gabapentin, 5/81 withdrew on placebo. QS = 5. |

**Bone 2002**

| | |
|---|---|
| Methods | Randomised DB placebo controlled crossover study. 2 times 6 weeks treatment periods with one week washout. |
| Participants | Severe phantom limb pain for > 6 months after previous surgical amputation. Age 18 yrs to 75 yrs. All had pain score of 40 mm (out of possible 100 mm). 19 participants. |
| Interventions | Gabapentin 300 mg increasing to 2.4 G or max tolerated dose. Codeine 30 mg/paracetamol (500 mg) tablets allowed up to 8/day as rescue. Previously prescribed tricyclic antidepressants also allowed. |
| Outcomes | VAS pain intensity difference (PID). Cat PI. Results: No sig diff between gabapentin and placebo in weeks 1-5. Sig diff in PID in week 6. |
| Notes | 5 withdrew (3 did not complete, 1 withdrew consent, 1 protocol violation)7 participants reported somnolence on Gabapentin QS = 5. |

**Caraceni 2004**

| | |
|---|---|
| Methods | Randomised DB placebo controlled parallel design multicentre study. Randomised in ration gabapentin to placebo 2:1. Duration 10 days. |
| Participants | 121 participants with cancer related neuropathic pain. |

**Caracen 2004**   *(Continued)*

| | |
|---|---|
| Interventions | Gabapentin 600 mg/day titrated to 1800 mg/day in addition to stable opioid dose. Previous analgesics (opioids and NSAIDS) and other adjuvant therapies including anticonvulsants were continued unchanged through the study. |
| Outcomes | Pain assessed pre entry on 11 point numerical scale. Dysthesia and allodynia also assessed. Daily pain diary for global pain, shooting pain, burning pain and dysthesia.<br>Results: Global pain score lower in Gaba group. Mean pain score on gaba 4.6 (SE 0.25), Placebo 5.45 (SE 0.32) P = 0.025<br>SD calculated for analyses as gaba 2.22, placebo 2.05. |
| Notes | Withdrawals: 6 in gaba group and 3 in placebo due to adverse effects. Mild to moderate somnolence and dizziness more common in gaba group than placebo. 58/79 completed in gaba group, 31/41 in placebo group.<br>QS = 5 (R2, DB2, W1). |

**Dallocchio 2000**

| | |
|---|---|
| Methods | Open label prospective randomised trial. 4 week titration period and 8 weeks maximum tolerated dose. |
| Participants | 25 participants aged 60 yrs or over with painful diabetic neuropathy. |
| Interventions | Gabapentin 1200 mg to 2400 mg/day or Amitriptyline 30 mg to 90 mg/day. Both given in 3 divided doses. No adjuvant analgesics allowed. |
| Outcomes | Weekly pain intensity- 4 point categorical scale. 13 participants received gabapentin - mean dose 1785 mg +/- 351 mg per day. 12 on amitriptyline mean dose 53 mg +/- 16 mg per day. 10/13 gabapentin,8/12 on Amitriptyline had PI of < = 1. |
| Notes | 4 participants in gabapentin group reported AE (2 dizziness, one somnolence , one ataxia). 11 in ami group ( somnolence, dizziness and dry mouth).<br>QS = 2 (R1, W1). |

**Dirks 2002**

| | |
|---|---|
| Methods | Randomised DB placebo controlled single dose study with 4 hr follow up. |
| Participants | 70 participants undergoing mastectomy. Women aged 18-75. Acute pain study. |
| Interventions | Single dose oral gabapentin 1.2 g or matching placebo given 1 hour before surgery. PCA morphine for rescue. |
| Outcomes | Total morphine consumption 0-4 hrs post op. Pain at rest and during mobilisation. Side effects. No sig diff in pain at rest . Movement pain reduced and morphine consumption reduced in gaba group. |
| Notes | 4 lost to follow up not study medication related.<br>QS = 5. |

**Gorson 1999**

| | |
|---|---|
| Methods | Randomised DB placebo controlled crossover study.<br>15 weeks duration, 2 x 6 week treatment periods with 3 weeks washout. |
| Participants | 40 participants with painful DN. Diabetes for >6 months, daily neuropathic pain of at least moderate severity for > 3 months that interfered with sleep or activity. Age range 43-82 yrs. |
| Interventions | Gabapentin or matched placebo. Dose titrated up every 3 days to max of one capsule three times a day (900 mg). |
| Outcomes | Patient reported pain, VAS PI, present pain intensity, McGill, End of treatment global assessment of pain relief.<br>Washout reported as inadequate. Moderate to excellent pain relief in 1st phase: Gaba: 14/19, placebo 6/21. Gabapentin reported to be ineffective or minimally effective at these doses. |
| Notes | No serious ADRs. AE: gabapentin drowsiness 6/19, fatigue 4/19, imbalance 3/19.<br>QS = 3 (R1, DB1, W1). |

**Morello 1999**

| | |
|---|---|
| Methods | Randomised double blind double dummy crossover study. 2 x 6 week treatments with one week washout at crossover. |
| Participants | Painful DN of > 3 months. US veterans. Mean age 60.4 years. 25 participants enrolled. |
| Interventions | Gabapentin administered up to 3 times daily or amitriptyline at night. Gabapentin dose range 900-1800 mg, mean dose 1565 mg, 66% on 1800 mg/d. Amitriptyline 25-75 mg/d. mean dose 59 mg. 54% on 75 mg. Double dummy. |
| Outcomes | Pain scale rating system & global rating.<br>Results: Global assessment for moderate or greater pain relief: gabapentin 11/21, amitriptyline 14/21. |
| Notes | Withdrawal due to AE: 2/21 gabapentin, 3/21 amitriptyline.<br>QS = 4 (R1, DB2, W1). |

**Pandey 2002**

| | |
|---|---|
| Methods | Randomised DB placebo controlled crossover study. 2 by 7 days treatment with 2 days washout. |
| Participants | Guillain-Barre patients requiring ventilatory support, 18 participants. Mean age 31 years (+/- 15 yrs). |
| Interventions | Gabapentin 15 mg/kg/day in 3 divided doses via Ryles tube. (equivalent to 900 mg/day for 60 kg person). Fentanyl available for rescue. |
| Outcomes | Numerical pain scale (0-10) communicated by eye blinks. Demand for additional analgesia and Ramsay sedation score.<br>Results:<br>mean pain score on gabapentin 2.06 +/- 0.63 (SD), placebo 5.67 +/- 0.91. |
| Notes | Withdrawals not described. 1/18 on gabapentin and 2/18 on placebo reported nausea.<br>QS = 3 (R1, DB2). |

**Perez 2000**

| Methods | Randomised (confirmed by correspondence).<br>DB, placebo controlled parallel group study. |
|---|---|
| Participants | Painful diabetic neuropathy (>60 mm on 100 mm scale).<br>32 participants age 51-57 yrs. |
| Interventions | Gabapentin 300 mg twice a day increasing to 600 mg twice a day. Participants observed for 3 months. |
| Outcomes | Self reported pain score.<br>Results:<br>14/17 gabapentin and 2/15 placebo reported > 50% reduction in pain score. |
| Notes | No major adverse effects on gabapentin.<br>QS = 2 (R1, DB1). |

**Rice 2001**

| Methods | Multicentre, randomised, double blind placebo controlled 7 week study. 14 day washout for most analgesics, 30 day washout for strong opiates prior to start. |
|---|---|
| Participants | PHN. 334 participants. Mean age 73 yrs. Pain present for > 3 months after healing of herpes zoster. Participants must have pain score of 4 or more on 11 point Likert scale. If participants failed to respond to 1200 mg/day of gabapentin they were excluded. |
| Interventions | Gabapentin 1800 mg/d or 2400 mg/d or placebo. 4 day forced titration increasing by 300 mg/d to 1200 mg then increasing to 1800 mg after 7d on treatment. Those on 2400 mg then titrated up in week 3. Those who could not tolerate gabapentin were withdrawn. |
| Outcomes | Self assessment pain daily on waking, sleep scores, McGill, clinician & patient global impression. SF36.<br>Results: 50% or greater reduction in pain score: Gaba 1800 mg 32%; gaba 2400 mg 34%; placebo 14%.<br>Global impression: very much or much improved - gaba 1800 mg 44/107, gaba 2400, 42/98, placebo 24/105. |
| Notes | Withdrawals:<br>22/115 gabapentin 1800 mg, 23/108 gabapentin 2400 mg, 17/94 placebo.<br>QS = 5. |

**Rowbotham 1998**

| Methods | Multicentre placebo controlled parallel design, 8 weeks. 1 week baseline, 4 week titration to max tolerated dose then 4 week stable dose. |
|---|---|
| Participants | Post-herpetic neuralgia (>3 months) 229 participants. Age 18 yrs and over. Range 39-90 yrs. |
| Interventions | Up to 3600 mg gabapentin per day or placebo. Previously prescribed TCAs or narcotics were continued. |
| Outcomes | Average daily pain scores on 11 point Likert scale. Sleep scores, SF McGill, SF 36, QOL, Mood states. Global impression of change: 14/116 improved on placebo, 47/109 improved on gabapentin. |

**Rowbotham 1998**   *(Continued)*

| Notes | 24/113 dropped out on gabapentin , 21/116 placebo.<br>AE causing withdrawal from treatment: 15/113 gabapentin, 11/116 placebo.<br>Minor SE: 62/113 gabapentin, 32/116 placebo.<br>QS = 5. |
|---|---|

**Serpell 2002**

| Methods | Multicentre double blind randomised placebo controlled trial. 8 week study. |
|---|---|
| Participants | 305 participants.<br>Neuropathic pain with pain score of at least 4 out of 11. Participants who failed to respond at a gabapentin dose of at least 900 mg were excluded. (enriched enrolment). Age range 20-88 years. |
| Interventions | Gabapentin or placebo. 5 week titration. Days 1-3 increasing to 900 mg/d. If 50% pain relief not achieved then dose increase to 1800 mg/d and to 2400 mg/d if necessary. Rescue analgesia of Codeine 60 mg & paracetamol 500 mg permitted. |
| Outcomes | Daily pain score for previous 24 hrs on waking (11 part Likert scale). Assessment of pain symptoms, McGill, SF36, clinician and subject global impression of change.<br>Global much or very much improved: Gaba 48/141; placebo 22/138.<br>Results:<br>At week 5, 101 on gaba 2400 mg, 19 on 1800 mg, 27 on 900 mg. Gaba 21% and placebo 14% greater than 50% pain relief. |
| Notes | Withdrawal due to AEs: gabapentin 24/153, placebo 25/152. Dizziness and somnolence on titration very common.<br>On stable dose: somnolence Gaba 22/155, placebo 8/152; dizziness Gaba 37/155, placebo 12/152.<br>QS = 5. |

**Simpson 2001**

| Methods | Randomised DB placebo controlled study. |
|---|---|
| Participants | Study 1: 60 participants with diabetic neuropathy.<br>Study 2: 11 participants. All painful diabetic neuropathy. |
| Interventions | Study 1: Gabapentin or placebo titrated to 3600 mg Gabapentin per day or max tolerated dose over 4 weeks then 4 weeks fixed dose.<br>Study 2: Gabapentin max tolerated dose in study 1 plus venlafaxine titrated to max of 150 mg/day over 3 weeks. |
| Outcomes | For both studies:<br>11 point Likert scale of pain severity, SF MPQ,<br>SF 36, profile of mood states (POMS), patient global impression of change (PGIC).<br>Study 1: 15/27 much/moderately improved on Gabapentin, 7/27 much/moderately improved on placebo. Study 2 3/4 much/moderately improved on Gabapentin plus venlafaxine, 1/3 much/moderately improved on gabapentin plus placebo. |

**Simpson 2001**   *(Continued)*

| Notes | A/Es Study 1<br>Dizziness 6/27 gabapentin, 1/27 placebo; somnolence 6/27 gabapentin, 1/27 placebo; headache 3/27 gabapentin, 1/27 placebo; diarrhoea 3/27 gabapentin, 1/27 placebo; confusion 2/27 gabapentin, 0/27 placebo; nausea 2/27 gabapentin, 1/27 placebo.<br>QS = 4 (R1, DB2, W1). |
|---|---|

**Tai 2002**

| Methods | Randomised DB placebo controlled crossover study. 2 by 4 week courses with 2 weeks washout. |
|---|---|
| Participants | Neuropathic pain (>30 days) after spinal chord injury. 14 participants. Age range 18-85. |
| Interventions | Gabapentin or placebo 300 mg/day increasing to 1800 mg/day. Additional analgesics allowed including antidepressants and oxycodone. |
| Outcomes | Neuropathic pain scale.<br>Results<br>No evaluable data. Authors report significant decrease in 'unpleasant feeling' by 4th week and a trend towards significant difference in PI on gabapentin. |
| Notes | 7/14 withdrawn (4 lack of compliance, 2 medical complications, 1 urinary retention.)<br>QS = 5. |

ADR - adverse drug reactions
AE - adverse effects
DB - double blind
CAT PI - categorical pain intensity
DN - diabetic neuropathy
gaba - gabapentin
NSAIDs - non steroidal anti-inflammatory drugs
PI - pain intensity
PHN - post herpetic neuralgia
QOL - quality of life
QS - quality score (R-randomised, DB - double blind, W - withdrawals)
SF - short form
TCA - tricyclic antidepressants
TN - Trigeminal neuralgia
VAS - visual analogue scale
vs - versus

**Characteristics of excluded studies**  *[ordered by study ID]*

| | |
|---|---|
| Attal 1998 | Not RCT |
| Bennett 2004 | Review article |
| Beydoun 1999 | Review article |
| Beydoun 2002 | Paper presented at a symposium-review article |
| Chong 2000 | Review |
| Cutter 2000 | Study of spasm not pain |
| Edwards 1998 | Conference abstract. Possible early publication of Backonja 1998 |
| Facchetti 1999 | Abstract only |
| Fudin 2000 | Comment on Morello 1999 study |
| Gilron 2002 | Comment - not RCT |
| Gruenthal 1997 | Pain not studied |
| Hemstreet 2001 | Review |
| Houtchens 1997 | Not RCT |
| Jensen 2002 | Review |
| Magnus 1999 | Review |
| Mellegers 2001 | Review |
| Miller 1996 | Pain not an outcome measure |
| Mueller 1997 | Measures spasticity not pain |
| Rovetta 1999 | Not RCT. Experimental pain |
| Seidl 1999 | Not RCT. Commentary on Backonja 1998 |
| Sindrup 1999 | Review article |
| Solaro 2000 | Not RCT |
| Steinmetz 1997 | Abstract only |

*(Continued)*

| Tremont-Lukats 2000 | Review article |
| --- | --- |

# DATA AND ANALYSES

## Comparison 1.  Neuropathic Pain

| Outcome or subgroup title | No. of studies | No. of participants | Statistical method | Effect size |
|---|---|---|---|---|
| 1 Diabetic neuropathy | 4 | 281 | Risk Ratio (M-H, Fixed, 95% CI) | 2.21 [1.65, 2.96] |
| 1.1 Moderate or better pain relief with Gabapentin | 4 | 281 | Risk Ratio (M-H, Fixed, 95% CI) | 2.21 [1.65, 2.96] |
| 2 Post herpetic neuralgia | 2 | 428 | Risk Ratio (M-H, Fixed, 95% CI) | 2.50 [1.80, 3.48] |
| 2.1 Moderate or better pain relief with Gabapentin | 2 | 428 | Risk Ratio (M-H, Fixed, 95% CI) | 2.50 [1.80, 3.48] |
| 3 Mixed neuropathic pain | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Totals not selected |
| 3.1 >50% pain relief | 1 | | Risk Ratio (M-H, Fixed, 95% CI) | Not estimable |
| 4 Guillain barre-change in pain score | 1 | | Mean Difference (IV, Fixed, 95% CI) | Totals not selected |
| 5 All neuropathic pain-moderate or better relief | 6 | 941 | Risk Ratio (M-H, Fixed, 95% CI) | 2.20 [1.78, 2.72] |
| 6 Cancer related neuropathic pain-change in pain score | 1 | | Mean Difference (IV, Fixed, 95% CI) | Totals not selected |

**Analysis 1.1.  Comparison 1 Neuropathic Pain, Outcome 1 Diabetic neuropathy.**

Review:   Gabapentin for acute and chronic pain

Comparison:   1 Neuropathic Pain

Outcome:   1 Diabetic neuropathy

| Study or subgroup | Gabapentin n/N | Placebo n/N | Risk Ratio M-H,Fixed,95% CI | Weight | Risk Ratio M-H,Fixed,95% CI |
|---|---|---|---|---|---|
| 1 Moderate or better pain relief with Gabapentin | | | | | |
| Backonja 1998 | 47/79 | 25/76 | | 63.2 % | 1.81 [ 1.25, 2.62 ] |
| Gorson 1999 | 14/19 | 6/21 | | 14.1 % | 2.58 [ 1.25, 5.34 ] |
| Perez 2000 | 14/17 | 2/15 | | 5.3 % | 6.18 [ 1.67, 22.86 ] |
| Simpson 2001 | 15/27 | 7/27 | | 17.4 % | 2.14 [ 1.04, 4.41 ] |
| **Total (95% CI)** | **142** | **139** | | **100.0 %** | **2.21 [ 1.65, 2.96 ]** |

Total events: 90 (Gabapentin), 40 (Placebo)

Heterogeneity: Chi$^2$ = 3.67, df = 3 (P = 0.30); I$^2$ =18%

Test for overall effect: Z = 5.30 (P < 0.00001)

0.1  0.2  0.5  1  2  5  10

Favours Placebo    Favours gabapentin

**Analysis 1.2.   Comparison I Neuropathic Pain, Outcome 2 Post herpetic neuralgia.**

Review:   Gabapentin for acute and chronic pain

Comparison:   1 Neuropathic Pain

Outcome:   2 Post herpetic neuralgia

| Study or subgroup | Gabapentin | Placebo | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| I Moderate or better pain relief with Gabapentin | | | | | |
| Rice 2001 | 42/98 | 24/105 | | 63.1 % | 1.88 [ 1.23, 2.85 ] |
| Rowbotham 1998 | 47/109 | 14/116 | | 36.9 % | 3.57 [ 2.09, 6.11 ] |
| **Total (95% CI)** | **207** | **221** | | **100.0 %** | **2.50 [ 1.80, 3.48 ]** |
| Total events: 89 (Gabapentin), 38 (Placebo) | | | | | |
| Heterogeneity: Chi$^2$ = 3.51, df = 1 (P = 0.06); I$^2$ =72% | | | | | |
| Test for overall effect: Z = 5.46 (P < 0.00001) | | | | | |

```
        0.1  0.2   0.5   I    2    5   I0
        Favours placebo      Favours gabapentin
```

**Analysis 1.3.   Comparison I Neuropathic Pain, Outcome 3 Mixed neuropathic pain.**

Review:   Gabapentin for acute and chronic pain

Comparison:   1 Neuropathic Pain

Outcome:   3 Mixed neuropathic pain

| Study or subgroup | Gabapentin | Placebo | Risk Ratio | Risk Ratio |
|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | M-H,Fixed,95% CI |
| I >50% pain relief | | | | |
| Serpell 2002 | 30/141 | 19/138 | | 1.55 [ 0.91, 2.61 ] |

```
        0.2   0.5    I    2    5
        Favours placebo    Favours gabapentin
```

**Analysis 1.4.   Comparison 1 Neuropathic Pain, Outcome 4 Guillain barre-change in pain score.**

Review:   Gabapentin for acute and chronic pain

Comparison:   1 Neuropathic Pain

Outcome:   4 Guillain barre-change in pain score

| Study or subgroup | Gabapentin | | Placebo | | Mean Difference | Mean Difference |
|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | IV,Fixed,95% CI | IV,Fixed,95% CI |
| Pandey 2002 | 18 | 2.06 (0.63) | 18 | 5.67 (0.91) | ← | -3.61 [ -4.12, -3.10 ] |

```
                                           -4   -2    0    2    4
                                        Favours gabapentin  Favours placebo
```

**Analysis 1.5.   Comparison 1 Neuropathic Pain, Outcome 5 All neuropathic pain-moderate or better relief.**

Review:   Gabapentin for acute and chronic pain

Comparison:   1 Neuropathic Pain

Outcome:   5 All neuropathic pain-moderate or better relief

| Study or subgroup | Gabapentin | Placebo | Risk Ratio | Weight | Risk Ratio |
|---|---|---|---|---|---|
| | n/N | n/N | M-H,Fixed,95% CI | | M-H,Fixed,95% CI |
| Backonja 1998 | 47/82 | 25/80 | ■ | 28.4 % | 1.83 [ 1.26, 2.67 ] |
| Gorson 1999 | 14/19 | 6/21 | ■ | 6.4 % | 2.58 [ 1.25, 5.34 ] |
| Perez 2000 | 14/17 | 2/15 | ■ | 2.4 % | 6.18 [ 1.67, 22.86 ] |
| Rice 2001 | 42/98 | 24/105 | ■ | 26.0 % | 1.88 [ 1.23, 2.85 ] |
| Rowbotham 1998 | 47/109 | 14/116 | ■ | 15.2 % | 3.57 [ 2.09, 6.11 ] |
| Serpell 2002 | 30/141 | 19/138 | ■ | 21.6 % | 1.55 [ 0.91, 2.61 ] |
| **Total (95% CI)** | **466** | **475** | ◆ | **100.0 %** | **2.20 [ 1.78, 2.72 ]** |

Total events: 194 (Gabapentin), 90 (Placebo)

Heterogeneity: Chi$^2$ = 8.91, df = 5 (P = 0.11); I$^2$ =44%

Test for overall effect: Z = 7.30 (P < 0.00001)

```
                              0.1  0.2  0.5   1   2   5   10
                            Favours placebo   Favours gabapentin
```

**Analysis 1.6.   Comparison 1 Neuropathic Pain, Outcome 6 Cancer related neuropathic pain-change in pain score.**

Review:    Gabapentin for acute and chronic pain

Comparison:   1 Neuropathic Pain

Outcome:   6 Cancer related neuropathic pain-change in pain score

| Study or subgroup | Gabapentin | | Placebo | | Mean Difference | Mean Difference |
|---|---|---|---|---|---|---|
| | N | Mean(SD) | N | Mean(SD) | IV,Fixed,95% CI | IV,Fixed,95% CI |
| Caraceni 2004 | 79 | 4.6 (2.22) | 41 | 5.45 (2.05) | | -0.85 [ -1.65, -0.05 ] |

```
                                              -2    -1    0    1    2
                                         Favours Gabapentin    Favours placebo
```

# W H A T ' S   N E W

Last assessed as up-to-date: 16 May 2005.

| 9 November 2009 | Amended | Contact details updated. |
|---|---|---|

# H I S T O R Y

Review first published: Issue 3, 2005

| 13 May 2009 | Amended | Contact details updated. |
|---|---|---|
| 13 February 2009 | Amended | The authors are aware of unpublished trial data for Gabapentin which could affect the results of this review. This information together with that from trials published since 2005, will be considered when this review is updated in 2009. |
| 7 November 2008 | Amended | Note added regarding unpublished data and statement added to declarations of interest section. |
| 2 July 2008 | Amended | Converted to new review format. |
| 23 August 2006 | Amended | New studies found but not yet included or excluded. |
| 17 May 2005 | New search has been performed | This review was originally published as 'Anticonvulsant drugs for acute and chronic pain' (Wiffen 2000). At the third update in 2003, 12 new included studies were identified mainly of the newer anticonvulsants gabapentin and lamotrigine. In total the included studies provided data on six different chem- |

*(Continued)*

|  |  | ical entities used in at least six identified neuropathic pain conditions. Issues of dose response and trial design added to the complexity. A decision was therefore taken to split this review into a number of smaller reviews each covering one chemical entity. This review describes studies examining the role of gabapentin in acute and chronic pain. |
| --- | --- | --- |

## CONTRIBUTIONS OF AUTHORS

PW led the update, carried out the searches, extracted data and wrote the text. HJM and JE checked the data extraction and commented on the text.

RAM commented on the text. All agreed the final version.

## DECLARATIONS OF INTEREST

RAM and HJM have undertaken research/consultants for various pharmaceutical companies and have received lecture fees from pharmaceutical companies for presentations on analgesics research and other healthcare interventions. RAM, HJM have received research support from charities, government and industry sources at various times; no such support was received for the preparation of this systematic review. PW is employed by the UK Cochrane Centre.

## SOURCES OF SUPPORT

### Internal sources

- Pain Research Funds, UK.

### External sources

- No sources of support supplied

## NOTES

February 2009: The authors are aware of unpublished trial data for Gabapentin which could affect the results of this review. This information together with that from trials published since 2005, will be considered when this review is updated in 2009.

# I N D E X   T E R M S

## Medical Subject Headings (MeSH)

Acute Disease; Amines [*therapeutic use]; Analgesics [*therapeutic use]; Anticonvulsants [*therapeutic use]; Chronic Disease; Cyclo-hexanecarboxylic Acids [*therapeutic use]; gamma-Aminobutyric Acid [*therapeutic use]; Nervous System Diseases [*drug therapy]; Neuralgia [drug therapy]; Pain [*drug therapy]

## MeSH check words

Humans