# EXHIBIT D

```
                                                                    1
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 2                           MDL Docket No. 1629
                             Master File No. 04-10981
 3
     *****************************************
 4   In Re:   NEURONTIN MARKETING, SALES
     PRACTICES, AND PRODUCTS LIABILITY
 5   LITIGATION,

 6   *****************************************

 7   THIS DOCUMENT RELATES TO:

 8   *****************************************
     HARDEN MANUFACTURING CORPORATION;
 9   LOUISIANA HEALTH SERVICE INDEMNITY
     COMPANY, dba BLUECROSS/BLUESHIELD OF
10   LOUISIANA; INTERNATIONAL UNION OF
     OPERATING ENGINEERS, LOCAL NO. 68
11   WELFARE FUND; ASEA/AFSCME LOCAL 52
     HEALTH BENEFITS TRUST; GERALD SMITH;
12   and LORRAINE KOPA, on behalf of
     themselves and all others similarly
13   situated, v. PFIZER INC. and
     WARNER-LAMBERT COMPANY.
14
     *****************************************
15
     THE GUARDIAN LIFE INSURANCE COMPANY
16   OF AMERICA v. PFIZER INC. and

17   AETNA, INC. v. PFIZER, INC.
     *****************************************
18
         SUPREME COURT OF THE STATE OF NEW YORK
19                COUNTY OF NEW YORK
     *****************************************
20
     In Re:   NEURONTIN PRODUCT LIABILITY
21   LITIGATION

22   *********************************** Index No.

23   THIS DOCUMENT APPLIES TO:            765000/06
                 ALL CASES
24   *****************************************
```

**Page 2**

```
 1       VOLUME 1 OF THE VIDEOTAPED
 2    DEPOSITION OF DOUGLAS C. McCRORY, MD
 3
 4   Job No.: 187695
 5        Thursday, January 29th, 2009
 6            9:05 a.m.
 7
 8
 9         Held At:
10      Regus Business Center
11      470 Atlantic Avenue
12      Boston, Massachusetts
13
14
15
16
17   REPORTED BY:
18   Maureen O'Connor Pollard, RPR, CLR, CSR
```

**Page 3**

```
 1   APPEARANCES:
 2
 3   FOR THE CLASS PLAINTIFFS IN MDL:
 4     BY: ILYAS J. RONA, ESQ.
 5         GREENE & HOFFMAN, PC
 6         33 Broad Street, 5th Floor
 7         Boston, Massachusetts 02109
 8         617-261-0040
 9         irona@greenehoffman.com
10
11   FOR THE DEFENDANTS:
12     BY: EDMUND POLUBINSKI, III, ESQ.
13         BROOKE A. RUSSAKOFF, ESQ.
14         DAVIS POLK & WARDWELL
15         450 Lexington Avenue
16         New York, New York 10017
17         212-450-4000
18         edmund.polubinski@dpw.com
19         brooke.russakoff@dpw.com
```

**Page 4**

```
 1   FOR KAISER FOUNDATION:
 2     BY: LINDA P. NUSSBAUM, ESQ.
 3         KAPLAN FOX & KILSHEIMER LLP
 4         850 Third Avenue
 5         New York, New York 10022
 6         212-687-1980
 7         lnussbaum@kaplanfox.com
 8
 9
10   Also Present:
11
12   Bill Slater, Videographer
13   Palko Goldman, Non-Attorney
14
15       PRESENT VIA SPEAKERPHONE:
16
17   FOR DR. OBIEDZINSKI:
18     BY: LINDA FULOP-SLAUGHTER, ESQ.
19         DURAN & PANDOS
20         1044 Route 22 West, Suite 5
21         Mountainside, New Jersey 07092
22         lslaughter@duranandpandos.com
```

**Page 5**

```
                   INDEX
EXAMINATION                           PAGE
DOUGLAS C. McCRORY, MD
  BY MR. POLUBINSKI                      9
                 EXHIBITS
NO.     DESCRIPTION                    PAGE
Exhibit 1   Dr. McCrory's 8/11/08 expert
            report.........................   9
Exhibit 2   Dr. McCrory's 1/25/09 expert
            report.........................   9
Exhibit 3   1/26/09 e-mail................  12
Exhibit 4   Dr. McCrory's curriculum
            vitae..........................  17
Exhibit 5   9/4/08 letter, Bates
            McCrory_000526 and 527.........  56
Exhibit 6   E-mail string, Bates
            McCrory_000473 through 475.....  58
Exhibit 7   One page handwritten errata
            sheet..........................  67
Exhibit 8   Subpoena dated 8/13/08.........  84
Exhibit 9   Document titled "Gabapentin
            in the prophylaxis of
            chronic daily headache"........ 149
Exhibit 10  Excerpt from "Cephalalgia,
            An International Journal of
            Headache"...................... 187
Exhibit 11  E-mail chain, Bates
            Pfizer_JMarino_0001000 and
            1001........................... 195
Exhibit 12  Document titled
            "Evidence-Based Guidelines
            for Migraine Headache in the
            Primary Care Setting".......... 203
Exhibit 13  Document titled
            "Anti-convulsant drugs for
            migraine prophylaxis
            (Review)" by The Cochrane
            Collaboration.................. 208
Exhibit 14  Handwritten document, Bates
            McCrory_000523................. 227
Exhibit 15  E-mail string, Bates
            Pfizer_RGlanzman_0140655
            through 658.................... 230
Exhibit 16  9/29/95 memo, Bates
            WLC_FRANKLIN_0000087284
            through 87293.................. 240
```

**Page 150**

12:32:09  1  Q. Is this the article that you reviewed
12:32:02  2  yesterday with Plaintiffs' counsel?
12:32:03  3  A. Yes.
12:32:05  4  Q. This article was published in the
12:32:59  5  journal Neurology, correct?
12:33:01  6  A. Yes.
12:33:02  7  Q. In 2003?
12:33:03  8  A. Yes.
12:33:05  9  Q. And you're familiar, I take it, with
12:33:09  10  the journal Neurology, correct?
12:33:11  11  A. Yes.
12:33:16  12  Q. Would you say it's a well-respected
12:33:19  13  journal?
12:33:21  14  A. Yes.
12:33:22  15  Q. Prior to yesterday, had you seen this
12:35:07  16  article before?
12:35:08  17  A. It did not look familiar to me. I
12:35:22  18  don't think I had.
12:35:28  19  Q. Did the study appear in the 57
12:35:30  20  citations that your search of Ovid MEDLINE
12:35:38  21  turned up?
12:35:34  22  A. I don't believe so, although if it had
12:35:40  23  I would not have retrieved -- I might not have
12:35:42  24  retrieved the copy of the article because I

**Page 151**

12:35:45  1  don't think it's relevant.
12:35:46  2  Q. Okay. The study did, I take it, show
12:35:51  3  statistically significant efficacy for
12:35:54  4  gabapentin's use in chronic daily headache, is
12:35:59  5  that right?
12:37:06  6  MR. RONA: Objection.
12:37:00  7  A. The study reports a statistically
12:37:04  8  significant benefit to migraine. I'm not so
12:37:07  9  sure I'd go so far as to say show.
12:37:12  10  BY MR. POLUBINSKI:
12:37:12  11  Q. Okay. And the reason you don't think
12:37:18  12  it's relevant, I take it, is that this was a
12:37:28  13  study of prophylaxis of chronic daily headache
12:37:33  14  as opposed to migraine prophylaxis?
12:38:26  15  A. That's true.
12:38:27  16  Q. Is there any other reason?
12:38:28  17  A. No. It's primarily that the
12:38:35  18  diagnostic category of patients is distinct from
12:38:38  19  migraine.
12:38:35  20  Q. And your analysis didn't consider
12:38:46  21  chronic daily headache at all, did it?
12:38:48  22  A. That's correct.
12:38:50  23  Q. Would you agree with me that chronic
12:38:56  24  daily headache is a diagnostic category that

**Page 152**

1  includes chronic migraine, or do you not know
2  one way or another?
3  MS. NUSSBAUM: Objection.
4  A. The diagnosis of chronic daily
5  headache has been an evolving diagnostic concept
6  since I started getting interested in headache,
7  and includes a variety of -- you know, a mixed
8  bag of things, one of which is now what has been
9  recently called chronic migraine.
10  At the time this study was undertaken,
11  that diagnostic category didn't exist. And
12  their study population includes medication
13  overuse, headache, and may include a variety of
14  diagnostic categories.
15  So in my opinion it's -- I would not
16  categorize this as a chronic migraine
17  population.
18  MR. POLUBINSKI: This might be a good
19  time to take a break for lunch. Does that work
20  for you? Let's go off the record.
21  THE VIDEOGRAPHER: The time is 12:36.
22  We're off the record.
23  (Whereupon, a luncheon recess was
24  taken.)

**Page 153**

1  AFTERNOON SESSION
2  
3  THE VIDEOGRAPHER: We're back on the
4  record. The time is 1:46.
5  BY MR. POLUBINSKI:
6  Q. So, Dr. McCrory, you also performed a
7  meta-analysis on the reduction of headache
8  frequency in four trials?
9  A. Yes.
10  Q. Is that correct?
11  The four trials were trial
12  RR4301-00066 was the first one, RR995-00085 was
13  the second one, the third one is RR995-00074,
14  and then the last one is the di Trapani study,
15  is that correct?
16  A. Yes.
17  Q. And you chose these four studies
18  because they provided sufficient data on
19  headache frequency to calculate an effect size
20  or standardized difference in means, is that
21  correct?
22  A. Yes. I felt like they were all of the
23  available data for that outcome, which was the
24  primary outcome specified in most of the report