# EXHIBIT A



**UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM**

**Department of Neurology**

Shawn J. Bird, M.D.
Associate Professor

Director, Neurodiagnostic Laboratories

December 12, 2008

Expert Report of Shawn J. Bird, M.D.
RE: Gabapentin (Neurontin®) use in neuropathic pain and related forms of chronic pain

I have been asked to review the literature and summarize my clinical experience as an expert regarding the appropriateness of the use of gabapentin (Neurotin®) for neuropathic pain and related forms of chronic pain. In order to prepare this report, I reviewed an extensive literature. This included literature provided to me, as well as literature I had on-hand and that I obtained by my independent search of PubMed and Medline through our biomedical library at the University of Pennsylvania. In addition, I reviewed recent review articles (in press and on-line) and recent book chapters related to this topic. I was also asked to review expert reports by Dr. Thomas Perry and Dr. Nicolas Jewell. I was provided copies of numerous research reports produced by Parke-Davis Pharmaceutical Research and Pfizer.

Background

I am a neurologist at the University of Pennsylvania. My educational background includes two undergraduate degrees from Cornell University, a B.A. in Biology and a B.S. in electrical engineering. I subsequently received my M.D. in 1983 from the Johns Hopkins University School of Medicine. I completed my training in 1989 following a neurology residency and a fellowship in nerve and muscle diseases, a total of five years, at the University of Pennsylvania.

I have been on the full-time faculty at Penn since 1989 and hold the rank of Associate Professor of Neurology in the School of Medicine. I am director of the Neurodiagnostic Laboratories, as well as director of the Electromyography (EMG) Lab at Penn. I also am the program director for the clinical neurophysiology residency program. I hold board certification in Neurology with added qualifications in Clinical Neurophysiology. I have additional board certification in EMG by the American Board of Electrodiagnostic Medicine. My primary responsibilities at Penn include the practice of EMG studies and the evaluation of patients with nerve disorders, including those with neuropathic pain. As part of those clinical activities, I teach neurology residents and fellows. I have published over 50 articles and 20 chapters on neuromuscular diseases and clinical electromyography. I have

been recent president of the Philadelphia Neurological Society and have received numerous awards. The details of my publications and awards are listed in my curriculum vitae (attached).


## Treatment of Neuropathic Pain before Gabapentin

Neuropathic pain is defined as "pain initiated or caused by a primary lesion or dysfunction in the nervous system." It may be due to disease- or injury-induced damage to any nerve, particularly in the peripheral nervous system. Examples include painful neuropathies due to diabetes or other illness, trauma to nerves, causalgia, complex regional pain syndrome, poststroke pain, phantom limb pain or pain after spinal cord trauma. Characteristic clinical symptoms include the feeling of bothersome pins and needles, and burning, lancinating (shooting or electric shock-like), stabbing or throbbing pain. The goal of therapy is to reduce the unpleasant manifestations of the neuropathic pain.


Prior to the mid-1990's, the first-line treatment of neuropathic, and related pain consisted of the tricyclic antidepressants (TCAs), which did not have an FDA-approved indication for this use. The mechanism of action of the TCAs that produces pain relief in neuropathic or other related pain syndromes is not known, but had been noted clinically for decades. The tricyclic antidepressants were prescribed for the treatment of chronic pain in clinical practice for many years because they were effective in most physicians' experience and in the published literature. Physicians appropriately made every attempt to relieve neuropathic pain in these patients, despite the lack of any drug with FDA-approval for these forms of pain. Prior to the recent approval of Lyrica® and Cymbalta®, there were no FDA-approved medications with specific indications for diabetic neuropathic pain. Even these newer drugs have FDA-approval for use only in painful diabetic neuropathy and post-herpetic neuropathy (Lyrica only). There are no drugs that have specific FDA approval for the treatment of neuropathic pain in patients with the many other forms of peripheral neuropathy.


Although clinically effective, TCA agents are poorly tolerated by many individuals due to the high incidence of sedation, very bothersome dry-mouth and other dose-limiting side-effects. Because of the bothersome side-effects of the TCAs that often preclude their use, and also due to the need for an alternative for those patients who did not benefit from the TCAs, physicians have tried other off-label drugs in neuropathic pain. Other agents in use in the 1990s included the anticonvulsant carbamazepine and the cardiac antiarrthymic agent mexilitine (Bird, 2002). These drugs were deemed clinically effective in individual patients with neuropathic pain. These latter drugs were considered second line agents to the TCAs due to concerns regarding potentially more serious side-effects. Carbemazepine is sedating and can produce serious drops in the white blood counts, necessitating frequent blood monitoring. Mexilitine is a cardiac drug that can sometimes cause cardiac

arrthymias. There was a need prior to mid-1990s for an effective drug with less bothersome and serious side-effects.


Off-Label Use of Pharmacologic Agents


Physicians have always been free to prescribe an FDA-approved drug for an off-label use when it was indicated based on their clinical judgment in the context of the prevailing standards of care. It has been estimated that more than half of all prescriptions are for uses the FDA has not approved. I know that more than 80% of the prescriptions in my practice are for off-label use. My practice consists of relatively uncommon neuromuscular disorders, such as myasthenia gravis and peripheral neuropathies, for which there are no medications with FDA approval.  Despite that, I treat these patients quite successfully with a variety of medications.


It would not be possible to practice medicine without the use of FDA-approved drugs for off-label use. There are many examples where the standard of care encompasses the use of drugs for off-label use. Common examples would include the use of aspirin for stroke prevention or post-myocardial infarction prophylaxis. Corticosteroids, such as prednisone, are essential in many autoimmune diseases but these are not approved by the FDA for any of these indications. As noted above, tricyclic antidepressants have been used off-label for decades for neuropathic pain. There is extensive clinical experience and medical literature to support the use of numerous off-label drugs in many disorders. In these instances, use of off-label medications has become the accepted medical standard of care. This is the case as well with the use of gabapentin in neuropathic pain.


The clinical use of a medication for a particular medical disorder evolves in different ways depending on the nature of the disease and the availability of safe and effective drugs. Before using new agents to treat a common disorder for which there are other proven therapies, I ordinarily would want to see randomized controlled trials and FDA-approval. However, this scenario, where many proven drugs are available, is not the case in many disorders. For many disorders there are no effective drugs, or those that are effective have burdensome side-effects. In those circumstances, patients often benefit greatly from therapies many years before controlled trials provide any supporting evidence for their use. This is not an uncommon scenario, whereby the clinical use of a medication in a disease with limited alternatives is used successfully as the evidence mounts for its effectiveness.


In many diseases, the evidence for effectiveness of a medication builds over time. Evidence for effectiveness comes from a variety of types of studies. The body of evidence develops often first from case series and case reports. Randomized, controlled trials then often follow, usually years later. This is the case with neuropathic pain, not just

with gabapentin, but also with drugs that preceded its use. Two randomized, controlled trials by Mitchell Max and coworkers in 1987 and 1991 demonstrated that tricyclic antidepressants were better than placebo in diabetic neuropathic pain (Max, 1987; Max, 1991). However, for the decades leading up to these studies these drugs (tricyclic antidepressants) were the first-line agents for neuropathic pain. This clinical practice was based on numerous case series that supported their effectiveness.

It is particularly important to have numerous treatment options that can be used to try to alleviate the suffering that patients endure with unrelenting neuropathic pain. Before gabapentin, the options were less than optimal because of the side-effects of the tricyclic antidepressants. The other option, opiates, was a poor alternative due the problems of addiction, abuse and tolerance (where the dose needs to be constantly increased to achieve the same degree of pain relief). In addition, not all patients respond to the tricyclic antidepressants. Because patients did not tolerate or respond to these drugs, there was a need for other alternatives. It would be poor medical care to not offer an alternative treatment where there is some clinical evidence supporting its use in that disorder while waiting years, or even decades, for more convincing, but rarely certain, evidence of efficacy from randomized clinical trials. This is the case with gabapentin.

Gabapentin and Neuropathic Pain

Gabapentin (Neurontin®) has been a safe and effective treatment for neuropathic pain, and related forms of chronic pain, for the past decade. For reasons detailed below, it quickly became one of the first line treatments for nerve pain due to its effectiveness and its low side-effect profile.

Gabapentin does not carry a specific FDA indication for use in neuropathic pain. Gabapentin had FDA-approval for an indication in epilepsy in late 1993, and also post-herpetic neuralgia in 2002. The process of FDA-approval meant that the drug has been tested in large numbers of patients at varying doses and has been determined to be safe for use in patients. The safety and the excellent tolerability of gabapentin were known after the FDA-approval process.

In the mid-1990s, early reports in the academic peripheral nerve community indicated that gabapentin, a newly-released anticonvulsant, was effective in the treatment of neuropathic pain and that it had very few limiting side-effects. The clinical experience was generally favorable. Preliminary positive results with gabapentin were reported initially by preliminary presentations and colleague-to-colleague discussion at scientific meetings, not at pharma-sponsored events or by pharmaceutical drug representatives. For example, at just one organization's meetings, the American Academy of Neurology, in 1998 and 1999 there were several reports of gabapentin's benefit in neuropathic pain and

Shawn Bird, M.D.                              Page 5                              12/12/2008

related chronic pain. Such titles included, "Gabapentin versus amitriptyline in painful diabetic neuropathy of the elderly" (Dalloccchio, 1998), "Gabapentin in the treatment of distal symmetric axonopathy in HIV infected patients" (Gatti, 1998), "Gabapentin in painful AIDS-related neuropathy" (La Spina, 1999), "Painful diabetic neuropathy treated with gabapentin" (Chiaramonti, 1999). These are examples from just two meetings, of dozens, that reflected the ballooning positive reports of gabapentin use. Even prior to these particular meetings in 1998 and 1999, we had been using gabapentin for several years based on our positive experience with the drug in patients with neuropathic pain. As outlined below, the published literature grew rapidly supporting the use of gabapentin in neuropathic pain and other related forms of chronic pain. As early as 1998, review articles on the treatment of neuropathic pain featured gabapentin prominently. For example, in the November 1998 Neurologic Clinics a review article on painful neuropathy summed up the medical opinion well in stating, "Recently, a multicenter, placebo-controlled study demonstrated significant pain reduction with gabapentin for the treatment of painful diabetic polyneuropathy. Even before this report was presented, gabapentin had been extensively prescribed for the treatment of many neuropathic pains based on the drug's excellent efficacy, side effects ratio, remarkably low incidence of intolerable side effects, and the ease to which it may be prescribed, with no need to monitor any bloodwork. Another added benefit of gabapentin is the drug is not metabolized and thus there are no drug-drug interactions (Galer, 1998)." I could not have summarized the consensus of opinion on the use of gabapentin for neuropathic pain in the neurologic community any better than that statement from 1998.

In addition to the clinical experience with gabapentin, there has been a substantial body of literature supporting its use in neuropathic pain. The specific studies that confirm the clinical effectiveness of gabapentin in neuropathic pain are numerous. However, some are particularly worthy of mention. Six randomized clinical trials (RCT) compared gabapentin with placebo and 2 RCTs compared gabapentin with amitriptyline, an antidepressant shown in previous RCTs to be effective in neuropathic pain. These eight studies considered together provide more than sufficient evidence for a physician to conclude that gabapentin is effective for the treatment of neuropathic pain. The placebo-controlled trials showed that gabapentin was statistically better than placebo for pain relief. The trials that compared gabapentin with amitriptyline showed no difference (i.e., gabapentin is as effective as amitriptyline). The placebo-controlled trials consisted of 165 patients with diabetic neuropathy (Backonja, 1998), 40 patients with diabetic neuropathy (Gorson, 1998; Gorson, 1999), 30 patients with diabetic neuropathy (Tamez-Perez, 1998), 229 patients with post-herpetic neuralgia (Rowbotham, 1998), 334 patients with post-herpetic neuralgia (Rice, 2001), and 305 patients with various forms of neuropathic pain (Serpell, 2002), including complex regional pain syndrome, radiculopathy, other less common forms of neuropathic pain. The RCTs that compared gabapentin to amitriptyline included 25 patients with diabetic neuropathy (Dollocchio, 2000) and 25 veterans with diabetic neuropathy (Morello, 1999).

Shawn Bird, M.D.                           Page 6                           12/12/2008

There is extensive literature, too large to comprehensively review, that supports the use of gabapentin in other related pain states, including spinal cord injury (Tai, 2002; To, 2002; Putzke, 2002; Ahn, 2003; Levendoglu, 2004), post-operative pain (Turan, 2003; Turan, 2004; Pandey, 2004; Rorarius, 2004; Tuncer, 2005; Gilran, 2005; Menigaux, 2005), complex regional pain syndrome (reflex sympathetic dystrophy) (Mellick, 1997; van de Vusse, 2004; Teasdall, 2004), phantom limb pain (Nikolajsen, 2001; Bone, 2002; Mera, 2004; Manchikanti, 2004; Hanley, 2006), neuropathic cancer pain (Caraceni, 1999; Chandler, 2000; Foley, 2000; Devulder, 2001; Bosnjak, 2002; Caraceni, 2005) and in chronic non-cancer pain in general (Anesthesia Task Force on Chronic Pain, 1997; Epstein, 1998; Attal, 1998; Sater-Katzenschlager, 2003; Hainline, 2005; Toderov, 2005; Baker, 2005). This literature includes a number of placebo-controlled randomized clinical trials that demonstrate the effectiveness of gabapentin in these disorders. For example, Levendoglu and colleagues (2004) concluded that gabapentin is "a first line drug for the treatment of neuropathic pain in spinal cord injury". Their prospective, randomized double-blind, placebo-control clinical trial demonstrated that gabapentin significantly reduced all types of pain in the study patients with spinal cord injury, but also improved their quality of life. Several randomized clinical trials have demonstrated the benefit in post-operative pain. A RCT of 75 patients undergoing vaginal hysterectomy showed that gabapentin reduced the need for post-op pain treatment by 40% compared to placebo (Rorarius, 2004). Another placebo-controlled RCT demonstrated a similar beneficial effect of gabapentin in 45 patients undergoing major orthopedic surgery (Tuncer, 2005). In another study, fifty-six patients undergoing lumbar discectomy were randomized to pre-operative treatment with gabapentin or placebo. The gabapentin treated group had significantly lower post-operative pain (Pandey, 2004). Van de Vusse and co-workers (2004) reported on a placebo-controlled RCT of gabapentin in 58 patients with complex regional pain syndrome I, also called reflex sympathetic dystrophy, and found a significant benefit in the initial three week study period. Nineteen patients with post-amputation phantom limb pain were study studied in another placebo-controlled RCT. The gabapentin-treated patients had significantly lower pain scores after the 6 week study period, where the mean pain score was halved compared to placebo-treated patients (Bone, 2002).

Two thorough systematic reviews have recently critically examined all of the data on the use of gabapentin for neuropathic pain. The first, the Cochrane Database of Systematic Reviews considered the efficacy of gabapentin for neuropathic pain (Wiffen, 2005). The Cochrane database contains high-quality, independent evidence to inform healthcare decision-making. Cochrane reviews represent the highest level of evidence on which to base clinical treatment decisions. In this review of gabapentin for acute and chronic pain, fourteen randomized trails in chronic pain (1468 patients) were deemed high quality and were evaluated. The studies treated: post-herpetic neuralgia (two studies), diabetic neuropathy (seven studies), cancer-related neuropathic pain (one study), phantom limb pain (one study), Guillain-Barre syndrome (one study), spinal cord injury pain (one study) and various neuropathic pains (one study). The conclusion of this review was that gabapentin is effective in neuropathic pain.

The second systematic review, detailed in two 100-plus page reports, were produced by the Oregon Evidence-based Practice Center funded by the Center of Evidence-based Policy, supported by 17 non-commercial organizations including 15 state Medicaid programs. The one report, entitled "Drug Class Review on Drugs for Neuropathic Pain," states in the summary of findings (pg 23) that "gabapentin was consistently more effective than placebo for pain relief or improvement of function in 12 placebo-controlled trials" (Chou, 2007). None of these trials used doses less than 2400 mg/day. The related report, entitled "Drug Class Review on Antiepileptic Drugs in Bipolar Mood Disorder, Neuropathic Pain, and Fibromyalgia," reviewed "1 good-quality systematic review and 27 placebo-controlled trials of fair quality, most involving gabapentin" (Goodman, 2006). The authors state that "most of the fair-quality evidence documents the efficacy of gabapentin in neuropathic pain" and that "when titrated to response, doses up to 3600 mg of gabapentin were reported to be necessary for adequate pain relief."

Many other reviews support the experience that gabapentin is effective for various forms of neuropathic pain. One review examined 35 papers involving 727 patients with multiple neuropathic pain conditions treated with gabapentin (Mellegers, 2004). The meta-analysis of 4 placebo-controlled, randomized clinical trials showed a beneficial effect of gabapentin in diabetic neuropathy and post-herpetic neuralgia. The remainder of the studies evaluated by these authors were uncontrolled, but the conclusion of the paper was that these published reports did demonstrate a beneficial effect in multiple painful neuropathic conditions. Another review, based on the available data, suggested that gabapentin is the medication to use if an antidepressant was ineffective or not tolerated (Namaka, 2004). Another review states that a substantial percentage of patients treated with gabapentin for neuropathic pain "can expect to achieve more than 50% pain relief" (Bennett, 2004).

Several recent evidence-based reviews have also concluded that gabapentin is an effective, first-line therapy for neuropathic pain. An article authored by 16 pain experts entitled "Pharmacologic management of neuropathic pain: evidence-based recommendations" evaluated the current clinical trial data on drugs for neuropathic pain (Dworkin 2007). They concluded that appropriate first line agents for neuropathic pain include gabapentin and pregabalin, tricyclic antidepressants and topical lidocaine (the latter for postherpectic neuralgis only).They stated that their conclusions were based on the amount and consistency of evidence, degree of efficacy, safety and clinical experience of the authors.

The Canadian Pain Society has stated in a recent consensus statement that gabapentin is a first-line agent for the treatment of neuropathic pain based on their review of the published literature at a consensus meeting addressing this subject (Moulin DE, 2007). They state, "Randomized controlled trials, systematic reviews and existing guidelines focusing on the pharmacologic management of neuropathic pain were evaluated at a

consensus meeting. Medications are recommended in the guidelines if their analgesic effect was supported by at least one methodologically sound, randomized controlled trial showing significant benefit relative to placebo or another relevant control group. Recommendations for treatment are based on degree of evidence of analgesic efficacy, safety, ease of use and cost-effectiveness. Analgesic agents recommended for first-line treatments are certain antidepressants (tricyclics) and anticonvulsants (gabapentin and pregabalin)....opioid analgesics are recommended as third-line treatments for moderate to severe pain."

In the context of this extensive literature and clinical experience, gabapentin is now one of, if not the, first line treatments of all forms of neuropathic pain. This is reflected in all of the recent reviews that I am aware of regarding the treatment of neuropathic pain. For example, a commonly used Web resource for physicians, UpToDate, discusses this topic in its section on "Antiepileptic Drugs in the Treatment of Neuropathic Pain." The authors ( Bajwa, 2008) state that "in a meta-analysis published in 2006 (Wiffen, 2005) that identified 14 trials involving 1398 patients with chronic pain, gabapentin was effective for the treatment of various types of neuropathic pain." In the recommendation summary, they state "Among the newer antiepileptic drugs, we suggest the use of gabapentin, as it appears to be one of the most effective and best tolerated antiepileptic drugs for neuropathic pain conditions other than trigeminal neuralgia." [UpToDate is an evidence-based, peer-reviewed information resource for physicians available via the Web or desktop. More than 300,000 clinicians and the majority of academic medical centers in the U.S. use UpToDate as a reference. It is the on-line resource available through our biomedical library on every computer in our health system at Penn.]

The effectiveness of gabapentin in neuropathic pain is reflected in recent book chapters dealing with this subject. In the Handbook of Peripheral Neuropathy, the varied and many causes of painful neuropathy are detailed (Nodera, 2005). With regard to the treatment of neuropathic pain, these authors state that "gabapentin is a first-line agent in the treatment of neuropathic pain." In their algorithm for management of neuropathic pain, they list first line therapies (in order) as gabapentin, amitriptyline, and nortrptyline.

In the most recent edition of "Current Therapy in Neurologic Disease," the management of painful small-fiber neuropathy of various causes is discussed (Polydefkis, 2002). The author states that "The first-line medication of the neuropathic pain associated with small fiber neuropathy is gabapentin. This medication is exceptionally well tolerated, even in older patient populations..."

Neuropathic pain disorders are also discussed (Moulin, 2003) in the most recent edition of "Neurologic Therapeutics: Principles and Practice." This details all of the causes of neuropathic pain and suggests an overall pharmacologic approach to its management. They state that the proposed sequence of medications is "based on apparent degree of

Shawn Bird, M.D.                          Page 9                          12/12/2008

efficacy, side-effect profile, and cost." Their algorithm for the pharmacologic management of neuropathic pain (in a diagram) has gabapentin or a tricyclic antidepressant as the first-line agents.

"Current Medical Diagnosis and Treatment" (McPhee, 2007) states that "opiates are effective for neuropathic pain as are tricyclic antidepressants, gabapentin, tramadol, and the lidocaine patch. These five medications …are considered first-line agents in the pharmacologic management of neuropathic pain."

In the large 2 volume textbook "Peripheral Neuropathy, 4th Edition", the chapter related to this issue, "Mechanisms and pharmacologic management of neuropathic pain" (Rowbotham, 2005) states that "The publication of two randomized placebo-controlled trials of gabapentin for postherpetic neuralgia and diabetic peripheral neuropathy in 1998 represent the beginning of a marked shift in the evidence base for neuropathic pain treatment. Together, these two trials enrolled nearly 400 subjects, and the data analysis followed a conservative, modified intent-to-treat approach." The author goes on to state that "opioids, tricyclic antidepressants, and the anticonvulsant gabapentin have been the subject of controlled trials in multiple types of neuropathic pain with generally similar results."

With regard to the practical use of gabapentin, I have found it that is well tolerated by most patients. I typically start with a dose of 300 mg daily and slowly increase the dose until an acceptable level of pain relief occurs, up to a maximum of 3600 mg daily. Although the side-effects are typically mild, they are usually avoided by a slow increase in dose. This clinical experience with dosing is reflected in the advice from other experts in the treatment of neuropathic pain. I agree with the statement in "UpToDate" (Bajwa 2008) that, "It is usually well tolerated at doses as high as 3600 mg daily." In the "Handbook of Peripheral Neuropathy" (Nodera 2005), the daily dose of gabapentin for neuropathic pain is noted to be 200 to 3600 mg daily. It also notes that it is generally well tolerated. In "Neurologic Therapeutics: Principles and Practice" (Moulin 2003), the usual maintenance dose of gabapentin for neuropathic pain is 900 to 4800 mg daily. In "Current Therapy in Neurologic Disease" (Polydefkis, 2002), it lists the typical dose of gabapentin for neuropathic pain as 900 to 3600 mg daily. Dworkin and colleagues (2007) advise dose titration of gabapentin for neuropathic pain up to a maximum dose of 3600 mg daily. This advice from other experts corresponds precisely to my experience and practice with regard to the use of gabapentin for neuropathic pain.

I have not had any problems arise whereby insurance coverage, or a drug prescription benefit, was not provided for the use of gabapentin for one of my patients with neuropathic pain, out of concerns about its off-label use or its effectiveness. In fact, gabapentin is considered so effective that some insurance carriers require its use first before they will pay for Lyrica or Cymbalta, two drugs with specific FDA indications for

Shawn Bird, M.D.                          Page 10                          12/12/2008

painful diabetic neuropathy. For example, here in Philadelphia, Independence Blue Cross
requires that for non-diabetic neuropathic pain the patient must have documentation of "a
trial and failure or intolerance/allergy to gabapentin" as a precondition to get
authorization for payment for Lyrica
(www.ibx.com/providers/drug_formulary/prior_authorization.html ; select "prior
authorization criteria").  In addition, gabapentin is on our hospital formulary for in-
patients, and is one of the most commonly recommended drugs by our Pain Service.

Reports of Dr. Thomas Perry and Dr. Nicholas Jewell

Based on the above analysis, I disagree with Dr. Thomas Perry's conclusions with regard
to the use of gabapentin in neuropathic pain as stated in his report dated August 10, 2008.
The information detailed above constitutes strong evidence that gabapentin is effective
for the treatment of neuropathic pain. As I reviewed in this report, there are a variety of
levels of evidence, not limited to RCTs, that gabapentin is effective for the treatment of
neuropathic pain. This includes case reports, case series and expert opinion based on
extensive real-life experience with the treatment of patients with neuropathic pain. In
addition, there are RCTs and systematic reviews (meta-analyses), that support
gabapentin's off-label use for neuropathic pain. There are no systematic reviews in the
literature that conclude otherwise.

Dr. Perry appears to stand alone in his stated conclusion that gabapentin is ineffective in
neuropathic pain. This is the opposite conclusion of the numerous reviews and book
chapters I detailed above. The Canadian Pain Society has stated in a recent consensus
statement that gabapentin is a first-line agent for the treatment of neuropathic pain based
on their review of the published literature at a consensus meeting addressing this subject
(Moulin DE, 2007). They state,

> "Randomized controlled trials, systematic reviews and existing guidelines
> focusing on the pharmacologic management of neuropathic pain were evaluated at
> a consensus meeting. Medications are recommended in the guidelines if their
> analgesic effect was supported by at least one methodologically sound,
> randomized controlled trial showing significant benefit relative to placebo or
> another relevant control group. Recommendations for treatment are based on
> degree of evidence of analgesic efficacy, safety, ease of use and cost-
> effectiveness. Analgesic agents recommended for first-line treatments are certain
> antidepressants (tricyclics) and anticonvulsants (gabapentin and
> pregabalin)....opioid analgesics are recommended as third-line treatments for
> moderate to severe pain."

With regard to this recent consensus statement (Moulin, 2007), I am in complete
agreement.

I disagree with Dr. Perry when he states that "in the real world" gabapentin has not been
demonstrated to be an effective treatment for pain, in that patients taking gabapentin
should be expected to accrue less benefit and more harm.  Gabapentin is effective in
exactly for the opposite reason; patients taking it should be expected to accrue more
benefit and less harm. As I detail above, both clinical experience by physicians who treat

Shawn Bird, M.D.                         Page 11                              12/12/2008

these patients as well as the published literature demonstrates that gabapentin does provide pain relief for various forms of chronic pain, most notably chronic neuropathic pain. In fact, gabapentin's relatively low side-effect profile compared to tricyclic antidepressants is what drove its initial use in this area.

The statement that there are as many patients who experience adverse events as those who note improvement in pain is not substantiated by the data, but even if it were it does not mean that this shows that gabapentin is not effective for neuropathic pain. By that standard all drugs, especially tricyclic antidepressants and opioids, would be deemed "ineffective" by Dr. Perry's logic. He documents the list of adverse events on gabapentin on page 33 as compared to placebo. It is misleading to do this without showing the equal incidence of adverse events in other drugs used for neuropathic pain, such as tricyclic antidepressants and opioids (see Gilron, 2005 below). However, he does state briefly on page 32 that there is no difference in adverse events when comparing gabapentin to other active comparators. In addition on page 35 Dr. Perry states that, based on his analysis of the data, one in 35 patients would stop using gabapentin due to adverse effects. This is a strikingly low number (only 3%). The drop-out rate due to adverse effects is much higher in studies of chronic pain using most other agents, especially tricyclic antidepressants.

In my extensive experience with gabapentin, the vast majority of patients tolerate the drug superbly well. In those who have a side-effect, it is usually mild and short-lived. For example, a typical adverse event would be transient dizziness or sleepiness when initiating the drug. This sleepiness (somnolence) or dizziness wears off after a few days or so. Certainly my patients find such a minor, transient "adverse event" a small price to pay for years of significant pain relief.

In his report, Dr. Perry offers that opioids are better for neuropathic pain than gabapentin. Only one of the reviews or guidelines I have listed above list opioids as a first line-agent, or even equivalent to gabapentin. Most authors, including myself, do not favor the use of opioids as a first-line agent. Most, as described in the many algorithms detailed in this letter, use opioids as third-line agents. Morphine and opiates are not considered desirable therapy for these patients with chronic neuropathic pain because of the significant problems of addiction and tolerance, in addition to their other extensive side-effects. In addition, the data does not support the superiority of opioids for chronic neuropathic pain. The one study that Dr. Perry cites (Gilron, 2005) that deals with a direct comparison of gabapentin and morphine shows that the "frequency of adverse events was similar among all treatments." In addition, the improvement in pain was similar in the morphine and gabapentin groups. The total pain score on the McGill Pain Questionnaire was 14.4 with placebo, 10.7 with morphine and 10.7 with gabapentin. If morphine is "the most efficacious known analgesic" as stated by Dr. Perry on page 19 of his report, then gabapentin is just as efficacious.

Shortly after this New England Journal of Medicine study (Gilron, 2005) the same authors, in a practical guide for the clinician in the Canadian Medical Association Journal, give an algorithm for the treatment of neuropathic pain in primary care (Gilron, 2006). They state that either gabapentin or antidepressants (tricyclic or serotonin-

norepinepherine reuptake inhibitors) are first-line drugs. If one of those fails or is not tolerated, the other type should be tried as a second-line drug. Their algorithm lists tramadol or opioids as third-line agents.

Even Dr. Perry in his report makes note of the effectiveness of gabapentin based on his own systematic review (on pages 33-35). He states that "there is a statistically significant difference between gabapentin and placebo favouring gabapentin over placebo" in those patients who report a >50% reduction in pain score. He states that the data he reviewed showed that "significantly more patients treated with gabapentin than with placebo rated their pain as reduced by >50%." He then states that with this same outcome measure "no difference is observed between gabapentin vs. amitriptyline." Since amitriptyline has been shown to be efficacious in several RCTs versus placebo in neuropathic pain, such data supports an equivalent efficacy of gabapentin compared to amitriptyline. He also mentions other outcome measures that essentially show the same positive results in favor of gabapentin. With regard to the mean change from baseline in pain scales (NRS/VAS), he states that "there was a statistically significant difference between gabapentin and placebo favouring gabapentin over placebo." Looking at studies that use PGIC "moderately or much improved" as % of patients as outcome, Dr. Perry states "significantly more patients treated with gabapentin than placebo rated themselves "moderately or much improved."

I also disagree with Dr. Perry's assertion that the widespread "expert" recommendation of gabapentin as a first-line treatment was based on commercial, rather than scientific or medical considerations. That statement is based on his presumption rather than actual fact. I was a first-hand observer of the process at scientific meetings dedicated to peripheral neuropathy throughout this period and I saw no evidence of anything other than the exchange of un-biased medical data and opinion.

Dr. Perry states that I may be unaware of unpublished studies of gabapentin vs. placebo for chronic "neuropathic" pain completed by Parke Davis/Pfizer. He also offers his belief that if I were aware of that data my opinion would be obligatorily tempered, if not different. On the contrary, I have reviewed all of that data and it reinforces my opinion that gabapentin is effective and safe for neuropathic pain. With regard to the three studies of chronic neuropathic pain that he states are "unpublished" (945-224, 945-271, and 945-1008), two in fact have been detailed in the literature (945-224 in Backonja 2003; 945-271 in Gordh 2008). In addition, the data from the third unpublished protocol (945-1008) provides strong support for the efficacy of gabapentin in chronic neuropathic pain.

Of the seven research reports of studies (945-430-295; 945-211; 945-1008; 945-224; 945-271; 945-430-306 and 945-210) of gabapentin for chronic neuropathic pain from Parke-Davis/Pfizer, six have been published (Backonja 1998; Rowbotham 1998; Rice 2001; Serpell 2002; Backonja 2003; Gordh 2008). The data from the sole unpublished study (945-1008) also supports the effectiveness of gabapentin for neuropathic pain.

For example, the data in the research report for the single unpublished protocol, 945-1008 (Parsons 2005), details the results of a large double-blind, placebo-controlled trial of

gabapentin vs. placebo in patients with painful diabetic peripheral neuropathy. This included 200 patients treated with gabapentin and 189 patients treated with placebo over a 15 week period. The gabapentin dose was titrated up to 3600 mg per day. Gabapentin showed statistically significant improvement in mean pain scores, responder rates and pain-related sleep interference compared to placebo.

The data from protocol 945-224 (Reckless 2000) was detailed in the literature (Backonja 2003). This was a multicenter trial of 328 patients with painful diabetic neuropathy treated with 600, 1200, and 2400 mg per day of gabapentin vs. placebo. As with other reports, gabapentin was well tolerated – 9% of patient treated with gabapentin and 10% of patients treated with placebo withdrew due to adverse events. Mean pain scores decreased from baseline in all groups, but there were no significant differences between the treatment groups and placebo. The authors speculate that the unusually high response rate (27%) in the placebo group in this particular study obscured the clinical benefits of gabapentin.

On page 45 of his report, Dr. Perry refers to the unpublished data from protocol 945-430-295 (Rice 2001), but this was published in the journal *Pain* (Rice 2001). I disagree with his criticisms of this study. I feel, as did the reviewers of *Pain*, that it was a properly performed study that supported its conclusions – that gabapentin is an efficacious and well-tolerated treatment for postherpectic neuralgia.

On page 38 of his report, Dr. Perry refers to the results of a study presented in abstract form (Rowbotham MC, Diamond C et al., 10th World Pain Conference). Dr. Perry speculates that this study was not published because it would have provided evidence that the overall effects of larger doses of gabapentin were undesirable. I disagree with that conclusion of Dr. Perry. This same unpublished data shows that gabapentin was better in pain reduction in this population of patients with painful HIV neuropathy.

Dr. Perry also mentions (on page 55 in his report) that I was unaware of unpublished reports of acute pain studies completed by Parke-Davis in 1999-2000. The knowledge of such data would not alter my opinions in any way. Those studies have nothing to do with neuropathic pain, or other forms of chronic pain.

Dr. Nicholas Jewell, in his report dated July 29, 2008, states that, based on his evaluation of the data in Backonja et al. (1998), he concludes that the trial provides no basis of any clinical efficacy for gabapentin over placebo in this population. From my perspective, I have reviewed the published data in the report (Backonja et al., 1998) and I agree with the conclusions of the authors – that gabapentin is efficacious for the treatment of neuropathic pain.  I would point out that the accompanying editorial in that issue of JAMA (Journal of the American Medical Association) by well-know authorities on neuropathic pain (Low PA, Dotson RM, JAMA 1998;280:1863-1864) state "these 2 gabapentin trials confirm the clinical impression that this drug is efficacious in the treatment of chronic painful neuropathies, and provide data that suggest that this agent may prove to be the drug of first choice in most cases of post-herpetic neuralgia and some cases of painful diabetic neuropathy." I would also note that JAMA is one of the most

prestigious journals in clinical medicine, and has a thorough review process. As part of that review process, the article would have been reviewed critically by several experts in this field before the articles were accepted for publication. It passed through a review process that would assure, in the opinion of the reviewers and the editor, that the data in the article supports its conclusion.

Response to proposed lists of alternative drugs to gabapentin

I was provided two lists of drugs that are proposed as cheaper and more optimal alternatives to gabapentin for the treatment of neuropathic pain. The first list was detailed in the declaration of Mirta Millares. For neuropathic pain the agents listed include tricyclic antidepressants (amitriptyline, desipramine, and nortriptyline), topical capsaicin, and carbamazepine. Also mentioned are non-prescription medications such as naproxen and aspirin for neuropathic pain. Of note, no opoids are listed as alternatives to gabapentin for neuropathic pain. The second list is included as Appendix A in plaintiff ASEA's second supplemental responses to defendants' second set of interrogatories. The list of alternatives medications for neuropathic pain include tricyclic antidepressants (amitriptyline, desipramine, and nortriptyline), topical capsaicin, carbamazepine, non-steroidal anti-inflammatory agents (aspirin, celecoxib, diclofenac, naproxen), duloxetine, and lidocaine patch. The remaining 26 drugs listed are all opioid preparations.

I disagree with the statement that these agents are more optimal than gabapentin. There are no studies that support the superiority of any of these drugs to gabapentin. Every book chapter and review of neuropathic pain that I detailed above lists gabapentin as a first line agent for neuropathic pain. The individual agents identified in the 2 lists prepared by the plaintiffs are discussed below.

Aspirin and naproxen (or other non-steroidal anti-inflammatory agents (NSAIDs)) are not effective for the treatment of neuropathic pain. As Dr. Perry states in his report on page 20, "NSAIDs and acetaminophen typically have very limited utility for "neuropathic pain", especially for PDPN and PHN, and the NSAID class risks impairment of renal function, cardiovascular function and/or gastrointestinal bleeding.....and all NSAID toxicities are especially dangerous in old people." I agree with this statement.

Carbamazepine, an anticonvulsant drug, has been shown to be effective only in trigeminal neuralgia. It has not been shown to be effective in neuropathic pain and is of limited use as a third-line agent (see recent reviews - Dworkin 2007; Nodera 2005; Moulin 2007). It has the potential for serious hematologic toxicity, including life-threatening aplastic anemia. In addition, its use requires frequent blood work to monitor for bone marrow suppression.

Lidocaine patch has been shown to be effective in post-herpetic neuralgia (PHN), but not in neuropathic pain in other forms of neuropathy. It is an alternative, although not superior, to gabapentin for PHN but not other forms of neuropathic pain. Other topical agents, like capsaicin, have not been shown to be effective in neuropathic pain and in general are poorly tolerated by patients, due to the irritant skin effects.

Duloxetine is an antidepressant of the selective serontin and norepinephrine reuptake inhibitor class. It has been shown to be effective in 3 RCTs in painful diabetic neuropathy, but it has not been studied in other types of neuropathic pain. It is a new medication so there is limited long-term safety information and efficacy data are limited to studies of painful diabetic neuropathy, as such it is often considered a second line agent (Dworkin 2007). In my experience with patients it is less effective than gabapentin.

Opioids are not reasonable alternatives to gabapentin. Due to there significant side-effects and abuse potential, they are generally limited to second (Dworkin 2007) or third line (Moulin 2007) agents. I use them in patients with chronic neuropathic pain only if all other therapies fail.  A recent review (Dworkin 2007) in the journal *Pain* on the evidence-based recommendations for the pharmacologic management of neuropathic pain states, "because of these problematic aspects of opioid treatment, and given the efficacy of the first-line medications discussed above, treatment of chronic neuropathic pain with opioid agonists should generally be reserved for patients who have failed to respond to or cannot tolerate the first-line medications."

Lastly, tricyclic antidepressants, TCAs, (amitriptyline, desipramine, and nortriptyline) are equally effective as gabapentin for the treatment of neuropathic pain, but have a much more limiting side-effect profile. Most reviews list TCAs and gabapentin both as first-line agents. I, like many physicians, prefer to use gabapentin over the TCAs because it is much better tolerated. As Dr. Perry states in his report on page 19 about TCAs, "Unfortunately they carry virtually inevitable anti-cholinergic and alpha-blocking adverse effects...." Those side-effects include sedation, severe dry mouth, urinary retention, and orthostatic hypotension with dizziness and fainting. Some studies also implicate TCAs in an increased risk of sudden cardiac death and that they should be avoided in those patients who have ischemic cardiac disease or an increased risk of sudden cardiac death. These serious side-effects are not an issue with the use of gabapentin.

Conclusion

As a large neuromuscular referral center at the University of Pennsylvania, my colleagues and I have seen thousands of patients with neuropathic pain.  In my experience gabapentin is an effective drug for pain and is very well tolerated by patients. For ten years now gabapentin has been the first line agent that I use in patients with chronic neuropathic pain of many causes. I, and many of my colleagues, use gabapentin as the first drug in neuropathic pain for two reasons. First, it clearly is as effective in my experience, if not more so, than any other drug available for this use. Second, it is the best tolerated drug for this use, with the least bothersome side-effects and no requirement for blood monitoring. I continue to use it as a first line agent to this date. Gabapentin is on the hospital formulary at the Hospital of the University of Pennsylvania and is used on scores of in-patients with various types of pain. In my opinion, since the mid-1990s gabapentin has been one of the first line agents for neuropathic pain and related pain syndromes. Its use became standard of care in the medical community for neuropathic

Shawn Bird, M.D.                      Page 16                      12/12/2008

pain. Gabapentin has been a safe and effective drug for neuropathic and related pain, and its use in this clinical setting is appropriate. There are no alternative drugs that are more optimal than gabapentin for neuropathic pain. Every book chapter and review of neuropathic pain that I detailed above lists gabapentin as a first line agent for neuropathic pain. This opinion is based on my clinical experience with this drug in these disorders, other physicians' similar experience, and the medical literature that supports its use, including the various published and unpublished studies identified by the plaintiffs' experts.

The medical literature I reviewed for this report is attached and my hourly rate for the time spent is $400 per hour.

In summary, based on my clinical experience and expert review of the existing data, there was sufficient evidence for the use of gabapentin for all forms of neuropathic pain. All of the opinions expressed in this report are rendered to a reasonable degree of medical certainty.

Sincerely,

Shawn J. Bird, M.D.

Shawn Bird, M.D.        Page 17        12/12/2008

Reference List of Dr. Shawn Bird

1.    Ahn SH, Park HW, Lee BS, et al. Gabapentin Effect on Neuropathic Pain Compared Among Patients with Spinal Cord Injury and Different Durations of Symptoms. *Spine*. 2003;28(4):341-47.

2.    American Academy of Pain Medicine and the American Pain Society. Consensus Statement: The Use of Opioids for the Treatment of Chronic Pain. 1997.

3.    American Society of Anesthesiologists Task Force on Pain Management, Chronic Pain Section. Practice Guidelines for Chronic Pain Management. *Anesthesiology*. 1997;86: 995-1004.

4.    Attal N, Brasseur L, Parker F, Chauvin M, Bouhassira D. Effects of Gabapentin on the Different Components of Peripheral and Central Neuropathic Pain Syndromes: A Pilot Study. *Eur. Neurol*. 1998;40:191-200.

5.    Backonja M, Beydoun A, Edwards KR, et. al. Gabapentin for the Symptomatic Treatment of Painful Neuropathy in Patients with Diabetes Mellitus. *JAMA*. December 2, 1998;280(21):1831-1836.

6.    Backonja M. Gabapentin Monotherapy for the Symptomatic Treatment of Painful Neuropathy: a Multicenter, Double-Blind, Placebo-controlled Trial in Patients with Diabetes. *Epilepsia*. 1999;40 (Suppl 6):S57-S59.

7.    Backonja M, Glanzman RL. Gabapentin dosing for neuropathic pain: evidence from randomized, placebo-controlled clinical trials. *Clinical Therapeutics* 2003;23:81-104.

8.    Bajwa Z, Sami N, Ho CC. Antiepileptic Drugs in the Treatment of Neuropathic Pain. 2008. In: UpToDate, Rose BD (Ed.), UpToDate, Wellesley, MA. http://www.uptodate.com

9.    Baker K, Barkhuizen A. Pharmacologic Treatment of Fibromyalgia. *Current Pain and Headache Reports*. 2005;9:301-306.

10.    Bennett M. Gabapentin Significantly Improves Analgesia in People Receiving Opioids for Neuropathic Cancer Pain [Abstract]. *Cancer Treatment Reviews*. 2005;31:58-62.

11.    Bennett MI, Simpson KH. Gabapentin in the Treatment of Neuropathic Pain. *Palliative Medicine*. 2004;18:5-11.

12.    Bird SJ, Brown MJ: Diabetic Neuropathies. In Katirji B, Kaminski H, Preston D, Ruff R, Shapiro B (eds.), Neuromuscular Disorders in Clinical Practice, Butterworth-Heinemann, 2002, pp. 598-621.

Shawn Bird, M.D.                              Page 18                                        12/12/2008

13.    Bone M, Buggy D, Critchley P, Rowbotham D. Gabapentin Monotherapy in Postamputation Phantom Limb and Stump Pain: A Randomized, Double-Blind, Placebo-Controlled, Cross-Over Study. *Regional Anesthesia and Pain Medicine*. September-October 2002:27(5):481-486.

14.    Bosnjak S, Jelic S, Susnjhar S, Lukic V. Gabapentin for Relief of Neuropathic Pain Related to Anticancer Treatment: A Preliminary Study. *Journal of Chemotherapy*. 2002;14(2):214-219.

15.    Boswell M, Shah R, Everett C, et al. Interventional Techniques in the Management of Chronic Spinal Pain: Evidence-Based Practice Guidelines. *Pain Physician*. 2005:8:1-47.

16.    Caraceni A, Zecca E, Martini C, et al. Differences in Gabapentin Efficacy for Cancer Pain More Apparent Than Real [Letters], *Journal of Pain and Symptom Management*. February 2001:21(2):93-94.

17.    Caraceni A., Zecca E, Martini C, De Conno F. Gabapentin as an Adjuvant to Opioid Analgesia for Neuropathic Cancer Pain. *Journal of Pain and Symptom Management*. June 1999:17(6):441-445.

18.    Chandler A, Williams JE. Gabapentin, an Adjuvant Treatment for Neuropathic Pain in a Cancer Hospital [Letters]. *Journal of Pain and Symptom Management*. Aug 2000;20(2):82-86.

19.    Chiaramonti R, Lori S, Baggiore CM, et al. Painful Diabetic Neuropathy Treated with Gabapentin. *Neurology*. 52:A169-170, 1999.

20.    Chou R, Norris S, Carson S, Chan BKS. Drug Class Review for Neuropathic Pain. 2007. http://www.oshu.edu/drugeffectiveness/reports/final.cfm

21.    Dallochia C, Buffa C, Ligure N, et al. Gabapentin Versus Amitriptyline in Painful Diabetic Neuropathy. *Neurology*. 50:A102-3, 1998.

22.    Dallocchio C, Buffa C, Mazzarello P, et al. Gabapentin vs. Amitriptyline in Painful Diabetic Neuropathy. *Journal of Pain and Symptom Management*. 20:280-285, 2000.

23.    Devulder J, Lambert J, Naeyaert JM. Gabapentin for Pain Control in Cancer Patients' Wound Dressing Care. *Journal of Pain and Symptom Management*. July 2001:22(1):622-626.

24.    Dworkin RH, Backonja M, Rowbotham M, et al. Advances in Neuropathic Pain. *Arch. Neurol.* 2003;60:1524-1534.

25.    Dworkin RH, O'Connor AB, Backonja M, et al. Pharmacologic management of neuropathic pain: evidence-based recommendations. *Pain* 2007;132:237-251.

26.     Epstein B, Childers MK. The Use of Gabapentin for Neuropathic and Musculoskeletal Pain: A Case Series. *J. Neuro. Rehab*. 1998;12:81-86.

27.     Foley KM. Controlling Cancer Pain. *Hospital Practice*. April 15, 2000:101-112.

28.     Galer BS. Painful Polyneuropathy. *Neurologic Clinics*. 16:791-811, 1998.

29.     Gatti A, Jann S, Sandro B, Manuela B. Gabapentin in the Treatment of Distal Symmetric Axonopathy in HIV Infected Patients. *Neurology*. 50:A216, 1998.

30.     Gilron I, Orr E, Dongsheng T, O'Neill P, Zamora J, Bell A. A Placebo-Controlled Randomized Clinical Trial of Perioperative Administration of Gabapentin, Rofecoxib and Their Combination for Spontaneous and Movement-Evoked Pain After Abdominal Hysterectomy. *Pain*. 2005;113:191-200.

31.     Gilron I, Bailey JM, Tu D, et al. *Morphine, gabapentin or their combination for neuropathic pain*. N Engl J Med 2005:352:1324-1334.

32.     Gilron I, Watson PN, Cahill CM, Moulin DE. *Neuropathic pain: a practical guide for the clinician*. CMAJ 2006:175:265-275.

33.     Goodman F, Glassman P, Maglione M. Drug Class Review on Antiepileptic Drugs in Bipolar Mood Disorder, Neuropathic Pain, and Fibromyalgia. 2006. http://www.ohsu.edu/drugeffectiveness/reports/final.cfm

34.     Gordh TE, Stubhaug A, Jensen TS, et al. Gabapentin in traumatic nerve injury pain: a randomized double-blind, placebo-controlled, cross-over, multi-center study. *Pain* 2008;138:255-266.

35.     Gorson KC, Schott C, Herman R, Ropper A. Gabapentin in the Treatment of Painful Diabetic Neuropathy: A Placebo Controlled, Double Blind, Crossover Trial. *J. Neurol. Neurosurg. Psychiatry*. February 1999;66(2);251-252.

36.     Gorson KC, Schott C, Rand WM, et al. Gabapentin in the Treatment of Painful Diabetic Neuropathy: A Placebo-Controlled, Double-Blind, Crossover Trial. *Neurology*. 1998; 50:A103, 1998.

37.     Hainline B. Chronic Pain: Physiological, Diagnostic, and Management Considerations. *Psychiatr. Clin. N. Am*. 2005; 28;713-735.

38.     Hanley MA, Ehde D, Campbell KM, Osborn B, Smith D. Self-Reported Treatments Used for Lower-Limb Phantom Pain: Descriptive Findings. *Arch. Phys. Med. Rehabil*. February 2006:87:270-277.

39.     Khan RB, Hunt DL, Thompson, SJ. Gabapentin to Control Seizures in Children Undergoing Cancer Treatment. *Journal of Child Neurology*. February 2004;19(2):97-101.

40. La Spina I, Porrazzi D, Maggiolo F, et al. Gabapentin in Painful AIDS-Related Neuropathy. *Neurology*. 1999; 52:A190.

41. Levendoğlu F, Öğun, CÖ, Özerbil Ö, Ögun TC, Uğurlu H. Gabapentin is a First Line Drug for the Treatment of Neuropathic Pain in Spinal Cord Injury. *Spine*. 2004;29(7): 743-751.

42. Manchikanti L, Singh V. Managing Phantom Pain. *Pain Physician*. 2004;7:365-375.

43. Manchikanti L, Singh V, Kloth D, Slipman W, et al. Interventional Techniques in the Management of Chronic Pain: Part 2.0. *Pain Physician*. 2001;4(1):24-98.

44. Max MB, Culname M, Schafer SC, et al. Amitriptyline relieves diabetic neuropathic pain in patients with normal or depressed mood. *Neurology* 1987;37:589-590.

45. Max MB, Kishore-Kumar R, Schafer SC, et al. Efficacy of desipramine in painful diabetic neuropathy: a placebo-controlled trial. *Pain* 1991;45:3-5.

46. McCleane G. Pharmacological Strategies in Relieving Neuropathic Pain. *Expert Opin. Pharmacother*. 2004;5(6):1299-1312.

47. McPhee SJ, Papadakis MA and Tierney LM. Neuropathic Pain. In Current Medical Diagnosis and Treatment, McGraw Hill Medical, New York. 2007, pp. 80-81.

48. Mellegars MA, Furlan AD, Mailis A. Gabapentin for Neuropathic Pain: Systematic Review of Controlled and Uncontrolled Literature. *Clin. J. Pain*. 2001;17(4):284-295.

49. Mellick GA, Mellick LB. Reflex Sympathetic Dystrophy Treated With Gabapentin. *Arch. Phys. Med. Rehabil*. 1997;78:98-105.

50. Ménigaux C, Adam F, Guignard B, Sessler D, Chauvin M. Preoperative Gabapentin Decreases Anxiety and Improves Early Functional Recovery From Knee Surgery. *Anesth. Analg*. 2005;100:1394-1399.

51. Mera J, Martinez-Castrillo J, Mariscal A, Herrero A, Alvarez-Cermeño J. Autonomous Stump Movements Responsive to Gabapentin [Letter]. *J. Neurol*. 2004:251:346-347.

52. Mercadante S, Villari P, Fulfaro F. Gabapentin for Opioid-Related Myoclonus in Cancer Patients. *Support Care Center*. 2001:9:205-206.

53. Morello CM, Leckband SG, Stoner CP, Moorhouse DF, Sahagian GA. Randomized Double-Blind Study Comparing the Efficacy of Gabapentin with

Amitriptyline on Diabetic Peripheral Neuropathy Pain. *Arch. Int. Med.* September 13, 1999:159:1931-1937.

54.   Moulin DE, Clark AJ, Gilron I, et al. Pharmacological management of chronic neuropathic pain – consensus statement and guidelines from the Canadian Pain Society. *Pain Res Manag* 2007:12:13-21.

55.   Moulin DE. Peripheral Neuropathic Pain Disorders. In Noseworthy JH (ed.), Neurologic Therapeutics: Principles and Practice, Martin Dunitz, London. 2003, pp. 222-229.

56.   Namaka M, Gramlich CR, Ruhlen D, Melanson M, Sutton I, Major J. A Treatment Algorithm for Neuropathic Pain. *Clin. Therapeutics.* 2004;26(7):951-979.

57.   Nikolajsen L, Jensen TS. Phantom Limb Pain. *Bri. J. Anesth.* 2001:87(1):107-116.

58.   Nodera H, Herrmann DN. A Diagnostic and Treatment Approach to Painful Neuropathy. In Bromberg MB, Smith AG (eds.), Handbook of Peripheral Neuropathy, Taylor & Francis, Boca Raton. 2005, pp. 600-620.

59.   Pandey CK. Does Preemptive use of Gabapentin Have No Effect on Postoperative Pain and Morphine Consumption Following Lumbar Laminectomy and Discetomy [Correspondence]. *Neurosurg. Anesthesiol.* July 2005;17(3):172-173.

60.   Pandey CK, Sahay S, Gupta D, et al. Regional Anesthesia and Pain. *Can J. Anesth.* 2004;51(10):986-989.

61.   Polydefkis M. Painful Neuropathy. In Johnson RT, Griffin JW, McArthur JC (eds.), Current Therapy in Neurologic Disease, 6th Edition, Mosby, St Louis. 2002, pp. 373-375.

62.   Putzke JD, Richards, JS, Kezar L, Hicken L, Ness TJ. Long-Term Use of Gabapentin for Treatment of Pain After Traumatic Spinal Cord Injury. *The Clinical Journal of Pain.* 2002;18:116-121.

63.   Rice ASC, Maton S, Postherpetic Neuralgia Study Group. Gabapentin in Post-Herpetic Neuralgia: a Randomized, Double-Blind, Placebo Controlled Study. *Pain.* 2001;94(2): 215-224.

64.   Rorarius MGF, Mennander S, Suiminen P, et al. Gabapentin for the Prevention of Postoperative Pain After Vaginal Hysterectomy. *Pain.* 2004;110:175-181.

65.   Rowbotham M, Harden N, Stacey B, Bernstein P, Magnus-Miller L. Gabapentin for the Treatment of Postherpetic Neuralgia: a Randomized Controlled Trial. *JAMA.* December 2, 1998;280(21):1837-1842.

Shawn Bird, M.D.                           Page 22                              12/12/2008

66.    Rowbotham MC. Mechanisms and Pharmacologic Management of Neuropathic
       Pain. In Dyck PJ, Thomas PK 9eds.), Peripheral Neuropathy, Fourth Edition,
       Elsevier Saunders, New York. 2005, pp. 2637-2652.

67.    Sator-Katzenchlager SM, Schiesser AW, Sibylle A, et al. Does Pain Relief
       Improve Pain Behavior and Mood in Chronic Pain Patients. *Anesth. Analg.*
       2003;97:791-797.

68.    Serpell MG, Neuropathic Pain Study Group. Gabapentin in Neuropathic Pain
       Syndromes: a Randomized, Double-Blind, Placebo-Controlled Trial. *Pain.*
       2002;99(3):557-566.

69.    Tai Q, Kirshblaum S, Boquing C, Millis S, Johnston M, DeLisa JA. Gabapentin in
       the Treatment of Neuropathic Pain After Spinal Cord Injury: A Prospective,
       Randomized, Double-Blind, Crossover Trial. *The Journal of Spinal Cord
       Medicine.* Summer 2002;25(2):100-104.

70.    Tamez-Perez HE, Rodriguez AM, Gomez DO. Use of Gabapentin on Neuropathic
       Pain. *Med. Interna Mex.* 1998;14:251-253.

71.    Teasdall RD, Smith BP, Koman LA. Complex Regional Pain Syndrome (Reflex
       Sympathetic Dystrophy). *Clin. Sports Med.* 2004;23:145-155.

72.    To TP, Lim TC, Hill ST, Frauman AG, et al.  Gabapentin for Neuropathic Pain
       Following Spinal Cord Injury. *Spinal Cord.* 2002;40:282-285.

73.    Todorov A., Kolchev C, Todorov A. Tiagabine and Gabapentin for the
       Management of Chronic Pain. *Clin. J. Pain.* July/August 2005;21(4):358-361.

74.    Trescott A, Boswell M, Atluri S, et al. Opioid Guidelines in the Management of
       Chronic Non-Cancer Pain. *Pain Physician.* 2006;9:1-40.

75.    Turan A, Karamanlioğlu B, Memis D, et al. The Analgesic Effects of Gabapentin
       After Total Abdominal Hysterectomy. *Anesth. Analog.* 2004;98;1370-3.

76.    Turan A, Karamanlioğlu B, Memis D, et al. Analgesic Effects of Gabapentin
       After Spinal Surgery. *Anesthesiology.* 2004;100(4):935-938.

77.    Van de Vusse AC, Stomp-van den Berg SG, Kessels AH, Weber WE.
       Randomised Controlled Trial of Gabapentin in Complex Regional Pain Syndrome
       Type 1. *BMC Neurology.* Sep. 29, 2004;4:13.

78.    Wiffen PJ, McQuay HJ, Edwards, JE, Moore RA. Gabapentin for Acute and
       Chronic Pain (Review). Cochrane Database of Systematic Reviews. 2005, Issue 3,
       Art. No.: CD005452. DOI: 10.1002/14651858.CD005452.

Shawn Bird, M.D.                     Page 23                          12/12/2008

Research Reports from Parke-Davis and Pfizer

   1. 430-00124

   2. 430-00125

   3. 720-03908

   4. 720-04130

   5. 720-04378

   6. 720-04455

   7. 720-04471

   8. 720-04479

   9. 720-04481

  10. 720-04483

  11. 720-30044

  12. 720-30049

  13. 744-00664

  14. 744-00669

  15. 995-00070

  16. for protocol 945-210

  17. for protocol  945-211

  18. for protocol 945-220

  19. for protocol 945-224

  20. for protocol 945-271

  21. for protocol 945-430-295

  22. for protocol 945-430-306

  23. for protocol 945-1008

## UNIVERSITY OF PENNSYLVANIA - SCHOOL OF MEDICINE
### Curriculum Vitae

**December, 2008**

### Shawn J. Bird, M.D.

**Office address:**

Department of Neurology
Hospital of the University of Pennsylvania
3400 Spruce Street
Philadelphia, Pennsylvania 19104

Phone   (215) 662-6551
Fax      (215) 349-5579
E-mail  shawn.bird@uphs.upenn.edu

**Education:**

| | | | |
|---|---|---|---|
| 1974-79 | B.A. | Cornell University (Biology) |
| | B.S. | Cornell University (Electrical Engineering) |
| 1979-83 | M.D. | Johns Hopkins University |

**Postgraduate Training and Fellowship Appointments:**

1983-84    Intern in Internal Medicine, New York Hospital-Cornell University Medical Center, New York

1984-87    Resident in Neurology, Hospital of the  University of Pennsylvania, Philadelphia

1987-89    Fellowship, Clinical Neuromuscular Diseases and Electromyography, Hospital of the University of Pennsylvania, Philadelphia

**Military Service:**        None

**Faculty Appointments:**

1989-98    Assistant Professor of Neurology, Department of Neurology, University of Pennsylvania School of Medicine

1998-       Associate Professor of Neurology, Department of Neurology, University of Pennsylvania School of Medicine

**Hospital and Administrative Appointments:**

| | |
|---|---|
| 1989- | Director, Evoked Potential Laboratory, Department of Neurology, Hospital of the University of Pennsylvania |
| 1989-91 | Associate Director, Electromyography (EMG) Laboratory, Department of Neurology, Hospital of the University of Pennsylvania |
| 1991- | Director, Electromyography (EMG) Laboratory, Department of Neurology, Hospital of the University of Pennsylvania |
| 1994- | Director, Neurodiagnostic Laboratories, Department of Neurology, Hospital of the University of Pennsylvania |
| 1996- | Co-Director, Neuropathy Association Clinic, Department of Neurology, Hospital of the University of Pennsylvania |
| 1997- | Director, Clinical Neurophysiology Residency Program (ACGME Program #1874121087), University of Pennsylvania School of Medicine |
| 2000- | Director, Muscular Dystrophy Association (MDA) Clinic, Department of Neurology, Hospital of the University of Pennsylvania |

## Health System Committees:

| | |
|---|---|
| 1990-92 | Member, Medical-Legal Committee, Hospital of the University of Pennsylvania |
| 1994-99 | Member, Practice Affairs Committee, University of Pennsylvania Health System |
| 1996- | Member, Penn NeuroCare Board of Directors |
| 1996-99 | Member, Radnor Practice Advisory Group, University of Pennsylvania Health System |
| 1997- | Member, Professional Billing Subcommittee, Clinical Practices of the University of Pennsylvania |
| 1999- | Member, Clinical Effectiveness and Quality Improvement Committee, Hospital of the University of Pennsylvania |

## Specialty Board Certification:

| | |
|---|---|
| 1989 | American Board of Electrodiagnostic Medicine (ABEM) |
| 1990 | American Board of Psychiatry and Neurology (ABPN); (October 1990, certificate # 33469) |
| 1992 | American Board of Neurology and Psychiatry,  Added Qualifications in Clinical Neurophysiology (March 1992, certificate # 20) |

## Licensure:                        Pennsylvania (MD039328E)

## Awards, Honors, and Memberships in Honorary Societies:

| | |
|---|---|
| 1979 | Phi Beta Kappa, Cornell University |
| 1983 | Alpha Omega Alpha, Johns Hopkins University School of Medicine |
| 1992 | Neurology Resident's Award for Faculty Excellence in Teaching, Department of Neurology, University of Pennsylvania |
| 1996 | "Top Docs" (EMG/electrodiagnosis), Philadelphia Magazine |
| 1996 | The Best Doctors in America (Northeast region: neuromuscular disease) |
| 1999 | The Best Doctors in America (fourth listing) |
| 1999 | "Top Docs" (electrodiagnosis), Philadelphia Magazine |
| 2001 | Neurology Resident's Award for Faculty Excellence in Teaching, Department of Neurology, University of Pennsylvania |
| 2005 | The Best Doctors in America (2005-2006 edition) |
| 2007 | The Best Doctors in America (2007-2008 edition) |

## Memberships in Professional and Scientific Societies:

**National Societies:**
American Academy of Neurology (AAN)
American Neurological Association (ANA)
American Association of Neuromuscular and Electrodiagnostic Medicine (AANEM)
(Member: Course Committee, 2007-; Special Interest Group Committee, 1999-2006; Journal (Muscle & Nerve) Committee, 1994-9; Historical Committee, 1990-94)
American Academy of Clinical Neurophysiology (AACN)
American Clinical Neurophysiology Society (ACNS)
The Neuropathy Association

**Local Societies:**
Philadelphia Neurologic Society
President, 2000-2001
Vice-President, 1999-2000

## Editorial Positions:

**Ad hoc reviewer for:**

| 1990- | Muscle & Nerve |
|---|---|
| 1994- | Journal of Neurological Sciences |
| 1996- | Neurology |
| 1998- | Journal of Neurology, Neurosurgery, and Psychiatry |
| 1989-94 | Annals of Neurology |

## Principal Investigator of Grants:

A 24-Month, Double-Blind, Randomized, Placebo-Controlled, Fixed-Dose, Parallel-Group, Multicenter Study of Zenarestat (CI-1014) in the Treatment of Diabetic Neuropathy, Protocol 1014-01, Parke-Davis, 1997-2001

Phase III, Multicenter, Double-Blind, Placebo-controlled, Parallel-Group Study of the Efficacy and Safety of Recombinant Human Nerve Growth Factor (rhNGF) in Patients with Diabetic Polyneuropathy; Protocol #K0718g, Genentech, 1997-99.

A Treatment Protocol Using Myotrophin (human mecasermin) Injection in Patients with Amyotrophic Lateral Sclerosis; Protocol C0151a/500/AL/US, Cephalon, 1996-99.

Open-Label Trial of Rilutek (riluzole) 50 mg BID in Treatment of Amyotrophic Lateral Sclerosis (ALS); Protocol RP 54274-420, Rhone-Poulenc Rorer Pharmaceuticals, 1995-96.

Extension of Treatment Beyond Nine Months and Re-Assignment of Placebo-treated Patients to Treatment with Active Drug; Protocol A-9202f, Regeneron Pharmaceuticals, 1994-96.

Autonomic Dysfunction in Patients with Functional Gastrointestinal Disease, Co-PI, 1994-95 .

Phase II-III Prospective, Randomized, Double-blind, Placebo-controlled, Dose-ranging and Efficacy Study of Recombinant Human Ciliary Neurotrophic Factor (rHCNTF) in Patients with Amyotrophic Lateral Sclerosis (ALS); Protocol A-9202, Regeneron Pharmaceuticals, 1992-1994.

Measurement of Muscle Strength and Abilities to Perform Activities of Daily Living in Patients with Amyotrophic Lateral Sclerosis; Protocol A-9203, Regeneron Pharmaceuticals, 1992-1993.

**Major Clinical Responsibilities for the University of Pennsylvania:**

1. Attending physician, HUP inpatients and consultation services: 2 to 3 months per year
2. Attending physician, Neuromuscular diseases outpatient clinic, with a resident or fellow: two ½ days per week
3. Electrodiagnostic (EMG) consultations, with a resident or fellow: five ½ days per week
4. Evoked potential interpretation, ¼ day per week
5. Direct experimental drug protocols with 10 to 40 patients enrolled

**Major Teaching Responsibilities at the University of Pennsylvania:**

1. Clinical neurophysiology conference for residents and fellows (course director): weekly
2. Group leader, Integrative Neuroscience (ID110)
3. Supervise Neurology 200 students two months per year
4. Supervise EMG training elective for residents and fellows: five ½ days per week
5. Supervise fellows in Neuromuscular diseases clinic: two ½ days per week

**Lectures by Invitation (past five years):**

| February 13, 2003 | "Diabetic neuropathies" – Department of Medicine, University of Pennsylvania, Philadelphia, PA |
| February 27, 2003 | "Electrodiagnosis of myopathies" - 30th Annual Course in Electrodiagnostic Medicine, Jefferson Medical College, Philadelphia, PA |
| March 29, 2003 | "Physiology and electromyography" – Physical Medicine and Rehabilitation Grand Rounds, Graduate Hospital, Philadelphia, PA |
| November 2, 2003 | "Neuropathies associated with paraproteinemia", Neuroscience Conference, Medical Society of Delaware, Christiana Hospital, Wilminton, DE |
| April 1, 2004 | "Electrodiagnosis of myopathies"- 31th Annual Course in Electrodiagnostic Medicine, Jefferson Medical College, Philadelphia, PA |
| May 25, 2004 | "Electrodiagnosis of critical illness polyneuropathy and |

|  | Myopathy" - Physical Medicine and Rehabilitation Grand Rounds, University of Pennsylvania, Philadelphia, PA |
|---|---|
| October 1, 2004 | "Neuromuscular weakness in ICU patients" - Neurology/ Neurosurgery Grand Rounds, Temple University, Philadelphia, PA |
| October 2, 2004 | "Neurophysiology" and "Neuromuscular" - Penn Neurology Board Review Course, Crowne Plaza Hotel, Philadelphia, PA |
| November 6, 2004 | "A novel toxic neuropathy producing quadriplegia" – Amercian Association of Electrodiagnostic Medicine, Savannah, GA |
| February 18, 2005 | "Neuromuscular weakness in critical illness" - Neurology Grand Rounds, Thomas Jefferson University, Philadelphia, PA |
| March 10, 2005 | "Approach to patients with myopathies" - 32nd Annual Course in Electrodiagnostic Medicine, Jefferson Medical College, Philadelphia, PA |
| September 22, 2005 | "Do recent publications improve our understanding of weakness in the ICU?" - American Association of Neuromuscular and Electrodiagnostic Medicine, Monterey, CA |
| September 30, 2005 | "Clinical Neurophysiology" and "Neuromuscular" - Penn Neurology Board Review course, Crowne Plaza Hotel, Philadelphia, PA |
| October 14, 2005 | "Neuromuscular weakness in the critical care setting" - Neurology Grand Rounds, Lehigh Valley Hospital, Allentown, PA |
| November 10, 2005 | "Electrodiagnosis of peripheral nerve injuries"- Neurosurgery Grand Rounds, University of Pennsylvania, Philadelphia, PA |
| March 16, 2006 | "Electrodiagnostic approach to patients with myopathies" – 33rd Annual Course in Electrodiagnostic Medicine, Jefferson Medical College, Philadelphia, PA |

Shawn J. Bird, MD                                                                                     Page 7

| | |
|---|---|
| **June 22, 2006** | **"EMG and nerve conduction studies in orthopaedic disorders" – Orthopaedic Surgery Grand Rounds, University of Pennsylvania, Philadelphia, PA** |
| **July 29, 2006** | **"Interesting neuromuscular case presentations" – American Society of Electrodiagnostic Technologists Annual Conference, Philadelphia, PA** |
| **September 14, 2006** | **"Critical illness myopathy" – Clinical symposium, 28th International Congress of Clinical Neurophysiology, Edinburgh, Scotland** |
| **September 29, 2006** | **"Clinical Neurophysiology" and "Neuromuscular" - Penn Neurology Board Review course, Crowne Plaza Hotel, Philadelphia, PA** |
| **October 14, 2006** | **"Update on critical illness myopathy"-  American Association of Neuromuscular and Electrodiagnostic Medicine, Washington, DC** |
| **December 7, 2007** | **"Myosin lost: critical illness myopathy" – Wellstone Center muscle symposium, University of Pennsylvania** |
| **March 9, 2007** | **"Diagnosis and management of critical illness polyneuropathy and critical illness myopathy" – Neurology Grand Rounds, Temple University, Philadelphia** |
| **October 5, 2007** | **"Clinical Neurophysiology" and "Neuromuscular" - Penn Neurology Board Review course, Marriott Courtyard Hotel, Philadelphia, PA** |
| **October 20, 2007** | **"Myasthenic crisis" - American Association of Neuromuscular and Electrodiagnostic Medicine, Phoenix, AZ** |
| **September 11, 2008** | **"Critical illness myopathy" – Neurology Grand Rounds, University of Pennylvania, Philadelphia** |
| **September 20, 2008** | **"Acute neuropathy and respiratory failure with occlusive angiopathy" - American Association of Neuromuscular and Electrodiagnostic Medicine, Providence, RI** |
| **September 26, 2008** | **"Clinical Neurophysiology" and "Neuromuscular" - Penn Neurology Board Review course, Marriott Courtyard Hotel,** |

Shawn J. Bird, MD                                                                                    Page 8

## Philadelphia, PA

**Organizing Roles in Scientific Meetings:**

**"Needle EMG basics: workshop"** - workshop leader.  American Association of
Electrodiagnostic Medicine, Orlando, FL, September, 1998

**"Critical care:  difficult cases"** - organizer, Amercian Association of Electrodiagnostic
Medicine, Orlando, FL, September, 1998

**"Needle EMG basics"** - workshop leader, American Association of Electrodiagnostic
Medicine, Vancouver, Canada, October, 1999

**"Critical care myopathies"** - organizer, American Association of Electrodiagnostic
Medicine, Vancouver, Canada, October, 1999

**"Critical care: Guillain-Barré syndrome"** - organizer, American Association of
Electrodiagnostic Medicine, Philadelphia, PA, September, 2000

**"Breakfast with the experts: intensive care unit"** - American Association of
Electrodiagnostic Medicine, Philadelphia, PA, September, 2000

**"Critical care: pediatric neuromuscular diseases in the ICU"** – co-organizer,
American Association of Electrodiagnostic Medicine, Albuqueque, NM,
October, 2001

**"Breakfast with the experts: intensive care unit"** - American Association of
Electrodiagnostic Medicine, Albuqueque, NM October, 2001

**"Critical care symposium: respiratory issues in the ICU"** - organizer; American
Association of Electrodiagnostic Medicine, Toronto, Canada, October, 2003

**"Critical care: interesting case presentations"** – organizer; American Association of
Electrodiagnostic Medicine,Savannah, GA November, 2004

**"Update on crical illness myopathy and polyneuropathy"** – co-organizer; American
Association of Neuromuscular and Electrodiagnostic Medicine, Monterey, CA
September, 2005

**"Critical care symposium: update on neuromuscular weakness in the ICU"**
organizer; American Association of Neuromuscular and Electrodiagnostic
Medicine, Washington, DC September, 2006

**"Disorders of Neuromuscular Transmission in the ICU"** – organizer; American Association of Neuromuscular and Electrodiagnostic Medicine, Phoenix, AZ October, 2007

**"Breakfast with the experts: inherited neuropathies"** - American Association of Neuromuscular and Electrodiagnostic Medicine, Providence, RI September 2008

**"Breakfast with the experts: neuromuscular weakness in the ICU"** – American Association of Neuromuscular and Electrodiagnostic Medicine, Providence, RI September 2008

**"Critical care symposium: case presentations"** - organizer; American Association of Neuromuscular and Electrodiagnostic Medicine, Providence, RI September, 2008

<u>**Bibliography:**</u>

<u>**Research Publications, peer reviewed:**</u>

1.    Heiman TD, <u>Bird SJ</u>, Parry GJ, Varga J, Shy ME, Culligan NW, Garcia CA, Tahmoush AJ:  Peripheral neuropathy associated with eosinophilia-myalgia syndrome.  Ann Neurol  28:522-528, 1990.

2.    <u>Bird SJ</u>:  Pure motor neuropathy and lower motor neuron syndromes.  Curr Opinion Neurol Neurosurg  3:704-708, 1990.

3.    Griffin JW, Cornblath DR, Alexander E, Campbell J, Low PA, <u>Bird SJ</u>, Feldman EL:  Ataxic sensory neuropathy and dorsal root ganglionitis associated with Sjogren's syndrome.  Ann Neurol  27:304-315, 1990.

4.    <u>Bird SJ</u>:  Autonomic neuropathies and sympathetic dystrophies.  Curr Opinion Orthoped  2:258-262, 1991.

5.    Chaudhry V, Watson DF, <u>Bird SJ</u>, Cornblath DR:  Stimulated single-fiber electromyography in Lambert-Eaton myasthenic syndrome.  Muscle Nerve  14: 1227-1230, 1991.

6.    <u>Bird SJ</u>, Sladky JT:  Corticosteroid-responsive dominantly inherited neuropathy in childhood.  Neurology  41:437-439, 1991.

7.    Galetta SL, Sergott R, Wells GB, Atlas S, <u>Bird SJ</u>: Spontaneous remission of a third nerve palsy in meningeal lymphoma.  Ann Neurol  32:100-102, 1992.

8.    <u>Bird SJ</u>:  Clinical and electrophysiologic improvement in the Lambert-Eaton syndrome with intravenous immunoglobulin therapy. Neurology 42:1422-1423, 1992.

9.    Wolfe GI, Raps EC, Galetta SL, Siderowf AD, Brown MJ, <u>Bird SJ</u>:  Systemic non-Hodgkin's lymphoma presenting as neurogenic respiratory failure.  Neurology  45:589-590, 1995.

10.   Wolfe GI, Galetta SL, Teener J, Katz JS, <u>Bird SJ</u>:  Site of autonomic  dysfunction in a patient with Ross' syndrome and postganglionic Horner's syndrome.  Neurology  45:2094-2096, 1995.

11.   Rich MM, Raps EC, <u>Bird SJ</u>:  Distinction between acute myopathy syndrome and critical illness polyneuropathy.  Mayo Clin Proc  70:198-199, 1995.

12.   <u>Bird SJ</u>, Brown MJ, Shy ME, Scherer SS:  Chronic inflammatory  demyelinating polyneuropathy (CIDP) associated with melanoma.  Neurology 46:822-824, 1996.

13.   Rich MM, Teener JW, Raps EC, Schotland DL, <u>Bird SJ</u>:  Muscle is electrically inexcitable in acute quadriplegic myopathy. Neurology  46:731-737, 1996.

14.   <u>Bird SJ</u>, Brown MJ:  Acute focal neuropathy in male weightlifters.  Muscle Nerve 19:897-899,1996.

15.   Teener JW, Rich MM, Raps EC, <u>Bird SJ</u>:  Polyneuropathy after mechanical ventilation.  JAMA  275:442-443, 1996.

16.   Bergqvist C, Goldberg HI, Thorarensen O, <u>Bird SJ</u>: Posterior cervical spinal cord infarction following vertebral artery dissection.  Neurology 48:1112-1115, 1997.

17.   Rich MM, Teener JW, <u>Bird SJ</u>:  Treatment of Lambert-Eaton syndrome with intravenous immunoglobulin.  Muscle Nerve 20:772-774, 1997.

18.   Rich MM, <u>Bird SJ</u>, Raps EC, McCluskey LF, Teener JW: Direct muscle stimulation in acute quadriplegic myopathy.  Muscle Nerve 20:665-673, 1997.

19.   Lynch DR, Hara H, Yum S, Chance PJ, Bird SJ, Fischbeck KH: Autosomal
      transmission of HMSN III (Dejerine Sottas disease).  Neurology
      49:601-603, 1997.

20.   Bird SJ, Hanno PM:  Diagnosis of erectile dysfunction: value of
      bulbocavernosus reflex latencies, nerve conduction studies, and
      autonomic testing.  J Neurol Sci 154:8-13, 1998.

21.   Rich MM, Teener JW, Raps EC, Bird SJ. Muscle inexcitability in patients with
      reversible paralysis following steroids and neuromuscular blockade.
      Muscle Nerve 21:1231-1232, 1998.

22.   Donofrio PD, Bird SJ, Assimos DG, Mathes DD: Iatrogenic superior gluteal
      mononeuropathy.  Muscle Nerve 21:1794-1796, 1998.

23.   Rostami AM, Sater RA, Bird SJ, Galetta S, Farber RE, Silberberg DH,
      Grossman RI, Pfohl D, Kamoun M: A double-blind, placebo-
      controlled trial of extracorporeal photopheresis in chronic progressive
      multiple sclerosis. Multiple Sclerosis 5:198-203, 1999.

23.   Bennett JL, Pelak VA, Mourelatos Z, Bird SJ, Galetta SL: Acute sensorimotor
      polyneuropathy with tonic pupils and an abduction deficit: an
      unusual presentation of polyarteritis nodosa. Surv Ophthalmol
      43:341-344, 1999.

25.   Sater RS, Rostami AM, Galetta S, Farber RE, Bird SJ: Serial evoked potentials
      studies and MRI imaging in chronic progressive multiple sclerosis.
      J Neurol Sci 171:79-83, 1999.

26.   McCluskey L, Feinberg D, Cantor C, Bird SJ: Pseudo-conduction block in
      vasculitic neuropathy.  Muscle Nerve 22:1361-1366, 1999.

27.   Quan D, Bird SJ: Nerve conduction studies and electromyography in the
      evaluation of peripheral nerve injury. Univ PA Orthop J 12:45-51,
      1999.

28.   McCluskey L, Feinberg D, Bird SJ: Conduction block in vasculitic neuropathy.
      Muscle Nerve (letter, in press), 1999.

29.   Quan D, Rich MM, Bird SJ: Acute idiopathic dysautonomia: electrophysiology
      and response to intravenous immunoglobulin.  Neurology 54:770-771,
      2000.

30.     **Bird SJ**, Rich MM: Neuromuscular complications of critical illness.  The Neurologist 6:2-11, 2000.

31.     Shin RK, Galetta SL, Ting TY, Armstrong K, **Bird SJ**: Ross syndrome with sympathetic ocular denervation (Horner syndrome). Neurology 55:1841-1846, 2000.

32.     Kleopa KA, Teener JW, Scherer SS, Galetta SL, **Bird SJ**: Chronic multiple paraneoplastic syndromes. Muscle Nerve 23:1767-1772, 2000.

33.     Kleopa KA, Raizen DM, Friedrich CA, Brown MJ, **Bird SJ**: Acute axonal neuropathy in maple syrup urine disease. Muscle Nerve 24:284-287, 2001.

34.     Antoniou J, Tae SK, Williams GR, **Bird SJ**, Ramsey ML, Iannotti JP: Suprascapular neuropathy: variability in diagnosis, treatment, and outcome. Clin Orthop 386:131-138, 2001.

35.     Bolton CF, **Bird SJ**: Clinical neurophysiology in the intensive care unit: the peripheral nervous system. EEG Clin Neurophys (supplement), (in press), 2002.

36.     Lacomis D, Zochodne DW, **Bird SJ**: Critical illness myopathy. Muscle Nerve 23:1785-1788, 2001.

37.     Kleopa K, **Bird SJ**: Carpal tunnel syndrome. American College of Physicians – American Society of Internal Medicine, Physician's Information and Education Resource (PIER), www.acponline.org, 2001.

38.     Shrager JB, Deeb ME, Mick R, Brinster CJ, Childress HE, Marshall MB, Kucharczuk JC, Galetta SL, **Bird SJ**, Kaiser LR: Transcervical thymectomy for myasthenia gravis achieves results comparable to thymectomy by sternotomy. Ann Thorac Surg 74:320-327, 2002.

39.     **Bird SJ**, Rich MM: Critical illness myopathy and polyneuropathy. Curr Neurol Neurosci Reports. 2:527-533, 2002.

40.     Levine JM, Taylor RA, Elman LB, **Bird SJ**, Lavi E, Stolzenberg ED, McGarvey ML, Asbury AK, Jimenez SA. Involvement of skeletal muscle in dialysis-associated systemic fibrosis (nephrogenic fibrosing dermopathy). Muscle Nerve 30:569-577, 2004.

41.     Brown MJ, **Bird SJ**, Watling S, Kaletta H, Hayes L, Eckert S, Foyt H. Natural

progression of diabetic peripheral neuropathy (DPN) in the zenarestat study population. Diabetes Care 27:1153-1159, 2004.

42.     Brown MJ, <u>Bird SJ</u>, Watling S, Kaletta H, Hayes L, Eckert S, Foyt H. Natural progression of diabetic peripheral neuropathy (DPN) in the zenarestat study population. Diabetes Care 27:1153-1159, 2004.

43.     Hasbani MJ, Sansing LH, Perrone J, Asbury AK, <u>Bird SJ</u>. Encephalopathy and peripheral neuropathy following diethylene glycol ingestion. Neurology 64:1273-1275, 2005.

44.     <u>Bird SJ</u>, Brown MJ, Spino C, Watling S, Foyt H. Variability and value of multiple measurements of nerve conduction and quantitative sensory testing in patients with diabetic neuropathy from a large, multi-centered clinical trail. Muscle Nerve 34:214-224, 2006.

45.     <u>Bird SJ</u>. Diagnosis and management of critical illness myopathy and critical illness polyneuropathy. Current Treatment Options in Neurology 9:85-92, 2007.

**<u>Book  Chapters:</u>**

1.     <u>Bird SJ</u>, Brown MJ:  Peripheral neuropathies.  In Conn RB (ed.), Current Diagnosis 8, WB Saunders Co., Philadelphia, 1991, pp. 992-1004.

2.     Asbury AK, <u>Bird SJ</u>,:  Disorders of peripheral nerve.  In Asbury AK, McKhann GM, McDonald WI (Eds.), Diseases of the Nervous System, 2nd edition, WB Saunders Co., Philadelphia, 1991, pp. 252-269.

3.     Raps EC, <u>Bird SJ</u>, Hansen-Flaschen JJ:  Prolonged muscle weakness after neuromuscular blockade in the ICU.  Critical Care Clinics  10:799-813, 1994.

4.     <u>Bird SJ</u>, Brown MJ:  The clinical spectrum of diabetic neuropathy.  Seminars in Neurology  16:115-122, 1996.

5.     <u>Bird SJ</u>, Brown MJ:  Peripheral nerve.  Chapter 13 in  Dee R, Mango E, Hurst LC (eds.), Principles of Orthopaedic Practice, 2nd edition, McGraw-Hill, New York, 1996, pp. 129-150.

6.      Pleasure DE, <u>Bird SJ</u>, Scherer SS, Sladky JT, Schotland DL: Neuromuscular
            disease.  In Rosenberg RN (ed.),  Atlas of Clinical Neurology, Current
            Medicine, Philadelphia, 1997, pp. 11.1-11.16.

7.      Teener JW, Rich MM, <u>Bird SJ</u>:  Other causes of acute weakness in the
            intensive care unit.  Chapter 4 in Miller DH, Raps EC (eds.), Critical
            Care Neurology, Philadelphia, Butterworth-Heinemann, 1999, pp. 69-
            90.

8.      <u>Bird SJ</u>, Teener JW:  Acute neuromuscular weakness.  Chapter 67 in Lanken
            PN, Hanson CW, Manaker S (eds.),  The Intensive Care Unit Manual,
            W.B. Saunders, Philadelphia, 2001, pp. 755-766.

9.      Brown MJ, <u>Bird SJ</u>: Diabetic neuropathies. In Katirji B, Kaminski H, Preston
            D, Ruff R, Shapiro B (eds.), Neuromuscular Disorders in Clinical
            Practice, Butterworth-Heinemann, 2002, pp. 598-621.

10.     <u>Bird SJ</u>: Myopathies and disorders of neuromuscular transmission. In Brown
            W, Aminoff M, Bolton CF (eds.), Neuromuscular Function and
            Disease: Basic, Clinical and Electrodiagnostic aspects, WB Saunders,
            Philadelphia, 2002, pp. 1507-1520.

11.     Pleasure D, <u>Bird S</u>, Scherer S, Sladky S, Schotland D: Neuromuscular diseases.
            In Rosenberg RN (ed.),  Atlas of Clinical Neurology, 2nd edition,
            Current Medicine, Philadelphia, 2002 (in press).

12.     Bird SJ, Asbury AK: Toxic and metabolic neuropathies. In Asbury AK,
            McKhann G, McDonald WI, Goadsby PJ, McArthur JC (eds.), Diseases
            of the Nervous System: Clinical Neuroscience and Therapeutic
            Principles, 3rd edition, Cambridge University Press, Cambridge, 2002,
            pp. 1092-1109.

13.     <u>Bird SJ</u>: Critical care myopathies. In Stalberg E (ed), IFSCN Handbook of
            Clinical Neurophysiology, Elsevier, New York, 2002 (in press).

14.     <u>Bird SJ</u>: Suprascapular neuropathy. In Aminoff MJ, Daroff RB (eds),
            Encyclopedia of the Neurological Sciences, Vol. 3, Academic Press,
            San Diego, 2003, pp. 303-304.

15.     <u>Bird SJ</u>: Musculocutaneous neuropathy. In Aminoff MJ, Daroff RB (eds),
            Encyclopedia of the Neurological Sciences, Vol. 4, Academic Press,
            San Diego, 2003, pp. 448-449.

16.     <u>Bird SJ</u>: Clinical manifestations of myasthenia gravis. In: UpToDate, Rose BD

(Ed.), UpToDate, Wellesley, MA, 2005, 2006, 2007, 2008.

17.   **Bird SJ**: Diagnosis of myasthenia gravis. In: UpToDate, Rose BD
          (Ed.), UpToDate, Wellesley, MA, 2005, 2006, 2007, 2008.

18.   **Bird SJ**: Differential diagnosis of myasthenia gravis. In: UpToDate, Rose BD
          (Ed.), UpToDate, Wellesley, MA, 2005, 2006, 2007, 2008.

19.   **Bird SJ**: Treatment of myasthenia gravis - I. In: UpToDate, Rose BD
          (Ed.), UpToDate, Wellesley, MA, 2005, 2006, 2007, 2008.

20.   **Bird SJ**: Treatment of myasthenia gravis - II. In: UpToDate, Rose BD
          (Ed.), UpToDate, Wellesley, MA, 2005, 2006, 2007, 2008.

21.   **Bird SJ**: Chronic immunomodulating therapies for myasthenia gravis - I. In:
          UpToDate, Rose BD (Ed.), UpToDate, Wellesley, MA, 2005, 2006,
          2007, 2008.

22.   **Bird SJ**: Chronic immunomodulating therapies for myasthenia gravis - II. In:
          UpToDate, Rose BD (Ed.), UpToDate, Wellesley, MA, 2005, 2006,
          2007, 2008.

23.   **Bird SJ**: Thymectomy for myasthenia gravis. In:    UpToDate, Rose BD (Ed.),
          UpToDate, Wellesley, MA, 2005, 2006, 2007, 2008.

24.   **Bird SJ**: Myasthenic crisis. In: UpToDate, Rose BD (Ed.), UpToDate, Wellesley,
          MA, 2005, 2006, 2007, 2008

25.   **Bird SJ**, Stafford IP, Dildy GA: Management of myasthenia gravis in
          pregnancy. In: UpToDate, Rose BD (Ed.), UpToDate, Wellesley, MA,
          2005, 2006, 2007, 2008.

26.   Lancaster E, **Bird SJ**. Amyotrophic lateral sclerosis. In: Evidence at Hand, Ebell
          M (Ed.), Wiley, 2008 (in press).


**Contributions to peer-reviewed clinical research publications, participation cited but not by authorship:**


1.      **ALS CNTF Treatment Study Group: A double-blind placebo-controlled
          clinical trial of subcutaneous recombinant human ciliary**

neurotrophic factor (rHCNTF) in amyotrophic lateral sclerosis. Neurology  46:1244-1249, 1996.

2.      ALS CNTF Treatment Study Group: The ALS Functional Rating Scale: assessment of activities of daily living in patients with amyotrophic lateral sclerosis.  Arch Neurol  53:141-147, 1996.

3.      ALS CNTF Treatment Study Group: Prognostic indicators of survival in ALS. Neurology 50:66-72, 1998.

4.      Apfel SC, Kessler JA, Adornato BT, Litchy WJ, Sanders C, Rask CA and the NGF Study Group. Recombinant human nerve growth factor in the treatment of diabetic polyneuropathy. Neurology 51: 695-702, 1998.


**Publications, non-peer reviewed:**

Bird SJ: Cancer chemotherapy and neuropathy.  Neuropathy News (The Neuropathy Association), 2:5-6, 1997.

**Abstracts (work not yet published):**

Kleopa K, Raizen DM, Friedrich CA, Brown MJ, Bird SJ: Acute axonal neuropathy in maple syrup urine disease. Muscle Nerve, 2000.

Mirza N, Ruiz C, Bird S: Treatment of paradoxical vocal cord dysfunction with botulinum toxin and laryngeal biofeedback. Presented at the Pennsylvania Academy of Otolaryngology Head and Neck Surgery, June 24, 2000, Farmington, PA.

Bird SJ, Taylor JP, Haplea S, Teener JW, Rich MM. Myopathy in critically-ill children with loss of electrical muscle excitability. Muscle Nerve 22:1318,1999.

Brown MJ, Bird SJ: A simple diabetic neuropathy screening scale can predict measurable sural sensory responses.  Muscle Nerve 21:1576, 1998.

Quan D, Iannotti JP, Williams GR, Bird SJ: Isolated axillary neuropathy. Muscle Nerve 21:1572, 1998.

McCluskey LF, Bird SJ, Feinberg DM: Pseudo-conduction block in vasculitic mononeuritis multiplex attributable to focal motor axon conduction failure. Neurology 21:1590, 1998.

Yum SW, Melvin J, Bird SJ: Acute axonal motor neuropathy in children. Child
    Neurology Society Meeting, October 22, 1998, Montreal, Canada.

Tae SK, Williams GR, Bird SJ, Iannotti JP: Prognosis and management of
    peripheral nerve lesions affecting the shoulder girdle. American
    Shoulder and Elbow Surgeons, March 22, 1998, New Orleans,
    LA.

Bennett JL, Galetta S, Bird S, Mourelatos Z: No time to panic. Frank Walsh
    Society, 30th Annual Meeting, March 22-26, 1998, Orlando, FL.

Bird SJ, Williams GR, Iannotti JP: Suprascapular neuropathy: clinical and
    electrophysiologic features in 53 cases.  Muscle Nerve 20:1063,1997.

Bird SJ, Bank W, Brown MJ: Isolated inferior gluteal neuropathy.  Muscle
    Nerve 20:1063, 1997.

Rich MR, Teener JW, Bird SJ: Acute autonomic failure with subclinical
    neuromuscular dysfunction and response to intravenous
    immunoglobulin.  Muscle Nerve 20:1084, 1997.

Bird SJ, Yum S, Fischbeck KH, Lynch DR:  Dejerine-Sottas disease (hereditary
    motor and sensory neuropathy type III) as a dominantly-inherited
    disorder.  Muscle Nerve  19:1208, 1996.

DiPaola R, Rodriguez A, Reccio A, Goodin S, Orlick M, Mollman J, Bird S,
    Belsh J, Schuchter L: A Phase I study of amifostine and paclitaxel in
    patients with advanced malignancies.  Proc ASCO  15:488, 1996.

Mackin GA, Bird SJ, Adams CA, Raps EC:  EMG indicators of "critical illness
    myopathy" following prolonged neuromuscular blockade and high-
    dose corticosteroids. Muscle Nerve  17:1124, 1994.

Mackin GA, Bird SJ, George AL, Schotland DL:  Familial hypokalemic
    periodic paralysis without myotonia diagnosed by  the "high-dose"
    oral potassium loading test.  Muscle Nerve  16:1100, 1993.

Bird SJ, Mackin GA, Schotland DL, Raps EC:  Acute myopathic quadriplegia:
    a unique syndrome associated with vecuronium and steroid
    treatment.  Muscle Nerve  15:721, 1992.

Bird SJ:  Inclusion body myositis:  diagnostic value of repeat biopsy.  Muscle
    Nerve  15:722, 1992.

Bird SJ, Hanno PM:  Bulbocavernous reflex latencies and autonomic testing in the diagnosis of erectile dysfunction. Muscle Nerve  13:870, 1990.

Bird SJ, Mollman J:  Brainstem auditory evoked potentials are an insensitive indicator of cisplatin ototoxicity. Neurology  40 (Suppl 1):247, 1990.

Khella SL, Bird SJ, Brown MJ:  Acute post-infectious mononeuritis multiplex without systemic vasculitis.  Neurology  40 (Suppl 1):300, 1990.

Rostami AM, Farber RE, Pfohl D, Kamoun M, Bird SJ, et al: Double-blind clinical trial of extracorporeal photopheresis in chronic progressive multiple sclerosis.  Neurology  40 (Suppl 1):393, 1990.

Culligan NW, Tahmoush AJ, Bird SJ, Heiman TD, Parry GJ, Shy ME:  Nerve conduction and electromyographic findings in the peripheral neuropathy associated with the eosinophilia-myalgia syndrome. Muscle Nerve  13:865, 1990.

Bird SJ:  Late chronic progressive denervation:  the post-polio syndrome without poliomyelitis.  Neurology 39 (Suppl 1):341, 1989.

Bird SJ, Kaji R, Mollman J:  Sensory evoked potentials are a sensitive indicator of cisplatin neuropathy.  Neurology  39 (Suppl 1):263, 1989.