# EXHIBIT A

## EXPERT REPORT OF ANDREW SLABY

## EXECUTIVE SUMMARY

Gabapentin is an effective treatment for some patients suffering from bipolar and other mood disorders. It is a remarkably safe medicine, with few side effects and drug-drug interactions. In my opinion, it is a valuable tool in helping to alleviate symptoms of a number of psychiatric conditions.

Dr. Jeffrey Barkin concludes otherwise, based on what he perceives as the state of the so-called "Level-1" evidence (results from randomized double-blind, placebo-controlled clinical trials) regarding gabapentin's effectiveness in these disorders. Dr. Barkin's particular view of "evidence based medicine" would require doctors to prescribe medicines based only on the available Level-1 evidence: "When there are numerous treatments with and without Level 1 Evidence, we are compelled to use those whose use is supported with the strongest evidence, i.e. those with Level 1 Evidence." This view elevates the modal patient over the individual patient. It wrongly emphasizes Level-1 evidence to the exclusion of the other types of evidence on which doctors routinely (and often must) base prescribing decisions, and it ignores the numerous factors that doctors must consider when selecting the most appropriate treatment for an individual patient.

Dr. Barkin's report also ignores the limitations of randomized double-blind, placebo-controlled clinical trials. Such trials typically study patients with mild to moderate symptoms with no complicating factors or comorbidities. Positive results from such trials suggest therapies that *might* be effective in treating patients suffering from the studied condition. But many patients – particularly those with severe or complicated symptoms, patients with comorbidities, and patients who are otherwise different from patients studied in such trials – do not respond to treatments whose effectiveness is supported by Level-1 evidence. For these patients, physicians must look to alternatives whose efficacy may be suggested by only Level-2 or Level-3 evidence. Dr. Barkin likewise wrongly generalizes from so-called "failed" studies and asserts that they "definitively demonstrate" that gabapentin is ineffective in treating patients with bipolar and other mood disorders. Just as a positive study does not mean that a drug will work for all patients suffering from the studied condition, a failed study does not mean that a drug will not help any patient suffering from the studied condition.

I have reviewed the literature concerning gabapentin's efficacy in bipolar and other mood disorders. In my opinion, the totality of the evidence (Level-1, Level-2 and Level-3 evidence) supports gabapentin's efficacy in treating some subpopulations of patients with bipolar and other mood disorders. In that way, the literature is consistent with my own clinical experience prescribing gabapentin to bipolar and other mood-disordered patients.

## BACKGROUND AND QUALIFICATIONS

After graduating Columbia University's College of Physicians and Surgeons, I completed a medical internship at Boston City Hospital in Boston, Massachusetts. I also trained in psychiatry at Yale University where I concomitantly completed work on a Ph.D. in Epidemiology. After completing training at Yale, I worked in the Laboratory of Clinical Psychopharmacology at the National Institute of Mental Health. I then returned to Yale to teach, direct the Primary Care – Emergency Service of the Yale New Haven Hospital, and see outpatients for psychiatric treatment. During my time at Yale I served as a psychopharmacologic consultant to the chronic care service, providing care for patients discharged and released from Connecticut State psychiatric hospitals for continuing care at the Connecticut Mental Health Center.

I left Yale in 1978 and spent a year at the National Institute of Mental Health in the Staff College where I taught individuals providing emergency psychiatric care to acutely ill psychiatric patients at federally funded mental health centers. At the same time I was an Associate Professor of Psychiatry at George Washington University's Medical School in Washington, D.C.

In 1979 I became Professor of Psychiatry and Human Behavior at Brown University's School of Medicine in Providence, Rhode Island and Psychiatrist-in-Chief of Rhode Island Hospital. I was also made Chief of Psychiatry at Women and Infants Hospital in Providence. In addition to teaching psychiatry there and directing the general hospital's departments of psychiatry, I taught psychiatric epidemiology and saw private patients.

In 1987 I moved to the New York area and became Medical Director of two private psychiatric hospitals and Clinical Professor of Psychiatry at both New York University School of Medicine and New York Medical College. I commenced a private practice in the New York-New Jersey metro area in 1987 and have continued in both my academic roles and private practice to this date. In 1994 I resigned as Medical Director at the Regent Hospital to focus on my private practice. My current patients are predominantly individuals with various affective illnesses, including bipolar disorder, anxiety disorders, and substance abuse disorders.

Throughout my career I have written extensively, performed research, and lectured nationally and internationally on emergency psychiatry, epidemiology, suicidology, and other related clinical psychiatric matters. I have a particular interest in suicide prevention and management of the suicidal patient and in particular of symptoms and circumstances that increase suicide risk. I have served as President of the Tri County Psychiatric Society and the American Association of Suicidology and am on the National Board of the American Foundation of Suicide Prevention. I am a member of the American College of Psychiatrists, a member of the Group for Advancement of Psychiatry, and an Esteemed Fellow of the American Psychiatric Association. I am also on the Board of the International

2

Academy of Law and Mental Health, and I am a Trustee of the HealthCare Chaplaincy Board of New York City.

## PURPOSE OF REVIEW

In this report I discuss why physicians prescribe drugs off-label. I also review the literature discussing gabapentin's efficacy in the management of bipolar and mood disorders, and I respond to Dr. Barkin's report. I specifically address Dr. Barkin's inappropriate interpretation of "Evidence-Based Medicine" and his contention that the most effective medications – and the medications that physicians should therefore use for all patients suffering from a particular disorder – are those whose efficacy is established by so-called "Level-1 evidence." I conclude that gabapentin can be an effective treatment in some bipolar patients and that physicians such as myself appropriately use gabapentin off-label to treat bipolar and other mood disordered patients. I incorporate by reference the prior reports I submitted in this matter.

## REASONS PHYSICIANS EXPLORE
## OFF-LABEL USE OF A PHARMACOLOGIC AGENT

Physicians prescribe medicines off-label for a number of reasons. They seek off-label options when FDA-approved treatments fail to work for a patient, when FDA-approved treatments are contraindicated, when patients have tolerability problems with indicated treatments, or when there is no FDA-approved drug to treat a patient's condition.

Available on-label medications often fail to provide any relief or only partial relief of psychiatric symptoms suffered by a patient. Only approximately 33% to 45% of patients on a single antidepressant obtain full remission. Approximately 55% - 67% of patients obtain only a partial response or no response at all. For example, lithium carbonate, which was approved for management of bipolar disorder in the early 1970's and which Dr. Barkin describes as a cornerstone in the treatment of bipolar disorder, has been found over time to have less of an impact than it once promised to have. Approximately one-half of bipolar patients do not respond to lithium therapy and more than one-half of those who do will develop resistance to lithium treatment over time. (Nemeroff, 2000). Ascertaining long term lithium efficacy is complicated by a low patient adherence rate due to the cumulative burden of side effects and other complications. Lithium is better for mania and hypomania than for depression and better for the chronic management of a patient than acute management. Similarly, lamotrigine (Lamictal) is shown to be better for depression than mania and valproic acid (Depakote) for mania more than depression. Augmentation of a single treatment with another agent may sometimes turn a partial response to complete remission or provide some relief for a non-responder. After a physician has explored use of all drugs with an FDA indication, if any exists, he or she will often turn to use of agents that, given their similarity to other drugs or given the prospective cause of a medical disorder, he or she might expect to provide relief.

3

Off-label uses of a pharmacologic agent are also sometimes sought out when use of an on-label drug is precluded because of other conditions. For instance, individuals with Attention Deficit Hyperactivity Disorder (ADHD) may be precluded from using a stimulant because of a history of abuse or addiction to stimulants. Hence, bupropion (Wellbutrin), a non-stimulant, may be successfully employed for ADHD despite lack of an FDA approval for such use. Given its chemical structure and neurochemical action, bupropion is not attended with addiction and therefore is safe to use in individuals prone to addictions.

Off-label uses of drugs are sometimes sought because a patient's medical condition demands extreme caution with use of certain drugs. For instance, alcoholics are frequently cross-addicted with benzodiazepines so use of drugs such as chlordiazepoxide (Librium) or alprazolam (Xanax) for withdrawal or for anxiety disorders in alcoholics may result in a new addiction. Alcoholics also frequently suffer either from alcoholic-induced hepatitis or cirrhosis of the liver limiting use of drugs such as most anticonvulsants or benzodiazepines that entail metabolism by the liver. Unlike some other drugs, gabapentin is not metabolized by the liver. Thus, gabapentin was explored for treating anxiety in patients with known substance abuse disorders and could be used without the same degree of concern.

Drug-drug interactions also sometimes limit the use of FDA-approved drugs. If two medications are metabolized by the same body systems there is a chance that use of both may result in a dangerous increase or decrease in a level of a drug in an individual's system. For instance, fluoxetine (Prozac), paroxetine (Paxil), fluvoxamine (Luvox), and bupropion (Wellbutrin) are associated with considerable drug-drug interactions. For anxiety conditions in which one might otherwise use one of those drugs, a physician might prescribe escitalopram (Lexapro) or gabapentin off-label because they would be expected to provide the desired reduction in anxiety without endangering the patient's health.

There are also many conditions for which there is no FDA-approved therapy. The clinician's goal is to provide, as much as is reasonably possible, relief to patients suffering from medical disorders. As much as 88% of DSM-IV-TR diagnostic categories have no FDA-approved drug treatments (Nasrallah, HA, 2007), and physicians must look to off-label treatments to provide patients relief from these conditions. Additionally, most patients doctors encounter in real-world practice present more complicated cases than the patients studied in the sorts of trials needed for FDA approval. On-label use is usually supported by short-term studies of very uncomplicated patients not representative of community-based practice, which includes more patients resistant to standard therapies or suffering comorbid psychiatric disorders such as substance abuse or medical problems. Moreover, patients often request therapeutic interventions that may provide symptom relief without or with minimal untoward side effects. Many patients, for example, cannot tolerate the side effects of FDA-approved bipolar treatments like lithium, which can cause weight gain, skin eruptions, and gastrointestinal problems. Others may develop kidney or thyroid problems. Some suffer permanent kidney damage. Lithium, as well as carbamazepine and valproate, demands serial

4.

laboratory testing that many patients cannot or refuse to comply with in order to identify such potentially dangerous adverse medical events. For patients suffering from conditions for which there is no treatment supported by Level-1 evidence and for those patients whose conditions are not adequately managed by treatments supported by Level-1 Evidence (where they exist), clinicians must seek out drugs that Level-2 or Level-3 evidence suggests may be used off-label to provide relief.

Dr. Barkin fails to account for the complexities that clinicians face in daily practice. Instead, his report discusses only FDA-approved treatments for bipolar disorder and addresses only the management of the modal patient. Barkin asserts that "[w]hen there are numerous treatments with and without Level 1 Evidence, we are compelled to use those whose use is supported with the strongest evidence, i.e. those with Level 1 Evidence." As I discuss below, Level-1 evidence derives from studies of patients who are not representative of the types of patients psychiatrists treat in community practices, many of whom fall within patient subpopulations that are not, and often cannot be, studied in clinical trials that generate Level-1 evidence.

Whereas Dr. Barkin focuses on how to identify the therapy that will affect the most patients, a clinician's responsibility is to identify the treatment that provides the greatest relief to the *individual patient*. Dr. Barkin fails to address the critical issue of what help a physician may provide to a patient who does not respond to FDA-approved treatments or treatments whose efficacy is demonstrated by Level-1 evidence. In order to comfort patients and alleviate pain, improve functional capacity and physical, social and psychological well-being, physicians need an armamentarium of treatments with efficaciousness demonstrated by Level-1 evidence, as well treatments that Level-2 and Level-3 evidence suggests might be effective. Physicians develop algorithms to guide selection of treatments in which interventions supported by Level-1, -2, and -3 evidence are prioritized based on efficaciousness for various subpopulations of patients. Such algorithms suggest that a physician try interventions that may affect a greater number of patients earlier in his or her treatment of a particular patient. But they also suggest that physicians try interventions that may be effective for smaller patient subpopulations after first choice interventions fail entirely or alone in providing remission of symptoms. Generally the efficacy of first choice options (those for larger groups or more modal patients) is supported by Level-1 evidence. Those chosen later may be supported by Level-2 evidence or Level-3 evidence.

Physicians cannot and should not, as Dr. Barkin's report suggests, rely solely on randomized, controlled trials to make treatment decisions. Although results from such trials may allow for generalizations, they often do not apply in a straightforward way even to patients within the particular subpopulation studied. Moreover, there are many patient subpopulations whose conditions cannot practically be studied in randomized, controlled trials and whose conditions would effectively go untreated if physicians were constrained to use only those therapies that Level 1 evidence supports.

5

For this reason, Dr. Barkin's opinion does not comport with the choices that clinicians face on a daily basis. Clinicians often look to single case reports, small case series, and non-blinded or non-randomized clinical studies to support the use of therapeutic modalities that may provide a more complete treatment or remission in an individual patient when FDA-approved drugs or drugs supported by stronger evidence cannot be used or fail to achieve desired results. They seek out drugs with comparable actions to known effective agents or agents that are effective in treating conditions similar to the condition the patients suffers. Moreover, physicians base prescribing decisions on myriad factors in addition to efficacy. Gabapentin, for example, has limited, mild side effects. It is remarkable in its lack of drug-drug interactions and uncomplicated clearance from the body. And it is not addictive. In psychiatry, where many patients take multiple medications to treat multiple conditions, gabapentin's side effect profile, the fact that it is not addictive, and its lack of drug-drug interactions, makes it a valuable tool to treat patients with complicated illnesses. These characteristics of the drug, while not themselves related to its efficacy as tested in randomized, controlled trials, are of paramount importance to prescribing physicians.

## EPIDEMIOLOGIC APPROACHES
## TO EVALUATING DRUG EFFICACY

The gold standard for evaluating the efficacy of a therapeutic intervention for psychiatric conditions is a double-blind placebo-controlled crossover study with and without psychotherapy. Double blind means neither the clinician nor the patient knows who is getting active drug or placebo (false pill) until the blind is broken at the end of the study. Subjects must have a defined level of symptom severity on a validated scale such as the Hamilton Depression Rating Scale, the Montgomery-Asberg Depression Rating Scale, or a global index of symptom severity or dysfunction.

In practice, there are limitations both in conducting a perfect study and in interpreting the results from such studies. Ethical constraints, for example, often prevent investigators from performing such studies. Given the state of the art in psychiatric care, it would be unethical to include anyone in a study who has severe symptoms for which there is a known treatment or who, if untreated, are at an increased risk of suicide, death by starvation, or other directed violence (e.g., homicide). New drugs are therefore often researched in combination with known treatments in studies involving a large sample to see if the new drug improves response or brings about remission of symptoms or more effectively prevents relapse.

Double-blind, placebo-controlled trials typically study patients under ideal conditions and who have mild to moderate symptoms and no complicating co-morbidities. Patients in such studies in fact often respond to a medical psychotherapy such as cognitive behavior therapy, dialectical behavior therapy or interpersonal therapy. There also is a significant placebo response; in some cases, greater than 20% of patients studied will recover without any active drug or

6

psychotherapy. There is therefore often no Level-1 evidence of a drug's efficacy in severely ill patients.

While the gold standard is desirable, the success or failure of such a trial does not definitively answer the question of whether a drug is effective for a given patient. A successful, properly designed and conducted study can establish that a drug is effective for patients similar to the population studied. It does not establish that a drug will be effective for every patient in the particular subpopulation that was studied, let alone every patient with the condition that was studied. Similarly, a study that does not show efficacy does not prove that a product is not an effective treatment for the studied condition. Many so-called "failed" studies are poorly designed or not properly conducted. Moreover, a number of methodological issues can cause a study not to show efficacy even if the medication actually can be effective. For example, if a study is under-powered, *i.e.* it studies too few patients to detect an effect, the study will not demonstrate that a drug is effective. But the absence of a positive result from an underpowered study does not preclude the possibility that a study of a larger population would demonstrate the drug's value. Even a failed study that is properly designed and carried out and that is not otherwise methodologically flawed demonstrates only that the drug was not effective for the majority of the population studied. It does not preclude the possibility that the drug is effective for specific subpopulations or for unidentified subgroups of the studied population.

The problem of limiting the determination of the efficacy of a particular treatment of an illness such as bipolar disorder to only what is observed in double-blind placebo-controlled studies may be illustrated in part by an analogy to evaluating the efficacy of a standardized teaching technique to educate children.

In theory, one could measure the efficacy of a novel teaching technique designed to educate the majority of children through a study designed to yield "Level 1 evidence" by ensuring that neither the teachers nor the students knew (i.e., double-blind) whether the particular technique employed was a novel teaching method or a control (for example, a traditional teaching technique or a method that has not been shown to have any educational benefit, *i.e.* controlled or "placebo-controlled"). One could measure the effect of the new technique by performance on standardized testing. If the children who participated in the study were randomly drawn from the general population, one would expect that the study population would comprise a majority of students around the modal IQ. If the scores of students who were exposed to the new technique were statistically superior to those of the control group, one could conclude that "Level-1 evidence" demonstrates that the new technique positively affects some students.

The conclusion would apply, however, only as to students whose IQs were similarly within the normal range. It would not necessarily – indeed, it likely would not – apply to children who are mentally subnormal or to children whose IQs are in the near-genius or genius range and who might be bored and distracted when taught at a pace not commensurate with their abilities. Likewise, creative children across

the spectrum of IQ might not benefit from such a technique. Techniques designed to educate mentally subnormal children, children whose IQs are in the near-genius or genius range, or particularly creative students similarly might provide little or no educational benefit to average children.

Moreover, IQ is but one factor in how a teaching technique tailored to a unique student should be chosen. A student might be very bright, mentally subnormal, or creative, and also concomitantly suffer a learning disability or a physical or psychiatric impairment that requires an educator to further refine or augment the technique used to educate that particular student. Therefore, notwithstanding "Level 1 evidence" that demonstrates that a particular technique is an effective method of educating children, that technique may not be at all effective in educating children within the multitudinous subpopulations who do not fit neatly within the mold of the average student.

The problem is the same for providing psychiatric care tailored to a unique patient's needs. Therapeutic interventions substantiated with Level-1 evidence may work for some patients – perhaps many patients – who suffer from a particular disease. But there are many subpopulations of patients who suffer from an illness, such as bipolar disorder, for whom such treatments do not work. It would be impossible, however, to study every subpopulation using gold standard trials to determine whether or not a drug is effective. Given the limitations due to research design, cost factors, sampling problems, or ethical restraints, other avenues are sought to provide clinicians insight into what may be used to provide better care or comparable care with less risk to patients. These studies are referred to as hypothesis-generating rather than hypothesis-confirming. They give us alternate approaches to help relieve patient pain given the real difficulties of creating a perfect study. Those that appear to offer hope for the largest number of patients might then be funded for larger scale multicenter studies that permit the use of more powerful parametric statistics rather than the less powerful non-parametric statistics reserved for smaller, less well-matched or unmatched small samples. Not all drugs that show promise in hypothesis-generating studies, however, will be or can be studied in hypothesis-confirming studies.

Randomized clinical trials that are not double blind as well as simple case reports, reports of a small series of patients, and clinicians' own practices continue to provide clinicians with valuable information regarding treatment options even if cost, design, or ethical problems prohibit large scale double-blind crossover placebo-controlled studies of a properly chosen sample of a patient population. Even in the absence of a placebo control, these sources of information allow clinicians to control for the placebo effect to make determinations regarding a drug's potential efficacy. For example, the likelihood that a response is placebo-based is less if a person has not previously responded to medications with known efficacy. If a person is placebo responsive and has been provided a number of medications with known efficacy, it would seem circumstances and popular lore of their effectiveness would have brought about the placebo response earlier. Furthermore, if a therapy remains effective for a prolonged period of time, it is

8

likely not because of a placebo effect. And, if a patient has had numerous changes in medications but experiences similar benefits from a drug each time it is added and suffers similar problems when it is removed, the effect is likely not a placebo effect. Thus, while randomized double-blind, placebo-controlled trials are the gold standard to control for a placebo effect, clinicians can potentially detect the effect in clinical practice in a number of ways. Similarly, while such studies are the gold standard in proving efficacy, lesser studies and case reports provide evidence of efficacy that prescribing physicians can and do reasonably rely upon.

## RATIONALE FOR USE OF GABAPENTIN
## FOR MANAGEMENT OF BIPOLAR AND MOOD DISORDERS

Bipolar disorder is a complex mood disorder with debilitating effects on those who suffer from it. There is no cure for bipolar disorder; rather a psychiatrist's goal is to manage its symptoms and to provide the patient as much relief as is possible. The disease is characterized by manic phases and depressed phases, sometimes accompanied by periods when a patient's mood is stable. Until physicians recently began to use atypical antipsychotics to treat bipolar patients, the available therapies were limited to lithium and anticonvulsants. Unlike gabapentin, lithium and the anticonvulsants typically used to treat bipolar disorder have very severe side effects. For many patients, those side effects make first line bipolar treatments intolerable.

Gabapentin, on the other hand, is not metabolized in the body, minimizing concern over drug-drug interactions. (de-Paris, et al., 2003). Its metabolism is simple and without any potential problems for those with kidney or liver impairment. It is well tolerated; its main side effects are dizziness and sedation. (Pande, et al., 1999). Preclinical trials have shown gabapentin to have dose-dependent "anxiolytic-like" effects comparable to that of benzodiazepines. (Pande, et al., 1999). It was shown to be associated with improvement in mood (which seizure improvement did not account for) as measured by the Cornell Dysthymia Rating Scale in seizure patients. (Harden, et al., 1999). Unlike benzodiazepines, gabapentin is not addictive.

Bipolar disorder patients often suffer from comorbid mental and physical ailments and substance abuse disorders that complicate efforts to manage the patients' symptoms. Many suffer from anxiety symptoms or comorbid anxiety disorders, such as Panic Disorder, which may share a genetic etiology with bipolar disorder. (McKinnon, et al., 2003; Rotondo, et al., 2002) Bipolar patients also frequently self-medicate, leading to addiction. A psychiatrist must account for all of a bipolar patient's symptoms and comorbid conditions when contemplating a treatment regimen. For example, a physician would choose gabapentin over benzodiazepines, which have high abuse potential, in certain bipolar patients with anxiety symptoms to mitigate the risk that that patient would take increasing amounts of (and become addicted to) the benzodiazepines to mollify the unmanaged anxiety component of his or her disorder.

9

Because a treatment regimen should account for each patient's individual circumstances and because bipolar disorder is not a unitary disease, treatment will differ from one patient to the next. Indeed, a single bipolar patient's therapy will likely change many times. A physician will often switch a patient's medications or change dosages because the patient's existing therapy is not working or has stopped working or because the patient suffers from intolerable side effects from his or her current medication or dose. A physician will continue to adjust a patient's medications and dosages until the patient's symptoms are controlled sufficiently to relieve the patient's suffering and allow the patient to live a normal life. In these complex patients, gabapentin is a valuable tool. It can be effective for many conditions, has limited side effects, does not interact with other medications, and is not addictive.

I have reviewed plaintiffs' lists of proposed alternate medications to gabapentin for bipolar disorder and disagree that any of the drugs plaintiffs identify is necessarily a more optimal treatment than gabapentin for all patients. None of the drugs plaintiffs identify has as favorable a profile as gabapentin. As I discuss above, lithium has a number of serious adverse events, including possible liver and kidney damage, thyroid problems, acne and hair loss, and it is a gastric irritant. It requires frequent blood testing, which many patients find intolerable. Moreover, many patients do not respond to lithium and many who initially respond to it develop resistance to it over time. Plaintiffs also identify a number of anticonvulsants (carbamazepine, divalproex sodium, valproic acid, valproate, and lamotrigine) the majority of which likewise require frequent blood monitoring, and all of which have many more and more severe side effects than gabapentin. Lamotrigine and carbamazepine, for example, are associated with Stevens Johnson Syndrome, a rare but potentially fatal skin disorder. The product label for divalproex sodium (and valproate and valproic acid), marketed as Depakote, contains a black box warning of liver toxicity, teratogenicity that often precludes giving it to women of child bearing age, and pancreatitis.

Most of the drugs that plaintiffs list are antidepressants (amitriptyline hydrochloride, amoxapine, bupropion hydrochloride, clomipramine hydrochloride, desipramine hydrochloride, doxepin hydrochloride, imipramine hydrochloride, maprotiline hydrochloride, nefazodone hydrochloride, nortriptyline hydrochloride, protriptyline hydrochloride, trimipramine maleate, citalopram hydrochloride, escitalopram oxalate, fluoxetine hydrochloride, paroxetine hydrochloride, paroxetine mesylate, sertraline hydrochloride, and trazodone hydrochloride) that are not indicated for use in bipolar disorder and whose use in bipolar disorder is in fact discouraged, even in the depressive component of the disorder, because they can thrust a bipolar patient into a manic episode and through a mixed state in which the risk of suicide is greatest. This risk is particularly significant in view of the potential for intentional overdose by a suicidal patient; as little as one week's worth of tricylic antidepressants can be fatal in overdose.

Antidepressants are also associated with a number of adverse side effects, including cardiac arrhythmias, drops in blood pressure, weight gain, sexual side

10

effects, and gastric irritation. Amoxapine can also cause tardive dyskinesia, a serious movement disorder, and trazodone hydrochloride is very sedating and associated with priapism. The product label for Serzone (nefazodone hydrochloride ) contains a black box warning of potentially life-threatening hepatic failure. Phenelzine sulfate, isocarboxazid, and tranylcypromine sulfate are monoamine oxidase (MAO) inhibitors that can cause Serotonin Syndrome, a life-threatening condition resulting from excess serotonin. Isocarboxazid also increases a patient's risk of heart attack and stroke when taken with certain foods and other drugs. MAO inhibitors pose a similar risk to other antidepressants of thrusting bipolar patients into a manic episode, as does mirtazapine, which is also very sedating and associated with weight gain. Plaintiffs also list duloxetine hydrochloride and venlafaxine hydrochloride, which are antidepressants known as selective serotonin and norepinephrine reuptake inhibitors, that can also thrust a bipolar patient into a manic episode and which can cause an increase in blood pressure and adverse sexual side effects.

A number of the drugs plaintiffs identify are atypical antipsychotics (aripriprazole, olanzapine, quetiapine fumarate, risperidone, and ziprasidone), which have only recently been used to treat bipolar disorder and which are associated with a number of side effects. They may cause weight gain and Type-2 diabetes, as well as increases in triglycerides and cholesterol. While there is less concern about weight gain and diabetes with aripriprazole, it can cause anxiety in some patients. Risperidone is also associated with an increased risk of extrapyramidal side effects, causing a movement disorder similar to Parkison's disease.

In contrast to all of the drugs plaintiffs identify, gabapentin has mild adverse events, few drug-drug interactions, and is generally well-tolerated. Moreover, the medical literature contains both direct and indirect evidence that supports gabapentin's role in treating bipolar and other mood disorders. Indeed, in 2000, the Expert Consensus Guideline Series for the Medication Treatment of Bipolar Disorder noted gabapentin as an add-on therapy to other mood disorders and for mood disorders co-morbid with panic disorder. (Sachs, et al., 2000). In 2004, the updated version of the guidelines continued to recognize the role of gabapentin for patients with bipolar disorder and certain comorbid medical or psychological conditions. (Keck, et al., 2004). The Expert Consensus Guidelines are created by a panel of experts based on a literature review and surveys of recognized experts in the field. The guidelines reflect treatment options on which those with the most knowledge in the field reach consensus. While the guidelines are not based solely on randomized controlled data, the experts reviewed the literature, including randomized controlled trials and other trials, and came to a consensus on the effective and reasonable treatments for bipolar disorder. Those consensus guidelines recommend a role for gabapentin in the treatment of bipolar disorder, even if that role is not as a first-line agent.

There are a number of studies of the use of gabapentin in the management of bipolar disorder. The majority of these studies examine gabapentin as an

11

adjunctive agent rather than as monotherapy because ethical constraints and the risk of suicide in bipolar patients prevent clinicians from stopping bipolar patients' current therapies when those patients participate in clinical studies of a new drug that is being studied for efficacy. Adjunctive therapies are necessary supplements to bipolar monotherapies because many patients have only a partial response (often mitigated by severe side effects and other complications) to existing monotherapies and because of the severity of the illness: according to the Epidemiologic Catchment Area studies funded by the National Institutes of Mental Health, bipolar disorder patients have a 20% suicide rate.

The studies of gabapentin as an adjunctive bipolar treatment clearly indicate a role for gabapentin in bipolar disorder, especially for the disease's depressive component in some patients. (McElroy and Keck, 2000; Perugi, et al., 1999; Vieta, et al, 2000; Frye, et al., 2000; Altshuler, et al., 1999; Sokolski, et al., 1999; Yasmin, et al., 2001; Maurer, et al., 1999; Botts and Raskind, 1999; Ferrier, 1998; McElroy, et al., 1997; Ghaemi, et al., 1998; Wang, et al., 2002; Young, et al., 1997; Silverstone and Silverstone, 2004; Harden and Goldstein, 2002). A study published in 2006 suggested that gabapentin used adjunctively may be a useful prophylactic agent for bipolar disorder. (Vieta, et al., 2006). Some studies also indicate gabapentin's use as a monotherapy for bipolar disorder (Mokhber, et al., 2008; Mauri, et al., 2001) as well as its use for refractory or co-morbid patients (Carta, et al., 2003).

Only a few studies have not found such promise of gabapentin's role in managing bipolar disorder (Pande, et al., Sept 2000; Besag, 2004), and some, while indicating its value for the depressive phase adjunctively, do not find it effective as monotherapy. (Frye, et al., 2000). Cabras, et al. (1999), however, concluded that gabapentin is efficacious as an antimanic agent. The varying impact reported for gabapentin as an adjunctive bipolar disorder treatment may relate to its impact on insomnia (Rosenberg, 2003) or anxiety and the degree to which patients studied suffered from those symptoms.

Studies demonstrating gabapentin's efficacy in anxiety disorders further support gabapentin's role in managing bipolar disorder. Anxiety is frequently seen in patients with bipolar disorder. It can often appear as a symptom of bipolar disorder and bipolar patients frequently suffer comorbid anxiety disorders, including panic disorder, that complicate management of the bipolar patient's symptoms. While Dr. Barkin apparently reviewed the prior report I submitted in this case, he does not respond to – indeed, he ignores – the opinions I offered in that report concerning the studies demonstrating gabapentin's efficacy in social anxiety and panic disorder, despite their bearing on gabapentin's role in treating bipolar and other mood disorders.

The term anxiety disorder encompasses several distinct diagnoses, including obsessive compulsive disorder (OCD), generalized anxiety disorder (GAD), social anxiety disorder (SAD), post traumatic stress disorder (PTSD), panic disorder, and

social phobia. Gabapentin has been studied in many of these disorders and is efficacious for some patients.

For example, significant reduction of anxiety was seen in a randomized, double-blind, placebo-controlled study of 69 patients evaluating the efficacy and safety of gabapentin in symptoms of social phobia by Pande, et al., (1999). Because of the lack of impact on benzodiazepine receptors this was achieved without evidence of tolerance/dependence or withdrawal phenomena. Another study using 32 normal male volunteers demonstrated a reduction of anxiety stimulated by public speaking. (de-Paris, et al., 2003). A meta-analysis of a number of clinically available agents for anxiety indicated gabapentin's effectiveness for management of anxiety. (Blanco, et al., 2003). Davidson, et al. (1998), concluded in their review of the data to date of publication, that gabapentin provided pharmacotherapy for social anxiety without many of the complications associated with benzodiazepine or SSRI use.

Panic disorder is suffered by approximately 3.5% of adults in the United States. (Davidson, et al., 1998). Pande, et al. (2000) demonstrated in a randomized, double-blind, placebo-controlled study of 103 patients dosed flexibly between 600 and 3,600 mg. daily on placebo over eight weeks that gabapentin may have anxiolytic effects in the subpopulation of severely ill panic disorder patients. Another case report of seven patients indicated that gabapentin was effective in anxiety reduction in depressed patients whose anxiety did not respond to antidepressant therapy alone. (Norton and Quarles, 2001). The addition of gabapentin enhanced therapeutic response. In another report of four patients with an alcohol abuse history in which benzodiazepines are relatively contraindicated because of problems with addiction and metabolism by the liver, gabapentin was an effective monotherapy for generalized anxiety disorder or panic disorder. (Pollack, et al., 1998). Hamner, et al. (2001) found gabapentin a significant adjunctive therapy for management of patients with post-traumatic stress disorder in 30 patients with PTSD. The most outstanding impact was that 77% reported moderate or greater improvement in duration of sleep and most noted a decrease in nightmares. Dosage range was 300 to 3600 mg. per day.

Randomized controlled trials demonstrate that gabapentin is an effective alternative therapy for patients with panic disorder and social anxiety disorder. The data support gabapentin's role in the management of symptoms of anxiety, panic, and insomnia. These data likewise further support gabapentin's efficacy in treating those subpopulations of bipolar patients whose disorder includes anxiety symptoms or whose treatment is complicated by comorbid anxiety disorders. They also suggest that gabapentin may be particularly helpful in treating the most malignant subtype of bipolar disorder, called mixed-state (also known as dysphoric state or switch state). Patients in this subtype, who experience a transient agitated or anxious depression when switching between manic and depressive phases, are at the greatest risk for suicide. This is a subpopulation in which gabapentin, because of its anxiolytic effect, may be particularly helpful (as prophylaxis or as an acute treatment).

In summary, the randomized, controlled trials that have evaluated gabapentin in the treatment of bipolar disorder have yielded mixed results. The interpretation of those results, both positive and negative, requires evaluation of the populations studied and the methodologies employed by the investigators. The failure of studies or portions of studies does not prove that gabapentin is ineffective for the treatment of bipolar disorder. While Dr. Barkin focuses on the lack of randomized controlled trials and the failure of some such trials, the totality of the evidence, based on randomized, controlled trials and lesser levels of evidence that clinicians should and do look to, indicates that gabapentin has a role as an adjunctive agent in the management of bipolar disorder. My opinion is consistent with that of the Expert Consensus Panel guidelines. It appears more effective for the depressive phase than the manic or hypomanic phase of the disorder. Its varying impact reported in studies may relate to the fact it appears to be especially effective in managing the symptoms of insomnia and anxiety, and the degree to which they are present may affect the observed response. The lack of double-blind placebo-controlled cross-over trials of gabapentin as a monotherapy makes sense given that it would place a patient at potential risk of relapse. While gabapentin is not a first-line agent in my practice, I have used it adjunctively and in patients with co-morbid conditions, like hepatitis C, or taking other medications that precluded the use of first-line agents.

## CONCLUSION

Physicians obtain knowledge of use of drugs from a number of sources. Journals and international and national meetings allow a forum for presentation of current research studies. Physicians also discover through their clinical experience and through colleagues who share experiences with both approved and off-label uses of medications. When an agent has proven safe for use in patients, physicians use these types of evidence to determine whether the potential efficacy outweighs any safety risks. Treating physicians do not focus solely on randomized controlled trials evaluating the efficacy of a drug.

The published literature, including randomized controlled trials, shows that gabapentin clearly has anti-anxiety and anti-insomnia effects and can be used safely for treatment of many mood and anxiety disorders. It passes unchanged through the body, reducing concern about drug-drug interaction and use with patients with hepatic dysfunction, and it does not have the potential for kidney damage that lithium has. In all of these off-label uses, gabapentin is often used adjunctively, although it also appears effective in some cases as a monotherapy. Gabapentin is a very useful adjunctive agent because it can be added to drugs a patient is already using without risk of complications or dangerous drug interactions, it has few side effects, and it is not addictive.

14

I have used gabapentin for the management of bipolar illness as well as for withdrawal phenomena and anxiety states.  I have also used it for explosive personality disorder.  The response, as with all drugs, has at some times been quite successful and at other times not impressive.  Gabapentin clearly has brought many patients relief from painful psychological symptoms that other drugs, including approved drugs, failed to relieve or failed to completely relieve.

A list of the materials I relied upon in forming the opinions in this report is attached.  I am being paid $550/hr. for my work on this case.

December _12_ , 2008

Andrew E. Slaby, M.D., Ph.D., M.P.H.

15

CURRICULUM VITAE

ANDREW EDMUND SLABY, M.D., Ph.D.,M.P.H.,FACPsych

| | |
|---|---|
| Date of Birth: | July 14, 1942 |
| Place of Birth: | Milwaukee, Wisconsin |
| Citizenship: | United States of America |
| Present Home Address: | 50-E New England Avenue<br>Summit, New Jersey 07901-1818 |
| Business or<br>Mailing Addresses: | New Jersey<br>Andrew E. Slaby, M.D., Ph.D.<br>50-E New England Avenue<br>Summit, New Jersey 07901-1818 |
| | New York<br>Andrew E. Slaby, M.D., Ph.D.<br>129B East 71 Street<br>New York, New York 10021-4201 |
| FAX Number: | 908-277-6964 |
| Telephone Numbers: | 212-861-7189 (New York Office)<br>908-277-2950 (New Jersey Office) |
| E-mail: | AESlaby@aol.com |

EDUCATION:

1964 - B.S. (Medical Science) University of Wisconsin
1966 - M.S. (Physiology) University of Wisconsin
1967 - Neurology Externship, The National Hospital (Queen   Square), London, England (Summer)
1968 - M.D. Columbia University's College of Physicians and Surgeons
1973 - M.P.H. (Epidemiology) Yale University
1975 - M. Phil. (Epidemiology) Yale University
1977 - Ph.D. (Epidemiology) Yale University
1980 - M.A. (Adeundem) Brown University
1980 - Clinical Chief's Executive Program in Health Policy and Management, Harvard University

POSTGRADUATE TRAINING:

Internship:
1968 - 1969        Boston City Hospital (Straight Medical), Boston, Massachusetts

Residency:
1969 - 1972        Psychiatric Residency at Yale

1

HONORS AND AWARDS:

Honorable Mention in the Seymour Lustman Memorial Prize Contest, 1972
THE CRISIS TEAM was selected as Book of the Year by the American Journal of Nursing, 1973.
Honorable Mention in the Annual American Medical Writers Association Book Awards for THE CRISIS TEAM.
LEGAL ISSUES IN PSYCHIATRIC CARE and THE HEALING ALLIANCE were selected as Books of the Year
by the American Journal of Nursing, 1975.
Administrator's Award for Meritorious Achievement: Alcohol, Drug Abuse and Mental Health Administration,
November, 1978.
Visiting Professor Pro Tempore, University of Illinois, Springfield, Illinois, June, 1981.
Clinical Psychiatric Medicine (co-authored by A.E. Slaby; L.R. Tancredi; and J. Lieb) was chosen to be included on
the Brandon List for recommended books for medical libraries.
Fellow, The American College of Mental Health Administration, 1985.
Fellow, The American Psychiatric Association, 1987 - Present.
Elected as one of Top Twenty lecturers in Psychiatry in the United States by the readership of The Psychiatric
Times, 1988.
Outstanding Achievement Award for Community Relations from PANJ-MMO-PAF, 1988.
Program Award of Excellence of the Mental Health Association of Palm Beach County, 1989.
Fellow, The New York Academy of Medicine, 1989.
Fellow, The American College of Psychiatrists, 1990.
Certificate of Appreciation, New Jersey Psychiatric Association, 1991.
Listed in The Best Doctors in America (Directory published by Woodward/White., Inc., 1991).
Listed in The Best Doctors in America (Second Edition), 1994.
Received The Janssen Award for outstanding contribution to the field of Emergency Psychiatry (Presented by The
American Association of Emergency Psychiatry) 1996.
Listed in Best Doctors in the Northeast. Woodword/White, Athens, South Carolina, 1996
Listed in Who's Who in Medicine and Healthcare, 1999-2000
Listed in Best Doctors in America (Fourth Edition), 1999
Listed in Who's Who in Medicine and Healthcare 2000-2001
2002 Distinguished Mental Health Professional Award, American Foundation for Suicide Prevention,
New Jersey Chapter
Listed in the Guide to America's Top Psychiatrists
Listed in "America's Best Therapists (and how to find them)" in Psychology Today, 2004
Listed in Best Doctors in America, 2003-2004
Listed in Best Doctors in America 2005-2006
Listed in America's Top Psychiatrists – 2007
Listed in Best Doctors in America 2007-2008 database
Listed in Guide to America's Top Psychiatrists 2008
Listed in Stratmores Who's Who ,2008,www.swho.Net/Basic

MILITARY SERVICE:

1972-74   United States Public Health Service, stationed at the Laboratory of Clinical Psychopharmacology,
National Institute of Health.

1978      United States Public Health Service, stationed at The Staff College, National Institute of Mental Health.

PROFESSIONAL LICENSES AND CERTIFICATION

1969-     Connecticut - #14247
1978-     Washington, D.C. - #10772
1978-     Maryland - #D21536
1978-     Rhode Island - #5456

2

| 1969- | Diplomate of the National Board of Medical Examiners |
| 1974- | Diplomate of the American Board of Psychiatry and Neurology in Psychiatry, #13496, October, 1974. |
| 1986- | New Jersey - #49237 |
| 1988- | New York - #174132 |

## ACADEMIC AND PROFESSIONAL APPOINTMENTS:

| 1974-77 | Assistant Professor, Yale University |
| 1974-75 | Director, Emergency Psychiatric Service, Yale-New Haven Hospital |
| 1974-76 | Attending Psychiatrist, Community Support Service, Connecticut Mental Health Center |
| 1974-75 | Associate, Yale-New Haven Hospital |
| 1975-77 | Attending, Yale-New Haven Hospital |
| 1975-77 | Director, Primary Care - Emergency Psychiatric Service, Yale-New Haven Hospital |
| 1975-77 | Assistant Director, Consultation-Liaison Psychiatric Service, Yale-New Haven Hospital |
| 1976-79 | Fellow, Calhoun College, Yale University |
| 1978-80 | Lecturer in Psychiatry, Yale University |
| 1978 | Clinical Associate Professor of Psychiatry, George Washington University Medical School |
| 1978 | Research Consultant to Neurologic Service, Veterans Administration Hospital, Washington, D.C. |
| 1978-79 | Psychiatrist-in-Chief, Department of Psychiatry, and Consultant, Department of Medicine, Rhode Island Hospital, Providence, Rhode Island |
| 1978-90 | Visiting Professor, Northeastern Ohio Medical School |
| 1979-83 | Consultant, Department of Medicine, Roger Williams General Hospital, Providence, Rhode Island |
| 1979-87 | Professor of Psychiatry and Human Behavior, Brown University |
| 1979-87 | Active Staff, Butler Hospital, Providence, Rhode Island |
| 1980-82 | Associate Fellow, Calhoun College, Yale University |
| 1981-87 | Active Staff, Women & Infants Hospital, Providence, Rhode Island |
| 1981-87 | Psychiatrist-in-Chief, Women & Infants Hospital, Providence, Rhode Island |
| 1982-84 | Director of Psychiatry, Roger Williams General Hospital, Providence, Rhode Island |
| 1983-85 | Active Staff, Department of Medicine, Roger Williams General Hospital, Providence, Rhode Island |
| 1983-87 | Clinical Assistant Professor, School of Social Work, Smith College |
| 1985-87 | Consulting Staff, Roger Williams General Hospital, Providence, Rhode Island |

3

1987-91     Adjunct Professor of Psychiatry and Human Behavior, Brown University

1987-92     Medical Director, Fair Oaks Hospital, Summit, New Jersey

1987-       Clinical Professor of Psychiatry, New York University

1987-       Affiliated Physician, Department of Psychiatry, Overlook Hospital, Summit, New Jersey

1987        Advisor to the Pan American Health Organization on Development of Emergency Psychiatric Services in the Caribbean

1987        Chairman, Education Committee of the New Jersey Tri-County Psychiatric Association

1987-       Adjunct Clinical Professor of Psychiatry, New York        Medical College, Valhalla, New York

1988-92     Psychiatrist-in-Chief, The Regent Hospital, New York, New York

1992-93     Executive Medical Director, The Regent Hospital, New York, New York

1988-98     Professional Advisory Committee, American Suicide Foundation

1988-93     Vice President, American Suicide Foundation

1988-90     Second Vice President, TriCounty Psychiatric Society

1989-90     President-Elect, American Association of Suicidology

1990-91     Vice President of the TriCounty Psychiatric Society

1990-91     President, American Association of Suicidology

1991-92     President, TriCounty Psychiatric Society

1992-98     Active Staff, Gracie Square Hospital, New York, New York

1992-93     Executive Medical Director, The Regent Hospital, New York, New York

1992-93     President, Behavioral, Biological and Psychiatric Associates

1995-1997 President, New York Chapter of the American Suicide Foundation

1992-       Consulting Staff, Lenox Hill Hospital, New York, New York

## COMMITTEE APPOINTMENTS:

1971-72     Audiovisual Committee, Yale University School of Medicine

4

1975-76   The Robert Wood Johnson Medical Advisory Board of the Emergency Medical Communication Dispatch System, Yale-New haven Hospital

1975-77   Ambulatory Service Council, Yale-New Haven Hospital

1975-77   Executive Committee of the Ambulatory Services Council, Yale-New Haven Hospital

1975-77   Emergency Service Planning and Patient Intervention Committee, Yale-New Haven Hospital

1976-77   Search Committee for Medical Director of Primary Care Center, Yale-New Haven Hospital

1976-77   Chairperson, Committee to Set up Postgraduate Review Course of Psychiatry Boards, Department of Psychiatry, Yale University

1976-77   Representative of nontenured faculty on the Departmental Council, Department of Psychiatry, Yale University

1976-77   Clinical Community Psychiatry Subcommittee of the Departmental Advisory Council, Department of Psychiatry, Yale University

1978      Behavioral Medicine Task Force, NIMH

1979      Search Committee for Director of Psychiatry, Providence Veterans Administration Hospital

1979-80   Chairperson, Committee on Development of Hospice at Rhode Island Hospital

1979-80   Medical Audit Committee, Rhode Island Hospital

1979-80   Chairperson on Promotions and Appointments Criteria, Department of Psychiatry, Brown University

1979-80   Children and Adolescent Services Study Group, Department of Psychiatry, Brown University

1979-80   Chairperson, Ad Hoc Committee on the Quality of Medical Education at Brown University

1979-80   Emergency Room Planning Committee, Rhode Island Hospital

1979-80   Bed Allocation Committee, Rhode Island Hospital

1979-81   Subcommittee on Mental Health Services of AAGHP

1979-81   Law and Legislation Committee, Rhode Island Psychiatric Society

1979-81   Committee on Medical Education, Rhode Island Hospital

1979-82   Research Committee, Rhode Island Hospital

1979-84   Patient Care Committee, Rhode Island Hospital

1979-86   Research Committee, Department of Psychiatry, Brown University

1979-86   Policy and Management Advisory Committee, Department of Psychiatry, Brown University

1979-86   Executive Committee, Department of Psychiatry, Brown University

5

| | |
|---|---|
| 1980-82 | Consultant, Graduate Medical Education National Advisory Committee, Department of Health and Human Services, Washington, D.C. |
| 1980-81 | Search Committee for Medical Anthropologist, Department of Anthropology and Community Health, Brown University |
| 1980-81 | Search Committee for Professor of Psychiatry, Brown University |
| 1980-81 | Search Committee for Psychiatrist-in-Chief, Miriam Hospital, Providence, Rhode Island |
| 1980-82 | Search Committee for Brown Faculty Member for Emma P. Bradley Hospital, Riverside, Rhode Island |
| 1980-82 | Budget Advisory Committee, Rhode Island Hospital |
| 1980-86 | Joint Practice Subcommittee of the Patient Care Committee, Rhode Island Hospital |
| 1980-86 | Medical Affairs Committee, Rhode Island Hospital |
| 1981-82 | Fund Raising Event Committee, The Samaritans of Rhode Island |
| 1981-82 | Search Committee for Outpatient Chief, Department of Psychiatry, Rhode Island Hospital |
| 1981-86 | Oversite Committee of District Branch of the American Psychiatric Association of the Institute of Mental Health of Rhode Island |
| 1981-82 | Medical Committee for Urban League, Providence, Rhode Island |
| 1981-81 | Search Committee for Associate or Full Professor of Medical Science, Brown University |
| 1981-82 | Committee to Study Teaching Evaluations of the Medical Faculty, Brown University |
| 1981-82 | Program Committee of the American Association of General Hospital Psychiatrists |
| 1981-82 | Certification Committee of the American Association of Suicidology |
| 1981-82 | Rhode Island Task Force on Graduate Medical Education |
| 1981-84 | Executive Committee, Rhode Island Hospital |
| 1981-86 | Professional Consultants Committee, The Samaritans of Rhode Island |
| 1981-86 | Patient Care Subcommittee of the Trustee Affiliation Committee of Rhode Island Hospital and Women & Infants Hospital |
| 1982-84 | Hospital-based Faculty Appointments Committee, Brown University |
| 1982-83 | Graduate Education Committee, Brown University |
| 1982-83 | Liaison Subcommittee on Computer Technology of the American Association of Suicidology |
| 1982-83 | Chairman, Task Force Reviewing the Draft of the Joint Commission on Accreditation of Hospital Standards for the American Association of General Hospital Psychiatry |

1982-83    Committee to Develop Guidelines for Recipient of Walter E. Barton Award of The American College of Mental Health Administration

1982-83    Governor's Council on Mental Health of State Planning Committee, Rhode Island

1982-84    Joint Standing Committee, Rhode Island Hospital

1982-84    Alcohol Research Center Special Review Committee, National Institute on Alcohol Abuse and Alcoholism, Rockville, Maryland

1982-86    Policy Committee on Residency Training, Department of Psychiatry and Human Behavior, Brown University

1982-86    Resident Recruitment Committee of Department of Psychiatry and Human Behavior, Brown University

1982-86    Patient Care Committee, Women & Infants Hospital

1983       Chairperson, Search Committee for Consultation-Liaison Psychiatrist, Roger Williams General Hospital

1983-84    Ad Hoc Committee on Medical Malpractice Insurance, Women & Infants Hospital, Providence, Rhode Island

1983-86    Research Steering Committee, Rhode Island Hospital

1983-86    Psychosocial Epidemiology Research Review Committee, National Institute of Mental Health

1984-      Member, Council of the American Association of General Hospital Psychiatrists

1985-86    Public Affairs Committee, Rhode Island Psychiatric Society

1985-86    "Governor's Task Force on Teenage Suicide Prevention," Rhode Island

1985-86    Search Committee for the Director of the Division of Neurology of the Department of Medicine of Rhode Island Hospital

1988       Chairman, Subcommittee on Public Relations of Governor's Committee on Prevention of Adolescent Suicide, Rhode Island

1986       Search Committee for Chairman of Neurology of Brown University

1986       Search Committee for Child Consultation-Liaison Psychiatrist, Rhode Island Hospital

1986       Search Committee for Associate Director of Inpatient Psychiatry, Rhode Island Hospital

1986       Search Committee for Director of Outpatient Psychiatry, Rhode Island Hospital

1986       Service Program Options Committee of the Governor's Council on Mental Health, Rhode Island

1987       Program Committee, 1988 Annual Meeting of the American Association of Suicidology

1987-90    Member-at-Large, Board of the American Association of Suicidology

1987-93    Chairperson, Executive Committee, Fair Oaks Hospital

7

| | |
|---|---|
| 1987-93 | Chairperson, Utilization and Review Committee, Fair Oaks Hospital |
| 1987-92 | Chairperson, Medical Records Committee, Fair Oaks Hospital |
| 1987-92 | Chairperson, Quality Assurance Committee, Fair Oaks Hospital |
| 1987-93 | President, Medical Staff Association, Fair Oaks Hospital |
| 1987-93 | Member, Planning Committee, Fair Oaks Hospital |
| 1987-93 | Member, Governing Board, Fair Oaks Hospital |
| 1987-93 | Member, Pharmacy and Therapeutic Committee, Fair Oaks Hospital |
| 1987-93 | Member, Credentialing Committee, Fair Oaks Hospital |
| 1988-90 | Member, Community Advisory Board of the Junior League of Berkeley Heights, Short Hills and Summit |
| 1988 | Medical Advisory Board of the National Depressive and Manic Depressive Association Tape Collection |
| 1988- | Chairperson, Emergency Psychiatric Services Committee of the New Jersey Psychiatric Society |
| 1988-93 | Member, Hospital Psychiatry Committee of the New York County District Branch of the American Psychiatric Association |
| 1988 | Program Committee of the New Jersey Psychiatric Society |
| 1988- | Psychopharmacology Committee, New Jersey Psychiatric Association |
| 1989-93 | Member, Medical Advisory Board, AWARE |
| 1990-92 | Chairman, AWARE (American Wine Alliance for Research and Education) |
| 1990- | Member, National Board of The American Foundation for Suicide Prevention |
| 1990- | Executive Committee, American Suicide Foundation |
| 1990- | Scientific Advisory Committee, American Suicide Foundation |
| 1990-99 | Lay Nominating Committee, American Suicide Foundation |
| 1990-99 | Regionalization Committee of American Association of Suicidology |
| 1991 | Plenary Program Committee, Group for Advancement of Psychiatry |
| 1991 | Educational Committee, American Suicide Foundation |
| 1991 | Organizational Committee, American Suicide Foundation |
| 1992-93 | Board Member, Robert E. Jones Foundation, American Psychiatric Association Auxiliary, American Psychiatric Association |

8

| | |
|---|---|
| 1992-95 | Council Member of the New Jersey Psychiatric Association |
| 1992 | Member, Membership Committee of the New Jersey Psychiatric Association |
| 1992-94 | Private Psychiatric Hospital Committee of the New Jersey District Branch of the American Psychiatric Association |
| 1992-94 | Member, National Association of Managed Care Physicians |
| 1992- | Member, Program Committee for Group for Advancement of Psychiatry |
| 1992 | Member, New York Occupational Medicine Association |
| 1991-93 | Council of Alumni Association of Columbia University College of Physicians and Surgeons |
| 1993 | Fiftieth Anniversary Committee of the Group for Advancement of Psychiatry |
| 1993-95 | Committee to Select the Editor of The Journal of Suicide and Life-Threatening Illness |
| 1993- | Advisory Board, Men's Fitness Magazine |
| 1993 | Representative of the Tricounty Psychiatric Society to the New Jersey Psychiatric Association |
| 1997 | Member, Committee of the Education Award. The American College of Psychiatrists |
| 1997 | Chair, Directors Campaign, American Foundation for Suicide Prevention |
| 1999- | Chair, Directors Campaign, American Foundation for Suicide Prevention |
| 1999- | Member GAP Publications Committee |
| 1999- | Member CME Committee, American Association of Suicidology |
| 2000- | Steering Committee, Section on Psychiatry, New York Academy of Medicine |
| 2001- | Advisor to Department of Mental Health of Mexico |
| 2000- | Nominating Committee, American Foundation of Suicide Prevention |
| 2001- | Development Committee, American Foundation of Suicide Prevention |
| 2002- | Educational Committee, American Foundation of Suicide Prevention |
| 2003- | Advisory Board, New Jersey Chapter of the American Foundation of Suicide Prevention |
| 2003- | Member of the Board of The International Academy of Law and Mental Health. |

OTHER APPOINTMENTS:

| | |
|---|---|
| 1977 | Consultant to Oklahoma State Legislature Committee on Quality of Psychiatric Care in the State |
| 1977-78 | Program Director, The Staff College, National Institute of Mental Health |
| 1977-93 | Examiner for Board of Neurology and Psychiatry |

9

1978     Consultant to Mental Health Department of Portland, Oregon, for development of emergency psychiatric services

1978     Co-Director with Loran Archer (Acting Director of NIAAA) of development of Alcohol Initiatives for the Secretary of Health, Education and Welfare

1978     Delegate of APA to National Health Resources Advisory Committee

1978     Participant, Conference on Mental Health Ethics, NIMH, Rockville, Maryland

1978-79     Staff Coordinator for course entitled, "Epidemiologic Techniques for Mental Health Management" given in Rockville, Maryland (January); Boston (April); San Francisco (August); Chicago (September); and New Orleans (December)

1978-80     Associate Director of Program in Medical and Biological Sciences, Washington School of Psychiatry

1988-82     Co-Series Editor with Ben Z. Locke (Director, Center for Epidemiologic Studies, NIMH) of Monographs in Psychosocial Epidemiology, published by Rutgers University Press

1978-83     Member, APA Task Force on Psychiatric Emergency Care Issues

1979     Consultant, Solomon Fuller Carter Mental Health Center, Boston, Massachusetts

1979-80     Developed course materials on depression, suicide and functional versus organic psychoses for the American College of Emergency Physicians

1979-82     Consultant, National Center for Health Service Research, Office of the Assistant Secretary of Health, Department of Health, Education and Welfare·'

1979-82     Member, National Institute on Alcohol Abuse and Alcoholism, Alcoholism Psychosocial Research Review Committee

1979-87     Medical Student Advisor, Brown University

1980     Consultant, Northside Community Mental Health Center, Tampa, Florida

1980     Consultant, Graduate Medical Education National Advisory Committee, Department of Health and Human Services, Washington, D.C.

1980-82     Site Visitor, Epidemiologic and Services Research Review Committee, NIMH

1980-82     Advisory Board, Medical Examination Publishing Company, Garden City, New York

1980-86     Board of Directors, The Samaritans of Rhode Island

1981-82     Developed and supervised survivor groups for spouses, parents, siblings, children and lovers of suicide victims for The Samaritans

1981-87     Member, Corporation of the Visiting Nurse Association, Providence, Rhode Island

1981-87     Member, American College of Mental Health Administration

1982     Consultant to Rockland County Mental Health Center (with Dr. Arthur Meyerson, Mount Sinai Hospital) to identify problems and make recommendations for change in the organization and delivery of acute

10

psychiatric services given changes in State funding

| | |
|---|---|
| 1982 | Consultant to the New England Council for Emergency Medical Services on the development of a severity index for evaluating psychiatric emergencies |
| 1982-83 | Site Visitor for American Psychiatric Association for Paramedic Training Program |
| 1982-83 | Site Evaluator for the National Association of Emergency Medical Technicians |
| 1982-85 | Scientific Advisory Board of New England Medical Information Center |
| 1982-87 | Consultant to Impaired Physicians Committee of Rhode Island Medical Society |
| 1982-87 | Faculty Advisor for Brown/Dartmouth students |
| 1982-87 | Corporation of Women & Infants Hospital |
| 1983 | Chaired workshop on Depression and Mood Changes Among Oral Contraceptive Users for the Center for Population Research of the National Institute of Child Health and Human Development |
| 1984-87 | Member and Director of Psychiatry, Brown University Cancer Center |
| 1984-87 | Member, Corporation of Edgehill Newport Foundation |
| 1984-86 | Trustee, Beckett Foundation, Brown University |
| 1985 | Consultant to the State of Nebraska Mental Health Department regarding statewide network of emergency psychiatric services |
| 1985-92 | Chair, Committee on Emergency Psychiatric Services, American Association of General Hospital Psychiatrists |
| 1988-93 | President, Eastern Division, American Suicide Foundation |
| 1989 to Present | Fellow, The New York Academy of Medicine |
| 1991-93 | Board, CONTACT USA |
| 1992-95 | Secretary, American Association of Suicidology - New York Chapter |
| 1992-93 | Vice Chairperson, Centers Committee, CONTACT USA |
| 1992-95 | Chair, Insurance Committee, American Association of Suicidology |
| 1992-93 | President, Behavioral, Biological and Psychiatric Associates |
| 2000- | Board of Advisors, <u>Mental Fitness</u> |
| 2007- | Trustee, HealthCare Chaplaincy of New York City |

11

BIOGRAPHICAL LISTINGS:

Who's Who in the East
Contemporary Artists
Directory of Medical Specialists
International Who's Who in Medicine
Who's Who in Science and Engineering
The Best Doctors in America - 1991
Platinum Edition of Who's Who Worldwide
Who's Who in Medicine and Healthcare - 1997-1998; 1999-2000
The Best Doctors in the Northeast - 1996
The ABMS Directory of Board Certified Medical Specialists
Best Doctors in America – 1999
Who's Who in Medicine and Healthcare 2000-2001
Best Doctors in America 2005-2006
America's Top Psychiatrists - 2007

EDITORIAL BOARD:

| 1979 to 90 | International Journal of Psychiatry and Medicine |
| 1990- | Consulting Editor, Suicide and Life-Threatening Behavior |
| 1994- | Primary Psychiatry |
| 1997- | Mental Fitness |

MEMBERSHIPS IN SOCIETIES:

| 1974-78 | PSRO II Inc. (Connecticut Area II Professional Standards Review Organization, Inc.) |
| 1977 | Washington Psychiatric Society |
| 1977- | American Psychiatric Association |
| 1979-93 | American Association of General Hospital Psychiatrists |
| 1979-87 | American Hospital Association |
| 1979-87 | Rhode Island Mental Health Association |
| 1980-87 | Association for Academic Psychiatry |
| 1980-87 | Rhode Island Psychiatric Society |
| 1981- | American Association of Suicidology |
| 1981-87 | American College of Mental Health Administration |
| 1981-87 | Rhode Island Medical Society |
| 1982-88 | American Medical Association |

12

| | |
|---|---|
| 1982-87 | Providence Medical Association |
| 1983- | American College of Psychiatrists |
| 1986-87 | Academy of Psychosomatic Medicine |
| 1986-86 | The Shakespearean Society |
| 1986-94 | International Society of Law and Mental Health |
| 1987-93 | New Jersey Psychiatric Society |
| 1988-95 | Member, Board of the American Association for Emergency Psychiatry |
| 1988- | Group for Advancement of Psychiatry (GAP) |
| 1989- | Fellow, American College of Psychiatrists |
| 1989-94 | Medical Scientific Council, AWARE (American Wine Alliance for Research and Education) |
| 1998- | The National Arts Club |
| 1998-02 | Fellow, American Academy of Psychiatry and the Law |
| 2002- | Member, International Academy of Mental Heath and the Law |
| 2003 | Distinguished Fellow, American Psychiatric Association |
| 2003 | Board, International Academy of Law and Mental Health |

RESEARCH WORK IN PROGRESS

Studying harbingers of suicide and modes of crisis intervention with surviving parents, partners, caregivers, children and siblings.

TEACHING PROGRAM INVOLVEMENT:

| | |
|---|---|
| 1969-72 | In-service training of medical students and mental health professionals, Connecticut Mental Health Center. |
| 1970-71 | Assistant Instructor, Psychopathology Seminar, Yale University School of Medicine. |
| 1971-72 | Clinical tutor, psychiatric clerkship, Yale University School of Medicine. |
| 1973 | Taught seminar on dementia: its definition, nosology, diagnosis and treatment toward staff.  Laboratory of Clinical Psychopharmacology, NIMH. |
| 1974-76 | Supervision of residents in Medication Clinic, Connecticut Mental Health Center. |
| 1974-77 | Supervision of residents in Psychiatric Emergency Service, Yale-New Haven Hospital. |

1975-75    Lecturer, Emergency Medical Technician's course, Yale-New Haven Hospital.

1975-75    Taught seminar on Psychiatry and Primary Care to nurse clinicians at the Primary Care Center, Yale-New Haven Hospital.

1975-77    Taught seminar on "Acute and Chronic Management of Psychiatric Illness" at Dana Psychiatric Clinic (with Dr. Julian Lieb), Yale-New Haven Hospital.

1976       Conducted transition groups for graduating and divorcing students, Yale University.

1976       Taught course on Ethical Responsibility in Medical Decision Making at New England School of Religion (Lake Winnepesaukee, New Hampshire) with Dr. L.R. Tancredi.

1976-77    Supervision of medical students, psychiatric residents, nurse practitioners, medical residents and interns and public health students in primary care psychiatry.

1976-77    Taught course entitled, "Diagnostic and Primary care Psychiatry" to family nurse practitioner students.

1978       Taught course, "Crisis Intervention: Evaluation and Treatment," for the Washington School of Psychiatry.

1978       Taught course entitled "Crisis Intervention in Community Settings" with Dr. Laurence R. Tancredi at the Northern New England School of Religion.

1978-79    Taught and chaired course, "Emergency Psychiatry Services: Methods and Management," for The Staff College of NIMH in Chicago (April); Denver (June); Atlanta (October); New Orleans (January); San Francisco (April); and Philadelphia (October).

1979       Taught course, advanced, in Epidemiologic Principles and Methods of Mental Health Program Management, for The Staff College of NIMH in Charleston (March); San Diego (June); and New Orleans (December).

1979       Gave workshop on "Crisis Intervention: Evaluation and Treatment" for the Fairfax Mental Health Consortium, Reston, Virginia.

1979       Taught workshop entitled "Crisis Intervention: Theory and Practice," United Social and Mental Health Services, Inc., Willimantic, Connecticut.

1979-88    Taught course entitled "Emergency Psychiatry: Methods and Management" at the American Psychiatric Association, Chicago, Illinois, May.

1979       Consultation Liaison Lecture Series, Department of Psychiatry, Rhode Island Hospital.

1979       Taught Crisis Intervention Workshop, University of New Mexico-affiliated CMHC.

1979       Taught course entitled "Psychiatric Emergencies:" at Fair Oaks Hospital, Summit, New Jersey.

1979       Taught course in Mental Health Administration and Crisis Intervention at Bloomington, Indiana, CMHC.

1979       Taught Crisis Intervention Workshop, Washington School of Psychiatry.

1979       Taught Crisis Intervention Seminar, Kent County Hospital, and Warwick, Rhode Island.

1979       Taught Crisis Intervention Continuing Education Course, Rhode Island Hospital, Providence, Rhode

14

Island.

| | |
|---|---|
| 1979 | Taught Continuing Education Course entitled "Alcohol and Other Drug-Related Syndromes" at Rhode Island Hospital, Providence, Rhode Island. |
| 1979-86 | Taught course entitled "Psychosomatic Medicine," Brown Medical School, Providence, Rhode Island. |
| 1979-86 | Lectures on "Psychosocial Aspects of Management of Patients with Cancer" at Joint Psychiatry and Oncology Rounds, Rhode Island Hospital, Providence, Rhode Island. |
| 1979-86 | Supervision of Consultation-Liaison Psychiatry Residents. Brown University. |
| 1980 | Crisis Intervention Workshop, Solomon Carter Fuller Mental Health Center (Boston University), Boston, Massachusetts. |
| 1980 | Taught workshop entitled "Emergency Psychiatry: Problems and Solutions" at APA Institute of Hospital and Community Psychiatry, Boston, Massachusetts. |
| 1981 | "Emergency Psychiatry," University of Michigan, Ann Arbor, Michigan. |
| 1981 | Crisis Intervention Workshop for the Central West Virginia Community Mental Health Center, Clarksburg, West Virginia. |
| 1981 | Sexual Attitudes Reassessment Course, Rhode Island Hospital, Department of Psychiatry. |
| 1981 | Workshop at Brown University, "Is Your Sexuality Up for Grabs: Changing Gender Roles," Providence, Rhode Island. |
| 1981 | A panel discussion, "Biological Identity and the Development of Sex Roles: The Moral Issues," Brown University. |
| 1981-86 | Crisis Course for Brown Psychology Interns and Psychiatric Residents, Rhode Island Hospital. |
| 1982 | "Crisis Intervention: Theory and Practice," Undergraduate Brown Premedical Psychiatry Course. |
| 1982 | Support group for Radiation Oncologists. |
| 1982 | "Alcoholism: Overview of the Problem," Brown University and Rhode Island Hospital |
| 1982-90 | "Epidemiology and Psychiatry," Brown University Psychiatric Residents Lecture. |
| 1982 | "The Natural History of Psychiatric Illness and Epidemiology," Brown Psychiatric Residents Lecture. |
| 1982 | "Alternate Lifestyles and Disease," Brown University. |
| 1982 | "Behavioral Emergencies," American College of Emergency Physicians, CREM IV, New York City. |
| 1982 | "Performing a Psychiatric Exam," American College of Emergency Physicians, CREM IV, New York City. |
| 1982 | "Psychiatric Aspects of Heart Disease," presented at lecture for Brown University Premedical Summer Program. |
| 1982 | Case Conference, Providence Mental Health Center. |

1982-83    Course on Emergency Psychiatry, Methods and Management, for the Brown Residents in Psychiatry.

1982-82    Lecture in Topics in General Hospital Psychiatry for Psychiatric Residents, Brown University.

1982-86    Crisis Intervention Course for Brown Medical Students on clerkship.

1982-86    Supervise weekly psychiatric residents/medical residents, interns and medical students, who rotate on Medical Psychiatric Unit of Rhode Island Hospital/Women & Infants Hospital.

1983       Lecture in Biomed 369 on "Affective Illness" and "Emergency Psychiatry," Brown University, Providence, Rhode Island.

1983       "The Application of Clinical Crisis Techniques to the Work Environment," A one-day workshop for Managers for the New England Hospital Assembly, Boston, Massachusetts.

1983-86    Lecture in Biomed 390 on "Crisis Intervention," Brown University, Providence, Rhode Island.

1983-86    Course on Crisis-Oriented Therapy for the Brown Psychology Postdoctoral Fellows.

1984       Adapting to Life-Threatening Illness Cancer Course, Brown University.

1984       "Managing a Crisis Situation in Your Work Environment." New England Hospital Assembly, Boston, Massachusetts.

1985       Moderator, Mock Ethics Committee at conference entitled: Ethical Issues at the Edges of Life, sponsored by Interfaith Health Care Ministries, Lincoln, Rhode Island.

1985-92    Psychosocial Epidemiology for Brown Psychiatric Residents.

1986-95    Suicide assessment and management update - 1986 workshop for American Association of Suicidology.

1989-      Psychosocial Epidemiology for New York Medical College Psychiatric residents.

1989-      Suicidology and Violence Management for NYU psychiatric residents and medical students.

2000-      Suicidology for the psychiatric residents of St. Lukes – Roosevelt Hospital.

## BOOK REVIEWS:

Drug Use: Epidemiological and Sociological Approaches. (Edited by E. Josephson and E.C. Carroll). Washington, D.C., Hemisphere Publishing Corp., 1974, in Inquiry, 13:427-428, 1976.

Disposable Patients: Situational Factors in Emergency Psychiatric Decisions by Daryl B. Matthews, M.D., Ph.D. Lexington Books, Lexington, Massachusetts, 1980, in Hospital and Community Psychiatry, 33:229-230, 1982.

The Diagnosis of Stupor and Coma (Third Edition) by Fred Plum and Jerome A. Posner. Philadelphia, F.A. Davis Company, 1980, in The Journal of Nervous and Mental Disease, 170:773-774, 1982.

Neuropsychiatric Features of Medical Disorders by James W. Jefferson and John R. Marshall. New York, Plenum Medical Book Company, 1981, in The Journal of Nervous and Mental Disease, 171:328-329, 1983.

Psychiatric Illness in General Practice (Second Edition) by Michael Shepherd, Brian Cooper, Alexander C. Brown, and Graham Kalton, with new material for the second edition by Michael Shepherd and Anthony Clare. Oxford, Oxford University Press, 1982, in The Journal of Nervous and Mental Disease, 171:265-267, 1983.

Psychiatric Emergencies: Intervention & Resolution by J. Ingram Walker.  Philadelphia, Lippincott, 1983, in The Journal of Nervous and Mental Disease, 172:246-247, 1984.

Casebook of Psychiatric Emergencies: The "On Call" Dilemma by Robert G. Cummings.  Baltimore University Park Press,  1983, in The Journal of Nervous and Mental Disease, 173:384-385, 1985.

People in Crisis: Strategic Therapeutic Interventions by D.S. Everstine and L. Everstine.,  Bruner/Mazel, New York, 1983, in The Journal of Nervous and Mental Disease, 173:383-384, 1985.

Emergency Psychiatry by Douglas A. Rund and Jeffrey C. Hutzler.  St. Louis, C.V. Mosby, 1983, in General Hospital Psychiatry, 7:275-276, 1985.

Manual of Psychiatric Emergencies edited by Steven E. Hyman.  Boston, Little Brown, 1984, in Journal of Nervous and Mental Disease, 176:702-7002, 1988.

The Illness Narratives: Suffering, Healing and the Human Condition by Arthur Kleinman, New York, Basic Books, 1988, in The Journal of Nervous and Mental Disease, 176:701-702, 1988.

Emergency Psychiatry: Concepts, Methods and Practices edited by Ellen L. Bassuk and Ann W. Birk.  New York, Plenum Press, 1986, in The Journal of Nervous and Mental Disease, 174(8):502-503, 1986.

Suicide Risk: The Formulation of Clinical Judgment by John T. Maltsberger.  New York, New York University Press, 1986, in Suicide and Life-Threatening Behavior, 17(3), 1987.

Advancing Psychiatric Hospital Treatment by Alexander Gralnick.  New York, The Gralnick Foundation, 1988, in The Psychiatric Hospital, 19(4), 183-184, 1988.

Suicide Among Youth: Perspectives on Risk and Prevention by Cynthia R. Pfeffer, Washington, D.C., American Psychiatric Press, 1989, in Suicide and Life-Threatening Behavior, 20(2),193-194, 1990

Suicide Over the Life Cycle: Risk Factors, Assessment, and Treatment of Suicidal Patients by S.J. Blumenthal and D.J. Kupfer.  Washington, D.C., American Psychiatric Press, 1990, in The Psychiatric Times, 7(6),31, 1990.

Suicide Prevention in Schools (Edited by Antoon A. Leenaars and Susanne Wenckstern).  Washington, D.C., Hemisphere Publishing Co., 1991, Death Studies, 15, 1991.

Pschological Trauma and the Adult Survivor: Theory, Therapy and Transformation by Lisa McCann and Laurie Pearlman.  Brunner/Mazel, Spring/Summer, 1992. The Psychiatric Hospital.

Assessment and Prediction of Suicide (Edited by R.W. Maris, A.L. Berman, J.T. Maltsberger and R.F. Yufit). New York, Guilford Press, 1991, in Suicide and Life-Threatening Behavior, 23(2):169-170, 1993.

Suicide and the Unconscious (Edited by Antoon Leenaars and David Lester), Northvale, New Jersey, Jason Aronson, 1996, in Clinical Psychiatric News, 1996.

Assisted Suicide: Decision-Making Guide for Health Professionals (Written by Stephen Jamison), San Francisco, Josey-Boss, 1997, in Psychiatric Services, 49 (12): 1629-1630, 1998.

Contemporary Perspectives on Rational Suicide (Edited by James L. Werth, Jr.), Philadelphia, Brunner. Mazel, 1999, in Psychiatric Services, 51 (10): 1323, 2000.

Comprehensive Textbook of Suicidology by R.W. Maris, A.L. Berman and M.M. Silverman.  New York, Guilford Press, 2000 in Psychiatric Services, 52(4):540-542, 2001.

17

Fatal Freedom: The Ethics and Politics of Suicide by Thomas Szasz.  Westport, Connecticut, Praeger Press, 1999, in Psychiatric Services, 52 (1): 114-115, 2001.

Treating Suicidal Behavior: An Effective, Time-Limited Approach by M. David Rudd, Thomas Joiner, and M. Hasan. New York, Guilford Press, 2001. Psychiatric Services, 52(12): 1665-1666, 2001.

Treatment of Suicidal Patients in Managed Care edited by James M. Ellison. Washington, DC, American Psychiatric Press, 2000. Psychiatric Services, 53(1): 107-108, 2002.
The Noonday Demon:  An Atlas of Depression by Andrew Soloman, New York, Scribner, 2001.
Preventing Suicide, 3(4): 11, 2004.

Hardwired Behavior: What Neuroscience Reveals about Morality by Laurence R. Tancredi, New York, Cambridge University Press,2005. Psychiatric Services,58(2): 279-280. 2007

Autopsy of a Suicidal Mind by E. S.Shneidman. New York, Oxford University Press, 2004. Psychiatric Services, 58(1):
145-156,2007.

TAPES:

The Diagnosis and Treatment of Dementia in the Age Group 20 years to 65 years,
     a) Dementia: Definition and Classification - Tape 1
     b) The Diagnosis of Dementia Between the Ages of 20 and 65 - Tape II
     c) The Treatment of Dementia with Special Reference to Normal Pressure Hydrocephalus - Tape III
     Behavioral Science Tape Library, Edited by Ivan K. Goldberg. Leonia, New Jersey, 1974.

Slaby A.E., Foxworth J.M., Petrich J, Tancredi L.R.: "Emergency Psychiatry: Methods and Management." Audio Digest Foundation, 1980.

"Crisis Intervention." Audio-Digest Foundation, Psychiatry, Volume 13, Number 24, December 17, 1984.

"State of the Art Emergency Psychiatry - 1987" Washington, D.C., American Psychiatric Association Press, 1988.

"Advice for the Families of Patients with Bipolar and Major Depressive Disorders", National Depressive and Manic Depressive Association Tape Collection, 1988.

"The Family and Affective Emergencies".  National Depressive and Manic Depressive Association Tape Collection, 1988.

"Emergency Psychiatry: Methods and Management". Audio-Digest Foundation, Volume 17, Number 13, July 11, 1988.

"Suicide: The Survivors," (with Mary Jane England and Cynthia Pfeffer).  American College of Psychiatry Update program, New York, Medical Information Systems, 1990.

"Sixty Ways to Make Stress Work for You." Recording for the Blind, Princeton, New Jersey, 1992.

Slaby A.E.; Henricks L.E.; Tancredi L.R.: Crisis Stabilization. ACP Psychiatric Update, Volume 14:5, 1994.

Slaby, A.E.; Tancredi, L.R.; Volchow, N.: Management of Suicidal, Homicidal and Other Impulsive Behaviors.

ACP Psychiatric update, 1996.

Slaby, A.E.; Garfinkel, L.F.: No One Saw My Pain, Recording for the Blind, 1995.

BOOKS IN TRANSLATION:

Japanese
Tancredi L.R., Lieb J., Slaby A.E.: Legal Issues in Psychiatric Care. New York, Harper & Row, 1975.

Spanish

Slaby A.E., Lieb J., Tancredi L.R.: The Handbook of Psychiatric Emergencies. Flushing, New York, Medical Examination Publishing Co., 1975.

Hebrew

Slaby A.E., Lieb J., Tancredi L.R.: The Handbook of Emergency Psychiatry. (In part translated into Hebrew).

Chinese

Slaby A.E.: Sixty Ways to Make Stress Work for You Washington, D.C., PIA Press, 1988.


LETTERS:

"University Nonresident Group", The Milwaukee Journal, January 4, 1968.

"Law Student Questionnaire", The Yale Daily News, December 6, 1970.

"Psychiatrists in the Emergency Situation". American Journal of Psychiatry, 137(6):753, 1980.

"Comments on Review of Brief Psychotherapies". American Journal of Psychiatry, 144:1516, 1987.

Weekly column in The Summit Sun Times entitled "Help is Around the Corner". 1987-1988.


PAPERS:

Slaby A.E., Booker H.E., Forster F.M.: Autonomic responses to music in normal subjects and in patients with temporal lobe disease, including musicogenic epilepsy. Neurology, 117:317-318, 1967 (Synopsis of the paper presented at the American Academy of Neurology).

Booker H.E., Matthews C.G., Slaby A.E.: Effects of diphenylhydantoin on selected physiological and psychological measures in normal adults. Neurology, 17:949-951, 1967.

Slaby A.E.: Protean education in public health. American Journal of Public Health, 61:890-892, 1971.

Schwartz A.H., Slaby A.E.: Adjustment and fantasy in medical students. American Journal of Psychiatry, 128(1):85-90, 1971.

Slaby A.E., Schwartz A.H.: Changing attitudes and patterns of behavior among emerging physicians. Psychiatry in Medicine, 2(4): 270-277, 1971.

Swartzburg M., Schwartz A.H., Lieb J., Slaby A.E.: Dual suicide in homosexuals. Journal of Nervous and Mental Disease. 155(2): 125-130, 1972.

19

Slaby A.E., Lieb J., Schwartz A.H.: Comparative study of the psychosocial correlates of drug use among medical and law students. Journal of Medical Education. 47(9): 717-723, 1972.

Slaby A.E., Sealy J.R.: Black liberation, women's liberation. American Journal of Psychiatry, 130(2):196-200, 1973.

Weissman M.M., Slaby A.E.: Oral contraceptives and psychiatric disturbance.  Evidence from research. British Journal of Psychiatry, 132-346, 1973.

Lieb J, Slaby A.E.: How much do you know about clinical psychiatry? Modern Medicine, pp. 81-88, March 1, 1975.

Raymond M.E., Slaby A.E., Lieb J: Familial response to mental illness. Social casework, 56:492-498, 1975.

Lieb J., Slaby A.E.: How much do you know  about clinical psychiatry? Modern Medicine, pp. 123-128, July 1, 1975.

Lieb J., Slaby A.E.: How much do you know about clinical psychiatry? Modern Medicine, pp.106-110, April 1, 1977.

Schwartz A.H., Swartzburg M., Lieb J, Slaby A.E.: Medical school and the process of disillusionment. British Journal of Medical Education, 12(3):182-185, 1978.

Slaby A.E., Fagan P., Tancredi L.R.: A second look at religion and Freudianism. America, pp. 460-472, May 29, 1976.

Fagan P.J., Tancredi L.R., Slaby A.E.: Exploring values and the conscience quagmire. Counseling and Values, 24:184-193, 1979.

Tancredi L.R., Slaby A.E.: Releasing the mentally ill: Justice or irresponsibility. Connecticut Medicine, 41(7):429-432, 1977.

Slaby A.E., Tancredi L.R.: The economics of moral values: Policy implications. Journal of Health Politics, Policy and Law, 2(1):20-31, 1977.

Raymond M.E., Slaby A.E., Lieb J.: Familial responses to mental illness. Yale Psychiatric Quarterly, 1(2):4, 1977.

Slaby A.E.: The team approach to the treatment of the rape victim. Connecticut Medicine, 43:135-136, 1978.

Lieb J, Slaby A.E.: Check your knowledge of clinical psychiatry. Modern Medicine, pp. 115-122, March 15, 1978.

Slaby A.E., Pottash A.L.C, Black H.R.: Utilization of psychiatry in a primary care center. Journal of Medical Education, 53(9):752-758, 1978.

Slaby A.E.: Careers in general hospital psychiatry.  Resident's Forum, Psychiatric News, 14:14-16, November 2, 1979.

Slaby A.E.: Emergency psychiatric services: Problems and solutions. Newsletter of the American Association of General Hospital Psychiatry, 1980.

Slaby A.E.,  Perry P.L.: Use and abuse of psychiatric emergency services. International Journal of Psychiatry in Medicine, 10(1):1-8, 1980.

Inglese-Bieber M, Slaby A.E.: Serum alcohol levels and the incidence of trauma. Currents in Alcoholism, 8:269-282m 1981.

Slaby A.E: Emergency psychiatry in the general hospital: staffing, training and leadership issues. General Hospital Psychiatry, 3(4): 306-309, 1981.

Slaby A.E., Glickman A.: Art in hospitals. MD Magazine, 24:17-20, August 1981.

Slaby A.E.: Psychiatrist's role in general medical hospitals. Newsletter of the American Association of General Hospital Psychiatrists. Spring, 1981.

Giannini A.J., Slaby A.E.: Menarche and ascorbic acid. MD Magazine. 25:51-52, 1981.

Slaby A.E.: Emergency psychiatry: An update. Hospital and Community Psychiatry, 32(10):687-698, 1981.

Slaby A.S.: Dementia in the presenium. Convergence Newsletter, St. Elizabeth's Hospital, Youngstown, Ohio, 23: 1983.

Slaby A.E., Goldberg R.J., Wallace S.: Interdisciplinary team approach to emergency psychiatric care. Psychosomatics, 24(7):627-637,1983.

Garfinkel B, Slaby A.E.: Personality and risk factors associated with suicide attempts. Proceedings of the Annual Meeting of the American Association of Suicidology, 1983.

Slaby A.E.:  Research strategies in emergency psychiatry. Psychiatric Clinics of North America, 6(2):347-360, 1983.

Slaby A.E., Swift R.: Diagnosing and managing drug-induced psychiatric emergencies. Psychiatric Medicine, 3(3):233-251, 1985.

Slaby A.E., Fogel B.S.: Identifying occult neurologic illness on a psychiatric service. Psychiatric Letter, Fair Oaks Hospital, 2(8), 1984.

Slaby A.E.: Definitions and conceptual framework of psychiatric emergencies. Emergency Health Services Review, 3:2-3, 1985.

Slaby A.E., Kramer P.: Evaluating suicide potential. Butler Review, 5(1):2-8, 1985.

Slaby A.E., Kramer P.: Evaluating and managing self-destructive potential and behavior in a hospital setting. The Psychiatric Hospital, 16(1):33-39, 1985.

Slaby A.E.: Long-range planning and psychiatrist/psychologist staff privileges. Newsletter of American Association of General Hospital Psychiatrists, 7(1):Winter, 1985.

Slaby A.E.: Crisis-oriented therapy. New Directions in Emergency Psychiatry, December (28):21-34, 1985.

Fogel B., Slaby A.E.: Beyond Gamesmanship: Strategy for coping with prospective payment. Hospital and Community Psychiatry, 36(7):760-763, 1985.

Slaby A.E.: The emergency treatment of the depressed patient with physical illness. International Journal of Psychiatry in Medicine, 17:71-83, 1987.

Slaby A.E.: Franchising services proves timely topic at APA/AAGNP meeting. Newsletter of the American Association of General Hospital Psychiatrists, 7(2): Fall, 1985.

Slaby A.E., Fogel B.S.: Franchising general hospital psychiatric services. Integrative Psychiatry, Autumn, 1985.

Slaby A.E., Goldberg R.J.: Advantages and disadvantages of cross hospital consultation liaison services. General Hospital Psychiatry, 8(3):183-189, 1986.

Slaby A.E.:"The risk of violence in psychotics": commentary, Integrative Psychiatry, 4(1):18-20, 1986.

Slaby A.E., Glicksman A.S.: Adaption of physicians to managing lifethreatening illness. Integrative Psychiatry, 4(3):162-165, 1986.

Wallace S.R., Wand J.T., Goldberg R.J., Slaby A.E.: The social worker as primary psychiatric consultant to the general hospital emergency room. Emergency Health Services Review, 3:11-24, 1986.

Slaby A.E.: Prevention, early identification and management of adolescent suicidal potential. Rhode Island Medical Journal, 69:463-470, 1986.

Slaby A.E.: Definitions and conceptual framework of psychiatric emergencies. Emergency Health Services Review, 3:9-24, 1986.

Slaby A.E., McGuire P.L.: Prevention of child and adolescent suicide. Fair Oaks Hospital Psychiatry Letter, 4:65--70, 1986.

Slaby A.E.: Sixty ways to make stress work for you. Fair Oaks Hospital Psychiatry Letter, 5:50-63, 1987.

Slaby A.E.: Quality assurance in emergency psychiatric care. Focus on Emergency Psychiatry, 1:1-3, 1988.

Giannini A.J., Slaby A.E., Gianetti J., Daroski S., Feather J., Wagamon C.: Physical correlates on examination of bipolar patients. Turkish Journal of Med Biol Research, 2:23-30, 1991.

Slaby A.E.: AIDS and rational suicide. Newslink, 14:5, 1989.

Kirstein L, Slaby A.E.: The epidemiology, clinical manifestations, and management of cocaine rise Journal of Insurance Medicine, 21:91-93, 1989.

Slaby A.E., McGuire P.L.: Residential management of suicidal adolescents. Residential Treatment for Children and Youth, 7(1):23-43, 1989.

Giannini A.J., Giannini M.C., Slaby A.E.: Suicide - The medical legal implications. The Psychiatric Forum, 10:6-9, 1989.

Slaby A.E.: Evaluating and managing suicidal potential. Synapse, West Hudson Psychiatric Society, July - August, 1990.

Slaby A.E.: Who are the survivors? Newslink, American Association of Suicidology, 16(2) p.3, 1990.

Slaby A.E.: Growing pains. Newslink. American Association of Suicidology, 16(3) p.3, 1990.

Slaby A.E.: Emergency psychiatry: New perspectives. Newsletter American Association of General Hospital Psychiatrists, February 1991.

Giannini A.J., Slaby A.W., Robb T.O.: DeClerrambault's syndrome in sexually experienced women. Journal of Clinical Psychiatry, 52:2, 84-86, 1991.

Slaby A.E.: "Evaluation of school and community-based suicide prevention programs". Newslink, American Association of Suicidology, 116($): p.3-4, 1991.

Slaby A.E.: Harnessing the forces of self-destruction for creativity. Newslink, American Association of Suicidology, 17(1):p.3, 1991.

22