Slaby A.E.: "The Illness and art of Vincent Van Gogh". Newslink, American Association of Suicidology. In Press.

Slaby A.E.: "Addiction: the treatment of dual diagnosis". New Jersey Medicine, 90:859-860, 1993.

Slaby A.E.: "Creativity, depression and suicide." Suicide and Life-Threatening Behavior, Vol. 22(2):157-166, 1992.

Slaby A.E.: "Evaluation and management of suicidal potential and attempts". Update on Aging, Gerontology Institute of New Jersey, Edited by B Sacharow, Vol. 8, Issue 1, Winter 1992.

Slaby A.E.:"Gay substance abuse treatment". New York Queer, 1992.

Slaby A.E.:  "Emergency Psychiatry: Training Ground for Leadership". Newsletter of the American Association of Emergency Psychiatrists, 1992.

Slaby A.E.: "Crisis stabilization", NME Grand Rounds 1993.

Slaby A.E.: Suicide as an indicia of biologically-based brain disease. Archives of Suicide Research, 1:59-73, 1995.

Slaby A.E.: Psychopharmacotherapy of Suicide. Death Studies, 18:483-496, 1994.

Slaby A.E.: Outpatient management of suicidal patients in the era of managed care. Primary Psychiatry, 2:43-46, 1995.

Slaby, A.E.: Psyychiatric management of suicidal outpatients, Lifesavers Newsletter, 1995.

Case, D.B.; Slaby, A.E.: The suicidal patient in family practice. Primary Psychiatry, 3(2): 30-34, 1996

Slaby, A.E.: Minimizing litigation pursuant to expected adverse events in emergency psychiatry. Emergency Psychiatry, 2:1, 18-19, 1996.

Slaby, A.E.: Impact of psychopharmacology on suicide rates (Reply to letter), Primary Psychiatry, 3: 17 and 80, 1996.

Slaby, A.E.: Beyond reasonable doubt - The case for SSRI's, Primary Psychiatry, 4:26-27, 1997.

Giannini, AJ; Colapretro; G; Slaby, AE; Melemis, SM; Bowman, RK: Sexualization of the female foot as a response to sexually transmitted eipdemics: a preliminary study. Psychological Reports, 83:491-498, 1998.

Slaby, A.E.: Toward the year 2000: A mental health prospective. Survivors After Suicide, 12 (2): 6-7, 1999.

Slaby, A.E., Multidisciplinary Rounds: When a cancer patient commits suicide: Psychosocial issues faced by patients, families, and care givers. Response3. Cancer Practice, 8⊗1), January/February, 2000.

Slaby, A.E: Shift Lag. Men's Fitness, August, 2000, pp. 63, 65.

Slaby, A.E., Tancredi, L.R.: Micropharmacology: Treating Disturbances of Mood, Thought, and Behavior as Specific Neurotransmitter Dysregulations Rather Than as Clinical Syndromes. Primary Psychiatry, 8(4); 28-32, 2001.

Slaby, A.E.: Suicide and Gun Control. Psychiatric Services, 52(8):999, 2001.

Slaby, AE; Truillo, M: Psychotherapy and the Suicidal Patient. Primary Psychiatry, 13: 40-42, 2006.

Slaby, A.E: "Cultural Sensitivity" in Substance Abuse Treatment. Psychiatric Services, 58(7): 897,2007.

Slaby, A.E. as part of GAP Committee on Psychopharmacology: Direct-to-consumer (DTC) marketing: an attitude survey of psychiatric physicians.

CHAPTERS:

Nicholson R., Slaby A.: Class Poll 1968. P & S '68 (Edited by J Gunnell and V Utermohlen). New York, Columbia University College of Physicians and Surgeons, 1968, pp. 104-118.

Slaby A.E., Tancredi L.R.: Assessment in Psychiatry: Pretest Self-Assessment and Review. (Edited by JC Nelson). Wallingford, Pretest Inc., 1977.

Slaby A.E.: Pharmacotherapy. The Psychotherapy Handbook. (Edited by R Herink). New York, New American Library, 1980.

Slaby A.E., Sealy J.: Black Liberation, Women's Liberation. The Black Family, Second Edition (Edited by R Staples). Belmont, California, Wadsworth, 1978.

Raymond M.E., Slaby A.E., Lieb J.: Familial Responses to Mental Illness. Social Work With Families (Edited by CE Munson). New York, The Free Press, 1980.

Tancredi L.R., Slaby A.E.: Ethical Issues in Mental Health Care. Medical Ethics and the Law: Implications for Public Policy. (Edited by MD Hiller). New York, Ballinger, 1981.

Slaby A.E., Tancredi L.R.: Literary Insights and Theories of Person. Medicine and Literature. (Edited by ER Peschel). New York, Neale Watson Academic Press, 1980.

Raymond M.E., Slaby A.E., Lieb J.: Patterns of Familial Response to Mental Illness. Inventory of Marriage and Family Literature. (Edited by MS Dahl and DHL Olson). St. Paul, University of Minnesota Press, 1980.

Slaby A.E.: Evaluation and Management of Suicide Potential and Attempts. Psychiatry in the Practice of Medicine. (Edited by H Leigh). Addison Wesley & Company, Menlo Park, California, 1981.

Slaby A.E.: Can a Middle-Manager Still be a Clinician. Middle Management in Mental Health (Edited by SL White). San Francisco, Josey-Bass, 1981.

Slaby A.E.: Dementia. Inpatient Psychiatry: Diagnosis and Treatment. (Edited by LI Sederer). (First Edition) Baltimore, Williams and Wilkins, 1983.

Slaby A.E.: Dementia. Neurologic, Neurogenic and Neuropsychiatric Disorders. (Edited by AJ Giannini and RL Gilliland). Garden City, Medical Examination Publishing Company, 1982.

Slaby A.E.: Diagnostic Emergencies. Phenomenology and Treatment of Psychiatric Emergencies (Edited by B Comstock et al). New York, U.S. Medical and Scientific Books, 1984.

Slaby A.E.: Medical Disease Presenting as a Behavioral Emergency. Topics in Emergency Medicine. (Edited by RL Judd and MA Peszke). Rockville, Maryland, Aspen Systems Corporation, 1983.

Slaby A.E.: Quality Assurance and Diagnostic Psychiatry. Psychiatric Emergencies. (Edited by WR Dubin, N Hanke and WH Nickens). New York, Churchill-Livingstone Inc., 1984.

Goldberg R.J., Slaby A.E.: Psychosocial Aspects of Living with Cancer. Medical Oncology. (Edited by P Calabresi, PS Schein and SA Rosenberg). New York, MacMillan Co., 1985.

Slaby A.E.: Emergency Psychiatry: An Update. The Psychiatric Knowledge and Skills Self-Assessment Program. (PKSAP V) Fifth Edition.  Washington, D.C., American Psychiatric Association, 1983.

Slaby A.E.: Definitions and Conceptual Framework of Psychiatric Emergencies. Handbook of Emergency Psychiatry for Clinical Administrators. (Edited by G Barton and Friedman). Rockville, Maryland, The Haworth Press, 1986.

Slaby A.E.: "Dementia". Inpatient Psychiatry: Diagnosis and Treatment. (Edited by LI Sederer). Second Edition. Baltimore, Williams and Wilkins, 1986.

Fogel B, Slaby A.E.: Neurological Screening of Psychiatric Patient, Mimics of Psychotic Disorders. (Edited by I Extein and M Gold). Washington, D.C., APA Press, 1986.

Slaby A.E.: Caffeinism. The Biological Foundations of Clinical Psychiatry.  (Edited by AJ Giannini). New York, Elisevier Science Publishing Co., Inc., 1986.

Slaby A.E., Psychiatric Consequences of Gynecologic Surgery. Clinical Problems, Injuries and Complications of Gynecologic Surgery. (Edited by DH Nichols). Second Edition.  Baltimore, Williams, and Wilkins, 1988.

Slaby A.E.: Dual Diagnosis: Fact or Fiction? in M.S. Gold and A.E. Slaby (Eds): Dual Diagnosis in Substance Abuse.  New York, Marcel Dekker, 1991.

Taylor W, Slaby A.E.: Acute Treatment of Alcohol and Cocaine Emergencies. Recent Developments in Alcoholism. Volume 10: Alcohol and Cocaine: Similarities and Differences, edited by Marc Galanter, Plenum Press, New York 1992.

Slaby A.E., DuMont L.E.: Psychopharmacotherapy of Suicidal Ideation and Behavior. Suicide: Guidelines for Assessment, Management, and Treatment (Edited by B Bonger). New York, Oxford University, 1992.

Taylor W.; Slaby A.E.: Acute Treatment of Alcohol and Cocaine Emergencies. Alcohol and Cocaine: Clinical and Research Issues. New York, Plenum Publishing Corporation, 1993.

Slaby A.E.: Psychopharmacotherapy of Suicide, in Treatment of Suicidal People. (Edited Taylor & Francis) Washington, D.C., 1994.

Slaby A.E.: Psychiatric Consequences of Gynecologic Surgery. Clinical Problems Inquiries and Complications of Gynecological Surgery. Third Edition) (Edited by DH Nichols and VOL DeLancey). Ballentine, Williams and Wilkins, 1995.

Slaby A.E.: The Treatment of Addictive Disorders in Emergency Populations, In N Miller (Ed): Addictive Psychiatry: Comprehensive Textbook. Orlando, WB Saunders, 1995.

Slaby, A.E.: Treatment of Addictive Disorders in Emergency Populations in The Principle and Practice of Addictions in Psychiatry, (Edited by N.S. Miller).  Philadelphis W.B. Saunders, 1996.

Slaby, A.E.: Consequenze psichiche della chirursia ginecologua, in D.H. Nichols and J.O.L. Delancey (Eds.). Problemi Clinici e complicazion: ed Ostetrica (III Edizione).  Rome, C.C. Edizioni Internaziondi, 1996.

Slaby, A.E.: Psychiatric Treatment of Suicidal Outpatients, in T. Roleff (Ed), Suicide: Opposing Viewpoints. San Diego, Greenhaven Press, 1997.

Slaby A.E.: Outpatient Management of the Suicidal Patient. Avoiding Legal Liability With Suicidal Outpatients (Edited by B Bonger). New York, Guilford Press, 1998

Slaby, A.E.: Introduction, in AJ Giannini: Family Guide to Drug Abuse. Los Angeles, Health Information Press,

1998.

Slaby, A.E.: Inpatient Groups and Partial Hospitalization, in D.W. Brooks and H.I. Spitz: <u>The Group Therapy of Substance Abuse</u>.  New York, Haworth Press, 2002.

Slaby, A.E.: Introduction to J. McDonell: <u>The Little Book of Hope</u>. Beverly Hills, New Millennium Press, 2002.

Slaby, AE; Dubin, WR; Barron, DA : Other Psychiatric Emergencies, in BJ Sadock and VA Sadock: <u>Comprehensive Textbook of Psychiatry (8th Edition )</u> . Baltimore,Williams & Wilkins, 2005.


<u>BOOKS:</u>

Lieb J., Lipstich II, Slaby A.E.: <u>The Crisis Team: A Handbook for the Mental Health Professional</u>. New York, Harper and Row, 1973.

Slaby A.E., Wyatt R.J.: <u>Dementia in the Presenium</u>. Springfield, Illinois, Charles C. Thomas, 1974.

Raymond M.E., Slaby A.E., Lieb J.: <u>The Healing Alliance</u>. New York, W.W. Norton Company, 1975.

Lieb J., Slaby A.E.: <u>Integrated Psychiatric Treatment</u>. New York, Harper and Row, 1975.

Slaby A.E., Tancredi L.R.: <u>Collusion for Conformity</u>. New York, Jason Aronson, 1975.

Tancredi L.R., Lieb J, Slaby A.E.: <u>Legal Issues in Psychiatric Care</u>. New York, Harper and Row, 1975.

Slaby A.E., Lieb J., Tancredi L.R.: <u>Handbook of Psychiatric Emergencies</u>. Flushing, New York, Medical Examination Publishing Company, 1975.

Tancredi L.R., Slaby A.E.: <u>Ethical Policy in Mental Health Care: Goals of Psychiatric Intervention</u>. New York, Neale Watson Academic Publications, 1977.

Slaby A.S., Lieb J., Tancredi L.R.: <u>Handbook of Psychiatric Emergencies</u>. Second Edition. New York, Medical Examination Publishing Company, 1981.

Goldberg R., Slaby A.E.: <u>Diagnosing Disorders of Mood, Thought and Behavior</u>. New York, Medical Examination Publishing Company, 1981.

Locke B.Z., Slaby A.E.: <u>Monographs in Psychosocial Epidemiology, Volume I: Studies of Children</u> (Editor: Felton Earls). New York, Neale Watson Academic Press, 1980.

Locke B.Z., Slaby A.E.: <u>Monographs in Psychosocial Epidemiology Volume 2: Stressful Life Events</u> (Editors: Barbara Snell Dohrenwend and Bruce P Dohrenwend). New York, Neale Watson Academic Press, 1981.

Locke B.Z., Slaby A.E.: <u>Monographs in Psychosocial Epidemiology Volume 3: Symptoms, Illness Behavior and Help Seeking</u>. (Editor: David Mechanic)). New York, Neale Watson  Academic Press, 1982.

Slaby A.E.: <u>Monographs in Psychosocial Epidemiology, Volume 4: Community Surveys</u>. (Editors: Myrna M Weissman and Jerome K Myers). New Brunswick,, Rutgers University Press, 1985.

Slaby A.E.: <u>Monographs in Psychosocial Epidemiology: Volume 6: Studying Drug Abuse</u> (Editor: Lee N Robins). New Brunswick, New Jersey,  Rutgers University Press (In Press).

Slaby A.E.(Series Editor): <u>Monographs in Psychosocial Epidemiology: Volume 8: Genetic Issues in Psychosocial</u>

Epidemiology (Edited by MT Tsuang, KS Kendler & MJ Lyons). New Brunswick, New Jersey, Rutgers University Press, 1991.

Wallace S.R., Goldberg R.J., Slaby A.E.: Clinical Social Work in Health Care: New Biopsychosocial Approaches, New York, Praeger Press, 1984.

Slaby A.E., Lieb J., Tancredi L.R.: Handbook of Psychiatric Emergencies, Third Edition, New York, Medical Examination Publishing Co., 1985.

Giannini A.J., Slaby A.E.: Handbook of Overdose and Detoxification Emergencies, Third Edition. New York, Medical Examination Publishing company, 1985.

Slaby A.E., Glicksman A.S.: Adapting to Life-Threatening Illness. New York, Praeger Press, 1985.

Slaby A.E.: Sixty Ways to Make Stress Work For You. Washington, D.C., PIA Press, 1988.

Giannini A.J., Slaby A.E.: Drugs of Abuse. Oradell, New Jersey, Medical Economics Books, 1989.

Slaby A.E.: Aftershock. New York, Random House, 1989.

Slaby A.E. (Series Editor): Studies in Psychosocial Epidemiology: Genetic Issues in Psychosocial Epidemiology (Edited by MT Tsuang, KS Kendler and MJ Lyons) New Brunswick, New Jersey, Rutgers University Press, 1991.

Gold M.S., Slaby A.E.: Dual Diagnosis in Substance Abuse, New York, Marcel Dekker, 1991.

Slaby A.E.: Sixty Ways to Make Stress Work for You. New York, Bantam Books, 1991.

Giannini A.J., Slaby A.E.: (Eds) Eating Disorders, New York, Springer-Verlag, 1993.

Slaby A.E., Frank L.: No One Saw My Pain: Why Teens Kill Themselves, New York, Norton & Company, 1994.

Slaby A.E.: Handbook of Psychiatric Emergencies. Fourth Edition, New York, Appleton-Lange, 1994.

Slaby, A.E.; Frank, L.: No One Saw My Pain: Why Teens Kill Themselves, New York, Norton & Company, 1996 (Paperback).

PRESENTATIONS (INCLUDING TELECONFERENCES):

"Automatic Responses to Music in Normal Subjects and in Patients with Temporal Lobe Disease Including Musicogenic Epilepsy," with HE Booker and FM Forster at the American Academy of Neurology in San Francisco, 1967.

"Adjustment and Fantasy in Medical Students," with AH Schwartz at the American Psychiatric Association's Annual Meeting in Washington, D.C., 1071.

"Medical School and the Process of Disillusionment," with AH Schwartz, M Swartzburg and J Lieb at the American Psychiatric Association Meeting in Honolulu, Hawaii, May, 1973.

"Ventricular Fluid Metabolites of Phenolic and Catecholamines," with RJ Wyatt, F Cantor, JC Gillin, E Gordon, F Karocin, D McCullough, N Neff, A Ommaya, FP Rauscher and JB Seaborg. Presented at American College of Neuropharmacology meeting in San Juan, Puerto Rico, December 17-19, 1975.

"Implementing A Program of Primary Care Psychiatry in a Traditional Medical-Pediatric Clinic Setting." Presented

for the panel entitled, "Psychiatric Practice in Primary Care Settings," at the American Psychiatric Association's Annual Meeting in Toronto, Ontario, 1977.

"The Differential Diagnosis of Behavioral Disorders," St. Vincent's Hospital, Bridgeport, Connecticut, September, 1977.

"Psychosocial Correlates and Determinants of Help-Seeking at an HMO." University of Washington School of Medicine, Seattle, September, 1977.

"Determinants and Correlates of Help-Seeking at an HMO." George Washington University School of Medicine, March, 1978.

"Collusion for Conformity: The Unholy Marriage Between Law and Psychiatry."New York University, July, 1978.

"The Differential Diagnosis of Mood, Thought and Behavior Disorders," St. Elizabeth's Hospital Family Medical Center, Youngstown, Ohio, July, 1978.

"The Impact of Research on Legislation," Research Symposium for APA/NIMH Fellows, Washington, D.C., September, 6, 1978.

"The Interface of Mental Health and Medicine in the Care of Older Patients: What We Know," Gerontological Society Meetings, Dallas, Texas, November 16-17, 1978.

"Psychiatry and the Law," New York University Law School, December, 1978.

"Research That Bears on Health Policy," Butler Hospital, Providence, Rhode Island, December, 1978.

"The Interface off Psychiatry and Medicine," Greenwich Hospital, Greenwich, Connecticut, January, 1979.

"Use and Abuse of Psychiatric Emergency Services," with P. Parry, American Psychiatric Association Annual meeting, Chicago, Illinois, May, 1979.

"Psychological Aspects of the Treatment of a Cancer," Northeastern Ohio Medical School, September 29, 1979.

"Crisis Intervention: Theory and Practice," Psychosomatic Grand Rounds, Yale University, October 3, 1979.

"Historical Evolution of Crisis Intervention," Grand Rounds, St. Vincent's Hospital, October 4, 1979.

"Emergency Psychiatry: Problems and Solutions," Mental Health Services Subcommittee of the American Association of General Hospital Psychiatrists, New York, December 8, 1979.

"Epidemiological Research That Bears on Health Policy," NIMH Staff College Course of Epidemiology for Mental Health Planners, New Orleans, December 9, 1979.

Moderator: Panel on Mental Health, Mental Illness and Religious Belief. Continuing Medical Education Program, Brown University, January 16, 1980.

Grand Rounds Presentation, University of South Florida Medical School, January, 1980.

Grand Rounds Presentation, "Crisis Intervention," Department of Psychiatry, University of New Mexico, February, 1980.

"Diagnosing Disorders of Mood, Thought and Behavior," workshop at Holy Spirit Hospital Community Mental Health Center, Camp Hill, Pennsylvania, February, 1980.

"Emergency Psychiatry," Moulton Hospital, Taunton, Massachusetts, February, 1980.

"Predictors of Use of College Health Services," Meeting of the College Task Force of the Medical Foundation, Boston, Massachusetts, April 11, 1980.

"Discussion of Dr. Paul Rossman's paper:" Adolescent Depression," at the Meetings of the New England Society of Adolescent Psychiatry, Providence, Rhode Island, 1980.

"The Epidemiology of Alcoholism," University of Massachusetts Medical School, Worcester, Massachusetts, May, 1980.

"Current Issues in General Hospital Psychiatry," APA Institute of Hospital and Community Psychiatry, Boston, Massachusetts, September, 1980.

"Diagnosis and Management of Disorders of Mood, Thought and Behavior," Hawaiian Medical Association, Honolulu, Hawaii, October, 1980.

"Evaluation and Management of Suicidal Behavior," Department of Psychiatry, University of Hawaii Medical School, Honolulu, Hawaii, October, 1980.

"The Epidemiology of Suicide," Annual Meeting of the Samaritans of Rhode Island, Providence, 1980.

"Suicidology," Griffin Hospital, Derby, Connecticut, October, 1980.

"Emergency Psychiatry: Problems and Solutions," State University of New York at Stony Brook, December, 1980.

"The Differential Diagnosis of Dementia," University of Connecticut, December, 1980.

"Dementia in the Presenium," University of Connecticut, December 1980.

"Crisis Intervention: Theory and Practice," University of Maryland, 1981.

"Diagnosing Disorders of Mood, Thought and Behavior," Eastern Connecticut Psychiatric Society, Willimantic, Connecticut, February, 1981.
"Emergency Psychiatry Update," Sugarbush Psychiatric Conference, Warren, Vermont, February, 1981.

Crisis Intervention: Theory and Practice," Queens Hospital, New York, New York, February, 1981.

"Crisis Intervention," St. James Church, New York, New York, February, 1981.

"Is Your Sexuality Up for Grabs:  Changing Gender Roles," (together with Margo Inglese, Lewis Lipsitt and Joan Scott), Brown University, Providence, April, 1981.

"Psychiatric Emergencies in Rural Areas," Dartmouth University, Hanover, New Hampshire, March, 1981.

"Administrative Issues in the Delivery of Emergency Psychiatric Services," Columbian Mental Health Center, Lisbon, Ohio, April, 1981.

"The Holistic Approach to the Delivery of Geriatric Services," Northeastern Ohio Medical School, Youngstown, Ohio, May, 1981.

"Emergency Psychiatry and Crisis Intervention," Harding Hospital, Columbus, Ohio, May, 1981.

"Crisis Intervention: Theory and Practice," Central Chapter of the Illinois Psychiatric Society, June, 1981.

"Diagnosing Disorders of Mood, Thought and Behavior," Southern Illinois University School of Medicine, June, 1981.

"Crisis Intervention and the Management of Alcoholism," Annual Meeting of the North Conway Institute,Newport, Massachusetts, June, 1981.

"Crisis Intervention: Theory and Practice," Columbia University's College of Physicians and Surgeons, New York City, June, 1981.

"The Differential Diagnosis of Violent Behavior," The Carrier Foundation, Princeton, New Jersey, September 1, 1981.

"The Interdisciplinary Approach to the Delivery of Psychiatric Care in the General Hospital Setting," Meetings of the Institute of Hospital and Community Psychiatry, San Diego, California, September 14-16, 1981.

"Practical Management of Psychiatric Emergencies, Including the Differential Diagnosis of Mood Disorders and Brief Psychiatric Treatment Techniques," Arkansas Psychiatric Society, Fairfield Bay, Arkansas, September 13, 1981.

"Liaisons: Developing Interpersonal Relationships," Brown Medical Center, Springfield, Massachusetts, October, 1981.

"Emergency Psychiatry and Crisis Intervention," Baystate Medical Center, Springfield, Massachusetts, October, 1981.

"Emergency Psychiatry: Administrative and Clinical Aspects," Connecticut Hospital Association, Wallingford, Connecticut, October, 1981.

"Crisis Intervention: Theory and Practice," Riverview Hospital, Red Bank, New Jersey, December, 1981.

"Overview of Critical Diagnostic and Treatment Tasks in Emergency Psychiatry," Baylor University, Houston, Texas, December, 1981.
Building Psychiatric Services for Women in the 1980's". Rhode Island Hospital Corporation Meeting, December, 1981.

Keynote Address at the Winter Meetings of the Pennsylvania Psychiatric Society: "The Psychiatrist in the General Hospital," Philadelphia, January, 1982.

"Adolescent Suicide," (with Dr. Barry Garfinkel) National Association of Private Psychiatric Hospitals, Scottsdale, Arizona, January, 1982.

"Emergency Psychiatric Services in Private Hospital Settings," National Association of Private Psychiatric Hospitals, Scottsdale, Arizona, January, 1982.

"Managing Substance Abuse Using Emergency Psychiatric and Brief Treatment Models," Pawtucket Mental Health Center, February, 1982.

"Managing Life Crises," Auxiliary of Women & Infants Hospital, February, 1982.

"Sexuality and Commitment," Brown Catholic Student Group, March, 1982.

"Biological and Psychological Aspects of Stress," American Society of Abdominal Surgeons, March, 1982.

"Liaisons: Understanding Human Relationships," The Brown Club of Northern New Jersey, Princeton, New Jersey, March, 1982.

"Violent Behavior: Differential Diagnosis and Management," Stamford Hospital, Stamford, Connecticut, March, 1982.

"Crisis Intervention in Rural Psychiatric Settings," Augusta Mental Health Institute, Augusta, Maine, March, 1982.

"Differential Diagnosis and General Hospital Psychiatry," Main Medical Center, Portland, Maine, March, 1982.

"Women and Relationships," The Junior League of Providence, Providence, Rhode Island, April, 1982.

"Emergency Interventions of Suicidal Behavior," American Association of Suicidology, New York City, April, 1982.

Chairperson, Panel on Attention Deficit Disorders, Emma P. Bradley Hospital, Providence, Rhode Island, April, 1982.

"Life in the Deep End: Understanding Loneliness, Loss, Suicidal and Self-Destructive Thoughts," Brown University, Providence, Rhode Island, April, 1982.

"Chronic Organic Mental Syndromes: Diagnosis and Management," Institute of Mental Health, Cranston, Rhode Island, April, 1982.

"Emergency Psychiatry in a General Hospital," St. Vincent's Medical Center, Bridgeport, Connecticut, May, 1982.

"Serum Alcohol Levels and the Incidence of Trauma," (with Ms. Margo Inglese), Brown University, Ninth Annual Student-Faculty Research Seminar, Providence, Rhode Island, May, 1982.
"Managing Life Crises," Cincinnati Brown Club, Cincinnati, Ohio, May, 1982.

"Emergency Psychiatry: Methods and Management," Meetings of the American Psychiatric Association, Toronto, Canada, May 6, 1982.

"Fredrika Schweers," (Presentation and discussion of a videotape edited by a therapist regarding a child with a life-threatening illness and her family, with Ms. Stephanie LaFarge and Dr. Richard Goldberg), Meetings of the American Psychiatric Association, Toronto, Canada, May 19, 1982.

"The Family as the Focus of Crisis Intervention," Providence Mental Health Center, Providence, Rhode Island, May, 1982.

"The Anatomy of an Oncologist," Medical Oncology Grand Rounds, Rhode Island, June, 1982.

Discussion of paper entitled "Choice of Treatment in Psychiatry: Some Reflections," Butler Hospital Staff Association Meeting, Providence, Rhode Island, June, 1982.

"Coming of Age in the Eighties," Brown University Commencement Forum, Providence, Rhode Island, June, 1982.

"Mental Health Crisis Services," Oregon Mental Health Division, Salem, Oregon, June, 1982.

"Current Issues in Emergency Psychiatry," Connecticut Valley Hospital, Middletown, Connecticut, June, 1982.

"Videotaping Patients with Life-Threatening Illness," (with Ms. Stephanie LaFarge), Roger Williams General Hospital, August, 1982.

"Management of Violent Behavior in the General Hospital," (with Mr. William Dubin and Ms. Margo Inglese), Rhode Island Hospital, September, 1982.

"Psychological Impact of Disasters on Victim and Rescuer," Emergency Medicine and Critical Care Symposium '82, Brown University, September, 1982.

"Life and Stress: Crisis and Management," Butler Hospital Auxiliary, Providence, Rhode Island, October, 1982.

"Stress in Medicine," Brown Medical Student Forum, Brown University, Providence, Rhode Island, October, 1982.

"Quality Assurance and Differential Diagnosis in the Emergency Psychiatric Setting," Meeting of the American Association of General Hospital Psychiatry, Louisville, Kentucky, October, 1982.

"New Perspectives of Chronicity," Joint Meeting of the American Nursing Association and Institute on Hospital and Community Psychiatry, Louisville, Kentucky, October, 1982.
"Minimal and Nonhospitalization Models of Psychiatric Care," Institute on Hospital and Community Psychiatry , 34th Institute on Hospital and Community Psychiatry, Louisville, Kentucky, October,, 1982.

"Videotaping and Adolescent Crises," Moses Brown School (with Ms. Stephanie LaFarge), Providence, Rhode Island, October, 1982.

"Managing Life's Crises," Brown University's Continuing College, October, 1982.

"The Impaired Physician," Rhode Island Hospital, October, 1982.

"Coming of Age in the Eighties," Brown University's Parents Weekend, October, 1982.

"Managing Life's Crises," Brown Club of Philadelphia, October, 1982.

"Managing Life's Crises," Brown Club of Greater New Jersey, October, 1982.

"Crisis Intervention," Yale University, October, 1982.

"Neuropsychiatric Manifestations of Systemic Disease," St. Vincent's Hospital, Bridgeport, Connecticut, November, 1982.

"Physicians Under Stress," Brown Medical Association, November, 1982.

"Managing Adolescent Crisis," Lincoln School, Providence, Rhode Island, November, 1982.

"Useful Measures of Severity for Assessment of Psychiatric Emergency Patients Developed in a New England-Wide Study," Dartmouth-Hitchcock Medical Center, December, 1982.

"Panic Disorders," Institute of Mental Health, Cranston,, Rhode Island, January, 1983.

Videotaping as a Means of Understanding Chronic Illness," Women & Infants Hospital, Providence, Rhode Island, February, 1983.

"Depression in a Gynecological and Obstetrical Population," Women & Infants Hospital, Providence, Rhode Island, February, 1983.

"Growth Through Crises," Brown University's Continuing College, Sarasota, Florida, February 26, 1983.

"Biological and Psychological Aspects of Stress," American Society of Abdominal Surgeons, Tampa, Florida, March

18, 1983.

"Crisis Intervention: Theory and Practice," Consortium for Emergency Psychopharmacology, Atlantic City, New Jersey, April 14, 1983.

"Crisis Intervention and Videoanalysis," Oncology Nursing Update, Rhode Island Division of the American Cancer Society, Newport, Rhode Island, May 12, 1983.

Emergency Psychiatry: Methods and Management," Meeting of the American Psychiatric Association, New York City, May 31, 1983.

Managing Life-Threatening Illness," Meeting of the American Psychiatric Association, New York City, May 2, 1983.

"New Agents in the Treatment of Depression," The George Narinian Menotial Seminar, New England Council of Hospital Pharmacists, Hyannis, Massachusetts, May, 1983.
"The Diagnosis and Management of Depression," Institute of Mental Health, Cranston, Rhode Island, June, 1983.

"The Crisis of Chronic Illness," Stanford, Palo Alto Veterans Administration Hospital, Palo Alto, California, June 8, 1983.

"Interventions for Psychiatric Emergencies: Managing Violent Behavior," Second Annual Seminar of the Mid Hudson Psychiatric Center, Middletown, New York, September, 1983.

"Differential Diagnosis and Management of Violent Behavior," Arbor Hospital, Boston, Massachusetts, September 12, 1983.

"Crisis Intervention: Theory and Practice," Norwalk Hospital, Norwalk, Connecticut, September 16, 1983.

"Emergency Psychiatry," 35th Institute on Hospital and Community Psychiatry, Houston, Texas, September 27, 1983.

"Understanding and Managing Chronic Life-Threatening Illness," New England Hospital Assembly, Framingham, Massachusetts, September 28, 1983.

"Evaluation and Management of the Psychiatric Emergency: Handling the Psychiatric Crisis," Las Encinas Hospital, Pasadena, California, October 6, 1983.

"Coming of Age in the Eighties," Brown Parents Weekend, Providence, Rhode Island, October 15, 1983.

"Crisis Intervention: Methods and Management," Northeastern Ohio Medical School, Youngstown, Ohio, October 21, 1983.

"Stress and Illness," Rhode Island Hospital, Providence, Rhode Island, October 26, 1983.

"Psychological Issues of Trauma on Care Givers," Rhode Island Hospital, Providence, Rhode Island, October 28, 1983.

"Crisis Intervention: Theory and Practice," The Solomon Mental Health Center, Lowell, Massachusetts, November 2, 1983.

"Growth Through Crisis," Brown University Club in New York, New York, November 17, 1983.

Growth Through Crisis," Brown University Clubs of Westchester and Fairfield Counties, New York, Greenwich,

Connecticut, November 20, 1983.

"Evaluation and Management of Suicide Behavior," Butler Hospital, Providence, Rhode Island, November 30, 1983.

"Differential Diagnoses and Management of Violent Behavior," Fuller Hospital, Attleboro, Massachusetts, December 7, 1983.

"The Clinical Management of the Problem Patient: Models for Success," Meeting of the National Association of Private Psychiatric Hospitals, Palm Springs, California, January 17, 1984.

"The Differential Diagnosis and Management of Violent Behavior," Interhospital Symposium, San Francisco, California, January 27, 1984.

"Crisis Intervention: Theory and Practice," Yale University, New Haven, Connecticut, February 8, 1984.

"The Differential Diagnosis and Management of Violent Behavior," Wisconsin State Psychiatric Society Meeting, Madison, Wisconsin, February 19, 1984.

"Using Crisis Therapy in the Management of Psychiatric Emergencies in the General Hospital," William W. Backus Hospital, Norwich, Connecticut, February 22, 1984.

"Crisis Intervention: Theory and Practice," Brown Student Health Service, Brown University, Providence, Rhode Island, February 23, 1984.

"Strategies in Managing the Violent Patient," The Providence Center, Providence, Rhode Island, March 29, 1094.

"Understanding and Management of Depression of Care Receivers and Care Givers," Rhode Island State Society of the American Association of Respiratory Therapy, Newport, Rhode Island, March 31, 1984.

"Managing Stress," American College of Physicians, Atlanta, Georgia, April 26, 1984.

"Mastering Suicidal Behaviors by Encountering the Dying," American Association of Suicidology, Anchorage, Alaska, May 4, 1984.

"Advantages and Disadvantages of Cross-Hospital Consultation Liaison Services," 137th Meeting of the American Psychiatric Association, Los Angeles, California, May 9, 1984.

"Emergency Psychiatry: Methods and Management," 137th Meeting of the American Psychiatric Association, Los Angeles, California, May 10, 1984.

"The Theory and Practice of Crisis-Oriented Therapy," Annual Meeting of the Eastern Health Board, Dublin, Ireland, June 6, 1984.

"Management of the Violent Patient," Veterans Administration Medical Center, Northampton, Massachusetts, June 27, 1984.

"The Differential Diagnosis of Violent Behavior," Institute of Mental Health, Warwick, Rhode Island, June 29, 1984.

"Crisis Intervention and Emergency Psychiatry," Frederick Douglas Mental Health, Kalamazoo, Michigan, August 17, 1984.

"Psychological Aspects of Emergency Care," Emergency Medical Technician Course, Brown University, Providence, Rhode Island, August 22, 1984.

34

"Understanding and Managing Violent Behavior," Orange, California, August 23, 1984.

"Understanding and Managing Violent Behavior," Beverly Hills, California, August 25, 1984.

"Crisis Intervention and Follow-Up," Community Mental Health Services of Southeastern Connecticut, Norwich, Connecticut, September 11, 1984.

"Working with Survivors of Suicide," Rhode Island Hospital, Providence, Rhode Island, September 14, 1984.

"Management of Violent Behavior," Colorado State Hospital, Pueblo, Colorado, September 27, 1984.

"Management of Violence," Nebraska Psychiatric Society, Omaha, Nebraska, September 29, 1984.

"Management of Violence," Ancora State Hospital, Ancora, New Jersey, October 3, 1984.
"The Differential Diagnosis and Management of Violence," Institute of Living, Hartford, Connecticut, October 4, 1984.

"Emergency Psychiatry: Theory and Practice," American Academy of Clinical Psychiatry, New Orleans, Louisiana, October 11, 1984.

"Management of Violent Behavior," St Elizabeth's Hospital, Washington, D.C., October 11, 1984.

"Emergency Psychiatry Update," Institute of Hospital and Community Psychiatry, Denver, Colorado, October 16, 1984.

"Management of Violent," San Antonio State Hospital, San Antonio, Texas, October 17, 1984.

"The Differential Diagnosis and Management of Violence," Missouri Institute of Psychiatry, St. Louis, Missouri, October 26, 1984.

"Coming of Age in the Eighties," Brown University Parents Weekend, October 26, 1984.

"The Differential Diagnosis and Management of Violence," The Menninger Foundation, Topeka, Kansas, October 30, 1984.

"Emergency Psychiatry Update," Harlem Hospital, New York, New York, November 3, 1984.

"Managing Life's Crises," Under the Elms, Brown University, Providence Rhode Island, November 9, 1984.

"Diagnosis and Management of Violent Behavior," Eastern State Hospital, Lexington, Kentucky, November 13, 1984.

"Basic Principles of Emergency Psychiatry," Southside Virginia Psychiatric Society, Petersburg, Virginia, November 15, 1984.

"Crisis Intervention: Methods and Management," Medical College of Virginia, Richmond, Virginia, November 16, 1984.

"The Differential Diagnosis and Management of Violent Behavior," Vanderbilt University Medical School, Memphis, Tennessee, November 27, 1984.

"General Hospital Psychiatry: Changes and Challenges," St. Luke's Roosevelt Hospital, New York, New York November 28, 1984.

35

"The Differential Diagnosis and Management of Violence," University of Oregon Medical Center, Portland, Oregon, December 4, 1984.

"The Management of Violence in the Emergency Situation," Cleveland Veterans Administration Hospital, New York, New York, December 4, 1984.

"The Differential Diagnosis and Management of Violence," Veterans Administration Hospital, New York, New York, December 14, 1984.

"Managing Violent Behavior," Northwestern Institute of Psychiatry, Fort Washington, Pennsylvania, December 27, 1984.

"The Differential Diagnosis and Management of Violent Behavior," New York University Medical Center, New York City, December 28, 1984.

"Managing Other-Directed Violence," Department of Psychiatry, Indiana University School of Medicine, Indianapolis, Indiana, January 11, 1985.

"The Differential Diagnosis and Management of Violence," Ramsey Hospital, St. Paul, Minnesota, January 24, 1985.

"Adolescent Suicide and Suicide Pacts," Hartgrove Hospital, Chicago, Illinois, January 26, 1985.

"Crisis-Oriented Therapy," Attleboro Mental Health Center, Attleboro, Massachusetts, February 5, 1985.
"Managing Life's Stresses," University of Texas Medical School, Houston, Texas, February 8, 1985.

"Emergency Psychiatry," St. Vincent's Hospital, Worcester, Massachusetts, March 15, 1985.

"The Differential Diagnosis and Management of Violent Behavior," Harvard University, Cambridge, Massachusetts, March 30, 1985.

"Crisis-Oriented Therapy," New York University, New York, New York, April 4, 1985.

"The Differential Diagnosis and Management of Other-Directed Violence," East Orange Veterans Administration Hospital, East Orange, New Jersey, April 3, 1985.

"Managing Violent Behavior," Metropolitan State Hospital, Waltham, Massachusetts, April 10, 1985.

"The Differential Diagnosis of Violent Behavior," Western Missouri Mental Health Center, Kansas City, Missouri, April 11, 1985.

"Growth Through Crises," Under the Elms Seminar, Brown University, Providence, Rhode Island, April 11, 1985.

"The Differential Diagnosis and Management of Violent Behavior," Norristown State Hospital, Norristown, Pennsylvania, April 12, 1985.

"Managing Violent Behavior," Iowa Psychiatric Association, Cedar Rapids, Iowa, April 13, 1985.

"Managing Other-Destructive Behavior," University of Missouri, Columbia, Missouri, April 18, 1985.

"The Management of the Violent Patient," Multihospital Teleconference, G. Woods Memorial Hospital (Arcadia, Florida), South Florida State Hospital (Miami, Florida), Wichita Falls State Hospital (Wichita Falls, Texas), and Farmington State Hospital (Farmington, Missouri), April 23, 1985.

"The Management of the Violent Patient," Ancora Psychiatric Hospital, Belmar, Pennsylvania, April 24, 1985.

"The Management of The Violent Patient," Trenton Psychiatric Hospital, Washington Crossing, New Jersey, April 24, 1985.

"Managing Violent Behavior, Institute for the Advancement of Human Behavior, Chicago, Illinois, April 26, 1985.

"Managing Violent Behavior," Evansville State Hospital, Evansville, Indiana, April 30, 1985.

"Management of Violent Patients," Metropolitan State Hospital, Waltham, Massachusetts, May 1, 1985.

"Adapting to Cancer," St. Ann's Hospital, Fall River, Massachusetts, May 2, 1985.

"Managing Violence," Fulton State Hospital Fulton, Missouri, May 7, 1985.

"Crisis Intervention: Theory and Practice," Woodhull Hospital, Brooklyn, New York, May 9, 1985.

"Managing Violent Behavior," Milford Whitinsville Hospital, Whitinsville, Massachusetts, May 16, 1985.

"The Differential Diagnosis and Management of Violence," Clarke's Bluff Hospital, Scranton, Pennsylvania, May 17, 1985.

"Emergency Psychiatry," American Psychiatric Association Meeting, Dallas, Texas, May 19, 1985.
"Franchising General Hospital Services," American Psychiatric Association Meeting, Dallas, Texas, May 24, 1985.

"Medical Mimics of Psychiatric Illness," American Psychiatric Association Meeting, Dallas, Texas, May 24, 1985.

"Managing Violent Behavior," The Milwaukee County Medical Health Complex, Milwaukee, Wisconsin, June 4, 1985.

"The Differential Diagnosis and Management of Violence," New York Medical College, Tarrytown, New York, June 12, 1985.

"The Differential Diagnosis and Management of Violent Behavior," Bay Pines VA Hospital, St. Petersburg, Florida/Am Arbor VA Hospital, Ann Arbor, Michigan/Riverview Medical Center, Red Bank, New Jersey/Fairfield Hills Hospital, Newtown Connecticut, June 18, 1985.

"Managing Violent Behavior," Taunton State Hospital, Taunton, Massachusetts, June 20, 1985.

"Managing Violence," Breezy Point Resort, Pequot Lake, Minnesota, June 22, 1985.

"The Differential Diagnosis and Management of Violence," Ypsilanti Regional Psychiatric Center, Ypsilanti, Michigan, June 25, 1985.

"Managing Violence," Western Institute, June 27, 1985.

"Managing Violence," University of Texas Health Services, San Antonio; Western State Hospital, Hopkinsville, Kentucky; Louisiana State University Medical School, Shreveport, Louisiana, June 27, 1985.

"Managing Violence," San Joaquqin County Mental Health Center, Stockton, California, June 28, 19885.

"Managing Violence," Central State Hospital, Norman, Oklahoma, July 10, 1985.

"The Differential Diagnosis and Management of Violence," Kings Park Psychiatric Center, Kings Park. Long Island,

New York, July 11, 1985.

"The Differential Diagnosis and Management of Other-Directed Violence," University of Kansas, Kansas City, Missouri, July 19, 1985.

"Managing Violence," St Cloud VA Hospital, St. Cloud, Missouri, and Stanford Mental Health Center, Dover, New Hampshire, June 6, 1985.

"Managing Violence," Union Hospital, Lynn, Massachusetts, June 11, 1985.

"Violent Behavior in the Emergency Psychiatric Setting," Druid City Regional Medical Center, Tuscaloosa, Alabama, September 5, 1985.

"Managing Violent Behavior," Colmery-O'Neil VA Medical Center, Topeka, Kansas, September 13, 1985.

"Indications for Use of Serum Neuroleptic Levels," Coatesville VA Hospital, September 25, 1985.

"Anxiety, Depression and Medical Complications," Institute of Mental Health, Cranston, Rhode Island, October 9, 1985.

"Evaluating and Managing Suicidal and Other Self-Destructive Behavior in Maximum Security Prisons," Institute Pinel, Montreal, Canada, October 15, 1985.
"Coming of Age in the 80's," Brown University, Providence, Rhode Island, October 19, 1985.

"Evaluation of Self-Destructive Potential in Humans,"" Carrier Clinic, Princeton, New Jersey, October 22, 1985.

"The Differential Diagnosis of Violent Behavior," Annual Texas Psychiatric Society Meeting, Corpus Christi, Texas, November 9, 1985.

"Principles of Emergency Psychiatric," Newton Memorial Hospital, Newton, New Jersey, February 20, 1986.

"The Differential Diagnosis and Management of Violent Behavior," Middletown State Psychiatric Hospital, Middletown, New York, February 20, 1986..

"Emergency Psychiatry," Harlem Valley Psychiatric Center, Valhalla, New York, February 21, 1986.

"Stress, Conflict and Resolution," Brown Club of San Francisco, San Francisco, California, March 16, 1986.

"The Differential Diagnosis and Management of Violent Behavior," Institute of Living, Hartford, Connecticut, March 20, 1986.

"Suicide Awareness Program for High School Students," (with Sally Ashworth) American Association of Suicidology, Atlanta, Georgia, April 2 & 4, 1986.

"Crisis Intervention: Theory and Practice," Washington State Psychiatric Society's Annual Meeting, Vancouver, British Columbia, April 5, 1986.

"Evaluating and Managing Suicidal Potential," Washington State Psychiatric Society's Annual Meeting, Vancouver, British Columbia, April 5, 1986.

"The Differential Diagnosis and Management of Violence," Washington State Psychiatric Society's Annual Meeting, Vancouver, British Columbia, April 5, 1986.

"Differential Diagnosis in the Emergency Setting," Washington State Psychiatric Society's Annual Meeting,

Vancouver, British Columbia, April 5, 1986.

"Managing Stress in the 1980's", Junior League of Rhode Island, Providence, Rhode Island, April 9, 1986.

"Emergency Psychiatric - 1986," Center for Life Management, Salem, New Hampshire, April 12, 1986.

"Psychiatric Emergencies," University of Missouri Medical School, St. Louis, Missouri, May 1, 1986.

"Emergency Psychiatry in Rural Settings," Kirksville College of Osteopathic Medicine, Kirksville, Missouri, May 2, 1986.

"Emergency Psychiatry: Methods and Management," 139th Annual Meeting of the American Psychiatric Association, Washington, D.C., May 13, 1986.

"Urban Emergency Services: Triage or Treatment," 139th Annual Meeting of the American Psychiatric Association, Washington, D.C., May 13, 1986.

"General Hospital Psychiatry in the Corporate Era," 139th Annual Meeting of the American Psychiatric Association, Washington, D.C., May 13, 1986.

"Crisis Intervention," Winnebago Mental Health Institute, Neenah, Wisconsin, May 30, 1986.
"The Impact of Recent Legislature and Reimbursement Policies on the Practice of Psychiatry," Annual Meeting of the American Hospital Association, Chicago, Illinois, June 19, 1986.

"Health Law and the Management of the Violent Patient," International Society of Health, Law and Ethics Annual Meeting, Montreal, Canada, June 19, 1986.

"Crisis-Oriented Therapy," Haverford State Hospital, Haverford, Pennsylvania, June 24, 1986.

"The Differential Diagnosis and Management of Violence," Ancora State Hospital, Ancora, Pennsylvania, June 24, 1986.

"Emergency Psychiatry Update," Cape Cod Symposium, Eastham, Massachusetts, July 7-11, 1986.

"Epidemiologic Considerations in the Evaluation of Suicide," First Pacific Congress on Law and Mental Health, August 14, 1986.

"The Differential Diagnosis and Management of Violent Behavior," Meeting of the International Society of Law and Medicine, Sydney, Australia, August 19, 1986.

"The Differential Diagnosis and Management of Violent Behavior," Newton Memorial Hospital, Newton, New Jersey, September 11, 1986.

"Ethical Issues in Psychiatric Practice," Providence College, October 2, 1986.

"Crisis-Oriented Therapy," University of Vermont, Burlington, Vermont, October 10, 1986.

"The Differential Diagnosis and Management of Violent Behavior," Institute Pinel de Montreal, Montreal, Quebec, October 20, 1986.

"Crisis Intervention: The Traumatized Family," Rhode Island Hospital Department of Nursing, October 16, 1986.

"Coming of Age in the 80's," Brown University Parents' Weekend, Providence, Rhode Island, October 25, 1986.

"Emergency Psychiatry Update," The Brookdale Hospital Medical Center, New York City, New York, October 28, 1986.

"Managing Life's Crises," The Chancellors Council and the Nicholas Brown Society of Brown University, Providence, Rhode Island, November 11, 1986.

"State of Art Emergency Psychiatric Care," University of Oklahoma, Norman, Oklahoma, November 14, 1986.

"A Struggle to Understand: Adolescent Suicide in the Eighties," Brown University, Providence, Rhode Island, January 13, 1986.

"Managing Organizational Crisis," at the Fifth Annual Nursing Executive Institute of the New England Hospital Assembly, Boston, Massachusetts, February 2, 1987.

"The Differential Diagnosis and Management of Violent Behavior in the Emergency Setting," Northeastern Ohio Medical School, Youngstown, Ohio, February 20, 1987.

"Diagnosing and Treating Violent Psychiatric Patients," Buffalo Veterans Administration Hospital, Buffalo, New York, March 1987.

"Crisis Intervention: Methods and Management," State University of New York at Buffalo, Buffalo, New York, March 1987.

"The Diagnosis and Management of Violent Behavior," New Jersey Psychiatric Association, Somerset, New Jersey, March 21, 1987.

"Evaluation and Management of Suicide Potential," New England Memorial Hospital, Stoneham, Massachusetts, April 23, 1987.

"Emergency Psychiatry: Methods and Management," 140th Annual Meeting of the American Psychiatric Association, May 9, 1987.

"Evaluation and Management of the Suicidal Patient," 140th Annual Meeting of the American Psychiatric Association, May 11, 1987.

"Psychiatric Presentations of Medical Illness," 140 Annual Meeting of The American Psychiatric Association, May 13, 1987.

"Isolation: The Ageless Dilemma," Keynote Address at the 10th Annual Creative Therapies Conference at Friends Hospital, Philadelphia, Pennsylvania, May 20, 1987.

"Current Status of Research on Risk Factors of Suicide," American Association of Suicidology, San Francisco, May 25, 1987.

"Barry G. Garfinkel: Recipient of Shneidman Award- 1987," American Association of Suicidology, San Francisco, May 25, 1987.

"Psychopathology and the Law," Thirteenth International Congress on Law and Mental Health, Amsterdam, June 17, 1987.

"The Differential Diagnosis and Management of Violent Behavior," Marlboro State Hospital, Marlboro, New Jersey, June 26, 1987.

"The Differential Diagnosis and Management of Anxiety Disorders," JFK Hospital, Edison, New Jersey, September

3, 1987.

"Adapting to Life-Threatening Illness," Pennsylvania Hospital, Philadelphia, Pennsylvania, September 10, 1987.

"Diagnosing and Managing Treatment Resistant Affective Illness,"Thomas Jefferson Medical School, Philadelphia, Pennsylvania, September 10, 1987.

"Evaluating and Managing Suicidal Behavior," Hall-Mercer Mental Health Center, Philadelphia, Pennsylvania, September 10, 1987.

"Adolescent Suicide," North Caroling Department of Mental Health, Raleigh, North Carolina, September 14, 1987.

"Strategies for Coping with Illness," Overlook Hospital, Summit, New Jersey, September 28, 1987.

"Preventing Adolescent Suicide," New Jersey Tri-County Psychiatric Society, Millburn, New Jersey, September 29, 1987.

"Growth Through Crisis," Manic-Depressive Society of Morris County, Morristown, New Jersey, September 30, 1987.

"Managing Crises," Cooper Hospital, Camden, New Jersey, October 3, 1987.

"Diagnosing and Treating  Depression," Contact We care Meeting of Cranford  Presbyterian Church, Cranford, New Jersey, October 6, 11987.

"Adapting to Life-Threatening Illness," Grand Rounds, New York University Hospital, October 8, 1987.

"Differential Diagnosis in the Emergency Room,"Dartmouth Medical School, Hanover, New Hampshire, October 15, 1987.

"Planning and Training for Disasters and their Aftermath,"Dartmouth Medical School, Hanover, New Hampshire, October 15, 1987.

"Suicide, Depression and Social Support," New England College Health Association, Newport, Rhode Island, October 22, 1987.

"Managing Life's Crises," Grand Rounds, Department of Psychiatry, University of Minnesota Medical School, Minneapolis, Minnesota, October 27, 1987.

"Advances in Emergency Psychiatry,"Institute of Hospital and Community Psychiatry, Boston, Massachusetts, October 29, 1987.

"Coming of Age in the 80's" Brown University Parents' Weekend, Providence, Rhode Island, October 30, 1987.

"Suicidology Update - 1987," Rockland State Psychiatric Center, Orangeburg, New York, November 4, 1987.

"Youth Suicide," Warren Hospital, Phillipsburg, New Jersey, December 2, 1987.

"Adaptions to Life-Threatening Illness," Newton Memorial Hospital, Newton, New Jersey, December 10, 1987.

"DSM III-R and the Differential Diagnosis of Schizophrenia,"Marlboro State Hospital, Marlboro, New Jersey, December 18, 1987.

"Basic Principles of Brief Psychotherapy," The Counseling Program, Marlton, New Jersey, January 14, 1988.

"Making Stress Work For You," Brown Club of New Jersey, Summit, New Jersey, January 19, 1988.

"Diagnosis, Differential Diagnosis, and Management of Affective Illness," St. Joseph Hospital, Providence, Rhode Island, February 26, 1988.

"Preventing Adolescent Suicide," Christ Hospital, Jersey City, March 2, 1988.

"Managing Stress and Anxiety," Concerned Citizens for Chronic Psychiatric Adults, Piscataway, New Jersey, March 7, 1988.

"Diagnosing Disorders Presenting with Anxiety and Their Management," Perth Amboy General Hospital, Perth Amboy, New Jersey, March 8, 1988.

"Differential Diagnosis and Management of Adolescent Suicidal Behavior," Albert Einstein Medical Center, Philadelphia, Pennsylvania, March 9, 1988.

"Evaluating and Managing Suicide Potential," Manhattan Psychiatric Center, Ward's Island, New York, March 17, 1988.

"Evaluation and Effectiveness of Suicide Prevention Programs," Sixty-fifth Annual Meeting of the American Orthopsychiatric Association, San Francisco, California, March 28, 1988.

"Suicide Update: 1988," American Association of Suicidology, Washington, D.C., April 13, 1988.

"Permissive Versus Authoritarian Approaches to the Management of Chronically Suicidal Patients," American Association of Suicidology, Washington, D.C., April 14, 1988.

"Evaluating Adolescent Suicide Potential," Bronx Children's Psychiatric Center, New York, New York, May 4, 1988.

"Psychodynamic Principles of Emergency Psychiatric Care," Meeting American Psychiatric Association, Montreal, Canada, May 8, 1988.

"Diagnosing and Managing Illnesses, Presenting With Violence," Meeting of the American Psychiatric Association, Montreal, Quebec, May 8, 1988.

"Managing Worksite Stress," Association of Labor-Management Administrators and Consultants on Alcoholism, Inc., (ALMACA), Somerville, New Jersey,, May 18, 1988.

"Reducing Executive Stress," Merck & Co., Inc., Rahway,, New Jersey, May 24, 1988.

"Managing Personnel Directors' Stress," Merck, Sharp and Dome Personnel Directors' Conference, Branchburg Farm, Princeton, New Jersey, July 19, 1988.

"Managing Middle-Manager Stress," <u>Courier News</u> Newspaper Staff, Bridgewater, New Jersey, July 21, 1988.

"Evaluating and Managing Violent Behaviors in the Emergency Psychiatric Situation," University of Miami Medical School, Miami, Florida, August 26, 1988.

"Adolescent Suicide," Lancaster General Hospital, Lancaster, Pennsylvania, September 15, 1988.

"Stress and Anxiety: The New Medical Approach to Diagnosis and Treatment," Bellcore, Livingston, New Jersey, September 19, 1988.

42

"Psychiatric Management of the Post Myocardial Infarction Patient," Somerset Medical Center, Somerville, New Jersey, September 22, 1988.

"Managing Corporate Stress," Prudential Insurance Company, Newark, New Jersey, September 27, 1988.

"The Management of Anxiety Attendant to Heart Disease," New Jersey Medical Woman's Association, Short Hills, New Jersey, September, 28, 1988.

"The Psychopharmacotherapy of Violent Behavior," Two Rivers Hospital, Kansas City, Missouri, October 3, 1988.

"Advances in Emergency Psychiatry and Mental Health Legislation," Joint Meeting of New Jersey Psychiatric Society and Members of the New Jersey State Legislature, Princeton, New Jersey, October 5, 1988.

"The Differential Diagnosis and Management of the Violent Patient," Bronx-Lebanon Hospital of the Albert Einstein School of Medicine, Bronx, New York, October 18, 1988.

"Managing Corporate Stress," Legal Division of Merck, Inc., Jamesville, New Jersey, October 18, 1988.

"Managing Spouse and Parent Stress," The Junior League of Summit, New Providence and Berkeley Heights, Summit, New Jersey, October 18, 1988.

"Managing Bankers' Stress," Annual Meeting of the Audit Division of United Jersey Banks, Princeton, New Jersey, October 21, 1988.

"The Challenge of Substance Abuse in Psychiatric Practice," New Jersey Psychiatric Residents, Absecon, New Jersey, October 22, 1988.

"Administrative Issues in the Delivery of Acute Psychiatric Care," Institute of Hospital and Community Psychiatry, New Orleans, LA, October 25, 1988.

"Advances in Emergency Psychiatry," Conference in Current State of Psychiatric Care, Long Beach, California, October 30, 1988.

"Managing Physician Stress," Trenton State Hospital Psychiatric Staff, Princeton, New Jersey, November 4, 1988.

"Managing Corporate Stress," International Marketing Division, Merck & Co., Rahway, New Jersey, November 7, 1988.

"Stress," New York Medical College, St. Vincent's Hospital and Medical Center, New York, New York, November 10, 1988.

"Adapting to Life-Threatening Illness," University of Wisconsin Medical School, Milwaukee, Wisconsin, November 11, 1988.

"The Origin of Manifestation of Stress and Emotional Distress in Career Caregivers," University of Wisconsin Medical School, Milwaukee Clinical Campus, Milwaukee, Wisconsin, November 12, 1988.

"Managing Corporate Stress," AT&T Corporate Headquarters, Bedminster, New Jersey, November 16, 1988.

"Stress," Brooklyn Jewish Hospital, Brooklyn, New York, November 23, 1988.

"Managing Life's Stress," Bellcorp, Morristown, New Jersey, November 30, 1988.

"Advances and Controversies in Emergency Psychiatry," United States Psychiatric and Mental Health Congress,

New York, New York, December 4, 1988.

"Managing Caregiver Stress," Newton Hospital, Newton, New Jersey, December 8, 1988.

"Attitude of Professional Caregivers to Management of Life-Threatening Illness," (With Dr. Arvin Glicksman), Columbia University, New York, New York, December 8, 2988.

"Managing Charactologic Violence," Monmouth Medical Center, Monmouth, New Jersey, December 13, 1988.

"Prevention of Adolescent Suicide," Albert Einstein Medical Center, Philadelphia, Pennsylvania, December 6, 1988.

"Understanding Depression and Suicide," Summit Area Community School, Summit, New Jersey, February 8, 1989.

"When Life Stress Strikes," Crum & Forster Corporation, Morristown, New Jersey, February 13, 1989.

"Stress Management: Theory and Practice,," Department of Psychiatry, Brown University, February 23, 1989.
"Fit to Win," United States Army, Picatinny Arsenal, February 24, 1989.

"Managing Corporate Stress," Bellcore, Piscataway, New Jersey, March 1, 1989.

"Crisis Intervention: Theory and Practice," Parkview Hospital, New Bedford, Massachusetts, March 7, 1989.

"Managing the Violent Patient," Elizabeth General Hospital, Elizabeth, New Jersey, March 8, 1989.

"Emergency Psychiatric Practice in the 1990's," Annual Meeting of the Department of Mental health of South Carolina, Hilton Head Island, South Carolina, March 16, 1989.

"Advances in Emergency Psychiatry," Annual Meeting of the New Jersey Psychiatric Society, Somerset, New Jersey, March 18, 1989.

"Crisis Intervention: Methods and Management," Uniformed Services University of the Health Sciences General Psychiatric Conference, Beerchtesgaden, Germany, March 30, 1989.

"The Differential Diagnosis and Management of Violent Behavior," Uniformed Services University of the Health Sciences General Psychiatric Conference, Beerchtesgaden, Germany, March 30, 1989.

"Models for Prevention of Adolescent Suicide," American Association of Orthopsychiatry, New York, New York, April 1, 1989.

"The Dynamics of Grief with Suicide," American Association of Suicidology, San Diego, California, April 13, 1989.

"Funding Research in Suicidology," American Association of Suicidology, San Diego, California, April 13, 1989.

"Countertransference and the Inpatient Management of Suicidal Behavior," American Association of Suicidology, San Diego, California, April 14, 1989.

"Outpatient Alcohol and Drug Rehabilitation" (with JA Cocores and Mark S Gold), Annual Meeting of the American Medical Society on Alcoholism & Other Drug Dependencies, Atlanta, Georgia, April 28, 1989.

"The Mind, Body, Spirit Connection," Mental health Association of Palm Beach County, Palm Beach, Florida, May 15, 1989.

"Making Stress Work for You Rather than Against You," Lake Hospital, Lake Worth, Florida, May 15, 1989.

"The Differential Diagnosis and Management of Anxiety Disorders," New York Medical College, Valhalla, New

44

York, May 25, 1989.

"Managing Anxiety and Violence in the General Hospital," Metropolitan Hospital, New York, New York May 26, 1989.

"The Differential Diagnosis and Management of Violent Behavior," Raritan Bay Mental Health Center, Perth Amboy, New Jersey, May 31, 1989.

"Managing Patients with Heart Attacks," Family Practice Division of Pascack Valley Hospital, Westwood, New Jersey, June 6, 1989.

"For-Profit Care of Substance abuse," XVth International Congress on Law and Mental Health, Jerusalem Israel, June 27, 1989.

"Epidemiologic Contributions to Forensic Psychiatry," XVth International Congress on Law and Mental Health, Jerusalem Israel, June 27, 1989.

"Psychological and Somatic Disorders Presenting with Anxiety and Depression," Warren Hospital, Warren, New Jersey, August 2, 1989.

"The Art and Science of Emergency Psychiatry," Laughlin Pavilion, Kirksville, Missouri, August 18, 1989.

"Funding Suicide Research," Westhampton Racket Club, Westhampton, New York, August 21, 1989.

"Emergency Psychiatric Update-1989," Advanced Psychiatric Update, San Francisco, California, September 1, 1989.

"Evaluating and Managing Suicide Potential," Rockland Psychiatric Center, Orangeburg, New York, September 6, 1989.

"Aftershock: Surviving the Aftermath of Life's Traumas," Forest Hospital, Chicago, Illinois, September 13, 1989.

"Differential Diagnosis and Management of Anxiety," Franklin Delano Roosevelt Hospital, Montrose, New York, September 15, 1989.

"Surviving Suicide," Survivors of Suicide Sixth Annual Regional Conference, University of Medicine and Dentistry of New Jersey, Piscataway, New Jersey, September 23, 1989.

"Assuring Quality in Emergency Care," Institute of Hospital and Community Psychiatry, Philadelphia, Pennsylvania, October 17, 1989.

"Assuring Quality in Emergency Care," Institute of Hospital and Community Psychiatry, Philadelphia, Pennsylvania, October 17, 1989.

"Sixty Ways to Make Stress Work For You," First Annual Survivor Conference, Denver, Colorado, October 26, 1989.

"The Aftershock of Suicide," First Annual Survivor Conference, Denver, Colorado, October 28, 1989.

"The Differential Diagnosis and Management of Violence," Einstein Psychiatric Center, Philadelphia, Pennsylvania, October 31, 1989.

"Aftershock: Managing the Consequences of Job Loss, Promotion, and Retirement," ATT/Bell Laboratories, Holmdel, New Jersey, November 8, 1989.

"Crisis Intervention," Bergen Pines County Hospital, Paramus, New Jersey, November 9, 1989.

"Better Evaluation and Management of Suicidal Behavior," US Psychiatric Congress, New York, New York, November 12, 1989.

"Emotional Aspects of Terminal Illness," Trenton State Hospital, Trenton, New Jersey, November 29, 1989.

"Aftershock - Surviving the Delayed Effects of Trauma, Crisis and Loss," Medfield Hospital, largo, Florida, December 4, 1989.

"The Identification and Management of the Post Traumatic Stress Disorder," Elmhurst Hospital, Brooklyn, New York, January 24, 1990.

"Evaluating and Managing Suicidal Adolescents," Queens Children's Psychiatric Center, Queens, New York, January 25, 1990.

"Moving the Suicidal Patient Away From Suicide," Harvard University, Cambridge, Massachusetts, February 3, 1990.

"Aftershock," Picatinny Arsenal, Picatinny, New Jersey, February 8, 1990.

"Evaluating and Managing Drug and Alcohol Disorders," Metropolitan Hospital, New York, New York, March 13, 1990.

"Stressful Life Events and Their Aftermath," Brown University, Providence, Rhode Island, March 15, 1990.

"The Spectrum of Anxiety Disorders," Tricounty Psychiatric Society, Summit, New Jersey, April 4, 1990.

"Identifying and Managing Post-Traumatic Stress Disorder," Somerset Medical Center, Somerset, New Jersey, April 4, 1990.

"The Treatment of Depression," Elizabeth General Hospital, Elizabeth New Jersey, April 17, 1990.

"Stress: The Hidden Assailant," Police Academy of New York City, New York, New York, April 18, 1990.

"Surviving Suicide," Annual Meeting of the American Association of Suicidology, New Orleans, Louisiana, April 27, 1990.

"The Aftershock of Suicide," The Oschner Clinic, New Orleans, Louisiana, April 27, 1990.

"Management of Anxiety and Depression in the Primary Care Setting," University of Santo Tomas Medical Alumni Association of the Tristate Area, Atlantic City, New Jersey, May 5, 1990.

"Helping Managers Make Employee Stress Work For Them and For Their Employees," Annual Meeting of Employee Assistance Personnel of Champion International. Stone Mountain, Georgia, May 17, 1990.

"The Differential Diagnosis and Management of Depression," Psychiatric Grand Rounds, Temple University, Philadelphia, Pennsylvania, June 1, 1990.

"Modern Psychopharmacotherapy of Psychiatric Disorders," Department of Family Practice, Pascack Valley Hospital, New Jersey, June 5, 1990.

"Managing the Violent Patient," Department of Psychiatry, Lenox Hill Hospital, New York, New York, June 6, 1990.

"Managing Career Change Stress,"" AT&T, Murray Hill, New Jersey, June 19, 1990.

"Stress in Medical Practice," New Jersey Woman's Medical Association, New Brunswick, New Jersey, June 20, 1990.

"Evaluating Clinician Culpability When Patients Suicide," International Academy of Law and Psychiatry, Toronto, Canada, June 22, 1990.

"Cost-Efficient-Effective Care of Substance Abuse," International Academy of Law and Psychiatry, Toronto, Canada, June 23, 1990.

"Making Stress Work For You," Brown University, Providence, Rhode Island, June 26, 1990.

"The Recognition and Treatment of Depression," Picatinny Arsenal, New Jersey, June 28, 1990.

"Post-Traumatic Stress Syndromes," Robert Wood Johnson Medical School of Rutgers University, Camden, New Jersey, July 6, 1990.

"The Long Term Impact of Suicide on the Surviving Family," International Association of Child and Adolescent Psychiatry, Kyoto, Japan, July 19, 1990.

"Psychiatric Emergencies, Homosexual Panic and Assaults on Psychiatrists," Summer Psychiatric Symposium, Montreal, Canada, August 11, 1990.

"Update on Suicide Research," Westhampton, New York, August 13, 1990.

"What Do You Do When You Reach the End of Your Rope," Linden Oaks Hospital, Naperville, Illinois, September 17, 1990.

"The Aftershock of Tornadoes: Implications for Educators and School Counselors," Linden Oaks Hospital, Naperville, Illinois, September 18, 1990.

"Models of Emergency Psychiatry," 42nd Institute of Hospital and Community Psychiatry, Denver, Colorado, October 9, 1990.

"The Differential Diagnosis of Suicidal Behavior in Adults," American Suicide Foundation Symposium, New York, New York, October 11, 1990.

"The Differential Diagnosis and Management of Suicidal Behavior in Adults," American Suicide Foundation/Regent Hospital/New York University Symposium, New York, New York, October 11, 1990.

"Adapting to Life-Threatening Illness," Third Irene Owens Memorial Lecture, Brown University, October 16, 1990.

"The Impact of Stressful Life Events on the Family," Suffolk Community College, Riverhead, New York, October 17, 1990.

"The Management of Suicide in an Inpatient Setting," Norristown Psychiatric Hospital Norristown, Pennsylvania, October 20, 1990.

"Suicide and Creativity," New Jersey Seventh Annual Survivors of Suicide Conference, Rutgers University, Piscataway, New Jersey, October 21, 1990.

"Creativity and Emotional Turmoil," Philadelphia Art Museum, Philadelphia, Pennsylvania, October 23, 1990.

"Critical Issues in the Group Therapy Treatment of Post-Traumatic Stress Disorder," The Brookdale Hospital Medical Center, Brooklyn, New York, October 25, 1990.

"Post-Traumatic Stress Disorder," St. Vincent's Hospital Medical Center, Staten Island, New York, October 26, 1990.

"The Psychopharmacotherapy of Suicide," East Orange General Hospital, East Orange, New Jersey, November 26, 1990.

"Suicide and Depression," Hackensack Medical Center, Hackensack, New Jersey, November 29, 1990.

"Violence and the Therapeutic Milieu," East Toronto General Hospital, Toronto, Canada, November 30, 1990.

"Evaluating and Managing Suicide Potential in the Military," Fort Dix, New Jersey, December 5, 1990.

"When Violence Turns Inward: The Suicidal Adolescent," Bronx Children's Psychiatric Center, Bronx, New York, December 6, 1990.

"Depression - The Diagnosis and Treatment," Riverview Medical Center, Red Bank, New Jersey, December 12, 1990.

"Identifying and Managing the Long Term Consequences of Major Life Stresses," Department of Psychiatry, University of Vermont, December 14, 1990.

"Aftershock: Surviving the Delayed Effects of Trauma, Crisis, and Loss," St Joseph's Hospital and Medical Center, Paterson, New Jersey, January 2, 1991.

"Management of Treatment Refractory Dual Diagnosis Patients," Trenton Psychiatric Hospital, Trenton, New Jersey, January 22, 1991.

"The Evaluation and Management of the Suicidal Patient," Department of Family Practice, Columbia University, Overlook Hospital, Summit, New Jersey, February 5, 1991.

Aftershock: Surviving the Delayed Effects of Trauma, Crisis, and Loss," Woodhaul Medical and Mental Health Center, Brooklyn, New York, February 20, 1991.

"Stresses Created by War," New Jersey Psychiatric Association, February 25, 1991.

"How to Cope with a Major Loss: Death of a Loved One and Divorce," Junior League of New York City, February 26, 1991.

"Shattered Dreams: The Midlife Suicide Crisis," The New Jersey Association of Suicidology, Morristown, New Jersey, March 1, 1991.

"The Differential Diagnosis and Management of Suicidal Behavior," St. Lukes Parkwood Hospital, New Bedford, Massachusetts, March 5, 1991.

"Epidemiologic and the Social Historical Perspective on Drinking," AWARE/NYU/Regent Hospital Conference, New York, New York, March 7, 1991.

"Aftershock: Surviving the Delayed Effects of Trauma, Crisis and Loss," Marlboro School System Professional Day, Marlboro, New Jersey, March 8, 1991.

"When War Hits Home: How to Talk to Your Kids About the Gulf Crisis," Fair Oaks Hospital, Summit, New Jersey, March 11, 1991.

"Reducing Dietary Workers' Stress," New Jersey Association of Directors of Food Services, Mountainside, New

Jersey, March 13, 1991.

"Differential Diagnosis and Management of Suicidal Behavior," Medical Executives of New York/New Jersey,New York, New York, March 14, 1991.

"Emergency Psychiatry - 1991," New Jersey Psychiatric Association, Woodbridge, New Jersey, March 16, 1991.

"The Aftershock of the War in the Gulf," New Jersey Psychiatric Association, Woodbridge, New Jersey, March 16, 1991.

"Post-Traumatic Stress Disorder," The Eastern Group Psychotherapy Society, New York, New York, March 19, 1991.

"The Great Masqueraders: Symptoms and/or Events that Mask Physical Illness," Capital District Psychiatric Center, Albany, New York, April 10, 1991.

"Impact of Depression and Life Stresses on Adolescents," Dartmouth Medical School, Hanover, New Hampshire, April 11, 1991.

"Suicide Update - 1991," American Association of Suicidology, Boston, Massachusetts, April 17, 1991.

"The Survivors Role," American Association of Suicidology, Boston, Massachusetts, April 17, 1991.

"Homicide and Suicide," American Association of Suicidology, Boston, Massachusetts, April 19, 1991.

"Basic Principles of Crisis Intervention," Volunteers Luncheon, American Association of Suicidology,Boston, Massachusetts, April 19, 1991.

"Antidepressant Drugs: Preventing Suicide," 24th Annual Meeting of the American Association of Suicidology, Boston, Massachusetts, April 19, 1991.

"Psychopharmacotherapy of Suicidal Ideation," Elizabeth General Hospital, Elizabeth, New  Jersey, April 23, 1991.

"Dual Diagnosis and Affective Illness," Fort Dix, New Jersey, April 24, 1991.

"The Prozac Controversy," Emergency Psychiatric Board of Fair Oaks Hospital, Summit, New Jersey, April 25, 1991.

"The Evaluation and Management of Suicide Potential," 1991 Contact USA National Conference, Wilmington, Delaware, April 27, 1991.

"Suicide, Depression and Creativity," Summit Medical Society, Summit, New Jersey, April 29, 1991.

"Managing Work Stress," Garden State Chapter of the National Executive Housekeepers Association, Summit, New Jersey, May 88, 1991.

"The Depressed Patient In Family Practice," Family Practitioners of the Greater Plainfield Area, Plainfield, New Jersey, May 8, 1991.

"Advances in Emergency Psychiatry," 144th Annual Meeting of the American Psychiatric Association, New Orleans, Louisiana, May 11, 1991.

"Treatment Planning: Impact and Automation," 144th Annual Meeting of the American Psychiatric Association, New Orleans, Louisiana,
May 11, 1991.

"Quality Assurance and Emergency Psychiatric Care," International Academy of Law and Mental Health, Leuven,

Belgium, May 27, 1991.

"Aftershock: Surviving the Long Term Effects of Life's Crises," Ninth Terrell Davis Lecture, Wilmington Medical Center, Wilmington, Delaware, June 5, 1991.

"Post Traumatic Stress Disorder: Aftershock," University of Pennsylvania, Philadelphia, Pennsylvania, June 6, 1991.

"The Role of Medical Education in Promoting Healthy Lifestyles Among Medical Students, Residents and Practicing Physicians," 1991 International Conference on Physician Health, Toronto, Canada, 1991.

"The Diagnosis and Treatment of Depression and Anxiety," New Jersey Osteopathic Society, Wayne, New Jersey, June 11, 1991.

"Creativity, Suicide and Depression," Ocean-Monmouth County Psychiatric Association, Eatontown, New Jersey, June 12, 1991.

"Violence Turned Inward: Suicide and Depression in Adolescents," The Regent Hospital, New York, New York, June 13, 1991.

"Recognizing and Treating Depression," Department of Family Practice, Jersey City Medical Center, Jersey City, New Jersey, June 14, 1991.

"Depression and Suicide," Grand Rounds, Department of Family Medicine, Morristown Memorial Hospital, Morristown, New Jersey, June 19, 1991.

"The Recognition and Management of Depression," Department of Family Practice, Phillipsburg Hospital, Phillipsburg, New Jersey, June 22, 1991.

"You're Not Crazy.  You're Just Sick," Fair Oaks Hospital, Summit, New Jersey, June 26, 1991.

"Managing Psychiatric Emergencies," The Regent Hospital Grand Rounds, New York, New York, July 24, 1991.

"Managing Physician Stress," Grand Rounds, Department of Medicine, Union Hospital, Union, New Jersey, August 7, 1991.

"The Psychopharmacotherapy of Suicide," Eastern Connecticut Psychiatric Association, Stonington, CT, August 20, 1991.

"Managing the Stress of Having Lupus," The Lupus Foundation, New Jersey Chapter, Kenilworth, New Jersey, September 14, 1991.

"Clinical Depression: The Shadow Behind Every Patient," New York State Academy of Family Physicians, East Elmhurst, New York, September 15, 1991.

"Suicide, Creativity and Serotonin," Department of Psychiatry, University of Massachusetts, Worcester, MA, September 19, 1991.

"Depression and Suicide," Department of Psychiatry, Mountainside Hospital, Montclair, New Jersey, September 27, 1991.

"Suicide, Depression and Creativity," Occupational Physicians Association, New York, New York, October 9, 1991.

"The Differential Diagnosis and Management of Anxiety Disorders in Adults," Junior League, New York City, New York, October 10, 1991.

"Managing Psychiatric Emergencies," Resource Center of Staten Island, Staten Island, New York, October 17,

1991.

"Aftershock," Helene Fuld Medical Center, Trenton, New Jersey, October 24, 1991.

"Aftershock: The Long Term Effects of Stressful Life Events," Florida Psychiatric Society, Stuart Florida, October 27, 1991.

"Emergency Psychiatry - 1991," Newton Hospital, Newton, New Jersey, November 7, 1991.

"Suicide and Depression in the Elderly," Bergen County Division of Aging, Ridgefield, New Jersey, November 8, 1991.

"A Historical Perspective of Suicide and At Risk Groups within the School Setting," Cleveland Child Guidance Center, Cleveland, Ohio, November 12, 1991.

"Aftershock: On Surviving the Delayed Effects of Trauma, Crisis, and Loss," Cleveland Child Guidance Center, Cleveland, Ohio, November 12, 1991.

"The Evolution and Management of Suicidal Behavior," Harrisburg State Hospital, Harrisburg, Pennsylvania, November 14, 1991.

The Eaton Memorial Lecture at Harrisburg State Hospital, Harrisburg, Pennsylvania, November 1991.

"Recognition and Management of Suicide Risk," Medical Directors of Banks of New York City, Chase Bank, New York, New York, November 15, 1991.

"Recognizing Depression," Bell  Laboratories, Short Hills, New Jersey, November 18, 1991.

"Psychiatric Emergencies," US Psychiatric Congress, New York, New York, November 21, 1991.

"Police Intervention with the Suicidal Patient," Department of Psychological Services, New York Police Department, New York, New York, December 6, 1991.

"The Dual Diagnosis Patient," St Vincent's Medical Center, Staten Island, New York, December 13, 1991.

"The Differential Diagnosis and Management of Suicide," Tricounty Psychiatric Society, Short Hills, New Jersey, December 18, 1991.

"Surviving Suicide," Norwich State Hospital, Norwich, Connecticut, December 18, 1991.

"Midlife Suicide," Norwich State Hospital, Norwich, Connecticut, December 18, 1991.

"Identifying and Managing the Suicidal," Lakehurst Naval Base, Lakehurst, New Jersey, January 9, 1992.

"Aftershock: Surviving the Long-Term Effects of Trauma and Loss," The Regent Hospital Grand Rounds, Pearl River Junction, January 22, 1992.

"The Evaluation and Management of Suicidal Behavior," St. Alphonsus Medical Center, Boise, Idaho, January 23, 1992.

"The Neurobiology of Suicide," Ada County Medical Society, Boise, Idaho, January 24, 1992.

"The Neurobiology and Management of Suicidal Behavior," University of Texas, Houston, Texas, January 29, 1992.

"Practical Issues in Managing Suicidal Patients," Monmouth Medical Center, Long Branch, New Jersey, February 4, 1992.

"Post Traumatic Stress Disorder," Monmouth/Ocean County Psychiatric Society, Eatonville, New Jersey, February 5, 1992.

"Suicide in Midlife," New York Chapter of the American Association of Suicidology, New York, New York, February 20, 1992.

"Preventing Suicide," Fair Oaks Hospital's Occupational Advisory Board, Summit, New Jersey, February 21, 1992.

"Aftershock: Surviving the Delayed Effects of Trauma, Crisis and Loss," Pace University Graduate Center, White Plains, New York, February 21, 1992.

"The Neurobiology of Suicide," Holy Name Medical Center, Teaneck, New Jersey, February 25, 1992.

"Management of Dually Diagnosed Patients," Trenton State Hospital, Trenton, New Jersey, February 25, 1992.

"Exploring the Relationship between Artistic Creativity and Suicide," Anderson recreational Center, Rockville Center, New York, February 26, 1992.

"Managing Violence in Public High Schools," Meeting of Counselor of New York City Schools, New York, New York, February 27, 1992.

"The Evaluation, Management and Neurobiology of Suicide," Albert Einstein School of Medicine, Bronx, New York, March 2, 1992.

"The Neurology of Depression," New York, New York, March 3, 1992.

"The Neurobiology of Depression and its Treatment," Bronx Lebanon Hospital, Bronx, New York, March 5, 1992.

"Caring for Yourself While Caring for Others," New York Junior League, New York, New York, March 9, 1992.

"Advances in the Treatment of Depression," Middletown State Hospital, Middletown, New York, March 10, 1992.

"Creativity, Suicide and Depression," Middletown State Hospital, Middletown, New York, March 11, 1992.

"Advances in Emergency Psychiatry," St Joseph's Hospital, Providence, Rhode Island, March 13, 1992.

"Management of Depression and Suicide in the Older Adult," Gerontology Institute of New Jersey, Princeton, New Jersey, March 12, 1992.

"Advances in the Recognition and Treatment of Depression," The Brattleboro Retreat, Brattleboro, Vermont, April 21, 1992.

"Medical Clearance in the Psychiatric Emergency Room," York Hospital, York, Pennsylvania, April 8, 1992.

"The Biology and Treatment of Depressive Disorders: Depression and Suicide," CME, Inc., Dearborn, Michigan, April 11, 1992.

"The Neuropsychopharmacology of the Etiology and Management of Depression and Suicide," Lincoln Hospital Mental Health Center, Bronx, New York, April 14, 1992.

"Creativity and Suicide," The Regent Hospital Grand Rounds, Staten Island, New York, April 16, 1992.

"Your Parents: Yourself/Coming of Age in the Nineties," Parent's Weekend, University of Puget Sound, Tacoma, Washington, April 23, 1992.

"Substance Abuse, Suicide and Homicide: Their Impact on Minority Youth," William F. Ryan Community Health Center, New York, New York, April 30, 1992.

"The Importance of Social Support Systems," Mount Carmel East Hospital, Columbus, Ohio, May 2, 1992.

"Emergency Psychiatry: Quality Improvement," Meeting of the American Psychiatric Association, Washington, D.C., May 4, 1992.

"Emergency Psychiatry: New Research Directions," Meeting of the American Psychiatric Association Washington, D.C. May 4, 1992.

"A Rational Approach to Understanding Substance Use and Abuse," Princeton University, Princeton, New Jersey, May 8, 1992.

"Recognizing and Treating Depression," Teleconference, Maine Medical Center/Medford Hospital, May 22, 1992.

"The Neurobiology of Depression and Suicide," The Institute of Living, Hartford, Connecticut, May 27, 1992.

"The Neurobiology of Depression and Suicide," Department of Medicine, Bronx VA Hospital, Bronx, New York, May 28, 1992.

"Neurobiology and Management of Suicidal Behavior," Kingsboro Psychiatric Center, Brooklyn, New York, June 4, 1992.

"Recognizing and Treating Depression," Family Practice Department, Easton Hospital, Stroudsburg, Pennsylvania, June 15, 1992.

"The Neurobiology of Suicide and Its Treatment," Community Memorial Hospital, Toms River, New Jersey, June 18, 1992.

"Medical and Surgical Complications of Substance Abuse," Clinton Hospital Symposium, Detroit, Michigan, June 19, 1992.

"Suicide Among the Elderly," The International Academy of Law and Mental Health Vancouver, Canada, June 22-26, 1992.

"Equal Partners in Treatment," The International Academy of Law and Mental Health Vancouver, Canada, June 22-26, 1992.

"Interdisciplinary Team Approach to Emergency Psychiatric Care," The International Academy of Law and Mental Health Vancouver, Canada, June 22-26, 1992.

"Adolescent Suicide," The New Jersey Child Assault Prevention (CAP) Project, Summit, New Jersey, July 23, 1992.

"Making Stress Work for You," Summit Chamber of Commerce, Summit, New Jersey, July 23, 1992.

"The Differential Diagnosis and Management of Suicidal Behavior," The 16th Annual Virginia Beach Update in Neuroscience, Virginia Beach, Virginia, July 24, 1992.

"Psychopharmacology of Depression and Suicide," Hudson River Psychiatric Center, Poughkeepsie, New York, September 23, 1992.

"Post Traumatic Stress Disorder," St. Elizabeth's Hospital, Utica, New York, April 11, 11992.

"Suicide," West Missouri Mental Health Center, Kansas City, Kansas, August 17, 1992.

"The Recognition and Treatment of Affective Illness," Kansas College of Osteopathic Medicine, Kirksville, Missouri, August 18, 1992.

"The Recognition and Treatment of Depression," University of Missouri Mental School at Kansas City, Kansas, August 19, 1992.

"Dual Diagnosis Patients," St. Vincent's Hospital Medical Center, Staten Island, New York, September 25, 1992.

"The Psychopharmacotherapy of Depression and Suicide," Teleconference: Tricommunity Mental Health Center, Pilgrim State Hospital, Central Islip Hospital, Parkwood Outpatient Psychiatric Clinic, Lawrence Hospital, Newbury Mental Health Center,, Johnson Life Center, Washington Street Adult Psychiatric Center, Govenor Hospital, New York, October 7, 1992.

"The Differential Diagnosis and Diagnostic Specific Management of Suicidal Behavior," New York State Association of Suicidology, Middletown Psychiatric Center Conference, Middletown, New York, October 8, 1992.

"The Management of the Violent Patient," Department of Psychiatry, Oklahoma University, Oklahoma City, Oklahoma, January 29, 1993.

"The Modern Practice of Emergency Psychiatry," Department of Mental Health of Oklahoma, Norman, Oklahoma, January 29, 1993.

"Suicide Update: 1993," Kingsborough VA Hospital, Brooklyn, New York, February 11, 1993.

"Psychiatric Emergencies," Northampton VA Hospital, Northampton, Massachusetts, February 23, 1993.

"The Differential Diagnosis and Management of Suicidal Behavior," Department of Psychiatry,, Wayne State University Medical School, Detroit, Michigan, February 25, 1993.

"Managing Violent Behavior and Suicide," Harlem Valley Psychiatric Center, Wingdale, New York, March 5, 1993.

"The Aftershock of Suicide," First Annual New York Survivor of Suicide Conference, New York, New York, March 29, 1993.

"Evaluation and Management of Suicide," New York State Office of Mental Health, Albany, New York, March 29, 1993.

"Making Stress Work For You," Distinguished Lecturer, St. Joseph Hospital and Medical Center, Patterson, New Jersey, March 30, 1993.

"The Psychopharmacotherapy of Depression and Suicide," Albany Psychiatric Society, Albany, New York, April 8, 1993.

"Managing the Stress of Managed Competition in Medical Practice," St Joseph Hospital Center, Providence, Rhode Island, April 20, 1993.

"Aftershock: Managing the Long Term Effects of Trauma and Loss," Wagner College, Staten Island, April 27, 1993.

"Emergency Psychiatry and Managed Care," Ancora State Hospital, Ancora, New Jersey, May 6, 1993.

"Evaluating and Managing Suicidal Behavior," Manhattan State Hospital, Ward's Island, New York, May 21, 1993.

"Prevention and Early Identification of Depression," Annual Meeting of the New Jersey Mental Health Association, Garden State Arts Center, New Jersey, May 27, 1993.

"Substance Abuse," Department of Family Practice, Medical School of SUNY - Stonybrook, Stonybrook, New York, June 4, 1993.

"Managing Caregiver Stress," Trenton State Hospital, Trenton,, New Jersey, June 21, 1993.

"The Differential Diagnosis and Diagnostic-Specific Treatment of Anxiety," Muhlenberg Regional Medical Center, Plainfield, New Jersey, October 1, 1993.

"Creativity, Depression and Suicide," South Beach Psychiatric Center, Staten Island, New York, November 10, 1993.

"Assisted Suicide/Active Euthanasia: Populations at Risk: A Bioethics Seminar," Cardinal Stritch College, Milwaukee, Wisconsin, November 19, 1993.

"Neurobiology of Suicide," American Association of Suicidology, New York, New York, April 6, 1994.

"Impact of Suicide on the Professional in Training," American Association of Suicidology, New York, New York, April 8, 1994.

"Treatment of Suicidal People," American Association of Suicidology, New York, New York, April 8, 1994.

"Panic Disorders and Other Illnesses Presenting with Anxiety," Department of Medicine, Jersey Shore Medical Center, Neptune, New Jersey, June 7, 1994.

"Emergency Psychiatry and Crisis Stabilization in the 1990's," The Regent Hospital, New York, New York, February 24, 1994.

"Suicide and Depression," Stamford University, Palo Alto, California, March 3, 1994.

"Suicide and Depression," Physicians of Santa Cruz/Los Gatos, Santa Cruz, California, March 3, 1994.

"Suicide and Depression," Palo Alto VA, Palo Alto, California, March 3, 1994.

"Suicide Risk in the Creative Patient: Clinical Strategies," Carrier Clinic, Belle Meade, New Jersey, March 23, 1994.

Creativity, Suicide, and Depression," Overlook Hospital, Summit, New Jersey, April 14, 1994.

"Managing Clinician Stress," Long Island Conference on Alcoholism and Substance Abuse, Garden City, New York, April 21, 1994.

"Suicide and the Family," CONTACT WA National Conference, Lancaster, Pennsylvania, April 30, 1994.

"Practical Suicidology," The Cleveland Clinic, Cleveland, Ohio, May 11, 1994.

"Suicide, Creativity and Depression," SUNY-Buffalo, Buffalo, New York, May 20, 1994.

"No One Saw My Pain: Preventing and Surviving Adolescent Suicide," Wayne State University Medical School, Detroit, Michigan, September 21, 1994.

"Suicide: The Neurobiology," Thompkins County Suicide/Crisis Center, Ithica, New York, October 21, 1994.

"The Adult Suicidal Patient: Diagnosis and Specific Treatment," St Vincent's Hospital and Medical Center, New York, New York, November 12, 1994.

"The Differential Diagnosis and Diagnostic Specific Treatment of Suicidal Behaviors," The Department of Psychiatry, Woodhull Medical Center, Brooklyn, New York, December 1, 1994.

"Managing Holiday Stress," Charter Behavioral health Center, Summit, New Jersey, December 5, 1994.

"Suicide and Depression in College Students," Cornell University, Ithaca, New York, April 19, 1995.

"Violence: Assessment and Treatment in the Emergency Room," Annual Meeting of the American Psychiatric Association, South Beach, Florida, May 24, 1995.

"Management of Suicidal Patients in the Era of Managed Care," Maine Psychiatric Society, Waterville, Maine, June 9, 1995.

"The profile of the Suicidal Patient: Who is at Risk?" Monmouth Medical Center, Long Branch, New Jersey, June 20, 1995.

"The Recognition and Management of Suicidal Individuals." Seventh Annual Mid-Atlantic Addiction Training Institute, Indiana University, Indiana, Pennsylvania, July 19, 1995.

"The Causes and Treatment of Post-Traumatic Stress Disorder." Seventh Annual Mid-Atlantic Addiction Training Institute, Indiana University, Indiana, Pennsylvania, July 19, 1995.

"Depression, Suicide and Creativity." New York Methodist Hospital, Brooklyn, New York, September 27, 1995.

"Current Issues in Suicide Prediction and Prevention," Menninger-St. Joseph's Hospital, Tampa, Florida, September 30, 1995.

"Legal Issues in Emergency Psychiatry," Institutes of Hospital and Community Psychiatry, Boston, Massachusetts, October 7, 1995.

"Understanding the Mind of the Depressed and Suicidal Elderly." The Carrier Foundation and Clinic, Belle Meadow, New Jersey, October 17, 1995.

"Creativity, Suicide and Depression." Charter Behavioral Health Center of New Jersey. Summit, New Jersey, October 18, 1995.

"Emergency Psychiatric Care of Suicidal Patients," The Seymour Perlin Annual Lecture, George Washington University School of Medicine, Washington, D.C., October 31, 1995.

"Surviving Suicide", Samaritan's Prevention Conference at Hunter College, New York, New York, June 7, 1996.

"Suicide, Depression and Creativity", Psychiatry Grand Rounds, Albert Einstein School of Medicine, New York, New York, September 4, 1996.

"How to Manage Stress at Midlife", New Jersey Chapter of the Young Presidents Organization - Retired (YPOR), Dover Plains, New York, September 20-22, 1996.

"Suicide and Depression", Monmouth Ocean County Chapter of the New Jersey Psychiatric Association, Long Branch, New Jersey, October 16, 1996.

"Evaluation and Acute Management of the Suicidal Patient", University of Michigan Medical School, Ann Arbor, Michigan, November 9, 1996.

"Managing College Stress". New Jersey State College (Keynote speaker for Health Awareness Week), Jersey City, New Jersey, April 15, 1997.

"Serotonin and Violence". Department of Psychiatry, Riker's Island Correctional Institute, Long Island City, New York, April 22, 1997.

"Suicidal and Homicidal Dangerousness in Malingering Patients". American Psychiatric Association Annual Meeting, San Diego, California, May 19, 1997.

"The Mind of the Depressed and Suicidal Elderly". The Gerontology Institute of New York, New York, New York, October 15, 1997.

"Evaluating and Managing the Suicidal Adolescent". University of Maryland Medical School, Baltimore VA Medical Center, Baltimore, Maryland, March 27, 1998.

"The Differential Diagnosis and Management of Suicidal Behavior". Creedmoor Psychiatric Center, Queens Village, New York, April 21, 1998.

"Gaining Insight into Adolescent Behavior." Bronx High Schools Clinical Services, Metropolitan Museum of Art, New York, New York, June 8, 1998.

"Epidemiology, Suicidology, and the Evaluation of the Self Destructive Patient", Grand Rounds, Department of Psychiatry, New York Medical College, Valhalla, New York, January 7, 1999.

"Evaluation and Management of Suicidal Risk in the Inpatient and Outpatient Setting." Grand Rounds Silver Hill Hospital, New Canaan, CT. March 24, 1999.

"Psychopharmacotherapy of Suicidal Behavior." American Association of Suicidology, Houston, TX, April 14, 1999.

"Toward the Year 2000: Suicide Prevention - A Mental Health Perspective." American Association of Suicidology, Houston, TX, April 14, 1999.

"Adolescent Suicide: Diagnosis and Risk." Rockland County Psychological Society, Congers, NY, May 23, 1999.

"The Evaluation and Management of Suicide." Department of Psychiatry, Lenox Hill Hospital, March 8, 2000.

"Taller de Actualidades en Trastornos Afectivos" Department of Psychiatry, Hospital ABC, Mexico City, November 11, 2000.

"The Recognition, Management and Prevention of Adolescent Suicidal Behavior." The Mental Health Association of South Western New Jersey, Cherry Hill, New Jersey, December 5, 2000.

"The Management of Suicidal Behavior."Mercy Hospital Psychiatric Staff, Garden City, New York, March 21, 2001.

"Micro pharmacology", Long Island Psychoanalytical Association and the Long Island Psychiatric Society, Suossett, New York, April 17, 2001.

"The Management of the Suicidal Patient." Grand Rounds, Department of Psychiatry St. Lukes-Roosevelt Hospital, New York, New York, May 23, 2001.

"Advances in the Management of Affective Disorders" , Department of Mental Health of Mexico, Mexico City, Mexico, October 11, 2001.

"The Management of Suicidal Behavior in Adolescence." Partners for Kids and Families, Mt. Holly, New Jersey, November 14, 2001.

"Advances in the Understanding of Suicide and Other Self– Injurious Behaviors "., XXVIIth International Congress on Law and Mental Health. Amsterdam, The Netherlands, July 8-12, 2002.

"The Evaluation and Management of the Suicidal Patient," Bellevue Hospital Ground Rounds, New York, New York, February 7, 2003.

"Evaluation & Management of the Suicidal Patient," Monmouth Ocean County Chapter of the New Jersey Psychiatric Association, March 12, 2003.

"Co-Morbid Conditions with Depression," Department of Family Practice, SUNY-Downstate Medical Center, Brooklyn, NY, March 13, 2003.

"El Espectro de la Depresion," VII Reunion Internacional, Sociedad Mexicana de Nevrologia y Psiquiatria, Puebla, Mexico, March 20, 2003.

"Evaluation and Management of Suicidal Behavior, Psychiatric Ground Rounds, St. Vincent's Hospital, Harrison, New York, May 14, 2003.

"Suicide," Department of Psychiatry Resident Seminar, Beth Israel Hospital, May 16, 2003.

"The Evaluation and Management of Suicidal Patients," Department of Emergency Medicine, Lenox Hill Hospital, June 20, 2003.

"Reconceptualizing Disorders of Mood, Thought, and Behavior as Specific Neurotransmitter Dysfunctional States Rather Than As Clinical Syndromes," 28th Meeting of The International Academy of Law and Mental Health, Sydney, Australia, October 2, 2003.

"Suicide Prevention," Behavioral Health Department Ground Rounds, Gouvernor Hospital, New York City, NY, October 2003.

"Suicide," Catholic Family Services, Newark, New Jersey, March 10, 2004.

"Psychopharmacotherapy," Albert Ellis Institute, New York, New York, July 28, 2004.

"A Contemporary Perspective on the Etiology and Management of Suicidal Behavior," The Annual Alden N. Haffner Lecture in Public Health, SUNY College of Optometry, October 2004.

"Overview-Suicide Across the Life Cycle," Yale University School of Medicine Symposium, New Haven, Connecticut, October 15, 2004.

"The Differential Diagnosis of Suicidal Behavior", Mid-Hudson Psychiatric Society, Milton, New York, January 19, 2005.

"Suicide Across the Life Cycle," Grand Rounds, Department of Psychiatry, North General Hospital, New York, New York, March 25, 2005.

"Suicide Across the Life Cycle," St. Vincent's Hospital, Harrison, New York, March 30, 2005.

"Suicide Across the Life Cycle," Bergen County Child Psychiatric Society, Englewood, New Jersey, April 6, 2005.

"Suicidal Behavior: Etiology and Management," Department of Psychiatry, Queens Hospital, Queens, New York, April 15, 2005.

"Suicide Across the Life Cycle", Grand Rounds, Department of Psychiatry & Behavioral Medicine, Hackensack Hospital, Hackensack, New Jersey, April 21, 2005.

"The Epidemiology and Etiology of Suicidal Behavior", XXIV International Congress on Law and Mental Health, Paris, France, July 4, 2005.

"The Differential Diagnosis and Management of Suicidal Behavior, Brattleburo Retreat, Brattleburo, Vermont, October 10,2005.

"The Differential Diagnosis and Management of Suicidal Behavior, East Orange Veterans Hospital, East Orange, New Jersey, November 2,2005.

"The Differential Diagnosis and Management of Suicidal Behavior", Grand Rounds, Bergan Regional Medical Center, Paramus, New Jersey, November 15,2005.

"The Differential Diagnosis and Management of Suicidal Behavior", Grand Rounds, Hempstead Hospital, Hempstead, New Hampshire, November 29,2005.

'Suicide Across the Life Cycle", Grand Rounds, Elmhurst Hospital, Elmhurst, New York, December 7,2005.

"The Management of Suicidal Behavior", Kennebec Valley Mental Health Clinic, Augusta, Maine, February 2,2006.

"Suicide", Psychiatric Grand Rounds, Coney Island Hospital, New York, June 5,2006.

"Suicide", Grand Rounds, Hampstead Hospital, Hampstead, New Hampshire, June 20, 2006.

"Suicide", Psychiatric Grand Rounds, Glen Falls Hospital, Glen Falls, New York, June 28,2006.

"Suicide", Berkshire Green Mental Heath Center, Pittsfield, Massachusetts, August 29, 2006.

"Suicide", Elmira Psychiatric Center, Elmira, New York, September 26, 2006.

"Management of Anxiety", Northern New York District Branch of the American Psychiatric Association, Whitesboro, New York, September 28, 2006.

"The Differential Diagnosis & Management of Suicidal Behavior", Champlain Valley Physicians Hospital, Plattsburgh, New York, September 8, 2006.

"Commentary on Laurence Tancredi's paper "Brain Imaging and the Law", Sante Mentale, Ethiqueet Politique Sociale, University of Montreal, Montreal, Quebec, Canada, October 13,2006.

'The Etiology and Management of Suicidal Behavior", Psychiatric Grand Rounds, Temple University Medical School, Philadelphia, Pennsylvania, October 11, 2006.

"Suicide", Department of Psychiatry, St. Mary's Hospital, Amsterdam, New York, October 23, 2006.

"Suicide", Mental Health Connections, Utica, New York, December 4, 2006.

"Suicide", Chemung County Medical Society, Horseheads, New York, December 12, 2006.

'The Differential Diagnosis and Management of Suicidal Behavior", Psychiatric Grand Rounds, University of Medicine and Dentistry of New Jersey. Newark, New Jersey, March 7,2007.

"The Evaluation, Differential Diagnosis, Etiology and Management of Suicidal Behavior." Grand Rounds, Nathan Liteur Hospital, Utica, New York, March 9, 2007.

"Suicide", Psychiatric Grand Rounds, Bergen Regional Medical Center, Bergen County, New Jersey, April 24,2007.

"The Differential Diagnosis and Management of Suicidal Behavior", Keynote Address for the New York Mental

Health Department meeting ,Newburgh, New York, June 6,2007.

"Evidenced-Based Treatment of Suicidal Patients",The International Academy of of Law and Mental Health meeting, Padua, Italy,June 6,2007.

"Evaluating the Suicidal Patient".Psychiatric Grand Rounds, Glen Falls Hospital, Glen Falls, New York, July 24,2007.

"The Differential Diagnosis and Management of Anxiety Disorders".Psychiatric Grand Rounds, Mount Sinai Services – Elmhurst Hospital Center, Queens, New York, October 10,2007.

"The Differential Diagnosis and Management of Suicidal Behavior".VA Hudson Valley Health Care System, Castle Point, New York, October 31,2007.

'Management of Acute Psychiatric Disorders Across the Life Cycle".Slocum-Dickson Medical Group, Utica, New York, November 3,2007.

"The Differential Diagnosis and Management of Suicidal Behavior". Psychiatric Grand Rounds, Phelps Hospital, Greenwich, Connecticut, November 27,2007.

"The Differential Diagnosis and Management of Suicidal Behavior". Psychiatric Grand Rounds, Jacobi Medical Center, Bronx, New York, January 16,2008.

"The Evaluation and Management of the Suicidal Patient". Psychiatric Grand Rounds, Bergan Medical Center, Bergan Pines, New Jersey ,March 4,2008.

"Physician Suicide". Psychiatric Grand Rounds, Jacobi Medical Center, Bronx, New York, April 2,2008.

"The Differential Diagnosis and Management of Suicidal Behavior". Medical Grand Rounds, Harlem Hospital, New York, New York, April 22, 2008.

"The Differential Diagnosis and Management of Disorders Presenting with Suicidal Ideation or Behavior", Psychiatric Grand Rounds, Morristown Memorial Hospital, Morristown, NJ, October 15,2008.

<u>REVIEWER:</u>

<u>Administration in Mental Health</u>
<u>American Journal of Psychiatry</u>
<u>Journal of Nervous and Mental Disease</u>
<u>Psychiatric Services</u>
<u>General Hospital Psychiatry</u>
<u>Psychosomatics</u>
<u>New England Journal of Medicine</u>
<u>Suicide and Life-Threatening Behavior</u>
<u>Journal of Studies on Alcohol</u>
<u>JAMA</u>
<u>Journal of Psychiatric Research</u>
<u>Psychiatry: Interpersonal and Biological Processes</u>
<u>The Journal of Neuropsychiatry and Clinical Neurosciences</u>

10/20/08