UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEFS IN FURTHER SUPPORT OF DEFENDANTS' MOTION *IN LIMINE***

Kaiser[1] opposes Pfizer's last-minute motions for leave to file reply briefs in further support of its motions *in limine.* These motions waste the parties' and the Court's time and violate the Court's pretrial order that Pfizer only 17 days ago wielded against Kaiser. Despite the Court's hearing on these motion being less than a day away, as of the time of the filing of this opposition, Pfizer has filed two motions for leave to file reply briefs, and Kaiser expects at least two more to follow. Pfizer filed the first of these (Dkt. No. 2428) after 4 p.m. on January 26. Pfizer's motion also attached a proposed reply brief running to ten pages. The second was filed

[1] "Kaiser" is Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals. Kaiser Foundation Health Plan, Inc. is the parent company of the following companies and has brought this lawsuit on behalf of itself and its subsidiaries: Kaiser Foundation Health Plan of Colorado; Kaiser Foundation Health Plan of Georgia, Inc.; Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.; Kaiser Foundation Health Plan of the Northwest; and Kaiser Foundation Health Plan of Ohio.

at 6:38 p.m. today (Dkt. No. 2437), and also attached a 10-page proposed reply. It was the third such motion in a week. (*See* Dkt. No. 2423).

These motions, which Pfizer has persisted in filing throughout the case up to and including its motion for venue transfer (*see* Dkt. No. 2257), render meaningless Local Rule 7.1(b)(3), which contemplates that reply papers shall be the exception, and not the rule, and unnecessarily burden the parties and Court.

The Court's final pretrial order (Dkt. No. 2172) set a tight schedule for the parties to follow leading up to the February 22, 2010 trial date, provided only for briefs and oppositions. Pfizer's 10-page replies also contravene the order's page limits on the parties' motions *in limine*. On January 10, 2010, Pfizer, as the Court knows, took Kaiser to task for filing a brief in excess of those page limits, and for filing a motion for leave to file the oversized brief concurrently with that brief, just as Pfizer has done with this motion. Pfizer complained that "the attention of Pfizer's attorneys should not be diverted from trial preparation by forcing them to respond" to papers filed in violation of the procedural order. The same holds true for Pfizer. The hearing on the parties' motions is *tomorrow*. Kaiser's lawyers, some of whom are traveling from New York, should not have to address new arguments and factual representations made at the eleventh hour. Enough paper.

For these reasons, Kaiser respectfully requests that the Court deny Pfizer's blizzard of motions for leave to file a reply brief. If the Court grants Pfizer leave to file this or any other reply, then Kaiser respectfully requests that it be given the option, if necessary, to file post-hearing sur-replies based on arguments raised in Pfizer's reply and at the hearing.

Dated: January 27, 2010

Respectfully submitted,

By: */s/ Linda P. Nussbaum*
Linda P. Nussbaum

KAPLAN FOX & KILSHEIMER LLP
Linda P. Nussbaum, Esq.
850 Third Avenue, 14th Floor
New York, New York 10022

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

*Of Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 27, 2010.

/s/ *Elana Katcher*
Elana Katcher