UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTIONS IN LIMINE TO EXCLUDE THE TESTIMONY OF MEREDITH ROSENTHAL AND RAYMOND S. HARTMAN**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move for leave to submit a reply memorandum in further support of their Motions in Limine to Exclude the Testimony of Meredith Rosenthal and Raymond S. Hartman.

Defendants submit that their proposed reply is necessary to clarify the issues in Defendants' Motion and those raised by Plaintiffs' Response.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed reply memorandum, attached hereto as Exhibit 1.

Dated: January 27, 2010                     Respectfully submitted,

                                             SKADDEN, ARPS, SLATE, MEAGHER
                                               & FLOM LLP

                                             By:   /s/ Mark S. Cheffo
                                                   Mark S. Cheffo

                                             Four Times Square
                                             New York, NY 10036
                                             Tel: (212) 735-3000

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:   /s/ Raoul D. Kennedy
      Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel: (415) 984-6400

-and-

WHEELER TRIGG O'DONNELL LLP

By:   /s/ James E. Hooper
      James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel: (303) 244-1800

-and-

WHITE AND WILLIAMS LLP

By:   /s/ David B. Chaffin
      David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATE OF CONSULTATION**

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

2

.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 27, 2010.

/s/ David B. Chaffin
David B. Chaffin