UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| | Judge Patti B. Saris |
| ALL PRODUCT LIABILITY ACTIONS | Magistrate Judge Leo T. Sorokin |

**DECLARATION OF STEVEN F. NAPOLITANO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PRODUCT LIABILITY PLAINTIFFS' MOTION TO STRIKE THE SUPPLEMENTAL EXPERT REPORT OF ROBERT D. GIBBONS, PH.D., DATED JANUARY 5, 2010**

I, Steven F. Napolitano, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of an email dated September 10, 2009.

3. Attached as Exhibit B is a true and correct copy of Gibbons, R.D., Hur, K., Brown, C.H., Mann, J.J. The relationship between antiepileptics and suicide attempts in patients with bipolar disorder. *Archives of General Psychiatry*. 66. 1354-1360. 2009.

4. Attached as Exhibit C is a true and correct copy of excerpts from the July 23, 2009 Daubert Hearing.

5. Attached as Exhibit D is a true and correct copy of excerpts from the July 21, 2009 Daubert Hearing.

6.   Attached as Exhibit E is a true and correct copy the Expert Report of Sander Greenland, M.A., M.S., Dr.P.H., C.Stat. dated May 31, 2009.

7.   Attached as Exhibit F is a true and correct copy of excerpts from the July 20, 2009 Pre-Trial Hearing.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 28th day of January, 2010.

s/ Steven F. Napolitano<br>
Steven F. Napolitano

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 28, 2010.

/s/ David B. Chaffin<br>
David B. Chaffin