# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## NOTICE OF WITHDRAWAL OF MOTION TO SEAL

Pursuant to the Court's Order of January 28, 2010, Plaintiff Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") respectfully withdraws its motion to seal (Dkt. No. 2401), which was filed with the Court on January 22, 2010, in connection with Kaiser's opposition to defendants' emergency motion for continued deposition of Nicolas Wieder and additional relief.  In addition, Kaiser does not intend to oppose Defendants' motion to unseal, which was filed with the Court on January 18, 2010.  (Dkt. No. 2373).

Dated:  January 29, 2010                              Respectfully submitted,

                                          By:    */s/ Linda P. Nussbaum*
                                                 Linda P. Nussbaum
                                                 KAPLAN FOX & KILSHEIMER LLP
                                                 Linda P. Nussbaum
                                                 850 Third Avenue, 14th Floor
                                                 New York, New York 10022

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

*Of Counsel*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol
HAGENS BERMAN SOBOL
  SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 29, 2010.

>*/s/ Elana Katcher*
>Elana Katcher