UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin<br><br>**LEAVE TO FILE GRANTED ON JANUARY 29, 2010** |

### SUPPLEMENTAL DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION FOR CONTINUED DEPOSITION OF NICHOLAS WIEDER AND ADDITIONAL RELIEF

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this supplemental declaration based on my own personal knowledge and information.

2. Attached as Exhibit H is a true and correct copy of additional excerpts from the January 12, 2010 deposition of Nicholas Wieder, D.O..

4. Attached hereto as Exhibit I are excerpts from the January 12, 2010 deposition of Nicholas Wieder, D.O. highlighted to show interruptions caused by objections, including lawyer colloquy regarding same and the need to repeat questions as a result.

5. Attached as Exhibit J is a true and correct copy of a November 11, 2004 press release from Kaiser Permanente's on-line News Center, titled "Kaiser Permanente showcases online health programs during open enrollment period."

6. Attached as Exhibit K is a true and correct copy of a January 28, 2004 press release from Kaiser Permanente's on-line News Center, titled "Click to kaiserpermanente.org for physician-approved health information."

7. Attached as Exhibit L is a true and correct copy of the June 17, 1999, Chiefs of Neurology Minutes.

8. On January 15, 2010, following the deposition of Dr. Wieder, I spoke with Kaiser's counsel, Mr. Sobol, at length regarding the grounds for Pfizer's motion and the relief that would be sought. Mr. Sobol asked until 5:00 p.m. the following Monday to reply and I agreed to a noon deadline. Over the weekend, I continued to confer with Kaiser's counsel by phone and email. I agreed that Pfizer would not file this motion before 5:00 p.m. on Monday January 18, as originally requested. At no time on Friday January 15, or the following weekend did Kaiser's counsel give me any reason to believe that there was room for agreement on the issues I had raised with them.

Signed under the penalties of perjury this 24th day of January 2010.

/s/ Mark. S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 29, 2010.

/s/ David B. Chaffin
David B. Chaffin

2