# EXHIBIT H

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                 DISTRICT OF MASSACHUSETTS
 3
 4     -------------------------------)
 5     In re: NEURONTIN MARKETING,    )MDL Docket No. 1629
 6     SALES PRACTICES AND PRODUCTS   )
 7     LIABILITY LITIGATION           )Master File No.
 8     -------------------------------)04-10981
 9     THIS DOCUMENT RELATES TO:      )
10     THE GUARDIAN LIFE INSURANCE    )Judge Patti B. Saris
11     COMPANY OF AMERICA v. PFIZER   )
12     INC., 04 CV 10739 (PBS)        )Magistrate Judge Leo
13     -------------------------------)T. Sorokin
14
15
16           Videotaped Deposition of
17     NICOLAS WIEDER, D.O., at 300 S. Grand Avenue,
18     Los Angeles, California, commencing at
19     9:22 p.m., Tuesday, January 12, 2010, before
20     Janice Schutzman, CSR No. 9509.
21
22
23
24     Job No: 234602
25     PAGES 1 - 536
```

Page 2

1  APPEARANCES OF COUNSEL:
2
3  FOR KAISER:
4
5     HAGENS BERMAN SOBOL SHAPIRO LLP
6     BY: THOMAS M. SOBOL, ESQ.
7     55 Cambridge Parkway
8     Cambridge, Massachusetts 02142
9     617.482.3700
10    tom@hbsslaw.com
11
12
13 FOR PFIZER:
14
15    SKADDEN, ARPS, SLATE, MEAGHER &
16    FLOM LLP
17    BY: MARK S. CHEFFO, ESQ.
18    Four Times Square
19    New York, New York 10036-6522
20    212-735.3000
21    mcheffo@skadden.com
22
23
24
25

Page 3

1  APPEARANCES OF COUNSEL (CONTINUED):
2
3  FOR PFIZER:
4
5     WHEELER TRIGG O'DONNELL LLP
6     BY: JAMES E. HOOPER, ESQ.
7     1801 California St.
8     Suite 3600
9     Denver, Colorado 80202
10    303.244.1800
11
12
13 FOR THE WITNESS:
14
15    KAPLAN FOX & KILSHEIMER LLP
16    BY: LINDA P. NUSSBAUM, ESQ.
17    850 Third Avenue
18    New York, New York 10022
19    212.687.1980
20    lnussbaum@kaplanfox.com
21
22
23 ALSO PRESENT:
24
25    DAVID WEST, Videographer

Page 4

1   Tuesday, January 12, 2010; Los Angeles, California
2              9:22 a.m.
3              -- o0o --
4         (Deposition Exhibits 1 through 7 were
5   marked for identification.)
6
7         THE VIDEOGRAPHER: Good morning. My name
8   is David West of Veritext. The date today is
9   January 12th, 2010, and the time is approximately
10  9:22 a.m. The deposition is being held in the        09:21AM
11  office of Skadden Arps, located at 300 South Grand
12  Avenue, Suite 3200, Los Angeles, California.
13        The caption of this case is In re:
14  Neurontin Marketing and Sales Practices Litigation.
15  It is in the United States District Court for the    09:21AM
16  District of Massachusetts. The name of the witness
17  is Nicolas A. Wieder, D.O.
18        At this time, the attorneys will identify
19  themselves and the parties they represent, after
20  which our court reporter, Janice Schutzman of        09:21AM
21  Veritext, will swear in the witness and we can
22  proceed.
23        MS. NUSSBAUM: Linda Nussbaum for the
24  witness.
25        MR. SOBOL: Thomas Sobol, Hagins, Berman,       09:21AM

Page 5

1   Sobol, Shapiro, of counsel for Kaiser.
2         MR. CHEFFO: My name is Mark Cheffo from
3   Skadden, Arps, Slate, Meagher & Flom, for Pfizer.
4         MR. HOOPER: Jim Hooper, Wheeler, Trigg,
5   O'Donnell, Pfizer.                                   09:22AM
6
7         NICOLAS WIEDER, D.O,
8   the witness, having been administered an oath by the
9   Court Reporter, testified as follows:
10
11          EXAMINATION
12  BY MR. CHEFFO:
13  Q.  Good morning, Dr. Wieder. My name is Mark
14  Cheffo as you just heard. But for the record, I
15  represent Pfizer. I'm here with my colleague, Jim    09:22AM
16  Hooper. We also represent Pfizer.
17        Have you ever had your deposition taken
18  before?
19  A.  Yes.
20  Q.  Okay. So I take it you're generally              09:22AM
21  familiar with some of the ground rules?
22  A.  Yes.
23  Q.  Okay. I'm just going to cover a few of
24  them just so we're on the same page.
25        You understand that you're under oath here     09:22AM

Page 302

1   Q. And Kaiser keeps records of how many
2   prescriptions are written by various doctors for
3   various medicines; right?
4   A. No. They can if they want to, but it's way
5   too much work to really monitor it that way. We          03:25PM
6   only have specific initiatives.
7   Q. Well, okay.
8   A. We -- but the information is there if we
9   want it.
10  Q. I mean, it may not do it all the time, but   03:25PM
11  you could -- I -- and again, I keep saying I'll show
12  you --
13  A. Yeah.
14  Q. -- documents, and I promise I will in a few
15  minutes --                                               03:25PM
16  A. Yeah.
17  Q. -- but I've seen a chart which says that
18  there were 20,304 prescriptions for Neurontin and we
19  did certain --
20  A. Well --
21      MR. SOBOL: Objection. There's no question
22  before you.
23      THE WITNESS: Okay.
24  BY MR. CHEFFO:
25  Q. -- and we did certain reviews.            03:26PM

Page 303

1   Kaiser has the ability to figure out
2   exactly how many prescriptions were written for a
3   medicine; right?
4       MS. NUSSBAUM: Objection.
5       MR. SOBOL: Objection.                    03:26PM
6   BY MR. CHEFFO:
7   Q. Okay. Go ahead. You can answer.
8   A. The -- having the ability doesn't mean it
9   actually happens. It just so happens that Neurontin
10  was an actual initiative. We don't put that much   03:26PM
11  effort into things that aren't initiatives. It's
12  just -- there's no way -- there's no -- we don't
13  have the time or the resources or the interest.
14  Q. If I wanted to find out or DIS wanted to
15  find out all the prescriptions that you've written   03:26PM
16  in the last year, could they do that by doing a
17  database query?
18  A. I don't know. Doubtful, but I don't know.
19  Q. Could they find out all the medicines a
20  particular patient was on in the last six months?   03:26PM
21  A. I don't know exactly, but that's more
22  likely. Just -- knowing our computer system, that's
23  probably more likely, but I'm not the expert in that
24  area. I don't know.
25  Q. Certain times I've seen in the records    03:27PM

Page 304

1   where doctors are prescribing, from a utilization
2   perspective, more than some people think they
3   should. They talk about an intervention.
4       Have you heard that?
5   A. Yes. I've -- yes.                         03:27PM
6   Q. And what is that?
7   A. It's reeducation. It's a very -- it's a
8   full-fledged effort at educating the doctor about
9   what the -- you know, what is the medication -- what
10  is the medication, reviewing the field with them,   03:27PM
11  reviewing the topic, having a thought leader discuss
12  it with them, seeing that there's -- there may be a
13  need for having a lecture in that facility if
14  there's a lot of people. You know, it's medical
15  education, is what it is.                     03:27PM
16  Q. We need to change the tape in a minute, but
17  let me just ask you this.
18      In order to identify how many prescriptions
19  that doctor has written there's a mechanism to do
20  that; right?                                  03:27PM
21      MR. SOBOL: Objection.
22  BY MR. CHEFFO:
23  Q. I mean, as part of the intervention, don't
24  you go and basically say, here, Doctor, here's what
25  other people are writing and we've looked at your   03:28PM

Page 305

1   prescription rate?
2   A. No. No. It's a whole different process.
3       MR. CHEFFO: Okay. Well, let's just change
4   the tape.
5       THE WITNESS: Yeah.                       03:28PM
6       THE VIDEOGRAPHER: Off the record, 3:29.
7       (Recess taken.)
8       (Deposition Exhibits 11 through 19 were
9   marked for identification.)
10      THE VIDEOGRAPHER: Time is 3:38 p.m. We're   03:36PM
11  back on the record. This is disc No. 4 in the
12  deposition of Dr. Nicolas A. Wieder.
13      All parties may continue.
14  BY MR. CHEFFO:
15  Q. Just for the record, this is what I marked   03:37PM
16  as 11. I'm not going to ask you any questions about
17  it, Doctor. You can look it. That's what we talked
18  about being the list of Kaiser doctors who
19  prescribed that was produced to us by Kaiser.
20      I'd asked you earlier about the Kaiser    03:37PM
21  website. This has been marked as Exhibit 12. Just
22  hold a second. I don't know what -- we'll get
23  another copy in a minute here but --
24      First of all, Kaiser Permanente has a
25  website. You're aware of that?                03:38PM

77 (Pages 302 to 305)

Page 306

1    A.  Yes.
2    Q.  You're generally aware that patients are
3    encouraged to use it?
4        MR. SOBOL:  Objection, asked and answered.
5        THE WITNESS:  I encourage them to use it.    03:38PM
6    BY MR. CHEFFO:
7    Q.  Okay.  Why do you do that?
8    A.  Because they can take the opportunity to
9    use the email to contact me rather than call and
10   leave messages.  It makes a much faster response for    03:38PM
11   them and much easier for us as well because then we
12   don't play phone tag with them.
13   Q.  Are there any other reasons?
14   A.  You know, not really.  Not directly.
15   That's my main reason for doing it.    03:38PM
16       MR. CHEFFO:  Okay.  This is 12.  Can you
17   just look on with that for a minute.
18       (Discussion off the record.)
19   BY MR. CHEFFO:
20   Q.  This is for -- have you seen this document    03:39PM
21   before?
22   A.  No.
23       MR. SOBOL:  I still haven't seen it.
24       MR. CHEFFO:  Take this one.  Is that --
25   that's the restless right leg syndrome?    03:39PM

Page 307

1        MS. NUSSBAUM:  Yes.
2        MR. SOBOL:  Yes.
3        MR. CHEFFO:  Can you give it to the
4    witness?
5        THE WITNESS:  We can look at it.    03:39PM
6    BY MR. CHEFFO:
7    Q.  I think your lawyer has one right there.
8    A.  I'd rather look at it with her.
9    Q.  You see that it recommends or talks about
10   Neurontin, Tegretol, and Depakene?    03:40PM
11   A.  Yes.
12   Q.  And Kaiser Permanente, do you see that up
13   on the top left?
14   A.  I do.
15   Q.  Does this look like the website?    03:40PM
16   A.  More or less, yeah.  I mean, it doesn't
17   look like the website.  It looks like the heading --
18   the Kaiser Permanente heading and something -- kind
19   of the format for the pages on the website.
20   Q.  It looks like the dashboard, they call it,    03:40PM
21   I guess, right, or --
22   A.  I don't know what it's called, but it looks
23   familiar to me.
24   Q.  Where it says "My health manager" and
25   "Health & wellness."    03:40PM

Page 308

1    A.  Yeah.  It looks like the -- it looks
2    familiar to me.  I just found it looks familiar.
3    Q.  Okay.  And if you look at the bottom -- I
4    know it may be a little hard to read there, but it
5    says 12/18, December 18th, 2009?    03:40PM
6    A.  Oh, yeah.  Don't you have to be a member to
7    get this?
8    Q.  Do you -- have you seen this document
9    before?
10   A.  No, but I think members -- I think members    03:41PM
11   have to get this.  But yes, I have not seen this.
12   Q.  You can go on right now and get it for us;
13   right?
14       MR. SOBOL:  Objection.
15       THE WITNESS:  I don't know.  I've never    03:41PM
16   tried.  I could try but --
17   BY MR. CHEFFO:
18   Q.  This is for patients; right?
19   A.  Yeah.  I'm a patient.
20   Q.  Obviously, you'd expect Kaiser to be giving    03:41PM
21   helpful information to its patients; right?
22       MS. NUSSBAUM:  Objection.
23       MR. CHEFFO:  Now, you know what, again,
24   that's the fifth time.  He's objecting, you're not.
25   Either -- you both represent him.  You can't talk.    03:41PM

Page 309

1    He can or you can.
2        MR. SOBOL:  But we have been.  In any
3    event, objection.
4        THE WITNESS:  Can you repeat the question.
5        MR. SOBOL:  It is asked and answered.    03:41PM
6        MR. CHEFFO:  Okay.  But, you can't keep
7    doing it.  You can't keep --
8        MR. SOBOL:  No.  Independent of that, Mark,
9    I'm saying that --
10       MR. CHEFFO:  How could it be asked and    03:41PM
11   answered?  I just put this document to him two
12   seconds -- I'm not going to use my time in this
13   colloquy.  Okay?
14       MR. SOBOL:  You can't yell at me without me
15   getting to yell back at you.  That's sort of the    03:41PM
16   only fair way to do it.
17       MR. CHEFFO:  Well, don't complain that
18   we're -- you know, later when we're not going to get
19   out of here.
20       MR. SOBOL:  But that's what I am    03:42PM
21   complaining about.
22       MR. CHEFFO:  Well, you're not.
23       MR. SOBOL:  You've done all the
24   foundational stuff before already.  You asked him
25   about the website, about people who use it, do you    03:42PM