# EXHIBIT I, Part 3

1    BY MR. CHEFFO:
2        Q.  Do you know him at all other than his name?
3        A.  I met him.  Yeah.  I knew him.
4        Q.  What do you think of his abilities?
5            MR. SOBOL:  Objection.              02:26PM
6            MS. NUSSBAUM:  Objection.
7            THE WITNESS:  I don't know.  I mean, seems
8    okay.
9    BY MR. CHEFFO:
10       Q.  Just okay?                          02:26PM
11       A.  I don't know --
12           MS. NUSSBAUM:  Objection.
13           THE WITNESS:  I don't know him -- I mean,
14   I -- he's a headache doctor who was formerly in
15   family practice, and he sees headache patients.  And  02:26PM
16   I'm sure he has successes and failures like all
17   doctors.
18   BY MR. CHEFFO:
19       Q.  Does Kaiser pride itself about having good
20   doctors?                                    02:27PM
21           MR. SOBOL:  Objection.
22           MS. NUSSBAUM:  Objection.
23           MR. SOBOL:  Do you want to do them or
24   should I?
25           MS. NUSSBAUM:  You can do them.      02:27PM
                              255

```
 1   know exactly all the steps.  Things have changed.
 2   We've -- there's a lot of legal wrangling now about
 3   compliance and things.  So there's always a process.
 4   It's always being changed.  But we're required to
 5   have that process by the state and by the          02:28PM
 6   government, so we do have it.  I don't know what it
 7   is specifically, each nuts and bolts.
 8   BY MR. CHEFFO:
 9      Q.  As a Kaiser doctor, don't you want to
10   ensure that all the other Kaiser doctors around you   02:28PM
11   are practicing at the highest level and providing
12   the best patient care?
13          MR. SOBOL:  Objection.
14          THE WITNESS:  We -- what -- we do want
15   everyone to be -- yeah, we're proud of the quality   02:28PM
16   and awards that we've received.
17   BY MR. CHEFFO:
18      Q.  And you're selective about the doctors you
19   hire; right?
20      A.  We are selective.              02:28PM
21      Q.  And you don't want doctors who are not
22   fully competent in their practice areas?
23      A.  Yeah, I'm not --
24          MR. SOBOL:  Objec- --
25          MS. NUSSBAUM:  It --
                              257
```

```
 1          MR. SOBOL:  Hold on a sec, please.
 2          Objection.  I'll just say that every
 3   question you've been asking and every one -- I've
 4   got to say this, because it's leading and it's your
 5   witness, it's going to come out.  I mean, it's all     02:29PM
 6   leading.
 7          THE WITNESS:  I'm not the guy who hires --
 8          MR. SOBOL:  There's no question --
 9          THE WITNESS:  Okay.
10          MR. SOBOL:  -- before you.                02:29PM
11          THE WITNESS:  Okay.
12   BY MR. CHEFFO:
13     Q.  And the other --
14          MR. SOBOL:  And he's also using up his
15   time.  Just --                                  02:29PM
16          MR. CHEFFO:  Well --
17          MR. SOBOL:  -- answer his question.
18          MR. CHEFFO:  Let's talk about time for a
19   second.  First of all, as you know, Tom, you're the
20   person doing it.  You've been talking the entire
21   time.  Every time I'm in deposition, I hear there's
22   one cowboy, one person doing it, so I'm not sure why
23   you're yelling and screaming the entire deposition
24   or talking when you're representing.  So, you know,
25   we're wasting time, you should be the only one       02:29PM
                            258
```

1    talking at this deposition.  I don't think
2    Mr. Hooper's said a single word the entire day.  So
3    that's the kind of wasting time admonition.  I'll
4    move on.
5    BY MR. CHEFFO:
6      Q.  As far as -- do you -- are you compensated
7    based on -- in any way based on the premiums and
8    expenditures of Kaiser?
9      A.  I don't even know how to answer that
10   question, actually.  It's -- I don't -- I don't     02:29PM
11   even -- I don't know.
12     Q.  Well, explain for the jury how it works.
13   How does the partnership -- how does your
14   partnership work in terms of economics?
15        MR. SOBOL:  Objection.              02:30PM
16        THE WITNESS:  We get hired.  We have a
17   three-year period.  We become partner or don't
18   become partner.  We're pretty selective about who we
19   hire, so almost every -- there's a retention of over
20   90 percent of the people that we hired and they      02:30PM
21   become partners.
22        Then we're on salary.  And that's basically
23   it.  We have --
24   BY MR. CHEFFO:
25     Q.  Do you have bonus?              02:30PM

                    259

1          MR. SOBOL:  Well, he hasn't finished.
2          Have you finished?
3          THE WITNESS:  No, that's basically it.
4    There are measures that we have.  I mean, one of the
5    frustrations, actually, with this new health policy    02:30PM
6    thing, there's no quality measures.  We do have a
7    lot of quality measures.
8          So in that way, we get -- and they're not
9    really bonuses, but yeah, they're -- I guess from
10   the outside you consider them a bonus, and those we    02:30PM
11   get for quality.  But they don't necessarily include
12   me.
13         For instance, just -- I can only give you
14   one example.  We want everyone to be screened for
15   diabetes.  It's really important to us.  I'm not a     02:31PM
16   primary care doctor, so I depend on all the other
17   primary care doctors to screen their patients for
18   diabetes.  And when I see a patient, I also try to
19   give complete care, so I will look and see if
20   they've been screened for diabetes, and I will try    02:31PM
21   to do that.
22         If we reach a certain number, then all of
23   us gets, you know, a couple hundred dollars or
24   something like that.  So that's the kind of bon- --
25   when you talk about bonuses, that's the kind of       02:31PM

                            260

```
 1    I found out and I was -- about Lyrica that I was
 2    telling everybody.
 3        Q.  So you had a conversation with him about
 4    Lyrica, but it wasn't in connection or in reference
 5    to the article; is that right?            02:34PM
 6        A.  Not that I recall.  That's right.
 7        Q.  But did you have any conversations with him
 8    about the article?
 9        A.  Not specifically, no.
10        Q.  Do you see on page 487 in the box on the   02:34PM
11    right, it says:
12            "Second-generation antiepileptic
13        drugs are better tolerated than
14        first-generation agents, cause less
15        sedation, and have fewer central          02:35PM
16        nervous system side effects."
17            Do you see that?
18        A.  Uh-huh.
19        Q.  Do you agree with that?
20            MR. SOBOL:  Objection.  Is this asked and   02:35PM
21    answered or --
22            MR. CHEFFO:  No.  I didn't ask that one, I
23    don't think.
24            THE WITNESS:  You did.  But, again, it's
25    general.  It's an opinion.  It doesn't take into   02:35PM
                             264
```

```
 1   restriction?
 2      A.  Okay.
 3      Q.  Is that right?
 4      A.  Yeah, that's -- I think that's the
 5   language.                              02:58PM
 6      Q.  And then in or around --
 7          MR. SOBOL:  Objection.  Motion to strike
 8   then.
 9   BY MR. CHEFFO:
10      Q.  In or around September 1997, there was an   02:58PM
11   action by the P&T committee with respect to
12   Neurontin and reflex sympathetic dystrophy; is that
13   fair?
14      A.  Yes.
15      Q.  Did you present at the P&T committee in   02:58PM
16   1997?
17      A.  No.
18      Q.  Did you initiate the suggestion that reflex
19   sympathetic dystrophy should be something that's
20   included on the formulary?                02:58PM
21      A.  No.
22          (Discussion off the record.)
23   BY MR. CHEFFO:
24      Q.  Did someone else raise that and ask you to
25   comment on it?                          02:59PM
```

273

1    Q.  They're not committing malpractice when
2  they do it, are they?
3       MR. SOBOL:  Objection.
4       THE WITNESS:  I wouldn't be able to decide
5  on that, right.            03:04PM
6  BY MR. CHEFFO:
7    Q.  Well, if you believed that it was a
8  violation of the standard of care, you would expect
9  somebody at Kaiser to do something about it; right?
10      MR. SOBOL:  Objection.     03:04PM
11      MS. NUSSBAUM:  Objection.
12      THE WITNESS:  That's a -- I think it's a
13  legal -- I'm not -- I mean, I'm just a doctor.
14  BY MR. CHEFFO:
15    Q.  You care about patients, don't you?    03:04PM
16  It's -- you're not a it's-just-my-job kind of guy;
17  right?
18    A.  Absolutely not.
19      MR. SOBOL:  Objection.
20  BY MR. CHEFFO:
21    Q.  Okay.
22      MR. SOBOL:  Come on, Mark.
23  BY MR. CHEFFO:
24    Q.  So you care about --
25      MR. SOBOL:  Mark -- Mark, that's not --   03:04PM

279

```
 1   BY MR. CHEFFO:
 2      Q.  You care about --
 3         MR. SOBOL:  Mark --
 4         MR. CHEFFO:  Go ahead.  Just you objected.
 5         MR. SOBOL:  Yeah, then I --
 6   BY MR. CHEFFO:
 7      Q.  You care about --
 8         MR. SOBOL:  And I'm saying something.
 9         MR. CHEFFO:  That's fine.
10         MR. SOBOL:  Okay.
11         MR. CHEFFO:  Well --
12         MR. SOBOL:  No reason for sarcastic
13   comments to the witness.
14         MR. CHEFFO:  I'm not being sarcastic.
15   BY MR. CHEFFO:
16      Q.  You're the type of doctor that cares about
17   your patients and other Kaiser patients; right?
18      A.  Yes.  I care about health in general, and I
19   care about the -- I also care about my
20   responsibility towards the other Kaiser physicians,    03:05PM
21   not just the patients as well.  But I have -- in my
22   role, I have a responsibility to the other
23   physicians.
24      Q.  And you have not told any doctor -- well,
25   strike that.                          03:05PM
```

280

1    they -- or they're sick or they failed, then no,
2    then it becomes a second-line agent like other
3    things.
4        Q.  Right, but then it would be okay under the
5    guidelines for a Kaiser doctor --                03:19PM
6        A.  Yeah.
7        Q.  -- to use it?
8        A.  That's -- if that's your option, then
9    that's what you have to do.
10       Q.  Okay.  And since, you think, 19- -- 2004,   03:19PM
11   Kaiser's been actively encouraging doctors not to
12   write Neurontin prescriptions?
13           MS. NUSSBAUM:  The witness said 2003 or
14   2004.
15           MR. CHEFFO:  Okay.
16           MS. NUSSBAUM:  He didn't recall which year.
17   BY MR. CHEFFO:
18       Q.  2003 or 2004.
19           MR. SOBOL:  Objection.
20           THE WITNESS:  There has been a Neurontin   03:19PM
21   initiative since that time.  So there has been
22   interest since that time.
23   BY MR. CHEFFO:
24       Q.  And the interest is -- and the initiative
25   is to do what?                                  03:19PM
                         295

```
 1      Q.  And Kaiser keeps records of how many
 2   prescriptions are written by various doctors for
 3   various medicines; right?
 4      A.  No.  They can if they want to, but it's way
 5   too much work to really monitor it that way.  We      03:25PM
 6   only have specific initiatives.
 7      Q.  Well, okay.
 8      A.  We -- but the information is there if we
 9   want it.
10      Q.  I mean, it may not do it all the time, but   03:25PM
11   you could -- I -- and again, I keep saying I'll show
12   you --
13      A.  Yeah.
14      Q.  -- documents, and I promise I will in a few
15   minutes --                            03:25PM
16      A.  Yeah.
17      Q.  -- but I've seen a chart which says that
18   there were 20,304 prescriptions for Neurontin and we
19   did certain --
20      A.  Well --
21         MR. SOBOL:  Objection.  There's no question
22   before you.
23         THE WITNESS:  Okay.
24   BY MR. CHEFFO:
25      Q.  -- and we did certain reviews.         03:26PM
                        302
```

```
 1      A.  Yeah.  It looks like the -- it looks
 2   familiar to me.  I just found it looks familiar.
 3      Q.  Okay.  And if you look at the bottom -- I
 4   know it may be a little hard to read there, but it
 5   says 12/18, December 18th, 2009?              03:40PM
 6      A.  Oh, yeah.  Don't you have to be a member to
 7   get this?
 8      Q.  Do you -- have you seen this document
 9   before?
10      A.  No, but I think members -- I think members   03:41PM
11   have to get this.  But yes, I have not seen this.
12      Q.  You can go on right now and get it for us;
13   right?
14         MR. SOBOL:  Objection.
15         THE WITNESS:  I don't know.  I've never      03:41PM
16   tried.  I could try but --
17   BY MR. CHEFFO:
18      Q.  This is for patients; right?
19      A.  Yeah.  I'm a patient.
20      Q.  Obviously, you'd expect Kaiser to be giving  03:41PM
21   helpful information to its patients; right?
22         MS. NUSSBAUM:  Objection.
23         MR. CHEFFO:  Now, you know what, again,
24   that's the fifth time.  He's objecting, you're not.
25   Either -- you both represent him.  You can't talk.   03:41PM
                         308
```

```
 1    He can or you can.
 2          MR. SOBOL:  But we have been.  In any
 3    event, objection.
 4          THE WITNESS:  Can you repeat the question.
 5          MR. SOBOL:  It is asked and answered.      03:41PM
 6          MR. CHEFFO:  Okay.  But, you can't keep
 7    doing it.  You can't keep --
 8          MR. SOBOL:  No.  Independent of that, Mark,
 9    I'm saying that --
10          MR. CHEFFO:  How could it be asked and      03:41PM
11    answered?  I just put this document to him two
12    seconds -- I'm not going to use my time in this
13    colloquy.  Okay?
14          MR. SOBOL:  You can't yell at me without me
15    getting to yell back at you.  That's sort of the      03:41PM
16    only fair way to do it.
17          MR. CHEFFO:  Well, don't complain that
18    we're -- you know, later when we're not going to get
19    out of here.
20          MR. SOBOL:  But that's what I am      03:42PM
21    complaining about.
22          MR. CHEFFO:  Well, you're not.
23          MR. SOBOL:  You've done all the
24    foundational stuff before already.  You asked him
25    about the website, about people who use it, do you      03:42PM
```
309

1   use it, whatever.  I mean, you've already done all
2   this.
3   BY MR. CHEFFO:
4      Q.  Is -- does Kaiser want to have helpful
5   information on its website for patients to use?      03:42PM
6      A.  I don't know what Kaiser -- Kaiser is --
7   you make it sound like it's a person.  I -- we try
8   to give good health.  If that means good
9   information, I'm sure -- of course, we want to give
10   good information.  I'm not exactly sure why we      03:42PM
11   wouldn't -- why anybody wouldn't want to give them
12   good information.
13      Q.  Is --
14      A.  As a patient, wouldn't you want to have
15   good information?                     03:42PM
16      Q.  Absolutely.
17      A.  Yeah, okay.
18      Q.  I'd want accurate information.
19      A.  We like to try to match up our goals with
20   the patient's goals.                  03:42PM
21      Q.  Okay.  Neurontin's not approved for
22   restless leg syndrome, is it?
23      A.  Not that I know of.
24      Q.  And this is suggesting that it may be one
25   therapy that's appropriate; right?          03:42PM

310

1   this is -- there is information that is brought in
2   these lists that can be from many sources.  I don't
3   know who it was that was in charge of putting this
4   information there.  I don't know if they reviewed
5   it.  I have no idea.                    03:44PM
6        But I just wanted to -- I was just pointing
7   out that in addition to Kaiser Permanente, there's
8   another insignia there.  It says Healthwise.  That's
9   a registered -- looks like a registered trademark.
10  That's a company.  So that means that this        03:44PM
11  information was probably obtained from somewhere
12  else and not -- it may or may not have been
13  generated by Kaiser.  May have been read by Kaiser.
14  I don't know.  I don't know.
15  BY MR. CHEFFO:                         03:44PM
16     Q.  This is on the Kaiser website; right?  A
17  person who's a Kaiser Permanente member can go and
18  ask questions and get information about medicines;
19  right?
20     A.  Yeah.                           03:44PM
21        MR. SOBOL:  Objection.
22  BY MR. CHEFFO:
23     Q.  Okay.  Now --
24        MR. SOBOL:  Wait.  Did my objection go in
25  or not?                                03:44PM
                        312

```
1          MR. CHEFFO:  Sure it did.
2    BY MR. CHEFFO:
3      Q.   And it says --
4          MR. SOBOL:  Somebody was speaking to me at
5    the time.                          03:44PM
6    BY MR. CHEFFO:
7      Q.  It says that gabapentin can help people
8    with restless leg syndrome; right?
9      A.  That's what it says.
10     Q.  Is that right?                03:44PM
11     A.  That's what it says.  You asked me --
12   that's what it says.  Yes.  Absolutely.
13     Q.  Okay.  And I'm asking you, do you agree
14   with it?
15     A.  I don't know.                 03:44PM
16     Q.  Is it sometimes used when symptoms are
17   severe and can be used in combination with other
18   drugs?
19         THE REPORTER:  I'm sorry.
20         MR. CHEFFO:  I'm sorry.
21   BY MR. CHEFFO:
22     Q.  Is it sometimes used when symptoms are
23   severe and can be used in combination with other
24   drugs?
25         MR. SOBOL:  Objection.        03:45PM
                       313
```

313

1          You're asking if that's what it says or
2     does he agree?
3     BY MR. CHEFFO:
4        Q.  Do you agree?
5        A.  I don't know.  I don't treat patients for     03:45PM
6     restless leg syndrome.
7        Q.  Do you have an opinion one way or the
8     other?
9        A.  No.
10       Q.  Can you flip to the next page.          03:45PM
11          Do you know any of the people listed?
12       A.  No.  That's why I was wondering whether
13    it's from Northern California or Southern
14    California.  I don't know any of these people.
15    Normally, I would know most of the neurology people    03:45PM
16    unless they are really relatively new, but I don't
17    know them.
18       Q.  Well, whether you're from Northern
19    California, Southern California, Ohio, or the
20    various other places, are there -- are you able to    03:45PM
21    access this Kaiser Permanente website?
22       A.  Yes.  This -- I'm absolutely able to access
23    the Kaiser Permanente website, and I absolutely
24    trust that this is from that website, and if we had
25    to, I probably could get this one.          03:46PM
                              314

1      Q.  You treat that, don't you?

2      A.  Yes.

3      Q.   And it lists five medicines as examples of

4   medicines that can be used for low back pain,

5   chronic low back pain; right?                03:47PM

6      A.  It lists five anticonvulsants that they

7   list for -- as examples in their mon- -- in their

8   information about anticonvulsants for chronic low

9   back pain, yes.

10     Q.  How do you read that?  What's a fair        03:47PM

11   reading for a person looking at this website?

12          MS. NUSSBAUM:  I --

13          MR. CHEFFO:  You're not here to talk.  He

14   can talk.  You can't.  Go ahead.

15          MR. SOBOL:  I couldn't see it, so -- Yeah,   03:47PM

16   okay.

17          Have you read -- can you let the witness

18   have an opportunity to read the document before he

19   answers the question --

20          MS. NUSSBAUM:  Read the entire document.     03:48PM

21          MR. SOBOL:  -- on the basis of the

22   document.

23          MR. CHEFFO:  What you're doing,

24   Ms. Nussbaum, is inappropriate.  You can't coach the

25   witness.  It's on camera.                      03:48PM

                              316

```
 1          MS. NUSSBAUM:  I understand it's on the
 2   camera.
 3          MR. CHEFFO:  It's on the camera.
 4          MS. NUSSBAUM:  But --
 5          MR. CHEFFO:  They just saw you pointed.     03:48PM
 6          MS. NUSSBAUM:  That's fine.  Nobody's
 7   coaching anybody --
 8          MR. CHEFFO:  Yes, you are.
 9          MS. NUSSBAUM:  -- Mr. Cheffo.  No,
10   Mr. Cheffo, what we're trying to do, if you're     03:48PM
11   asking questions, is let the witness --
12          MR. CHEFFO:  No.
13          MS. NUSSBAUM:  -- who said that he's never
14   seen this before look at the document, Mr. Cheffo.
15   That's what we're trying to do.               03:48PM
16          MR. CHEFFO:  You're coaching the witness.
17          MS. NUSSBAUM:  Nobody is coaching the
18   witness.
19          THE WITNESS:  Would you like --
20          MS. NUSSBAUM:  Let him look at the
21   document.
22          THE WITNESS:  Would you like for me to look
23   at the document, or would you like for me not to
24   look at the document?
25   BY MR. CHEFFO:                          03:48PM
```

317

1  this has that much relevance for the treatment --
2  you know, for the treatment of this condition.
3     Q.  Is it a good thing to give patients bad
4  information?
5        MR. SOBOL:  Objection.                03:51PM
6        THE WITNESS:  Is it a bad thing to give
7  them good information?  I don't know.  I can't
8  answer that.  I mean --
9  BY MR. CHEFFO:
10     Q.  Is it --
11     A.  It seems like a self-evident question.
12     Q.  The answer's no, it's not; right?
13        MR. SOBOL:  Objection.
14        THE WITNESS:  I trust you on that.
15  BY MR. CHEFFO:                             03:52PM
16     Q.  Okay.  Now, if -- Kaiser didn't have to put
17  up anything about anticonvulsants and chronic low
18  back pain; right?  I'm going to show you a bunch of
19  other where they talk about it.  They could have
20  chose not to put this on the website; right?    03:52PM
21        MR. SOBOL:  No.  Objection.
22  Don't answer the question.
23        THE WITNESS:  I don't know --
24        MR. SOBOL:  Don't answer the question.
25        MR. CHEFFO:  What's the objection?        03:52PM

                          322

```
 1          MR. SOBOL:  You made a reference to a bunch
 2   of other things that you haven't put before him
 3   so --
 4          MR. CHEFFO:  That wasn't the question.
 5   BY MR. CHEFFO:
 6      Q.  Kaiser --
 7          MR. SOBOL:  It was the question.
 8   BY MR. CHEFFO:
 9      Q.  Kaiser could have determined not to have
10   this piece about anticonvulsants and chronic low      03:52PM
11   back pain.
12          MR. SOBOL:  Objection.  Which piece now?
13   Now, you've referred to a bunch of them.
14          MR. CHEFFO:  The exhibit before him.
15          Tom, we know you don't like the document,      03:52PM
16   and the record's going to be clear --
17          MR. SOBOL:  No.
18          MR. CHEFFO:  -- and you haven't looked at
19   it, but you can keep talking over it and then you're
20   going to tell me later, but, you know -- if you're     03:52PM
21   going to play games, we'll be all day, and the
22   record is going to be clear.  So I'm not going to
23   get annoyed by it.
24          MR. SOBOL:  You've misrepresented the
25   document.                          03:53PM
                          323
```

```
 1          MR. CHEFFO:  You know what?
 2          MR. SOBOL:  I don't mind the document.
 3          MR. CHEFFO:  Fine.
 4          MR. SOBOL:  What I mind is that when you
 5   point to several other documents that are in front     03:53PM
 6   of you --
 7          MR. CHEFFO:  And I rephrased my question --
 8          MR. SOBOL:  -- that you haven't put before
 9   the witness, then I will have an objection --
10          MR. CHEFFO:  Okay.
11          MR. SOBOL:  -- to it.
12          MR. CHEFFO:  I'm not --
13          MR. SOBOL:  That's all.
14          MR. CHEFFO:  I'm not going to engage you
15   anymore.                          03:53PM
16   BY MR. CHEFFO:
17     Q.  Go ahead and answer the question.
18          MR. SOBOL:  There is no question before
19   him.
20          THE WITNESS:  Can you please repeat the     03:53PM
21   question.
22   BY MR. CHEFFO:
23     Q.  Kaiser or someone under Kaiser's control
24   made a conscious decision to put this exhibit on the
25   website regarding anticonvulsants and chronic low     03:53PM
```

324

1   back pain; correct?
2        MR. SOBOL:  Objection.
3        THE WITNESS:  I don't -- it seems like
4   that.  I don't know what the process is for putting
5   it -- something on the website.          03:53PM
6        MR. SOBOL:  Then you've answered the
7   question.
8        MR. CHEFFO:  You can't do that.
9        THE WITNESS:  I -- I'm not -- I don't know
10  what the process is for putting it on the website.     03:53PM
11  I don't know who you even have to ask.  So I --
12  how -- I'm no expert on this.  If you say it came
13  from the website, it came from the website.  What
14  question do you want me -- do you want to know about
15  this?  What's your question?          03:53PM
16  BY MR. CHEFFO:
17     Q.  If a patient goes and looks at this --
18        MR. SOBOL:  No.
19  BY MR. CHEFFO:
20     Q.  -- on the website --          03:54PM
21        MR. SOBOL:  I move to strike so much of the
22  answer as asked a question at the end of his answer.
23  BY MR. CHEFFO:
24     Q.  If the patient goes on the website and
25  looks at this, what should they do with it?  Looks     03:54PM
                          325

1    at this exhibit on the website.
2        A.  I have no idea --
3            MR. SOBOL:  Objection.
4            THE WITNESS:  I have no idea what a patient
5    should do --                        03:54PM
6    BY MR. CHEFFO:
7        Q.  Is it help- --
8        A.  -- with something like this.
9        Q.  Is it helpful to the patient?
10           MR. SOBOL:  Objection.              03:54PM
11           THE WITNESS:  I don't know if it -- what if
12   a patient can't understand it?  I don't know if it's
13   helpful.  I mean, I have no idea what conditions
14   might -- the patient might be under that it might be
15   helpful or not helpful to them.          03:54PM
16   BY MR. CHEFFO:
17       Q.  What does it say on "How well it works"?
18   See if you understand -- if we can understand that
19   one.
20           MR. SOBOL:  Objection.              03:54PM
21           Don't answer the question.
22   BY MR. CHEFFO:
23       Q.  Can you read the first sentence, please,
24   under "How well it works."
25       A.  "Anticonvulsant medicine
                        326

1     effectively treats chronic pain for
2     some people but not others."
3        Q.   What does that mean?
4           MR. SOBOL:  Wait, wait, wait.  I don't have
5     the document in front of me.  I'm sorry, Mark.        03:54PM
6           MR. CHEFFO:  Well, your colleague has it.
7     That's not my problem.
8           THE WITNESS:  Well, I hadn't finished
9     reading --
10          MR. SOBOL:  Hold on a second.
11          THE WITNESS:  -- the question -- the
12    sentence, actually.
13          MR. SOBOL:  What page and paragraph are we
14    on?
15          MR. CHEFFO:  First page.  There's only two    03:55PM
16    pages of the document.  It says, "How well" --
17          MR. SOBOL:  There are three pages --
18          MR. CHEFFO:  Okay.
19          MR. SOBOL:  -- of the document, which is
20    why -- one of the misrepresentations you made to the  03:55PM
21    witness.  So it's not --
22          MR. CHEFFO:  No, he has --
23          MR. SOBOL:  -- two pages.
24    BY MR. CHEFFO:
25       Q.   How many pages do you have there, Doctor?    03:55PM
                              327

```
 1       A.  Three.
 2       Q.  Okay.  So it was misrepresentation.
 3           MR. SOBOL:  The third page is the critical
 4   page, not the first page.
 5           MR. CHEFFO:  We don't -- we're not going to   03:55PM
 6   coach the witness again but thank you for that.
 7           MS. NUSSBAUM:  Well, give him the
 8   opportunity to read it --
 9           MR. CHEFFO:  Are you going to continue --
10           MS. NUSSBAUM:  -- then, through the third    03:55PM
11   page.
12           MR. CHEFFO:  -- talking?
13           MR. SOBOL:  Go ahead.  And what paragraph?
14           MR. CHEFFO:  You know what?  Let's take a
15   break.  We're going to take a break.  Let's take a    03:55PM
16   long -- just go off the record.
17           THE VIDEOGRAPHER:  Off the record, 3:57.
18           (Discussion off the record.)
19           THE VIDEOGRAPHER:  We're back on the
20   record, 4:02.                        04:01PM
21       Go ahead.
22           THE WITNESS:  Thank you for letting me
23   review them.
24           MR. SOBOL:  Can the record reflect that
25   Deposition Exhibits No. -- and we can put the         04:01PM
                              328
```