# EXHIBIT I, Part 4

1    yes.
2       Q.   And it's either discussed or recommended in
3    the body of the document?
4          MR. SOBOL:  Objection.
5          THE WITNESS:  It's not recommended, it's      04:02PM
6    discussed, and information is given about it.
7    BY MR. CHEFFO:
8       Q.   Okay.  Now, I'd like you to take a look --
9    I have on the screen here the Kaiser Permanente -- I
10   typed in through Google KaiserPermanente.org.        04:02PM
11         Do you see that?
12      A.   Yes.
13      Q.   Does this top portion look like the top of
14   the documents I've given you?
15      A.   Yes.                              04:03PM
16         MR. CHEFFO:  Can I ask the videographer for
17   a minute to just -- Jim, move your head -- turn
18   and --
19         MR. SOBOL:  Well, I'm going to object
20   unless there's going to be a foundation that you're   04:03PM
21   actually on the Internet right now, Mark.
22         MR. CHEFFO:  I assume you're joking.
23         MR. SOBOL:  Well, I mean, I don't
24   understand what the point is actually of having the
25   video on the screen right now that you've been        04:03PM
                              330

1   typing in.
2       MR. CHEFFO:  Do you want to -- would you --
3   BY MR. CHEFFO:
4     Q.  Doctor, you could find this on the
5   Internet; right?                          04:03PM
6       MR. SOBOL:  No, he's not going to be doing
7   any demonstrations either.  No, he's not.  The whole
8   thing is a little bit silly.
9       MR. CHEFFO:  Maybe for you.
10  BY MR. CHEFFO:
11    Q.  But Doctor, do you have any reason to
12  believe I'm not on the Internet here?
13      MR. SOBOL:  There's no --
14      Don't answer the question.  Don't answer
15  the question.                             04:03PM
16  BY MR. CHEFFO:
17    Q.  Doctor, do you have any reason --
18      MR. SOBOL:  Do not answer the question,
19  this line of questioning.
20      MR. CHEFFO:  Under what basis?          04:03PM
21      MR. SOBOL:  On the basis that you're
22  wasting everybody's time at this point.
23      MR. CHEFFO:  Is that an appropriate
24  objection?
25      MR. SOBOL:  Yes, it is.  At times, there   04:04PM
                        331

1    is.  Yes.
2          MR. CHEFFO:  I'm trying to lay a foundation
3    for your -- the website, the Kaiser Permanente
4    website and you're stopping me from doing that after
5    you just said there's no foundation.          04:04PM
6          MS. NUSSBAUM:  He just said he's an
7    employee --
8          MR. CHEFFO:  You can't talk.
9          MS. NUSSBAUM:  -- not a --
10          MR. SOBOL:  I said the whole thing is a      04:04PM
11   little bit silly and ridiculous.  Something's either
12   on the web or it's not.  And there's no reason --
13          MR. CHEFFO:  Are you going to stipulate
14   that those are appropriate documents?
15          MR. SOBOL:  What do you mean by          04:04PM
16   "appropriate"?
17          MR. CHEFFO:  They are authentic documents?
18          MS. NUSSBAUM:  He's not an employee of
19   Kaiser Permanente.
20          MR. CHEFFO:  Are you going to stipulate or   04:04PM
21   not?
22          MR. SOBOL:  To what?  What's the request?
23          MR. CHEFFO:  That those are authentic
24   documents off the website?
25          MR. SOBOL:  No.                   04:04PM
                          332

```
 1          MR. CHEFFO:  Okay.
 2          MR. SOBOL:  And we're not going to have
 3     this witness take his time --
 4          MR. CHEFFO:  Well, it's my time.
 5          MR. SOBOL:  -- doing that.
 6          MR. CHEFFO:  Yeah, like you did to --
 7     BY MR. CHEFFO:
 8       Q.  Would you do this if I ask you to?
 9          MR. SOBOL:  No.  He won't.  He's been
10     instructed by his counsel not to be wasting our time   04:04PM
11     this way.
12          There are many different ways to deal with
13     something that's very simple between lawyers in
14     terms of figuring out whether something's on the web
15     or not.  We don't have to be wasting --            04:05PM
16          MR. CHEFFO:  You just wasted --
17          MR. SOBOL:  -- this doctor's time with it.
18     That's all --
19          MR. CHEFFO:  Okay.
20          MR. SOBOL:  -- Mark.                  04:05PM
21     BY MR. CHEFFO:
22       Q.  Doctor, do you have -- I've typed in
23     here -- I've typed in here Kaiser Permanente
24     formulary in Google and typed search.
25          What comes up?                        04:05PM
                        333
```

1    MR. SOBOL: I instruct you not to answer.
2  BY MR. CHEFFO:
3     Q.  Do you recognize this page?
4        MR. SOBOL: I instruct you not to answer.
5  BY MR. CHEFFO:                    04:05PM
6     Q.  Have you ever seen this page before?
7        MR. SOBOL: I instruct you not to answer.
8        And I don't know what you mean when you're
9  saying "this page."  Are you pointing at some
10  screen, or are you pointing --          04:05PM
11        MR. CHEFFO:  Yes.
12        MR. SOBOL:  -- at an exhibit?
13        MR. CHEFFO:  Let's look at it with the
14  video.  The screen.
15  BY MR. CHEFFO:
16     Q.  Doctor, there's a screen that says
17  Https//memberskaiserpermanente, and it goes on.
18        Have you ever seen that screen before?
19        MR. SOBOL:  I instruct him not to answer.
20        MR. CHEFFO:  I really think what you're    04:05PM
21  doing is sanctionable, Tom, but you can continue
22  doing it.
23        MR. SOBOL:  I think it's a waste of time.
24        MR. CHEFFO:  You know what, that's not a
25  basis to instruct not to answer, but you're really    04:06PM
                    334

```
 1    at your peril here.  But if you're going to do it --
 2    I'm trying to authenticate the website and the
 3    document.  Instructing the witness to ask -- to
 4    ans- -- not to answer whether he's ever seen a page?
 5    I've never in my entire career had a lawyer do that.   04:06PM
 6        So I respect you.  You're a good lawyer.
 7    But again, I'm putting you on notice that we're
 8    going to have him come back if you won't let him
 9    answer these questions about what this website says.
10        So is this the final time you're going        04:06PM
11    to -- you're not going to let him talk about
12    anything on the website or authenticate it?
13        MR. SOBOL:  Is there a question before the
14    witness?
15        MR. CHEFFO:  I'm asking you.           04:06PM
16        MR. SOBOL:  Is there a question before the
17    witness?
18    BY MR. CHEFFO:
19      Q.  Okay.  Doctor, what does that web -- what
20    does that website say?                  04:06PM
21        MR. SOBOL:  What are you pointing at right
22    now?
23        MS. NUSSBAUM:  Well, let's just see if he
24    can read English.
25        What does it say?  Go ahead.  Can you read   04:06PM
                              335
```

1    English?  What does it say?
2         MR. CHEFFO:  Which one of you is
3    representing the witness?
4         MR. SOBOL:  I want to know what the "that"
5    is in the question.  You're talking about --        04:06PM
6         MR. CHEFFO:  The video is pretty clear.
7         MR. SOBOL:  -- the screen or the exhibit?
8         MR. CHEFFO:  No, it's the screen.  I'm
9    pointing to the screen.
10        MR. SOBOL:  I instruct him not to answer.    04:06PM
11   BY MR. CHEFFO:
12      Q.  Okay.  If you wanted to go online, Doctor,
13   to find the Kaiser Permanente web --
14         You can put it back on the doctor, please.
15         If you wanted to go online to find the      04:07PM
16   Kaiser Permanente website, how would you do it?
17      A.  I would type in KP.org.
18      Q.  KP.org?
19      A.  In the -- in --
20      Q.  Where?                          04:07PM
21      A.  In the address.
22      Q.  So it would be a --
23      A.  Just KP.org.  You can erase all -- you can
24   delete all that.  No -- okay.
25      Q.  Is it www?                       04:07PM

336

```
1       A.  You're asking me the way I would do it.  I
2   would have a whole blank section.  I would type in
3   KP.org.  That's how I would do it.  It's not maybe
4   the best way, but that's the way I'd do it.
5       Q.  Let's try that.                    04:07PM
6       A.  Release -- no.
7       Q.  KP dot --
8       A.  You -- okay.
9       Q.  -- org.
10          Okay.  Is that the screen that you usually   04:08PM
11  see when you type that in?
12          MR. SOBOL:  I instruct him not to answer.
13  BY MR. CHEFFO:
14      Q.  Doctor, you understand that if we move to
15  compel this and Mr. Sobol is wrong, that you're      04:08PM
16  going to have to come back and answer these
17  questions; right?
18          MR. SOBOL:  No, he's not going to have to
19  come back because if there's something on the record
20  that you want to do --                    04:08PM
21          MR. CHEFFO:  I am on the record.
22          MR. SOBOL:  -- with him --
23  I haven't finished what I'm saying.
24          If there's something you want to do with
25  him on the record with a document in front of him    04:08PM
                         337
```

```
 1    that he can read, you can do that, which you already
 2    have.  If you're concerned about a foundational
 3    issue about what appears in the website today, you
 4    can speak to the lawyers.  You don't need him to do
 5    it.                              04:08PM
 6         MR. CHEFFO:  That's not the way it works,
 7    but that's fine.
 8         MR. SOBOL:  Well, it is the way it works --
 9    BY MR. CHEFFO:
10      Q.  Doctor, you have on the screen --
11         MR. SOBOL:  -- in Boston because you don't
12    have to waste this doctor's time making a foundation
13    for what exists in the website.  Judge Saris and
14    every other judge in Boston would say don't waste
15    people's time with that --          04:09PM
16         MR. CHEFFO:  Okay.
17         MR. SOBOL:  -- Counsel.  Make a --
18         MR. CHEFFO:  I'm asking you then right now
19    to stipulate.  We have the witness here.  We're in
20    California.  If you stipulate that these are      04:09PM
21    authentic, I won't need to do it.
22         MR. SOBOL:  And you don't have to waste his
23    time today doing that, is my point.
24         MR. CHEFFO:  Okay.  But I'm asking you
25    then.  Will you stipulate?          04:09PM
```

338

```
 1          MR. SOBOL:  If it's on the web, I'll
 2   stipulate with you, but I don't know whether it is,
 3   and I'm not doing stipulations today.  We're doing a
 4   deposition of this Doctor.
 5          MR. CHEFFO:  Okay.  But I want to find out    04:09PM
 6   if it's on the web, and he can help us find that
 7   out.
 8          MR. SOBOL:  No, he doesn't have to take his
 9   time, is my point.
10          MR. CHEFFO:  I don't know why you're so       04:09PM
11   scared of your own client's website.  It's stunning.
12          MR. SOBOL:  It's not a matter of being
13   scared.  It's a matter of not wasting his time.
14          MR. CHEFFO:  Do you care -- well, he's
15   still going to be here.  Okay, Tom?  I can use my    04:09PM
16   time.  Okay?  I'm using my time.
17   BY MR. CHEFFO:
18      Q.  I'd like you to go and log in --
19          MR. SOBOL:  You're using his time and our
20   time also.                              04:09PM
21   BY MR. CHEFFO:
22      Q.  I'd like to log in, use your user ID and
23   log in and find out if you can find how you'd find
24   anticonvulsants for cancer pain and low back pain.
25          MR. SOBOL:  I instruct you not to be          04:09PM
                            339
```

```
 1   engaging in this, Doctor.
 2         He's following his counsel's advice.
 3         THE WITNESS:  I'm following my counsel's --
 4         MR. CHEFFO:  Okay.
 5         THE WITNESS:  -- advice.                04:10PM
 6   BY MR. CHEFFO:
 7     Q.  If he had allowed you to do it, you could
 8   log in to the website, couldn't you?
 9         MR. SOBOL:  What website?
10   BY MR. CHEFFO:                                04:10PM
11     Q.  The Kaiser Permanente website?
12     A.  I imagine I could have.  I don't remember
13   my user name and password, but I could have
14   probably, you know, gotten on somehow on some parts
15   of it.                                        04:10PM
16     Q.  Right.  And you could have accessed it, and
17   we could have been able to look and find out if
18   those things are on the website or not; right?
19     A.  We could -- I imagine so, yeah.
20     Q.  Okay.  Have you ever been to the part of    04:10PM
21   the -- in case you reconsider, we'll leave that
22   there for a few minutes.
23         Have you ever been to the part of the
24   website that has those listings?
25     A.  I've never seen these listings.         04:10PM
```
                              340

1     A.  Sure.
2        Q.  And is there any information that you
3     disagree with in any of the five or six exhibits
4     that I put before you and gave you a chance to read?
5           MR. SOBOL:  Objection.                    04:13PM
6              Do you want him to read each one and go
7     through it that way?
8           MR. CHEFFO:  Well, I thought he did read
9     them.
10           THE WITNESS:  I reviewed them.  I mean, I     04:13PM
11     didn't -- you know --
12           MR. SOBOL:  Are you withdrawing the last
13     question?  Yes or no.  Because then he would have to
14     go through each exhibit line-by-line and make a
15     decision about whether or not he agrees or disagrees     04:13PM
16     with it.
17           MR. CHEFFO:  Okay.  Let's go off the
18     record.
19           THE VIDEOGRAPHER:  Off the record, 4:14.
20           (Discussion off the record.)                    04:14PM
21           THE VIDEOGRAPHER:  Back on the record 4:16.
22           THE WITNESS:  I don't want to read these
23     all over again.  I -- if there's a -- the question
24     is so general about all of them.  If there's
25     something specific --                              04:14PM

                              344

1          MR. CHEFFO:  Okay.
2          THE WITNESS:  -- I'm happy to look at it.
3     BY MR. CHEFFO:
4       Q.  Let's take them one at a time.
5          Read the one for cancer pain and tell me if   04:14PM
6     there's anything wrong or inaccurate in it.
7       A.  There's something misleading about it.
8       Q.  Misleading?
9          MS. NUSSBAUM:  Do you have another copy of
10    that one for counsel?                    04:15PM
11          MR. CHEFFO:  I think he has them all.
12          MS. NUSSBAUM:  No.
13          MR. SOBOL:  Hold on a second.  Before he
14    answers the question, can we have a copy of the
15    cancer one, please.                      04:15PM
16          MS. NUSSBAUM:  We only have chronic low
17    back and restless leg.
18          MR. CHEFFO:  I think I gave you all of
19    them.
20          THE WITNESS:  I don't have a second copy of   04:15PM
21    it.
22          MS. NUSSBAUM:  Doctor, you have the
23    exhibits.
24          MR. CHEFFO:  You can look at mine.
25          THE WITNESS:  Here's another one here,      04:15PM
                              345

```
 1      A.  15.
 2      Q.  What's the heading -- what's the title of
 3   it, just for the record?
 4      A.  "Headache, cluster."
 5      Q.  Okay.                         04:24PM
 6         MS. NUSSBAUM:  I don't have it.
 7         THE WITNESS:  What's misleading -- I won't
 8   go over the things that are similarly misleading as
 9   in the other one, but the new misleading things --
10         MR. SOBOL:  Hold on.  Before you answer the   04:24PM
11   question, may we have a copy of the exhibit.
12         MR. CHEFFO:  You did this to me last time.
13   I threw two for everyone.  She told me that you
14   don't have it and then it's in there.  So before you
15   tell me again it's not there, let's look.          04:24PM
16         THE WITNESS:  You're being punished.
17         MR. SOBOL:  I don't see it.
18         THE WITNESS:  I have Headache, Cluster
19   here.
20         MS. NUSSBAUM:  Yeah, these are all original   04:24PM
21   exhibits.
22         THE WITNESS:  Yeah, I know, but I have only
23   one Headache, Cluster here because last time I had
24   the second one.
25   BY MR. CHEFFO:
                              353
```

```
 1      Q.  Put Headache, Cluster aside for a minute.
 2      A.  Okay.
 3      Q.  I want to see if we have another one.  See
 4   if you can --
 5      A.  Burning Mouth --                04:25PM
 6      Q.  -- use the next one.
 7      A.  Burning Mouth Syndrome.
 8      Q.  Yeah.
 9         MR. SOBOL:  I don't have that one either.
10         THE WITNESS:  Maybe it's over here.      04:25PM
11         MS. NUSSBAUM:  No.  You only have exhibits.
12   There are no more -- you don't have anymore.
13         THE WITNESS:  Primary Orthostatic Tremor,
14   do you have that one?
15   BY MR. CHEFFO:                          04:25PM
16      Q.  Do Burning Mouth.  I have Burning Mouth.
17      A.  Okay.  Burning -- we have a second Burning
18   Mouth there, please.
19         MR. SOBOL:  I do not have a Burning Mouth.
20         MR. CHEFFO:  He's going to give it to you.
21         THE WITNESS:  Thank God.
22   BY MR. CHEFFO:
23      Q.  Okay.  What's the number there, what
24   exhibit number?
25      A.  18.                             04:25PM
```

354

1  business side people, in some fashion or way, that
2  are responsible --
3     A.  I don't --
4     Q.  -- for the website?
5        THE REPORTER:  Excuse me.
6        THE WITNESS:  I don't --
7        MR. SOBOL:  There's no race, guys,
8  between --
9        THE WITNESS:  Yeah.
10        MR. SOBOL:  -- the question and answer      04:44PM
11  here.
12        THE WITNESS:  I don't know.  Because when
13  we ask for something to be on the website --
14        MR. SOBOL:  You don't know.  That's the
15  answer.                    04:45PM
16        THE WITNESS:  -- we have -- well, we have
17  to go through various -- it's sometimes health plan,
18  sometimes not, depends on who, so it really is
19  unclear.
20        MR. SOBOL:  Move to strike so much of the      04:45PM
21  answer after "I don't know."
22        MR. CHEFFO:  Okay.  Let's mark this,
23  please.
24        (Discussion off the record.)
25        (Deposition Exhibit 20 was marked for
                        372

1    identification.)
2        THE WITNESS:  How long have we been going?
3        MR. SOBOL:  We've been going for a while.
4    BY MR. CHEFFO:
5        Q.  Do you want to go for another five minutes    04:45PM
6    and we'll take a break?
7        A.  No, I just want to know how much total time
8    we've been going.
9        Q.  We'll do that at the break.
10        Do you have the document in front of you?    04:46PM
11        MR. SOBOL:  I don't.
12    BY MR. CHEFFO:
13        Q.  And what number is this?
14        MR. SOBOL:  20.
15    BY MR. CHEFFO:
16        Q.  Have you ever seen this document before,
17    Doctor?
18        A.  I don't recall.  It looks familiar.  I
19    don't know if I specifically have seen it, but it
20    looks familiar.  It looks like something --    04:46PM
21        MR. SOBOL:  Have you reviewed it so you can
22    give an answer to the question?
23        THE WITNESS:  I haven't specifically
24    reviewed it.  It looks like some --
25        MR. SOBOL:  Then don't answer the question    04:46PM
                            373

1  until you've reviewed it so you can answer the
2  question.
3       THE WITNESS:  Okay.
4  BY MR. CHEFFO:
5    Q.  I haven't asked a question.          04:46PM
6       MR. SOBOL:  Well, you -- the question
7  was --
8       THE WITNESS:  You asked me if I've seen it
9  before.
10      MR. SOBOL:  Yeah.  So he's got to read it    04:46PM
11  to understand and answer the question.
12      THE WITNESS:  Okay.  I've looked at it.
13  BY MR. CHEFFO:
14    Q.  Okay.  This involves gabapentin, right, and
15  it's from September 1997?          04:47PM
16    A.  I can't read the -- the bottom's cut off.
17    Q.  It's up on the top.
18    A.  Oh, on the top.  Yes, it is.
19    Q.  And this looks like a Kaiser document;
20  right?  And I'll represent to you it's produced by    04:47PM
21  Kaiser.  That's what the KAI --
22    A.  Yeah, so it is a Kaiser document.
23    Q.  And this is in connection with the
24  September 1997 P&T committee meeting on gabapentin
25  that you talk about in your affidavit.          04:47PM
                        374

1    that you just said right now, would things have been
2    different?
3        A.  I don't --
4            MR. SOBOL:  Objection.
5            THE WITNESS:  -- know.  I can't speculate    05:22PM
6    about that.
7    BY MR. CHEFFO:
8        Q.  Are they any different right now today than
9    then were back in 1999?
10           MR. SOBOL:  Objection.                    05:22PM
11   BY MR. CHEFFO:
12       Q.  Yes or no?
13       A.  They will be.
14       Q.  Are they today?
15       A.  I don't know.                    05:22PM
16       Q.  You know they are not, Doctor.
17           MR. SOBOL:  Hold on a second.
18           MS. NUSSBAUM:  Wait a minute.  We've had
19   all his testimony --
20           MR. CHEFFO:  Okay.
21           MS. NUSSBAUM:  -- about DUAT and
22   everything --
23           MR. CHEFFO:  You know, I don't think
24   you're -- you're not here to talk.
25           MS. NUSSBAUM:  Well, but you're not --     05:22PM
                            401

```
 1   BY MR. CHEFFO:
 2       Q.  Doctor --
 3           MS. NUSSBAUM:  -- going to mislead the
 4   witness.
 5   BY MR. CHEFFO:                            05:22PM
 6       Q.  Doctor, today, aren't there the same
 7   guidelines in effect as are indicated here back
 8   in -- as in 2- -- 1999?
 9           MR. SOBOL:  Objection, asked and answered.
10           THE WITNESS:  As far as I know, yes, but    05:23PM
11   that's in flux.  That's in flux.
12   BY MR. CHEFFO:
13       Q.  So your point -- let's just see if we
14   understand this, is if these people knew what we
15   know now, things would have been different, but    05:23PM
16   nothing's different.  Right?
17           MR. SOBOL:  Objection.
18           Do you understand the question?  Answer.
19           THE WITNESS:  I do understand the question.
20   BY MR. CHEFFO:                            05:23PM
21       Q.  Can you answer it?
22       A.  It's impossible to answer that question.
23       Q.  Okay.  Fair enough.  Then let's go to the
24   next question.
25           MR. SOBOL:  Have you finished answer to his   05:23PM
                              402
```

```
 1   question?
 2        THE WITNESS:  I haven't finished.
 3        MS. NUSSBAUM:  Doctor --
 4   BY MR. CHEFFO:
 5     Q.  Well, you told me it was impossible.      05:23PM
 6        MR. SOBOL:  Well, you know --
 7        THE WITNESS:  I haven't finished answering
 8   the question.
 9        MR. SOBOL:  I don't think.  If he has,
10   fine.  If he hasn't --
11   BY MR. CHEFFO:
12     Q.  Okay.  You can answer an impossible
13   question.
14     A.  That people make their best decisions based
15   on the trust they have in the organizations, our      05:23PM
16   own -- the information drug services, where they get
17   the information from, which is the literature.  And
18   they make the decision based on that moment in time.
19        But mistakes can be corrected.  And right
20   now, it -- you have to consider that Kaiser is like    05:24PM
21   a big ship.  It takes a long time to turn.  So
22   there's no expectation that now that we just -- that
23   I just read this in the last couple of weeks, that I
24   would have any kind of question or suspicion until
25   then.  Now, that I do, then, yeah, I'm going to make   05:24PM
```

403

1    every effort to look into it.
2         I think it's very reasonable, when you have
3    doubts about the scientific evidence, to clarify it.
4    But until then, you don't continue making that
5    mistake.  You put it on hold.  You bring it back.        05:24PM
6    You reel it back in.  That's what I'm saying.
7         Q.  Doctor --
8         A.  So while today, this moment, no, I have
9    every intention of correcting what I think is
10   something we should look further into, and I'm going   05:24PM
11   to make it my business, but I need the permission to
12   do that.  The only reason that I haven't done it so
13   far because, so far as I know, this is privileged
14   information.  I will find out what is privileged,
15   what isn't, and then I'll do what the right thing       05:24PM
16   is.
17        Q.  Who told you that it was privileged?
18        A.  It's an assumption that I made.  I didn't
19   ask specifically about it.
20        Q.  So you're not on the P&T committee, are        05:25PM
21   you?
22        A.  No.
23        Q.  You have no ability to unilaterally make
24   any changes, do you?
25        MR. SOBOL:  Objection, asked and answered    05:25PM
                            404

1    many times.
2         THE WITNESS:  I have influence as a senior
3    member of the Regional Pain Committee.  I have
4    influence as a senior pain physician.
5    BY MR. CHEFFO:                      05:25PM
6         Q.  You can unilaterally --
7         A.  I have influence as a longtime committee
8    member of DUAT.  I think that I'm a reasonable
9    person, and I think that people listen to a
10   reasonable person.  I have good training, and I --   05:25PM
11   so I'll -- I'm going to go with that.  I'm going to
12   rely on that.
13        Q.  Do you have any idea why this information's
14   been out there for a year and a half and no one told
15   you about it?                       05:25PM
16        A.  I don't know.
17        MR. SOBOL:  Objection.
18        THE WITNESS:  I don't know why.  But again,
19   I think I answered that earlier, which is that I
20   assume that there is some due diligence that needs   05:25PM
21   to take place to verify whether something is
22   accurate or not.
23        And I trust -- like I said, I -- there's a
24   track record I have with Kaiser that I've seen
25   Kaiser do well by patients.  Vioxx is a good        05:26PM
                           405

1  information?
2      A.  I don't know.
3      Q.  You don't know if it was widely
4  disseminated or to anybody else in Kaiser, do you?
5      A.  I don't know.  I know Mitch Cohen, who's at   05:29PM
6  Kaiser Health Plan, had it.  So -- but I don't know.
7  I assume that it was, but I don't know.
8      Q.  You assumed it was?
9      A.  I assumed it was, yes.
10         MR. SOBOL:  Motion to strike.         05:29PM
11  BY MR. CHEFFO:
12     Q.  And if you assumed it was, that would mean
13  it's -- people other than you know about it; right?
14         MR. SOBOL:  Objection.
15         THE WITNESS:  I don't know.
16         MR. SOBOL:  Motion to strike the last
17  answer about the last assumption.
18         THE WITNESS:  I don't know specifically.  I
19  don't have specific knowledge of it.
20  BY MR. CHEFFO:                    05:29PM
21     Q.  So when you wrote here -- when you wrote
22  here in your sworn declaration that you recommend
23  removal of all formulary guidelines and restrictions
24  for Neurontin under oath --
25         Do you remember that?

                            409

1    A.  I think I've said yes.
2    Q.  That's wrong, isn't it?
3    A.  Why was -- why is it wrong?
4    Q.  Well, doesn't this say that they're going
5  to be recommending the removal of formulary          05:30PM
6  restrictions but adding guidelines?
7        MR. SOBOL:  Objection, asked and answered.
8  BY MR. CHEFFO:
9    Q.  Go ahead.
10    A.  The formulary restrictions, like I said,     05:30PM
11  when I looked -- when I read that, my reading of it
12  was in relationship to the restrictions.  And my --
13  I knew there were guidelines because I was, you
14  know -- I was involved in DUAT, working with the
15  guidelines.  So I knew that there had been          05:30PM
16  guidelines there.
17    Q.  Well, Doctor, you went through a whole
18  litany of things that are misleading.  I mean, isn't
19  it misleading, don't you think, to say, in or about
20  September 1999, I recommended removal of all        05:30PM
21  formulary restrictions and guidelines, no caveats
22  for Neurontin -- hold on -- and you also said, I am
23  informed and believe that in or about
24  September 1990, the P&T committee accepted this
25  recommendation?                                     05:31PM
                          410

```
 1        MR. CHEFFO:  He stopped.
 2   BY MR. CHEFFO:
 3      Q.  What guidelines related to formulary
 4   restrictions were you talking about in your sworn
 5   affidavit?                        05:33PM
 6      A.  Opening it up to other practitioners to
 7   use.  So the -- those guide- -- the guidelines of
 8   who was going to be able to use it was not any
 9   longer going to be restricted.
10      Q.  Once you remove the restriction, there were  05:33PM
11   no need for guidelines because that's what the
12   restriction was; right?
13        MR. SOBOL:  Objection, asked --
14        THE WITNESS:  No.
15        MR. SOBOL:  -- and answered.      05:33PM
16        THE WITNESS:  You can have formulary
17   restrictions with guidelines as to who can use them.
18   BY MR. CHEFFO:
19      Q.  But there were -- the restriction was that
20   only neurologists could prescribe it; right?      05:33PM
21        MR. SOBOL:  Objection.  When?
22        THE WITNESS:  That was one of the
23   restrictions at a certain time.
24   BY MR. CHEFFO:
25      Q.  Okay.  That was removed; right?        05:33PM
                        414
```

1   magnesium and other things with equal weight in
2   terms of trying to find out the kinds of things that
3   might be helpful, and the related link that it lists
4   is natural medicines comprehensive database.  So
5   it's a -- very general information.          06:03PM
6        Q.  But whose website is that on?
7        A.  It looks like it's Kaiser Permanente.
8   That's what the web address has.
9        Q.  Does Kaiser want -- Permanente, do you
10   think they intentionally try to mislead their       06:04PM
11   patients?
12        A.  I don't know how I could -- again, I don't
13   know how I could answer that kind of question.  It
14   sounds like a -- one of those bad courtroom drama
15   type things.  But the --                06:04PM
16        Q.  I would think it would be an easy one to
17   answer.
18        A.  Well, yeah, so --
19           MR. SOBOL:  Objection.  That's not a
20   question before you now.                06:04PM
21           THE WITNESS:  Yeah.  The -- the --
22           MR. SOBOL:  There's not a question before
23   you now.
24   BY MR. CHEFFO:
25        Q.  No, you can answer the question.  Do you       06:04PM
                            442

```
 1          I'm two sentences after that:
 2          -- "according to patient response
 3     and tolerability, but clinical trial
 4     results indicate that most patients
 5     require at least 1,600 milligrams a day          06:12PM
 6     in divided doses in order to achieve
 7     significant neuropathic pain relief."
 8          Do you see that?
 9     A.  You're reading as I'm reading silently.
10     Q.  Right.  And this is from the Regional         06:13PM
11     Formulary and Therapeutics Committee.
12          Can you tell which region this is from?
13     A.  Yes.
14     Q.  Where?
15     A.  Kaiser Permanente Northwest.               06:13PM
16     Q.  What state is that?
17     A.  I think that includes Washington, I think,
18     and -- what's that other state up there?
19          MS. NUSSBAUM:  Oregon.
20     BY MR. CHEFFO:
21     Q.  Oregon?
22     A.  Oregon.  Yeah.  Thanks.
23     Q.  So these are made up of doctors who are on
24     this committee?
25          MS. NUSSBAUM:  If you know.                06:13PM
                        450
```

1        THE WITNESS:  There's a listing of the
2   committee members there that's -- I don't know any
3   of them, but the -- at the beginning of the -- here,
4   the members are listed.
5   BY MR. CHEFFO:                        06:13PM
6        Q.  And in October of 2005, that's a year or
7   two after your initiative started; right?  Maybe
8   more.
9        MS. NUSSBAUM:  Can we clarify because the
10  initiative you're talking about is the Neurontin    06:13PM
11  initiative; is that correct?
12        MR. CHEFFO:  Yeah, there was a DUAT
13  Neurontin --
14        THE WITNESS:  Yes.
15        MS. NUSSBAUM:  Okay.
16        THE WITNESS:  That's what I'm -- understood
17  and -- but --
18        MS. NUSSBAUM:  This is referring to that --
19  BY MR. CHEFFO:
20        Q.  Gabapentin is the -- gabapentin -- is there   06:14PM
21  a --
22        MS. NUSSBAUM:  Do you recall --
23  BY MR. CHEFFO:
24        Q.  Is there a difference between gabapentin
25  and Neurontin?                        06:14PM

                       451