# EXHIBIT K



# Press Releases: Colorado

January 28, 2004

**Contact:** Jacque Murphy Montgomery, 303-344-7410 (office), 303-203-8243 (pager)

## Click to kaiserpermanente.org for physician-approved health information

**DENVER** – More and more of us are turning to the Web to research our health. Some of the information is credible, some questionable. Consumers now can turn to a leader in the health care industry for the latest health information. Kaiser Permanente invites everyone—members and nonmembers alike—to access trustworthy, up-to-date, physician-approved health information by visiting our redesigned Web site www.kaiserpermanente.org.

Searching for health information online is the third most popular Internet activity, behind using e-mail and researching products and services, according to the July 2003 Pew Internet and American Life study. But the study also found that half of those who turn to the Web for health advice "only sometimes," "hardly ever," or "never" verify the source and timeliness of the information they find. Those who click on the health encyclopedia on kaiserpermanente.org can be sure the information they are reading has met the high standards of Kaiser Permanente care.

The site offers free, non-commercial access to more then 40,000 pages of health information, covering 1,900 topics, 6,000 medical tests and procedures, and more.

- Health calculators help visitors determine if they are at a healthy weight, see if they are getting enough calcium, help calculate due dates if pregnant, and more.
- A drug encyclopedia provides detailed information on more than 3,000 prescription and over-the-counter medicines, including how to use medications, side-effects, and precautions.
- An enhanced "Members" section enables Kaiser Permanente members to request appointments, obtain prescription refills, communicate with medical professionals, and manage aspects of their health plans—all online, through a secure, private connection.

The general public can access much of the site's valuable information by visiting the Members' section.

**About Kaiser Permanente Colorado**
The Colorado Permanente Medical Group has an exclusive contract with Kaiser Foundation Health Plan of Colorado to form Kaiser Permanente Colorado, the state's largest private, non-profit health care provider in the state. CPMG is Colorado's largest medical group practice within a health care organization, and employs 800 regular status physicians representing all medical specialties and major sub-specialties. More than 483,000 members in the Denver/Boulder and Colorado Springs areas have access to Kaiser Permanente care through an expanded suite of health care products. Kaiser Permanente physicians and care teams focus on prevention as well as managing disease, all in an effort to help patients live well and thrive. Visit us online at kp.org or get the latest in health news at our News Center.

© 2010 Kaiser Permanente | www.kp.org/newscenter | site map | feedback