UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |
| | **LEAVE TO FILE GRANTED ON JANUARY 29, 2010** |

**DECLARATION OF MARK S. CHEFFO IN FURTHER SUPPORT
OF DEFENDANTS' EMERGENCY MOTION FOR CONTINUED
DEPOSITION OF NICHOLAS WIEDER AND ADDITIONAL RELIEF**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this supplemental declaration based on my own personal knowledge and information.

2. I have recently learned that the issue raised in Pfizer's motion – improper objections and instructions not to answer – was the subject of a prior dispute among the parties. I have also been advised by Pfizer's former counsel that Pfizer contemplated filing a motion at that time (in 2007) seeking an order directing Kaiser's counsel to refrain from making improper objections, but did not do so, based upon the agreement by Kaiser's counsel that they would conduct themselves in accordance with *Calzaturficio S.C.A.R.P.A. s.p.a., v. Fabiano Shoe Co.*, 201 F.R.D. 33 (D. Mass. 2001), one of the authorities cited in Pfizer's motion for relief.

3. On January 24, 2010, upon Pfizer's Boston counsel's recollection that there may have been such an agreement, I e-mailed counsel for Kaiser seeking confirmation of the agreement and received no response. The next day, I was able to confirm the existence of the agreement with Pfizer's former counsel.

4. Attached as Exhibit M is a true and correct copy of the September 5, 2007 letter by Linda P. Nussbaum, counsel for Kaiser, to Rajesh S. James, then counsel for Pfizer, reflecting

the agreement.

    Signed under the penalties of perjury this 25th day of January 2010.

                                        /s/ Mark. S. Cheffo
                                        Mark S. Cheffo

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 29, 2010.

                                        /s/ David B. Chaffin
                                        David B. Chaffin