UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Huberman v. Pfizer Inc, et al.*<br>Case No. 1:07-cv-11336-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

## MOTION TO DISMISS CLAIMS OF PLAINTIFF ALLAN HUBERMAN

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants"), by counsel, respectfully move this Court for an order dismissing the claims of Plaintiff Allan Huberman, and conjunctively or alternatively imposing other sanctions as the Court deems appropriate, based on his failure to comply with orders of this Court and his failure to cooperate in discovery. The grounds for this motion are set forth in more detail in the accompanying memorandum of law and declaration of Mark S. Cheffo.

Defendants have repeatedly requested that Plaintiff serve his overdue responses to Defendants' template discovery requests, but Plaintiff has failed to respond to date, despite having filed his case over two years ago. On January 4, 2010, this Court granted Defendants' Motion to Compel these responses, but, in direct violation of the Court's order, Plaintiff has still failed to respond to template discovery. Given the close of fact discovery in this case on January 29, 2010, in accordance with Magistrate Judge Sorokin's November 10, 2009, Order, Plaintiff's failure to respond to discovery has prejudiced Defendants' ability to plan, prepare for, and complete fact discovery.

WHEREFORE, Defendants respectfully request that this Court dismiss the claims of Plaintiff and/or impose other sanctions, and order payment of Defendants' expenses in bringing these motions.

Dated: January 29, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP


By:   /s/ Mark S. Cheffo
         Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000


-and-


WHITE AND WILLIAMS LLP


By:   /s/ David B. Chaffin
         David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200


*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*


## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 29, 2010

/s/ David B. Chaffin
David B. Chaffin