UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THIS DOCUMENT RELATES TO:

*Huberman v. Pfizer Inc, et al.*
Case No. 1:07-cv-11336-PBS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DECLARATION OF MARK S. CHEFFO IN SUPPORT OF MOTION TO DISMISS CLAIMS OF PLAINTIFF ALLAN HUBERMAN

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this supplemental declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of Defendants' November 16, 2007, letter to Plaintiff's counsel.

4. Attached hereto as Exhibit B is a true and correct copy of Defendants' November 24, 2009, letter to Plaintiff's counsel.

5. Attached hereto as Exhibit C is a true and correct copy of Defendants' December 8, 2009, letter to Plaintiff's counsel.

6. Attached hereto as Exhibit D is a true and correct copy of Plaintiff's December 22, 2009, email to Defendants' counsel.

7. Attached hereto as Exhibit E is a true and correct copy of Defendants' January 6, 2010, email to Plaintiff's counsel.

-2-

Signed under the penalties of perjury this 29th day of January 2010.

/s/ Mark. S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on January 29, 2010.

/s/ David B. Chaffin
David B. Chaffin