**EXHIBIT D**

### Stevens, Catherine B (NYC)

**From:** pashughes@aol.com
**Sent:** Tuesday, December 22, 2009 5:33 PM
**To:** Stevens, Catherine B (NYC)
**Subject:** Re: Huberman v. Pfizer

Aorttorney Stevens: I am awaiting the expert's signed report. I will keep you informed. Paul Hughes.

-----Original Message-----
From: Stevens, Catherine B <Catherine.Stevens@skadden.com>
To: 'pashughes@aol.com' <pashughes@aol.com>
Sent: Wed, Dec 16, 2009 5:47 pm
Subject: Huberman v. Pfizer

Mr. Hughes:

I write regarding Plaintiff's responses to Pfizer's template interrogatories and requests for production, which remain outstanding, and are long overdue. We have written to you regarding this deficiency three times, including on November 16, 2007, November 24, 2009, and December 8, 2009. We have not received any response to our more recent letters and, as a result, intend to file a motion to compel Plaintiff's responses if we do not receive them by Friday, December 18, 2009, at 12:00 p.m. As you know, fact discovery in this case closes on January 29, 2010, and prompt receipt of Plaintiff's responses is critical to Pfizer's preparation of its defense in this matter. Please advise as to whether you intend to provide Plaintiff's responses to Pfizer's initial template interrogatories and requests for production by Friday. Thank you. Catherine

**Catherine B. Stevens**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square | New York | 10036-6522
T: 212.735.3353 | F: 212.735.2000
catherine.stevens@skadden.com

Skadden

Please consider the environment before printing this email.

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.