# EXHIBIT E

## Stevens, Catherine B (NYC)

| | |
|---|---|
| **From:** | Stevens, Catherine B (NYC) |
| **Sent:** | Wednesday, January 06, 2010 6:21 PM |
| **To:** | 'pashughes@aol.com' |
| **Cc:** | Arthur, Katherine F (NYC) |
| **Subject:** | RE: Deposition Notice of Cara T. Huberman |

Mr. Hughes - We have not still not yet heard back from you regarding your initial discovery. As you are aware, response to this discovery is more than two years late. As you are also aware, the court has ordered that fact discovery be completed before January 29. Additionally, the court granted our Motion to Compel responses to this intial discovery. In light of the pending discovery deadlines, we would again request that we receive responses immediately to this discovery.

Additionally, after several requests, we have not heard back from you regarding the depositions of Mr. Huberman's children. We will plan on serving them with subpoenas and will send you deposition notices.

Regarding Susan Huberman, per your request, you can consider her deposition noticed for January 14th to be adjourned. We will re-notice her deposition for a mutually agreeable date over the next three weeks.

Finally, we will be serving subpoenas on several of Mr. Huberman's treating physicians. We are happy to discuss with you agreeable times and locations for these depositions. Many thanks.
-----Original Message-----
From: Stevens, Catherine B (NYC)
Sent: Monday, December 28, 2009 4:41 PM
To: 'pashughes@aol.com'
Cc: Arthur, Katherine F (NYC)
Subject: Deposition Notice of Cara T. Huberman


Mr. Hughes  -  We would like to take the deposition of Mr. Huberman's daughter, Cara, in January. I am attaching a deposition notice with a proposed date, but I am happy to discuss mutually convenient dates. Will you produce Ms. Huberman or do we need to issue a subpoena for her testimony?


Catherine B. Stevens
Skadden, Arps, Slate, Meagher & Flom LLP Four Times Square | New York | 10036-6522
T: 212.735.3353 | F: 212.735.2000
catherine.stevens@skadden.com