UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | | |
|---|---|---|
| | ) | |
| IN RE NEURONTIN MARKETING, | ) | MDL Docket No. 1629 |
| SALES PRACTICES AND | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| ————————————————————) | | Master File No. 04-10981 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| ALL ACTIONS | ) | Judge Patti B. Saris |
| ———————————————————— | ) | |

## <u>STATUS REPORT FEBRUARY 1, 2010</u>

Pursuant to the Court's May 16, 2005 Procedural Order, the undersigned counsel for

Plaintiffs and Defendants hereby submit the attached Status Report to the Court listing the status

of all pending motions to date as well as all cases transferred to MDL No. 1629.

Dated: February 1, 2010                                   Respectfully Submitted,

By:    **/s/ Mark S. Cheffo**              By:    **/s/ Thomas M. Sobol**
       Mark S. Cheffo                              Thomas M. Sobol
       Skadden, Arps, Slate, Meagher &             Hagens Berman Sobol Shapiro LLP
       Flom LLP                                    55 Cambridge Parkway, Suite 301
       Four Times Square                           Cambridge, MA 02142
       New York, NY 10036

                                                   *Plaintiffs' Liaison Counsel*

By:    **/s/ David B. Chaffin**            By:    **/s/ Barry Himmelstein**
       David B. Chaffin                            Barry Himmelstein, Esquire
       White and Williams LLP                      Lieff Cabraser Heimann & Bernstein
       100 Summer Street, Suite 2707               Embarcadero Center West
       Boston, MA 02110                            275 Battery Street, 30th Floor
                                                   San Francisco, CA 94111-3339

By:   **/s/ Scott W. Sayler**       
Scott W. Sayler
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108

***Counsel for Defendants, Pfizer Inc., et al.***

By:   **/s/ Don Barrett**       
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By:   **/s/ Daniel Becnel**       
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By:   **/s/ James Dugan**       
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

By:   **/s/ Thomas Greene**       
Thomas Greene Esquire
Greene LLP
33 Broad Street, 5th Floor
Boston, MA 02109

***Members of the Class Plaintiffs'
Steering Committee***

By:   **/s/ Richard Cohen**       
Richard Cohen, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY  10601

By:     **/s/ Linda P. Nussbaum**
Linda P. Nussbaum, Esquire
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022

*Members of the Non-Class
Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management #3 on February 1, 2010.

/s/ Thomas M. Sobol

*In Re Neurontin Marketing, Sales Practices and Products Liability Litigation*

**MDL 1629 - MARKETING AND SALES PRACTICES LITIGATION STATUS CHART AS OF 02/01/10**

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (Marketing and Sales Practices)** | Master File 04-10981-PBS | D. Mass. pursuant to JPML Order dated October 26, 2004 | • Motion for Appointment of Tennessee Lead Counsel, *sub judice*<br><br>  o January 21, 2005 – Motion for Appointment of Tennessee Lead Counsel [Docket No. 37], Brief in Support of Motion for Appointment of Tennessee Lead Counsel [Docket No. 38]<br><br>  o February 1, 2005 – Request for Oral Argument on Motion for Appointment of Tennessee Lead counsel [Docket No. 39]<br><br>  o February 2, 2005 – Notice of Opposition to Motion for Appointment of Tennessee Lead Counsel [Docket No. 32]<br><br>  o February 11, 2005 – Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 36]<br><br>  o March 15, 2005 – Reply of Bauda Vauda Lee Sutton to Opposition of Class Plaintiffs' Steering Committee to Motion for Appointment of Tennessee Lead Counsel [Docket No. 56]<br><br>  o August 17, 2005 – Order by Judge Patti B. Saris, Denying [#39] Motion for hearing re: [#37] Motion to Appoint counsel as Tennessee Lead Counsel<br><br>• Motion for Summary Judgment<br><br>  o March 2, 2009 – Defendants' Motion for Summary Judgment Pursuant to Rule 56 of the Federal Rules of Civil Procedure |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action** **(Marketing and Sales Practices)** *(cont'd)* | | | [Docket No. 1689], Declaration of Rajesh S. James [Docket No. 1692], Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 [1693], Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Filed Under Seal]<br><br>o   March 2, 2009 – Assented-To Motion for Leave to File Under Seal Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment, Certain Exhibits Attached to the Declaration of Rajesh S. James, and Statement of Undisputed Facts Pursuant to Local Rule 56.1 [Docket No. 1690]<br><br>o   March 2, 2009 – Assented-To Motion for Leave to File a 37-Page Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Docket No. 1691]<br><br>o   April 16, 2009 – Class Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1754]; Declaration of Joshua Peteet in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1755]; Class Plaintiffs' Motion for Leave to File Under Seal the Sealed Exhibits to Declaration of Ilyas Rona in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1756]; Affidavit of Douglas C. McCrory, MD, MHS [Docket No. 1757]; Class Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 [Docket No. 1758]; Class Plaintiffs' Appendix of Charts in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1759]; Class Plaintiffs' Statement of Disputed and Undisputed Material Facts in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1760]; Declaration of Ilyas Rona in Opposition to Defendants' Motion for Summary Judgment [Docket No. |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (Marketing and Sales Practices)** *(cont'd)* | | | 1761]; Declaration of Brian K. Alldredge, Pharm.D. in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1762] |
| | | | o   May 20, 2009 – Motion for Leave to File Under Seal Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Replies and Responses to Plaintiffs' Statements of Fact, and Certain Exhibits Attached to the Declaration of James P. Muehlberger [Docket No. 1784] |
| | | | o   May 20, 2009 – Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Filed Under Seal], Declaration of James P. Muehlberger for Defendants' Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment [Docket No. 1786], Defendants' Response to Class Plaintiffs' Statement of Disputed and Undisputed Material Facts in Opposition to Defendants' Motion for Summary Judgment [Filed Under Seal], Defendants' Reply to Class Plaintiffs' Response to Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 [Filed Under Seal] |
| | | | o   June 19, 2009 – Class Plaintiffs' Surreply Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1859], Surreply Declaration of Barry Himmelstein in Opposition to Defendants' Motion for Summary Judgment [Docket No. 1860] |
| | | | o   October 8, 2009 – Defendants' Notice of Supplemental Authority in Support of Summary Judgment and in Opposition to Class Plaintiffs' Motion for Reconsideration of Class Certification Denial [Docket No. 2120] |
| | | | o   October 15, 2009 – Class Plaintiffs' Response to Defendants' |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action** **(Marketing and Sales Practices)** *(cont'd)* | | | Notice of Supplemental Authority in Support of Summary Judgment and in Opposition to Class Plaintiffs' Motion for Reconsideration of Class Certification Denial [Docket No. 2126] |
| | | |     o  December 7, 2009 – Defendants' Notice of Supplemental Authority in Support of Summary Judgment [Docket No. 2205] |
| | | | •  Motion for Reconsideration |
| | | |     o  May 28, 2009 – Class Plaintiffs' Motion for Reconsideration of Order Denying Renewed Motion for Class Certification as to Consumer and Third Party Payor Bipolar and Mood Disorder Subclasses [Docket No. 1796] |
| | | |     o  June 11, 2009 – Errata re Class Plaintiffs' Motion for Reconsideration of Order Denying Renewed Motion for Class Certification as to Consumer and Third Party Payor Bipolar and Mood Disorder Subclasses [Docket No. 1827] |
| | | |     o  June 30, 2009 – Opposition to Class Plaintiffs' Motion for Reconsideration [Docket No. 1928] |
| | | |     o  August 27, 2009 – Surreply Memorandum in Further Opposition to Class Plaintiffs' Motion for Reconsideration [Docket No. 2065], Sealed Document – Surreply Memorandum in Further Opposition to Class Plaintiffs' Motion for Reconsideration [Docket No. 2069] |
| | | |     o  August 31, 2009 – Reply Memorandum of Law in Support of Class Plaintiffs' Motion for Reconsideration of Order Denying Renewed Motion for Class Certification [Docket No. 2071] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action** **(Marketing and Sales Practices)** *(cont'd)* | | | ○ October 8, 2009 – Defendants' Notice of Supplemental Authority in Support of Summary Judgment and in Opposition to Class Plaintiffs' Motion for Reconsideration of Class Certification Denial [Docket No. 2120]<br><br>○ October 13, 2009 – Defendants' Motion for Leave to Supplement the Record in Support of its Opposition to Class Plaintiffs' Motion for Reconsideration [Docket No. 2123]<br><br>○ October 14, 2009 – Exhibit 1 to Defendants' Motion for Leave to Supplement the Record in Support of its Opposition to Class Plaintiffs' Motion for Reconsideration [Docket No. 2127]<br><br>○ October 15, 2009 – Class Plaintiffs' Response to Defendants' Notice of Supplemental Authority in Support of Summary Judgment and in Opposition to Class Plaintiffs' Motion for Reconsideration of Class Certification Denial [Docket No. 2126]<br><br>○ October 16, 2009 – Notice of Filing Class Plaintiffs' Presentation from the Motion for Reconsideration Hearing on October 15, 2009 [Docket No. 2129]<br><br>○ October 20, 2009 – Notice of Filing Defendants' Presentation Materials Referenced During October 15, 2009, Hearing of Class Plaintiffs' Motion for Reconsideration [Docket No. 2134]; Sealed Document – Exhibit A to Notice of Filing Defendants' Presentation Materials Referenced During October 15, 2009, Hearing of Class Plaintiffs' Motion for Reconsideration [Docket No. 2137] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (Marketing and Sales Practices)** | Master File 04-10981-PBS | D. Mass. cases originally filed. | • Motion to Compel Identification of Names and Addresses of Potential Trial Witnesses<br><br>    o December 23, 2009 – Defendants' Objection to Magistrate Judge's Order Denying Motion to Compel Identification of Names and Addresses of Potential Trial Witnesses [Docket No. 2267]<br><br>    o January 6, 2010 – Plaintiff Kaiser's Response to Defendants' Objection to Magistrate Judge's Order Denying Motion to Compel Identification of Names and Addresses of Potential Trial Witnesses [Docket No. 2297]<br><br>• Motion *in Limine* to Exclude Testimony of John Abramson, M.D.<br><br>    o January 8, 2010 – Defendants' Motion *in Limine* to Exclude the Testimony of John Abramson, M.D. [Docket No. 2307], Memorandum in Support of Defendants' Motion *in Limine* to Exclude the Testimony of John Abramson, M.D. [Docket No. 2308], Declaration of Mark S. Cheffo in Support of Defendants' Motion *in Limine* to Exclude the Testimony of John Abramson, M.D. [Docket No. 2310]<br><br>    o January 22, 2010 – Memorandum of Law in Opposition to Defendants' Motion *in Limine* to Exclude the Testimony of Dr. John Abramson, M.D. [Docket No. 2407], Declaration of Elana Katcher [Docket No. 2408]<br><br>• Motion *in Limine* to Preclude Plaintiffs from Presenting the Live Testimony of Permanente Physicians Unless and Until Plaintiffs Make Permanente Physicians Available to Defendants for Live Testimony<br><br>    o January 8, 2010 – Defendants' Motion *in Limine* to Preclude Plaintiffs from Presenting the Live Testimony of Permanente |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (Marketing and Sales Practices) (cont'd)** | | | Physicians Unless and Until Plaintiffs Make Permanente Physicians Available to Defendants for Live Testimony [Docket No. 2314], Memorandum of Law in Support of Defendants' Motion *in Limine* to Preclude Plaintiffs from Presenting the Live Testimony of Permanente Physicians Unless and Until Plaintiffs Make Permanente Physicians Available to Defendants from Live Testimony [Docket No. 2315]<br><br>o  January 22, 2010 – Sealed Document – Plaintiff Kaiser's Memorandum of Law in Opposition to Defendant's Motion *in Limine* to Preclude Plaintiffs from Presenting the Live Testimony of Permanente Physicians Unless and Until Plaintiffs Make Permanente Physicians Available to Defendants for Live Testimony [Docket No. 2392], Sealed Document – Declaration of Elana Katcher [Docket No. 2394], Sealed Document – Declaration of Victoria Zatkin [Docket No. 2395]<br><br>•  Defendants' Motion *in Limine* to Exclude the Testimony of Meredith Rosenthal<br><br>o  January 8, 2010 – Defendants' Motion *in Limine* to Exclude the Testimony of Meredith Rosenthal [Docket No. 2316], Sealed Document – Memorandum in Support of Defendants' Motion *in Limine* to Exclude the Testimony of Meredith Rosenthal [Docket No. 2317], Declaration of Mark S. Cheffo in Support of Defendants' Motion *in Limine* to Exclude the Testimony of Meredith Rosenthal [Docket No. 2318]<br><br>o  January 23, 2010 – Sealed Document – Plaintiff Kaiser's Consolidated Opposition to Defendants' Motions *in Limine* to Exclude the Testimony of Meredith Rosenthal and |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (Marketing and Sales Practices) (cont'd)** | | | Raymond S. Hartman [Docket No. 2419], Declaration of Elana Katcher [Docket No. 2420], Declaration of Ambrose Carrejo, Pharm.D. [Docket No. 2421] |
| | | | • Defendants' Motion *in Limine* to Exclude the Testimony of Raymond S. Hartman |
| | | |     o January 8, 2010 – Defendants' Motion *in Limine* to Exclude the Testimony of Raymond S. Hartman [Docket No. 2319], Sealed Document – Memorandum in Support of Defendants' Motion *in Limine* to Exclude the Testimony of Raymond S. Hartman [Docket No. 2320], Declaration of Mark S. Cheffo in Support of Defendants' Motion *in Limine* to Exclude the Testimony of Raymond S. Hartman [Docket No. 2321] |
| | | |     o January 23, 2010 – Sealed Document – Plaintiff Kaiser's Consolidated Opposition to Defendants' Motions *in Limine* to Exclude the Testimony of Meredith Rosenthal and Raymond S. Hartman [Docket No. 2419], Declaration of Elana Katcher [Docket No. 2420], Declaration of Ambrose Carrejo, Pharm.D. [Docket No. 2421] |
| | | | • Motion *in Limine* to Strike Non-Rebuttal Testimony of Dr. Rothschild |
| | | |     o January 8, 2010 – Motion *in Limine* to Strike Non-Rebuttal Testimony of Dr. Rothschild [Docket No. 2344], Memorandum in Support of Kaiser's Motion *in Limine* to Strike Non-Rebuttal Testimony of Dr. Rothschild [Docket No. 2345], Declaration of Elana Katcher [Docket No. 2346] |
| | | |     o January 22, 2010 – Defendants' Opposition to Kaiser's Motion *in Limine* to Strike Non-Rebuttal Testimony of Dr. Rothschild [Docket No. 2396], Declaration of Mark S. Cheffo |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (Marketing and Sales Practices) (cont'd)** | | | in Support of Defendants' Opposition to Kaiser's Motion *in Limine* to Strike Non-Rebuttal Testimony of Dr. Rothschild [Docket No. 2397]<br><br>• Plaintiff Kaiser's Motion *in Limine* to Exclude Testimony of Pfizer's Retained Efficacy Experts<br><br>    ○ January 8, 2010 – Plaintiff Kaiser's Motion *in Limine* to Exclude Testimony of Pfizer's Retained Efficacy Experts [Docket No. 2348], Memorandum in Support of Kaiser's Motion *in Limine* to Exclude Testimony of Pfizer's Retained Efficacy Experts [Docket No. 2352]<br><br>• Motion *in Limine* to Exclude Testimony of Dr. Alan Rapoport<br><br>    ○ January 20, 2010 – Motion *in Limine* to Exclude Testimony of Dr. Alan Rapoport [Docket No. 2379], Memorandum of Law in Support of Plaintiff Kaiser's Motion *in Limine* to Exclude Testimony of Dr. Alan Rapoport [Docket No. 2380]<br><br>    ○ January 26, 2010 – Sealed Document – Defendants' Opposition to Plaintiffs' Motion *in Limine* to Exclude Testimony of Dr. Alan Rapoport [Docket No. 2431], Declaration of Katherine Armstrong in Support of Defendants' Opposition to Plaintiffs' Motion *in Limine* to Exclude Testimony of Dr. Alan Rapoport [Docket No. 2432]<br><br>• Motion *in Limine* to Exclude Testimony of Dr. Shawn Bird<br><br>    ○ January 20, 2010 – Motion *in Limine* to Exclude Testimony of Dr. Shawn Bird [Docket No. 2381], Memorandum of Law in Support of Plaintiff Kaiser's Motion *in Limine* to Exclude Testimony of Dr. Shawn Bird [Docket No. 2382] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (Marketing and Sales Practices) (cont'd)** | | | ○ January 26, 2010 – Sealed Document – Defendants' Opposition to Plaintiffs' Motion *in Limine* to Exclude Testimony of Dr. Shawn Bird [Docket No. 2433], Declaration of Katherine Armstrong in Support of Defendants' Opposition to Plaintiffs' Motion *in Limine* to Exclude Testimony of Dr. Shawn Bird [Docket No. 2434]<br><br>● Motion *in Limine* to Exclude Testimony of Dr. Gary Brenner<br><br>○ January 20, 2010 – Motion *in Limine* to Exclude Testimony of Dr. Gary Brenner [Docket No. 2383], Memorandum of Law in Support of Plaintiff Kaiser's Motion *in Limine* to Exclude Testimony of Dr. Gary Brenner [Docket No. 2384]<br><br>○ January 26, 2010 – Sealed Document – Defendants' Opposition to Plaintiffs' Motion *in Limine* to Exclude Testimony of Dr. Gary Brenner [Docket No. 2429], Declaration of Katherine Armstrong in Support of Defendants' Opposition to Plaintiffs' Motion *in Limine* to Exclude Testimony of Dr. Gary Brenner [Docket No. 2430]<br><br>● Motion *in Limine* to Exclude Testimony of Dr. Andrew Slaby<br><br>○ January 20, 2010 – Motion *in Limine* to Exclude Testimony of Dr. Andrew Slaby [Docket No. 2385], Memorandum of Law in Support of Plaintiff Kaiser's Motion *in Limine* to Exclude Testimony of Dr. Andrew Slaby [Docket No. 2386]<br><br>○ January 26, 2010 – Sealed Document – Defendants' Opposition to Plaintiffs' Motion *in Limine* to Exclude Testimony of Dr. Andrew Slaby [Docket No. 2435], Declaration of Katherine Armstrong in Support of Defendants' Opposition to Plaintiffs' Motion *in Limine* to Exclude Testimony of Dr. Andrew Slaby [Docket No. 2436] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Coordinated Private Actions (Marketing and Sales Practices) (cont'd)** | | | • Motion *in Limine* to Exclude Testimony of Dr. Michael McLean<br><br> ○ January 20, 2010 – Motion *in Limine* to Exclude Testimony of Dr. Michael McLean [Docket No. 2387], Memorandum of Law in Support of Plaintiff Kaiser's Motion *in Limine* to Exclude Testimony of Dr. Michael McLean [Docket No. 2388]<br><br> ○ January 26, 2010 – Sealed Document – Defendants' Opposition to Plaintiffs' Motion *in Limine* to Exclude Testimony of Dr. Michael McLean [Docket No. 2426], Declaration of Katherine Armstrong in Support of Defendants' Opposition to Plaintiffs' Motion *in Limine* to Exclude Testimony of Dr. Michael McLean [Docket No. 2427]<br><br>• Defendants' Motion for Leave to File Reply Brief in Support of Defendants' Motions *in Limine* to Exclude the Testimony of Meredith Rosenthal and Raymond S. Hartman<br><br> ○ January 27, 2010 – Defendants' Motion for Leave to File Reply Brief in Support of Defendants' Motions *in Limine* to Exclude the Testimony of Meredith Rosenthal and Raymond S. Hartman [Docket No. 2439], Sealed Document – Reply Memorandum of Law in Support of Defendants' Motion *in Limine* to Exclude the Testimony of Meredith Rosenthal and Raymond S. Hartman [Docket No. 2439-2] |
| ***Assurant Health, Inc., et. al., v. Pfizer, Inc. et al.*** <br> Mass. Docket No. 05-10535 – PBS | Mass. Docket No. 05-10535 -PBS | D. New Jersey | • Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al,* Mass. Docket No. 05-10797 – PBS | Master File 04-10981-PBS | Massachusetts Suffolk Superior Court | • Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Motion to Remand, stayed<br><br> o May 26, 2005 – Plaintiffs' Motion to Remand [Docket No. 131]<br><br> o May 26, 2005 – Memorandum in Support of Plaintiffs' Motion to Remand [Docket No. 132]<br><br> o June 2, 2005 – Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 142]<br><br> o June 16, 2005 – Request for Oral Argument, by Defendant Pfizer [Docket No. 153]<br><br> o June 16, 2005 – Plaintiffs' Reply Memorandum of Law in Support of Motion to Remand [Docket No. 155]<br><br> o August 12, 2005 – Notice by Defendants re: [# 131] Motion to Remand of Additional Authority [Docket No. 213]<br><br> o August 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 214]<br><br> o August 15, 2005 – Order by Magistrate Judge Leo T. Sorokin rescheduling hearing on Allen's Motion to Remand for November, 2005, and granting each side leave to file seven pages of supplemental briefing provided the memos are filed a week in advance of the hearing [Docket No. 215]<br><br> o October 12, 2005 – Notice by Plaintiff of Additional Relevant Authority in Support of Motion to Remand [Docket No. 241] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Allen et al v. Pfizer, Inc. et al,* Mass. Docket No. 05-10797 – PBS *(cont'd)* | | | o   October 14, 2005 – Defendants' Response to Plaintiff's Notice of Additional Relevant Authority [Docket No. 242]<br><br>o   November 10, 2005 – Order by Magistrate Judge Leo T. Sorokin parties may file supplemental memos of no more than seven pages; the Court will determine whether, and if so when, to hold oral argument after reviewing the supplemental submissions. [Docket No. 248]<br><br>o   November 17, 2005 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Docket No. 251]<br><br>o   November 25, 2005 – Plaintiffs' Supplemental Memorandum of Law in Support of Motion to Remand [Docket No. 252]<br><br>o   December 22, 2005 – Defendants' Notice of Additional Authority [Docket No. 258]<br><br>o   February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279]<br><br>•   Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *McMinn v. Pfizer, 04-2690* | Master File 04-10981-PBS | D. Colorado | • Conditionally Transferred on February 8, 2005 – JPML CTO-3<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Miller v. Pfizer, 05-2113* | Master File 04-10981-PBS | W.D. Tennessee | • Conditionally Transferred on March 9, 2005 – JPML CTO-4<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Davis v. Pfizer, 05-39* | Master File 04-10981-PBS | E.D. Arkansas | • Conditionally Transferred on March 16, 2005 – JPML CTO-5<br><br>• Consolidated with MDL by Court's Order of Consolidation dated 4/25/05<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *DeRosa v. Pfizer, 05-116* | Master File 04-10981-PBS | D. New Hampshire | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br><br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br><br>• Response to Opposition to Transfer filed by Defendants June 30, 2005<br><br>• Transferred on August 10, 2005 – JPML TO, August 10, 2005<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Hansen v. Pfizer, 05-100* | Master File 04-10981-PBS | D. Vermont | • Conditionally Transferred on May 6, 2005 – JPML CTO-7<br><br>• Notice of Opposition to Transfer filed by Plaintiff May 23, 2005<br><br>• Response to Opposition to Transfer filed by Defendants June 30, 2005<br><br>• Transferred on August 10, 2005 – JPML Transfer Order, August 10, 2005<br><br>• Motion to Remand<br><br>   o May 19, 2005 – Plaintiff's Motion to Remand filed in U.S. District Court, District of Vermont<br><br>   o June 6, 2005 – Defendants' Opposition to Plaintiff's Motion To Remand, Affidavit of Aaron Foster in Support of Defendant's Objection to Plaintiff's Motion To Remand, and Affidavit of Marinel Lotrean in Support of Defendant's Objection to Plaintiff's Motion To Remand, filed in U.S. District Court, District of Vermont<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Demers v. Pfizer, 05-84* | Master File 04-10981-PBS | D. Maine | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Notice of Opposition to Transfer filed by Plaintiff on June 6, 2005<br><br>• Response to Opposition to Transfer filed by Defendants July 11, 2005<br><br>• Transferred on October 19, 2005 – JPML Transfer Order, October 19, 2005<br><br>• Motion to Remand<br><br>   o June 2, 2005 – Plaintiff's Motion to Remand filed in U.S. District Court, District of Maine<br><br>   o June 23, 2005 – Defendants' Opposition to Plaintiff's Motion to Remand, Affidavit of Aaron Foster in Support of Defendant's Objection to Plaintiff's Motion to Remand, and Affidavit of Marinel Lotrean in Support of Defendant's Objection to Plaintiff's Motion to Remand, filed in U.S. District Court, District of Maine<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Medero v. Pfizer, 04-cv-22228* | Master File 04-10981-PBS<br><br>Civil action number assigned to Medero by MDL: 04-12616-PBS | S.D. Florida | • Consolidated pursuant to the Court's Order of Consolidation dated April 25, 2005; stayed pursuant to the terms of the Court's Order of Consolidation dated July 20, 2005<br><br>• Motion to Remand, stayed<br><br>   o August 19, 2005 – Medero Plaintiffs' Motion to Remand (Suggestion of Remand) for the Conditionally Transferred Medero Action Pursuant to MDL R. 7.6 [Docket No. 219] |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Medero v. Pfizer, 04-cv-22228 (cont'd)* | | | o September 16, 2005 – Defendants' Opposition to Plaintiffs' Motion Requesting a "Suggestion of Remand" in Medero v. Pfizer [Docket No. 225]<br><br>o September 22, 2005 – Plaintiffs' Reply to: Defendants' "Opposition to Plaintiffs' Motion Requesting a 'Suggestion of Remand'" [Docket No. 230]<br><br>o February 17, 2006 – Order Staying pending Motions for Remand for Allen, Assurant and Medero (#131, 156, 219) Pending Resolution of Class Certification [Docket No. 279]<br><br>• Stayed pursuant to the terms of Court's Order of Consolidation dated July 20, 2005 |
| *Blue Cross & Blue Shield of Alabama, et al. v. Pfizer Inc., et al., 06-524* | | M.D. Alabama | • Conditionally Transferred on August 11, 2006 – JPML CTO-27<br><br>• Motion to Remand, *sub judice*<br><br>o February 27, 2007 – Joint Motion for Leave To Proceed with Motion Practice, for Decision of Plaintiffs' Motion To Remand Filed in the Transferor Court, and for Hearing at the March 13, 2007 Motion Hearing [Docket No. 650]<br><br>o February 28, 2007 – Defendants' Response to [Dkt # 650] Joint Motion for Leave To Proceed with Motion Practice, for Decision of Plaintiffs' Motion To Remand Filed in the Transferor Court, and for Hearing at the March 13, 2007 Motion Hearing [Docket No. 656]<br><br>o April 5, 2007 – Plaintiffs' Supplemental Memorandum in Support of Motion To Remand [Docket No. 712]<br><br>o April 9, 2007 – Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion To Remand and in Response to |

| MARKETING AND SALES CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Blue Cross & Blue Shield of Alabama, et al. v. Pfizer Inc., et al., 06-524 (cont'd)* | | | Plaintiffs' Supplemental Memorandum in Support of Motion To Remand [Docket No. 720]<br><br>o   April 9, 2007 – Defendant David Longmire's Memorandum Identifying Certain Inaccurate Representations Asserted in Plaintiffs' Supplemental Memorandum in Support of the Motion To Remand [Docket No. 721]<br><br>o   April 13, 2007 – Plaintiffs' Supplemental Reply Memorandum in Support of Motion To Remand [Docket No. 730]<br><br>o   April 17, 2007 – Hearing before Magistrate Judge Sorokin (pursuant to Magistrate Sorokin's March 9, 2007 electronic order)<br><br>o   January 28, 2008 – Plaintiffs' Submission of Additional Authority on Motion to Remand [Docket No. 1094] |

## MDL 1629 - PRODUCTS LIABILITY LITIGATION STATUS CHART

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases** | Master File 04-10981-PBS | D. Mass. pursuant to JPML Transfer Order dated April 19, 2005 | • Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims, *sub judice*<br><br>   o  May 27, 2005 – Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 137]<br><br>   o  May 27, 2005 – Defendants' Memorandum in Support of Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [Docket No. 138]<br><br>   o  May 31, 2005 – Plaintiffs' Memorandum in Support of Motion for Entry of Case Management Order No. 4 and in Response to Defendants' Motion for Inclusion of Certain Provision in Case Management Order No. 4 [Docket No. 139]<br><br>   o  May 31, 2005 – Order Referring Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims to Magistrate Judge Leo T. Sorokin [Docket No. 140]<br><br>   o  June 8, 2005 – Response to Plaintiffs' Motion for Entry of Case Management Order No. 4 [Docket No. 147]<br><br>   o  June 10, 2005 – Order by Judge Leo T. Sorokin for Entry of Case Management Order No. 4 [#137] Allowed Except Defendant's Request to Include Disputed Paragraph is Denied without Prejudice. |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases (cont'd)** | | | ○ June 23, 2005 – Defendants' Amended Motion with Regard to Case Management Order No. 4 [Docket No. 164] |
| | | | ○ June 23, 2005 – Defendants' Memorandum in Support of their Amended Motion with Regard to Case Management Order No. 4 [Docket No. 165] |
| | | | ○ July 5, 2005 – Personal Injury Plaintiffs' Memorandum in Response to the Magistrate's Order of June 10, 2005 Concerning Case Management Order No. 4 [Docket No. 174] |
| | | | ○ July 5, 2005 – Personal Injury Plaintiffs' Memorandum in Support of Motion for Entry of Case Management No. 4 and In Opposition to Defendants' Motion for Inclusion of Certain Provisions in Case Management Order No. 4 [Docket No. 175] |
| | | | ○ August 9, 2005 – Order by Magistrate Judge Leo T. Sorokin Denying Defendants' Motion for Inclusion in Case Management Order No. 4 of Provision Preventing Redundant Prosecution of Claims [#137] and Defendants' Amended Motion with Regard to Case Management Order No. 4 [#164] |
| | | | ○ Parties to confer in attempt to agree on language reflecting Magistrate Judge Sorokin's directives on August 1, 2005, and to report to Court |
| | | | • Motion to Exclude Testimony and Exhibits of Dr. Gibbons |
| | | | ○ October 9, 2009 – Products Liability Plaintiffs' Motion to Exclude Testimony and Exhibits of Dr. Robert Gibbons Pursuant to Fed. R. Evid. 702 Et Seq. and *Daubert* [Docket No. 2121]; Declaration of Andrew G. Finkelstein, Esq. in Support of Products Liability Plaintiffs' Motion to Exclude |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases (cont'd)** | | | Testimony and Exhibits of Dr. Robert Gibbons Pursuant to Fed. R. Evid. 702 Et Seq. and Daubert [Docket No. 2122] |
| | | |      o   October 23, 2009 – Defendants' Opposition to Product Liability Plaintiffs' Motion to Exclude Testimony and Exhibits of Dr. Robert Gibbons Pursuant to Fed. R. Evid. 702 Et Seq. and *Daubert* [Docket No. 2142] |
| | | |      o   October 26, 2009 - Exhibits to Defendants' Opposition to Product Liability Plaintiffs' Motion to Exclude Testimony and Exhibits of Dr. Robert Gibbons Pursuant to Fed. R. Evid. 702 Et Seq. and *Daubert* [Docket No. 2144] |
| | | | •   Proposal for Completion of Initial Fact Discovery |
| | | |      o   November 6, 2009 – Joint Proposal for Completion of Initial Fact Discovery [Docket No. 2169] |
| | | | •   Joint Proposal on Discovery Schedule |
| | | |      o   December 21, 2009 – Joint Proposal on Discovery Schedule With Respect to Generic Defendants [Docket No. 2258] |
| | | | •   Products Liability Plaintiffs' Motion to Strike the Supplemental Expert Report of Robert D. Gibbons Ph.D., Dated January 5, 2010 |
| | | |      o   January 14, 2010 – Products Liability Plaintiffs' Motion to Strike the Supplemental Expert Report of Robert D. Gibbons Ph.D., Dated January 5, 2010 [Docket No. 2365], Memorandum in Support of Products Liability Plaintiffs' Motion to Strike the Supplemental Expert Report of Robert D. Gibbons, Ph.D., Dated January 5, 2010 [Docket No. 2368], Declaration of Andrew G. Finkelstein in Support of Products Liability Plaintiffs' Motion to Strike the Supplemental Expert |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated Products Liability Cases (cont'd)** | | | Report of Robert D. Gibbons Ph.D., Dated January 5, 2010 [Docket No. 2367]<br><br>○ January 28, 2010 – Defendants' Opposition to Product Liability Plaintiffs' Motion to Strike the Supplemental Expert Report of Robert D. Gibbons, Ph.D., Dated January 5, 2010 [Docket No. 2441], Declaration of Steven F. Napolitano in Support of Defendants' Opposition to Product Liability Plaintiffs' Motion to Strike the Supplemental Expert Report of Robert D. Gibbons, Ph.D., Dated January 5, 2010 [Docket No. 2442] |
| *Brodsky v. Pfizer, 04-7960*<br>*Huffman v. Pfizer, 04-7961*<br>*Paulsen v. Pfizer, 04-8464*<br>*Sumait v. Pfizer, 04-8719*<br>*Smith v. Pfizer, 04-8720* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on February 8, 2005 – JPML CTO-3<br><br>• Cases Transferred April 20, 2005 – JPML Order Lifting Stay of Conditional Transfer Order and Vacating the May 26, 2005 Hearing Session |
| *Dorsey v. Pfizer, Inc., et al. 05-10639* | | D. Massachusetts | • Complaint filed April 1, 2005 |
| *Owens v. Pfizer, 04-768* | Master File 04-10981-PBS | S.D. Alabama | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Whitehouse v. Pfizer, 04-6257* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |
| *Vercillo v. Pfizer, 05-32* | Master File 04-10981-PBS | N.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005- JPML Transfer Order May 11, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Lyman v. Pfizer, 04-6704*<br>*Minisquero v. Pfizer, 04-7297*<br>*Justine James v. Pfizer, 04-7374*<br>*DiGiacomo v. Pfizer, 04-7962*<br>*Aronson v. Pfizer, 04-8721*<br>*Dodson v. Pfizer, 04-8963*<br>*Kern v. Pfizer, 04-9249*<br>*Dees v. Pfizer, 04-9304*<br>*Veraas v. Pfizer, 04-9429*<br>*Populis v. Pfizer, 04-10265*<br>*Wilson v. Pfizer, 05-72*<br>*Montgomery v. Pfizer, 05-73*<br>*Mendoza v. Pfizer, 05-74*<br>*Hargrove v. Pfizer, 05-75*<br>*Feyer v. Pfizer, 05-76*<br>*Retzer v. Pfizer, 05-77*<br>*Brown v. Pfizer, 05-237* | Master File 04-10981-PBS | S.D.N.Y | • Conditionally Transferred on April 13, 2005 – JPML CTO-6<br><br>• Transferred on May 11, 2005 – JPML Transfer Order May 11, 2005 |
| *Cooper v. Pfizer, 04-255* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005 – JPML Transfer Order April 19, 2005 |
| *Anderson v. Pfizer, 04-275* | Master File 04-10981-PBS | N.D. Mississippi | • Transferred on April 19, 2005 – JPML Transfer Order April 19, 2005 |
| *Belbruno v. Pfizer, 05-1682* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 6, 2005 – JPML CTO-7 |
| *Burroughs v. Pfizer, 05-74* | Master File 04-10981-PBS | N.D. Alabama | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Smolucha v. Pfizer, 04-4882* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Gambardello v. Pfizer, 04-4883* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Jarosz v. Pfizer, 05-2061* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Almeida v. Pfizer, 04-1694* | Master File 04-10981-PBS | D. Nevada | • Conditionally Transferred on May 20, 2005 – JPML CTO-8 |
| *Barlow v. Pfizer, 05-175* | Master File 04-10981-PBS | W.D. Texas | • Conditionally Transferred on May 20, 2005 – JPML CTO-8<br><br>• Notice of Opposition to transfer filed by Plaintiff on June 3, 2005<br><br>• Transferred on July 1, 2005 – JPML Transfer Order July 1, 2005 |
| *Wilson, et al. v. Pfizer, 04-1963* | Master File 04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br><br>• Order issued by Judge Janet C. Hall, District Judge in the District of Connecticut, on 7/21/05 granting Defendants' motion to compel discovery and awarding costs in the amount of $250. |
| *Cunningham v. Pfizer, 05-4012* | Master File 04-10981-PBS | D. Kansas | • Conditionally Transferred on June 10, 2005 – JPML CTO-9 |
| *Coleman v. Pfizer, 04-722*<br>*Fish v. Pfizer, 04-723* | Master File 04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on June 10, 2005 – JPML CTO-9 |
| *Teater v. Pfizer, 05-604* | Master File 04-10981-PBS | D. Oregon | • Conditionally Transferred on June 10, 2005 – JPML CTO-9<br><br>• Notice of Opposition to transfer filed by Plaintiff on June 27, 2005<br><br>• August 25, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on October 19, 2005 – JPML Transfer Order |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Minervino v. Pfizer, 04-1230* | Master File 04-10981-PBS | D. Connecticut | • Conditionally Transferred on June 27, 2005 – JPML CTO-10 |
| *Reott v. Pfizer, 05-359* | Master File 04-10981-PBS | W.D. Pennsylvania | • Conditionally Transferred on June 27, 2005 – JPML CTO-10 |
| *Smith v. Pfizer, 05-444* | Master File 04-10981-PBS | M.D. Tennessee | • Conditionally Transferred on June 27, 2005 – JPML CTO-10 |
| *Alsberge v. Pfizer Inc., et al, 05-5809* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Briggs v. Pfizer Inc., et al, 05-5810* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Edwards v. Warner-Lambert Co., et al., 05-00657* | Master File 04-10981-PBS | S.D. Ohio | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Sanutti v. Pfizer, Inc., et al., 05-03401* | Master File 04-10981-PBS | E.D. Pennsylvania | • Conditionally Transferred on July 25, 2005 – JPML CTO-11 |
| *Strickland, et al. v. Pfizer, Inc., et al., 05-110* | Master File 04-10981-PBS | N.D. Georgia | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| *Werner v. Pfizer, 05-6084*<br>*Henry v. Pfizer, 05-6087*<br>*Colton v. Pfizer, 05-6271*<br>*Bentley v. Pfizer, 05-6272*<br>*Dixon v. Pfizer, 05-6273*<br>*Wendorf v. Pfizer, 05-6274*<br>*Richey v. Pfizer, 05-7103*<br>*Roberson v. Pfizer, 05-7253* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Watson v. Pfizer, Inc., et al., 05-162* | Master File 04-10981-PBS | D. Wyoming | • Conditionally Transferred on September 8, 2005 – JPML CTO-12 |
| *Johnson v. Pfizer, Inc., 05-2615* | Master File 04-10981-PBS | D. Arizona | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *Leiendecker v. Pfizer, Inc., et al., 05-3377* | Master File 04-10981-PBS | N.D. California | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *Dolgoff v. Pfizer, Inc., et al., 05-4134* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *McPherson v. Pfizer, Inc., et al., 05-1962* | Master File 04-10981-PBS | N.D. Ohio | • Conditionally Transferred on September 21, 2005 – JPML CTO-13 |
| *Johnson v. Pfizer Inc., et al., 05-3688* | Master File 04-10981-PBS | E.D. Louisiana | • Conditionally Transferred on October 5, 2005 – JPML CTO-14 <br><br> • Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005 <br><br> • November 1, 2005 –  Motion to Vacate Conditional Transfer <br><br> • November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order <br><br> • Transferred on February 13, 2006 – JPML Transfer Order |
| *White v. Pfizer, 05-7571* <br> *Christ v. Pfizer, 05-7572* <br> *Acton v. Pfizer, 05-7573* | Master File 04-10981-PBS | S.D.N.Y. | • Conditionally Transferred on October 5, 2005 – JPML CTO-14 |
| *Aranda v. Pfizer Inc., et al., 05-309* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14 <br><br> • Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Aranda v. Pfizer Inc., et al., 05-309 (cont'd)* | | | • November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14)<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on February 13, 2006 – JPML Transfer Order |
| *Fonseca v. Pfizer Inc., et al., 05-312* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on October 5, 2005 – JPML CTO-14<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – October 20, 2005<br><br>• November 3, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-14)<br><br>• November 23, 2005 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on February 13, 2006 – JPML Transfer Order |
| *Dane v. Pfizer, Inc., et al., 05-1376* | Master File 04-10981-PBS | E.D. Missouri | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Browne v. Pfizer, Inc., et al., 05-7675* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Smith v. Pfizer, Inc., et al., 05-7827* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Marzolo v. Pfizer, Inc., et al., 05-7828* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Mosley v. Pfizer, Inc., et al., 05-8110* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on November 4, 2005 – JPML CTO-15 |
| *Salinas v. Pfizer Inc., et al., 05-363* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 <br><br> • Notice of Opposition to Transfer Filed by Plaintiff – December 14, 2005 <br><br> • December 23, 2005 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-16) <br><br> • January 12, 2006 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order <br><br> • Transferred on April 12, 2006 – JPML Transfer Order |
| *McGee v. Pfizer Inc. et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| *O'Bryan v. Pfizer Inc. et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| *French v. Pfizer Inc. et al.* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 2, 2005 – JPML CTO-16 |
| *Spears v. Pfizer, 05-8890* <br> *Belongie v. Pfizer, 05-8891* <br> *Montgomery v. Pfizer, 05-9144* <br> *Sizemore v. Pfizer, 05-9145* <br> *George v. Pfizer, 05-9238* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on December 28, 2005 – JPML CTO-17 |

28

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Felici v. Pfizer Inc., et al., 05-386* | Master File 04-10981-PBS | S.D. Texas | • Conditionally Transferred on December 28, 2005 – JPML CTO-17<br><br>• Notice of Opposition to Transfer Filed by Plaintiff – January 10, 2006<br><br>• January 20, 2006 – Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-17)<br><br>• February 10, 2006 – Defendants' Response to Plaintiffs' Motion to Vacate Conditional Transfer Order<br><br>• Transferred on April 12, 2006 – JPML Transfer Order |
| *Scott v. Pfizer, 05-9350*<br>*Haddock v. Pfizer, 05-9417* | Master File 04-10981-PBS | S.D. New York | • Conditionally Transferred on January 20, 2006 – JPML CTO-18 |
| *Lutz v. Pfizer Inc., et al., 05-7469* | Master File 04-10981-PBS | N.D. Ohio | • Conditionally Transferred on January 20, 2006 – JPML CTO-18 |
| *Sims v. Pfizer Inc., et al., 05-471* | Master File 04-10981-PBS | N.D. Florida | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |
| *Blackwell v. Pfizer Inc., et al., 06-12* | Master File 04-10981-PBS | S.D. Mississippi | • Conditionally Transferred on February 15, 2006 – JPML CTO-19 |
| *Smith et al. v. Pfizer Inc., et al* | Master File 04-10981-PBS | E.D. California | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Cascio v. Pfizer Inc et al* | Master File 04-10981-PBS | D. New Jersey | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Cailor v. Pfizer Inc et al* | Master File 04-10981-PBS | W. D. Pennsylvania | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Keegan v. Pfizer Inc et al* | Master File 04-10981-PBS | W. D. Washington | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Adkins v. Pfizer Inc et al* | Master File 04-10981-PBS | S. D. West Virginia | • Conditionally Transferred on March 6, 2006 – JPML CTO-20 |
| *Mecija v. Pfizer Inc et al, 06-293* | | C.D. California | • Conditionally Transferred on April 12, 2006 – JPML CTO-21<br><br>• Notice of Opposition to transfer filed by Defendant – April 21, 2006<br><br>• May 2, 2006 – Defendant Hall's Motion to Vacate Conditional Transfer Order (CTO-21)<br><br>• May 26, 2006 – Defendants' Response to Defendant Hall's Motion to Vacate Conditional Transfer Order<br><br>• June 1, 2006 – Defendant Hall's Reply Brief to Pfizer Inc.'s Opposition to His Motion to Vacate Conditional Transfer Order (CTO-21)<br><br>• Transferred on August 9, 2006 – JPML Transfer Order |
| *Morris v. Pfizer Inc et al, 06-74* | | M.D. Florida | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Burke v. Pfizer Inc et al, 06-61* | | D. Maine | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Strickland v. Pfizer Inc et al, 06-1332* | | D. New Jersey | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |
| *Cook v. Pfizer Inc et al, 06-980* | | S.D. New York | • Conditionally Transferred on April 12, 2006 – JPML CTO-21 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Young v. Pfizer Inc et al, 06-1308* | | E.D. Pennsylvania | • Conditionally Transferred on April 12, 2006 – JPML CTO-21<br><br>• Notice of Opposition to transfer filed by Plaintiff – April 19, 2006<br><br>• May 4, 2006 – Plaintiffs' Motion to Vacate in Part Conditional Transfer Order (CTO-21)<br><br>• May 22, 2006 – Defendants' Response to Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-21)<br><br>• Transferred on August 9, 2006 – JPML Transfer Order |
| *Accettullo, et al. v. Pfizer Inc., et al., 06-341* | | E.D. Arkansas | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Flanders v. Pfizer Inc., et al., 06-1261* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Ellis, et al. v. Pfizer Inc., et al., 06-1262* | | D. Minnesota | • Conditionally Transferred on April 28, 2006 – JPML CTO-22 |
| *Huff v. Pfizer Inc., et al., 06-160* | | M.D. Florida | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Bundoff, et al. v. Pfizer Inc., et al., 05-10317* | | E.D. Michigan | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *Henderson, etc. v. Pfizer Inc., et al., 06-3064* | | D. Nebraska | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Alsberge, etc. Pfizer Inc., et al., 06-5197* | | W.D. Washington | • Conditionally Transferred on May 8, 2006 – JPML CTO-23 |
| *White, et al. v. Pfizer Inc., et al., 06-3149* | | W.D. Missouri | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Brewster, et al. v. Pfizer Inc., et al., 06-529* | | D. Nevada | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Girard, et al. v. Pfizer Inc., et al., 06-1742* | | E.D. Pennsylvania | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Anderson, et al. v. Pfizer Inc., et al., 06-1271* | | D. South Carolina | • Conditionally Transferred on May 24, 2006 – JPML CTO-24 |
| *Agee v. Pfizer Inc., 06-926 Baker v. Pfizer Inc., 06-1109 Brown v. Pfizer Inc., 06-1110 Chappell v. Pfizer Inc., 06-1111 Eaddy v. Pfizer Inc., 06-1112 Grissom v. Pfizer Inc., 06-1113 Holloway v. Pfizer Inc., 06-1114 Huff v. Pfizer Inc., 06-1115 Poole v. Pfizer Inc., 06-1116 Reach v. Pfizer Inc., 06-1117 Whitten v. Pfizer Inc., 06-1118* | | N.D. Alabama | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Lewis et al. v. John Barrett, et al., 06-3736* | | C.D. California | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Putnam v. Pfizer Inc., et al., 06-1144* | | E.D. California | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Mustafa, et al. v. Pfizer Inc., et al., 06-349* | | S.D. Illinois | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Wolosonowich v. Pfizer Inc., et al., 06-2696* | | D. Minnesota | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Amato v. Pfizer Inc., et al., 06-1604* | | D. New Jersey | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Blackwell v. Pfizer Inc., et al., 06-2295* | | E.D. Pennsylvania | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Wendorf, etc. v. Pfizer Inc., et al., 06-589* | | W.D. Pennsylvania | • Conditionally Transferred on July 17, 2006 – JPML CTO-25 |
| *Libby, etc. v. Pfizer Inc., et al. 06-950* | | D. Oregon | • Conditionally Transferred on July 31, 2006 – JPML CTO-26 |
| *Campbell, etc. v. Pfizer Inc., et al. 06-5049* | | E.D. Washington | • Conditionally Transferred on July 31, 2006 – JPML CTO-26 |
| *Morrow, et al. v. Pfizer Inc., et al. 06-1240* | | S.D. California | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Gaudio, et al. v. Pfizer Inc., et al. 06-3381* | | D. New Jersey | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Fenelon, etc. v. Pfizer Inc., et al. 06-4136* | | S.D. New York | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Long, etc. v. Pfizer Inc., et al.* 06-4285 | | S.D. New York | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Burleson v. Pfizer Inc., et al.* 06-220 | | S.D. Texas | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Shaw, etc. v. Pfizer Inc., et al.* 06-5058 | | E.D. Washington | • Conditionally Transferred on August 11, 2006 – JPML CTO-27 |
| *Manfredi, et al. v. Pfizer Inc., et al.* 06-970 | | W.D. Washington | • Conditionally Transferred on August 23, 2006 – JPML CTO-28 |
| *Tilley, etc. v. Pfizer Inc., et al.* 06-513 | | D. Delaware | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Diana v. Pfizer Inc., et al.* 06-3332 | | D. Minnesota | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Garcia v. Pfizer Inc., et al.* 06-348 | | S.D. Texas | • Conditionally Transferred on September 8, 2006 – JPML CTO-29 |
| *Johnson v. Pfizer Inc., et al.* 06-1311 | | M.D. Florida | • Conditionally Transferred on September 27, 2006 – JPML CTO-30 |
| *Shelley v. Pfizer Inc., et al.* 06-959 | | W.D. Oklahoma | • Conditionally Transferred on October 3, 2006 – JPML CTO-31 |
| *Cox v. Pfizer Inc., et al.* 06-288 | | M.D. Florida | • Conditionally Transferred on October 17, 2006 – JPML CTO-32 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Hogge v. Pfizer Inc., et al.*<br>*06-3818* | | D. Minnesota | • Conditionally Transferred on October 17, 2006 – JPML CTO-32 |
| *Farris v. Pfizer Inc., et al.*<br>*06-3975* | | D. Minnesota | • Conditionally Transferred on October 24, 2006 – JPML CTO-33 |
| *Beckworth v. Pfizer Inc., et al.*<br>*06-538* | | M.D. Florida | • Conditionally Transferred on November 17, 2006 – JPML CTO-34 |
| *Ramsey v. Pfizer Inc., et al.*<br>*06-4718* | | E.D. Pennsylvania | • Conditionally Transferred on November 17, 2006 – JPML CTO-34 |
| *Pursey v. Pfizer Inc., et al.*<br>*06-5668* | | W.D. Washington | • Conditionally Transferred on December 29, 2006 – JPML CTO-35 |
| *Bonner v. Pfizer Inc. et al.*<br>*06-1198* | | S.D. Mississippi | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |
| *Briggs v. Pfizer Inc. et al.*<br>*06-15451* | | S.D. New York | • Conditionally Transferred on January 31, 2007 – JPML CTO-36<br><br>• March 12, 2007 – Motion to Dismiss [Docket No. 672]<br><br>   o March 12, 2007 – Memorandum of Defendant Teva Pharmaceuticals USA, Inc. in Support of Its Motion to Dismiss the Complaint [Docket No. 673]<br><br>   o March 28, 2007 – Electronic Order of Magistrate Judge Leo T. Sorokin allowing Products Liability Plaintiffs' Agreed to Request [Dkt # 685] that the briefing on Defendant Teva Pharmaceuticals' USA, Inc. Motion To Dismiss proceed on the same schedule as already set for dispositive motions for the Products Liability Plaintiffs' Track One cases [Docket No. 696] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Michielsen v. Pfizer Inc. et al. 07-32* | | M.D. Tennessee | • Conditionally Transferred on January 31, 2007 – JPML CTO-36 |
| *Southern v. Pfizer Inc. et al. 06-836* | | N.D. Alabama | • Conditionally Transferred on February 8, 2007 – JPML CTO-37 |
| *Armbruster v. Pfizer Inc., et al. 06-1613* | | E.D. Missouri | • Conditionally Transferred on March 1, 2007 – JPML CTO-38 |
| *De La Garza v. Pfizer Inc., et al. 07-13* | | W.D. Texas | • Conditionally Transferred on March 1, 2007 – JPML CTO-38 |
| *Isaacs v. Pfizer Inc., et al. 07-1216* | | D. Minnesota | • Conditionally Transferred on March 12, 2007 – JPML CTO-39 |
| *Woolum, et al. v. Pfizer Inc., et al. 07-176* | | M.D. Florida | • Conditionally Transferred on April 4, 2007 – JPML CTO-40 |
| *Neilson v. Pfizer Inc., et al. 07-224* | | W.D. Wisconsin | • Conditionally Transferred on May 9, 2007 – JPML CTO-41 |
| *Valentine v. Pfizer Inc., et al. 07-510* | | M.D. Florida | • Conditionally Transferred on May 17, 2007 – JPML CTO-42 |
| *Wampole, et al. v. Pfizer Inc., et al. 07-204* | | W.D. Wisconsin | • Conditionally Transferred on May 17, 2007 – JPML CTO-42 |
| *Ballard v. McKinnell, Jr. et al. 06-688* | | N.D. New York | • Conditionally Transferred on May 31, 2007 – JPML CTO-43 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Telles, etc. v. Pfizer Inc. 07-161* | | W.D. Texas | • Conditionally Transferred on May 31, 2007 – JPML CTO-43 |
| *Sloan, et al. v. Pfizer Inc., et al. 07-2551* | | N.D. California | • Conditionally Transferred on June 20, 2007 – JPML CTO-44 |
| *Milligan, Jr., et al. v. Pfizer Inc., et al. 07-2540* | | D. Minnesota | • Conditionally Transferred on June 20, 2007 – JPML CTO-44 |
| *Shearer v. Pfizer Inc., et al. 07-11428* | | D. Massachusetts | • Complaint filed August 3, 2007 |
| *Lynch v. Pfizer Inc., et al. 07-169* | | W.D. Texas | • Conditionally Transferred with Separation on June 21, 2007 – JPML CTO-45 |
| *Huberman v. Pfizer, Inc. et al. 07-11336* | | D. Mass. | • Removed to the District of Massachusetts on July 20, 2007<br><br>• Motion to Dismiss Claims of Plaintiff Allan Huberman<br><br>    o January 29, 2010 – Motion to Dismiss Claims of Plaintiff Allan Huberman [Docket No. 2449], Memorandum in Support of Defendants' Motion to Dismiss Claims of Plaintiff Allan Huberman [Docket No. 2450], Declaration of Mark S. Cheffo in Support of Motion to Dismiss Claims of Plaintiff Allan Huberman [Docket No. 2451] |
| *Newberry, et al. v. Pfizer Inc., et al. 07-110* | | M.D. Georgia | • Conditionally Transferred on July 24, 2007 – JPML CTO-46 |
| *Allen, et al. v. Pfizer Inc. 07-74* | | N.D. Mississippi | • Conditionally Transferred on August 31, 2007 – JPML CTO-47 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Brida, etc. v. Pfizer Inc., et al.* **07-8060** | | S.D.N.Y. | • Conditionally Transferred on October 23, 2007 – JPML CTO-48 |
| *Vinyard v. Pfizer Inc., et al.* **07-438** | | N.D. Florida | • Conditionally Transferred on November 13, 2007 – JPML CTO-49 |
| *Reilly v. Pfizer Inc., et al.* **07-4428** | | D. Minnesota | • Conditionally Transferred on November 13, 2007 – JPML CTO-49 |
| *Dove v. Pfizer Inc., et al.* **05-53** | | M.D. Louisiana | • Conditionally Transferred on January 8, 2008 – JPML CTO-50 |
| *Bennett, et al. v. Pfizer Inc., et al.* **08-341** | | S.D. California | • Conditionally Transferred on March 24, 2008 – JPML CTO-51 |
| *Vorhalt, et al. v. Pfizer Inc., et al.* **08-807** | | D. Minnesota | • Conditionally Transferred on April 4, 2008 – JPML CTO-52 |
| *Samuels, etc. v. Pfizer Inc., et al.* **08-980** | | D. Maryland | • Conditionally Transferred on May 7, 2008 – JPML CTO-53 |
| *Hairfield, etc. v. Pfizer Inc., et al.* **08-1998** | | E.D. Pennsylvania | • Conditionally Transferred on May 7, 2008 – JPML CTO-53 |
| *Messer, etc. v. Pfizer Inc., et al.,* **08-254** | | S.D. West Virginia | • Conditionally Transferred on May 29, 2008 – JPML CTO-54 |
| *O'Sullivan v. Pfizer Inc., et al.,* **08-1374** | | D. Minnesota | • Conditionally Transferred on June 25, 2008 – JPML CTO-55 |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Stadler v. Pfizer Inc., et al., 08-3295* | | D. Minnesota | • Conditionally Transferred on July 14, 2008 – JPML CTO-56 |
| *Monsue v. Pfizer Inc., et al., 08-6993* | | S.D. New York | • Conditionally Transferred on August 19, 2008 – JPML CTO-57 |
| *Durden, et al. v. Pfizer Inc., et al. 08-267* | | M.D. Florida | • Conditionally Transferred on September 15, 2008 – JPML CTO-58 |
| *Morrow, etc. v. Pfizer Inc., et al., 08-71* | | N.D. Mississippi | • Conditionally Transferred on September 15, 2008 – JPML CTO-58 |
| *Mowdy, etc. v. Pfizer Inc., et al., 08-550* | | S.D. Mississippi | • Conditionally Transferred on September 15, 2008 – JPML CTO-58 |
| *Spencer-Acker, etc. v. Pfizer Inc., et al., 08-13505* | | E.D. Michigan | • Conditionally Transferred on November 20, 2008 – JPML CTO-59 |
| *McLendon v. Parke-Davis, et al., 08-7843* | | S.D. New York | • Conditionally Transferred on November 20, 2008 – JPML CTO-59 |
| *Leu, etc. v. Pfizer Inc., et al., 09-1245* | | S.D. New York | • Conditionally Transferred on February 27, 2009 – JPML CTO-60 |
| *Drinkwine, etc. v. Pfizer Inc., et al., 09-948* | | D. Minnesota | • Conditionally Transferred on May 20, 2009 – JPML CTO-61 <br><br> • Motion for Amendment of Order <br><br> ○ December 15, 2009 – Teva's Motion for Amendment of Order to Include Statement Certifying an Interlocutory Appeal [Docket No. 2245] |

| PRODUCT LIABILITY CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| *Drinkwine, etc. v. Pfizer Inc., et al., 09-948 (cont'd)* | | | o   December 29, 2009 – Products Liability Plaintiffs' Memorandum in Opposition to Defendant Teva Pharmaceuticals USA, Inc.'s Motion for Amendment of the Court's Order to Include a Statement Certifying an Interlocutory Appeal [Docket No. 2295]<br><br>o   January 11, 2010 – Products Liability Plaintiffs' Notice of Supplemental Authority in Opposition to Defendant Teva Pharmaceuticals USA, Inc.'s Motion for Amendment of the Court's Order to Include a Statement Certifying an Interlocutory Appeal [Docket No. 2356] |
| *Crone, et al. v. Pfizer Inc., et al., 09-1908* | | N.D. California | •   Conditionally Transferred on August 6, 2009 – JPML CTO-62 |
| *Jones, et al, v. Pfizer In., et al., 09-227* | | M.D. Georgia | •   Conditionally Transferred on August 6, 2009 – JPML CTO-62 |