UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re:   NEURONTIN MARKETING, SALES          :   MDL Docket No. 1629
         PRACTICES AND PRODUCTS              :
         LIABILITY LITIGATION                :   Master File No. 04-10981
------------------------------------------------x
:
THIS DOCUMENT RELATES TO:                    :   Judge Patti B. Saris
                                             :
*Shearer v. Pfizer Inc., et al.*             :   Magistrate Judge Leo T.
Case No. 1:07-cv-11428-PBS                   :   Sorokin
                                             :
------------------------------------------------x

**DEFENDANTS' MOTION TO EXCLUDE THE SPECIFIC CAUSATION
TESTIMONY OF DRS. GLENMULLEN AND KRUSZEWSKI**

Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully move, pursuant to *Daubert* and Rule 702 of the Federal Rules of Evidence, to exclude from trial the specific causation testimony of Plaintiff's experts, Dr. Joseph Glenmullen and Dr. Stefan Kruszewski.

The grounds for this motion are set forth in the accompanying memorandum of law.

Also submitted in support of this motion is a supporting Declaration of Mark Cheffo.

WHEREFORE, Defendants respectfully request that the Court exclude from trial the specific causation testimony of Drs. Glenmullen and Kruszewski.

**REQUEST FOR ORAL ARGUMENT**

Defendants believe that oral argument will assist the Court, and they wish to be heard. Accordingly, Defendants respectfully request oral argument on this motion.

Dated: February 2, 2010            Respectfully submitted,

                                   SKADDEN, ARPS, SLATE,
                                     MEAGHER & FLOM LLP

                                   By: /s/ Mark S. Cheffo
                                           Mark S. Cheffo

                                   Four Times Square
                                   New York, NY 10036
                                   Tel: (212) 735-3000

-and-

BOIES, SCHILLER & FLEXNER LLP

By: /s/ William S. Ohlemeyer
    William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

-and-

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
    David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I hereby certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 2, 2010.

/s/ David B. Chaffin
David B. Chaffin