UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
          :
In re:  NEURONTIN MARKETING,        :
      SALES PRACTICES AND        :   MDL Docket No. 1629
      PRODUCTS LIABILITY LITIGATION   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Master File No. 04-10981
          :
THIS DOCUMENT RELATES TO:        :   Judge Patti B. Saris
          :
*Shearer v. Pfizer Inc., et al.*        :   Magistrate Judge Leo T.
Case No. 1:07-cv-11428-PBS      :   Sorokin
          :
          :
          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF
DEFENDANTS' MOTION TO EXCLUDE THE SPECIFIC CAUSATION
TESTIMONY OF DRS. GLENMULLEN AND KRUSEWSKI**

     I, Mark S. Cheffo, declare and state as follows:

     1.     I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC.  I make this declaration based on my own personal knowledge and information.

     2.     Attached hereto as Exhibit A is a true and correct copy of excerpts from the January 11, 2010, deposition of Dr. Joseph Glenmullen.

     3.     Attached hereto as Exhibit B is a true and correct copy of the November 30, 2009, expert report prepared by Dr. Joseph Glenmullen.

     3.     Attached hereto as Exhibit C is a true and correct copy of excerpts from the records of Dr. Lisa Catapano-Friedman for patient Harley Shearer.

     4.     Attached hereto as Exhibit D is a true and correct copy of excerpts from the records of Williamstown Medical Associates.

     5.     Attached hereto as Exhibit E is a true and correct copy of excerpts from the January 14, 2010, deposition of Dr. Stefan P. Kruszewski.

1

6.      Attached hereto as Exhibit F is a true and correct copy of excerpts from the records of Brigham & Women's Hospital.

6.      Attached hereto as Exhibit G is a true and correct copy of excerpts from the October 23, 2010, deposition of Dr. Lisa Catapano-Friedman.

7.      Attached hereto as Exhibit H is a true and correct copy of excerpts from Dr. Lisa Catapano-Friedman's records for patient Linda Shearer.

9.      Attached hereto as Exhibit I is a true and correct copy of the November 30, 2009, expert report prepared by Stefan P. Kruszewski, M.D.

10.     Attached hereto as Exhibit J is a true and correct copy of excerpts from the records of Hart's Pharmacy.

11.     Attached hereto as Exhibit K is a true and correct copy of excerpts from the records of the Office of Chief Medical Examiner, Suffolk County.

12.     Attached hereto as Exhibit L is a true and correct copy of excerpts from the February 2, 2008, deposition of Dr. Michael Trimble.

13.     Attached hereto as Exhibit M is a true and correct copy of excerpts from the Declaration of Dr. Michael Trimble.


Signed under the penalties of perjury this 2nd day of February 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 2, 2010.

/s/ David B. Chaffin
David B. Chaffin

2