# EXHIBIT B

JOSEPH GLENMULLEN, MD
1770 Massachusetts Avenue, No. 263
Cambridge, MA  02140

November 30, 2009

Mr. Ken Fromson
Finkelstein & Partners
1279 Route 300, P.O. Box 1111
Newburgh, NY 12551

Dear Mr. Fromson:

This report details my expert opinion on the tragic suicide of fifty-seven-year-old
Hartley Shearer on February 7, 2002. It is my opinion based on a reasonable
degree of medical certainty and based on my education, training, and clinical
experience that Neurontin was a substantial contributing factor in causing
Hartley's death.  Hartley suffered a stroke and left hemiparesis in January 1999.
Hartley showed tremendous strength of character adjusting to life with the
hemiparesis. In the spring and summer of 2000, Hartley's progress recovering
from the stroke plateaued. Again, he made a good adjustment and continued to
make every effort to improve his life. Hartley was a part-time professor at
Williams College who was working towards teaching in the classroom again. In
October 2000, Hartley was prescribed Neurontin for severe back pain.
Unfortunately, on Neurontin, Hartley developed classic side effects linked to
Neurontin-induced suicidality, including worsening depression, and mood and
behavioral changes. On February 7, 2002 Hartley shot himself in the head. The
FDA has since warned doctors and the public that Neurontin may be associated
with mood and behavioral changes and may cause suicidality. Hartley left his
grieving wife, Linda, his son, Ivor.

Qualifications

A graduate of Harvard Medical School, I am a Clinical Instructor in Psychiatry at
Harvard Medical School, was a staff psychiatrist at the Harvard Law School
Health Services for twenty years, and have a private practice in Harvard Square.
I am Board Certified in Psychiatry by the American Board of Psychiatry and
Neurology.  I am the author of two books on the side effects of antidepressants:
*Prozac Backlash: Overcoming the Dangers of Prozac, Zoloft, Paxil, and Other
Antidepressants with Safe, Effective Alternatives* published in 2000 by Simon &

Schuster and *The Antidepressant Solution: A Step-by-Step Guide to Overcoming Antidepressant Withdrawal, Dependence, and "Addiction"* published by Simon & Schuster's Free Press division in January 2005.[1]

*Prozac Backlash* is annotated with over 600 footnotes from medical journals, books, and other sources. *The Antidepressant Solution* is annotated with over 350 footnotes. Both books include chapters on psychiatric medication-induced suicidality.   In the title *Prozac Backlash,* I use the word "Prozac" generically to refer to the group of antidepressants known as SSRIs (selective serotonin reuptake inhibitors). Prozac was the first of these antidepressants introduced in this country and is the best known.

I am a moderate in the debate over the risks and benefits of psychiatric medications. I prescribe psychiatric medications for patients whose conditions are serious enough to warrant the drugs and have had numerous patients report their beneficial effects. But, I am a critic of the drugs being over-prescribed for mild, even trivial, conditions and of patients not being adequately warned of their side effects. I testified at the FDA's February 2004 and December 2006 hearings on antidepressant-induced suicidality.

Since the publication of *Prozac Backlash,* I have become a national spokesperson for the appropriate, measured use of psychiatric medications. I have been interviewed on numerous national television and radio shows including NBC's The Today Show, ABC News' 20/20, ABC's Good Morning America, ABC's World News Tonight, ABC's Primetime Live, CNN, Fox News, PBS, Court TV, and National Public Radio for my expertise on antidepressants. My work has been the subject of many reviews and articles including in the *New York Times* and *The New Yorker* magazine.[2] Among the honors I have received for writing *Prozac Backlash* is the American College for Advancement in Medicine's (ACAM's) Annual Achievement Award in Medicine in May 2001. I received the award at ACAM's 2001 annual convention and delivered the convention's keynote address, the Linus Pauling Lecture. My *curriculum vitae* is enclosed with this report as Exhibit 1.

Materials Reviewed for this Report

In preparing this report I have interviewed Linda Shearer and Ivor Shearer by telephone after warning them that the interviews were not treatment but rather forensic in nature and therefore not confidential, which they understood. I have

2

discussed the case with counsel for the plaintiff. I have also read and relied upon the following:

Expert Binder I

Plaintiffs' Amended Complaint (4/7/08)……………..………………………A
Defendants' Answer………………………………………………………......B
Berkshire Medical Center………………………………………………….C
Berkshire Medical Center (cont.)…………………………………………D
Brigham and Women's Hospital………………………………………......E
Brigham and Women's Hospital…………………………………………F
Brigham and Women's Hospital…………………………………………G
Deposition of Witness Judy Button (for Dr. Keith Edwards)………………..H
Plaintiffs' Complaint (8/3/07)……………………………………………………I
Death Certificate……………………………………………………………J
Plaintiffs' 1st Supplemental Disclosure of Witnesses (9/9/09)……..……………K
Dr. Catapano-Friedman………………………………………………………L
Dr. Lawrence Cohn……………………………………………………………M
Deposition of Witness Paresh Desai (Defendant Employee/Sales Rep)………N

Expert Binder II

Dr. David Elpern………………………………………………………………O
Dr. Douglass Herr………………………………………………………...…P
Deposition of Witness Daniel Sullivan,M.D. …………………………Q
Curriculum Vitae for Daniel Sullivan, M.D. (ex. 1)…………………………R
Dr. Daniel Sullivan (ex 2 – medical records)…………………………………S
Dr. Daniel Sullivan (ex. 3 – Rx records)……………………………………T
Dr. Daniel Sullivan (ex. 4 – FDA Alert) …………………………………U
Dr. Daniel Sullivan (ex. 5 – sales call notes)………………………………V
Dr. Daniel Sullivan (ex. 6 – McFarland article)…………………………......W
Dr. Daniel Sullivan (ex.7 – Pfizer Response to Suicidality Request by FDA)…….X
Harts Pharmacy…..……………………………………………………………Y
IRS Returns (2001, 2002)……………………………………………………Z
Deposition Notice to Neurological Consultants (Judy Button)……..…….……..1
Deposition of Witness Linda Shearer……………………………………………2
Deposition of Witness Linda Shearer (cont.)……………………………………3
Linda Shearer (ex. 1 – Death Certificate, Police Report, Medical Records)………..4
Linda Shearer (ex. 2 – Domestic Fight – Williamstown Police)…………………5

Expert Binder III

Linda Shearer (ex. 3 - Spaulding Rehab Hospital)……………………………….6

Linda Shearer (ex. 4 – Dr. Catapano-Friedman………………………………………7
Linda Shearer (ex. 5 – Hart's Pharmacy)…………………………………………..8
Linda Shearer (ex. 6 – Williamstown Police Investigation)……………………9
Linda Shearer (ex.7 - Plaintiffs' Response to Defendants' Interrogatories)……..10
Williams College……………………………………………………………...…..11
Massachusetts State Police…………………………………………………………12
Autopsy Report…………………………………………………………………...13
Deposition of Witness Michael Fagan (Defendant employee/sales rep) . . ..14
Notice of Deposition for Michael Fagan (ex 1)  …..…………………………...…..15
Michael Fagan (ex 2 – sales call data)…………………………………. …………16
Michael Fagan (ex 3 – sales call data) . . . ……………………………………. . . . …17
Michael Fagan (ex 4 – sales call  notes) . . . ………………………………………18
Michael Fagan (ex. 5 – sales call notes) . . . . …………………………………..19
Michael Fagan( ex. 6 "Treating the Migraine Patient; In Internist's Perspective) 20
Michael Fagan (ex. 7 – Memorandum  regarding marketing) . . . . . . . . . . . . . . .21
Michael Fagan (ex. 8 – Email with studies regarding Neurontin) . . . . . . . . . . . . 22
Michael Fagan (ex. 9 – Pfizer Response to FDA Alert On Suicidality) . . . . . . . . . .23
Dr. Keith Edwards (Neurological Consultants)………………… . . …………….24
North Adams Ambulance………………………………………………………….25
North Adams Regional Hospital . . . . . ..………………………………….........26
North Adams Regional Hospital (cont.) …………………………………………27
New York Times (Obituary)………………………………………………… . . ….28
Plaintiffs' Rule 26 Document Disclosures to Defendants (12/5/07)……………….29


Expert Binder IV
Pltf's Rule 26 Document Disclosures (cont.)…………………………………...…30
Pltf's Rule 26 Document Disclosures (cont.)…………………………………...…31
Pltf's Rule 26 Document Disclosures (cont.)…………………………………….A
[BLANK]…………………………………………………………………………B
Plaintiffs' Supplemental Disclosure (8/5/09)…………………………………….C
Plaintiffs' Further Supplemental Disclosure (9/22/09)………………………...D
Pltf's First Response to Defs' Request for Documents (12/7/07)…………………..E
Pltf's First Response to Defs' Interrogatories (12/7/07)…………………………F
Brigham and Women's Hospital……………………………………………………G
Pltfs' Supplemental Rule 26 Disclosures (2/19/08)………………………………H
Pltfs' Supplemental Rule 26 Disclosure (6/13/08)………………………………I
Pltfs' Supplemental Disclosure (cont.)…………………………………………J
Pltfs' Supplemental Disclosure (cont.)…………………………………………K
Pltfs' Supplemental Disclosure (cont.)…………………………………………L

Probate of Will..................................................................................................M

Expert Binder V
Spaulding Rehabilitation Hospital...................................................................N
Spaulding Rehabilitation Hospital (cont.)........................................................O
Spaulding Rehabilitation Hospital (cont.)........................................................P
Spaulding Rehabilitation Hospital (cont.)........................................................Q
University at Albany – transcript....................................................................R
IRS (2001, 2002)..........................................................................................S
Williams College ..........................................................................................T
Williamstown Medical (Account History) ......................................................U
Williamstown Medical Associates . . . . . ........................................................V
Williamstown Police Department...................................................................W
Williamstown Police Department (Domestic fight) . . . . .................................X

Expert Binder VI
1. "Study Pinpoints Key Mechanism in Brain Development," *Red Orbit NEWS*
2. "Booster Shots," *Los Angeles Times*, October 9, 2009
3. Eroglu CE, "Supplemental Data; Gapapentin Receptor a28-1 is a Neuronal Thrombospondin Receptor Responsible for Excitatory CNS Synaptogenesis," *Cell* Volume 139
4. State police report
5. Williamstown police report
6. Judge's ruling
7. Powerpoint: Neurontin products liability
8. Powerpoint: Daubert Freye motions
9. State police records

Expert Binder VII
1. Medical records – Pittsfield cardiology
2. Medical Records – Dr. Ringler
3. General Causation Report of Dr. Stefan Kruszewski
4. General Causation Report of Dr. Michael Trimble
5. Defendant Expert Reports

Depositions Binder VII
1. Deposition of Lisa Catapano-Friedman
2. Deposition of Douglas Herr
3. Deposition of Linda Shearer, Vol I&II

4. Deposition of Edward Epping
5. Deposition of James Mahon, Jr, Vol I&II
6. Deposition of Paula Consolini
7. Deposition of Vito Acconci
8. Deposition of Dr. William Chambers, including continued deposition
9. Deposition of  Dr. Wilfred Hynes
10. Deposition of Sean Wheeler
11. Deposition of Anne Hudson Angevine
12. Deposition of Dr. Jane Watson
13. Deposition Ivor Shearer

I have also researched the medical literature on psychiatric medication-induced suicidality and violence and drawn on my extensive knowledge of this side effect. As detailed in my books, I have treated patients with this side effect in my psychiatric practice.

I am testifying on specific causation in this case and not on general causation. For my specific causation opinion, I employed the methodologies of a psychological autopsy and a differential diagnosis. These are the same methodologies I would use in clinical practice were I evaluating a suicide after the fact.

For my time doing telephone conferences, research, reviewing documents, and writing this report, I am compensated at the rate of $600 per hour. For travel and testimony, I am reimbursed at the rate of $600 per hour, with 10 hours fee for a full day and 5 hours fee for a half day. In the last four years, I have given testimony in the following cases:  In Re Paxil Products, MDL Number 1574 (United States District Court for the Central District of California) on January 27-28, 2005; Needleman v. John Hancock on April 27, 2005; Baxter v. Eli Lilly on May 31, 2005, Cartwright v. Pfizer on June 28, 2006, Witczak v. Pfizer on July 14, 2005; Rydin v. Comancho et al on August 4, 2005; Zikis v. Pfizer on September 13, 2005; Gould v. Teva Pharmaceuticals on September 30, 2005; Radke v. Barr Laboratories v. October 18, 2005; Perez v. Stop & Shop on February 16, 2006; Jones v. Rogers et al on March 2, 2006 and September 18, 2006; Texas v. Lohstroh on September 7, 2006 and September 12-15, 2006; Tucker v. GlaxoSmithKline on September 22, 2006; Miller v. GlaxoSmithKline on September 26, 2006 and November 12, 2007; Florida v. Brancaccio on October 25, 2007; Giles v. Wyeth on January 15, 2007 and July 12, 2007; Porter v. Eli Lilly on April 5, 2007; Dobbs v. Wyeth on May 15, 2007; Mason v. GlaxoSmithKline on June 7, 2007; Williams v. GlaxoSmithKline on June 29, 2007; O'Neal v GlaxoSmithKline on August 23, 2007 and November 16, 2007; Gruder v GlaxoSmithKline on December 14, 2007;

6

Illinois v. McCarron on January 14, 2008; Ohio v Wiles on April 23, 2008; Brooks v GlaxoSmithKline on May 2, 2008; Hubbard v Crumley on May 16, 2008; Dietz v GlaxoSmithKline on June 12, 2008; Forst v GlaxoSmithKline on July 10, 2008; Schilf v Eli Lilly on July 30, 2008; Steele v GlaxoSmithKline on August 7, 2008; LeBaer v Clark on February 8, 2009; Kohler v GlaxoSmithKline on April 2, 2009; and Thompson v GlaxoSmithKline on April 9, 2009.

This report is divided into two parts:

- Part 1 discusses general causation, i.e. the phenomenon of antidepressant-induced suicidality
- Part 2 discusses specific causation in the events leading to Hartley Shearer's suicide.

Part 1.  General Causation:  Mood Stablizer-Induced Suicidality

I am testifying on specific causation and not on general causation in this case. However, I have read the general causation reports of both plaintiff and defense, and the general causation Daubert ruling of Judge Patti Saris. I agree with the general causation principles outlined in the plaintiff's expert reports and Judge Saris' ruling, and they have informed my analysis of this case.

Part 2.  Specific Causation: Neurontin Was a Substantial Cause of Harley Shearer's Suicide

Hartley Shearer was the only child of Frank Hartley Shearer and Letitia Anderson Shearer. Hartley was born on October 30, 1944. Hartley spent his earliest years growing up in New York City. Hartley's parents separated when he was four years old. Hartley's father moved to Florida where he remarried and ran a motel. Hartley's father was not very involved in his life and they were not close.

After his parents' separation, Hartley was raised by his mother and paternal grandfather. Because his mother was working full time and did not feel she could manage Hartley, he went to live with his grandfather in Princeton, New Jersey. His mother joined him in Princeton on the weekends. Hartley's grandfather was a doctor with a practice in New York and Princeton. In Princeton, Dr. Shearer had a nurse/housekeeper who also helped raise Hartley.

7

Hartley began school at the Allen Stevenson School in New York. When he moved to Princeton, he went to Princeton Country Day. When Hartley was in high school, his mother remarried Cliff Roberts. His mother stopped working and Cliff and Letitia's apartment on Park Avenue became Hartley's home-base. In Hartley's final years of high school, Cliff paid for him to go to boarding school at the Westminster School in Simsbury, Connecticut

Growing up, Hartley was a handsome, athletic, fun-loving boy and young man. Hartley played football, hockey, tennis, and ran track and field. He particularly excelled at hockey. Linda describes Hartley as an intensely physical, active man. He was a good student when he wanted to be, when a subject interested him. Hartley was recruited to play hockey at Middlebury College. He played college hockey for one year, but gave it up as his interests changed. In particular, Hartley became interested in film. According to later medical records, Hartley was diagnosed with ADD and took Benzedrine (racemic amphetamine) in college. Hartley was about a half-a-pack per day smoker. After his sophomore year, Hartley transferred to New York University to study film.

### Hartley Married Linda Balding in 1966

Hartley and Linda Balding met in 1964. Hartley had just finished his freshman year at Middlebury and Linda has just graduated from high school. When Hartley transferred to NYU, he and Linda were married on September 14, 1966. The couple lived in Manhattan. Linda commuted to Sara Lawrence College, less than an hour away in Bronxville. Linda was able to arrange her schedule so she only went to Bronxville about two days a week. Hartley and Linda were undergraduates during the 1960s. Hartley briefly experimented with cocaine and marijuana during college. However, he never abused either drug. Hartley was not a big social drinker, but he would have a couple of beers at late at night, before going to bed.

Hartley and Linda graduated from college in 1968. The following winter, they spent three months of training for the Peace Corps: a month in California and two months in India. While in India, they had second thoughts about being so far from home and did not take a Peace Corps assignment after the training. Instead, they returned to New York.

Back in New York, Hartley worked as a freelance film-maker, often working on advertising. He began teaching part-time at the School of Visual Arts. And he

8

pursued his own artwork in the relatively new medium of video. He often did pieces deconstructing clichés and stereotypes in old Hollywood films. Since Hartley was a strong feminist, his art often critiqued stereotypes of women. He also did interactive pieces in which the audience became performers. He combined video, film, and computer technology in novel ways.

Linda had worked summers in the bookstore of the Museum of Modern Art and returned to that job. Within a year, the Guggenheim hired her as a curatorial assistant. Linda worked at the Guggenheim for eleven years, went on to a nonprofit gallery called Artists Space for four years, and then was hired as a curator of modern art at the MOMA.

After Middlebury, Hartley did not play hockey regularly for many years. He remained very physically active, becoming an avid runner while living in New York.

Hartley and Linda remained very close to his mother and his grandfather. Hartley eventually had a falling out with his father in about the late 1960s when he wanted to move Hartley's grandfather into a nursing home and sell his house. Hartley fought his father and prevailed, enabling his grandfather to stay in his home until he died at the age of 97 in the early 1970s.

In 1977, Hartley's mother died. Hartley was no longer teaching at the School of Visual Arts and used his inheritance to buy three brownstones on the Upper West Side of New York, on West 73rd Street. Hartley subsequently sold two of the buildings to renovate the third as a home and income-producing property for he and Linda. They occupied the first two floors, had a back garden, and rented out an additional six apartments in the building. Hartley's real estate work allowed the Shearers to live expense free (rent, taxes, and utilities) and produced additional income.

Hartley also did volunteer work at Rikers Island working with young men in trouble with the law. The staff at Rikers Island had found that the young men whose families did not visit them were at an increased risk for suicide. Ironically, Hartley volunteered in a new suicide prevention program that arranged visitors for the young men in detention whose families were not visiting them. Hartley found the volunteer work very gratifying and received awards for his work with troubled youth.

### In 1976, Hartley and Linda Had a Son, Ivor

Hartley and Linda's son Ivor was born on October 8, 1976. Both Hartley and his father had been only children, so he was content to have one child. Although Linda had grown up in a large family of five children, she, too, liked the idea of having only one child because of her busy career. Hartley and Linda were very happy raising Ivor as a young boy in New York with all its many attractions for children. Because Hartley worked at home while Linda had a nine to five job, Hartley became Ivor's primary caretaker. The Shearers were a very close family. Both Hartley and Linda had a long, committed relationship. They were both devoted to Ivor.

When Ivor was about five, Linda suggested that Hartley take up hockey again and do it with his son. Having not played hockey in years, in his late thirties Hartley took the sport up again. Indeed, Hartley was still so good at hockey that for a season he played as a ringer on the Columbia College varsity hockey team. The captain of the team became a family friend and used to baby sit Ivor. Hartley could not take his helmet off during games, because the other team would recognizedhe was a much older man with his graying hair. Only after Hartley broke two ribs during a game at the age of about forty, did he decide that maybe he was too old to play college hockey.

Ivor, too, became an avid hockey player. Ivor and Hartley shared a passion for hockey. The Shearers bought a car in order to travel to games with Ivor's all-star traveling team, which was based in New Jersey.

When he was in grammar school, Ivor was diagnosed with ADD. He was treated with Ritalin.

### Hartley Is Treated for ADD by a Psychiatrist, Dr. William Chambers, from October 1987 to November 1990

In the late 1980s, Hartley read an article about adult attention deficit disorder and consulted with a New York psychiatrist, Dr. William Chambers. Dr. Chambers diagnosed Hartley with ADD and prescribed Ritalin. For about the next two years, Hartley saw Dr. Chambers once or twice a month. Hartley thought the Ritalin was helpful for focusing his attention. Dr. Chambers increased Hartley's Ritalin dose to as much as 60 milligrams a day. Dr. Hartley eventually took over Ivor's treatment for ADD as well. He would sometimes see

all three of the Shearers as a family. At times during his treatment with Dr. Chambers, Hartley reported some symptoms of depression. However, Dr. Chambers did not diagnose him with a clinical depression or an anxiety disorder. At times Hartley expressed mixed feelings over not having a more traditional career.

According to Dr. Chambers' note from his initial evaluation, Hartley had been taking Valium for sleep for ten years. Linda reports that he only took the Valium on an as needed basis and did not use it regularly.

### *In the Summer of 1989, the Shearers Moved to Williamstown, Massachusetts*

In about 1988-89, the Shearers began to plan a move out of New York. At the time, New York City was experiencing a high crime rate while becoming an ever more expense place to live. Hartley and Linda thought a less urban environment might be a better place for Ivor's teenage years. They thought the ideal situation would be the directorship for Linda of an art museum in an academic community. The other key ingredient was a community with a strong hockey program. Ultimately, Linda accepted a position as the director of the Williams College Art Museum in Williamstown, Massachusetts. The Shearers moved in the summer of 1989.

Adapting to life in Williamstown was more of an adjustment that the Shearers anticipated. Life in a small academic town quite very different from life in New York City. Having ones neighbors, coworkers, and friends all be the same small group of people was an adjustment from more fragmented, anonymous big city life. Ivor had a difficult time leaving his friends and life in New York. And it took a while for Hartley to find a position in the Williams College art department.

To help with the transition, Linda began seeing a psychotherapist named Elaine Hantman. Ms. Hantman also saw Hartley and Linda together at times. Ms. Hantman no longer has any records of the Shearers' treatment.

Gradually, the Shearers adjusted and established a rich life for themselves in Williamstown. As a middle school student, Ivor made the varsity hockey team at Mount Greylock Regional High School. Hartley became the assistant coach of the team. On the professional side, Hartley became an adjunct professor in the Williams College art department. He found the teaching gratifying and made good friends in the department. During the transition, Hartley was still seeing Dr. Chambers in New York on occasion. The difficulty of the transition to life in

11

Williamstown and its positive outcome are well summarized in two of Dr.
Chambers notes. On January 19, 1990 in the middle of the Shearers' first year in
Williamstown, Dr. Chambers noted:

> Life not settled down in Massachusetts. November to December was the
> worst…. He does winter classes…. Zero friends in art faculty, social
> exclusion. It is a closed society to him.

But by the following fall, at the beginning of the Shearers' second academic year
in Williamstown, Dr. Chambers noted on September 7, 1990:

> Hartley feels as well as [he] ever has. Amazingly successful at work.

Hartley indicated to Dr. Chambers that he wanted to gradually reduce his
medication. He had his last appointment with Dr. Chambers on November 28,
1990. According to Dr. Chambers' note, in that appointment Hartley was
concerned about Ivor feeling under "academic pressure." Still, according to
Hartley life in Williamstown was "becoming stimulating." Ivor's new
pediatrician had taken over managing his Ritalin.

Initially, Hartley saw a psychiatrist, Dr. Silverman, in the Williamstown area for
his Ritalin. However, he transferred management of his Ritalin to his new
primary care doctor, Dr. Daniel Sullivan by the fall of 1991. According to Dr.
Sullivan's records, he gave Hartley monthly prescriptions for Ritalin. Hartley's
dose was lower than it had been with Dr. Chambers; it dropped down to 20
milligrams a day.

In 1994, the Shearers were in the process of selling the rental building they had in
New York in order to fund building a home in Williamstown. Unfortunately,
capital gains taxes ate up a lot of the profit they made on the building. Hartley
was stressed this time and Dr. Sullivan prescribed Trazadone for sleep. In 1995,
the Shearers built a new home in Williamstown on Pine Cobble Road.

In August 1996, Hartley told Dr. Sullivan that he was feeling somewhat
depressed. He no longer had the rental property in New York to manage. In an
April 8, 1996 appointment with Dr. Sullivan, Hartley said he would like to work
full-time, but wasn't sure a full-time position would be available. Dr. Sullivan
prescribed Prozac 20 milligrams a day, which was increased to as high as 40
milligrams a day because Hartley was experiencing some anxiety. According to
Dr. Sullivan's notes, Hartley responded well to the Prozac. For unclear reasons,

12

Dr. Sullivan changed Hartley's diagnosis from depression to obsessive compulsive disorder a year later in August 1997. Dr. Sullivan did not document the reason for the change. In notes on August 29 and October 6, 1997, Dr. Sullivan also implied that Hartley was on Prozac for his migraine headaches.

As part of settling into life in Williamstown, Hartley sought out a new opportunity to do volunteer work helping troubled youths. Hartley found the Berkshire Farm Center and Services for Youth just over the Massachusetts border in Canaan, New York. The farm is a residential treatment facility for at-risk boys. The farm's website describes it as a "child welfare agency with a 123-year history of success working with at-risk children and their families. Berkshire's services assist more than 3,000 children across New York State, providing life-changing experiences."[3] Children attend the Berkshire School with the goal of preparing at-risk boys to graduate from high school and return to their community. The farm also runs respite programs for foster children.

Hartley so enjoyed the volunteer work that he decided to enter a masters in social work program at the State University of New York at Albany (SUNY Albany) in the mid-1990s. He went to school part time because he was still teaching at Williams. As part of his program, he did an internship working with psychiatric patients at the North Adams Regional Hospital. According to Linda, Hartley loved the internship.

Hartley took up bicycling in Williamstown. As with any sport, he took it up with strenuous vigor, often biking many miles per day.

As an adult, Hartley is described as an intense, passionate, generous, committed man. He was a stylish dresser who enjoyed the physical and psychological benefits of being fit. He was apparently very bright, articulate, and a great conversationalist. He was unconventional in some of his lifestyle choices, like being the primary caretaker for his son.

<u>*In January 1999, Hartley Has a Stroke after Mitral Valve Surgery*</u>

Hartley had a history of mitral valve prolapse and mitral reguritation. On January 5, 1999, Hartley had surgery to repair his mitral valve at the Brigham & Women's Hospital in Boston. The surgery went well but while Hartley was recuperating postoperatively he suffered a stroke that left him a left hemiparesis. Hartley spent about two months at Spaulding Rehab in Boston before going back to Western Massachusetts in March 1999. Linda took three months leave of

13

absence to stay with Hartley in Boston. Her employer, Williams College, and her colleagues at the art museum were very supportive.

## *Hartley Does Well Adjusting to Life with His Left Hemiparesis*

By all accounts, Hartley applied his usual determination and focus to recovering as much as possible from his stroke. With the aid of a left leg brace and cane, he was ultimately able to walk, including walking up and down stairs, and drive a car. He had very limited use of his left arm and hand, and carried his arm in a sling. After he left Spaulding Rehab, Hartley kept up a strenuous program of twice a week physical therapy at North Adams Regional Hospital. Friends signed up on a chart at the Shearer's home to take him to physical therapy, offering a way for him to re-connect with the community. Friends also brought meals to the Shearers for months to help out. Hartley worked out in a gym at home, walk up and down a hill outside his home, and swam regularly. Remarkably Hartley was able to swim unaided. Linda describes Hartley's swimming as "both heroic and tragic" because on the one hand it was inspiring to see him persevere in doing the butterfly while on the other hand it was hard to watch him weighed down by half his body. Initially, Hartley had left-sided neglect, but this cleared as he worked hard at learning how to read again. As he gradually improved, Hartley was able resume some teaching students in independent study, with the goal of eventually getting back to teaching in the classroom.

At the time of Hartley's stroke, Ivor was an undergraduate at Skidmore College in Saratoga Springs, New York, about an hour-and-a-half from Williamstown. In order to help care for his father, Ivor became a half-time student and got an apartment in Tory, New York, about half-way between Saratoga Springs and Williamstown. He took classes in the middle of the week and was home for three or four day weekends three out of four weeks each month. In addition, the Shearers hired a series of young men as caregivers to come into the home during the day and assist Hartley getting dressed, running errands, and going to doctors appointments.

While Hartley at times experienced frustration with his situation, in general his spirits and determination remained good after his stroke. Below is a sampling of comments from his medical records, reflecting the challenges of his condition,

the ups and downs. The many favorable comments reflect Hartley's focus and
determination:

1/19/99:
He has a left hemiparesis but: "He is otherwise completely alert,
intellectually intact and feeling very well....Thanks for letting us
participate in the care of this nice gentleman." —The cardiac surgeon's
summary of Hartley's postoperative course.[4]

1/15/99:
"Very anxious and irritated--seems angry" —Spaulding[5]

1/16/99:
"I want to be able to return back to my strenuous routine." —Spaulding[6]

1/21/99:
"By temperment the patient has a high need for physical activity. Failure
to address this will impact his mood and his ability to concentrate." —
Spaulding[7]

3/4/99:
Neuropsych testing to evaluate his progress since January: "There has
been significant improvement to all effected functions... His capacity to
think on his feet may now be sufficient to support his teaching the class."
—Spaulding[8]

4/12/99:
"Definitely motivated to maximize function and return to pre-morbid
level." —North Adams Regional Hospital physical therapy[9]

4/16/99:
"Patient [is] extremely motivated to improve strength and function." —
North Adams Regional Hospital physical therapy[10]

6/22/99:
"He is reconsidering his ability to accomplish completion of his degree
work in social services because of the physical limitations imposed by his
stroke." —North Adams Regional Hospital physical therapy[11]

15

9/30/99:
"Excellent mood and affect." —Dr. Edwards, neurologist

11/19/99:
"Mental status is quite good." —Dr. Edwards, neurologist

12/16/99:
"Still having issues with coping, but he remains quite vigorous in his therapy." —Dr. Edwards, neurologist

As seen from the quotes, naturally Hartley had his challenges after the stroke. But he showed remarkable vigor and strength of character recovering from the stroke.

Before his stroke, Hartley had been a smoker for decades. When his doctors told him he needed to stop smoking after the stroke, he quit cold turkey with the aid of nicotine patches, another testament to his strength of character.

In addition to his hemiparesis, Hartley had other challenges related to his stroke. For example, he suffered erectile dysfunction. But again, he persevered, trying treatments like Viagra and replacement testosterone.

<u>*Hartley's Neurologist, Dr. Keith Edwards,*</u>
<u>*Aggressively Treated His Hemiparesis*</u>

In July 1999, Hartley began seeing a neurologist in Bennington, Vermont, Dr. Keith Edwards. Dr. Edwards aggressively treated Hartley's hemiparesis, for example with an experimental medication from Spain that was not yet approved in this country and with Botox injections. Both Hartley and Linda appreciated Dr. Edwards' aggressive approach, which lifted their hopes that Hartley might improve more. In a January 6, 2000 letter, Dr. Sullivan wrote to Dr. Edwards:

> Thank you for your continued aggressive and attentive care to Mr. Shearer. He is very pleased with the care he has received. Psychologically he has made significant gains due to your personal attention and the improvements with Botox.

However, by the spring of 2000, Hartley realized his progress recovering from the stroke had plateaued.

16

On August 7, 2000, Hartley had a consultation with one of Dr. Edwards'
colleagues, Dr. Pramod Sethi. Linda accompanied him to the appointment.
According to Dr. Sethi's note:

> The patient [has] made a gradual recovery initially in strength after going
> through several months of rehabilitation. The patient was eventually able
> to ambulate with weight bearing, but he had practically no recovery in
> strength in his left hand. The patient made recovery up to 1 year after his
> surgery, and since then, his neurological improvement has plateaued
> down. The patient is here for a second opinion regarding further
> continuing improvement in his strength.

Dr. Sethi recommended the possibility of "constraint induced therapy" but
Hartley "had heard about this" and "initially had a negative impression." Dr.
Sethi gave Hartley additional literature on the treatment option and they left it
that Hartley would call in the future if he was interested. Hartley did not follow
up with the suggestion.

Both Linda and Ivor report that Hartley experienced some disappointment with
the realization that his progress had plateaued but he came to terms with it. He
did not become depressed. At no time did he express suicidal thoughts to
anyone, his family or physicians. He retained his focus and determination to
make the best of his situation and to work towards teaching again in the
classroom.

### _Hartley Begins Seeing a Psychiatrist, Dr. Catapano-Friedman, in February 2000_

In December 1999, Dr. Edwards recommended that Hartley get into
psychotherapy for support recovering from his stroke. Hartley and Linda went
back to Elaine Hantman, who suggested he see a psychiatrist since she could not
evaluate or prescribe his medication. On February 19, 2000, Hartley began seeing
Dr. Lisa Catapano-Friedman.

According to Dr. Catapano-Friedman's initial evaluation note and deposition,
Hartley came to see her because he was "concerned about his anger and venting
it on Linda." According to her notes and her deposition, Dr. Catapano-Friedman
suggested Buspar (an anti-anxiety agent) or a second generation antipsychotic
(such as Zyprexa) for Hartley's anger.

17

<u>*In the October 2000 Hartley Is Hospitalized*</u>
<u>*for Low Back Pain and Prescribed Neurontin*</u>

In September and October of 2000, Hartley had another series of serious medical events: severe low back pain, endocarditis, and an emergency splenectomy. Hartley was initially hospitalized at the North Adams Regional Hospital with the severe low back pain. His pain was treated with morphine, but he had a bad reaction to the drug, becoming paranoid and disoriented. An October 13, 2000 note at the North Adams Regional Hospital reported that Hartley "never believed back pain would be this bad."[12] Hartley developed an infection, which was believed to result in endocarditis. Hartley was transferred to the Brigham & Women's Hospital in Boston. According to an October 14, 2000 nursing assessment at the Brigham:

> Patient feels on edge of breakdown…Patient expresses feelings of depression concerning disease process, yet is able to talk about what led to it and direct his care in reasonably good spirits…Patients hopes to return to baseline self-care with assist status, resolve pain…etc. Patient to be seen by neuro and pain service.

When it was recognized that Hartley was becoming paranoid and disoriented on narcotics his pain medication was switched to a cocktail of Neurontin (an anticonvulsant mood stablizer), Flexeril (a muscle relaxant), and Vioxx (a nonsteroidal, anti-inflammatory pain killer). Hartley was first prescribed Neurontin on October 14, 2000, the same day his morphine was discontinued. His dose was titrated up from 100 milligrams three times a day to 300 milligrams a day, and then back down again to 200 milligrams a day.

According to the medical records, the medication regimen controlled Hartley's pain well. According to an October 16, 2000 note:

> Pain is gone, no paranoia present, but patient complains of anxiety….
> Continue Neurontin[13]

The word "but" in the above note is critical, because although Hartley's pain began to come under better control with the new combination of medication, Hartley began to experience mood and behavioral changes on Neurontin, which the FDA has since warned may to lead to patients becoming suicidal on the drug.

18

### Hartley Experiences Mood and Behavioral Changes on Neurontin

Within days of starting Neurontin at the Brigham, on October 18, 2000 Hartley was described as having an "alteration in self-concept."[14] Hartley was discharged from the Brigham on October 19, 2000 and transferred to the Berkshire Medical Center for rehabilitation. According to his medical records, on Neurontin Hartley became more depressed and developed a new, panicky anxiety. An October 23, 2000 note describes Hartley as feeling "dependent" on Linda and "feels panicky when he can't reach her."[15] An October 21, 2000 note describes Hartley as "very depressed tonight."[16] An October 24, 2000 note describes Hartley as "quite depressed and panicky."[17]

Unfortunately, while in rehab, Hartley's spleen ruptured and he had to have an emergency splenectomy on October 25, 2000.

At the Berkshire Medical Center, Hartley was put on a narcotic again and once again developed paranoia and hallucinations. According to Ivor, Hartley thought he was in a gas station rather then a hospital and was hallucinating that the hospital personnel were gas station attendants. Hartley was taken off the morphine and the paranoia and hallucinations cleared. According to an October 26, 2000 note:

> Has had psychotic reaction to narcotics in the past.[18]

An October 30, 2000 note added:

> Now has clear sensorium with no more remaining paranoia from narcotics.[19]

Hartley was discharged home on November 2, 2000. With physical therapy, Hartley regained the level of mobility he had achieved before he was hospitalized for the back pain. According to a December 1, 2000 report:

> [Hartley] has regained [his] prior level of functional mobility that he had after the CVA [cerebrovascular accident, i.e. the stroke].[20]

### Hartley Calls the Police During an Argument with Linda

On the night of February 28, 2001, Hartley became overwrought watching a television show. Linda cannot recall exactly what the show was about but it was

19

something political. When Linda tried to calm Hartley down, he got into an argument with her. He was in her face, although not threatening. Again, this was out-of-character for Hartley and part of the mood and behavioral changes he was experiencing on Neurontin. Linda slapped Hartley in the face trying to calm him down, telling him he should go to bed. Instead, Hartley called the police. The police came to the house, arrested Linda, and took her into custody. When Hartley panicked over being left alone, Linda tried to get the police to allow her to stay, but they refused. A friend came to the police station and posted bail for Linda, so she was home by the early morning. Still, they were both very distressed by the incident. The charges against Linda (assault and battery) were later dropped.

Hartley saw Dr. Catapano-Friedman a week later on March 8, 2001. According to Dr. Catapano-Friedman's note, Hartley told her:

> He and his wife had major argument…He ended up in her face. She slapped him. He called police and she was charged. Realizes he needs to "ratchet down" his constant anger.

Dr. Catapano-Friedman prescribed Zyprexa for Hartley's deteriorating mood and behavior, although she could have no idea at the time that it could be Neurontin-induced. Zyprexa is a second generation antipsychotic that Dr. Catapano-Friedman had recommended when she first saw Hartley. He was only acquiesced in March 2001 as his mental state was deteriorating.

### Hartley's Mental State Continued to Deteriorate on Neurontin

Hartley next saw Dr. Catapano-Freidman on April 12, 2001. Dr. Catapano-Friedman again reported Hartley's panicky anxiety:

> Still gets enraged/frightened. Very afraid of being alone. Feels very vulnerable which makes him panicky, about getting needs met, fury. Will up Zyprexa to get effect.

Hartley next saw Dr. Catapano-Friedman on May 10, 2001. In her note, Dr. Catapano-Friedman observed:

> [Hartley is struggling with] anxiety and agitation.

On May 11, 2001, Hartley met with a cardiologist named Daniel Kusick. He was experiencing atrial fibrillation and saw Dr. Kusick for a consultation on possible cardioversion. According to Dr. Kusick's note, Hartley told him

> He has had problems with significant depression….

At her deposition, Linda testified that Hartley became despairing in the last year of his life:

> Q: Did you see any signs of increased depression in Mr. Shearer during the  month prior to his suicide?
>
> A: No.
>
> Q: Did you see—looking back, did you see any actions or—or statements he made that—that now indicate to you that he may have been contemplating suicide?
>
> A: No, I—I don't remember. I think at a certain point, which I—I believe I said yesterday, that after the episode in 2000, there was a kind of sense that it—the—the improvement that he had been fighting for wasn't happening because so much had happened to him. So what I—what I'm—what I want to say is that there was a—a slow sense of—I don't—I won't use the word "*despair*," but almost…an awareness that it was going to be a lot harder to recover from everything than he had originally thought.
>
> Q: And this was after the emergency splenectomy—
>
> A: Exactly.
>
> Q: —and everyting that went along with that?
>
> A: Yes. Yes. So what I'm trying to say is, did I notice in the last month any particular signs? No.
>
> Q: Did he ever talk with about his will to live or lack thereof?
>
> A: He—he was very, very—as I said yesterday, he was very determined. He was a fighter. And he wanted to—he wanted to get better. And that was very clear. I mean, we talked about that a lot. And—but he was also—was realistic and knew that there were limitations to what he could do and couldn't do. But he was very determined to regain a—a real life. And it was—as I say, *it was that sort of last year that I think it was harder and harder for him. So there was a process or—that he went through of*—of really, you know, determined to regain his—his life. And then a recognition that it wasn't going to be—wasn't going to be what it had been, and—and *trying to cope from there* [emphasis added].

This "despair" was new, after Hartley went on Neurontin. It was part of the mood and behavioral changes Hartley underwent on Neurontin.

Says Ivor:

> He wasn't the same person, in the last year of his life. My father was an incredibly engaged person. No matter what he was doing, you always felt he was very much present. After the stroke, he couldn't be as physically engaged, but he was still the same person, just as intense, just as engaged. But definitely in that last year, it changed. I remember coming to terms with the fact that he wasn't the father I had always known. He became despondent. He was no longer engaged in the same way.

> I thought his eyes were glossed over, that there was some way in which he was out of it. I thought at the time that maybe he was overmedicated. I tried researching all his medications online looking for side effects or bad interactions to explain it, like the bad reaction he'd had in the hospital to the morphine. But there was nothing. We didn't know about the Neurontin at the time.

Ivor testified that he and his father researched his medications online. They focused in on several medications, including the Zyprexa, Zaraflex, and Neurontin. In particular, Hartley was experiencing Neurontin side effects. Ivor testified:

> Q: Did your father ever discuss Neurontin specifically with you?
> A: Yes.
> Q: What did he tell you about that?
> A: He told me he was—he told me that it addressed—it was an antiseizure medication that would help with rigidity in his limbs. It was a medication he thought was helping him. He was initially—I believe he was excited about it. He did, thought, feel that it was giving him adverse reactions, side effects.
> Q: Like what?
> A: I don't recall everything. There were a number of things that we sort of went through. One was dry mouth. And that's what I can remember right now. We discussed it in great deal—I mean, a great deal.
> Q: What other medications did you discuss with your father?

A: We went through everything. He told me what there were prescribed
   for. My mother, she told me what she had been—what the doctors had
   told her.

Q: I'm still trying to understand how this interest in your father's
   medication came about. What inspired you to do this research?

A: I am generally familiar with the concept of a patient being over-
   prescribed.

Q: From what—I'm sorry. Well, go ahead.

A: I also was concerned about possible adverse interactions between
   medications.

Q: Did your father ever tell you that he had adverse reactions or effects
   from other medications?

A: No.

Hartley's primary care doctor, Dr. Sullivan, was prescribing the Neurontin. In a
July 10, 2001, Hartley told Dr. Sullivan he wanted to try going off Neurontin.
According to Dr. Sullivan's note:

> [Haartley] plans a holiday from Neurontin. He is not sure of its
> effectiveness.

Unfortunately, Hartley did not go off the Neurontin. He continued to fill
prescriptions regularly at the pharmacy until his death.

Hartley had his last appointment with Dr. Catapano-Friedman the next month,
on August 2, 2001. Dr. Catapano-Friedman again documented his panicky
anxiety:

> Panics if he feels helpless.

According to Ivor, Hartley did not feel he was making progress with Dr.
Catapano-Friedman. For some time had have felt that Dr. Catapano-Friedman
had an overly simplistic view of him and the issues he wanted to work on.
Although she did not document it in her records, at her deposition, Dr.
Catapano-Friedman said she diagnosed Hartley with a narcissistic personality
disorder. People with narcissistic personality disorders coldly exploit others. The
close relationships Hartley had with family, friends, colleagues, and students are
inconsistent with a diagnosis of narcissistic personality disorder. Nor would
someone with a narcissistic personality disorder dedicate himself as Hartley did

23

for years to volunteer work with the disenfranchised. In my opinion, Dr. Catapano-Friedman's perceptions of Hartley and his problems were skewed by her inability to recognize his Neurontin-induced mood and behavioral changes because of Pfizer's failure to warn.

On August 21, 2001 Hartley bought a gun at Dave's Sporting Goods in Pittsfield, Massachusetts. Hartley's caregiver at the time, Sean Wheeler, accompanied him to the store. At his deposition, Sean was asked:

> Q: Did you know he that Mr. Shearer had a gun in the home?
> A: Yes, I did.
> Q: How did you know that?
> A: We—he actually purchased the gun when he was with me one day. We—you know, I always understood that, you know, that because he was a sportsman, you know, he needed some kind of outlet for physical activity and, from what I understood, one of his friends recommended to him that, you know, it might be something that he want to do, you know, to release some stress.
> Q: Is that something he told you or that you just—
> A: I feel like we had a conversation about it at one point in time about how someone had recommended to him…. He actually was researching it for awhile….Hartley was very concerned with the esthetics of the gun, you know, what the gun looked like; what did the handle look like? Do you know what I mean? He really just wanted to get something that was, you know, kind of interesting looking….I mean, the guy was an art teacher….I said to him at one point in time when he was looking at them because he was looking at so many different places for this gun. I was like, why don't you just get this one? And he's like, I don't want that, you know, I don't like the color of that one, and I don't like the way the handle looks, either, and I was like, oh, okay, so.

> Q: Did he ever tell you he wanted to have a gun because he was thinking of doing harm to himself?
> A: No.
> Q: Did he ever discuss with you harming himself or—
> A: Never.
> Q: Did he ever discuss suicide with you?
> A: No, never.

Hartley took up going to target practice with the gun. At times he was accompanied by Linda, Ivor, or Sean.

At his deposition, one of Hartley's friends from New York, Vito Acconci, testified:

> I have made myself somehow remember that Linda had—that Linda said when the stroke happened, he said…that he wanted to have a gun because he didn't know [if] he could take it. But I don't know when she could have told me that and I, you know, I hate to believe I'm making it up, but, you know….I can't imagine when she could have told me that….I remember a few years later I had—I had heart surgery…. So—but, again, I don't know how much of this I've kind of mingled with fears of mine….It was something so understandable to me but I thought—I thought if someone wants to have a gun, because if you really can't take it, you would kill yourself, you know. And at the same time I said, you know, I have said I have made this kind of transference, at the same time—and here I'm talking about me more than Hartley—do I ever think I would really—I would really kill myself?

Linda says there was never a suggestion that Hartley bought the gun to kill himself. Still, it is noteworthy that Hartley only bought the gun after he experienced mood and behavioral changes on Neurontin. Says Ivor:

> If he was going to kill himself over this, it would have been in the spring of 2000 when his recovery from the stroke plateaued. But there was never any suggestion of that. His remained focused on making his life the best that he could. He only began to have real difficulty coping in the last year of his life [after he had gone on Neurontin].

In 2001 Hartley worked on finishing up a DVD art project he had started earlier, perhaps even before the stroke, although Linda cannot recall. Linda saw Dr. Catapano-Friedman on December 7, 2001. According to Dr. Catapano-Friedman's note:

> Discussed concerns about Hartly's what next.

25

At her deposition, Dr. Catapano-Friedman was asked:

> Q: What did you mean by discussed concerns regarding Hartley's what's next?
> A: Hartley had been so driven and so wrapped up in this art project....and he had no plans for what was he going to work on next so we were both worried about was he going to decompensate.
> Q: And he wasn't seeing you during that time period?
> A: No, I did not see him in that time period [before his death].
>
> Q: The next time you saw Mrs. Shearer was after Mr. Shearer's suicide?
> A: Right.

Linda says she was not concerned about what Hartley would do next. Hartley was planning to go back to teaching in the classroom in the spring semester of 2002 for the first time since his stroke. Indeed, Linda and Hartley were planning on co-teaching a course on contemporary art and film that they had taught together before. Linda knew this would be Hartley's next project.

### *On February 7, 2002 Hartley Committed Suicide*

On Monday, February 4, 2002 Hartley and Linda taught the first class of their course. Hartley was pleased the class went well. On Tuesday morning, February 5, 2002 Linda left for a conference in Hawaii, a meeting of Art Association of Museum Directors. Linda had previously made professional trips to Houston, Texas and Venice, Italy without Hartley since his stroke. She had also made two trips with him, one to Santa Fe and one to North Carolina. It was Hartley's idea that Linda take the trip to Hawaii with colleagues from Williamstown. Whenever Linda was away, Ivor stayed at the house with his father. He would skip his classes or commute from Williamstown. While he was off at class during the day, the other young men who were caretakers would help Hartley.

That semester, Ivor was taking classes on Tuesdays and Thursdays. Because Linda was going to be out of town, Ivor skipped his Tuesday classes to stay home. On the Thursday morning, he went off to school and was coming back later in the day. Hartley's caregiver at the time, Sean Wheeler, came over in the middle of the day. Sean was scheduled to take Hartley to an appointment in Albany, New York to get a strap on his leg brace repaired. Sean overheard Hartley arguing on the phone with Linda. When he got off the phone, Hartley was agitated and considered not going to his appointment. In the end, he told

26

Sean he did want to go, but needed to collect a few things upstairs first. Not long afterwards, Sean heard a noise upstairs and thought Hartley might have fallen. Going upstairs, he was surprised to find Hartley's bedroom door locked. Going around through the bathroom, he found Hartley on the floor of his bedroom with a gunshot wound to the forehead. Sean ran downstairs and called 911. When the police and medics arrived Hartley was semiconscious. He was rushed to the hospital but died shortly thereafter.

Hartley left a suicide note in his study that read:

> Linda has left me powerless by hanging up on me for the last time. I love you both Ivor and Linda. But this is it – Hartley Shearer

According to the police report, Hartley and Linda had been arguing over her being away, especially at a time when they were teaching. In fact, Linda's trip was timed so she was returning on the weekend in time to teach the class with Hartley on Monday. And, Ivor was coming back from school later in the day. Says Linda:

> I didn't hang up on him. I was talking to him on my cell phone from Hawaii. We lost reception. But he just couldn't cope.

Indeed, Hartley's suicide reflects the mood and behavioral changes—particularly the worsening depression and panicky anxiety—that developed while he was on Neurontin.

Linda, Ivor, their friends, and his students were devastated by Hartley's suicide. According to a Williams College obituary:[21]

> "Hartley Shearer was a vital member of the college and local community as an accomplished video artist, energetic teacher, lively intellectual presence, volunteer, caring colleague, and friend to many," Williams President Morton Owen Schapiro said. "He was also an especially devoted husband and father. The thoughts of all of us at the college are with Linda and Ivor at this time."
>
> As in his ice hockey coaching at Mt. Greylock Regional High School and his year-round mountain biking, he took on every project with intensity and drive. A stylish dresser in an L.L. Bean town, his video art similarly stood out. "He didn't want to just show something to viewers, he wanted

to engage them in the situation," said Michael A. Glier, assistant professor of art. "He wasn't didactic, he was trying to create a conversation."

Says Linda:

> I still feel lost without him. He and I were soul-mates. Professionally, he was the one I always turned to to help me figure out how to solve a problem. Emotionally, I feel lost without him.

## Differential Diagnosis

When diagnosing conditions in medicine and psychiatry, one considers all the possible diagnoses that might account for the patient's symptoms. In a process called the "differential diagnosis," one rules each of the diagnoses in or out to arrive at a final diagnosis. In Hartley Shearer's case, after considering the factual information contained in the documents I reviewed and the information I obtained from interviewing Linda and Ivor Shearer, below are the other diagnoses I considered and ruled out.

In my opinion, based on a reasonable degree of medical certainty:

*1.) Hartley's underlying depression increased his risk for suicide but was not a substantial factor in his death.* Hartley had a long history of depression, dating to before his stroke in 1999. Hartley's mild to moderate depression had never made him suicidal. He had never expressed suicidal thoughts to anyone, let alone made a suicide attempt. Following his stroke but prior to being on Neurontin, Hartley naturally had periods of a depressed mood. But, he was not diagnosed with a severe depression and again did not become suicidal. Hartley's depression worsened on Neurontin, which the FDA has since warned may be a precursor to Neurontin-induced suicidality. The second series of medical events Hartley experienced in 2000 was certainly distressing but not as serious as his stroke in 1999, with its long-term consequences. Yet Hartley coped better with his stroke that he did following the events of 2000 after he was started on Neurontin. To a reasonable degree of medical certainty, Hartley's worsening depression in the last year of his life was due to Neurontin and not his underlying depression. While Hartley's underlying depression increased his risk of suicide, it was not a substantial factor in his death.

28

*2.) Hartley's underlying anxiety disorder increased his risk for suicide but was not a substantial factor in his death.* Hartley also had a long history of anxiety. Hartley's mild to moderate anxiety had never made him suicidal. Following his stroke but prior to being on Neurontin, Hartley naturally had periods of anxiety. But, he did not evidence severe anxiety and again did not become suicidal. On Neurontin, Hartley developed severe panicky anxiety, particularly around not knowing where Linda was or being alone. The FDA has since warned that such mood and behavioral changes may be precursors to Neurontin-induced suicidality. To a reasonable degree of medical certainty, Hartley's panicky anxiety in the last year of his life was due to Neurontin and not his underlying anxiety. While Hartley's underlying anxiety increased his risk of suicide, it was not a substantial factor in his death.

*3.) Hartley's underlying personality may have increased his risk for suicide but was not a substantial factor in his death.* Dr. Catapano-Friedman diagnosed Hartley with a narcissistic personality disorder in the setting of his worsening depression and panicky anxiety on Neurontin. Hartley had never before been diagnosed with a narcissistic personality disorder. In my opinion, Dr. Catapano-Friedman was unable to appreciate that Hartley's mood and behavior changes were due to Neurontin because of Pfizer's failure to warn and misinterpreted the effects of Neurontin as a personality disorder. Even if aspects of Hartley's underlying personality increased his risk for suicide, they were not a substantial factor in his death.

*4.) Hartley's underlying attention deficit disorder may have increased his risk for suicide but was not a substantial factor in his death.* Hartley had been diagnosed with attention deficit disorder decades before his death. Hartley's attention deficit disorder had never made him suicidal. While Hartley's attention deficit disorder may have increased his risk of suicide, it was not a substantial factor in his death.

*5.) Hartley's suicide was not due to a psychotic disorder.* Hartley did not have any history of a psychotic disorder such as schizophrenia or bipolar I disorder. Hartley never been diagnosed with a psychotic disorder. He had hallucinations and delusions on morphine, but this was really delirium, not psychosis. Based on my review of his medical records, the other discovery documents, and interviews, I did not see any indication that Hartley had an underlying psychotic disorder.

*6.) Hartley's suicide was not due to his compulsive traits.* Although Dr. Sullivan listed obsessive compulsive disorder as one of Hartley's diagnoses, he never

29

documented symptoms to justify the diagnosis. Hartley did exercise compulsively and he may have had other traits that could be labeled compulsive. But, based on my review of his medical records, the other discovery documents, and interviews, I did not see any indication that Hartley had obsessive compulsive disorder.

7.) *Hartley's suicide was not due to another concurrent psychiatric condition.* Hartley had no other psychiatric diagnoses. He had never been diagnosed with any psychiatric disorder other than those discussed above. Based on my review of his medical records, the other discovery documents, and interviews, I did not see any indication that Hartley had another psychiatric condition.

8.) *Hartley's stroke January 1999 and his resulting left hemiparesis increased his risk for suicide but was not a substantial factor in his death.* Hartley's stroke and resulting hemiparesis was a major, life changing event. As a severe medical illness with long-term consequences, it increased his risk for suicide. However, Hartley plateaued in his recovery from the stroke in the spring and summer of 2000. While he was disappointed not to make more progress, he accepted this and continued to work hard to make the best of his life. There is no indication that he became suicidal at the time. To a reasonable degree of medical certainty, Hartley's hemiparesis increased his risk for suicide but was not a substantial factor in his death.

9.) *Hartley's second series of medical events in October 2000—his hospitalization for severe back pain, endocarditis, and splenectomy—may have increased his risk for suicide but was not a substantial factor in his death.* Hartley's second series of medical events in October 2000 were certainly distressing but nowhere near as severe as his stroke in 1999 and lacked serious, long-term medical consequences compared to his hemiparesis. Yet Hartley coped better after the stroke than he did after the events of October 2000 when Neurontin was added to his regimen. Given how well Hartley coped with the stroke, to a reasonable degree of medical certainty he would have coped as well with the events of October 2000 were it not for Neurontin. While the events of October 2000 may have increased his risk for sucide, they were not a substantial factor in his death.

10.) *Hartley's other medical problems may have increased his risk for suicide but were not substantial factors in his death.* Hartley had multiple other medical problems. For example, he had hypertension and erectile dysfunction. However, these other medical problems paled by comparison with his left hemiparesis. While

theses other medical problems may have added somewhat to his increased risk for suicide, they were not a substantial factor in his death.

11.) *Hartley's death was not due to marital problems.* Hartley and Linda Shearer had a loving, decades-long marriage. Like any couple they had their challenges, not least of which was Hartley's stroke. Because of her dedication to Hartley, Linda took a three month leave of absence from work to be with him in Boston when he was in rehab after his stroke. Hartley and Linda's marital issues were within normal limits. Hartley's death was not due to marital problems.

12.) *Hartley's death was not due to financial strain.* After Hartley's death, Linda had financial problems due to the many medical and other bills associated with Hartley's stroke. But before his death, Hartley does not appear to have been burdened or overly worried about their financial situation. Hartley's death was not due to financial strain.

13.) *Hartley's suicide was not due to alcoholism.* Hartley was not a social drinker. He would have a couple of beers at night before going to bed. However, Hartley was never diagnosed with alcoholism. At the time of his death, there was no evidence that alcohol played a role in his suicide.

14.) *Hartley's suicide was not due to substance abuse.* As a young man in college, Hartley had experimented with cocaine and marijuana. However, he had not used illicit drugs in years. He had no history of substance abuse. At the time of his death, there was no evidence that illicit substances played a role in his suicide.

15.) *Neurontin was a substantial contributing factor in Hartley's death.* On Neurontin, Hartley experienced classic mood and behavioral changes leading up to his death. In addition to the evidence in Hartley's specific case, as detailed in the general causation reports of Drs. Trimble and Kruszewski, the combination of biological plausibility, signals, adverse event reports, and a statistically significant meta-analysis all point to Neurontin as a substantial contributing factor in Hartley's death.

16.) *Some of Hartley's other concurrent medications may have increased Hartley's risk of suicide and may have been a substantial contributing factor in Hartley's death.* Hartley was on multiple other medications at the time of his death. Some of his other medications have warnings or precautions advising of an increased risk of suicide. For example, the antidepressants Prozac and Trazadone have black box

31

warnings that they may make children, adolescents, and young adults suicidal. There are reports that antidepressants also make adults suicidal. Benzodiazepines like Valium have precautions that they may disinhibit suicidal urges. But, for Hartley's age group, the evidence that these other drugs make patients suicidal is not yet as strong as the evidence implicating Neurontin. An adverse interaction between Neurontin and Prozac in particular may have played a role in Hartley's death. Hartley last filled a prescription for just seven pills of Prozac on January 26, 2002. If Hartley took the Prozac as prescribed, he would have run out six days before his death. He would have been in Prozac withdrawal with fluctuating serotonin levels that would have been altered by Neurontin's effect on changing serotonin levels in the brain. The FDA warnings for antidepressant-induced suicidality warn that the highest risk is whenever the dose changes either up or down. Neurontin's adverse interaction with Prozac may therefore have been responsible for the particular timing of Hartley's death.

Protective Factors Versus Risk Factors for Suicide

Protective factors that reduce the likelihood of suicide have been identified.[22] And risk factors that increase the likelihood of suicide have been identified.[23] As seen in Table I, Hartley had six out of seven factors protecting him from suicide. And, as seen in Table 2, he had only three of seventeen risk factors for suicide. Thus, Hartley was strongly protected against suicide and at low risk before he was put on Neurontin.

Table 1: Hartley's Protective Factors for Suicide

| | | |
|---|---|---|
| 1. | Effective clinical care for mental, physical and substance use disorders | √ |
| 2. | Easy access to a variety of clinical interventions and support for helpseeking | √ |
| 3. | Restricted access to highly lethal means of suicide | |
| 4. | Strong connections to family and community support | √ |
| 5. | Support through ongoing medical and mental health care relationships | √ |
| 6. | Skills in problem solving, conflict resolution and nonviolent handling of disputes | √ |
| 7. | Cultural and religious beliefs that discouraged suicide and support self preservation | √ |

32

Table 2: Hartley's Risk Factors for Suicide

| | | |
|---|---|---|
| 1. | Mental disorders, particularly mood disorders, schizophrenia, anxiety disorders and certain personality disorders | √ |
| 2. | Alcohol and other substance use disorders | |
| 3. | Hopelessness | |
| 4. | Impulsive and/or aggressive tendencies | |
| 5. | History of trauma or abuse | |
| 6. | Some major physical illnesses | √ |
| 7. | Previous suicide attempt | |
| 8. | Family history of suicide | |
| 9. | Job or financial loss | |
| 10. | Relational or social loss | |
| 11. | Easy access to lethal means | √ |
| 12. | Local clusters of suicide that have a contagious influence | |
| 13. | Lack of social support and sense of isolation | |
| 14. | Stigma associated with help-seeking behavior | |
| 15. | Barriers to accessing health care, especially mental health and substance abuse treatment | |
| 16. | Certain cultural and religious beliefs (for instance, the belief that suicide is a noble resolution of a personal dilemma) | |
| 17. | Exposure to, including through the media, and influence of others who have died by suicide. | |

Conclusions

In the fall of 2000, Hartley Shearer was a 56-year-old man making a good recovery from a stroke and left-sided hemiparesis. Unfortunately, in October 2000, Hartley was prescribed Neurontin for back pain. On Neurontin, Hartley developed worsening depression and mood and behavioral changes, which the FDA has since warned may be precursors to Neurontin-induced suicidality. Hartley Shearer had a long history of mild to moderate depression and anxiety that had never before made him suicidal. Hartley was just the kind of patient who should not have been given a drug that could make him suicidal.
But because of Pfizer's failure to warn, Hartley, his doctors, wife, and son did not know of Neurontin's risks. Since Hartley's death, the FDA has issued warning doctors and the public that Neurontin may make patients suicidal.
Unfortunately, the warnings came too late for Hartley and his family.

This completes my opinion at this time. Of course, my opinion is subject to revision based on additional discovery. Please keep me informed of the progress in this case.

Sincerely yours,

Joseph Glenmullen, MD

Encls: CV of Joseph Glenmullen, M.D.

---

[1] J. Glenmullen, *Prozac Backlash* (New York: Simon & Schuster, 2000); J. Glenmullen, *The Antidepressant Solution* (New York: Free Press Division of Simon & Schuster, 2005).

[2] J. Maslin, "Exploring a Dark Side of Depression Remedies," *The New York Times*, June 29, 2000. Acocella, J. "The Empty Couch: What is lost when psychiatry turns to drugs?" *The New Yorker*, May 8, 2000, pg. 112.

[3] http://www.berkshirefarm.org

[4] ShearerMed 000021 10-11

[5] ShearerMed 000016-40

[6] ShearerMed 00014-193

[7] ShearerMed 00014-76

[8] ShearerMed 000014 71-73

[9] ShearerMed 00013 251

[10] ShearerMed 00013 252

[11] ShearerMed 00020 257

[12] ShearerMed00013-87

[13] ShearerMed00003 420

[14] ShearerMed 00003-228

[15] ShearerMed00001 13

[16] ShearerMed0001 38

[17] ShearerMed00001 40

[18] ShearerMed00001 170

[19] ShearerMed 00001 179

[20] ShearerMed00020 228

[21] http://www.williams.edu/admin/news/releases/190

[22] http://www.sprc.org/library/srisk.pdf

[23] Ibid.

JOSEPH GLENMULLEN, M.D.
*Curriculum Vitae*

## Academic Appointments

1988 to present:  Clinical Instructor in Psychiatry, Harvard Medical School, in the
Department of Psychiatry, Cambridge Hospital, Cambridge, MA
1988-89:  Associate Director, Medical Student Education, Cambridge
Hospital/Harvard Medical School, Cambridge, MA
1987-89:  Instructor, Psychiatry 700 Course, Harvard Medical School

## Clinical Practice

*Clinical Practice*
1986 to present:  Private practice in Harvard Square, Cambridge, MA
1988 to 2008:  Psychiatrist, Harvard Law School Health Services, Cambridge, MA

*Forensic Practice*
2001 to present: Expert witness and forensic consulting
2002-present:  Member, Program in Psychiatry and the Law, Harvard Medical
School

## Teaching and Awards

*Teaching*
1988-present:  Supervision of social work interns, psychology fellows, and
psychiatry residents at the Cambridge Hospital/Harvard Medical School.

*Awards:*
May, 2001:  Annual Achievement Award in Medicine, American College for
Advancement in Medicine (ACAM), and delivered the keynote address,
the Linus Pauling Lecture, at ACAM's annual convention.

<u>Education and Training</u>

*Education*
1984: MD, Harvard Medical School, Boston, MA
1972: BA, magna cum laude, Brown University, Providence, RI

*Postdoctoral Training*
1987-88: Psychiatry Fellow, Harvard University Health Services, Cambridge, MA
1987-88: Chief Resident, Outpatient Department, Department of Psychiatry, Cambridge Hospital/Harvard Medical School, Cambridge, MA
1986-88: Residency, Department of Psychiatry, Cambridge Hospital/Harvard Medical School, Cambridge, MA
1984-85: Internship, Department of Medicine, Cambridge Hospital/Harvard Medical School, Cambridge, MA

*Board Certification*
1990: Board certified in psychiatry by the American Board of Psychiatry and Neurology

*Licensure*
1985 to present: Medical License, Massachusetts Board of Registration in Medicine


<u>Board Membership/Professional Organizations</u>

2008-present: Member, Board of Directors, New England Division of the American Foundation for Suicide Prevention
2008-present: Member, American Association of Suicidology


<u>Bibliography</u>

Wanzer, Sidney and Glenmullen, Joseph. *To Die Well: Your Right to Comfort, Calm, and Choice in the Last Days of Life.* New York: Perseus Books Group, 2007.
Glenmullen, Joseph. *The Antidepressant Solution: A Step-by-Step Guide to Overcoming Antidepressant Withdrawal, Dependence, and "Addiction."* New York: Free Press (division of Simon & Schuster), 2005

Glenmullen, Joseph.  *Prozac Backlash: Overcoming the Dangers of Prozac, Zoloft, Paxil and Other Antidepressants with Safe, Effective Alternatives.*  New York: Simon & Schuster, 2000

Glenmullen, Joseph. *Sexual Mysteries: Tales of Psychotherapy* with a Foreword by Robert Coles.  New York: Harper Collins, 1993 (hardcover).  Cambridge, MA:  Orbit Publishing, 2000 (paperback).