# EXHIBIT E

Page 1

```
 1              U.S. DISTRICT COURT OF MASSACHUSETTS
 2                    * * * * * * * *
 3     IN RE: NEURONTIN MARKETING SALES, PRACTICES AND
 4                      PRODUCTS LIABILITY
 5                    * * * * * * * *
 6                              *
 7     SHEARER,                 *    Docket No.
 8         Plaintiff            *    1629
 9         vs.                  *    Master File No.
10     PFIZER, INC.,            *    04-10981
11         Defendant            *
12                              *
13                    * * * * * * *
14                       DEPOSITION OF
15              STEFAN P. KRUSZEWSKI, M.D.
16                    January 14, 2010
17
18
19
20
21
22
23
24
25     Job No. 234312
```

Page 2

1    DEPOSITION
2    OF
3    STEFAN P. KRUSZEWSKI, M.D., taken on behalf of the
4    Defendant, Pfizer, Inc., herein, pursuant to the
5    Rules of Civil Procedure, taken before me, the
6    undersigned, Sarah Wendorf, a Court Reporter and
7    Notary Public in and for the Commonwealth of
8    Pennsylvania, at the Hilton - Harrisburg, 1 North
9    2nd Street, Harrisburg, Pennsylvania, on Thursday,
10   January 14, 2010, beginning at 10:11 a.m.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1                  I N D E X
2
3    DISCUSSION AMONG PARTIES              7 - 8
4    WITNESS: STEFAN P. KRUSZEWSKI, M.D.
5    EXAMINATION
6       By Attorney Ohlemeyer             8 - 148
7    EXAMINATION
8       By Attorney Fromson              148 - 152
9    RE-EXAMINATION
10      By Attorney Ohlemeyer            152 - 153
11   RE-EXAMINATION
12      By Attorney Fromson                 153
13   RE-EXAMINATION
14      By Attorney Ohlemeyer            154 - 155
15   CERTIFICATE                             156
16
17
18
19
20
21
22
23
24
25

Page 3

1             A P P E A R A N C E S
2
3    KENNETH B. FROMSON, ESQUIRE
4    Finkelstein & Partners, LLP
5    785 Broadway, 3rd Floor
6    Kingston, NY  12401
7       COUNSEL FOR PLAINTIFF
8
9    WILLIAM S. OHLEMEYER, ESQUIRE
10   Boies, Schiller & Flexner, LLP
11   333 Main Street
12   Armonk, NY  10504
13      COUNSEL FOR DEFENDANT
14
15   RICHARD BARNES, ESQUIRE
16   Goodell, DeVries, Leech & Dann, LLP
17   1 South Street
18   Baltimore, MD  21202
19      COUNSEL FOR DEFENDANT
20
21
22
23
24
25

Page 5

1              EXHIBIT PAGE
2                           PAGE
3    NUMBER   DESCRIPTION              IDENTIFIED
4    One      Dr. Kruszewski's Invoice      43
5    Two      Dr. Kruszewski's Map         129
6    Three    Dr. Kruszewski's CV          129
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

2 (Pages 2 to 5)

Page 62

1  identified individual committing suicide. Having
2  certain psychiatric diagnoses and/or substance abuse
3  diagnoses in the family are also specific risk
4  factors, while other mental health diagnosis are not
5  necessarily correlated with an identified person
6  being at risk for suicide. So it is my belief that a
7  family history of bipolar illness, a family history
8  of alcoholism, a family history of panic disorder
9  with agoraphobia places someone at a higher risk for
10 suicide, and not maybe so genetically predisposed,
11 but a family history of significant abuse may also
12 place someone at higher risk.
13 Q. How do you define significant abuse?
14 A. I'm defining it broadly as an individual who's
15 been repeatedly sexually abused as a child for the
16 case --- for the purposes of being here today.
17 Q. Could it be mental abuse --- let me --- better
18 question. Does it have to be physical abuse?
19 A. It probably does not have to be physical abuse.
20 But a lot of the research in that area has not been
21 done, and I'll just give you an example to put it on
22 the record, is that many of the children who --- no,
23 that's not a good example. I was going to talk about
24 people who were neglected as children have a higher
25 risk of suicide than those who are not, based upon a

Page 63

1  postwar analysis of British children, postwar World
2  War II analysis, but that gets a little far flung for
3  our purposes, I believe.
4  Q. But you'd agree that childhood abuse may involve
5  something more than physical abuse?
6  A. Yes.
7  Q. And am I correct that chronic pain is a risk
8  factor for suicide?
9  A. Yes.
10 Q. Apart from depression?
11 A. Yes.
12 Q. Although sometimes pain can lead to depression?
13 A. Yes.
14 Q. And pain doesn't always --- strike that.
15    When people experience chronic pain, do they go
16 through periods where it's more pronounced and less
17 pronounced?
18        ATTORNEY FROMSON:
19        Objection. Form.
20 A. Absolutely.
21 BY ATTORNEY OHLEMEYER:
22 Q. So people who suffer from chronic pain
23 experience peaks and valleys, so to speak, in their
24 pain?
25        ATTORNEY FROMSON:

Page 64

1        Objection. Form.
2  A. Yes.
3  BY ATTORNEY OHLEMEYER:
4  Q. Do risk factors for suicide have the potential
5  to act synergistically?
6  A. I believe that they do. I believe in the
7  multifactorial approach to the initiation and
8  aggravation of suicide in adults in that multiple
9  factors can be additive and/or synergistic and
10 increase the risk.
11 Q. Additive being one plus one is equals two;
12 synergistic being one plus one equals five?
13 A. Yes.
14 Q. And the magnitude of that synergy is a function
15 of a particular risk factor or is there a formula you
16 can use to determine ---?
17 A. I don't there's a formula. I think that becomes
18 part of the art of suicidology. I'm not specifically
19 a suicidologist like, for example, Dr. Maris. But he
20 would agree, I believe, and I would agree with him
21 that there are multiple risk factors for suicide.
22 They can be additive. They can be synergistic. Some
23 can be important. Some can be less important. And
24 that the determination of --- in any individual case
25 is based upon the factors and analysis of that case.

Page 65

1  Q. Do you believe that taking Neurontin increases a
2  patient's risk of committing suicide?
3  A. Yes.
4  Q. And can you tell me how much Neurontin either in
5  terms of dose or time one needs to take before that
6  risk increases?
7        ATTORNEY FROMSON:
8        Objection. Form.
9  A. Yeah, let me --- let me take that piece by
10 piece. The studies that we talked about in --- as
11 you know, since I was a general causality expert is
12 that I believe that an adverse response to taking
13 Neurontin can occur within hours after taking the
14 drug. I also believe that it's a cumulative effect
15 that can increase the risk of a suicide and increase
16 the risk of depressive response over months or over
17 years for the reasons that I spoke about in Boston
18 and elaborated in my general causality report. I
19 didn't answer your whole question, though. Can you
20 read that back, the question?
21 PREVIOUS QUESTION READ BACK
22 A. And the other part of that is that the risk can
23 increase with a single dose and the risk can increase
24 with multiple doses over time. The prediction of
25 when that specific risk increases for any individual

17 (Pages 62 to 65)

Page 78

1  could become suicidal?
2       ATTORNEY FROMSON:
3       Are we still talking about before
4  Neurontin or after Neurontin?
5       ATTORNEY OHLEMEYER:
6       I'm talking about at any point --- at
7  any point prior to his death.
8       ATTORNEY FROMSON:
9       My objection is to form. Overbroad.
10 A. Yeah, I did not find good evidence that --- or
11 any evidence that he was suicidal for any protracted
12 period or any evidence of it prior to the time he
13 suicided. There's evidence of change of mood and
14 change in behavior, and Dr. Glenmullen did a good
15 job, in my opinion, of describing some of that. But
16 whether or not --- I believe those were suicidal
17 antecedents, but in terms of suicidal comments, no.
18 BY ATTORNEY OHLEMEYER:
19 Q. Aside from what you read in Dr. Glenmullen's
20 report, are there any changes in mood or behavior
21 that you've identified or can describe in Mr. Shearer
22 prior to the time he committed suicide, but after the
23 time he started taking Neurontin?
24      ATTORNEY FROMSON:
25      Objection. Form.

Page 79

1  A. Read that back to me.
2  BY ATTORNEY OHLEMEYER:
3  Q. Let me just rephrase it. Can you describe for
4  me any changes in mood and behavior that were
5  observed in Mr. Shearer between the time he started
6  taking Neurontin and the day he committed suicide?
7  And if you want to --- you don't need to repeat Dr.
8  Glenmullen's report and it's not a memory test. If
9  you want to rely on that and adopt that, that's fine.
10 I just want to know what, if anything, the universe
11 of information is here with respect to your opinion?
12      ATTORNEY FROMSON:
13      Let me just object to the form to the
14 extent that the breadth of the question, I think it's
15 a little broad.
16 A. One, I think, everything I would say has
17 probably incorporated in Dr. Glenmullen's report
18 specifically starting on page 18. Two things stand
19 out to me. One is his --- actually a couple. I want
20 to take a moment just to write them down.
21 BY ATTORNEY OHLEMEYER:
22 Q. Sure.
23      ATTORNEY FROMSON:
24      I'll use this as an opportunity to
25 travel to the coffee pot.

Page 80

1       ATTORNEY BARNES:
2       Thank you for supplying the coffee.
3  OFF RECORD DISCUSSION
4  A. Can you read the question back for me? Just
5  along a couple of points.
6  PREVIOUS QUESTION AND ANSWER READ BACK
7  A. Thank you. It's actually page 18, and moving
8  forward until Dr. Glenmullen describes his suicide.
9  Things --- without --- just I want to give a few
10 specifics that come to mind. Before Mr. Shearer ever
11 received Neurontin, there are complaints in the
12 medical records and treatment for his depression.
13 There are treatments for some anxiety. There are
14 treatments for some other problems obviously related
15 to his stroke and being post CVA with his left
16 hemiparesis.
17      The things that seem somewhat new to me is one
18 that is described by Dr. Glenmullen, which is that
19 he felt comfortable that Neurontin was helpful to
20 his pain. He was getting it as part of this
21 tri-part dose of, I believe, Flexeril and Vioxx and
22 Neurontin, but that was more helpful to his
23 neuropathic pain than previous problems that he had
24 with morphine and the hydrocodone, for example. And
25 yet, he said --- and this, again, is just repeating

Page 81

1  what Dr. Glenmullen said. He said, you know, this
2  is helpful, but I'm feeling more nervous and then
3  subsequently describes more panicky feelings, so
4  that's one.
5       Two is his anger --- he's not necessarily
6  described as an angry fellow. The people who are
7  making the descriptions say that he's determined and
8  that he's passionate and a number of other things,
9  but his anger obviously got out of control when his
10 wife slapped him and then the police were called.
11 And of course, he describes some of the anger as
12 part of the reasons that he wanted to talk to his
13 psychiatrist, Dr. Lisa Catapano-Friedman. So that
14 behavioral change of being more angry and then
15 accepting some of the blame for the angry, I'm not
16 sure why I'm so angry, but I'm angry, is a change.
17      The next one is he purchased the gun. He goes
18 out with Sean and --- to, I guess, Pittsfield,
19 Massachusetts and buys a gun at some point. I know
20 there's --- I didn't --- I mentioned the gun in my
21 report. The reason I bring that up again is that
22 it's unclear whether he bought the gun for shooting
23 practice, which it appears from the recollections of
24 Sean and perhaps his wife, but in any case, he buys
25 a gun.

Page 82

1    And I find that maybe the most significant one
2    for me is that Dr. Catapano-Friedman, hyphenated
3    last name, prescribes him to Zyprexa, and I believe
4    that the introduction of Zyprexa postdates the first
5    prescription of Neurontin. We can check in those
6    records or in her specific psychiatric records. But
7    at that point, she's obviously so concerned about
8    his --- in my opinion, about his anger and what
9    changes she's seeing is that she needs something to
10   get a control of it and decides to prescribe a
11   potent atypical antipsychotic. So as I sit here,
12   those are the four things that come to mind right
13   now. There's obviously --- I've said enough for
14   now.
15   BY ATTORNEY OHLEMEYER:
16   Q. Mr. Shearer had pain and impairment independent
17   of his stroke; didn't he?
18   A. Had ---?
19   Q. Pain and physical impairment independent of his
20   stroke.
21   A. Yes, he did.
22   Q. And there's no ---?
23       ATTORNEY FROMSON:
24       I didn't mean to cut you off. You mean
25   it's completely exclusive, he's independent ---?

Page 83

1       ATTORNEY OHLEMEYER:
2       Oh, no, no. Independent.
3    BY ATTORNEY OHLEMEYER:
4    Q. What I'm --- just so we're all clear, his stroke
5    produced a fair amount of pain and impairment ---
6    A. Yes.
7    Q. --- no doubt? But separate and apart from that
8    he had other orthopedic or ---
9    A. Degenerative ---.
10   Q. --- degenerative issues?
11   A. Spinal disease, migraine headaches.
12   Q. That were creating pain and impairment?
13   A. Yes.
14   Q. Mr. Shearer never attributes nervousness or
15   anxiety or panic to his Neurontin prescription; does
16   he?
17   A. Not to my knowledge, no.
18   Q. And Mr. Shearer had some issues with anger and
19   anger management that predate his first Neurontin
20   prescription?
21   A. Well, as I said, I believe that he did.
22   Q. In fact --- and I don't mean to interrupt you,
23   but that's the reason Dr. Catapano-Friedman says she
24   was seeing him initially; wasn't it?
25       ATTORNEY FROMSON:

Page 84

1       Just hold on. I want to make sure you
2    finish your previous answer, and second, I would
3    object to the next question. Lack of foundation.
4    A. Yes. Thank you. Yes, she started to see him in
5    --- I'm going to say February of 2000, which
6    obviously precedes the dose of Neurontin, and he's
7    already coming in because --- in part because he's
8    angry. Is that ---?
9    BY ATTORNEY OHLEMEYER:
10   Q. Very angry according to her; right?
11   A. Yeah, yeah.
12   Q. So there's no doubt that this anger manifests
13   itself prior to the Neurontin?
14      ATTORNEY FROMSON:
15      Objection, only to the extent you're
16   saying this anger.
17   A. I would concur with that, yes.
18   BY ATTORNEY OHLEMEYER:
19   Q. And there's no doubt that Dr. Catapano-Friedman
20   saw Mr. Shearer for a period of time before his first
21   Neurontin prescription and for a period of time
22   following his Neurontin prescriptions?
23   A. Yes.
24   Q. And there's nothing about her background, her
25   education, her experience or her deposition that

Page 85

1    suggests to you she was incapable of observing and
2    recording any changes in his behavior during that
3    time period; is there?
4       ATTORNEY FROMSON:
5       Objection as to form.
6    A. Want me repeat that --- are you asking is there
7    anything --- would she be incapable of recording his
8    changes in mood and behavior?
9    BY ATTORNEY OHLEMEYER:
10   Q. Well, I guess what I'm asking is, are you --- do
11   you have any criticisms of her, or can you identify
12   any failure on her part to observe and report the
13   kinds of things somebody with her background,
14   education and experience should be observing and
15   reporting in a patient like Mr. Shearer?
16      ATTORNEY FROMSON:
17      Objection as to form.
18   A. A couple things. One, Dr. Catapano-Friedman is
19   known to me because we trained at the same
20   institution, and two is that I believe that her notes
21   are minimal. They --- if the --- right now I in part
22   supervise some pediatric residents who come through
23   --- I don't need to tell this story, but who come in
24   through Gaudenzia from Hershey Medical School, and I
25   believe that her note taking and her observations are

Page 110

1        Just note my objection as to form. You
2  mean retrospectively, of course.
3        ATTORNEY OHLEMEYER:
4        Agreed.
5  A. Just repeat the question.
6        ATTORNEY OHLEMEYER:
7        Can you read that one back for me?
8  PREVIOUS QUESTION READ BACK
9  A. I think the prescription of Prozac was a
10 reasonable choice for someone like Mr. Shearer.
11 BY ATTORNEY OHLEMEYER:
12 Q. How do you rule out Prozac as a cause or
13 contributing cause of Mr. Shearer's suicide?
14       ATTORNEY FROMSON:
15       Objection as to form. Lack of
16 foundation.
17 A. Mr. Shearer, as you had actually stated
18 previously, had been on and off Prozac previously,
19 and there is no reflection in the medical records
20 that I'm aware of that he was having specific adverse
21 events other than those related to impotence when he
22 was taking Prozac.
23 BY ATTORNEY OHLEMEYER:
24 Q. What's the evidence of adverse events Mr.
25 Shearer was having relating to Neurontin?

Page 111

1        ATTORNEY FROMSON:
2        Objection. Asked and answered.
3  BY ATTORNEY OHLEMEYER:
4  Q. Let me rephrase the question. In a man who's
5  taking a variety of prescription medications, who
6  demonstrates adverse events, how do you determine
7  which ones, if any, you can ascribe them to?
8        ATTORNEY FROMSON:
9        Objection as to form.
10 A. I believe that is part of the, you know art, and
11 science as well as it is in this case, which is
12 examining the medicines that a person was likely
13 taking and which ones had a history or not of
14 associated suicidality, and where they affected mood
15 and behavior or not in other populations. So
16 basically it's a --- when I did my retrospective
17 analysis and determined within a reasonable degree of
18 medical psychiatric certainty that Neurontin was a
19 contributing and a substantial factor in Mr.
20 Shearer's suicide, I obviously had to consider to the
21 best of my ability all of those medications that I
22 previously referred to. The Digoxin doesn't have a
23 warning about suicidality. Ritalin doesn't have a
24 warning about suicidality. Provigil doesn't have a
25 warning about suicidality. Prozac does have a

Page 112

1  warning about suicidality, and obviously I had
2  mentioned that in my report because it appears that
3  he ran out of Prozac in approximately five or six
4  days before he suicided, and anyway the --- all the
5  other drugs that had been mentioned, Viagra and
6  testosterone don't have warnings associated with them
7  about suicidality, so in all of the factors that were
8  considered, that's part of the retrospective
9  analysis.
10 BY ATTORNEY OHLEMEYER:
11 Q. So as I understand, you ruled Prozac out because
12 you believe his prescription had run out five days
13 prior to his suicide?
14       ATTORNEY FROMSON:
15       Objection as to form.
16 A. Yeah, I don't think I ruled it out. I mean,
17 Prozac withdrawal, for example, may have been a
18 contributing factor to Mr. Shearer's suicide. It
19 would not change my opinion, however, that Neurontin
20 was a substantial and contributing factor to his
21 suicide.
22 BY ATTORNEY OHLEMEYER:
23 Q. Was Mr. Shearer in Prozac withdrawal that time
24 of his death?
25 A. All we know is that he would have run out of

Page 113

1  medication based upon the quantitative analysis.
2  Q. That's a different question. Was he in Prozac
3  withdrawal at it time of his death?
4  A. Again, I don't know. I believe that he may have
5  run out of Prozac, and obviously if he ran out of
6  Prozac, the serotonin levels that would have been
7  increased due to his taking a serotonin retake
8  inhibitor would have fallen, and in my opinion would
9  have fallen even more because he was taking something
10 that decreased his serotonin levels.
11 Q. Well, aside from the fact that Mr. Shearer's
12 prescription may have run out prior to the suicide,
13 is there any other fact that you can point to me to
14 support your conclusion that Mr. Shearer was in
15 Prozac withdrawal at the time of his suicide?
16       ATTORNEY FROMSON:
17       Objection as to form. Misstates the
18 testimony.
19 A. No.
20 BY ATTORNEY OHLEMEYER:
21 Q. Now, even if Mr. Shearer had run out of Prozac
22 five days before his suicide, are you --- are you ---
23 strike that.
24    If we assume Mr. Shearer had run out of Prozac
25 five days before his suicide ---?

Page 114

1  ATTORNEY FROMSON:
2  Can you just pick a different number,
3  Bill?
4  BY ATTORNEY OHLEMEYER:
5  Q. Well, what is the number? Is it five days, six
6  days? We don't know; do we?
7  A. We don't know.
8  Q. If he had taken his Prozac as directed --- how
9  many was he taking a day?
10  ATTORNEY FROMSON:
11  Objection as to form.
12  A. I believe he was only taking 20 milligrams a
13  day.
14  BY ATTORNEY OHLEMEYER:
15  Q. And is that --- how many pills is that?
16  A. One pill.
17  Q. So we should be able to go back and take the
18  pharmacy records and figure out when that
19  prescription would have run out; right?
20  A. Yes.
21  Q. All right. If Mr. Shearer had run out of Prozac
22  in the week before his death, is it your testimony
23  that he would have been in Prozac withdrawal at that
24  point in time?
25  A. It --- as I answered that question, it's --- I

Page 115

1  can't say, because we don't have the clinical
2  evidence that he was specifically in Prozac
3  withdrawal. It is defined by the electrical impulses
4  and --- that people feel in SSRI withdrawal or the
5  rapid change in mood, et cetera. What I said is that
6  not having --- given Prozac's half life is four to
7  six days --- five to seven days, in that range, that
8  decrease or unavailability of Prozac would have been
9  reflected fairly quickly in a decrease in his
10  circulating levels of cerebral serotonin, and that
11  would have been --- his circulating serotonin would
12  also have been decreased by the fact that he was
13  still taking Neurontin. My supposition, which is
14  based upon what I believe is good physical science,
15  is that we believe that Prozac increases serotonin
16  levels, we know that Neurontin decreases serotonin
17  levels. Without the ability of Prozac to sustain a
18  reasonable serotonin level, it's my belief and my
19  opinion within a reasonable degree of medical
20  certainty that his serotonin levels had dropped to
21  such a point that he was in despair and became
22  suicidal as a result.
23  Q. Is there any evidence that in the week prior to
24  his death Mr. Shearer was in despair?
25  A. I don't have any evidence in the week before a

Page 116

1  that. I don't believe that any evidence exists. As
2  I sit here, I don't recall and we only have his note,
3  which again sounds to me like somebody in distress,
4  obviously. It's a suicide note.
5  Q. Sean Wheeler, Ivor Shearer, Linda Shearer all
6  had an opportunity in the weeks prior to Mr.
7  Shearer's death to observe and interact with him;
8  isn't that right?
9  A. Yes.
10  Q. None of them identify, describe any increase or
11  actual despair; do they?
12  ATTORNEY FROMSON:
13  Objection. Lack of foundation.
14  A. The word despair was described, but I don't
15  believe it was --- by Linda Shearer, but I don't
16  believe it was in the week before he died. And I
17  don't believe that either Sean or Ivor made any
18  specific mention about a significant change in his
19  mental status that they reported.
20  BY ATTORNEY OHLEMEYER:
21  Q. There are --- if I understand your earlier
22  answer, there are objective manifestations of SSRI
23  withdrawal?
24  A. Objective?
25  Q. Well, there are recognized symptoms of SSRI

Page 117

1  withdrawal?
2  A. Yes.
3  Q. And I assume it's a relatively short list?
4  A. I think it's relatively short, yes.
5  Q. Including what? What does it include?
6  A. As I offer this, people who are --- and
7  including my own individuals in my own clinical
8  practice from time to time, describe feelings of
9  inability to sit still, feeling like they're
10  electrical impulses in their, body feeling of
11  depressed mood, feeling of agitation. Those are the
12  ones --- the prominent ones that come to mind.
13  Q. We have no evidence of any of that being
14  observed in Mr. Shearer in the week before his death;
15  do we?
16  ATTORNEY FROMSON:
17  Objection.
18  A. I don't think I have any evidence that it was
19  reported.
20  BY ATTORNEY OHLEMEYER:
21  Q. Now, am I correct, that unlike other SSRIs,
22  Prozac has a relatively longer elimination half life,
23  as do its metabolites.
24  A. Yes, I believe it's the --- has the longest half
25  life of any of the SSRIs.

Veritext Corporate Services
800-567-8658                                                973-410-4040

Page 118

1   Q. Which is to say that a change in the dose,
2   including the abrupt cessation of taking the
3   medicine, may not be fully reflected in plasma or
4   serum levels for several weeks; isn't that right?
5   A. I don't think that's exactly right. And we're
6   also talking about two different things, the
7   pharmacokinetics of the drugs verses the
8   pharmacodynamics of the drug. We would anticipate
9   the pharmacokinetics of the drug about how the drug
10  is metabolized, that only half the drug would be
11  available at the end of five to seven days, four to
12  six days. Now, that initial decrease of the effect
13  of the drugs on serotonin and the effect of that on
14  the body, which is the pharmacodynamics of the drug,
15  may start after one missed dose.
16  Q. And am I correct there are also manifestations
17  of serotonergic changes in an individual that can be
18  observed and measured?
19  A. You're referring to the serotonin syndrome or
20  the ---?
21  Q. Well, let me rephrase the question. Are there
22  ways to observe or describe symptoms of changes in
23  serotonin levels in any particular patient?
24           ATTORNEY FROMSON:
25           Objection. Form. Overbroad.

Page 119

1   A. I'm not sure --- I mean, can you rephrase it? I
2   mean, I can ---.
3   BY ATTORNEY OHLEMEYER:
4   Q. Well, I'll come back to it. Let me make sure
5   we're square on this, though. Specifically with
6   respect to Prozac, am I correct that the generic name
7   for Prozac is fluoxetine?
8   A. Fluoxetine, yes.
9   Q. Am I correct that long the elimination half
10  lives of fluoxetine and its metabolites mean --- I'm
11  sorry, result --- well, strike that.
12      Let me rephrase the question. Am I correct that
13  because of the long elimination half lives of Prozac
14  and its major active metabolite, changes in dose are
15  not reflected in individual's plasma for several
16  weeks ---
17           ATTORNEY FROMSON:
18           Objection.
19  BY ATTORNEY OHLEMEYER:
20  Q. --- after cessation of --- after change or
21  cessation of the dose?
22           ATTORNEY FROMSON:
23           Objection. Asked and answered. Can
24  you distinguish between blood serum and the brain?
25  A. To the best of my ability, I answered that, that

Page 120

1   I believe that even one missed dose would be
2   reflected in a change in plasma level, so I probably
3   don't agree with that comment. Obviously, the change
4   in the plasma level would --- the curve would be not
5   abrupt, but somewhat flattened out because of a,
6   excuse me, long half life.
7   BY ATTORNEY OHLEMEYER:
8   Q. Well, to be fair, it's not a comment. I'm
9   reading right out of the Prozac FDA approved label.
10  A. Okay.
11  Q. Does that refresh your recollection?
12           ATTORNEY FROMSON:
13           Objection as to form.
14  A. Read it again, and I'll do ---.
15  BY ATTORNEY OHLEMEYER:
16  Q. Because of the long elimination half lives of
17  the parent drug and its major active metabolite,
18  changes in dose will not be fully reflected in plasma
19  for several weeks affecting both strategies for
20  titration to final dose and withdrawal from
21  treatment?
22           ATTORNEY FROMSON:
23           Wait. Now what's the question?
24  BY ATTORNEY OHLEMEYER:
25  Q. Do you agree or disagree with that statement?

Page 121

1            ATTORNEY FROMSON:
2            Just note my objection as to form ---.
3   A. Did you say that ---?
4            ATTORNEY FROMSON:
5            Let me just object and you can answer.
6   Objection as to the form to extent that the doctor
7   doesn't have the document to read and it could be
8   taken out of context and it's incomplete.
9   A. Okay. When you read it, did you say may not be
10  reflected?
11  BY ATTORNEY OHLEMEYER:
12  Q. Right.
13  A. Okay. I would agree with that. It may be
14  reflected. It may not ---.
15  Q. I didn't say may say that. I said will not. It
16  says will not. Changes in dose will not be fully
17  reflected in plasma for several weeks?
18  A. Then that's out of my level of expertise. I
19  mean ---.
20  Q. Well --- and I appreciate that, but then how can
21  you be so sure that Mr. Shearer was in Prozac
22  withdrawal in the week prior to suicide?
23           ATTORNEY FROMSON:
24           Hold on. Objection to form. He never
25  testified that he was so sure that he was in

Page 122

1  withdraw. You've asked him a number of times.
2  BY ATTORNEY OHLEMEYER:
3  Q. Well, I'll rephrase it. Was he or was he not in
4  your opinion in Prozac withdrawal in the week prior
5  to his suicide?
6      ATTORNEY FROMSON:
7      Objection as to form to the extent it's
8  already been asked and answered several times.
9  A. Yeah, I would answer it the same way I answered
10 twice already, which is that he may have been in
11 Prozac withdrawal. I'm saying that the missing of a
12 dose or five doses, as it may have been, would
13 decrease the amount of circulating serotonin, and
14 that would be and could be reflected clinically. The
15 counterpart to that is where it not the case, people
16 wouldn't be taking Prozac on a once a day basis.
17 BY ATTORNEY OHLEMEYER:
18 Q. Depending on how big the dose was?
19     ATTORNEY FROMSON:
20     Objection as to form.
21 A. Well, whether the dose was 20 milligrams a day
22 or 40 milligrams or day or 60 milligrams a day, a
23 missed dose would still start the process of a
24 decrease in plasma level and a decrease in the
25 circulating serotonin levels.

Page 123

1  BY ATTORNEY OHLEMEYER:
2  Q. But if I understanding, and maybe I'm wrong,
3  that an SSRI works by inhibiting reuptake of
4  serotonin?
5  A. Yes.
6  Q. And what does that mean, inhibiting reuptake?
7  A. If you have a synapse and you have presynaptic
8  membrane and postsynaptic membrane and you have the
9  drug, fluoxetine in this case, circulating in the
10 middle, if the drug has already affected a response
11 in the postsynaptic membrane, it continues to affect
12 that response if you block the reuptake where it's
13 metabolizes into the presynaptic membrane. So what
14 an SSRI does --- all the SSRIs do is that they block
15 that presynaptic uptake and, therefore, block the
16 metabolism and maintain the level of serotonin
17 because they continue to reinforce and be metabolized
18 in the postsynaptic membrane.
19 Q. And that effect tends to persist for at least as
20 long as the drug is present in the patient's body;
21 doesn't it?
22     ATTORNEY FROMSON:
23     Objection ---.
24 A. To some degree.
25     ATTORNEY FROMSON:

Page 124

1      Hold on. Objection as to form.
2  A. Yes, to some degree, I believe.
3  BY ATTORNEY OHLEMEYER:
4  Q. And to some degree, there's no doubt that Prozac
5  was present in Mr. Shearer's body in the week prior
6  to the suicide, even if he had stopped taking it?
7  A. If as --- you know, I've speculated in my report
8  and I believe he ran out of it, that Prozac --- half
9  of the amount of circulating Prozac would still be
10 available in his blood stream at the time of his
11 suicide.
12 Q. Mr. Shearer's life changed remarkably in 1999
13 when he suffer a stroke; didn't it?
14 A. Yes.
15 Q. One of the things that resulted from that stroke
16 was he needed assistance from caretakers; isn't that
17 right?
18 A. That's correct.
19 Q. And notwithstanding his effort to maneuver his
20 way through all these obstacles, he always struggled
21 with what he had lost as a result of the stroke;
22 didn't he?
23     ATTORNEY FROMSON:
24     Objection as to form.
25 A. Yes, more or less he struggled always.

Page 125

1  BY ATTORNEY OHLEMEYER:
2  Q. What's the basis of your statement that
3  Neurontin was medically infective for Mr. Shearer?
4  A. The comment in July of 2001 when he's saying
5  that --- and I believe that's the date, but I could
6  be wrong, when he's suggesting that it may not be
7  effective and he wants to stop it.
8  Q. And we've talked about that already. He went
9  right out and refilled the prescription and continued
10 to do so until his death; didn't he?
11 A. Yes, it doesn't appear that he ever stopped
12 taking Neurontin.
13 Q. In your report you mentioned your opinion that
14 Neurontin is capable of severe downward mood change.
15 Do you recall that statement?
16 A. Yes.
17 Q. And aside from what we've already discussed, can
18 you identify for me any evidence of severe downward
19 mood change while Mr. Shearer was prescribed
20 Neurontin?
21 A. There's evidence in the record that at times he
22 was still suffering from depression and anxiety and
23 anger. As a separate issue, there's evidence as I
24 and the others supplied in general causality that
25 Neurontin can cause depressed mood state and increase

Page 154

1  RE-EXAMINATION
2  BY ATTORNEY OHLEMEYER:
3  Q. Prozac and its metabolites have a long
4  elimination half life; don't they?
5       ATTORNEY FROMSON:
6       Objection. Asked and answered and is
7  beyond the scope of my Direct.
8  A. Yes.
9  BY ATTORNEY OHLEMEYER:
10 Q. And because of that long elimination half life
11 changes in dose are not fully reflected in plasma for
12 several weeks; isn't that right?
13      ATTORNEY FROMSON:
14      Objection. Asked and answered and
15 beyond the scope of my questions.
16 A. Yes.
17 OFF RECORD DISCUSSION
18      VIDEOGRAPHER:
19      The time is 2:29 p.m. We're off the
20 record.
21 SHORT BREAK TAKEN
22      VIDEOGRAPHER:
23      The time is 2:31 p.m. We're back on
24 the record.
25 BY ATTORNEY OHLEMEYER:

Page 155

1  Q. Am I correct, Doctor, that there have been
2  spontaneous reports of adverse reactions occurring
3  upon discontinuation of SSRIs?
4  A. Yes.
5  Q. And they include dizziness?
6  A. Yes.
7  Q. Sensory disturbances and paraesthesia such as
8  electric shock sensations?
9  A. Yes.
10 Q. Anxiety?
11 A. Yes.
12 Q. Confusion?
13 A. Yes.
14 Q. Headache?
15 A. Yes.
16 Q. Lethargy?
17 A. Yes.
18 Q. Emotionalability?
19 A. Yes.
20 Q. Which means what?
21 A. Changes in emotion from happy to sad and back.
22 Q. Insomnia?
23 A. Yes.
24 Q. Hypomania?
25 A. Yes.

Page 156

1  Q. Dysphoric mood?
2  A. Yes.
3  Q. Irritability?
4  A. Yes.
5  Q. And in the last week of his life, can you
6  describe for me any evidence that Mr. Shearer
7  experienced any of that?
8       ATTORNEY FROMSON:
9       Objection as to form to the extent it's
10 been asked and answered when you previously asked him
11 about evidence of mood and behavioral changes.
12 A. Yes, there's no specific evidence that we have
13 in the medical records that refer to any of those.
14      ATTORNEY OHLEMEYER:
15      Okay. That's all I have.
16      ATTORNEY FROMSON:
17      I have no further questions. Thanks.
18      VIDEOGRAPHER:
19      The time is approximately 2:32 p.m.
20 This ends tape three and concludes today's videotaped
21 deposition of Dr. Stefan Kruszewski. We are now off
22 the record.
23      * * * * * * * *
24      DEPOSITION CONCLUDED AT 2:43 P.M.
25      * * * * * * * *

Page 157

1  COMMONWEALTH OF PENNSYLVANIA)
2  COUNTY OF CAMBRIA           )
3       CERTIFICATE
4    I, Sarah Wendorf, a Notary Public in and for the
5  Commonwealth of Pennsylvania, do hereby certify:
6    That the witness whose testimony appears in the
7  foregoing deposition, was duly sworn by me on said
8  date and that the transcribed deposition of said
9  witness is a true record of the testimony given by
10 said witness;
11   That the proceeding is herein recorded fully and
12 accurately;
13   That I am neither attorney nor counsel for, nor
14 related to any of the parties to the action in which
15 these depositions were taken, and further that I am
16 not a relative of any attorney or counsel employed
17 by the parties hereto, or financially interested in
18 this action.