# EXHIBIT G

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 2
 3   ----------------------------------------x
                                             :  MDL Docket No.
 4   In re: NEURONTIN MARKETING,             :     1629
            SALES PRACTICES AND              :
 5          PRODUCTS LIABILITY LITIGATION    :  Master File No.
                                             :     04-10981
 6   ----------------------------------------x
                                             :
 7   THIS DOCUMENT RELATES TO:               :
                                             :
 8        SHEARER v. PFIZER INC.             :  CONFIDENTIAL
          1:07-cv-11428-PBS                  :
 9                                           :
     ----------------------------------------x
10
11
12                      VIDEOTAPED
13                   D E P O S I T I O N
14                         of
15             LISA CATAPANO-FRIEDMAN, M.D.
16         Taken on behalf of the Defendant on
           Friday, October 23, 2009, at The
17         Memory Clinic, Bennington, Vermont.
18
19
20            (Appearances on page 2)
21
22   VIDEOGRAPHER: Steven O. Moore
23   COURT REPORTER: Lisa M. Hallstrom, RPR, CRR, CCP
24
25   Job No.: 219606
```

Page 2

```
 1   APPEARANCES:
 2
     W. MARK LANIER, ESQ., DARA HEGAR, ESQ., BOB LEONE,
 3   ESQ., KEN SOH, ESQ., and JACK WHITE, ESQ., of The
     Lanier Law Firm, 6810 FM1960 West, Houston, Texas,
 4   77069, appeared and represented the Plaintiff.
 5   CATHERINE B. STEVENS, ESQ., of the firm Skadden, Arps,
     Slate, Meagher & Flom, LLP, Four Times Square, New
 6   York, New York, 10036, and WILLIAM S. OHLEMEYER, ESQ.,
     of the firm Boies, Schiller & Flexner, LLP, 333 Main
 7   Street, Armonk, New York, 10504, appeared and
     represented the Defendant.
 8
 9
10   ALSO PRESENT: Dr. David Egilman
                   Sam Krumholz
11                 Emily Ardolino
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              INDEX
 2                                         PAGE
 3   Examination by Ms. Stevens ................ 5
 4   Examination by Mr. Lanier ................. 103
 5   Examination by Ms. Stevens ................ 150
 6   Examination by Mr. Lanier ................. 157
 7   Signature Page ............................ 168
 8   Certificate ............................... 169
 9
10           EXHIBITS
11                                      PAGE  LINE
12    1 Certification for Psychiatric Records   12   11
      2 PowerPoint of Notes                     32   16
13    3 PowerPoint of Notes                     45    7
      4 PowerPoint of Notes                     49    8
14    5 PowerPoint of Notes                     56    5
      6 PowerPoint of Notes                     63    4
15    7 Handwritten Note                        70    1
      8 Certificate of Authenticity             75    4
16    9 PowerPoint of Notes                     84    1
     10 PowerPoint of Notes                     87    1
17   11 PowerPoint of Notes                     91    6
     12 PowerPoint of Notes                     92   15
18   13 Letter - 9/11/2009                      97    9
     14 Packet of Documents                     98   10
19   15 E-mail - 9/13/2001                     100    8
     16 Payment Report                         114   25
20   17 Curriculum Vitae                       119    4
     18 Call Notes                             123   21
21   19 Call Notes                             124    2
     20 Prescription Writing History           127   16
22
23
24
25
```

Page 4

```
 1          (Commencing at approximately 9:18 a.m.)
 2          VIDEOGRAPHER: We are on the record. The
 3   time is 9:18. My name is Steven Moore of
 4   Veritext, New York. The date today is October
 5   23rd, 2009, and the time is 9:18. This
 6   deposition is being held in the office of
 7   Dr. Lisa Catapano-Friedman located at 357
 8   Shields Drive, Bennington, Vermont. The
 9   caption of this case is Neurontin Marketing and
10   Sales Practices versus Pfizer, Inc., in the
11   United States District Court, District of
12   Massachusetts. The name of the witness is Lisa
13   Catapano-Friedman, MD.
14          At this time the attorneys will please
15   identify themselves and the parties they
16   represent after which our court reporter, Lisa
17   Hallstrom of Veritext, New York, will swear in
18   the witness and we can proceed.
19          MR. LANIER: I think you're going first.
20   Might as well ID first.
21          MS. STEVENS: Catherine Stevens from
22   Skadden, Arps for the defendant.
23          MR. OHLEMEYER: Bill Ohlemeyer, Boies,
24   Schiller & Flexner for the defendants.
25          MR. LANIER: Mark Lanier here with crew,
```

Page 5

```
 1   but I'll be the one vocally here representing
 2   Hartley Shearer and his estate and family.
 3   LISA CATAPANO-FRIEDMAN, MD: Being first duly sworn by
 4                a Notary Public to tell
                  the truth, deposes and
                  says as follows:
 5
 6          MS. STEVENS: Before we get started this
 7   morning, just a quick note for the record. I
 8   just want to comment that Dr. Egilman and
 9   several of his colleagues are in attendance at
10   the deposition this morning. Defendants
11   notified plaintiff's counsel yesterday that we
12   would object to Dr. Egilman and his colleagues'
13   attendance. We find it intrusive,
14   inappropriate, serving no purpose. We're
15   clearly in tight quarters in the doctor's
16   office, and we object strongly to their
17   presence today.
18          MR. LANIER: And with due respect to the
19   tight quarters, they're out in the hall.
20   They're not in the tight quarters.
21          E X A M I N A T I O N
22   BY MS. STEVENS:
23   Q   Good morning, Dr. Catapano-Friedman.
24   A   Good morning.
25   Q   Could you please state your name for the record?
```

Veritext Corporate Services
800-567-8658                                         973-410-4040

Page 82

1  reluctance to be angry at somebody who you're also
2  feeling sorry for because he had incurred this
3  terrible loss of self and she felt guilty being angry
4  at him.
5  Q   Your next visit with her is on March 8th of 2000?
6  A   Right.
7  Q   Can you read that note please?
8  A   Feeling slightly less overwhelmed. Possibly
9  because not working. Plans to go back March 20th.
10 Discussed her need to let go of -- of Hartley so he
11 will have to do more for himself and how to treat him
12 like a, quote, unquote, normal person.
13 Q   Did she voice concerns to you about going back to
14 work again?
15 A   Only that she might -- she was looking forward to
16 going back to work but only that she might feel more
17 overwhelmed with the demands of Hartley and work.
18 Q   What did she mean by discussed the need to let go
19 of Hartley so he'll have to do more for himself?
20 A   Basically to treat him less like a baby.
21 Q   Did you get the sense she was treating him like a
22 baby after his stroke?
23 A   Only after his stroke, not before his stroke,
24 because he was disabled and she was feeling sorry for
25 him so she would run to do things for him because he

Page 83

1  had demanded it even if he could have done them
2  himself, things like that.
3  Q   And is that what how to treat him like a, quote,
4  unquote, normal person refers to as well?
5  A   Yes.
6  Q   Did she view Hartley as being especially needy
7  during this time period?
8  A   Always. Yes.
9  Q   The next time you saw her was on April 5th, 2000?
10 A   Right.
11 Q   And can you read that note please?
12 A   Feels she is coping better. Returning to work
13 and Celexa both help. Discussed the need to hold
14 limits with Hartley so he will depend on
15 less/demand -- demand less of her when she's at work.
16 Q   Why did returning to work help her?
17 A   I think she said it did help her.
18 Q   Why do you believe it did?
19 A   Basically because she enjoyed it so much and was
20 so good at it, she got just a lot of pleasure from
21 doing it and a lot of gratification and kudos from her
22 colleagues and co-workers and support from them. It
23 was a pleasant place for her to be.
24 Q   The next time you saw her was April 21st, 2000?
25 A   Right.

Page 84

1  Q   And I'm going to mark this as Exhibit 9. Hand it
2  to you. And, again, I believe it's a typed version of
3  your handwritten notes?
4  A   Thank you.
5  Q   And can you read your handwritten notes?
6  A   Sure. Discussed her loss of emotional
7  companionship and having the brunt of H's anger.
8  Needs to protect her space and also needs to recognize
9  Hartley's anger is not really at her.
10 Q   And is the typed version an accurate reflection
11 of your notes?
12 A   Yes.
13 Q   What did she mean by discuss the loss of
14 emotional companionship and having the brunt of
15 Hartley's anger?
16 A   Well, the emotional companionship part was that
17 really he was no longer there for her. When she had
18 anxieties related to work, decisions she had to make
19 or anxieties about anything or concerns about
20 anything, he wasn't really there for her to discuss
21 them with, to give her his thoughts. He was too
22 absorbed in his own needs and too time consuming in a
23 sense himself for her to ask or get any of that kind
24 of emotional support from him. And bearing -- having
25 the brunt of his anger was she was the one who was

Page 85

1  there so she was the one he was going to be angry at.
2  Q   Was he really angry at her or was he angry in
3  life in general?
4  A   Well, it would be phrased as anger at her but
5  basically he was railing at fate.
6  Q   And you talked about needing to protect her space
7  and needing to recognize that Hartley's anger is not
8  really at her?
9  A   Right.
10 Q   Is that something you counseled her on, how to
11 deal with recognizing the fact that he was just angry?
12 A   Right. And that he was just dumping it on her.
13 Q   When's the next time you saw Mrs. Shearer?
14 A   May 15th, 2000.
15 Q   And what did you say on that visit?
16 A   Trying to stand up to Hartley. Still working on
17 maintaining her space. Her needs/interests tend to
18 take second place now.
19 Q   How was she handling the fact that her needs and
20 interests were taking second place?
21 A   At times she was angry about it, at times she
22 felt defeated by it, certainly resentful of it and
23 then guilty about feeling resentful.
24 Q   I think her next visit with you was scheduled to
25 be June 2nd and she canceled it?

Page 142

1  Q   Okay. You never diagnosed him as chronically
2  depressed clinically?
3  A   Well, there's a diagnosis called dysthymic
4  disorder which is -- it's a low grade depression, sort
5  of low -- liken it to a low grade fever, and like a
6  low grade fever, it can come, can go, can get worse,
7  not. There are probably times where I might have said
8  he had that.
9  Q   One of the things that I noticed looking through
10 your medical records is that I did not have the
11 billing records for him, for Hartley Shearer.
12 A   Oh, I -- I didn't realize that.
13 Q   Yeah. Would those be available in his chart?
14 A   No. I don't keep them in the chart.
15 Q   But you would have them on file here?
16 A   No, I don't have them on file here. This was a
17 long time ago. Those files are --
18 Q   Are long gone?
19 A   They're not gone. They are very much elsewhere.
20 I don't have them here.
21 Q   How would I go about finding those?
22 A   You would have to request them from me. I, quite
23 honestly, thought I had sent them when they were
24 initially requested.
25 Q   They're not in my copy and I looked at the copy

Page 143

1  of your records that --
2  A   When Finkelstein and partners had originally
3  requested the records, that was the original request,
4  in 2008 or something like that, I thought I had sent
5  them then.
6  Q   Yeah. And I got those records from them and did
7  not see them so perhaps what would be the -- the -- if
8  I have a service contact you to try and -- and do
9  that, would that be okay?
10 A   You could do it directly. As far as -- I don't
11 know what the proper procedure is as long as there's a
12 release for information that accompanies it.
13 Q   Let me tell you why I'm asking and maybe I'm
14 barking up a bad tree but -- but past experience has
15 indicated to me when you're charging back Blue
16 Cross/Blue Shield or someone like that, that you have
17 to put a -- a -- a diagnosis code or something for the
18 charge?
19 A   When you submit the claim, yes.
20 Q   And so, for example, I see on your shelf now it's
21 the DSM-IV TR. I guess back then it was probably the
22 DSM-III or something?
23 A   No, it was DSM-IV.
24 Q   Okay.
25 A   It's been around a long time.

Page 144

1  Q   Okay. I'm getting old then because I can --
2  A   Yeah, I remember DSM-III also.
3  Q   But don't -- don't the DSMs generally have the
4  coding system --
5  A   Yes.
6  Q   -- so that I could go back and look?
7  A   Yes. Yes.
8  Q   So your -- to the best of your memory your
9  diagnosis of Mr. Shearer was that he was mildly
10 depressed, kind of like a low grade fever?
11 A   At some points.
12 Q   And then -- at some points.
13 A   Yeah.
14 Q   And then also that he had anger issues, would
15 that be fair to say?
16 A   Yes, although that's not a diagnosis per se.
17 Q   Yeah. That's -- that's an observation, is that
18 what you call it?
19 A   That's part -- no. That's part of a personality
20 construct which leads to a different kind of
21 diagnosis.
22 Q   And you never diagnosed him with a personality
23 disorder, did you?
24 A   I did. I don't bill for that.
25 Q   Okay. Which -- which personality disorder did

Page 145

1  you assign?
2  A   Narcissistic personality disorder.
3  Q   I didn't see that in your notes anywhere.
4  A   I don't write diagnoses in my notes unless I am
5  sending my notes to another physician and then I will
6  add that for their information, but I don't need to
7  write it for myself.
8  Q   Would the narcissistic personality disorder be
9  shown on the billing records perhaps?
10 A   No. I usually only put the Axis I diagnosis;
11 that's an Axis II diagnosis.
12 Q   Right. Now you said that suicidal ideation was
13 very, very common. I think you used two verys. You
14 might have used three.
15 A   I might have.
16 Q   Suicidal ideation, that's -- that's the -- the
17 idea or -- or the consideration of suicide as opposed
18 to an actual attempt or effort, is that fair?
19 A   That's right, yes.
20 Q   And when you said suicidal ideation is very, very
21 common, you're referencing in terms of your practice
22 and what you see, is that fair?
23 A   No. I'm referencing in terms of human nature.
24 Q   Oh, the whole gamut, whether they come to sit on
25 your sofa or not?

Page 154

1  to be the center of attention, they often need to have
2  a claim to be seen as perfect or the best or the most
3  wonderful. They need -- their needs tend to be
4  paramount. They -- they have difficulty with empathy.
5  They have difficulty seeing how what they need, what
6  they want might impact other people, might impact them
7  negatively. But most of their -- their energy, in a
8  sense, is going to making sure they are in the
9  limelight.
10  Q   And that's what you diagnosed Mr. Shearer with?
11  A   Yes.
12  Q   A few years ago when you were at the hospital
13  can -- can you describe the size of the hospital for
14  us?
15  A   You mean when my office was at the hospital?
16  Q   That's correct.
17  A   The size of the hospital. It's a very big
18  building and it has many attached buildings and
19  unattached outlying buildings.
20  Q   How many doctors do you think are employed by the
21  hospital?
22. A   Whoa. At this point I don't know. I think there
23  were about maybe 150, give or take, on the medical
24  staff. I don't know how many there are now.
25      MR. LANIER: I'll object to form of the

Page 155

1      question. I think you'll find the hospital
2      doesn't employ any doctors.
3  A   Actually, this hospital mostly employs its staff.
4      MR. LANIER: Wow, that's really bizarre.
5      Usually it's under a contract but not an
6      employment one.
7  A   No. It's an interesting arrangement, but I
8  think -- I think most -- most of the physicians are
9  actually employed by some part of the hospital
10 corporation, whatever you want to call it. I was not.
11 But I -- certainly, you know, more than 100, somewhere
12 150. You know, the numbers of beds it's licensed for
13 no longer has any meaning in terms of the size of the
14 hospital because they have vast out-patient
15 facilities.
16 Q   Dr. Catapano-Friedman, why do people like
17 Mr. Shearer commit suicide in your experience?
18 A   Again, how to explain this. People who are
19 narcissistic who need to be in the limelight, who need
20 to have a claim all the time or most of the time need
21 that because they're -- you know, if you sort of stick
22 them off in a corner by themselves nobody applauding,
23 their sense of self and their sense of their value and
24 their sense of self-worth is really weak. They really
25 don't, inside themselves, feel all that worthy or

Page 156

1  valued so they need it reinforced all the time. And
2  most develop a lot of skills to get that reinforced.
3  For example, like Hartley, most people with
4  narcissistic personality disorder that I know can be
5  very charming, but if they're not getting that
6  acclaim, if they're not getting that validation, and
7  if they despair of getting it or if they literally --
8  you know, if you want the -- I'm getting a little
9  Freudian here, but if you want to think about
10 Hartley's reaction to Linda slapping him in the face.
11 If they are literally or figuratively slapped in the
12 face, to them that says you -- you've been found
13 wanting. You've been found less value and the ego
14 just deflates. There's nothing holding it up so they
15 can say to themselves no matter what that person says
16 or no matter the fact they're applauding for this one
17 and not for me, I really am good, I really am
18 valuable. That strength just is not there. And so if
19 somebody takes that away from them in an instant, you
20 know, by telling them you're a worthless piece of
21 whatever, you'll see rage. If it happens over time,
22 you'll see rage, you'll see despair. If they have
23 certain capacities, they'll try to correct that, but
24 if it's a continuing process that they're not in the
25 limelight, there's nothing that says to them they're

Page 157

1  valuable, they may well end up in such a state of
2  despair that they'll commit suicide.
3      VIDEOGRAPHER: Excuse me, Counsel, we have
4      about three minutes of tape left.
5  BY MS. STEVENS:
6  Q   Do you think hanging up on the phone --
7  Mrs. Shearer's hanging up on Mr. Shearer on the phone
8  can create that kind of rage?
9  A   It could. It also might depend on what the
10 context was, and I don't know what that context was,
11 what the conversation, for example, had been, but it
12 could.
13     MS. STEVENS: That's all the questions I
14     think I have.
15     MR. LANIER: I've got a few more so you
16     might want to change the tape.
17     VIDEOGRAPHER: Going off the record at
18     12:49.
19     (Discussion off the record)
20     VIDEOGRAPHER: This is a continuation of
21     the deposition of Lisa Catapano-Friedman, MD.
22     Back on the record. The time is 12:51.
23     E X A M I N A T I O N
24 BY MR. LANIER:
25 Q   Ma'am, you said in questions from the Pfizer