# EXHIBIT I

Stefan P. Kruszewski, MD
133 Linglestown Road
Harrisburg, Pennsylvania 17110
30 November 2009


Kenneth B. Fromson, Esq.
Finkelstein & Partners, LLP
1279 Rte. 300, P.O. Box 1111
Newburgh, NY 12551

Re:  UNITED STATES DISTRICT COURT
 DISTRICT OF CONNECTICUT

CIVIL ACTION NO. 07 CA 11428 (PBS)
OCTOBER 29, 2009
----------------------------------------
LINDA B. SHEARER,
Plaintiff
-vs-
PFIZER, INC. & WARNER-LAMBERT, COMPANY,
LLC

Defendant


Dear Mr. Fromson:

The following report represents my conclusions in the case of Linda B. Shearer vs. Pfizer, Inc. The issues are elaborated by me beginning on page 5 of this report.   I offer my conclusions in this case to you with a reasonable degree of medical and psychiatric certainty.

### Introductory Personal Information to Support Expert Findings

To prepare this report, I relied on my personal academic and clinical expertise, briefly described in the following 3 pages. Below, I attempt to highlight those areas that are specific to my expertise in this case, permitting me as a board certified psychiatrist and addictionologist to review, analyze and form the basis of my conclusions.

I have 31 years of clinical practice experience (including internship and residency) in which I have treated several thousand patients with a wide variety of psychiatric and neuropsychiatric conditions. I have prescribed numerous neuropsychiatric drugs for multiple indications as well as having witnessed the side-effects of prescribed and illicit drugs that may predispose an

**1** | P a g e

individual to neuropsychiatric complications.  During this time frame and with this population, I have witnessed and monitored the effects of various anticonvulsants,   including diphenylhydantoin (Dilantin), divalproex/valproic acid (Depakote, others), benzodiazepines [including lorazepam (Ativan) others], and gabapentin.  I have also prescribed, monitored and witnessed the benefits and side-effects associated with antidepressants [such as the SSRI subclass, egs, fluoxetine (*Prozac*)] trazodone and typical and atypical antipsychotics, including olanzapine (*Zyprexa*).  Additionally, I have prescribed, monitored and witnessed the beneficial effects and adverse effects of stimulants, including methylphenidate and modafinil(*Provigil*) as well as analgesics, including the opioid class [hydrocodone (Vicodin), oxycodone; COX-2 inhibitors, such as celecoxib (*Celebrex*); tramadol(a mu-opioid agonist with pro-serotinergic effects];  non-steroidal anti-inflammatory drugs [ibuprofen/iso-butyl-propanoic-phenolic acid (Advil, Motrin, others)], and steroids (prednisone.)

I have expertise in psychiatric diagnostics, treatment planning, forensic recommendations and psychopharmacology that has developed from my education in medical school, internship, residency, post-graduate work and supplemented by continuous updating as a source and recipient of Continuing Medical Education (CME) learning.  I have been an educator regarding basic and applied psychiatric and neuropsychiatric problems, including metabolic dysfunction, eating disorders, sexual disorders, posttraumatic stress and illicit drug use at several institutions, including Harvard Medical School (1974-77; specifically, the epidemiology of obesity and the influence of nutrition on wellness and disease states.) I taught at UMDNJ-Rutgers Medical School/Robert Wood Johnson for several years as a member of their residency program and faculty (1980-83) and subsequently at University of Pittsburgh School of Medicine, Western Psychiatric Institute and Clinic (1988-1991), Allegheny General Hospital and related Medical Schools, (1991-92) and, most recently, as a member of the Clinical Faculty of Penn State College of Medicine-Hershey Medical School (1999-2004.)  In the latter position, I was responsible for teaching medical students and psychiatric residents about the interface between the law and psychiatry.

Previously, I served as a member of the Board of Directors of the *Alliance for Human Research Protection*.  In that capacity, I reviewed and analyzed information from national and international peer-reviewed and edited sources related to clinical research on psychiatric issues.  That work included and amplified my ongoing study of neuropsychiatric diagnostic entities, personality disorders, and effects and side-effects of medications: anticonvulsants, antidepressants, antipsychotics, stimulants, sedatives, drugs of abuse and mood-stabilizing drugs.

I also participate on the "Fact Squad," a group of scientists organized by the Washington D.C.-based Government Accountability Project (GAP.) [http://www.whistleblower.org/content/press_detail.cfm?press_id=343, website accessed 02 March 2007.]  The 'Fact Squad' group includes Marcia Angell, M.D., the former Editor-in-Chief

of *The New England Journal of Medicine*. As a forum of professionals, we are dedicated to providing rigorously researched expert opinions for issues pertaining to pharmaceuticals.

As part of my academic teaching appointments, I have lectured about psychiatric-forensic profiling, psychological autopsies and epidemiology in psychiatry, neuropsychiatry and related-fields to students, physicians-in-training and physicians-in-practice. My focus has been to delineate factors that affect the health and illness of individuals and populations to identify risk factors for acting-out behaviors, disease and death and to determine optimal treatment approaches in clinical practice to avoid adverse outcomes(prevention of side-effects, prevention of suicide, prevention of violence, prevention of sexual predation, et cetera.) As part of that academic training and education, I have reviewed and discussed, in teaching format, numerous epidemiologic and causality studies, including ones that are generally categorized as descriptive, analytic (aiming to examine associations, including commonly hypothesized causal relationships), and experimental (a term often equated with clinical or community trials of treatments and other interventions). The scope of my epidemiological work has included teaching of primary, secondary and tertiary prevention of many disease states, and the epidemiology of psychoses, organic mental disorders, cognitive dysfunction, schizophrenia, bipolar disorder, iatrogenic complications of psychopharmacological treatment, and the potential and actual violence against self or others, including homicide and suicide.

I have been recognized (on June 11th, 2007 in a 100-page decision in re to olanzapine; *Zyprexa-Eli Lilly*) personal injury cases as a "distinguished expert" by senior Judge Jack B. Weinstein, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201. My testimony has been accepted and affirmed in US District Court of Massachusetts by Honorable Federal Judge Patti Saris in a Daubert Hearing in re Neurontin Marketing, Sales Practices, and Products Liability Litigation MDL No. 1629, Civil Action No 04-10981-PBS   in a 96 page ruling offered on 05 May 2009. My court testimony has also been accepted and affirmed, in January -May 2009, by the Honorable Judge Rhonda E. Fischer in District Court of the County of Nassau, NY in a Frye Hearing held to consider the scientific evidence that impulsive, aggressive and or violent behavior can be explained by the mechanism of action of sertraline (Dockets No. 2006NA021294 and 2006NA025363.)

I have had two (2) *qui tam* settlements in which the United States of America, working with the US Department of Justice, Eastern District of Pennsylvania and I were co-plaintiffs. The first one, USA and Stefan P. Kruszewski *v.* Southwood Psychiatric Facility, was settled on or about 23 April 2009. In the second, Stefan P. Kruszewski v. Pfizer in re: to Ziprasidone (Geodon), the government and I settled our action on or about 4 September 2009 as one part of the $2.3 billion dollar settlement between the US Government and Pfizer Inc.

I have been published as solo author and/or primary author in letters, reviews, brief reports and full articles in peer-reviewed journals, including: *BMJ* (previously titled the *British Medical Journal*); *American Journal of Psychiatry; Neurology; Journal of the American Medical Association (JAMA); The New England Journal of Medicine; Annals of Clinical Psychiatry;*

*International Journal of Safety and Risk in Medicine, Journal of Medical Licensure and Discipline; Journal of Clinical Psychiatry* and others. Recently I have had three additional articles accepted for publication in *Journal of Psychiatric Practice, Archives of Pediatrics and Adolescent Medicine* and *Archives of General Psychiatry*. My publications have covered a wide spectrum of issues pertaining to psychiatric and neuropsychiatric problems, drug intoxication, pre-morbid and post-mortem investigations, substance abuse, drug side-effects, the validity and consistency of research and conflicts of interest.

I have been a reviewer for *Psychiatric Services*, one of the official publications of the American Psychiatric Association. In that capacity, I have been called on to review all elements of research submitted to the peer-review process, including abstract formulation, overall research protocol design, methodology, data collection, accounting of side-effects and adverse findings, statistical analysis, conclusions and accuracy of references. I will continue to perform those activities as requested by the editors of that magazine. Separately, in 2007, I was appointed an expert reviewer for two other major peer-reviewed publications: *American Journal of Addictions* and the *Journal of Addiction Medicine.* In the past year, I have completed approximately six (7) peer reviews for those journals on issues of psychopharmacology, psychoepidemiology, drug interactions and drug treatments. On December 3rd, 2008, I was named a reviewer/author for *JAMA*, the official publication of the American Medical Association and was recognized for that in the February 25th, 2009 edition of JAMA.

Despite my ongoing interest in publishing, I remain primarily a clinician. I continue to practice psychiatry, conduct diagnostic interviews, teach the art of diagnosis and report writing, and prescribe psychiatric medications to my patients.

I currently serve as a paid member of the Capital BlueCross Quality Management Oversight Committee. Prior to this appointment, I sat on the pharmaceutical and therapeutics' committee, working with other non-psychiatric specialists in the Harrisburg community(neurology, cardiology, gastrointestinal medicine, anesthesiology, internal medicine, surgery, pediatrics and obstetrics/gynecology) and pharmaceutical benefit management corporations to ensure the quality of Capital BlueCross' pharmaceutical information, drug initiatives and reimbursement practices for its members.

In 2001-2003, I provided psychiatric expertise regarding access to behavioral(mental health and substance abuse) health care for a white paper designed for the NCQA (National Committee on Quality Assurance, Washington D.C.) and to be used as a guide for HEDIS measurements to collectively examine data for effectiveness in nationwide behavioral health programs.

I have performed extensive research of peer-reviewed literature concerning the mechanism of action of gabapentin and the effects of enhancing GABAergic systems in both animal and human studies. I am familiar with the peer-reviewed materials related to gabapentin's pre-clinical and clinical testing, including studies that detail how gabapentin is ingested, absorbed , distributed, metabolized and excreted in human beings, how it crosses the blood-brain barrier, how it affects inhibitory signals in human cortical and subcortical structures, how its neurobiochemical effects

**4** | P a g e

are postulated to evoke post-receptor changes that include 'downstream' gamma-aminobutyric acid(GABA) agonist effects, otherwise called GABAergic effects and how those inhibitory effects are translated into signals that produce significant changes in serotinergic, dopaminergic and noradrenergic neurotransmission in different parts of the human brain, resulting in neurobiochemical effects that produce significant downward mood disturbances, including states of hopelessness, suicidal thinking and increase the likelihood of suicidal intent, suicidal attempts and completed suicide in humans.

I have been court qualified to offer case-specific opinions re the epidemiology of group and individual violence and self-harm (Estate of Judy Barrett *vs*. John Vojtas, Pittsburgh Police Department, Allegheny County, PA, 1999; Data: Western State Psychiatric Hospital, Washington; Statehttp://psychrights.org/articles/DrugsMightBreedViolence.htm.) My general understanding of these issues and investigations is based upon the length and scope of my graduate and post-graduate education, including studying the basics of scientific methodology at Princeton University, pre-clinical behavioral sciences and clinical courses in psychiatry and neurology at Harvard Medical School and the scope of my post-graduate training in psychiatry and addictionology at UMDNJ-Rutgers/Robert Wood Johnson and Duke University.

In my work with the Federal and state officials, including plaintiff and defense attorneys and upon requests from specific Federal and state judges, I have also compiled and analyzed data and prepared psychological autopsies that have included issues pertaining to prescribed and illicit drugs, major mental health problems, violence, suicidal actions and homicidal behaviors. This work has enabled me to render conclusions in Federal and state courts about the likely predisposing factors that explain, to a reasonable degree of medical and psychiatric certainty, the environmental, personal, developmental and family features that assist in understanding and explaining the prevention, treatment and forensic implications of these aforementioned issues.

### Hartley Shearer Medical Records

- ***Berkshire Med Ctr records***  Medical records for 10/20/2000 to 10/25/2000 and 10/25/2000 to 11/2/200; admission records, progress notes, therapy records, doctors orders, vital sign flow sheets, miscellaneous records
- ***Berkshire Med Ctr part 2***  Medical records for 10/25/2000 to 11/2/200 and 2/7/2002; admission records, emergency department records, ICU flow sheet, vital sign flow sheets, IV care flow sheet, discharge referral, miscellaneous records
- ***Berkshire Health Systems Laboratories:***  Copy of death certificate, probate of will, billing certification, and patient information sheet for admit/discharge date of 27/02
- ***Brigham & Women's Hosp:***  Medical records for 1/5/1999 to 1/14/1999 and 10/13/2000 to 10/20/2000; Discharge summary, physicians orders, progress notes, medicine

administration records, respiratory care records, operative procedure records, lab and chemistry results, miscellaneous records

- ***Brigham & Women's Hosp records*** duplicate of some records found in ShearerMED00003
- ***Brigham & Womens Hosp records part 2*** duplicate of some records found in ShearerMED00003
- ***Brigham and Women's:*** Billing records for 12/23/98 to 9/28/01
- ***Death Cert 2pgs:*** Death Certificate Registered Number 221653 for Hartley Shearer dated 2/7/2002
- ***Dr Catapano-Friedman records*** History and Physical notes, progress notes dated 2/18/00 to 1/28/02
- ***Dr Catapano-Friedman*** records for Linda Shearer: History and Physical notes, progress notes, billing ledger, dated 2/18/00 to 6/24/05
- ***Dr Cohn:*** copies of death certificate, release of information, probate of will, correspondence to Douglas Herr, M.D. dated 12/23/98, 1/19/99, Operative note for date of procedure 1/5/99, discharge summary for discharge date of 1/14/99
- ***Dr Elpern:*** Correspondence to Dr. Sullivan dated 8/20/98
- ***Dr Herr records***
    - o 1ˢᵗ packet; Progress note dated 6/12/01, office consultations dated 1/7/00 and 4/14/9, correspondence from Lawrence Cohn, M.D. dated 1/19/99, consultations dated 5/5/01 and 10/10/00, cardiac catheterization report dated 12/17/98
    - o 2ⁿᵈ packet; Records as indicated for packet 1 with additional progress notes, consultation reports, correspondence, progress notes, lab reports, miscellaneous medical records, records for dates between 7/14/98 and 11/5/01
- ***Dr. Richard Basile:*** physical assessment notes, discharge summary, pathology reports, lab reports, miscellaneous records, operative report, for dates 10/25/00 to 11/30/00
- ***Harts Pharmacy records:*** Pharmacy report time period 1/1/89 to 12/31/03, printed on 9/16/04
- ***Medical Examiner report:*** Autopsy report with chemistry results dated 4/10/02
- ***Neurological Consultants records*** Initial office note for 7/12/99; office consultation notes for 8/7/00; office revisit notes for 9/23/99, 9/30/99, 10/18/99, 11/19/99, 12/16/99, 3/1/00; telephone communication note for 11/10/99; correspondence with Keith Edwards M.D. dated 1/6/00
- ***North Adams Ambulance records*** Emergency trip report, inner facility trip report and billing for 2/7/02
- ***North Adams Regional Hosp records*** Emergency room and transfer records for 2/7/02
- ***North Adams Regional Hosp recs MRC*** Progress notes, physician assessments, emergency room reports, radiology reports, EKG's, lab results, transfer records, miscellaneous medical records; for dates 2/6/91 to 2/7/02
- ***Spaulding Rehab records*** Treatment records, therapy records, progress notes, miscellaneous records; for dates 1/14/99 to 3/10/99
- ***Spaulding Rehab records part 2*** Treatment records, therapy records, progress notes, medication logs, nursing logs, miscellaneous records; for dates 1/14/99 to 3/10/99

- ***Spaulding Rehab records part 3***  Outpatient follow up note, case management records, nursing narratives, I & O records, miscellaneous records; for dates 1/14/99 to 4/13/99
- ***Williamstown Med Assoc bills***    Billing account inquiry report run on 11/13/07 for dates of activity between 5/23/96 and 3/13/02
- ***Williamstown Med Assoc recs***   ; Medication renewals, office notes, progress reports, immunization records, lab results, correspondence, consultations, miscellaneous records; for dates 11/19/90 to 2/7/02
- ***Pittsfield Cardiology:***  Consultation report, EKG, billing sheet records dated 5/11/01
- ***Jack Ringler, MD-Berkshire Med Ctr:***  medical records from Berkshire Medical Center, autopsy report, death certificate, discharge summary, admission records, EKG's, lab reports, consultation reports, orders, miscellaneous records, for dates 10/20/00 to 2/13/02
- ***William Chambers MD:***  treatment notes for dates 10/28/87 to 11/28/90 (some pages undated)

**Legal Papers and Filings**
- ***Complaint***
- ***Answer***
- ***Plaintiff 26a Disclosure 12.2007***
- ***Plaintiff 26a Disclosure part II 12.2007***
- ***Plaintiff 26a Disclosure part III 12.2007***
- ***Plaintiff 26a Disclosure part IV 12.2007***
- ***Plaintiff response to document demand 12.2007***
- ***Plaintiff response to interrogatories 12.2007***
- ***Amended Complaint***
- ***Plaintiff supplemental 26a part IV 6.2008***
- ***Plaintiff supplemental 26a 2.2008***
- ***Plaintiff supplemental 26a 6.2008***
- ***Plaintiff supplemental 26a part II 6.2008***
- ***Plaintiff supplemental 26a part III 6.2008***
- ***Plaintiff supplemental 26a part V 6.2008***
- ***Plaintiff 26a supplemental 8.2009***
- ***Plaintiff Further Supplemental disclosure 9.2009***
- ***Defendant supplemental disclosure 9.2009;***
- ***Plaintiff supplemental disclosure 10.2009***
- ***Probate of Will 1pg***

**Depositions and Exhibits:**
- ***Button, Judy 043008 condensed transcript:***  Deposition transcripts of Judy Button taken 4/30/2008
  - ○ *JudyButton Exhibit 1*
- ***Dr Desai :***  Deposition transcripts of Paresh Desai taken 3/22/2008
- ***Dr Sullivan :***  Deposition transcripts of Daniel M Sullivan, M.D. taken 3/27/2008
  - ○ *Dr Sullivan exhibit 1*

- o *Dr Sullivan exhibit 2*
- o *Dr Sullivan exhibit 3*
- o *Dr Sullivan exhibit 4*
- o *Dr Sullivan exhibit 5*
- o *Dr Sullivan exhibit 6*
- o *Dr Sullivan exhibit 7*
- ***Michael Fagan :*** Deposition transcripts of Michael Fegan taken 3/26/2008
  - o *Michael Fagan exhibit 1*
  - o *Michael Fagan exhibit 2*
  - o *Michael Fagan exhibit 3*
  - o *Michael Fagan exhibit 4*
  - o *Michael Fagan exhibit 5*
  - o *Michael Fagan exhibit 6*
  - o *Michael Fagan exhibit 7*
  - o *Michael Fagan exhibit 8*
  - o *Michael Fagan exhibit 9*
  - o *Michael Fagan exhibit 10*
- ***Shearer, Linda 022508 condensed transcript:*** Deposition transcripts of Linda Shearer taken 2/25/2008
- ***Shearer, Linda 022608 condensed transcript:*** Deposition transcripts of Linda Shearer taken 2/26/2008
  - o *Linda Shearer exhibit 1*
  - o *Linda Shearer exhibit 2*
  - o *Linda Shearer exhibit 3*
  - o *Linda Shearer exhibit 4*
  - o *Linda Shearer exhibit 5*
  - o *Linda Shearer exhibit 6*
  - o *Linda Shearer exhibit 7*
  - o *Linda Shearer exhibit 8*
- ***Wheeler, Sean 102909 condensed transcript:*** Deposition transcripts of Sean Wheeler taken 10/29/09
- ***Wilfred Hynes, MD Deposition:*** Deposition transcripts of Wilfred Hynes, M.D. taken on 11/13/09
- ***Vito Acconci Deposition:*** Deposition transcripts of Vito Acconci taken 11/3/09
- ***William Chambers MD Deposition:*** Deposition transcripts of Dr. William Chambers taken 11/9/09
- ***William Chambers MD Deposition (continued):*** Deposition transcript of Dr. William Chambers taken on 11/16/09
- ***Herr, Douglas condensed transcript:*** deposition transcript of Douglas Herr taken on 10/16/09
- ***Catapano-Friedman, Lisa 102309 condensed transcript:*** Deposition transcripts of Lisa Catapano-Friedman taken on 10/23/09
- ***Anne Hudson Angevine :*** Deposition of Anne Hudson Angevine taken 11/17/09
-

**Miscellaneous Records**

- ***Mass State Police rpt, complete***   Releases, certificate of death, 6 page report by Trooper Michael Hill of the Massachusetts State Police, 4 page report by Trooper Brian Berkel of the Massachusetts State Police, Incident report from Williamstown Police Department, Narrative for Patrolman Thompson of Williamstown Police Department, suicide note, other papers
- ***Obituary:***   Death notice from ***New York Times*** (nytimes.com) dated February 12, 2002
- ***SUNYA academic recs from MRC:***   Official Academic Transcripts for Hartley Shearer from University at Albany S.U.N.Y print date 2/8/08
- ***Tax Returns from MRC:***   Federal tax returns for Hartley and Linda Shearer, W2's, misc tax records
- ***Williams College emp recs form MRC:***   Annual re-employment correspondence; student reviews, acceptance letters, death notices, miscellaneous papers
- ***Williamstown Police Dept rpt :*** Narrative for Patrolman Thompson of Williamstown Police Department
- ***Williamstown Police Dept rpt:***  Police records from 2/28/01 domestic incident involving Linda and Hartley Shearer
- ***IRS records from MR :***  Duplicate of records in Tax Returns from MRC

**Hartley Shearer Overview Timeline of Medical Events, 1.15.1999-2.07.2002**

- 1/5/99 Mr. Shearer goes in to Brigham & Women's Hospital for Mitral Valve Repair, has CVA
- 1/12/99-3/10/99 In Spalding Rehab for CVA (cerebrovascular accident) with resultant left –sided hemiplegia
- 12/20/99 develops Atrial fibrillation
- 2/18/00 -- Starts to see Dr. Lisa Catapano-Friedman, psychiatrist
- 9/18/00 back spasms develop, given Vicodin
- 9/28/00 ambulance to hosp due to back pain
- 9/28/00-10/13/00 goes to North Adams Regional Hospital with back pain.  Infection includes endocarditis.
- 10/13/00 transferred to Brigham & Women's Hospital, Boston, MA for treatment of endocarditis and back pain
- 10/13/00-10/21/00 treatment of back pain and endocarditis
- 10/21/00-11/4/00 – Admit to Berkshire for rehab from endocarditis
- 10/25/00 splenectomy due to septic shock and hypotensive event with syncopal episode
- 9/4/01 treated for deep vein thrombosis (DVT)
- 2/7/02 – Suicide by gunshot

## Brief Synopsis of Case

Hartley Shearer was a 57 year old Caucasian male part-time art instructor at Williams College. He was married to his wife, Linda, for 35 years. They had one son, Ivor, in college. He committed suicide at home on February 7th, 2002 using his own .357 magnum handgun.   He left a suicide note saying goodbye to his wife and son.



From the information available through his medical records, psychiatric records, Williams College's records, obituary, police reports and depositions in this case, Mr. Shearer led a full but abbreviated life.  He was college educated and interested in athletics.  He was described as disciplined, intense, humorous, likeable and sociable.  He pursued an art career while his wife directed an art museum. He was working on a Master's Degree in Social Work from SUNY-Albany at the time of his death.

Mr. Shearer had a number of interests, including helping other less fortunate than himself. To that end and upon his passing, his family directed contributions be made to Berkshire Farm Center and Services for Youth in Canaan, New York in lieu of flowers.

His life changed remarkably in 1999.  At that time, while undergoing surgery to repair a problematic mitral valve, he suffered a right hemispheric cerebrovascular accident that resulted in left hemiplegia. Following that trauma, he needed physical assists to ambulate. To help him with his daily chores and routines, particularly when his wife and son were unavailable, he had the assistance and relationship of a caretaker, Sean Wheeler.

Subsequent to his stroke, Mr. Shearer appears to have successfully maneuvered through a number of obstacles: physical limitations, anger, depression, pain, impotence.  He received psychiatric assistance from Dr. Lisa Catapano-Friedman from February of 2000 until late January of 2002, an intervention which showed his positive response to psychochemotherapeutic

interventions. Likewise, he had mechanical and interpersonal assists and support, via his caretaker, his son and his wife, which permitted him to continue to be mobile and to teach.

To explain the precipitants to his suicide, the period from Mr. Shearer's 1999 embolic stroke to his 2002 suicide is of obvious general and heightened interest to me. Moreover,  the circumstances in the thirty day period prior to his death represent a period of  escalating focus, culminating in the circumstances, medical conditions and mood changes in the hours and minutes when he made the impulsive decision to shoot himself in the head.

Immediately before his suicide, a number of events happened.  His wife Linda left for a brief trip to Hawaii.  On the day of his suicide, Mr. Shearer and his wife argued on the telephone, according to Sean Wheeler.  At the same time and according to his pharmaceutical records, he appeared to have 'run out' of fluoxetine(he last filled his prescription for fluoxetine on 1.26.02 in what would have been a seven day supply, leaving him approximately five days without this medicine at the time of his suicide) several days before his suicide.  However, he continued to take his Neurontin.  One of the last prescriptions that he filled during his lifetime was for Neurontin, a count of #180, 100mg doses, prescribed for a total daily dose of 600mgs.

Therefore, at the time of his suicide, Mr. Shearer was pharmaceutically challenged by several circumstances:  His emotional state may have been upset by what might have been the absence of fluoxetine.   However, regardless of whether or not fluoxetine was available to him in the days immediately before his death, he continued to take gabapentin.  This was especially problematic from a risk-benefit standpoint, as the risks to him outweighed the benefits. That drug was medically ineffective for him (see footnotes 1, 2), may have been inappropriate because of his post-stroke condition (footnote 3) and was capable of severe downward mood change.  Already stressed by situational factors, the continuation of Neurontin and its depressogenic effect resulted in hopelessness and an irrational desperation (inferred in his suicide note, below), powerlessness, and the impulsive act to kill himself.

**Footnotes:**

Footnote 1:

| | | |
|---|---|---|
| **Shearer, Hartley P.** | **Daniel M Sullivan, MD** | **N72208** |
| 07/10/2001 | | |

**Telephone Call:**
Mr. Shearer is aware that his free testosterone level is 9.2. It is on the lower end of normal. He does not want to go back on testosterone.  He also plans a holiday from Neurontin. He is not sure if its effectiveness. It was being used for nerve issues in his feet. It was prescribed by Dr. Keith Edwards.

Mr. Shearer will call us if he has any further questions.
DMS:JT 07/10/2001:07/16/2001

Footnote 2:

"Conclusions:  We identified selective outcome reporting for trials of off-label use of gabapentin. This practice threatens the validity of evidence for the effectiveness of off-label interventions." From page 1963 in: Vedula SS,  Bero L, Scherer, RW and Dickersin K. Outcome Reporting in Industry-Sponsored Trials of Gabapentin for Off-Label Use. N Engl J Med 2009; 361: 1963-71

Footnote 3:

According to a recently published study, gabapentin's binding to alpha2delta-1 receptors may  interfere with *de novo*  synapse formation, especially in  pregnancy and in post-stroke patients, because of its adverse affect on thrombospondin-induced synapse formation. [in: *Study Pinpoints Key Mechanism in Brain Development*, REDORBIT NEWS, published 2009/10/09 and obtained at: http://www.redorbit.com/modules/news/tools.php?tool=print&id-1767546 on 11.27.09 by spkmd.

\*

# Application of Sir Bradford Hill 'guideposts' to determination of causation in Neuropsychiatry

"Sir Austin Bradford Hill proposed criteria[1] to guide establishing an argument of causation decades ago when reviewing evidence in support of a causative role for occupational and lifestyle factors in producing a number of disease states (such as various cancers). These criteria have since been widely applied.[2,3] However, their relevance to establishing a causative role of brain dysfunction in producing changes in Behavior has not been critically examined. Nor have these criteria been frequently applied in the literature related to disorders that affect the function of the brain. It may well be that some of these criteria are not appropriate, or feasible, for establishing an argument of causation in neuropsychiatry. Our goal in this article is to facilitate and encourage the use of rigorously applied criteria for establishing arguments of causation in neuropsychiatric research. To do so, we review Bradford Hill's criteria in terms of their importance to establishing an argument of causation for brain dysfunction in producing changes in Behavior and in terms of challenges and opportunities relevant to neuropsychiatric research. Examples of causation arguments, including those for post stroke depression and psychiatric disorders after traumatic brain injury (TBI), are briefly presented to highlight the potential importance of these criteria.

Bradford Hill's criteria have been summarized[2] as including 1) the demonstration of a strong association between the causative agent and the outcome, 2) consistency of the findings across research sites and methodologies, 3) the demonstration of specificity of the causative agent in terms of the outcomes it produces, 4) the demonstration of the appropriate temporal sequence, so that the causative agent occurs prior to the outcome, 5) the demonstration of a biological gradient, in which more of the causative agent leads to a poorer outcome, 6) the demonstration of

a biologic rationale, such that it makes sense that the causative agent causes the outcome, 7) coherence of the findings, such that the causation argument is in agreement with what we already know, 8) experimental evidence, and 9) evidence from analogous conditions.

Bradford Hill's criteria are potentially helpful for neuropsychiatry because they 1) are widely accepted and applied throughout medicine, 2) may increase rigor in establishing causation through the structure they provide, 3) facilitate the teaching of important lessons about the role of the brain in producing Behavioral change (e.g., if there is an absence of a biologic gradient, this suggests hypotheses related to brain function that might explain this finding), and 4) suggest research approaches (e.g., the need to establish a temporal sequence speaks to the need for prospective studies)."

[Reference: The above quote was taken directly from: van Reekum R, Streiner DL, Conn DK. ***Applying Bradford Hill's Criteria for Causation to Neuropsychiatry***. J Neuropsychiatry Cli Neurosci 13:318-325. August 2001. Accessed by SPKmd on 11.17.09 *abstracted* at the website: http://neuro.psychiatryonline.org/cgi/content/abstract/13/3/318]

### Was Neurontin a significant contributory factor that caused Mr. Shearer's suicide death?

1. Strength of Association: The suicide warning for Neurontin was asserted by the US FDA on December 16th, 2008[Yan, Jun. FDA Orders Suicide Risk Warning on Epilepsy Drug Labels. *Psychiatric News*. February 6, 2009. Vol. 44, (3) 7.] Earlier, research from a number of sources, including the expert reports of Drs. Trimble, Blume and me as well as the clinical work established through the analysis of 199 clinical trials by the US FDA and as reported in the UDA FDA 31 January 2008 Alert, concluded that there is a significant association between the risk of suicide and ingestion of Neurontin.
2. Consistency:  As demonstrated in my expert report and as articulated in the "Daubert" Hearing regarding the mechanism of action of Neurontin (Boston, MA, under the direction of Honorable Judge Patti Sarris), there are multiple studies, both in animals and in humans, demonstrating Neurontin's GABAergic, alpha-2-delta and anti-glutaminergic capacity to reduce functional serotonin levels and Neurontin's ability to produce side-effects, such as dysphoria, mood changes, suicidal thinking and completed suicides.
3. Specificity: Many factors increase the risk of suicide. Many factors protect individuals from committing suicide. Neurontin causes more side-effects than suicide and suicide is caused by more factors than this drug.  However, Neurontin shares the specific GABAergic responses that other GABAergic drugs share in causing mood changes and suicidal behaviors.
4. Temporality: Neurontin ingestion precedes the induction of mood changes and suicidal thinking.  Those changes can occur in as little as hours after ingestion and can accumulate over time. Mr. Shearer was taking Neurontin for a lengthy period and Neurontin was one of the last prescriptions that Mr. Shearer filled prior to his suicide.

5. Biological Gradient: Neurontin's effects can be dose-dependent. Higher doses can cause, among other problems and benefits, more somnolence, more restlessness, more delirium and more mood changes.
6. Biological Plausibility. As described in Item 2 above, Neurontin's neurobiochemical mechanism of action alters GABAergic, alpha-2-delta and glutaminergic functionality that decreases serotonin function causing significant mood changes.
7. Biological Coherence. What is known about Neurontin's mechanism of action and mechanism of production of adverse effects and suicide potential is entirely consistent with the scientific research that explains the causative relationship between GABAergic drugs, anti-glutaminergic drugs and mood changes/suicidal behaviors.
8. Experimental evidence. No randomized placebo-controlled trial has ever been conducted with suicide as an endpoint. However, the indirect evidence, including the accumulation of adverse event reports, and the evidence reviewed by the US FDA, supports a causative relationship between Neurontin and suicide in susceptible individuals.
9. Analogy: Neurontin is similar to other drugs, like pregabalin, topiramate and tiagabine (Gabitril), and Vigabatrin. All of these drugs have similar mechanism of action and all of them have demonstrated increased risk for suicide.

## Mr. Shearer's Suicide Autopsy: The Differential Diagnosis of Risk Factors for, and Protective Factors against, Suicide

Mr. Shearer's Risk Factors for Suicide

1. He was male.
2. He had an apparent argument with his wife on the telephone shortly before he suicided.
3. He owned a gun.
4. He was under employed.
5. He had been mobility challenged for over three years as a result of a right-sided CVA with left hemiplegia (since 1999.)
6. Prior to his suicide, he had been successfully treated for depression [with antidepressant medication, including fluoxetine, olanzapine] and psychotherapy(February 18, 2000- August 2nd, 2001)
7. His fluoxetine may have run out shortly before he suicided
8. He was taking gabapentin, the last prescription that he filled prior to his suicide.
9. He had chronic medical problems(AF, back pain, impotence, cardiovascular problems) and was taking numerous medicines in the years before he suicided

Mr. Shearer's Protective Factors against Suicide

1. He was in a stable marriage for 35 years.
2. He was under the age of 65.
3. He had an advanced degree education.
4. He had had previous domestic issues with his wife which did not result in his act of self-harm.

5. He had a companion caretaker with whom he shared a good relationship.
6. He had a son in college of whom he was proud.
7. He was able to pursue his lifelong interest in art.
8. He was not socioeconomically impoverished.
9. He had not previously attempted to commit suicide.
10. He had received successful psychiatric intervention previously.
11. He had a sense of humor and was humorous.
12. He was disciplined, directed and showed strong methods of coping with prior adversity.
13. He had suffered pain and impaired mobility without having acted to hurt himself in the period from 1999 up until his suicide.
14. He was able to ask for help.
15. He was not terminally ill.
16. He had not previously expressed suicidal intent.
17. He was not abusing illicit drugs nor alcoholic.
18. He did not have a diagnosis of a personality disorder..
19. He did not have a diagnosis of bipolar disorder I, severe anxiety, agoraphobia, panic or psychotic depression.
20. He had not taken  steps, shortly before his death, to plan for his suicide
21. He had interest in the welfare of others.
22. He did not have legal problems nor ongoing relationship problems at the time of his suicide.

## Conclusions

Based upon the information provided to me, some of which is highlighted in the above point-by-point synopsis, I am able to assert my conclusions based upon a reasonable degree of medical and psychiatric certainty.

During the time that I spent reviewing Mr. Shearer's medical and pharmaceutical records and reading depositions in his case, I was confronted with factors that placed him at risk for suicide and factors that offered a protective effect against suicide.  I considered the information that was available to me about his life generally and focused, for obvious reasons, on those factors that specifically confronted him after his 1999 right-sided embolic cerebrovascular accident that resulted in left-sided hemiplegia.  I concentrated on what was happening—including medical, social, adaptational, pharmaceutical, circumstantial events--- proximate to the time that he decided to end his life.

I examined the issues that increased Mr. Shearer's risk of suicide: Those risks included, but were not limited to, his history of  a CVA, his loss of function after his CVA;  his change in emotional state witnessed by his caretaker, Sean and his wife, Linda after his 1999 CVA; his wife's trip to Hawaii that was co-occurring when he suicided; a history of previous and anger and domestic issues with his wife;  his pharmaceutical prescriptions with special attention to pharmaceutical

interventions or events that would increase the likelihood of an acute suicidal event(including gabapentin); his physical discomfort/pain, his non-life threatening medical issues requiring medicinal treatment(erectile dysfunction, history of atrial fibrillation, back pain, DVT, insomnia), and his history of depression. Separately, I examined the factors that protected him from suicide: positive adaptation to his disability after his 1999 CVA; his history of positive response to psychiatric intervention; a college and post baccalaureate education;, a durable marriage; supportive environment from his son and wife; his occupation and part-time employment at Williams College; a son in college at Skidmore; a supportive caretaker with whom he had a positive relationship; absence of illicit drugs; his humor and disciplined personality lifestyle; and, the absence of suicidal statements  prior to the immediate decision to commit suicide.

After careful review and consideration, I am able to conclude that Mr. Shearer had both risks factors for, and protective factors against, suicide.  From the above differential diagnosis applied to my analysis of factors in his suicide autopsy, I am able to conclude, within a reasonable degree of medical and psychiatric certainty, that Neurontin was a direct and significant contributing cause of Mr. Shearer's suicide.

It is also my conclusion that Pfizer failed to adequately inform health professionals that Neurontin had the ability to precipitate significant deterioration in mood and increase the risk of suicide, including completed suicides, in susceptible individuals during the timeframe that Mr. Shearer lived and died.

Respectfully,

Stefan P. Kruszewski, M.D.

S.P. Kruszewski, M.D.   Brief Resume          Page 1                          updated 10/2009

# STEFAN P. KRUSZEWSKI, M.D.
133 Linglestown Road
Harrisburg, Pennsylvania  17110 USA

**Email: skruszewski@spkmd.com**

Office Phone:  717.234.2684                                              Home Fax:717.599.5326

Office Fax: 717.234.2686

---

## EDUCATION

Undergraduate School: Princeton University, A.B. 1973
Medical School:        Harvard Medical School, M.D. 1977
Medical Internship:    New England Deaconess Hospital (Harvard Affiliate) Boston, MA 1977-78
Psychiatric Residency: UMDNJ/Robert Wood Johnson Medical School, 1978-81; Chief Resident, 1980-81
Fellowship:            Research Activity (Part-time), UMDNJ/Robert Wood Johnson Medical School 1981-83
Mini-Fellowship:       ECT, Duke University 1989

## BOARD CERTIFICATIONS

American Board of Psychiatry and Neurology, 1988
Special Qualifications:
- Geriatrics, 1991; Recertified, 2000-10
- Addictionology, 1993-2003

American Society for Adolescent Psychiatry, 1992
Diplomate, American Board of Addiction Medicine, May 2009(lifetime certification)
American Society of Addiction Medicine, 1990(lifetime); re-certified, 2002

## PERSONAL INFORMATION

Born in New York City, New York USA
Special Interests:
- Adolescent and Adult Addictive diseases
- Psychopharmacology; Epidemiology
- Conflicts of Interest in Academic and Research Medicine; Medicaid and Medicare fraud
- Interface of psychiatry, neurology and internal medicine; HIV/AIDS; PTSD; TBI

## ACADEMIC APPOINTMENTS

Current:     Eastern University, Campolo Campus; addictions
1999-2004: Clinical Professor of Psychiatry, Penn State College of Medicine
            *(Previous academic appointments at Western Psychiatric Institute and Clinic, University of Pittsburgh, Pittsburgh, PA; University of North Texas, Fort Worth, Texas; Allegheny General Hospital System and Medical School, Pittsburgh, PA ; UMDNJ-Rutgers; Harvard Medical School, Boston, Massachusetts)*

## NATIONAL/REGIONAL ACTIVITIES

2009:    10 December. Invited Speaker: Pinnacle Health Multi-Residency Programs. Physician Graduate Medical Education, Brady Hall 906. Harrisburg, PA
2009    01 October. Invited Guest,  President Obama and Democratic Governor's Association Luncheon, St. Regis Hotel, Washington D.C.
2009    03 September. US Department of Justice and Kenney, Egan, McCafferty & Young announce Kruszewski *qui tam* settlement re Geodon/Pfizer
2009    12 July: Nominated to Board of the National Coalition of Independent Scholars
2009    18 June: Appointed to Editorial Board of *Journal of Risk and Safety in Medicine*, IOS press

2009:     23 April 2009. US Department of Justice and Fish and Richardson, Wilmington DE, announce positive settlement of Dr. Kruszewski's *qui tam* re care in psychiatric facility

2009:     08-12 September:  keynote speaker, NARPA, Phoenix, Arizona. Scientific misrepresentations in marketing of psychopharmaceuticals

2009:     20 January: Appointed Sentinel Reader, MORE system for Evidence-based Journals Group, McMaster University, Hamilton, Ontario Canada L8S 4L8

2008:     03 December: Appointed Reviewer to *JAMA* (*Journal of the American Medical Association*)

2008:     Amicus Brief to US Supreme Court. Filed in *Wyeth v. Levine* on behalf of Drs. Ross and Kruszewski through firm of Williams Cuker Berezofsky (Michael J. Quirk, esq.), One Penn Center, 1617 JFK Blvd. Philadelphia, PA 19103-1819

2008:     Nominated: October 1-4; Keynote Speaker. NARPA Annual Conference, Austin, Texas

2008:     Executive Producer, *SPARED; How to Kiss a Frog; Claim 24*. Albuquerque and Santa Fe, New Mexico

2008:     29 April: Keynote Speaker. Substances of Abuse, HCV and HIV.  University of Pittsburgh Graduate School of Public Health, Department of Infectious Diseases & Microbiology, Sheraton Harrisburg-Hershey Hotel

2008:     06 February. Written testimony provided to, and read before, the US FDA Advisory Committee re olanzapine pamoate/somnolence

2007:     17 November. Keynote speaker, Healthcare Symposium: Penn State School of Medicine-AIDs Planning Coalition: Interrelationship of Substances of Abuse and HIV

2007:     Appointed Reviewer: *Journal of Addiction Medicine*

2007:     Settlement, publicly disclosed in PA AG's website and BMJ, of my Federal First Amendment Action against PA Department of Public Welfare; Middle District of PA,   Federal Court

2007:     Working alongside Henry Waxman (D-CA); 30th Congressional District of California; Chairman of the Committee on Oversight and Government Reform; Chairman, Committee on Energy and Commerce; 2007:  Working alongside Bart Stupak, (D-MI, 1st CD) House Energy and Commerce Committee

2007:     Working alongside Senate Judiciary Committee, A. Specter(R-PA); Gavin Young, chief Counsel (OxyContin)

2007:     Appointed Reviewer: *American Journal of Addictions*

2007:     Appointed to Faculty of Arts and Sciences, Eastern University

2006:     12 December:  Addressed Media at National Press Club, Washington D.C. re SSRIs and suicide risk in adults; John Abramson, MD; David Healy MD; David Cohen, DSW

2006:     1 November: Grant Funding, Consumer & Prescriber Grant, Administered by 6 US Attorneys General via Oregon Health Science University to Drs. David Cohen, Kia Bentley and Stefan Kruszewski for "Critical- Skills Curriculum on Psychotropic Medications for Child Welfare and Mental Health Social Workers; under the auspices of Florida International University, Miami, Florida (I am paid through FIU Board of Directors)

2006:     Award: Courageous Psychiatrist of 2006, presented by International Conference of Psychiatry and Psychology, Bethesda, MD October 2006

2006:     Participation at FDA advisory board meeting re Shire Pharmaceutical's proposal requesting that the USFDA approve modafinil (as *Sparlon*) for use in children with ADHD; approval not issued

2005:     (2005-2008): Board of Directors, Alliance for Human Research Protection (AHRP) NY, NY

2004:     Working alongside US Senate Finance Committee (Charles Grassley-IA, Max Baucus-MT)

2004:     (2004-2006): Working alongside Liberty Committee (Ron Paul-R-TX)

2004:     Media testimony: 'Black Box' warning for SSRIs; US FDA Advisory Committees, Bethesda MD

2004:     Appointed to Delegated Oversight Committee, Keystone-Capital BlueCross (1.7MM)

2003:     Re-Appointed to Behavioral Health Advisory Panel, **NCQA**, Washington DC

2002:     Appointed to Behavioral Health Advisory Panel, **NCQA**, Washington DC

1994:     Reviewer, American Psychiatric Association's <u>Psychiatric Services</u>

1991:     s/p Reviewer, National Board of Medical Examiners, Part II, Comprehensive section, Psychiatry

1984:     Speaker/Lecturer: Epidemiology; Addictions, Psychopharmacology, Wellness, Geriatrics; Published in:*New England Journal of Medicine; Archives of Family Medicine; Plant*

S.P. Kruszewski, M.D.   Brief Resume          Page 3                    updated 10/2009

Physiology(*Green Journal*); *Archives of Neurology*; *Research Communication in Psychology, Psychiatry and Behavior*; *AGH Neuroscience Journal*; *BMJ (formerly, British Medical Journal) New York Times*; *Barron's*; *Annals of Clinical Psychiatry*, *American Journal of Psychiatry*, *American Society of Adolescent Psychiatry*; *JAMA*, *Neurology*; *Psychiatric NEWS*; *Journal of Psychiatric Practice(accepted)*; *Archives of General Psychiatry (accepted)*; *Federation of State Medical Boards, Journal of Licensure and Discipline*; *International Journal of Risk and Safety in Medicine*; *American Journal of Addictions*; *PLoS Medicine*; *Harvard Magazine*; *Journal of Clinical Psychiatry*; *Advances in Biological Psychiatry*, *Annals of Internal Medicine*, *Journal of Psychiatric Practice*

1987:   (1987-2001): Lecturer for Pfizer (Zoloft), GlaxoSmithKline (Paxil, Wellbutrin), Janssen/Johnson and Johnson (Risperdal), AstraZeneca(Seroquel), Organon (Remeron), Wyeth(Effexor), Wallace Labs(Loxitane, Sonata), Eli Lilly(Prozac, Zyprexa), Sandoz pharmaceuticals (Pamelor), Amersham Biosciences-GE; Served on Eli Lilly NE Advisory Panel

## MEDICAL LICENSES
Active:   Pennsylvania, Nebraska, Indiana, California, Texas, New Jersey and Delaware
Active:   DEA
Inactive:  Oklahoma, and Hawaii

## PROFESSIONAL EXPERIENCE
(Items in bold are all current)
2006:   **Psychiatric Medical Director, Mazzitti and Sullivan Counseling Services, Harrisburg PA**
2006:   **Expert to Fact Squad, Government Accountability Project, Washington D.C. (please see their website)**
2006:   **Psychiatric Consultant to QM Oversight: Capital Blue Cross, Harrisburg, PA**
2004:   **Psychiatric Consultant/Medical Director (Chamber's Hill Adolescent Rehabilitation Treatment Center, Harrisburg, PA) for Gaudenzia (Patients with HIV, psychiatric & addictive disease)**
2004:   Psychiatric Consultant-Expert to and for State and Federal regulatory/judicial/legal/educational/ legislative entities (as of 2007) and various healthcare organizations;
2003:   **Consultant: Lawyers Concerned for Lawyers (PA Supreme Court, underwriters)**
2002-05:  Associate Medical Director, PA Physicians' Health Programs, Foundation of the Pennsylvania Medical Society
2001:   **Senior Psychiatric/Substance Abuse Consultant: Capital BlueCross, Harrisburg, PA**
2001:   **Psychiatric and Substance Abuse Consultant, Bureau of Professional and Occupational Affairs-VRP, Department of State, Commonwealth of Pennsylvania**
1999:   **Psychiatric Consultant-Expert: Federal Defenders of Eastern and Middle District Courts, Commonwealth of Pennsylvania**
2001-03:  Psychiatric Consultant, Department of Public Welfare, Pennsylvania
2000-01:  Medical Director, RSC-Central PA, Magellan Health, Harrisburg/Lemoyne, PA
1993-99:  Medical Director, Behavioral Health, Pottsville Hospital and Warne Clinic, Pottsville, PA
1992-93:  Senior Vice President for Mental Health, Harris Methodist Health Systems, Fort Worth, TX
1991-92:  Director, Geriatric Neuropsychiatric Institute & Associate Director, Psychiatric Residency Allegheny Neuropsychiatric, an affiliate of Allegheny General Hospital, Pittsburgh, PA
1984-91:  Chairman, Department of Psychiatry, Conemaugh Memorial Hospital, Johnstown, PA

## DIPLOMATE/CERTIFICATIONS
1. National Board of Medical Examiners, April 16, 1979, #189189
2. American Board of Psychiatry and Neurology, 1988, #30683 (Lifetime certification)
3. American Board of Psychiatry and Neurology with special qualifications in Geriatrics, June 1991 #217

4. **Re-Certified** by American Board of Psychiatry and Neurology with special qualifications in Geriatrics, July 2000. #217
5. American Board of Psychiatry and Neurology with special qualifications in Addiction Psychiatry, June 1993 #232
6. American Society of Addiction Medicine, 1990, #006243 (Lifetime certification); re-certified, 2002
7. American Board of Adolescent Psychiatry, 1992
8. American Academy of Pain Management, 1991, #2468
9. American Board of Forensic Medical Examiners, July 1995
10. Medical Review Officer, forensic toxicology coursework completed;
11. Suboxone/Subutex Waiver granted by Department of HHS, SAMHSA: 7 July 2009
12. Diplomate, American Board of Addiction Medicine, #002228, 02 May 2009

## Licensures

- Delaware C1-0008311;   issued April 3rd, 2007; valid through 03.31.2011
- California G41124, issued October 29th, 1979; active; valid through 02.28.2011
- Indiana 01038687, issued July 26th, 1990; active valid through 06.30.2011
- New Jersey 36043, issued May 3rd, 1979; active; valid through 06.30.2011
- Nebraska 18474, issued June 7th, 1991, active; valid through 10.01.2010
- Texas J-1288, issued June 17th, 1992; active; valid through 11.30.2010
- Pennsylvania MD-030879-E, issued April 6, 1984; active; valid through 12.31.2010
- Federal Drug Enforcement Agency (DEA): current
- Oklahoma 17874, issued October 5th, 1991, inactive
- Hawaii MD7193, issued approximately 1991, inactive

## Fellow

American College of Neuropsychiatrists, 1990-

## Active Memberships

- American Psychiatric Association(state and local chapters included); ID55173/GM
- American Medical Association(state and local chapters included); 02401772106
- American Society of Addiction Medicine
- American Society of Adolescent Psychiatry

# Medical Journal Articles: Print and On-line Publications

Paczynski RP, Kruszewski SP. Transparency Needed in Psychopharmaceutical Clinical Trials. Accepted in *Journal of the Association of American Physicians and Surgeons.* 12 November 2009.

Paczynski RP. Kruszewski SP. Inadequacies of Statutory Drug Compendia Also Affect the Mental Health Field    *Annals of Internal Medicine* 1 September 2009; 151(5):364-5

Kruszewski SP. Book Review: *Doctors of Deception.* Peer-reviewed and scheduled to be published in the autumn 2009 edition of *Journal of Risk and Safety in Medicine.* IOS Press.

Paczynski RP, Kruszewski SP.   A Link Between Schizophrenia and Diabetes?:  Insights from the Pre-Antipsychotic Era. *International J of Risk & Safety in Medicine. IJRSM 08-1182. Accepted in print edition 27 May 2009.*

Kruszewski SP, Paczynski RP. Antipsychotic Agents and Cardiometabolic Morbidity in Youth, letter. *Archives of Pediatrics & Adolescent Medicine.* Apr 2009; 163(4): 394-395.

Paczynski RP, Kruszewski SP. A Link Between Schizophrenia and Diabetes?:  Insights from the Pre-Antipsychotic Era. Poster. A-122-0004-00533.Accepted by 5th International Symposium on Diabetes and Pregnancy, Sorrento, Italy. March 26-28, 2009.

Kruszewski SP, Paczynski RP. Concomitant Use of Lorazepam With Tamoxifen in Bipolar Mania Clinical Trials. *Arch Gen Psychiatry.* Jan 2009; 66(1): 107-108.

Kruszewski SP. Questions for Participants at London's Conference on Doctors' Health. *British Medical Journal* 14 Nov 2008. [Online Rapid Response]

Kruszewski SP. Credibility Gap, Revisited. *Psychiatric News*, the official publication of the American Psychiatric Association. 15 August 2008

Kruszewski SP, Paczynski RP. Gabapentin-induced Delirium and Dependence: A Case Report. *Journal of Psychiatric Practice* 2009; 15: 314-319.

Kruszewski SP, Paczynski RP. Clinical Trials in Bipolar Mania. (letter in response to). *Archives of General Psychiatry. Accepted for publication on-line and in print 9 June 2008.*

Kruszewski, SP. Studying Placebo Effects Advance the Neuropsychiatric Understanding of Medical Interventions. *BMJ (British Medical Journal)* 7 May 2008. [Online Rapid Response].

Kruszewski, SP. Neurobiology of Addiction. Review in ***American Journal on Addictions.  Critique of work by Koob and Le Moal. .Volume 17 (3) May 2008:254-55***

Kruszewski, SP and Paczynski, RP. Atypical Antipsychotic Agents for the Schizophrenia Prodrome: Not a Clear First Choice. *International Journal of Risk and Safety in Medicine.* Apr 2008. 20(1-2): 37-44.

Kruszewski SP, Bialy M, Paczynski RP. State Medical Board Responses to an Inquiry on Physician Researcher Misconduct.  *Federation of State Medical Boards, Journal of Licensure and Discipline.* April-May 2008; 94(1): 16-22.

Kruszewski, SP.  Memorializing our Mental Health Commitment. bmj.com, 21 May 2007 in response to Reinhardt, UE. The Trouble with US Military Medicine. Accessible at http://www.bmj.com/cgi/content/full/334/7593/565

Kruszewski SP. *Positive Psychology.* Letter. *Harvard Magazine* 2007 Mar-Apr; 109(4): 4, 6.

Kruszewski SP. A Personal Perspective on the Zyprexa Documents. [Online Rapid Response]. *BMJ (British Medical Journal)* 2007 Mar 11; 334: 171-a.

Kruszewski SP, Shane JA. Pregabalin in central neuropathic pain associated with spinal cord injury: A placebo-controlled trial [Response]. *Neurology* 2007 Jun 12; 68: 2158-2159.

Kruszewski SP, Klotz SG. Effects of Topiramate [Response]. *American Journal of Psychiatry* 2007 Mar; 164(3): 526-527.

Kruszewski  SP, Klotz SG. Oxcarbazepine adjunctive therapy in infants and young children with partial seizures [Response]. *Neurology* 2007 Feb 06; 68: 472-473.

Kruszewski SP. SSRI informed consent requires full and complete disclosure. *BMJ* 2006 Oct 29; 333: 824.

Kruszewski SP, Shane, JA. Efficacy and safety of pramipexole in restless legs syndrome [Response]. *Neurology* 2007 May 8; 68(19): 1641-1642.

Kruszewski SP, Klotz SG. Modafinil: mischaracterizations. *Journal of Clinical Psychiatry* 2007 Jun; 68(6): 970-972.

Kruszewski SP, Shumway K, Kuhle B.  Remission of maternal depression and children's psychopathology. *JAMA* 2006 Sep 13; 296: 1233.

Kruszewski SP. Why we whistleblowers are passionate in our convictions. *PLoS Med* 2005 Aug; 2(8): e281.

Kruszewski SP, Klotz SG. Conventional vs. atypical antipsychotic medications [Response].  *New England Journal of Medicine* 2006 Mar 02; 354(9): 972-4.

Kruszewski SP. Euphorigenic and abuse properties of modafinil. *American Journal of Psychiatry* 2006 Mar; 163: 549.

Kruszewski SP. Voices of conscience for healthcare reform. [Online Rapid Response]. *BMJ (British Medical Journal)* 2005 Oct 31; 331: 1030 #120420.

Kruszewski SP. Narrowing the credibility gap. *Psychiatric News* 2005 Oct 21; 40(20): 29.

Kruszewski SP. The American Medical Association's response to pharmaceutical advertising. [Online Rapid Response]. *BMJ (British Medical Journal) BMJ* 2005 Jul 06; 331: 7-a #111436.

Kruszewski SP. Schizophrenia and epilepsy: untenable link from flawed research design. [Online Rapid Response]. *BMJ (British Medical Journal) BMJ* 2005 Jul 05; 331: 23 #111341.

Kruszewski SP. HIV/AIDS demographics similar in Dauphin County, Pennsylvania USA. [Online Rapid Response]. *BMJ (British Medical Journal) BMJ* 2005 May 21; 330: 695 #101837.

Kruszewski SP. HIV/AIDS demographics in US county and southeast England are similar. *BMJ (British Medical Journal) BMJ* 2005 May 21; 330: 1209-1210.

Kruszewski SP, Paczynski R. Conclusions inconsistent with results with amphetamines and divalproex. *American Journal of Psychiatry* 2005 Nov; 162(11): 2197.

Kruszewski SP. Conclusions inconsistent with results with citalopram. *American Journal of Psychiatry* 2005 Nov; 162(11): 2195-2196.

Kruszewski SP. Disingenuous remarks from the AMA on tort reform. [Online Rapid Response]. *BMJ (British Medical Journal)* 2005 Mar 05; 330: 499-c #99230.

Kruszewski SP. Neonatal brain injury. *New England Journal of Medicine* 2005; 532(8): 839.

Kruszewski SP. Protecting editorial integrity through responsibility and resolve. [Online Rapid Response]. *BMJ (British Medical Journal)* 2005 Feb 05; 330: 0-h #95621.

Kruszewski SP. Aetiology and pathophysiology exist in DSM-IV. [Online Rapid Response]. *BMJ (British Medical Journal)* 2005 Jan 10; 330: 95-b.

Kruszewski SP. Published conclusions must accurately reflect research results. [Online Rapid Response]. *BMJ (British Medical Journal)* 2005 Jan 19; 330: 0-g #93143.

Kruszewski SP. SSRI informed consent requires full and complete disclosure. [Online Rapid Response]. *BMJ (British Medical Journal)* 2005 Jan 10; 330: 95-b #145560.

Kruszewski SP. The inseparability of medicine and politics. [Online Rapid Response]. *BMJ (British Medical Journal)* 2004 Nov 10; 329: 0-g.

Kruszewski SP. Politicized psychopharmacological debate. *Newsletter, American Society for Adolescent Psychiatry* Winter 2004: 11.

Kruszewski SP. The influence of TMAP: mandatory mental health evaluations. *Under Reported. Independent Media TV publishing* 2004 Oct 04.

Kruszewski SP. APA at odds with FDA Advisory Panel. [Online Rapid Response]. *BMJ (British Medical Journal)* 2004 Sep 25; 329: 702 #75714.

Kruszewski SP. Recovery and relapse: opposing directions on the same road. *PHP Update, The Foundation of the Pennsylvania Medical Society* 2002; 40: 1-2.

Kruszewski SP. Approach to depressive disorders. *Archives of Family Medicine* 2000; 9: 19.

Kruszewski SP. Tobacco litigation. *New England Journal of Medicine* 1997 Jun 19; 336(25): 1833-4.

Kruszewski SP. Valproate-induced carbamazepine toxicity causing death. *Annals of Clinical Psychiatry* 1999 Sep; 11(3): 170-171.

Kruszewski SP. Faith in psychiatry. *Clinical Psychiatry News* 1993 Dec: 22-23.

Kruszewski SP, Zimmer B. The Charles Bonnet Syndrome: description in search of etiology. *Neuroscience Journal, Allegheny General Hospital* 1992; (1); 29-33.

Kruszewski SP, Long S. Frontal lobe pathology: questions of attribution and discovery. *Neuroscience Journal, Allegheny General Hospital* 1992; 3(1): 23-28.

Kruszewski SP, Zimmer B. The Charles Bonnet Syndrome Revisited. [Paper presented in San Francisco, California 2/14/1992]. *American Association of Geriatric Psychiatry*.

Habashi M, Kruszewski SP. Lead encephalopathy from inhalation of leaded gases in an adult. *Clinical Research* 1997; 35(3): 743A.

Zimmer B, Price TRP, Garber HJ, Kruszewski SP, Mazur R. Poster: Bupropion use in patients at risk for seizures. *American Psychiatric Association* [Poster-paper] 1992 May.

Kruszewski SP. Familial subtyping of depression: a re-examination of the endocrine, clinical and hereditary subgroup date in affective disorders. *Research Communication in Psychology, Psychiatry and Behavior* 1983; 8(2): 207-221.

Kruszewski SP, Goldstein L. Sensory input processing: differences between depressed, schizophrenic and normal subjects. *Adv Biol Psychiatry* 1983; 13: 49-53.

Goldstein L, Kruszewski SP, Swartzburg M, Krawciw N. Computerized hemispheric EEG, clinical and endocrinological data in depressed patients. *Second International Conference on Laterality and Psychopathology* 1982. [Banff, Alberta, Canada.]

Kruszewski SP, Jacobs WT. Polarity of thiamine movement through tomato petioles. *Plant Physiology* 1974; 54: 310-11.

## Continuing Medical Education Certifications

- CME credits current for all Federal and State-specific requirements for 2007-8.
- IMQ, subsidiary of California Medical Association, ID No 152558: 46 Category 1 hours: 2007
- IMQ, Institute for Medical Quality, a subsidiary of **California** Medical Association, ID No. 152558 Category 1 =112 hours for 2003-05, including 65 CME Category 1 hours for 2005.
- **Pennsylvania** Medical Society CME verification ID no.02401772106, issued November 2000
- American Medical Association Physician's Recognition Award: Valid through October 1, 2004
- American Medical Association Physician's Recognition Award: Valid from July 1 2005-July 1 2008

Dr. Kruszewski's appearances and/or testimony in trial/court/ depositions or in sworn testimony in administrative hearings: 2002-2009

Action: Criminal;
Court: Middle District of PA, Federal Court
Date:  September 29th, 2009
**Case:  *USA v. Shaun Chapman***
Defense attorneys:  Federal Defenders of Middle District, PA
Plaintiff attorneys: US Attorneys

Action: Civil
Court:  State of Maryland
Date:    April 27th, 2009; June 18th, 2009
**Case: LaBaer v.  Nancy C. Clark & Pfizer**
Defense attorneys:  Shadoan, Michael  & Wells, LLP
Plaintiff attorneys:    Christopher Coffin, Louisiana

Action: Criminal
Court:  State of New York, Nassau County Courthouse
*Case:    **State of New York v. Brandon Hampson***
 Date: January, February – April,   2009(three in-court appearances)
Defense attorneys:  Eric Bernstein, NY, NY

Action: Civil
Court: Small Claims Magisterial Court, Dauphin County, PA
***Action: Stefan P. Kruszewski, MD v. Costopoulos Law Firm, Harrisburg, PA***
Date:  July 17th, 2009
Defense attorneys: Leslie Fields, defendant and her firm
Plaintiff attorneys:  None

Action: Civil
Court: Superior Court of New Jersey Law Division-Mercer County
Date: 11 July 2008; Trial: October 21-27th, 2009
***Case: Lynn Powell vs. Janssen Pharmaceutica Inc., Janssen Pharmaceutica Products, L.P. and Johnson and Johnson.***
Defense attorneys: McElroy, Deutsch, Mulvaney and carpenter, Newark, NJ  *and*
Patterson, Belknap, Webb & Tyler, LLP, New York, New York

Action: Civil
Court: Federal Court, Boston Massachusetts
Dates: June 19-20, 2008
***Case: Daubert Challenge: Multiple plaintiffs vs. Pfizer, Inc, makers of Neurontin***
Presiding: Honorable Judge Patti Sarris

Action: Criminal
Court: Chambersburg, Franklin County, Commonwealth of PA
*Case: Commonwealth of PA vs. Larry Hall*
Date: April 25 2008
Attorney: Elizabeth Hoffman, Harrisburg, PA

Action: Civil
Court: Federal Court, New Mexico
*Case: Bertetto v. Eon Laboratories.*
Date: March 26-27, 2008 in Harrisburg, PA
Attorney: On behalf of Seeger Weiss, attorneys at law, New York, New York

Action: Civil
Court: Pennsylvania State; Dauphin County Courthouse, Harrisburg, Pennsylvania
*Case: Hershey Medical Center vs. Don Bailey,* esq  in re to case of Olga Estrada
Date: February 19 2008

Action: Criminal No. 06-00721
Court: US District Court, Eastern District of Pennsylvania
**Case: USA *v.* Deanna Lynn Rompilla**
Scheduled for 17 December 2007; re-scheduled for 3 January 2008
For: Benjamin B. Cooper,
Federal Defender's Association
Federal Community Defender Office for the Eastern District of Pennsylvania
609 Hamilton Mall
Sovereign Building, Suite 301
Allentown, PA 18101

Action: Civil
**In re Neurontin Products Liability Litigation**
Re:  Explanation of General Causality in Neurontin litigation
Attorneys:  Finkelstein and Partners
Scheduled for 12-13 November 2007; re-scheduled for December 6-7, 2008 and
concluding on February 26 2008(at Harrisburg Intl Airport)
Place: Hilton Hotel downtown, Harrisburg, Pennsylvania

Action: Civil
Court: Deposition for Eastern District of New York, Federal Court
**Cases: Plaintiffs John Doe *v.* Eli Lilly and Company**
Place: Office of Pepper Hamilton (primary offices in Philadelphia)
100 Market Street, Harrisburg, PA
Date: April 30th, 2007, 9am-5pm
Attorneys: Michael Miller and Associates, Orange, Virginia;  representing multiple
plaintiffs.

Action: Criminal
Court: Federal Court, Middle District, Pennsylvania
*Case: USA vs. John Mizik*
Place: Federal Courthouse,
228 Walnut Street
Harrisburg, PA 17108
Harrisburg, Pennsylvania
Date: 15 February 2007 at 2pm
On behalf of:   James V. Wade. Chief Counsel, Federal Defenders of Middle District,
Pennsylvania
106 Walnut Street, Harrisburg, PA 17101


Action: Criminal
Court: Federal Court, Middle District, Pennsylvania
*Case: USA vs. Michael Sedor, attorney at law*
Place: Federal Courthouse,
228 Walnut Street
Harrisburg, PA 17108
Harrisburg, Pennsylvania
Date: 10am, 03 November 2005
On behalf of:  Joshua D. Lock, Attorney at Law
106 Walnut Street, Harrisburg, PA 17101

Action: Civil/Administrative
Program, Commonwealth of Pennsylvania
*Case: Claranna LaCour*
Department of State/ Commonwealth of Pennsylvania
Bureau of Professional and Occupations Affairs
Professional Health Monitoring Programs (PHMP)
P.O. Box 10569
Harrisburg, PA 17105-0569
Date: September 2nd, 2005


Action: Civil
Case: *(NAME) v. the Purdue Pharmaceutical Company*
*The Purdue Frederick Company*
*The P.F. Laboratories, Inc.*
*The Abbott Laboratories*
*Abbott Laboratories, Inc.*
*Mallinckrodt Inc.*
Date: Since January 2005
Legal Firm: SimmonsCooper, L.L.C.
707 Berkshire Blvd.

P.O. Box 521
East Alton, IL 62024

Action: Civil
**Case: Durrenberger v. Northwestern Grill, Keystone Automotive**
Docket No. 2004-C-292
Date: September 12, 2005
Place: Lehigh County Courthouse
Legal Firm: Joseph Pulcini, Jr.
Todd S. Miller and Associates
611 N 19th St.
Allentown, PA 18104

Action: Civil/administrative
**Case: Packer v. Pinnacle Health Systems**
Court: Dauphin County Court of Common Pleas
Date: September 7, 2005
Presiding Judge: Judge Evans
Legal Firm: Charles I. Artz
Charles I Artz and Associates
Fulton Bank Building
12th Floor, Ste 12B
200 N 3rd St
Harrisburg, PA 17101

Action: Civil/Administrative
**Case: Susan Lynn Mease, R.N.**
Date: August 8, 2005
For: Kevin C. Knipe
Department of State/ Commonwealth of Pennsylvania
Bureau of Professional and Occupations Affairs
Professional Health Monitoring Programs (PHMP)
Voluntary Recovery Program
P.O. Box 10569
Harrisburg, PA 17105-0569

Action: Criminal
Pennsylvania
**Re: United States v. Michael Silver**
Number: Federal Indictment, Criminal No. 04-224
Date: May 29th, 2005
For:  Thomas A. Thornton
Assistant Federal Defender
C/o Office of Federal Public Defender
Middle District of Pennsylvania
100 Chestnut Street, Suite 306

Harrisburg, Pennsylvania 17101-2540
At Issue: Addiction History, Insanity Defense

Action: Civil
**Case: *Lana Jean Slotterback vs. Kirchner***
Court: Lackawanna County Court;
Date: May 23, 2005
Presiding Judge: Judge Carmen Minora
Plaintiff Counsel: Stanley Brassington, RN, MPH
Defense Counsel: Norman D. Namey, Cardoni and Associates 340 market street
Kingston, PA

Action: Criminal
**Case: *United States of America vs. Joseph Minnici. 04 Cr. 1072(BSJ)***
Place: United States District Court, Southern District of New York
Presiding Judge: Barbara S. Jones, Southern District of NY
Date: November 29, 2004
US Prosecuting Attorney: Maria E. Douvas;

Action: Criminal
**Case: *Drumheller, Troy. Commonwealth of PA v Drumheller. Indictment 364-1999.***
Docket 10071. 808 A 2d 893, 908 (Pa 02-2002); Certiorari
Court: PA Supreme Court
Date: Subsequent to April 30th, 2004
Defense Attorney: Shawn Nolan, Federal Court Division, Defender Association of
Philadelphia; Capital Habeas Corpus Unit

Action: Criminal, Administrative
**Case: *Commonwealth of Pennsylvania v. Luis Ismael Campos, MD***
Docket No. 0390-49-04; File No. 03-49-00709.
Place of Court testimony: Commonwealth of PA, Department of State, State Board of
Medicine, Harrisburg, PA
Defense Attorney: Todd Miller and Associates, Allentown, PA
Prosecuting Attorney: Benjamin Cero, Bernadette Paul

Action: Criminal, Administrative
**Case: *Commonwealth of Pennsylvania v. Marianne I. Webster, MD***
Docket No. 0390-49-04; File No. 03-49-00709.
Date:   June 23rd, 2003
Place of Court testimony: Commonwealth of PA, Department of State, State Board of
Medicine, Harrisburg, PA
Defense Attorney: Elliot Strokoff
Prosecuting Attorney: Bernadette Paul
Representing: PA Department of State

Action: Criminal
**Case: *Commonwealth of PA v. Saranchak, Daniel Michael.***
***Indictment No. 889-1993.  2003. PA***;
Court:  US Third Circuit Court of Appeals.
Judges Richard L. Nygaard, Anthony Scirica. Cyrus Palmer Dolbin.
Defense: Mathew Lawry, Federal Defenders of Philadelphia
Prosecuting Attorneys: Claude A. Shields; Robert Graci,

Action: Criminal
**Case: *United States v Anthony Penn*; Criminal No. 1: 01-CR-00128**
Place: Federal Courthouse; Middle District of Pennsylvania
Date of Testimony: April 16th, 2002
Defense attorneys: James V. Wade, Federal Public Defender, Middle District of PA; 100
Chestnut Street, Suite 306, Harrisburg, PA 17101-2540; also, Miller, Poole & Lord, LP,
York, Pennsylvania