UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re:  NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981

------------------------------------------------------------x

THIS DOCUMENT RELATES TO: : Judge Patti B. Saris

*Shearer v. Pfizer Inc., et al.* : Magistrate Judge Leo T.
Case No. 1:07-cv-11428-PBS : Sorokin

------------------------------------------------------------x

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully move for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on all counts of Plaintiff's Amended Complaint. The grounds for this motion are set forth in the accompanying memorandum of law. Also submitted in support of this motion are: (1) Defendants Pfizer Inc and Warner-Lambert Company LLC's Local Rule 56.1 Statement of Material Facts, and (2) the supporting Declaration of Mark Cheffo.

WHEREFORE, Defendants respectfully request that the Court grant summary judgment in their favor on all counts of Plaintiff's Amended Complaint.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument will assist the Court, and they wish to be heard. Accordingly, Defendants respectfully request oral argument on this motion.

Dated: February 2, 2010          Respectfully submitted,

                                 SKADDEN, ARPS, SLATE,
                                    MEAGHER & FLOM LLP

                                 By: /s/ Mark S. Cheffo
                                    Mark S. Cheffo

                                 Four Times Square
                                 New York, NY 10036
                                 Tel: (212) 735-3000

-and-

BOIES, SCHILLER & FLEXNER LLP

By: /s/ William S. Ohlemeyer
William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

-and-

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I hereby certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 2, 2010.

/s/ David B. Chaffin
David B. Chaffin