UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Shearer v. Pfizer Inc., et al.*<br>Case No. 1:07-cv-11428-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

---------------------------------------------------------------x

### DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from Plaintiff's Response to Defendants' First Set of Interrogatories.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the February 25-26, 2008, deposition of Linda B. Shearer.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the records of Spaulding Rehabilitation Hospital.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the records of North Adams Regional Hospital.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from the records of Williamstown Medical Associates.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from the records of Dr. Lisa Catapano-Friedman for Hartley Shearer.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from the October 23, 2009, deposition of Dr. Lisa Catapano-Friedman.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from the records of the Westminster School.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts from the records of Dr. William Chambers.

11. Attached hereto as Exhibit J is a true and correct copy of excerpts from the records of Hart's Pharmacy.

12. Attached hereto as Exhibit K is a true and correct copy of excerpts from the records of Dr. Lisa Catapano-Friedman for Linda Shearer.

13. Attached hereto as Exhibit L is a true and correct copy of excerpts from the records of Berkshire Medical Center.

14. Attached hereto as Exhibit M is a true and correct copy of excerpts from the records of Brigham & Women's Hospital.

15. Attached hereto as Exhibit N is a true and correct copy of excerpts from the expert report of Dr. Joseph Glenmullen.

16. Attached hereto as Exhibit O is a true and correct copy of excerpts from the records of the Massachusetts State Police Department.

17. Attached hereto as Exhibit P is a true and correct copy of excerpts from the October 29, 2009, deposition of Sean Wheeler.

18. Attached hereto as Exhibit Q is a true and correct copy of excerpts from the records of the Williamstown Police Department.

19. Attached hereto as Exhibit R is a true and correct copy of the Hartley Shearer Death Certificate.

20. Attached hereto as Exhibit S is a true and correct copy of the Hartley Shearer Suicide Note.

21. Attached hereto as Exhibit T is a true and correct copy of excerpts from the records of the Massachusetts Medical Examiner.

22. Attached hereto as Exhibit U is a true and correct copy of excerpts from the February 27, 2008, deposition of Dr. Michael Trimble.

23. Attached hereto as Exhibit V is a true and correct copy of excerpts from the expert report of Dr. Michael Trimble.

24. Attached hereto as Exhibit W is a true and correct copy of excerpts from the November 17, 2009, deposition of Dr. Anne Hudson Angevine.

25. Attached hereto as Exhibit X is a true and correct copy of excerpts from the March, 27, 2008, deposition of Dr. Daniel Sullivan.

26. Attached hereto as Exhibit Y is a true and correct copy of excerpts from the November 13, 2009, deposition of Dr. Wilfred Hynes.

27. Attached hereto as Exhibit Z is a true and correct copy of excerpts from the expert report of Dr. Stefan P. Kruszewski.

28. Attached hereto as Exhibit AA is a true and correct copy of excerpts from the January 11, 2010, deposition of Dr. Joseph Glenmullen.

29. Attached hereto as Exhibit BB is a true and correct copy of excerpts from the January 14, 2010, deposition of Dr. Stefan P. Kruszewski.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 2nd day of February, 2010.

s/ Mark S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 2, 2010.

/s/ David B. Chaffin
David B. Chaffin