# EXHIBIT G

CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 2
 3      ----------------------------------------x
                                            : MDL Docket No.
 4      In re:  NEURONTIN MARKETING,         :    1629
                SALES PRACTICES AND          :
 5              PRODUCTS LIABILITY LITIGATION : Master File No.
                                            :    04-10981
 6      ----------------------------------------x
                                            :
 7      THIS DOCUMENT RELATES TO:           :
                                            :
 8         SHEARER v. PFIZER INC.           : CONFIDENTIAL
           1:07-cv-11428-PBS                :
 9                                          :
        ----------------------------------------x
10
11
12                       VIDEOTAPED
13                    D E P O S I T I O N
14                           of
15              LISA CATAPANO-FRIEDMAN, M.D.
16         Taken on behalf of the Defendant on
            Friday, October 23, 2009, at The
17         Memory Clinic, Bennington, Vermont.
18
19
20              (Appearances on page 2)
21
22      VIDEOGRAPHER:  Steven O. Moore
23      COURT REPORTER:  Lisa M. Hallstrom, RPR, CRR, CCP
24
25      Job No.: 219606
```

**Page 2**

1  APPEARANCES:
2
   W. MARK LANIER, ESQ., DARA HEGAR, ESQ., BOB LEONE,
3  ESQ., KEN SOH, ESQ., and JACK WHITE, ESQ., of The
   Lanier Law Firm, 6810 FM1960 West, Houston, Texas,
4  77069, appeared and represented the Plaintiff.
5  CATHERINE B. STEVENS, ESQ., of the firm Skadden, Arps,
   Slate, Meagher & Flom, LLP, Four Times Square, New
6  York, New York, 10036, and WILLIAM S. OHLEMEYER, ESQ.,
   of the firm Boies, Schiller & Flexner, LLP, 333 Main
7  Street, Armonk, New York, 10504, appeared and
   represented the Defendant.
8
9
10 ALSO PRESENT:  Dr. David Egilman
                  Sam Krumholz
11                Emily Ardolino
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 3**

              INDEX
1                                          PAGE
2  Examination by Ms. Stevens .................    5
3  Examination by Mr. Lanier ..................  103
4  Examination by Ms. Stevens .................  150
5  Examination by Mr. Lanier ..................  157
6  Signature Page .............................  168
7  Certificate ................................  169
8
9
10           EXHIBITS
11                                       PAGE LINE
12  1  Certification for Psychiatric Records   12  11
    2  PowerPoint of Notes                     32  16
13  3  PowerPoint of Notes                     45   7
    4  PowerPoint of Notes                     49   8
14  5  PowerPoint of Notes                     56   5
    6  PowerPoint of Notes                     63   4
15  7  Handwritten Note                        70   1
    8  Certificate of Authenticity             75   4
16  9  PowerPoint of Notes                     84   1
    10 PowerPoint of Notes                     87   1
17  11 PowerPoint of Notes                     91   6
    12 PowerPoint of Notes                     92  15
18  13 Letter - 9/11/2009                      97   9
    14 Packet of Documents                     98  10
19  15 E-mail - 9/13/2001                     100   8
    16 Payment Report                         114  25
20  17 Curriculum Vitae                       119   4
    18 Call Notes                             123  21
21  19 Call Notes                             124   2
    20 Prescription Writing History           127  16
22
23
24
25

**Page 4**

1        (Commencing at approximately 9:18 a.m.)
2        VIDEOGRAPHER:  We are on the record.  The
3  time is 9:18.  My name is Steven Moore of
4  Veritext, New York.  The date today is October
5  23rd, 2009, and the time is 9:18.  This
6  deposition is being held in the office of
7  Dr. Lisa Catapano-Friedman located at 357
8  Shields Drive, Bennington, Vermont.  The
9  caption of this case is Neurontin Marketing and
10 Sales Practices versus Pfizer, Inc., in the
11 United States District Court, District of
12 Massachusetts.  The name of the witness is Lisa
13 Catapano-Friedman, MD.
14       At this time the attorneys will please
15 identify themselves and the parties they
16 represent after which our court reporter, Lisa
17 Hallstrom of Veritext, New York, will swear in
18 the witness and we can proceed.
19       MR. LANIER:  I think you're going first.
20 Might as well ID first.
21       MS. STEVENS:  Catherine Stevens from
22 Skadden, Arps for the defendant.
23       MR. OHLEMEYER:  Bill Ohlemeyer, Boies,
24 Schiller & Flexner for the defendants.
25       MR. LANIER:  Mark Lanier here with crew,

**Page 5**

1  but I'll be the one vocally here representing
2  Hartley Shearer and his estate and family.
3  LISA CATAPANO-FRIEDMAN, MD:  Being first duly sworn by
                              a Notary Public to tell
4                             the truth, deposes and
                              says as follows:
5
6        MS. STEVENS:  Before we get started this
7  morning, just a quick note for the record.  I
8  just want to comment that Dr. Egilman and
9  several of his colleagues are in attendance at
10 the deposition this morning.  Defendants
11 notified plaintiff's counsel yesterday that we
12 would object to Dr. Egilman and his colleagues'
13 attendance.  We find it intrusive,
14 inappropriate, serving no purpose.  We're
15 clearly in tight quarters in the doctor's
16 office, and we object strongly to their
17 presence today.
18       MR. LANIER:  And with due respect to the
19 tight quarters, they're out in the hall.
20 They're not in the tight quarters.
21       E X A M I N A T I O N
22 BY MS. STEVENS:
23 Q  Good morning, Dr. Catapano-Friedman.
24 A  Good morning.
25 Q  Could you please state your name for the record?

Page 18

1  A   Occasionally, but he didn't need to talk in such
2  loud volume.
3  Q   He -- your notes indicate that he's now not
4  teaching and is -- it was a big loss.  Did he talk to
5  you about how he felt about that loss?
6  A   Simply that he was very angry about that loss as
7  well as the others.
8  Q   Did you view Mr. Shearer as being depressed when
9  he presented on February 18th, 2000?
10  A   I thought that he was mildly depressed.
11  Q   Did you recognize him as having ADD when he
12  presented in 2000?
13  A   He told me that he had had that diagnosis for a
14  long time.  I was not surprised to hear that he had
15  been diagnosed with ADD.
16  Q   And just for the jury, what is ADD?
17  A   Attention deficit disorder.
18  Q   And what kind of symptoms do patients present
19  when they have ADD?
20  A   The symptoms can vary with age.  What we mostly
21  think of is a child with attention deficit
22  hyperactivity disorder and children are often
23  hyperactive literally and distractible and have
24  difficulty focusing.  That can change in adults.  In
25  adults you don't usually see the physical

Page 19

1  hyperactivity but you often see what's called
2  hyperfocus, so that they can get, in a sense, lost in
3  something they're doing and lose track of time and
4  think, oh, this will just take ten minutes and it's
5  four hours later.  What never really changes from
6  childhood to adulthood as a symptom, however, is
7  impulsivity.
8  Q   And did you see that as you treated Mr. Shearer?
9  A   Yes.
10  Q   Did you believe that the diagnosis of having ADD
11  was a correct diagnosis for him?
12  A   I felt that it was likely correct.  I had not
13  made the original diagnosis.  I had not seen him ever
14  untreated for it.
15  Q   Did you recognize him as having OCD as well?
16  A   There's a difference between obsessive compulsive
17  disorder and obsessive compulsive personality, and I
18  felt he more likely had obsessive compulsive
19  personality traits than actual obsessive compulsive
20  disorder.
21  Q   And can you explain that for the jury?  What is
22  obsessive compulsive personality traits?
23  A   Obsessive compulsive -- people with obsessive
24  compulsive personalities tend to be very rigid,
25  perfectionistic, often in that vein rather critical

Page 20

1  because the world often does not live up to their
2  standards.  That's probably the paramount presentation
3  of somebody with obsessive compulsive personality.
4  Q   And you saw those traits in Mr. Shearer, is that
5  correct?
6  A   Yes.
7  Q   You put in quotes that he saw the world as
8  inconsistent on -- on February 18th.  Do you -- do you
9  know what that meant?
10  A   Yes.  Those were his words, that he saw the world
11  as -- as inconsistent, and what he meant was that
12  people didn't behave all the time the way he felt they
13  should or they were expected to behave or that they,
14  in fact, said that they would behave.
15  Q   And was he referring to people generally or was
16  he referring to his wife Linda or was -- his family?
17  Did you get any sense of that from seeing the world as
18  inconsistent?
19  A   I think you could say all of the above.
20  Q   Did he discuss with you that prior to the stroke
21  he got a lot of pleasure in exercising regularly?
22  A   Yes.  He described himself as being very
23  athletic.
24  Q   And did he talk to you about how he -- how the
25  stroke impacted his lack of ability to exercise?

Page 21

1  A   Well, it was clear from his visible disabilities
2  that he could not do the exercise that he had
3  previously done.  He had a great deal of difficulty
4  simply walking, and he needed assistance to do almost
5  everything more complicated than walking.  He couldn't
6  even dress himself by himself.
7  Q   Can you describe to the jury Mr. Shearer
8  physically?  How -- how did the stroke impact him?
9  A   He had lost significant ability to move primarily
10  his leg, which was in a brace, and it -- he often wore
11  shorts.  I think it was easier for him to dress in
12  shorts.  And he clearly had a lot of muscle atrophy of
13  that leg.  He also had weakness of the arm but not to
14  the same degree as the loss of strength in the leg.
15  Q   Can you explain to the jury what muscle atrophy
16  is please?
17  A   Muscle wasting so that clearly the muscles of the
18  affected leg were smaller than the muscles of his
19  healthy leg.
20  Q   And that gave him difficulties in walking as
21  well?
22  A   Yes.
23  Q   I think your notes, you indicate that he had used
24  Benzedrine in the past?
25  A   Yes.

Page 30

1  A   Why did I want to do that?
2  Q   Uh-huh.
3  A   It was one of the possible ways of getting at his
4  anger.
5  Q   So on the first visit what you're really trying
6  to treat with Mr. Shearer is his anger and how it's
7  affecting his family life, is that fair?
8        MR. LANIER: Objection, leading.
9  A   That's correct.
10 Q   When did you next see Mr. Shearer?
11 A   March 13th, 2000.
12 Q   And can you read your handwriting for us on that
13 visit?
14 A   Buspar gave him diarrhea so DC'd it.
15 Testosterone may be helping him feel somewhat better.
16 He and Linda argue about, in quotes, who's right. He
17 makes her responsible for much of the anticipation of
18 his comfort. Quick trigger for temper. Doesn't feel
19 good about that.
20 Q   How long were your typical sessions with
21 Mr. Shearer?
22 A   Fifty minutes.
23 Q   So is it fair to say that you didn't write down
24 everything you talked about in those 50 minutes in
25 your notes, is that correct?

Page 31

1  A   That's very fair to say.
2  Q   What -- what would you have written down? How --
3  how did you select what you took notes on?
4  A   I write down things that I feel are either the
5  theme of what the patient is saying that day or things
6  that I might have difficulty remembering, such as why
7  he didn't like the Buspar.
8  Q   Did he self-continue the Buspar?
9  A   I'm sorry?
10 Q   Did he self-discontinue the Buspar?
11 A   Yes, he did.
12 Q   So he -- he didn't like the way the drug was
13 affecting him and he took himself on it, is that
14 right?
15 A   He took himself off of it, that's right.
16 Q   Do you recall that on this visit he talked to you
17 about he and Linda fighting?
18 A   That is in my notes, yes.
19 Q   Was he a hot-tempered man?
20 A   Yes.
21 Q   It also says -- your notes say that he makes
22 Linda responsible for much of the anticipation of his
23 comfort.
24 A   Yes.
25 Q   Do you recall what he meant by that?

Page 32

1  A   He was physically very uncomfortable. He would
2  have muscle spasms. There would be positions he would
3  get into that were uncomfortable. He had a lot of
4  needs on a daily basis, some of which were consistent,
5  some of which changed. For example, a consistent one
6  would be that he would need help getting dressed. He
7  would expect, however, that Linda would know exactly
8  when he wanted to get dressed and be available exactly
9  when he wanted to get dressed and know what he might
10 want to get dressed in, that kind of thing.
11 Q   And that caused frustration to him?
12 A   Yes. He did not want to have to explain to
13 people what he needed. He wanted them simply to know.
14 Q   When did you next see Mr. Shearer?
15 A   April 5th, 2000.
16 Q   I'm going to mark this as Exhibit 2 and hand it
17 to you, and I believe it's just a typed version of
18 your notes. And can you read for me your April 5th,
19 2000, visit with Mr. Shearer?
20 A   Wait, in quotes, has never been a word in his
21 vocabulary. Frustration over self-sufficiency and
22 difficulty releasing tension physically are primary
23 problems.
24 Q   What did he mean by wait has never been a word in
25 his vocabulary?

Page 33

1  A   He meant that he wants what he wants when he
2  wanted it.
3  Q   Did you get the sense he was always an impatient
4  man?
5  A   Yes.
6  Q   Even prior to the stroke?
7  A   Yes.
8  Q   How did his impatientness manifest itself on a
9  day-to-day basis?
10 A   He was demanding of what he wanted when he wanted
11 it and he was angry when it didn't happen.
12 Q   The next sentence says, frustration over
13 self-sufficiency and difficulty releasing tension
14 physically are primary problems. How did he feel
15 about his dependence on others during this time
16 period?
17 A   He hated being dependent on others.
18 Q   And by others, does that include being dependent
19 on his wife Linda during this time?
20 A   That included her as well as others, yes.
21 Q   Did you feel that Mr. Shearer was depressed on
22 April 5 of 2000?
23 A   Not particularly.
24 Q   Okay. Was he feeling loss at the time?
25 A   He was not -- he was not feeling acute loss, but

Page 42

1  A   Yes.
2  Q   And the final sentence talks about worrying about
3  his son Ivor, I believe.
4  A   Right.
5  Q   Do you recall what he was worried about during
6  that time period?
7  A   I don't know what he was referring to in that
8  particular session. He was worried about Ivor in
9  general, who I think was in college at the time, and
10 he didn't feel he was working to his best capacity and
11 he felt that Ivor was sort of adrift, not particularly
12 goal oriented and focused.
13 Q   Did his son Ivor cause stress in his life?
14 A   Sure.
15 Q   Did he ever tell you that Ivor had been diagnosed
16 with ADD?
17 A   I can't recall if he did tell me that.
18 Q   Did he tell you if Ivor was diagnosed with
19 depression?
20 A   Can't say that I recall that he told me that
21 either.
22 Q   Okay. You next saw Mr. Shearer on August 31,
23 2000?
24 A   Right.
25 Q   Do you know why it had been two months since you

Page 43

1  last saw him?
2  A   There were times that he would cancel an
3  appointment. There were a few times he didn't show up
4  for an appointment, basically because his schedule got
5  confused or whoever kept his schedule got confused.
6  There were also times occasionally when he would
7  cancel an appointment basically because he felt
8  physically unable to get there.
9  Q   Can you read that note from August 30th, 2000?
10 A   August 31st.
11 Q   Oh, sorry, August 31st, 2000.
12 A   Okay. Had difficult summer in energy and
13 emotional output but ultimately had a lot of success.
14 More aware of his disinhibition of anger and
15 expressing more humor and less tension.
16 Q   Do you have any recollection of why his summer
17 was difficult in energy and emotional output?
18 A   Well, he was in a sense under the gun about
19 getting this art project done, and I think he felt he
20 had gotten some -- some of the work he wanted to get
21 done done. I know he did have a just physically
22 difficult summer. That was a period of time where he
23 did have some cancellations because he just couldn't
24 get there physically.
25 Q   Do you recall what kind of physical problems he

Page 44

1  was having during the time?
2  A   It was nothing specific, it was just he would
3  have days in which he was having either a lot of pain,
4  a lot of muscle spasm, felt particularly weak. It was
5  general in that way.
6  Q   You also referred to his disinhibition of anger?
7  A   Right.
8  Q   And what -- can you explain to the jury what you
9  mean by he's more aware of his disinhibition of anger?
10 A   The disinhibition of anger was that he basically
11 had no filter and put no stops on his anger. He would
12 be out there with his anger before he even thought
13 should I open my mouth, and he was becoming more aware
14 that in fact he did that that he didn't, so to speak,
15 count to ten or even think about what he was about to
16 say or to whom he was about to say it. He was
17 becoming more aware that he did that and trying to do
18 it less.
19 Q   Is that one of the things you were working with
20 him on --
21 A   Yes.
22 Q   -- on a regular basis?
23 A   Yes.
24 Q   So you were counseling him on how to get rid of
25 the anger or to sort of --

Page 45

1  A   How to manage it.
2  Q   How to manage it.
3       MR. LANIER: Objection, leading.
4  BY MS. STEVENS:
5  Q   When did you next see Mr. Shearer?
6  A   I next saw him on February 6th, 2001.
7  Q   Let me hand you what we'll mark as Exhibit 3, and
8  I think that's also a typed version of your notes. If
9  you could read it and compare that it's accurate.
10 A   Okay. Reading the typed version, because that's
11 easier for me too, had long, complicated course of
12 neck and back pain. Many vein punctures. Infection.
13 Endocarditis. Brigham and Women's, BMC for physical
14 rehab. Ruptured spleen. Morphine. Paranoia,
15 hallucinations, delusions. Was very traumatized by
16 it. Has had Neurontin and magnesium oxide added.
17 Feeling significantly better but hates going to bed.
18 Wants to keep going. Both he and Linda mellower,
19 having less conflict. He is displaying more humor.
20 Q   And does that look to be accurate compared to
21 your notes?
22 A   Yes, except for the spelling of a word.
23 Q   And which word's misspelled just for the record?
24 A   What it says in typing is many vein punctures;
25 what I actually wrote was many venipunctures.

## Page 46

1  Q  Okay. And what does that mean?
2  A  Well, that he was having a lot of blood drawn.
3  Q  It had been by my calculation about six months
4  since you saw him last, is that right?
5  A  That's right.
6  Q  And do you recall why it had been six months
7  since you last saw him?
8  A  Basically because of this horrible course of
9  medical events.
10  Q  What did he tell you about the medical events he
11  underwent during that time period?
12  A  Well, apart from just describing what had
13  happened, because I didn't know the sequence of what
14  had happened at that point, he was very traumatized by
15  it.
16  Q  What was he traumatized by?
17  A  He was very frightened that all of this had
18  happened. He was near death for several reasons,
19  which frightened him greatly. He was very distressed
20  by some of the side effects he had had from some of
21  the medication, which is some of what I had delineated
22  in the note. He certainly was saying things like he
23  never wanted to go through that again.
24  Q  Did he --
25  A  Primarily that.

## Page 47

1  Q  Did he describe his pain during this time period
2  at all to you?
3  A  Yes, in that he said he had had a great deal of
4  pain and was -- was very distressed by that.
5  Q  And his reaction to drugs at that time, they were
6  narcotic drugs used to treat pain, is that correct?
7  A  The Morphine, yes.
8  Q  And it had caused him paranoia, hallucinations,
9  delusions, correct?
10  A  Correct.
11  Q  Did he describe those to you at all?
12  A  I don't recall his telling me what the content of
13  the hallucinations or delusions were. I don't even
14  know that he knew.
15  Q  He just knew that the narcotics had affected him
16  and caused him pretty severe side effects, correct?
17        MR. LANIER: Objection, leading.
18  A  That's right.
19  Q  He also told you in this time that he had had
20  Neurontin added to his list of medications, correct?
21  A  That's correct.
22  Q  And according to your notes, it says that he's
23  feeling significantly better on Neurontin, is that
24  fair?
25        MR. LANIER: Objection, leading.

## Page 48

1  A  He was feeling -- he was feeling significantly
2  better in general.
3  Q  And that follows your sentence on adding
4  Neurontin and magnesium oxide, right?
5        MR. LANIER: Objection, leading.
6  A  That's correct.
7  Q  What do you think he meant by feeling
8  significantly better? Was that physically better,
9  mentally better?
10  A  I think in both ways. Certainly he felt
11  physically better than he had felt during that
12  sequence of events. He felt he was sort of on the up
13  side, but he also was feeling mentally better. As I
14  said in my note, he was -- both he and Linda were
15  feeling mellower. They were fighting less. And he
16  was displaying a lot more humor.
17  Q  When you note that he's feeling significantly
18  better but hates going to bed, do you recall what that
19  was about?
20  A  Yes. He was still feeling very driven by this
21  project he wanted to complete and he had now lost a
22  lot of time with this prolonged illness and he wanted
23  to be at it and doing it.
24  Q  Did he indicate to you that his neck and back
25  pain had -- had decreased?

## Page 49

1  A  At that point?
2  Q  Yes.
3  A  Yes. That was part of what he was feeling much
4  better from.
5  Q  He didn't indicate to you at this time any side
6  effects or concerns about the drug Neurontin, did he?
7  A  No.
8  Q  Let me hand to you what we'll mark as Exhibit 4,
9  and I believe it's the next time you saw Mr. Shearer,
10  which was on March 8th, 2001. And can you read your
11  notation of your March 8th visit with him?
12  A  Do you want -- do you want me to read it as it's
13  on here or as it's on here?
14  Q  Why don't you read your notes and then let's see
15  if it's accurate on the typewritten version.
16  A  Because in the margin is a list of the
17  medications that he told me he was on at the time.
18  Q  Okay.
19  A  And then the note itself, he and his wife had
20  major argument over differences in their intensities,
21  I think that's what that says. He ended up in her
22  face. She slapped him. He called police and she was
23  charged. Realizes he needs to, quote, unquote, these
24  are his words, ratchet down his constant anger. Will
25  try Zyprexa and then prescription 2.5 milligrams one

Veritext Corporate Services
800-567-8658                                                             973-410-4040

Page 50

1   or two at bedtime, number 60, one refill.
2   Q   And can you look at the typed version and see if
3   it's accurate?
4   A   Apart from it's not listing the drugs.
5   Q   On the side?
6   A   Or the prescription.
7   Q   But the text itself is accurate, correct?
8   A   The text is accurate, yeah.
9   Q   Do you recall specifically this domestic dispute
10  that happened between Mr. and Mrs. Shearer?
11  A   Yes, I do.
12  Q   And can you tell me what he told you about this
13  dispute?
14  A   As my note says, his description was that it was
15  an argument over the differences in their intensities,
16  that he was very intense and she much in general more
17  relaxed than he. And when he said he ended up in her
18  face, I meant literally physically very up close, you
19  know, his face in hers. She slapped him in the face,
20  and that's exactly what he said happened, I remember
21  that; that he called the police to charge her with
22  abuse, and she was charged.
23  Q   Did he tell you what they were fighting about
24  other than differences in their intensities?
25  A   I don't recall if he -- if he said or what he

Page 51

1   said about how they got into that argument but that
2   the argument was about that she was not matching his
3   intensity. She was not taking things seriously enough
4   basically.
5   Q   Had you ever had concern that there were physical
6   issues in their relationship before?
7   A   No.
8   Q   So this was not a typical fight between Mr. and
9   Mrs. Shearer, is that --
10  A   That's right.
11  Q   Did he seem to be embarrassed that the police
12  were called?
13  A   He seemed to be embarrassed that he had reacted
14  that way, yes.
15  Q   What it says, that he needs to ratchet down his
16  constant anger, was his anger constant?
17  A   Yes.
18  Q   And how were you helping him ratchet it down?
19  A   Well, this time he was willing to try the Zyprexa
20  so that was -- we had gone through, as we've noted,
21  some therapeutic modalities and techniques that were
22  not medication. This time he was willing to take some
23  medication for it.
24  Q   You list on the side of your chart the current
25  medications that he's on. Can you read down that list

Page 52

1   for us?
2   A   Celebrex, Digoxin, Ritalin, Provigil, Prozac,
3   Zanaflex, Ativan, Coumadin, Trazodone, Viagra,
4   testosterone.
5   Q   You didn't list Neurontin at that time. Do
6   you -- do you recall why?
7   A   That would be because it was not on his list of
8   what he was taking.
9   Q   Okay. And on this date you talked to him and you
10  prescribed Zyprexa for him?
11  A   Right.
12  Q   Why did you prescribe the Zyprexa?
13  A   Harking back to the first time I saw him, there
14  were a list of possibilities with medications that I
15  thought might help ease some of his anger and Zyprexa
16  or related -- a related drug. Zyprexa is an atypical
17  antipsychotic, would help. And at that point he was
18  willing to try it. I thought it was the most likely
19  of all the possibilities to help.
20  Q   At that time period Zyprexa was indicated for
21  schizophrenia, correct?
22          MR. LANIER: Objection, leading.
23  A   Right.
24  Q   Do you know what Zyprexa was indicated for in
25  that time period?

Page 53

1   A   It was indicated for schizophrenia. I don't
2   recall if it had gotten its indication for bipolar
3   disorder at that point.
4   Q   Mr. Shearer didn't have either schizophrenia or
5   bipolar disorder, is that correct?
6   A   That's correct.
7   Q   So you were prescribing Zyprexa as an off-label
8   use for Mr. Shearer?
9   A   That's correct.
10          MR. LANIER: Objection, leading.
11  BY MS. STEVENS:
12  Q   And can you explain for the jury what an
13  off-label use for of a drug is?
14  A   Before a drug can come out on the market it goes
15  through a lot of clinical testing looking for efficacy
16  and dangerousness. Drug companies when they do these
17  studies aim them at a particular disease. They can't
18  aim them at every disease, it would be way too
19  expensive to do a study like that. They aim them at a
20  particular disease. And if the studies show that the
21  drug is safe enough and efficacious enough and the
22  FDA -- FDA approves the drug, it gets approved only
23  for the disease for which they have studied it. Drug
24  companies can't afford to study a drug for every
25  possible thing that it might conceivably have use for,

Page 142

1  Q  Okay. You never diagnosed him as chronically
2  depressed clinically?
3  A  Well, there's a diagnosis called dysthymic
4  disorder which is -- it's a low grade depression, sort
5  of low -- liken it to a low grade fever, and like a
6  low grade fever, it can come, can go, can get worse,
7  not. There are probably times where I might have said
8  he had that.
9  Q  One of the things that I noticed looking through
10 your medical records is that I did not have the
11 billing records for him, for Hartley Shearer.
12 A  Oh, I -- I didn't realize that.
13 Q  Yeah. Would those be available in his chart?
14 A  No. I don't keep them in the chart.
15 Q  But you would have them on file here?
16 A  No, I don't have them on file here. This was a
17 long time ago. Those files are --
18 Q  Are long gone?
19 A  They're not gone. They are very much elsewhere.
20 I don't have them here.
21 Q  How would I go about finding those?
22 A  You would have to request them from me. I, quite
23 honestly, thought I had sent them when they were
24 initially requested.
25 Q  They're not in my copy and I looked at the copy

Page 143

1  of your records that --
2  A  When Finkelstein and partners had originally
3  requested the records, that was the original request,
4  in 2008 or something like that, I thought I had sent
5  them then.
6  Q  Yeah. And I got those records from them and did
7  not see them so perhaps what would be the -- the -- if
8  I have a service contact you to try and -- and do
9  that, would that be okay?
10 A  You could do it directly. As far as -- I don't
11 know what the proper procedure is as long as there's a
12 release for information that accompanies it.
13 Q  Let me tell you why I'm asking and maybe I'm
14 barking up a bad tree but -- but past experience has
15 indicated to me when you're charging back Blue
16 Cross/Blue Shield or someone like that, that you have
17 to put a -- a -- a diagnosis code or something for the
18 charge?
19 A  When you submit the claim, yes.
20 Q  And so, for example, I see on your shelf now it's
21 the DSM-IV TR. I guess back then it was probably the
22 DSM-III or something?
23 A  No, it was DSM-IV.
24 Q  Okay.
25 A  It's been around a long time.

Page 144

1  Q  Okay. I'm getting old then because I can --
2  A  Yeah, I remember DSM-III also.
3  Q  But don't -- don't the DSMs generally have the
4  coding system --
5  A  Yes.
6  Q  -- so that I could go back and look?
7  A  Yes. Yes.
8  Q  So your -- to the best of your memory your
9  diagnosis of Mr. Shearer was that he was mildly
10 depressed, kind of like a low grade fever?
11 A  At some points.
12 Q  And then -- at some points.
13 A  Yeah.
14 Q  And then also that he had anger issues, would
15 that be fair to say?
16 A  Yes, although that's not a diagnosis per se.
17 Q  Yeah. That's -- that's an observation, is that
18 what you call it?
19 A  That's part -- no. That's part of a personality
20 construct which leads to a different kind of
21 diagnosis.
22 Q  And you never diagnosed him with a personality
23 disorder, did you?
24 A  I did. I don't bill for that.
25 Q  Okay. Which -- which personality disorder did

Page 145

1  you assign?
2  A  Narcissistic personality disorder.
3  Q  I didn't see that in your notes anywhere.
4  A  I don't write diagnoses in my notes unless I am
5  sending my notes to another physician and then I will
6  add that for their information, but I don't need to
7  write it for myself.
8  Q  Would the narcissistic personality disorder be
9  shown on the billing records perhaps?
10 A  No. I usually only put the Axis I diagnosis;
11 that's an Axis II diagnosis.
12 Q  Right. Now you said that suicidal ideation was
13 very, very common. I think you used two verys. You
14 might have used three.
15 A  I might have.
16 Q  Suicidal ideation, that's -- that's the -- the
17 idea or -- or the consideration of suicide as opposed
18 to an actual attempt or effort, is that fair?
19 A  That's right, yes.
20 Q  And when you said suicidal ideation is very, very
21 common, you're referencing in terms of your practice
22 and what you see, is that fair?
23 A  No. I'm referencing in terms of human nature.
24 Q  Oh, the whole gamut, whether they come to sit on
25 your sofa or not?

Page 150

1  either way, is it?
2  A  That's right.
3  Q  And you're not testifying either way on whether
4  or not Neurontin was a cause of his suicide or not a
5  cause? That's outside of your testimony as well,
6  fair?
7  A  That's fair.
8       MR. LANIER: Thank you for your time. I
9       appreciate it.
10      MS. STEVENS: I just have one or two
11      follow-up questions.
12      E X A M I N A T I O N
13 BY MS. STEVENS:
14 Q  Dr. Catapano-Friedman, have you ever prescribed
15 or not prescribed a drug based on what a sales rep
16 tells you?
17 A  My experience with sales reps is that if you're
18 lucky, they're pleasant people and will bring you the
19 samples that you need, which in our business happens
20 to be mostly Aricept; however, my experience also is
21 that they don't understand their product, they don't
22 understand the studies that have been done, there's
23 nothing they can tell me, and that's why I don't
24 listen to sales pitches. There's absolutely no reason
25 to. So I certainly have never based whether or not I

Page 151

1  prescribed a drug on what any sales rep has ever said.
2  Q  What do you rely upon in deciding to prescribe
3  drugs?
4  A  A combination of things. I want to see the
5  studies that have been done. I want to analyze them
6  myself for their validity. I also want to know -- and
7  this is hard -- it's increasingly easy to get but it's
8  been hard information to get -- whether there were
9  negative studies that have not been published. I want
10 all that information. I also want the experience of
11 my colleagues with that drug. I want to know what
12 they've seen because no matter how well a study is
13 done, I know how studies are done, they're not done on
14 real life patients, so to speak, for a variety of
15 reasons. I want to know what it does in real life. I
16 want to know what my colleagues' experiences are.
17 Q  And you rely on your training and experience from
18 medical school as well?
19 A  Well, I rely in that sense on my understanding of
20 chemistry and physiology and what a drug that's
21 composed in a certain way is likely to do. And I rely
22 on my ability, which I did learn in medical school,
23 how to analyze articles, reports of studies.
24 Q  Just so we're clear though, you -- you've never
25 prescribed the drug Neurontin to Mr. Shearer, right?

Page 152

1  A  I never have.
2  Q  Okay. You were asked some questions about some
3  of the drug work that you do here at The Memory
4  Clinic. Can you just explain generally what -- what
5  it is you -- you're doing here?
6  A  In very general terms, apart from -- we do a
7  whole assessment battery of anybody who's concerned
8  they have memory disorder, and when people have a
9  treatable memory disorder, we treat it. We also do --
10 we -- we do the studies of drugs in development. We
11 probably right now -- for Alzheimer's. We probably
12 right now have about 15 studies going on with possibly
13 as many different pharmaceutical companies sponsoring
14 those. Some of our studies are also sponsored not by
15 pharmaceutical companies but by NIH, but primarily
16 what we're doing is studying drugs in development for
17 the prevention and treatment of Alzheimer's.
18 Q  So you're looking for a cure for Alzheimer's
19 here, is that fair?
20 A  We're looking for prevention, a cure --
21      MR. LANIER: Objection, leading.
22 A  -- anything we can that will make it better.
23 Q  Mr. Lanier asked you some questions about your
24 contact with me. Is it fair to say that you and I
25 never discussed your treatment of Mr. Shearer?

Page 153

1       MR. LANIER: Objection, leading.
2  A  We never did.
3  Q  Did -- did we discuss your treatment of Mr.
4  Shearer?
5  A  No, we never discussed my treatment of
6  Mr. Shearer.
7  Q  Did we discuss your treatment of Mrs. Shearer?
8  A  No, we never discussed my treatment of
9  Mrs. Shearer.
10 Q  Is it fair to say that our conversations were
11 based on scheduling your deposition?
12      MR. LANIER: Objection, leading.
13 A  Yes, it is fair to say that.
14 Q  You mentioned to Mr. Lanier that Mr. Shearer had
15 narcissistic personality disorder. Can you define
16 what that is for the jury?
17 A  Well, a personality disorder is basically a sort
18 of constant collection of what we all would call
19 personality traits that affect how we make our way
20 through the world, how we interact with other people,
21 how -- how we function in general. Personality
22 disorder means that that particular -- particular
23 collection of traits often gets in one's way and makes
24 problems. A narcissistic personality is one that you
25 might think just from the word narcissistic, they need

**Page 154**

1  to be the center of attention, they often need to have
2  a claim to be seen as perfect or the best or the most
3  wonderful. They need -- their needs tend to be
4  paramount. They -- they have difficulty with empathy.
5  They have difficulty seeing how what they need, what
6  they want might impact other people, might impact them
7  negatively. But most of their -- their energy, in a
8  sense, is going to making sure they are in the
9  limelight.
10 Q  And that's what you diagnosed Mr. Shearer with?
11 A  Yes.
12 Q  A few years ago when you were at the hospital
13 can -- can you describe the size of the hospital for
14 us?
15 A  You mean when my office was at the hospital?
16 Q  That's correct.
17 A  The size of the hospital. It's a very big
18 building and it has many attached buildings and
19 unattached outlying buildings.
20 Q  How many doctors do you think are employed by the
21 hospital?
22 A  Whoa. At this point I don't know. I think there
23 were about maybe 150, give or take, on the medical
24 staff. I don't know how many there are now.
25      MR. LANIER: I'll object to form of the

**Page 155**

1      question. I think you'll find the hospital
2      doesn't employ any doctors.
3  A  Actually, this hospital mostly employs its staff.
4      MR. LANIER: Wow, that's really bizarre.
5      Usually it's under a contract but not an
6      employment one.
7  A  No. It's an interesting arrangement, but I
8  think -- I think most -- most of the physicians are
9  actually employed by some part of the hospital
10 corporation, whatever you want to call it. I was not.
11 But I -- certainly, you know, more than 100, somewhere
12 150. You know, the numbers of beds it's licensed for
13 no longer has any meaning in terms of the size of the
14 hospital because they have vast out-patient
15 facilities.
16 Q  Dr. Catapano-Friedman, why do people like
17 Mr. Shearer commit suicide in your experience?
18 A  Again, how to explain this. People who are
19 narcissistic who need to be in the limelight, who need
20 to have a claim all the time or most of the time need
21 that because they're -- you know, if you sort of stick
22 them off in a corner by themselves nobody applauding,
23 their sense of self and their sense of their value and
24 their sense of self-worth is really weak. They really
25 don't, inside themselves, feel all that worthy or

**Page 156**

1  valued so they need it reinforced all the time. And
2  most develop a lot of skills to get that reinforced.
3  For example, like Hartley, most people with
4  narcissistic personality disorder that I know can be
5  very charming, but if they're not getting that
6  acclaim, if they're not getting that validation, and
7  if they despair of getting it or if they literally --
8  you know, if you want the -- I'm getting a little
9  Freudian here, but if you want to think about
10 Hartley's reaction to Linda slapping him in the face.
11 If they are literally or figuratively slapped in the
12 face, to them that says you -- you've been found
13 wanting. You've been found less value and the ego
14 just deflates. There's nothing holding it up so they
15 can say to themselves no matter what that person says
16 or no matter the fact they're applauding for this one
17 and not for me, I really am good, I really am
18 valuable. That strength just is not there. And so if
19 somebody takes that away from them in an instant, you
20 know, by telling them you're a worthless piece of
21 whatever, you'll see rage. If it happens over time,
22 you'll see rage, you'll see despair. If they have
23 certain capacities, they'll try to correct that, but
24 if it's a continuing process that they're not in the
25 limelight, there's nothing that says to them they're

**Page 157**

1  valuable, they may well end up in such a state of
2  despair that they'll commit suicide.
3      VIDEOGRAPHER: Excuse me, Counsel, we have
4      about three minutes of tape left.
5  BY MS. STEVENS:
6  Q  Do you think hanging up on the phone --
7  Mrs. Shearer's hanging up on Mr. Shearer on the phone
8  can create that kind of rage?
9  A  It could. It also might depend on what the
10 context was, and I don't know what that context was,
11 what the conversation, for example, had been, but it
12 could.
13     MS. STEVENS: That's all the questions I
14     think I have.
15     MR. LANIER: I've got a few more so you
16     might want to change the tape.
17     VIDEOGRAPHER: Going off the record at
18     12:49.
19     (Discussion off the record)
20     VIDEOGRAPHER: This is a continuation of
21     the deposition of Lisa Catapano-Friedman, MD.
22     Back on the record. The time is 12:51.
23           E X A M I N A T I O N
24 BY MR. LANIER:
25 Q  Ma'am, you said in questions from the Pfizer