# EXHIBIT N

JOSEPH GLENMULLEN, MD
1770 Massachusetts Avenue, No. 263
Cambridge, MA  02140

November 30, 2009

Mr. Ken Fromson
Finkelstein & Partners
1279 Route 300, P.O. Box 1111
Newburgh, NY 12551

Dear Mr. Fromson:

This report details my expert opinion on the tragic suicide of fifty-seven-year-old
Hartley Shearer on February 7, 2002. It is my opinion based on a reasonable
degree of medical certainty and based on my education, training, and clinical
experience that Neurontin was a substantial contributing factor in causing
Hartley's death.  Hartley suffered a stroke and left hemiparesis in January 1999.
Hartley showed tremendous strength of character adjusting to life with the
hemiparesis. In the spring and summer of 2000, Hartley's progress recovering
from the stroke plateaued. Again, he made a good adjustment and continued to
make every effort to improve his life. Hartley was a part-time professor at
Williams College who was working towards teaching in the classroom again. In
October 2000, Hartley was prescribed Neurontin for severe back pain.
Unfortunately, on Neurontin, Hartley developed classic side effects linked to
Neurontin-induced suicidality, including worsening depression, and mood and
behavioral changes. On February 7, 2002 Hartley shot himself in the head. The
FDA has since warned doctors and the public that Neurontin may be associated
with mood and behavioral changes and may cause suicidality. Hartley left his
grieving wife, Linda, his son, Ivor.

Qualifications

A graduate of Harvard Medical School, I am a Clinical Instructor in Psychiatry at
Harvard Medical School, was a staff psychiatrist at the Harvard Law School
Health Services for twenty years, and have a private practice in Harvard Square.
I am Board Certified in Psychiatry by the American Board of Psychiatry and
Neurology.  I am the author of two books on the side effects of antidepressants:
*Prozac Backlash: Overcoming the Dangers of Prozac, Zoloft, Paxil, and Other
Antidepressants with Safe, Effective Alternatives* published in 2000 by Simon &

1

At her deposition, Dr. Catapano-Friedman was asked:

> Q: What did you mean by discussed concerns regarding Hartley's what's next?
> A: Hartley had been so driven and so wrapped up in this art project....and he had no plans for what was he going to work on next so we were both worried about was he going to decompensate.
> Q: And he wasn't seeing you during that time period?
> A: No, I did not see him in that time period [before his death].
>
> Q: The next time you saw Mrs. Shearer was after Mr. Shearer's suicide?
> A: Right.

Linda says she was not concerned about what Hartley would do next. Hartley was planning to go back to teaching in the classroom in the spring semester of 2002 for the first time since his stroke. Indeed, Linda and Hartley were planning on co-teaching a course on contemporary art and film that they had taught together before. Linda knew this would be Hartley's next project.

## On February 7, 2002 Hartley Committed Suicide

On Monday, February 4, 2002 Hartley and Linda taught the first class of their course. Hartley was pleased the class went well. On Tuesday morning, February 5, 2002 Linda left for a conference in Hawaii, a meeting of Art Association of Museum Directors. Linda had previously made professional trips to Houston, Texas and Venice, Italy without Hartley since his stroke. She had also made two trips with him, one to Santa Fe and one to North Carolina. It was Hartley's idea that Linda take the trip to Hawaii with colleagues from Williamstown. Whenever Linda was away, Ivor stayed at the house with his father. He would skip his classes or commute from Williamstown. While he was off at class during the day, the other young men who were caretakers would help Hartley.

That semester, Ivor was taking classes on Tuesdays and Thursdays. Because Linda was going to be out of town, Ivor skipped his Tuesday classes to stay home. On the Thursday morning, he went off to school and was coming back later in the day. Hartely's caregiver at the time, Sean Wheeler, came over in the middle of the day. Sean was scheduled to take Hartley to an appointment in Albany, New York to get a strap on his leg brace repaired. Sean overheard Hartley arguing on the phone with Linda. When he got off the phone, Hartley was agitated and considered not going to his appointment. In the end, he told

26

Sean he did want to go, but needed to collect a few things upstairs first. Not long afterwards, Sean heard a noise upstairs and thought Hartley might have fallen. Going upstairs, he was surprised to find Hartley's bedroom door locked. Going around through the bathroom, he found Hartley on the floor of his bedroom with a gunshot wound to the forehead. Sean ran downstairs and called 911. When the police and medics arrived Hartley was semiconscious. He was rushed to the hospital but died shortly thereafter.

Hartley left a suicide note in his study that read:

> Linda has left me powerless by hanging up on me for the last time. I love you both Ivor and Linda. But this is it – Hartley Shearer

According to the police report, Hartley and Linda had been arguing over her being away, especially at a time when they were teaching. In fact, Linda's trip was timed so she was returning on the weekend in time to teach the class with Hartley on Monday. And, Ivor was coming back from school later in the day. Says Linda:

> I didn't hang up on him. I was talking to him on my cell phone from Hawaii. We lost reception. But he just couldn't cope.

Indeed, Hartley's suicide reflects the mood and behavioral changes—particularly the worsening depression and panicky anxiety—that developed while he was on Neurontin.

Linda, Ivor, their friends, and his students were devastated by Hartley's suicide. According to a Williams College obituary:[21]

> "Hartley Shearer was a vital member of the college and local community as an accomplished video artist, energetic teacher, lively intellectual presence, volunteer, caring colleague, and friend to many," Williams President Morton Owen Schapiro said. "He was also an especially devoted husband and father. The thoughts of all of us at the college are with Linda and Ivor at this time."
>
> As in his ice hockey coaching at Mt. Greylock Regional High School and his year-round mountain biking, he took on every project with intensity and drive. A stylish dresser in an L.L. Bean town, his video art similarly stood out. "He didn't want to just show something to viewers, he wanted

theses other medical problems may have added somewhat to his increased risk for suicide, they were not a substantial factor in his death.

*11.) Hartley's death was not due to marital problems.* Hartley and Linda Shearer had a loving, decades-long marriage. Like any couple they had their challenges, not least of which was Hartley's stroke. Because of her dedication to Hartley, Linda took a three month leave of absence from work to be with him in Boston when he was in rehab after his stroke. Hartley and Linda's marital issues were within normal limits. Hartley's death was not due to marital problems.

*12.) Hartley's death was not due to financial strain.* After Hartley's death, Linda had financial problems due to the many medical and other bills associated with Hartley's stroke. But before his death, Hartley does not appear to have been burdened or overly worried about their financial situation. Hartley's death was not due to financial strain.

*13.) Hartley's suicide was not due to alcoholism.* Hartley was not a social drinker. He would have a couple of beers at night before going to bed. However, Hartley was never diagnosed with alcoholism. At the time of his death, there was no evidence that alcohol played a role in his suicide.

*14.) Hartley's suicide was not due to substance abuse.* As a young man in college, Hartley had experimented with cocaine and marijuana. However, he had not used illicit drugs in years. He had no history of substance abuse. At the time of his death, there was no evidence that illicit substances played a role in his suicide.

*15.) Neurontin was a substantial contributing factor in Hartley's death.* On Neurontin, Hartley experienced classic mood and behavioral changes leading up to his death. In addition to the evidence in Hartley's specific case, as detailed in the general causation reports of Drs. Trimble and Kruszewski, the combination of biological plausibility, signals, adverse event reports, and a statistically significant meta-analysis all point to Neurontin as a substantial contributing factor in Hartley's death.

*16.) Some of Hartley's other concurrent medications may have increased Hartley's risk of suicide and may have been a substantial contributing factor in Hartley's death.* Hartley was on multiple other medications at the time of his death. Some of his other medications have warnings or precautions advising of an increased risk of suicide. For example, the antidepressants Prozac and Trazadone have black box

31