# EXHIBIT O

Suicide in Williamstown : Shearer
CS#: 2002-103-0030  Added Info #1

3. Wheeler explained that he arrived at 202 Pine Cobble Rd. at approximately 1215 hrs. He said that he regularly arrives between 1200 and 1230 hrs. Upon his arrival he found Shearer in the kitchen preparing his pills and medications for the day. Wheeler explained that he was going to drive Shearer to Albany, NY to purchase new straps for a brace, which Shearer wore. Wheeler explained that Shearer had suffered a stroke a few years ago and experienced paralysis in his left arm and leg. The Velcro straps on his brace had worn and were in need of replacement. Wheeler said, "He was getting extra pills together in case we were late getting back from Albany." Wheeler explained that he drove the Jeep Cherokee, which was parked in the driveway of 202 Pine Cobble Rd. The Jeep was registered to Shearer, but lent to Wheeler for the purposes of running errands for and transportation to and from the Shearer's house.

4. Wheeler said that after Shearer prepared his medications, he went into the first floor office. Wheeler said that he overheard Shearer talking on the telephone with his wife, **Linda Shearer** (DOB: 02/13/46 SS#: 100409885) of 202 Pine Cobble Rd., Williamstown. Linda Shearer was in Hawaii on vacation. Wheeler said that Shearer was shouting at his wife on the telephone. Wheeler said, "They were arguing. I listen when he is on the phone because he argues with her on the phone sometimes about where something is in the house that he can't find, so if I know where it is I bring it to him to help end the argument. He can get over dramatic sometimes. I think he was upset with her this time because he felt she was irresponsible for being in Hawaii. They were teaching a class together this semester and he was mad that she left to go on vacation. He was yelling." Wheeler went on to say, "After that phone call, he was contemplating not going to Albany and staying home, while I went for him. We tried on an older brace so that I could take the one that needed the new Velcro, but he didn't like it. Then he decided he would go to Albany. I set him up in the first floor bathroom. There is a stool he sits on while he gets ready in there. I could hear him still swearing when he was in the bathroom. Then he said he had some things upstairs that he had to get ready. He does that sometimes. He goes upstairs to the 2nd floor office to get reading material together or something. I stayed in the kitchen watching television. After a little while, I heard a commotion upstairs. Like he fell. That happens sometimes. He fell maybe two times in the last six months. I went to the stairs and was calling his name, but he didn't reply. So, I went up the stairs. The doors were closed for the bedroom and the study. I thought that was strange. The study and the bedroom are connected by a bathroom that is between them. I kept calling his name. I knocked on the study door first because that was where he usually went. Then I knocked on the bedroom door. I thought I heard a faint noise so I opened the door and went in. The bathroom door was at the end of the room on the right side. They have closets on the left side. I looked past the closets. It is usually cluttered and I don't usually look in that direction. I noticed the gun on the floor and then realized he was on the floor. He head was inside the closet and he was on his back. The gun was a handgun, a revolver. His back was on some boxes in the closet. I could see blood around his mouth. I left the room and went down to the kitchen to call 911. I didn't think there was anything I