# EXHIBIT Q

| Williamstown Police Department | Page: 1 |
|---|---|
| NARRATIVE FOR PATROLMAN PAUL D THOMPSON | |
| Ref: 02-67-OF | |

| Entered: 02/08/2002 @ 0824 | Entry ID: 006 |
|---|---|
| Modified: 02/08/2002 @ 1404 | Modified ID: 006 |
| Approved: 03/02/2002 @ 0851 | Approval ID: 006 |

On February 7, 2002 at 1351 hours the Williamstown Police Department received a 9-1-1 call reporting an attempted suicide with a gun. The reporting party, a Sean Wheeler stated that he is a caregiver for the resident of the house, a Hartley Shearer of 202 Pine Cobble Road. Wheeler reports he was taking care of Shearer who had gone upstairs and after hearing a suspicious noise and investigating, states he found Shearer lying on the floor, bleeding, but still breathing and observed a gun near the victim. At this time Wheeler surmised that Shearer had shot himself and went back downstairs to call 9-1-1 for help.

Officers Thompson, Rivers, Skorupski, and Chief Parker responded to this call. Officer Thompson was first to arrive at the scene and observed Sean Wheeler standing out front of the home taking on a portable phone to the Williamstown Dispatch Center. Officer Thompson is familiar with the situation and had knowledge that Wheeler had been taking care of Mr. Shearer after he had suffered a stroke a few years ago. Wheeler informed Officer Thompson where Shearer could be found in the house and stated that there was no one else located within. Thompson, Rivers and Skorupski entered the house and tactically cleared each room ensuring the Officer's safety.

Shearer was observed by Officer Thompson from the study to be lying supine on the floor with his head located in an open closet. A stainless steel revolver of unknown make and caliber was observed at the left foot of the victim. Blood was noticed about the area of the victims head, and blood was also noticed on the ceiling of the room and a chair located near the South wall of the room. The victim was observed to be breathing and spontaneous movements were also observed. At this time entry into the master bedroom was made. The weapon on the floor was slid away from the victim's reach by Officer Rivers. The ambulance personnel from the North Adams Ambulance were called inside the home and administered care to the victim. The EMT's from the ambulance Service were identified as Scot Spring, John Moulton, Larry Therrien, Thomas Decker, and Michael Gleason.

The ambulance personnel were able to determine that there was still a pulse and respiration from the victim and continued rescue efforts. The revolver that was lying on the floor at this time and was still loaded became a safety issue while work was being conducted on the victim and was recovered off the floor by officer Thompson, using a gloved hand and due to the lack of a paper bag was placed in a plastic bag for the time being. The weapon was then removed from the home and secured in the trunk of Officer Thompson's cruiser. There appeared to be ammunition still loaded in the cylinder of the weapon and this was left just as it was found. At no time was the cylinder ever opened during this recovery process. Upon the arrival of Trooper Michael Hill this weapon was turned over to him for continuance of the investigation.

At this time Officer Skorupski was placed at the front door of the home for security purposes and recorded whom entered and left. The victim was then placed on a backboard and was removed from the home and transported to the hospital. In observing the victim it was noticed that there was a hole in the area near the frontal bone of the skull and during resuscitation efforts air could be observed and heard leaking from this hole. I did not observe any powder burn in this area but this may have been covered by the victims blood on the face.

A preliminary investigation was conducted with Sean Wheeler where he told the following story. Sean states that he has been caring for Mr. Shearer for a while since he suffered a stroke in January 1999. He had little to no use of his left hand as a result of the stroke and that he also had trouble with his lower extremities on the left side as well. He stated he arrived at the house around 12:30 and assisted in getting Mr. Shearer to the bathroom where he did his hair and teeth. Sean mentioned that Shearer's wife was in Hawaii and that they had conversed on the phone and appeared to argue when talking. Sean stated that he and Shearer had an appointment in Albany

```
                    Williamstown Police Department                    Page: 2
                  NARRATIVE FOR PATROLMAN PAUL D THOMPSON
              Ref: 02-67-OF
            Entered:  02/08/2002 @ 0824        Entry ID:    006
            Modified: 02/08/2002 @ 1404        Modified ID: 006
            Approved: 03/02/2002 @ 0851        Approval ID: 006
```

which concerned the brace on his leg. Sean assisted Shearer upstairs where Shearer stated to Sean that he would be with him in a bit and that he had a few things to take care of. At this point Sean states he went to the kitchen and turned on the TV while waiting for Shearer. Sean had also started a load of dishes in the dish washer. While in the kitchen Sean heard what he described as a thud like Shearer had fallen which he had on several occassions before. Sean investigated and went upstairs. Sean did not want to intrude on Mr. Shearer's privacy and knocked on the study door. He received no response so he opened the door which he said was strange since the doors upstairs were usually open to begin with. He found that Shearer was not in the study. Sean stated he next went to the bedroom where he could here some funny grunting noise. He opened the bedroom door and observed that Shearer was lying on his back with his head in the closet. Sean observed then observed a gun at the feet of Shearer and found that Mr. Shearer had shot himself. Sean then states he shut the bedroom door and then ran downstairs to the kitchen and dialed 9-1-1 from the portable phone that was in the kitchen. He then went outside and waited for the responding agencies to arrive.

Sean was asked to stay at the scene until the CPAC unit arrived which he did. Upon the arrival of CPAC Sean was interviewed and then was allowed to leave.

Officer Thompson notified CPAC that a shooting had occurred at this address and requested the services of the CPAC investigators and also that of Crime Scene Services for a follow up investigation.

On 2-8-02 Officer Thompson was advised that Mr. Shearer had passed away due to injuries sustained in the discharge of the weapon. Thompson was also requested by Hill to obtain a handwriting sample from both Shearer and Wheeler if at all possible. This was done and was forwarded to Tpr Hill along with this report. I should be noted that the 9-1-1 phone conversation is also aviable for review should it be necessary in this case.

Officer Paul D. Thompson #1
Town of Williamstown Police
02/08/2002 1404

# Williamstown Police Department
## Image Associated With Case Number 02-67-OF
Image Description: Witness Statement

Sean M. Wheeler
Recap of events that occurred on 2-7-02

My day began like any other. I woke up at quarter of nine to attend a 9:30 English class at the Mass. Coll. of liberal arts where I am enrolled in school. After my class was through i made my way over to the Shearer household (as planned the previous day) where I have been doing odd jobs and watching over Hartley since July. I had made plans with Mr. Shearer's son Ivor (who was watching over his father while his Mother was in Hawaii on business) that I would drive Hartley to a 2:30 appointment in Troy, NY while Ivor was attending class during the day @ Skidmore. I arrived to the Shearer house between 12:15 and 12:30 and Hartley was noticeably irritated for reasons unknown. For the next half hour to forty-five minutes he was on and off the phone with his wife speaking about what I'm not sure, and contacting the doctor's office in Troy. Hartley and I then contemplated him staying at home for the afternoon and that I would take his brace to Troy to be repaired, but his spare brace was too uncomfortable and he would not have been able to maneuver around the house if I left him unattended. This is when Hartley decided he would drive to Troy with me to get the brace repaired. By this time it was around 1:15 when i set Hartley up in the bathroom downstairs to fix his hair, teeth and shave much like we do everyday. Hartley was still noticeably upset and he was being very vocal about it at this point. I decided to give him some space and take care of the dishes in the kitchen by starting the dishwasher. Twenty to Twenty-five minutes later Hartley was done so I helped him out of his chair and asked him if he wanted to get dressed for his appointment. He told me that he "had some things he wanted to take care of" and that he would call me when he needed me. At this point i went back to the kitchen turned on the television and waited for Hartley to call for my assistance. I was in the kitchen for almost 10 minutes when i heard a loud sound and a noise as if Hartley had fallen. I ran upstairs immediately and found both doors closed which was odd. I knocked, and then yelled through his study door "are you alright" but there was no response. I then went over to the bedroom door down the hallway and did the same except this time I heard an odd gurgling sound. I opened the door saw the gun on the floor and Hartley covered in blood laying in the closet gasping for air. I instantly ran down to the kitchen and called 911. I informed the dispatcher of all the information and then i proceeded outside to flag down the police car that was dispatched.

[signature]  2-8-02  Sean M Wheeler