# EXHIBIT U

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2                   CA No.  04-10981-PBS

 3

 4    IN RE:
      NEURONTIN MARKETING, SALES   :   Deposition of:
 5    PRACTICES AND PRODUCTS       :
      LIABILITY LITIGATION SALES   :   MICHAEL TRIMBLE
 6    PRACTICES LITIGATION         :
      ------------------------------
 7

 8

 9

10         TRANSCRIPT of testimony as taken by and

11    before PATRICIA A. SANDS, a Shorthand Reporter

12    and Notary Public of the States of New York and

13    New Jersey, at the offices of Lanier Law Firm,

14    126 East 56th Street, New York, New York, on

15    Thursday, February 27, 2008, commencing at 4:43

16    in the afternoon.

17

18

19         REPORTING SERVICES ARRANGED THROUGH:
           VERITEXT/NEW JERSEY REPORTING COMPANY
20              25B Vreeland Road, Suite 301
              Florham Park, New Jersey 07932
21     Phone: (973) 410-4040     Fax: (973) 410-1313

22

23

24

25
```

Page 2

```
 1  APPEARANCES:
 2
 3
    FINKELSTEIN & PARTNERS
 4  436 Robinson Avenue
    Newburgh, New York 12550
 5  BY: ANDREW G. FINKELSTEIN, ESQ.
    For the Plaintiff
 6  800 634-1212
 7
 8  SHOOK, HARDY & BACON, LLP
    2555 Grand Boulevard
 9  Kansas City, Missouri 64108-2613
    BY: LORI CONNORS McGRODER, ESQ.
10  For the Defendant
    816 474-6550
11
```

Page 3

```
            INDEX

WITNESS                          DIRECT
PROFESSOR MICHAEL TRIMBLE

  Ms. McGroder                      4

           EXHIBITS

NUMBER    DESCRIPTION           PAGE
TRIMBLE

  1   FDA document                9
  2   Pfizer document            17
```

Page 4

```
 1  PROF. MICHAEL TRIMBLE,
 2  Institute of Neurology
    Queen Square
 3  London WCIN3CB,
    having been sworn, was examined
 4  and testified as follows:
 5
 6  DIRECT EXAMINATION
 7  BY MS. McGRODER:
 8
 9     Q  Professor Trimble, I'm Lori McGroder,
10  and I represent Pfizer in the Neurontin
11  litigation.
12     We haven't met before today; have we?
13     A  No.
14     Q  Thank you for being here.
15     When is the first time that you saw the
16  FDA alert?
17     A  Maybe three weeks ago. I honestly
18  can't remember exactly.
19     Q  The FDA alert is dated January 31,
20  2008.
21     A  Yes.
22     Q  Do you know how soon after it was
23  issued you saw it?
24     A  No.
25     Q  And how did you come to receive it?
```

Page 5

```
 1     A  I was, I received an alert, and I
 2  downloaded it off the -- well, it was a
 3  download click button for the FDA page, web
 4  page.
 5     Q  How did you receive an alert, what do
 6  you mean by that?
 7     A  I was informed that this alert had
 8  been posted.
 9     Q  Informed by whom?
10     A  I was informed by Mr. Fromson, I
11  believe.
12     Q  Of the Finkelstein law firm?
13     A  Correct.
14     Q  So lawyers representing the
15  plaintiffs notified you that the alert had been
16  issued?
17     A  That's the first I would have heard,
18  yes.
19     Q  And then you downloaded it yourself?
20     A  Well, I'm not sure I downloaded it,
21  but I looked at it.
22     Q  On the Internet?
23     A  On the Internet, yes.
24     Q  On the FDA website?
25     A  It's the FDA official website, yeah.
```

Page 98

1  or actions."
2      This is information for the patient's
3  family members and caregivers, which also
4  includes doctors.
5      The FDA also state that:
6      "The increased risk of suicidality is
7  shared by all AEDs".
8      Q   Is the increased risk of suicidality
9  shared by all AEDs even those not included in
10 this list?
11     A   Well, the FDA -- I'm not quite sure
12 how many other drugs there would be not in this
13 list, but they would certainly, the ones I'm
14 thinking of, like Phenobarbitone,
15 benzodiazepines, they would be sharing the
16 risk. I'm not sure what they excluded,
17 actually.
18     Q   Okay, so is your testimony then,
19 Professor Trimble, that the statement that the
20 FDA expects that the increased risk of
21 suicidality is shared by all AEDs includes AEDs
22 that the FDA did not analyze in this FDA alert;
23 correct?
24     A   Until the FDA release a more
25 substantial document, it's not clear whether

Page 99

1  they looked at other drugs or not. But we
2  are -- this is the following list of
3  antiepileptic drugs, which my understanding is
4  these particular drugs will have, on the
5  patient information sheet, information about
6  suicidality and potential for suicide. I don't
7  know whether they --
8      MS. McGRODER:  Object and move to
9      strike. Nonresponsive.
10 BY MS. McGRODER:
11     Q   Were you finished with your answer?
12     A   Well, I don't know whey they are
13 going to apply it to other antiepileptic drugs
14 as well.
15     Q   Well, the statement that you're
16 relying on in the FDA alert that says: "The
17 FDA expects that the increased risk of
18 suicidality is shared by all AEDs is not
19 limited by the eleven included in the alert";
20 correct?
21     MR. FINKELSTEIN:  Objection.
22     That's not the only area that he
23     relied upon.
24     MS. McGRODER:  Well, I'm asking about
25     that area.

Page 100

1      MR. FINKELSTEIN:  Okay.
2      MS. McGRODER:  Answer my question,
3      please.
4      THE WITNESS:  Could you repeat the
5      question.
6      Q   The statement that you're relying on
7  for your testimony that all eleven of the drugs
8  showed an increased risk of suicidality,
9  states: "FDA expects that the increased risk
10 of suicidality is shared by all AEDs"; correct?
11 You're relying on that statement?
12     A   In this document, the AEDs in this
13 document.
14     Q   You don't know that.
15     A   Well, I'm --
16     Q   Professor Trimble, answer my
17 question. My question is: Is that the
18 statement you're relying on?
19     A   Let me be very clear, again.
20     The FDA will be working with manufacturers
21 of marketed antiepileptic drugs to include this
22 new information in labeling for these products.
23     Now, it does not say whether marketed
24 antiepileptic drugs is going to include other
25 drugs not in this list.

Page 101

1      Q   And there are other drugs not on this
2  list?
3      A   There are other drugs not on this
4  list.
5      Q   And you can't say, as you sit here
6  today, that the FDA is excluding those other
7  drugs from the, quote unquote, shared risk;
8  correct?
9      A   It is not excluding them from a
10 shared risk.
11     Q   Well, do you know one way or the
12 other?
13     A   Well, it is not excluding.
14     Q   And so you're telling me you know the
15 FDA intends not to exclude them? You know
16 this?
17     A   Well, it says -- it says
18 manufacturers of marketed antiepileptic drugs,
19 which is a broad category.
20     Q   Okay.
21     A   And there are marketed antiepileptic
22 drugs that are not in this list.
23     Q   So is your testimony that the
24 antiepileptic drugs that were not evaluated by
25 the FDA in its meta-analysis also show an

26 (Pages 98 to 101)