# EXHIBIT V

# DECLARATION OF PROFESSOR MICHAEL TRIMBLE, M.D. IN RELATION TO NEURONTIN CAUSING NEGATIVE MOOD AND BEHAVIOURAL ALTERATIONS, INCLUDING SUICIDAL BEHAVIOR, IN TREATED PATIENTS

PROFESSOR MICHAEL TRIMBLE MD, FRCP FPCPsych

PROFESSOR OF BEHAVIOURAL NEUROLOGY

INSTITUTE OF NEUROLOGY

LONDON

males and females. In contrast, the daily dose of carbamazepine and sodium valproate were inversely correlated with such behaviors, in females only. These data support those of Brent and colleagues already cited on associations between phenobarbitone and suicidal behaviors. It has been known for a long time that GABAergic drugs such as the benzodiazepines are associated, in people with epilepsy and in psychiatric patients without epilepsy, with the paradoxical release of aggressive behaviors, but these drugs also are known to precipitate depression in some people (Olajide and Lader, 1984).

The new generation of AEDs include lamotrigine, levetiracetam, oxcarbazepine, pregabalin, topiramate, tiagabine, vigabatrin, zonisamide, and gabapentin. It has been shown that those new AEDs which increase brain GABA lead to negative effects on mood and behavior. As noted already, vigabatrin is associated with the development of depression (Ring, et. al., 1994). Levinson and Devinsky (1999) viewed the US and non-US double blind placebo controlled studies for evidence of psychiatric side effects with this drug, and examined suicide attempts. Depression was identified as a treatment emergent effect in 12-20% of verum (true drug) compared with 2.4-5.7% of placebo treated patients. However, in that analysis, suicidal attempts were not elevated overall in the verum groups. In a separate analysis of psychiatric adverse events on vigabatrin, 0.4% of 2686 evaluated patients were noted to have attempted suicide. This can be compared with the frequency of such events in patients not taking such drugs, for example in a placebo wing of a study. A figure of 0.05% in such studies is much lower than the figures obtained for this GABAergic antiepileptic drug.

One fact which has emerged from several studies quoted above is that patients who become depressed with these agents have in their histories earlier episodes of depressive disorders, and in some studies a family history of such disorders ( Mula, et. al., 2003).