# EXHIBIT Z

Stefan P. Kruszewski, MD
133 Linglestown Road
Harrisburg, Pennsylvania 17110
30 November 2009


Kenneth B. Fromson, Esq.
Finkelstein & Partners, LLP
1279 Rte. 300, P.O. Box 1111
Newburgh, NY 12551

Re: UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION NO. 07 CA 11428 (PBS)
OCTOBER 29, 2009
--------------------------------------
LINDA B. SHEARER,
Plaintiff
-vs-
PFIZER, INC. & WARNER-LAMBERT, COMPANY,
LLC

Defendant


Dear Mr. Fromson:

The following report represents my conclusions in the case of Linda B. Shearer vs. Pfizer, Inc. The issues are elaborated by me beginning on page 5 of this report. I offer my conclusions in this case to you with a reasonable degree of medical and psychiatric certainty.

### Introductory Personal Information to Support Expert Findings

To prepare this report, I relied on my personal academic and clinical expertise, briefly described in the following 3 pages. Below, I attempt to highlight those areas that are specific to my expertise in this case, permitting me as a board certified psychiatrist and addictionologist to review, analyze and form the basis of my conclusions.

I have 31 years of clinical practice experience (including internship and residency) in which I have treated several thousand patients with a wide variety of psychiatric and neuropsychiatric conditions. I have prescribed numerous neuropsychiatric drugs for multiple indications as well as having witnessed the side-effects of prescribed and illicit drugs that may predispose an

1 | Page

interventions or events that would increase the likelihood of an acute suicidal event(including gabapentin); his physical discomfort/pain, his non-life threatening medical issues requiring medicinal treatment(erectile dysfunction, history of atrial fibrillation, back pain, DVT, insomnia), and his history of depression. Separately, I examined the factors that protected him from suicide: positive adaptation to his disability after his 1999 CVA; his history of positive response to psychiatric intervention; a college and post baccalaureate education;, a durable marriage; supportive environment from his son and wife; his occupation and part-time employment at Williams College; a son in college at Skidmore; a supportive caretaker with whom he had a positive relationship; absence of illicit drugs; his humor and disciplined personality lifestyle; and, the absence of suicidal statements prior to the immediate decision to commit suicide.

After careful review and consideration, I am able to conclude that Mr. Shearer had both risks factors for, and protective factors against, suicide. From the above differential diagnosis applied to my analysis of factors in his suicide autopsy, I am able to conclude, within a reasonable degree of medical and psychiatric certainty, that Neurontin was a direct and significant contributing cause of Mr. Shearer's suicide.

It is also my conclusion that Pfizer failed to adequately inform health professionals that Neurontin had the ability to precipitate significant deterioration in mood and increase the risk of suicide, including completed suicides, in susceptible individuals during the timeframe that Mr. Shearer lived and died.

Respectfully,

Stefan P. Kruszewski, M.D.

16 | Page