# EXHIBIT AA

```
 1                                        Volume: I
                                          Pages: 1-218
 2                                        Exhibits: 1-8
 3              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 4
                                   MDL DOCKET NO. 1629
 5                                 MASTER FILE NO. 04-10981
        * * * * * * * * * * * * * * * * * *
 6   IN RE: NEURONTIN MARKETING, SALES     :
     PRACTICES AND PRODUCTS LIABILITY      :
 7   LITIGATION,                           :
     ------------------------------------
 8   THIS DOCUMENT RELATES TO:             :  JUDGE PATTI
                                           :  B. SARIS
 9   SHEARER VS. PFIZER, ET AL;            :  MAGISTRATE
     1:07-CV-11428-PBS                     :  JUDGE LEO T.
10                                         :  SOROKIN
        * * * * * * * * * * * * * * * * * *
11
12      AUDIO-VISUAL DEPOSITION OF JOSEPH GLENMULLEN,
13   M.D., a witness called on behalf of Pfizer, Inc.,
14   pursuant to the provisions of the Federal Rules of
15   Civil Procedure, before Lisa McDonald Valdario, (CSR
16   #130093), a Registered Professional Reporter and
17   Notary Public in and for the Commonwealth of
18   Massachusetts, held at the Hotel Tria, 220 Alewife
19   Brook Parkway, Cambridge, Massachusetts  02138, on
20   Monday, January 11, 2010, commencing at 9:02 a.m.
21
22
23
24
25   Job No.: CS234482
```

## Page 2

```
 1   APPEARANCES:
 2   FINKELSTEIN & PARTNERS
       The Injury Attorneys
 3     1279 Route 300
       P.O. Box 1111
 4     Newburgh, NY 12551
       BY: Kenneth B. Fromson, Esquire
 5         kfromson@lawampm.com
           1.800.law.ampm
 6         1.800.634.1212 ext.2755
              Attorney for the Plaintiff
 7
 8   JACOBY & MEYERS
       1279 Route 300
 9     P.O. Box 1111
       Newburgh, New York 12551
10     BY: Shareef Rabaa, Esquire
           srabaa@jmlawyer.com
11         800.890.3090 ext. 2653
              Attorney for the Plaintiff
12
13   LANIER LAW FIRM
       6810 TM 1960 WEST
14     HOUSTON, TEXAS 77069
       BY: Kenneth S. Soh, Esquire
15         kss@lanierlawfirm.com
           713.659.5200
16            Attorney for the Plaintiff
17
18   BOIES, SCHILLER & FLEXNER, LLP
       333 Main Street
19     Armonk, New York 10504
       BY: William S. Ohlemeyer, Esquire
20         wohlemeyer@bsfllp.com
       and Lisa M. Nousek, Esquire
21         lnousek@bsfllp.com
           914.749.8200
22            Attorneys for Pfizer, Inc.
23
24
25
```

## Page 3

```
 1   APPEARANCES CONTINUED:
 2   SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
       Four Times Square
 3     New York, New York 10036
       BY: Catherine B. Stevens, Esquire
 4         Catherine.Stevens@skadden.com
           212.735.3353
 5            Attorney for Pfizer, Inc.
 6
 7   ALSO PRESENT: George Dobrentey, videographer
```

## Page 4

```
 1              I N D E X
 2   WITNESS       DIRECT  CROSS  REDIRECT  RECROSS
 3   JOSEPH GLENMULLEN, M.D.
 4   BY MR. OHLEMEYER   6
 5
 6
 7            E X H I B I T S
 8   No.    Description              Page
 9   1    Williams College press release     199
10   2    Pharmacy record from Little's Pharmacy  199
11   3    Group of reports             199
12   4    Dr. Catapano-Friedman's records for Linda  199
          Shearer
13
14   5&6  Dr. Glenmullen's invoices       199
15   7    Article on Neurontin          199
16   8    Study of the Effect of Neurontin and GABA  199
          in Humans
17
18        ***ATTORNEY FROMSON RETAINED EXHIBITS***
```

## Page 5

```
 1           P R O C E E D I N G S
 2       VIDEO OPERATOR: Good morning. My name is
 3   George Dobrentey of Veritext, New Jersey. Today's
 4   date is January 11, 2010 and the time is 9:02 a.m.
 5   This deposition is being held at the Hotel Tria in
 6   Cambridge, Massachusetts. In re: Neurontin
 7   Marketing Sales and Product Liability Litigation,
 8   in the U.S. District Court for the District of
 9   Massachusetts, M.D.L. No. 1629.
10       The name of the witness is Joseph
11   Glenmullen. At this time, the attorneys will
12   identify themselves and their parties they
13   represent, after which our court reporter, Lisa
14   Valdario of Veritext, New Jersey will swear in the
15   witness, and we can proceed.
16       MR. FROMSON: On behalf of the plaintiffs,
17   Kenneth Fromson with Finkelstein & Partners.
18   Along with me today is associate, Shareef Rabaa.
19       MR. OHLEMEYER: Bill Ohlemeyer from Boies,
20   Schiller & Flexner representing Pfizer.
21       MS. STEVENS: Catherine Stevens from Skadden
22   Arps for Pfizer.
23       MS. NOUSEK: Lisa Nousek with Boies,
24   Schiller & Flexner for Pfizer.
25       JOSEPH GLENMULLEN, M.D.
```

Page 78

1  diagnosis is?
2  Q  What is a diagnosis?
3  A  A diagnosis is the doctor's conclusion as to what
4     is going on so-to-speak; the patient's condition
5     or conditions.
6  Q  Is that the same thing as an etiology?
7  A  No.
8  Q  What's etiology?
9  A  Etiology is the cause.
10 Q  Do you need to know what caused a disease to
11    diagnose it?
12 A  No. And in fact, in psychiatry in particular,
13    but it's true of many medical conditions, we don't
14    always understand the etiology of conditions that
15    have been identified and that we diagnose.
16 Q  Can you treat a disease without determining its
17    etiology?
18 A  I think the answer to that would be yes, based on
19    what I just said.
20 Q  Apart from your work in connection with this
21    litigation, have you done any research into
22    Neurontin and its propensity to cause or
23    contribute to cause suicide?
24 A  Can you repeat the question?
25    MR. OHLEMEYER: Can you read it back for me.

Page 79

1     (Question read back.)
2  A  I think the answer would be no, not apart from the
3     litigation.
4  Q  What kind of drug is Neurontin? What class of
5     medicine does it belong to?
6  A  Well, it's an antiepileptic, but it's also used in
7     psychiatry as what's called a mood stabilizer.
8  Q  Do all antiepileptic drugs have the same chemical
9     composition?
10 A  No.
11 Q  Do all mood stabilizers have the same chemical
12    composition?
13 A  No.
14 Q  Do all antiepileptic drugs have the same mechanism
15    of action?
16 A  No.
17 Q  Do all mood stabilizers have the same mechanism of
18    action?
19 A  No.
20 Q  Do antiepileptic drugs have similar chemical
21    compositions to what you've referred to as SSRI's?
22    MR. FROMSON: Objection as to form.
23 A  How do you mean similar? You mean identical
24    chemicals?
25 Q  Right.

Page 80

1  A  No.
2  Q  Do they have similar mechanisms of action?
3  A  Depends on how you mean similar. They could have
4     aspects in common, but not their fundamental
5     mechanisms of action if it's different classes.
6  Q  I don't want to over-generalize, but am I correct
7     that typically, within the same class of medicine,
8     you will find drugs with different chemical
9     compositions?
10    MR. FROMSON: Objection as to form. Lack of
11    foundation.
12 A  Well, pretty much all patented drugs have
13    different chemical compositions because that's the
14    basis for the patent.
15 Q  If they have a different chemical composition, do
16    they have a different mechanism of action?
17 A  Not necessarily.
18 Q  Are drugs within the same class generally similar
19    in their mechanism of action or different?
20    MR. FROMSON: Objection as to form. It's
21    overbroad.
22 A  It would really vary from class to class.
23 Q  And again, I'm not trying to put words in your
24    mouth, I think you used a phrase this morning
25    called signal events in connection with

Page 81

1     Mr. Shearer's clinical course?
2  A  I don't recall.
3  Q  Maybe it's in your report. Well, let me ask it
4     this way, Dr. Glenmullen, are there any events
5     that you would characterize as signals in your
6     assessment of whether Neurontin caused or
7     contributed to cause Mr. Shearer's suicide?
8  A  I guess I'm not sure how -- signals is usually
9     used in a more statistical realm, so I'm not
10    really sure how you're using it in a clinical
11    realm. I mean, I've laid out all these different
12    pieces of evidence in my report, and they're all
13    important, but I'm not really sure quite how
14    you're using the word signal.
15 Q  That's fair enough. So if I wanted to determine
16    which events or which impressions and observations
17    that you associated with Mr. Shearer's Neurontin
18    prescription as opposed to his underlying medical
19    conditions, I could find that in your report.
20 A  Yeah.
21 Q  Okay. If Neurontin didn't cause or contribute to
22    cause Mr. Shearer's suicide, in your opinion,
23    what's the next most likely cause?
24    MR. FROMSON: Objection. Form. Improper
25    hypothetical.

Veritext Corporate Services
800-567-8658                                                973-410-4040

Page 82

1  A  I don't, I think that, you know, I would stand by
2     the differential. I don't think you can -- other
3     than the Neurontin, I don't think you can weight
4     things like that. The Neurontin is at the top of
5     the list, and there are a couple of other things
6     that I said might have been substantial factors.
7     And then there is a number of things that I said
8     increased his risk, but in my opinion, are not,
9     were not substantial factors. But Neurontin's the
10    one that really stands out in this case, and I
11    would just stand by that.
12 Q  What is the diagnosis of underlying depression --
13    strike that.
14       Do people with underlying depression commit
15    suicide?
16 A  Sure.
17 Q  Without regard to what prescription medications
18    they're taking?
19 A  Maybe, maybe not.
20 Q  What -- strike that.
21       In a patient with underlying depression --
22    strike that.
23       How much does depression increase somebody's
24    risk of committing suicide?
25 A  Well, that's the point, you can't really quantify

Page 83

1     it. It's acknowledged as a risk factor, and I
2     acknowledge it as a risk factor, but again, you
3     have to get, then get into the specific case, and
4     if you recall actually Dr. Catapano testified that
5     she saw him as only mildly depressed when she
6     initially evaluated him. So his, as I say in my
7     differential, his prior history was of mild to
8     moderate depression, that there is no evidence had
9     ever made him suicidal.
10 Q  People with mild to moderate depression commit
11    suicide, don't they?
12 A  They could, but that, but you'd be much more
13    worried about a severe depression being
14    etiologically responsible for a suicide.
15 Q  Define risk factor for me.
16 A  Risk factor just means it's something that's been
17    identified that increases someone's risk relative
18    to the general population.
19 Q  How do they identify that?
20    MR. FROMSON: Who is they?
21 Q  Who identifies and how do they identify the
22    something that you've just described as a risk
23    factor?
24 A  Well, it's important to know that there's never
25    been a definitive list of risk factors for

Page 84

1     suicide. They're developed by suicidologists,
2     people that specialize in suicide, and there are
3     textbooks on it, and I'm blanking on, at the
4     moment, but I know I've cited a textbook in
5     particular that I've relied upon in the past, but
6     there are many different lists, and they overlap.
7     I don't think anybody would contest that
8     depression is a risk factor for suicide.
9  Q  Do any of those textbooks ascribe a relative risk
10    or an increased risk?
11 A  They may. They may. Clinicians just tend to
12    think of what are the things that are risk
13    factors, not try to quantify.
14 Q  But I'm correct that people who study this and who
15    publish these books you just described do quantify
16    it in some range.
17 A  They may.
18 Q  Okay. Do people with anxiety disorder commit
19    suicide separate and apart from prescription
20    medication they might be taking?
21 A  Yes. I mean, it's important to just note that
22    suicide is not a diagnosis. Suicide is a symptom.
23    Anxiety, depression, you know, personality
24    disorders, they are diagnoses. Suicide is more
25    like fever. It can cross many different

Page 85

1     diagnoses. It's not that, you know, everybody who
2     is depressed commits suicide, or everybody who is
3     anxious, but these are things that definitely
4     increase the risk for it.
5  Q  And there are known causes of suicide, aren't
6     there?
7  A  Sure.
8  Q  Does attention deficit disorder increase
9     somebody's risk for committing suicide?
10 A  I think it could. I don't know off the top of my
11    head. I think in my differential I said it may
12    well have increased his risk but was not a
13    substantial factor given how long he'd had it and
14    never been suicidal before.
15 Q  When you say never been suicidal before, what do
16    you mean by that?
17 A  That despite extensive mental health treatment and
18    records, there's no evidence that he'd ever been
19    suicidal before. There is, in fact, people
20    testified, his treating psychiatrist testified
21    that he never, they were never worried about him
22    being suicidal. He never reported being suicidal,
23    and the same was true as the family and friends
24    who testified.
25 Q  The word suicidal is what I want to make sure we