# EXHIBIT BB

Page 1

```
 1            U.S. DISTRICT COURT OF MASSACHUSETTS
 2                  * * * * * * * *
 3     IN RE: NEURONTIN MARKETING SALES, PRACTICES AND
 4                    PRODUCTS LIABILITY
 5                  * * * * * * * *
 6                            *
 7     SHEARER,               *   Docket No.
 8         Plaintiff          *   1629
 9         vs.                *   Master File No.
10     PFIZER, INC.,          *   04-10981
11         Defendant          *
12                            *
13                  * * * * * * *
14                     DEPOSITION OF
15             STEFAN P. KRUSZEWSKI, M.D.
16                  January 14, 2010
17
18
19
20
21
22
23
24
25     Job No. 234312
```

Page 2

```
 1                  DEPOSITION
 2                      OF
 3   STEFAN P. KRUSZEWSKI, M.D., taken on behalf of the
 4   Defendant, Pfizer, Inc., herein, pursuant to the
 5   Rules of Civil Procedure, taken before me, the
 6   undersigned, Sarah Wendorf, a Court Reporter and
 7   Notary Public in and for the Commonwealth of
 8   Pennsylvania, at the Hilton - Harrisburg, 1 North
 9   2nd Street, Harrisburg, Pennsylvania, on Thursday,
10   January 14, 2010, beginning at 10:11 a.m.
```

Page 4

```
 1                   I N D E X
 2
 3   DISCUSSION AMONG PARTIES              7 - 8
 4   WITNESS: STEFAN P. KRUSZEWSKI, M.D.
 5   EXAMINATION
 6      By Attorney Ohlemeyer              8 - 148
 7   EXAMINATION
 8      By Attorney Fromson                148 - 152
 9   RE-EXAMINATION
10      By Attorney Ohlemeyer              152 - 153
11   RE-EXAMINATION
12      By Attorney Fromson                153
13   RE-EXAMINATION
14      By Attorney Ohlemeyer              154 - 155
15   CERTIFICATE                           156
```

Page 3

```
 1               APPEARANCES
 2
 3   KENNETH B. FROMSON, ESQUIRE
 4   Finkelstein & Partners, LLP
 5   785 Broadway, 3rd Floor
 6   Kingston, NY  12401
 7      COUNSEL FOR PLAINTIFF
 8
 9   WILLIAM S. OHLEMEYER, ESQUIRE
10   Boies, Schiller & Flexner, LLP
11   333 Main Street
12   Armonk, NY  10504
13      COUNSEL FOR DEFENDANT
14
15   RICHARD BARNES, ESQUIRE
16   Goodell, DeVries, Leech & Dann, LLP
17   1 South Street
18   Baltimore, MD  21202
19      COUNSEL FOR DEFENDANT
```

Page 5

```
 1                EXHIBIT PAGE
 2                         PAGE
 3   NUMBER  DESCRIPTION            IDENTIFIED
 4   One     Dr. Kruszewski's Invoice    43
 5   Two     Dr. Kruszewski's Map        129
 6   Three   Dr. Kruszewski's CV         129
```

Page 38

1  about Neurontin, and the only thing I've ever
2  published about Neurontin is the article about
3  gabapentin-induced delirium and dependence in The
4  Journal of Psychiatric Practice last summer, I
5  believe. I have an actual quotation here. So that's
6  the only thing I've ever published about Neurontin.
7  In terms of research, one of my two responsibilities
8  when I worked for the Department of Public Welfare
9  for the Commonwealth of Pennsylvania was to examine
10 drugs and drugs effects, and as I already said, I was
11 in charge of several death investigations and so was,
12 therefore, responsible for examining potential causes
13 of death.
14 BY ATTORNEY OHLEMEYER:
15   Q. I read an article in the paper yesterday,
16 Doctor, about trigeminal neuralgia. Are you familiar
17 with that disease?
18   A. A little bit. It's out of my specialty.
19   Q. And the reason it caught my eye was in the same
20 headline they described it as a suicide disease ---
21 the suicide disease.
22        ATTORNEY FROMSON:
23            Which was it, A or B?
24        ATTORNEY OHLEMEYER:
25   A. I might have it in my paper.

Page 39

1  BY ATTORNEY OHLEMEYER:
2    Q. But in the article, they talked about medical
3  treatments for those kinds of conditions, and one of
4  the things they talked about was prescribing
5  anticonvulsant drugs to treat that kind of pain?
6    A. Yes.
7    Q. That kind of prescription would be an off label
8  prescription of those medicines; wouldn't it?
9    A. For Neurontin, it would be. Neurontin is only
10 approved for postherpetic neuralgia, so it would be
11 for Neurontin. For Tegretol, I'm not sure. I think
12 Tegretol or carbamazepine, C-A-R-B-A-M-E-Z-E-P-I-N-E
13 (sic), is approved for trigeminal neuralgia.
14   Q. But in general, antiepileptic drugs are
15 equivalent with the --- I mean, you can quibble with
16 the adjustive --- sometimes frequently often
17 prescribed off label to treat certain types of pain;
18 aren't they?
19   A. Yes.
20   Q. And there's nothing inherently wrong with that;
21 is there?
22   A. There is not.
23   Q. And that practice, the practice of using
24 antiepileptic drugs to treat pain, predated the
25 introduction and first sale of Neurontin; didn't it?

Page 40

1    A. Yes.
2    Q. Do people who commit suicide, Doctor, exercise
3  free will in reaching that decision?
4        ATTORNEY FROMSON:
5            Objection as to form.
6    A. Boy, I don't think I can answer that question.
7  I haven't given it enough thought, whether it's a
8  voluntary decision or it's an involuntary decision.
9  BY ATTORNEY OHLEMEYER:
10   Q. Well, that was my next question. Is it --- is
11 there volition involved, or is it compelled?
12       ATTORNEY FROMSON:
13           Objection as to form.
14   A. On a philosophical basis, I don't think I can
15 answer it. On a case-by-case base, I can surmise how
16 it might be applicable.
17 BY ATTORNEY OHLEMEYER:
18   Q. Well, let's talk about Mr. Shearer. Was Mr.
19 Shearer on the day of his death compelled to commit
20 suicide, or did he exercise any free will in making
21 that decision?
22       ATTORNEY FROMSON:
23           Objection. Form.
24   A. I didn't make a determination one way or the
25 other.

Page 41

1  BY ATTORNEY OHLEMEYER:
2    Q. Do you think that Mr. Shearer would have
3  committed suicide on the day he died if there had not
4  been a firearm in the house?
5    A. I don't know.
6    Q. Have you ever talked with any of Mr. Shearer's
7  treating physicians or prescribing doctors?
8    A. No.
9    Q. In the Shearer case --- well, strike that.
10     You're familiar with a gentleman by the name of
11 Ron Maris?
12   A. Dr. Maris from the University of South
13 Carolina, ---
14   Q. Right.
15   A. --- that Maris professor? Yes.
16   Q. He's not a medical doctor; is he?
17   A. He is not. He's a Ph.D.
18   Q. And he's published a lot in the area of suicide?
19   A. He has, yes.
20   Q. And he's got a tool he calls a psychological
21 autopsy that he uses to examine postmortem potential
22 causes of suicide?
23   A. He does.
24   Q. Did you --- and you're familiar with that tool
25 or that --- whatever you want to call? Is it a tool?