# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000

FAX: (212) 735-2000

http://www.skadden.com

DIRECT DIAL
(212) 735-2954
DIRECT FAX
(917) 777-2954
EMAIL ADDRESS
KATHERINE.ARMSTRONG@SKADDEN.COM

FIRM/AFFILIATE OFFICES
-----
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
RESTON
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
-----
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO

January 30, 2010

BY EXPRESS DELIVERY

Mr. Robert C. Alba
United States District Court,
  District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE: In Re: Neurontin Marketing, Sales Practices, and Products Liability Litigation, Master File No. 04-10981
The Guardian Life Insurance Co. of America v. Pfizer Inc.,
04 CV 10739 (PBS)

Dear Mr. Alba:

As discussed with the Court at the pre-trial conference on January 28, 2010, on behalf of Defendants Pfizer Inc and Warner-Lambert Company LLC, I enclose with this letter a binder containing the reports submitted by Defendants' experts in the above-captioned matter. In order to respond to the questions posed by the Court at the hearing and for the Court's convenience, we have highlighted our medical experts' December 2008 reports to note their consideration of double blind, randomized control trials.

If the Court requires anything else, please let me know.

Respectfully yours,

Katherine Armstrong

cc:   Linda P. Nussbaum, Esq. (w/enc.)
      Thomas M. Sobol, Esq. (w/enc.)
      Thomas M. Greene, Esq. (w/enc.)