UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Judge Patti B. Saris |
| AETNA, INC. v. PFIZER INC., 04 CV 10958 (PBS) | Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' MOTION FOR ENTRY OF SEPARATE AND FINAL JUDGMENT**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move this Court, pursuant to Federal Rule of Civil Procedure 54(b), for entry of a separate and final judgment as to Plaintiffs Guardian Life Insurance Company ("Guardian") and Aetna, Inc. ("Aetna"). On January 8, 2010, this Court granted Pfizer's motion for summary judgment as to Guardian and Aetna. (Mem. & Order [2309].) The claims of Guardian and Aetna are completely distinct from those asserted by Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals and no just reason for delay exists with respect to dismissal of the claims asserted by Guardian and Aetna in accordance with this Court's summary judgment ruling. Accordingly, for the reasons set forth in the accompanying memorandum, separate judgment should be entered as to Guardian and Aetna.

WHEREFORE, Defendants respectfully request that the Court direct the Clerk to enter separate judgment pursuant to Federal Rule of Civil Procedure 54(b) granting summary judgment in Defendants' favor and dismissing the claims of Guardian and Aetna in their entirety and with prejudice, in accordance with this Court's Memorandum and Order of January 8, 2010.

Dated: February 3, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:    /s/ Mark S. Cheffo
       Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:    /s/ Raoul D. Kennedy
       Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel:  (415) 984-6400

        -and-

WHEELER TRIGG O'DONNELL LLP

By:    /s/ James E. Hooper
       James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel:  (303) 244-1800

        -and-

2

WHITE AND WILLIAMS LLP

By:   /s/ David B. Chaffin
      David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 3, 2010.

/s/ David B. Chaffin
David B. Chaffin