UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO: : Judge Patti B. Saris
:
*Dorsey v. Pfizer Inc, et al.* : Magistrate Judge Leo T.
Case No. 1: 05-cv-10639-PBS : Sorokin
:
---------------------------------------------------------------x

### DEFENDANTS' MOTION FOR AN
### INDEPENDENT MEDICAL EXAMINATION OF MARY P. DORSEY

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants"), by counsel, respectfully submit this motion for the Court to issue an order directing Plaintiff, Mary P. Dorsey, to submit to an independent medical examination ("IME"). The grounds for this motion are set forth in more detail in the accompanying memorandum of law and declaration of Mark S. Cheffo.

Defendants file this motion in accordance with Rule 35(a) of the Federal Rules of Civil Procedure, based on Plaintiff's counsel's refusal to consent to an IME of Plaintiff. As explained in greater detail in the accompanying memorandum, Defendants have good cause for seeking an examination to assess Plaintiff's mental condition, which she placed in controversy by alleging an ongoing mental injury.

WHEREFORE, Defendants respectfully request that this Court order Plaintiff to submit to examination by Dr. Anthony Rothschild at a reasonably convenient time and location.

Dated: February 4, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

WHITE AND WILLIAMS LLP

By:   /s/ David B. Chaffin
      David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 4, 2010.

/s/ David B. Chaffin
David B. Chaffin