UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

*Dorsey v. Pfizer Inc, et al.*
Case No. 1: 05-cv-10639-PBS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

------------------------------------------------------------x

### DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION FOR AN INDEPENDENT EXAMINATION OF MARY P. DORSEY

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of Defendants' January 29, 2010, Letter to Plaintiff's counsel.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's February 2, 2010, email to Defendants' counsel.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from Plaintiff's Response to First Set of Interrogatories.

Signed under the penalties of perjury this 4th day of February 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 4, 2010.

/s/ David B. Chaffin
David B. Chaffin