# EXHIBIT A

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

---

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
---
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
---
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 29, 2010

BY US POSTAL SERVICE
Timothy J. Perry
Perry, Krumsiek & Jack, LLP
101 Arch Street, 19th Floor
Boston, MA 02110

RE: Dorsey v. Pfizer

Dear Mr. Perry:

As I indicated in my e-mail and my voice-mail message, pursuant to Rule 35 of the Federal Rules of Civil Procedure, we would like to do an Independent Medical Examination of your client, Mary Dorsey. Can you please let me know by Wednesday, February 3, 2010 if you will agree to this examination or if we need to file a motion with the court? We would like to schedule this examination in late February.

Thank you for your attention to this matter.

Sincerely,

Catherine B. Stevens