# EXHIBIT B

| | |
|---|---|
| **From:** | Tim Perry [tperry@pkjlaw.com] |
| **Sent:** | Tuesday, February 02, 2010 10:32 AM |
| **To:** | Stevens, Catherine B (NYC) |
| **Subject:** | Re: Dorsey v. Pfizer |
| **Attachments:** | Disclosure Statement.doc |

Unless there is a compelling reason to perform an IME, and I can think of none, I cannot agree to an IME. Please also find attached, the updated Rule 26 Disclosure of my client to the extent that you had not previously received one. Thank you. Please also update me on the current deposition schedule.

On Fri, Jan 29, 2010 at 5:54 PM, Stevens, Catherine B <Catherine.Stevens@skadden.com> wrote:

Please see attached. Thanks.



****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************

--
Timothy J. Perry
Perry, Krumsiek & Jack LLP
101 Arch Street, 19th Floor
Boston, MA 02110
(617) 720-4300
fax (617) 720-4310
tperry@pkjlaw.com