# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

Magistrate Judge Leo T. Sorokin

MARY P. DORSEY, Individually and as
Administrator of the Estate of James Dorsey

------------------------------------------------x

## PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Set forth below is Defendants' Template First Interrogatories, Products Liability Plaintiffs' corresponding objections, Magistrate Leo T. Sorokin's directives set forth in Discovery Order No. 2 dated June 19, 2006, pertaining thereto, and Individual Plaintiff's responses.

### OBJECTIONS PERTAINING TO ALL INTERROGATORIES

### (GENERAL OBJECTIONS)

1.  Plaintiff, by her Attorney, Timothy J. Perry, hereby responds and objects to Defendants' First Set of Interrogatories dated May 8, 2006. These responses and objections are made without in any way waiving or intending to waive, but on the contrary reserving and intending to reserve, the right to object on any additional ground at any time to a demand for further response, and the right at anytime to revise, supplement, correct, or add to these responses and objections.

**INTERROGATORY NO. 18:**

Please identify all individuals, other than your attorney, who was consulted or participated in the preparation of the answers to these Interrogatories, and indicate the numbers of the specific Interrogatories for which each such person participated in preparing answers.

**RESPONSE TO INTERROGATORY NO. 18:**

Subject to and without waiving the General Objections, the Plaintiff, Mary Dorsey, consulted only with her counsel in answering these interrogatories.

**INTERROGATORY NO. 19:**

Provide a computation of any category of damages claimed by Plaintiff.

**RESPONSE TO INTERROGATORY NO. 19:**

Subject to and without waiving the General Objections, Plaintiff objects to this Interrogatory in that it seeks information that is duplicative of the information required by Rule 26(a)(1). Notwithstanding said objections, Plaintiff responds as follows:

Plaintiff claims damages for past and future pain and suffering. The total amount and full extent of the Plaintiff's damages including insurer paid expenses has not yet been fully determined. Plaintiff claims damages for past and future medical expenses, past and future lost earnings and impairment of earning capacity, past and future loss of enjoyment of life, loss of society of the mutual benefits that each family member received as a result of the Plaintiff's injury, including love, affection, care, attention, companionship, comfort, guidance, and protection. Plaintiff reserves the right to claim any additional damages that may arise/or become known.