UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF
DEFENDANTS' EMERGENCY MOTION FOR CONTINUED
DEPOSITION OF NICHOLAS WIEDER AND ADDITIONAL RELIEF**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of the Declaration of Nicolas A. Wieder, D.O.

3. Attached as Exhibit B is a true and correct copy of excerpts from the January 12, 2010 deposition of Nicholas Wieder, D.O.

4. Attached hereto as Exhibit C are true and correct copies of certain exhibits to Dr. Wieder's January 12, 2010 deposition.

5. Attached as Exhibit D is a true and correct copy of certain pages publicly available on Kaiser's website.

6. Attached as Exhibit E is a true and correct copy of a February 24, 1999 Business Wire article titled "Healthwise and Kaiser Permanente Team Up to Help 8.5 Million Kaiser Permanente Members Make Better Health Decisions."

7. Attached as Exhibit F is a true and correct copy of a November 11, 2004 press release from Kaiser Permanente's on-line News Center, titled "Kaiser Permanente showcases online health programs during open enrollment period."

8.      Attached as Exhibit G is a true and correct copy of a January 28, 2004 press release from Kaiser Permanente's on-line News Center, titled "Click to kaiserpermanente.org for physician-approved health information."

9.      Attached as Exhibit H is a true and correct copy of the excerpts from the July 12, 2007 deposition of Albert Carver.

10.     Attached hereto as Exhibit I is a true and correct copy of a September 5, 2007 letter by Linda P. Nussbaum, counsel for Kaiser, to Rajesh S. James, then counsel for Pfizer.

11.     Exhibit J is a true and correct copy of the June 17, 1999, Chiefs of Neurology Minutes.

Signed under the penalties of perjury this 5th day of February, 2010.

/s/ Mark. S. Cheffo  
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 5, 2010.

/s/ David B. Chaffin  
David B. Chaffin