# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> _____ ) <br> THE GUARDIAN LIFE INSURANCE ) <br> COMPANY OF AMERICA ) <br>   v. PFIZER, INC., ) <br> 04 CV 10739 (PBS) ) <br> _____ ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin <br><br> **FILED UNDER SEAL** |

## DECLARATION OF NICOLAS A. WIEDER, D.O.

I, Nicolas A. Wieder, D.O.., declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

1. I submit this declaration in support of the Coordinated Plaintiffs' Surreply to Defendants' Motion for Summary Judgment.

2. I have personal knowledge of the matters stated herein.

3. I am a board certified pain physician practicing in the field of neurology since 1992. Currently, I am a member of Kaiser Permanente Southern California Region's Drug Utilization Action Team. I have regional responsibilities for the Region's pain management program and contribute to the review of all neuropathic pain medications.

4. I have been affiliated with the Southern California Permanente Medical Group ("SCPMG") since 1997.

### Formulary Recommendations

1

5. As an SCPMG physician, part of my role is to recommend drugs for formulary inclusion when appropriate.

6. Among other factors, I consider drug safety, efficacy, cost, and available alternative treatments when assessing whether to recommend drugs for formulary inclusion.

7. If studies are suppressed or misleadingly presented, it is impossible for me to make a fully-informed judgment when assessing whether to recommend drugs for formulary inclusion. Also, as regards my patients, misinformation undermines the Medical precept of 'Above all do no harm".

8. I am informed and believed that in or around September 1994, the Southern California Regional P&T Committee ("P&T Committee") voted to accept Neurontin to the formulary for use by or in consultation with a neurologist. In or around September 1997, as a practicing pain specialist, I recommended expansion of the formulary restrictions to include prescribing by pain clinic physicians for the treatment of reflex sympathetic dystrophy. I am informed and believe that the P&T Committee adopted this recommendation. In or around September 1999, I recommended removal of all formulary restrictions and guidelines for Neurontin. I am informed and believed that in or around September 1999, the P&T Committee adopted this recommendation.

9. Had I known at that time that Neurontin was no more effective and did not have a better safety profile than existing, less expensive treatments for reflex sympathetic dystrophy and neuropathic pain, I would not have recommended that the expansion of the formulary status of Neurontin in 1997 or again in 1999.

Executed on: June 15, 2009

2

_____
Nicolas A. Wieder, D.O..