# EXHIBIT C

**KAISER PERMANENTE.**   ● Home kp.org   ● Sign on   ● Guia en español   | Search our site   ▶

☐ Change your region: California - Southern

My health manager   **Health & wellness**   Health plans & services   Locate our services

◀ Back

## Health encyclopedia

# Anticonvulsants for restless legs syndrome

▫ Search encyclopedia

## Topic list

▫ Examples
▫ How It Works
▫ Why It Is Used
▫ How Well It Works
▫ Side Effects
▫ What To Think About
▫ Credits

**healthwise** for every health decision®

Printer-friendly version: complete topic

## Examples

(Tegretol)
(Neurontin)
(Depakene)

## How It Works

Anticonvulsants are used to help control or prevent abnormal increases in brain electrical activity. They are primarily used for people who have seizures. They may help suppress electrical activity in the brain that causes restless legs syndrome symptoms.

## Why It Is Used

Gabapentin can help people with restless legs syndrome. It is sometimes used when symptoms are severe and can be used in combination with other drugs.

## How Well It Works

While anticonvulsants help relieve symptoms in some people, they have no effect on others.

## Side Effects

Drowsiness, dizziness, tremors, blurred vision, nausea, and poor coordination have all been reported as occasional side effects when these medicines were used as treatment for other conditions. Research is needed to discover whether side effects are different when these drugs are used to treat restless legs syndrome.

The U.S. Food and Drug Administration (FDA) has issued a warning on anticonvulsants and the risk of suicide and suicidal thoughts. The FDA does not recommend that people stop using these medicines. Instead, people who take anticonvulsant medicine should be watched closely for warning signs of suicide. People who take anticonvulsant medicine and who are worried about this side effect should talk to a doctor.



Please see our drug encyclopedia for a full list of side effects.

## What To Think About

Anticonvulsants may increase the chance of birth defects. If you are pregnant or thinking of getting pregnant, talk to your doctor before taking these medicines.

More study is needed to discover the full range of side effects. Anticonvulsants have not yet been reviewed by the U.S. Food and Drug Administration specifically for treatment of restless legs syndrome.

**Complete the new medication information form (PDF) ✏ (What is a PDF document?) to help you understand this medication.**

## Credits

| | |
|---|---|
| **Author** | Monica Rhodes |
| **Editor** | Kathleen M. Ariss, MS |
| **Associate Editor** | Pat Truman, MATC |
| **Primary Medical Reviewer** | Martin Gabica, MD - Family Medicine |
| **Primary Medical Reviewer** | Anne C. Poinier, MD - Internal Medicine |
| **Specialist Medical Reviewer** | Karin M. Lindholm, DO - Neurology |
| **Last Updated** | March 13, 2009 |

| Medical review | Author | Last updated |
|---|---|---|
| Martin Gabica, MD - Family Medicine; Anne C. Poinier, MD - Internal Medicine | Monica Rhodes | March 13, 2009 |

© 1995-2009 Healthwise, Incorporated. Healthwise, Healthwise for every health decision, and the Healthwise logo are trademarks of Healthwise, Incorporated.

This information is not intended to replace the advice of a doctor. Since specific guidelines may vary, consult with your physician to find out which guidelines are recommended for you. Healthwise disclaims any liability for the decisions you make based on this information. For more information, please read the Healthwise Terms and Conditions. How this information was developed.

▲ Back to top

Terms & conditions   Privacy practices   Site policies   About us   Contact Web manager
Web awards & accreditations   Careers   Technical information   Web site map   Home kp.org

KAISER PERMANENTE.

■ Home kp.org    ■ Sign off    ■ Guia en español    | Search our site

☐ Change your region: Colorado - Denver/Boulder

My health manager | Health & wellness | Health plans & services | Locate our services

## Health encyclopedia

◀ Back

# Primary Orthostatic Tremor

- □ Search encyclopedia

## Topic list

- □ Disorder Subdivisions
- □ Related Disorders List
- □ General Discussion
- □ Symptoms
- □ Causes
- □ Affected Populations
- □ Related Disorders
- □ Standard Therapies
- □ Investigational Therapies
- □ References
- □ Resources



Printer-friendly version: complete topic

### National Organization for Rare Disorders, Inc.

**Important**
It is possible that the main title of the report Primary Orthostatic Tremor is not the name you expected.

### Disorder Subdivisions

- None

### Related Disorders List

Information on the following diseases can be found in the Related Disorders section of this report:

- None

### General Discussion

Primary orthostatic tremor is a rare movement disorder characterized by a rapid tremor in the legs that occurs when standing. The tremor disappears partially or completely when an affected person is walking or sitting. Individuals with primary orthostatic tremor experience feelings of unsteadiness or imbalance. In many cases, the tremors become more severe over time. The exact cause of primary orthostatic tremor is unknown.

.

### Symptoms

The main symptom of primary orthostatic tremor is the occurrence of a rapid tremor affecting both legs while standing. A tremor is involuntary, rhythmic contractions of various muscles. Orthostatic tremor causes feelings of unsteadiness or imbalance in the legs. The tremor associated with primary orthostatic tremor is not visible to the naked eye. The tremor disappears when an affected individual walks, sits or lies down. In many cases, the tremor becomes progressively more severe and feelings



Δ π EXHIBIT 13
Deponent Wieder
Date 1-12-70  Rptr. JS
WWW.DEPOBOOK.COM

of unsteadiness become more intense. Some affected individuals can stand for several minutes before the tremor begins; others can only stand momentarily. Eventually, affected individuals may experience stiffness, weakness and, in rare cases, pain in the legs. Orthostatic tremor, despite usually becoming progressively more pronounced, does not develop into other conditions or affect other systems of the body.

In some cases, affected individuals may also have a tremor affecting the arms. In one case reported in the medical literature, overgrowth of the affected muscles (muscular hypertrophy) occurred in association with primary orthostatic tremor.

## Causes

The exact cause of primary orthostatic tremor is unknown. Some researchers believe that the disorder is a variant or subtype of benign essential tremor. Other researchers believe the disorder is a separate entity.

.

## Affected Populations

Primary orthostatic tremor affects males and females in equal numbers. However, because many cases of primary orthostatic tremor often go unrecognized, the disorder is believed by some to be under-diagnosed, making it difficult to determine the true frequency of this disorder in the general population. The disorder was first described in 1984.

.

## Related Disorders

Tremors, involuntary quivering, or trembling movements can occur in association with many disorders. They may occur at any age and may be rhythmic or intermittent. Tremors mainly occur in disorders of the central nervous system, and especially in disorders of the cerebellum or basal ganglia. Examples of cerebellar diseases might be tumors of the cerebellum, multiple sclerosis involving the cerebellum, or a degenerative disease such as spinocerebellar degeneration. Examples of disorders of the basal ganglia include Parkinson's disease (discussed in more detail below), Wilson's disease, and many other rare and common disorders. Tremor may also occur as a result of anxiety, medication, or be of unknown cause (idiopathic).

Benign essential tremor is a common movement disorder characterized by an involuntary fine rhythmic tremor of a body part or parts, primarily the hands and arms (upper limbs). In many affected individuals, upper limb tremor may occur as an isolated finding. However, in others, tremor may gradually involve other anatomic regions, such as the head, voice, and tongue, leading to difficulties articulating speech. Less commonly, tremor may affect muscles of the trunk or legs. In individuals with the condition, tremor tends to occur while voluntarily maintaining a fixed posture against gravity ("postural tremor") or while performing certain goal-directed movements ("kinetic intention tremor"). Although tremor is typically absent with rest--i.e., when the affected muscle is not voluntary activated--some individuals with advanced disease may develop resting

tremors. Benign essential tremor may appear to occur randomly for unknown reasons (sporadically) or be transmitted as an autosomal dominant trait. Researchers suggest that changes (mutations) of different genes may be responsible for the disorder (genetic heterogeneity). (For more information on this disorder, choose "benign essential tremor" as your search term in the Rare Disease Database.)

Parkinson's disease is a common slowly progressive neurologic condition characterized by involuntary trembling (tremor), muscular stiffness or inflexibility (rigidity), slowness of movement and difficulty carrying out voluntary movements. Degenerative changes occur in areas deep within the brain (substantia nigra and other pigmented regions of the brain), causing a decrease in dopamine levels in the brain. Dopamine is a neurotransmitter, which is a chemical that sends a signal in the brain. Parkinsonian symptoms can also develop secondary to degenerative diseases such as multiple system atrophy, hydrocephalus (a condition in which areas of the brain accumulate excessive fluids, resulting in an increase in pressure on the brain), head trauma, inflammation of the brain (encephalitis), circulatory disturbances (infarcts) or tumors deep within the cerebral hemispheres involving the area just above the brain stem (basal ganglia), or exposure to certain drugs and toxins. Parkinson's disease is slowly progressive and may not become incapacitating for many years. (For information on this disorder, choose "Parkinson" as your search term in the Rare Disease Database.)

## Standard Therapies

Diagnosis
A diagnosis of primary orthostatic tremor is based upon a thorough clinical evaluation, a detailed patient history, and specialized tests such as a surface electromyogram (EMG).

Treatment
Various medications may help relieve symptoms associated with primary orthostatic tremor. In most cases, affected individuals are treated with a drug called clonazepam (Klonopin). However, some affected individuals do not respond to this first-line drug treatment. Additional drug therapies that have been used to treat individuals with primary orthostatic tremor include primidone (Mysoline), chlordiazepoxide (Librium), and valproic acid (Depakote). Some affected individuals responded favorably after being treated with an anti-seizure (anticonvulsant) drug called gabapentin (Neurontin). Drugs commonly used to treat people with Parkinson's disease (levodopa or pramipexole) may also be prescribed for individuals with primary orthostatic tremor.

Other treatment is symptomatic and supportive.

## Investigational Therapies

According to the medical literature, at least one person with primary orthostatic tremor responded to treatment with the drug pramipexole (Mirapex). More research necessary is to determine the long-term safety and effectiveness of this drug as a potential treatment for individuals with primary orthostatic tremor.

According to the medical literature, the drug phenobarbital has been used

in the treatment of primary orthostatic tremor. Initial results have shown that phenobarbital treatment results in clinical improvement in individuals with orthostatic tremor. However, more research is necessary to determine the long-term safety and effectiveness of this potential treatment for orthostatic tremor.

Information on current clinical trials is posted on the Internet at www.clinicaltrials.gov. All studies receiving U.S. government funding, and some supported by private industry, are posted on this government web site.

For information about clinical trials being conducted at the NIH Clinical Center in Bethesda, MD, contact the NIH Patient Recruitment Office:

Tollfree: (800) 411-1222
TTY: (866) 411-1010
Email: prpl@cc.nih.gov

For information about clinical trials sponsored by private sources, contact: www.centerwatch.com

## References

TEXTBOOKS
Adams, RD, et al., eds. Principles of Neurology. 6th ed. New York, NY: McGraw-Hill, Companies; 1997:98.

JOURNAL ARTICLES
Gerschlager W, et al. Natural history and syndromic associations of orthostatic tremor: a review of 41 patients. Mov Disord. 2004;19:788-95.

Lopez del Val DJ, Santos S. Gabapentin in the treatment of tremor. Rev Neurol. 2003;36:322-6.

Sharott A, et al. Primary orthostatic tremor is an exaggeration of a physiological response to instability. Mov Disord. 2003;18:195-9.

Pradalier A, et al. Primary orthostatic tremor. Rev Med Interne. 2002;23:193-7.

Fung VS, et al. A dissociation between subjective and objective unsteadiness in primary orthostatic tremor. Brain. 2001;124:322-30.

Finkel MF. Pramipexole is a possible effective treatment for primary orthostatic tremor (shaky leg syndrome). Arch Neurol. 2000;57:1519-20.

Charles PD, et al. Classification of tremor and update on treatment. Am Fam Physician. 1999;59:1565-72.

Wills AJ, et al. Levodopa may improve orthostatic tremor: case report and trial of treatment. J Neurol Neurosurg Psychiatry. 1999;66:681-4.

Deuschl G, et al. Consensus statement of the Movement Disorder Society on tremor. Ad Hoc Scientific Committee. Mov Disord 1998;13:20-23.

Mastain B, et al. Primary orthostatic tremor. 10 clinical electrophysiologic

observations. Rev Neurol. 1998;154:322-9.

Hanna M, et al. Primary orthostatic tremor with prominent muscle hypertrophy. Neurology. 1997;49:872-4.

Wills AJ, et al. A positron emission tomography study of primary orthostatic tremor. Neurology. 1996;46:747-52.

Britton TC, et al. Primary orthostatic tremor: further observation in six cases. J Neurol. 1992;239:209-17.

Cabrera-Valdivia F, et al. Orthostatic tremor: successful treatment with phenobarbital. Clin Neuropharmacol. 1991;14:438-41.


## Resources

### WE MOVE (Worldwide Education and Awareness for Movement Disorders)
204 West 84th Street
New York, NY 10024
USA
Tel: (212)875-8312
Fax: (212)875-8389
Email: wemove@wemove.org
Internet: http://www.wemove.org

### International Essential Tremor Foundation
11111 West 95th Street
Suite 260
Overland Park, KS 66214-1824
USA
Tel: (913)341-3880
Fax: (913)341-1296
Tel: (888)387-3667
Email: Staff@essentialtremor.org
Internet: http://www.essentialtremor.org

### National Institute of Neurological Disorders and Stroke (NINDS)
31 Center Drive
8A07
Bethesda, MD 20892-2540
Tel: (301)496-5751
Fax: (301)402-2186
Tel: (800)352-9424
Email: braininfo@ninds.nih.gov
Internet: http://www.ninds.nih.gov/

### OT Resource
Email: 25nelson@comcast.net
Internet: http://www.orthostatictremor.org


The information provided in this report is not intended for diagnostic purposes. It is provided for informational purposes only. NORD recommends that affected individuals seek the advice or counsel of their own personal physicians.

It is possible that the title of this topic is not the name you selected. Please check the Synonyms listing to find the alternate name(s) and Disorder Subdivision(s) covered by this report

This disease entry is based upon medical information available through the date at the end of the topic. Since NORD's resources are limited, it is not possible to keep every entry in the Rare Disease Database completely current and accurate. Please check with the agencies listed in the Resources section for the most current information about this disorder.

For additional information and assistance about rare disorders, please contact the National Organization for Rare Disorders at P.O. Box 1968, Danbury, CT 06813-1968; phone (203) 744-0100; web site www.rarediseases.org or email orphan@rarediseases.org

Last Updated: 1/30/2008
Copyright 2003, 2004 National Organization for Rare Disorders, Inc.

This information is not intended to replace the advice of a doctor. Since specific guidelines may vary, consult with your physician to find out which guidelines are recommended for you. Healthwise disclaims any liability for the decisions you make based on this information. For more information, please read the Healthwise Terms and Conditions. How this information was developed.

▲ Back to top

lealth Encyclopedia

## Health encyclopedia

◀ Back

# Gabapentin for hot flashes

- Search encyclopedia

## Topic list

- Examples
- How It Works
- Why It Is Used
- How Well It Works
- Side Effects
- What To Think About
- References
- Credits



Printer-friendly version: complete topic

## Examples

(Neurontin)

## How It Works

Gabapentin is an antiseizure (anticonvulsive) medicine that is approved by the U.S. Food and Drug Administration (FDA) for controlling epilepsy. How it works to improve hot flashes is not fully understood.

## Why It Is Used

Gabapentin may be used to treat hot flashes.

It addition to seizure control, gabapentin is also commonly used to treat chronic pain, migraine headache, panic disorder, and social phobia.

## How Well It Works

Gabapentin may lower the number of hot flashes each day and the intensity of hot flashes.[1, 2]

## Side Effects

Side effects from gabapentin include:

- Fatigue or drowsiness.
- Dizziness and lightheadedness, especially during the first couple of weeks of treatment.
- Swelling of the hands and feet.
- Rash.
- Nausea.

Side effects are less likely when the dose is gradually increased and when medicine is taken with meals.

The U.S. Food and Drug Administration (FDA) has issued a warning on



Δ π EXHIBIT 14
Deponent Miller
Date 1-6-10  Rptr JS
WWW.DEPOBOOK.COM

antiseizure medicines and the risk of suicide and suicidal thoughts. The FDA does not recommend that people stop using these medicines. Instead, people who take antiseizure medicine should be watched closely for warning signs of suicide. People who take antiseizure medicine and who are worried about this side effect should talk to a doctor.

Please see our drug encyclopedia for a full list of side effects.

## What To Think About

Use of gabapentin for hot flashes is an off-label use.

The long-term risks or benefits of gabapentin are unknown.

**Complete the new medication information form (PDF) 🖉 (What is a PDF document?) to help you understand this medication.**

## References

### Citations

1. Pandya KJ, et al. (2005). Gabapentin for hot flashes in 420 women with breast cancer: A randomised double-blind placebo-controlled trial. Lancet, 366(9488): 818–824.

2. Reddy SY, et al. (2006). Gabapentin, estrogen, and placebo for treating hot flushes. Obstetrics and Gynecology, 108(1): 41–48.

### Credits

| | |
|---|---|
| **Author** | Robin Parks, MS |
| **Editor** | Maria Essig |
| **Editor** | Kathleen M. Ariss, MS |
| **Associate Editor** | Pat Truman, MATC |
| **Primary Medical Reviewer** | Anne C. Poinier, MD - Internal Medicine |
| **Specialist Medical Reviewer** | Kirtly Jones, MD - Obstetrics and Gynecology |
| **Last Updated** | May 16, 2008 |

| | | |
|---|---|---|
| **Medical review**<br>Anne C. Poinier, MD - Internal Medicine | **Author**<br>Robin Parks, MS | **Last updated**<br>May 16, 2008 |

© 1995-2009 Healthwise, Incorporated. Healthwise, Healthwise for every health decision, and the Healthwise logo are trademarks of Healthwise, Incorporated.

This information is not intended to replace the advice of a doctor. Since specific guidelines may vary, consult with your physician to find out which guidelines are recommended for you. Healthwise disclaims any liability for the decisions you make based on this information. For more information, please read the Healthwise Terms and

Conditions. How this information was developed.

▲ **Back to top**

Terms & conditions    Privacy practices    Site policies    About us    Contact Web manager
Web awards & accreditations    Careers    Technical information    Web site map    Home kp.org

Health Encyclopedia

**KAISER PERMANENTE.**   ■ Home kp.org   ■ Sign off   ■ Guia en español   | Search our site ▶

☐ Change your region: Colorado - Denver/Boulder

My health manager | Health & wellness | Health plans & services | Locate our services

◀ Back

# Headache, Cluster

## Health encyclopedia

- Search encyclopedia

## Topic list

- Synonyms
- Disorder Subdivisions
- Related Disorders List
- General Discussion
- Symptoms
- Causes
- Affected Populations
- Related Disorders
- Standard Therapies
- Investigational Therapies
- References
- Resources



Printer-friendly version: complete topic

### National Organization for Rare Disorders, Inc.

**Important**
It is possible that the main title of the report Headache, Cluster is not the name you expected. Please check the synonyms listing to find the alternate name(s) and disorder subdivision(s) covered by this report.

### Synonyms

- Cluster Headaches
- Vasogenic Facial Pain
- Chronic paroxysmal hemicrania (Sjaastad syndrome)
- Episodic paroxysmal hemicrania
- Histamine cephalalgia
- Familial cluster ehadaches

### Disorder Subdivisions

- Cyclic Cluster Headache
- Chronic Cluster Headache

### Related Disorders List

Information on the following diseases can be found in the Related Disorders section of this report:

- Trigeminal Neuralgia
- Migrane Headache
- Tolosa Hunt Syndrome
- Giant-Cell Arteritis

### General Discussion

Cluster headaches are a rare form of severe disabling headache. The headaches are deep, non-throbbing, extremely painful ones that tend to recur in the same area of the head or face with each occurrence. They usually come on during sleep and may awaken an affected individual. In



Δ π EXHIBIT 15
Deponent Weeder
Date 1-7-10 Rptr
WWW.DEPOBOOK.COM

some cases, cluster headaches occur during the day as well. Cluster headaches tend to occur on and off daily for several weeks only to disappear for months or, in some cases, years. They typically last somewhere between 30 minutes and two hours. Cluster headaches are often associated with watering of the eyes and nose.

Chronic paroxysmal hemicrania and episodic paroxysmal hemicrania are variants of cluster headaches. Both forms closely resemble cluster headaches except for a few distinctive features, particularly their response to different treatment options.

### Symptoms

Cluster headaches can be of two types: cyclic or chronic. They take their name from their tendency to occur together, one to four times a day for weeks or months. Cluster headaches then stop, eventually recurring months or, in some cases, years later.

In most cases, cluster headaches occur more often at night than during the day. The headaches usually last between 30 minutes, but can last as long as two hours. The pain of a cluster headache is deep, agonizing, non-throbbing and affects only one side of the head (unilateral). The area of the head or face involved is always the same. The pain usually occurs in the eye socket area (orbit) and spreads to affect the face, temple and/or forehead. The involved eye and nostril will usually water excessively, and the eyelid may droop (ptosis). When the headache passes, affected individuals may fall into a deep sleep only to be awakened again by another headache. This may continue several times a day, sometimes for weeks or months. Some affected individuals may be unable to continue a normal work schedule. It is important to note that drinking alcohol can act as a trigger and can bring on attacks in persons who suffer from cluster headaches.

Additional symptoms associated with cluster headaches include watering of the eyes and nose, red eyes, and nasal congestion. In some cases, flushing and swelling of the cheek due to the accumulation of fluid (edema) in the tissue may also occur.

The term cyclic cluster headache refers to the fact that these headaches often occur together for weeks or months (clustering), and then stop, not to appear again in clusters until months or years later. In rare cases, when the cluster headaches occur daily without cease, the disorder is called chronic cluster headaches and may overlap with chronic paroxysmal hemicrania. Both chronic and episodic paroxysmal hemicrania resemble regular cluster headaches. All three types occur on one side of the head (unilateral), affect the same areas (head, face, eye, temple or forehead), and last for a short period of time (approximately 30 minutes).

Headaches known as chronic paroxysmal hemicrania occur several times a day for long periods of time, sometimes many, many years without stopping. Individual headache episodes usually last a shorter amount time than those associated with cluster headaches. Headaches known as episodic paroxysmal hemicrania resemble the chronic form, but are characterized by long periods of time without headaches occurring (remissions). This type of headache occurs with greater frequency and lasts a shorter amount of time than regular cluster headaches.

## Causes

The exact cause of cluster headaches is unknown. However, many scientists think that they may occur from spasms, swelling (edema), or inflammation of the carotid artery in the neck. Others believe the headaches may be caused by hormone imbalances resulting from dysfunction of the central nervous system.

Alcohol consumption can induce an episode of cluster headaches and should be avoided during periods of cluster headache activity. In some cases, cluster headaches have been associated with tobacco smoking.

Recently, researchers have identified cases of cluster headaches that run in families (familial cluster headaches). In some familial cases, researchers believe the disorder is inherited as an autosomal dominant trait. Human traits, including the classic genetic diseases, are the product of the interaction of two genes, one received from the father and one from the mother.

In dominant disorders, a single copy of the disease gene (received from either the mother or father) will be expressed "dominating" the other normal gene and resulting in the appearance of the disease. The risk of transmitting the disorder from affected parent to offspring is 50 percent for each pregnancy regardless of the sex of the resulting child. The risk is the same for each pregnancy.

## Affected Populations

Cluster headaches affect males, usually young to middle aged males, more often than females. Depending upon the medical literature, the ratio ranges from 5:1 to 9:1. In many cases, individuals with cluster headaches experience their first episode before 25 years of age. Most cases occur between 20 and 50 years of age.

Fewer than 150 cases of chronic paroxysmal hemicrania have been reported in the medical literature. The disorder appears to affect females more often than males. Approximately 20 cases of episodic paroxysmal hemicrania have been reported in the medical literature.

## Related Disorders

Symptoms of the following disorders can be similar to those of Cluster Headaches. Comparisons may be useful for a differential diagnosis:

Migraine Headaches usually involve one side of the head. Individuals who suffer from these intense headaches may have a genetic predisposition to them. Often associated with these painful attacks are double vision, irritability, nausea, vomiting, constipation or diarrhea, and sensitivity to light. Medical researchers believe constriction of the cranial arteries may trigger migraine headaches,but the cause of the constriction is not known.

Tolosa-Hunt Syndrome includes chronic headaches, mild fever and vision impairment followed by painful eye muscle paralysis. Swelling, protrusion of the eye, drooping eyelid, diminished vision and abnormal skin sensations around the eye may be associated with the paralysis. These symptoms usually occur only on one side of the head. Additionally, symptoms often associated with migraine headaches such as double vision, nausea, vomiting and a general feeling of discomfort may develop. However, fever and eye muscle paralysis do not occur with migraine headaches. (For more information on this disorder, choose "Tolosa-Hunt" as your search term in the Rare Disease Database.)

Trigeminal Neuralgia (Tic Douloureux) is characterized by recurrent episodes of intense pain at the upper jaw and side of the nose. Symptoms are limited to one side of the face, with flushing of the skin and tearing of the eye on the affected side. (For more information on this disorder, choose "Trigeminal Neuralgia" as your search term in the Rare Disease Database.)

Giant Cell Arteritis is a disease that may simulate an infection with low fever, malaise, loss of appetite, severe weakness and weight loss. Aching and stiffness of muscles of the trunk, neck, shoulders and hip areas may also occur. A severe, throbbing, boring headache occurs in the temporal area, often accompanied by redness, swelling, tenderness, pulsations and knotting of the temporal artery. Half of the patients have eye symptoms and 40% may experience vision loss. (For more information on this disorder, choose "Giant Cell Arteritis" as your search term in the Rare Disease Database.)

**Standard Therapies**

Diagnosis
The diagnosis of cluster headaches is based upon the classic characteristics of this type of headache (e.g., duration and frequency of episodes, "clustering" of headaches, etc.). It is important to differentiate regular cluster headaches from chronic and episodic paroxysmal hemicrania because of different treatment options. Chronic paroxysmal hemicrania can be distinguished from cluster headaches because the headaches persist for long periods of time (no remissions). Episodic paroxysmal hemicrania is characterized by headaches that occur with greater frequency and last a shorter amount of time than regular cluster headaches.

Treatment
Treatment of cluster headache is often delayed because of sudden onset during sleep. In some cases, inhaling ergotamine or oxygen may benefit affected individuals. In addition, the use of the following drugs may prevent the headache from recurring: methysergide, lithium carbonate, prednisone, verapamil, or nifedipine. Another drug, sumatriptan, has been used to treat acute attacks of cluster headaches. Other treatment is symptomatic and supportive.

According to the medical literature, both chronic and episodic paroxysmal hemicrania have dramatic and positive responses to treatment with the drug indomethacin. However, because of potential side effects associated with indomethacin, alternative treatments should be considered.

## Investigational Therapies

Scientists are attempting experimental surgery to treat extreme or chronic cluster headaches that do not respond to drugs. By severing nerves that project to the sinuses and palate (the sphenopalatine ganglion neurectomy procedure) surgeons may alleviate the pain associated with cluster headaches in certain cases. This procedure has been tried on an experimental basis in a limited number of patients when conservative measures have proven ineffective. The long-term safety and effectiveness of this procedure is still under investigation.

Researchers are studying the use of intranasal lidocaine as a potential treatment of cluster headaches. More studies are needed to determine the long-term safety and effectiveness of this treatment for cluster headaches.

A study reported in the June 27, 2000, issue of the journal, Neurology, suggests a link between sleep apnea and cluster headaches. Specifically, of 25 people who have cluster headaches, 20 were found to have signs of apnea when evaluated in a sleep laboratory. None had previously been diagnosed with a sleep disorder. .

Researchers are studying the antiseizure (antiepileptic) drug divalproex sodium (Depakote) for the treatment of cluster headaches. Initial results have demonstrated divalproex sodium to be an effective treatment for individuals with cluster headaches. More research is necessary to determine the long-term safety and effectiveness of this potential treatment for individuals with cluster headaches.

Researchers are studying the antiseizure (antiepileptic) drug topiramate for the treatment of cluster headaches. Initial results have demonstrated topiramate to be an effective treatment for individuals with cluster headaches. More research is necessary to determine the long-term safety and effectiveness of this potential treatment for individuals with cluster headaches.

Researchers are studying the antiseizure (antiepileptic) drug gabapentin for the treatment of cluster headaches. Initial results have demonstrated gabapentin to be an effective treatment for individuals with cluster headaches. The researchers believe that gabapentin, either alone or in conjunction with other medications such as calcium channel blockers, is a viable treatment option for individuals with cluster headaches. More research is necessary to determine the long-term safety and effectiveness of gabapentin for treatment of individuals with cluster headaches.

Researchers are studying the use of melatonin as a preventive (prophylaxic) treatment in individuals with cluster headaches who have low melatonin levels. Initial studies have demonstrated that melatonin could relieve symptoms of cluster headaches. More research is necessary to determine the long-term safety and effectiveness of melatonin as a treatment for individuals with cluster headaches.

Researchers are studying the use of intranasal civamide as a potential treatment of episodic cluster headaches. Initial studies showed intranasal civamide to be modestly effective in the preventive treatment of episodic cluster headaches. More studies are needed to determine the long-term safety and effectiveness of this treatment for episodic cluster headaches.

## References

McKusick VA, ed. Online Mendelian Inheritance in Man (OMIM). Baltimore. MD: The Johns Hopkins University; Entry No:119915; Last Update:3/26/97.

TEXTBOOKS
Fauci AS, et al., eds. Harrison's Principles of Internal Medicine, 14th Ed. New York, NY:McGraw-Hill, Inc; 1998:2032-33.

Adams RD, Victor M, Ropper, AA, eds. Principles of Neurology, 6th Ed. New York, NY: McGraw-Hill, Inc; 1997:180-82.

Bennett JC, Plum F., eds. Cecil Textbook of Medicine. 20th ed. Philadelphia, PA: W.B. Saunders Co; 1996:2032-3.

Stein JH, ed. Internal Medicine, 4th Ed. St. Louis: Mosby Year-Book; 1994:1026-33.

REVIEW ARTICLES
Ekbom K, Hardebo JE, Cluster headache: aetiology, diagnosis and treatment. Drugs. 2002;62:61-9.

Benoliel R, et al., Paroxysmal hemicrania. Case studies and review of the literature. Oral Surg Oral Med Oral Pathol Oral Radiol Endod. 1998;85:285-92.

Morales Asin F, Chronic paroxysmal hemicrania. Neurologia. 1997;12:44-49.

Stoyner LJ, Sjaastad O, Treatment of cluster headache and its variants. Curr Opin Neurol. 1995;8:243-47.

Newman LC, et al, Episodic paroxysmal hemicrania: 3 new cases and a review of the literature. Headache. 1993;33:195-97.

JOURNAL ARTICLES
Saper JR, et al. Intranasal civamide for the treatment of episodic cluster headaches. Arch Neurol. 2002;59:990-94.

Gallagher RM, et al., Divalproex sodium in the treatment of migraine and cluster headaches. J Am Osteopath Assoc. 2002;102:92-4.

Rozen TD, Antiepileptic drugs in the management of cluster headaches and trigeminal neuralgia. Headache. 2001;41:25-33.

Peres MF, Rozen TD, Melatonin in the preventive treatment of chronic cluster headache. Cephalalgia. 2001;21:993-5.

Leandri M, et al., Drug-resistant cluster headache responding to gabapentin: a pilot study. Cephalalgia. 2001;21:744-6.

Chervin RD, et al., Sleep disordered breathing in patients with cluster headache. Neurology. 2000; 54:2302-5.

Health Encyclopedia

Antonaci F, et al., Chronic paroxysmal hemicrania and hemicrania continua: lack of efficacy of sumatriptan. Headache. 1998; 38:197-200.

Mills TM, et al, Intranasal lidocaine for migraine and cluster headaches. Ann Pharmacother. 1997;31:914-5.

Evers S, et al, Alternatives in drug treatment of chronic paroxysmal hemicrania. Headache. 1996;36:429-32.

Rosich Pla, AR, The spectrum of cluster headaches: a case report. Neurologia. 1996;11:76-8.

Russell MB, et al., Cluster headache is an autosomal dominant inherited disorder in some families: a complex segregation analysis. J Med Genet. 1995;32:954-6.

Robbins L, Intranasal lidocaine for cluster headache. Headache. 1995;35:83-4.

Fanciullacci M, et al, Unilateral impairment of papillary response to trigeminal nerve stimulation in cluster headache. Pain. 1989;36:185-91.

McKenna JP, Cluster headaches. Am Fam Physician. 1988;37:173-8.

Jerome A, et al, Cluster headache pain vs. other vascular headache pain; differences revealed with two approaches to the McGill pain questionnaire. Pain. 1988;34:35-42.

Eversole LR, et al, Vasogenic facial pain (cluster headache). Int J Oral Maxillofac Surg. 1987;16:25-35.

## Resources

### National Headache Foundation
820 North Orleans
Suite 217
Chicago, IL 60610-3132
USA
Fax: (312)460-9049
Tel: (888)643-5552
Email: info@headaches.org
Internet: http://www.headaches.org

### National Institute of Neurological Disorders and Stroke (NINDS)
31 Center Drive
8A07
Bethesda, MD 20892-2540
Tel: (301)496-5751
Fax: (301)402-2186
Tel: (800)352-9424
Email: braininfo@ninds.nih.gov
Internet: http://www.ninds.nih.gov/

### American Council for Headache Education
19 Mantua Road

Mt. Royal, NJ 08061
Tel: (856)423-0258
Fax: (856)423-0082
Tel: (800)255-2243
Email: achehq@talley.com
Internet: http://www.achenet.org

**JAMA Migraine Information Center**
Web Site on the Internet
Email: migraine@ama-assn.org
Internet: http://www.ama-assn.org/special/migraine/migraine.htm

**Organization for Understanding Cluster Headaches (O.U.C.H.)**
3225 Winding Way
Round Rock, TX 78664
USA
Tel: (214)783-1899
Email: dd.ouch@gmail.com
Internet: http://www.clusterheadaches.org

**Vasculitis of the Central Nervous System**
vasculitisoftheCNS@yahoogroups.com
Tel: (770)978-5636
Email: SunnyBrook222@aol.com
Internet: http://www.VasculitisoftheCNS@yahoogroups.com

**MUMS (Mothers United for Moral Support, Inc) National Parent-to-Parent Network**
150 Custer Court
Green Bay, WI 54301-1243
USA
Tel: (920)336-5333
Fax: (920)339-0995
Tel: (877)336-5333
Email: mums@netnet.net
Internet: http://www.netnet.net/mums/

The information provided in this report is not intended for diagnostic purposes. It is provided for informational purposes only. NORD recommends that affected individuals seek the advice or counsel of their own personal physicians.

It is possible that the title of this topic is not the name you selected. Please check the Synonyms listing to find the alternate name(s) and Disorder Subdivision(s) covered by this report

This disease entry is based upon medical information available through the date at the end of the topic. Since NORD's resources are limited, it is not possible to keep every entry in the Rare Disease Database completely current and accurate. Please check with the agencies listed in the Resources section for the most current information about this disorder.

For additional information and assistance about rare disorders, please contact the National Organization for Rare Disorders at P.O. Box 1968, Danbury, CT 06813-1968; phone (203) 744-0100; web site www.rarediseases.org or email orphan@rarediseases.org

Last Updated:  4/16/2008

Copyright  1989, 1997, 1999, 2000, 2002 National Organization for Rare Disorders, Inc.

This information is not intended to replace the advice of a doctor. Since specific guidelines may vary, consult with your physician to find out which guidelines are recommended for you. Healthwise disclaims any liability for the decisions you make based on this information. For more information, please read the Healthwise Terms and Conditions. How this information was developed.

▲ Back to top

Anticonvulsants for chronic pain - Information and Resources - Health Encyclopedia

 **KAISER PERMANENTE** ● Home kp.org   ● Sign on   ● Guia en español   | Search our site ⏵

☐ Change your region: California - Southern

My health manager    Health & wellness    Health plans & services    Locate our services

◂ Back

### Health encyclopedia

## Anticonvulsants for chronic pain

▫ Search encyclopedia

### Topic list

▫ Examples
▫ How It Works
▫ Why It Is Used
▫ How Well It Works
▫ Side Effects
▫ What To Think About
▫ References
▫ Credits

 **healthwise** *for every health decision*

Printer-friendly version: complete topic

### Examples

(Tegretol)
(Neurontin)
(Lamictal)
(Trileptal)
(Dilantin)
(Lyrica)
(Topamax)
(Depakene)
(Zonegran)

### How It Works

Experts do not know exactly how anticonvulsants work to reduce chronic pain. They may block the flow of pain signals from the central nervous system.

### Why It Is Used

Anticonvulsant drugs typically are used to control seizures in people who have epilepsy. These drugs may also be used to treat other painful conditions, such as postherpetic neuralgia and fibromyalgia.

### How Well It Works

Some anticonvulsant drugs may work better than others for certain conditions. For example, one small study showed lamotrigine to be effective in treating nerve-related pain related to some types of antiretroviral therapy in people with HIV.[1]

Carbamazepine, oxcarbazepine, and lamotrigine are used to treat chronic pain from trigeminal neuralgia (sudden facial pain). The best evidence is for carbamazepine, but oxcarbazepine probably works well too.[2]

Pregabalin (Lyrica) is used to treat chronic pain from postherpetic neuralgia and diabetic neuropathy. Studies show that pregabalin may reduce chronic pain from these conditions.[3] It is also approved to treat



fibromyalgia. Pregabalin may help relieve chronic pain, sleep problems, and fatigue in fibromyalgia.[4]

Even though gabapentin and pregabalin are the only drugs that have proved to help relieve some types of chronic pain, oxcarbazepine (Trileptal), lamotrigine (Lamictal), topiramate (Topamax), and zonisamide (Zonegran) may also be effective in reducing chronic pain. Long-term studies still need to be done to find out how well gabapentin, pregabalin, and other anticonvulsants help with chronic pain and to do comparisons with other types of medicines.

## Side Effects

Common but temporary side effects may include dizziness, drowsiness, and fatigue. Tell your doctor if you think you are having side effects, which may include:

- Headache.
- Confusion.
- Skin rash.
- Nausea, vomiting, loss of appetite, or abdominal pain.
- Weight gain or weight loss.
- Swollen feet.

Do not suddenly stop taking an anticonvulsant. Your doctor will slowly reduce the dose of this medicine so that you won't have withdrawal symptoms such as anxiety, nausea, pain, sweating, and insomnia.

The FDA has issued a warning on anticonvulsants and the risk of suicide and suicidal thoughts. The FDA does not recommend that people stop using these medicines. Instead, people who take anticonvulsant medicine should be watched closely for warning signs of suicide. People who take anticonvulsant medicine and who are worried about this side effect should talk to a doctor.

Please see our drug encyclopedia for a full list of side effects.

## What To Think About

Medicine will be started in low doses and then slowly increased until it effectively reduces your chronic pain.

Anticonvulsants are not safe for everyone. Be sure to tell your doctor about all medical conditions you have and other medicines you are taking to avoid side effects and complications.

Anticonvulsants may increase the chance of birth defects. If you are pregnant or thinking of getting pregnant, talk to your doctor before taking medicines.

**Complete the new medication information form (PDF) 📄 (What is a PDF document?) to help you understand this medication.**

## References

## Citations

1. Simpson DM, et al. (2003). Lamotrigine for HIV-associated painful sensory neuropathies. A placebo-controlled trial. Neurology, 60(9): 1508–1514.

2. Gronseth G, et al. (2008). Practice parameter: The diagnostic evaluation and treatment of trigeminal neuralgia (an evidence-based review): Report of the Quality Standards Subcommittee of the American Academy of Neurology and the European Federation of Neurological Societies. Neurology, 71(15): 1183–1190.

3. Pregabalin (Lyrica) for neuropathic pain and epilepsy (2005). Medical Letter on Drugs and Therapeutics, 47(1217): 75–76.

4. Crofford LJ, et al. (2005). Pregabalin for the treatment of fibromyalgia syndrome. Arthritis and Rheumatism, 52(4): 1264–1273.

## Credits

| | |
|---|---|
| **Author** | Monica Rhodes |
| **Editor** | Kathleen M. Ariss, MS |
| **Associate Editor** | Pat Truman, MATC |
| **Primary Medical Reviewer** | Anne C. Poinier, MD - Internal Medicine |
| **Specialist Medical Reviewer** | Nancy Greenwald, MD - Physical Medicine and Rehabilitation |
| **Last Updated** | January 20, 2009 |

| | | |
|---|---|---|
| **Medical review** Anne C. Poinier, MD - Internal Medicine | **Author** Monica Rhodes | **Last updated** January 20, 2009 |

© 1995-2009 Healthwise, Incorporated. Healthwise, Healthwise for every health decision, and the Healthwise logo are trademarks of Healthwise, Incorporated.

This information is not intended to replace the advice of a doctor. Since specific guidelines may vary, consult with your physician to find out which guidelines are recommended for you. Healthwise disclaims any liability for the decisions you make based on this information. For more information, please read the Healthwise Terms and Conditions. How this information was developed.

▲ Back to top

Terms & conditions    Privacy practices    Site policies    About us    Contact Web manager
Web awards & accreditations    Careers    Technical information    Web site map    Home kp.org

 KAISER PERMANENTE®          ■ Home kp.org   ■ Sign on   ■ Guia en español  | Search our site ▶

☐ Change your region: California - Southern

My health manager   **Health & wellness**   Health plans & services   Locate our services

◄ Back

## Health encyclopedia

# Anticonvulsants for cancer pain

- Search encyclopedia

## Topic list

- Examples
- How It Works
- Why It Is Used
- How Well It Works
- Side Effects
- What To Think About
- References
- Credits

 healthwise®
for every health decision®

Printer-friendly version: complete topic

### Examples

(Tegretol)
(Neurontin)
(Keppra)
(Trileptal)
(Dilantin)
(Lyrica)
(Topamax)
(Zonegran)

### How It Works

Anticonvulsants control cancer pain by changing the way sodium and calcium travel across the surface of nerve cells in the brain. The nerve cells send fewer signals, and the brain senses less pain.

### Why It Is Used

Anticonvulsants help reduce pain related to the nervous system (neuropathic pain). Some have fewer side effects than tricyclic antidepressants.

### How Well It Works

Anticonvulsants help control cancer pain related to the nervous system (neuropathic pain).[1]

### Side Effects

When anticonvulsants are used to control cancer pain, they may be given in small amounts to limit side effects. Tell your doctor if you experience any side effects, especially:

- Drowsiness.
- Restlessness and irritability.
- Confusion and dizziness.



Δ π EXHIBIT /
Deponent W eeeleer
Date 1-12-10   Rptr 15
WWW.DEPOBOOK.COM

- Nausea, vomiting, loss of appetite, and belly pain.
- Blurred vision or uncontrollable eye movements (nystagmus).
- Itching, fever, or a rash (sensitivity reaction).

The U.S. Food and Drug Administration (FDA) has issued a warning on anticonvulsants and the risk of suicide and suicidal thoughts. The FDA does not recommend that people stop using these medicines. Instead, people who take anticonvulsant medicine should be watched closely for warning signs of suicide. People who take anticonvulsant medicine and who are worried about this side effect should talk to a doctor.

Please see our drug encyclopedia for a full list of side effects.

## What To Think About

Drowsiness is the most common side effect of anticonvulsant drugs.

These drugs are started at low doses and gradually increased to achieve pain relief.

Carbamazepine can cause a decrease in the white blood cell count, or leukopenia. So it is not generally used to treat cancer pain.[1]

**Complete the new medication information form (PDF) 📝 (What is a PDF document?) to help you understand this medication.**

## References

### Citations

1. Foley KM (2005). Management of cancer pain. In VT DeVita Jr et al., eds., Cancer: Principles and Practice of Oncology, 7th ed., pp. 2615–2649. Philadelphia: Lippincott Williams and Wilkins.

## Credits

| | |
|---|---|
| **Author** | Shannon Erstad, MBA/MPH |
| **Editor** | Kathleen M. Ariss, MS |
| **Associate Editor** | Pat Truman, MATC |
| **Primary Medical Reviewer** | Anne C. Poinier, MD - Internal Medicine |
| **Specialist Medical Reviewer** | Michael Seth Rabin, MD - Medical Oncology |
| **Last Updated** | October 30, 2007 |

| Medical review | Author | Last updated |
|---|---|---|
| Anne C. Poinier, MD - Internal Medicine | Shannon Erstad, MBA/MPH | October 30, 2007 |

© 1995-2009 Healthwise, Incorporated. Healthwise, Healthwise for every health decision, and the Healthwise logo are trademarks of Healthwise, Incorporated.

This information is not intended to replace the advice of a doctor. Since specific guidelines may vary, consult with your physician to find out which guidelines are recommended for you. Healthwise disclaims any liability for the decisions you make based on this information. For more information, please read the Healthwise Terms and Conditions. How this information was developed.

▲ Back to top

**KAISER PERMANENTE.**  ■ Home kp.org   ■ Sign off   ■ Guia en español   | Search our site | ▶

☐ Change your region: Colorado - Denver/Boulder

My health manager    **Health & wellness**    Health plans & services    Locate our services

◄ Back

## Health encyclopedia

# Burning Mouth Syndrome

▫ Search encyclopedia

## Topic list

▫ Synonyms

▫ Disorder Subdivisions

▫ Related Disorders List

▫ General Discussion

▫ Symptoms

▫ Causes

▫ Affected Populations

▫ Related Disorders

▫ Standard Therapies

▫ Investigational Therapies

▫ References

▫ Resources



Printer-friendly version: complete topic

### National Organization for Rare Disorders, Inc.

**Important**
It is possible that the main title of the report Burning Mouth Syndrome is not the name you expected. Please check the synonyms listing to find the alternate name(s) and disorder subdivision(s) covered by this report.

### Synonyms

- Burning Tongue Syndrome
- Glossodynia
- Glossopyrosis
- Oral Galvanism
- Stomatodynia
- Stomatopyrosis

### Disorder Subdivisions

- None

### Related Disorders List

Information on the following diseases can be found in the Related Disorders section of this report:

- Glossitis
- Vitamin B12 Deficiency

### General Discussion

Burning mouth syndrome (BMS) is characterized by a burning sensation in the mouth and/or tongue. It is often accompanied by dry mouth and/or a bitter or metallic taste in the mouth. In some cases, this condition may be associated with vitamin B12 deficiency, oral yeast infection (candida albicans), or irritation from dentures (dental prosthetics). The burning sensation may be aggravated by hot, spicy foods but is not caused by them.



Δπ EXHIBIT 16
Deponent W. Willis
Date 1-13-10   Rptr. JS
WWW.DEPOBOOK.COM

## Symptoms

The pain of burning mouth syndrome is usually felt in the front and rear of the mouth (oropharynx). The pain may be accompanied by taste phantoms; that is, taste sensations that occur in the absence of stimuli. The patient will report dryness of the mouth or a bitter taste when there is nothing present to generate the response.

The pain comes on in the morning and progresses during the day, reaching a peak usually in the late afternoon. It may be sufficiently severe to be compared to the pain of a toothache. Although the pain may subside during the rest of the day, it may still be sufficient to interfere with sleep.

The pain of BMS may be relieved by eating, and is typically localized in one or more sites in the mouth, including the first two-thirds of the tongue, the forward part of the upper palate (anterior hard palate), and/or the soft tissue of the lower lip. Taste phantoms such as dry mouth (xerostomia) and/or disturbances of taste such as persistent bitterness or metallic tastes are not uncommon.

Burning mouth and/or tongue syndrome may be the first symptoms of vitamin B12 deficiency. In addition to vitamin B12 deficiency, the symptoms may be attributed to a Candida albicans infection or irritation from dentures.

## Causes

The cause of burning mouth and/or burning tongue syndrome is unknown when it cannot be attributed to vitamin B12 deficiency, candida infection or another cause mentioned above. None of the attempts to explain the causes of BMS has, as yet, been able to explain the course of the disorder, the symptoms, or the spontaneous remissions that occur in about 50% of cases.

Some of the causes (etiology) proposed for BMS include: nutritional deficiencies, e.g. vitamin B12; major depression; an increase in taste sensation for unexplained reasons; menopause, since 90% of affected women are postmenopausal, and an injury or disorder of a facial nerve, (trigeminal nerve neuropathy).

Burning mouth syndrome may be precipitated by yeast infections. These infections are treatable with certain oral antifungals such as nystatin, and/or clotrimazole. Yeast is present in the mouth of all healthy people, but in burning mouth syndrome it may grow faster than the normal bacteria that ordinarily keep yeast in check. Some of the reasons that may cause yeast to grow more rapidly than usually is the case are other underlying disorders (e.g., Sjogren's syndrome), wearing dentures at night (particularly upper dentures), not cleaning dentures properly, or use of antibiotics that kill normal bacteria, permitting yeast to grow.

## Affected Populations

BMS is more common in women than in men by a ratio of about 7:1. Women past the onset of menopause are more commonly affected by

burning mouth syndrome. The disorder often tends to affect denture wearers. When vitamin B12 deficiency is identified, it is important to treat it promptly. The disorder is estimated to affect more than one million persons in the USA.

.

**Related Disorders**

Symptoms of the following disorders may be similar to those of burning mouth syndrome. Comparisons may be useful for a differential diagnosis:

Glossitis is an acute or chronic inflammation of the tongue. Geographic tongue, also known as "benign migratory glossitis" is characterized by denuded smooth areas which may be painful. Symptoms of this disorder include a slick, glossy or glazed tongue. (For more information, choose "geographic tongue" as your search term in the Rare Disease Database.)

Vitamin B12 deficiency is characterized by an abnormally low level of this vitamin in the blood. The disorder can be caused either by a poor diet, or inadequate absorption (e.g., pernicious anemia or bowel surgery) or utilization of B12. Changes in the blood and central nervous system may occur. A burning sensation in the mouth is one of the first symptoms of bitamin B12 deficiency. Injection of this vitamin usually cures the disorder if the underlying cause is also being corrected. Since excess amounts of vitamin B12 are stored in the liver for a long period of time, onset of burning mouth syndrome may be gradual with other symptoms following much later. (For more information, choose "vitamin B12 deficiency" as your search term in the Rare Disease Database.)

**Standard Therapies**

Diagnosis
Because there are no visible abnormalities to be found or seen in the mouth, diagnosis of BMS is difficult.

Treatment
The strategy of treatment is twofold: treating the potential causes (of the differential diagnosis), and treating the pain.

Antifungal agents are used to treat the thrush (oral candidiasis), and estrogen replacement has been used for the treatment of menopause. Recent concerns about the use of estrogen replacement must be kept in mind by both the patient and the doctor. Vitamin B deficiency is commonly treated by supplements, and dry mouth may be treated with preparations that increase saliva production.

Medications designed to reduce pain, or the perception of pain, include amitriptyline (Elavil) at bedtime, clonazepam (Klonopin) at bedtime, gabapentin (Neurontin) at bedtime.

If patients prove to be allergic to substances in their dentures, another set should be made from other materials. When allergies to other substances cause this disorder, conventional treatment for allergy is recommended if contact with the substance cannot be avoided.

## Investigational Therapies

Information on current clinical trials is posted on the Internet at www.clinicaltrials.gov. All studies receiving U.S. government funding, and some supported by private industry, are posted on this government web site.

For information about clinical trials being conducted at the NIH Clinical Center in Bethesda, MD, contact the NIH Patient Recruitment Office:

Tollfree: (800) 411-1222
TTY: (866) 411-1010
Email: prpl@cc.nih.gov

## References

TEXTBOOK
Gorlin RJ, Cohen MMJr, Levin LS, eds. Syndromes of the Head and Neck. 3rd ed. Oxford University Press, London, UK; 1990:609

REVIEW ARTICLES
List T, Axelsson S, Leijon G. Pharmacologic interventions in the treatment of temporomandibular disorders, atypical facial pain, and burning mouth syndrome. A qualitative systemic review. J Orofac Pain. 2003;17:310-10.

Grushka M, Epstein JB, Gorsky M. Burning mouth syndrome and other oral sensory disorders: a unifying hypothesis. Pain Res Manag. 2003;8:133-35

Scala A, Checchi L, Montevecchi M, et al. Update on burning mouth syndrome: overview and patient management. Crit Rev Oral Biol Med. 2003;14:275-91.

Drage LA, Rogers RS III. Burning mouth syndrome. Dermatol Clin. 2003;21:135-45.

Grushka M, Epstein JB, Gorsky M. Burning Mouth Syndrome. Am Fam Physician. 2002;65:615-20.

Zakrsewska JM, Glenny AM, Forssell H. Interventions for the treatment of burning mouth syndrome. Cochrane Database Syst Rev. 2001(3):CD002779.

JOURNAL ARTICLES
Al Quran FA. Psychological profile in burning mouth syndrome. Oral Surg Oral Med Oral Pathol Oral Radiol Endod. 2004;97:339-44.

Petruzzi M, Lauritano D, De Benedittis, et al. Systemic capsaicin for burning mouth syndrome: short term results of a pilot study. J Oral Pathol Med. 2004;33:111-14.

Femiano F, Gombos F, Scully C. Burning mouth syndrome: open trial of psychotherapy alone, medication with alpha-lipoic acid (thioctic acid), and combination therapy.Med Oral. 2004;9:8-13.

Hakeberg M, Hallberg LR, Berggren U. Burning mouth syndrome : experiences from the perspective of female patients. Eur J Oral Sci. 2003;111:302-11.

Pinto A, Sollecito TP, DeRossi SS. Burning mouth syndrome: A retrospective analysis of clinical characteristics and treatment outcomes. N Y State Dent J. 2003;69:18-24.

Femiano F, Scully C. Burning mouth syndrome (BMS): double blind controlled study of alpha-lipoic acid (thioctic acid) therapy. J Oral Pathol Med. 2002;31:267-69.

FROM THE INTERNET
Burning Mouth Syndrome. The Merck Manual - Second Home Edition.1995-2004. 1p.
www.merck.com/mrkshared/mmanual_home2/sb/sb110_1.jsp

Yale University School of Medicine Taste Laboratory. Burning Mouth Syndrome. nd. 4pp.
www.tastelab.org

Uconn Health Center. Taste and Smell Center. Burning Mouth Syndrome. 2001:2pp.
www.uchc.edu/uconntasteandsmell/b.html

Miyamoto SA, Ziccardi VB. Burning Mouth Syndrome. 1998. 5pp.
www.mssm.edu/msjournal/65/05_mly.pdf

Vickers R. Burning Mouth/Tongue Syndrome (Glossodynia/Glossopyrosis). Last modified 5 December, 2003. 3pp.
www.painmanagement.usyd.edu.au/html/orofacial_burning_mouth.htm

Botha PA. The Burning Mouth Syndrome (BMS) and Psychotherapy.nd. 17pp.
www.up.ac.za/academic/psychol/output/peet1.htm

Mayo Clinic. Burning mouth syndrome. Updated: 10/1/2002. 5pp.
www.ohiohealth.com/healthreference/reference.htm

## Resources

**NIH/National Institute of Diabetes, Digestive & Kidney Diseases**
Endocrine Diseases Metabolic Diseases Branch
2 Information Way
Bethesda, MD 20892-3570
Tel: (301)654-3810
Fax: (301)496-7422
Email: NDDIC@info.niddk.nih.gov
Internet: http://www.niddk.nih.gov

**NIH/National Oral Health Information Clearinghouse**
1 NOHIC Way
Bethesda, MD 20892-3500
USA
Tel: (301)402-7364
Fax: (301)907-8830
TDD: (301)656-7581
Email: nohic@nidcr.nih.gov
Internet: http://www.nohic.nidcr.nih.gov

The information provided in this report is not intended for diagnostic purposes. It is provided for informational purposes only. NORD recommends that affected individuals seek the advice or counsel of their own personal physicians.

It is possible that the title of this topic is not the name you selected. Please check the Synonyms listing to find the alternate name(s) and Disorder Subdivision(s) covered by this report

This disease entry is based upon medical information available through the date at the end of the topic. Since NORD's resources are limited, it is not possible to keep every entry in the Rare Disease Database completely current and accurate. Please check with the agencies listed in the Resources section for the most current information about this disorder.

For additional information and assistance about rare disorders, please contact the National Organization for Rare Disorders at P.O. Box 1968, Danbury, CT 06813-1968; phone (203) 744-0100; web site www.rarediseases.org or email orphan@rarediseases.org

Last Updated:  3/18/2008
Copyright  1986, 1988, 1994, 1997, 2002, 2005 National Organization for Rare Disorders, Inc.

This information is not intended to replace the advice of a doctor. Since specific guidelines may vary, consult with your physician to find out which guidelines are recommended for you. Healthwise disclaims any liability for the decisions you make based on this information. For more information, please read the Healthwise Terms and Conditions. How this information was developed.

▲ Back to top


Anticonvulsants for chronic low back pain - Information and Resources

**KAISER PERMANENTE.**  ■ Home kp.org   ■ Sign on   ■ Guía en español   |   Search our site  ▶

☐ Change your region: California - Southern

My health manager   **Health & wellness**   Health plans & services   Locate our services

◄ Back

### Health encyclopedia

# Anticonvulsants for chronic low back pain

■ Search encyclopedia

## Topic list

■ Examples
■ How It Works
■ Why It Is Used
■ How Well It Works
■ Side Effects
■ What To Think About
■ References
■ Credits

healthwise
for every health decision®

Printer-friendly version: complete topic

## Examples

(Tegretol)
(Neurontin)
(Dilantin)
(Lyrica)
(Topamax)

## How It Works

Anticonvulsants are used to help control or prevent abnormal increases in brain electrical activity.

## Why It Is Used

Anticonvulsants can reduce some persistent low back pain with fewer side effects than tricyclic antidepressants.[1]

If you are an older adult taking various medicines, you could be at risk for having your medicines interact. Drug interaction is the way different medicines react to each other when you take them together. This interaction can sometimes cause serious problems. Some drugs cause more problems than others.

You may already be taking one or more drugs to treat other problems, such as diabetes, arthritis, high cholesterol, heart disease, or high blood pressure. Be sure your doctor knows all the drugs you are taking. The anticonvulsant gabapentin may be your best bet for safely treating chronic pain because it is not used by the body in the same way as many other medicines. This makes it less likely to interact with other drugs.[2]

## How Well It Works

Anticonvulsant medicine effectively treats chronic pain for some people but not others. One type of anticonvulsant may work better for you than another. This type of medicine is not well-studied as a chronic pain treatment but is considered a reasonable treatment option.[2]


Δ π EXHIBIT 19
Deponent Weeden
Date 1-13-10  Rptr
WWW.DEPOBOOK.COM

## Side Effects

When prescribed for chronic pain control, anticonvulsants are used at doses low enough to avoid side effects, and the dosage is usually increased very gradually, if needed. Tell your doctor if you experience any of the following side effects:

- Drowsiness
- Restlessness and irritability
- Confusion and dizziness
- Nausea, vomiting, loss of appetite, and belly pain
- Uncontrollable eye movements (nystagmus)
- Gum disease (gingivitis)
- Itching, fever, and a rash that looks like measles (sensitivity reaction)
- Weight gain

Pregabalin can cause swelling in some people, including swelling of the face or lips. If swelling is bothering you, call your doctor. There may be another medicine you can try.

Topiramate can cause weight loss.

The U.S. Food and Drug Administration (FDA) has issued a warning on anticonvulsants and the risk of suicide and suicidal thoughts. The FDA does not recommend that people stop using these medicines. Instead, people who take anticonvulsant medicine should be watched closely for warning signs of suicide. People who take anticonvulsant medicine and who are worried about this side effect should talk to a doctor.

Please see our drug encyclopedia for a full list of side effects.

## What To Think About

Anticonvulsants are not safe for everyone. To avoid side effects, be sure to tell your doctor about any medical conditions you have and any other medicines you are taking.

**Complete the new medication information form (PDF) ✎ (What is a PDF document?) to help you understand this medication.**

## References

### Citations

1. American Geriatrics Society (2002). The management of persistent pain in older persons: AGS panel on persistent pain in older persons. Journal of the American Geriatrics Society, 50(6, Suppl): S205–S224.

2. Cohen RI, et al. (2001). Low back pain, part 2: Guide to conservative, medical, and procedural therapies. Geriatrics, 56(11): 38–47.

## Credits

| | |
|---|---|
| **Author** | Shannon Erstad, MBA/MPH |
| **Editor** | Kathleen M. Ariss, MS |
| **Associate Editor** | Pat Truman, MATC |
| **Primary Medical Reviewer** | William M. Green, MD - Emergency Medicine |
| **Specialist Medical Reviewer** | Robert B. Keller, MD - Orthopedics |
| **Last Updated** | February 6, 2008 |

| Medical review | Author | Last updated |
|---|---|---|
| William M. Green, MD - Emergency Medicine | Shannon Erstad, MBA/MPH | February 6, 2008 |

© 1995-2009 Healthwise, Incorporated. Healthwise, Healthwise for every health decision, and the Healthwise logo are trademarks of Healthwise, Incorporated.

This information is not intended to replace the advice of a doctor. Since specific guidelines may vary, consult with your physician to find out which guidelines are recommended for you. Healthwise disclaims any liability for the decisions you make based on this information. For more information, please read the Healthwise Terms and Conditions. How this Information was developed.

▲ Back to top

 **KAISER PERMANENTE®**     ■ Home kp.org     ■ Sign on     ■ Guía en español     [Search our site]

 Drug encyclopedia



◄ Back

- New search
- Search tips

Related links:
☐ Natural Medicines Comprehensive Database

- Important note
- Monograph title
- Phonetic pronunciation
- Common brand name(s)
- Uses
- Other uses
- How to use
- Missed dose

- Precautions
- Side effects
- Drug interactions
- Overdose
- Notes
- Medical alert
- Storage

Drug encyclopedia > gabapentin > Gabapentin > Gabapentin Oral > Gabapentin 300 m

🖨 E
Printer-friendly \

### Important note

This is a summary and does not contain all possible information about this product. For complete information about this product or your specific health needs, ask your health care professional. Always seek the advice of your health care professional if you have any questions about this product or your medical condition. This information is not intended as individual medical advice and does not substitute for the knowledge and judgment of your health care professional. This information does not contain any assurances that this product is safe, effective, or appropriate for you.



Sample illustration only. Your medication ma different. If you have questions, please ask y pharmacist.

View more images



### Monograph title

GABAPENTIN - ORAL

## Phonetic pronunciation
(gab-uh-PEN-tin)

## Common brand name(s)
Neurontin

## Uses
Gabapentin is used with other medications to help control seizures in adu
and children (3 years of age and older). It is also used to relieve nerve p
associated with shingles (herpes zoster) infection in adults.

## Other uses
This section contains uses of this drug that are not listed in the approved
professional labeling for the drug but that may be prescribed by your hea
care professional. Use this drug for a condition that is listed in this sectio
only if it has been so prescribed by your health care professional.Gabape
may also be used to treat other nerve pain conditions (e.g., diabetic
neuropathy, peripheral neuropathy, trigeminal neuralgia).

## How to use
Take this medication by mouth, with or without food, as directed by your
doctor. The dosage is based on your medical condition and response to
therapy. During the first few days, your doctor may gradually increase y
dose so your body can adjust to the medication. To minimize side effects
take the very first dose at bedtime.Use this medication regularly in order
get the most benefit from it. This drug works best when the amount of
medicine in your body is kept at a constant level. Therefore it is best to t
gabapentin at evenly spaced intervals throughout the day and night.Do r
take this medication more often or increase your dose without consulting
doctor. Your condition will not improve any faster and the risk of serious
effects may be increased.Do not stop taking this medication without
consulting your doctor. Some conditions such as seizures may become w
when the drug is abruptly stopped. Your dose may need to be gradually
decreased.Antacids containing aluminum or magnesium may interfere wi
the absorption of this medication. Therefore it is best to take gabapentin
least 2 hours after taking an antacid.Inform your doctor if your condition
not improve or worsens.

## Missed dose
If you miss a dose, use it as soon as you remember. If it is near the time
the next dose, skip the missed dose and resume your usual dosing schec
Do not double the dose to catch up.

## Precautions
Before taking gabapentin, tell your doctor or pharmacist if you are allerg
it; or if you have any other allergies.Before using this medication, tell yo
doctor or pharmacist your medical history, especially of: kidney disease.

drug may make you dizzy or drowsy. Do not drive, use machinery, or do activity that requires alertness until you are sure you can perform such activities safely. Limit alcoholic beverages.Caution is advised when using drug in the elderly because they may be more sensitive to its effects, especially swollen arms/legs or loss of coordination.Caution is advised wl using this drug in children because they may be more sensitive to its effe especially the mental/mood changes (e.g., hostility).This medication sho be used only when clearly needed during pregnancy. Discuss the risks ar benefits with your doctor.Gabapentin passes into breast milk. Because th effects of this drug on the nursing infant are unknown, consult your doct before breast-feeding.

## Side effects
Drowsiness, dizziness, unsteadiness, fatigue, vision changes, weight gair nausea, dry mouth, or constipation may occur. If any of these effects pei or worsen, notify your doctor or pharmacist promptly.Remember that yoi doctor has prescribed this medication because he or she has judged that benefit to you is greater than the risk of side effects. Many people using medication do not have serious side effects.Tell your doctor immediately any of these serious side effects occur: tremor or shaking, swollen arms/legs.Tell your doctor immediately if any of these unlikely but seriou side effects occur: loss of coordination, mental/mood changes.This medic rarely may cause mood or behavior changes, such as anxiety, agitation, hostility, pressured/rapid speech, or thoughts of suicide. Tell your doctor immediately if you develop unusual (possibly sudden) mood changes.Tell doctor immediately if any of these highly unlikely but very serious side e occur: persistent sore throat/fever/cough, unusual bleeding/bruising, pain/redness of arms or legs, trouble breathing, fast/slow/irregular heart hearing loss, stomach/abdominal pain.A very serious allergic reaction to drug is unlikely, but seek immediate medical attention if it occurs. Sympt of a serious allergic reaction may include: rash, itching/swelling (especia the face/tongue/throat), severe dizziness, trouble breathing.This is not a complete list of possible side effects. If you notice other effects not listec above, contact your doctor or pharmacist.In the US -Call your doctor for medical advice about side effects. You may report side effects to FDA at 800-FDA-1088.In Canada - Call your doctor for medical advice about sidt effects. You may report side effects to Health Canada at 1-866-234-234!

## Drug interactions
Your doctor or pharmacist may already be aware of any possible drug interactions and may be monitoring you for them. Do not start, stop, or change the dosage of any medicine before checking with them first.See a How to Use section.Before using this medication, tell your doctor or pharmacist of all prescription and nonprescription/herbal products you m use, especially of: antacids containing aluminum or magnesium, morphine.This product can affect the results of certain lab tests for urine protein. Make sure laboratory personnel and your doctors know you use drug.This document does not contain all possible interactions. Therefore, before using this product, tell your doctor or pharmacist of all the produc you use. Keep a list of all your medications with you, and share the list w your doctor and pharmacist.

## Overdose

If overdose is suspected, contact your local poison control center or emergency room immediately. US residents can call the US national pois hotline at 1-800-222-1222. Canadian residents should call their local poi: control center directly. Symptoms of overdose may include: severe drowsiness, slurred speech, or extreme lethargy.

## Notes

Do not share this medication with others.

## Medical alert

Your condition can cause complications in a medical emergency. For enrollment information call MedicAlert at 1-800-854-1166 (USA), or 1-8( 668-1507 (Canada).

## Storage

Store at room temperature (77 degrees F or 25 degrees C) away from lic and moisture. Brief storage between 59-86 degrees F (15-30 degrees C) permitted. Do not store in the bathroom. Keep all medicines away from children and pets.Do not flush medications down the toilet or pour them a drain unless instructed to do so. Properly discard this product when it i: expired or no longer needed. Consult your pharmacist or local waste disp company for more details about how to safely discard your product.

New search

Selected from **NATIONAL DRUG DATA FILE (NDDF)** data included with permission copyrighted by First DataBank, Inc., 2009. This copyrighted material has been downl from a licensed data provider.

The above information is intended to supplement, not substitute for, the expertise an judgment of your health care professional. You should consult your health care profe: before taking any drug, changing your diet, or commencing or discontinuing any cou treatment.

▲ Back to top

Terms & conditions    Privacy practices    Site policies    About us    Contact Web manager
Web awards & accreditations    Careers    Technical information    Web site map    Home k

https://members.kaiserpermanente.org/kpweb/drugency/drugdetails.do?drugID=258949      1/11/2010