# EXHIBIT J

Chiefs of Neurology Meeting June 17, 1999
Drug Information/Professional Services items, Debbie R. Kubota

Congratulate Dr. Flippin.
Thank Drs. Skinner and Kazimiroff

- Carbatrol® – Formulary recommendation

  DI/PS recommending to add based on bioequivalence to Tegretol XR in key PK measurements and favorable contract pricing.

  Recommended addition with revised guidelines for use of extended-release carbamazepine products. (see old guidelines – unclear).

  Note – as are not AB rated generic equivalent products – cannot fill one product for the other. Care must be taken to order specific product name. If accepted to Formulary, Pharmacy will research means to ensure the correct extended release product is dispensed as written.

- Diastat® Rectal Gel – Formulary recommendation

  DI/PS is recommending to add Diastat to the Formulary with guidelines, however we are open to suggestions to add with restrictions to prescribing by SCPMG pediatricians and neurologists, if it is felt that ARS (acute repetitive seizures) can only be diagnosed and treated by a few trained individuals. (to avoid prescribing for the treatment of 'ordinary' seizures). However, should be available to prescribe for appropriate indications to any KP physician. (possible legal issues?)

- Gabapentin (Neurontin®) – Removal of restrictions

  Family Practice and Internal Medicine have asked to expand restriction to include prescribing for neuropathies and/or with guidelines or consultation with neurology. "In consultation with" is no longer part of restriction language, so these requests are to essentially remove prescribing restrictions.

  DI/PS is recommending to remove prescribing restrictions and add guidelines for the use of gabapentin to discourage overprescribing with resultant significant cost impact. (Unrestricted in NCAL – use in past year 30,384 Rxs vs. SCAL 18,519 RXs) Please note – guideline statement to use as 2nd or third-line agent in the treatment of neuropathy and one month supply as initial/trial quantity.

KAIS-004615
CONFIDENTIAL

Synopsis of Chiefs of Neurology Meeting:
Drug Information/Professional Services (DI/PS) items
June 1999

Topic: Carbamazepine extended-release capsule (Carbatrol®): Formulary recommendation

Action:
> The Chiefs of Neurology recommended to accept Carbatrol® to the Formulary with revised guidelines:

### Revised Guidelines for Extended-release Carbamazepine Products

- The use of extended-release carbamazepine products should be reserved for patients with known compliance problems.
- Carbatrol® can be used in patients having difficulty swallowing tablets or requiring medication administration via NG tube.
- While they share similar pharmacokinetic properties, Carbatrol® and Tegretol-XR® are not AB-rated generic equivalent products. It is recommended that physicians monitor drug levels and patient response when switching between these products.

Follow-up:
> DI/PS will forward the Chiefs' recommendation to the Regional P&T Committee for final Formulary decision at the September 1999 meeting.
>
> To help ensure that Kaiser Permanente pharmacies do not inadvertently substitute Carbatrol® and Tegretol-XR® for one another, DI/PS will further discuss the insertion of an alert notice in the pharmacy PIMS computer system for these products with Pharmacy Informatics. DI/PS will also send notices to Kaiser Permanente outpatient pharmacies, informing them not to treat these products as generically equivalent products.

Topic: Diazepam Rectal Gel (Diastat®): Formulary recommendation

Action:
> The Chiefs of Neurology recommended to accept Diastat® to the Formulary, restricted to prescribing by SCPMG neurologists and pediatricians with guidelines:

### Guidelines for the use of Diastat® Rectal Gel

- Diastat® should be reserved for the treatment of:
    1. Documented intermittent increased seizure activity in patients already receiving an optimal regimen of standard anti-epileptic drugs.
    2. Patients with histories of severe epilepsy who are remote from any form of emergency services.
- Patients should have a history of previous response to intravenous or rectal diazepam.
- Caregivers must demonstrate a thorough understanding of the indication, proper administration and follow-up care involved with the use of Diastat®.
    1. Caregivers must be capable of distinguishing between cluster and ordinary seizures.
    2. Caregivers should be discouraged from giving repeated doses at short intervals, which will increase the possibility of respiratory depression.

KAIS-004616
CONFIDENTIAL

- Physicians should consider limiting initial prescription quantities to a single Twin-pack (two doses), and prescribing subsequent amounts consistent with expected patient need and manufacturer recommended dosing.

Follow-up:
> DI/PS will forward the Chiefs' recommendation to the Regional P&T Committee for final Formulary decision at the September 1999 meeting.

Topic: Gabapentin (Neurontin®): Removal of restrictions
Action:
> The Chiefs of Neurology recommended to remove prescribing restrictions and add guidelines for use:

<u>Guidelines for the use of gabapentin (Neurontin®)</u>

- Neurontin® (gabapentin) is indicated as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in adults with epilepsy.

- Reflex Sympathetic Dystrophy (RSD): There are published case reports describing the efficacy of gabapentin in the treatment of refractory cases of RSD.

- Bipolar affective disorder: A review of several studies and case reports found that gabapentin may be effective as monotherapy or adjunctive therapy in some treatment resistant cases of bipolar affective disorders.

- Diabetic neuropathy and postherpetic neuropathy: Studies have shown gabapentin to be effective in the treatment of diabetic and postherpetic neuropathies.

    **The use of gabapentin for the treatment of neuropathy should be reserved for those patients unresponsive to or intolerant of other available treatment modalities, including tricyclic antidepressants(alone or in combination with narcotic analgesic agents), carbamazepine and topical agents.**

- For all indications:
    Initial prescription quantities should be limited to amounts consistent with a one month trial.

Follow-up:
> DI/PS will forward the Chiefs' recommendation to the Regional P&T Committee for final Formulary decision at the September 1999 meeting.

Topic: Miscellaneous

Action:
> Several Chiefs related clinical experiences in switching from brand name carbamazepine (Tegretol®) to the generic carbamazepine by Lemmon. They felt that some of their patients experienced an increase in seizure activity following the switch in products.

KAIS-004617
CONFIDENTIAL

The Chiefs would like a clarification regarding the availability of phenytoin injectable in the future.

Follow-up:

DI/PS related that concerns regarding generic carbamazepine had been previously addressed, but will obtain previous findings, as well as investigate any current reports of problems. DI/PS will inform the Chiefs of findings.

DI/PS will clarify the status of phenytoin injectable and report findings via E-mail to the Chiefs.

KAIS-004618
CONFIDENTIAL