# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL SALES & MARKETING ACTIONS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

## DECLARATION OF KRISTEN JOHNSON PARKER

I, Kristen Johnson Parker, depose and state under oath as follows:

1. I, Kristen Johnson Parker, am a member of the Bar of the Commonwealth of Massachusetts. I am an associate in the Boston office of Hagens Berman Sobol Shapiro LLP.

2. In connection with Class Plaintiff Harden Manufacturing's Memorandum Regarding *Guardian* Ruling in Connection with Class Plaintiffs' Motion for Reconsideration of Order Denying Renewed Motion for Class Certification, I undertook to determine the number of psychiatrists deposed in the MDL who testified as a treating physician or about their Neurontin prescribing habits.

3. I personally reviewed every transcript contained the class plaintiffs' Neurontin repository to determine if the deponent was a psychiatrist. If the deponent was a psychiatrist, I confirmed that they testified as a treating physician or about their Neurontin prescribing habits.

4. I identified three psychiatrists from the repository: Dr. Arness, Dr. Chandler, and Dr. Gray.

5. I next reviewed the witness list submitted by Defendants in conjunction with the upcoming Kaiser trial. I identified a small number of doctors based on the title Defendants used

to describe the witness (specifically, "Dr."). I further reviewed the description of testimony given by Defendants to determine whether any of these doctors may have been a psychiatrist.

6. Based on the description of testimony and my personal knowledge of depositions taken in this litigation, I was able to determine that several of the listed doctors were pharmacists or experts.

6. I identified one potential psychiatrist from the list whose deposition transcript was not included in the Class Plaintiffs' Neurontin repository, Dr. Dea.

7. I obtained a copy of Dr. Dea's deposition transcript from counsel for Pfizer. Upon review, I determined that Dr. Dea was a psychiatrist who had been deposed concerning his prescription of Neurontin.

8. On the basis of the above, I am informed and believe that four psychiatrists were deposed in the MDL as treating physicians or about their Neurontin prescribing habits.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS EIGHTH DAY OF FEBRUARY, 2010.

_____
Kristen Johnson Parker


### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 8, 2010.

/s/ Kristen Johnson Parker
Kristen Johnson Parker