UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL Docket No. 1629 ) ) Judge Patti B. Saris ) Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>IRENE BARLOW<br>1:05CV175SS Western District of Texas | ) ) ) Civil Action No. 04-10981 ) ) ) |

**DECLARATION OF JACK W. LONDON IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS PFIZER, INC., AND WARNER LAMBERT COMPANY LLC, PARKE-DAVIS, A <u>Division of Warner Lambert Company, and WARNER LAMBERT COMPANY</u>**

I, Jack W. London, declare and state as follows:

1. I am counsel of record, with Carl Pierce, for Plaintiff Irene Barlow. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit 1 is a true and correct copy of the "Defendants Response and Objections to Plaintiff's Request for Production of Documents and Things"

3. Attached as Exhibit 2 is a true and correct copy of the "Defendants Response and Objections to Plaintiff's Interrogatories"

4. Attached as Exhibit 3 is a true and correct copy of "Defendants Pfizer Inc. and Warner-Lambert Company, LLC's, Initial Disclosure Statement dated April 21, 2005"

5. Attached as Exhibit 4 is a true and correct copy of "Memorandum, December 7, 2007, by Joe Feczko"

6. Attached as Exhibit 5 is a true and correct copy of "1000 Days of Neurontin, by John Marino, April 1, 2003"

Signed under penalties of perjury this 8th day of February, 2010.

Jack W. London

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on the 8th day of February, 2010.

By: _____
Jack W. London