UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' EMERGENCY MOTION TO COMPEL
DEPOSITIONS OF DAVID S. MCWATERS AND DONALD W. KEMPER**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move this Court for an order requiring Plaintiffs to produce its Practice Leader for Quality & Compliance in Kaiser Permanente's Internet Service Group, David S. McWaters, for deposition and for leave to depose the Chief Executive Officer of Healthwise, Donald W. Kemper. As explained in the accompanying memorandum of law, Kaiser has submitted to this Court declarations by McWaters and Kemper in an attempt to disavow statements on its own website that contradict its stance in this litigation. Further, Kaiser apparently intends to argue at trial that it has no control over portions of its own website in which Neurontin is listed as effective for certain off-label uses. Despite Kaiser's reliance upon information provided by McWaters and Kemper in forming this position, these two witnesses were not identified as having potentially relevant information until after the close of fact discovery. Therefore, Pfizer should be permitted to depose and cross-examine the witnesses that supposedly provide the factual basis for Kaiser's assertions, which will be disputed at trial.

WHEREFORE, Defendants respectfully request that the Court grant the relief requested in this motion. In addition, given the approaching trial date, Pfizer asks that this motion be considered on an expedited basis.

Dated: February 9, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:  /s/ Mark S. Cheffo
     Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:  /s/ Raoul D. Kennedy
     Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel: (415) 984-6400

-and-

WHEELER TRIGG O'DONNELL LLP

By:  /s/ James E. Hooper
     James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel: (303) 244-1800

-and-

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
    David B. Chaffin

BBO # 549245
100 Summer Street, Suite 2707
Boston, MA 02110
Tel: (617) 748-5200

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Katherine Armstrong
Katherine Armstrong

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 9, 2010.

/s/ David B. Chaffin
David B. Chaffin

3