UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**KAISER'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S ORDER DENYING MOTION FOR CONTINUED DEPOSITION OF DR. NICOLAS WIEDER AND ADDITIONAL RELIEF**

On January 18, 2010, Defendants Pfizer, Inc. and Warner-Lambert Company LLC ("Defendants" or "Pfizer") moved the Court for the continued deposition of Dr. Nicolas Wieder and "additional relief." Kaiser[1] opposed this motion. On January 24, 2010, Defendants sought leave to file a reply brief. On January 25, 2010, Defendants sought leave to supplement the record. On January 26, 2010, Kaiser filed an opposition to Defendants' motion for leave to file a reply brief, or in the alternative, motion for leave to file a sur-reply brief. On January 29, 2010, Magistrate Judge Sorokin denied Pfizer's

---

[1] Plaintiffs in this action are Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser"). Kaiser Foundation Health Plan, Inc. is the parent company of the following companies and has brought this lawsuit on behalf of itself and its subsidiaries: Kaiser Foundation Health Plan of Colorado; Kaiser Foundation Health Plan of Georgia, Inc.; Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.; Kaiser Foundation Health Plan of the Northwest; and Kaiser Foundation Health Plan of Ohio.

1

motion. On February 5, 2010, Defendants filed objections to Magistrate Judge Sorokin's ruling under Rule 72(a) of the Federal Rules of Civil Procedure.

Kaiser seeks leave to file a brief response to Defendants' objections, which would consist of less than five pages of analysis. The proffered response is attached hereto as Exhibit A. This response would help clarify for the Court the issues raised in the far more extensive briefing before Magistrate Judge Sorokin. The proffered response also addresses Defendants' proposed relief, which differs from the relief they proposed in the underlying motion.

Wherefore, Kaiser respectfully requests that the Court grant this motion for leave to file a response to Defendants' Objection to Magistrate Judge's Order Denying Motion for Continued Deposition.

Dated: February 9, 2010                           Respectfully submitted,


                                                  By:    */s/ Linda P. Nussbaum*
                                                         Linda P. Nussbaum

                                                  KAPLAN FOX & KILSHEIMER LLP
                                                  Linda P. Nussbaum, Esq.
                                                  850 Third Avenue, 14th Floor
                                                  New York, New York 10022

                                                  *Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

*Of Counsel*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol
HAGENS BERMAN SOBOL
 SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

4

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 9, 2010.

>*/s/ Elana Katcher*
>Elana Katcher