UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:

ALL PRODUCTS LIABILITY CASES

---

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## PRODUCTS LIABILITY PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Products Liability Plaintiffs move this Court for an order compelling discovery from Defendants Pfizer Inc., Parke-Davis, Warner-Lambert Company and Warner-Lambert Company LLC. This motion is supported by the Memorandum in Support, and the Declaration of Andrew G. Finkelstein, Esq., and exhibits annexed thereto, submitted herewith.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs' counsel believes that oral argument may assist the Court and wish to be heard. Therefore, Plaintiffs' counsel respectfully requests a hearing on this motion, and Plaintiffs propose such argument be heard at the same time as such argument may be heard regarding Plaintiff Irene Barlow's pending motion (ECF Doc. # 2480) for similar relief which is now before this Court.

Dated:  February 10, 2010                              Respectfully submitted,

                                                      *Members of Products Liability*
                                                      *Plaintiffs' Steering Committee*

By:   **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein, Esquire
        Finkelstein & Partners, LLP
        1279 Route 300, P.O. Box 1111
        Newburgh, NY  12551

By:   **/s/ Jack W. London**
        Jack W. London, Esquire
        Law Offices of Jack W. London
          & Associates
        3701 Bee Cave Road, Suite 200
        Austin, TX  78746

## CERTIFICATE OF SERVICE

    I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 10, 2010

Dated:  February 10, 2010

                                                        **/s/ Andrew G. Finkelstein**
                                                          Andrew G. Finkelstein