UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               :    MDL Docket No. 1629

In re:  NEURONTIN MARKETING,  :
        SALES PRACTICES AND  :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION  :
        :    Judge Patti B. Saris
---------------------------------------------------------------x
        :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:  :
        :
ALL PRODUCTS LIABILITY ACTIONS  :
        :
---------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN IN SUPPORT OF
PRODUCTS LIABILITY PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

I, Andrew G. Finkelstein, declare under penalty of perjury as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in support of the motion by Products Liability Plaintiffs for an order compelling discovery from Defendants Pfizer Inc., Parke-Davis, Warner-Lambert Company and Warner-Lambert Company LLC.

3. The following documents are attached hereto in support of this motion:

Exhibit A  -  Plaintiffs' Request for Production of Documents and Other Things, dated November 30, 2009

Exhibit B  -  Defendants' Response and Objections to Plaintiff's Request for Production of Documents and Things, dated January 11, 2010

Exhibit C  -  Stipulation, dated November 29, 2004

Exhibit D  -  Affidavit of Keith Altman, dated October 15, 2009

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 10, 2010

        **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein, Esquire
        Finkelstein & Partners, LLP
        1279 Route 300, P.O. Box 1111
        Newburgh, NY  12551

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 10, 2010

Dated:  February 10, 2010

        **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein