UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------x
                                                             :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                 :
        SALES PRACTICES AND                                  :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                        :
                                                             :   Judge Patti B. Saris
-------------------------------------------------------------x
                                                             :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                    :
                                                             :
ALL PRODUCTS LIABILITY CASES                                 :
                                                             :
-------------------------------------------------------------x
```

## NOTICE OF ELECTRONIC FILING OF EXHIBITS

PLEASE TAKE NOTICE that the following exhibits, identified in the Declaration of Andrew G. Finkelstein, Esq., ECF Doc. # 2122, and which were served on counsel for the Defendants on or about October 9, 2009, and previously delivered to the Honorable Patti B. Saris, U.S.D.J., are being electronically filed:

Exhibit 1 - Excerpts from deposition of Dr. Robert Gibbons on February 3, 2009, February 4, 2009, March 5, 2009 and April 27, 2009

Exhibit 2 - Excerpts from deposition of Dr. Sander Greenland on July 21, 2009

Exhibit 3 - Excerpts from hearing on July 21, 2009

Exhibit 4 - Excerpts from hearing on July 23, 2009

Exhibit 5 - Expert report of Dr. Robert Gibbons dated March 19, 2009, ECF Doc. # 1806-9

Exhibit 6 - Gibbons Bipolar paper, ECF Doc. # 1806-12

Exhibit 7 - Report of Dr. Sander Greenland dated May 31, 2009, ECF Doc. # 1877-10

Exhibit 8 - FDA's Guidance for Industry, ECF Doc. # 1877-11

Exhibit 9 - Excerpt from Reference Manual for Scientific Evidence, 2nd

Exhibit 10 - Plaintiffs' *Daubert* Motion to Strike Dr. Gibbons, dated June 22, 2009, ECF Doc. ## 1875, 1876

Exhibit 11 - Plaintiffs' Memorandum to Strike New Report, dated May 29, 2009, ECF Doc. # 1805

Exhibit 12 - Plaintiffs' Memorandum to Strike Dr. Gibbons for Lying, dated May 29, 2009, ECF Doc. #1808

Exhibit 13 - Defendants' Combined Opposition Memorandum to Strike Dr. Gibbons, dated June 12, 2009, ECF Doc. # 1836-2

Exhibit 14 - Plaintiffs' Reply Memorandum to Strike Dr. Gibbons, dated June 24, 2009, ECF Doc. # 1923

Exhibit 15 - Plaintiffs' Memorandum Objecting to Order of Magistrate Judge Sorokin, dated July 10, 2009, ECF Doc. # 1992

Exhibit 16 - Defendants' Memorandum Response to Objection, dated July 17, 2009, ECF Doc. # 2030

Exhibit 1A - Deposition of Dr. Robert Gibbons, on February 3, 2009

Exhibit 1B - Deposition of Dr. Robert Gibbons, on February 4, 2009

Exhibit 1C - Deposition of Dr. Robert Gibbons, on March 5, 2009

Exhibit 1D - Deposition of Dr. Robert Gibbons, on April 27, 2009

Exhibit 2A - Deposition of Dr. Sander Greenland, on July 21, 2009

Exhibit 3A - Hearing on July 21, 2009

Exhibit 4A - Hearing on July 24, 2009

Dated: February 11, 2010                              Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:   /s/ **Andrew G. Finkelstein**
          Andrew G. Finkelstein, Esquire
          Finkelstein & Partners, LLP
          1279 Route 300, P.O. Box 1111
          Newburgh, NY  12551

2

By:   **/s/ Jack W. London**
        Jack W. London, Esquire
        Law Offices of Jack W. London
          & Associates
        3701 Bee Cave Road, Suite 200
        Austin, TX  78746

## CERTIFICATE OF SERVICE

    I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 11, 2010

Dated:  February 11, 2010

        **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein