UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| -------------------------------------------------------------x | : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING, | : | |
| SALES PRACTICES AND | : | Master File No. 04-10981 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | Judge Patti B. Saris |
| -------------------------------------------------------------x | : | |
| | : | Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| ALL PRODUCTS LIABILITY CASES | : | |
| | : | |
| -------------------------------------------------------------x | | |

**PRODUCTS LIABILITY PLAINTIFFS' NOTICE OF
SUPPLEMENTAL EXHIBITS (FILED UNDER SEAL) FOR THE
RECORD ON PRODUCTS LIABILITY PLAINTIFFS' MOTION TO
EXCLUDE TESTIMONY AND EXHIBITS OF DR. ROBERT GIBBONS
<u>PURSUANT TO FED. R. EVID. 702 ET SEQ. AND *DAUBERT*</u>**

In connection with the pending motion by Products Liability Plaintiffs to exclude the testimony and exhibits of Dr. Robert Gibbons pursuant to Fed. R. Evid. 702 *et seq.*, ECF Doc. # 2121, Plaintiffs respectfully submit for the Court's consideration, copies of the attached documents, Exhibits AA-CC, which have been filed under seal.  These documents were disclosed in December 2009, when Defendants made an incomplete production of the first part of defense witness Wohlberg's file.  Defendants supplemented that production with approximately 150,000 pages of materials which Plaintiffs did not receive until February 2010.

     Exhibit AA  -  PFIZER_WOHLBERG_012772

     Exhibit BB  -  PFIZER_WOHLBERG_012463

     Exhibit CC  -  PFIZER_WOHLBERG_012522

This filing is intended to ensure that the Court and all counsel have ready access to all evidence relevant and material to Plaintiffs' motion to exclude Defendants' expert Dr. Gibbons.

Dated: February 11, 2010

Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:   **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

By:   **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
 & Associates
3701 Bee Cave Road, Suite 200
Austin, TX  78746

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 11, 2010.

Dated:  February 11, 2010

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein