# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

In re:
NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION


THIS DOCUMENT RELATES TO:

Dorsey v. Pfizer, Inc. et al.
Case No.: 1: 05-cv-10639-PBS

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## OPPOSITION TO DEFENDANTS' MOTION FOR AN INDEPENDENT MEDICAL EXAMINATION OF MARY P. DORSEY

Now comes the Plaintiffs Mary P. Dorsey ("Mrs. Dorsey ") and hereby opposes the motion for an independent medical examination of her at this late date.  As reasons therefore, Mrs. Dorsey states as follows:

(1)   Pursuant to the Court Order in this matter, Pfizer had until January 29, 2010 to complete all fact discovery and depositions in this matter.  Pfizer failed to do so without excuse even though it has had five years to perform an IME on Mrs. Dorsey if that was important to it.  Instead, it seeks to extend discovery at every turn, including performing an unnecessary and harassing IME at this late date.  It appears futile given that the drug use in question occurred approximately eight years ago.

(2)   Mrs. Dorsey, a 68 year-old woman, has submitted to extensive discovery – including a grueling two days of deposition in which her medical history was fully vetted.  It appears that having her appear for an IME is overkill and simply another tool to drag out the case.

(3)      Pfizer insists that it will obtain summary judgment on the legal theories

presented in this case.  Therefore, to the extent that an IME is deemed

necessary, Mrs. Dorsey respectfully requests that it be undertaken after the

summary judgment hearing so that, if Pfizer is correct and the claims are

legally insufficient, Mrs. Dorsey will not have to go through a unnecessary

IME.

**WHEREFORE**, Mrs. Dorsey requests that the motion be DENIED.


Respectfully submitted,

MARY P. DORSEY,
By her Attorney,

/s/ *Timothy J. Perry*
Timothy J. Perry (BBO#631397)
*tperry@pkjlaw.com*
Perry, Krumsiek & Jack  LLP
101 Arch Street, 19th Floor
Boston, MA  02110
(617) 720-4300
fax (617) 720-4310


## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served

upon counsel of record by the Court's ECF (Electronic Court Filing) System.

Dated: February 11, 2010                    /s/ *Timothy J. Perry*
                                             Timothy J. Perry