UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629 : : : Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | : : : |
| PRODUCTS LIABILITY ACTIONS | : Judge Patti B. Saris : : Magistrate Judge Leo T. : Sorokin |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL EXHIBITS FOR
THE RECORD IN CONNECTION WITH PRODUCT LIABILITY PLAINTIFFS'
MOTION TO EXCLUDE TESTIMONY AND EXHIBITS OF DR. ROBERT GIBBONS
PURSUANT TO FED. R. EVID. 702 ET SEQ. AND *DAUBERT***

In connection with the Product Liability Plaintiffs' Motion to Exclude Testimony and

Exhibits of Dr. Robert Gibbons Pursuant to Fed. R. Evid. 702 et seq. and *Daubert,* Defendants

Pfizer Inc and Warner-Lambert Company LLC respectfully submit for the Court's consideration

the three additional Exhibits filed herewith.  The referenced peer review article by Dr. Gibbons

(Ex. L) and related news article (Ex. M) (with comment posted by Mr. Jack London) were

published in December 2009, after Defendants filed their Opposition to Plaintiffs' renewed

motion, and Dr. Gibbons curriculum vitae (Ex. N) has been updated.

**Exhibit L**:  R. Gibbons, et al., *"Relationship Between Antiepileptic Drugs and*

*Suicide Attempts in Patients With Bipolar Disorder,"* Arch. Gen Psychiatry, 2009;

66(12):1354-1360.

**Exhibit M**:  "Reconsidering antiepileptic medications as a treatment for bipolar disorder, *Los Angeles Times*, Dec. 7, 2009, with accompanying Comment from Mr. Jack London, posted December 8, 2009.

**Exhibit N**:  Updated curriculum vitae of Dr. Robert D. Gibbons

Dated:  February 15, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:/s/ Mark S. Cheffo
    Mark S. Cheffo
    /s/ Katherine F. Arthur
    Katherine F. Arthur

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Email:  Mark.Cheffo@skadden.com
Email:  Tattin.Arthur@skadden.com

-and-

BOIES, SCHILLER & FLEXNER LLP

By:/s/ William S. Ohlemeyer
    William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 15, 2010.

<u>/s/ Mark S. Cheffo</u>
Mark S. Cheffo