# EXHIBIT M

Subscribe   Place An Ad   Jobs   Cars   Real Estate   R

# Los Angeles Times   HEALTH

LOCAL   U.S. & WORLD   BUSINESS   SPORTS   ENTERTAINMENT   HEALTH   LIVING   TRAVEL   OPINION

BOOSTER SHOTS   FITNESS & NUTRITION   MEDICINE   BEHAVIOR   H1N1/FLU   HEALTHCARE

# Booster Shots
ODDITIES, MUSINGS AND NEWS FROM THE HEALTH WORLD

Stay conn(

RSS

« Previous Post | Booster Shots Home | Next Post »

## Reconsidering antiepileptic medications as a treatment for bipolar disorder
December 7, 2009 | 1:28 pm

A study coming out in tomorrow's edition of Archives of General Psychiatry may prompt doctors and patients to reconsider the merits of using antiepileptic drugs to treat people with bipolar disorder.



Just last year, the U.S. Food and Drug Administration issued an alert that antiepileptic drugs -- such as Neurontin (generic name gabapentin), Lyrica (pregabalin), Topamax (topiramate) and Tegretol (carbamazepine) -- increased the risk of suicidal thoughts and behaviors. That's particularly important for patients with bipolar disorder, because they already have a higher risk of suicide compared to healthy people.

But the new analysis finds that bipolar people who took one of 11 antiepileptic medications had the same rate of suicide attempts -- 13 per 1,000 patients per year -- as those who didn't take any drugs for their condition. That rate was slightly lower than for bipolar people who took lithium (18 suicide attempts per 1,000 patients per year). It was also much lower than the rate of suicide attempts among bipolar people in the year before they began taking antiepileptic medications (72 per 1,000 patients per year).

About th(

**Tami Dennis
Melissa Heal
Karen Kaplai
Thomas H. M
Rosie Mestel
Shari Roan
Jeannine Ste**

Recent F

Book Review: '
Breakthrough'

The findings are based on records of 47,918 patients with bipolar disorder who were included in the PharMetrics medical claims database. The study was conducted by researchers from the Center for Health Statistics at the University of Illinois at Chicago and the Columbia University College of Physicians and Surgeons in New York. Two of the researchers have produced expert testimony for Pfizer Pharmaceuticals in litigation involving Neurontin. Pfizer purchased the dataset from PharMetrics for $15,000 but was not involved in the research and didn't influence or review the results, according to the researchers.

The work was funded by grants from the National Institute of Mental Health and the Agency for Healthcare Research and Quality.

You can read the FDA's 2008 statistical review of antiepileptic drugs and suicidal ideation and behavior here. The most up-to-date info from the agency is online here.

-- Karen Kaplan

*Photo: Perhaps this drug is safer, and more useful, than thought. Credit: Pfizer Inc.*

More in: epilepsy, prescriptions, psychiatry, research, safety

Permalink
Comments (2)
ShareThis
Share   8

**7**
tweets
retweet

ADS BY GOOGLE

**Bipolar? Warning**
Discover the Secrets to Living with Bipolar Disorder
www.SurviveBipolar.net

**Major Depressive Disorder**
Investigational Treatment Study for Unresponsive Major Depression
www.StepMDD.com

---

RELATED STORIES

POWERED BY sphere

*From the L.A. Times*
- Experimental drug shows some benefit for Huntington's disease

---

# Verify your Comment

# Previewing your Comment

**Posted by:** |

This is only a preview. Your comment has not yet been posted.

Post | Edit

9:00 am »
Correlation or former | Febru
A child's sweet liking sugar | J
Elevators and together, resea pm »
Rodent of the osteoporosis |

Recent C
RE: All aboar obesity campa
RE: Drink tha bones? | comm
RE: Compute pancreas | con
RE: Industria Parkinson's di
RE: Andrew V journal retract report | comm
RE: Did you h up! | comment

Categori
addiction adhc alcohol allergi arthritis asthma bicyling blood
image books
children
complementary contraception co dying dental car disaster prepared drugs eating d emergency care epilepsy exercis
fitness f
safety fruit ge insurance he disease histo hypertension illr kidney disease l chat lupus mala men's health m

Your comment could not be posted. Error type:
Your comment has been saved. Comments are moderated and will not appear until approved by the author. Post another comment

The letters and numbers you entered did not match the image. Please try again.

As a final step before posting your comment, enter the letters and numbers you see in the image below. This prevents automated programs from posting comments.

Having trouble reading this image? View an alternate.



Continue

## Post a comment

If you are under 13 years of age you may read this message board, but you may not participate. Here are the full legal terms you agree to by using this comment form.

Comments are moderated, and will not appear until they've been approved.

If you have a TypeKey or TypePad account, please Sign In

Name:

E-mail Address:

URL:

☐ Remember personal info?

Comments:

Preview | Post

## Comments (2)

What are the other medications included in your list of 11 antiepilectic medications?

**Posted by: Mary H | December 07, 2009 at 04:27 PM**

I am personally familiar with this study and recommend in the strongest terms that anyone who reads it dig deeper. The FDA study was based on random controlled trials. Dr. Gibbons' et al study was based on a post hoc study of parsed claims records. Dr. Gibbons was paid vastly more by Pfizer

illness metaboli
obesity
pain paralysis
policy politics
prematurity pre
prosthetics psyc
relationships reli
schizophrenia sc
cell disease sids
stds stem cells
sunscreen suppl
television travel
vitamins web/te
yoga

Archives

PERS
NEW

Take our pe
quiz and dis
latimes.com
personalize
just for you

Powered by V

All L.A. Ti

24 Frames
All The Rage
Big Picture
Brand X
Company Town
D.C. Now
Daily Mirror
Dodgers Blog
Gold Derby

lawyers as an expert witness in connection with his study of the FDA analysis and in connection with his statistical analysis of Neurontin, one of the drugs, which was marketed off-label to doctors for purposes not approved by the FDA, than was contributed by the NIH grant. The Gibbons study does not account for changes in the patients during the period of the study that are commonly associated with other drugs (which Dr. Gibbons did not include), with treatment, or with the passage of time. It does not actually study whether the patients actually took the drugs, the doses, or the duration.

One of the legal problems Neurontin had in 2004 when the Department of Justice brought charges for Warner-Lambert's improper marketing of Neurontin was that the drug had been promoted in the medical literature without reliable science.

**Posted by: Jack London | December 08, 2009 at 12:02 PM**

Hero Complex
Idol Tracker
L.A. at Home
L.A. Unleashed
Lakers
Money & Co.
Outposts
Pop & Hiss
Show Tracker
The Circuit
Top of the Ticket

| News | Entertainment | Living | Multimedia | Top Blogs |
|---|---|---|---|---|
| Local | Television | Travel | Video | L. A. Now |
| U.S. & World | Movies | Health | Photos | Fabulous Forum |
| Business | Music | Food | Data Desk | TV Show Tracker |
| Technology | Arts & Culture | Home | Your Scene | Celebrity |
| Sports | Celebrity | Image | Times on Twitter | Politics |
| Opinion | The Envelope | Magazine | RSS | Music |
| Columnists | Calendar | Books | Newsletters | Company Town |
| Obituaries | Company Town | Autos | Kindle | Arts and Culture |
| | TV Listings | Hot List | E-edition | Health |
| | Movie Listings | Horoscopes | | Technology |
| | Tickets | Crosswords | | |

Coastline Pilot | Daily Pilot | Huntington Beach Independent | Valley Sun | Burbank Leader | News Press | KTLA | Hoy | Brand X | LA, Los Angeles Times Magazine | ZAP2it
Baltimore Sun | Chicago Tribune | Daily Press | Hartford Courant | LA Times | Orlando Sentinel | Sun Sentinel | The Morning Call

Terms of Service | Privacy Policy | Los Angeles Times, 202 West 1st Street, Los Angeles, California, 90012 | Copyright 2009

*A Tribune Web site*