.

# EXHIBIT N

# CURRICULUM VITAE

Robert D. Gibbons                Rooms 455-457
June 28, 1955                    1601 W. Taylor
University of Illinois           Chicago, Il. 60612
Center for Health Statistics     312-413-7755

## PROFESSIONAL EXPERIENCE:

2009-present   Professor of Mathematics, Statistics and Computer Science, UIC.
2000-present   Director, *Center for Health Statistics*, University of Illinois at Chicago.
1993-present   Professor of Biostatistics, University of Illinois at Chicago.
1993-present   Professor of Psychiatry, University of Illinois at Chicago.
1985-1993      Associate Professor of Biostatistics, University of Illinois at Chicago.
1985-1993      Associate Professor of Psychiatry, University of Illinois at Chicago.
1988-1989      Visiting Professor, University of Chicago.
1981-1985      Assistant Professor of Biostatistics, University of Illinois at Chicago.
1981-1985      Assistant Professor of Psychiatry, University of Illinois at Chicago.
1981-1986      Statistical Consultant, National Institute of Mental Health.
1980-1992      Statistical Consultant, IIT Research Institute.
1980-1992      Statistical Consultant / Visiting Professor, Rush Medical School.
1980-1981      Senior Programmer and Statistician, University of Chicago, DOD/NORC.
1978-1982      Statistician, Illinois State Psychiatric Institute.
1978-1980      Statistical Consultant, Harvard University, Department of Psychology.
1977-1978      Statistical Analyst, University of Chicago, Department of Psychiatry.

## EDUCATION:

Ph.D., University of Chicago, 1981, Statistics and Psychometrics.

*Dissertation Topic*: Trend in Correlated Proportions
*Dissertation Chairman*: R. Darrell Bock

B.A., University of Denver, 1976, Chemistry and Mathematics

## HONORS:

Scholarship for Graduate Study, 1978-1981, University of Chicago
Young Investigator Award, 1985-1992, Office of Naval Research
U.S. Patent #4,807,163 Digital Analysis of Multiple Component Visible Fields
National Institute of Mental Health Services Research IRG Member 1992-1996
Research Scientist Award - National Institute of Mental Health, 1995-2000
Institute of Medicine - Committee on the Drug Halcion, 1997
Veterans Administration Cooperative Study Review Board, 1998
20th Century Distinguished Service Award for Outstanding Contribution to the Development
of Statistical Ecology, Environmental Statistics and Risk Assessment, 2000
Institute of Medicine - Committee on Organ Procurement and Transplantation Policy, 1999

Institute of Medicine - Health Sciences Policy Board Member, 1999-2004.
Congressional Testimony on Allocation of Organs for Transplantation - 9/21/99.
Institute of Medicine - Committee on Small *n* Clinical Trials, 2001
Institute of Medicine - Committee on Adolescent and Adult Suicide, 2002
Fellow of the American Statistical Association, 2001
Member of the Institute of Medicine of the National Academy of Sciences, 2001
Member of the American College of Neuropsychopharmacology, 2001
Youden Prize for Contributions to Inter-laboratory Calibration (ASA, 2002)
Harvard Award in Psychiatric Epidemiology and Biostatistics, (Harvard, 2003)
2001 Book with Coleman ranked in the top 5 books for Statisticians by the ASA
FDA Advisory Board on Suicide and Antidepressants in Adolescents, 2004
Institute of Medicine - Committee on National Cord Blood Stem Cell Program, 2005
Institute of Medicine - Committee on US Drug Safety, 2005-2006
Youden Prize for Contributions to Inter-laboratory Calibration (ASA, 2006)
NIH Consensus Panel on the Efficacy and Safety of Multivitamins, 2006
VA – Blue Ribbon Working Group on Suicide Prevention in the Veterans Population, 2008
Institute of Medicine/NRC – Asbestos Research Roadmap Committee, 2009
Institute of Medicine - Co-Chair – CNS Clinical Trials: Suicidality and Data Collection, 2009
University of Illinois at Chicago - Distinguished Faculty Award, 2009
American Statistical Association – Outstanding Statistical Applications Award, 2009

## RESEARCH SUPPORT:

1984-1985 Campus Research Board of the University of Illinois. Grant #889 *Statistical Models of Complex Psychiatric Data.* $10,300 (PI)

1985-1988 Office of Naval Research. Young Investigator Award. *Conditional Dependence*, $181,000 (PI).

1986-1987 National Institute of Mental Health. *A Comparison of Discrete and Continuous Latent Structure*, Grant #1RO3 MH 39750-01 A1 $15,000, 1986 (Co. PI).

1985-1987 MacArthur Foundation, Network I, *Biometric Laboratory Support* $150,000 (PI).

1988-1989 Campus Research Board of the University of Illinois. Grant #5590 *Statistical Visualization.* $8,000 (PI).

1988-1990 MacArthur Foundation, Network I, *A Statistical Model for Biological Rhythm Study* $30,000 (PI).

1988-1991 Office of Naval Research. Continuation of Support for *Conditional Dependence*, $184,000 (PI).

1990-1992 National Institute of Mental Health. *Problem Drinking Over Time by Future MDs* Grant # RO1 AA07311-05, $493,233, Statistician, (Dr. Judy Richman PI).

1990-1991 MacArthur Foundation, Network I, *Social Zeitgebers and Biological Rhythms* $24,000. (Co. PI).

1990-1991 National Institute of Mental Health. *MIXMASTER: A computer program for resolving normal mixtures*, Grant #R43 MH 45620-01 A1 $50,000, (PI).

1991-1995 National Institute of Mental Health. *Statistical Evaluation: Preschoolers Behavior Problems & Health Care Use: A Longitudinal Study*, Grant # RO1 MH46089,

$154,603, (Biostatistical Subcontract - Dr. John Lavigne PI).

1991-1993 National Institute of Mental Health. *Random Regression Models for Longitudinal Psychiatric Data*, Grant #RO1 MH 44826-01 A2 $299,000, (PI).

1991-1992 National Institute of Mental Health. *Monoamine Receptor Sensitivity in Mental Illness*, Grant #RO1 MH36169-08A2, $187,040, Statistician, (Dr. Ghanshyam PI).

1991-1992 MacArthur Foundation, Network I, *A Statistical Re-evaluation of the NIMH Treatment Collaborative Study of Depression Using Random Regression Models*, $34,167. (PI).

1992-1997 National Institute of Mental Health. *Schizophrenic Cognition: A Longitudinal Study*, Grant # HHS-2 RO1 MH26341-17, $36,000 Biostatistical subcontract, (Dr. Martin Harrow PI).

1992-1996 National Institute of Mental Health. *Serotonin Receptors in Teenage Suicide and Their Families*, Grant # RO1 MH48153-01A1, $940,316, Statistician, (Dr. Ghanshyam Pandey PI).

1993-1996 National Institute of Mental Health. *Random Regression Models for Longitudinal Psychiatric Data*, Grant #RO1 MH 44826-03 A1 $473,080, (PI). Renewal

1995-2000 National Institute of Mental Health. *Research Scientist Award* Grant #K05 MH01254 $458,132 (PI).

1996-2000 National Institute of Mental Health. *Statistical Models for Nested Service Utilization Data* Grant #RO1 MH 56146 $473,080 (CO-PI) (Dr. Donald Hedeker PI).

2000-2004 National Institute of Mental Health. *Statistical Models for Nested Service Utilization Data* (percentile = 0.5) Grant #RO1 MH 56146-04 $1,233,936 (CO-PI) (Dr. Donald Hedeker PI).

2000-2007 National Institute of Mental Health. *Statistical Center for the MTA Follow-up Study*, $923,000 (PI).

2002-2007 National Institute of Mental Health. *Mixed-effects ZIP models for Mental Health Services Research*, #RO1 MH65556-01, $660,735 (PI).

2002-2006 National Institute of Mental Health. *Mental Health Computerized Adaptive Testing*, Grant #RO1 MH66302-01, $1,077,502 (PI).

2004-2007 National Institute of Mental Health. *Multivariate Probit Model for Health Services Research*, Grant #RO1 MH67198-01, $663,950 (Dr. Hua Yun Chen PI).

2005-2008 National Institute of Mental Health. *Statistical Testing for Generalized Mixed-effects Models*, Grant #RO1 MH069353, $450,000 (Dr. Dulal Bhaumik PI).

2005-2006 National Cancer Institute. *Evaluation of the Added-Value of Multidimensional and Hierarchical Psychometric Modeling for Cancer Outcomes*, Contract #05828, $150,000 (PI).

2006-2011 National Institute of Mental Health. *Mental Health Computerized Adaptive Testing - Competitive Renewal*, Grant #RO1 MH66302-04, $3,429,658 (PI).

2006-2007 National Institute of Mental Health. *Antidepressant Treatment and Suicidality: Methodological and Biostatistical Solutions. #R56* MH078580-01, $232,500 (PI).

2007-2012 National Institute of Mental Health. *Autism Center of Excellence: Translational*

*Studies of Insistence of Sameness in Autism.* 1P50HD055751, $9,600,000 (PI of Statistical Core).

2007-2011 National Institute of Health (AHRQ - CERT). *Tools for Optimizing Prescribing, Monitoring and Education.* U18HS016973, $4,000,000 (PI of Statistical Core).

2008-2013 National Institute of Mental Health. *Antidepressant Treatment and Suicidality: Methodological and Biostatistical Solutions. #R01* MH8012201, $2,640,000 (PI).

2009-2011 National Institute of Mental Health. *Mental Health Computerized Adaptive Testing - Supplement*, Grant #RO1 MH66302-04, $1,773,298 (PI).

## OTHER ACTIVITIES:

Reviewer for *Journal of American Statistical Assoc., Biometrics, Psychometrika, Technometrics, Archives of General Psychiatry, Journal, of Psychiatric Research, American Journal of Psychiatry, Science, Psychiatry Research, Sociological Methodology, Psychological Bulletin, Biological Psychiatry, Environmental Science and Technology, Statistics in Medicine,* and *Ground Water*

Grant reviewer for National Institute of Mental Health

Editorial Board of *Health Services and Outcomes Research*

## PEER REVIEWED PUBLICATIONS:

1.  Stein J.H., Gibbons R.D., & Meldman M.J. Lateral eye movement, handedness and sex in learning disability children. *Cortex, 16,* 223-229, 1980.
2.  Gibbons R.D. Clark, D., & Davis J.M. A statistical model for the classification of imipramine response in depressed inpatients. *Psychopharmacology, 78,* 185-189, 1982.
3.  Ostrow D.G., Halaris A., DeMet E., Gibbons R.D. & Davis J.M. Ion transport and adrenergic function in major affective disorders. *Biological Psychiatry, 17,* 971-980, 1982.
4.  Fawcett J., Clark D.C., Scheftner W.A., & Gibbons R.D. Assessing anhedonia in psychiatric patients: the pleasure scale. *Archives of General Psychiatry, 40,* 79-84, 1983.
5.  Dorus E., Cox N.J., Gibbons R.D., Shaughnessy R., Pandey G.N. & Cloninger R.C. Lithium ion transport and affective disorders within families of bipolar patients. *Archives of General Psychiatry, 401,* 945-552, 1983.
6.  Ostrow D.G. Okonek A., Gibbons R.D., Cooper R., & Davis J.M. Biological markers and antidepressant response. *Journal of Clinical Psychiatry, 44,* 10-13, 1983.
7.  Cavanaugh S., Clark D.C., & Gibbons R.D. Diagnosing depression in the hospitalized medically ill. *Psychosomatics, 24,* 809-815, 1983.
8.  Nasr S.J., Pandey G.N., Altman E.G., Gibbons R.D., Gaviria M.F., & Davis J.M. Symptom profile of patients with positive DST. *Biological Psychiatry, 18* , 1069-1073, 1983.
9.  Nasr S.J. & Gibbons R.D. Depressive symptoms associated with dexamethasone resistance. *Biological Psychiatry, 10,* 183-188, 1983.
10. Clark D.C., Cavanaugh S.A., & Gibbons R.D. The core symptoms of depression in

medical and psychiatric patients. *Journal of Nervous and Mental Disease, 171*, 705-713, 1983.

11.  Levy D.L., Yasillo N.J., Dorus E., Shaughnessy R., Gibbons R.D., Peterson J., Janicak P.G., Gaviria M., & Davis J.M. Relatives of unipolar and bipolar patients have normal pursuit. *Psychiatry Research, 10*, 285-293, 1983.

12.  Fugmann R.A., Aranyi C., Barbara P.W., Bradof J.N., Gibbons R.D., Fenters J.D. The effect of diethylstilbestral as measured by host resistance and tumor susceptibility assays in mice. *Journal of Toxicology and Environmental Health, 11*, 827-841, 1983.

13.  Gibbons R.D., Gudas C., Gibbons S.W. A study of the relationship between flexibility of closure and surgical skill. *Journal of the American Podiatry Association, 73*, 12-16, 1983.

14.  Gibbons R.D., Dorus E., Ostrow D.G., Pandey G.N., Davis J.M., Levy D.L. Mixture distributions in psychiatric research. *Biological Psychiatry, 19*, 483-509, 1984.

15.  Killian G.A., Holzman P.S., Davis J.M., Gibbons R.D.. Effect of psychotropic medication on selected cognitive and perceptual measures. *Journal of Abnormal Psychology, 93*, 58-70, 1984.

16.  Poznanski E.O., Grossman J.A., Buchsbaum Y., Banegas M., Freeman L., Gibbons R.D. Preliminary studies of the reliability of validity of the children's depression rating scale. *Journal of the American Academy of Child Psychiatry, 23*, 191-197, 1984.

17.  Zeller E.A., Huprikar S.V., Gibbons R.D., Miller E.A. Influence of age, sex and osteogenesis imperfecta on count, protein content, and monoamine oxidase activity of human thrombocytes. *Clinica Chemica Acta, 137*, 123-129, 1984.

18.  Maas J.M., Koslow S.H., Katz M.M., Bowden C.L., Gibbons R.D., Robbins E., and Davis, J.M. Pretreatment neurotransmitter metabolite levels and response to tricyclic antidepressant drugs. *American Journal of Psychiatry, 141*, 1159-1171, 1984.

19.  Gibbons R.D., Davis J.M. The price of beer and the salaries, of priest: a note on the analysis and display of longitudinal psychiatric data. *Archives of General Psychiatry, 41*, 1183-1184, 1984.

20.  Fawcett J.A., Clark D.C., Gibbons R.D., Aagesen C.A., Pisani V.D. Tilkin, J.M., Sellers D., Stutzman D. Preliminary report: evaluation of lithium therapy for alcoholism. *American Journal of Psychiatry, 45*, 494-498, 1984.

21.  Gibbons R.D., Clark D.C., Cavanaugh S.V. Application of modern psychometric theory in psychiatric research. *Journal of Psychiatric Research, 19*, 43-55, 1985.

22.  Janicak P.G., Davis J.M., Gibbons R.D., Ericksen S., Chang S., Gallagher P. Efficacy of ECT: A meta analysis. *American Journal of Psychiatry, 142*, 297-302, 1985.

23.  Levy D.L., Dorus E., Shaughnessy R., Yasillo N.J., Pandey G.N., Janicak P.G., Gibbons R.D., Gaviria M., Davis J.M. Pharmacologic evidence for specificity of pursuit dysfunction to schizophrenia: lithium carbonate associated with abnormal pursuit. *Archives of General Psychiatry, 42*, 335-341, 1985.

24.  Thomas P., Fugman R., Aranyi C., Barbera P., Gibbons R.D., Fenters J. The effect of dimethylnitrosamine on host resistance and immunity. *Toxicology and Applied Pharmacology, 77*, 219-229, 1985.

25.  Thomas P., Ratajczak H., Aranyi C., Gibbons R.D., Fenters J. Evaluation of host resistance and immune function in cadmium-exposed mice. *Toxicology and Applied Pharmacology, 80*, 446-456, 1985.

26.  Gordon S.M., Szidon J.P., Krotoszynski B.K., Gibbons R.D., O'Neill H.J. Volatile organic compounds in the expired air of subjects with lung cancer. *Clinical*

*Chemistry, 31*, 1278-1282, 1985.

27. Janicak P.G., Mask J., Trimakas K.A., Gibbons R.D. ECT: an assessment of mental health professionals' knowledge and attitudes. *Journal of Clinical Psychiatry, 46*, 262-266, 1985.

28. Clark D.C., Gibbons R.D., Fawcett J., Aagesen C.A., Sellars D. Unbiased criteria for severity of depression in alcoholic inpatients. *Journal of Nervous and Mental Disease, 73*, 482-487, 1985.

29. Goldman M., Dratman M.B. Crutchfield F.L., Jennings A.S., Marvniak J.A., Gibbons R.D. Intrathecal triiodothyronine administration causes greater heart rate stimulation in hypothyroid rats than intravenously-delivered hormone: evidence for a central nervous system site of thyroid action. *Journal of Clinical Investigation, 76*, 1622-1625, 1985.

30. Gibbons R.D., Lewine R.R.J., Davis J.M., Schooler N.R., Cole J.O. An empirical test of a Kraepelinian versus a Bleulerian view of negative symptoms. *Schizophrenia Bulletin, 11*, 390-395, 1985.

31. Gibbons R.D., Fielder-Weiss V.C., West D.P., Lapin G. Quantification of scalp hair - a computer aided methodology. *Journal of Investigative Dermatology, 86*, 78-82, 1986.

32. Gibbons R.D., Baker R.J., Skinner D.B. Field articulation testing: a predictor of technical skills in surgical residents. *Journal of Surgical Research, 41*, 53-57, 1986.

33. Gibbons R.D., Maas J.W., Davis J.M., Swann A., Redmond E., Casper R., Hanin I., Bowden C., Kocsis J., Stokes P. Path analysis of psychopharmacological data: catecholamine breakdown in man. *Psychiatry Research, 18*, 89-105, 1986.

34. Gibbons R.D., Davis J.M. Consistent evidence for a biological subtype of depression characterized by low CSF monoamine levels. *Acta Psychiatrica Scandinavica, 74*, 8-12, 1986.

35. Gibbons R.D. Computer-aided quantification of scalp hair. *Dermatologic Clinics, 4*, 627-640, 1986.

36. Gibbons R.D., Bock RD. Trend in Correlated Proportions. *Psychometrika, 52*, 113-124, 1987.

37. Clark D.C., Gibbons R.D., Daugherty S.R., Silverman C.M. Model for quantifying the drug involvement of medical students. *International Journal of Addictions, 22*, 249-271, 1987.

38. Dorus W., Kennedy J., Gibbons R.D., Ravi S.D. Symptoms and diagnosis of depression in alcoholics. Alcoholism: *Clinical and Experimental Research, 11*, 150-154, 1987.

39. Fawcett J.A., Scheftner W., Clark D.C., Hedeker D.R., Gibbons R.D., Coryell W. Clinical predictors of suicide in patients with major affective disorders: A controlled prospective study. *American Journal of Psychiatry, 144*, 35-40, 1987.

40. Gibbons R.D. Statistical prediction intervals for the evaluation of ground-water quality. *Ground Water, 25*, 455-465, 1987.

41. Gibbons R.D. Statistical models for the analysis of volatile organic compounds in waste disposal sites. *Ground Water, 25*, 572-580, 1987.

42. Gibbons R.D., Hedeker D., Davis J.M. Regression toward the mean: More on the price of beer and the salaries of priests. *Psychoneuroendocrinology, 12*, 185-192, 1987.

43. Gibbons R.D., Janicak P.G., Davis J.M. A response to Overall and Rhoades regarding their comment on the efficacy of unilateral vs bilateral ECT. *Convulsive Therapy 3*, 228-237, 1987.

44. Mass J.W., Koslow S.H., Davis, J.M., Katz M., Frazer A., Bowden C.L., Berman N.,

Gibbons R.D., Stokes P., Landis H. Catecholamine metabolism and disposition in healthy and depressed subjects. *Archives of General Psychiatry, 44*, 337-344, 1987.

45. Fawcett J., Clark D.C., Aagesan C.A., Pisani V.D., Tilkin J.M., Sellers D., McGuire M., Gibbons R.D. A double blind placebo controlled trial of lithium therapy for alcoholism. *Archives of General Psychiatry, 44*, 248-256, 1987.

46. Pandey G.N., Fawcett J.A., Gibbons R.D., Clark D.C., Davis J.M. Platelet monoamine oxidase in alcoholism. *Biological Psychiatry, 24*, 15-24, 1988.

47. Bock R.D., Gibbons R.D., Muraki E. Full information factor analysis. *Applied Psychological Measurement, 12*, 261-280, 1988.

48. Davis J.M., Koslow S.H., Gibbons R.D., Maas J.W., Bowden C.L., Casper R., Hanin I., Javaid J.I., Chang S.S., Stokes P.E. Cerebrospinal fluid and urinary biogenic amines and metabolites in depressed and healthy controls: a multivariate analysis. *Archives of General Psychiatry, 45*, 705-717, 1988.

49. Clark D.C., & Gibbons R.D. Does one nonlethal suicide attempt increase the risk for a subsequent nonlethal suicide attempt? *Medical Care, 25*, 87-88, 1987.

50. Kraemer H.C., Pruyn J.P., Gibbons R.D., Greenhouse J.B., Grochocinski V.J., Waternaux C., & Kupfer D.J. Methodology in psychiatric research. *Archives of General Psychiatry, 44*, 1100-1106, 1987.

51. O'Neill H.J., Gordon S.M., O'Neill M.H., Gibbons R.D., & Szidon J.P. A computerized classification technique for screening for the presence of breath biomarkers in lung cancer. *Clinical Chemistry, 33*, 1613-1618, 1988.

52. Aranyi C., Henry M.C., Vana S.C., Gibbons R.D., & Iverson W.O. Effects of multiple intermittent inhalation exposures to red phosphorus/butyl rubber obscurant smokes in Sprague-Dawley rats. *Inhalation Toxicology, 1*, 65-78, 1988.

53. Gibbons R.D., Hedeker D.R., Waternaux C., & Davis J.M. Random regression models: A comprehensive approach to the analysis of longitudinal psychiatric data. *Psychopharmacological Bulletin, 24*, 438-443, 1988.

54. Talsma D.M., Leach C.L., Hatoum N.S., Gibbons R.D., Roger J.C., & Garvin P.J. Reducing the number of rabbits in the Draize eye irritancy test: A statistical analysis of 155 studies conducted over 6 years. *Fundamental and Applied Toxicology, 10*, 146-153, 1988.

55. Henthorn T.K., Benitez J., Avram M.J., Martinez C., Llerena A., Cobaleda J., Krejcie T.C., & Gibbons R.D. Assessment of the debrisoquin and dextromethorphan phenotyping tests by Gaussian mixture distribution analysis. *Clinical Pharmacology and Therapeutics, 45*, 328-333, 1989.

56. Hedeker D.R., Gibbons R.D., Waternaux C., & Davis J.M. Investigating drug plasma levels and clinical response using random regression models. *Psychopharmacological Bulletin, 25*, 227-231, 1989.

57. Clark D.C., Gibbons R.D., Fawcett, J. & Sheftner W.A. What is the mechanism by which suicide attempts predispose to later suicide attempts? A mathematical model. *Journal of Abnormal Psychology, 98*, 1989.

58. Gibbons R.D. A comment on "Statistical Methods for Evaluating Ground-water Monitoring from Hazardous Waste Facilities" - Final Rule *Ground Water, 27*, 252-254, 1989.

59. Gibbons R.D., Hedeker D.R. & Davis J.M. A comment on the selection of "healthy controls" for psychiatric experiments. *Archives of General Psychiatry, 47*, 785-786, 1990.

60. Gibbons R.D. A general statistical procedure for Ground-Water Detection Monitoring at waste disposal facilities. *Ground Water, 28*, 235-243, 1990.

61.     Gibbons R.D. Estimating the precision of ground-water elevation data. *Ground Water, 28*, 357-360, 1990.

62.     Gibbons R.D., Clark D.C & Fawcett J. A statistical method for evaluating suicide clusters and implementing cluster surveillance. *American Journal of Epidemiology, 132*, S183-S191, 1990.

63.     Fawcett J., Aagesen C.A., Tilken J.M., McGuire M., Clark D.C., Pisani V.D., Sellers D., & Gibbons R.D. Lithium carbonate prophylaxis of alcoholism: Its time has come: in reply. *Archives of General Psychiatry, 46*, 290-291, 1990.

64.     Hatoum N.S., Leach C.L., Talsma D.M., Gibbons R.D., & Garvin P.J. A statistical Basis for using fewer rabbits in dermal irritation testing. *Journal of the American College of Toxicology, 9*, 49-60, 1990.

65.     Fawcett J., Sheftner W.A., Fogg L., Clark D.C., Young M.A., Hedeker D.R., & Gibbons R.D. Time-related predictors of suicide in major affective disorder. *American Journal of Psychiatry, 147*, 1189-1194, 1990.

66.     Gibbons R.D. & Baker J. The properties of various statistical prediction limits. *Journal of Environmental Science and Health, A26-4*, 535-553, 1991.

67.     Hedeker D.R., Gibbons R.D., & Davis J.M. Random regression models for multicenter clinical trials data. *Psychopharmacological Bulletin, 27-1*, 73-77, 1991.

68.     Gibbons R.D. Statistical tolerance limits for ground-water monitoring. *Ground Water, 29*, 563-570, 1991.

69.     Gibbons R.D. Statistical tolerance limits for ground-water monitoring. *Water Resources Journal, 171*, 21-28, 1991. Reprinted by the United Nations Economic and Social Commission for Asia and the Pacific.

70.     Gibbons R.D. Some additional nonparametric prediction limits for ground-water monitoring at waste disposal facilities. *Ground Water, 29*, 729-736, 1991.

71.     Gibbons R.D., Jarke F.H., & Stoub K.P. Detection Limits: for linear calibration curves with increasing variance and multiple future detection decisions. *Waste Testing and Quality Assurance, 3*, ASTM STP 1075, 377-390, 1991.

72.     Daniel D.G., Goldberg T.E., Gibbons R.D. & Weinberger D.R. Lack of a bimodal distribution of ventricular size in schizophrenia: A Gaussian mixture analysis of 1056 cases and controls. *Biological Psychiatry, 30*, 887-903, 1991.

73.     Gibbons R.D., Grams N.E., Jarke F.H., & Stoub K.P. Practical quantitation limits. *Chemometrics and Intelligent Laboratory Systems, 12*, 225-235, 1992.

74.     Hendrix M.S., Haviland M.G., Gibbons R.D., & Clark D.C. An application of item-response theory to alexithymia assessment among abstinent alcoholics. *Journal of Personality Assessment, 58*, 506-515, 1992.

75.     Gibbons R.D., & Hedeker D.R. Full-information item bi-factor analysis. *Psychometrika, 57*, 423-436, 1992.

76.     Charles S.C., Gibbons R.D., Frisch P.R., Pyskoty C.E., Hedeker D.R., & Singha N.K. Predicting risk for medical malpractice claims utilizing quality of care characteristics. *Western Journal of Medicine, 157*, 433-439, 1992.

77.     Gibbons R.D., Clark D.C & Fawcett J. Response to Bohning, Lindsay and Schlattman regarding statistical methodology for suicide cluster analysis. *American Journal of Epidemiology, 135*, 1312-1314, 1992.

78.     Davis J.M., Janicak P.G, Wang Z.G. Gibbons R.D. & Sharma R.P. The efficacy of psychotropic drugs: Implications for power analysis. *Psychopharmacology Bulletin, 28*, 151-155, 1992.

79.     Tanner J.M., Gibbons R.D. & Bock R.D. An image analysis system for TW skeletal maturity. *Hormone Research, 32*, 11, 1992.

80.     Clark D.C., Gibbons R.D., Haviland M.G., & Hendryx M.S. Assessing the severity of

depressive states in recently-detoxified alcoholics. *J. of Studies on Alcohol*, *54*, 107-114, 1993.

81.   Appleby L., Desai P.N., Luchins D.J., Gibbons R.D., & Hedeker D.R. Length of stay and recidivism in schizophrenia: A study of public psychiatric hospital patients. *Am. J. of Psychiatry*, *150*, 72-76, 1993.

82.   Gibbons R.D., Hedeker D.R., Elkin I., Waternaux C., Kraemer H.C., Greenhouse J.B., Shea M.T., Imber S.D., Sotsky S.M., & Watkins J.T. Some conceptual and statistical issues in analysis of longitudinal psychiatric data. *Archives of General Psychiatry*, *50*, 739-750, 1993.

83.   Gibbons R.D., Hedeker D.R. & Davis J.M. Estimation of effect size from a series of experiments involving paired comparisons. *Journal of Educational Statistics*, *18*, 271-279, 1993.

84.   Miller N.S., Szcuczki D. & Gibbons R.D. Family history in comorbidity and alcohol dependence in cocaine dependence. *Alcohol Treatment Quarterly*, *10*, 77-94, 1993.

85.   Gibbons R.D., Clark D.C., & Kupfer D.J. Exactly what does the Hamilton Depression Rating Scale measure? *Journal of Psychiatric Research*, *27*, 259-273, 1993.

86.   Gibbons R.D., and Hedeker D.R. Application of random-effects probit regression models. *Journal of Clinical and Consulting Psychology*, *62*, 285-296, 1994.

87.   Hedeker D.R., Gibbons R.D., & Flay B.R. Random regression models for clustered data: with an example from smoking prevention research. *Journal of Clinical and Consulting Psychology*, *62*, 757-765, 1994.

88.   Gibbons R.D., Hedeker D.R. Charles S.C., & Frisch P. A random-effects probit model for predicting medical malpractice claims. *Journal of the American Statistical Association*, *89*, 760-767, 1994.

89.   Tanner J.M., & Gibbons R.D. A computerized image analysis system for estimating Tanner-Whitehouse 2 bone age. *Hormone Research*, *42*, 282-287, 1994.

90.   Hedeker D.R., & Gibbons R.D. A random-effects ordinal regression model for multilevel analysis. *Biometrics*, *50*, 933-944, 1994.

91.   Tanner J.M., & Gibbons R.D. Automatic bone age measurement using computerized image analysis. *J. Paed Endocr*, *7*, 141-145, 1994.

92.   Gibbons R.D. Some conceptual and statistical issues in detection of low level environmental pollutants. *Environmental and Ecological Statistics*, *2*, 125-162, 1995.

93.   Gibbons R.D. Rejoinder: Some conceptual and statistical issues in detection of low level environmental pollutants. *Environmental and Ecological Statistics*, *2*, 163-167, 1995.

94.   Frisch P., Charles S.C., Gibbons R.D. & Hedeker D. Role of previous claims and specialty on the effectiveness of risk management education for office based physicians. *The Western Journal of Medicine*, *163*, 346-350, 1995.

95.   Elkin I., Gibbons R.D., Shea M.T., Sotsky S.M., Watkins J.T., Pilkonis P.A. & Hedeker D. Initial severity and differential outcome in the NIMH treatment of depression collaborative research program. *Journal of Clinical and Consulting Psychology*, *63*, 841-847, 1995.

96.   Gibbons R.D. The problem with U.S. EPA's method detection limit. *American Environmental Laboratory*, *8*, 4-10, 1996.

97.   Elkin I., Gibbons R.D., Shea M.T., & Shaw B.F. Science is not a trial (but it can sometimes be a tribulation). *Journal of Clinical and Consulting Psychology*, *64*, 92-103, 1996.

98.   Gibbons R.D. Some conceptual and statistical issues in analysis of ground-water

monitoring data. *Environmetrics*, *7*, 185-199, 1996.

99.  Hedeker D. & Gibbons R.D. MIXOR: a computer program for mixed-effects ordinal regression analysis. *Computer Methods and Programs in Biomedicine*, *49*, 157-176, 1996.

100.  Hedeker D. & Gibbons R.D. MIXREG: a computer program for mixed-effects regression analysis with autocorrelated errors. *Computer Methods and Programs in Biomedicine*, *49*, 229-252, 1996.

101.  Gibbons R.D., Brown J. & Cameron K. Provisional standard guide for developing appropriate statistical approaches for ground-water detection monitoring programs. *ASTM* PS 64-96, West Conshohocken, PA, 1996.

102.  Gibbons R.D. & Coleman D.E. QL assumptions questioned. *J. of AWWA*, *88*, 4-8, 1996.

103.  Appleby L., Luchins D.J., Desai P.N., Gibbons R.D., Janicak P.G. & Marks R. Length of inpatient stay and recidivism among patients with schizophrenia. *Psychiatric Services*, *47*, 985-990, 1996.

104.  Bock R.D. & Gibbons R.D. High dimensional multivariate probit analysis. *Biometrics*, *52*, 1183-1194, 1996.

105.  Gibbons R.D. Stalking the RCRA Leapfrog. *Remediation*, *4*, 27-30, 1996.

106.  Lavigne J.V., Gibbons, R.D., Cristoffel K.K., Arend, R., Rosenbaum D., Binns H., Dawson N., Sobel H. & Isaacs C. Prevalence rates and correlates of psychiatric disorders among preschool children. *Journal of the American Academy of Child and Adolescent Psychiatry*, *35*, 204-214, 1996.

107.  Hedeker D. & Gibbons R.D. Application of random-effects pattern-mixture models for missing data in longitudinal studies. *Psychological Methods*, *2*, 64-78, 1997.

108.  Gibbons R.D., Coleman D.E. & Maddalone R.F. An alternative minimum level definition for analytical quantification. *Environmental Science and Technology*, *31*, 2071-2077, 1997.

109.  Zorn M.E., Gibbons R.D. & Sonzogni W.C. Weighted least squares approach to calculating limits of detection and quantification by modeling variability as a function of concentration. *Analytical Chemistry*, *69*, 3069-3075, 1997.

110.  Gibbons R.D. & Hedeker D. Random-effects probit and logistic regression models for three-level data. *Biometrics*, *53*, 1527-1537, 1997.

111.  Gibbons R.D., Coleman D.E. & Maddalone R.F. Response to comment on "An alternative minimum level definition for analytical quantification." *Environmental Science and Technology*, *31*, 3729-3731, 1997.

112.  Baldwin R., Bethem R.A., Boyd R.K., Budde W.L., Cairns T., Gibbons R.D., Henion J.D., Kaiser M.A., Lewis D.L., Matusik J.E., Sphon J.A., Stephany R.W., Trubey R.K. 1996 ASMS Fall workshop - Limits to confirmation, quantitation, and detection. *Journal of the American Society for Mass Spectrometry*, *8*, 1180-1190, 1997.

113.  Gibbons R.D. & Wilcox-Gök V. Health Service Utilization and Insurance Coverage: A Multivariate Probit Analysis. *Journal of the American Statistical Association*, *93*, 63-72, 1998.

114.  Gibbons R.D., Coleman D.E. & Maddalone R.F. Response to comment on "An alternative minimum level definition for analytical quantification." *Environmental Science and Technology*, *32*, 2346-2348, 1998.

115.  Gibbons R.D. Some conceptual and statistical issues in analysis of ground-water monitoring data. In *Encyclopedia of Environmental Analysis and Remediation*, John Wiley & Sons, 1998.

116.  Gibbons R.D. Some conceptual and statistical issues in detection and quantification of

environmental pollutants. In *Encyclopedia of Environmental Analysis and Remediation*, John Wiley & Sons, 1998.

117.  Gibbons  R.D. & Lavigne J.V. Emergence of childhood psychiatric disorders: A multivariate probit analysis. *Statistics in Medicine*, *17*, 2487-2499, 1998.

118.  Gibbons  R.D. False positives in groundwater statistics. *Waste Age*, *29*, 32-37, 1998.

119.  Lavigne J.V., Binns H.J., Arend R., Rosenbaum D., Christoffel K.K, Hayford J.R. & Gibbons R.D. Psychopathology and health care use among preschool children: A retrospective analysis. *J. of the American Academy of Child and Adolescent Psychiatry*, *37*, 262-270, 1998.

120.  Lavigne J.V., Arend R., Rosenbaum D., Binns H.J., Christoffel K.K, & Gibbons R.D. Psychiatric disorders with onset in the preschool years: I. Stability of diagnosis. *J. of the American Academy of Child and Adolescent Psychiatry*, *37*, 1246-1254, 1998.

121.  Lavigne J.V., Arend R., Rosenbaum D., Binns H.J., Christoffel K.K, & Gibbons R.D. Psychiatric disorders with onset in the preschool years: II. Correlates and predictors of stable case status. *J. of the American Academy of Child and Adolescent Psychiatry*, *37*, 1255-1261, 1998.

122.  Gibbons  R.D., Brown J. & Cameron K. Guide for developing appropriate statistical approaches for ground-water detection monitoring programs. *ASTM* **D6312-98**, West Conshohocken, PA, 1999.

123.  Gibbons     R.D. Discussion of simultaneous nonparametric prediction limits. *Technometrics*, *41*, 104-105, 1999.

124.  Hedeker D.R., Gibbons R.D & Waternaux C. Sample size estimation for longitudinal designs with attrition. *J. of Educational Statistics*, *24*, 70-93, 1999.

125.  Gibbons  R.D., Coleman D.E. & Maddalone R.F. Response to comment on "An alternative minimum level definition for analytical quantification." *Environmental Science and Technology*, *33*, 1313-1314, 1999.

126.  Zorn M.E., Gibbons R.D. & Sonzogni W.C. Evaluation of approximate methods for calculating the limit of detection and limit of quantification. *Environmental Science and Technology*, *33*, 2291-2295, 1999.

127.  Bunney  W.E., Azarnoff D.L., Brown B.W., Cancro R., Gibbons, R.D., Gillin J.C., Hullett S., Killam K.F., Kupfer D.J., Krystal J.H., Stolley P.D., French G.S., Pope A.M. Report on the Institute of Medicine committee on the efficacy of and safety of Halcion. *Archives of General Psychiatry*, *56*, 349-352, 1999.

128.  Gibbons  R.D. Use of combined Shewhart-CUSUM control charts for ground-water monitoring applications. *Ground Water*, *37*, 682-691, 1999.

129.  Lavigne J.V., Gibbons R.D., Arend R., Rosenbaum D., Binns H.J., & Christoffel K.K. Toward rational service planning in pediatric primary care: continuity and change in the occurrence of psychopathology among young children enrolled in pediatric practices. *J. of Pediatric Psychology*, *24*, 393-403, 1999,

130.  Gibbons  R.D., Brown B.W., Azarnoff D.L., Bunney W.E., Cancro R., Gillin J.C., Hullett S., Killam K.F., Krystal J.H., Kupfer D.J., Stolley P.D., Pope A.M., French G.S. Assessment of the safety and efficacy data for the hypnotic Halcion [R]: Results of an analysis by an Institute of Medicine committee. *Journal of the American Statistical Association*, *94*, 993-1002, 1999.

131.  Gibbons  R.D., Dolan D.G., May H., O'Leary K. & O'Hara R. Statistical comparison of leachate from hazardous, co-disposal, and municipal solid waste landfills. *Ground Water Monitoring and Remediation*, *19*, 57-72, 1999.

132.  Gibbons  R.D. Discussion of "Rethinking Poisson-based statistics for GW quality monitoring." *Ground Water*, *37*, 803-804, 1999.

133. Gibbons R.D., Meltzer D., Duan N., Penhoet E.D., Dubler N.N., Francis C.K., Gill, B., Guinan E., Henderson M., Ildstad S.T., King, P.A., Martinez-Maldonado M., Mclain G.E., Murray J.E., Nelkin D. Spellman M.W, Pope A. and Pitluck S. Waiting for Organ Transplantation, *Science*, *287*, 237-238, 2000.

134. Gibbons R.D., Duan, N., Meltzer D. Inequities in liver transplant allocation. *Science*, *289*, 549, 2000.

135. Gibbons R.D. & Hedeker D. Applications of mixed-effect models in biostatistics. *Sankhya*, *62*, Series B, 70-103, 2000.

136. Gibbons R.D. Mixed-effects models for mental health services research. *Health Services and Outcomes Research Methodology*, *1*, 91-129, 2000.

137. Gibbons R.D. Detection and quantification of environmental pollutants. In *Encyclopedia of Analytical Chemistry*, John Wiley & Sons, New York, 2000.

138. Gibbons R.D. and Bhaumik D. Weighted random-effects regression models with application to inter-laboratory calibration. *Technometrics*, *43*, 192-198, 2001.

139. Lavigne J.V. Cicchetti C., Gibbons R.D., Binns, H.J., Larsen, L., and DeVito C. Oppositional defiant disorder with onset in preschool years: Longitudinal stability and pathways to other disorders. *Journal of the American Academy of Child and Adolescent Psychiatry*, *40*, 1393-1400, 2001.

140. Marcus S.M. and Gibbons R.D. Estimating the Efficacy of Receiving Treatment In Randomized Clinical Trials with Noncompliance. *Health Services and Outcomes Research Methodology*, *2*, 247-258, 2001.

141. Frank E., Kupfer D.J., Gerebtzoff, Meya, U., Laghrissi-Thode, F., Grochocinski, V.J., Houck, P.R., Mallinger, A.G., and Gibbons, R.D. The development of study exit criteria for evaluating antimanic compounds. *Journal of Clinical Psychiatry*, *62*, 421-425, 2001.

142. Bailey H.R, Beck D.E., Billingham R.P., Binderow S.R., Gottesman L., Hull T., Larach S.W., Margolin D.A., Milson J.W., Potenti F.M., Rafferty J.F., Riff D.S., Sands L.R., Senagore A., Stamos M.J., Yee L.F., Young-Fadok T.M., Gibbons R.D. A study to determine the nitroglycerin ointment dose and dosing interval that best promote the healing of chronic anal fissures. *Dis Colon Rectum*, *45*, 1192-1199, 2002.

143. Gibbons R.D., Duan N., Meltzer D., Pope, A., Penhoet E.D., Dubler N.N., Francis C.K., Gill, B., Guinan E., Henderson M., Ildstad S.T., King, P.A., Martinez-Maldonado M., Mclain G.E., Murray J.E., Nelkin D. Spellman M.W, and Pitluck S. Waiting for Organ Transplantation: Results of an analysis by an Institute of Medicine Committee, *Biostatistics*, *4*, 207-222, 2003.

144. Gibbons R.D. A Statistical Approach for Performing Water Quality Impairment Assessments. *Journal of AWRA*, *39*, 841-849, 2003.

145. Bhaumik D.K. and Gibbons R.D. An upper prediction limit for the arithmetic mean of a lognormal random variable. *Technometrics*, *46*, 239-248, 2004.

146. MTA Cooperative Group. National Institute of Mental Health multimodal treatment study of ADHD follow-up: 24-month outcomes of treatment strategies for attention-deficit/hyperactivity disorder. *Pediatrics*, *113*, 754-761, 2004.

147. MTA Cooperative Group. National Institute of Mental Health multimodal treatment study of ADHD follow-up: Changes in effectiveness and growth after the end of treatment. *Pediatrics*, *113*, 762-769, 2004.

148. Gibbons R.D. Racial disparities in liver transplantation. *Liver Transplantation*, *10*, 842-843, 2004.

149. Gibbons R.D., Lazar N.A., Bhaumik D.K., Sclove S.L., Chen H.Y., Thulborn K.R., Sweeney J.A., Hur K., Patterson D. Estimation and classification of fMRI

hemodynamic response patterns. *Neuroimage, 22*, 804-814, 2004.

150. Hurlburt M.S., Leslie L.K., Landsverk J., Barth R.P., Burns B.J., Gibbons R.D., Slymen D.J., Zhang J. Contextual predictors of mental health service use among a cohort of children open to child welfare. *Archives of General Psychiatry, 61*, 1217-1224, 2004.

151. Gibbons R.D., Bhaumik, D.K., Cox D.R., Grayson D., Davis J.M., and Sharma R.P. Sequential Prediction Bounds for Identifying Differentially Expressed Genes in Replicated Microarray Experiments. *Journal of Statistical Planning and Inference, 129*, 19-37, 2005.

152. Gibbons R.D., Hur, K., Bhaumik, D.K., Mann, J.J. The relationship between antidepressant medication use and rate of suicide. *Archives of General Psychiatry, 62*, 165-172, 2005.

153. Bhaumik D.K. and Gibbons R.D. Confidence regions for random-effects calibration curves with heteroscedastic errors. *Technometrics, 62*, 223-230, 2005.

154. Bhaumik D.K. and Gibbons R.D. One-sided prediction intervals for at least p of m observations from a gamma population at each of r locations. *Technometrics, 48*, 112-119, 2006.

155. Gibbons R.D. and Bhaumik D.K. Simultaneous gamma prediction limits for ground-water monitoring applications. *Ground Water Monitoring and Remediation*, 26, 105-116, 2006.

156. Gibbons R.D., Hur, K., Bhaumik, D.K., Mann, J.J. The relationship between antidepressant prescription rates and rates of early adolescent suicide. *American Journal of Psychiatry, 163*, 1898-1904, 2006.

157. Marcus S.M., Gorman J.M., Tu X., Gibbons R.D., Barlow D.H., Woods S.W., Shear M.K. Rater Bias in a Blinded Randomized Placebo-Controlled Psychiatry Trial. *Statistics in Medicine, 25*, 2762-2770, 2006.

158. Gibbons R.D., Bock R.D., Hedeker D., Weiss D., Segawa E., Bhaumik D.K., Kupfer D., Frank E., Grochocinski V., Stover A. Full-Information Item Bi-Factor Analysis of Graded Response Data. *Applied Psychological Measurement, 31*, 4-19, 2007.

159. Redd J, Suggs H, Gibbons R, Muhammad L, McDonald J, Bell CC. The Bloomington Model: A Plan to Strengthen Families and Decrease the Need for Protective Custody. *Illinois Child Welfare, 2*, 34-46, 2007.

160. Kunwar S., Prados M.D., Chang S.M., Berger M.S., Lang F.F., Piepmeier J.M., Sampson J.H., Ram Z., Gutin P.H., Gibbons R.D., Aldape K.D., Croteau D., Sherman J.W., Puri R.K. Direct inter-cerebral delivery of Cintredekin Besudotox (IL13-PE38QQR) in patients with recurrent malignant glioma. *Journal of Clinical Oncology, 25*, 837-844, 2007.

161. Swanson J.M., Elliott G.R., Greenhill L.L., Wigal T., Arnold L.E., Vitiello B., Hetchman L., Epstein J., Pelham W., Abikoff H.B., Newcorn J., Molina B., Hinshaw S., Wells K., Hoza B., Severe J.B., Jensen P.S., Gibbons R.D., Hur K., Stehli A., Davies M., March J., Caron M., Volkow N.D., and Posner M.I. Effects of Stimulant Medication on Growth Rates Across 3 Years in the MTA Follow-up. *Journal of the American Academy of Child & Adolescent Psychiatry, 46*, 1015-1027, 2007.

162. Jensen P.S., Arnold L.E., Swanson J., Vitiello B., Abikoff, H.B., Greenhill L.L., Hechtman L., Hinshaw S.P., Pelham W.E., Wells K.C., Conners C.K., Elliott G.R., Epstein J., Hoza B., Molina B.S., Newcorn J.H., Severe J.A., Wigal T., Gibbons R.D., Hur K., Follow-up of the NIMH MTA Study at 36 Months After Randomization. *Journal of the American Academy of Child & Adolescent Psychiatry, 46*, 989-1002, 2007.

163.    Swanson J., Hinshaw S.P., Arnold L.E., Gibbons R.D., Marcus S., Hur K., Jensen P.S., Vitiello B., Abikoff H., Greenhill L.L., Hechtman L., Pelham W., Wells K., Conners C.K., Elliott G., Epstein L., Hoagwood K., Hoza B., Molina B.S., Newcorn J.H., Severe J.B., Odbert C., Wigal T. Secondary Evaluations of MTA 36-month Outcomes: Propensity Score and Growth Mixture Model Analyses. *Journal of the American Academy of Child & Adolescent Psychiatry, 46,* 1003-1014, 2007.

164.    Molina, B.S., Flory K., Hinshaw S.P., Greiner A.R., Arnold L.E., Swanson J., Hechtman L., Jensen P.S., Vitiello B., Hoza B., Pelham W.E., Elliott G.R., Wells K.C., Abikoff H.B., Gibbons R.D., Marcus S., Epstein J., Greenhill L.L., Newcorn J.H., Severe J.B., Wigal T. Delinquent behavior and emerging substance use in the MTA at 36-months: Prevalence, course, and treatment effects. Propensity Score and Growth Mixture Model Analyses. *Journal of the American Academy of Child & Adolescent Psychiatry, 46,* 1028-1040, 2007.

165.    Shuhaiber J.H., Kim J.B., Hur K., Gibbons R.D. Comparison of Survival in Primary and Repeat Heart Transplantation during 1987-2004 in the United States. *Annals of Thoracic Surgery, 83,* 2135-2141, 2007.

166.    Gibbons R.D., Brown C.H., Hur K., Marcus S., Bhaumik D.K., Erkens J.A., Herings R.M.C., Mann J.J. Early evidence on the effects of the FDA black box warning on SSRI prescriptions and suicide in children and adolescents. *American Journal of Psychiatry, 164,* 1356-1363, 2007.

167.    Gibbons R.D., Brown C.H., Hur K., Marcus S., Bhaumik D.K., Mann J.J. The relationship between antidepressants and suicide: Results of analysis of the Veterans Health Administration datasets. *American Journal of Psychiatry, 164,* 1044-1049, 2007.

168.    Roy A., Bhaumik D.K., Aryal S., Gibbons R.D. Sample size determination for hierarchical longitudinal designs with differential attrition rates. *Biometrics, 63,* 699-707, 2007.

169.    Gibbons R.D., Brown C.H., Mann J.J. SSRI prescribing rates and adolescent suicide: Is the black box helping or hurting. *Psychiatric Times, 24,* 1-2, 2007.

170.    Nakagawa A., Grunebaum M.F., Ellis S.P., Oquendo M.A., Gibbons R.D., and Mann J.J. Suicide and antidepressant prescription rates in Japan, 1999-2003. *Journal of Clinical Psychiatry, 68,* 908-916, 2007.

171.    Gibbons R.D. Dr. Gibbons replies. *American Journal of Psychiatry, 164,* 1908-1910, 2007.

172.    Gibbons R.D., Hur K., Bhaumik D., Bell C.C. Profiling of county-level foster care placements using random-effects Poisson regression models. *Health Services and Outcomes research Methodology, 7,* 97-108, 2007.

173.    Aryal S., Bhaumik D.K., Mathew T. and Gibbons R.D. Approximate Tolerance Limits and Prediction Limits for the Gamma Distribution. *Journal of Applied Statistical Science, 16,* 103-111, 2007.

174.    Brown C.H., Wyman P.A., Brinales J.M., and Gibbons R.D. The role of randomized trials in testing interventions for the prevention of youth suicide. *International Journal of Psychiatry, 19,* 617-631, 2007.

175.    Gibbons R.D., Weiss D.J., Kupfer D.J., Frank E., Fagiolini A., Grochocinski V.J., Bhaumik D.K., Stover A. Bock R.D., Immekus J.C. Using computerized adaptive testing to reduce the burden of mental health assessment. *Psychiatric Services, 59,* 361-368, 2008.

176.    Gibbons R.D., Segawa E., Karabatsos G., Amatya A.K., Bhaumik D.K., Brown C.H, Kapur K., Marcus S., Hur K., Mann J.J. Random-effect Poisson regression

analysis of adverse event reports: The relationship between antidepressants and suicide. Statistics in Medicine, 27, 1814-1833, 2008.

177. Bell C.C., Bhana A., Petersen I, McKay M.M., Gibbons R.D., Bannon W., Amatya A. Building protective factors to offset sexually risky behaviors among black South African youth: A randomized controlled trial. *Journal of the National Medical Association*, 100, 936-944, 2008.

178. Bhaumik D.K., Roy A., Lazar N.A., Kapur K., Aryal S., Gibbons R.D., Sweeney J.A., Patterson D: Hypothesis testing, power and sample size determination for between group comparisons in fMRI experiments. *Statistical Methodology*, 6, 133-146, 2008

179. Shuhaiber, J.H., Kim, J.B., Gibbons, R.D. Repeat heart-lung transplantation outcome in the United States. *Journal of Heart Lung Transplantation*, 27, 1122-1127, 2008.

180. Gibbons, R.D. Design and analysis of longitudinal studies. *Psychiatric Annals*, 38, 758-761, 2008.

181. Bhaumik, D.K., Roy, A. Aryal S., Hur, K., Duan, N., Normand, S.L.T., Brown, C.H., Gibbons, R.D. Sample size determination for studies with repeated continuous outcomes. *Psychiatric Annals*, 38, 765-771, 2008.

182. Lavori, P.W., Brown, C.H., Duan, N., Gibbons, R.D., Greenhouse, J. Missing data in longitudinal clinical trials - Part A: Design and conceptual issues. *Psychiatric Annals*, 38, 784-792, 2008.

183. Siddique, J. Brown, C.H., Hedeker D., Duan, N., Gibbons, R.D., Miranda J., Lavori, P.W. Missing data in longitudinal trials – Part B: Analytic issues. *Psychiatric Annals*, 38, 793-801, 2008.

184. Marcus, S.M., Siddique, J., Ten Have, T.R., Gibbons, R.D., Stuart, E., Normand, S.L.T. Balancing treatment comparisons in longitudinal studies. *Psychiatric Annals*, 38, 805-811, 2008.

185. Glisson, C., Landsverk, J., Schoenwald, S., Kelleher, K., Hoagwood, K.E., Mayberg, S., Green, P., Weisz, J., Chorpita, B., Gibbons, R., Green, E.P., Hoagwood, K., Jensen, P.S., Miranda, J., Palinkas, L. Assessing the Organizational Social Context (OSC) of mental health services: Implications for research and practice. *Administration and Policy in Mental Health and Mental Health Services Research*, 35, 98-113, 2008.

186. Schoenwald, S. K., Chapman, J. E., Kelleher, K., Hoagwood, K. E., Landsverk, J., Stevens, J., Glisson, C., Rolls-Reutz, J., Weisz, J. R., Chorpita, B. F., Gibbons, R.D., Green, E. P., Jensen, P. S., Mayberg, S., Miranda, J., & Palinkas, L. A survey of the infrastructure for children's mental health services: Implications for the implementation of empirically supported treatments (ESTs). *Administration and Policy in Mental Health and Mental Health Services Research*, 35, 84-97, 2008.

187. Hoagwood, K. E., Green, E., Kelleher, K., Schoenwald, S. K., Rolls-Reutz, J., Landsverk, J., Glisson, C., Mayberg, S., Weisz, J. R., Chorpita, B. F., Gibbons, R.D., Green, E. P., Jensen, P. S., Miranda, J., & Palinkas, L. Family advocacy, support and education in children's mental health: Results of a national survey. *Administration and Policy in Mental Health and Mental Health Services Research*, 35, 73-83, 2008.

188. Glisson, C., Schoenwald, S. K., Kelleher, K., Landsverk, J., Hoagwood, K. E., Mayberg, S., Green, E. P., Weisz, J. R., Chorpita, B. F., Gibbons, R.D., Jensen, P. S., Miranda, J., & Palinkas, L. Therapist turnover and new program sustainability in mental health clinics as a function of organizational culture, climate, and service structure. *Administration and Policy in Mental Health and Mental Health Services Research*, 35, 124-133, 2008.

189. Brown, C.H., Ten Have, T.R., Jo, B., Dagne, G., Wyman, P.A., Muthén, B., and Gibbons, R.D. Adaptive designs in public health. *Annual Review of Public Health*, 30, 17.1-17.25, 2009.

190. Shuhaiber, J.H., Kim, J.B., Hur, K., Gibbons, R.D. Survival of primary and repeat lung transplantation in the United States. *Annals of Thoracic Surgery*, 87, 261-266, 2009.

191. Aryal S., Bhaumik D.K., Sourav S., Gibbons R.D. Confidence intervals for random-effects calibration curves with left-censored data. *Environmetrics*, 20, 181-189,2009.

192. Cassano G.B., Mula M., Rucci P., Miniati M., Frank E., Kupfer D.J., Oppo A., Calugi S., Maggi L., Gibbons R.D., Fagiolini A. The structure of lifetime manic-hypomanic spectrum. *Journal of Affective Disorders*, 115, 253-256, 2009.

193. Gibbons R.D., Rush J., Immekus J.C. On the psychometric validity of the diagnostic domains of the PDSQ. *Journal of Psychiatric Research*, 43, 401-410, 2009.

194. Molina, B.S.G., Hinshaw S.P., Swanson J.M., Arnold, L.E., Vitiello, B., Jensen, P.S., Epstein, J.N., Hoza, B., Hechtman, L., Abikoff, H.B., Elliott, G.R., Greenhill, L.L., Newcorn, J.H., Wells, K.C., Wigal, T.L., Severe, J.B., Gibbons, R.D., Hur, K., Houck, P.R., and the MTA Cooperative Group. The MTA at 8 Years: Prospective Follow-Up of Children Treated for Combined Type ADHD in a Multisite Study. *Journal of the American Academy of Child and Adolescent Psychiatry*, 48, 484-500, 2009.

195. Bhaumik, D.K., Kapur, K., Gibbons, R.D. Testing parameters of a gamma distribution for small samples. *Technometrics*, 51, 326-334, 2009.

196. Mann, J.J. and Gibbons R.D. SSRIs and the risk of suicide attempt and completion: a systematic review of observational studies. *Canadian Medical Association Journal*, 180, 270-271, 2009.

197. Kapur, K., Roy, A., Bhaumik, D.K., Gibbons, R.D., Lazar, N.A., Sweeney, J.A., Aryal, S., Patterson, D. Estimation and classification of BOLD responses over multiple trials. *Communications in Statistics*, 38, 3009-3113, 2009.

198. Bhaumik D.K., Santra, S., Aryal, S., Gibbons, R.D. One-sided simultaneous prediction limits for left censored normal random variables. Sankhya (Series B), 70, 226-282, 2009.

199. Kraemer, H.C., Gibbons, R.D. Where do we go wrong in assessing risk factors, diagnostic and prognostic tests? The problems of two-by-two association. *Psychiatric Annals*, 39, 711-718, 2009.

200. Kraemer, H.C., Gibbons, R.D. Why does the randomized clinical trial methodology so often mislead clinical decision-making? Focus on moderators and mediators of treatment. *Psychiatric Annals*, 39, 736-745, 2009.

201. Teixeira-Pinto A., Siddique, J., Gibbons, R.D., and Normand, S.L.T. Statistical approaches to modeling multiple outcomes in psychiatric studies. *Psychiatric Annals*, 39, 711-718, 2009.

202. Stuart, E.A., Marcus, S.M., Horvitz-Lennon, M.V., Gibbons, R.D., Normand, S.L.T., Brown, C.H. Using non-experimental data to estimate treatment effects. *Psychiatric Annals*, 39, 719-728, 2009.

203. Gibbons, R.D. Design and analysis of longitudinal studies, part 2., *Psychiatric Annals*, 39, 690-691, 2009.

204. Gibbons, R.D., Normand, S.L.T., Greenhouse, J.B. Comment on "Risk of suicidality in clinical trials of antidepressants in adults: analysis of proprietary data submitted to US Food and Drug Administration," *British Medical Journal*, http://www.bmj.com/cgi/eletters/339/aug11_2/b2880#220707.

205.   Gibbons, R.D., Hur, K., Brown, C.H., Mann, J.J. The relationship between antiepileptics and suicide attempts in patients with bipolar disorder. *Archives of General Psychiatry*, 66, 1354-1360, 2009.

206.   Owley, T., Brune C.W., Salt, J., Walton, L., Guter, S., Ayuyao, N., Gibbons, R.D., Leventhal, B.L., Cook, E.H. A Pharmacogenetic Study of Escitalopram in Autism Spectrum Disorders, *Autism Research*, 2, 1-7, 2009.

207.   Nemunaitis, J., Clayman, G., Agarwala, S., Hrushesky, W., Moore, C., Hamm, J., Menander, K.A., Licato, L.L., Chada, S., Gibbons, R.D., Roth, J.A., Sobol, R.E., and W.J., Goodwin. Biomarkers Predict *p53* Gene Therapy Efficacy in Recurrent, Squamous Cell Carcinoma of the Head and Neck. *Clinical Cancer Research*, 15, 7719-7725, 2009.

208.   Gibbons, R.D., Hedeker, D., DuToit, S. Advances in analysis of longitudinal data. *Annual Review of Clinical Psychology*, in press.

209.   Gibbons, R.D., Amatya, A.K., Brown, C.H., Hur, K., Marcus, S.M., Bhaumik, D.K., Mann, J.J. Post-approval drug safety surveillance. *Annual Review of Public Health*, in press.

210.   Shuhaiber, J.H., Hur, K., Gibbons, R.D. The influence of pre-transplant use of ventricular assist devices on survival following heart transplantation: A propensity score matched analysis. *British Medical Journal*, in press.

211.   Aarons, G. A., Glisson, C., Hoagwood, K. E., Landsverk, J., Kelleher, K., Cafri, G., Chorpita, B. F., Gibbons, R.D., Green, E. P., Mayberg, S., Miranda, J., Palinkas, L., Schoenwald, S. K., & Weisz, J. R. Psychometric properties and United States national norms of the Evidence-Based Practice Attitude Scale (EBPAS). *Psychological Assessment*, in press.

212.   Lambert, B. L., Dickey, L. W., Fisher, W. M., Gibbons, R. D., Lin, S.-J., Luce, P. A., McClennan, C. T., Senders, J. W., Yu, C. T. Listen carefully: The risk of error in spoken medication orders. *Social Science & Medicine*, in press.

**BOOKS**:

1.   Gibbons   R.D., & Dysken M.W. *Statistical and Methodological Advances in Psychiatric Research.* New York, Spectrum, 1983.

2.   Gibbons   R.D. *Statistical Methods for Ground-Water Monitoring.* New York, John Wiley & Sons, 1994.

3.   Gibbons   R.D. & Coleman D.E. *Statistical Methods for Detection and Quantification of Environmental Contamination.* New York, John Wiley & Sons, 2001.

4.   Hedeker D. & Gibbons R.D. *Longitudinal Data Analysis.* New York, John Wiley & Sons, 2006.

5.   Gibbons   R.D., Bhaumik D.K., Aryal S. *Statistical Methods for Ground-Water Monitoring.* New York, John Wiley & Sons, 2nd edition, 2009.

6.   Hedeker D. & Gibbons R.D. *Longitudinal Data Analysis.* New York, John Wiley & Sons, 2nd edition, in preparation.

## INSTITUTE OF MEDICINE REPORTS:

1.    Bunney  W.E., Azarnoff D.L., Brown B.W., Cancro R., Gibbons R.D., Gillin J.C., Hullett S., Killam K.F., Krystal J.H., Kupfer D.J., Stolley P.D. Halcion: *An Independent Assessment of Safety and Efficacy Data*, Washington D.C., National Academy Press, 1997.

2.    Penhoet  E.D., Duan N., Dubler N.N., Francis C.K., Gibbons R.D., Gill, B., Guinan E., Henderson M., Ildstad S.T., King, P.A., Martinez-Maldonado M., Mclain G.E., Meltzer D., Murray J.E., Nelkin D. and Spellman M.W. *Organ Procurement and Transplantation,* Washington D.C., National Academy Press, 1999.

3.    Ildstad  S.T., Centor R.M., Davis E., Gibbons R.D., Levin B., Miller E.D., Olkin, I. Tollerud D.J., Tugwell P. *Small Clinical Trials: Issues and Challenges*, Washington D.C., National Academy Press, 2001.

4.    Goldsmith  S.K., Pellmar T.C., Kleinman A.M., Bunney W.E. Bell, C.C., Brent D.A., Eggert L., Fawcett J., Gibbons, R.D., Redfield-Jamison K., Korbin J.E., Mann, J.J., May P.A., Reynolds C.F., Tsuang M.T., Frank R.G. *Reducing Suicide: A National Imperative*, Washington D.C., National Academy Press, 2002.

5.    Gebbie  K.M., Aubry W.M., Champlin R., Childress J.F., Fiske C., Gibbons R.D., Haley N.R., Horowitz M.M., Ildstad S.T., Kelley L.L., McGinnis J.M., Meltzer D., Moise K.J., Palmer L.I., Scadden D.T., Wagner J.E., Yeager A.M. *Cord Blood: Establishing a National Hematopoietic Stem Cell Bank Program*, Washington D.C., National Academy Press, 2005.

6.    Burke  S.P., Baciu A., Straton K., Blumenthal D. Breckenridge A. Charo A. Edgman-Levitan S. Ellenberg S. Gibbons R.D., Hripcsak G., Korn, D. Meltzer D. Myers W.A., Olson M. Psaty B.M., Schroeder C. Stergachis A. *The Future of Drug Safety: Promoting and Protecting the Health of the Public,* Washington D.C., National Academy Press, 2006.

7.    Nelson A., Ampian S. Balmes J., Breysse P., Gibbons R.D., Hei T., Hoal K, Kidd-Taylor A., Mauderly J., Meeker G. *A Review of the NIOSH Roadmap for Research on Asbestos Fibers and Other Elongate Mineral Particles,* Washington D.C., National Academy Press, 2009.

## CHAPTERS:

1.    Davis  J.M., Gibbons R.D. Pandey G.N., & Javaid J.I., Mechanism, mathematics and markers of mental disease. In: *Biological Markers in Psychiatry and Neurology*, E. Usdin and I. Hanin, (eds.), New York: Pergamon Press, 1982.

2.    Ostrow  D.G., Trevisan M., Okonek A., Gibbons R.D., Cooper R., & Davis J.M. Sodium dependent membrane processes in major affective disorders. In: *Biological Markers in Psychiatry and Neurology*, E. Usdin and I. Hanin, (eds.), New York: Pergamon Press, 1982.

3.    Davis  J.M., Vogel C., Gibbons R.D., Pavkovic I., Zhang M. Pharmacoendocrinology of schizophrenia. In: *Neuroendocrinology and Psychiatric Disorder*, G.M. Brown, S.H. Koslow, & S. Reichlin, (eds.), New York: Raven Press, 1984.

4.    Hatoum  N.S., Leach C.L., Gibbons R.D., Talsma D.M., Roger J.C., Garvin P.J. Influence of reduced numbers of rabbits on the adequacy of eye irritancy tests. In: *Vitro Toxicology: Approaches to Validation*, A.M. Goldberg (ed.), New York: Mary Ann Liebert, Inc., 1987.

5.  Gibbons R.D., Baker R.J., Skinner D.B. Field articulation testing: A predictor of technical skills in surgical residents. Reprinted in *How to Select Residents*, American Board of Medical Specialties, 1988.

6.  Davis J.M., Gibbons R.D., A simulation study of methods for the combination of evidence from multiple psychiatric investigations. In: *Perspectives in Psychopharmacology*: A collection of papers in honor of Earl Usdin. Alan R. Liss, Inc., 483-493, 1988.

7.  Gibbons R.D., & Davis J.M. The price of beer and the salaries of priests: Analysis and display of longitudinal psychiatric data. Reprinted in *G. Stanley Hall Invited Addresses*, R.M. Suinn (Ed.), American Psychological Association, 1988.

8.  Ratajczak H., Thomas P., Gibbons R.D., Heck J.D., & Vollmuth T. Seasonal influence on murine immune function. In: *Chronobiology: Its Role in Clinical Medicine, General Biology and Agriculture, Part A*, 493-501, Wiley-Liss, New York, 1990. 49-60, 1990.

9.  Sara M. & Gibbons R.D. Organization and analysis of water quality data. In: *Practical Handbook of Ground-Water Monitoring*, D.M. Nielsen (ed.), Chelsea MI: Lewis, 1991.

10. Gibbons R.D. An overview of statistical methods for ground-water detection monitoring at waste disposal facilities. In: *Ground-Water Contamination at Hazardous Waste Sites: Chemical Analysis*, S. Lesage & R.E. Jackson (eds.), New York: Marcel Dekker, Inc., 1992.

11. Gibbons R.D. Commentary on "Personality and Depression: Modeling and Measurement Issues," In: *Personality and Depression*, M. Klein, D. Kupfer & T. Shea (eds.), New York: Guilford, 1993.

12. Gibbons R.D. & Patterson D. Application of computerized image analysis to estimating bone age. In: *Essays on Auxology*, R. Hauspie, G. Lindgren, F. Falkner (eds.), London: Castlemead, 1995.

13. Gibbons R.D. & Sara M.N. Statistical comparison of metal concentrations in filtered and unfiltered ground-water samples. In: *Ground Water Sampling – A Workshop Summary*, U.S. EPA, *600, R-94, 205*, 54-58, 1995.

14. Bock R.D. and Gibbons R.D. Factor analysis of categorical item responses. In: *Handbook of Polytomous Item Response Theory Models: Development and Applications*, M. Nering, R. Ostini (eds.), Lawrence Erlbaum, Florence KY, in press.

## REVIEWS, TECHNICAL REPORTS, SOFTWARE:

1.  Wilson D., Wood R., Gibbons R.D. Testfact: test scoring and item factor analysis. *International Educational Services*, Chicago, 1984.

2.  Gibbons R.D., Bock R.D., Hedeker D.R. Approximating multivariate normal orthant probabilities using the Clark algorithm. *Office of Naval Research*, Technical Report, 1987.

3.  Gibbons R.D. Review of "Latent Variable Models and Factor Analysis" by Bartholomew, D.J. (1987). *Journal of the American Statistical Association, 83*, 1221-1222, 1988.

4.  Gibbons R.D., Bock R.D., Hedeker D.R. Conditional Dependence *Office of Naval Research*, Final Report, 1989.

5.  Gibbons R.D. Mixmaster: A program for resolving univariate and multivariate normal

mixture distributions. *Scientific Software*, Chicago, 1989.

6. Gibbons R.D., Jarke F.H., & Stoub K.P. Method detection Limits. Proceedings of *Fifth Annual USEPA Waste Testing and Quality Assurance Symposium*, *Vol. 2*, 292-319, 1989.

7. Gibbons R.D., Grams N.E., Jarke F.H., & Stoub K.P. Practical quantitation limits. *Proceedings of Sixth Annual USEPA Waste Testing and Quality Assurance Symposium Vol. 1*, 126-142, 1990.

8. Gibbons R.D., Bock R.D., & Hedeker D.R. Approximating multivariate normal orthant probabilities. *Office of Naval Research*, Technical Report, *90-1*, 1990.

9. Gibbons R.D., Hedeker D.R., & Bock R.D. Full-information item bi-factor analysis. *Office of Naval Research*, Technical Report, *90-2*, 1990.

10. Gibbons R.D., Hedeker D.R., & Bock R.D. Multivariate generalizations of Student's *t* distribution. *Office of Naval Research*, Technical Report, *90-3*, 1990.

11. Gibbons R.D. Review of "Statistical Methods in Longitudinal Research" Vol. 1, Ed. by Von Eye, *Journal of the American Statistical Association*, 86, 1146-1149, 1991.

12. Gibbons R.D. Review of "Statistical Methods in Longitudinal Research" Vol. 2, Ed. by Von Eye, *Journal of the American Statistical Association*, 86, 1146-1149, 1991.

13. Maddalone R.F., Gibbons R.D., Rice J. & Nott B. MDL's and PQL's - complications proposal and results. *Proceedings of the American Statistical Association Meeting*, Chicago, 1996.

14. Bock R.D., Gibbons, R.D., Schilling, S.G. Wilson, D.T. & Wood R. TESTFACT 2: Test scoring, item statistics and item factor analysis. *Scientific Software International*, Chicago, 1997.

15. Hedeker D. and Gibbons, R.D. *MIXREG: Mixed-effects Regression Models for Continuous Response Data.* Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 1997.

16. Hedeker D. and Gibbons, R.D. *MIXOR: Mixed-effects Ordinal Regression Models.* Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 1997.

17. Hedeker D. and Gibbons, R.D. *MIXNO: Mixed-effects Multinomial Regression Models.* Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 1999.

18. Hedeker D. and Gibbons, R.D. *MIXPREG: Mixed-effects Poisson Regression Models.* Center for Health Statistics, University of Illinois at Chicago. www.uic.edu/labs/biostat, 2000.

19. Gibbons R.D., Immekus, J. Bock, R.D. *The Added Value of Multidimensional IRT Models.* National Cancer Institute Technical Report. www.healthstats.org, 2007.

20. Hedeker D., Gibbons, R.D., Du Toit, S.H.C., Patterson, D.: SuperMix - A program for mixed-effects regression models. Scientific Software International, Chicago, 2008.

## RECENT MEDIA COVERAGE:

1. *New York Times*, Study Condemns F.D.A.'s Handling of Drug Safety. September 23, 2006.
2. *New York Times,* New sense of caution at FDA.  September 29, 2006.
3. *New England Journal of Medicine,* Blueprint for a stronger food and drug administration. October 9, 2006.
4. *Washington Post,* Report faults FDA on drug safety.  October 10, 2006.
5. *JAMA,* IOM: Overhaul drug safety monitoring. November 1, 2006.

6.     *WebMDHealth,* Child suicide: No antidepressant link? November 1, 2006.

7.     *CBC News,* Antidepressants linked to lower youth suicide risk, November 1, 2006.

8.     *U.S. Department of Health and Human Services,* Antidepressants lower kids suicide risk, new research finds. November 1, 2006.

9.     *Medical News Today,* Antidepressants and lower child suicide rates linked, November 4, 2006.

10.    *New York Times/Health Day News,* Antidepressants lower kids' suicide risk, new research finds. November 7, 2006.

11.    *National Institute of Mental Health Science Update,* U.S. youth suicide rates lower in counties with high SSRI use. November 8, 2006.

12.    *WebMDHealth,* Study probes suicide, antidepressants. December 4, 2006.

13.    *Washington Post,* Antidepressants a suicide risk for young adults. December 14, 2006.

14.    *New York Times,* Federal panel urges suicide-risk labels for antidepressants. December 14, 2006.

15.    *USA Today,* FDA plans to boost safety with newsletters, drug profiles. January 30, 2007.

16.    *Seattle Times,* FDA moves to toughen oversight of drugs. January 30, 2007.

17.    *Los Angeles Times,* Changes will ensure drug safety, FDA says. January 31, 2007.

18.    *Wall Street Journal,* FDA plans drug-safety moves. January 31, 2007.

19.    *New York Times,* FDA widens safety reviews on new drugs. January 31, 2007.

20.    *ABC World News Tonight,* Teen suicide/prescription drugs. Feb 5, 2007.

21.    *Washington Post,* Don't take your vitamins? Antioxidants might be dangerous. March 7, 2007.

22.    *WebMD Medical News,* Antidepressant/child suicide risk slim.  April 17, 2007.

23.    *American Psychiatric Association,* Two Large Studies Show Decline in Suicide Attempts. July 1, 2007.

24.    *Psychiatric Times,* Update on antidepressants and suicidality. July 1, 2007.

25.    *Psych Central,* Antidepressants not a suicide risk. July 6, 2007.

26.    *Medical News Today,* Young Adults Not At Risk Of Suicidal Behavior From Antidepressants. July 6 2007.

27.    *Consumer Affairs,* Study Finds Lessened Suicide Risk in Young Adults on Antidepressants. July 6, 2007.

28.    *New York Times,* Suicide Findings Question Link to Antidepressants. July 10, 2007.

29.    *Reason Magazine,* Can cautions be too risky? Balancing risks and benefits at the FDA. July 10, 2007.

30.    *Medical News,* Two large studies show decline in suicide attempts with antidepressant treatment.  July 11, 2007.

31.    *Newsweek,* Teens and Antidepressants: Did Warnings Go Too Far. July 16, 2007.

32.    *MSNBC,* Trouble in a 'Black Box' Did an effort to reduce teen suicides backfire? July 16, 2007.

33.    *Science News,* Antidepressants trim suicide tries. July 28, 2007.

34.    *Clinical Psychiatry News,* Benefits of Multivitamins Unclear, Panel Finds. July, 2006.

35.    *American Foundation for Suicide Research,* New findings show treatment benefits for depressed people outweigh any potential harm. July, 2007.

36.    *Scientific American,* Suicide risk in adults lowered by antidepressants. August 2, 2007.

37.    *Psychiatric Times,* VA finds antidepressants reduce suicide risk in vets.  August 3, 2007.

38.    *The Province (Canada),* Drugs lower suicide risk. August 3, 2007.

39.    *Reuters,* Teen antidepressant warning had ripple effect. September 5, 2007.

40.    *The Washington Post,* Youth Suicides Increased As Antidepressant Use Fell.

September 6, 2007.

41. *National Public Radio,* Study: Anti-Depressants Lower Teen Suicide Rates. September 6, 2007.

42. *San Francisco,* Chronicle Suicide rise follows antidepressant drop: Study finds dramatic increase after 'black box' warning. September 6, 2007.

43. *Science,* Antidepressant warnings linked to suicides. September 6, 2007.

44. *Science News,* Suicide sharply on the rise in youth. September 6, 2007.

45. *Yahoo Health,* Suicide sharply on the rise in youth . September 6, 2007.

46. *Los Angeles Times,* Suicides up after warning, study shows. September 6, 2007.

47. *Chicago Tribune,* Suicides up after warning, study shows. September 6, 2007.

48. *The News & Observer,* Suicides spiked as antidepressant use fell, Warning labels on pills were followed by a startling jump in young deaths, a study find. September 6, 2007.

49. *Reuters,* Suicides rise sharply in U.S. youth, studies find. September 6, 2007.

50. *Bloomberg,* Youth Suicides Rise the Most in 15 Years, CDC Says (Update2). September 6, 2007.

51. *Chicago Tribune,* Suicides rise as antidepressant use falls. September 6, 2007.

52. *USA Today,* As antidepressant use fell, youth suicides rose. September 6, 2007.

53. *Fox News,* Study: Suicide Rates Rise as Antidepressant Use Falls. September 6, 2007.

54. *MSNBC,* CDC: Suicide rate jumps for kids, young adults Biggest rise in 15 years; 'black box' antidepressant label blamed by some. September 6, 2007.

55. *Yahoo News,* Antidepressants Vindicated? September 7, 2007.

56. *The New York Times,* Questions About a Rising Suicide Rate. September 7, 2007.

57. *The New York Post,* Girl's Suicide Shock. September 7, 2007.

58. *The China Post,* Youth suicides rise after drop in antidepressant prescriptions. September 7, 2007.

59. *The New York Times,* Suicide Rises in Youth; Antidepressant Debate Looms. September 7, 2007.

60. *Scientific American,* Antidepressant warnings scared parents, doctors. September 9, 2007.

61. *Science Daily*, Newer Antidepressants Led To Less, Not More, Teen Suicides. September 10, 2007.

62. **ABC News**, Too Young to Die. March 30, 2008.

63. **JAMA News Release,** Antiepileptic drugs not associated with increased risk of suicide attempts in patients with bipolar disorder, December 7, 2009.

64. **Los Angeles Times,** Reconsidering antiepileptic medications as a treatment for bipolar disorder. December 7, 2009.

65. **WebMD Health News,** Epilepsy drugs for bipolar disorder: Fewer Suicides?, December 8, 2009.

66. **Medscape Medical News,** No link between antiepileptics and suicidality in patients with bipolar disorder. December 11, 2009.