UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:   NEURONTIN MARKETING, SALES
　　　　PRACTICES AND PRODUCTS
　　　　LIABILITY LITIGATION

: MDL Docket No. 1629
:
:
: Master File No. 04-10981
:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

*Dorsey v. Pfizer Inc, et al.*
Case No. 1:05-cv-10639-PBS

: Judge Patti B. Saris
:
: Magistrate Judge Leo T.
: Sorokin
:
:
:
:
:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
DEFENDANTS' MOTION FOR AN INDEPENDENT MEDICAL EXAMINATION**

Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully move for leave to submit a reply memorandum in further support of their Motion to for an Independent Medical Examination of Mary P. Dorsey.

Defendants submit that their proposed reply is necessary to clarify an issue raised by Plaintiff's Opposition, specifically regarding the timing of the requested examination.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed reply memorandum, attached hereto as Exhibit A.

Dated:  February 15, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:    /s/ Mark S. Cheffo
       Mark S. Cheffo
       /s/ Katherine F. Arthur
       Katherine F. Arthur

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Email: Mark.Cheffo@skadden.com
Email: Tattin.Arthur@skadden.com

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 15, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

2