UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

## DEFENDANTS' PROPOSED VOIR DIRE AND JUROR QUESTIONNAIRE

Defendants, Pfizer Inc ("Pfizer") and Warner-Lambert Company LLC ("Warner-Lambert") (collectively, "Defendants" or "Pfizer")), pursuant to this Court's Procedural Order of November 12, 2009 [2172], hereby request that the Court use the attached Proposed Voir Dire questions and Juror Questionnaire to aid in the selection of a jury in this matter.

Pfizer's proposed Voir Dire questions are attached hereto as Exhibit A. In addition, Pfizer asks that a written pre-screening jury questionnaire be used as part of the jury selection process in this case. Specifically, Pfizer requests that, prior to oral voir dire, potential jurors be asked to fill out a case-specific questionnaire in the form attached hereto as Exhibit B. Pfizer submits that the use of a jury questionnaire to pre-screen potential jurors will likely result in a significant saving of judicial time and resources in the jury selection process. In the alternative, should the Court decide not to submit the questionnaire or any part of the proposed questionnaire, Pfizer requests that any questions not submitted by questionnaire be asked during voir dire.

Dated: February 15, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo
    /s/ Katherine F. Arthur
    Katherine F. Arthur

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Email: Mark.Cheffo@skadden.com
Email: Katherine.Arthur@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By: /s/ Raoul D. Kennedy
    Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel: (415) 984-6400
Email:Raoul.Kennedy@skadden.com

WHEELER TRIGG O'DONNELL LLP

By:  /s/ James E. Hooper
     James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel: (303) 244-1800
Email: hooper@wtotrial.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 15, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo