# EXHIBIT A

# EXHIBIT A
# PFIZER'S REQUESTED VOIR DIRE

This case is a civil matter involving a dispute between Kaiser, a health insurance and hospital holding company, and Pfizer, a pharmaceutical manufacturer.

Kaiser alleges that Kaiser doctors prescribed Neurontin, a drug manufactured by Pfizer, because of misrepresentations and concealments made by Pfizer representatives about Neurontin's effectiveness. Pfizer denies those allegations. Kaiser is seeking to recover money it paid for prescriptions of Neurontin between 1995 and 2004.

1) Do you have any religious, ethical or moral beliefs about medical care, physicians or medication that might affect how you would hear the evidence in this case?

2) Does anyone here, or someone close to you, work in the health care field, either now or in the past? If yes, please explain who it is and the type of work they do.

3) Is there anyone here who has had a negative experience with, or has strong feelings about, pharmaceutical manufacturers, health insurance companies or hospitals? If yes, please raise your hand. If you prefer, you can discuss your experience or concerns privately.

4) Is there anyone here who feels they or someone close to them has been harmed by a prescription medication?

5) Have you or has someone close to you ever decided not to take a prescription medication because of concerns about possible health risks associated with the drug?

6) Is there anyone here whose experience with, or personal beliefs about large companies, would make them uncomfortable listening to a case that involves a health insurance company and a pharmaceutical company?

7) Have you or anyone close to you ever suffered from epilepsy, seizures, bipolar illness, migraines, shingles, or chronic pain? If you prefer, you can discuss your experience or concerns privately.

8) Is there anyone here who has taken, or is close to someone who has taken, one or more of the following medications:

   Amitriptyline hydrochloride ((Elavil, Tryptizol)
   Capsaicin
   Carbamazepine (Tegretol, Equetro, Carbatrol)
   Codeine (including codeine phosphate, codeine sulfate, dihydrocodeine bitartrate)
   Desipramine hydrochloride (Norpramin, Pertofrane)
   Hydrocodone bitrate (Vicodin)
   Lithium carbonate
   Metoprolol succinate or metropolol tartrate (Lopressor, Toprol)
   Gabapentin (Neurontin)

> Nortriptyline hydrochloride (Sensoval, Aventyl, Pamelor, Norpress, Allegron and Nortrilen)
> Oxycodone hydrochloride or Oxycodone terephthalate (Percodan, Oxycontin)
> Propranolol hydrochloride (Inderal, Avlocardyl Deralin, Dociton, Inderalici, InnoPran XL, Sumial, Anaprilinum)
> Timolol or timolol maleate (Blocadren)
> Valproic acid or valproate sodium (Depacon, Depakene, Depakote)
> Phenytoin (Dilantin)
> Phenobarbital (Luminal, Solfoton)
> Lamotrigine (Lamictal)
> Topiramate (Topamax)
> Felbamate (Felbatol)
> Fosphenytoin (Cerebyx)
>
> If yes to any, have you or someone close to you had a <u>bad</u> experience with any of these medicines?

9) In this case there will be evidence that doctors can legally prescribe medicines for uses other than those for which the drugs were specifically approved by the U.S. Food and Drug Administration (FDA).

   Have you, or would you ever, refuse to take a doctor-prescribed medicine if that medicine had not been approved by the FDA for that use?

10) Do you believe that a prescription drug should be almost 100% safe for everyone before being sold to the public?

11) Have you read or heard anything about this case?

12) Have you read or heard anything about any other case involving a pharmaceutical company that sounds like this case?

13) Do you believe that if a lawsuit makes it to trial, this probably means there must be some merit to the allegations?

14) Have you been involved in any lawsuit as a party, witness or juror?

    If yes to being a party in a lawsuit, please explain whether you were the plaintiff or defendant in the lawsuit and what the lawsuit was about.

    If yes to being a juror, what type of case did you serve on: civil or criminal?