# EXHIBIT B

## EXHIBIT B
## CONFIDENTIAL JURY QUESTIONNAIRE

Please print clearly

FULL NAME: _____

ADDRESS: _____

Age: _____

Gender:     Male        Female

For the following questions, please circle the number next to the response that best describes you and your situation:

1.  Current marital status:

    | | |
    |---|---|
    | Never Married | 1 |
    | Married, Never Divorced | 2 |
    | Married, Prev. Divorced | 3 |
    | Living with partner | 4 |
    | Separated | 5 |
    | Divorced, Single | 6 |
    | Widowed | 7 |

2.  Highest level of education completed:

    | | |
    |---|---|
    | Less than high school | 1 |
    | GED | 2 |
    | High school | 3 |
    | Technical/trade school | 4 |
    | Some college | 5 |
    | Bachelor's degree | 6 |
    | Some graduate study | 7 |
    | Master's or Doctoral degree | 8 |
    | Don't know | 9 |

    What area/major did you study _____

3.  Current employment status:

    | | |
    |---|---|
    | Full Time | 1 |
    | Part Time | 2 |
    | Retired | 3 |
    | Unemployed | 4 |
    | Homemaker | 5 |
    | Disabled | 6 |

4. Job title (if unemployed or retired, please indicate most recent job and when you last worked full time) and detailed description of your job responsibilities:

_____

_____

Are you satisfied with your current employment?   Yes        No

5. Name of employers and how long at present job (if unemployed or retired, write most recent employer):

_____

_____

6. Spouse/partner's employment status:

    Full Time       1
    Part Time       2
    Retired         3
    Unemployed      4
    Homemaker       5
    Disabled        6

7. Spouse/partner's job title (if unemployed or retired, please indicate most recent job and when he/she last worked full time):

_____

_____

8. Name of employers (if unemployed or retired, write most recent employer):

_____

_____

9. Do you have children?            Yes    No

If Yes, Please indicate the age, education and occupation of your children:

_____

_____

_____

2

10. Do you have any special training, work experience or education in the following areas? (check all that apply)

| Industry | No | Yes Currently | Yes In the past | If yes, please explain |
|---|---|---|---|---|
| Law | | | | |
| Medicine/ Healthcare | | | | |
| Government regulation | | | | |
| Statistics | | | | |
| Education | | | | |
| Health Insurance Industry | | | | |
| MentalHealth/ Social Work/ Counseling | | | | |
| Media | | | | |
| Insurance | | | | |
| Finance/ Economics | | | | |
| Drug Research and Testing | | | | |
| Pharmaceutical Sales | | | | |

11. How long have you lived in this area?

    0-5 years        A
    6-10 years      B
    11-20 years     C
    Over 20 years  D
    All my life       E

12. Were you born or have you lived outside of the United States?   Yes   No

    If yes, please describe where it was and when: _____

13. What are/were your parents' and/or stepparents' occupations? (If retired or deceased, what did they do?)

    Mother: _____

    Father: _____

    Stepmother: _____

    Stepfather: _____

14. What are your hobbies, major interests, recreational pastimes and spare-time activities and sports?

    _____

    _____

15. Please list any groups or organizations for which you participate or are a member. For example, service clubs, church or church groups, unions or professional organizations, volunteer activities, educational or political groups, neighborhood groups or self-help groups. Also describe your level of involvement, including all leadership positions held.

    _____

    _____

    _____

16. The current downturn in the economy can mostly be blamed on:

    The greed of corporations and top executives   _____
    Incompetent Government   _____
    The choices of individual citizens   _____
    Other: Please specify: _____
    I have no idea   _____

17. Do you basically trust or distrust the U.S. Government?

    Trust

    Distrust

18. Do you basically trust or distrust the Food and Drug Administration (FDA)?

    Trust

    Distrust

4

19. Do you basically trust or distrust pharmaceutical companies?

   Trust

   Distrust

20. Do you basically trust or distrust doctors?

   Trust

   Distrust

21. I am outraged at the conduct of Corporate America today.

   Strongly agree         _____
   Somewhat agree         _____
   Somewhat disagree      _____
   Strongly disagree      _____

22. Would you say you have strong positive or negative opinions of pharmaceutical companies?

   Yes, positive opinions
   Yes, negative opinions
   No

   If yes, please explain:

   _____
   _____
   _____

23. Do you believe a prescription drug should be proven almost 100% safe for all people under all conditions before being sold to the public?

   Yes    No

24. Do you prefer generic or brand name prescription medicines when making personal health choices?

   Generic                Brand Name

25. Many prescription medicines have significant risks.

   Strongly agree         _____
   Somewhat agree         _____
   Somewhat disagree      _____
   Strongly disagree      _____

26. By law, doctors are allowed to prescribe medicine for uses other than those for which it has been approved by the FDA (Food and Drug Administration) if they believe it will help an individual patient. Do you believe that doctors should be allowed to prescribe medication <u>not</u> approved by the FDA?

   _____ I believe that that doctors **SHOULD** be allowed to prescribed medication that has not been approved by the FDA.

   _____ I believe that doctors should **NOT** be allowed to prescribed medication that has not been approved by the FDA.

27. Even if your doctor recommended it, would you refuse to take a prescribed medication for a use not approved by the FDA?

   _____ I would refuse to take it even if the doctor recommended it

   _____ I would take it if the doctor recommended it

28. If a prescription drug is approved by the FDA and is safe and effective for most people, but dangerous for a very small number of people, should the drug be taken off the market?

   Yes    No

29. Have you or someone close to you ever taken any of the following drugs: Amitriptyline hydrochloride ((Elavil, Tryptizol), Capsaicin, Carbamazepine (Tegretol, Equetro, Carbatrol), Codeine (including codeine phosphate, codeine sulfate, dihydrocodeine bitartrate), Desipramine hydrochloride (Norpramin, Pertofrane), Hydrocodone bitrate (Vicodin), Lithium carbonate, Metoprolol succinate or metropolol tartrate (Lopressor, Toprol), Gabapentin (Neurontin), Nortriptyline hydrochloride (Sensoval, Aventyl, Pamelor, Norpress, Allegron and Nortrilen), Oxycodone hydrochloride or Oxycodone terephthalate (Percodan, Oxycontin), Propranolol hydrochloride (Inderal, Avlocardyl Deralin, Dociton, Inderalici, InnoPran XL, Sumial, Anaprilinum), Timolol or timolol maleate (Blocadren), Valproic acid or valproate sodium (Depacon, Depakene, Depakote), Phenytoin (Dilantin), Phenobarbital (Luminal, Solfoton), Lamotrigine (Lamictal), Topiramate (Topamax), Felbamate (Felbatol), Fosphenytoin (Cerebyx)?

   A. Yes, I have (Specify which drug(s)): _____
   B. Yes, someone close to me has (Specify which drug(s)): _____
   C. Yes, both (Specify which drug(s)): _____
   D. No.  _____

30. Have you, or someone close to you, had a bad experience taking any of the following drugs: Amitriptyline hydrochloride ((Elavil, Tryptizol), Capsaicin, Carbamazepine (Tegretol, Equetro, Carbatrol), Codeine (including codeine phosphate, codeine sulfate, dihydrocodeine bitartrate), Desipramine hydrochloride (Norpramin, Pertofrane), Hydrocodone bitrate (Vicodin), Lithium carbonate, Metoprolol succinate or metropolol tartrate (Lopressor, Toprol), Gabapentin (Neurontin), Nortriptyline hydrochloride (Sensoval, Aventyl, Pamelor, Norpress, Allegron and Nortrilen), Oxycodone hydrochloride or Oxycodone terephthalate (Percodan, Oxycontin), Propranolol

6

hydrochloride (Inderal, Avlocardyl Deralin, Dociton, Inderalici, InnoPran XL, Sumial, Anaprilinum), Timolol or timolol maleate (Blocadren), Valproic acid or valproate sodium (Depacon, Depakene, Depakote), Phenytoin (Dilantin), Phenobarbital (Luminal, Solfoton), Lamotrigine (Lamictal), Topiramate (Topamax), Felbamate (Felbatol), Fosphenytoin (Cerebyx)?

    A.    Yes, I have (Specify which drug(s)): _____
    B.    Yes, someone close to me has (Specify which drug(s)): _____
    C.    Yes, both (Specify which drug(s)): _____
    D.    No.

31. Have you, or someone close to you, ever developed an addiction to narcotic pain killers?

    A.    Yes, me     _____
    B.    Yes, someone close to me     _____
    C.    Yes, both     _____
    D.    No.     _____

32. How frequently do you search the internet for health information?

    A.    Frequently     _____
    B.    Sometimes     _____
    C.    Rarely     _____
    D.    Never     _____

33. Would you describe yourself as very religious?    Yes    No

    Have you ever served in the U.S. military?    Yes    No

34. Are you a parent or regularly take care of children in your home?    Yes    No

35. I am very passionate about helping people.

    Strongly agree     _____
    Somewhat agree     _____
    Somewhat disagree     _____
    Strongly disagree     _____

36. Who are the 3 people you:

| Most Admire | Least Admire |
| --- | --- |
|  |  |
|  |  |
|  |  |

37. Have you ever been a plaintiff or defendant in a civil lawsuit?

    A. Yes, plaintiff    _____
    B. Yes, defendant    _____
    C. Yes, both         _____
    D. No                _____

    Please explain any "yes" answer below:

    _____

    _____

    _____

38. Have you ever been on a jury in a civil case where someone was asking for monetary compensation?

    A. Yes, and the jury reached a verdict           _____
    B. Yes, but the jury did not reach a verdict     _____
    C. No                                             _____

39. Have you ever been a foreperson on a jury?

    A. Yes                              _____
    B. No                               _____
    C. I have never served on a jury    _____

40. If you were a juror in a civil lawsuit and the evidence showed that the person suing could not prove his or her case, would you feel it necessary to award the person suing some money anyway?

    Yes    No

41. Are you personally familiar with or have done business with any of the following individuals? (CIRCLE ALL THAT APPLY)

42. Have you heard or read anything about this case or about any pharmaceutical lawsuits or settlements?

    Yes   No

    If "yes", please state what you have read or heard in the lines below:

    _____
    _____
    _____

43. Do you or any family member own stock in, or have any financial interest in any pharmaceutical companies or health insurance companies?

    Yes   No

    If "yes," please explain:

    _____
    _____
    _____

44. Have you already formed an opinion about this case based on what you have heard or read?

    Yes   No

    If "yes," please state what you have read or heard in the lines below:

    _____
    _____
    _____

45. Is there any medical, family or religious hardship that would prevent you from serving as a juror on this case?

    Yes   No

    If "yes", please state what you have read or heard in the lines below:

    _____
    _____
    _____

9

46. Is there any reason you could not be a totally fair and impartial juror in a case that involves a pharmaceutical company or a health insurance company?

   Yes   No

   If "yes", please state what you have read or heard in the lines below:

   _____
   _____
   _____
   _____

47. This trial is scheduled to continue for 4 weeks. Is there any reason you believe that you would not be able to serve on this case?

   Yes   No

   If "yes", please state what you have read or heard in the lines below:

   _____
   _____
   _____
   _____

10