UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>*Huberman v. Pfizer Inc, et al.*<br>Case No. 1:07-cv-11336-PBS | |

---

## DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S LATE RULE 26 DISCLOSURES

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants"), by counsel, respectfully move this Court for an order striking Plaintiff's late Rule 26 Disclosures, which were submitted more than two and a half years after his case was removed to this Court and after the close of fact discovery. The grounds for this motion are set forth in more detail in the accompanying memorandum of law and declaration of Mark S. Cheffo.

By failing to submit his initial disclosures until February 2, 2010, Plaintiff violated both the Court's scheduling order and his obligations under Federal Rules of Civil Procedure 26. This failure to abide by the applicable deadlines was neither substantially justified nor harmless, and it has unduly prejudiced Defendants' ability to prepare their case. Due to his non-compliance with the rules, the Court should strike Plaintiff's Disclosure Statement in its entirety and prohibit his use of the materials referenced therein. Additionally, the Court should order the Plaintiff to pay Defendants' reasonable expenses, including attorney's fees, caused by his failure to comply.

WHEREFORE, Defendants respectfully request that this Court strike Plaintiff's late Rule 26 disclosures and preclude him from introducing at trial the witnesses and documents disclosed therein. Alternatively, Defendants request that their motion to dismiss be granted or

that they be allotted additional time to conduct discovery based on the late disclosures.

Dated: February 15, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
Mark S. Cheffo
/s/ Katherine F. Arthur
Katherine F. Arthur

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Email: Mark.Cheffo@skadden.com
Email: Tattin.Arthur@skadden.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 15, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo