UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

---------------------------------------------x

THIS DOCUMENT RELATES TO:

Judge Patti B. Saris

*Huberman v. Pfizer Inc, et al.*
Case No. 1:07-cv-11336-PBS

Magistrate Judge Leo T. Sorokin

---------------------------------------------x

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF
DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S LATE RULE 26 DISCLOSURES**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this supplemental declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Rule 26 Disclosure Statement.

Signed under the penalties of perjury this 15th day of February, 2010.

/s/ Mark. S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 15, 2010.

/s/ Mark. S. Cheffo
Mark S. Cheffo