UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**<u>PLAINTIFFS' PROPOSED VOIR DIRE</u>**

1. The following is a list of companies and organizations involved in this case: Pfizer, Inc.; Warner-Lambert Co.; Parke-Davis; Kaiser Foundation Health Plan, Inc.; Kaiser Foundation Health Plan of Colorado; Kaiser Foundation Health Plan of Georgia, Inc.; Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.; Kaiser Foundation Health Plan of the Northwest; Kaiser Foundation Health Plan of Ohio.

    a. Have you or a member of your immediate family ever worked for any of these companies or organizations?

    b. Do you or a member of your immediate family now own, or have you or any member of your family ever owned, any stocks or bonds in any of those companies or organizations?

    c. Have you or a member of your immediate family had any dealings with or relied financially on any of the companies or organizations?

    d. Have you or a member of your immediate family had any experience with the products or services of any of the companies or organizations, or otherwise have any strong feelings, positive or negative, toward any of these companies or organizations?

2. You have been given a list of the attorneys and law firms involved in this litigation. **[see list of counsel]**

    a. Are you or a member of your immediate family related to, or personally familiar with any of those attorneys?

    b. Have you or a member of your family ever been represented by any of those attorneys or other associates or members of the listed firms?

3. You have been given a list of the individuals who might appear as witnesses in this case. Are you or a member of your immediate family related to, or personally familiar with, any of those individuals? **[see witness list.]**

4. Have you or a member of your immediate family ever been a plaintiff, a defendant, or a witness in a civil lawsuit?

5. Have you ever served as a juror in either a civil or criminal proceeding?

6. Have you or a close friend or family member ever been employed by a company that makes or sells pharmaceutical products?

7. Do you have any personal knowledge of this case, or have you read about it, heard it discussed, or have an opinion about it?

8. Do you have any knowledge about, or experience with Neurontin or gabapentin?

-3-

9. Do you have any knowledge about prescription drugs being prescribed for uses other than what the drug was approved for by the Food and Drug Administration, or FDA?

10. Does anyone here have any knowledge or opinions about the process by which the federal government approves pharmaceutical products to be marketed?

11. Does anyone here have any negative opinions about hospitals?

12. Does anyone here have any negative opinions about insurance companies?

13. Does anyone here think that lawsuits against companies are bad for American business in general?

14. Does anyone here have a negative view of lawsuits generally?

15. Do you have any personal, philosophical, moral or religious views that would make it difficult for you to sit in judgment of a lawsuit?

16. Do you hold personal, philosophical, moral or religious views that would prevent you from awarding damages even if you felt the evidence warranted it?

17. Do you hold any opinions about courts or lawyers that would prevent you from fairly considering and deciding this case solely on the evidence?

18. Have you ever belonged to any organization that deals with health care?

19. Do you ever read any scientific, technical or professional trade publications?

20. Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?