-1-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES<br>          PRACTICES, AND PRODUCTS<br>          LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY<br>OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS)<br>and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**PLAINTIFFS' PROPOSED JURY QUESTIONNAIRE**

858775.1                                  -1-

1. **Please state your full name**: _____

    Age: _____

       Sex: _____ Male   _____ Female.

2. **Area where you primarily grew up**: _____

3. **City of residence**: _____

4. **Please check the highest level of education you have completed**:

    ___ Less than High school

    ___ High School Graduate

    ___ GED/High School Equivalency

    ___ Trade/Technical School

    ___ Some College   (major/course of study: _____)

    ___ College Grad – 2 year program (major/course of study: _____)

    ___ College Grad – 4 year program (major/course of study: _____)

    ___ Postgraduate work (course of study: _____)

5. **What is your marital status**?

    _____ Single               _____ Married

    _____ Divorced             _____ Single, living together

    _____ Spouse deceased      _____ Separated

6. **What is your current job status?**

    _____ Employed full-time   _____ Student

    _____ Employed part-time   _____ Unemployed, looking for work

    _____ Homemaker            _____ Unemployed, not looking for work

    _____ Retired              _____ Self-employed

    _____ Disabled

7. **If you are currently employed (if not currently employed, your last job), please state:**

    a. Employer: _____

    b. Type of business: _____

    c. Number of employees in company: _____

    d. Job title or occupation: _____

    e. Length of employment: _____

    f. Explain your duties or responsibilities, including any supervisory duties:

    _____

    _____

    g. If less than 10 years, most recent prior employer:

8. **If you have been with your current or most recent employer less than ten years, please state, concerning your previous job:**

    a. Employer: _____

    b. Type of business: _____

    c. Number of employees in company: _____

    d. Job title or occupation: _____

    e. Length of employment: _____

    f. Explain your duties or responsibilities, including any supervisory duties:

9. **Please describe the educational background of your spouse or significant other and his/her current occupation (or former occupation if unemployed, disabled, retired or deceased):**

    Education: _____

    Occupation: _____

10. **Do you have children?**   _____ Yes   _____ No.

    If you have children, please provide the following information:

| Sex | Age | Education | Occupation |
|---|---|---|---|
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

11. **Have you ever served on a jury before?**   \_\_\_\_\_Yes   \_\_\_\_\_No.

    If yes, please explain the following:

    A)    **On how many cases have you served?** _____

    B)    **What was each case about?** _____

_____

    C)    **Were you ever foreperson or a leader on the jury?** _____

    D)    **Did any of your juries discuss the issue of monetary damages?**

_____

12. **Have you or a close friend or family member ever been employed in the following jobs**?

- Pharmaceutical company \_\_\_\_ Yes   \_\_\_\_\_ No
- Physician \_\_\_\_ Yes   \_\_\_\_\_ No
- Pharmacy benefit manager \_\_\_\_ Yes   \_\_\_\_\_ No
- Hospital, medical clinic, or doctor's office \_\_\_\_ Yes   \_\_\_\_\_ No
- HMO \_\_\_\_ Yes   \_\_\_\_\_ No
- Managed care provider \_\_\_\_ Yes   \_\_\_\_\_ No
- Medical marketing firm \_\_\_\_ Yes   \_\_\_\_\_ No
- Medical publishing \_\_\_\_ Yes   \_\_\_\_\_ No

13. **Do you have health insurance?** \_\_\_\_ Yes   \_\_\_\_\_ No

If yes, please name the company through which you receive coverage.  _____

14. **To your knowledge, do you or any of your family members own stock in Pfizer, Inc.**?

15. **Do you have any knowledge about, or experience with, a drug called Neurontin (or its generic name, gabapentin)?** ____ Yes _____ No

    If so, please describe in general
_____
_____
_____

16. **Do you know anyone who was prescribed Neurontin or gabapentin**? ____ Yes _____ No

    ___ Self
    ___ Parent
    ___ Child
    ___ Other relative
    ___ Friend or co-worker

    If yes, for what condition?

    ___ Epilepsy
    ___ Other conditions

17. **Do you know anyone who was prescribed Lyrica or pregabalin**?
____ Yes _____ No

    ___ Self
    ___ Parent
    ___ Child
    ___ Other relative
    ___ Friend or co-worker

    If yes, for what condition?

    ___ Epilepsy
    ___ Other conditions

18. **To your knowledge, have you ever been prescribed a pharmaceutical drug for uses other than what the drug was approved for by the Food and Drug Administration, or FDA**? ____ Yes _____ No

19. **Do you have any knowledge or opinions about the process by which the federal government approves pharmaceutical products to be marketed**?

   If so, please describe in general

   _____

   _____

   _____

20. **Do you have any personal knowledge of this case?** ____ Yes  _____ No.

   If yes, have you read about it, or heard it discussed? _____

   If yes, what have you heard or read? _____

   _____

21. **Have you or a family member ever been a Plaintiff or Defendant in a lawsuit?** _____

   If yes, were you the Plaintiff or Defendant? _____

   If yes, what type of case? _____

22. **Do you believe**:

   | | | | |
   |---|---|---|---|
   | There are too many lawsuits? | ____Yes | ____Maybe | ____No |
   | Jury awards are too high? | ____Yes | ____Maybe | ____No |
   | People are too ready to sue? | ____Yes | ____Maybe | ____No |

23. **Have you or a close family member ever had any negative experiences with managed care providers**?

24. **Do you have any negative feelings about people who file lawsuits or the trial lawyers who represent them?** ____Yes  ____No.

   If yes, please explain. _____

   _____

   _____

   _____

25. **Do you believe the monies awarded by juries today are generally(please check the <u>one</u> that <u>best</u> reflects your views):**

-7-

    \_\_\_\_ Excessive

    \_\_\_\_ Often too large

    \_\_\_\_ About right

26. **Do you have health insurance**? \_\_\_\_ Yes \_\_\_\_\_ No

    If yes, are you satisfied with that insurance? \_\_\_\_ Yes \_\_\_\_\_ No

27. **Have you ever belonged to any organization that deals with health care, business or economic issues**? \_\_\_\_ Yes \_\_\_\_\_ No

    If yes, which ones? _____
    _____

28. **Do you ever read any scientific, technical or professional trade publications**? \_\_\_\_ Yes \_\_\_\_\_ No

    If yes, which ones? _____
    _____

29. **Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case**?

    If so, please describe: _____
    _____
    _____