# Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

### Kaiser's List of Witnesses to Be Presented Live or Via Deposition

Plaintiffs presently intend to call the following witnesses, whose testimony will be presented live or via deposition as indicated below:

| Name | Live | Via Deposition |
|---|---|---|
| John Abramson, M.D. | X | |
| Brian Alldredge, Pharm.D. | X | |
| Jeffrey S. Barkin, M.D. | X | |
| Rena Conti, Ph.D. | X | |
| Kay Dickersin, M.A., Ph.D. | X | |
| Curt D. Furberg, M.D., Ph.D. | X | |

858388.1                           1

| Name | Live | Via Deposition |
|---|---|---|
| Raymond S. Hartman, Ph.D. | X | |
| Nicholas P. Jewell, Ph.D. | X | |
| David A. Kessler, M.D. | X | |
| Douglas C. McCrory, M.D. | X | |
| Thomas L. Perry, M.D., FRCPC | X | |
| Meredith Rosenthal, Ph.D. | X | |
| David Campen, M.D.[1] | X | |
| Ambrose Carrejo, Pharm.D. | X | |
| Albert Carver | X | |
| Dale Daniel, M.D. | X | |
| Robin Dea, M.D.[2] | X | |
| Sean Jones, M.D.[3] | X | |
| Joel Hyatt, M.D. | X | |
| Mirta Millares, Pharm.D. | X | |
| Calvin Togashi | X | |
| John Boris | | X |
| Lucy Castro | | X |
| George Cavic | | X |

---

[1] Kaiser does not presently intend to call Dr. Campen, however it reserves its right to do so should another witness become unavailable or should Dr. Campen's testimony be required on rebuttal.

[2] Kaiser does not presently intend to call Dr. Dea, however it reserves its right to do so should another witness become unavailable or should Dr. Dea's testimony be required on rebuttal.

[3] Kaiser does not presently intend to call Dr. Jones, however it reserves its right to do so should another witness become unavailable or should Dr. Jones testimony be required on rebuttal.

858388.1                                2

| Name | Live | Via Deposition |
|---|---|---|
| Clare Cheng | | X |
| David Cooper, M.D. | | X |
| John A. Crook | | X |
| Christopher DeSimone | | X |
| Suzanne Doft | | X |
| Christopher Dowd | | X |
| Allison Fannon | | X |
| Lesley Fierro | | X |
| Bruce Fleischman | | X |
| John Ford | | X |
| David Franklin | X | |
| Timothy George | | X |
| Robert Glanzman, M.D. | | X |
| Christine Grogan | | X |
| Frances Kivel | | X |
| Lloyd Knapp | X | |
| John M. Knoop | | X |
| Philip Magistro | | X |
| Nancy Mancini | | X |
| John Marino | | X |
| Tamela Martin | | X |
| Cynthia McCormick, M.D. | | X |

858388.1    3

| Name | Live | Via Deposition |
|---|---|---|
| Avanish Mishra | | X |
| Bina O'Brien | | X |
| Atul Pande, M.D. | | X |
| Pfizer corporate designee(s) | X | |
| Joseph Pieroni | | X |
| John Richter | | X |
| Jennifer Samuels | | X |
| Drusilla Scott | | X |
| Connor Smith | | X |
| Leslie Tive | | X |
| Janeth Turner | | X |
| Stephen Valerio | | X |
| Adrian Vega | | X |
| Timothy Windom | | X |
| Margaret Yoder | | X |

858388.1                                4

Dated:  February 15, 2010

Respectfully submitted,

By:   /s/ Linda P. Nussbaum
      Linda P. Nussbaum

KAPLAN FOX & KILSHEIMER LLP
Linda P. Nussbaum, Esq.
850 Third Avenue, 14th Floor
New York, New York 10022

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

*Of Counsel*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol
HAGENS BERMAN SOBOL
  SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142