# Exhibit 4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1629<br>:<br>: Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | : Judge Patti B. Saris<br>: |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | : Magistrate Judge Leo T. Sorokin<br>:<br>: |

**DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

Defendants, Pfizer Inc ("Pfizer") and Warner-Lambert Company LLC ("Warner-Lambert") (collectively, "Defendants"), by and through their undersigned counsel, pursuant to the Court's Pretrial Order of November 12, 2009 (Dkt. 2172), hereby identify the following deposition testimony that may be played or read at trial. Defendants identify this testimony conditionally and without waiver of their right to object on grounds of relevancy, prejudice, or any other grounds. In submitting this deposition testimony, Defendants specifically reserve the right to: 1) withdraw at any time any testimony identified; 2) supplement and/or amend this list for document authentication and admissibility purposes; 3) supplement and/or amend this list in response to the Court's rulings on pretrial motions or other evidentiary matters and 4) supplement and/or amend this list as otherwise permitted by the Court. Defendants also reserve their right to use any deposition testimony listed on Plaintiff's deposition testimony list.

**Anthony Anderson**
March 11, 2009

0006:12 - 0006:13
0007:01 - 0007:12
0008:10 - 0011:02
0011:08 - 0015:12
0015:21 - 0017:06
0017:09 - 0020:05
0023:11 - 0023:16
0028:24 - 0029:12
0033:10 - 0033:19
0033:21 - 0034:02
0036:10 - 0036:17
0036:20 - 0036:22
0037:08 - 0037:16
0037:18 - 0037:21
0041:02 - 0041:06
0041:08 - 0041:13
0041:22 - 0042:10
0042:12 - 0042:16
0042:18 - 0043:07
0046:20 - 0046:23
0047:18 - 0048:24
0049:02 - 0049:12
0050:16 - 0050:19

**John Arness**
February 13, 2008

0007:14 - 0008:04
0008:13 - 0008:14
0008:19 - 0008:24
0009:23 - 0010:25
0011:04 - 0011:09
0016:10 - 0017:05
0018:20 - 0019:19
0022:18 - 0023:04
0023:15 - 0024:25
0025:08 - 0026:02
0027:15 - 0027:17
0031:15 - 0032:02
0032:04 - 0032:18
0059:07 - 0060:09
0064:09 - 0064:22
0065:15 - 0065:17

0065:20 - 0066:05
0066:12 - 0066:18
0066:23 - 0067:01

**Mark Buchfuhrer**
December 21, 2009

0081:04 - 0081:06
0095:07 - 0095:14
0112:18 - 0112:21
0113:23 - 0113:24
0120:04 - 0121:03
0121:07 - 0121:21
0127:08 - 0129:15
0131:20 - 0134:07
0136:12 - 0136:19
0154:06 - 0154:09
0171:24 - 0172:11
0194:08 - 0194:09
0194:11 - 0194:11
0197:15 - 0197:25
0198:02 - 0199:18
0200:09 - 0200:11
0203:20 - 0203:25
0204:05 - 0204:14
0204:17 - 0204:17
0204:20 - 0204:23
0205:02 - 0205:06
0205:09 - 0205:10
0205:13 - 0205:17
0205:20 - 0205:20
0205:22 - 0206:04
0206:07 - 0206:08
0206:10 - 0206:10
0207:15 - 0207:18
0207:20 - 0208:04
0208:07 - 0208:09
0208:11 - 0208:17
0208:19 - 0209:01
0209:03 - 0209:03
0209:06 - 0209:07
0209:11 - 0209:11
0209:14 - 0209:15
0209:17 - 0209:20
0209:22 - 0210:09
0210:11 - 0210:15

0210:18 - 0211:02
0211:04 - 0211:12
0211:15 - 0211:16
0211:18 - 0211:23
0212:01 - 0212:05
0212:13 - 0212:15
0212:17 - 0212:17
0213:08 - 0213:19
0213:21 - 0213:24
0214:02 - 0214:03
0214:05 - 0214:05
0214:07 - 0214:10
0214:12 - 0214:18
0214:22 - 0214:24
0215:02 - 0215:03
0215:05 - 0215:13
0215:24 - 0216:03
0216:05 - 0216:07
0216:09 - 0216:10
0216:12 - 0216:12
0216:14 - 0216:16
0216:18 - 0216:23
0216:25 - 0217:04
0217:06 - 0217:09
0217:11 - 0217:11
0217:14 - 0217:15
0217:20 - 0217:23
0218:01 - 0218:01
0218:03 - 0218:08
0218:10 - 0218:14
0218:16 - 0218:19
0218:21 - 0218:24
0219:01 - 0219:10
0219:12 - 0219:16
0221:23 - 0223:01
0225:11 - 0225:13
0225:15 - 0225:22
0225:25 - 0226:09
0226:13 - 0226:17
0226:19 - 0226:19
0226:25 - 0227:02
0227:05 - 0227:23
0227:25 - 0228:05
0228:19 - 0228:22
0228:25 - 0228:25
0229:02 - 0229:11

0229:25 - 0230:03
0230:05 - 0230:11
0231:06 - 0231:09
0231:18 - 0231:20
0232:04 - 0232:08
0233:16 - 0233:18
0233:20 - 0234:05
0235:03 - 0235:06
0235:08 - 0235:10
0235:12 - 0235:16
0236:06 - 0237:02
0237:09 - 0238:19
0239:08 - 0239:10
0239:12 - 0239:20
0239:22 - 0239:24
0241:14 - 0241:16
0241:18 - 0241:20
0241:22 - 0241:23
0242:07 - 0242:10
0243:01 - 0243:05
0243:07 - 0243:11
0243:13 - 0243:17
0243:23 - 0243:25
0244:02 - 0244:10
0244:19 - 0244:19
0244:21 - 0245:04
0245:06 - 0245:11
0245:16 - 0245:19
0245:22 - 0246:09
0246:13 - 0246:15
0246:19 - 0247:10
0247:12 - 0247:22
0248:18 - 0248:19
0248:21 - 0249:03
0249:11 - 0249:17
0249:20 - 0249:25
0250:02 - 0250:02
0267:18 - 0267:25

**Jim Callandrillo**
November 29, 2007

0008:11 - 0008:25
0010:03 - 0010:19
0024:02 - 0024:18
0025:04 - 0025:17

5

0029:12 - 0029:21
0029:23 - 0030:05
0034:05 - 0034:25
0036:05 - 0037:07
0038:01 - 0039:06
0043:03 - 0043:05
0043:16 - 0043:22
0048:15 - 0048:22
0051:01 - 0051:05
0051:11 - 0051:18
0052:22 - 0052:25
0053:03 - 0053:05
0055:02 - 0055:12
0057:01 - 0057:02
0057:11 - 0057:17
0058:12 - 0059:01
0059:03 - 0060:06
0060:08 - 0060:10
0062:07 - 0063:15
0063:18 - 0063:18
0063:21 - 0064:07
0064:10 - 0065:01
0065:03 - 0065:03
0066:03 - 0066:21
0066:23 - 0067:24
0068:03 - 0068:19
0069:12 - 0069:18
0069:20 - 0069:22
0070:03 - 0070:05
0070:07 - 0070:12
0070:15 - 0074:05
0075:10 - 0079:21
0080:12 - 0080:18
0082:09 - 0084:05
0085:21 - 0085:23
0085:25 - 0086:02
0086:04 - 0086:06
0086:09 - 0086:09

**Albert Carver**
July 12-13, 2007

**July 12, 2007**
0009:18 - 0010:17
0027:20 - 0028:02
0029:21 - 0029:24

0042:02 - 0043:06
0044:04 - 0044:06
0049:25 - 0050:24
0051:21 - 0052:09
0053:19 - 0054:10
0056:10 - 0056:13
0057:12 - 0058:20
0059:21 - 0060:02
0061:18 - 0061:21
0061:23 - 0061:25
0062:10 - 0062:22
0064:03 - 0065:24
0066:03 - 0066:09
0066:13 - 0066:23
0067:04 - 0067:09
0067:14 - 0068:02
0068:20 - 0069:02
0069:14 - 0070:11
0071:16 - 0072:04
0072:15 - 0072:18
0073:10 - 0073:12
0073:18 - 0073:20
0074:02 - 0074:13
0079:09 - 0080:03
0084:24 - 0085:04
0085:17 - 0085:20
0085:22 - 0085:23
0086:02 - 0086:09
0087:21 - 0087:23
0089:03 - 0089:17
0089:19 - 0090:09
0094:24 - 0095:10
0098:20 - 0099:05
0099:24 - 0100:02
0100:04 - 0100:06
0102:12 - 0102:13
0102:16 - 0102:20
0102:25 - 0103:05
0103:08 - 0103:08
0106:18 - 0106:24
0107:14 - 0107:17
0107:21 - 0107:23
0108:13 - 0108:17
0111:22 - 0112:09
0112:11 - 0112:12
0112:21 - 0112:24

0116:15 - 0116:16
0116:18 - 0116:21
0116:23 - 0117:07
0120:02 - 0121:17
0121:21 - 0122:07
0123:15 - 0123:19
0123:22 - 0124:22
0124:24 - 0125:22
0126:04 - 0127:03
0127:11 - 0127:16
0133:22 - 0134:02
0136:20 - 0137:13
0137:20 - 0137:23
0138:09 - 0138:25
0139:02 - 0139:05
0139:06 - 0139:12
0139:24 - 0140:08
0140:09 - 0142:25
0143:16 - 0143:22
0145:23 - 0146:16
0147:09 - 0147:21
0148:04 - 0148:14
0149:16 - 0149:21
0151:05 - 0151:14
0151:16 - 0151:20
0152:24 - 0153:03
0155:25 - 0156:05
0161:07 - 0161:11
0161:16 - 0161:18
0162:06 - 0162:14
0163:02 - 0163:14
0164:10 - 0164:25
0165:02 - 0165:11
0170:18 - 0171:12
0172:07 - 0172:12
0172:15 - 0172:18
0173:03 - 0173:07
0173:12 - 0174:03
0174:13 - 0174:15
0174:20 - 0174:24
0175:03 - 0175:09
0175:19 - 0175:21
0176:21 - 0176:22
0176:25 - 0177:03
0177:11 - 0177:13
0177:15 - 0177:20

0178:17 - 0178:23
0178:25 - 0178:25
0179:18 - 0179:25
0183:11 - 0183:24
0188:21 - 0188:22
0189:03 - 0189:19
0189:21 - 0190:01
0191:16 - 0193:19
0199:24 - 0200:03
0200:04 - 0200:13

**July 13, 2007**
0218:22 - 0219:02
0220:11 - 0220:13
0232:06 - 0232:12
0232:17 - 0232:17
0236:10 - 0236:10
0236:20 - 0237:04
0237:10 - 0237:17
0238:16 - 0238:24
0246:09 - 0246:16
0249:11 - 0249:14
0249:24 - 0250:08
0254:23 - 0255:10
0256:12 - 0257:07
0286:12 - 0286:14
0287:15 - 0288:11
0291:02 - 0291:08
0292:12 - 0292:14
0292:23 - 0293:17
0294:15 - 0294:17
0295:23 - 0295:25
0296:03 - 0296:04
0296:10 - 0296:18
0296:19 - 0297:07
0298:04 - 0298:07
0298:15 - 0298:25
0299:19 - 0299:23
0300:08 - 0300:08
0300:12 - 0300:17
0300:21 - 0301:10
0308:17 - 0308:19
0309:02 - 0309:07
0309:16 - 0309:20
0310:09 - 0310:12
0311:08 - 0311:13

0312:06 - 0312:11
0313:22 - 0314:03
0324:08 - 0324:10
0324:17 - 0324:22
0325:04 - 0325:06
0325:09 - 0325:09
0326:15 - 0326:17
0327:20 - 0328:03
0328:08 - 0328:11
0328:18 - 0328:22
0329:11 - 0329:14
0329:24 - 0330:24
0331:03 - 0331:03
0333:03 - 0333:10
0333:18 - 0333:19
0333:21 - 0333:21
0336:03 - 0336:07
0336:13 - 0336:18
0342:20 - 0343:03
0343:11 - 0343:24
0344:19 - 0345:11
0346:12 - 0347:06
0349:18 - 0349:18
0349:20 - 0349:21
0349:24 - 0350:04
0350:10 - 0350:16
0352:20 - 0352:22
0354:02 - 0354:12
0358:18 - 0358:20
0376:04 - 0376:14
0377:02 - 0377:15
0377:24 - 0378:02
0378:04 - 0378:09
0378:18 - 0378:19
0378:21 - 0378:23
0384:09 - 0384:16
0387:24 - 0388:20
0404:22 - 0405:02
0405:04 - 0405:04
0406:11 - 0406:17
0412:13 - 0412:20
0413:02 - 0413:02
0413:04 - 0413:12
0435:04 - 0435:07
0439:07 - 0439:07
0441:15 - 0441:21

0451:11 - 0451:18
0452:22 - 0452:25
0453:04 - 0453:06
0453:08 - 0453:08
0480:05 - 0480:25

**Rod Cavin**
January 31, 2008

0008:02 - 0010:08
0011:18 - 0011:21
0013:09 - 0013:23
0014:23 - 0015:14
0024:20 - 0024:23
0025:04 - 0025:25
0032:24 - 0033:15
0035:16 - 0036:06
0037:18 - 0038:04
0038:13 - 0038:17
0039:06 - 0039:08
0039:10 - 0039:22
0039:24 - 0040:06
0040:18 - 0042:12
0043:09 - 0044:21
0045:17 - 0045:22
0049:03 - 0049:14
0049:16 - 0051:05
0051:08 - 0051:12
0052:08 - 0053:09
0053:24 - 0054:18
0062:04 - 0063:02
0063:04 - 0063:15
0069:19 - 0070:06
0070:14 - 0071:14
0072:24 - 0074:25
0075:21 - 0075:24
0076:20 - 0077:16
0082:18 - 0083:09
0085:03 - 0085:06
0087:21 - 0088:16
0088:21 - 0089:12
0106:21 - 0107:10
0107:11 - 0107:19
0107:22 - 0107:23
0109:05 - 0109:09
0110:06 - 0110:12

0110:14 - 0110:16
0124:17 - 0124:23
0125:07 - 0129:13
0130:03 - 0131:20
0134:25 - 0135:18
0135:22 - 0135:24
0136:08 - 0137:21
0137:23 - 0138:06
0138:08 - 0139:07

**David Chandler**
October 30, 2007

0011:01 - 0011:06
0012:22 - 0012:23
0013:02 - 0013:07
0013:23 - 0014:25
0015:16 - 0015:19
0016:09 - 0016:23
0018:06 - 0018:16
0018:22 - 0019:10
0019:25 - 0020:05
0020:09 - 0020:20
0024:01 - 0024:07
0024:12 - 0024:17
0025:09 - 0026:01
0027:13 - 0028:23
0029:02 - 0029:03
0029:06 - 0029:08
0034:22 - 0035:02
0035:06 - 0035:16
0035:20 - 0035:25
0036:03 - 0036:10
0036:13 - 0037:02
0040:02 - 0040:04
0040:10 - 0040:15
0040:17 - 0040:17
0040:21 - 0040:24
0041:04 - 0041:10
0041:12 - 0041:13
0042:09 - 0042:10
0043:05 - 0043:07
0045:07 - 0045:19
0045:24 - 0046:01
0046:06 - 0046:15
0046:20 - 0047:01

0047:08 - 0047:23
0047:25 - 0048:04
0049:12 - 0049:14
0049:17 - 0050:06
0051:17 - 0051:20
0052:08 - 0052:12
0054:02 - 0054:03
0054:07 - 0054:13
0054:16 - 0054:22
0055:01 - 0055:06
0055:11 - 0055:16
0055:20 - 0055:23
0056:04 - 0056:09
0056:12 - 0056:13
0058:05 - 0058:08
0058:11 - 0059:08
0059:11 - 0059:14
0059:25 - 0060:03
0060:21 - 0060:24
0061:02 - 0061:09
0061:18 - 0061:23
0062:01 - 0062:13
0062:17 - 0062:24
0063:05 - 0063:12
0063:17 - 0063:18
0064:17 - 0064:19
0064:25 - 0065:05
0065:23 - 0066:02
0066:07 - 0066:19
0067:09 - 0067:18
0067:22 - 0068:01
0068:05 - 0068:10
0069:05 - 0069:07
0069:10 - 0069:16
0069:21 - 0069:23
0070:13 - 0070:14
0070:18 - 0071:01
0071:04 - 0071:12
0071:16 - 0071:20
0071:23 - 0072:07
0072:11 - 0072:11
0072:22 - 0072:24
0073:03 - 0073:07
0073:10 - 0073:14
0073:17 - 0073:21
0073:23 - 0074:03

0074:08 - 0074:16
0074:19 - 0074:24
0075:05 - 0075:08
0077:16 - 0077:17
0077:22 - 0078:03
0078:09 - 0078:11
0079:18 - 0080:01
0081:10 - 0082:10
0083:24 - 0083:25
0084:04 - 0084:09
0084:12 - 0084:20
0084:25 - 0085:07
0085:09 - 0085:09
0085:21 - 0086:04
0086:06 - 0086:12
0086:17 - 0087:15
0087:17 - 0087:17
0088:01 - 0088:05
0088:07 - 0088:10
0088:13 - 0088:16
0088:18 - 0088:21
0088:24 - 0088:25
0089:03 - 0089:06
0089:09 - 0089:13
0089:15 - 0089:15
0089:17 - 0089:18
0089:22 - 0089:25
0090:02 - 0090:02
0090:08 - 0090:11
0091:13 - 0091:15
0091:18 - 0092:06
0092:13 - 0092:15
0092:19 - 0093:07
0093:10 - 0093:11
0093:18 - 0094:01
0094:13 - 0094:21
0096:13 - 0096:20
0096:25 - 0097:21
0098:13 - 0098:22
0098:25 - 0099:11
0099:19 - 0099:22
0100:01 - 0100:02
0101:25 - 0102:01
0102:03 - 0102:07
0102:09 - 0102:13
0102:21 - 0104:07

0104:12 - 0104:21
0104:25 - 0104:25
0105:02 - 0105:05
0105:09 - 0105:10
0105:19 - 0105:21
0105:25 - 0106:08
0106:13 - 0106:15
0106:22 - 0106:23
0106:25 - 0107:01
0116:13 - 0116:18
0116:22 - 0117:02
0118:23 - 0119:11
0120:22 - 0120:24
0121:01 - 0121:01
0121:05 - 0121:25
0122:02 - 0122:10
0122:14 - 0122:14
0125:10 - 0125:14
0125:16 - 0125:16
0127:23 - 0127:24
0128:01 - 0129:04
0130:08 - 0130:10
0130:12 - 0130:21
0130:24 - 0131:03
0131:05 - 0131:13
0131:14 - 0131:22
0132:03 - 0132:04
0132:06 - 0132:09
0132:14 - 0132:20
0134:10 - 0134:19
0137:11 - 0137:17
0137:22 - 0138:01
0140:12 - 0140:16
0140:21 - 0141:16
0144:06 - 0144:12
0144:21 - 0144:25
0145:04 - 0145:10
0147:08 - 0147:10
0149:14 - 0150:22
0151:24 - 0152:06
0154:20 - 0156:09
0156:12 - 0157:04
0157:07 - 0157:25
0158:22 - 0158:25
0159:19 - 0160:10
0160:13 - 0160:17

0161:08 - 0161:11
0161:22 - 0163:03
0163:07 - 0163:11
0163:14 - 0163:15
0163:19 - 0163:21
0163:23 - 0163:25
0167:12 - 0167:19
0168:22 - 0168:24
0169:05 - 0169:10
0170:12 - 0170:15
0171:12 - 0173:15
0173:19 - 0173:22
0174:17 - 0174:19
0175:01 - 0175:18
0175:24 - 0176:19
0177:10 - 0177:13
0177:17 - 0178:14
0178:19 - 0178:20
0184:21 - 0185:04
0185:06 - 0186:09
0186:13 - 0186:16
0186:19 - 0186:22
0187:02 - 0187:09
0187:12 - 0187:17
0187:21 - 0188:07
0188:10 - 0188:13
0188:16 - 0188:18
0188:21 - 0188:22
0188:25 - 0189:12
0190:15 - 0190:18
0190:23 - 0190:25
0191:03 - 0191:13
0192:04 - 0192:11
0192:15 - 0193:21
0195:18 - 0195:21
0195:23 - 0196:07
0196:16 - 0196:21
0196:24 - 0196:24
0197:01 - 0197:05
0197:09 - 0197:19
0197:25 - 0198:20
0201:08 - 0201:10
0201:14 - 0202:01
0202:04 - 0202:12
0202:15 - 0203:14
0203:16 - 0203:19

0204:18 - 0204:22
0205:01 - 0205:21
0205:25 - 0206:05
0206:12 - 0206:16
0206:18 - 0206:24
0209:20 - 0209:23
0209:25 - 0210:09
0210:12 - 0210:24
0211:02 - 0211:07
0211:10 - 0211:14
0212:03 - 0212:08
0212:09 - 0212:10
0212:12 - 0212:23
0213:04 - 0213:18

**Mark Chaplick**
March 16, 2009

0005:02 - 0005:05
0005:19 - 0006:02
0006:23 - 0007:22
0008:20 - 0009:10
0009:13 - 0009:15
0013:03 - 0013:12
0013:15 - 0014:02
0014:07 - 0018:02
0019:02 - 0019:04
0019:07 - 0019:10
0019:12 - 0020:05
0023:04 - 0023:07
0023:10 - 0024:08
0024:16 - 0025:13
0026:13 - 0027:04
0029:13 - 0030:03
0030:06 - 0030:21
0041:06 - 0041:12
0042:11 - 0042:14
0066:25 - 0067:22
0068:21 - 0069:03
0070:09 - 0070:19
0070:22 - 0071:16
0071:17 - 0072:04
0073:15 - 0073:24

**Mitchell S.Y. Cohen**
October 11, 2007

0007:13 - 0007:19
0013:13 - 0013:16
0014:10 - 0014:19
0016:13 - 0017:15
0020:14 - 0020:21
0020:25 - 0021:01
0021:04 - 0021:13
0022:04 - 0022:18
0022:24 - 0023:12
0025:03 - 0026:04
0026:19 - 0026:23
0026:25 - 0027:03
0027:11 - 0027:17
0028:13 - 0029:04
0030:15 - 0030:21
0031:20 - 0032:09
0036:18 - 0037:04
0037:12 - 0038:06
0038:07 - 0038:17
0038:21 - 0038:22
0039:11 - 0039:25
0040:08 - 0040:24
0043:10 - 0043:13
0045:05 - 0045:10

**David Cooper**
December 20, 2007

0017:21 - 0017:25
0018:05 - 0018:10
0018:13 - 0018:15
0022:13 - 0022:24
0025:19 - 0026:23
0027:07 - 0027:18
0028:18 - 0028:19
0028:21 - 0029:01
0029:10 - 0029:12
0029:15 - 0029:21
0032:08 - 0032:10
0032:12 - 0032:12
0032:25 - 0033:03
0033:11 - 0033:13
0033:15 - 0033:18

0033:24 - 0034:01
0034:03 - 0034:03
0035:17 - 0035:22
0037:11 - 0038:04
0038:15 - 0038:19
0038:21 - 0039:10
0041:11 - 0041:17
0043:05 - 0043:09
0043:11 - 0043:11
0046:20 - 0046:23
0046:25 - 0047:05
0047:07 - 0047:08
0049:16 - 0049:18
0049:20 - 0050:11
0050:14 - 0050:15
0050:17 - 0050:22
0060:20 - 0061:04
0061:16 - 0062:19
0062:21 - 0065:14
0066:16 - 0066:20
0066:22 - 0067:02
0070:11 - 0070:16
0071:04 - 0072:12
0074:03 - 0074:22
0077:23 - 0078:02
0081:03 - 0081:06
0081:08 - 0081:15
0090:21 - 0090:23
0091:06 - 0091:16
0091:18 - 0092:11
0106:14 - 0106:18
0106:20 - 0106:25
0107:02 - 0107:06
0129:16 - 0129:25
0130:04 - 0130:13
0135:23 - 0136:01
0136:03 - 0136:08

**Mitchell Danesh**
November 6, 2007

0005:18 - 0005:23
0006:17 - 0007:12
0011:12 - 0012:14
0012:16 - 0012:24
0013:14 - 0013:18

19

0014:04 - 0014:05
0014:09 - 0015:03
0015:16 - 0016:09
0016:24 - 0017:01
0017:04 - 0017:08
0017:23 - 0018:10
0019:09 - 0020:01
0020:05 - 0020:23
0021:14 - 0021:16
0021:19 - 0022:02
0022:16 - 0022:18
0022:23 - 0023:10
0023:15 - 0023:16
0023:21 - 0024:11
0024:23 - 0024:24
0025:02 - 0025:03
0025:13 - 0025:17
0025:19 - 0025:19
0026:05 - 0026:09
0028:08 - 0028:14
0029:11 - 0029:25
0032:12 - 0032:14
0032:16 - 0032:25
0033:05 - 0033:07
0033:09 - 0033:13
0033:18 - 0033:19
0034:07 - 0034:08
0034:13 - 0034:19
0034:23 - 0035:03
0035:16 - 0036:01
0036:06 - 0036:14
0036:18 - 0036:20
0037:02 - 0037:04
0037:20 - 0038:07
0038:10 - 0038:11
0039:15 - 0039:18
0039:21 - 0040:05
0041:02 - 0041:07
0041:12 - 0041:25
0044:03 - 0044:08
0044:12 - 0044:12
0046:07 - 0046:12
0047:20 - 0048:10
0048:13 - 0048:16
0048:18 - 0048:21
0048:25 - 0048:25

0049:10 - 0049:12
0049:14 - 0049:14
0050:16 - 0050:17
0050:20 - 0050:23
0050:25 - 0051:04
0051:09 - 0051:11
0051:13 - 0051:14
0051:18 - 0051:18
0052:10 - 0052:18
0053:05 - 0053:18
0053:20 - 0053:20
0054:01 - 0054:03
0054:07 - 0054:07
0054:13 - 0054:15
0054:18 - 0054:21
0054:23 - 0054:23
0055:09 - 0055:11
0055:15 - 0055:20
0057:19 - 0057:20
0057:22 - 0057:22
0060:03 - 0060:04
0060:07 - 0060:11
0060:13 - 0060:17
0060:22 - 0061:02
0061:06 - 0061:06
0062:02 - 0062:05
0062:18 - 0062:23
0063:03 - 0063:08
0063:13 - 0064:01
0064:05 - 0064:07
0064:09 - 0064:20
0065:04 - 0065:24
0066:11 - 0066:19
0066:23 - 0067:04
0067:07 - 0067:13
0067:16 - 0067:19
0068:03 - 0068:05
0068:09 - 0068:19
0068:22 - 0068:22
0069:01 - 0069:07
0069:10 - 0069:15
0069:17 - 0069:22
0069:24 - 0069:24
0070:13 - 0070:15
0070:18 - 0070:23
0073:12 - 0073:14

0073:21 - 0074:01
0074:17 - 0074:24
0075:21 - 0075:24
0076:04 - 0076:11
0077:24 - 0078:02
0078:06 - 0078:06
0078:24 - 0079:01
0079:06 - 0079:06
0080:09 - 0080:12
0080:17 - 0080:20
0080:25 - 0080:25
0082:20 - 0082:21
0082:25 - 0083:03
0083:07 - 0083:08
0083:20 - 0084:11
0084:25 - 0085:02
0085:05 - 0085:08
0085:12 - 0085:16
0085:20 - 0086:01
0095:17 - 0096:14
0096:24 - 0097:02
0097:18 - 0098:05
0103:22 - 0104:04
0104:12 - 0104:24
0106:11 - 0106:19
0106:22 - 0107:02
0107:09 - 0107:10
0109:03 - 0109:05
0109:09 - 0109:09
0110:21 - 0110:25
0111:18 - 0111:19
0111:22 - 0112:09
0117:08 - 0117:11
0137:03 - 0137:03
0137:05 - 0137:25
0138:04 - 0138:11
0141:14 - 0142:12
0142:16 - 0142:22
0143:02 - 0143:02
0143:15 - 0143:21
0143:24 - 0143:24
0144:02 - 0144:10
0144:13 - 0144:13
0145:08 - 0145:23
0146:01 - 0146:06
0146:17 - 0147:14

0147:23 - 0148:20
0149:23 - 0150:01
0151:13 - 0151:16
0151:24 - 0152:05

**Robin Dea**
September 28, 2007

0006:16 - 0006:17
0010:19 - 0011:14
0012:24 - 0013:15
0022:11 - 0025:07
0025:15 - 0025:21
0027:05 - 0028:04
0028:08 - 0028:13
0028:16 - 0029:07
0029:18 - 0029:25
0030:03 - 0030:10
0031:02 - 0031:18
0031:21 - 0032:08
0032:12 - 0032:20
0034:11 - 0036:11
0036:18 - 0037:03
0038:09 - 0038:20
0038:24 - 0040:14
0041:05 - 0042:22
0042:25 - 0043:09
0043:11 - 0043:11
0056:20 - 0059:19
0062:20 - 0062:22
0063:09 - 0063:22
0064:04 - 0066:03
0066:08 - 0067:18
0068:07 - 0069:10
0070:09 - 0070:22
0071:22 - 0072:25
0085:03 - 0087:07
0087:13 - 0089:25
0090:23 - 0091:10
0091:18 - 0091:22
0091:25 - 0092:16
0093:11 - 0093:17
0093:19 - 0093:25
0094:04 - 0094:22
0094:25 - 0095:18
0096:14 - 0096:18

23

0096:23 - 0097:08
0097:12 - 0097:16
0097:21 - 0097:23
0098:25 - 0099:03
0099:08 - 0099:08
0099:10 - 0099:24
0103:06 - 0103:16
0104:05 - 0105:04
0106:15 - 0108:13
0109:07 - 0110:24
0111:19 - 0111:25
0112:07 - 0112:10
0112:13 - 0113:01
0114:05 - 0114:10
0114:12 - 0114:19
0114:24 - 0115:19
0115:22 - 0117:02
0118:08 - 0118:16
0120:06 - 0120:15
0120:23 - 0122:04
0122:14 - 0122:18
0123:16 - 0123:23
0126:10 - 0126:12
0126:14 - 0126:19
0127:06 - 0127:24
0128:20 - 0129:06
0130:08 - 0130:13
0130:21 - 0131:11
0133:01 - 0133:03
0133:07 - 0133:14
0133:20 - 0137:01
0137:15 - 0138:03
0139:14 - 0140:02
0146:13 - 0147:11
0148:18 - 0149:01
0149:15 - 0150:20
0151:09 - 0151:23
0152:07 - 0153:04
0156:19 - 0157:08
0159:07 - 0161:16
0162:24 - 0164:05
0164:22 - 0164:25
0166:18 - 0168:16
0169:09 - 0169:18
0175:02 - 0175:06
0176:25 - 0177:21

0184:08 - 0184:10
0189:04 - 0189:09
0191:04 - 0192:09

**Vithal Dhaduk**
November 12, 2006

0004:12 - 0004:24
0007:04 - 0007:08
0008:08 - 0009:02
0009:06 - 0009:12
0010:14 - 0010:18
0010:20 - 0010:21
0011:02 - 0011:05
0011:07 - 0011:12
0011:14 - 0012:05
0012:07 - 0012:12
0012:14 - 0012:14
0012:18 - 0013:08
0013:10 - 0013:13
0013:15 - 0013:15
0013:21 - 0014:03
0014:05 - 0014:06
0014:09 - 0014:12
0015:04 - 0015:20
0017:14 - 0018:23
0019:11 - 0019:14
0019:16 - 0020:20
0023:19 - 0024:02
0024:04 - 0024:08
0024:10 - 0024:11
0025:21 - 0026:02
0027:23 - 0027:24
0028:02 - 0028:07
0028:13 - 0028:24
0030:23 - 0031:05
0031:07 - 0031:07
0031:20 - 0032:07
0033:10 - 0033:12
0033:13 - 0033:15
0033:17 - 0033:20
0033:22 - 0033:25
0034:03 - 0034:10
0034:13 - 0035:08
0035:10 - 0035:10
0035:20 - 0035:24

0036:17 - 0036:19
0036:21 - 0037:20
0039:12 - 0039:14
0039:16 - 0039:24
0041:03 - 0041:25
0042:14 - 0044:04
0044:22 - 0045:15
0045:17 - 0045:18
0045:23 - 0045:25
0046:07 - 0046:11
0046:22 - 0047:11
0048:18 - 0049:17
0052:14 - 0053:08
0053:10 - 0053:14
0053:16 - 0053:16
0086:09 - 0086:19
0087:08 - 0087:15
0115:22 - 0116:17
0116:24 - 0117:04
0130:20 - 0131:02
0131:19 - 0132:07
0132:25 - 0133:10
0135:06 - 0137:02
0137:09 - 0138:11
0139:03 - 0139:08
0141:07 - 0141:09
0142:02 - 0142:05
0142:15 - 0142:18
0142:23 - 0143:02
0143:17 - 0144:19
0145:16 - 0146:04
0146:06 - 0146:10
0146:13 - 0147:11
0147:13 - 0147:24
0148:02 - 0148:09
0148:11 - 0148:20
0150:07 - 0150:10
0178:12 - 0179:12
0180:02 - 0180:16
0180:22 - 0180:23
0182:04 - 0182:09
0193:25 - 0194:03
0194:05 - 0194:05
0211:07 - 0211:23
0212:02 - 0212:07
0246:03 - 0246:09

**Ronald Ellis**
March 5, 2009

0008:14 - 0008:15
0008:25 - 0009:02
0009:17 - 0010:01
0010:06 - 0011:09
0011:22 - 0011:24
0012:20 - 0013:13
0013:21 - 0014:01
0014:04 - 0014:05
0014:10 - 0015:15
0015:21 - 0016:18
0017:06 - 0017:08
0017:10 - 0017:10
0017:12 - 0018:15
0018:22 - 0018:24
0019:02 - 0019:05
0019:12 - 0019:12
0019:21 - 0019:23
0020:01 - 0020:02
0020:11 - 0020:13
0020:16 - 0021:01
0021:09 - 0022:04
0023:14 - 0023:17
0067:03 - 0067:08
0067:13 - 0067:15
0069:22 - 0070:01
0070:05 - 0070:05

**Jeffrey Esper**
October 16, 2008

0005:06 - 0005:07
0005:17 - 0005:20
0006:03 - 0006:17
0008:13 - 0008:20
0009:06 - 0010:09
0010:25 - 0012:02
0012:23 - 0012:24
0013:04 - 0013:18
0013:25 - 0016:16
0016:22 - 0017:19
0018:03 - 0020:13
0021:10 - 0023:14

27

0023:25 - 0024:24
0033:16 - 0033:19
0035:03 - 0035:18

**Amy Fitzsimmons**
September 22, 2008

0006:16 - 0006:17
0007:06 - 0007:18
0009:25 - 0013:14
0013:17 - 0014:17
0014:23 - 0015:25
0016:05 - 0016:15
0016:22 - 0016:23
0016:25 - 0017:16
0017:18 - 0018:06
0020:14 - 0020:24
0021:03 - 0021:25
0022:04 - 0024:15
0039:10 - 0039:23
0039:25 - 0040:09
0040:12 - 0041:04
0044:19 - 0045:06

**Dale Kramer**
October 10, 2007

0006:10 - 0006:16
0011:20 - 0011:21
0016:14 - 0016:18
0017:22 - 0017:25
0018:19 - 0019:06
0024:13 - 0024:22
0025:01 - 0025:10
0027:15 - 0027:21
0030:18 - 0030:22
0031:11 - 0031:12
0031:16 - 0031:20
0032:24 - 0033:01
0034:08 - 0034:13
0035:04 - 0036:01
0036:03 - 0036:04
0039:04 - 0039:08
0039:10 - 0039:12
0039:17 - 0039:25
0040:02 - 0040:05

0041:04 - 0041:15
0047:10 - 0047:13
0047:15 - 0047:21
0047:23 - 0047:24
0048:04 - 0048:07
0048:15 - 0048:20
0048:22 - 0049:04
0049:06 - 0049:15
0054:05 - 0054:09
0054:24 - 0054:24
0055:14 - 0056:01
0060:22 - 0061:02
0061:04 - 0061:08
0061:11 - 0061:17
0062:06 - 0062:15
0067:21 - 0067:25
0068:20 - 0069:04
0069:18 - 0069:24
0070:01 - 0070:09

**Deborah Kubota**
October 11, 2007

0007:10 - 0007:17
0011:01 - 0011:05
0015:09 - 0015:13
0015:20 - 0015:21
0015:22 - 0017:19
0017:08 - 0017:19
0019:06 - 0019:17
0019:18 - 0020:17
0020:25 - 0021:02
0021:04 - 0021:13
0021:18 - 0021:21
0021:24 - 0022:02
0022:07 - 0022:08
0023:01 - 0023:09
0025:04 - 0025:16
0025:20 - 0025:24
0026:06 - 0028:15
0030:25 - 0031:05
0032:23 - 0033:01
0033:10 - 0033:12
0034:06 - 0034:08
0035:01 - 0035:03
0037:05 - 0037:08

0037:09 - 0037:18
0038:03 - 0039:08
0039:10 - 0039:12
0039:13 - 0040:02
0041:13 - 0041:23
0042:19 - 0043:06
0043:19 - 0044:19
0045:01 - 0045:04
0045:05 - 0045:12
0045:14 - 0045:19
0046:03 - 0046:15
0046:23 - 0047:03
0047:14 - 0047:19
0047:20 - 0048:08
0049:06 - 0049:13
0049:23 - 0050:16
0051:15 - 0052:14
0053:04 - 0053:18
0054:06 - 0054:10
0058:16 - 0058:18
0061:12 - 0061:15
0067:10 - 0068:08
0069:14 - 0069:23
0069:24 - 0070:08
0070:21 - 0074:13
0074:04 - 0074:07
0074:12 - 0074:13
0075:14 - 0076:17
0077:02 - 0077:13
0077:20 - 0078:19
0083:05 - 0083:09
0086:24 - 0087:12
0088:03 - 0088:06
0092:11 - 0092:19
0093:13 - 0093:20
0095:16 - 0096:04
0100:22 - 0100:25

**Morris Maizels**
September 26, 2007

0006:19 - 0006:22
0007:05 - 0007:14
0010:15 - 0010:17
0014:02 - 0014:08
0014:11 - 0014:11

0016:13 - 0018:16
0019:20 - 0020:18
0021:01 - 0021:20
0022:18 - 0023:13
0028:06 - 0029:05
0029:18 - 0029:21
0029:25 - 0030:15
0030:20 - 0030:23
0031:02 - 0032:08
0033:04 - 0034:01
0034:06 - 0034:21
0034:24 - 0036:05
0036:17 - 0037:18
0037:23 - 0037:25
0038:09 - 0038:25
0039:02 - 0040:25
0042:03 - 0042:16
0042:18 - 0042:18
0042:23 - 0043:09
0043:19 - 0043:21
0043:24 - 0046:21
0047:03 - 0047:20
0048:02 - 0048:10
0048:15 - 0048:19
0049:07 - 0049:16
0049:21 - 0050:09
0050:16 - 0052:02
0052:14 - 0052:19
0052:24 - 0053:14
0055:02 - 0055:08
0055:19 - 0056:18
0057:06 - 0059:13
0060:08 - 0061:01
0061:12 - 0062:09
0062:24 - 0063:20
0065:16 - 0066:04
0066:18 - 0067:04
0067:09 - 0067:11
0067:16 - 0068:18
0069:05 - 0070:25
0071:06 - 0071:17
0071:22 - 0071:23
0071:25 - 0072:08
0072:13 - 0072:24
0073:05 - 0073:20
0074:01 - 0074:06

0074:14 - 0074:17
0074:19 - 0074:19
0075:05 - 0075:09
0075:19 - 0075:21
0075:23 - 0076:03
0076:08 - 0077:03
0077:10 - 0077:18
0079:21 - 0079:22
0079:25 - 0080:19
0080:22 - 0080:24
0081:01 - 0081:02
0081:09 - 0081:17
0081:20 - 0081:24
0082:02 - 0082:10
0083:02 - 0083:06
0083:11 - 0083:21
0084:02 - 0084:07
0084:13 - 0084:13
0084:20 - 0084:25
0085:09 - 0085:12
0085:24 - 0086:12
0086:19 - 0086:22
0087:02 - 0087:05
0087:12 - 0087:13
0087:15 - 0087:20
0088:03 - 0088:05
0088:10 - 0088:12
0091:25 - 0093:07
0093:11 - 0093:25
0096:06 - 0096:15
0096:19 - 0097:20
0098:02 - 0098:13
0098:18 - 0099:05
0099:10 - 0099:16
0100:05 - 0100:06
0100:13 - 0101:11
0101:14 - 0101:17
0101:20 - 0101:21
0101:23 - 0103:01
0103:08 - 0103:11
0103:13 - 0103:16
0103:18 - 0103:22
0104:04 - 0104:22
0106:04 - 0106:11
0106:16 - 0106:19
0106:22 - 0107:24

0108:06 - 0108:10
0108:15 - 0109:02
0109:19 - 0110:08
0110:10 - 0111:02
0111:05 - 0111:05
0116:13 - 0116:19
0117:17 - 0117:20
0117:23 - 0117:23
0117:25 - 0118:02
0120:25 - 0122:02
0124:17 - 0124:22
0125:09 - 0125:23
0133:01 - 0133:02
0133:14 - 0133:15
0138:07 - 0138:16
0138:25 - 0139:15
0140:02 - 0140:04
0140:06 - 0140:18
0141:10 - 0141:19
0141:21 - 0141:21
0145:07 - 0145:09
0145:13 - 0145:16
0145:25 - 0146:05
0147:04 - 0147:05
0147:07 - 0147:13
0147:20 - 0147:20
0147:22 - 0147:25
0148:23 - 0148:25
0149:10 - 0149:22
0151:10 - 0151:22
0152:15 - 0153:20
0154:09 - 0154:22
0154:25 - 0155:03
0155:06 - 0155:08
0155:19 - 0155:21
0156:21 - 0157:18
0160:01 - 0160:03
0160:05 - 0160:12
0160:15 - 0160:20
0162:02 - 0162:02
0165:19 - 0165:21
0166:02 - 0167:21
0168:02 - 0169:01
0171:09 - 0171:24
0172:11 - 0173:04
0173:12 - 0173:19

0176:09 - 0177:14
0179:21 - 0180:11
0181:18 - 0181:19
0182:02 - 0183:01
0183:04 - 0183:14
0184:02 - 0184:06
0184:13 - 0184:25
0185:02 - 0185:20
0189:20 - 0190:02
0190:05 - 0190:11
0205:11 - 0205:17
0205:19 - 0205:23
0206:07 - 0206:08
0206:13 - 0206:14
0206:19 - 0206:22
0207:01 - 0208:05
0208:08 - 0208:14
0208:21 - 0208:24
0209:03 - 0209:05
0209:13 - 0211:03
0211:14 - 0212:13
0213:10 - 0213:11
0213:14 - 0214:15
0214:18 - 0214:18
0216:11 - 0216:14
0217:11 - 0217:23

**Bill McCarberg**
September 27, 2007

0004:09 - 0004:12
0004:22 - 0005:07
0010:04 - 0010:09
0010:10 - 0011:02
0011:06 - 0011:09
0011:18 - 0012:02
0012:07 - 0012:13
0012:14 - 0012:23
0013:02 - 0013:22
0013:24 - 0013:24
0014:08 - 0015:16
0015:25 - 0016:03
0016:06 - 0016:12
0016:19 - 0017:07
0018:14 - 0020:08
0020:22 - 0021:04

0021:09 - 0021:09
0021:12 - 0021:24
0022:01 - 0022:01
0022:24 - 0023:18
0024:11 - 0024:12
0024:14 - 0024:23
0024:25 - 0025:03
0025:09 - 0025:15
0025:19 - 0026:03
0028:12 - 0031:10
0031:12 - 0031:12
0031:16 - 0031:18
0032:10 - 0032:15
0032:20 - 0032:25
0035:04 - 0035:16
0036:07 - 0036:11
0036:23 - 0037:08
0037:12 - 0038:02
0038:05 - 0040:21
0040:24 - 0041:03
0042:20 - 0042:23
0043:02 - 0043:03
0043:06 - 0043:20
0043:22 - 0044:02
0044:14 - 0045:15
0045:17 - 0045:22
0045:24 - 0046:05
0046:11 - 0046:22
0047:03 - 0048:17
0048:20 - 0048:22
0048:24 - 0049:10
0049:18 - 0050:11
0050:24 - 0051:12
0051:16 - 0052:18
0053:04 - 0054:20
0054:23 - 0054:25
0055:05 - 0055:13
0056:02 - 0056:11
0056:17 - 0058:19
0059:01 - 0059:15
0059:18 - 0059:23
0059:25 - 0060:21
0060:25 - 0061:10
0061:12 - 0061:19
0061:21 - 0062:10
0063:03 - 0063:08

0063:13 - 0063:21
0063:24 - 0064:04
0064:06 - 0065:11
0065:13 - 0065:19
0065:21 - 0066:01
0066:06 - 0066:16
0066:19 - 0068:01
0068:13 - 0070:05
0074:19 - 0075:04
0075:13 - 0075:16
0075:18 - 0075:22
0075:25 - 0076:05
0076:08 - 0076:10
0076:12 - 0077:09
0077:12 - 0078:14
0079:05 - 0079:14
0079:19 - 0080:12
0080:15 - 0080:17
0081:17 - 0081:19
0081:22 - 0081:22
0082:01 - 0082:15
0082:17 - 0083:17
0083:20 - 0084:01
0084:03 - 0084:15
0084:17 - 0084:23
0085:10 - 0085:18
0085:21 - 0086:01
0086:03 - 0086:08
0086:19 - 0087:11
0087:14 - 0088:02
0088:06 - 0088:18
0092:22 - 0093:03
0093:05 - 0094:03
0094:11 - 0094:18
0095:03 - 0095:24
0096:02 - 0097:04
0097:06 - 0097:08
0097:10 - 0097:10
0097:13 - 0097:16
0097:19 - 0097:23
0098:01 - 0098:06
0105:03 - 0105:05
0105:15 - 0105:17
0105:21 - 0106:21
0108:06 - 0108:19
0110:17 - 0110:24

0111:22 - 0112:02
0112:06 - 0112:15
0112:17 - 0112:17
0113:02 - 0113:04
0114:16 - 0114:25
0115:11 - 0115:13
0115:18 - 0116:05
0116:17 - 0118:09
0119:18 - 0120:05
0120:08 - 0120:10
0120:12 - 0120:12
0120:21 - 0120:24
0121:11 - 0122:22
0123:09 - 0123:22
0123:24 - 0124:11
0124:13 - 0124:24
0125:01 - 0125:09
0125:11 - 0125:15
0126:07 - 0127:04
0127:10 - 0127:11
0127:13 - 0129:08
0129:10 - 0130:17
0130:25 - 0131:16
0131:19 - 0132:03
0132:06 - 0132:15
0132:19 - 0132:20
0133:02 - 0134:18
0135:22 - 0135:25
0136:07 - 0137:21
0137:23 - 0138:03
0138:05 - 0138:05
0139:03 - 0139:15
0139:23 - 0140:02
0140:04 - 0140:17
0141:04 - 0141:11
0141:14 - 0142:05
0143:08 - 0144:08
0145:03 - 0146:07
0147:02 - 0149:10
0150:02 - 0150:16
0152:08 - 0152:25
0153:02 - 0154:11
0154:15 - 0154:15
0154:20 - 0154:22
0154:24 - 0156:02

**Janet Milan**
November 29, 2007

0010:07 - 0011:03
0011:17 - 0012:08
0013:02 - 0013:12
0031:05 - 0031:07
0031:18 - 0032:03
0032:06 - 0032:21
0032:23 - 0033:22
0035:14 - 0036:06
0040:23 - 0041:02
0041:04 - 0041:08
0041:11 - 0041:13
0045:01 - 0045:09
0056:23 - 0057:08
0057:15 - 0058:03
0134:02 - 0134:03
0134:09 - 0135:13
0135:19 - 0135:21
0136:03 - 0136:19
0136:21 - 0136:22
0136:24 - 0136:25
0137:07 - 0137:21
0137:23 - 0138:06
0138:09 - 0138:09
0138:13 - 0138:14
0138:18 - 0139:01
0139:18 - 0140:09
0140:16 - 0141:02
0141:07 - 0141:10
0141:12 - 0141:18
0141:23 - 0142:13
0142:22 - 0142:24
0143:04 - 0143:19
0143:22 - 0143:24
0144:01 - 0144:16
0144:18 - 0144:18
0144:25 - 0145:06
0145:24 - 0146:12
0146:17 - 0146:20
0147:02 - 0147:04
0147:07 - 0147:10
0147:13 - 0147:16
0147:18 - 0147:22
0147:24 - 0148:01

0149:24 - 0150:17
0151:12 - 0152:07
0152:10 - 0152:14
0152:20 - 0153:14
0153:17 - 0155:02
0155:04 - 0155:06
0155:13 - 0155:17
0155:23 - 0156:01
0156:03 - 0157:04
0157:15 - 0157:19
0158:02 - 0158:11
0158:13 - 0159:20
0159:24 - 0160:03
0160:05 - 0160:05

**Mirta Millares**
October 2, 2007 & January 10, 2008

**October 2, 2007**
0009:15 - 0010:02
0014:22 - 0014:23
0032:03 - 0032:06
0032:13 - 0032:17
0037:13 - 0037:15
0037:17 - 0037:22
0039:18 - 0040:03
0041:08 - 0041:15
0042:22 - 0043:14
0045:10 - 0047:09
0047:14 - 0047:16
0048:11 - 0048:22
0048:24 - 0048:24
0068:10 - 0068:11
0068:22 - 0069:13
0070:20 - 0071:24
0072:22 - 0073:01
0073:25 - 0074:05
0074:17 - 0074:18
0074:24 - 0075:06
0078:13 - 0078:15
0078:19 - 0079:11
0079:13 - 0080:23
0081:09 - 0081:12
0081:14 - 0081:18
0082:01 - 0082:03
0083:06 - 0083:18

0084:17 - 0085:23
0087:02 - 0087:03
0087:15 - 0088:05
0088:25 - 0089:02
0090:19 - 0091:04
0091:13 - 0094:02
0100:10 - 0100:21
0116:25 - 0118:04
0123:22 - 0124:14
0125:19 - 0125:23

**January 10, 2008**
0015:20 - 0016:01
0021:11 - 0021:22
0040:14 - 0040:23
0041:13 - 0042:05
0046:14 - 0047:01
0047:21 - 0048:01
0048:06 - 0049:18
0065:05 - 0065:24
0066:02 - 0066:21
0079:03 - 0079:19
0085:04 - 0085:12
0086:03 - 0086:14
0086:20 - 0087:05
0125:07 - 0126:23
0133:12 - 0133:18
0142:19 - 0143:09
0146:19 - 0146:24
0149:02 - 0149:07
0155:06 - 0156:24
0157:07 - 0157:11
0157:17 - 0157:23
0159:10 - 0159:24
0161:03 - 0161:14
0162:05 - 0162:08
0163:07 - 0163:15
0163:20 - 0164:16
0164:24 - 0167:09
0170:13 - 0171:21
0183:14 - 0183:15
0183:18 - 0186:03
0188:06 - 0188:20
0189:22 - 0191:05
0190:22 - 0193:06
0203:22 - 0204:07

0204:18 - 0205:09
0209:01 - 0211:07
0213:10 - 0213:24
0214:13 - 0215:02
0215:14 - 0215:20
0218:13 - 0218:22
0219:21 - 0220:10
0227:12 - 0227:18
0228:03 - 0228:10

**Charles Phillips**
December 16, 2009

0007:14 - 0007:17
0024:25 - 0026:21
0027:06 - 0027:19
0028:10 - 0028:23
0041:22 - 0043:09
0098:04 - 0098:19
0107:06 - 0107:13
0107:15 - 0108:17
0122:18 - 0122:19
0124:17 - 0125:06
0129:14 - 0129:16
0130:02 - 0130:07
0130:10 - 0130:22
0133:20 - 0135:01
0136:21 - 0137:10
0138:22 - 0140:05
0142:16 - 0142:20
0142:22 - 0143:07
0144:23 - 0145:23
0146:05 - 0146:22
0151:05 - 0152:16
0152:18 - 0153:09
0153:11 - 0155:02
0155:05 - 0155:08
0155:10 - 0155:11
0155:13 - 0156:05
0156:25 - 0157:02
0162:23 - 0163:07
0164:08 - 0164:13
0168:08 - 0168:10
0168:12 - 0168:18
0171:12 - 0171:22
0172:14 - 0173:08

0174:13 - 0174:21
0175:02 - 0175:10
0176:14 - 0177:18
0177:21 - 0178:02
0178:10 - 0180:05
0180:07 - 0180:13
0180:18 - 0182:12
0182:16 - 0182:18
0182:24 - 0183:01
0183:05 - 0183:10
0184:14 - 0184:16
0184:18 - 0185:04
0185:09 - 0185:09
0185:13 - 0186:17
0186:19 - 0187:24
0188:01 - 0188:10

**Terry Rolan**
March 10, 2009

0006:08 - 0006:11
0006:14 - 0006:15
0007:06 - 0007:15
0008:13 - 0009:09
0009:20 - 0010:03
0010:12 - 0010:14
0011:11 - 0011:13
0011:25 - 0012:06
0013:08 - 0014:01
0015:02 - 0016:08
0016:21 - 0018:15
0019:06 - 0019:08
0019:16 - 0020:21
0021:01 - 0022:02
0022:04 - 0022:10
0022:12 - 0022:23
0023:25 - 0024:06
0024:08 - 0024:21
0032:21 - 0032:24
0033:01 - 0033:06
0033:08 - 0033:15
0033:17 - 0034:02
0055:21 - 0056:11
0057:17 - 0057:22
0058:04 - 0058:06
0061:13 - 0061:21

**Dragan Svrakic**
March 12, 2009

0006:12 - 0006:13
0007:05 - 0007:18
0009:10 - 0009:16
0010:07 - 0010:08
0013:16 - 0013:25
0015:22 - 0016:18
0017:03 - 0017:06
0018:09 - 0022:08
0023:21 - 0024:15
0025:08 - 0030:08
0031:13 - 0031:17
0031:22 - 0032:11
0069:05 - 0070:03
0070:06 - 0070:11
0071:13 - 0072:08
0072:08 - 0072:09

**Stephen Valerio**
November 28, 2007

0011:07 - 0011:20
0014:14 - 0014:17
0023:01 - 0023:02
0023:04 - 0023:15
0026:05 - 0026:06
0026:08 - 0026:09
0034:16 - 0034:19
0034:21 - 0035:20
0036:05 - 0036:07
0036:09 - 0037:20
0041:19 - 0042:19
0050:18 - 0050:21
0050:23 - 0051:22
0064:21 - 0065:15
0069:18 - 0071:20
0134:02 - 0134:07
0134:11 - 0135:16
0136:07 - 0136:12
0136:14 - 0136:19
0136:21 - 0136:21
0147:25 - 0150:03

0150:11 - 0151:09
0151:11 - 0153:12
0154:17 - 0154:24
0155:19 - 0155:23
0157:25 - 0158:07
0158:10 - 0158:14
0159:21 - 0159:25
0160:22 - 0161:21
0161:23 - 0161:25
0162:19 - 0162:25
0166:01 - 0166:23
0167:17 - 0167:23
0167:25 - 0169:23
0171:22 - 0172:15
0172:17 - 0172:18
0172:20 - 0173:11
0173:15 - 0180:22
0183:11 - 0183:13
0183:15 - 0183:17
0188:02 - 0190:09

**Michael Vinegra**
November 15, 2007

0128:10 - 0129:05
0162:22 - 0163:03
0163:23 - 0164:21
0164:23 - 0165:04
0165:12 - 0166:08
0166:10 - 0166:10
0173:02 - 0173:23
0174:02 - 0174:09
0179:24 - 0181:09
0181:22 - 0183:24
0184:01 - 0184:04
0184:06 - 0184:09
0184:11 - 0184:14
0184:16 - 0184:19
0184:21 - 0185:16
0189:25 - 0190:05
0191:04 - 0192:19
0192:21 - 0193:07
0193:09 - 0194:04
0194:14 - 0194:17
0194:22 - 0196:04
0196:06 - 0199:11

0199:13 - 0200:09
0200:11 - 0200:17
0200:19 - 0200:19
0201:06 - 0201:15
0201:20 - 0201:23
0202:08 - 0202:15
0202:17 - 0203:04
0203:18 - 0205:06
0205:13 - 0206:08
0206:11 - 0206:16
0207:15 - 0207:19
0208:19 - 0208:22
0208:24 - 0209:02
0209:10 - 0209:14
0209:16 - 0210:05
0210:07 - 0211:18
0211:20 - 0212:03

Dated: January 12, 2010                     Respectfully submitted,


                                            SKADDEN, ARPS, SLATE,
                                              MEAGHER & FLOM LLP

                                            By: /s/ Mark S. Cheffo
                                                Mark S. Cheffo

                                            Four Times Square
                                            New York, New York 10036
                                            Tel: (212) 735-3000

                                            -and-

                                            David B. Chaffin
                                            WHITE AND WILLIAMS LLP
                                            100 Summer Street, 27th Floor
                                            Boston, MA 02110
                                            Tel: (617) 748-5200

                                            *Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*