# Exhibit 5
# (Part 1 of 5)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

THIS DOCUMENT RELATES TO:

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and

AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS)

Judge Patti B. Saris
Mag. Judge Leo T. Sorokin

**PLAINTIFF KAISER'S KEY TO OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS**

| CODE | OBJECTION |
|---|---|
| R | Relevancy |
| H | Hearsay |
| 403 | Rule 403 (Cumulative/Prejudice/Confusion) |
| P | Privileged |
| F | Lack of foundation or witness competency |
| O | Improper Opinion |
| Form | Objection to form or restatement of objection stated in transcript |
| Rule 32 | Deposition cannot be used |
| CE or clinical experience | Objection to efficacy opinions based on clinical experience |

| CODE | OBJECTION |
|---|---|
| Daubert | Objection to opinions that are unreliable, unscientific, and inadmissible under Daubert |
| S | Speculation |
| AFNIT | Assumes facts not in evidence |
| NR | Non-responsive |
| Foreign approvals | Evidence of foreign approvals is irrelevant, misleading and should be excluded |

Dated: January 28, 2010

Respectfully submitted,

By: */s/ Linda P. Nussbaum*
Linda P. Nussbaum

KAPLAN FOX & KILSHEIMER LLP
Linda P. Nussbaum, Esq.
850 Third Avenue, 14th Floor
New York, New York 10022

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

*Of Counsel*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol
HAGENS BERMAN SOBOL
  SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

## In re Neurontin Marketing, Sales Practices, and Products Liability Litigation
## Plaintiff Kaiser's Counter-Designations and Objections to Defendants' Deposition Designations
## January 28, 2010

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Mark Buchfuhrer, M.D. | 12/21/2009 | 81 | 4 | | 81 | 6 | | R |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 95 | 7 | | 95 | 14 | | R |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 112 | 18 | | 112 | 21 | | R |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 113 | 23 | | 113 | 24 | | R |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 120 | 4 | | 121 | 3 | | R |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 121 | 7 | | 121 | 21 | | R, F, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 127 | 8 | | 129 | 15 | | R, F, O, clinical experience |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 131 | 20 | | 134 | 7 | | R, F, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 136 | 12 | | 136 | 19 | | R, |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 154 | 6 | | 154 | 9 | | R, clinical experience |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 171 | 24 | | 172 | 11 | | R, F, O, clinical exp. |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 194 | 8 | | 194 | 9 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 194 | 11 | | 194 | 11 | | R |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 197 | 15 | | 197 | 25 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 198 | 2 | | 199 | 18 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 200 | 9 | | 200 | 11 | | R |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 203 | 20 | | 203 | 25 | | R |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 204 | 5 | | 204 | 14 | | R, H, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 204 | 17 | | 204 | 17 | | R, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 204 | 20 | | 204 | 23 | | R, H, Form, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 205 | 2 | | 205 | 6 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 205 | 9 | | 205 | 10 | | R, Form, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 205 | 13 | | 205 | 17 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 205 | 20 | | 205 | 20 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 205 | 22 | | 206 | 4 | | R, Form,H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 206 | 7 | | 206 | 8 | | R, Form, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 206 | 10 | | 206 | 10 | | R, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 207 | 15 | | 207 | 18 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 207 | 20 | | 208 | 4 | | R, Form, |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 208 | 7 | | 208 | 9 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 208 | 11 | | 208 | 17 | | R, Form, H, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 208 | 19 | | 209 | 1 | | R, Form, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 209 | 3 | | 209 | 3 | | R, Form, O, H |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Mark Buchfuhrer, M.D. | 12/21/2009 | 209 | 6 | | 209 | 7 | | R |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 209 | 11 | | 209 | 11 | | R, Form. H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 209 | 14 | | 209 | 15 | | R |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 209 | 17 | | 209 | 20 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 209 | 22 | | 210 | 9 | | R, O, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 210 | 11 | | 210 | 15 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 210 | 18 | | 211 | 2 | | R, Form, H, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 211 | 4 | | 211 | 12 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 211 | 15 | | 211 | 16 | | R, Form, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 211 | 18 | | 211 | 23 | | R, Form, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 212 | 1 | | 212 | 5 | | R, F, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 212 | 13 | | 212 | 15 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 212 | 17 | | 212 | 17 | | R, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 213 | 8 | | 213 | 19 | | R, H, Form, F |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 213 | 21 | | 213 | 24 | | R, H, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 214 | 2 | | 214 | 3 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 214 | 5 | | 214 | 5 | | R, Form, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 214 | 7 | | 214 | 10 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 214 | 12 | | 214 | 18 | | R, Form, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 214 | 22 | | 214 | 24 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 215 | 2 | | 215 | 3 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 215 | 5 | | 215 | 13 | | R, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 215 | 24 | | 216 | 3 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 216 | 5 | | 216 | 7 | | R, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 216 | 9 | | 216 | 10 | | R, Form, O H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 216 | 12 | | 216 | 12 | | R, Form,H, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 216 | 14 | | 216 | 16 | | R, H, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 216 | 18 | | 216 | 23 | | R, Form, H, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 216 | 25 | | 217 | 4 | | R, Form, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 217 | 6 | | 217 | 9 | | R, Form, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 217 | 11 | | 217 | 11 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 217 | 14 | | 217 | 15 | | R |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 217 | 20 | | 217 | 23 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 218 | 1 | | 218 | 1 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 218 | 3 | | 218 | 8 | | R, Form, O, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 218 | 10 | | 218 | 14 | | R, Form, O, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 218 | 16 | | 218 | 19 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 218 | 21 | | 218 | 24 | | R, Form, H |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Mark Buchfuhrer, M.D. | 12/21/2009 | 219 | 1 | | 219 | 10 | | R, Form, F, O, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 219 | 12 | | 219 | 16 | | R, Form, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 221 | 23 | | 223 | 1 | | R, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 225 | 11 | | 225 | 13 | | R, Form, F, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 225 | 15 | | 225 | 22 | | R, Form, F, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 225 | 25 | | 226 | 9 | | R, F, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 226 | 13 | | 226 | 17 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 226 | 19 | | 226 | 19 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 226 | 25 | | 227 | 2 | | R, Form, H, Clinical experience |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 227 | 5 | | 227 | 23 | | R, Form, H, Clinical experience |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 227 | 25 | | 228 | 5 | | R, Form, O. Clinical experience |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 228 | 19 | | 228 | 22 | | R, Form, H, F, clinical experience |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 228 | 25 | | 228 | 25 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 229 | 2 | | 229 | 11 | | R, Form, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 229 | 25 | | 230 | 3 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 230 | 5 | | 230 | 11 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 231 | 6 | | 231 | 9 | | R, Form, H, F, Clinical Exp. |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 231 | 18 | | 231 | 20 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 232 | 4 | | 232 | 8 | | R, Form, F |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 233 | 16 | | 233 | 18 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 233 | 20 | | 234 | 5 | | R, Form, H, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 235 | 3 | | 235 | 6 | | R, Form, F, 403, |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 235 | 8 | | 235 | 10 | | R, Form, O, 403 |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 235 | 12 | | 235 | 16 | | R, Form, F, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 236 | 6 | | 237 | 2 | | R, O, Clinical Exp |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 237 | 9 | | 238 | 19 | | R, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 239 | 8 | | 239 | 10 | | R, F, O, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 239 | 12 | | 239 | 20 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 239 | 22 | | 239 | 24 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 241 | 14 | | 241 | 16 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 241 | 18 | | 241 | 20 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 241 | 22 | | 241 | 23 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 242 | 7 | | 242 | 10 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 243 | 1 | | 243 | 5 | | R, Form, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 243 | 7 | | 243 | 11 | | R, Form, F |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 243 | 13 | | 243 | 17 | | R, Form, O, H, F |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 243 | 23 | | 243 | 25 | | R, Form, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 244 | 2 | | 244 | 10 | | R, Form, O |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Mark Buchfuhrer, M.D. | 12/21/2009 | 244 | 19 | | 244 | 19 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 244 | 21 | | 245 | 4 | | R, Form, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 245 | 6 | | 245 | 11 | | R, Form, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 245 | 16 | | 245 | 19 | | R, Form, O |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 245 | 22 | | 246 | 9 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 246 | 13 | | 246 | 15 | | R, Form, F |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 246 | 19 | | 247 | 10 | | R, F, 403 |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 247 | 12 | | 247 | 22 | | R, Form, O, SpeculaFormion |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 248 | 18 | | 248 | 19 | | R, Form |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 248 | 21 | | 249 | 3 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 249 | 11 | | 249 | 17 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 249 | 20 | | 249 | 25 | | R, Form, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 250 | 2 | | 250 | 2 | | R, Form, H, F |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 267 | 18 | | 267 | 25 | | R, H |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 8 | 1 | | 8 | 13 | | Counter |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 15 | 8 | | 15 | 10 | | Counter |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 16 | 2 | | 16 | 18 | | Counter |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 20 | 5 | | 23 | 25 | | Counter |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 27 | 16 | | 27 | 19 | | Counter |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 42 | 7 | | 42 | 9 | | Counter |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 68 | 18 | | 69 | 1 | | Counter |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 115 | 14 | | 115 | 19 | | Counter |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 123 | 16 | | 126 | 22 | | Counter |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 126 | 25 | | 127 | 7 | | Counter |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 129 | 16 | | 129 | 21 | | Counter |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 145 | 19 | | 147 | 8 | | Counter |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 167 | 9 | | 167 | 22 | | Counter |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 172 | 22 | | 172 | 24 | | Counter |
| Mark Buchfuhrer, M.D. | 12/21/2009 | 178 | 21 | | 185 | 9 | | Counter |
| Dr. John Arness | 2/13/2008 | 7 | 14 | | 8 | 4 | | R |
| Dr. John Arness | 2/13/2008 | 8 | 13 | | 8 | 14 | | R |
| Dr. John Arness | 2/13/2008 | 8 | 19 | | 8 | 24 | | R |
| Dr. John Arness | 2/13/2008 | 9 | 23 | | 10 | 25 | | R, F, O, H, 403, S |
| Dr. John Arness | 2/13/2008 | 11 | 4 | | 11 | 9 | | R |
| Dr. John Arness | 2/13/2008 | 16 | 10 | | 17 | 5 | | R, F, O, 403, S |
| Dr. John Arness | 2/13/2008 | 18 | 2 | | 19 | 19 | | R, F, O, 403, NR, S |
| Dr. John Arness | 2/13/2008 | 22 | 18 | | 23 | 4 | | R |
| Dr. John Arness | 2/13/2008 | 23 | 15 | | 24 | 25 | | R, F, O, H, 403, AFNIT, S, CE, Daubert |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Dr. John Arness | 2/13/2008 | 25 | 8 | | 26 | 2 | | R, F, O, H, 403, AFNIT, S, CE, Daubert |
| Dr. John Arness | 2/13/2008 | 27 | 15 | | 27 | 17 | | R, F, O, 403 |
| Dr. John Arness | 2/13/2008 | 31 | 15 | | 32 | 2 | | R, 403, CE |
| Dr. John Arness | 2/13/2008 | 32 | 4 | | 32 | 18 | | R, H, 403, NR, leading |
| Dr. John Arness | 2/13/2008 | 59 | 7 | | 60 | 9 | | R, F, O, 403, S, NR, leading |
| Dr. John Arness | 2/13/2008 | 64 | 9 | | 64 | 22 | | R, F, O, H, 403, AFNIT, S, CE, Daubert |
| Dr. John Arness | 2/13/2008 | 65 | 15 | | 65 | 17 | | R, best evidence (1002) |
| Dr. John Arness | 2/13/2008 | 65 | 20 | | 66 | 5 | | R, best evidence (1002) |
| Dr. John Arness | 2/13/2008 | 66 | 12 | | 66 | 18 | | R |
| Dr. John Arness | 2/13/2008 | 66 | 23 | | 67 | 1 | | R |
| Dr. John Arness | 2/13/2008 | 65 | 18 | | 65 | 19 | | Counter |
| Dr. John Arness | 2/13/2008 | 70 | 4 | | 71 | 12 | | Counter |
| Charles Phillips | 12/16/2009 | 7 | 14 | | 7 | 17 | | R |
| Charles Phillips | 12/16/2009 | 24 | 25 | | 26 | 21 | | R, Non-Responsive |
| Charles Phillips | 12/16/2009 | 27 | 6 | | 27 | 19 | | R, F, 403, Non-Responsive |
| Charles Phillips | 12/16/2009 | 28 | 10 | | 28 | 23 | | R, F |
| Charles Phillips | 12/16/2009 | 41 | 22 | | 43 | 9 | | R, F, H, Non-Responsive |
| Charles Phillips | 12/16/2009 | 98 | 4 | | 98 | 19 | | R, F, H |
| Charles Phillips | 12/16/2009 | 107 | 6 | | 107 | 13 | | R, F, H |
| Charles Phillips | 12/16/2009 | 107 | 15 | | 108 | 17 | | R, F, H, Non-Responsive |
| Charles Phillips | 12/16/2009 | 122 | 18 | | 122 | 19 | | No objection |
| Charles Phillips | 12/16/2009 | 124 | 17 | | 125 | 6 | | R, F, O |
| Charles Phillips | 12/16/2009 | 129 | 14 | | 129 | 16 | | R |
| Charles Phillips | 12/16/2009 | 130 | 2 | | 130 | 7 | | R |
| Charles Phillips | 12/16/2009 | 130 | 10 | | 130 | 22 | | R |
| Charles Phillips | 12/16/2009 | 133 | 20 | | 135 | 1 | | R, H |
| Charles Phillips | 12/16/2009 | 136 | 21 | | 137 | 10 | | R, H |
| Charles Phillips | 12/16/2009 | 138 | 22 | | 140 | 5 | | R |
| Charles Phillips | 12/16/2009 | 142 | 16 | | 142 | 20 | | R, Form |
| Charles Phillips | 12/16/2009 | 142 | 22 | | 143 | 7 | | R, Form, 403 |
| Charles Phillips | 12/16/2009 | 144 | 23 | | 145 | 23 | | R, F, O |
| Charles Phillips | 12/16/2009 | 146 | 5 | | 146 | 22 | | R, F, O |
| Charles Phillips | 12/16/2009 | 151 | 5 | | 152 | 16 | | R, F, O, Form |
| Charles Phillips | 12/16/2009 | 152 | 18 | | 153 | 9 | | R, F, O, Form, 403 |
| Charles Phillips | 12/16/2009 | 153 | 11 | | 155 | 2 | | R, F, O, Form, 403 |
| Charles Phillips | 12/16/2009 | 155 | 5 | | 155 | 8 | | R, Form, H, 403 |
| Charles Phillips | 12/16/2009 | 155 | 10 | | 155 | 11 | | R, Form, H, 403 |
| Charles Phillips | 12/16/2009 | 155 | 13 | | 156 | 5 | | R, Form, H |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Charles Phillips | 12/16/2009 | 156 | 25 | | 157 | 2 | | R |
| Charles Phillips | 12/16/2009 | 162 | 23 | | 163 | 7 | | R, F, O |
| Charles Phillips | 12/16/2009 | 164 | 8 | | 164 | 13 | | R, H, F, O |
| Charles Phillips | 12/16/2009 | 168 | 8 | | 168 | 10 | | Form, R, F,O |
| Charles Phillips | 12/16/2009 | 168 | 12 | | 168 | 18 | | R, H, F, O |
| Charles Phillips | 12/16/2009 | 171 | 12 | | 171 | 22 | | R, H, F, O, 403 |
| Charles Phillips | 12/16/2009 | 172 | 14 | | 173 | 8 | | R, F, O |
| Charles Phillips | 12/16/2009 | 174 | 13 | | 174 | 21 | | R, H |
| Charles Phillips | 12/16/2009 | 175 | 2 | | 175 | 10 | | R |
| Charles Phillips | 12/16/2009 | 176 | 14 | | 177 | 18 | | R, F, O, Form |
| Charles Phillips | 12/16/2009 | 177 | 21 | | 178 | 2 | | R, F, O, Form |
| Charles Phillips | 12/16/2009 | 178 | 10 | | 180 | 5 | | R, F, H, Form |
| Charles Phillips | 12/16/2009 | 180 | 7 | | 180 | 13 | | R, F, 403. O |
| Charles Phillips | 12/16/2009 | 180 | 18 | | 182 | 12 | | R, F, H, O |
| Charles Phillips | 12/16/2009 | 182 | 16 | | 182 | 18 | | R, F |
| Charles Phillips | 12/16/2009 | 182 | 24 | | 183 | 1 | | R |
| Charles Phillips | 12/16/2009 | 183 | 5 | | 183 | 10 | | R, H |
| Charles Phillips | 12/16/2009 | 184 | 14 | | 184 | 16 | | R, F, H, Form, O |
| Charles Phillips | 12/16/2009 | 184 | 18 | | 185 | 4 | | R, F, H, Form, O |
| Charles Phillips | 12/16/2009 | 185 | 9 | | 185 | 9 | | R |
| Charles Phillips | 12/16/2009 | 185 | 13 | | 186 | 17 | | R, F, H, Form |
| Charles Phillips | 12/16/2009 | 186 | 19 | | 187 | 24 | | R, F, H, Form, O |
| Charles Phillips | 12/16/2009 | 188 | 1 | | 188 | 10 | | R, F |
| Charles Phillips | 12/16/2009 | 7 | 14 | | 8 | 11 | | Counter |
| Charles Phillips | 12/16/2009 | 8 | 12 | | 9 | 11 | | Counter |
| Charles Phillips | 12/16/2009 | 11 | 22 | | 24 | 24 | | Counter |
| Charles Phillips | 12/16/2009 | 28 | 10 | | 35 | 24 | | Counter |
| Charles Phillips | 12/16/2009 | 36 | 8 | | 41 | 21 | | Counter |
| Charles Phillips | 12/16/2009 | 43 | 9 | | 48 | 5 | | Counter |
| Charles Phillips | 12/16/2009 | 48 | 7 | | 51 | 19 | | Counter |
| Charles Phillips | 12/16/2009 | 51 | 20 | | 54 | 4 | | Counter |
| Charles Phillips | 12/16/2009 | 54 | 22 | | 61 | 4 | | Counter |
| Charles Phillips | 12/16/2009 | 61 | 10 | | 69 | 12 | | Counter |
| Charles Phillips | 12/16/2009 | 71 | 7 | | 73 | 16 | | Counter |
| Charles Phillips | 12/16/2009 | 73 | 17 | | 81 | 18 | | Counter |
| Charles Phillips | 12/16/2009 | 82 | 11 | | 85 | 7 | | Counter |
| Charles Phillips | 12/16/2009 | 86 | 3 | | 97 | 15 | | Counter |
| Charles Phillips | 12/16/2009 | 97 | 16 | | 111 | 2 | | Counter |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Charles Phillips | 12/16/2009 | 111 | 3 | | 120 | 7 | | Counter |
| Charles Phillips | 12/16/2009 | 120 | 8 | | 122 | 5 | | Counter |
| Charles Phillips | 12/16/2009 | 122 | 18 | | 188 | 17 | | Counter |
| Robin Dea | 9/28/2007 | 6 | 16 | | 6 | 17 | | None |
| Robin Dea | 9/28/2007 | 10 | 19 | | 11 | 14 | | None |
| Robin Dea | 9/28/2007 | 12 | 24 | | 13 | 15 | | None |
| Robin Dea | 9/28/2007 | 22 | 11 | | 25 | 7 | | None |
| Robin Dea | 9/28/2007 | 25 | 15 | | 25 | 21 | | None |
| Robin Dea | 9/28/2007 | 27 | 5 | | 28 | 4 | | |
| Robin Dea | 9/28/2007 | 28 | 8 | | 28 | 13 | | |
| Robin Dea | 9/28/2007 | 28 | 16 | | 20 | 7 | | |
| Robin Dea | 9/28/2007 | 29 | 22 | | 29 | 24 | | Vague; Ambiguous |
| Robin Dea | 9/28/2007 | 30 | 3 | | 30 | 10 | | |
| Robin Dea | 9/28/2007 | 31 | 2 | | 31 | 18 | | |
| Robin Dea | 9/28/2007 | 31 | 21 | | 32 | 8 | | |
| Robin Dea | 9/28/2007 | 32 | 12 | | 32 | 20 | | |
| Robin Dea | 9/28/2007 | 34 | 11 | | 36 | 11 | | |
| Robin Dea | 9/28/2007 | 36 | 18 | | 37 | 3 | | |
| Robin Dea | 9/28/2007 | 38 | 9 | | 38 | 20 | | |
| Robin Dea | 9/28/2007 | 38 | 24 | | 40 | 14 | | |
| Robin Dea | 9/28/2007 | 41 | 5 | | 42 | 19 | | |
| Robin Dea | 9/28/2007 | 42 | 20 | | 42 | 22 | | Vague |
| Robin Dea | 9/28/2007 | 42 | 25 | | 43 | 7 | | |
| Robin Dea | 9/28/2007 | 43 | 7 | | 43 | 9 | | Vague, hypothetical, relevance |
| Robin Dea | 9/28/2007 | 56 | 20 | | 59 | 19 | | |
| Robin Dea | 9/28/2007 | 62 | 20 | | 62 | 22 | | Question without designated answer |
| Robin Dea | 9/28/2007 | 63 | 9 | | 63 | 10 | | Answer without designated question |
| Robin Dea | 9/28/2007 | 63 | 11 | | 63 | 22 | | |
| Robin Dea | 9/28/2007 | 64 | 4 | You | 65 | 9 | | Unresponsive answer |
| Robin Dea | 9/28/2007 | 65 | 11 | | 66 | 3 | | |
| Robin Dea | 9/28/2007 | 66 | 8 | | 67 | 10 | | |
| Robin Dea | 9/28/2007 | 67 | 10 | nor | 67 | 12 | | Non responsive |
| Robin Dea | 9/28/2007 | 67 | 13 | | 67 | 18 | | |
| Robin Dea | 9/28/2007 | 68 | 7 | | 68 | 24 | | |
| Robin Dea | 9/28/2007 | 68 | 25 | | 69 | 3 | | Lack of foundation; hearsay |
| Robin Dea | 9/28/2007 | 69 | 3 | | 69 | 10 | | Hearsay; lack of foundation |
| Robin Dea | 9/28/2007 | 70 | 9 | | 70 | 22 | | Hearsay; lack of foundation |
| Robin Dea | 9/28/2007 | 71 | 22 | | 72 | 9 | | |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Robin Dea | 9/28/2007 | 72 | 10 | | 72 | 25 | | Ambiguous question; 403; relevance |
| Robin Dea | 9/28/2007 | 85 | 3 | | 86 | 19 | | Hearsay |
| Robin Dea | 9/28/2007 | 86 | 20 | | 86 | 23 | | |
| Robin Dea | 9/28/2007 | 86 | 24 | | 87 | 7 | | Question on document not in evidence; 403; relevance |
| Robin Dea | 9/28/2007 | 87 | 13 | | 88 | 6 | | 403; relevance |
| Robin Dea | 9/28/2007 | 88 | 7 | | 88 | 22 | | Question on document not in evidence; 403; relevance |
| Robin Dea | 9/28/2007 | 88 | 23 | | 89 | 25 | | Non responsive |
| Robin Dea | 9/28/2007 | 90 | 23 | | 91 | 22 | | Question on document not in evidence; 403; relevance; mischaracterizes witness's testimony and evidence; question without designated answer |
| Robin Dea | 9/28/2007 | 91 | 25 | | 92 | 16 | | Question on document not in evidence; 403; relevance; mischaracterizes witness's testimony and evidence; clinical experience |
| Robin Dea | 9/28/2007 | 93 | 19 | | 93 | 25 | | Inadmissible Opinion; 403; relevance; lack of foundation; speculative |
| Robin Dea | 9/28/2007 | 94 | 20 | | 94 | 22 | | Vague |
| Robin Dea | 9/28/2007 | 94 | 25 | | 95 | 1 | | Vague |
| Robin Dea | 9/28/2007 | 95 | 2 | | 95 | 18 | | |
| Robin Dea | 9/28/2007 | 96 | 14 | | 96 | 18 | | Vague; Speculative, Hypothetical |
| Robin Dea | 9/28/2007 | 96 | 23 | | 97 | 4 | | Vague; Speculative, Hypothetical |
| Robin Dea | 9/28/2007 | 97 | 5 | | 97 | 8 | | |
| Robin Dea | 9/28/2007 | 97 | 12 | | 97 | 16 | | |
| Robin Dea | 9/28/2007 | 97 | 21 | | 97 | 23 | | |
| Robin Dea | 9/28/2007 | 98 | 25 | | 99 | 3 | | Speculative |
| Robin Dea | 9/28/2007 | 99 | 8 | | 99 | 8 | | Speculative |
| Robin Dea | 9/28/2007 | 99 | 10 | | 99 | 24 | | |
| Robin Dea | 9/28/2007 | 104 | 5 | | 104 | 6 | | relevance; speculation |
| Robin Dea | 9/28/2007 | 104 | 7 | | 105 | 4 | | nonresponsive answer |
| Robin Dea | 9/28/2007 | 106 | 15 | | 106 | 20 | | Question on document not in evidence |
| Robin Dea | 9/28/2007 | 106 | 21 | | 107 | 9 | | |
| Robin Dea | 9/28/2007 | 107 | 10 | | 108 | 8 | | Question on document not in evidence; |
| Robin Dea | 9/28/2007 | 108 | 9 | | 108 | 13 | | |
| Robin Dea | 9/28/2007 | 109 | 7 | | 110 | 20 | | |
| Robin Dea | 9/28/2007 | 110 | 21 | | 110 | 24 | | Hearsay; relevance; 403 |
| Robin Dea | 9/28/2007 | 111 | 19 | | 111 | 25 | | Hearsay; question based on document not in evidence; no foundation' speculative |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Robin Dea | 9/28/2007 | 112 | 7 | | 112 | 10 | | Hearsay; question based on document not in evidence; no foundation' speculative; answer without designated question |
| Robin Dea | 9/28/2007 | 114 | 5 | | 114 | 10 | | Vague; overbroad; relevance; 403 |
| Robin Dea | 9/28/2007 | 114 | 24 | | 115 | 1 | | Question based on a doucment not in evidence; no question |
| Robin Dea | 9/28/2007 | 115 | 2 | | 115 | 7 | | Question based on a doucment not in evidence; no question; |
| Robin Dea | 9/28/2007 | 115 | 9 | | 115 | 19 | | Question based on a doucment not in evidence; hearsay; no foundation; speculative |
| Robin Dea | 9/28/2007 | 115 | 17 | | 115 | 18 | | Inadmissible Opinion; relevance; lack of foundation; overbroad |
| Robin Dea | 9/28/2007 | 115 | 22 | | 116 | 20 | | Inadmissible Opinion; relevance; lack of foundation; overbroad |
| Robin Dea | 9/28/2007 | 116 | 23 | | 117 | 2 | | Foundation |
| Robin Dea | 9/28/2007 | 118 | 8 | | 118 | 16 | | |
| Robin Dea | 9/28/2007 | 120 | 6 | | 120 | 15 | | Foundation; Hearsay |
| Robin Dea | 9/28/2007 | 120 | 23 | | 121 | 1 | | Question based on document not in evidence; hearsay; 403; relevance |
| Robin Dea | 9/28/2007 | 121 | 2 | | 122 | 4 | | |
| Robin Dea | 9/28/2007 | 122 | 14 | | 122 | 18 | | |
| Robin Dea | 9/28/2007 | 123 | 16 | | 123 | 23 | | Question without designated answer; hearsay; question based on document not in evidence |
| Robin Dea | 9/28/2007 | 126 | 10 | | 126 | 12 | | No Foundation; speculation. |
| Robin Dea | 9/28/2007 | 126 | 14 | | 126 | 17 | | |
| Robin Dea | 9/28/2007 | 126 | 18 | | 126 | 19 | | Non responsive; answer without designated question; specualtive |
| Robin Dea | 9/28/2007 | 127 | 6 | | 127 | 24 | | |
| Robin Dea | 9/28/2007 | 128 | 20 | | 129 | 6 | | |
| Robin Dea | 9/28/2007 | 130 | 8 | | 130 | 13 | | Question premised on facts not in evidence; misleading; lack of foundation |
| Robin Dea | 9/28/2007 | 130 | 21 | | 131 | 11 | | |
| Robin Dea | 9/28/2007 | 133 | 1 | | 133 | 3 | | |
| Robin Dea | 9/28/2007 | 133 | 7 | | 133 | 14 | | |
| Robin Dea | 9/28/2007 | 133 | 20 | | 136 | 8 | | |
| Robin Dea | 9/28/2007 | 136 | 9 | | 136 | 17 | | Hearsay; Question based on a document not in evidence |
| Robin Dea | 9/28/2007 | 136 | 18 | | 136 | 23 | | Inadmissible Opinion; Relevance; 403 |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Robin Dea | 9/28/2007 | 136 | 24 | | 137 | 1 | | Inadmissible Opinion; Relevance; 403 |
| Robin Dea | 9/28/2007 | 137 | 15 | | 137 | 21 | | Hearsay; Question based on a document not in evidence |
| Robin Dea | 9/28/2007 | 137 | 22 | | 138 | 3 | | |
| Robin Dea | 9/28/2007 | 139 | 14 | | 139 | 18 | | |
| Robin Dea | 9/28/2007 | 139 | 19 | | 139 | 21 | | |
| Robin Dea | 9/28/2007 | 139 | 22 | | 139 | 24 | | Inadmissible Opinion; Relevance; 403; Clinical Experience |
| Robin Dea | 9/28/2007 | 139 | 25 | | 140 | 2 | | Inadmissible Opinion; Relevance; 403; Clinical Experience |
| Robin Dea | 9/28/2007 | 146 | 13 | | 145 | 24 | | |
| Robin Dea | 9/28/2007 | 146 | 25 | | 146 | 5 | | Inadmissible Opinion; Relevance; 403 |
| Robin Dea | 9/28/2007 | 147 | 6 | | 147 | 11 | | Inadmissible Opinion; Relevance; 403 |
| Robin Dea | 9/28/2007 | 148 | 18 | | 149 | 1 | | |
| Robin Dea | 9/28/2007 | 149 | 15 | | 149 | 23 | | Inadmissible Opinion; lack of foundation |
| Robin Dea | 9/28/2007 | 149 | 24 | | 150 | 2 | | Speculative, hypothethical; lack of foundation |
| Robin Dea | 9/28/2007 | 150 | 3 | | 150 | 10 | | Speculative, hypothethical; lack of foundation |
| Robin Dea | 9/28/2007 | 150 | 12 | | 150 | 16 | | Speculative, hypothethical; lack of foundation |
| Robin Dea | 9/28/2007 | 150 | 17 | | 150 | 20 | | |
| Robin Dea | 9/28/2007 | 151 | 9 | | 151 | 23 | | Hearsay; Question based on a document not in evidence |
| Robin Dea | 9/28/2007 | 152 | 7 | | 152 | 11 | | Hearsay; Question based on a document not in evidence |
| Robin Dea | 9/28/2007 | 152 | 12 | | 152 | 14 | | Hearsay; Question based on a document not in evidence |
| Robin Dea | 9/28/2007 | 152 | 15 | | 152 | 18 | | Hearsay; Question based on a document not in evidence |
| Robin Dea | 9/28/2007 | 152 | 19 | | 153 | 4 | | |
| Robin Dea | 9/28/2007 | 156 | 19 | | 157 | 8 | | |
| Robin Dea | 9/28/2007 | 159 | 7 | | 161 | 16 | | |
| Robin Dea | 9/28/2007 | 162 | 24 | | 164 | 5 | | |
| Robin Dea | 9/28/2007 | 164 | 22 | | 164 | 25 | | |
| Robin Dea | 9/28/2007 | 166 | 18 | | 167 | 24 | | |
| Robin Dea | 9/28/2007 | 167 | 25 | | 168 | 11 | | No Foundation; speculation; relevance; 403; clinical experience |
| Robin Dea | 9/28/2007 | 169 | 9 | | 169 | 18 | | |
| Robin Dea | 9/28/2007 | 175 | 2 | | 175 | 6 | | |
| Robin Dea | 9/28/2007 | 176 | 25 | | 177 | 21 | | |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Robin Dea | 9/28/2007 | 184 | 8 | | 184 | 10 | | |
| Robin Dea | 9/28/2007 | 189 | 4 | | 189 | 9 | | Witness' answer cut off |
| Robin Dea | 9/28/2007 | 191 | 4 | | 191 | 12 | | |
| Robin Dea | 9/28/2007 | 191 | 13 | | 192 | 9 | | Hearsay; Question based on a document not in evidence |
| Robin Dea | 9/28/2007 | 73 | 1 | | 73 | 13 | | Counter |
| Robin Dea | 9/28/2007 | 100 | 5 | | 100 | 10 | | Counter |
| Robin Dea | 9/28/2007 | 140 | 2 | | 140 | 14 | | Counter |
| Robin Dea | 9/28/2007 | 142 | 4 | | 142 | 21 | | Counter |
| Robin Dea | 9/28/2007 | 158 | 21 | | 159 | 3 | | Counter |
| Robin Dea | 9/28/2007 | 175 | 7 | | 175 | 20 | | Counter |
| Robin Dea | 9/28/2007 | 176 | 3 | | 176 | 24 | | Counter |
| Robin Dea | 9/28/2007 | 183 | 4 | | 184 | 7 | | Counter |
| Robin Dea | 9/28/2007 | 184 | 11 | | 184 | 17 | | Counter |
| Robin Dea | 9/28/2007 | 184 | 20 | | 185 | 2 | | Counter |
| Robin Dea | 9/28/2007 | 185 | 5 | | 185 | 22 | | Counter |
| Robin Dea | 9/28/2007 | 186 | 16 | | 187 | 3 | | Counter |
| Robin Dea | 9/28/2007 | 189 | 10 | | 189 | 18 | | Counter |
| Albert Carver | 7/12/2007 | 9 | 18 | | 10 | 17 | | |
| Albert Carver | 7/12/2007 | 27 | 20 | | 28 | 2 | | |
| Albert Carver | 7/12/2007 | 29 | 21 | | 29 | 24 | | |
| Albert Carver | 7/12/2007 | 42 | 2 | | 43 | 6 | | Question designated without response |
| Albert Carver | 7/12/2007 | 44 | 4 | | 44 | 6 | | |
| Albert Carver | 7/12/2007 | 49 | 25 | | 50 | 24 | | |
| Albert Carver | 7/12/2007 | 51 | 21 | | 52 | 9 | | |
| Albert Carver | 7/12/2007 | 53 | 19 | | 54 | 10 | | |
| Albert Carver | 7/12/2007 | 56 | 10 | | 56 | 13 | | Rule 403, R, F, misleading |
| Albert Carver | 7/12/2007 | 57 | 12 | | 58 | 20 | | |
| Albert Carver | 7/12/2007 | 59 | 21 | | 60 | 2 | | Rule 403, R, F, misleading |
| Albert Carver | 7/12/2007 | 61 | 18 | | 61 | 21 | | |
| Albert Carver | 7/12/2007 | 61 | 23 | | 61 | 25 | | |
| Albert Carver | 7/12/2007 | 62 | 10 | | 62 | 22 | | |
| Albert Carver | 7/12/2007 | 64 | 3 | | 65 | 24 | | |
| Albert Carver | 7/12/2007 | 66 | 3 | | 66 | 9 | | Full question should be designated, F |
| Albert Carver | 7/12/2007 | 66 | 13 | | 66 | 23 | | |
| Albert Carver | 7/12/2007 | 67 | 4 | | 67 | 9 | | |
| Albert Carver | 7/12/2007 | 67 | 14 | | 68 | 2 | | |
| Albert Carver | 7/12/2007 | 68 | 20 | | 69 | 2 | | |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Albert Carver | 7/12/2007 | 69 | 14 | | 70 | 11 | | |
| Albert Carver | 7/12/2007 | 71 | 16 | | 72 | 4 | | |
| Albert Carver | 7/12/2007 | 72 | 15 | | 72 | 18 | | |
| Albert Carver | 7/12/2007 | 73 | 10 | | 73 | 12 | | |
| Albert Carver | 7/12/2007 | 73 | 18 | | 73 | 20 | | |
| Albert Carver | 7/12/2007 | 74 | 2 | | 74 | 13 | | |
| Albert Carver | 7/12/2007 | 79 | 9 | | 80 | 3 | | |
| Albert Carver | 7/12/2007 | 84 | 24 | | 85 | 4 | | |
| Albert Carver | 7/12/2007 | 85 | 17 | | 85 | 20 | | Form |
| Albert Carver | 7/12/2007 | 85 | 22 | | 85 | 23 | | |
| Albert Carver | 7/12/2007 | 86 | 2 | | 86 | 9 | | |
| Albert Carver | 7/12/2007 | 87 | 21 | | 87 | 23 | | Rule 403, R, F, misleading, OuFormside Scope of 30(b)(6) |
| Albert Carver | 7/12/2007 | 89 | 3 | | 89 | 17 | | Rule 403, R, F, misleading, Outside Scope of 30(b)(6) |
| Albert Carver | 7/12/2007 | 89 | 19 | | 90 | 9 | | Rule 403, R, F, misleading, O, Outside Scope of 30(b)(6) |
| Albert Carver | 7/12/2007 | 94 | 24 | | 95 | 10 | | Rule 403, R |
| Albert Carver | 7/12/2007 | 98 | 20 | | 99 | 5 | | Rule 403, R, F, misleading, O, asking fact witness for legal analysis, Outside Scope of 30(b)(6) |
| Albert Carver | 7/12/2007 | 99 | 24 | | 100 | 2 | | Rule 403, R, F, misleading, O, asking fact witness for legal analysis, Outside Scope of 30(b)(6) |
| Albert Carver | 7/12/2007 | 100 | 4 | | 100 | 6 | | Rule 403, R, F, misleading, O, asking fact witness for legal analysis, Outside Scope of 30(b)(6) |
| Albert Carver | 7/12/2007 | 102 | 12 | | 102 | 13 | | R, Outside Scope of 30(b)(6), F, O |
| Albert Carver | 7/12/2007 | 102 | 16 | | 102 | 20 | | R, Outside Scope of 30(b)(6), F, O |
| Albert Carver | 7/12/2007 | 102 | 25 | | 103 | 5 | | R, Outside Scope of 30(b)(6), F, O |
| Albert Carver | 7/12/2007 | 103 | 8 | | 103 | 8 | | R, Outside Scope of 30(b)(6), F, O |
| Albert Carver | 7/12/2007 | 106 | 16 | | 106 | 24 | | Outside Scope of 30(b)(6), F, O |
| Albert Carver | 7/12/2007 | 107 | 14 | | 107 | 17 | | |
| Albert Carver | 7/12/2007 | 107 | 21 | | 107 | 23 | | |
| Albert Carver | 7/12/2007 | 108 | 13 | | 108 | 17 | | |
| Albert Carver | 7/12/2007 | 111 | 22 | | 112 | 9 | | Rule 403, R, F, misleading, Outside Scope of 30(b)(6) |
| Albert Carver | 7/12/2007 | 112 | 11 | | 112 | 12 | | Rule 403, R, F, misleading, Outside Scope of 30(b)(6) |
| Albert Carver | 7/12/2007 | 112 | 21 | | 112 | 24 | | Rule 403, R, F, misleading, Outside Scope of 30(b)(6) |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Albert Carver | 7/12/2007 | 116 | 15 | | 116 | 16 | | |
| Albert Carver | 7/12/2007 | 116 | 18 | | 116 | 21 | | |
| Albert Carver | 7/12/2007 | 116 | 23 | | 117 | 7 | | |
| Albert Carver | 7/12/2007 | 120 | 2 | | 121 | 17 | | |
| Albert Carver | 7/12/2007 | 121 | 21 | | 122 | 7 | | |
| Albert Carver | 7/12/2007 | 123 | 15 | | 123 | 19 | | |
| Albert Carver | 7/12/2007 | 123 | 22 | | 124 | 22 | | |
| Albert Carver | 7/12/2007 | 124 | 24 | | 125 | 22 | | |
| Albert Carver | 7/12/2007 | 126 | 4 | | 127 | 3 | | |
| Albert Carver | 7/12/2007 | 127 | 11 | | 127 | 16 | | |
| Albert Carver | 7/12/2007 | 133 | 22 | | 134 | 2 | | |
| Albert Carver | 7/12/2007 | 136 | 20 | | 137 | 13 | | misleading, Outside Scope of 30(b)(6) |
| Albert Carver | 7/12/2007 | 137 | 20 | | 137 | 23 | | misleading, Outside Scope of 30(b)(6) |
| Albert Carver | 7/12/2007 | 138 | 9 | | 138 | 25 | | |
| Albert Carver | 7/12/2007 | 139 | 2 | | 139 | 5 | | |
| Albert Carver | 7/12/2007 | 139 | 6 | | 139 | 12 | | |
| Albert Carver | 7/12/2007 | 139 | 24 | | 140 | 8 | | |
| Albert Carver | 7/12/2007 | 140 | 9 | | 142 | 25 | | Rule 403, Misleading, O, Speculative, Outside Scope of 30(b)(6) |
| Albert Carver | 7/12/2007 | 143 | 16 | | 143 | 22 | | Rule 403, Misleading, Speculative, Outside Scope of 30(b)(6) |
| Albert Carver | 7/12/2007 | 145 | 23 | | 146 | 16 | | |
| Albert Carver | 7/12/2007 | 147 | 9 | | 147 | 21 | | |
| Albert Carver | 7/12/2007 | 148 | 4 | | 148 | 14 | | |
| Albert Carver | 7/12/2007 | 149 | 16 | | 149 | 21 | | |
| Albert Carver | 7/12/2007 | 151 | 5 | | 151 | 14 | | Designation does not include complete question |
| Albert Carver | 7/12/2007 | 151 | 16 | | 151 | 20 | | |
| Albert Carver | 7/12/2007 | 152 | 24 | | 153 | 3 | | |
| Albert Carver | 7/12/2007 | 155 | 25 | | 156 | 5 | | |
| Albert Carver | 7/12/2007 | 161 | 7 | | 161 | 11 | | F, misleading use of a document, speculative |
| Albert Carver | 7/12/2007 | 161 | 16 | | 161 | 18 | | F, misleading use of a document, speculative |
| Albert Carver | 7/12/2007 | 162 | 6 | | 162 | 14 | | |
| Albert Carver | 7/12/2007 | 163 | 2 | | 163 | 14 | | |
| Albert Carver | 7/12/2007 | 164 | 10 | | 164 | 25 | | |
| Albert Carver | 7/12/2007 | 165 | 2 | | 165 | 11 | | |
| Albert Carver | 7/12/2007 | 170 | 18 | | 171 | 12 | | Misleading, Outside Scope of 30(b)(6), O |
| Albert Carver | 7/12/2007 | 172 | 7 | | 172 | 12 | | Misleading, Outside Scope of 30(b)(6), O |
| Albert Carver | 7/12/2007 | 172 | 15 | | 172 | 18 | | Misleading, Outside Scope of 30(b)(6), O |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Albert Carver | 7/12/2007 | 173 | 3 | | 173 | 7 | | Misleading, Outside Scope of 30(b)(6), O |
| Albert Carver | 7/12/2007 | 173 | 12 | | 174 | 3 | | Misleading, Outside Scope of 30(b)(6), O |
| Albert Carver | 7/12/2007 | 174 | 13 | | 174 | 15 | | Misleading, Outside Scope of 30(b)(6), O, designates question without answer |
| Albert Carver | 7/12/2007 | 174 | 20 | | 174 | 24 | | Misleading, Outside Scope of 30(b)(6), O |
| Albert Carver | 7/12/2007 | 175 | 3 | | 175 | 9 | | Misleading, Outside Scope of 30(b)(6), O |
| Albert Carver | 7/12/2007 | 175 | 19 | | 175 | 21 | | Misleading, Outside Scope of 30(b)(6), O |
| Albert Carver | 7/12/2007 | 176 | 21 | | 176 | 22 | | |
| Albert Carver | 7/12/2007 | 176 | 25 | | 177 | 3 | | |
| Albert Carver | 7/12/2007 | 177 | 11 | | 177 | 13 | | Misleading, F, Speculative, Outside Scope of 30(b)(6) |
| Albert Carver | 7/12/2007 | 177 | 15 | | 177 | 20 | | Misleading, F, Speculative, Outside Scope of 30(b)(6) |
| Albert Carver | 7/12/2007 | 178 | 17 | | 178 | 23 | | |
| Albert Carver | 7/12/2007 | 178 | 25 | | 178 | 25 | | |
| Albert Carver | 7/12/2007 | 179 | 18 | | 179 | 25 | | |
| Albert Carver | 7/12/2007 | 183 | 11 | | 183 | 24 | | Misleading |
| Albert Carver | 7/12/2007 | 188 | 21 | | 188 | 22 | | |
| Albert Carver | 7/12/2007 | 189 | 3 | | 189 | 19 | | |
| Albert Carver | 7/12/2007 | 189 | 21 | | 190 | 1 | | |
| Albert Carver | 7/12/2007 | 191 | 16 | | 193 | 19 | | |
| Albert Carver | 7/12/2007 | 199 | 24 | | 200 | 3 | | |
| Albert Carver | 7/12/2007 | 200 | 4 | | 200 | 13 | | |
| Albert Carver | 7/12/2007 | 50 | 25 | | 51 | 20 | | Counter |
| Albert Carver | 7/12/2007 | 52 | 10 | | 52 | 22 | | Counter |
| Albert Carver | 7/12/2007 | 54 | 25 | | 55 | 2 | | Counter |
| Albert Carver | 7/12/2007 | 55 | 7 | | 55 | 18 | | Counter |
| Albert Carver | 7/12/2007 | 55 | 22 | | 56 | 9 | | Counter |
| Albert Carver | 7/12/2007 | 56 | 14 | | 56 | 18 | | Counter |
| Albert Carver | 7/12/2007 | 59 | 17 | | 59 | 20 | | Counter |
| Albert Carver | 7/12/2007 | 60 | 3 | | 60 | 7 | | Counter |
| Albert Carver | 7/12/2007 | 68 | 3 | | 68 | 20 | | Counter |
| Albert Carver | 7/12/2007 | 69 | 3 | | 69 | 13 | | Counter |
| Albert Carver | 7/12/2007 | 73 | 2 | | 73 | 9 | | Counter |
| Albert Carver | 7/12/2007 | 74 | 13 | | 75 | 22 | | Counter |
| Albert Carver | 7/12/2007 | 76 | 7 | | 77 | 6 | | Counter |
| Albert Carver | 7/12/2007 | 77 | 12 | | 77 | 13 | | Counter |
| Albert Carver | 7/12/2007 | 78 | 21 | | 78 | 22 | | Counter |
| Albert Carver | 7/12/2007 | 90 | 10 | | 90 | 13 | | Counter |
| Albert Carver | 7/12/2007 | 90 | 17 | | 90 | 24 | | Counter |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Albert Carver | 7/12/2007 | 107 | 24 | | 108 | 12 | | Counter |
| Albert Carver | 7/12/2007 | 112 | 24 | | 113 | 15 | | Counter |
| Albert Carver | 7/12/2007 | 127 | 17 | | 127 | 19 | | Counter |
| Albert Carver | 7/12/2007 | 127 | 23 | | 128 | 12 | | Counter |
| Albert Carver | 7/12/2007 | 129 | 19 | | 129 | 23 | | Counter |
| Albert Carver | 7/12/2007 | 130 | 6 | | 130 | 14 | | Counter |
| Albert Carver | 7/12/2007 | 132 | 17 | | 132 | 22 | | Counter |
| Albert Carver | 7/12/2007 | 132 | 24 | | 133 | 21 | | Counter |
| Albert Carver | 7/12/2007 | 151 | 2 | | 151 | 4 | | Counter |
| Albert Carver | 7/12/2007 | 153 | 4 | | 153 | 7 | | Counter |
| Albert Carver | 7/12/2007 | 154 | 6 | | 154 | 18 | | Counter |
| Albert Carver | 7/12/2007 | 162 | 19 | | 162 | 25 | | Counter |
| Albert Carver | 7/12/2007 | 174 | 6 | | 174 | 12 | | Counter |
| Albert Carver | 7/12/2007 | 175 | 22 | | 176 | 10 | | Counter |
| Albert Carver | 7/12/2007 | 184 | 8 | | 184 | 19 | | Counter |
| Albert Carver | 7/12/2007 | 184 | 20 | | 185 | 11 | | Counter |
| Albert Carver | 7/12/2007 | 200 | 14 | | 200 | 19 | | Counter |
| Albert Carver | 7/13/2007 | 218 | 22 | | 219 | 2 | | |
| Albert Carver | 7/13/2007 | 220 | 11 | | 220 | 13 | | |
| Albert Carver | 7/13/2007 | 232 | 6 | | 232 | 12 | | |
| Albert Carver | 7/13/2007 | 232 | 17 | | 232 | 17 | | |
| Albert Carver | 7/13/2007 | 236 | 10 | | 236 | 10 | | |
| Albert Carver | 7/13/2007 | 236 | 20 | | 237 | 4 | | |
| Albert Carver | 7/13/2007 | 237 | 10 | | 237 | 17 | | |
| Albert Carver | 7/13/2007 | 238 | 16 | | 238 | 24 | | |
| Albert Carver | 7/13/2007 | 246 | 9 | | 246 | 16 | | |
| Albert Carver | 7/13/2007 | 249 | 11 | | 249 | 14 | | |
| Albert Carver | 7/13/2007 | 249 | 24 | | 250 | 8 | | |
| Albert Carver | 7/13/2007 | 254 | 23 | | 255 | 10 | | |
| Albert Carver | 7/13/2007 | 256 | 12 | | 257 | 7 | | |
| Albert Carver | 7/13/2007 | 286 | 12 | | 286 | 14 | | |
| Albert Carver | 7/13/2007 | 287 | 15 | | 288 | 11 | | |
| Albert Carver | 7/13/2007 | 291 | 2 | | 291 | 8 | | P, only designates partial answer |
| Albert Carver | 7/13/2007 | 292 | 12 | | 292 | 14 | | |
| Albert Carver | 7/13/2007 | 292 | 23 | | 293 | 17 | | |
| Albert Carver | 7/13/2007 | 294 | 15 | | 294 | 17 | | |
| Albert Carver | 7/13/2007 | 295 | 23 | | 295 | 25 | | |
| Albert Carver | 7/13/2007 | 296 | 3 | | 296 | 4 | | |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Albert Carver | 7/13/2007 | 296 | 10 | | 296 | 18 | | |
| Albert Carver | 7/13/2007 | 296 | 19 | | 297 | 7 | | |
| Albert Carver | 7/13/2007 | 298 | 4 | | 298 | 7 | | |
| Albert Carver | 7/13/2007 | 298 | 14 | | 298 | 25 | | |
| Albert Carver | 7/13/2007 | 299 | 19 | | 299 | 23 | | |
| Albert Carver | 7/13/2007 | 300 | 8 | | 300 | 8 | | |
| Albert Carver | 7/13/2007 | 300 | 12 | | 300 | 17 | | |
| Albert Carver | 7/13/2007 | 300 | 21 | | 301 | 10 | | |
| Albert Carver | 7/13/2007 | 308 | 17 | | 308 | 19 | | F, Rule 403 |
| Albert Carver | 7/13/2007 | 309 | 2 | | 309 | 7 | | F, Rule 403 |
| Albert Carver | 7/13/2007 | 309 | 16 | | 309 | 20 | | F, Rule 403 |
| Albert Carver | 7/13/2007 | 310 | 9 | | 310 | 12 | | F, Rule 403 |
| Albert Carver | 7/13/2007 | 311 | 8 | | 311 | 13 | | F, Rule 403, Designates Question Without Answer |
| Albert Carver | 7/13/2007 | 312 | 6 | | 312 | 11 | | F, Rule 403, Designates Answer Without Question |
| Albert Carver | 7/13/2007 | 313 | 22 | | 314 | 3 | | F, Rule 403, Designates Question Without Answer, R (refers to indication not at issue in litigation) |
| Albert Carver | 7/13/2007 | 324 | 8 | | 324 | 10 | | Outside Scope of Rule 30(b)(6) Deposition, O |
| Albert Carver | 7/13/2007 | 324 | 17 | | 324 | 22 | | Outside Scope of Rule 30(b)(6) Deposition, O |
| Albert Carver | 7/13/2007 | 325 | 4 | | 325 | 6 | | Outside Scope of Rule 30(b)(6) Deposition, O |
| Albert Carver | 7/13/2007 | 325 | 9 | | 325 | 9 | | Outside Scope of Rule 30(b)(6) Deposition, O, Form |
| Albert Carver | 7/13/2007 | 326 | 15 | | 326 | 17 | | Outside Scope of Rule 30(b)(6) Deposition, O, Form |
| Albert Carver | 7/13/2007 | 327 | 20 | | 328 | 3 | | Outside Scope of Rule 30(b)(6) Deposition, O |
| Albert Carver | 7/13/2007 | 328 | 8 | | 328 | 11 | | |
| Albert Carver | 7/13/2007 | 328 | 18 | | 328 | 22 | | |
| Albert Carver | 7/13/2007 | 329 | 11 | | 329 | 14 | | Misleading, Rule 403, R (pertains to indications not at issue) |
| Albert Carver | 7/13/2007 | 329 | 24 | | 330 | 24 | | Misleading, Rule 403, R (pertains to indications not at issue) |
| Albert Carver | 7/13/2007 | 331 | 3 | | 331 | 3 | | |
| Albert Carver | 7/13/2007 | 333 | 3 | | 333 | 10 | | Misleading, Rule 403, R (pertains to indications not at issue) |
| Albert Carver | 7/13/2007 | 333 | 18 | | 333 | 19 | | Misleading, Rule 403 |
| Albert Carver | 7/13/2007 | 333 | 21 | | 333 | 21 | | Misleading, Rule 403 |
| Albert Carver | 7/13/2007 | 336 | 3 | | 336 | 7 | | Misleading, Rule 403 |
| Albert Carver | 7/13/2007 | 336 | 13 | | 336 | 18 | | Misleading, Rule 403, |
| Albert Carver | 7/13/2007 | 342 | 20 | | 343 | 3 | | Rule 403 |
| Albert Carver | 7/13/2007 | 343 | 11 | | 343 | 24 | | Rule 403, O |
| Albert Carver | 7/13/2007 | 344 | 19 | | 345 | 11 | | Rule 403, O |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Albert Carver | 7/13/2007 | 346 | 12 | | 347 | 6 | | Rule 403, O |
| Albert Carver | 7/13/2007 | 349 | 18 | | 349 | 18 | | Rule 403, O |
| Albert Carver | 7/13/2007 | 349 | 20 | | 349 | 21 | | Rule 403, O |
| Albert Carver | 7/13/2007 | 349 | 24 | | 350 | 4 | | Rule 403, O |
| Albert Carver | 7/13/2007 | 350 | 10 | | 350 | 16 | | Rule 403, O |
| Albert Carver | 7/13/2007 | 352 | 20 | | 352 | 22 | | Rule 403, O |
| Albert Carver | 7/13/2007 | 354 | 2 | | 354 | 12 | | Rule 403, O |
| Albert Carver | 7/13/2007 | 358 | 18 | | 358 | 20 | | |
| Albert Carver | 7/13/2007 | 376 | 4 | | 376 | 14 | | |
| Albert Carver | 7/13/2007 | 377 | 2 | | 377 | 15 | | |
| Albert Carver | 7/13/2007 | 377 | 24 | | 378 | 2 | | |
| Albert Carver | 7/13/2007 | 378 | 4 | | 378 | 9 | | |
| Albert Carver | 7/13/2007 | 378 | 8 | | 378 | 19 | | |
| Albert Carver | 7/13/2007 | 378 | 21 | | 378 | 23 | | |
| Albert Carver | 7/13/2007 | 384 | 9 | | 384 | 16 | | |
| Albert Carver | 7/13/2007 | 387 | 24 | | 388 | 20 | | |
| Albert Carver | 7/13/2007 | 404 | 22 | | 405 | 2 | | |
| Albert Carver | 7/13/2007 | 405 | 4 | | 405 | 4 | | |
| Albert Carver | 7/13/2007 | 406 | 11 | | 406 | 17 | | Misleading |
| Albert Carver | 7/13/2007 | 412 | 13 | | 412 | 20 | | Rule 403 |
| Albert Carver | 7/13/2007 | 413 | 2 | | 413 | 2 | | Rule 403 |
| Albert Carver | 7/13/2007 | 413 | 4 | | 413 | 12 | | |
| Albert Carver | 7/13/2007 | 435 | 4 | | 435 | 7 | | |
| Albert Carver | 7/13/2007 | 439 | 7 | | 439 | 7 | | |
| Albert Carver | 7/13/2007 | 441 | 15 | | 441 | 21 | | |
| Albert Carver | 7/13/2007 | 451 | 11 | | 451 | 18 | | Misleading, F, Outside Scope of 30(b)(6) |
| Albert Carver | 7/13/2007 | 452 | 22 | | 452 | 25 | | Misleading, F, Outside Scope of 30(b)(6) |
| Albert Carver | 7/13/2007 | 453 | 4 | | 453 | 6 | | Misleading, F, Outside Scope of 30(b)(6) |
| Albert Carver | 7/13/2007 | 453 | 8 | | 453 | 8 | | Misleading, F, Outside Scope of 30(b)(6) |
| Albert Carver | 7/13/2007 | 480 | 5 | | 480 | 25 | | Rule 403 |
| Albert Carver | 7/13/2007 | 238 | 25 | | 239 | 19 | | Counter |
| Albert Carver | 7/13/2007 | 246 | 17 | | 246 | 23 | | Counter |
| Albert Carver | 7/13/2007 | 247 | 5 | | 247 | 15 | | Counter |
| Albert Carver | 7/13/2007 | 251 | 11 | | 251 | 18 | | Counter |
| Albert Carver | 7/13/2007 | 252 | 12 | | 253 | 18 | | Counter |
| Albert Carver | 7/13/2007 | 285 | 25 | | 286 | 11 | | Counter |
| Albert Carver | 7/13/2007 | 286 | 15 | | 286 | 24 | | Counter |
| Albert Carver | 7/13/2007 | 293 | 22 | | 293 | 24 | | Counter |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Albert Carver | 7/13/2007 | 294 | 5 | | 294 | 14 | | Counter |
| Albert Carver | 7/13/2007 | 294 | 18 | | 295 | 22 | | Counter |
| Albert Carver | 7/13/2007 | 324 | 23 | | 325 | 3 | | Counter |
| Albert Carver | 7/13/2007 | 325 | 21 | | 325 | 22 | | Counter |
| Albert Carver | 7/13/2007 | 326 | 3 | | 326 | 14 | | Counter |
| Albert Carver | 7/13/2007 | 341 | 18 | | 342 | 9 | | Counter |
| Albert Carver | 7/13/2007 | 380 | 19 | | 381 | 5 | | Counter |
| Albert Carver | 7/13/2007 | 381 | 10 | | 382 | 11 | | Counter |
| Albert Carver | 7/13/2007 | 450 | 10 | | 45 | 10 | | Counter |
| Albert Carver | 7/13/2007 | 493 | 2 | | 498 | 11 | | Counter |
| Albert Carver | 7/13/2007 | 500 | 6 | | 501 | 16 | | Counter |
| Albert Carver | 7/13/2007 | 501 | 21 | | 502 | 12 | | Counter |
| Albert Carver | 7/13/2007 | 503 | 12 | | 505 | 2 | | Counter |
| Albert Carver | 7/13/2007 | 505 | 11 | | 505 | 17 | | Counter |
| Albert Carver | 7/13/2007 | 505 | 22 | | 506 | 6 | | Counter |
| Deborah Kubota | 10/11/2007 | 7 | 10 | | 7 | 17 | | Designates only part of question |
| Deborah Kubota | 10/11/2007 | 11 | 1 | | 11 | 5 | | |
| Deborah Kubota | 10/11/2007 | 15 | 9 | | 15 | 13 | | |
| Deborah Kubota | 10/11/2007 | 15 | 20 | | 15 | 21 | | |
| Deborah Kubota | 10/11/2007 | 15 | 22 | | 17 | 19 | | |
| Deborah Kubota | 10/11/2007 | 17 | 8 | | 17 | 19 | | |
| Deborah Kubota | 10/11/2007 | 19 | 6 | | 19 | 17 | | |
| Deborah Kubota | 10/11/2007 | 19 | 18 | | 20 | 17 | | |
| Deborah Kubota | 10/11/2007 | 20 | 25 | | 21 | 2 | | F |
| Deborah Kubota | 10/11/2007 | 21 | 4 | | 21 | 13 | | F |
| Deborah Kubota | 10/11/2007 | 21 | 18 | | 21 | 21 | | F |
| Deborah Kubota | 10/11/2007 | 21 | 24 | | 22 | 2 | | F |
| Deborah Kubota | 10/11/2007 | 22 | 7 | | 22 | 8 | | |
| Deborah Kubota | 10/11/2007 | 23 | 1 | | 23 | 9 | | |
| Deborah Kubota | 10/11/2007 | 25 | 4 | | 25 | 16 | | |
| Deborah Kubota | 10/11/2007 | 25 | 20 | | 25 | 24 | | |
| Deborah Kubota | 10/11/2007 | 26 | 6 | | 28 | 15 | | |
| Deborah Kubota | 10/11/2007 | 30 | 25 | | 31 | 5 | | |
| Deborah Kubota | 10/11/2007 | 32 | 23 | | 33 | 1 | | |
| Deborah Kubota | 10/11/2007 | 33 | 10 | | 33 | 12 | | |
| Deborah Kubota | 10/11/2007 | 34 | 6 | | 34 | 8 | | |
| Deborah Kubota | 10/11/2007 | 35 | 1 | | 35 | 3 | | |
| Deborah Kubota | 10/11/2007 | 37 | 5 | | 37 | 8 | | |