# Exhibit 5
# (Part 2 of 5)

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Deborah Kubota | 10/11/2007 | 37 | 9 | | 37 | 18 | | |
| Deborah Kubota | 10/11/2007 | 38 | 8 | | 39 | 8 | | |
| Deborah Kubota | 10/11/2007 | 39 | 10 | | 39 | 12 | | |
| Deborah Kubota | 10/11/2007 | 39 | 13 | | 40 | 2 | | |
| Deborah Kubota | 10/11/2007 | 41 | 13 | | 41 | 23 | | |
| Deborah Kubota | 10/11/2007 | 42 | 19 | | 43 | 6 | | |
| Deborah Kubota | 10/11/2007 | 43 | 19 | | 44 | 19 | | |
| Deborah Kubota | 10/11/2007 | 45 | 1 | | 45 | 4 | | |
| Deborah Kubota | 10/11/2007 | 45 | 5 | | 45 | 12 | | |
| Deborah Kubota | 10/11/2007 | 45 | 14 | | 45 | 19 | | |
| Deborah Kubota | 10/11/2007 | 46 | 3 | | 46 | 15 | | |
| Deborah Kubota | 10/11/2007 | 46 | 23 | | 47 | 3 | | |
| Deborah Kubota | 10/11/2007 | 47 | 14 | | 47 | 19 | | |
| Deborah Kubota | 10/11/2007 | 47 | 20 | | 48 | 8 | | |
| Deborah Kubota | 10/11/2007 | 49 | 6 | | 49 | 13 | | |
| Deborah Kubota | 10/11/2007 | 49 | 23 | | 50 | 16 | | |
| Deborah Kubota | 10/11/2007 | 51 | 15 | | 52 | 14 | | |
| Deborah Kubota | 10/11/2007 | 53 | 4 | | 53 | 18 | | |
| Deborah Kubota | 10/11/2007 | 54 | 6 | | 54 | 10 | | |
| Deborah Kubota | 10/11/2007 | 58 | 16 | | 58 | 18 | | |
| Deborah Kubota | 10/11/2007 | 61 | 12 | | 61 | 15 | | Designates only part of answer |
| Deborah Kubota | 10/11/2007 | 67 | 10 | | 68 | 8 | | |
| Deborah Kubota | 10/11/2007 | 69 | 14 | | 69 | 23 | | |
| Deborah Kubota | 10/11/2007 | 69 | 24 | | 70 | 8 | | |
| Deborah Kubota | 10/11/2007 | 70 | 21 | | 74 | 13 | | |
| Deborah Kubota | 10/11/2007 | 74 | 4 | | 74 | 7 | | |
| Deborah Kubota | 10/11/2007 | 74 | 12 | | 74 | 13 | | |
| Deborah Kubota | 10/11/2007 | 75 | 14 | | 76 | 17 | | |
| Deborah Kubota | 10/11/2007 | 77 | 2 | | 77 | 13 | | |
| Deborah Kubota | 10/11/2007 | 77 | 20 | | 78 | 19 | | R, Rule 403 |
| Deborah Kubota | 10/11/2007 | 83 | 5 | | 83 | 9 | | |
| Deborah Kubota | 10/11/2007 | 86 | 24 | | 87 | 12 | | |
| Deborah Kubota | 10/11/2007 | 88 | 3 | | 88 | 6 | | |
| Deborah Kubota | 10/11/2007 | 92 | 11 | | 92 | 19 | | |
| Deborah Kubota | 10/11/2007 | 93 | 13 | | 93 | 20 | | |
| Deborah Kubota | 10/11/2007 | 95 | 16 | | 96 | 4 | | |
| Deborah Kubota | 10/11/2007 | 100 | 22 | | 100 | 25 | | Rule 403 |
| Deborah Kubota | 10/11/2007 | 9 | 11 | | 9 | 19 | | Counter |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Deborah Kubota | 10/11/2007 | 20 | 18 | | 20 | 24 | | Counter |
| Deborah Kubota | 10/11/2007 | 22 | 20 | | 22 | 25 | | Counter |
| Deborah Kubota | 10/11/2007 | 46 | 16 | | 46 | 22 | | Counter |
| Deborah Kubota | 10/11/2007 | 52 | 15 | | 52 | 18 | | Counter |
| Deborah Kubota | 10/11/2007 | 61 | 6 | | 61 | 11 | | Counter |
| Mirta Millares | 10/2/2007 | 9 | 15 | | 10 | 2 | | |
| Mirta Millares | 10/2/2007 | 14 | 22 | | 14 | 23 | | |
| Mirta Millares | 10/2/2007 | 32 | 3 | | 32 | 6 | | |
| Mirta Millares | 10/2/2007 | 32 | 13 | | 32 | 17 | | |
| Mirta Millares | 10/2/2007 | 37 | 13 | | 37 | 15 | | |
| Mirta Millares | 10/2/2007 | 37 | 17 | | 37 | 22 | | |
| Mirta Millares | 10/2/2007 | 39 | 18 | | 40 | 3 | | |
| Mirta Millares | 10/2/2007 | 41 | 8 | | 41 | 15 | | |
| Mirta Millares | 10/2/2007 | 42 | 22 | | 43 | 14 | | |
| Mirta Millares | 10/2/2007 | 45 | 10 | | 47 | 9 | | |
| Mirta Millares | 10/2/2007 | 47 | 14 | | 47 | 16 | | H, F |
| Mirta Millares | 10/2/2007 | 48 | 11 | | 48 | 22 | | H, F |
| Mirta Millares | 10/2/2007 | 48 | 24 | | 48 | 24 | | H, F |
| Mirta Millares | 10/2/2007 | 68 | 10 | | 68 | 11 | | F |
| Mirta Millares | 10/2/2007 | 68 | 22 | | 69 | 13 | | |
| Mirta Millares | 10/2/2007 | 70 | 20 | | 71 | 24 | | |
| Mirta Millares | 10/2/2007 | 72 | 22 | | 73 | 1 | | |
| Mirta Millares | 10/2/2007 | 73 | 25 | | 74 | 5 | | |
| Mirta Millares | 10/2/2007 | 74 | 17 | | 74 | 18 | | |
| Mirta Millares | 10/2/2007 | 74 | 24 | | 75 | 6 | | |
| Mirta Millares | 10/2/2007 | 78 | 13 | | 78 | 15 | | |
| Mirta Millares | 10/2/2007 | 78 | 19 | | 79 | 11 | | |
| Mirta Millares | 10/2/2007 | 79 | 13 | | 80 | 23 | | |
| Mirta Millares | 10/2/2007 | 81 | 9 | | 81 | 12 | | |
| Mirta Millares | 10/2/2007 | 81 | 14 | | 81 | 18 | | |
| Mirta Millares | 10/2/2007 | 82 | 1 | | 82 | 3 | | |
| Mirta Millares | 10/2/2007 | 83 | 6 | | 83 | 18 | | |
| Mirta Millares | 10/2/2007 | 84 | 17 | | 85 | 23 | | |
| Mirta Millares | 10/2/2007 | 87 | 2 | | 87 | 3 | | |
| Mirta Millares | 10/2/2007 | 87 | 15 | | 88 | 5 | | |
| Mirta Millares | 10/2/2007 | 88 | 25 | | 89 | 2 | | |
| Mirta Millares | 10/2/2007 | 90 | 19 | | 91 | 4 | | |
| Mirta Millares | 10/2/2007 | 91 | 13 | | 94 | 2 | | |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Mirta Millares | 10/2/2007 | 100 | 10 | | 100 | 21 | | |
| Mirta Millares | 10/2/2007 | 116 | 25 | | 118 | 4 | | |
| Mirta Millares | 10/2/2007 | 123 | 22 | | 124 | 14 | | |
| Mirta Millares | 10/2/2007 | 125 | 19 | | 125 | 23 | | |
| Mirta Millares | 10/2/2007 | 12 | 5 | | 13 | 14 | | Counter |
| Mirta Millares | 10/2/2007 | 12 | 5 | | 13 | 14 | | Counter |
| Mirta Millares | 10/2/2007 | 14 | 24 | | 15 | 15 | | Counter |
| Mirta Millares | 10/2/2007 | 32 | 7 | | 32 | 12 | | Counter |
| Mirta Millares | 10/2/2007 | 40 | 3 | | 41 | 7 | | Counter |
| Mirta Millares | 10/2/2007 | 49 | 3 | | 49 | 19 | | Counter |
| Mirta Millares | 10/2/2007 | 69 | 14 | | 69 | 15 | | Counter |
| Mirta Millares | 10/2/2007 | 69 | 25 | | 70 | 7 | | Counter |
| Mirta Millares | 10/2/2007 | 73 | 2 | | 73 | 10 | | Counter |
| Mirta Millares | 10/2/2007 | 76 | 15 | | 77 | 4 | | Counter |
| Mirta Millares | 10/2/2007 | 91 | 5 | | 91 | 12 | | Counter |
| Mirta Millares | 10/2/2007 | 95 | 1 | | 95 | 8 | | Counter |
| Mirta Millares | 10/2/2007 | 98 | 20 | | 99 | 4 | | Counter |
| Mirta Millares | 1/10/2008 | 15 | 20 | | 16 | 1 | | |
| Mirta Millares | 1/10/2008 | 21 | 11 | | 21 | 22 | | |
| Mirta Millares | 1/10/2008 | 40 | 14 | | 40 | 23 | | Outside Scope of 30(b)(6), F |
| Mirta Millares | 1/10/2008 | 41 | 13 | | 42 | 5 | | |
| Mirta Millares | 1/10/2008 | 46 | 14 | | 47 | 1 | | |
| Mirta Millares | 1/10/2008 | 47 | 21 | | 48 | 1 | | |
| Mirta Millares | 1/10/2008 | 48 | 6 | | 49 | 18 | | |
| Mirta Millares | 1/10/2008 | 65 | 5 | | 65 | 24 | | F, H |
| Mirta Millares | 1/10/2008 | 66 | 2 | | 66 | 21 | | F, H |
| Mirta Millares | 1/10/2008 | 79 | 3 | | 79 | 19 | | F, H |
| Mirta Millares | 1/10/2008 | 85 | 4 | | 85 | 12 | | |
| Mirta Millares | 1/10/2008 | 86 | 3 | | 86 | 14 | | |
| Mirta Millares | 1/10/2008 | 86 | 20 | | 87 | 5 | | |
| Mirta Millares | 1/10/2008 | 125 | 7 | | 126 | 23 | | F |
| Mirta Millares | 1/10/2008 | 133 | 12 | | 133 | 18 | | |
| Mirta Millares | 1/10/2008 | 142 | 19 | | 143 | 9 | | |
| Mirta Millares | 1/10/2008 | 146 | 19 | | 146 | 24 | | |
| Mirta Millares | 1/10/2008 | 149 | 2 | | 149 | 7 | | |
| Mirta Millares | 1/10/2008 | 155 | 6 | | 156 | 24 | | |
| Mirta Millares | 1/10/2008 | 157 | 7 | | 157 | 11 | | |
| Mirta Millares | 1/10/2008 | 157 | 17 | | 157 | 23 | | |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Mirta Millares | 1/10/2008 | 159 | 10 | | 159 | 24 | | |
| Mirta Millares | 1/10/2008 | 161 | 3 | | 161 | 14 | | |
| Mirta Millares | 1/10/2008 | 162 | 5 | | 162 | 8 | | F |
| Mirta Millares | 1/10/2008 | 163 | 7 | | 163 | 15 | | |
| Mirta Millares | 1/10/2008 | 163 | 20 | | 164 | 16 | | |
| Mirta Millares | 1/10/2008 | 164 | 24 | | 167 | 9 | | |
| Mirta Millares | 1/10/2008 | 170 | 13 | | 171 | 21 | | Outside scope of 30(b)(6), F, Misleading |
| Mirta Millares | 1/10/2008 | 183 | 14 | | 183 | 15 | | |
| Mirta Millares | 1/10/2008 | 183 | 18 | | 186 | 3 | | Outside scope of 30(b)(6) |
| Mirta Millares | 1/10/2008 | 188 | 6 | | 188 | 20 | | Outside scope of 30(b)(6) |
| Mirta Millares | 1/10/2008 | 189 | 22 | | 191 | 5 | | Outside scope of 30(b)(6) |
| Mirta Millares | 1/10/2008 | 190 | 22 | | 193 | 6 | | Outside scope of 30(b)(6) |
| Mirta Millares | 1/10/2008 | 203 | 22 | | 204 | 7 | | F |
| Mirta Millares | 1/10/2008 | 204 | 18 | | 205 | 9 | | F |
| Mirta Millares | 1/10/2008 | 209 | 1 | | 211 | 7 | | |
| Mirta Millares | 1/10/2008 | 213 | 10 | | 213 | 24 | | |
| Mirta Millares | 1/10/2008 | 214 | 13 | | 215 | 2 | | F, misleading |
| Mirta Millares | 1/10/2008 | 215 | 14 | | 215 | 20 | | |
| Mirta Millares | 1/10/2008 | 218 | 13 | | 218 | 22 | | |
| Mirta Millares | 1/10/2008 | 219 | 21 | | 220 | 10 | | |
| Mirta Millares | 1/10/2008 | 227 | 12 | | 227 | 18 | | F |
| Mirta Millares | 1/10/2008 | 228 | 3 | | 228 | 10 | | |
| Mirta Millares | 1/10/2008 | 37 | 17 | | 38 | 13 | | Counter |
| Mirta Millares | 1/10/2008 | 58 | 18 | | 59 | 9 | | Counter |
| Mirta Millares | 1/10/2008 | 59 | 14 | | 59 | 24 | | Counter |
| Mirta Millares | 1/10/2008 | 60 | 14 | | 60 | 23 | | Counter |
| Mirta Millares | 1/10/2008 | 57 | 2 | | 67 | 12 | | Counter |
| Mirta Millares | 1/10/2008 | 144 | 21 | | 144 | 23 | | Counter |
| Mirta Millares | 1/10/2008 | 145 | 8 | | 145 | 18 | | Counter |
| Mirta Millares | 1/10/2008 | 147 | 20 | | 148 | 11 | | Counter |
| Mirta Millares | 1/10/2008 | 153 | 12 | | 155 | 5 | | Counter |
| Mirta Millares | 1/10/2008 | 164 | 17 | | 164 | 23 | | Counter |
| Mirta Millares | 1/10/2008 | 167 | 11 | | 167 | 17 | | Counter |
| Mirta Millares | 1/10/2008 | 169 | 11 | | 169 | 14 | | Counter |
| Mirta Millares | 1/10/2008 | 195 | 14 | | 196 | 20 | | Counter |
| Mirta Millares | 1/10/2008 | 198 | 7 | | 199 | 17 | | Counter |
| Mirta Millares | 1/10/2008 | 221 | 8 | | 222 | 16 | | Counter |
| David Chandler | 10/30/2007 | 11 | 1 | | 11 | 6 | | No objection |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| David Chandler | 10/30/2007 | 12 | 22 | | 12 | 23 | | Relevance; 403 |
| David Chandler | 10/30/2007 | 13 | 2 | | 13 | 7 | | Relevance; 403 |
| David Chandler | 10/30/2007 | 13 | 23 | | 14 | 25 | | No objection |
| David Chandler | 10/30/2007 | 15 | 16 | | 15 | 19 | | No objection |
| David Chandler | 10/30/2007 | 16 | 9 | | 16 | 23 | | No objection |
| David Chandler | 10/30/2007 | 18 | 6 | | 18 | 16 | | No objection |
| David Chandler | 10/30/2007 | 18 | 22 | | 19 | 10 | | No objection |
| David Chandler | 10/30/2007 | 19 | 25 | | 20 | 5 | | No objection |
| David Chandler | 10/30/2007 | 20 | 9 | | 20 | 20 | | No objection |
| David Chandler | 10/30/2007 | 24 | 1 | | 24 | 7 | | Form |
| David Chandler | 10/30/2007 | 24 | 12 | | 24 | 17 | | Form |
| David Chandler | 10/30/2007 | 25 | 9 | | 26 | 1 | | Form, No designated question |
| David Chandler | 10/30/2007 | 27 | 13 | | 28 | 23 | | No objection |
| David Chandler | 10/30/2007 | 29 | 2 | | 29 | 3 | | No objections |
| David Chandler | 10/30/2007 | 29 | 6 | | 29 | 8 | | No objections |
| David Chandler | 10/30/2007 | 34 | 22 | | 35 | 2 | | Form |
| David Chandler | 10/30/2007 | 35 | 6 | | 35 | 16 | | Form |
| David Chandler | 10/30/2007 | 35 | 20 | | 35 | 25 | | Form |
| David Chandler | 10/30/2007 | 36 | 3 | | 36 | 10 | | Form |
| David Chandler | 10/30/2007 | 36 | 13 | | 37 | 2 | | Form |
| David Chandler | 10/30/2007 | 40 | 2 | | 40 | 4 | | Form |
| David Chandler | 10/30/2007 | 40 | 10 | | 40 | 15 | | Form |
| David Chandler | 10/30/2007 | 40 | 17 | | 40 | 17 | | Form |
| David Chandler | 10/30/2007 | 40 | 21 | | 40 | 24 | | Form |
| David Chandler | 10/30/2007 | 41 | 4 | | 41 | 10 | | Form |
| David Chandler | 10/30/2007 | 41 | 12 | | 41 | 13 | | Form |
| David Chandler | 10/30/2007 | 42 | 9 | | 42 | 10 | | Form. No designated answer |
| David Chandler | 10/30/2007 | 43 | 5 | | 43 | 7 | | Form. No designated question |
| David Chandler | 10/30/2007 | 45 | 7 | | 45 | 19 | | Form , R |
| David Chandler | 10/30/2007 | 45 | 24 | | 46 | 1 | | Form |
| David Chandler | 10/30/2007 | 46 | 6 | | 46 | 15 | | Form |
| David Chandler | 10/30/2007 | 46 | 20 | | 47 | 1 | | Form |
| David Chandler | 10/30/2007 | 47 | 8 | | 47 | 23 | | Form |
| David Chandler | 10/30/2007 | 47 | 25 | | 48 | 4 | | Form |
| David Chandler | 10/30/2007 | 49 | 12 | | 49 | 14 | | Form and relevance; 403 |
| David Chandler | 10/30/2007 | 49 | 17 | | 50 | 6 | | Form |
| David Chandler | 10/30/2007 | 51 | 17 | | 51 | 20 | | Form |
| David Chandler | 10/30/2007 | 52 | 8 | | 52 | 12 | | Relevance; 403 |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| David Chandler | 10/30/2007 | 54 | 2 | | 54 | 3 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 54 | 7 | | 54 | 13 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 54 | 16 | | 54 | 22 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 55 | 1 | | 55 | 6 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 55 | 11 | | 55 | 16 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 55 | 20 | | 55 | 23 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 56 | 4 | | 56 | 9 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 56 | 12 | | 56 | 13 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 58 | 5 | | 58 | 8 | | Form |
| David Chandler | 10/30/2007 | 58 | 11 | | 59 | 8 | | Form |
| David Chandler | 10/30/2007 | 59 | 11 | | 59 | 14 | | Form |
| David Chandler | 10/30/2007 | 59 | 25 | | 60 | 3 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 60 | 21 | | 60 | 24 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 61 | 2 | | 61 | 9 | | Form |
| David Chandler | 10/30/2007 | 61 | 18 | | 61 | 23 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 62 | 1 | | 62 | 13 | | Objection to p 62 lines 1-3 on relevance; 403; Form, H as to 3-13 |
| David Chandler | 10/30/2007 | 62 | 17 | | 62 | 24 | | Form; Relevance; 403, H |
| David Chandler | 10/30/2007 | 63 | 5 | | 63 | 12 | | Form; Relevance; 403, F |
| David Chandler | 10/30/2007 | 63 | 17 | | 63 | 18 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 64 | 17 | | 64 | 19 | | Form; Relevance; 403, F |
| David Chandler | 10/30/2007 | 64 | 25 | | 65 | 5 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 65 | 23 | | 66 | 2 | | Form; Relevance; 403; F; O |
| David Chandler | 10/30/2007 | 66 | 7 | | 66 | 19 | | Form; Relevance; 403; F; O; expert opinion that has not been properly disclosed or qualified |
| David Chandler | 10/30/2007 | 67 | 9 | | 67 | 18 | | Form |
| David Chandler | 10/30/2007 | 67 | 22 | | 68 | 1 | | Form |
| David Chandler | 10/30/2007 | 68 | 5 | | 68 | 10 | | Form; Relevance; 403, H |
| David Chandler | 10/30/2007 | 69 | 5 | | 69 | 7 | | Form; H |
| David Chandler | 10/30/2007 | 69 | 10 | | 69 | 16 | | Form; H |
| David Chandler | 10/30/2007 | 69 | 21 | | 69 | 23 | | Form; H |
| David Chandler | 10/30/2007 | 70 | 13 | | 70 | 14 | | Form |
| David Chandler | 10/30/2007 | 70 | 18 | | 71 | 1 | | Form |
| David Chandler | 10/30/2007 | 71 | 4 | | 71 | 12 | | Form; O, R |
| David Chandler | 10/30/2007 | 71 | 16 | | 71 | 20 | | Form; O; Relevance; 403 |
| David Chandler | 10/30/2007 | 71 | 23 | | 72 | 7 | | Form; O; Relevance; 403 |
| David Chandler | 10/30/2007 | 72 | 11 | | 72 | 11 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 72 | 22 | | 72 | 24 | | Form |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| David Chandler | 10/30/2007 | 73 | 3 | | 73 | 7 | | Form |
| David Chandler | 10/30/2007 | 73 | 10 | | 73 | 14 | | Form |
| David Chandler | 10/30/2007 | 73 | 17 | | 73 | 21 | | Form |
| David Chandler | 10/30/2007 | 73 | 23 | | 74 | 3 | | Form; O, R, 403 |
| David Chandler | 10/30/2007 | 74 | 8 | | 74 | 16 | | Form; H, R |
| David Chandler | 10/30/2007 | 74 | 19 | | 74 | 24 | | Form; Hearsay, R |
| David Chandler | 10/30/2007 | 75 | 5 | | 75 | 8 | | Form; Hearsay |
| David Chandler | 10/30/2007 | 77 | 16 | | 77 | 17 | | Form; Relevance; 403, F, O |
| David Chandler | 10/30/2007 | 77 | 22 | | 78 | 3 | | Form; Relevance; 403, O |
| David Chandler | 10/30/2007 | 78 | 9 | | 78 | 11 | | Form; Relevance; 403; O |
| David Chandler | 10/30/2007 | 79 | 18 | | 80 | 1 | | No objection |
| David Chandler | 10/30/2007 | 81 | 10 | | 82 | 10 | | Form; O; Relevance; 403 |
| David Chandler | 10/30/2007 | 83 | 24 | | 83 | 25 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 84 | 4 | | 84 | 9 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 84 | 12 | | 84 | 20 | | Form: O: Relevance; 403 |
| David Chandler | 10/30/2007 | 84 | 25 | | 85 | 7 | | Form; O; Relevance; 403 |
| David Chandler | 10/30/2007 | 85 | 9 | | 85 | 9 | | Form; O: Relevance, 403 |
| David Chandler | 10/30/2007 | 85 | 21 | | 86 | 4 | | Form |
| David Chandler | 10/30/2007 | 86 | 6 | | 86 | 12 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 86 | 17 | | 87 | 15 | | Relevance; Form; 403 |
| David Chandler | 10/30/2007 | 87 | 17 | | 87 | 17 | | Relevance; Form; 403 |
| David Chandler | 10/30/2007 | 88 | 1 | | 88 | 5 | | Relevance; Form: 403 |
| David Chandler | 10/30/2007 | 88 | 7 | | 88 | 10 | | Relevance; Form; 403 |
| David Chandler | 10/30/2007 | 88 | 13 | | 88 | 16 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 88 | 18 | | 88 | 21 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 88 | 24 | | 88 | 25 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 89 | 3 | | 89 | 6 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 89 | 9 | | 89 | 13 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 89 | 15 | | 89 | 15 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 89 | 17 | | 89 | 18 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 89 | 22 | | 89 | 25 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 90 | 2 | | 90 | 2 | | Form; Relevance; 403 |
| David Chandler | 10/30/2007 | 90 | 8 | | 90 | 11 | | R. 403, |
| David Chandler | 10/30/2007 | 91 | 13 | | 91 | 15 | | Form;Relevance;403 |
| David Chandler | 10/30/2007 | 91 | 18 | | 92 | 6 | | R, 403 |
| David Chandler | 10/30/2007 | 92 | 13 | | 92 | 15 | | Form |
| David Chandler | 10/30/2007 | 92 | 19 | | 93 | 7 | | Form |
| David Chandler | 10/30/2007 | 93 | 10 | | 93 | 11 | | Form |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| David Chandler | 10/30/2007 | 93 | 18 | | 94 | 1 | | H. |
| David Chandler | 10/30/2007 | 94 | 13 | | 94 | 21 | | H. |
| David Chandler | 10/30/2007 | 96 | 13 | | 96 | 20 | | Form, Answer without a designated question |
| David Chandler | 10/30/2007 | 96 | 25 | | 97 | 21 | | Form, H |
| David Chandler | 10/30/2007 | 98 | 13 | | 98 | 22 | | Form; O, F. H |
| David Chandler | 10/30/2007 | 98 | 25 | | 99 | 11 | | Form; O; H |
| David Chandler | 10/30/2007 | 99 | 19 | | 99 | 22 | | Form; Hearsay |
| David Chandler | 10/30/2007 | 100 | 1 | | 100 | 2 | | Form; Hearsay |
| David Chandler | 10/30/2007 | 101 | 25 | | 102 | 1 | | No objection |
| David Chandler | 10/30/2007 | 102 | 3 | | 102 | 7 | | Form |
| David Chandler | 10/30/2007 | 102 | 9 | | 102 | 13 | | Form, Question w/o designated answer |
| David Chandler | 10/30/2007 | 102 | 21 | | 104 | 7 | | Form |
| David Chandler | 10/30/2007 | 104 | 12 | | 104 | 21 | | Form |
| David Chandler | 10/30/2007 | 104 | 25 | | 104 | 25 | | Form |
| David Chandler | 10/30/2007 | 105 | 2 | | 105 | 5 | | Form |
| David Chandler | 10/30/2007 | 105 | 9 | | 105 | 10 | | Form, F |
| David Chandler | 10/30/2007 | 105 | 19 | | 105 | 21 | | No objections |
| David Chandler | 10/30/2007 | 105 | 25 | | 106 | 8 | | No objections |
| David Chandler | 10/30/2007 | 106 | 13 | | 106 | 15 | | No Objections |
| David Chandler | 10/30/2007 | 106 | 22 | | 106 | 23 | | Form |
| David Chandler | 10/30/2007 | 106 | 25 | | 107 | 1 | | Form |
| David Chandler | 10/30/2007 | 116 | 13 | | 116 | 18 | | No objections |
| David Chandler | 10/30/2007 | 116 | 22 | | 117 | 2 | | No objections |
| David Chandler | 10/30/2007 | 118 | 23 | | 119 | 11 | | No objections |
| David Chandler | 10/30/2007 | 120 | 22 | | 120 | 24 | | Form |
| David Chandler | 10/30/2007 | 121 | 1 | | 121 | 1 | | Form |
| David Chandler | 10/30/2007 | 121 | 5 | | 121 | 25 | | Form |
| David Chandler | 10/30/2007 | 122 | 2 | | 122 | 10 | | Form |
| David Chandler | 10/30/2007 | 122 | 14 | | 122 | 14 | | Form |
| David Chandler | 10/30/2007 | 125 | 10 | | 125 | 14 | | Form |
| David Chandler | 10/30/2007 | 125 | 16 | | 125 | 16 | | Form |
| David Chandler | 10/30/2007 | 127 | 23 | | 127 | 24 | | Form |
| David Chandler | 10/30/2007 | 128 | 1 | | 129 | 4 | | Form |
| David Chandler | 10/30/2007 | 130 | 8 | | 130 | 10 | | No objections |
| David Chandler | 10/30/2007 | 130 | 12 | | 130 | 21 | | Form |
| David Chandler | 10/30/2007 | 130 | 24 | | 131 | 3 | | Form |
| David Chandler | 10/30/2007 | 131 | 5 | | 131 | 13 | | No objections |
| David Chandler | 10/30/2007 | 131 | 14 | | 131 | 22 | | Form |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| David Chandler | 10/30/2007 | 132 | 3 | | 132 | 4 | | Form |
| David Chandler | 10/30/2007 | 132 | 6 | | 132 | 9 | | Form |
| David Chandler | 10/30/2007 | 132 | 14 | | 132 | 20 | | Form |
| David Chandler | 10/30/2007 | 134 | 10 | | 134 | 19 | | No objections |
| David Chandler | 10/30/2007 | 137 | 11 | | 137 | 17 | | Form; F |
| David Chandler | 10/30/2007 | 137 | 22 | | 138 | 1 | | Form |
| David Chandler | 10/30/2007 | 140 | 12 | | 140 | 16 | | Form |
| David Chandler | 10/30/2007 | 140 | 21 | | 141 | 16 | | Form |
| David Chandler | 10/30/2007 | 144 | 6 | | 144 | 12 | | No objections |
| David Chandler | 10/30/2007 | 144 | 21 | | 144 | 25 | | Form |
| David Chandler | 10/30/2007 | 145 | 4 | | 145 | 10 | | Form |
| David Chandler | 10/30/2007 | 147 | 8 | | 147 | 10 | | Form, No designated answer to question |
| David Chandler | 10/30/2007 | 149 | 14 | | 150 | 22 | | H |
| David Chandler | 10/30/2007 | 151 | 24 | | 152 | 6 | | R |
| David Chandler | 10/30/2007 | 154 | 20 | | 156 | 9 | | Form |
| David Chandler | 10/30/2007 | 156 | 12 | | 157 | 4 | | No objections |
| David Chandler | 10/30/2007 | 157 | 7 | | 157 | 25 | | No objections |
| David Chandler | 10/30/2007 | 158 | 22 | | 158 | 25 | | No objections |
| David Chandler | 10/30/2007 | 159 | 19 | | 160 | 10 | | No objections |
| David Chandler | 10/30/2007 | 160 | 13 | | 160 | 17 | | No objections |
| David Chandler | 10/30/2007 | 161 | 8 | | 161 | 11 | | No objections |
| David Chandler | 10/30/2007 | 161 | 22 | | 163 | 3 | | Form. H. |
| David Chandler | 10/30/2007 | 163 | 7 | | 163 | 11 | | No objections |
| David Chandler | 10/30/2007 | 163 | 14 | | 163 | 15 | | No objections |
| David Chandler | 10/30/2007 | 163 | 19 | | 163 | 21 | | No objections |
| David Chandler | 10/30/2007 | 163 | 23 | | 163 | 25 | | No objections |
| David Chandler | 10/30/2007 | 167 | 12 | | 167 | 19 | | No objections |
| David Chandler | 10/30/2007 | 168 | 22 | | 168 | 24 | | No objections |
| David Chandler | 10/30/2007 | 169 | 5 | | 169 | 10 | | No objections |
| David Chandler | 10/30/2007 | 170 | 12 | | 170 | 15 | | H |
| David Chandler | 10/30/2007 | 171 | 12 | | 173 | 15 | | Form, H |
| David Chandler | 10/30/2007 | 173 | 19 | | 173 | 22 | | Form |
| David Chandler | 10/30/2007 | 174 | 17 | | 174 | 19 | | No objections |
| David Chandler | 10/30/2007 | 175 | 1 | | 175 | 18 | | Form, F |
| David Chandler | 10/30/2007 | 175 | 24 | | 176 | 19 | | Form, H |
| David Chandler | 10/30/2007 | 177 | 10 | | 177 | 13 | | Form, F |
| David Chandler | 10/30/2007 | 177 | 17 | | 178 | 14 | | Form |
| David Chandler | 10/30/2007 | 178 | 19 | | 178 | 20 | | Form |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| David Chandler | 10/30/2007 | 184 | 21 | | 185 | 4 | | Form, R |
| David Chandler | 10/30/2007 | 185 | 6 | | 186 | 9 | | Form, R |
| David Chandler | 10/30/2007 | 186 | 13 | | 186 | 16 | | Form |
| David Chandler | 10/30/2007 | 186 | 19 | | 186 | 22 | | Form |
| David Chandler | 10/30/2007 | 187 | 2 | | 187 | 9 | | Form |
| David Chandler | 10/30/2007 | 187 | 12 | | 187 | 17 | | Form |
| David Chandler | 10/30/2007 | 187 | 21 | | 188 | 7 | | Form |
| David Chandler | 10/30/2007 | 188 | 10 | | 188 | 13 | | Form |
| David Chandler | 10/30/2007 | 188 | 16 | | 188 | 18 | | Form |
| David Chandler | 10/30/2007 | 188 | 21 | | 188 | 22 | | Form |
| David Chandler | 10/30/2007 | 188 | 25 | | 189 | 12 | | Form, F |
| David Chandler | 10/30/2007 | 190 | 15 | | 190 | 18 | | Form |
| David Chandler | 10/30/2007 | 202 | 23 | | 190 | 25 | | Form |
| David Chandler | 10/30/2007 | 191 | 3 | | 191 | 13 | | No objections |
| David Chandler | 10/30/2007 | 192 | 4 | | 192 | 11 | | Form, Part of witness' answer not designated |
| David Chandler | 10/30/2007 | 192 | 18 | | 193 | 21 | | Form, Failure to deginate full answer |
| David Chandler | 10/30/2007 | 195 | 23 | | 196 | 7 | | R, No question designated |
| David Chandler | 10/30/2007 | 196 | 16 | | 196 | 21 | | No objections |
| David Chandler | 10/30/2007 | 196 | 24 | | 196 | 24 | | Form |
| David Chandler | 10/30/2007 | 197 | 1 | | 197 | 5 | | Form |
| David Chandler | 10/30/2007 | 197 | 9 | | 197 | 19 | | Form |
| David Chandler | 10/30/2007 | 197 | 25 | | 198 | 20 | | Form, R |
| David Chandler | 10/30/2007 | 201 | 8 | | 201 | 10 | | No objections |
| David Chandler | 10/30/2007 | 201 | 14 | | 202 | 1 | | Form |
| David Chandler | 10/30/2007 | 202 | 4 | | 202 | 12 | | Form |
| David Chandler | 10/30/2007 | 202 | 15 | | 203 | 14 | | Form; H |
| David Chandler | 10/30/2007 | 203 | 16 | | 203 | 19 | | Form |
| David Chandler | 10/30/2007 | 204 | 18 | | 204 | 22 | | Form, H |
| David Chandler | 10/30/2007 | 205 | 1 | | 205 | 21 | | Form |
| David Chandler | 10/30/2007 | 205 | 25 | | 206 | 5 | | Form, H |
| David Chandler | 10/30/2007 | 206 | 12 | | 206 | 16 | | No objections |
| David Chandler | 10/30/2007 | 206 | 18 | | 206 | 24 | | No objections |
| David Chandler | 10/30/2007 | 209 | 20 | | 209 | 23 | | No objections |
| David Chandler | 10/30/2007 | 209 | 25 | | 210 | 24 | | No objections |
| David Chandler | 10/30/2007 | 211 | 2 | | 211 | 7 | | No objections |
| David Chandler | 10/30/2007 | 211 | 10 | | 211 | 14 | | No objections |
| David Chandler | 10/30/2007 | 212 | 3 | | 212 | 8 | | F |
| David Chandler | 10/30/2007 | 212 | 9 | | 212 | 10 | | F |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| David Chandler | 10/30/2007 | 211 | 12 | | 212 | 23 | | Form |
| David Chandler | 10/30/2007 | 213 | 4 | | 213 | 18 | | Form |
| David Chandler | 10/30/2007 | 78 | 10 | | 78 | 13 | | Counter |
| David Chandler | 10/30/2007 | 78 | 18 | | 78 | 10 | | Counter |
| David Chandler | 10/30/2007 | 78 | 13 | | 78 | 14 | | Counter |
| David Chandler | 10/30/2007 | 78 | 18 | | 78 | 22 | | Counter |
| David Chandler | 10/30/2007 | 79 | 2 | | 79 | 2 | | Counter |
| David Chandler | 10/30/2007 | 79 | 4 | | 79 | 4 | | Counter |
| David Chandler | 10/30/2007 | 79 | 7 | | 79 | 10 | | Counter |
| David Chandler | 10/30/2007 | 79 | 15 | | 79 | 16 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 4 | 12 | | 4 | 24 | | R, Objection to lines 04-16 to 04-24: lawyer colloquy. |
| Vital Dhaduk, M.D. | 11/12/2006 | 7 | 4 | | 7 | 8 | | R |
| Vital Dhaduk, M.D. | 11/12/2006 | 8 | 8 | | 9 | 2 | | R |
| Vital Dhaduk, M.D. | 11/12/2006 | 9 | 6 | | 9 | 12 | | R, Objection to line 09-12 because it is the first line of a question. |
| Vital Dhaduk, M.D. | 11/12/2006 | 10 | 14 | | 10 | 18 | | R, F, Form, O |
| Vital Dhaduk, M.D. | 11/12/2006 | 10 | 20 | | 10 | 21 | | R, Form (part of the same objection on 10-14 to 10-18. Also 10-21 is part of the next question. |
| Vital Dhaduk, M.D. | 11/12/2006 | 11 | 2 | | 11 | 5 | | R, F, Form, H |
| Vital Dhaduk, M.D. | 11/12/2006 | 11 | 7 | | 11 | 12 | | R, F, Form, O, H, 403, S |
| Vital Dhaduk, M.D. | 11/12/2006 | 11 | 14 | | 12 | 5 | | R, Form, H. 11-14 is part of the same objection which starts at 11-02.  No objections to lines11-15 to 11-25.  12-01 to 12-05 is T. |
| Vital Dhaduk, M.D. | 11/12/2006 | 12 | 7 | | 12 | 12 | | R, Form |
| Vital Dhaduk, M.D. | 11/12/2006 | 12 | 14 | | 12 | 14 | | R, T |
| Vital Dhaduk, M.D. | 11/12/2006 | 12 | 18 | | 13 | 8 | | R, Objection to 13-07 to 13-08 is Form |
| Vital Dhaduk, M.D. | 11/12/2006 | 13 | 10 | | 13 | 13 | | R, Form |
| Vital Dhaduk, M.D. | 11/12/2006 | 13 | 15 | | 13 | 15 | | R, Form |
| Vital Dhaduk, M.D. | 11/12/2006 | 13 | 21 | | 14 | 3 | | R, F, 403, Objection to 14-2 to 14-03 it T |
| Vital Dhaduk, M.D. | 11/12/2006 | 14 | 5 | | 14 | 6 | | R, Form |
| Vital Dhaduk, M.D. | 11/12/2006 | 14 | 9 | | 14 | 12 | | R |
| Vital Dhaduk, M.D. | 11/12/2006 | 15 | 4 | | 15 | 20 | | R |
| Vital Dhaduk, M.D. | 11/12/2006 | 17 | 14 | | 18 | 23 | | R, F, O, H, 403, S |
| Vital Dhaduk, M.D. | 11/12/2006 | 19 | 11 | | 19 | 14 | | Form |
| Vital Dhaduk, M.D. | 11/12/2006 | 19 | 16 | | 20 | 20 | | R, F, H |
| Vital Dhaduk, M.D. | 11/12/2006 | 23 | 19 | | 24 | 2 | | R, Form |
| Vital Dhaduk, M.D. | 11/12/2006 | 24 | 4 | | 24 | 8 | | R, Form |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Vital Dhaduk, M.D. | 11/12/2006 | 24 | 10 | | 24 | 11 | | R, Form, Objection to line 24-11 because it is part of the next question |
| Vital Dhaduk, M.D. | 11/12/2006 | 25 | 21 | | 26 | 2 | | R |
| Vital Dhaduk, M.D. | 11/12/2006 | 27 | 23 | | 27 | 24 | | R, F, Form, O, H, 403, S, CE, Daubert |
| Vital Dhaduk, M.D. | 11/12/2006 | 28 | 2 | | 28 | 7 | | R, F, O, H, 403, S, CE, Daubert |
| Vital Dhaduk, M.D. | 11/12/2006 | 28 | 13 | | 28 | 24 | | R, F, O, H, 403, S, CE, Daubert |
| Vital Dhaduk, M.D. | 11/12/2006 | 30 | 23 | | 31 | 5 | | R, Form |
| Vital Dhaduk, M.D. | 11/12/2006 | 31 | 7 | | 31 | 7 | | R, Form |
| Vital Dhaduk, M.D. | 11/12/2006 | 31 | 20 | | 32 | 7 | | R, 403 |
| Vital Dhaduk, M.D. | 11/12/2006 | 33 | 10 | | 33 | 12 | | R, 403, Form |
| Vital Dhaduk, M.D. | 11/12/2006 | 33 | 13 | | 33 | 15 | | R, 403, Form |
| Vital Dhaduk, M.D. | 11/12/2006 | 33 | 17 | | 33 | 20 | | R, 403, Form |
| Vital Dhaduk, M.D. | 11/12/2006 | 33 | 22 | | 33 | 25 | | R, F, Form, O, 403, S, CE, Daubert |
| Vital Dhaduk, M.D. | 11/12/2006 | 34 | 3 | | 34 | 10 | | R, F, Form, O, 403, S, CE, Daubert |
| Vital Dhaduk, M.D. | 11/12/2006 | 34 | 13 | | 35 | 8 | | R, F, Form, O, 403, S, CE, Daubert |
| Vital Dhaduk, M.D. | 11/12/2006 | 35 | 10 | | 35 | 10 | | R, F, Form, O, 403, CE, Daubert |
| Vital Dhaduk, M.D. | 11/12/2006 | 35 | 20 | | 35 | 24 | | R, S |
| Vital Dhaduk, M.D. | 11/12/2006 | 36 | 17 | | 36 | 19 | | R, Form |
| Vital Dhaduk, M.D. | 11/12/2006 | 36 | 21 | | 37 | 20 | | R, F, Form, O, 403, S, CE, Daubert, NR |
| Vital Dhaduk, M.D. | 11/12/2006 | 39 | 12 | | 39 | 14 | | R, F, Form, O |
| Vital Dhaduk, M.D. | 11/12/2006 | 39 | 16 | | 39 | 24 | | R, F, Form, O, 403, S, CE, Daubert |
| Vital Dhaduk, M.D. | 11/12/2006 | 41 | 3 | | 41 | 25 | | R, F, O, 403, S |
| Vital Dhaduk, M.D. | 11/12/2006 | 42 | 14 | | 44 | 4 | | R, F, Form, O, H, 403, S, CE, Daubert |
| Vital Dhaduk, M.D. | 11/12/2006 | 44 | 22 | | 45 | 15 | | R, F, Form, O, 403, CE, Daubert |
| Vital Dhaduk, M.D. | 11/12/2006 | 45 | 17 | | 45 | 18 | | R, F, Form, O, 403, CE, Daubert |
| Vital Dhaduk, M.D. | 11/12/2006 | 45 | 23 | | 45 | 25 | | R, F, O |
| Vital Dhaduk, M.D. | 11/12/2006 | 46 | 7 | | 46 | 11 | | R, F, O |
| Vital Dhaduk, M.D. | 11/12/2006 | 46 | 22 | | 47 | 11 | | R, F, O 403, S, CE, Daubert |
| Vital Dhaduk, M.D. | 11/12/2006 | 48 | 18 | | 49 | 17 | | R, F, O 403, S, CE, Daubert |
| Vital Dhaduk, M.D. | 11/12/2006 | 52 | 14 | | 53 | 7 | | R, F, Form, O, 403, S |
| Vital Dhaduk, M.D. | 11/12/2006 | 53 | 10 | | 53 | 14 | | R, F, Form, O, 403, S |
| Vital Dhaduk, M.D. | 11/12/2006 | 53 | 16 | | 53 | 16 | | R, F, Form, O, 403, S |
| Vital Dhaduk, M.D. | 11/12/2006 | 86 | 9 | | 86 | 19 | | R, F, O 403, S, CE, Daubert |
| Vital Dhaduk, M.D. | 11/12/2006 | 87 | 8 | | 87 | 15 | | R, F, O 403, S, CE, Daubert |
| Vital Dhaduk, M.D. | 11/12/2006 | 115 | 22 | | 116 | 17 | | R, F |
| Vital Dhaduk, M.D. | 11/12/2006 | 116 | 24 | | 117 | 4 | | R, F |
| Vital Dhaduk, M.D. | 11/12/2006 | 130 | 20 | | 131 | 2 | | R |
| Vital Dhaduk, M.D. | 11/12/2006 | 131 | 19 | | 132 | 7 | | R |