# Exhibit 5
# (Part 3 of 5)

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Vital Dhaduk, M.D. | 11/12/2006 | 132 | 25 | | 133 | 10 | | F |
| Vital Dhaduk, M.D. | 11/12/2006 | 135 | 6 | | 137 | 2 | | F |
| Vital Dhaduk, M.D. | 11/12/2006 | 137 | 9 | | 138 | 11 | | F |
| Vital Dhaduk, M.D. | 11/12/2006 | 139 | 3 | | 139 | 8 | | R,F, O, 403, S |
| Vital Dhaduk, M.D. | 11/12/2006 | 141 | 7 | | 141 | 9 | | R |
| Vital Dhaduk, M.D. | 11/12/2006 | 142 | 2 | | 142 | 5 | | R |
| Vital Dhaduk, M.D. | 11/12/2006 | 142 | 15 | | 142 | 18 | | R |
| Vital Dhaduk, M.D. | 11/12/2006 | 142 | 23 | | 143 | 2 | | R |
| Vital Dhaduk, M.D. | 11/12/2006 | 143 | 17 | | 144 | 19 | | R |
| Vital Dhaduk, M.D. | 11/12/2006 | 145 | 16 | | 146 | 4 | | R, F, Form, NR |
| Vital Dhaduk, M.D. | 11/12/2006 | 146 | 6 | | 146 | 10 | | R, F, Form, O, S, 403 |
| Vital Dhaduk, M.D. | 11/12/2006 | 146 | 13 | | 147 | 11 | | R, F, H, O, Form, 403 |
| Vital Dhaduk, M.D. | 11/12/2006 | 147 | 13 | | 147 | 24 | | R, F, H, O, Form, 403 |
| Vital Dhaduk, M.D. | 11/12/2006 | 148 | 2 | | 148 | 9 | | R, F, O, Form, 403 |
| Vital Dhaduk, M.D. | 11/12/2006 | 148 | 11 | | 148 | 20 | | Form, O |
| Vital Dhaduk, M.D. | 11/12/2006 | 150 | 7 | | 150 | 10 | | R, F, O |
| Vital Dhaduk, M.D. | 11/12/2006 | 178 | 12 | | 179 | 12 | | O |
| Vital Dhaduk, M.D. | 11/12/2006 | 180 | 2 | | 180 | 16 | | R, S |
| Vital Dhaduk, M.D. | 11/12/2006 | 180 | 22 | | 180 | 23 | | R |
| Vital Dhaduk, M.D. | 11/12/2006 | 182 | 4 | | 182 | 9 | | R |
| Vital Dhaduk, M.D. | 11/12/2006 | 193 | 25 | | 194 | 3 | | R |
| Vital Dhaduk, M.D. | 11/12/2006 | 194 | 5 | | 194 | 5 | | R |
| Vital Dhaduk, M.D. | 11/12/2006 | 211 | 7 | | 211 | 23 | | R, F, O, 403, S, CE, Daubert |
| Vital Dhaduk, M.D. | 11/12/2006 | 212 | 2 | | 212 | 7 | | R, F, O, 403, S, CE, Daubert |
| Vital Dhaduk, M.D. | 11/12/2006 | 246 | 3 | | 246 | 9 | | R, F, O, H, 403, S, CE, Daubert |
| Vital Dhaduk, M.D. | 11/12/2006 | 110 | 5 | | 110 | 14 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 110 | 18 | | 110 | 24 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 125 | 7 | | 126 | 3 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 127 | 5 | | 127 | 18 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 128 | 2 | | 128 | 4 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 133 | 11 | | 133 | 14 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 151 | 9 | | 252 | 9 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 153 | 11 | | 157 | 11 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 158 | 4 | | 158 | 11 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 160 | 18 | | 160 | 21 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 164 | 2 | | 164 | 20 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 165 | 4 | | 165 | 8 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 166 | 4 | | 166 | 12 | | Counter |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Vital Dhaduk, M.D. | 11/12/2006 | 181 | 7 | | 182 | 12 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 183 | 2 | | 183 | 15 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 196 | 5 | | 196 | 7 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 250 | 25 | | 251 | 22 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 252 | 24 | | 253 | 11 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 265 | 6 | | 265 | 13 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 270 | 3 | | 270 | 15 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 284 | 18 | | 285 | 6 | | Counter |
| Vital Dhaduk, M.D. | 11/12/2006 | 287 | 7 | | 288 | 11 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 5 | 18 | | 5 | 23 | | |
| Mitchell Danesh, M.D. | 11/6/2007 | 6 | 17 | | 7 | 12 | | R, 403, F |
| Mitchell Danesh, M.D. | 11/6/2007 | 11 | 12 | | 12 | 14 | | No objections |
| Mitchell Danesh, M.D. | 11/6/2007 | 12 | 16 | | 12 | 24 | | No objections |
| Mitchell Danesh, M.D. | 11/6/2007 | 13 | 14 | | 13 | 18 | | No objections |
| Mitchell Danesh, M.D. | 11/6/2007 | 14 | 4 | | 14 | 5 | | R, H, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 14 | 9 | | 15 | 3 | | R, H, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 15 | 16 | | 16 | 9 | | R |
| Mitchell Danesh, M.D. | 11/6/2007 | 16 | 24 | | 17 | 1 | | R, H, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 17 | 4 | | 17 | 8 | | R, H, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 17 | 23 | | 18 | 10 | | R, H, F |
| Mitchell Danesh, M.D. | 11/6/2007 | 19 | 9 | | 20 | 1 | | R, H, F |
| Mitchell Danesh, M.D. | 11/6/2007 | 20 | 5 | | 20 | 23 | | R, H, F |
| Mitchell Danesh, M.D. | 11/6/2007 | 21 | 14 | | 21 | 16 | | R, F |
| Mitchell Danesh, M.D. | 11/6/2007 | 21 | 19 | | 22 | 2 | | R, H, F |
| Mitchell Danesh, M.D. | 11/6/2007 | 22 | 16 | | 22 | 18 | | R, H, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 22 | 23 | | 23 | 10 | | R, H, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 23 | 15 | | 23 | 16 | | R, H, F |
| Mitchell Danesh, M.D. | 11/6/2007 | 23 | 21 | | 24 | 11 | | R, H, F |
| Mitchell Danesh, M.D. | 11/6/2007 | 24 | 23 | | 24 | 24 | | R, H, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 25 | 2 | | 25 | 3 | | R, H, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 25 | 13 | | 25 | 17 | | R, H, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 25 | 19 | | 25 | 19 | | R, H, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 26 | 5 | | 26 | 9 | | R, F |
| Mitchell Danesh, M.D. | 11/6/2007 | 28 | 8 | | 28 | 14 | | R, H, F, O |
| Mitchell Danesh, M.D. | 11/6/2007 | 29 | 11 | | 29 | 25 | | R, H, F, O |
| Mitchell Danesh, M.D. | 11/6/2007 | 32 | 12 | | 32 | 14 | | R, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 32 | 16 | | 32 | 25 | | R, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 33 | 5 | | 33 | 7 | | R, O, F, Form |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Mitchell Danesh, M.D. | 11/6/2007 | 33 | 9 |  | 33 | 13 |  | R, O, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 33 | 18 |  | 33 | 19 |  | R, O, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 34 | 7 |  | 34 | 8 |  | R, O, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 34 | 13 |  | 34 | 19 |  | R, O, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 34 | 23 |  | 35 | 3 |  | R, O, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 35 | 16 |  | 36 | 1 |  | R, O, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 36 | 6 |  | 36 | 14 |  | R, H, O, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 36 | 18 |  | 36 | 20 |  | R, H, O, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 37 | 2 |  | 37 | 4 |  | R, F |
| Mitchell Danesh, M.D. | 11/6/2007 | 37 | 20 |  | 38 | 7 |  | R, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 38 | 10 |  | 38 | 11 |  | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 39 | 15 |  | 39 | 18 |  | R, H, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 39 | 21 |  | 40 | 5 |  | R, H, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 41 | 2 |  | 41 | 7 |  | R, H, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 41 | 12 |  | 41 | 25 |  | R, H, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 44 | 3 |  | 44 | 8 |  | R, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 44 | 12 |  | 44 | 12 |  | R, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 46 | 7 |  | 46 | 12 |  | R, F |
| Mitchell Danesh, M.D. | 11/6/2007 | 47 | 20 |  | 48 | 10 |  | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 48 | 13 |  | 48 | 16 |  | R, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 48 | 18 |  | 48 | 21 |  | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 48 | 25 |  | 48 | 25 |  | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 49 | 10 |  | 49 | 12 |  | R, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 49 | 14 |  | 49 | 14 |  | R, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 50 | 16 |  | 50 | 17 |  | R, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 50 | 20 |  | 50 | 23 |  | R, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 50 | 25 |  | 51 | 4 |  | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 51 | 9 |  | 51 | 11 |  | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 51 | 13 |  | 51 | 14 |  | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 51 | 18 |  | 51 | 18 |  | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 52 | 10 |  | 52 | 18 |  | R, F |
| Mitchell Danesh, M.D. | 11/6/2007 | 53 | 5 |  | 53 | 18 |  | R, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 53 | 20 |  | 53 | 20 |  | R, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 54 | 1 |  | 54 | 3 |  | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 54 | 7 |  | 54 | 7 |  | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 54 | 13 |  | 53 | 15 |  | R, F, O, Form, 403 |
| Mitchell Danesh, M.D. | 11/6/2007 | 54 | 18 |  | 54 | 21 |  | R, F, O, Form, 403 |
| Mitchell Danesh, M.D. | 11/6/2007 | 54 | 23 |  | 54 | 23 |  | R, F, Form |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Mitchell Danesh, M.D. | 11/6/2007 | 55 | 9 | | 55 | 11 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 55 | 15 | | 55 | 20 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 57 | 19 | | 57 | 20 | | R, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 57 | 22 | | 57 | 22 | | R, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 60 | 3 | | 60 | 4 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 60 | 7 | | 60 | 11 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 60 | 13 | | 60 | 17 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 60 | 22 | | 61 | 2 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 61 | 6 | | 61 | 6 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 62 | 2 | | 62 | 5 | | R, F, O |
| Mitchell Danesh, M.D. | 11/6/2007 | 62 | 18 | | 62 | 23 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 63 | 3 | | 63 | 8 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 63 | 13 | | 64 | 1 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 64 | 5 | | 64 | 7 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 64 | 9 | | 64 | 20 | | R, F, O |
| Mitchell Danesh, M.D. | 11/6/2007 | 65 | 4 | | 65 | 24 | | R, F, O |
| Mitchell Danesh, M.D. | 11/6/2007 | 66 | 11 | | 66 | 19 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 66 | 23 | | 67 | 4 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 67 | 7 | | 67 | 13 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 67 | 16 | | 67 | 19 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 68 | 3 | | 68 | 5 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 68 | 9 | | 68 | 19 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 68 | 22 | | 68 | 22 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 69 | 1 | | 69 | 7 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 69 | 10 | | 69 | 15 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 69 | 17 | | 69 | 22 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 69 | 24 | | 69 | 24 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 70 | 13 | | 70 | 15 | | R, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 70 | 18 | | 70 | 23 | | R, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 73 | 12 | | 73 | 14 | | R, H, F |
| Mitchell Danesh, M.D. | 11/6/2007 | 73 | 21 | | 74 | 1 | | R, H, F, O |
| Mitchell Danesh, M.D. | 11/6/2007 | 74 | 17 | | 74 | 24 | | R, H, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 75 | 21 | | 75 | 24 | | R, H, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 76 | 4 | | 76 | 11 | | R, H, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 77 | 24 | | 78 | 2 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 78 | 6 | | 78 | 6 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 78 | 24 | | 79 | 1 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 79 | 6 | | 79 | 6 | | R, F, O, Form |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Mitchell Danesh, M.D. | 11/6/2007 | 80 | 9 | | 80 | 12 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 80 | 17 | | 80 | 20 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 80 | 25 | | 80 | 25 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 82 | 20 | | 82 | 21 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 82 | 25 | | 83 | 3 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 83 | 7 | | 83 | 8 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 83 | 20 | | 84 | 11 | | R, F, H, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 84 | 25 | | 85 | 2 | | R, F, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 85 | 5 | | 85 | 8 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 85 | 12 | | 85 | 16 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 85 | 20 | | 86 | 1 | | R, F, H, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 95 | 17 | | 96 | 14 | | R, F, H, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 96 | 24 | | 97 | 2 | | R, F, H, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 97 | 18 | | 98 | 5 | | R, F, H, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 103 | 22 | | 104 | 4 | | R, F, H, O |
| Mitchell Danesh, M.D. | 11/6/2007 | 104 | 12 | | 104 | 24 | | R, F, H, O |
| Mitchell Danesh, M.D. | 11/6/2007 | 106 | 11 | | 106 | 19 | | R, F, O |
| Mitchell Danesh, M.D. | 11/6/2007 | 106 | 22 | | 107 | 2 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 107 | 9 | | 107 | 10 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 109 | 3 | | 109 | 5 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 109 | 9 | | 109 | 9 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 110 | 21 | | 110 | 25 | | R, F, H, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 111 | 18 | | 111 | 19 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 111 | 22 | | 112 | 9 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 117 | 8 | | 117 | 11 | | R, F, H |
| Mitchell Danesh, M.D. | 11/6/2007 | 137 | 3 | | 137 | 3 | | R, H, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 137 | 5 | | 137 | 25 | | R, H, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 138 | 4 | | 138 | 11 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 141 | 14 | | 142 | 12 | | R, F, H, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 142 | 16 | | 142 | 22 | | R, F, H, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 143 | 2 | | 143 | 2 | | R, F, H, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 143 | 15 | | 143 | 21 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 143 | 24 | | 143 | 24 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 144 | 2 | | 144 | 10 | | R, F, H, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 144 | 13 | | 144 | 13 | | R, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 145 | 8 | | 145 | 23 | | R, H, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 146 | 1 | | 146 | 6 | | R, H, F, O, Form |
| Mitchell Danesh, M.D. | 11/6/2007 | 146 | 17 | | 147 | 14 | | R, H, F, O |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Mitchell Danesh, M.D. | 11/6/2007 | 147 | 23 | | 148 | 20 | | R, F, H, O |
| Mitchell Danesh, M.D. | 11/6/2007 | 149 | 23 | | 150 | 1 | | R, F, H, O |
| Mitchell Danesh, M.D. | 11/6/2007 | 151 | 13 | | 151 | 16 | | R |
| Mitchell Danesh, M.D. | 11/6/2007 | 151 | 24 | | 152 | 5 | | No objections |
| Mitchell Danesh, M.D. | 11/6/2007 | 10 | 18 | | 11 | 11 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 12 | 25 | | 13 | 13 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 25 | 5 | | 25 | 7 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 26 | 17 | | 27 | 9 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 32 | 6 | | 32 | 11 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 36 | 22 | | 37 | 1 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 37 | 5 | | 37 | 12 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 38 | 20 | | 39 | 9 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 56 | 10 | | 56 | 15 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 70 | 2 | | 70 | 12 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 73 | 6 | | 73 | 8 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 73 | 15 | | 73 | 18 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 84 | 11 | | 84 | 23 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 100 | 3 | | 100 | 22 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 106 | 4 | | 106 | 10 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 109 | 11 | | 110 | 19 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 111 | 1 | | 111 | 16 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 112 | 10 | | 117 | 11 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 138 | 15 | | 140 | 11 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 151 | 8 | | 151 | 10 | | Counter |
| Mitchell Danesh, M.D. | 11/6/2007 | 153 | 7 | | 155 | 6 | | Counter |
| Bill McCarberg | 9/27/2007 | 4 | 9 | | 4 | 12 | | No objections |
| Bill McCarberg | 9/27/2007 | 4 | 22 | | 5 | 7 | | No objections |
| Bill McCarberg | 9/27/2007 | 10 | 4 | | 10 | 9 | | No objections |
| Bill McCarberg | 9/27/2007 | 11 | 6 | | 11 | 9 | | No objections |
| Bill McCarberg | 9/27/2007 | 11 | 18 | | 12 | 2 | | No objections |
| Bill McCarberg | 9/27/2007 | 12 | 7 | | 12 | 13 | | No objections |
| Bill McCarberg | 9/27/2007 | 13 | 2 | | 13 | 22 | | Form, R, O |
| Bill McCarberg | 9/27/2007 | 13 | 24 | | 13 | 24 | | Form, R, O, |
| Bill McCarberg | 9/27/2007 | 14 | 8 | | 15 | 16 | | Form, R, |
| Bill McCarberg | 9/27/2007 | 15 | 25 | | 16 | 3 | | No objections |
| Bill McCarberg | 9/27/2007 | 16 | 6 | | 16 | 12 | | No objections |
| Bill McCarberg | 9/27/2007 | 16 | 19 | | 17 | 7 | | No objections |
| Bill McCarberg | 9/27/2007 | 18 | 14 | | 20 | 8 | | R. |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Bill McCarberg | 9/27/2007 | 20 | 22 | | 21 | 4 | | Form, R |
| Bill McCarberg | 9/27/2007 | 21 | 9 | | 21 | 9 | | Form, R |
| Bill McCarberg | 9/27/2007 | 21 | 12 | | 21 | 24 | | Form, R |
| Bill McCarberg | 9/27/2007 | 22 | 1 | | 22 | 1 | | Form, R |
| Bill McCarberg | 9/27/2007 | 22 | 24 | | 23 | 18 | | F, R. |
| Bill McCarberg | 9/27/2007 | 24 | 11 | | 24 | 12 | | Form; R |
| Bill McCarberg | 9/27/2007 | 24 | 14 | | 23 | 18 | | Form; R, F, O |
| Bill McCarberg | 9/27/2007 | 24 | 25 | | 25 | 3 | | Form; R; F |
| Bill McCarberg | 9/27/2007 | 25 | 9 | | 25 | 15 | | Form; R |
| Bill McCarberg | 9/27/2007 | 25 | 19 | | 26 | 3 | | Form; R |
| Bill McCarberg | 9/27/2007 | 28 | 12 | | 31 | 10 | | Form; R; O; H |
| Bill McCarberg | 9/27/2007 | 31 | 12 | | 31 | 12 | | Form; R |
| Bill McCarberg | 9/27/2007 | 31 | 16 | | 31 | 18 | | No objections |
| Bill McCarberg | 9/27/2007 | 32 | 10 | | 32 | 15 | | R |
| Bill McCarberg | 9/27/2007 | 32 | 20 | | 32 | 25 | | R, F |
| Bill McCarberg | 9/27/2007 | 35 | 4 | | 35 | 16 | | F, R, O |
| Bill McCarberg | 9/27/2007 | 36 | 7 | | 36 | 11 | | F, O |
| Bill McCarberg | 9/27/2007 | 36 | 23 | | 37 | 8 | | F, O, R |
| Bill McCarberg | 9/27/2007 | 37 | 12 | | 38 | 2 | | F, O, Form |
| Bill McCarberg | 9/27/2007 | 38 | 5 | | 40 | 21 | | Form |
| Bill McCarberg | 9/27/2007 | 40 | 24 | | 41 | 3 | | Form, F, O |
| Bill McCarberg | 9/27/2007 | 42 | 20 | | 42 | 23 | | No objections |
| Bill McCarberg | 9/27/2007 | 43 | 2 | | 43 | 3 | | R |
| Bill McCarberg | 9/27/2007 | 43 | 6 | | 43 | 20 | | R |
| Bill McCarberg | 9/27/2007 | 43 | 22 | | 44 | 2 | | F, R |
| Bill McCarberg | 9/27/2007 | 44 | 14 | | 45 | 15 | | R, H, O |
| Bill McCarberg | 9/27/2007 | 45 | 17 | | 45 | 22 | | Form; R, O, F |
| Bill McCarberg | 9/27/2007 | 45 | 24 | | 46 | 5 | | Form; R; H |
| Bill McCarberg | 9/27/2007 | 46 | 11 | | 46 | 22 | | R, H, O, F, Form |
| Bill McCarberg | 9/27/2007 | 47 | 3 | | 48 | 17 | | Form: R; O; F |
| Bill McCarberg | 9/27/2007 | 48 | 20 | | 48 | 22 | | Form; R, O, F |
| Bill McCarberg | 9/27/2007 | 48 | 24 | | 49 | 10 | | R, F, O |
| Bill McCarberg | 9/27/2007 | 49 | 18 | | 50 | 11 | | R, F, O |
| Bill McCarberg | 9/27/2007 | 50 | 24 | | 51 | 12 | | Form; R; H |
| Bill McCarberg | 9/27/2007 | 51 | 16 | | 52 | 18 | | R H as to article, O, F |
| Bill McCarberg | 9/27/2007 | 53 | 4 | | 54 | 20 | | Form; F, O, R |
| Bill McCarberg | 9/27/2007 | 54 | 23 | | 54 | 25 | | F, O, 403, H |
| Bill McCarberg | 9/27/2007 | 55 | 5 | | 55 | 13 | | R, H; F |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Bill McCarberg | 9/27/2007 | 56 | 2 | | 56 | 11 | | R; Form; F; O; question omits non-designated answer. |
| Bill McCarberg | 9/27/2007 | 56 | 17 | | 58 | 19 | | R, Speculation; H, O, F, Hearsay; clinical experience, 403 |
| Bill McCarberg | 9/27/2007 | 59 | 1 | | 59 | 15 | | Form, F, O |
| Bill McCarberg | 9/27/2007 | 59 | 18 | | 59 | 23 | | Form, F, O |
| Bill McCarberg | 9/27/2007 | 59 | 25 | | 60 | 21 | | R, O, F, Form |
| Bill McCarberg | 9/27/2007 | 60 | 25 | | 61 | 10 | | R, Form, O, F |
| Bill McCarberg | 9/27/2007 | 61 | 12 | | 61 | 19 | | Form, O, F, |
| Bill McCarberg | 9/27/2007 | 61 | 21 | | 62 | 10 | | Form, H, O, F |
| Bill McCarberg | 9/27/2007 | 63 | 3 | | 63 | 8 | | No objections |
| Bill McCarberg | 9/27/2007 | 63 | 13 | | 63 | 21 | | O, H, F |
| Bill McCarberg | 9/27/2007 | 63 | 24 | | 64 | 4 | | Form, R, Clinical Exp, O, F |
| Bill McCarberg | 9/27/2007 | 64 | 6 | | 65 | 11 | | Form, R, O, F, H, Clinical Exp. |
| Bill McCarberg | 9/27/2007 | 65 | 13 | | 65 | 19 | | Form, O, F |
| Bill McCarberg | 9/27/2007 | 65 | 21 | | 66 | 1 | | Form, H |
| Bill McCarberg | 9/27/2007 | 66 | 6 | | 66 | 16 | | H |
| Bill McCarberg | 9/27/2007 | 66 | 19 | | 68 | 1 | | H, F, Form |
| Bill McCarberg | 9/27/2007 | 68 | 13 | | 70 | 5 | | Form, F |
| Bill McCarberg | 9/27/2007 | 74 | 19 | | 75 | 4 | | H, O, Form, F |
| Bill McCarberg | 9/27/2007 | 75 | 13 | | 75 | 16 | | Non Responsive to Designated Question |
| Bill McCarberg | 9/27/2007 | 75 | 18 | | 75 | 22 | | Non-Responsive, O, F, |
| Bill McCarberg | 9/27/2007 | 75 | 25 | | 76 | 5 | | Form, H, O, h |
| Bill McCarberg | 9/27/2007 | 76 | 8 | | 76 | 10 | | Form, O, F, H |
| Bill McCarberg | 9/27/2007 | 76 | 12 | | 77 | 9 | | Form; O; F, H; R |
| Bill McCarberg | 9/27/2007 | 77 | 12 | | 78 | 14 | | Form; O, H, F |
| Bill McCarberg | 9/27/2007 | 79 | 5 | | 79 | 14 | | Form, H, O, F |
| Bill McCarberg | 9/27/2007 | 79 | 19 | | 80 | 12 | | Form, Non-Responsive, F |
| Bill McCarberg | 9/27/2007 | 80 | 15 | | 80 | 17 | | Form |
| Bill McCarberg | 9/27/2007 | 81 | 17 | | 81 | 19 | | Form; O; F |
| Bill McCarberg | 9/27/2007 | 81 | 22 | | 81 | 22 | | Form: O; F |
| Bill McCarberg | 9/27/2007 | 82 | 1 | | 82 | 15 | | Form; O; F |
| Bill McCarberg | 9/27/2007 | 82 | 17 | | 83 | 17 | | Form, O; F |
| Bill McCarberg | 9/27/2007 | 83 | 20 | | 84 | 1 | | Form; O; F |
| Bill McCarberg | 9/27/2007 | 84 | 3 | | 84 | 15 | | Form; O; F |
| Bill McCarberg | 9/27/2007 | 84 | 17 | | 84 | 23 | | Form; O; F |
| Bill McCarberg | 9/27/2007 | 85 | 10 | | 85 | 18 | | Form |
| Bill McCarberg | 9/27/2007 | 85 | 21 | | 86 | 1 | | Form; O; F |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Bill McCarberg | 9/27/2007 | 86 | 3 | | 86 | 8 | | Form; O; F |
| Bill McCarberg | 9/27/2007 | 86 | 19 | | 87 | 11 | | Form; O; F |
| Bill McCarberg | 9/27/2007 | 87 | 14 | | 88 | 2 | | Form; O |
| Bill McCarberg | 9/27/2007 | 88 | 6 | | 88 | 18 | | O; F; H |
| Bill McCarberg | 9/27/2007 | 92 | 22 | | 93 | 3 | | Form, R, 403, Clinical Exp. |
| Bill McCarberg | 9/27/2007 | 93 | 5 | | 94 | 3 | | Form, H, O, F |
| Bill McCarberg | 9/27/2007 | 94 | 11 | | 94 | 18 | | Form, O, F |
| Bill McCarberg | 9/27/2007 | 95 | 3 | | 95 | 24 | | Form, O, F, R |
| Bill McCarberg | 9/27/2007 | 96 | 2 | | 97 | 4 | | Form, O, F, R |
| Bill McCarberg | 9/27/2007 | 97 | 6 | | 97 | 8 | | Form, F |
| Bill McCarberg | 9/27/2007 | 97 | 10 | | 97 | 10 | | Form, F |
| Bill McCarberg | 9/27/2007 | 97 | 13 | | 97 | 16 | | Form, O, F, R |
| Bill McCarberg | 9/27/2007 | 97 | 19 | | 97 | 23 | | Form |
| Bill McCarberg | 9/27/2007 | 98 | 1 | | 98 | 6 | | Form |
| Bill McCarberg | 9/27/2007 | 105 | 3 | | 105 | 5 | | No Objection |
| Bill McCarberg | 9/27/2007 | 105 | 15 | | 105 | 17 | | Form |
| Bill McCarberg | 9/27/2007 | 105 | 21 | | 106 | 21 | | Form, F |
| Bill McCarberg | 9/27/2007 | 108 | 6 | | 108 | 19 | | No objections |
| Bill McCarberg | 9/27/2007 | 110 | 17 | | 110 | 24 | | No objections |
| Bill McCarberg | 9/27/2007 | 111 | 22 | | 112 | 2 | | No objections |
| Bill McCarberg | 9/27/2007 | 112 | 6 | | 112 | 15 | | Form, F |
| Bill McCarberg | 9/27/2007 | 112 | 17 | | 112 | 17 | | Form, F |
| Bill McCarberg | 9/27/2007 | 113 | 2 | | 113 | 4 | | No objections |
| Bill McCarberg | 9/27/2007 | 114 | 16 | | 114 | 25 | | H, F, R |
| Bill McCarberg | 9/27/2007 | 115 | 11 | | 115 | 13 | | Form |
| Bill McCarberg | 9/27/2007 | 115 | 18 | | 116 | 5 | | Form |
| Bill McCarberg | 9/27/2007 | 116 | 17 | | 118 | 9 | | Form, F, H |
| Bill McCarberg | 9/27/2007 | 119 | 18 | | 120 | 5 | | Form, F, H |
| Bill McCarberg | 9/27/2007 | 120 | 8 | | 120 | 10 | | Form, H |
| Bill McCarberg | 9/27/2007 | 120 | 12 | | 120 | 12 | | Form |
| Bill McCarberg | 9/27/2007 | 120 | 21 | | 120 | 24 | | Form |
| Bill McCarberg | 9/27/2007 | 121 | 11 | | 122 | 22 | | Form, F |
| Bill McCarberg | 9/27/2007 | 123 | 9 | | 123 | 22 | | Form |
| Bill McCarberg | 9/27/2007 | 123 | 24 | | 124 | 11 | | Form |
| Bill McCarberg | 9/27/2007 | 124 | 13 | | 124 | 24 | | O, F |
| Bill McCarberg | 9/27/2007 | 125 | 1 | | 125 | 9 | | Form, O, H, R, clinical exp. |
| Bill McCarberg | 9/27/2007 | 125 | 11 | | 125 | 15 | | Form, H |
| Bill McCarberg | 9/27/2007 | 126 | 7 | | 127 | 4 | | R |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Bill McCarberg | 9/27/2007 | 127 | 10 | | 127 | 11 | | Form; H |
| Bill McCarberg | 9/27/2007 | 127 | 13 | | 129 | 8 | | Form; R; O; F, H |
| Bill McCarberg | 9/27/2007 | 129 | 10 | | 130 | 17 | | Form, O, F, R |
| Bill McCarberg | 9/27/2007 | 130 | 25 | | 131 | 16 | | Form, F, O, H |
| Bill McCarberg | 9/27/2007 | 131 | 19 | | 132 | 3 | | Form, H, O, F |
| Bill McCarberg | 9/27/2007 | 132 | 6 | | 132 | 15 | | Form, F |
| Bill McCarberg | 9/27/2007 | 132 | 19 | | 132 | 20 | | Form, |
| Bill McCarberg | 9/27/2007 | 133 | 2 | | 134 | 18 | | No objections |
| Bill McCarberg | 9/27/2007 | 135 | 22 | | 135 | 25 | | No objections |
| Bill McCarberg | 9/27/2007 | 136 | 7 | | 137 | 21 | | Form, O, H, F, R |
| Bill McCarberg | 9/27/2007 | 137 | 23 | | 138 | 3 | | Form, O, F |
| Bill McCarberg | 9/27/2007 | 138 | 5 | | 138 | 5 | | Form, O |
| Bill McCarberg | 9/27/2007 | 139 | 3 | | 139 | 15 | | No objections |
| Bill McCarberg | 9/27/2007 | 139 | 23 | | 140 | 2 | | Form |
| Bill McCarberg | 9/27/2007 | 140 | 4 | | 140 | 17 | | F |
| Bill McCarberg | 9/27/2007 | 141 | 4 | | 141 | 11 | | Form |
| Bill McCarberg | 9/27/2007 | 141 | 14 | | 142 | 5 | | No objections |
| Bill McCarberg | 9/27/2007 | 143 | 8 | | 144 | 8 | | No objections |
| Bill McCarberg | 9/27/2007 | 145 | 3 | | 146 | 7 | | No objections |
| Bill McCarberg | 9/27/2007 | 147 | 2 | | 149 | 10 | | No objections |
| Bill McCarberg | 9/27/2007 | 150 | 2 | | 150 | 16 | | No objections |
| Bill McCarberg | 9/27/2007 | 152 | 8 | | 152 | 25 | | No objections |
| Bill McCarberg | 9/27/2007 | 153 | 2 | | 154 | 11 | | No objections |
| Bill McCarberg | 9/27/2007 | 154 | 15 | | 154 | 15 | | No objections |
| Bill McCarberg | 9/27/2007 | 154 | 20 | | 154 | 22 | | Form |
| Bill McCarberg | 9/27/2007 | 154 | 24 | | 156 | 2 | | Form, O, F |
| Bill McCarberg | 9/27/2007 | 78 | 15 | | 78 | 20 | | Counter |
| Bill McCarberg | 9/27/2007 | 80 | 19 | | 80 | 21 | | Counter |
| Bill McCarberg | 9/27/2007 | 81 | 6 | | 81 | 15 | | Counter |
| Bill McCarberg | 9/27/2007 | 88 | 19 | | 88 | 21 | | Counter |
| Bill McCarberg | 9/27/2007 | 88 | 24 | | 89 | 9 | | Counter |
| Bill McCarberg | 9/27/2007 | 134 | 19 | | 134 | 22 | | Counter |
| David Cooper | 12/20/2007 | 17 | 21 | | 17 | 25 | | |
| David Cooper | 12/20/2007 | 18 | 5 | | 18 | 10 | | |
| David Cooper | 12/20/2007 | 18 | 13 | | 18 | 15 | | |
| David Cooper | 12/20/2007 | 22 | 13 | | 22 | 24 | | R |
| David Cooper | 12/20/2007 | 25 | 19 | | 26 | 23 | | |
| David Cooper | 12/20/2007 | 27 | 7 | | 27 | 18 | | |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| David Cooper | 12/20/2007 | 28 | 18 | | 28 | 19 | | |
| David Cooper | 12/20/2007 | 28 | 21 | | 29 | 1 | | |
| David Cooper | 12/20/2007 | 29 | 10 | | 29 | 12 | | Form |
| David Cooper | 12/20/2007 | 29 | 15 | | 29 | 21 | | Form |
| David Cooper | 12/20/2007 | 32 | 8 | | 32 | 10 | | Form |
| David Cooper | 12/20/2007 | 32 | 12 | | 32 | 12 | | Form |
| David Cooper | 12/20/2007 | 32 | 25 | | 33 | 3 | | |
| David Cooper | 12/20/2007 | 33 | 11 | | 33 | 13 | | Form |
| David Cooper | 12/20/2007 | 33 | 15 | | 33 | 18 | | Form |
| David Cooper | 12/20/2007 | 33 | 24 | | 34 | 1 | | |
| David Cooper | 12/20/2007 | 34 | 3 | | 34 | 3 | | |
| David Cooper | 12/20/2007 | 35 | 17 | | 35 | 22 | | |
| David Cooper | 12/20/2007 | 37 | 11 | | 38 | 4 | | |
| David Cooper | 12/20/2007 | 38 | 15 | | 38 | 19 | | |
| David Cooper | 12/20/2007 | 38 | 21 | | 39 | 10 | | |
| David Cooper | 12/20/2007 | 41 | 11 | | 41 | 17 | | |
| David Cooper | 12/20/2007 | 43 | 5 | | 43 | 9 | | Form |
| David Cooper | 12/20/2007 | 43 | 11 | | 43 | 11 | | Form |
| David Cooper | 12/20/2007 | 46 | 20 | | 46 | 23 | | Form, F, H |
| David Cooper | 12/20/2007 | 46 | 25 | | 47 | 5 | | |
| David Cooper | 12/20/2007 | 47 | 7 | | 47 | 8 | | |
| David Cooper | 12/20/2007 | 49 | 16 | | 49 | 18 | | F |
| David Cooper | 12/20/2007 | 49 | 20 | | 50 | 11 | | F |
| David Cooper | 12/20/2007 | 50 | 14 | | 50 | 15 | | Form |
| David Cooper | 12/20/2007 | 50 | 17 | | 50 | 22 | | |
| David Cooper | 12/20/2007 | 60 | 20 | | 61 | 4 | | |
| David Cooper | 12/20/2007 | 61 | 16 | | 62 | 19 | | |
| David Cooper | 12/20/2007 | 62 | 21 | | 65 | 14 | | |
| David Cooper | 12/20/2007 | 66 | 16 | | 66 | 20 | | |
| David Cooper | 12/20/2007 | 66 | 22 | | 67 | 2 | | |
| David Cooper | 12/20/2007 | 70 | 11 | | 70 | 16 | | R, F, O, 403 |
| David Cooper | 12/20/2007 | 71 | 4 | | 72 | 12 | | R, F, O |
| David Cooper | 12/20/2007 | 74 | 3 | | 74 | 22 | | R |
| David Cooper | 12/20/2007 | 77 | 23 | | 78 | 2 | | |
| David Cooper | 12/20/2007 | 81 | 3 | | 81 | 6 | | |
| David Cooper | 12/20/2007 | 81 | 8 | | 81 | 15 | | |
| David Cooper | 12/20/2007 | 90 | 21 | | 90 | 23 | | |
| David Cooper | 12/20/2007 | 91 | 6 | | 91 | 16 | | F, O, 403, S |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| David Cooper | 12/20/2007 | 91 | 18 | | 92 | 11 | | F, R |
| David Cooper | 12/20/2007 | 106 | 14 | | 106 | 18 | | |
| David Cooper | 12/20/2007 | 106 | 20 | | 106 | 25 | | |
| David Cooper | 12/20/2007 | 107 | 2 | | 107 | 6 | | |
| David Cooper | 12/20/2007 | 129 | 16 | | 129 | 25 | | |
| David Cooper | 12/20/2007 | 130 | 4 | | 130 | 13 | | |
| David Cooper | 12/20/2007 | 135 | 23 | | 136 | 1 | | |
| David Cooper | 12/20/2007 | 136 | 3 | | 136 | 8 | | F, O |
| David Cooper | 12/20/2007 | 32 | 13 | | 32 | 24 | | Counter |
| David Cooper | 12/20/2007 | 33 | 19 | | 33 | 23 | | Counter |
| David Cooper | 12/20/2007 | 35 | 23 | | 36 | 24 | | Counter |
| David Cooper | 12/20/2007 | 47 | 9 | | 47 | 12 | | Counter |
| David Cooper | 12/20/2007 | 58 | 14 | | 60 | 11 | | Counter |
| David Cooper | 12/20/2007 | 74 | 23 | | 75 | 3 | | Counter |
| David Cooper | 12/20/2007 | 81 | 16 | | 82 | 7 | | Counter |
| David Cooper | 12/20/2007 | 130 | 13 | | 130 | 17 | | Counter |
| Stephen Valerio | 11/28/2007 | 11 | 7 | | 11 | 20 | | |
| Stephen Valerio | 11/28/2007 | 14 | 14 | | 14 | 17 | | |
| Stephen Valerio | 11/28/2007 | 23 | 1 | | 23 | 2 | | |
| Stephen Valerio | 11/28/2007 | 23 | 4 | | 23 | 15 | | |
| Stephen Valerio | 11/28/2007 | 26 | 5 | | 26 | 6 | | |
| Stephen Valerio | 11/28/2007 | 26 | 8 | | 26 | 9 | | NR |
| Stephen Valerio | 11/28/2007 | 34 | 16 | | 34 | 19 | | Form |
| Stephen Valerio | 11/28/2007 | 34 | 21 | | 35 | 20 | | Form, NR |
| Stephen Valerio | 11/28/2007 | 36 | 5 | | 36 | 7 | | |
| Stephen Valerio | 11/28/2007 | 36 | 9 | | 37 | 20 | | |
| Stephen Valerio | 11/28/2007 | 41 | 19 | | 42 | 19 | | F, O, S |
| Stephen Valerio | 11/28/2007 | 50 | 18 | | 50 | 21 | | |
| Stephen Valerio | 11/28/2007 | 50 | 23 | | 51 | 22 | | |
| Stephen Valerio | 11/28/2007 | 64 | 21 | | 65 | 15 | | |
| Stephen Valerio | 11/28/2007 | 69 | 18 | | 71 | 20 | | NR |
| Stephen Valerio | 11/28/2007 | 134 | 2 | | 134 | 7 | | |
| Stephen Valerio | 11/28/2007 | 134 | 11 | | 135 | 16 | | R, F |
| Stephen Valerio | 11/28/2007 | 136 | 7 | | 136 | 12 | | F, Form |
| Stephen Valerio | 11/28/2007 | 136 | 14 | | 136 | 19 | | F, Form |
| Stephen Valerio | 11/28/2007 | 136 | 21 | | 136 | 21 | | F, Form |
| Stephen Valerio | 11/28/2007 | 147 | 25 | | 150 | 3 | | NR, C |
| Stephen Valerio | 11/28/2007 | 150 | 11 | | 151 | 9 | | NR, C, 403, Form |