# Exhibit 5
# (Part 4 of 5)

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Stephen Valerio | 11/28/2007 | 151 | 11 | | 153 | 12 | | NR, C, 403, Form |
| Stephen Valerio | 11/28/2007 | 154 | 17 | | 154 | 24 | | R |
| Stephen Valerio | 11/28/2007 | 155 | 19 | | 155 | 23 | | R |
| Stephen Valerio | 11/28/2007 | 157 | 25 | | 158 | 7 | | F |
| Stephen Valerio | 11/28/2007 | 158 | 10 | | 158 | 14 | | F |
| Stephen Valerio | 11/28/2007 | 159 | 21 | | 159 | 25 | | R, F, O, H, 403 |
| Stephen Valerio | 11/28/2007 | 160 | 22 | | 161 | 21 | | R, Form |
| Stephen Valerio | 11/28/2007 | 161 | 23 | | 161 | 25 | | F, R |
| Stephen Valerio | 11/28/2007 | 162 | 19 | | 162 | 25 | | R |
| Stephen Valerio | 11/28/2007 | 166 | 1 | | 166 | 23 | | R, F, 403 |
| Stephen Valerio | 11/28/2007 | 167 | 17 | | 167 | 23 | | F, Form, |
| Stephen Valerio | 11/28/2007 | 167 | 25 | | 169 | 23 | | R, F, Form, O, S, 403 |
| Stephen Valerio | 11/28/2007 | 171 | 22 | | 172 | 15 | | Form |
| Stephen Valerio | 11/28/2007 | 172 | 17 | | 172 | 18 | | Form |
| Stephen Valerio | 11/28/2007 | 172 | 20 | | 173 | 11 | | Form, NR |
| Stephen Valerio | 11/28/2007 | 173 | 15 | | 180 | 22 | | F, O, S, 403, C |
| Stephen Valerio | 11/28/2007 | 183 | 11 | | 183 | 13 | | R, Form, F |
| Stephen Valerio | 11/28/2007 | 183 | 15 | | 183 | 17 | | R, Form, F |
| Stephen Valerio | 11/28/2007 | 188 | 2 | | 190 | 9 | | R, C, NR |
| Stephen Valerio | 11/28/2007 | 42 | 20 | | 42 | 23 | | Counter |
| Stephen Valerio | 11/28/2007 | 46 | 3 | | 46 | 25 | | Counter |
| Stephen Valerio | 11/28/2007 | 63 | 21 | | 64 | 20 | | Counter |
| Stephen Valerio | 11/28/2007 | 195 | 6 | | 196 | 11 | | Counter |
| Stephen Valerio | 11/28/2007 | 196 | 22 | | 196 | 3 | | Counter |
| Stephen Valerio | 11/28/2007 | 196 | 4 | | 196 | 11 | | Counter |
| Michael Vinegra | 11/1/15/07 | 128 | 10 | | 129 | 5 | | R |
| Michael Vinegra | 11/1/15/07 | 162 | 22 | | 163 | 3 | | R |
| Michael Vinegra | 11/1/15/07 | 163 | 23 | | 164 | 21 | | R, Form |
| Michael Vinegra | 11/1/15/07 | 164 | 23 | | 165 | 4 | | R, Form |
| Michael Vinegra | 11/1/15/07 | 165 | 12 | | 166 | 8 | | R, Form, F, O |
| Michael Vinegra | 11/1/15/07 | 166 | 10 | | 166 | 10 | | R, Form, F, O |
| Michael Vinegra | 11/1/15/07 | 173 | 2 | | 173 | 23 | | F, O |
| Michael Vinegra | 11/1/15/07 | 174 | 2 | | 174 | 9 | | F |
| Michael Vinegra | 11/1/15/07 | 179 | 24 | | 181 | 9 | | R, F, H, O, Foreign approvals |
| Michael Vinegra | 11/1/15/07 | 181 | 22 | | 183 | 24 | | R, F, Form, H, O, Foreign approvals |
| Michael Vinegra | 11/1/15/07 | 184 | 1 | | 184 | 4 | | R, Form, H |
| Michael Vinegra | 11/1/15/07 | 184 | 6 | | 184 | 9 | | R, F, Form |
| Michael Vinegra | 11/1/15/07 | 184 | 11 | | 184 | 14 | | R, F, Form |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Michael Vinegra | 11/115/07 | 184 | 16 | | 184 | 19 | | F, Form |
| Michael Vinegra | 11/115/07 | 184 | 21 | | 185 | 16 | | F, Form, |
| Michael Vinegra | 11/115/07 | 189 | 25 | | 190 | 5 | | F, O |
| Michael Vinegra | 11/115/07 | 191 | 4 | | 192 | 19 | | F |
| Michael Vinegra | 11/115/07 | 192 | 21 | | 193 | 7 | | F, Form, NR |
| Michael Vinegra | 11/115/07 | 193 | 9 | | 194 | 4 | | F, Form, O |
| Michael Vinegra | 11/115/07 | 194 | 14 | | 194 | 17 | | F, O, S |
| Michael Vinegra | 11/115/07 | 194 | 22 | | 196 | 4 | | F, Form, O |
| Michael Vinegra | 11/115/07 | 196 | 6 | | 199 | 11 | | F, Form, O, S, 403 |
| Michael Vinegra | 11/115/07 | 199 | 13 | | 200 | 9 | | F, Form |
| Michael Vinegra | 11/115/07 | 200 | 11 | | 200 | 17 | | F, Form |
| Michael Vinegra | 11/115/07 | 200 | 19 | | 200 | 19 | | F, Form |
| Michael Vinegra | 11/115/07 | 201 | 6 | | 201 | 15 | | F, Form, 403, S |
| Michael Vinegra | 11/115/07 | 201 | 20 | | 201 | 23 | | R, Form, F |
| Michael Vinegra | 11/115/07 | 202 | 8 | | 202 | 15 | | R, F, Form, O, S, 403 |
| Michael Vinegra | 11/115/07 | 202 | 17 | | 203 | 4 | | R, F, Form, O, S, 403 |
| Michael Vinegra | 11/115/07 | 203 | 18 | | 205 | 6 | | R, F |
| Michael Vinegra | 11/115/07 | 205 | 13 | | 206 | 8 | | F, Form, O, S, 403 |
| Michael Vinegra | 11/115/07 | 206 | 11 | | 206 | 16 | | F |
| Michael Vinegra | 11/115/07 | 207 | 15 | | 207 | 19 | | F |
| Michael Vinegra | 11/115/07 | 208 | 19 | | 208 | 22 | | F, Form, O, S |
| Michael Vinegra | 11/115/07 | 208 | 24 | | 209 | 2 | | F, Form, O, S |
| Michael Vinegra | 11/115/07 | 209 | 10 | | 209 | 14 | | F, Form, O, S |
| Michael Vinegra | 11/115/07 | 209 | 16 | | 210 | 5 | | F, Form, O, S |
| Michael Vinegra | 11/115/07 | 210 | 7 | | 211 | 18 | | F, Form, O, S |
| Michael Vinegra | 11/115/07 | 211 | 20 | | 212 | 3 | | F, Form, O, S |
| Michael Vinegra | 11/115/07 | 165 | 5 | | 165 | 11 | | counter |
| Michael Vinegra | 11/115/07 | 212 | 17 | | 215 | 23 | | counter |
| Michael Vinegra | 11/115/07 | 220 | 16 | | 221 | 3 | | counter |
| Jim Callandrillo | 11/29/2007 | 8 | 11 | | 8 | 25 | | R |
| Jim Callandrillo | 11/29/2007 | 10 | 3 | | 10 | 19 | | R |
| Jim Callandrillo | 11/29/2007 | 24 | 2 | | 24 | 18 | | R |
| Jim Callandrillo | 11/29/2007 | 25 | 4 | | 25 | 17 | | R |
| Jim Callandrillo | 11/29/2007 | 29 | 12 | | 29 | 21 | | R, Form |
| Jim Callandrillo | 11/29/2007 | 29 | 23 | | 30 | 5 | | R, Form |
| Jim Callandrillo | 11/29/2007 | 34 | 5 | | 34 | 25 | | R, F, |
| Jim Callandrillo | 11/29/2007 | 36 | 5 | | 37 | 7 | | R, F, NR |
| Jim Callandrillo | 11/29/2007 | 38 | 1 | | 39 | 6 | | R |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Jim Callandrillo | 11/29/2007 | 43 | 3 | | 43 | 5 | | R |
| Jim Callandrillo | 11/29/2007 | 43 | 16 | | 43 | 22 | | R |
| Jim Callandrillo | 11/29/2007 | 48 | 15 | | 48 | 22 | | R |
| Jim Callandrillo | 11/29/2007 | 51 | 1 | | 51 | 18 | | R, F, O, 403 |
| Jim Callandrillo | 11/29/2007 | 52 | 22 | | 52 | 25 | | R |
| Jim Callandrillo | 11/29/2007 | 53 | 3 | | 53 | 5 | | R |
| Jim Callandrillo | 11/29/2007 | 55 | 2 | | 55 | 12 | | R |
| Jim Callandrillo | 11/29/2007 | 57 | 1 | | 57 | 2 | | R |
| Jim Callandrillo | 11/29/2007 | 57 | 11 | | 57 | 17 | | R |
| Jim Callandrillo | 11/29/2007 | 58 | 12 | | 59 | 1 | | R, Form |
| Jim Callandrillo | 11/29/2007 | 59 | 3 | | 60 | 6 | | R, Form |
| Jim Callandrillo | 11/29/2007 | 60 | 8 | | 60 | 10 | | R, Form |
| Jim Callandrillo | 11/29/2007 | 62 | 7 | | 63 | 15 | | R, F, Form |
| Jim Callandrillo | 11/29/2007 | 63 | 18 | | 63 | 18 | | R, F, Form |
| Jim Callandrillo | 11/29/2007 | 63 | 21 | | 64 | 7 | | R, F |
| Jim Callandrillo | 11/29/2007 | 64 | 10 | | 65 | 1 | | R, F, Form |
| Jim Callandrillo | 11/29/2007 | 65 | 3 | | 65 | 3 | | R, F, Form |
| Jim Callandrillo | 11/29/2007 | 66 | 3 | | 66 | 21 | | R, F, Form |
| Jim Callandrillo | 11/29/2007 | 66 | 23 | | 67 | 24 | | R, Form |
| Jim Callandrillo | 11/29/2007 | 68 | 3 | | 68 | 19 | | R, Form |
| Jim Callandrillo | 11/29/2007 | 69 | 12 | | 69 | 18 | | R, Form |
| Jim Callandrillo | 11/29/2007 | 69 | 20 | | 69 | 22 | | R, Form |
| Jim Callandrillo | 11/29/2007 | 70 | 3 | | 70 | 5 | | R, Form |
| Jim Callandrillo | 11/29/2007 | 70 | 7 | | 70 | 12 | | R, Form |
| Jim Callandrillo | 11/29/2007 | 70 | 15 | | 74 | 5 | | R, F, H, 403, C |
| Jim Callandrillo | 11/29/2007 | 75 | 10 | | 79 | 21 | | R, F, H, 403, C |
| Jim Callandrillo | 11/29/2007 | 80 | 12 | | 80 | 18 | | R, F, H, 403, C |
| Jim Callandrillo | 11/29/2007 | 82 | 9 | | 84 | 5 | | R, F, H, 403, C |
| Jim Callandrillo | 11/29/2007 | 85 | 21 | | 85 | 23 | | R, Form |
| Jim Callandrillo | 11/29/2007 | 85 | 25 | | 86 | 2 | | R, Form |
| Jim Callandrillo | 11/29/2007 | 86 | 4 | | 86 | 6 | | R, Form |
| Jim Callandrillo | 11/29/2007 | 86 | 9 | | 86 | 9 | | R, Form |
| Jim Callandrillo | 11/29/2007 | 74 | 6 | | 75 | 9 | | Counter |
| Roderick R. Cavin | 1/31/2008 | 8 | 2 | | 10 | 8 | | R |
| Roderick R. Cavin | 1/31/2008 | 11 | 18 | | 11 | 21 | | R |
| Roderick R. Cavin | 1/31/2008 | 13 | 9 | | 13 | 23 | | R |
| Roderick R. Cavin | 1/31/2008 | 14 | 23 | | 15 | 14 | | R, NR |
| Roderick R. Cavin | 1/31/2008 | 24 | 20 | | 24 | 23 | | R |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Roderick R. Cavin | 1/31/2008 | 25 | 4 | | 25 | 25 | | R |
| Roderick R. Cavin | 1/31/2008 | 32 | 24 | | 33 | 15 | | R, F, O, S |
| Roderick R. Cavin | 1/31/2008 | 35 | 16 | | 36 | 6 | | R, F, NR |
| Roderick R. Cavin | 1/31/2008 | 37 | 18 | | 38 | 4 | | R, F |
| Roderick R. Cavin | 1/31/2008 | 38 | 13 | | 38 | 17 | | R, F |
| Roderick R. Cavin | 1/31/2008 | 39 | 6 | | 39 | 8 | | R, F, Form |
| Roderick R. Cavin | 1/31/2008 | 39 | 10 | | 39 | 22 | | R, F, Form |
| Roderick R. Cavin | 1/31/2008 | 39 | 24 | | 40 | 6 | | R, F, Form |
| Roderick R. Cavin | 1/31/2008 | 40 | 18 | | 42 | 12 | | R |
| Roderick R. Cavin | 1/31/2008 | 43 | 9 | | 44 | 21 | | R, F |
| Roderick R. Cavin | 1/31/2008 | 45 | 17 | | 45 | 22 | | R |
| Roderick R. Cavin | 1/31/2008 | 49 | 3 | | 49 | 14 | | R, Form |
| Roderick R. Cavin | 1/31/2008 | 49 | 16 | | 51 | 5 | | R, Form |
| Roderick R. Cavin | 1/31/2008 | 51 | 8 | | 51 | 12 | | NR |
| Roderick R. Cavin | 1/31/2008 | 52 | 8 | | 53 | 9 | | R, F, S |
| Roderick R. Cavin | 1/31/2008 | 53 | 24 | | 54 | 18 | | R, F, S, H |
| Roderick R. Cavin | 1/31/2008 | 62 | 4 | | 63 | 2 | | R, F, O, S, Form |
| Roderick R. Cavin | 1/31/2008 | 63 | 4 | | 63 | 15 | | R, F, O, S, Form |
| Roderick R. Cavin | 1/31/2008 | 69 | 19 | | 70 | 6 | | R, F, O, H, S |
| Roderick R. Cavin | 1/31/2008 | 70 | 14 | | 71 | 14 | | R, F, O, H, S |
| Roderick R. Cavin | 1/31/2008 | 72 | 24 | | 74 | 25 | | R, F |
| Roderick R. Cavin | 1/31/2008 | 75 | 21 | | 75 | 24 | | R |
| Roderick R. Cavin | 1/31/2008 | 76 | 20 | | 77 | 16 | | R, F, O, H, S |
| Roderick R. Cavin | 1/31/2008 | 82 | 18 | | 83 | 9 | | R |
| Roderick R. Cavin | 1/31/2008 | 85 | 3 | | 85 | 6 | | R |
| Roderick R. Cavin | 1/31/2008 | 87 | 21 | | 88 | 16 | | R, F, O, H, S |
| Roderick R. Cavin | 1/31/2008 | 88 | 21 | | 89 | 12 | | R, F, O, H, S |
| Roderick R. Cavin | 1/31/2008 | 106 | 21 | | 107 | 10 | | R, F, O, H, S |
| Roderick R. Cavin | 1/31/2008 | 107 | 11 | | 107 | 19 | | R, F, O, H, S, Form |
| Roderick R. Cavin | 1/31/2008 | 107 | 22 | | 107 | 23 | | R, F, O, H, S, Form |
| Roderick R. Cavin | 1/31/2008 | 109 | 5 | | 109 | 9 | | R, F, O, S |
| Roderick R. Cavin | 1/31/2008 | 110 | 6 | | 110 | 12 | | R, F, O, H, S, Form |
| Roderick R. Cavin | 1/31/2008 | 110 | 14 | | 110 | 16 | | R, F, O, H, S, Form |
| Roderick R. Cavin | 1/31/2008 | 124 | 17 | | 124 | 23 | | R |
| Roderick R. Cavin | 1/31/2008 | 125 | 7 | | 129 | 13 | | R, F, O, S, H |
| Roderick R. Cavin | 1/31/2008 | 130 | 3 | | 131 | 20 | | R, F, O, S |
| Roderick R. Cavin | 1/31/2008 | 134 | 25 | | 135 | 18 | | R, F, O, S, H |
| Roderick R. Cavin | 1/31/2008 | 135 | 22 | | 135 | 24 | | F |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Roderick R. Cavin | 1/31/2008 | 136 | 8 | | 137 | 21 | | R, F, Form |
| Roderick R. Cavin | 1/31/2008 | 137 | 23 | | 138 | 6 | | R, F, Form |
| Roderick R. Cavin | 1/31/2008 | 138 | 8 | | 139 | 7 | | R, F, Form |
| Janet Milan | 11/27/2007 | 10 | 7 | | 11 | 3 | | R |
| Janet Milan | 11/27/2007 | 11 | 17 | | 12 | 8 | | R |
| Janet Milan | 11/27/2007 | 13 | 2 | | 13 | 12 | | R |
| Janet Milan | 11/27/2007 | 31 | 5 | | 31 | 7 | | R, Form |
| Janet Milan | 11/27/2007 | 31 | 18 | | 32 | 3 | | R, Form |
| Janet Milan | 11/27/2007 | 32 | 6 | | 32 | 21 | | R, Form |
| Janet Milan | 11/27/2007 | 32 | 23 | | 33 | 22 | | R, Form |
| Janet Milan | 11/27/2007 | 35 | 14 | | 36 | 6 | | R |
| Janet Milan | 11/27/2007 | 40 | 23 | | 41 | 2 | | R, Form |
| Janet Milan | 11/27/2007 | 41 | 4 | | 41 | 8 | | R, Form |
| Janet Milan | 11/27/2007 | 41 | 11 | | 41 | 13 | | R, Form |
| Janet Milan | 11/27/2007 | 45 | 1 | | 45 | 9 | | R |
| Janet Milan | 11/27/2007 | 56 | 23 | | 57 | 8 | | R, Form |
| Janet Milan | 11/27/2007 | 57 | 15 | | 58 | 3 | | R, Form, H, NR, CE, 403 |
| Janet Milan | 11/27/2007 | 134 | 2 | | 134 | 3 | | R, No question contained |
| Janet Milan | 11/27/2007 | 134 | 9 | | 135 | 13 | | R, F, |
| Janet Milan | 11/27/2007 | 135 | 19 | | 135 | 21 | | R, F, Form, O, S |
| Janet Milan | 11/27/2007 | 136 | 3 | | 136 | 19 | | R, F, Form, O, S |
| Janet Milan | 11/27/2007 | 136 | 21 | | 136 | 22 | | R, F, Form, O, S |
| Janet Milan | 11/27/2007 | 136 | 24 | | 136 | 25 | | R, F, Form, O, S |
| Janet Milan | 11/27/2007 | 137 | 7 | | 137 | 21 | | R, F, Form, O, S |
| Janet Milan | 11/27/2007 | 137 | 23 | | 138 | 6 | | R, F, Form, O, S, NR |
| Janet Milan | 11/27/2007 | 138 | 9 | | 138 | 9 | | R, F, Form, O, S |
| Janet Milan | 11/27/2007 | 138 | 13 | | 138 | 14 | | R, F, Form, O, S |
| Janet Milan | 11/27/2007 | 138 | 18 | | 139 | 1 | | R, F, Form, O, S, NR |
| Janet Milan | 11/27/2007 | 139 | 18 | | 140 | 9 | | R, F |
| Janet Milan | 11/27/2007 | 140 | 16 | | 141 | 2 | | R |
| Janet Milan | 11/27/2007 | 141 | 7 | | 141 | 10 | | R, F, Form |
| Janet Milan | 11/27/2007 | 141 | 12 | | 141 | 18 | | R, F, Form |
| Janet Milan | 11/27/2007 | 141 | 23 | | 142 | 13 | | R, F, Form |
| Janet Milan | 11/27/2007 | 142 | 22 | | 142 | 24 | | R, F, Form |
| Janet Milan | 11/27/2007 | 143 | 4 | | 143 | 19 | | R, F, Form |
| Janet Milan | 11/27/2007 | 143 | 22 | | 143 | 24 | | R, F, Form, O, S, |
| Janet Milan | 11/27/2007 | 144 | 1 | | 144 | 16 | | R, F, Form, O, S, |
| Janet Milan | 11/27/2007 | 144 | 18 | | 144 | 18 | | R, F, Form, O, S, |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Janet Milan | 11/27/2007 | 144 | 25 | | 145 | 6 | | R |
| Janet Milan | 11/27/2007 | 145 | 24 | | 146 | 12 | | R |
| Janet Milan | 11/27/2007 | 146 | 17 | | 146 | 20 | | R, F |
| Janet Milan | 11/27/2007 | 147 | 2 | | 147 | 4 | | R, F, Form, NR |
| Janet Milan | 11/27/2007 | 147 | 7 | | 147 | 10 | | R, F, Form, O, S |
| Janet Milan | 11/27/2007 | 147 | 13 | | 147 | 16 | | R, F, Form, O, S |
| Janet Milan | 11/27/2007 | 147 | 18 | | 147 | 22 | | R, F, Form, O, S |
| Janet Milan | 11/27/2007 | 147 | 24 | | 148 | 1 | | R, F, Form, O, S |
| Janet Milan | 11/27/2007 | 149 | 24 | | 150 | 17 | | R, F |
| Janet Milan | 11/27/2007 | 151 | 12 | | 152 | 7 | | R, F, Foreign approvals, H |
| Janet Milan | 11/27/2007 | 152 | 10 | | 152 | 14 | | R, F, H, Foreign approvals |
| Janet Milan | 11/27/2007 | 152 | 20 | | 153 | 14 | | R, F, H, CE |
| Janet Milan | 11/27/2007 | 153 | 17 | | 155 | 2 | | R, F, H, CE |
| Janet Milan | 11/27/2007 | 155 | 4 | | 155 | 6 | | R, No question contained |
| Janet Milan | 11/27/2007 | 155 | 13 | | 155 | 17 | | R, F |
| Janet Milan | 11/27/2007 | 155 | 23 | | 156 | 1 | | R, F |
| Janet Milan | 11/27/2007 | 156 | 3 | | 157 | 4 | | R, F, H |
| Janet Milan | 11/27/2007 | 157 | 15 | | 157 | 19 | | R, Foreign approvals |
| Janet Milan | 11/27/2007 | 158 | 2 | | 158 | 11 | | R, Foreign approvals |
| Janet Milan | 11/27/2007 | 158 | 13 | | 159 | 20 | | R, F, H, Foreign approvals, CE |
| Janet Milan | 11/27/2007 | 159 | 24 | | 160 | 3 | | R, F, Foreign approvals |
| Janet Milan | 11/27/2007 | 160 | 5 | | 160 | 5 | | R, F, Foreign approvals |
| Janet Milan | 11/27/2007 | 58 | 13 | | 60 | 21 | | Counter |
| Janet Milan | 11/27/2007 | 67 | 18 | | 69 | 7 | | Counter |
| Janet Milan | 11/27/2007 | 80 | 6 | | 82 | 3 | | Counter |
| Janet Milan | 11/27/2007 | 102 | 23 | | 103 | 2 | | Counter |
| Janet Milan | 11/27/2007 | 107 | 1 | | 109 | 20 | | Counter |
| Janet Milan | 11/27/2007 | 118 | 1 | | 120 | 1 | | Counter |
| Janet Milan | 11/27/2007 | 122 | 1 | | 123 | 17 | | Counter |
| Janet Milan | 11/27/2007 | 152 | 8 | | 152 | 9 | | Counter |
| Dragan Svrakic | 3/12/2009 | 6 | 12 | | 6 | 13 | | Rule 32, R |
| Dragan Svrakic | 3/12/2009 | 7 | 5 | | 7 | 18 | | Rule 32, R |
| Dragan Svrakic | 3/12/2009 | 9 | 10 | | 9 | 16 | | Rule 32, R |
| Dragan Svrakic | 3/12/2009 | 10 | 7 | | 10 | 8 | | Rule 32, R |
| Dragan Svrakic | 3/12/2009 | 13 | 16 | | 13 | 25 | | Rule 32, R, F, 403 |
| Dragan Svrakic | 3/12/2009 | 15 | 22 | | 16 | 18 | | Rule 32, R |
| Dragan Svrakic | 3/12/2009 | 17 | 3 | | 17 | 6 | | Rule 32, R |
| Dragan Svrakic | 3/12/2009 | 18 | 9 | | 22 | 8 | | Rule 32, R, F, O, S, H |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Dragan Svrakic | 3/12/2009 | 23 | 21 | | 24 | 15 | | Rule 32, R, F, O, CE |
| Dragan Svrakic | 3/12/2009 | 25 | 8 | | 30 | 8 | | Rule 32, R, F, O, S, CE, 403, Daubert |
| Dragan Svrakic | 3/12/2009 | 31 | 13 | | 31 | 17 | | Rule 32, R, F, Form, O, S, CE, 403, Daubert |
| Dragan Svrakic | 3/12/2009 | 31 | 22 | | 32 | 11 | | Rule 32, R, F, Form, O, S, CE, 403, Daubert |
| Dragan Svrakic | 3/12/2009 | 69 | 5 | | 70 | 3 | | Rule 32, R, F, Form, O, H, S, CE, 403, Daubert |
| Dragan Svrakic | 3/12/2009 | 70 | 6 | | 70 | 11 | | Rule 32, R, F, Form, O, H, S, CE, 403, Daubert |
| Dragan Svrakic | 3/12/2009 | 71 | 13 | | 72 | 8 | | Rule 32, R, O, H, CE, S, 403, Daubert |
| Dragan Svrakic | 3/12/2009 | 72 | 8 | | 72 | 9 | | Rule 32, R, Incomplete question |
| Dragan Svrakic | 3/12/2009 | 46 | 13 | | 46 | 17 | | Counter |
| Dragan Svrakic | 3/12/2009 | 46 | 12 | | 46 | 22 | | Counter |
| Dragan Svrakic | 3/12/2009 | 46 | 22 | | 46 | 22 | | Counter |
| Dragan Svrakic | 3/12/2009 | 46 | 24 | | 48 | 3 | | Counter |
| Dragan Svrakic | 3/12/2009 | 48 | 5 | | 48 | 5 | | Counter |
| Dragan Svrakic | 3/12/2009 | 50 | 13 | | 50 | 22 | | Counter |
| Dragan Svrakic | 3/12/2009 | 50 | 25 | | 51 | 5 | | Counter |
| Dragan Svrakic | 3/12/2009 | 51 | 11 | | 51 | 24 | | Counter |
| Dragan Svrakic | 3/12/2009 | 52 | 1 | | 52 | 7 | | Counter |
| Dragan Svrakic | 3/12/2009 | 59 | 1 | | 59 | 12 | | Counter |
| Dragan Svrakic | 3/12/2009 | 59 | 16 | | 59 | 22 | | Counter |
| Dragan Svrakic | 3/12/2009 | 59 | 25 | | 59 | 25 | | Counter |
| Terry Rolan | 3/10/2009 | 6 | 8 | | 6 | 11 | | Rule 32, R |
| Terry Rolan | 3/10/2009 | 6 | 14 | | 6 | 15 | | Rule 32, R |
| Terry Rolan | 3/10/2009 | 7 | 6 | | 7 | 15 | | Rule 32, R |
| Terry Rolan | 3/10/2009 | 8 | 13 | | 9 | 9 | | Rule 32, F, R |
| Terry Rolan | 3/10/2009 | 9 | 20 | | 10 | 3 | | Rule 32, O, R, |
| Terry Rolan | 3/10/2009 | 10 | 12 | | 10 | 14 | | Rule 32, R |
| Terry Rolan | 3/10/2009 | 11 | 11 | | 11 | 13 | | Rule 32, R |
| Terry Rolan | 3/10/2009 | 11 | 25 | | 12 | 6 | | Rule 32, R, |
| Terry Rolan | 3/10/2009 | 13 | 8 | | 14 | 1 | | Rule 32, R, F, O, S, H, NR |
| Terry Rolan | 3/10/2009 | 15 | 2 | | 16 | 8 | | Rule 32, R, F, 403, O, S, H, CE, Daubert |
| Terry Rolan | 3/10/2009 | 16 | 21 | | 18 | 15 | | Rule 32, R, F, O, S, H, CE |
| Terry Rolan | 3/10/2009 | 19 | 6 | | 19 | 8 | | Rule 32, F, O, R Form, S, CE, Daubert, 403 |
| Terry Rolan | 3/10/2009 | 19 | 16 | | 20 | 21 | | Rule 32, F, O, R Form, S, CE, Daubert, 403 |
| Terry Rolan | 3/10/2009 | 21 | 1 | | 22 | 2 | | Rule 32, F, O, R Form, S, CE, Daubert, 403 |
| Terry Rolan | 3/10/2009 | 22 | 4 | | 22 | 10 | | Rule 32, F, O, R Form, S, CE, Daubert, 403 |
| Terry Rolan | 3/10/2009 | 22 | 12 | | 22 | 23 | | Rule 32, F, R, O, H, S |
| Terry Rolan | 3/10/2009 | 23 | 25 | | 24 | 6 | | Rule 32, F, O, R Form, S, CE, Daubert, 403 |
| Terry Rolan | 3/10/2009 | 24 | 8 | | 24 | 21 | | Rule 32, F, O, R Form, S, CE, Daubert, 403 |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Terry Rolan | 3/10/2009 | 32 | 21 | | 32 | 24 | | Rule 32, R |
| Terry Rolan | 3/10/2009 | 33 | 1 | | 33 | 6 | | Rule 32, R |
| Terry Rolan | 3/10/2009 | 33 | 8 | | 33 | 15 | | Rule 32, R |
| Terry Rolan | 3/10/2009 | 33 | 17 | | 34 | 2 | | Rule 32, R |
| Terry Rolan | 3/10/2009 | 55 | 21 | | 56 | 11 | | Rule 32, R |
| Terry Rolan | 3/10/2009 | 57 | 17 | | 57 | 22 | | Rule 32, F, O, R Form, S, CE, Daubert, 403 |
| Terry Rolan | 3/10/2009 | 58 | 4 | | 58 | 6 | | Rule 32, F, O, R Form, S, CE, Daubert, 403 |
| Terry Rolan | 3/10/2009 | 61 | 13 | | 61 | 21 | | Rule 32, R, O, F, |
| Terry Rolan | 3/10/2009 | 46 | 6 | | 46 | 24 | | Counter |
| Terry Rolan | 3/10/2009 | 47 | 11 | | 48 | 1 | That's correct. | Counter |
| Mark Chaplick | 3/16/2009 | 5 | 2 | | 5 | 5 | | Rule 32, R |
| Mark Chaplick | 3/16/2009 | 5 | 19 | | 6 | 2 | | Rule 32, R |
| Mark Chaplick | 3/16/2009 | 6 | 23 | | 7 | 22 | | Rule 32, F & R |
| Mark Chaplick | 3/16/2009 | 8 | 20 | | 9 | 10 | | Rule 32, R |
| Mark Chaplick | 3/16/2009 | 9 | 13 | | 9 | 15 | | Rule 32, R |
| Mark Chaplick | 3/16/2009 | 13 | 3 | | 13 | 12 | | Rule 32, R |
| Mark Chaplick | 3/16/2009 | 13 | 15 | | 14 | 2 | | Rule 32, R, Form |
| Mark Chaplick | 3/16/2009 | 14 | 7 | | 18 | 2 | | Rule 32, O, F, R |
| Mark Chaplick | 3/16/2009 | 19 | 2 | | 19 | 4 | | Rule 32, O |
| Mark Chaplick | 3/16/2009 | 19 | 7 | | 19 | 10 | | Rule 32, O, F, R, S, 403 |
| Mark Chaplick | 3/16/2009 | 19 | 12 | | 20 | 5 | | Rule 32, O, F, R, S, 403 |
| Mark Chaplick | 3/16/2009 | 23 | 4 | | 23 | 7 | | Rule 32, R, O, F, Form, CE, Daubert, 403, S |
| Mark Chaplick | 3/16/2009 | 23 | 10 | | 24 | 8 | | Rule 32, R, O, F, Form, CE, Daubert, 403, S |
| Mark Chaplick | 3/16/2009 | 24 | 16 | | 25 | 13 | | Rule 32, R, O, F, Form, CE, Daubert, 403, S |
| Mark Chaplick | 3/16/2009 | 26 | 13 | | 27 | 4 | | Rule 32, R, O, F, Form, CE, Daubert, 403, S |
| Mark Chaplick | 3/16/2009 | 29 | 13 | | 30 | 3 | | Rule 32, R, O, F, Form, CE, Daubert, 403, S |
| Mark Chaplick | 3/16/2009 | 30 | 6 | | 30 | 21 | | Rule 32, R, O, F, Form, CE, Daubert, 403, S, NR |
| Mark Chaplick | 3/16/2009 | 41 | 6 | | 41 | 12 | | Rule 32, R |
| Mark Chaplick | 3/16/2009 | 42 | 11 | | 42 | 14 | | Rule 32, R |
| Mark Chaplick | 3/16/2009 | 66 | 25 | | 67 | 22 | | Rule 32, R, O, F, CE, Daubert, 403, S |
| Mark Chaplick | 3/16/2009 | 68 | 21 | | 69 | 3 | | Rule 32, F, R |
| Mark Chaplick | 3/16/2009 | 70 | 9 | | 70 | 19 | | Rule 32, R, F, 403, O, S |
| Mark Chaplick | 3/16/2009 | 70 | 22 | | 71 | 16 | | Rule 32, R, F, 403, O, S |
| Mark Chaplick | 3/16/2009 | 71 | 17 | | 72 | 4 | | Rule 32, R, O, F, CE, Daubert, 403, S |
| Mark Chaplick | 3/16/2009 | 73 | 15 | | 73 | 24 | | Rule 32, R |
| Mark Chaplick | 3/16/2009 | 56 | 16 | | 57 | 15 | | Counter |
| Mark Chaplick | 3/16/2009 | 66 | 5 | | 66 | 10 | | Counter |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Ronald Ellis | 3/5/2009 | 8 | 14 | | 8 | 15 | | Rule 32, R |
| Ronald Ellis | 3/5/2009 | 8 | 25 | | 9 | 2 | | Rule 32, R, F, O |
| Ronald Ellis | 3/5/2009 | 9 | 17 | | 10 | 1 | | Rule 32, R |
| Ronald Ellis | 3/5/2009 | 10 | 6 | | 11 | 9 | | Rule 32, R |
| Ronald Ellis | 3/5/2009 | 11 | 22 | | 11 | 24 | | Rule 32, R |
| Ronald Ellis | 3/5/2009 | 12 | 20 | | 13 | 13 | | Rule 32, R |
| Ronald Ellis | 3/5/2009 | 13 | 21 | | 14 | 1 | | Rule 32, R, O, H, F |
| Ronald Ellis | 3/5/2009 | 14 | 4 | | 14 | 5 | | Rule 32, R, O, H, F, Form |
| Ronald Ellis | 3/5/2009 | 14 | 10 | | 15 | 15 | | Rule 32, R, O, H, F, Form |
| Ronald Ellis | 3/5/2009 | 15 | 21 | | 16 | 18 | | Rule 32, R, O, F, CE |
| Ronald Ellis | 3/5/2009 | 17 | 6 | | 17 | 8 | | Rule 32, R, O, H, F, Form, S, CE, Daubert |
| Ronald Ellis | 3/5/2009 | 17 | 10 | | 17 | 10 | | Rule 32, R, O, H, F, Form, S, CE, Daubert |
| Ronald Ellis | 3/5/2009 | 17 | 12 | | 18 | 15 | | Rule 32, R, O, H, F, Form, CE |
| Ronald Ellis | 3/5/2009 | 18 | 22 | | 18 | 24 | | Rule 32, R, O, H, F, Form, S, CE, Daubert |
| Ronald Ellis | 3/5/2009 | 19 | 2 | | 19 | 5 | | Rule 32, R, O, H, F, Form, S, CE, Daubert |
| Ronald Ellis | 3/5/2009 | 19 | 12 | | 19 | 12 | | Rule 32, R, O, H, F, Form, S, CE, Daubert |
| Ronald Ellis | 3/5/2009 | 19 | 21 | | 19 | 23 | | Rule 32, R, O, H, F, Form, S, CE, Daubert |
| Ronald Ellis | 3/5/2009 | 20 | 1 | | 20 | 2 | | Rule 32, R, O, H, F, Form, S, CE, Daubert |
| Ronald Ellis | 3/5/2009 | 20 | 11 | | 20 | 13 | | Rule 32, R, O, H, F, Form, S |
| Ronald Ellis | 3/5/2009 | 20 | 16 | | 21 | 1 | | Rule 32, R, O, H, F, Form |
| Ronald Ellis | 3/5/2009 | 21 | 9 | | 22 | 4 | | Rule 32, R, O, H, Form, NR |
| Ronald Ellis | 3/5/2009 | 23 | 14 | | 23 | 17 | | Rule 32, R, O, H, F, Form, S, CE, Daubert |
| Ronald Ellis | 3/5/2009 | 67 | 3 | | 67 | 8 | | Rule 32, R, O, H, F, Form, S, CE, Daubert |
| Ronald Ellis | 3/5/2009 | 67 | 13 | | 67 | 15 | | Rule 32, R, O, H, F, Form, S, CE, Daubert |
| Ronald Ellis | 3/5/2009 | 69 | 22 | | 70 | 1 | | Rule 32, R, O, H, F, Form |
| Ronald Ellis | 3/5/2009 | 70 | 5 | | 70 | 5 | | Rule 32, R, O, H, F, Form |
| Ronald Ellis | 3/5/2009 | 34 | 12 | | 35 | 2 | | Counter |
| Ronald Ellis | 3/5/2009 | 60 | 2 | | 62 | 1 | | Counter |
| Ronald Ellis | 3/5/2009 | 62 | 16 | | 64 | 22 | | Counter |
| Morris Maizels | 9/26/2007 | 6 | 19 | | 6 | 22 | | No objections |
| Morris Maizels | 9/26/2007 | 7 | 5 | | 7 | 14 | | R |
| Morris Maizels | 9/26/2007 | 10 | 15 | | 10 | 17 | | R |
| Morris Maizels | 9/26/2007 | 14 | 2 | | 14 | 8 | | Unintelligible questions and answers |
| Morris Maizels | 9/26/2007 | 14 | 11 | | 14 | 11 | | Unintelligible questions and answers |
| Morris Maizels | 9/26/2007 | 16 | 13 | | 18 | 16 | | No objections |
| Morris Maizels | 9/26/2007 | 19 | 20 | | 20 | 18 | | No objections |
| Morris Maizels | 9/26/2007 | 21 | 1 | | 21 | 20 | | No objections |
| Morris Maizels | 9/26/2007 | 22 | 18 | | 23 | 13 | | No objections |