# Exhibit 5
# (Part 5 of 5)

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Morris Maizels | 9/26/2007 | 28 | 6 | | 29 | 5 | | No objections |
| Morris Maizels | 9/26/2007 | 29 | 18 | | 29 | 21 | | Form |
| Morris Maizels | 9/26/2007 | 29 | 25 | | 30 | 15 | | Form |
| Morris Maizels | 9/26/2007 | 30 | 20 | | 30 | 23 | | No objections |
| Morris Maizels | 9/26/2007 | 31 | 2 | | 32 | 8 | | No objections |
| Morris Maizels | 9/26/2007 | 33 | 4 | | 34 | 1 | | No objections |
| Morris Maizels | 9/26/2007 | 34 | 6 | | 34 | 21 | | Form, R, Clinical Exp. |
| Morris Maizels | 9/26/2007 | 34 | 24 | | 36 | 5 | | Form, R, Clinical Exp. |
| Morris Maizels | 9/26/2007 | 36 | 17 | | 37 | 18 | | No objections |
| Morris Maizels | 9/26/2007 | 37 | 23 | | 37 | 25 | | Form, question superceded |
| Morris Maizels | 9/26/2007 | 38 | 9 | | 38 | 25 | | No objections |
| Morris Maizels | 9/26/2007 | 39 | 2 | | 40 | 25 | | No objections |
| Morris Maizels | 9/26/2007 | 42 | 3 | | 42 | 16 | | Form; F |
| Morris Maizels | 9/26/2007 | 42 | 18 | | 42 | 18 | | Form; F; O; R; clinical exp. |
| Morris Maizels | 9/26/2007 | 42 | 23 | | 43 | 9 | | R, |
| Morris Maizels | 9/26/2007 | 43 | 19 | | 43 | 21 | | Form, R |
| Morris Maizels | 9/26/2007 | 43 | 24 | | 46 | 21 | | F; Speculation; R; O |
| Morris Maizels | 9/26/2007 | 47 | 3 | | 47 | 20 | | O; 403 |
| Morris Maizels | 9/26/2007 | 48 | 2 | | 48 | 10 | | Form; F |
| Morris Maizels | 9/26/2007 | 48 | 15 | | 48 | 19 | | Form; F |
| Morris Maizels | 9/26/2007 | 49 | 7 | | 49 | 16 | | Form; F |
| Morris Maizels | 9/26/2007 | 49 | 21 | | 50 | 9 | | Form; F |
| Morris Maizels | 9/26/2007 | 50 | 16 | | 52 | 2 | | F., R |
| Morris Maizels | 9/26/2007 | 52 | 14 | | 52 | 19 | | Form. F |
| Morris Maizels | 9/26/2007 | 52 | 24 | | 53 | 14 | | No objections |
| Morris Maizels | 9/26/2007 | 55 | 2 | | 55 | 8 | | O |
| Morris Maizels | 9/26/2007 | 55 | 19 | | 56 | 18 | | F, O, R |
| Morris Maizels | 9/26/2007 | 57 | 6 | | 59 | 13 | | O, F, Speculation, Hypthetical, R |
| Morris Maizels | 9/26/2007 | 60 | 8 | | 61 | 1 | | R; 403, O, F |
| Morris Maizels | 9/26/2007 | 61 | 12 | | 62 | 9 | | R; 403, O, F, R |
| Morris Maizels | 9/26/2007 | 62 | 24 | | 63 | 20 | | R, 403 |
| Morris Maizels | 9/26/2007 | 65 | 16 | | 66 | 4 | | Form; R; 403, H, O, F |
| Morris Maizels | 9/26/2007 | 66 | 18 | | 67 | 4 | | Form; R; 403, O, H, F |
| Morris Maizels | 9/26/2007 | 67 | 9 | | 67 | 11 | | R; 403; F, O |
| Morris Maizels | 9/26/2007 | 67 | 16 | | 68 | 18 | | R; 403; F, O, |
| Morris Maizels | 9/26/2007 | 69 | 5 | | 70 | 25 | | R; 403; F, O, Form |
| Morris Maizels | 9/26/2007 | 71 | 6 | | 71 | 17 | | Form; 403, F, R, O |
| Morris Maizels | 9/26/2007 | 71 | 22 | | 71 | 23 | | Form; 403, F, R, Clinical Exp. |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Morris Maizels | 9/26/2007 | 71 | 25 | | 72 | 8 | | R, Clinical Exp. |
| Morris Maizels | 9/26/2007 | 72 | 13 | | 72 | 24 | | O; F; R |
| Morris Maizels | 9/26/2007 | 73 | 5 | | 73 | 20 | | O; F; R; H |
| Morris Maizels | 9/26/2007 | 74 | 1 | | 74 | 6 | | H; F |
| Morris Maizels | 9/26/2007 | 74 | 14 | | 74 | 17 | | H; F; Form |
| Morris Maizels | 9/26/2007 | 74 | 19 | | 74 | 19 | | H; F; Form |
| Morris Maizels | 9/26/2007 | 75 | 5 | | 75 | 9 | | R; 403; H; O; F |
| Morris Maizels | 9/26/2007 | 75 | 19 | | 75 | 21 | | R; 403; H; O; F; Form |
| Morris Maizels | 9/26/2007 | 75 | 23 | | 76 | 3 | | R; 403; Form; H, O; F |
| Morris Maizels | 9/26/2007 | 76 | 8 | | 77 | 3 | | R; 403; H; F;O; |
| Morris Maizels | 9/26/2007 | 77 | 10 | | 77 | 18 | | R; 403: F; O |
| Morris Maizels | 9/26/2007 | 79 | 21 | | 79 | 22 | | R: 403; Form; O; F |
| Morris Maizels | 9/26/2007 | 79 | 25 | | 80 | 19 | | R: 403;Form; O; F |
| Morris Maizels | 9/26/2007 | 80 | 22 | | 80 | 24 | | Form; R, 403; |
| Morris Maizels | 9/26/2007 | 81 | 1 | | 81 | 2 | | R; 403; Form; F |
| Morris Maizels | 9/26/2007 | 81 | 9 | | 81 | 17 | | Form, F; O; R |
| Morris Maizels | 9/26/2007 | 81 | 20 | | 81 | 24 | | Form; F; O; R; 403 |
| Morris Maizels | 9/26/2007 | 82 | 2 | | 82 | 10 | | O; F; R, Form; 403 |
| Morris Maizels | 9/26/2007 | 83 | 2 | | 83 | 6 | | No objections |
| Morris Maizels | 9/26/2007 | 83 | 11 | | 83 | 21 | | F; Form; H: R |
| Morris Maizels | 9/26/2007 | 84 | 2 | | 84 | 7 | | Form, F |
| Morris Maizels | 9/26/2007 | 84 | 13 | | 84 | 13 | | Form, Answer to non-designated question |
| Morris Maizels | 9/26/2007 | 84 | 20 | | 84 | 25 | | F; O |
| Morris Maizels | 9/26/2007 | 85 | 9 | | 85 | 12 | | R |
| Morris Maizels | 9/26/2007 | 85 | 24 | | 86 | 12 | | R; F |
| Morris Maizels | 9/26/2007 | 86 | 19 | | 86 | 22 | | R |
| Morris Maizels | 9/26/2007 | 87 | 2 | | 87 | 5 | | R; F |
| Morris Maizels | 9/26/2007 | 87 | 12 | | 87 | 13 | | R; Form |
| Morris Maizels | 9/26/2007 | 87 | 15 | | 87 | 20 | | Form; R, H; F |
| Morris Maizels | 9/26/2007 | 88 | 3 | | 88 | 5 | | Form; R: F |
| Morris Maizels | 9/26/2007 | 88 | 10 | | 88 | 12 | | Form; R |
| Morris Maizels | 9/26/2007 | 91 | 25 | | 93 | 7 | | F; H; Form |
| Morris Maizels | 9/26/2007 | 93 | 11 | | 93 | 25 | | F: |
| Morris Maizels | 9/26/2007 | 96 | 6 | | 96 | 15 | | Form; H; F |
| Morris Maizels | 9/26/2007 | 96 | 19 | | 97 | 20 | | Form; F; O; H |
| Morris Maizels | 9/26/2007 | 98 | 2 | | 98 | 13 | | Form, H, O, F |
| Morris Maizels | 9/26/2007 | 98 | 18 | | 99 | 5 | | F, Form, O, H |
| Morris Maizels | 9/26/2007 | 99 | 10 | | 99 | 16 | | Form, H, F, O |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Morris Maizels | 9/26/2007 | 100 | 5 | | 100 | 6 | | Form, H, F, O |
| Morris Maizels | 9/26/2007 | 100 | 13 | | 101 | 11 | | Form, H, F, O |
| Morris Maizels | 9/26/2007 | 101 | 14 | | 101 | 17 | | Form, H, F, O |
| Morris Maizels | 9/26/2007 | 101 | 20 | | 101 | 21 | | Form, H, F, O |
| Morris Maizels | 9/26/2007 | 101 | 23 | | 103 | 1 | | R; 403; O; F |
| Morris Maizels | 9/26/2007 | 103 | 8 | | 103 | 11 | | R, clinical exp, O, F |
| Morris Maizels | 9/26/2007 | 103 | 13 | | 103 | 16 | | Form, R, O, F |
| Morris Maizels | 9/26/2007 | 103 | 18 | | 103 | 22 | | Form, R, O, F |
| Morris Maizels | 9/26/2007 | 104 | 4 | | 104 | 22 | | No objections |
| Morris Maizels | 9/26/2007 | 106 | 4 | | 106 | 11 | | O, F, R |
| Morris Maizels | 9/26/2007 | 106 | 16 | | 106 | 19 | | No objections |
| Morris Maizels | 9/26/2007 | 106 | 22 | | 107 | 24 | | R, O, Clinical Exp., 403, H |
| Morris Maizels | 9/26/2007 | 108 | 6 | | 108 | 10 | | No objections |
| Morris Maizels | 9/26/2007 | 108 | 15 | | 109 | 2 | | R |
| Morris Maizels | 9/26/2007 | 109 | 19 | | 110 | 8 | | R, H, F, O, Form |
| Morris Maizels | 9/26/2007 | 110 | 10 | | 111 | 2 | | R; O; H, F, Form |
| Morris Maizels | 9/26/2007 | 111 | 5 | | 111 | 5 | | R; O, Form, F |
| Morris Maizels | 9/26/2007 | 116 | 13 | | 116 | 19 | | H |
| Morris Maizels | 9/26/2007 | 117 | 17 | | 117 | 20 | | F, O, Form, R |
| Morris Maizels | 9/26/2007 | 117 | 23 | | 117 | 23 | | F, O, Form, R |
| Morris Maizels | 9/26/2007 | 117 | 25 | | 118 | 2 | | R |
| Morris Maizels | 9/26/2007 | 120 | 25 | | 122 | 2 | | H, F, O |
| Morris Maizels | 9/26/2007 | 124 | 17 | | 124 | 22 | | H, F, O |
| Morris Maizels | 9/26/2007 | 125 | 9 | | 125 | 23 | | R, |
| Morris Maizels | 9/26/2007 | 133 | 1 | | 133 | 2 | | Form, F, R |
| Morris Maizels | 9/26/2007 | 133 | 14 | | 133 | 15 | | R |
| Morris Maizels | 9/26/2007 | 138 | 7 | | 138 | 16 | | Form, F, R, No answer to designated question |
| Morris Maizels | 9/26/2007 | 138 | 25 | | 139 | 15 | | F, |
| Morris Maizels | 9/26/2007 | 140 | 2 | | 140 | 4 | | Form, |
| Morris Maizels | 9/26/2007 | 140 | 6 | | 140 | 18 | | F, Form |
| Morris Maizels | 9/26/2007 | 141 | 10 | | 141 | 19 | | Form |
| Morris Maizels | 9/26/2007 | 141 | 21 | | 141 | 21 | | Form, F |
| Morris Maizels | 9/26/2007 | 145 | 7 | | 145 | 9 | | No Objection |
| Morris Maizels | 9/26/2007 | 145 | 13 | | 145 | 16 | | No Objection |
| Morris Maizels | 9/26/2007 | 145 | 25 | | 146 | 5 | | No Objection |
| Morris Maizels | 9/26/2007 | 147 | 4 | | 147 | 5 | | Form |
| Morris Maizels | 9/26/2007 | 147 | 7 | | 147 | 13 | | Form; 403: R |
| Morris Maizels | 9/26/2007 | 147 | 20 | | 147 | 20 | | Form; R; 403; F |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Morris Maizels | 9/26/2007 | 147 | 22 | | 147 | 25 | | R |
| Morris Maizels | 9/26/2007 | 148 | 23 | | 148 | 25 | | F |
| Morris Maizels | 9/26/2007 | 149 | 10 | | 149 | 22 | | No objections |
| Morris Maizels | 9/26/2007 | 151 | 10 | | 151 | 22 | | No objections |
| Morris Maizels | 9/26/2007 | 152 | 15 | | 153 | 20 | | No objections |
| Morris Maizels | 9/26/2007 | 154 | 9 | | 154 | 22 | | F, 403, Form |
| Morris Maizels | 9/26/2007 | 154 | 25 | | 155 | 3 | | No objections |
| Morris Maizels | 9/26/2007 | 155 | 6 | | 155 | 8 | | No objections |
| Morris Maizels | 9/26/2007 | 155 | 19 | | 155 | 21 | | No Objections |
| Morris Maizels | 9/26/2007 | 156 | 21 | | 157 | 18 | | F,H |
| Morris Maizels | 9/26/2007 | 160 | 1 | | 160 | 3 | | Form, |
| Morris Maizels | 9/26/2007 | 160 | 5 | | 160 | 12 | | R, F, 403, O |
| Morris Maizels | 9/26/2007 | 160 | 15 | | 160 | 20 | | R; F |
| Morris Maizels | 9/26/2007 | 162 | 2 | | 162 | 2 | | R. |
| Morris Maizels | 9/26/2007 | 165 | 19 | | 165 | 21 | | R. |
| Morris Maizels | 9/26/2007 | 166 | 2 | | 167 | 21 | | No objections |
| Morris Maizels | 9/26/2007 | 168 | 2 | | 169 | 1 | | R, H |
| Morris Maizels | 9/26/2007 | 171 | 9 | | 171 | 24 | | H, R |
| Morris Maizels | 9/26/2007 | 172 | 11 | | 173 | 4 | | No objections |
| Morris Maizels | 9/26/2007 | 173 | 12 | | 173 | 19 | | F |
| Morris Maizels | 9/26/2007 | 176 | 9 | | 177 | 14 | | R |
| Morris Maizels | 9/26/2007 | 179 | 21 | | 180 | 11 | | H. |
| Morris Maizels | 9/26/2007 | 181 | 18 | | 181 | 19 | | F. O. R. Form. |
| Morris Maizels | 9/26/2007 | 182 | 2 | | 183 | 1 | | F. O. R. |
| Morris Maizels | 9/26/2007 | 183 | 4 | | 183 | 14 | | F. O. R. |
| Morris Maizels | 9/26/2007 | 184 | 2 | | 184 | 6 | | Non Responsive, O, F. |
| Morris Maizels | 9/26/2007 | 184 | 13 | | 184 | 25 | | F. O. R. |
| Morris Maizels | 9/26/2007 | 185 | 2 | | 185 | 20 | | F, R, O, H |
| Morris Maizels | 9/26/2007 | 189 | 20 | | 190 | 2 | | No objections |
| Morris Maizels | 9/26/2007 | 190 | 5 | | 190 | 11 | | No objections |
| Morris Maizels | 9/26/2007 | 205 | 11 | | 205 | 17 | | Cumulative, Form |
| Morris Maizels | 9/26/2007 | 205 | 19 | | 205 | 23 | | No objections |
| Morris Maizels | 9/26/2007 | 206 | 7 | | 206 | 8 | | Form, H, unintelligible as designated |
| Morris Maizels | 9/26/2007 | 206 | 13 | | 206 | 14 | | Form, H |
| Morris Maizels | 9/26/2007 | 206 | 19 | | 206 | 22 | | F, 403, R Clinical Exp. |
| Morris Maizels | 9/26/2007 | 207 | 1 | | 208 | 5 | | R, Form |
| Morris Maizels | 9/26/2007 | 208 | 8 | | 208 | 14 | | Form, F, R |
| Morris Maizels | 9/26/2007 | 208 | 21 | | 208 | 24 | | Form, R |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Morris Maizels | 9/26/2007 | 209 | 3 | | 209 | 5 | | Form, R, F |
| Morris Maizels | 9/26/2007 | 209 | 13 | | 211 | 3 | | H, Clinical Exp., F, R |
| Morris Maizels | 9/26/2007 | 211 | 14 | | 212 | 13 | | H. O, R. F. |
| Morris Maizels | 9/26/2007 | 213 | 10 | | 213 | 11 | | Form. |
| Morris Maizels | 9/26/2007 | 213 | 14 | | 214 | 15 | | H. |
| Morris Maizels | 9/26/2007 | 214 | 18 | | 214 | 18 | | No Designated question |
| Morris Maizels | 9/26/2007 | 216 | 11 | | 216 | 14 | | H, F, R, O |
| Morris Maizels | 9/26/2007 | 217 | 11 | | 217 | 23 | | Clinical Exp, R, 403, F |
| Morris Maizels | 9/26/2007 | 10 | 24 | | 12 | 11 | | Counter |
| Morris Maizels | 9/26/2007 | 12 | 15 | | 13 | 19 | | Counter |
| Morris Maizels | 9/26/2007 | 15 | 25 | | 16 | 12 | | Counter |
| Morris Maizels | 9/26/2007 | 25 | 24 | | 27 | 12 | | Counter |
| Morris Maizels | 9/26/2007 | 27 | 23 | | 28 | 5 | | Counter |
| Morris Maizels | 9/26/2007 | 54 | 1 | | 55 | 1 | | Counter |
| Morris Maizels | 9/26/2007 | 59 | 14 | | 60 | 7 | | Counter |
| Morris Maizels | 9/26/2007 | 64 | 17 | | 65 | 2 | | Counter |
| Morris Maizels | 9/26/2007 | 72 | 9 | | 72 | 10 | | Counter |
| Morris Maizels | 9/26/2007 | 81 | 4 | | 81 | 8 | | Counter |
| Morris Maizels | 9/26/2007 | 118 | 9 | | 120 | 4 | | Counter |
| Morris Maizels | 9/26/2007 | 120 | 8 | | 120 | 13 | | Counter |
| Morris Maizels | 9/26/2007 | 124 | 24 | | 125 | 8 | | Counter |
| Morris Maizels | 9/26/2007 | 129 | 2 | | 129 | 9 | | Counter |
| Morris Maizels | 9/26/2007 | 129 | 15 | | 129 | 23 | | Counter |
| Morris Maizels | 9/26/2007 | 133 | 24 | | 134 | 1 | | Counter |
| Morris Maizels | 9/26/2007 | 134 | 4 | | 134 | 18 | | Counter |
| Morris Maizels | 9/26/2007 | 135 | 20 | | 137 | 14 | | Counter |
| Morris Maizels | 9/26/2007 | 141 | 23 | | 142 | 4 | | Counter |
| Morris Maizels | 9/26/2007 | 144 | 3 | | 144 | 11 | | Counter |
| Morris Maizels | 9/26/2007 | 146 | 6 | | 146 | 12 | | Counter |
| Morris Maizels | 9/26/2007 | 152 | 3 | | 152 | 14 | | Counter |
| Morris Maizels | 9/26/2007 | 160 | 21 | | 161 | 4 | | Counter |
| Morris Maizels | 9/26/2007 | 173 | 5 | | 173 | 11 | | Counter |
| Morris Maizels | 9/26/2007 | 174 | 23 | | 175 | 7 | | Counter |
| Morris Maizels | 9/26/2007 | 187 | 13 | | 188 | 24 | | Counter |
| Morris Maizels | 9/26/2007 | 190 | 12 | | 191 | 13 | | Counter |
| Morris Maizels | 9/26/2007 | 192 | 5 | | 192 | 11 | | Counter |
| Morris Maizels | 9/26/2007 | 192 | 19 | | 192 | 22 | | Counter |
| Morris Maizels | 9/26/2007 | 193 | 4 | | 193 | 6 | | Counter |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Morris Maizels | 9/26/2007 | 197 | 22 | | 198 | 9 | | Counter |
| Morris Maizels | 9/26/2007 | 198 | 20 | | 199 | 7 | | Counter |
| Morris Maizels | 9/26/2007 | 200 | 2 | | 201 | 21 | | Counter |
| Morris Maizels | 9/26/2007 | 203 | 12 | | 203 | 15 | | Counter |
| Morris Maizels | 9/26/2007 | 203 | 23 | | 203 | 25 | | Counter |
| Morris Maizels | 9/26/2007 | 204 | 5 | | 204 | 9 | | Counter |
| Morris Maizels | 9/26/2007 | 204 | 14 | | 204 | 17 | | Counter |
| Morris Maizels | 9/26/2007 | 204 | 20 | | 204 | 20 | | Counter |
| Morris Maizels | 9/26/2007 | 205 | 24 | | 206 | 6 | | Counter |
| Amy Fitzsimmons | 9/22/2008 | 6 | 16 | | 6 | 17 | | Rule 32, R |
| Amy Fitzsimmons | 9/22/2008 | 7 | 6 | | 7 | 18 | | Rule 32, R |
| Amy Fitzsimmons | 9/22/2008 | 9 | 25 | | 13 | 14 | | Rule 32, R, O, H, F, S, CE, Daubert, 403 |
| Amy Fitzsimmons | 9/22/2008 | 13 | 17 | | 14 | 17 | | Rule 32, R, O, H, F, S, CE, Daubert, 403 |
| Amy Fitzsimmons | 9/22/2008 | 14 | 23 | | 15 | 25 | | Rule 32, R, O, H |
| Amy Fitzsimmons | 9/22/2008 | 16 | 5 | | 16 | 15 | | Rule 32, R, H, S, O, |
| Amy Fitzsimmons | 9/22/2008 | 16 | 22 | | 16 | 23 | | Rule 32, R, O, Form, H, F, S, CE, Daubert, 403 |
| Amy Fitzsimmons | 9/22/2008 | 16 | 25 | | 17 | 16 | | Rule 32, R, O, Form, H, F, S, CE, Daubert, 403 |
| Amy Fitzsimmons | 9/22/2008 | 17 | 18 | | 18 | 6 | | Rule 32, R, O, Form, H, F, S, CE, Daubert, 403 |
| Amy Fitzsimmons | 9/22/2008 | 20 | 14 | | 20 | 24 | | Rule 32, R, O, Form, H, F, S, CE, Daubert, 403 |
| Amy Fitzsimmons | 9/22/2008 | 21 | 3 | | 21 | 25 | | Rule 32, R, O, Form, H, F, S, CE, Daubert, 403 |
| Amy Fitzsimmons | 9/22/2008 | 22 | 4 | | 24 | 15 | | Rule 32, R, O, H, F, S, CE, Daubert, 403 |
| Amy Fitzsimmons | 9/22/2008 | 39 | 10 | | 39 | 23 | | Rule 32, R, O, Form, H, F, S, CE, Daubert, 403 |
| Amy Fitzsimmons | 9/22/2008 | 39 | 25 | | 40 | 9 | | Rule 32, R, O, Form, H, F, S, CE, Daubert, 403 |
| Amy Fitzsimmons | 9/22/2008 | 40 | 12 | | 41 | 4 | | Rule 32, R, O, Form, H, F, S, CE, Daubert, 403 |
| Amy Fitzsimmons | 9/22/2008 | 44 | 19 | | 45 | 6 | | Rule 32, R, O, H, F, S, CE, Daubert, 403 |
| Amy Fitzsimmons | 9/22/2008 | 28 | 16 | | 31 | 4 | | Counter |
| Jeffrey Esper | 10/16/2008 | 5 | 6 | | 5 | 7 | | Rule 32, R |
| Jeffrey Esper | 10/16/2008 | 5 | 17 | | 5 | 20 | | Rule 32, R |
| Jeffrey Esper | 10/16/2008 | 6 | 3 | | 6 | 17 | | Rule 32, R |
| Jeffrey Esper | 10/16/2008 | 8 | 13 | | 8 | 20 | | Rule 32, R |
| Jeffrey Esper | 10/16/2008 | 9 | 6 | | 10 | 9 | | Rule 32, R |
| Jeffrey Esper | 10/16/2008 | 10 | 25 | | 12 | 2 | | Rule 32, R |
| Jeffrey Esper | 10/16/2008 | 12 | 23 | | 12 | 24 | | Rule 32, R |
| Jeffrey Esper | 10/16/2008 | 13 | 4 | | 13 | 18 | | Rule 32, R, O |
| Jeffrey Esper | 10/16/2008 | 13 | 25 | | 16 | 16 | | Rule 32, R, O, F, NR, S, H, CE, Daubert, 403 |
| Jeffrey Esper | 10/16/2008 | 16 | 22 | | 17 | 19 | | Rule 32, R, O, F, NR, S, H, CE, Daubert, 403 |
| Jeffrey Esper | 10/16/2008 | 18 | 3 | | 20 | 13 | | Rule 32, R, O, F, NR, S, H, CE, Daubert, 403 |
| Jeffrey Esper | 10/16/2008 | 21 | 10 | | 23 | 14 | | Rule 32, R, O, F, NR, S, H, CE, Daubert, 403 |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Jeffrey Esper | 10/16/2008 | 23 | 25 | | 24 | 24 | | Rule 32, R, O, F, NR, S, H, CE, Daubert, 403 |
| Jeffrey Esper | 10/16/2008 | 33 | 16 | | 33 | 19 | | Rule 32, R, O, F, NR, S, H, CE, Daubert, 403 |
| Jeffrey Esper | 10/16/2008 | 35 | 3 | | 35 | 18 | | Rule 32, R, O, F, NR, S, H, CE, Daubert, 403 |
| Jeffrey Esper | 10/16/2008 | 29 | 11 | | 30 | 1 | | Counter |
| Jeffrey Esper | 10/16/2008 | 36 | 5 | | 36 | 15 | | Counter |
| Anthony Anderson | 3/11/2009 | 6 | 12 | | 6 | 13 | | Rule 32, R |
| Anthony Anderson | 3/11/2009 | 7 | 1 | | 7 | 12 | | Rule 32, R |
| Anthony Anderson | 3/11/2009 | 8 | 10 | | 11 | 2 | | Rule 32, R, F, O |
| Anthony Anderson | 3/11/2009 | 11 | 8 | | 15 | 12 | | Rule 32, R, F, O, 403, CE, Form |
| Anthony Anderson | 3/11/2009 | 15 | 21 | | 17 | 6 | | Rule 32, R, F, O, Form, H, CE, Daubert, S |
| Anthony Anderson | 3/11/2009 | 17 | 9 | | 20 | 5 | | Rule 32, R, F, O, Form, H, CE, Daubert, S |
| Anthony Anderson | 3/11/2009 | 23 | 11 | | 23 | 16 | | Rule 32, R |
| Anthony Anderson | 3/11/2009 | 28 | 24 | | 29 | 12 | | Rule 32, R |
| Anthony Anderson | 3/11/2009 | 33 | 10 | | 33 | 19 | | Rule 32, R |
| Anthony Anderson | 3/11/2009 | 33 | 21 | | 34 | 2 | | Rule 32, R |
| Anthony Anderson | 3/11/2009 | 36 | 10 | | 36 | 17 | | Rule 32, R |
| Anthony Anderson | 3/11/2009 | 36 | 20 | | 36 | 22 | | Rule 32, R |
| Anthony Anderson | 3/11/2009 | 37 | 8 | | 37 | 16 | | Rule 32, R |
| Anthony Anderson | 3/11/2009 | 37 | 18 | | 37 | 21 | | Rule 32, R |
| Anthony Anderson | 3/11/2009 | 41 | 2 | | 41 | 6 | | Rule 32, R |
| Anthony Anderson | 3/11/2009 | 41 | 8 | | 41 | 13 | | Rule 32, R |
| Anthony Anderson | 3/11/2009 | 41 | 22 | | 42 | 10 | | Rule 32, R |
| Anthony Anderson | 3/11/2009 | 42 | 18 | | 43 | 7 | | Rule 32, R |
| Anthony Anderson | 3/11/2009 | 46 | 20 | | 43 | 7 | | Rule 32, R |
| Anthony Anderson | 3/11/2009 | 47 | 18 | | 48 | 24 | | Rule 32, R |
| Anthony Anderson | 3/11/2009 | 49 | 2 | | 49 | 12 | | Rule 32, R |
| Anthony Anderson | 3/11/2009 | 50 | 16 | | 50 | 19 | | Rule 32, R |
| Anthony Anderson | 3/11/2009 | 29 | 13 | | 30 | 20 | | Counter |
| Anthony Anderson | 3/11/2009 | 31 | 1 | | 31 | 16 | | Counter |
| Dale Kramer | 10/7/2007 | 6 | 10 | | 6 | 16 | | |
| Dale Kramer | 10/7/2007 | 11 | 20 | | 11 | 21 | | |
| Dale Kramer | 10/7/2007 | 16 | 14 | | 16 | 18 | | |
| Dale Kramer | 10/7/2007 | 17 | 22 | | 17 | 25 | | |
| Dale Kramer | 10/7/2007 | 18 | 19 | | 19 | 6 | | |
| Dale Kramer | 10/7/2007 | 24 | 13 | | 24 | 22 | | |
| Dale Kramer | 10/7/2007 | 25 | 1 | | 25 | 10 | | |
| Dale Kramer | 10/7/2007 | 27 | 15 | | 27 | 21 | | |
| Dale Kramer | 10/7/2007 | 30 | 18 | | 30 | 22 | | |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Dale Kramer | 10/7/2007 | 31 | 11 | | 31 | 12 | | |
| Dale Kramer | 10/7/2007 | 31 | 16 | | 31 | 20 | | |
| Dale Kramer | 10/7/2007 | 32 | 24 | | 33 | 1 | | |
| Dale Kramer | 10/7/2007 | 34 | 8 | | 34 | 13 | | |
| Dale Kramer | 10/7/2007 | 35 | 4 | | 36 | 1 | | |
| Dale Kramer | 10/7/2007 | 36 | 3 | | 36 | 4 | | |
| Dale Kramer | 10/7/2007 | 39 | 4 | | 39 | 8 | | |
| Dale Kramer | 10/7/2007 | 39 | 10 | | 39 | 12 | | |
| Dale Kramer | 10/7/2007 | 39 | 17 | | 39 | 25 | | |
| Dale Kramer | 10/7/2007 | 40 | 2 | | 40 | 5 | | |
| Dale Kramer | 10/7/2007 | 41 | 4 | | 41 | 15 | | |
| Dale Kramer | 10/7/2007 | 47 | 10 | | 47 | 13 | | |
| Dale Kramer | 10/7/2007 | 47 | 15 | | 47 | 21 | | |
| Dale Kramer | 10/7/2007 | 47 | 23 | | 47 | 24 | | |
| Dale Kramer | 10/7/2007 | 48 | 4 | | 48 | 7 | | |
| Dale Kramer | 10/7/2007 | 48 | 14 | | 48 | 20 | | |
| Dale Kramer | 10/7/2007 | 48 | 22 | | 49 | 4 | | |
| Dale Kramer | 10/7/2007 | 49 | 6 | | 49 | 15 | | |
| Dale Kramer | 10/7/2007 | 54 | 4 | | 54 | 9 | | |
| Dale Kramer | 10/7/2007 | 54 | 24 | | 54 | 24 | | R, F, H, Rule 403 |
| Dale Kramer | 10/7/2007 | 55 | 14 | | 56 | 1 | | R, F, H, Rule 403 |
| Dale Kramer | 10/7/2007 | 60 | 22 | | 61 | 2 | | |
| Dale Kramer | 10/7/2007 | 61 | 4 | | 61 | 8 | | |
| Dale Kramer | 10/7/2007 | 61 | 11 | | 61 | 17 | | |
| Dale Kramer | 10/7/2007 | 62 | 6 | | 62 | 15 | | |
| Dale Kramer | 10/7/2007 | 67 | 21 | | 67 | 25 | | |
| Dale Kramer | 10/7/2007 | 68 | 20 | | 69 | 4 | | Question was Withdrawn, F, H |
| Dale Kramer | 10/7/2007 | 69 | 18 | | 69 | 24 | | |
| Dale Kramer | 10/7/2007 | 70 | 1 | | 70 | 9 | | |
| Dale Kramer | 10/7/2007 | 28 | 4 | | 28 | 17 | | Counter |
| Dale Kramer | 10/7/2007 | 37 | 16 | | 38 | 3 | | Counter |
| Dale Kramer | 10/7/2007 | 38 | 24 | | 39 | 3 | | Counter |
| Dale Kramer | 10/7/2007 | 61 | 18 | | 62 | 5 | | Counter |
| Mitchell S.Y. Cohen | 10/11/2007 | 7 | 13 | | 7 | 19 | | |
| Mitchell S.Y. Cohen | 10/11/2007 | 13 | 13 | | 13 | 16 | | |
| Mitchell S.Y. Cohen | 10/11/2007 | 14 | 10 | | 14 | 19 | | |
| Mitchell S.Y. Cohen | 10/11/2007 | 16 | 13 | | 17 | 15 | | |
| Mitchell S.Y. Cohen | 10/11/2007 | 20 | 14 | | 20 | 21 | | Outside scope of 30(b)(6) notice |

| Deponent | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|
| Mitchell S.Y. Cohen | 10/11/2007 | 20 | 25 | | 21 | 1 | | Outside scope of 30(b)(6) notice |
| Mitchell S.Y. Cohen | 10/11/2007 | 21 | 4 | | 21 | 13 | | |
| Mitchell S.Y. Cohen | 10/11/2007 | 22 | 4 | | 22 | 18 | | F, H |
| Mitchell S.Y. Cohen | 10/11/2007 | 22 | 24 | | 23 | 12 | | F, H |
| Mitchell S.Y. Cohen | 10/11/2007 | 25 | 3 | | 26 | 4 | | F, H |
| Mitchell S.Y. Cohen | 10/11/2007 | 26 | 19 | | 26 | 23 | | Outside scope of 30(b)(6) notice |
| Mitchell S.Y. Cohen | 10/11/2007 | 26 | 25 | | 27 | 3 | | Outside scope of 30(b)(6) notice |
| Mitchell S.Y. Cohen | 10/11/2007 | 27 | 11 | | 27 | 17 | | |
| Mitchell S.Y. Cohen | 10/11/2007 | 28 | 13 | | 29 | 4 | | F, H |
| Mitchell S.Y. Cohen | 10/11/2007 | 30 | 15 | | 30 | 21 | | Outside scope of 30(b)(6) notice |
| Mitchell S.Y. Cohen | 10/11/2007 | 31 | 20 | | 32 | 9 | | Outside scope of 30(b)(6) notice |
| Mitchell S.Y. Cohen | 10/11/2007 | 36 | 18 | | 37 | 4 | | |
| Mitchell S.Y. Cohen | 10/11/2007 | 37 | 12 | | 38 | 6 | | |
| Mitchell S.Y. Cohen | 10/11/2007 | 38 | 7 | | 38 | 17 | | |
| Mitchell S.Y. Cohen | 10/11/2007 | 38 | 21 | | 38 | 22 | | |
| Mitchell S.Y. Cohen | 10/11/2007 | 39 | 11 | | 39 | 25 | | |
| Mitchell S.Y. Cohen | 10/11/2007 | 40 | 8 | | 40 | 24 | | |
| Mitchell S.Y. Cohen | 10/11/2007 | 43 | 10 | | 43 | 13 | | |
| Mitchell S.Y. Cohen | 10/11/2007 | 45 | 5 | | 45 | 10 | | |
| Mitchell S.Y. Cohen | 10/11/2007 | 26 | 5 | | 26 | 12 | | Counter |
| Mitchell S.Y. Cohen | 10/11/2007 | 40 | 25 | | 41 | 9 | | Counter |
| Mitchell S.Y. Cohen | 10/11/2007 | 45 | 12 | | 45 | 14 | | Counter |
| Mitchell S.Y. Cohen | 10/11/2007 | 48 | 3 | | 48 | 15 | | Counter |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## PLAINTIFF KAISER'S KEY TO OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS

| CODE | OBJECTION |
|---|---|
| R | Relevancy |
| H | Hearsay |
| 403 | Rule 403 (Cumulative/Prejudice/Confusion) |
| P | Privileged |
| F | Lack of foundation or witness competency |
| O | Improper Opinion |
| Form | Objection to form or restatement of objection stated in transcript |
| Rule 32 | Deposition cannot be used |
| CE or clinical experience | Objection to efficacy opinions based on clinical experience |

| CODE | OBJECTION |
|---|---|
| Daubert | Objection to opinions that are unreliable, unscientific, and inadmissible under Daubert |
| S | Speculation |
| AFNIT | Assumes facts not in evidence |
| NR | Non-responsive |
| Foreign approvals | Evidence of foreign approvals is irrelevant, misleading and should be excluded |

Dated: January 28, 2010                    Respectfully submitted,

                                           By:  /s/ Linda P. Nussbaum
                                                Linda P. Nussbaum

                                           KAPLAN FOX & KILSHEIMER LLP
                                           Linda P. Nussbaum, Esq.
                                           850 Third Avenue, 14th Floor
                                           New York, New York 10022

                                           *Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

*Of Counsel*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol  
HAGENS BERMAN SOBOL  
  SHAPIRO LLP  
55 Cambridge Parkway, Suite 301  
Cambridge, MA 02142