# Exhibit 7
# (Part 1 of 2)

In re Neurontin Marketing, Sales Practices, and Products Liability Litigation
Plaintiff Kaiser's Objections to Defendants' Deposition Counter-Designations
February 3, 2010

| Deponent | Company | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|---|
| Boris, John | Pfizer | 9/16/2002 | 10 | 7 | | 10 | 10 | | |
| Boris, John | Pfizer | 9/16/2002 | 12 | 10 | | 12 | 13 | | |
| Boris, John | Pfizer | 9/16/2002 | 15 | 17 | | 15 | 23 | | |
| Boris, John | Pfizer | 9/16/2002 | 31 | 22 | | 33 | 13 | | O, Form, S, NR |
| Boris, John | Pfizer | 9/16/2002 | 33 | 22 | | 34 | 2 | | NR, S, F, H, Form |
| Boris, John | Pfizer | 9/16/2002 | 34 | 13 | | 36 | 1 | | NR, S, F, H, Form |
| Boris, John | Pfizer | 9/16/2002 | 39 | 16 | | 40 | 2 | | NR, F |
| Boris, John | Pfizer | 9/16/2002 | 46 | 4 | | 46 | 16 | | R, S |
| Boris, John | Pfizer | 9/16/2002 | 70 | 25 | | 72 | 11 | | R, NR |
| Boris, John | Pfizer | 9/16/2002 | 107 | 19 | | 107 | 20 | | NR, Form, |
| Boris, John | Pfizer | 9/16/2002 | 107 | 25 | | 108 | 20 | | NR, Form, F |
| Boris, John | Pfizer | 9/16/2002 | 111 | 7 | | 112 | 2 | | NR, F, R, Form |
| Boris, John | Pfizer | 9/16/2002 | 116 | 4 | | 117 | 3 | | NR, F, S, Form |
| Boris, John | Pfizer | 9/16/2002 | 140 | 21 | | 141 | 13 | | NR, S, O, F, H |
| Boris, John | Pfizer | 9/16/2002 | 149 | 5 | | 150 | 24 | | NR, R, S, Form |
| Boris, John | Pfizer | 9/16/2002 | 151 | 14 | | 152 | 20 | | NR, F, Form, H |
| Boris, John | Pfizer | 9/16/2002 | 157 | 11 | | 158 | 14 | | NR, S, Form |
| Boris, John | Pfizer | 9/16/2002 | 193 | 11 | | 193 | 16 | | NR, R |
| Boris, John | Pfizer | 9/16/2002 | 205 | 12 | | 205 | 20 | | |
| Boris, John | Pfizer | 9/16/2002 | 343 | 20 | | 344 | 6 | | NR, F |
| Boris, John | Pfizer | 9/16/2002 | 363 | 22 | | 371 | 14 | | R, S, F, Form |
| Carver, Albert | Kaiser | 7/12/2007 | 81 | 9 | | 82 | 5 | | |
| Carver, Albert | Kaiser | 7/12/2007 | 83 | 20 | | 83 | 22 | | |
| Carver, Albert | Kaiser | 7/12/2007 | 83 | 24 | | 84 | 23 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 51 | 13 | | 51 | 23 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 53 | 8 | | 54 | 2 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 111 | 14 | | 111 | 23 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 120 | 21 | | 120 | 22 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 123 | 19 | | 124 | 4 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 126 | 20 | | 126 | 23 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 421 | 15 | | 422 | 2 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 430 | 22 | | 431 | 14 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 432 | 12 | | 433 | 4 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 540 | 22 | | 541 | 14 | | |

| Deponent | Company | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|---|
| Castro, Lucy | Pfizer | 7/11/2007 | 551 | 3 | | 551 | 16 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 639 | 16 | | 641 | 2 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 647 | 25 | | 649 | 2 | | F |
| Castro, Lucy | Pfizer | 7/11/2007 | 648 | 21 | | 648 | 22 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 699 | 23 | | 701 | 22 | | H, Form |
| Castro, Lucy | Pfizer | 7/11/2007 | 700 | 21 | | 700 | 22 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 701 | 11 | | 701 | 12 | | F |
| Castro, Lucy | Pfizer | 7/11/2007 | 701 | 18 | | 701 | 19 | | F |
| Castro, Lucy | Pfizer | 7/11/2007 | 704 | 7 | | 705 | 3 | | F |
| Castro, Lucy | Pfizer | 7/11/2007 | 705 | 2 | | 705 | 2 | | F |
| Castro, Lucy | Pfizer | 7/11/2007 | 716 | 3 | | 718 | 22 | | F |
| Castro, Lucy | Pfizer | 7/11/2007 | 727 | 15 | | 728 | 9 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 730 | 2 | | 731 | 8 | | F |
| Castro, Lucy | Pfizer | 7/11/2007 | 730 | 6 | | 730 | 6 | | F |
| Castro, Lucy | Pfizer | 7/11/2007 | 731 | 5 | | 731 | 5 | | Form |
| Castro, Lucy | Pfizer | 7/11/2007 | 731 | 20 | | 732 | 5 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 789 | 2 | | 789 | 6 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 789 | 7 | | 789 | 13 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 790 | 2 | | 790 | 8 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 790 | 20 | | 792 | 12 | | |
| Castro, Lucy | Pfizer | 7/11/2007 | 791 | 2 | | 791 | 3 | | F |
| Castro, Lucy | Pfizer | 7/11/2007 | 791 | 12 | | 791 | 13 | | F |
| Cavic, George | Pfizer | 9/26/2007 | 10 | 8 | | 10 | 15 | | Misleading and incomplete without adding 10:20-23. Designated testimony is that he retained Davis Polk to represent him; 10:20-23 says that Pfizer is paying his legal bills. |
| Cavic, George | Pfizer | 9/26/2007 | 10 | 18 | | 10 | 18 | | See above. |
| Cavic, George | Pfizer | 9/26/2007 | 51 | 8 | | 51 | 10 | | |
| Cavic, George | Pfizer | 9/26/2007 | 53 | 4 | | 53 | 8 | | |
| Cheng, Clare | CDM | 1/29/2008 | 46 | 9 | | 46 | 18 | | Form, O, F |
| Cheng, Clare | CDM | 1/29/2008 | 47 | 20 | | 48 | 3 | | Form, O, F |
| Cheng, Clare | CDM | 1/29/2008 | 49 | 4 | | 49 | 15 | | R, F, Form |
| Cheng, Clare | CDM | 1/29/2008 | 251 | 3 | | 252 | 22 | | R, O, F, S |
| Cheng, Clare | CDM | 1/29/2008 | 253 | 13 | | 254 | 14 | | S, Form, F, O |
| Cheng, Clare | CDM | 1/29/2008 | 257 | 23 | | 260 | 3 | | S, Form, F, 403, O |
| Cheng, Clare | CDM | 1/29/2008 | 260 | 8 | | 262 | 24 | | S, Form, F, 403, O |
| Cheng, Clare | CDM | 1/29/2008 | 265 | 23 | | 266 | 13 | | R, F |

| Deponent | Company | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|---|
| Cheng, Clare | CDM | 1/29/2008 | 270 | 12 | | 272 | 9 | | Form, F, S, O |
| Cheng, Clare | CDM | 1/29/2008 | 272 | 20 | | 274 | 20 | | R, S, F |
| Cheng, Clare | CDM | 1/29/2008 | 274 | 21 | | 275 | 18 | | R, S, Form, F |
| Cheng, Clare | CDM | 1/29/2008 | 276 | 6 | | 277 | 23 | | R, Form, S, NR |
| Crook, John | Pfizer | 9/24/2002 | 58 | 12 | | 58 | 14 | | No objection, asked if was involved in the development of the 1997 Neurontin Strategic Plan. Answered: minimally |
| DeSimone, Christopher | Pfizer | 10/1/2007 | 29 | 16 | | 30 | 18 | | Form |
| DeSimone, Christopher | Pfizer | 10/2/2007 | 30 | 10 | | 30 | 10 | | Form |
| DeSimone, Christopher | Pfizer | 10/3/2007 | 31 | 15 | | 32 | 2 | | |
| DeSimone, Christopher | Pfizer | 10/5/2007 | 257 | 15 | | 258 | 4 | | Form |
| DeSimone, Christopher | Pfizer | 10/6/2007 | 257 | 24 | | 257 | 24 | | Form |
| Doft, Suzanne | Pfizer | 6/12/2007 | 41 | 24 | | 43 | 5 | | R |
| Doft, Suzanne | Pfizer | 6/12/2007 | 65 | 23 | | 66 | 19 | | R |
| Doft, Suzanne | Pfizer | 6/12/2007 | 67 | 8 | | 67 | 19 | | R |
| Doft, Suzanne | Pfizer | 6/12/2007 | 74 | 23 | | 75 | 11 | | R |
| Doft, Suzanne | Pfizer | 6/12/2007 | 75 | 21 | | 76 | 12 | | R |
| Doft, Suzanne | Pfizer | 6/12/2007 | 94 | 9 | | 94 | 21 | | S |
| Doft, Suzanne | Pfizer | 6/12/2007 | 155 | 25 | | 156 | 13 | | R |
| Doft, Suzanne | Pfizer | 6/12/2007 | 177 | 23 | | 178 | 6 | | R |
| Doft, Suzanne | Pfizer | 6/12/2007 | 216 | 3 | | 216 | 24 | | R |
| Doft, Suzanne | Pfizer | 6/12/2007 | 234 | 6 | | 234 | 23 | | R |
| Doft, Suzanne | Pfizer | 6/12/2007 | 235 | 13 | | 236 | 11 | | R |
| Doft, Suzanne | Pfizer | 6/13/2007 | 635 | 21 | | 638 | 8 | | R, S, Form, F |
| Doft, Suzanne | Pfizer | 6/13/2007 | 640 | 24 | | 647 | 10 | | Form, F |
| Doft, Suzanne | Pfizer | 6/13/2007 | 647 | 11 | | 649 | 25 | | R |
| Doft, Suzanne | Pfizer | 6/13/2007 | 650 | 2 | | 650 | 7 | | R |
| Doft, Suzanne | Pfizer | 6/13/2007 | 651 | 4 | | 652 | 22 | | R |
| Doft, Suzanne | Pfizer | 6/13/2007 | 662 | 18 | | 664 | 6 | | R |
| Doft, Suzanne | Pfizer | 6/13/2007 | 664 | 7 | | 666 | 17 | | R |
| Fannon, Allison | Pfizer | 6/19/2007 | 16 | 11 | | 17 | 3 | | R |
| Fannon, Allison | Pfizer | 6/19/2007 | 18 | 19 | | 19 | 6 | | R |
| Fannon, Allison | Pfizer | 6/19/2007 | 20 | 3 | | 21 | 8 | | R |
| Fannon, Allison | Pfizer | 6/19/2007 | 22 | 16 | | 22 | 23 | | R |
| Fannon, Allison | Pfizer | 6/19/2007 | 23 | 10 | | 24 | 4 | | R |
| Fannon, Allison | Pfizer | 6/19/2007 | 24 | 15 | | 25 | 5 | | R |
| Fannon, Allison | Pfizer | 6/19/2007 | 42 | 13 | | 42 | 22 | | NR, O |

| Deponent | Company | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|---|
| Fannon, Allison | Pfizer | 6/19/2007 | 44 | 4 | | 44 | 21 | | NR, O |
| Fannon, Allison | Pfizer | 6/19/2007 | 44 | 22 | | 45 | 25 | | NR, O |
| Fannon, Allison | Pfizer | 6/19/2007 | 52 | 13 | | 53 | 25 | | R, F, S, O |
| Fannon, Allison | Pfizer | 6/19/2007 | 62 | 20 | | 62 | 23 | | |
| Fannon, Allison | Pfizer | 6/19/2007 | 66 | 20 | | 67 | 3 | | R |
| Fannon, Allison | Pfizer | 6/19/2007 | 74 | 18 | | 75 | 10 | | NR, O |
| Fannon, Allison | Pfizer | 6/19/2007 | 76 | 5 | | 76 | 13 | | NR, F, S, O |
| Fannon, Allison | Pfizer | 6/19/2007 | 81 | 24 | | 83 | 7 | | |
| Fannon, Allison | Pfizer | 6/19/2007 | 90 | 15 | | 91 | 11 | | S, O, F |
| Fannon, Allison | Pfizer | 6/19/2007 | 123 | 24 | | 124 | 4 | | |
| Fannon, Allison | Pfizer | 6/19/2007 | 136 | 18 | | 136 | 22 | | |
| Fannon, Allison | Pfizer | 6/19/2007 | 137 | 3 | | 137 | 9 | | R, F |
| Fannon, Allison | Pfizer | 6/19/2007 | 145 | 8 | | 145 | 15 | | |
| Fannon, Allison | Pfizer | 6/19/2007 | 313 | 7 | | 313 | 10 | | |
| Fannon, Allison | Pfizer | 6/19/2007 | 313 | 14 | | 314 | 4 | | |
| Fannon, Allison | Pfizer | 6/20/2007 | 353 | 5 | | 353 | 12 | | |
| Fannon, Allison | Pfizer | 6/20/2007 | 355 | 17 | | 358 | 7 | | NR |
| Fannon, Allison | Pfizer | 6/20/2007 | 359 | 21 | | 359 | 24 | | No question, not even a complete answer, NR |
| Fannon, Allison | Pfizer | 6/20/2007 | 394 | 2 | | 394 | 3 | | R, F |
| Fannon, Allison | Pfizer | 6/20/2007 | 395 | 24 | | 396 | 5 | | NR |
| Fannon, Allison | Pfizer | 6/20/2007 | 396 | 22 | | 397 | 11 | | NR |
| Fannon, Allison | Pfizer | 6/20/2007 | 398 | 11 | | 398 | 21 | | NR |
| Fannon, Allison | Pfizer | 6/20/2007 | 501 | 18 | | 502 | 18 | | R |
| Fannon, Allison | Pfizer | 6/20/2007 | 570 | 8 | | 570 | 14 | | R |
| Fannon, Allison | Pfizer | 6/20/2007 | 570 | 15 | | 571 | 16 | | R, incomplete question, no answer |
| Fannon, Allison | Pfizer | 6/20/2007 | 571 | 24 | | 572 | 20 | | F, O, R, 403 |
| Fannon, Allison | Pfizer | 6/20/2007 | 573 | 11 | | 574 | 3 | | F, O, R, 403, lack of expert disclosure, Daubert |
| Fannon, Allison | Pfizer | 6/20/2007 | 574 | 13 | | 574 | 18 | | R |
| Fannon, Allison | Pfizer | 6/20/2007 | 575 | 6 | | 576 | 2 | | F, O, R, 403, F |
| Fannon, Allison | Pfizer | 6/20/2007 | 576 | 3 | | 576 | 18 | | F, O, R, 403, F |
| Fannon, Allison | Pfizer | 6/20/2007 | 576 | 19 | | 577 | 9 | | R, S, F, O |
| Fannon, Allison | Pfizer | 6/20/2007 | 577 | 10 | | 578 | 14 | | R |
| Fannon, Allison | Pfizer | 6/20/2007 | 578 | 15 | | 579 | 24 | | F, S, O, gross S, naked S, rank S |
| Fannon, Allison | Pfizer | 6/20/2007 | 579 | 25 | | 580 | 12 | | R, F |
| Fannon, Allison | Pfizer | 6/20/2007 | 581 | 18 | | 582 | 8 | | Form, leading |
| Fannon, Allison | Pfizer | 6/20/2007 | 582 | 12 | | 584 | 3 | | F, O, S, 403 |
| George, Timothy | Pfizer | 6/20/2007 | 15 | 11 | | 15 | 17 | | |

| Deponent | Company | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|---|
| George, Timothy | Pfizer | 6/20/2007 | 18 | 9 | | 18 | 21 | | |
| George, Timothy | Pfizer | 6/20/2007 | 98 | 7 | | 99 | 15 | | |
| George, Timothy | Pfizer | 6/20/2007 | 151 | 7 | | 151 | 16 | | |
| George, Timothy | Pfizer | 6/20/2007 | 151 | 22 | | 152 | 14 | | |
| George, Timothy | Pfizer | 6/20/2007 | 155 | 16 | | 156 | 5 | | Nonresponsive |
| George, Timothy | Pfizer | 6/20/2007 | 157 | 2 | | 157 | 23 | | Nonresponsive |
| George, Timothy | Pfizer | 6/20/2007 | 160 | 9 | | 160 | 25 | | |
| George, Timothy | Pfizer | 6/20/2007 | 177 | 3 | | 177 | 18 | | |
| George, Timothy | Pfizer | 6/20/2007 | 178 | 21 | | 179 | 4 | | |
| George, Timothy | Pfizer | 6/20/2007 | 182 | 17 | | 182 | 24 | | |
| George, Timothy | Pfizer | 6/20/2007 | 279 | 24 | | 280 | 4 | | |
| George, Timothy | Pfizer | 6/20/2007 | 282 | 20 | | 283 | 2 | | |
| George, Timothy | Pfizer | 6/20/2007 | 283 | 12 | | 284 | 11 | | |
| George, Timothy | Pfizer | 6/20/2007 | 286 | 4 | | 286 | 7 | | Rule of completeness |
| George, Timothy | Pfizer | 6/20/2007 | 292 | 5 | | 292 | 8 | | |
| George, Timothy | Pfizer | 6/21/2007 | 444 | 22 | | 446 | 3 | | |
| George, Timothy | Pfizer | 6/21/2007 | 468 | 22 | | 468 | 25 | | R |
| George, Timothy | Pfizer | 6/21/2007 | 506 | 16 | | 506 | 25 | | |
| George, Timothy | Pfizer | 6/21/2007 | 508 | 12 | | 509 | 7 | | |
| Glanzman, Robert | Pfizer | 8/1/2007 | 105 | 8 | | 105 | 15 | | R |
| Glanzman, Robert | Pfizer | 8/1/2007 | 138 | 24 | | 139 | 2 | | NR |
| Glanzman, Robert | Pfizer | 8/1/2007 | 178 | 3 | | 178 | 7 | | |
| Glanzman, Robert | Pfizer | 8/1/2007 | 199 | 5 | | 199 | 10 | | |
| Glanzman, Robert | Pfizer | 8/1/2007 | 246 | 14 | | 247 | 2 | | |
| Glanzman, Robert | Pfizer | 8/1/2007 | 275 | 5 | | 276 | 11 | | R, NR, foreign approvals |
| Glanzman, Robert | Pfizer | 8/1/2007 | 302 | 18 | | 303 | 7 | | |
| Glanzman, Robert | Pfizer | 8/1/2007 | 335 | 21 | | 336 | 18 | | NR |
| Glanzman, Robert | Pfizer | 8/1/2007 | 336 | 19 | | 337 | 13 | | 403 |
| Glanzman, Robert | Pfizer | 8/1/2007 | 364 | 8 | | 365 | 7 | | NR |
| Glanzman, Robert | Pfizer | 8/1/2007 | 391 | 24 | | 392 | 12 | | NR |
| Glanzman, Robert | Pfizer | 8/1/2007 | 412 | 8 | | 412 | 10 | | |
| Glanzman, Robert | Pfizer | 8/2/2007 | 635 | 20 | | 636 | 7 | | F, O, R, 403, lack of expert disclosure, Daubert, S |
| Glanzman, Robert | Pfizer | 8/2/2007 | 637 | 2 | | 637 | 17 | | F, O, R, 403, lack of expert disclosure, Daubert, S |
| Glanzman, Robert | Pfizer | 8/2/2007 | 638 | 8 | | 638 | 11 | | F, O, R, 403, lack of expert disclosure, Daubert, S |
| Glanzman, Robert | Pfizer | 8/2/2007 | 688 | 13 | | 688 | 25 | | R |
| Glanzman, Robert | Pfizer | 8/2/2007 | 689 | 11 | | 690 | 17 | | R, 403 |
| Glanzman, Robert | Pfizer | 8/2/2007 | 705 | 20 | | 706 | 19 | | F, O, S, 403 |

| Deponent | Company | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|---|
| Glanzman, Robert | Pfizer | 8/2/2007 | 706 | 20 | | 708 | 12 | | R, F, O, S |
| Glanzman, Robert | Pfizer | 8/2/2007 | 708 | 16 | | 709 | 25 | | R |
| Glanzman, Robert | Pfizer | 8/2/2007 | 710 | 21 | | 712 | 9 | | |
| Glanzman, Robert | Pfizer | 8/2/2007 | 715 | 8 | | 715 | 23 | | 403 |
| Glanzman, Robert | Pfizer | 8/2/2007 | 716 | 23 | | 718 | 8 | | S, O, F |
| Glanzman, Robert | Pfizer | 8/2/2007 | 719 | 19 | | 720 | 11 | | R, F, O, S |
| Glanzman, Robert | Pfizer | 8/2/2007 | 720 | 16 | | 721 | 9 | | S, O, F |
| Glanzman, Robert | Pfizer | 8/2/2007 | 721 | 20 | | 721 | 25 | | |
| Glanzman, Robert | Pfizer | 8/2/2007 | 723 | 15 | | 724 | 12 | | F |
| Glanzman, Robert | Pfizer | 8/2/2007 | 724 | 23 | | 725 | 14 | | Form, S, O, F, 403 |
| Glanzman, Robert | Pfizer | 8/2/2007 | 729 | 12 | | 731 | 2 | | F, S, O |
| Glanzman, Robert | Pfizer | 8/2/2007 | 734 | 13 | | 735 | 17 | | F, S, O |
| Glanzman, Robert | Pfizer | 8/2/2007 | 736 | 9 | | 736 | 19 | | F, S, O |
| Glanzman, Robert | Pfizer | 8/2/2007 | 736 | 20 | | 745 | 15 | | R, foreign approvals, 403, Form |
| Glanzman, Robert | Pfizer | 8/2/2007 | 754 | 22 | | 755 | 21 | | Form, foreign approvals, R |
| Glanzman, Robert | Pfizer | 8/2/2007 | 758 | 14 | | 758 | 23 | | Form |
| Glanzman, Robert | Pfizer | 9/2/2007 | 758 | 25 | | 758 | 25 | | Form |
| Glanzman, Robert | Pfizer | 8/2/2007 | 759 | 2 | | 759 | 6 | | Form |
| Glanzman, Robert | Pfizer | 8/2/2007 | 759 | 8 | | 759 | 8 | | Form |
| Glanzman, Robert | Pfizer | 8/2/2007 | 759 | 9 | | 759 | 12 | | Form, S, O, F, 403 |
| Glanzman, Robert | Pfizer | 8/2/2007 | 759 | 14 | | 759 | 18 | | Form, S, O, F, 403 |
| Glanzman, Robert | Pfizer | 8/2/2007 | 760 | 5 | | 760 | 10 | | |
| Glanzman, Robert | Pfizer | 8/2/2007 | 763 | 5 | | 763 | 7 | | Form, S, O, F, 403 |
| Glanzman, Robert | Pfizer | 8/2/2007 | 763 | 9 | | 763 | 11 | | Form, S, O, F, 403 |
| Glanzman, Robert | Pfizer | 8/2/2007 | 763 | 12 | | 763 | 15 | | Form, S, O, F, 403 |
| Glanzman, Robert | Pfizer | 8/2/2007 | 763 | 18 | | 763 | 24 | | Form, S, O, F, 403 |
| Glanzman, Robert | Pfizer | 8/2/2007 | 768 | 8 | | 768 | 13 | | Form, R |
| Glanzman, Robert | Pfizer | 8/2/2007 | 768 | 15 | | 768 | 22 | | Form, R |
| Glanzman, Robert | Pfizer | 8/2/2007 | 787 | 18 | | 787 | 22 | | NR |
| Grogan, Christina | Pfizer | 6/25/2007 | 30 | 7 | | 31 | 6 | | R |
| Grogan, Christina | Pfizer | 6/25/2007 | 40 | 17 | | 43 | 4 | | R |
| Grogan, Christina | Pfizer | 6/25/2007 | 43 | 5 | | 44 | 21 | | R |
| Grogan, Christina | Pfizer | 6/25/2007 | 45 | 16 | | 46 | 12 | | R |
| Grogan, Christina | Pfizer | 6/25/2007 | 49 | 15 | | 49 | 23 | | R |
| Grogan, Christina | Pfizer | 6/25/2007 | 50 | 22 | | 51 | 6 | | R |
| Grogan, Christina | Pfizer | 6/25/2007 | 54 | 11 | | 56 | 24 | | R |
| Grogan, Christina | Pfizer | 6/25/2007 | 67 | 20 | | 68 | 5 | | R |

| Deponent | Company | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|---|
| Grogan, Christina | Pfizer | 6/25/2007 | 93 | 21 | | 94 | 23 | | R |
| Grogan, Christina | Pfizer | 6/25/2007 | 112 | 4 | | 112 | 23 | | R |
| Grogan, Christina | Pfizer | 6/25/2007 | 122 | 8 | | 123 | 9 | | H |
| Grogan, Christina | Pfizer | 6/25/2007 | 126 | 23 | | 128 | 23 | | R |
| Grogan, Christina | Pfizer | 6/25/2007 | 168 | 23 | | 169 | 10 | | S, O |
| Grogan, Christina | Pfizer | 6/25/2007 | 251 | 9 | | 252 | 9 | | R |
| Grogan, Christina | Pfizer | 6/25/2007 | 254 | 6 | | 254 | 23 | | R |
| Grogan, Christina | Pfizer | 6/25/2007 | 256 | 7 | | 258 | 4 | | R |
| Grogan, Christina | Pfizer | 6/25/2007 | 302 | 19 | | 306 | 7 | | R |
| Kivel, Frances | Pfizer | 9/20/2002 | 33 | 6 | | 33 | 18 | | |
| Kivel, Frances | Pfizer | 9/22/2002 | 34 | 12 | | 35 | 2 | | |
| Kivel, Frances | Pfizer | 9/24/2002 | 38 | 15 | | 39 | 4 | | MISCHARACTERIZES TESTIMONY |
| Kivel, Frances | Pfizer | 9/25/2002 | 38 | 19 | | 38 | 20 | | MISCHARACTERIZES TESTIMONY |
| Kivel, Frances | Pfizer | 9/26/2002 | 39 | 15 | | 39 | 21 | | |
| Kivel, Frances | Pfizer | 9/28/2002 | 41 | 21 | | 42 | 5 | | |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 553 | 18 | | 554 | 25 | | NR, S, O, F, Form |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 555 | 12 | | 555 | 14 | | NR, S, O, F |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 597 | 3 | | 597 | 15 | | R |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 598 | 25 | | 599 | 15 | | R |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 624 | 25 | | 625 | 7 | | NR, R, F, O |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 628 | 7 | | 628 | 23 | | NR, R, F, O |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 651 | 10 | | 652 | 1 | | NR, F, O, CE |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 653 | 9 | | 654 | 12 | | NR, O, H, R |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 654 | 17 | | 654 | 20 | | R, F |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 665 | 18 | | 666 | 6 | | O |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 667 | 12 | | 667 | 18 | | O, F |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 669 | 12 | | 669 | 15 | | R, S |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 694 | 3 | | 694 | 8 | | NR, S, R |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 695 | 9 | | 695 | 16 | | NR, F, O |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 789 | 13 | | 790 | 18 | | H, O, R |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 791 | 6 | | 791 | 15 | | F, R, O, S |
| Knoop, John | Pfizer | 1/23/2008 | 94 | 20 | | 94 | 24 | | |
| Knoop, John | Pfizer | 1/23/2008 | 114 | 5 | | 115 | 12 | | R |
| Knoop, John | Pfizer | 1/23/2008 | 189 | 24 | | 190 | 4 | | |
| Knoop, John (Franklin) | Pfizer | 9/25/2002 | 32 | 25 | | 33 | 25 | | |
| Knoop, John (Franklin) | Pfizer | 9/25/2002 | 37 | 2 | | 37 | 10 | | R |
| Knoop, John (Franklin) | Pfizer | 9/25/2002 | 44 | 3 | | 44 | 7 | | |

| Deponent | Company | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|---|
| Knoop, John (Franklin) | Pfizer | 9/25/2002 | 77 | 14 | | 77 | 20 | | |
| Knoop, John (Franklin) | Pfizer | 9/25/2002 | 98 | 14 | | 100 | 25 | | |
| Knoop, John (Franklin) | Pfizer | 9/25/2002 | 102 | 17 | | 103 | 5 | | |
| Knoop, John (Franklin) | Pfizer | 9/25/2002 | 141 | 3 | | 141 | 7 | | |
| Knoop, John (Franklin) | Pfizer | 9/25/2002 | 150 | 24 | | 152 | 6 | | |
| Knoop, John (Franklin) | Pfizer | 9/25/2002 | 154 | 13 | | 155 | 1 | | |
| Knoop, John (Franklin) | Pfizer | 9/25/2002 | 158 | 4 | | 158 | 22 | | |
| Knoop, John (Franklin) | Pfizer | 9/25/2002 | 182 | 13 | | 183 | 4 | | NR |
| Knoop, John (Franklin) | Pfizer | 9/25/2002 | 284 | 6 | | 285 | 1 | | Form |
| Kramer, Dale | Kaiser | 10/10/2007 | 17 | 7 | | 17 | 12 | | 17:11-17:12 does not appear to be relevant to designated testimony |
| Kramer, Dale | Kaiser | 10/10/2007 | 28 | 22 | | 29 | 14 | | |
| Kramer, Dale | Kaiser | 10/10/2007 | 29 | 19 | | 29 | 24 | | |
| Magistro, Philip | Pfizer | 9/4/2002 | 5 | 7 | | 5 | 10 | | R |
| Magistro, Philip | Pfizer | 9/4/2002 | 5 | 24 | | 6 | 3 | | R |
| Magistro, Philip | Pfizer | 9/4/2002 | 76 | 2 | | 76 | 4 | | |
| Magistro, Philip | Pfizer | 9/4/2002 | 77 | 10 | | 77 | 12 | | |
| Magistro, Philip | Pfizer | 9/4/2002 | 449 | 12 | | 449 | 16 | | R |
| Magistro, Philip | Pfizer | 9/4/2002 | 450 | 5 | | 450 | 9 | | |
| Magistro, Philip | Pfizer | 9/4/2002 | 450 | 10 | | 450 | 15 | | |
| Magistro, Philip | Pfizer | 9/4/2002 | 450 | 24 | | 451 | 3 | | Form |
| Magistro, Philip | Pfizer | 9/4/2002 | 451 | 6 | | 451 | 9 | | |
| Magistro, Philip | Pfizer | 9/4/2002 | 451 | 10 | | 451 | 19 | | Form |
| Magistro, Philip | Pfizer | 9/4/2002 | 452 | 24 | | 453 | 7 | | Form |
| Magistro, Philip | Pfizer | 9/4/2002 | 453 | 11 | | 453 | 17 | | |
| Magistro, Philip | Pfizer | 9/4/2002 | 453 | 18 | | 453 | 21 | | Form |
| Magistro, Philip | Pfizer | 9/4/2002 | 454 | 2 | | 454 | 5 | | |
| Magistro, Philip | Pfizer | 9/4/2002 | 454 | 6 | | 454 | 10 | | |
| Magistro, Philip | Pfizer | 9/4/2002 | 454 | 11 | | 454 | 21 | | |
| Magistro, Philip | Pfizer | 9/4/2002 | 455 | 1 | | 455 | 10 | | |
| Magistro, Philip | Pfizer | 9/4/2002 | 459 | 17 | | 459 | 21 | | |
| Mancini, Nancy | Pfizer | 7/9/2007 | 13 | 2 | | 13 | 8 | | R |
| Mancini, Nancy | Pfizer | 7/9/2007 | 34 | 4 | | 34 | 8 | | R, S |
| Mancini, Nancy | Pfizer | 7/9/2007 | 39 | 7 | | 39 | 13 | | R |
| Mancini, Nancy | Pfizer | 7/9/2007 | 44 | 7 | | 45 | 5 | | R, F |
| Mancini, Nancy | Pfizer | 7/9/2007 | 137 | 4 | | 139 | 7 | | Form, R, H |
| Mancini, Nancy | Pfizer | 7/9/2007 | 149 | 11 | | 149 | 13 | | R, Form |