# Exhibit 7
# (Part 2 of 2)

| Deponent | Company | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|---|
| Mancini, Nancy | Pfizer | 7/9/2007 | 152 | 12 | | 152 | 24 | | Form, F |
| Mancini, Nancy | Pfizer | 7/9/2007 | 153 | 14 | | 153 | 22 | | F |
| Mancini, Nancy | Pfizer | 7/9/2007 | 156 | 5 | | 156 | 10 | | F, S |
| Mancini, Nancy | Pfizer | 7/9/2007 | 203 | 1 | | 203 | 11 | | O, F |
| Mancini, Nancy | Pfizer | 7/9/2007 | 203 | 24 | | 204 | 4 | | F, R |
| Mancini, Nancy | Pfizer | 7/9/2007 | 270 | 4 | | 270 | 8 | | O |
| Mancini, Nancy | Pfizer | 7/9/2007 | 270 | 12 | | 270 | 22 | | O, S, F |
| Mancini, Nancy | Pfizer | 7/10/2007 | 296 | 24 | | 297 | 7 | | R, F |
| Mancini, Nancy | Pfizer | 7/10/2007 | 306 | 16 | | 307 | 25 | | R, S, Form |
| Mancini, Nancy | Pfizer | 7/10/2007 | 313 | 20 | | 314 | 18 | | R, S |
| Mancini, Nancy | Pfizer | 7/10/2007 | 327 | 3 | | 327 | 8 | | |
| Mancini, Nancy | Pfizer | 7/10/2007 | 336 | 18 | | 337 | 4 | | |
| Mancini, Nancy | Pfizer | 7/10/2007 | 337 | 10 | | 337 | 11 | | |
| Mancini, Nancy | Pfizer | 7/10/2007 | 337 | 25 | | 338 | 15 | | R, S, Form |
| Mancini, Nancy | Pfizer | 7/10/2007 | 339 | 16 | | 339 | 24 | | O, Form |
| Mancini, Nancy | Pfizer | 7/10/2007 | 341 | 7 | | 341 | 12 | | F, R |
| Mancini, Nancy | Pfizer | 7/10/2007 | 346 | 5 | | 346 | 9 | | R |
| Mancini, Nancy | Pfizer | 7/10/2007 | 349 | 7 | | 349 | 9 | | R, F |
| Mancini, Nancy | Pfizer | 7/10/2007 | 356 | 6 | | 356 | 20 | | O, Form |
| Mancini, Nancy | Pfizer | 7/10/2007 | 357 | 2 | | 357 | 16 | | R, F, S, O |
| Mancini, Nancy | Pfizer | 7/10/2007 | 358 | 8 | | 358 | 16 | | O, Form |
| Mancini, Nancy | Pfizer | 7/10/2007 | 360 | 17 | | 362 | 5 | | S, O, F, R |
| Mancini, Nancy | Pfizer | 7/10/2007 | 363 | 16 | | 364 | 3 | | S, O, Form, F, R |
| Marino, John | Pfizer | 7/3/2007 | 589 | 2 | | 590 | 21 | | R, foreign approvals, NR |
| Marino, John | Pfizer | 7/3/2007 | 591 | 13 | | 593 | 11 | | R, F, Foreign approvals, NR, S, O, H |
| Marino, John | Pfizer | 7/3/2007 | 594 | 16 | | 596 | 20 | | R, Form, O, S |
| Marino, John | Pfizer | 7/3/2007 | 597 | 17 | | 598 | 9 | | Form, H, S, O, F, 403 |
| Marino, John | Pfizer | 7/3/2007 | 598 | 11 | | 600 | 2 | | Form, H, S, O, F, 403 |
| Marino, John | Pfizer | 7/3/2007 | 600 | 3 | | 602 | 3 | | Form, S, O, F, R |
| Marino, John | Pfizer | 7/3/2007 | 603 | 15 | | 605 | 11 | | Form, F, S |
| Marino, John | Pfizer | 7/3/2007 | 605 | 18 | | 607 | 2 | | S, O, F, NR |
| Marino, John | Pfizer | 7/3/2007 | 607 | 15 | | 607 | 25 | | |
| Marino, John | Pfizer | 7/3/2007 | 608 | 1 | | 609 | 18 | | R |
| Marino, John | Pfizer | 7/3/2007 | 618 | 24 | | 619 | 6 | | |
| Marino, John | Pfizer | 7/3/2007 | 621 | 12 | | 622 | 14 | | Form, S, O, F |
| Marino, John | Pfizer | 7/3/2007 | 622 | 18 | | 623 | 15 | | S, F, O, NR |
| Marino, John | Pfizer | 7/3/2007 | 623 | 22 | | 625 | 8 | | S, F, O, NR, Form |

| Deponent | Company | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|---|
| Marino, John | Pfizer | 7/3/2007 | 625 | 9 | | 626 | 24 | | S, F, O, NR, Form |
| Marino, John | Pfizer | 7/3/2007 | 626 | 25 | | 628 | 10 | | Form |
| Marino, John | Pfizer | 7/3/2007 | 628 | 17 | | 630 | 5 | | Form, F, O |
| Marino, John | Pfizer | 7/3/2007 | 630 | 6 | | 632 | 11 | | Form, NR, F, S, O |
| Martin, Tamela | Pfizer | 10/4/2007 | 16 | 11 | | 16 | 18 | | |
| Martin, Tamela | Pfizer | 10/4/2007 | 21 | 25 | | 22 | 7 | | NR, Form, O |
| Martin, Tamela | Pfizer | 10/4/2007 | 27 | 16 | | 27 | 19 | | O, F |
| Martin, Tamela | Pfizer | 10/4/2007 | 28 | 13 | | 28 | 22 | | NR, O, Form |
| Martin, Tamela | Pfizer | 10/4/2007 | 29 | 9 | | 29 | 12 | | |
| Martin, Tamela | Pfizer | 10/4/2007 | 80 | 2 | | 81 | 8 | | R, CE, Form, O, H |
| Martin, Tamela | Pfizer | 10/4/2007 | 83 | 25 | | 84 | 2 | | R, F |
| Martin, Tamela | Pfizer | 10/4/2007 | 84 | 11 | | 84 | 20 | | NR, O, F, R |
| Martin, Tamela | Pfizer | 10/4/2007 | 86 | 23 | | 87 | 8 | | R, S |
| Martin, Tamela | Pfizer | 10/4/2007 | 88 | 16 | | 89 | 3 | | R, Form |
| Martin, Tamela | Pfizer | 10/4/2007 | 115 | 22 | | 116 | 4 | | NR, O, Form, F |
| Martin, Tamela | Pfizer | 10/4/2007 | 172 | 4 | | 172 | 12 | | R |
| Martin, Tamela | Pfizer | 10/4/2007 | 197 | 2 | | 197 | 9 | | NR, Form, O |
| Martin, Tamela | Pfizer | 10/4/2007 | 201 | 2 | | 201 | 8 | | |
| Martin, Tamela | Pfizer | 10/4/2007 | 219 | 14 | | 219 | 20 | | S, Form |
| Martin, Tamela | Pfizer | 10/4/2007 | 236 | 8 | | 236 | 23 | | O, Form, H |
| Martin, Tamela | Pfizer | 10/4/2007 | 244 | 6 | | 245 | 11 | | NR, O, Form, F |
| Martin, Tamela | Pfizer | 10/4/2007 | 250 | 9 | | 251 | 2 | | NR, F |
| Martin, Tamela | Pfizer | 10/4/2007 | 280 | 8 | | 280 | 13 | | R |
| Martin, Tamela | Pfizer | 10/4/2007 | 294 | 5 | | 294 | 14 | | NR, F, O, Form |
| Martin, Tamela | Pfizer | 10/4/2007 | 314 | 14 | | 315 | 11 | | R, O, F, NR |
| Martin, Tamela | Pfizer | 10/5/2007 | 356 | 12 | | 356 | 16 | | R |
| Martin, Tamela | Pfizer | 10/5/2007 | 383 | 24 | | 384 | 13 | | F, H, O, S |
| Martin, Tamela | Pfizer | 10/5/2007 | 403 | 13 | | 404 | 4 | | S, H, NR |
| Martin, Tamela | Pfizer | 10/5/2007 | 437 | 22 | | 438 | 4 | | R, F |
| Martin, Tamela | Pfizer | 10/5/2007 | 438 | 21 | | 439 | 19 | | Form, R, S, F |
| Martin, Tamela | Pfizer | 10/5/2007 | 450 | 12 | | 450 | 25 | | NR, R, O |
| Mishra, Avanish | Pfizer | 6/14/2007 | 75 | 2 | | 75 | 4 | | O, F |
| Mishra, Avanish | Pfizer | 6/14/2007 | 75 | 13 | | 75 | 17 | | NR, O, F |
| Mishra, Avanish | Pfizer | 6/14/2007 | 192 | 23 | | 194 | 15 | | Form, O, F, S |
| Mishra, Avanish | Pfizer | 6/14/2007 | 195 | 23 | | 197 | 12 | | NR, F, O, Form |
| Mishra, Avanish | Pfizer | 6/14/2007 | 228 | 6 | | 231 | 20 | | R, Form, S, NR |
| Mishra, Avanish | Pfizer | 6/14/2007 | 279 | 3 | | 281 | 10 | | O, Form, S, F |

| Deponent | Company | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|---|
| Mishra, Avanish | Pfizer | 6/15/2007 | 480 | 16 | | 480 | 19 | | O, F |
| Mishra, Avanish | Pfizer | 6/15/2007 | 524 | 19 | | 525 | 5 | | R, Form |
| Mishra, Avanish | Pfizer | 6/15/2007 | 525 | 11 | | 525 | 12 | | R, Form |
| Mishra, Avanish | Pfizer | 6/15/2007 | 602 | 10 | | 602 | 24 | | NR, F, Form |
| O'Brien, Bina | CDM | 10/15/2007 | 62 | 4 | | 62 | 24 | | Form, S, O |
| O'Brien, Bina | CDM | 10/15/2007 | 72 | 24 | | 73 | 16 | | Form, S |
| O'Brien, Bina | CDM | 10/15/2007 | 96 | 2 | | 96 | 18 | | Form, S, O |
| O'Brien, Bina | CDM | 10/15/2007 | 166 | 23 | | 167 | 2 | | Form, S |
| O'Brien, Bina | CDM | 10/15/2007 | 167 | 4 | | 167 | 10 | | Form, S |
| O'Brien, Bina | CDM | 10/15/2007 | 201 | 20 | | 202 | 1 | | Form, F, NR, S |
| O'Brien, Bina | CDM | 10/15/2007 | 204 | 13 | | 204 | 16 | | Form, F, S |
| O'Brien, Bina | CDM | 10/15/2007 | 204 | 20 | | 204 | 25 | | Form, F, S |
| O'Brien, Bina | CDM | 10/15/2007 | 206 | 8 | | 206 | 11 | | Form, F, S |
| O'Brien, Bina | CDM | 10/15/2007 | 206 | 15 | | 206 | 16 | | Form, F, S |
| O'Brien, Bina | CDM | 10/15/2007 | 219 | 7 | | 219 | 16 | | Form, O |
| O'Brien, Bina | CDM | 10/15/2007 | 219 | 19 | | 219 | 19 | | Form, O |
| O'Brien, Bina | CDM | 10/15/2007 | 219 | 21 | | 223 | 5 | | Form, S, O, F |
| O'Brien, Bina | CDM | 10/15/2007 | 223 | 14 | | 225 | 16 | | Form, S, O, F |
| O'Brien, Bina | CDM | 10/15/2007 | 225 | 20 | | 226 | 7 | | Form, O, F |
| O'Brien, Bina | CDM | 10/15/2007 | 226 | 10 | | 226 | 18 | | Form, O, F |
| O'Brien, Bina | CDM | 10/15/2007 | 226 | 21 | | 226 | 25 | | Form, O, F |
| O'Brien, Bina | CDM | 10/15/2007 | 227 | 4 | | 227 | 8 | | Form, O, F |
| O'Brien, Bina | CDM | 10/15/2007 | 227 | 12 | | 227 | 24 | | Form, O, F, NR |
| O'Brien, Bina | CDM | 10/15/2007 | 228 | 9 | | 229 | 14 | | Form, O |
| O'Brien, Bina | CDM | 10/15/2007 | 229 | 16 | | 229 | 19 | | Form, O |
| O'Brien, Bina | CDM | 10/15/2007 | 229 | 21 | | 230 | 25 | | Form, O, S |
| O'Brien, Bina | CDM | 10/15/2007 | 231 | 10 | | 231 | 12 | | Form, F, O |
| O'Brien, Bina | CDM | 10/15/2007 | 231 | 21 | | 233 | 8 | | Form, S, O |
| O'Brien, Bina | CDM | 10/15/2007 | 233 | 10 | | 233 | 14 | | Form, O |
| O'Brien, Bina | CDM | 10/15/2007 | 233 | 16 | | 233 | 19 | | Form, O |
| O'Brien, Bina | CDM | 10/15/2007 | 233 | 21 | | 233 | 24 | | Form, O |
| O'Brien, Bina | CDM | 10/15/2007 | 234 | 1 | | 234 | 23 | | Form, NR, O |
| O'Brien, Bina | CDM | 10/15/2007 | 234 | 25 | | 235 | 3 | | Form, O |
| O'Brien, Bina | CDM | 10/15/2007 | 235 | 5 | | 235 | 8 | | Form, O |
| O'Brien, Bina | CDM | 10/15/2007 | 235 | 10 | | 235 | 13 | | Form, O |
| O'Brien, Bina | CDM | 10/15/2007 | 235 | 15 | | 235 | 19 | | Form, O |
| O'Brien, Bina | CDM | 10/15/2007 | 235 | 21 | | 235 | 24 | | Form, O |

| Deponent | Company | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|---|
| O'Brien, Bina | CDM | 10/15/2007 | 236 | 1 | | 236 | 5 | | Form, O |
| O'Brien, Bina | CDM | 10/15/2007 | 236 | 7 | | 236 | 11 | | v, O |
| Pande, Atul | Pfizer | 9/19/2007 | 14 | 16 | | 14 | 19 | | R |
| Pande, Atul | Pfizer | 9/19/2007 | 15 | 15 | | 15 | 19 | | |
| Pande, Atul | Pfizer | 9/19/2007 | 84 | 18 | | 85 | 9 | | NR, 403, unintelligible |
| Pande, Atul | Pfizer | 9/19/2007 | 120 | 8 | | 120 | 14 | | R, S, O, F |
| Pande, Atul | Pfizer | 9/19/2007 | 126 | 22 | | 127 | 12 | | |
| Pande, Atul | Pfizer | 9/19/2007 | 128 | 4 | | 128 | 25 | | R |
| Pande, Atul | Pfizer | 9/19/2007 | 149 | 21 | | 150 | 7 | | |
| Pande, Atul | Pfizer | 9/19/2007 | 155 | 11 | | 155 | 24 | | NR |
| Pande, Atul | Pfizer | 9/19/2007 | 275 | 11 | | 276 | 2 | | NR |
| Pande, Atul | Pfizer | 9/19/2007 | 363 | 11 | | 363 | 17 | | NR |
| Pande, Atul | Pfizer | 9/20/2007 | 602 | 24 | | 603 | 13 | | R, S, F, O |
| Pande, Atul | Pfizer | 9/20/2007 | 604 | 14 | | 605 | 25 | | F, S, O, H, Form |
| Pande, Atul | Pfizer | 9/20/2007 | 606 | 7 | | 606 | 16 | | F, S, O, H, Form |
| Pande, Atul | Pfizer | 9/20/2007 | 608 | 17 | | 610 | 13 | | No question, NR, R, F, O, H, Form, S |
| Pande, Atul | Pfizer | 9/20/2007 | 621 | 8 | | 621 | 10 | | Form, O, S, F, NR, no expert disclosures |
| Pande, Atul | Pfizer | 9/20/2007 | 621 | 12 | | 622 | 2 | | Form, O, S, F, NR, no expert disclosures |
| Pande, Atul | Pfizer | 9/20/2007 | 622 | 6 | | 622 | 13 | | Form, O, S, F, NR, no expert disclosures |
| Pande, Atul | Pfizer | 9/20/2007 | 624 | 4 | | 625 | 6 | | |
| Pande, Atul | Pfizer | 9/20/2007 | 625 | 20 | | 629 | 15 | | Form, R |
| Pande, Atul | Pfizer | 9/20/2007 | 633 | 20 | | 635 | 21 | | NR, R, F, S, O |
| Pande, Atul | Pfizer | 9/20/2007 | 636 | 7 | | 636 | 10 | | Form |
| Pande, Atul | Pfizer | 9/20/2007 | 636 | 13 | | 636 | 15 | | Form |
| Pande, Atul | Pfizer | 9/20/2007 | 641 | 18 | | 641 | 21 | | |
| Pande, Atul | Pfizer | 9/20/2007 | 644 | 24 | | 646 | 19 | | F, O, S |
| Pande, Atul | Pfizer | 9/20/2007 | 646 | 20 | | 647 | 16 | | S, O, H, F |
| Pande, Atul | Pfizer | 9/20/2007 | 647 | 17 | | 648 | 21 | | R, F, O, 403, NR, no expert disclosures |
| Pande, Atul | Pfizer | 9/20/2007 | 651 | 6 | | 651 | 10 | | Form, R, F, O, 403, NR, no expert disclosures |
| Pande, Atul | Pfizer | 9/20/2007 | 651 | 12 | | 652 | 8 | | Form, R, F, O, 403, NR, no expert disclosures |
| Pande, Atul | Pfizer | 9/20/2007 | 652 | 9 | | 652 | 13 | | |
| Pande, Atul | Pfizer | 9/20/2007 | 652 | 14 | | 653 | 17 | | Narrative, R, F, O, 403, no expert disclosures |
| Pande, Atul | Pfizer | 9/20/2007 | 653 | 18 | | 654 | 1 | | |
| Pande, Atul | Pfizer | 9/20/2007 | 654 | 2 | | 654 | 7 | | S, F, O, 403, no expert disclosures, Form |
| Pande, Atul | Pfizer | 9/20/2007 | 654 | 10 | | 655 | 1 | | S, F, O, 403, no expert disclosures, Form |
| Pande, Atul | Pfizer | 9/20/2007 | 655 | 2 | | 655 | 5 | | R, S, O, 403, Form, Narrative, NR |
| Pande, Atul | Pfizer | 9/20/2007 | 655 | 7 | | 656 | 8 | | R, S, O, 403, Form, Narrative, NR |

| Deponent | Company | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|---|
| Pande, Atul | Pfizer | 9/20/2007 | 656 | 9 | | 656 | 11 | | Form, S, O, 403 |
| Pande, Atul | Pfizer | 9/20/2007 | 656 | 17 | | 657 | 5 | | Form, S, O, 403, NR, Narrative |
| Pande, Atul | Pfizer | 9/20/2007 | 665 | 12 | | 667 | 1 | | |
| Pande, Atul | Pfizer | 9/20/2007 | 667 | 2 | | 667 | 6 | | |
| Pande, Atul | Pfizer | 9/20/2007 | 667 | 10 | | 667 | 13 | | |
| Pande, Atul | Pfizer | 9/20/2007 | 667 | 14 | | 667 | 17 | | |
| Pande, Atul | Pfizer | 9/20/2007 | 667 | 18 | | 668 | 1 | | |
| Pande, Atul | Pfizer | 9/20/2007 | 670 | 8 | | 671 | 9 | | S, F, O |
| Pande, Atul | Pfizer | 9/20/2007 | 671 | 10 | | 671 | 15 | | R |
| Pande, Atul | Pfizer | 9/20/2007 | 671 | 16 | | 671 | 23 | | Form |
| Pande, Atul | Pfizer | 9/20/2007 | 671 | 25 | | 672 | 2 | | Form, NR |
| Peroni, Joseph | Pfizer | 12/11/2002 | 14 | 15 | | 14 | 21 | | R, admits that he did not have a role or participate level of strategy, development or implementation for Neurontin? |
| Peroni, Joseph | Pfizer | 12/12/2002 | 40 | 2 | | 40 | 14 | | Objection to form., NR |
| Richter, John | Pfizer | 10/9/2007 | 5 | 11 | | 5 | 12 | | States his name |
| Richter, John | Pfizer | 10/10/2007 | 88 | 23 | | 89 | 7 | | NR, S |
| Richter, John | Pfizer | 10/11/2007 | 206 | 4 | | 206 | 13 | | NR |
| Samuels, Jennifer | CDM | 10/9/2007 | 27 | 9 | | 27 | 14 | | R |
| Samuels, Jennifer | CDM | 10/9/2007 | 54 | 5 | | 54 | 15 | | R |
| Samuels, Jennifer | CDM | 10/9/2007 | 58 | 1 | | 58 | 4 | | F, O |
| Samuels, Jennifer | CDM | 10/9/2007 | 58 | 18 | | 59 | 4 | | NR, O, S, F |
| Samuels, Jennifer | CDM | 10/9/2007 | 72 | 23 | | 72 | 25 | | S |
| Samuels, Jennifer | CDM | 10/9/2007 | 144 | 12 | | 144 | 22 | | S, F |
| Samuels, Jennifer | CDM | 10/9/2007 | 211 | 17 | | 212 | 7 | | O, Form, F |
| Samuels, Jennifer | CDM | 10/9/2007 | 212 | 10 | | 212 | 11 | | Form, F |
| Samuels, Jennifer | CDM | 10/9/2007 | 212 | 18 | | 212 | 21 | | Form, F |
| Samuels, Jennifer | CDM | 10/9/2007 | 212 | 24 | | 213 | 5 | | Form, F |
| Samuels, Jennifer | CDM | 10/9/2007 | 213 | 21 | | 213 | 23 | | Form, F |
| Samuels, Jennifer | CDM | 10/9/2007 | 227 | 7 | | 229 | 6 | | S, Form, F, 403, O |
| Samuels, Jennifer | CDM | 10/9/2007 | 230 | 21 | | 231 | 18 | | S, Form, F, 403, O |
| Samuels, Jennifer | CDM | 10/9/2007 | 231 | 19 | | 232 | 20 | | S, Form, F, 403, O |
| Samuels, Jennifer | CDM | 10/9/2007 | 233 | 12 | | 235 | 15 | | O, S, Form, F, R |
| Samuels, Jennifer | CDM | 10/9/2007 | 235 | 17 | | 237 | 8 | | O, S, F, R |
| Samuels, Jennifer | CDM | 10/9/2007 | 237 | 9 | | 239 | 2 | | O, S, F, R |
| Samuels, Jennifer | CDM | 10/9/2007 | 241 | 15 | | 243 | 14 | | O, S, F, R, Form |
| Samuels, Jennifer | CDM | 10/9/2007 | 243 | 21 | | 244 | 17 | | O, S, F, R, Form |

| Deponent | Company | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|---|
| Samuels, Jennifer | CDM | 10/9/2007 | 244 | 20 | | 244 | 20 | | O, S, F, R, Form |
| Scott, Drusilla | Pfizer | 12/12/2007 | 51 | 6 | | 51 | 8 | | O, F |
| Scott, Drusilla | Pfizer | 12/12/2007 | 100 | 9 | | 101 | 20 | | F, NR,O |
| Scott, Drusilla | Pfizer | 12/12/2007 | 623 | 16 | | 625 | 10 | | F, NR |
| Scott, Drusilla | Pfizer | 12/12/2007 | 625 | 11 | | 627 | 7 | | H |
| Scott, Drusilla | Pfizer | 12/12/2007 | 627 | 12 | | 627 | 24 | | F, O |
| Scott, Drusilla | Pfizer | 12/12/2007 | 628 | 16 | | 629 | 19 | | R |
| Scott, Drusilla | Pfizer | 12/12/2007 | 630 | 12 | | 632 | 20 | | H, NR, Form:objected due to leading questions., O |
| Scott, Drusilla | Pfizer | 12/12/2007 | 632 | 21 | | 636 | 3 | | Form: objected due to leading.  F, H, S |
| Scott, Drusilla | Pfizer | 12/12/2007 | 637 | 2 | | 637 | 22 | | O, F, Form:leading. |
| Scott, Drusilla | Pfizer | 12/12/2007 | 640 | 18 | | 644 | 14 | | F, NR |
| Scott, Drusilla | Pfizer | 12/12/2007 | 646 | 5 | | 647 | 7 | | F, S, |
| Scott, Drusilla | Pfizer | 12/12/2007 | 649 | 2 | | 650 | 2 | | |
| Scott, Drusilla | Pfizer | 12/12/2007 | 656 | 5 | | 657 | 10 | | F |
| Scott, Drusilla | Pfizer | 12/12/2007 | 664 | 4 | | 667 | 9 | | F, Form, S, O |
| Scott, Drusilla | Pfizer | 12/12/2007 | 671 | 2 | | 672 | 2 | | F, |
| Scott, Drusilla | Pfizer | 12/12/2007 | 675 | 18 | | 675 | 21 | | O |
| Scott, Drusilla | Pfizer | 12/12/2007 | 675 | 24 | | 675 | 24 | | RESPONDED NO, |
| Scott, Drusilla | Pfizer | 12/12/2007 | 682 | 8 | | 682 | 12 | | F, |
| Smith, Connor | CDM | 12/18/2007 | 7 | 16 | | 7 | 16 | | |
| Smith, Connor | CDM | 12/18/2007 | 8 | 19 | | 8 | 25 | | |
| Smith, Connor | CDM | 12/18/2007 | 9 | 16 | | 9 | 18 | | |
| Smith, Connor | CDM | 12/18/2007 | 19 | 17 | | 19 | 25 | | |
| Tive, Leslie | Pfizer | 7/11/2007 | 350 | 25 | | 351 | 2 | | R |
| Tive, Leslie | Pfizer | 7/11/2007 | 389 | 21 | | 390 | 20 | | F, S, O |
| Tive, Leslie | Pfizer | 7/11/2007 | 391 | 12 | | 391 | 15 | | F, S, O |
| Tive, Leslie | Pfizer | 7/11/2007 | 393 | 11 | | 393 | 20 | | |
| Tive, Leslie | Pfizer | 7/11/2007 | 406 | 19 | | 407 | 2 | | F, S, O |
| Tive, Leslie | Pfizer | 7/11/2007 | 408 | 15 | | 409 | 17 | | F, S, O, NR |
| Tive, Leslie | Pfizer | 7/11/2007 | 409 | 21 | | 409 | 25 | | NR |
| Tive, Leslie | Pfizer | 7/11/2007 | 410 | 11 | | 410 | 13 | | |
| Tive, Leslie | Pfizer | 7/11/2007 | 412 | 13 | | 412 | 18 | | |
| Tive, Leslie | Pfizer | 7/11/2007 | 457 | 2 | | 457 | 10 | | R |
| Tive, Leslie | Pfizer | 7/11/2007 | 472 | 7 | | 472 | 10 | | |
| Tive, Leslie | Pfizer | 7/11/2007 | 472 | 13 | | 472 | 17 | | |
| Tive, Leslie | Pfizer | 7/11/2007 | 511 | 4 | | 511 | 18 | | F, NR |
| Tive, Leslie | Pfizer | 7/11/2007 | 556 | 5 | | 556 | 7 | | Only a question, no answer |

| Deponent | Company | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|---|
| Tive, Leslie | Pfizer | 7/11/2007 | 603 | 4 | | 603 | 7 | | NR |
| Tive, Leslie | Pfizer | 7/11/2007 | 656 | 3 | | 656 | 6 | | NR |
| Tive, Leslie | Pfizer | 7/12/2007 | 718 | 20 | | 719 | 16 | | |
| Tive, Leslie | Pfizer | 7/12/2007 | 875 | 3 | | 876 | 23 | | R, S, O, F |
| Tive, Leslie | Pfizer | 7/12/2007 | 877 | 19 | | 878 | 3 | | R, S, O, F |
| Tive, Leslie | Pfizer | 7/12/2007 | 881 | 7 | | 881 | 20 | | R, S, O, F |
| Tive, Leslie | Pfizer | 7/12/2007 | 882 | 5 | | 882 | 11 | | S, O, F |
| Tive, Leslie | Pfizer | 7/12/2007 | 884 | 6 | | 884 | 15 | | Form |
| Tive, Leslie | Pfizer | 7/12/2007 | 886 | 4 | | 886 | 24 | | NR |
| Tive, Leslie | Pfizer | 7/12/2007 | 889 | 7 | | 890 | 16 | | Form, F, S, O, no expert disclosures |
| Tive, Leslie | Pfizer | 7/12/2007 | 891 | 5 | | 891 | 15 | | NR |
| Tive, Leslie | Pfizer | 7/12/2007 | 892 | 4 | | 892 | 19 | | R, S, O, F, foreign approvals, no expert disclosures |
| Tive, Leslie | Pfizer | 7/12/2007 | 894 | 23 | | 895 | 3 | | F, S, O |
| Tive, Leslie | Pfizer | 7/12/2007 | 896 | 8 | | 896 | 22 | | F, S, O |
| Tive, Leslie | Pfizer | 7/12/2007 | 896 | 23 | | 897 | 14 | | |
| Tive, Leslie | Pfizer | 7/12/2007 | 897 | 15 | | 897 | 19 | | |
| Tive, Leslie | Pfizer | 7/12/2007 | 897 | 25 | | 898 | 21 | | |
| Tive, Leslie | Pfizer | 7/12/2007 | 898 | 22 | | 899 | 7 | | |
| Tive, Leslie | Pfizer | 7/12/2007 | 899 | 21 | | 900 | 3 | | |
| Tive, Leslie | Pfizer | 7/12/2007 | 900 | 10 | | 900 | 25 | | |
| Tive, Leslie | Pfizer | 7/12/2007 | 901 | 2 | | 901 | 8 | | Form, AFNIE |
| Tive, Leslie | Pfizer | 7/12/2007 | 901 | 25 | | 902 | 5 | | |
| Tive, Leslie | Pfizer | 7/12/2007 | 902 | 18 | | 903 | 9 | | F, S, O, Form |
| Tive, Leslie | Pfizer | 7/12/2007 | 903 | 24 | | 904 | 9 | | |
| Tive, Leslie | Pfizer | 7/12/2007 | 905 | 14 | | 905 | 19 | | Form, F, S, O, no expert disclosures |
| Tive, Leslie | Pfizer | 7/12/2007 | 905 | 21 | | 905 | 24 | | Form, F, S, O, no expert disclosures |
| Tive, Leslie | Pfizer | 7/12/2007 | 906 | 2 | | 906 | 2 | | Form, F, S, O, no expert disclosures |
| Tive, Leslie | Pfizer | 7/12/2007 | 907 | 20 | | 907 | 25 | | Form |
| Tive, Leslie | Pfizer | 7/12/2007 | 908 | 3 | | 908 | 11 | | Form, NR, S, O |
| Tive, Leslie | Pfizer | 7/12/2007 | 908 | 13 | | 908 | 13 | | Form, NR, S, O |
| Tive, Leslie | Pfizer | 7/12/2007 | 909 | 4 | | 909 | 8 | | Form |
| Tive, Leslie | Pfizer | 7/12/2007 | 909 | 10 | | 909 | 10 | | Form |
| Tive, Leslie | Pfizer | 7/12/2007 | 909 | 11 | | 909 | 23 | | |
| Tive, Leslie | Pfizer | 7/12/2007 | 910 | 5 | | 910 | 16 | | |
| Tive, Leslie | Pfizer | 7/12/2007 | 910 | 21 | | 910 | 24 | | F, S, O, H, 403, R |
| Tive, Leslie | Pfizer | 7/12/2007 | 910 | 25 | | 911 | 6 | | F, S, O, H, 403, R |
| Tive, Leslie | Pfizer | 7/12/2007 | 913 | 18 | | 915 | 18 | | Form, F, S, O |

| Deponent | Company | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|---|
| Tive, Leslie | Pfizer | 7/12/2007 | 915 | 20 | | 915 | 25 | | Form, F, S, O |
| Tive, Leslie | Pfizer | 7/12/2007 | 916 | 19 | | 917 | 19 | | |
| Tive, Leslie | Pfizer | 7/12/2007 | 918 | 25 | | 919 | 5 | | |
| Turner, Janeth | Pfizer | 10/11/2007 | 9 | 21 | | 9 | 23 | | |
| Turner, Janeth | Pfizer | 10/11/2007 | 11 | 13 | | 11 | 17 | | |
| Turner, Janeth | Pfizer | 10/11/2007 | 12 | 4 | | 12 | 6 | | |
| Turner, Janeth | Pfizer | 10/11/2007 | 27 | 20 | | 27 | 24 | | |
| Turner, Janeth | Pfizer | 10/11/2007 | 147 | 16 | | 147 | 24 | | Form, S, O, F |
| Turner, Janeth | Pfizer | 10/11/2007 | 148 | 2 | | 148 | 12 | | Form, S, O, F |
| Turner, Janeth | Pfizer | 10/11/2007 | 148 | 14 | | 148 | 20 | | Form |
| Turner, Janeth | Pfizer | 10/11/2007 | 148 | 22 | | 148 | 22 | | Form |
| Turner, Janeth | Pfizer | 10/11/2007 | 149 | 8 | | 150 | 22 | | H |
| Turner, Janeth | Pfizer | 10/11/2007 | 150 | 23 | | 150 | 24 | | |
| Turner, Janeth | Pfizer | 10/11/2007 | 151 | 14 | | 152 | 3 | | No question, NR, unintelligible |
| Vega, Adrian | Pfizer | 6/13/2007 | 17 | 21 | | 17 | 24 | | |
| Vega, Adrian | Pfizer | 6/13/2007 | 33 | 7 | | 34 | 4 | | |
| Vega, Adrian | Pfizer | 6/13/2007 | 40 | 5 | | 40 | 8 | | misleading and incomplete to designate this, where he says he didn't handle Neurontin, without the following 5 lines, which say he managed people who did, and reviewed their work.  See Fed. R. Civ. P. 32(a)(6). |
| Vega, Adrian | Pfizer | 6/13/2007 | 52 | 17 | | 52 | 22 | | |
| Vega, Adrian | Pfizer | 6/13/2007 | 213 | 14 | | 213 | 16 | | |
| Vega, Adrian | Pfizer | 6/14/2007 | 479 | 2 | | 480 | 13 | | Form |
| Windom, Timothy | Pfizer | 12/6/2007 | 48 | 18 | | 49 | 15 | | |
| Windom, Timothy | Pfizer | 12/6/2007 | 70 | 8 | | 70 | 12 | | |
| Windom, Timothy | Pfizer | 12/6/2007 | 118 | 14 | | 119 | 12 | | |
| Windom, Timothy | Pfizer | 12/6/2007 | 140 | 25 | | 142 | 2 | | Lawyer colloquy, S, O, F |
| Windom, Timothy | Pfizer | 12/6/2007 | 162 | 17 | | 163 | 11 | | |
| Windom, Timothy | Pfizer | 12/6/2007 | 196 | 22 | | 197 | 12 | | F, S, O |
| Windom, Timothy | Pfizer | 12/6/2007 | 209 | 6 | | 209 | 25 | | Narrative |
| Windom, Timothy | Pfizer | 12/6/2007 | 210 | 13 | | 211 | 13 | | |
| Windom, Timothy | Pfizer | 12/6/2007 | 222 | 25 | | 223 | 22 | | NR, F, S, O |
| Windom, Timothy | Pfizer | 12/6/2007 | 249 | 23 | | 250 | 8 | | NR, F, S, O |
| Windom, Timothy | Pfizer | 12/6/2007 | 284 | 24 | | 285 | 17 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 65 | 11 | | 65 | 22 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 69 | 10 | | 71 | 7 | | Rule of completeness |
| Yoder, Margaret | Pfizer | 6/20/2007 | 83 | 22 | | 85 | 8 | | Speculation |

| Deponent | Company | Date | Beg. Page | Beg. Line | Begins With | End Page | End Line | Ends With | Objection/Counter |
|---|---|---|---|---|---|---|---|---|---|
| Yoder, Margaret | Pfizer | 6/20/2007 | 87 | 15 | | 88 | 8 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 90 | 12 | | 92 | 22 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 95 | 23 | | 96 | 3 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 109 | 23 | | 110 | 5 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 170 | 10 | | 170 | 21 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 269 | 16 | | 270 | 3 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 273 | 11 | | 274 | 9 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 346 | 14 | | 347 | 20 | | Leading |
| Yoder, Margaret | Pfizer | 6/20/2007 | 352 | 17 | | 352 | 25 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 353 | 9 | | 354 | 13 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 354 | 24 | | 355 | 21 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 357 | 11 | | 358 | 10 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 359 | 9 | | 361 | 18 | | Leading |
| Yoder, Margaret | Pfizer | 6/20/2007 | 361 | 19 | | 368 | 18 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 368 | 24 | | 369 | 22 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 370 | 7 | | 371 | 12 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 371 | 16 | | 374 | 15 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 374 | 23 | | 376 | 10 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 376 | 17 | | 377 | 19 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 377 | 20 | | 381 | 15 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 381 | 16 | | 383 | 11 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 383 | 12 | | 384 | 11 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 385 | 8 | | 385 | 21 | | R |
| Yoder, Margaret | Pfizer | 6/20/2007 | 406 | 14 | | 407 | 8 | | |
| Yoder, Margaret | Pfizer | 6/20/2007 | 408 | 15 | | 409 | 5 | | |