# Exhibit 12
# (Part 1 of 4)

In re Neurontin Marketing, Sales Practices, and Products Liability Litigation
Plaintiff Kaiser's Objections to Defendants' Trial Exhibit List
February 10, 2010

## EXHIBIT A

| Ex. No. | Begin Prod No. | End Prod. No. | Description | Date | Objection | Source |
|---|---|---|---|---|---|---|
| 501 | | | Physician's Desk Reference (1980-2010) | 1980-2010 | R | |
| 502 | | | Gabapentin Capsules, 8.6 Integrated Summary of Safety Info, dated Nov. 19, 1991 (incl. appendices and narratives) | 11/19/1991 | No Obj. | |
| 503 | Pfizer_LCastro_0039684 | Pfizer_LCastro_0039685 | Warner-Lambert Distribution letter to J. Convoer, et al., from Janeth Turner, R.N., B.S.N re: Submission of NDA, dated Jan. 15, 1992 (NDA 20-235) | 1/15/1992 | No Obj. | |
| 504 | Pfizer_LAlphs_0060100 | Pfizer_LAlphs_0060107 | Division of Neuropharmacological Drug Products, Review and Evaluation of Clinical Data, NDA 20-235 by Cynthia G. McCormick, M.D., Clinical Reviewer, dated Dec. 28, 1993 | 12/28/1993 | No Obj. | |
| 505 | Pfizer_LCastro_0035910 | Pfizer_LCastro_0035946 | Original FDA Approval Letter (NDA 20-235) (Dec. 30, 1993). | 12/30/1993 | No Obj. | |
| 506 | | | PDR References for Neurontin | 1994-2007 | R | |
| 507 | | | FDA Approved Labeling for Neurontin | 1994-2007 | No Obj. | |
| 508 | | | IMS National Disease Therapeutic Index data on uses by ICD9 code for anti-epileptic drugs, 1994 through 2007 | 1994-2007 | No Obj. | |
| 509 | | | IMS National Disease Therapeutic Index data on uses by ICD9 code and specialty for Neurontin, 1994 through 2007 | 1994-2007 | No Obj. | |
| 510 | | | IMS Integrated Promotional Services data on detailing and journal advertising expenditures for Neurontin, January 1994 through October 2009 | 1994-2009 | No Obj. | |
| 511 | | | Verispan VONA data on prescriptions for Neurontin and gabapentin, January 1994 through November 2009 | 1994-2009 | No Obj. | |
| 512 | | | Original FDA Approval Letter (NDA 20-235) (Apr. 8, 1994). | 4/8/1994 | No Obj. | |
| 513 | KAIS-044359 | KAIS-044372 | Regional Formulary and Therapeutics Committee Minutes, dated Apr. 14, 1994 | 4/14/1994 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 22 |
| 514 | KAIS-045052 | KAIS-045057 | Kaiser Permanente Medical Care Program, Ohio Region, Regional Pharmacy and Therapeutics Committee Minutes, dated May 18, 1994, (approved June 15, 1994) | 5/18/1994 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 39 |

1

| # | Bates 1 | Bates 2 | Description | Date | Objection |
|---|---|---|---|---|---|
| 515 | KAIS-044029 | KAIS-044042 | Regional Pharmacy & Therapeutics Committee Meeting Minutes, dated Sep. 13, 1994 | 9/13/1994 | R (to the extent used to reference discussions not pertaining to Neurontin) |
| 516 | WLC_Franklin_00 00128131 | WLC_Franklin_00 00128215 | Memorandum from R.W. Doyle to Distribution, re: Marketing Policies & Procedures, dated Dec. 6, 1994 | 12/6/1994 | No Obj. |
| 517 | | | Patient records of Kaiser-insureds prescribed Neurontin March 1995 through 2004 (not provided) | 1995-2004 | R, H, A, 403. All other objections reserved (placeholder exhibit does not provide meaningful notice or opportunity to object) |
| 518 | | | Kaiser clinical practice guidelines, resource guides, or practice support materials that refer to Neurontin or gabapentin whether hard copy, network, or web-based from 1995 through 2010 | 1995-2010 | R, H, A, 403. All other objections reserved (placeholder exhibit does not provide meaningful notice or opportunity to object) |
| 519 | WLC_FRANKLIN _0000038818 | WLC_FRANKLIN _0000038821 | Memorandum to E. Guerrero, from C. Ek, RE: Promotrak Analysis, dated Jan. 12, 1995 | 1/12/1995 | H |
| 520 | WLC_FRANKLIN _0000040789 | WLC_FRANKLIN _0000040799 | Document titled Promostudy Report, RE: Neurontin Merritt-Putnam Symposium, Mar. 1995 | Mar-95 | H |
| 521 | WLC_Franklin_00 00058822 | WLC_Franklin_00 00058824 | Letter from Rober M. Sutherland M.D., Co-Director Center for Pain Medicine, Allegheny General Hospital to Carlos Gorrio, Territory Manager, Parke Davis, Northeast Customer Business Unit, re: June 4, 1995 letter from Sherwood Richardson to Anthony Wild, dated June 8, 1995 | 6/8/1995 | R |
| 522 | WLC_Franklin_00 00096540 | WLC_Franklin_00 00096545 | Document titled "Medical Education, Non-Speakers Bureau, Independent Programs, Grants and Promotional Programs, dated Jan. 1, 1996 | 1/1/1996 | No Obj. |
| 523 | Pfizer LLaMoreaux 0025383 | Pfizer LLaMoreaux 0025389 | Parke-Davis Investigator's Meeting Protocol 945-209, The Ritz Carlton, Chicago, IL., Meeting Minutes, dated Mar. 8-9, 1996 | Mar-96 | H within H |
| 524 | WLC_Franklin_00 00031613 | WLC_Franklin_00 00031613 | Draft Internal PD Memorandum from P. Reichenberger to all TMs and ABMs, re: Emerging Applications Programs, dated Aug. 26, 1996 | 8/26/1996 | All objections reserved until document is provided. |
| 525 | KAIS-044116 | KAIS-044117 | Memorandum from Carole Gardner to Distribution List Re: "Pharmacy and Therapeutics Committee Meeting Minutes for December 10, 1996", dated Jan. 7, 1997 | 1/7/1997 | No Obj. Mirta Millares (01/10/08) deposition exhibit 05 |
| 526 | WLC_Franklin_00 00039762 | WLC_Franklin_00 00039763 | Letter from Tracie L. Kelley (MES) to John Knoop (PD), dated Feb. 27, 1997 | 2/27/1997 | No Obj. |
| 527 | WLC_Franklin_00 00067796 | WLC_Franklin_00 00067801 | "Enhancing Patient Care: Clinical Research Reports in Epilepsy," Program Agenda, Mar. 21-23, 1997 | 3/21/1997 | R |

2

| # | Bates Begin | Bates End | Description | Date | Obj. | Deposition |
|---|---|---|---|---|---|---|
| 528 | KAIS-003800 | KAIS-003801 | Document titled "Issue: Gabapentin (Neurontin)", Manufacturer: Parke Davis, P&T Review Date: September 1997 | Sep-97 | No Obj. | Albert Carver (07/12/07) deposition exhibit 02 |
| 529 | KAIS-003249 | KAIS-003252 | Document titled "1173. Gabapentin (Neurontin, Parke Davis) capsules", dated Sept. 1997, et seq. | Sep-97 | Multiple Documents | |
| 530 | KAIS-044021 | KAIS-044028 | Regional Pharmacy & Therapeutics Committee Meeting Minutes, dated Sept. 9, 1997 | 9/9/1997 | No obj. | |
| 531 | WLC_Franklin_00 00090124 | WLC_Franklin_00 00090127 | Parke-Davis Minutes of FDA Non-Approvable Meeting, dated Sept. 18, 1997 | 9/18/1997 | R | |
| 532 | KAIS-003675 | KAIS-003795 | Materials re: 1997 Conference on Chronic Pain Management, on Oct. 4, 1997 | 10/4/1997 | No Obj. | |
| 533 | KAIS-044085 | KAIS-044087 | Jan. 16, 1998, Issue 1, excerpts titled "Mevacor and Zocor Dosing", "Terfenadine Availability", "Zyban Decision", "Formulary Changes, Effective January 1, 1998", bearing the bates range KAIS-044085-087 | 1/16/1998 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 40 |
| 534 | Pfizer LLaMoreaux 0025354 | Pfizer LLaMoreaux 0025359 | Email chain sent from Janney Carol to Atul Pande and Debra Gmerek, re: 945-209, dated Feb., 1998 | Feb-98 | R | |
| 535 | KAIS-0044589 | KAIS-0044589 | Letter from Richard M. Lieblich to Debra M. Schramm titled "Addition to Agreement", dated Apr. 14, 1998 | 4/14/1998 | Incomplete - should designate full range beginning at 586, to show full agreement | Dale Kramer (10/10/07) deposition exhibit 10 |
| 536 | KAIS-004322 | KAIS-004326 | Knoll, J., K. Stegman and T. Suppes, "Clinical Experience using Gabapentin Adjunctively in Patients with a History of Mania or Hypomania," *Journal of Affective Disorders*, 49(3), June 1998 | Jun-98 | H | Albert Carver (07/13/07) deposition exhibit 26 |
| 537 | | | FDA Approval Letter (NDA 20-235). (Sept. 29, 1998). | 9/29/1998 | No Obj. | |
| 538 | WLC_CBU_1405 28 | WLC_CBU_1405 30 | FDA Approval Letter (NDA 20-882). (Oct. 9, 1998). | 10/9/1998 | No Obj. | |
| 539 | KAIS-005528 | KAIS-005528 | Email from Debbie R. Kubota to Dennis D. Cook, David R. Chandler, Mirta Millares, Susan L. Nakahiro, with the subject "Re: restricted", dated Nov. 17, 1998 | 11/17/1998 | No Obj. | David Chandler (10/30/07) deposition exhibit 03 |
| 540 | KAIS-005530 | KAIS-005531 | Email from Dennis D. Cook to Debbie R. Kubota with the subject "Pipeline Table", dated Dec. 17, 1998, bearing the bates range KAIS-005530-531 | 12/17/1998 | R | Albert Carver (07/12/07) deposition exhibit 06 |
| 541 | | | Oyekan E, Kung JS: A review of advances in treating fibromyalgia syndrome (fms) using a multidisciplinary approach. *The Permanente Journal* 3(2):62-75, 1999 | 1999 | H within H | Journal |
| 542 | | | Whitten CE, Donovan M, Cristobal K: Treating chronic pain: new knowledge, more choices. *The Permanente Journal* 9(4):9-18 1999 | 1999 | H within H | Journal |
| 543 | KAIS-004645 | KAIS-004651 | Document titled: "Drug Monograph", prepared by Debbie R. Kubota, Feb. 1999, bearing the bates range KAIS-004645-651 | Feb-99 | No Obj. | Albert Carver (07/12/07) deposition exhibit 04 |
| 544 | KAIS-004629 | KAIS-004637 | Document titled: "Drug Monograph", prepared by Debbie R. Kubota, Feb. 1999, bearing the bates range KAIS-004629-637 | Feb-99 | No Obj. | Albert Carver (07/12/07) deposition exhibit 07 |
| 545 | KAIS-024582 | KAIS-024587 | Document titled "Drug Monograph", prepared by Debbie R. Kubota, Feb. 1999, bearing the bates range KAIS-024582-587 | Feb-99 | No obj. | |
| 546 | KAIS-040973 | KAIS-040978 | Document titled "Drug Monograph", prepared by Debbie R. Kubota, dated Feb. 1999, bearing the bates range KAIS-040973-040978 | Feb-99 | No obj. | |

3

| # | Bates | Description | Date | Obj. | Source |
|---|---|---|---|---|---|
| 547 | KAIS-005536 | Email from Debbie R. Kubota to Richard J. Moldawsky with the subject "Re: Neurontin and Lamotrigine", dated Mar. 16, 1999, bearing the bates number KAIS-005536 | 3/16/1999 | No obj. | Deborah Kubota (10/11/07) deposition exhibit 04 |
| 548 | WLC_CBU_00210 | Standard Response Letter with attachments re: treatment of bipolar depression and mood disorder | 3/17/1999 | No Obj. | |
| 549 | KAIS-041088 | Committee Position Memo from Debbie R. Kubota to Arthur Flippin with the subject "Gabapentin (Neurontin) Expanded restrictions", dated Mar. 18, 1999, bearing the bates number KAIS-041088 | 3/18/1999 | No Obj. | David Chandler (10/30/07) deposition exhibit 05 |
| 550 | KAIS-041087 | Committee Position Memos from Debbie R. Kubota to David Chandler, Dennis Cook, with the subject "Gabapentin (Neurontin) Expanded restrictions", dated Mar. 24, 1999, bearing the bates range KAIS-041086-087 | 3/24/1999 | No Obj. | David Chandler (10/30/07) deposition exhibit 05 |
| 551 | | Gabapentin Adjunctive Treatment in Patients with Bipolar Disorder, Research Report No.: RR720-04174, dated Mar. 26, 1999 | 3/26/1999 | No Obj. | |
| 552 | KAIS-041064 | Committee Position Memos from Susan Nakahiro to Steve Halasaka, David Beard, Calvin Weisberger, Cambiz Baher, Matthew Schneiderman, Neal Lonky, Charles Braun, Victor Benson, James Morgestern, with the subject "Gabapentin (Neurontin) Expanded Restrictions", dated Mar. 31, 1999, bearing the bates range KAIS-041064-072 | 3/31/1999 | No Obj. | David Chandler (10/30/07) deposition exhibit 05 |
| 553 | KAIS-041084 | Email from James Defontes to Debbie R. Kubota, Susan L. Nakahiro, Mirta Millares, -Scal-Chiefs-of-Anesthesiology, David R. Chandler, with the subject "RE: gabapentin: expanded restrictions", dated Apr. 6, 1999, bearing the bates range KAIS-041084-085 | 4/6/1999 | No Obj. | David Chandler (10/30/07) deposition exhibit 05 |
| 554 | KAIS-041083 | Committee Position Memo from Susan Nakahiro to Hyman Milstein with the subject "Gabapentin (Neurontin) expanded restrictions", dated May 4, 1999, bearing the bates number KAIS-041083 | 5/4/1999 | No Obj. | David Chandler (10/30/07) deposition exhibit 05 |
| 555 | KAIS-004639 | SCPMG Chiefs of Psychiatry and Addiction Medicine, Meeting, Mar 24, 1999, bearing the bates range KAIS-004639 004644 | 3/24/1999 | R (to the extent used to reference discussions not pertaining to Neurontin) | David Chandler (10/30/07) deposition exhibit 04 |
| 556 | KAIS-004620 | Document titled "Drug Monograph", prepared by Debbie R. Kubota, June 1999, bearing the bates range KAIS-004620-628 | Jun-99 | No obj. | Albert Carver (07/13/07) deposition exhibit 24 |
| 557 | KAIS-003259 | Document titled "Drug Monograph", bearing the bates range KAIS-003259-268 | Jun-99 | No obj. | Mirta Millares (10/02/07) deposition exhibit 12 |
| 558 | KAIS-024028 | Synopsis of Chiefs of Neurology Meeting re: "Drug Information/Professional Services (DI/PS) items", dated June 1999, bearing the bates range KAIS-024028-030 | Jun-99 | No Obj. | |
| 559 | KAIS-024555 | Document titled "Drug Monograph", prepared by Debbie R. Kubota, June 1999, bearing the bates range KAIS-024555- 563 | Jun-99 | No Obj. | |
| 560 | KAIS-005550 | Email from Debbie R. Kubota with the subject "Gabapentin: removal of restrictions, Formulary recommendation", dated June 9, 1999, bearing the bates number KAIS-005550 | 6/9/1999 | No Obj. | Mitchell Danesh (11/06/07) deposition exhibit 04 |
| 561 | KAIS-005342 | E-Mail from Debbie R. Kubota to Rich Liebich, Mirta Millares, Susan L. Nakahiro, with the subject "Neurontin", dated June 10, 1999, bearing the bates number KAIS-005342 | 6/10/1999 | No Obj. | Albert Carver (07/13/07) deposition exhibit 14 |
| 562 | KAIS-004615 | Document titled "Chiefs of Neurology Meeting June 17, 1999 - Drug Information/Professional Services items, Debbie R. Kubota", bearing the bates range KAIS-004615-618 | 6/17/1999 | No obj. | Albert Carver (07/13/07) deposition exhibit 24 |
| 563 | KAIS-024052 | Document titled "Chiefs of Neurology Meeting June 17, 1999, Drug Information/Professional Services items, Debbie R. Kubota", bearing the bates number KAIS-024052 | 6/17/1999 | No Obj. | Kaiser |
| 564 | KAIS-041073 | Committee Position Memos from Susan Nakahiro to Arcelia Martin, Geoffrey Carr, James Morgenstern, Victor Benson, Charles Braun, Neal Lonky, Matthew Schneiderman, Cambiz Baher, Calvin Weisberger, David Beard, with the subject "Gabapentin (Neurontin) removal of restrictions", dated June 24, 1999, bearing the bates range KAIS- 041073-082 | 6/24/1999 | No Obj. | David Chandler (10/30/07) deposition exhibit 05 |

4

| # | Bates | Description | Date | Obj. | Dep. Ex. |
|---|---|---|---|---|---|
| 565 | KAIS-004638 | SCPMG Chiefs of Psychiatry and Addiction Medicine, Meeting, July 28, 1999, Topic: Gabapentin (Neurontin): Removal of Restrictions: Formulary Recommendation, bearing the bates number KAIS-004638 | 7/28/1999 | No Obj. | David Chandler (10/30/07) deposition exhibit 04 |
| 566 | KAIS-041061 | Committee Position Memos from Debbie R. Kubota to David Chandler, Dennis Cook, with the subject "Gabapentin (Neurontin:) Removal of Restrictions", dated July 28, 1999, bearing the bates range KAIS-041061-041062 | 7/28/1999 | No Obj. | David Chandler (10/30/07) deposition exhibit 05 |
| 567 | KAIS-041063 | Committee Position Memo from Susan Nakahiro to Hyman Milstein with the subject "Gabapentin (Neurontin) capsules - removal of restrictions", dated Aug. 3, 1999, bearing the bates number KAIS-041063 | 8/3/1999 | No Obj. | David Chandler (10/30/07) deposition exhibit 05 |
| 568 | KAIS-044007 | SCPMG Regional Pharmacy & Therapeutics Committee Meeting Minutes, dated Sept. 14, 1999, bearing the bates range KAIS-044007-020 | 9/14/1999 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (10/02/07) deposition exhibit 13 |
| 569 | Pfizer LLaMoreaux 0025272 | Memorandum from the Editorial Office, Att: Donna Kocan of Bipolar Disorders to Atul Pande, M.D., re: "Gabapentin in Bipolar Disorder: A Placebo-Controlled Trial of Adjunctive Therapy", dated Oct. 20, 1999, bearing the bates range Pfizer LLaMoreaux 0025272. | 10/20/1999 | H | |
| 570 | KAIS-044171 | Minutes of the Regional Pharmacy & Therapeutics Committee, dated Nov. 2, 1999, bearing the bates range KAIS-044171-173 | 11/2/1999 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 07 |
| 571 | | Proceedings of the Third International Conference on Bipolar Disorder 1999 | 1999 | H | |
| 572 | KAIS-044130.028 | Materials re: Kaiser Permanente Final Draft of "Mid-Atlantic States Region Formulatory Process Reference Guide", bearing the bates range KAIS-044130.028-044130.047 | 2000 | No Obj. | Mirta Millares (10/02/07) deposition exhibit 02 |
| 573 | | Levine, S., Campen, D., Millares, M., Barrueta, A., "Kaiser Permanente's Prescription Drug Benefit, A look at how the HMO giant responds to unregulated market pricing of pharmaceuticals", Health Affairs, 2000, 19(2):185-190 | 2000 | H | Mirta Millares (10/02/07) deposition exhibit 26 |
| 574 | KAIS-005386 | Email from Mirta Millares to Debbie Kubota with the subject "Re: FW: Research proposal", dated Jan. 17, 2000, bearing the bates range KAIS-005386-388 | 1/17/2000 | No Obj. | Mirta Millares (10/02/07) deposition exhibit 01 |
| 575 | KAIS-005577 | Email from Cathlene Richmond to Debbie R. Kubota with the subject "Neurontin Waste Memo", dated Feb. 4, 2000, bearing the bates number KAIS-005577 | 2/4/2000 | No Obj. | Deborah Kubota (10/11/07) deposition exhibit 04 |
| 576 | KAIS-044373 | Regional Formulary and Therapeutics Committee Minutes, dated Feb. 10, 2000, bearing the bates range KAIS-044373-380 | 2/10/2000 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 31 |
| 577 | KAIS-005392 | Email from Debbie R. Kubota to Joseph C. Montero, DWNY ICPSS RX-KPSC-SCAL, DWNY IR Form RX-KPSC-SCAL, Patricia Powers, Dan Colley, Lynn Wardwell, with the subject "Re: Input Needed from ICPSS-Neurontin", dated Feb. 25, 2000, bearing the bates number KAIS-005392 | 2/25/2000 | No Obj. | |
| 578 | KAIS-005399 | Email from Debbie Kubota to Rich Liebich, with the subject "Re: Keppra vs. generic Neurontin", dated Mar. 7, 2000, bearing the bates number KAIS-005399 | 3/7/2000 | No Obj. | Dale Kramer (10/10/07) deposition exhibit 04 |
| 579 | KAIS-005421 | Email from Debbie R. Kubota to Andrew Blumenfeld, with the subject "RE: Peripheral neuropathy guidelines", dated Mar. 27, 2000, bearing the bates range KAIS-005421-422 | 3/27/2000 | No Obj. | Mitchell Danesh (11/06/07) deposition exhibit 05 |
| 580 | KAIS-036654 | Document titled "Drug Monograph" dated May 2000, prepared by Debbie R. Kubota, bearing the bates range KAIS-036654 - 672 | May-00 | No Obj. | |

5

| # | Bates | Description | Date | Obj. | Notes |
|---|---|---|---|---|---|
| 581 | KAIS-044954 | Memorandum from Mike Chase, Karin Kempe, Jeff Cohen, and Rachana Patel to Adult Primary Care Providers Re: "Gabapentin in Pain Syndromes", dated May 9, 2000, bearing the bates range KAIS-044954-957 | 5/9/2000 | No Obj. | Mirta Millares (01/10/08) deposition exhibit 03 |
| 582 | KAIS-044131 | Drugs & Therapeutics Bulleting, June 2000, bearing the bates range KAIS-044131-138 | Jun-00 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 09 |
| 583 | KAIS-005439 | Email from Susan L. Nakahiro to Victor M. Benson, Debbie R. Kubota, Eileen L. Bardolph, with the subject "RE: Neurontin and the formulary", dated June 2, 2000, bearing the bates range KAIS-005439-440 | 6/2/2000 | No Obj. | |
| 584 | KAIS-044182 | Minutes of the Regional Pharmacy & Therapeutics Committee, dated June 6, 2000, bearing the bates range KAIS-044182-184 | 6/6/2000 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 08 |
| 585 | KAIS-036734 | TPMG Chiefs of Neurology meeting, June 15, 2000, bearing the bates range KAIS-036734-735 | 6/15/2000 | No Obj. | Kaiser |
| 586 | KAIS-036735 | Pande A.C., Crockatt J.G., Janney C.A., Werth J.L, Tsaroucha G., "Gabapentin in bipolar disorder: a placebo-controlled trial of adjunctive therapy," *Bipolar Disorders*, 2:249-255, 2000. | 2000 | H | Robin Dea (09/28/07) deposition exhibit 05 |
| 587 | KAIS-041753 | Nemeroff, CB. An Ever-Increasing Pharmacopoeia for the Management of Patients with Bipolar Disorder. J Clin Psychiatry 2000;61(Suppl 13):19-25), bearing the bates range KAIS-041753-759 | 2000 | H | |
| 588 | KAIS-042500 | Drug Information Services' (DIS) Drug Inquiry 46480, Requestor: Beth Chester, dated July 21, 2000, bearing the bates range KAIS-042500-501 | 7/21/2000 | No Obj. | Mirta Millares Declaration (3/26/09) exhibit E |
| 589 | KAIS-005441 | Email from Debbie Kubota to Geoffrey Carr, with the subject "FW: P&T Committee", dated July 25, 2000, bearing the bates range KAIS-005441-443 | 7/25/2000 | No Obj. | Mirta Millares (10/02/07) deposition exhibit 03 |
| 590 | KAIS-004254 | Pande AC, Pollack MH, Crockatt J, Ct al.: Placebo-controlled study of gabapentin treatment of panic disorder. J Clin Psychopharmacol 20(4):467-471, 2000, bearing the bates range KAIS-004254-258 | Aug-00 | H | |
| 591 | KAIS-005616 | Email from Cathlene Richmond to Susan L. Nakahiro, Debbie R. Kubota, Rich Lieblich, with the subject "line-extension needed", dated Aug. 11, 2000, bearing the bates number KAIS-005616 | 8/11/2000 | R | |
| 592 | KAIS-005450 | Email from Debbie Kubota to Cathlene Richmond, Susan L.Nakahiro, Rich Lieblich, with the subject "Re: line-extension needed: Neurontin 600/800", dated Aug. 14, 2000, bearing the bates range KAIS-005450-451 | 8/14/2000 | R | Dale Kramer (10/10/07) deposition exhibit 05 |
| 593 | KAIS-005456 | Email from Debbie Kubota with the subject "Neurontin 600 mg and 800 mg tablets", dated Aug. 23, 2000, bearing the bates number KAIS-005456 | 8/23/2000 | R | Dale Kramer (10/10/07) deposition exhibit 06 |
| 594 | KAIS-044404 | Kaiser Permanente Northwest Division Electronic Memorandum from James Norris, M.D., to NWPerm Clinicians re:"Gabapentin (Neurontin) in Neuropathic Pain", dated Aug. 24, 2000, bearing the bates range KAIS-044404-409 | 8/24/2000 | No Obj. | Mirta Millares (01/10/08) deposition exhibit 32 |
| 595 | KAIS-004564 | TPMG Chiefs of Neurology meeting, Drug Information Services Synopsis on "Zonisamide (Zonegran) - Formulary recommendation", dated Sep. 11, 2000, bearing the bates number KAIS-004564 | 9/11/2000 | R (to the extent used to reference discussions not pertaining to Neurontin) | |
| 596 | KAIS-043995 | SCPMG Regional Pharmacy & Therapeutics Committee Meeting Minutes, dated Sep. 12, 2000, bearing the bates range KAIS-043995-006 | 9/12/2000 | R (to the extent used to reference discussions not pertaining to Neurontin) | |

| # | Bates Begin | Bates End | Description | Date | Obj. | Notes |
|---|---|---|---|---|---|---|
| 597 | KAIS-036736 | KAIS-036736 | SCPMG Chiefs of Neurology meeting, Sep. 21, 2000, bearing the bates number KAIS-036736 | 9/21/2000 | R (to the extent used to reference discussions not pertaining to Neurontin) | |
| 598 | Pfizer_LCastro_0072758 | Pfizer_LCastro_0072761 | FDA Approval Letter (NDA 20-235) bearing the bates range Pfizer_LCastro_0072758 - 61. (Oct. 12, 2000). | 10/12/2000 | No Obj. | |
| 599 | KAIS-042568 | KAIS-042568 | Document titled "Drug Inquiry" requestor: Dale Daniel, dated Oct. 27, 2000, bearing the bates number KAIS-042568 | 10/27/2000 | No Obj. | |
| 600 | Pfizer_MBrown_0000336 | Pfizer_MBrown_0000338 | Email from Hank McRorie to DL-All_Field_Force, dated Nov. 30, 2000, bearing the bates range Pfizer_MBrown_0000336-38 | 11/30/2000 | No Obj. | |
| 601 | Pfizer_LCastro_0000054 | Pfizer_LCastro_0000058 | Memorandum from Joe Feczko to PPG - US Medical Personnel, dated Dec. 7, 2000, bearing the bates range Pfizer_LCastro_0000054-58 | 12/7/2000 | No obj. | |
| 602 | KAIS-044130.027 | KAIS-044130.027 | Regional Pharmacy & Therapeutics Committee Agenda, Desert Center Conference Room 3 East, dated Dec. 8, 2000, bearing the bates number KAIS-044130.027 | 12/8/2000 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 20 |
| 603 | | | Pfizer 2000 Annual Report | 2001 | No obj. | |
| 604 | | | Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition (DSM-IV). | 2001 | No obj. | |
| 605 | KAIS-044094 | KAIS-044095 | Jan. 2001, Special Edition, article titled "Pain Management Update", bearing the bates range KAIS-044094-095 | Jan-01 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 43 |
| 606 | Pfizer_DProbert_0019738 | Pfizer_DProbert_0019742 | Memorandum from Pat Kelly to PPG - US Marketing Personnel, dated Mar. 2001, bearing the bates range Pfizer_DProbert_0019738-42 | 3/1/2001 | No obj. | |
| 607 | KAIS-005489 | KAIS-005489 | Email from Mirta Millares to Debbie Kubota, Richard A. Wagner, with the subject "Re: 'Tainted' studies", dated Mar. 26, 2001, bearing the bates number KAIS-005489 | 3/26/2001 | No obj. | Morris Maizels (09/26/07) deposition exhibit 04 |
| 608 | Pfizer_LeslieTive_0064650 | Pfizer_LeslieTive_0064652 | Email from Leslie Tive to Jennifer Stampp et al., re: GREAT NEWS: 900 mg DAY 1, dated March 29, 2001, bearing the bates range Pfizer_LeslieTive_0064650-652 | 3/29/2001 | No obj. | |
| 609 | Pfizer_LCastro_0004053 | Pfizer_LCastro_0004054 | E-mail from Marino Garcia to Angela Crespo, et al., re: Please Read - Article: "Emerging Therapies in Chronic Pain", dated Apr. 27, 2001, bearing the bates range Pfizer_LCastro_0004053-054 | 4/27/2001 | No obj. | |
| 610 | KAIS-005515 | KAIS-005515 | Email from Debbie R. Kubota to Lynn L. Peacock with the subject "Re: Formulary Update", dated May 30, 2001, bearing the bates number KAIS-005515 | 5/30/2001 | R | Mirta Millares (10/02/07) deposition exhibit 24 |
| 611 | Pfizer_MPatel_0078437 | Pfizer_MPatel_0078446 | Department of Health & Human Services Letter, re: Pre-NDA Meeting Minutes, dated June 13, 2001, bearing the bates range Pfizer_MPatel_0078437-446 | 6/13/2001 | No obj. | |
| 612 | | | Mathew, N.T., Rapoport, A., Saper, J., Magnus, L., Klapper, J., Ramadan, N., Stacey, B., Tepper, S., "Efficacy of Gabapentin in Migraine Prophylaxis," *Headache*, 41:119-128, 2001 | 2001 | H | Morris Maizels (09/26/07) deposition exhibit 05 |
| 613 | KAIS-005516 | KAIS-005518 | Email from Sandra A. Olivas with the subject "Current Drug News", dated June 26, 2001, bearing the bates range KAIS-005516-518 | 6/26/2001 | No obj. | Mirta Millares (10/02/07) deposition exhibit 24 |
| 614 | KAIS-005519 | KAIS-005520 | Email from Psychcom@psyciatrist.com to Debbie R. Kubota with the subject "Journal of Clinical Psychiatry E-Lert June 2001", dated June 2, 2001, bearing the bates range KAIS-005519-520 | 7/2/2001 | No obj. | Mirta Millares (10/02/07) deposition exhibit 24 |
| 615 | KAIS-005708 | KAIS-005708 | Email from Mark Glatt to Mary Talaga and Cathlene Richmond, Jack Rozance, George Palma, Thomas Vigran, with the subject "oxcarbazepine", dated July 3, 2001, bearing the bates number KAIS-005708 | 7/3/2001 | No obj. | Albert Carver (07/13/07) deposition exhibit 20 |

7

| # | Bates | Description | Date | Objection | Notes |
|---|---|---|---|---|---|
| 616 | KAIS-005521 | Email from Debbie R. Kubota to Mark Glatt, Cathlene Richmond with the subject "Re: oxcarbazepine", dated July 5, 2001, bearing the bates range KAIS-005521-525 | 7/5/2001 | No obj. | Mirta Millares (10/02/07) deposition exhibit 24 |
| 617 | KAIS-001435 | Approved-Combined Minutes, TPMG Regional Pharmacy and Therapeutics Committee & Formulary Subcommittee, Conference Room F, 2nd Floor, 1950 Franklin St., Oakland, dated July 11, 2001, bearing the bates range KAIS-001435-443 | 7/11/2001 | R (to the extent used to reference discussions not pertaining to Neurontin) | Dale Kramer (10/10/07) deposition exhibit 02 |
| 618 | Pfizer_RGlanzman_0037380 | Email from Marino Garcia to Timothy Hsu and Robert Glanzman, re: Neurontin For Ne Pain in Germany, dated July 18, 2001 bearing the bates range Pfizer_RGlanzman_0037380-381 | 7/18/2001 | No obj. | |
| 619 | KAIS-005714 | Email from Mirta Millares to Debbie R. Kubota with the subject "Re: anticonvulsant class review", dated Aug. 14, 2001, bearing the bates number KAIS-005714 | 8/14/2001 | No obj. | Dale Kramer (10/10/07) deposition exhibit 13 |
| 620 | KAIS-000137 | Approved-Combined Minutes, TPMG Regional Pharmacy and Therapeutics Committee & Formulary Subcommittee, Conference Room F, 2nd Floor, 1950 Franklin St., Oakland, dated Sept. 12, 2001, bearing the bates range KAIS-000137-143 | 9/12/2001 | R (to the extent used to reference discussions not pertaining to Neurontin) | Dale Kramer (10/10/07) deposition exhibit 01 |
| 621 | Pfizer LTive 0010343 | Email from Angela Crespo to Leslie Tive, et al., re: GBP IN BIPOLAR DISORDER, dated Sept. 12, 2001, bearing the bates range Pfizer LTive 0010343-344 | 9/12/2001 | All objections reserved until document is provided. | |
| 622 | KAIS-005526 | Email from Debbie R. Kubota to Ambrose Carrejo, Denis Y. Matsuoka, Stacey Olvera, Christina Y. Kim, with the subject "gabapentin and pain data", dated Sep. 18, 2001, bearing the bates number KAIS-005526 | 9/18/2001 | No obj. | Mirta Millares (10/02/07) deposition exhibit 24 |
| 623 | KAIS-027648 | Document titled "Drug Monograph, Drug: Oxcarbazepine (Trileptal): Expanded restrictions, Manufacturer: Novartis Pharmaceuticals, P&T Review Date: SCPMG March 2002, TPMG December 2001, Executive Summary Formulary Considerations", prepared by Debbie R. Kubota, dated Oct. 2001, bearing the bates range KAIS-027648-660 | Oct-01 | No obj. | Kaiser |
| 624 | KAIS-027685 | Document titled "Drug Monograph", prepared by Debbie R. Kubota, dated Oct. 2001, bearing the bates range KAIS-027685-697 | Oct-01 | No obj. | |
| 625 | Pfizer_LKnapp_0026897 | Report Assesment of Psychiatrist Usage, dated Oct. 2001, bearing the bates range Pfizer_LKnapp_0026897-909 | Oct-01 | No obj. | |
| 626 | Pfizer LKnapp 0026895 | Email from Angela Crespo to Steve Pomerantz, et al., re: Revised Draft-Neurontin Final Report, dated Nov. 6, 2001, bearing the bates range Pfizer LKnapp 0026895-896 | 11/6/2001 | No obj. | |
| 627 | KAIS-001460 | Approved Minutes: TPMG Regional Pharmacy and Therapeutics Committee & Formulary Subcommittee Meeting, dated Dec. 12, 2001, bearing the bates range KAIS-001460-67 | 12/12/2001 | R (to the extent used to reference discussions not pertaining to Neurontin) | Albert Carver (07/13/07) deposition exhibit 17 |
| 628 | Pfizer_SDoft_005829 | Neurontin 2003 Operating Plan, bearing the bates range Pfizer_SDoft_005829-936 | 2002 | No obj. | |
| 629 | KAIS-036805 | Kaiser Permanente Document titled, "Drug Monograph Class Review: Antiepileptic agents for bipolar disorder", prepared by Debbie R. Kubota, dated Jan. 2002, bearing the bates number KAIS-036780-805 | Jan-02 | No obj. | |
| 630 | KAIS-044043 | Document titled "Drug Monograph", prepared by Debbie R. Kubota, Jan. 2, 2002, bearing the bates range KAIS-044043-067 | 1/2/2002 | No obj. | Mirta Millares (01/10/08) deposition exhibit 46 |

8

| # | Bates Begin | Bates End | Description | Date | Objection | Notes |
|---|---|---|---|---|---|---|
| 631 | KAIS-036753 | KAIS-036754 | TPMG Chiefs of Psychiatry meeting: Jan. 23, 2003, bearing the bates range KAIS-036753-754 | 1/23/2002 | R (to the extent used to reference discussions not pertaining to Neurontin) | Kaiser |
| 632 | KAIS-005912 | KAIS-005914 | Email from Debbie R. Kubota to Dale D. Daniel, Barbara C. Bolinger, with the subject "RE: geriatric risk factor recommendations", dated Nov. 26, 2002, bearing the bates range 005912-914 | 1/26/2002 | No obj. | Kaiser |
| 633 | Pfizer_LeslieTive_0020880 | Pfizer_LeslieTive_0020921 | Submission cover letter with attachments from Beate Roder to the journal Diabetic Medicine, dated Feb. 14, 2002, bearing the bates range Pfizer_LeslieTive_0020880-0020921 | 2/14/2002 | No obj. | |
| 634 | KAIS-005922 | KAIS-005922 | Email from Debbie R. Kubota to David R. Chandler et. al., with the subject "Antiepileptic agents for bipolar disorder: SCPMG Chiefs of Psychiatry Formulary Recommendation", dated Mar. 8, 2002, bearing the bates number KAIS-005922 | 3/8/2002 | No obj. | |
| 635 | KAIS-036744 | KAIS-036746 | SCPMG Chiefs of Psychiatry meeting: Mar. 20, 2002, bearing the bates range KAIS-036744-746 | 3/20/2002 | R (to the extent used to reference discussions not pertaining to Neurontin) | Kaiser |
| 636 | | | SCPMG Chiefs of Psychiatry Meeting Minutes, dated Mar. 20, 2002, et seq, bearing the bates range KAIS-004472-500 | 3/20/2002 | R (to the extent used to reference discussions not pertaining to Neurontin) | |
| 637 | KAIS-002929 | KAIS-003034 | Sachs G.S., Printz D.J., Kahn D.A, Carpenter D, Docherty J.P., "The Expert Consensus Guideline Series: Medication Treatment of Bipolar Disorder," Postgraduate Medicine, Apr. 2000, sent to Debbie Kubota on Mar. 23, 2002, bearing the bates range KAIS-002929-034 | 3/23/2002 | No obj. | Robin Dea (09/28/06) deposition exhibit 06 |
| 638 | KAIS-044090 | KAIS-044091 | Apr. 2002, Issue 4, excerpts titled "Claritin & Clarinext Update", "Lovastatin Therapeutic Interchange", "Serzone Warning", "Actos Warning", "Formulary Changes - Effective April 1, 2002", bearing the bates range KAIS-044090-091 | Apr-02 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 47 |
| 639 | KAIS-005856 | KAIS-005859 | Email from Barbara Bolinger to DWNY Formulary Rx-KPSC-SCAL with the subject "6/02 SCPMG Regional P&T Packet I", dated Apr. 5, 2002, bearing the bates range KAIS-005856-859 | 4/5/2002 | R (to the extent used to reference discussions not pertaining to Neurontin) | |
| 640 | KAIS-005722 | KAIS-005722 | Email from Debbie R. Kubota with the subject "Is this a north issue too?", dated April 25, 2002, bearing the bates range KAIS-005722 | 4/25/2002 | No obj. | |
| 641 | KAIS-024053 | KAIS-024294 | Kaiser Permanente Medical Care Program Document titled "Evidence Based Guidelines and Technical Review for Chronic Pain Management in Primary Care", dated May 2002, bearing the bates range KAIS-024053-294 | May-02 | H (third party document) | |
| 642 | | | Cynthia McCormick, M.D., Director, FDA Division of Anesthetic, Critical Care, and Addiction Drug Products, Division Director Review and Basis for Approval Action for NDAs 21-397, 21-423, and 21-424. (May 22, 2002). | 5/22/2002 | No obj. | |
| 643 | Pfizer_JSu_0019183 | Pfizer_JSu_0019185 | FDA Approval Letter (NDA 21-397) bearing the bates range Pfizer_JSu_0019183 - 85. (May 24, 2002). | 5/24/2002 | No obj. | |
| 644 | Pfizer_KSiegler_0004997 | Pfizer_KSiegler_0004998 | Press release titled "PFIZER RECEIVES FDA APPROVAL TO MARKET NEURONTIN FOR POST-HERPETIC NEURALGIA", dated May 28, 2002, bearing the bates range Pfizer_KSiegler_0004997-998 | 5/28/2002 | No obj. | |