# Exhibit 12
# (Part 2 of 4)

| | | | | | | |
|---|---|---|---|---|---|---|
| 645 | KAIS-043888 | | Kaiser Permanente Formulary Update, 5(2), June 2002 | Jun-02 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (10/02/07) deposition exhibit 15 |
| 646 | KAIS-005840 | KAIS-043911 | Email from Robin Dea to John Zweig, Debbie R. Kubota, David Campen, Henry Brodkin, with the subject "Re: gabapentin for bipolar disorder/anxiety disorders", dated June 4, 2002, bearing the bates range KAIS-005840-841 | 6/4/2002 | No obj. | Albert Carver (07/13/07) deposition exhibit 19 |
| 647 | Pfizer_RGlanzman_014062 | Pfizer_RGlanzman_014063 | Email from Allison Fannon to Howard Bockbrader, Brian Corrigan re: Gabapentin Pk/pd Abstract and manuscript, dated June 10, 2002, bearing the bates range Pfizer_RGlanzman_014062-063 | 6/10/2002 | All objections reserved until document is provided. | |
| 648 | Pfizer_CGrogan_0007124 | Pfizer_CGrogan_0007169 | Email from Steve Piron to John Marino, et al., re: NEU-0032591_DDMAC Materials, dated June 13, 2002, bearing the bates range Pfizer_CGrogan_0007124-169 | 6/13/2002 | No obj. | |
| 649 | KAIS-004223 | KAIS-004236 | CNS article titled "Newer Antiepileptic Drugs in Bipolar Disorder: Rationale for Use and Role in Therapy", dated Nov. 2002, bearing the bates range KAIS-004223-236 | 2002 | H | |
| 650 | KAIS-001217 | KAIS-001223 | SCAL Regional Drug Utilization Action Team (DUAT) Meeting Minutes, Conference Room 6B, Walnut Center, Pasadena, dated June 26, 2002, bearing the bates range KAIS-001217-223 | 6/26/2002 | R (to the extent used to reference discussions not pertaining to Neurontin) | Rodney St. John (09/27/07) deposition exhibit 01 |
| 651 | KAIS-005918 | KAIS-005919 | Email from David R. Chandler to Debbie R. Kubota with the subject "FW: Neurontin costs increasing: is it appropriate?", dated July 1, 2002, bearing the bates range KAIS-005918-919 | 7/1/2002 | No Obj. | Rodney St. John (09/27/07) deposition exhibit 14 |
| 652 | KAIS-004466 | KAIS-004468 | Email from Roberta A. Ferneau to Debbie R. Kubota with the subject "RE: July 24 Chiefs meeting: Pharmacy items", dated July 1, 2002, bearing the bates range KAIS-004466-468 | 7/1/2002 | No obj. | |
| 653 | KAIS-005953 | KAIS-005954 | Email from Mike Miller to David Chandler, Debbie R. Kubota, Dennis D. Cook, David R. Chandler, Robin Dea, with the subject "RE: one final (hopefully) forecast question: pregabalin", dated July 2, 2002, bearing the bates range KAIS-005953-954 | 7/2/2002 | No obj. | David Chandler (10/30/07) deposition exhibit 01 |
| 654 | KAIS-005850 | KAIS-005851 | Email from Debbie R. Kubota to Allen B. Bredt, Erwin W. Jeong, Mitchell M. Danesh, Mirta Millares, with the subject "RE: Neuropathic pain memo", dated July 5, 2002, bearing the bates range KAIS-005850-5851 | 7/5/2002 | No obj. | Deborah Kubota (10/11/07) deposition exhibit 08 |
| 655 | Pfizer_RGlanzman_0065446 | Pfizer_RGlanzman_0065448 | Email from Allison Fannon to Lary Alphs, et al., re: Gabapentin PK/pd Abstract and manuscript, dated July 10, 2002, bearing the bates range Pfizer_RGlanzman_0065446-448 | 7/10/2002 | No obj. | |
| 656 | KAIS-005783 | KAIS-005783 | Email from Debbie R. Kubota to Mike Miller, Robin Dea, Paul Wilson, Ambrose Carrejo, Richard A. Wagner, with the subject "Re: Pregabalin", dated July 11, 2002, bearing the bates number KAIS-005783 | 7/11/2002 | No obj. | Robin Dea (09/28/07) deposition exhibit 02 |
| 657 | KAIS-005928 | KAIS-005928 | Email from Denis Y. Matsuoka to Debbie R. Kubota and Christina Y. Kim with the subject "CMI Pain Guidelines", dated July 17, 2002, bearing the bates number KAIS-005928 | 7/17/2002 | No obj. | Rodney St. John (09/27/07) deposition exhibit 13 |
| 658 | KAIS-004455 | KAIS-004463 | Email from Denis Y. Matsuoka to Debbie R. Kubota and Christina Y. Kim with the subject "CMI Pain Guidelines", dated July 17, 2002, bearing the bates range KAIS-004455-463 | 7/17/2002 | No obj. | |
| 659 | KAIS-004447 | KAIS-004448 | Combined Addiction Medicine and Psychiatry Chiefs of Service Meeting Agenda, Conference Room - 1E, Walnut Center, Pasadena, dated July 24, 2002, bearing the bates range KAIS-004447-448 | 7/24/2002 | R (to the extent used to reference discussions not pertaining to Neurontin) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 660 | KAIS-004449 | KAIS-004450 | SCPMG Chiefs of Psychiatry and Addiction Medicine meeting document titled "Synopsis of Pharmacy issues", dated July 24, 2002, bearing the bates range KAIS-004449-450 | 7/24/2002 | R (to the extent used to reference discussions not pertaining to Neurontin) | |
| 661 | KAIS-036737 | KAIS-036737 | Document titled "SCPMG Chiefs of Psychiatry", dated July 24, 2002, bearing the bates number KAIS-036737 | 7/24/2002 | R (to the extent used to reference discussions not pertaining to Neurontin) | |
| 662 | KAIS-044463 | KAIS-044463 | Document titled, "Neuropathic Pain: TCA First!, Academic Detailing Training", dated Aug. 21, 2002, bearing the bates number KAIS-044463 | 8/21/2002 | No obj. | Mirta Millares (01/10/08) deposition exhibit 29 |
| 663 | Pfizer_TMF_CRF_001074 | Pfizer_TMF_CRF_001076 | FDA Approval Letter (NDA 20-235) bearing the bates range Pfizer_TMF_CRF_001074 - 76. (Aug. 27, 2002). | 8/27/2002 | No obj. | |
| 664 | KAIS-001224 | KAIS-001230 | SCAL Regional Drug Utilization Action Team (DUAT) minutes, Conference Room 6B, Walnut Center, Pasadena, dated Sept. 25, 2002, bearing the bates range KAIS-001224-230 | 9/25/2002 | R (to the extent used to reference discussions not pertaining to Neurontin) | Rodney St. John (09/27/07) deposition exhibit 02 |
| 665 | KAIS-043808 | KAIS-043810 | Kaiser Permanente Drug Information Services Request No: 2002-100945, requestor: Jerome Goldfein, dated Sep. 25, 2002, bearing the bates range KAIS-0423808-810 | 9/25/2002 | No obj. | Kaiser |
| 666 | Pfizer_RGlanzman_0109394 | Pfizer_RGlanzman_0109397 | Email from Robert Glanzman to Angela Crespo and David Cooper, re: RRs, dated Sept. 26, 2002, bearing the bates range Pfizer_RGlanzman_0109394-397 | 9/26/2002 | No obj. | |
| 667 | Pfizer_SDoft_0015171 | Pfizer_SDoft_0015174 | Neurontin® (gabapentin) Fact Sheet, Pfizer_SDoft_0015171-74 | Oct-02 | No obj. | |
| 668 | Pfizer_RGlanzman_0125037 | Pfizer_RGlanzman_0125039 | Email from Leslie Tive to Allison Fannon, re: Key Messages, dated Oct. 17, 2002, bearing the bates range Pfizer_RGlanzman_0125037-039 | 10/17/2002 | No obj. | |
| 669 | Pfizer_RGlanzman_0161613 | Pfizer_RGlanzman_0161614 | Email from Robert Glanzman to Allison Fannon, Suzanne Doft and Angela Crespo, re: Key Messages, dated Oct. 17, 2002, bearing the bates range Pfizer_RGlanzman_0161613-614 | 10/17/2002 | No obj. | |
| 670 | KAIS-001250 | KAIS-001254 | Document titled "Neurontin Initiative - Preliminary (revised) Work Plan", revised Oct. 18, 2002, bearing the bates range KAIS-001250-254 | 10/18/2002 | No obj. | Rodney St. John (09/27/07) exhibit 22 |
| 671 | Pfizer_LeslieTive_0020840 | Pfizer_LeslieTive_0020879 | Submission cover letter with attachments from Beate Roder to the journal DIABETOLOGIA, dated Oct. 21, 2002, bearing the bates range Pfizer_LeslieTive_0020840-0020879 | 10/21/2002 | H | |
| 672 | KAIS-001147 | KAIS-001155 | SCAL Regional Drug Utilization Action Team (DUAT) minutes, Conference Room 1B, Walnut Center, Pasadena, dated Oct. 23, 2002, bearing the bates range KAIS-001147-155 | 10/23/2002 | R (to the extent used to reference discussions not pertaining to Neurontin) | Rodney St. John (09/27/07) deposition exhibit 03 |
| 673 | | | Email from Kathy Harris dated Nov. 11, 2002 re: Recent gabapentin references and articles, Record # 38 Gabapentin and lamotrigine monotherapy in mood disorder: An update. Frye MA, Ketter TA, Osuch EA, Kimbrell TA, Speer AM, Dunn RM, Post RM. In: American Psychiatric Association Annual Meeting, Abstracts, Toronto, Ontario, Canady, 30 May - 4 Jun 1998, Washington, D.C., American Psychiatric Association, P. 150 (Abstr 77D) 1998. | 11/11/2002 | All objections reserved until document is provided. | |

11

| # | Bates | Description | Date | Obj. | Notes |
|---|---|---|---|---|---|
| 674 | KAIS-005909 | Email from Debbie R. Kubota to Dale D. Daniel, Nancy E. Gibbs, Mirta Millares, with the subject "RE: geriatric risk factor recommendations", dated Dec. 4, 2002, bearing the bates range KAIS-005909-911 | 12/4/2002 | R | |
| 675 | KAIS-005894 | Email from Debbie R. Kubota to Dale D. Daniel with the subject "Re: geriatric risk factor recommendations", dated Dec. 5, 2002, bearing the bates range KAIS-005894-901 | 12/5/2002 | R | |
| 676 | KAIS-005902-908 | Email from Debbie R. Kubota to Dale D. Daniel, Mirta Millares, with the subject "FW: geriatric risk factor recommendations", dated Dec. 5, 2002, bearing the bates range KAIS-005902-908 | 12/5/2002 | R | |
| 677 | KAIS-005974 | Email from Debbie R. Kubota to Morris Maizels with the subject "RE: FW: geriatric risk factor recommendations", dated Dec. 5, 2002, bearing the bates range KAIS-005974-980 | 12/5/2002 | R | |
| 678 | KAIS-044118 | Document titled "Drug Use Evaluation of Gabapentin (Neurontin)", prepared by Nafesa E. Walters-Smith of Kaiser Permanente Georgia, bearing the bates range KAIS-044118-121 | 2003 | No obj. | Mirta Millares (01/10/08) deposition exhibit 06 |
| 679 | KAIS-044231 | Presentation titled "Peripheral Neuropathy, Update from Summer 2003", bearing the bates range KAIS-044201-231 | 2003 | No obj. | Mirta Millares (01/10/08) deposition exhibit 19 |
| 680 | KAIS-044412 | Document titled "Gabapentin (Neurontin), This is the second installment in a series of communications about the use of Gabapentin (Neurontin)", bearing the bates range KAIS-044410-412 | 2003 | No obj. | Mirta Millares (01/10/08) deposition exhibit 38 |
| 681 | KAIS-003387 | Kaiser Permanente study "CN 03ABern-05-BCB", dated 2003, bearing the bates range KAIS-003387-549 | 2003 | No obj. | |
| 682 | KAIS-000549 | Drug Bulletin, Vol. 29, No. 2, dated Mar-Apr 2003, bearing the bates range KAIS-000549-566 | 2003 | No obj. | |
| 683 | KAIS-003368 | Hyatt, J.D., et al. "Improving Appropriate Prescription Drug Use to Best Practice: Supporting Evidence-Based Drug Use," The Permanente Journal, 7(2), Spring 2003, bearing the bates range KAIS-003368-376 | 2003 | No obj. | Mirta Millares (10/02/07) deposition exhibit 05 |
| 684 | KAIS-044447 | Document titled "Gabapentin (Neurontin) - First Installment – Overview of Cost and Utilization, bearing the bates number KAIS-044447 | 2003 | No obj. | |
| 685 | KAIS-001159 | SCAL Regional Drug Utilization Action Team (DUAT) minutes, Conference Room 6B, Walnut Center, Pasadena, dated Jan. 15, 2003, bearing the bates range KAIS-001159-164 | 1/15/2003 | R (to the extent used to reference discussions not pertaining to Neurontin) | Rodney St. John (09/27/07) deposition exhibit 04 |
| 686 | KAIS-005962 | Email from Rich Lieblich to Richard A. Wagner, Dale Kramer, Al L. Carver, with the subject "Generics for 2004", dated Jan. 17, 2003, bearing the bates range KAIS-005962-963 | 1/17/2003 | R (to the extent used to reference discussions not pertaining to Neurontin) | Dale Kramer (10/10/07) deposition exhibit 15 |
| 687 | Pfizer_BParsons_0181880 | Email from Bruce Parsons to Mariann Caprino and Jennifer Stampp, DL-Neurontin MM PM & PP, DL-PPG Neurology Group, AA DDEV 945 Neuro Team List, re: Neurontin: NeP Dosing Manuscript Printed Copy Available, dated Jan. 27, 2003, bearing the bates range Pfizer_BParsons_0181880-883 | 1/27/2003 | No obj. | |
| 688 | Pfizer_LeslieTive_0048974 | Email from Elizabeth Mutisya to Beate Roder re: Fw: 945-224 publication, dated Feb. 3, 2003, bearing the bates number Pfizer_LeslieTive_0048974 | 2/3/2003 | No obj. | |
| 689 | KAIS-005863 | Email from Debbie R. Kubota to Cathlene Richmond with the subject "Generic Neurontin?", dated Feb. 5, 2003, bearing the bates range KAIS-005863-864 | 2/5/2003 | No obj. | Dale Kramer (10/10/07) deposition exhibit 14 |
| 690 | KAIS-001165 | 4th Annual Region-Wide Drug Utilization Action Team [DUAT] Offsite, Minutes, Hilton Hotel - Pasadena, dated Feb. 6, 2003, bearing the bates range KAIS-001165-172 | 2/6/2003 | R (to the extent used to reference discussions not pertaining to Neurontin) | Rodney St. John (09/27/07) deposition exhibit 05 |
| 691 | KAIS-044461 | Document titled, "The Phenomenon of Neurontin", bearing the bates number KAIS-044461 | Mar-03 | No obj. | Mirta Millares (01/10/08) deposition exhibit 28 |

12

| # | Bates | Description | Date | Obj. | Source |
|---|---|---|---|---|---|
| 692 | KAIS-001095 | Kaiser Permanente DUAT's (Drug Utilization Action Team) Videoconference on "Successful Practices" - presentation titled "Gabapentin (Neurontin) Anticonvulsant or Pain Medication", dated Mar. 12, 2003, bearing the bates range KAIS-001095-134 | 3/12/2003 | No obj. | Albert Carver (07/13/07) deposition exhibit 13 |
| 693 | KAIS-003845 | Attendance sign in sheet and evaluations for Continuing Medical Education (CME) Videoconference titled "Gabapentin (Neurontin) Anticonvulsant or Pain Medication?", dated Mar. 12, 2003, bearing the bates range KAIS-003845-855 | 3/12/2003 | No obj. | Rodney St. John Declaration (3/23/09) exhibit E |
| 694 | KAIS-001187 | SCAL Regional Drug Utilization Action Team (DUAT) minutes, Conference Room 6B, Walnut Center, Pasadena, dated Mar. 19, 2003, bearing the bates range KAIS-001183-187 | 3/19/2003 | R (to the extent used to reference discussions not pertaining to Neurontin) | Rodney St. John (09/27/07) deposition exhibit 06 |
| 695 | KAIS-005862 | Email from Debbie R. Kubota to Bonnie Matsuoka with the subject "Re: Neurontin Bipolar", dated Mar. 28, 2003, bearing the bates number KAIS-005862 | 3/28/2003 | No obj. | |
| 696 | KAIS-044350 | Document titled, "Neurontin (Gabapentin), A drug utilization review", dated Apr. 24, 2003, bearing the bates range KAIS-044350-358 | 4/24/2003 | No obj. | Mirta Millares (01/10/08) deposition exhibit 33 |
| 697 | KAIS-044464 | Email from Sean E. Jones, with the subject "Gabapentin/Neurontin: Use It Wisely", dated Apr. 25, 2003, bearing the bates range KAIS-044464-465 | 4/25/2003 | No obj. | |
| 698 | Pfizer_SPiron_0019004 | Email from Steve Piron to Kellie Kennon, Re: Follow-up PSC Meeting, dated Apr. 28, 2003, bearing the bates number Pfizer_SPiron_0019004 | 4/28/2003 | No obj. | |
| 699 | KAIS-044442 | Kaiser Permanente Northwest Division Electronic Memorandum from Sean E. Jones with the subject "Gabapentin - 2", dated May 8, 2003, bearing the bates range KAIS-044442-445 | 5/8/2003 | No obj. | Norman D. Muilenburg Declaration (6/15/09) exhibit C |
| 700 | Pfizer_Bparsons_0091504 | Email from Christine Aschenbach with the subject "NEU-0326179_Re: ACTION: PCPhase 2 Manuscript Review", dated May 13, 2003, bearing the bates range Pfizer_Bparsons_0091504-519 | 5/13/2003 | No obj. | Bill McCarberg (09/27/07) deposition exhibit 08 |
| 701 | KAIS-003339 | Email from Erwin W. Jeong with the subject "References for the gabapentin initiative", dated May 20, 2003, bearing the bates range KAIS-003339-346 | 5/20/2003 | No obj. | Mitchell Danesh (11/06/07) deposition exhibit 03 |
| 702 | KAIS-001206 | SCAL Regional Drug Utilization Action Team (DUAT) minutes, Conference Room 6B, Walnut Center, Pasadena, dated May 21, 2003, bearing the bates range KAIS-001206-211 | 5/21/2003 | R (to the extent used to reference discussions not pertaining to Neurontin) | Rodney St. John (09/27/07) deposition exhibit 07 |
| 703 | KAIS-004437 | Email from Cathlene Richmond to Regional PandT-KPNC and Chiefs Phcy Liasons-KPNC, with the subject "Updated TPMG Restricted / Non-Detaiiable Drug List May 2003", dated May 22, 2003 and bearing the bates range KAIS-004437-446 | 5/22/2003 | No obj. | Rodney St. John (09/27/07) deposition exhibit 15 |
| 704 | KAIS-044435 | Kaiser Permanente Northwest Division Electronic Memorandum from Norman D. Muilenburg with the subject "Gabapentin for migraine prophylaxis: is it effective", dated June 5, 2003, bearing the bates range KAIS-044435-437 | 6/5/2003 | No obj. | Norman D. Muilenburg Declaration (6/15/09) exhibit B |
| 705 | KAIS-044479 | Email from Suzanne E. Gauen to Ivie Kumura, Norman D. Muilenburg, with the subject "RE: gabapentin initiative", dated June 10, 2003, bearing the bates range KAIS-044479-501 | 6/10/2003 | No obj. | |
| 706 | KAIS-001212 | SCAL Regional Drug Utilization Action Team (DUAT) minutes, Conference Room 6B, Walnut Center, Pasadena, dated June 18, 2003, bearing the bates range KAIS-001212-216 | 6/18/2003 | R (to the extent used to reference discussions not pertaining to Neurontin) | Rodney St. John (09/27/07) deposition exhibit 08 |
| 707 | | Berger, A., Dukes, E., McCarberg, B., Liss, M., Oster, G., "Change in Opioid Use After the Initiation of Gabapentin Therapy in Patients with Postherpetic Neuralgia," Clinical Therapeutics, 25(11):2809-2821, 2003. | 2003 | H | Bill McCarberg (09/27/07) deposition exhibit 06 |

13

| # | Bates | Description | Date | Obj. | Notes |
|---|---|---|---|---|---|
| 708 | KAIS-043604 | Drug Information Services Request No: 2003-7441, Requestor: David Campen, dated Aug 5, 2003, bearing the bates range KAIS-043604-605 | 8/5/2003 | No obj. | |
| 709 | KAIS-003856 | Application for Category 1 CME Credit For Southern California Regional Symposium for the Sept. 10, 2003 "Controversies in Pain Management: Is There a Role for Neurontin?" Symposium, dated Aug. 11, 2003 and contains sign-in sheets and CME evaluation forms, bearing the bates range KAIS-003856-870 | 8/11/2003 | Compound Document | Rodney St. John (3/23/09) Declaration exhibit G |
| 710 | KAIS-044434 | Kaiser Permanente Northwest Division Electronic Memorandum from Norman D. Muilenburg to Michael J. Campbell, Sean E. Jones, with the subject "RE: Gabapentin", dated Aug. 20, 2003, bearing the bates number KAIS-044434 | 8/20/2003 | No obj. | |
| 711 | KAIS-001255 | Document titled "Neuropathic Pain Initiative - (8-28-03) Work plan," revised Dec. 8, 2003, bearing the bates range KAIS-001255-257 | 8/28/2003 | No obj. | Rodney St. John (09/27/07) deposition exhibit 23 |
| 712 | KAIS-005935 | Email from Debbie R. Kubota to DWNY-Scal Drug-info-inquiry/IREmail, Mary E. White, Rodney A. St-John, with the subject "DUAT Neurontin Initiative", dated Sept. 2, 2003, bearing the bates number KAIS-005935 | 9/2/2003 | No obj. | Albert Carver (07/13/07) deposition exhibit 18 |
| 713 | KAIS-005892 | Email from Debbie R. Kubota to Christina Y. Maeda with the subject "Re: DUAT Videoconference - "Controversies in Pain Management: Is There a Role for Neurontin?"", dated Sept. 5, 2003, bearing the bates range KAIS-005892-893 | 9/5/2003 | R | Rodney St. John (09/27/07) deposition exhibit 17 |
| 714 | KAIS-001057 | SCAL Regional Drug Utilization Action Team (DUAT) minutes, Conference Room 6B, Walnut Center, Pasadena, dated Sept. 10, 2003, bearing the bates range KAIS-001057-062 | 9/10/2003 | R (to the extent used to reference discussions not pertaining to Neurontin) | Rodney St. John (09/27/07) deposition exhibit 09 |
| 715 | KAIS-000086 | Southern California Drug Utilization Action Team (DUAT) and the Northern California Drug Utilization Group (DRUG) presentation "Improving Appropriate Prescription Drug Use to Best Practice: Supporting Evidence-Based Drug Use." bearing the bates range KAIS-000086-109 | 9/10/2003 | No obj. | Morris Maizels (09/26/07) deposition exhibit 07 |
| 716 | KAIS-005890 | Email from Christina Y. Maeda to Debbie R. Kubota with the subject "Re: Detailing for restricted drugs", dated Sept. 25, 2003, bearing the bates number KAIS-005890 | 9/25/2003 | Incomplete document | |
| 717 | KAIS-005959 | Email from Mirta Millares to Debbie Kubota, Barbara C. Bolinger, Christina Y. Maeda, Denis Y. Matsuoka, with the subject "Re: Detailing for restricted drugs", dated Sept. 26, 2003, bearing the bates range KAIS-005957-959 | 9/26/2003 | No obj. | Mirta Millares (10/02/07) deposition exhibit 25 |
| 718 | Pfizer_SPiron_0011738 | Neurontin 2004 Operating Plan, Sept. 30, 2003, bearing the bates range Pfizer_SPiron_0011738-836 | 9/30/2003 | No obj. | |
| 719 | KAIS-001050 | SCAL Regional Drug Utilization Action Team (DUAT) minutes, Pharmacy Operations Conference Room C, Downey, dated Oct. 15, 2003, bearing the bates range KAIS-001050-056 | 10/15/2003 | R (to the extent used to reference discussions not pertaining to Neurontin) | Rodney St. John (09/27/07) deposition exhibit 10 |
| 720 | KAIS-001237 | Document titled "Preliminary Proposed Gabapentin (Neurontin) Screening Tool", bearing the bates range KAIS-001237-238 | 11/7/2003 | No obj. | Mirta Millares (01/10/08) deposition exhibit 55 |
| 721 | KAIS-036841 | Kaiser Permanente Northern California web page titled "Anticonvulsants for chronic low back pain", dated Nov. 19, 2003, accessed Oct. 12, 2005, bearing the bates range KAIS-036841-843 | 11/19/2003 | H (not a document generated by plaintiffs); Rule 403 | |
| 722 | KAIS-001468 | Approved-Combined Minutes, TPMG Regional Pharmacy and Therapeutics Committee Formulary Subcommittee Meeting, dated Dec. 3, 2003, bearing the bates range KAIS-001468-478 | 12/3/2003 | R (to the extent used to reference discussions not pertaining to Neurontin) | Dale Kramer (10/10/07) deposition exhibit 03 |

14

| # | Bates Begin | Description | Date | Obj. | Source |
|---|---|---|---|---|---|
| 723 | KAIS-044416 | Kaiser Permanente Northwest Division Electronic Memorandum from Norman Muilenburg with the subject "Gabapentin tabs vs. caps", dated Dec. 5, 2003, bearing the bates number KAIS-044416-427 | 12/5/2003 | No obj. | Mirta Millares (01/10/08) deposition exhibit 27 |
| 724 | KAIS-044511 | Email from Norman D. Muilenburg with the subject "Gabapentin tabs vs. caps", dated Dec. 5, 2003, bearing the bates range KAIS-044511-044515 | 12/5/2003 | No obj. | |
| 725 | KAIS-044381 | Regional Formulary and Therapeutics Committee Minutes, dated Dec. 8, 2003, bearing the bates range KAIS-044381-390 | 12/8/2003 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 23 |
| 726 | Pfizer_ELuczak_0000005 | FDA Approval Letter (NDA 21-397, 21-423, 21-424) bearing the bates range Pfizer_ELuczak_0000005 - 6. (Dec. 12,2003). | 12/12/2003 | No obj. | |
| 727 | KAIS-044944 | Kaiser Permanente document titled "Neuropathic Pain Initiative: eTool Kit", bearing the bates range KAIS-044942-944 | 2004 | No obj. | Mirta Millares (01/10/08) deposition exhibit 11 |
| 728 | KAIS-044195 | Document titled "Guidelines for the Use of Tricyclic Antidepressants for the Treatment of Chronic, Non-malignant, Neuropathic Pain", authored by Stuart Pang and Ivie Kumura, bearing the bates range KAIS-044195-200 | 2004 | No obj. | Mirta Millares (01/10/08) deposition exhibit 15 |
| 729 | KAIS-044334 | Document titled, "Kaiser Permanente Criteria-Based Prescribing Phase 1 (Effective June 21, 2004)", bearing the bates range KAIS-044334-349 | 2004 | No obj. | Mirta Millares (01/10/08) deposition exhibit 25 |
| 730 | KAIS-044331 | Kaiser Permanente document titled, "Conversion from Neurontin to Generic Gabapentin", bearing the bates range KAIS-044331-333 | 2004 | No obj. | Mirta Millares (01/10/08) deposition exhibit 26 |
| 731 | KAIS-006385 | Document titled "Gabapentin (neurontin); Kaiser Permanente TPMG and SCPMG Formulary History", bearing the bates number KAIS-006385 | 2004 | No obj. | Mirta Millares (10/02/08) deposition exhibit 08 |
| 732 | KAIS-036817 | Kaiser Permanente "Guide to Chronic Pain Assessment and Management in Primary Care" dated 2004, bearing the bates range KAIS-036817-036822 | 2004 | H (not a document generated by plaintiffs) | Kaiser |
| 733 | KAIS-006440 | Document titled "Gabapentin (GBP) off-label indications specified in memo", bearing the bates range KAIS-006437-440 | 2004 | No obj. | |
| 734 | KAIS-000116 | Kaiser Permanente's presentation titled "Neuropathic Pain Initiative , January - December 2004", bearing the bates range KAIS-000116-121 | 2004 | No obj. | Albert Carver (07/13/09) deposition exhibit 25 |
| 735 | KAIS-044139 | Drug & Therapeutics Bulletin, May/June 2004, bearing the bates range KAIS-044139-152 | 2004 | No obj. | Mirta Millares (01/10/08) deposition exhibit 14 |
| 736 | Pfizer_Amishra_0007319 | Neurontin Advertisement (2004), New England Journal of Medicine V. 351, No. 2. Pfizer_Amishra_00007319-20 | 2004 | No obj. | |
| 737 | KAIS-003377 | Article titled "Drug Use Management", bearing the bates range KAIS-003377-382 | 2004 | No obj. | Mirta Millares Declaration (6/12/09) exhibit A |
| 738 | KAIS-002369 | Chart titled "YTD June 2003 vs 2004 Diagnoses Associated with Gabapentin (Neurontin) New Rxs", bearing the bates number KAIS-002369 | 2004 | No obj. | Kaiser |
| 739 | KAIS-043499 | Kaiser Permanente Drug Information Services Request No: 2004-184, requestor: Rosie Priromprintr, dated Jan. 8, 2004, bearing the bates range KAIS-043498-499 | 1/8/2004 | H within H | Kaiser |
| 740 | KAIS-001234 | Agenda for Neuropathic Pain Initiative, dated Jan. 16, 2004, bearing the bates number KAIS-001234 | 1/16/2004 | No obj. | Morris Maizels (09/26/07) deposition exhibit 08 |

15

| # | Bates | Description | Date | Obj. | Exhibit |
|---|---|---|---|---|---|
| 741 | KAIS-001233 | Final draft version of a PharmaFAX message, dated Jan. 21, 2004, bearing the bates number KAIS-001233 | 1/21/2004 | No obj. | Albert Carver (07/12/07) deposition exhibit 09 |
| 742 | | Kaiser Permanente News Center Colorado Press Release titled "Click to kaiserpermanente.org for physician-approved health information", dated Jan. 28, 2004, accessed at www.kp.org/newscenter | 1/28/2004 | No obj. | |
| 743 | KAIS-043873 | Letter from Michelle Clausen to Robert Schoenhaus, re: "response to your request for information regarding Neurontin (gabapentin)", dated Mar. 2, 2004, bearing the bates range KAIS-043873-887 | 3/2/2004 | No obj. | Kaiser |
| 744 | KAIS-045040 | Kaiser Permanente Ohio's "Musculoskeletal Pain Guidelines", issue date Mar. 2004, bearing the bates range KAIS-045040-051 | Mar-04 | No obj. | Mirta Millares (01/10/08) deposition exhibit 45 |
| 745 | KAIS-001173 | 5th Annual Region-Wide Drug Utilization Action Team (DUAT) Offsite Minutes, Weston Hotel-Pasadena, dated Mar. 4, 2004, bearing the bates range KAIS-001173-178 | 3/4/2004 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (10/02/07) deposition exhibit 22 |
| 746 | KAIS-044510 | Message from Pharmacy Drug Use Implementation Team - NW Region - to NW SYS PHARMACY-KPNW with the subject "UPDATE: Neurontin 300 and 400 mg formulary status", dated Mar. 22, 2004, bearing the bates number KAIS-044510 | 3/22/2004 | No obj. | Kaiser |
| 747 | KAIS-003813 | Kaiser Permanente DUAT's (Drug Utilization Action Team) presentation titled "Kaiser Interregional Pharmacy Meeting", dated Apr. 2004, bearing the bates range KAIS-003813-844 | Apr-04 | No obj. | Albert Carver (07/13/07) deposition exhibit 12 |
| 748 | | Belgrade, M.J., Cole, B.E., McCarberg, B.H., McLean, M.J, "Diabetic Peripheral Neuropathic Pain: Case Studies," *Mayo Clinic Proceedings*, 81(4, suppl.):S26-S32, Apr. 2006 | Apr-04 | H | Bill McCarberg (09/27/07) deposition exhibit 04 |
| 749 | KAIS-044391 | Regional Pharmacy & Therapeutics Committee Minutes, dated Apr. 8, 2004, bearing the bates range KAIS-044391-395 | 4/8/2004 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 34 |
| 750 | Pfizer_BParsons_0106370 | FDA Approval Letter (NDA 20-882) bearing the bates range Pfizer_BParsons_0106370 - 72. (Apr. 30, 2004). | 4/30/2004 | No obj. | |
| 751 | KAIS-001655 | Evidence-Based Guidelines and Technical Review for Chronic Pain Management in Primary Care - Published May 2002, Reviewed/Revised May 2004, Revision Due May 2006 - Authored by Kaiser Permanente's Care Management Institute Chronic Pain Guidelines Group - Sponsored by the Interregional Guidelines Steering Group, bearing the bates range KAIS-001507-655 | May-04 | H (third party document) | Albert Carver (07/12/07) deposition exhibit 10 |
| 752 | KAIS-001205 | SCAL Regional Drug Utilization Action Team (DUAT) minutes, Conference Room 6B, Walnut Center, Pasadena, dated May 19, 2004, bearing the bates range KAIS-001200-205 | 5/19/2004 | R (to the extent used to reference discussions not pertaining to Neurontin) | Rodney St. John (09/27/07) deposition exhibit 12 |
| 753 | KAIS-044185 | Minutes of the Pharmacy & Therapeutics Committee Meeting, Conference Room C&D at MOA, dated June 1, 2004, bearing the bates range KAIS-044185-190 | 6/1/2004 | H, R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 13 |
| 754 | KAIS-044939 | Document titled "Gabapentin Initiative Update/Reminder, Dispensing Limitation for Neuropathis Pain: 30-units for initial fill for first time ever starts", P&T Approval June 1, 2004 (effective: July 1st), bearing the bates range KAIS-044939-941 | 6/1/2004 | No obj. | Mirta Millares (01/10/08) deposition exhibit 18 |

16

| # | Bates Begin | Description | Date | R; Description does not match documents | Kaiser |
|---|---|---|---|---|---|
| 755 | KAIS-002369 | Materials re: generic gabapentin, bearing the bates range KAIS-002369-692 | Jun-04 | R; Description does not match documents | Kaiser |
| 756 | KAIS-002692 | Letter to Jay Siwek, American Family Physician editor, re: enclosed revised version of the manuscript "Antidepressants and Antiepeleptic Drugs for Chronic Non-Cancer Pain", dated June 7, 2004 | 6/7/2004 | R, H, A | Morris Maizels (09/26/07) deposition exhibit 13 |
| 757 | KAIS-044328 | Letter from Sean Jones, M.D. to Provider with the subject: "Kaiser Permanente Enhanced Criteria-Based Prescribing, effective: June 21, 2004", dated June 17, 2004, bearing the bates number KAIS-044328 | 6/17/2004 | No obj. | Mirta Millares (01/10/08) deposition exhibit 35 |
| 758 | KAIS-044112 | Kaiser Permanente Medical Care Program, Drug Information Services, California Region document titled "Drug: Gabapentin 100 mg, 300 mg, and 400 mg Strength Tablets, Manufacturer: Zenith-Goldline/IVAX Pharmaceuticals, Executive Summary Multiscore Generic Selection", prepared by Cathlene Richmond (July 2004), bearing the bates range KAIS-044112-113 | 2004 | No obj. | Mirta Millares (10/02/07) deposition exhibit 16 |
| 759 | KAIS-006459 | Document titled "Drug: Gabapentin 100 mg, 300 mg, and 400 mg Strength Tablets, Manufacturer: Zenith-Goldline / IVAX Pharmaceuticals, Executive Summary Multisource Generic Selection" by Cathlene Richmond, dated July 2004, bearing the bates range KAIS-006459-460 | Jul-04 | No obj. | Kaiser |
| 760 | KAIS-004665 | Chart titled "YTD Jul-2004 Diagnoses Associated with Gabapentin (Neurontin) New Rxs" bearing the bates number KAIS-004665 | Jul-04 | No obj. | Kaiser |
| 761 | | Staats, P.S., Argoff, C.E., Brewer, R., D'Arcy, Y., Gallagher, R.M., McCarberg, W., Reisner, L., "Neuropathis Pain: Incorporating New Consensus Guidelines Into the Reality of Clinical Practice," *Advanced Studies in Medicine*, 4(7B):S550-S566, July 2004 | Jul-04 | H | Bill McCarberg (09/27/07) deposition exhibit 01 |
| 762 | KAIS-015280 | Document titled, "Pregabalin", dated July 9, 2004, bearing the bates range KAIS-015280-311 | 7/9/2004 | H | |
| 763 | KAIS-006386 | Kaiser Permanente DRUG Sponsored Teleconference on Gabapentin (Neurontin)/Pregabalin (Lyrica) Summary,, dated Aug. 31, 2004, bearing the bates number KAIS-006386 | 8/31/2004 | No obj. | |
| 764 | KAIS-044191 | Kaiser Permanente Document titled "Drug: Gabapentin 100mg, 300mg, and 400mg Strength Tablets", bearing the bates range KAIS-044191-193 | Sep-04 | No obj. | |
| 765 | | Pfizer's September 2004 Gabapentin Suicidality Analysis | Sep-04 | All objections reserved until document is provided. | |
| 766 | | Pfizer's November 2004 Gabapentin Suicidality Analysis | Sep-04 | All objections reserved until document is provided. | |
| 767 | KAIS-044114 | Kaiser Permanente draft document titled "TCAs First for Neuropathic Pain", dated Sept. 2004, bearing the bates range KAIS-043912-935 | Sep-04 | No obj. | Mirta Millares (01/10/08) deposition exhibit 50 |
| 768 | KAIS-043912 | Kaiser Permanente Formulary Update, 7(3), Sep. 2004, bearing the bates range KAIS-044114 number KAIS-044114 | Sep-04 | R (to the extent used to reference discussions not pertaining to Neurontin) | Kaiser |
| 769 | KAIS-044068 | Pharmacy & Therapeutics Committee Meeting Minutes, Kaiser Permanente - Ohio Region, Mark Woodrick Conference Room, Regional Service Center, dated Sept. 15, 2004, bearing the bates range KAIS-044068-078 | 9/15/2004 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 49 |

17

| | | | | | |
|---|---|---|---|---|---|
| 770 | KAIS-043976 | KAIS-043984 | SCPMG Regional Pharmacy & Therapeutics Committee Meeting Minutes, dated Sep. 21, 2004, bearing the bates range KAIS-043976-984 | 9/21/2004 | R (to the extent used to reference discussions not pertaining to Neurontin) | Kaiser |
| 771 | KAIS-044079 | KAIS-044082 | Document titled "Kaiser Permanente-Ohio Region, Formulary Changes Effective Oct. 1, 2004", bearing the bates range KAIS-044079-082 | 10/1/2004 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 44 |
| 772 | KAIS-044153 | KAIS-044170 | Drug & Therapeutics Bulletin, September-October 2004, bearing the bates range KAIS-044153-170 | Oct-04 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 16 |
| 773 | KAIS-044083 | KAIS-044084 | Oct. 2004, issue 6, excerpts titled "Diabetes Care Initiatives", "Cholesterol Management Update", "Formulary Changes, Effective October 1, 2004", bearing the bates range KAIS-044083-084 | Oct-04 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 48 |
| 774 | KAIS-002537 | KAIS-002614 | Document titled "Formulary Search: Gabapentin/Off Label Uses", dated Oct. 4, 2004, bearing the bates range KAIS-002537-614 | 10/4/2004 | No obj. | |
| 775 | KAIS-015460 | KAIS-015528 | Document titled, "Formulary Search Gabapentin/Off Label Uses", dated Oct. 4, 2004, bearing the bates range KAIS-015460-528 | 10/4/2004 | No obj. | |
| 776 | KAIS-044174 | KAIS-044181 | Minutes of the Pharmacy & Therapeutics Committee Meeting, 1st Floor Conference Room at DOLE, dated Oct. 5, 2004, bearing the bates range KAIS-044174-181 | 10/5/2004 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 17 |
| 777 | KAIS-044521 | KAIS-044522 | Email from Sean E. Jones with the subject "Generic Gabapentin! and more", dated Oct. 7, 2004, bearing the bates range KAIS-044521-522 | 10/7/2004 | No obj. | Kaiser |
| 778 | KAIS-002483 | KAIS-002491 | Document titled "Drugdex Drug Evaluations: Gabapentin", dated Oct. 13, 2004, bearing the bates range KAIS-002483-91 | 10/13/2004 | No obj. | |
| 779 | KAIS-003364 | KAIS-003364 | Letter from Cathlene Richmond, Pharm.D to Elaine M. Wynn, Pharm.D., re: status of gabapentin (Neurontin), dated Oct. 14, 2004, bearing the bates number KAIS-003364 | 10/14/2004 | No obj. | |
| 780 | KAIS-044396 | KAIS-044403 | Electronic Memorandum from Norman D. Muilenburg with the subject "Gabapentin alts", dated Oct. 14, 2004, et seq., bearing the bates range KAIS-044396-403 | 10/14/2004 | No obj. | |
| 781 | KAIS-036855 | KAIS-036869 | Kaiser Permanente Northern California web document titled "Cancer Pain", dated Nov. 5, 2004 (http://members.kaiserpermanente.org, accessed 10/12/2005) bearing the bates range KAIS-036855-869 | 11/5/2004 | H (third party content); Rule 403 | Kaiser |
| 782 | KAIS-036838 | KAIS-036840 | Kaiser Permanente Northern California web article titled "Anticonvulsants for cancer pain", dated Nov. 5, 2004, bearing the bates range KAIS-036838-840. | 11/5/2004 | H (third party content); Rule 403 | Kaiser |
| 783 | | | Kaiser Permanente News Center National Press Release titled "Kaiser Permanente showcases online health programs during open enrollment period", dated Nov. 11, 2004, accessed at www.kp.org/newscenter | 11/11/2004 | No obj. | |
| 784 | Pfizer_MPatel_00 45143 | Pfizer_MPatel_00 45176 | Document titled NDA #20-235, Neurontin (gabapentin) Capsules Response to FDA Regarding Suicide and Suicide Attempt in Neurontin (gabapentin) Clinical Trials- Phase 1 Studies, dated Nov. 19, 2004, bearing the bates range Pfizer_MPatel_0045143-76 | 11/19/2004 | No obj. | |

18