# Exhibit 12
# (Part 3 of 4)

| # | Bates | Description | Date | Objection | Deposition Exhibit |
|---|---|---|---|---|---|
| 785 | KAIS-000789 | Presentation by Kaiser Permanente Drug Utilization Action Team (DUAT), titled, "KPSC DUAT Executive Scorecard, January-September 2004, SCAL Regional DUAT", dated Dec. 3, 2004, bearing the bates range KAIS 000789-877 | 12/3/2004 | Multiple documents; R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 60 |
| 786 | KAIS-003356 | Document titled "Dec 2004 Report (excludes Psychiatry)", bearing the bates range KAIS-003356-363 | Dec-04 | No obj. | Deborah Kubota (10/11/07) deposition exhibit 09 |
| 787 | KAIS-043951 | Kaiser Permanente Formulary Update, 7(4), Dec. 2004, bearing the bates range KAIS-043936-951 | Dec-04 | R (to the extent used to reference discussions not pertaining to Neurontin) | Kaiser |
| 788 | KAIS-043936 | Maizels, M., "The Patient with Daily Headaches," *American Family Physician*, 70(12):2299-2306, Dec. 15, 2004 | 12/15/2004 | H | Morris Maizels (09/26/07) deposition exhibit 03 |
| 789 | KAIS-045020 | Presentation titled "Medication Therapy for Chronic Non-Cancer Pain", dated Dec. 17, 2004 | 12/17/2004 | No Obj. | Mirta Millares (01/10/08) deposition exhibit 30 |
| 790 | KAIS-044987 | McCarberg, B.H., book chapter "Managing Persistent Neuropathic Pain in the Elderly" | 2005 | H | Bill McCarberg (09/27/07) deposition exhibit 07 |
| 791 | KAIS-036924 | Kaiser Permanente Northern California web page titled "Gabapentin Oral Capsule 100 mg", accessed Oct. 12, 2005 | 2005 | H (third party content); Rule 403 | Kaiser |
| 792 | KAIS-036928 | Kaiser Permanente Northern California web page titled "Gabapentin Oral Capsule 300 mg", accessed Oct. 12, 2005 | 2005 | H (third party content); Rule 403 | Kaiser |
| 793 | KAIS-044550 | Kaiser Permanente Ohio Region document titled "Formulary Changes", dated 2005 | 2005 | R (to the extent used to reference discussions not pertaining to Neurontin) | Kaiser |
| 794 | KAIS-036851 | Kaiser Permanente Northern California web page titled "Medications for depression and pain following a stroke", dated Jan. 20, 2005, accessed Oct. 12, 2005 | 1/20/2005 | H (third party content); Rule 403 | Kaiser |
| 795 | KAIS-003802 | Maizels, M., McCarberg B., "Antidepressants and Antiepeleptic Drugs for Chronic Non-Cancer Pain," *American Family Physician*, 71(3):483-490, Feb. 1, 2005 | 2/1/2005 | H | Albert Carver (07/13/07) deposition exhibit 23 |
| 796 | KAIS-043952 | Kaiser Permanente Formulary Update, 8(1), March 2005, bearing the bates range KAIS-043952-975 | Mar-05 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (10/02/07) deposition exhibit 04 |
| 797 | | March 2005 FDA Guidance on Pharmacovigilance | Mar-05 | H | |
| 798 | KAIS-006049 | Email from David Campen to Scott Waters, Anessa Hileman, Debbie R. Kubota, Ambrose Carrejo, with the subject "Re: Draft handout for Neuropathic Pain broadcast", dated Mar. 2, 2005, bearing the bates range KAIS-006049-050 | 3/2/2005 | No obj. | Kaiser |

19

| | | | | | |
|---|---|---|---|---|---|
| 799 | KAIS-006081 | KAIS-006094 | Email from Debbie R. Kubota to Mirta Millares with the subject "RE: pocket guide - migraine prophylaxis: SCAL CPGs", dated Mar. 8, 2005, bearing the bates range KAIS-006081-094 | 3/8/2005 | R | Kaiser |
| 800 | KAIS-006079 | KAIS-006080 | Email from Mirta Millares to DWNY Core List Rphs-KPSC-SCAL, DWNY Core Formulary-KPSC with the subject "Regional Drug Utilization Group Minutes: Feb 2005 + NEW! KEY POINTS! CONCISE!, dated Mar. 29, 2005, bearing the bates range KAIS-006079-080 | 3/29/2005 | R (to the extent used to reference discussions not pertaining to Neurontin) | Kaiser |
| 801 | KAIS-005189 | KAIS-005190 | Email from Rodney A. St-John to Nicolas A. Wieder, Gene X. Chiu, Debbie R. Kubota, with the subject "Re: DUAT", dated April 4, 2005, bearing the bates range KAIS-005189-190 | 4/4/2005 | No obj. | Rodney St. John (09/27/07) deposition exhibit 18 |
| 802 | KAIS-005185 | KAIS-005188 | Email from Rodney A. St-John to Debbie R. Kubota, Nicolas A. Wieder with the Subject "RE: DUAT", dated Apr. 4, 2005, bearing the bates range KAIS-005185-188 | 4/4/2005 | No obj. | Kaiser |
| 803 | KAIS-036833 | KAIS-036834 | Kaiser Permanente Northern California web page titled "Anticonvulsants for restless legs syndrome", dated Apr. 4, 2005, accessed Oct. 12, 2005, bearing the bates range KAIS-036833-834 | 4/4/2005 | H (third party content); Rule 403; R (not an indication at issue in case) | Kaiser |
| 804 | KAIS-036830 | KAIS-036832 | Kaiser Permanente Northern California web page titled "Gabapentin for hot flashes", dated Apr. 7, 2005, accessed Oct. 12, 2005, bearing the bates range KAIS-036830-832 | 4/7/2005 | H (third party content); Rule 403; R (not an indication at issue in case) | Kaiser |
| 805 | KAIS-036847 | KAIS-036850 | Kaiser Permanente Northern California web page titled "Anticonvulsants for chronic pain", dated Apr. 19, 2005, accessed Oct. 12, 2005, bearing the bates range KAIS-036847-850 | 4/19/2005 | H (third party content); Rule 403 | Kaiser |
| 806 | | | FDA Approval Letter (NDA 20-235) (May 3, 2005). | 5/3/2005 | No obj. | |
| 807 | KAIS-042922 | KAIS-042923 | Kaiser Permanente's Drug Information Services (DIS) request No. 2005-3055, Requestor: Mark Smith, dated May 16, 2005, bearing the bates range KAIS-042922-923 | 5/16/2005 | No obj. | Mirta Millares Declaration (3/26/09) exhibit E |
| 808 | KAIS-004116 | KAIS-004142 | The Cochrane Database of Systematic Reviews, Vol. 3, 2005, "Gabapentin for acute and chronic pain [Review]" by Wiffen, PJ; McQuay, HJ; Edwards, JE; Moore, RA, dated May 19, 2005 (http://gateway.ut.ovid.com/gw2/ovidweb.cgi, accessed 8/9/2005), bearing the bates range KAIS-004116-142 | 5/19/2005 | H | Kaiser |
| 809 | KAIS-005136 | KAIS-005139 | Email from Cathlene Richmond to Monica A. Yoshinaga, Sandra A. Olivas, Mirta Millares, Janet E. Ostini, Daniel C. Powers, Debbie R, with the subject "TPMG May Formulary Decisions - Summary of needed updates for Online Formulary", dated May 23, 2005, bearing the bates range KAIS-005136-139 | 5/23/2005 | No obj. | Kaiser |
| 810 | KAIS-044577 | KAIS-044581 | Kaiser Permanente Regional Formulary and Therapeutics Committee Minutes Document, dated Sept. 8, 2005, bearing the bates range KAIS-044577-044581 | 9/8/2005 | R (to the extent used to reference discussions not pertaining to Neurontin) | Kaiser |
| 811 | | | Spence, M., Teleki, S., Cheetham, T., Schweitzer, S., Millares, M., "Direct-to-Consumer Advertising of COX-2 Inhibitors: Effect on Appropriateness of Prescribing", *Medical Care Research and Review*, 2005, 62(5):544-559 | Oct-05 | R; H; 403 | Mirta Millares (10/02/07) deposition exhibit 27 |
| 812 | KAIS-045029 | KAIS-045033 | Regional Formulary and Therapeutics Committee Minutes, dated Oct. 13, 2005, bearing the bates range KAIS-045029-033 | 10/13/2005 | R (to the extent used to reference discussions not pertaining to Neurontin) | Mirta Millares (01/10/08) deposition exhibit 37 |

20

| # | Bates | Description | Date | Obj. | Notes |
|---|---|---|---|---|---|
| 813 | Pfizer_Regulatory_000031 - Pfizer_Regulatory_000032 | E-mail from Manini Patel.Pfizer. to Courtney Calder, FDA, re: Neurontin clarification by phone request, dated Nov. 18, 2005, bearing the bates range Pfizer_Regulatory_000031-32 | 11/18/2005 | H | |
| 814 | | IMS Health, National Disease and Therapeutic Index Drug Volume I, 1Q, 2006 | 2006 | No obj. | |
| 815 | | Pfizer's June 2006 Neurontin Suicide Analysis submitted to the FDA and supporting materials | 2006 | No obj. | |
| 816 | KAIS-042692 | Kaiser Permanente Drug Information Services Request No: 2006-597, requestor: Carolyn Manson, dated Feb. 2, 2006, bearing the bates range KAIS-042692-694 | 2/2/2006 | R | Kaiser |
| 817 | KAIS-042458 | Kaiser Permanente Drug Information Services Request No: 2006-1355, requestor: Terri Miyamoto, dated Mar. 13, 2006, bearing the bates range KAIS-042458-459 | 3/13/2006 | No obj. | Kaiser |
| 818 | WLC_Franklin_00160371 | 12th Neurontin Core Marketing Team Meeting Minutes, The Drake Hotel, New York, dated Mar. 19-20, 1995, bearing the bates range WLC_Franklin_00160371-378 | 4/18/2006 | H | |
| 819 | KAIS-042415 | Kaiser Permanente Drug Information Services Request No: 2006-2147, requestor Carolyn Manson, dated Apr. 25, 2006, bearing the bates range KAIS-042415-416 | 4/25/2006 | R | Kaiser |
| 820 | KAIS-042460 | Kaiser Permanente Drug Information Services Request No: 2006-1261, requestor: Chris Conteas, dated Mar. 7, 2006, bearing the bates range KAIS-042460-461 | 5/7/2006 | No obj. | Kaiser |
| 821 | | June 2006 Lyrica and suicidality FDA submission | Jun-06 | No obj. | |
| 822 | | Health New England, Excluded Medications, http://www.hne.com/HNE_pharmacy/ht/formulary3.html | 9/13/2006 | R, H | |
| 823 | | Congressional Budget Office. Research and Development in the Pharmaceutical Industry, October 2006 (www.cbo.gov/ftpdocs/76xx/doc7615/10-02-DrugR-D.pdf) | Oct-06 | R | |
| 824 | KAIS-042283 | Kaiser Permanente Drug Information Services Request No: 2006-6149, requestor: Marcy Wong, dated Dec. 6, 2006, bearing the bates range KAIS-042283-284 | 12/6/2006 | R | Kaiser |
| 825 | KAIS-045034 | Document titled "Kaiser Permanente Ohio: Headache", bearing the bates range KAIS-045034-039 | 2007 | No obj. | Mirta Millares (01/10/08) deposition exhibit 51 |
| 826 | KAIS-001249 | Document titled "Criteria for Neurontin Metric", bearing the bates number KAIS-001249 | 2007 | No obj. | Mirta Millares (01/10/08) deposition exhibit 56 |
| 827 | Pfizer_MDL_0008198 - Pfizer_MDL_0008408 | Global Indication Status Chart, dated Jan. 24, 2007, bearing the bates range Pfizer_MDL_0008198-408 | 1/24/2007 | H | |
| 828 | | Kaiser Permanente Medical Care Program CMI Pain Management Advisory Group's National Practice Resource titled "Management of Fibromyalgia in Adults", dated Feb. 2007, (https://www.mapmgonline.com/portal/documents/fms_practice_resource.pdf accessed 12/12/09) | Feb-07 | H (third party content), R (indication not at issue in this case) | Web printout |
| 829 | KAIS-042205 | Kaiser Permanente Drug Information Services Request No: 2007-885, requestor Sidney Gold, dated Feb. 20, 2007, bearing the bates range KAIS-042205-208 | 2/20/2007 | No obj. | |
| 830 | | Curriculum Vitae of Fiona Scott Morton | 4/23/2007 | H | |
| 831 | | Kaiser Permanente Medical Care Program CMI Pain Management Advisory Group's National Practice Resource titled "Management of Neuropathic Pain in Adults", dated May 2007, (https://www.mapmgonline.com/portal/documents/neuropain_practice_resource.pdf accessed 12/12/09) | May-07 | H (third party content), R | Web printout |
| 832 | | Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals Supplemental Response and Objections to Defendants' Second Set of Interrogatories (June 18, 2007) | 6/18/2007 | R | Albert Carver (07/13/07) deposition exhibit 15 |
| 833 | | Defendants' Amended Notice of Deposition of Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals, dated June 28, 2007 | 6/28/2007 | R, H | Mitchell Cohen (10/11/07) deposition exhibit 01 |
| 834 | | Defendants Second Amended Notice of Deposition of Kaiser Foundation Health Plan, Inc. And Kaiser Foundation Hospitals (July 5, 2007) | 7/5/2007 | R, H | Albert Carver (07/12/07) deposition exhibit 01 |
| 835 | | July 12, 2007, faxed document retention statement (Business Records Retention Policy) from Aviah Cohen Pierson to Rajesh James. | 7/12/2007 | No obj. | Albert Carver (07/13/07) deposition exhibit 21 |

21

| # | Bates | Description | Date | H (third party content); Rule 403 | Notes |
|---|---|---|---|---|---|
| 836 | | Kaiser Permanente - Information and Resources - Health Encyclopedia, Anticonvulsants for chronic pain, http://members.kaiserpermanente.org/kpweb/healthency.do?hwid=t..., accessed on July 12, 2007 | 7/12/2007 | | Albert Carver (07/13/07) deposition exhibit 22 |
| 837 | KAIS-042420 KAIS-042421 | Kaiser Permanente Drug Information Services Request No: 2006-2122, requestor: Carolyn Manson, dated July 13, 2007, bearing the bates range KAIS-042420-421 | 7/13/2007 | No obj. | Rodney St. John (09/27/07) deposition exhibit 18 |
| 838 | | Defendants' Amended Notice of Deposition of Debbie Kubota, Rodney St. John, Dale Kramer, and Mirta Millares; filed September 18, 2007 | 9/18/2007 | R; H | Mirta Millares (10/02/07) deposition exhibit 06 |
| 839 | | The Kaiser Papers, Selected Writings of Dr. Charles Phillips - Former Kaiser Permanente Physician, "The Misuse of Evidence-Based Medicine", dated Nov. 14, 2007 (http://drphillips.kaiserpapers.org/november142007.html, accessed 12/12/09) | 11/14/2007 | R (material concerns subject matter for which the witness has been excluded), H, A, Rule 403, All other objections reserved (placeholder exhibit does not provide meaningful notice or opportunity to object) | Charles Phillips (12/16/09) deposition exhibit 19 |
| 840 | | Declaration of Elizabeth F. Villaluz, dated Nov. 16, 2007 | 11/16/2007 | H | Mirta Millares (01/10/08) deposition exhibit 02 |
| 841 | | Atul Pande presentation slides titled "Combination Treatment in Bipolar Disorder" (http://www.wpic.pitt.edu/stanley/3rdbipconf/pptslides/pande_files/slide0030.htm, accessed 10/24/2008) | 2008 | H | |
| 842 | | Defendants' Notice of Rule 30(B)(6) Deposition of Kaiser Foundation Health Plan, Inc and Kaiser Foundation Hospitals (Jan. 4, 2008) | 1/4/2008 | R, H | Mirta Millares (01/10/08) deposition exhibit 01 |
| 843 | | Henry G. Grabowski Expert Report, Mar. 13, 2008, Exh. 1A, chart titled "NDTI Uses: Off-Label Uses At Issue in This Case For AEDs Excluding Neurontin" | 3/13/2008 | H | |
| 844 | | Henry G. Grabowski Expert Report, Mar. 13, 2008, Exh. 1B, chart titled "NDTI Uses: All Off-Label Uses For AEDs Excluding Neurontin" | 3/13/2008 | H | |
| 845 | | Henry G. Grabowski Expert Report, Mar. 13, 2008, Exh. 2A, chart titled "NDTI Uses: Off-Label Uses at Issue in This Case For Depakote ER" | 3/13/2008 | H | |
| 846 | | Henry G. Grabowski Expert Report, Mar. 13, 2008, Exh. 2B, chart titled "NDTI Uses: Off-Label Uses at Issue in This Case For Gabitril" | 3/13/2008 | H | |
| 847 | | Henry G. Grabowski Expert Report, Mar. 13, 2008, Exh. 2C, chart titled "NDTI Uses: Off-Label Uses at Issue in This Case For Keppra" | 3/13/2008 | H | |
| 848 | | Henry G. Grabowski Expert Report, Mar. 13, 2008, Exh. 2D, chart titled "NDTI Uses: Off-Label Uses at Issue in This Case For Lamictal" | 3/13/2008 | H | |
| 849 | | Henry G. Grabowski Expert Report, Mar. 13, 2008, Exh. 2E, chart titled "NDTI Uses: Off-Label Uses at Issue in This Case For Topamax" | 3/13/2008 | H | |
| 850 | | Henry G. Grabowski Expert Report, Mar. 13, 2008, Exh. 2F, chart titled "NDTI Uses: Off-Label Uses at Issue in This Case For Trileptal" | 3/13/2008 | H | |
| 851 | | Henry G. Grabowski Expert Report, Mar. 13, 2008, Exh. 2G, chart titled "NDTI Uses: Off-Label Uses at Issue in This Case For Zonegran" | 3/13/2008 | H | |

| # | Description | Date | Objections |
|---|---|---|---|
| 852 | Chart titled "All Off-Label Uses Top AEDs vs. Neurontin" (Reply Report of Henry G. Grabowski, Apr. 11, 2008, Exh. 1) | 3/13/2008 | H |
| 853 | Reply Report of Henry G. Grabowski, Apr. 11, 2008, Exh. 2, chart titled "Off-Label Uses at Issue in This Case Top AEDs vs. Neurontin" | 3/13/2008 | H |
| 854 | Mentari Power Point slides and transcript from the 3/28/08 FDA Pediatric Drug Advisory Committee Meeting | 3/28/2008 | H |
| 855 | Kaiser Permanente online article titled "Healthwise helps you make better health decisions", updated in Apr. 2008, accessed on 2/2/2010 at www.kpw.org. | Apr-08 | A, R, H (third party content); Rule 403, All other objections reserved until URL corrected - does not appear to be a working website |
| 856 | Curriculum Vitae of Pradeep K. Chintagunta | 5/14/2008 | R; H |
| 857 | Slides for Testimony at Daubert Hearing | Jun-08 | R, H |
| 858 | Pfizer Slide Presentation to Columbia University Antiepileptic Drug Meeting dated June 2, 2008 | 6/2/2008 | H |
| 859 | Curriculum Vitae of Henry G. Grabowski | 11/18/2008 | H |
| 860 | Curriculum Vitae of Alan M. Rapoport, M.D. | 12/5/2008 | H |
| 861 | Curriculum Vitae of Shawn J. Bird, M.D. | 12/12/2008 | H |
| 862 | Curriculum Vitae of Dr. Michael J. McLean | 12/12/2008 | H |
| 863 | Chart titled "Neurontin / Gabapentin Prescriptions and Promotional Expenditures" (Dec. 15, 2008, Michael C. Keeley Expert Report p.28) | 12/15/2008 | H |
| 864 | Tables re: Professor Rosenthal's claims (Dec. 15, 2008, Michael C. Keeley Expert Report, p. 46, 49) | 12/15/2008 | H |
| 865 | Chart titled "Comparison of Psychiatrists' Bipolar Prescriptions to Psychiatrists' Detailing and Journal Advertising Stock" (Dec. 15, 2008, Michael C. Keeley Expert Report, Exh. 1A) | 12/15/2008 | H |
| 866 | Chart titled "Comparison of Neurologists' Migraine Prescriptions to Neurologists' Detailing and Journal Advertising Stock" (Dec. 15, 2008, Michael C. Keeley Expert Report, Exh. 1B) | 12/15/2008 | H |
| 867 | Chart titled "Comparison of Neurologists' Neuropathic Pain Prescriptions to Neurologists' Detailing and Journal Advertising Stock" (Dec. 15, 2008, Michael C. Keeley Expert Report, Exh. 1C) | 12/15/2008 | H |
| 868 | Chart titled "Comparison of PHN Specialties' Neuropathic Pain Prescriptions to PHN Specialties' Detailing and Journal Advertising Stock" (Dec. 15, 2008, Michael C. Keeley Expert Report, Exh. 1D) | 12/15/2008 | H |
| 869 | Chart titled "Comparison of Other Specialties' Neuropathic Pain Prescriptions to Other Specialties' Detailing and Journal Advertising Stock" (Dec. 15, 2008, Michael C. Keeley Expert Report, Exh. 1E) | 12/15/2008 | H |
| 870 | Chart titled "Comparison of Neurologists' Nociceptive Pain Prescriptions to Neurologists' Detailing and Journal Advertising Stock" (Dec. 15, 2008, Michael C. Keeley Expert Report, Exh. 1F) | 12/15/2008 | H |
| 871 | Chart titled "Comparison of PHN Specialties' Nociceptive Pain Prescriptions to PHN Specialties Detailing and Journal Advertising Stock" (Dec. 15, 2008, Michael C. Keeley Expert Report, Exh. 1G) | 12/15/2008 | H |
| 872 | Chart titled "Comparison of Other Specialties' Nociceptive Pain Prescriptions to Other Specialties' Detailing and Journal Advertising Stock" (Dec. 15, 2008, Michael C. Keeley Expert Report, Exh. 1H) | 12/15/2008 | H |
| 873 | Chart titled "Share of Prescriptions That Are High-Dose to Total Detailing and Journal Advertising Stock" (Dec. 15, 2008, Michael C. Keeley Expert Report, Exh. 1I) | 12/15/2008 | H |
| 874 | Table titled "Estimated Effect of Promotions on Bipolar Prescriptions Written by Psychiatrists Rosenthal Model vs. Revised Model" (Dec. 15, 2008, Michael C. Keeley Expert Report, Exh. 2A) | 12/15/2008 | H |
| 875 | Table titled "Estimated Effect of Promotions on Migraine Prescriptions Written by Neurologists Rosenthal Model vs. Revised Model" (Dec. 15, 2008, Michael C. Keeley Expert Report, Exh. 2B) | 12/15/2008 | H |
| 876 | Table titled "Estimated Effect of Promotions on Neuropathic Pain Prescriptions by Neurologists Rosenthal Model vs. Revised Model" (Dec. 15, 2008, Michael C. Keeley Expert Report, Exh. 2C) | 12/15/2008 | H |

| # | | Description | Date | | Notes |
|---|---|---|---|---|---|
| 877 | | Table titled "Estimated Effect of Promotions on Neuropathic Pain Prescriptions Written by PHN Specialists Rosenthal Model vs. Revised Model" (Dec. 15, 2008, Michael C. Keeley Expert Report, Exh. 2D) | 12/15/2008 | H | |
| 878 | | Table titled "Estimated Effect of Promotions on Neuropathic Pain Prescriptions Written by Other Specialists Rosenthal Model vs. Revised Model" (Dec. 15, 2008, Michael C. Keeley Expert Report, Exh. 2E) | 12/15/2008 | H | |
| 879 | | Table titled "Estimated Effect of Promotions on Neuropathic Pain Prescriptions Written by Neurologists Rosenthal Model vs. Revised Model" (Dec. 15, 2008, Michael C. Keeley Expert Report, Exh. 2F) | 12/15/2008 | H | |
| 880 | | Table titled "Estimated Effect of Promotions on Nociceptive Pain Prescriptions Written by PHN Specialists Rosenthal Model vs. Revised Model" (Dec. 15, 2008, Michael C. Keeley Expert Report, Exh. 2G) | 12/15/2008 | H | |
| 881 | | Table titled "Estimated Effect of Promotions on Nociceptive Pain Prescriptions Written by Other Specialists Rosenthal Model vs. Revised Model" (Dec. 15, 2008, Michael C. Keeley Expert Report, Exh. 2H) | 12/15/2008 | H | |
| 882 | | Table titled "Estimated Effect of Promotions on Proportion of High-Dose Prescriptions Written by All Specialties Rosenthal Model vs. Revised Model" (Dec. 15, 2008, Michael C. Keeley Expert Report, Exh. 2I) | 12/15/2008 | H | |
| 883 | | Curriculum Vitae of Gregory K. Bell, PH.D. | 12/15/2008 | H | |
| 884 | | Curriculum Vitae of Gary J. Brenner, M.D., Ph.D. | 12/15/2008 | H | |
| 885 | | Curriculum Vitae of Elizabeth A. Field, PhD | 12/15/2008 | H | |
| 886 | | Kaiser Permanente Medical Service Agreement (http://businesspractices.kaiserpapers.org/kpmedicalserviceagreement.html, accessed 12/18/09) | 2009 | R, H, A | Charles Phillips (12/16/09) deposition exhibit 18 |
| 887 | | Kaiser Permanente 2009 Formulary "Prescription Drug List" excerpts | 2009 | All objections reserved until document is provided. | Buchfuhrer Deposition (12/21/2009) Exhibit 13 |
| 888 | | Curriculum Vitae of Janet Arrowsmith-Lowe, M.D. | Feb-09 | H | |
| 889 | | Curriculum Vitae of Robert D. Gibbons Ph.D. | 2/26/2009 | H | |
| 890 | | Curriculum Vitae of Michael C. Keeley, Ph.D. | 2/27/2009 | H | |
| 891 | | Oxford Health Plans "2009 Advantage Three-Tier Prescription Drug List (PDL) Reference Guide" (https://www.oxhp.com/secure/materials/3tier_pdl_2009.pdf, accessed 1/16/2010 | Sep-09 | No obj. | Web printout |
| 892 | | Oxford Health Plans "2009 Traditional Three-Tier Prescription Drug List (PDL) Reference Guide" (https://www.oxhp.com/druglist/drug_liist09.pdf, accessed 1/16/2010) | Sep-09 | No obj. | Web printout |
| 893 | | Curriculum Vitae of Anthony J. Rothschild, M.D. | 9/10/2009 | H | |
| 894 | | Curriculum Vitae of Andrew E. Slaby, M.D., PH.D., M.P.H., | 9/11/2009 | H | |
| 895 | | "Kaiser Permanente Comprehensive Formulary" - GA, dated Oct. 15, 2009 (https://members.kaiserpermanente.org/kpweb/pdf/ga/ga_formulary_members.pdf, accessed 01/10/2010) | 10/15/2009 | R (to the extent used to reference discussions not pertaining to Neurontin) | Web printout |
| 896 | | "Kaiser Permanente Multichoice Preferred Drug List", -GA, dated Oct. 15, 2009 (https://members.kaiserpermanente.org/kpweb/pdf/ga/ga_formulary_multi-choice.pdf, accessed 01/10/2010) | 10/15/2009 | R (to the extent used to reference discussions not pertaining to Neurontin) | Web printout |

24

| # | Description | Date | Objections | Type |
|---|---|---|---|---|
| 897 | Kaiser Permanente NW "Formulary Approved Drug List for Kaiser Member Use", dated Nov. 17, 2009 (https://members.kaiserpermanente.org/kpweb/pdf/nw/nw_formulary_members.pdf, accessed 01/10/2010) | 11/17/2009 | R (to the extent used to reference discussions not pertaining to Neurontin) | Web printout |
| 898 | Kaiser Permanente Northern CA Formulary - Consumer - "Neurontin" search results (updated Nov. 29, 2009) (https://online.lexi.com/crlsql/servlet/crlonline?a=doc&bc=kainca_con&mn=&id=1166955&mid=6246&fl=nam,synlist,ubnlist,fbnlist,cbnlist,asilist,asclist,aptlist,replist,us-brand-name-list,sui&hl=neurontin#, accessed 01/11/2010) | 11/29/2009 | No Obj. | Web printout |
| 899 | "Kaiser Permanente Hawaii Pharmaceutical Management Procedures and Drug Formulary" (https://members.kaiserpermanente.org/kpweb/pdf/hi/hi_drugformulary.pdf, accessed 01/10/2010) | 2010 | R (to the extent used to reference discussions not pertaining to Neurontin) | Web printout |
| 900 | Kaiser Permanente Southern CA - Consumer - "Neurontin" search results (https://online.lexi.com/crlsql/servlet/crlonline?a=doc&bc=kaifoc_con&mn=&id=1165192&mid=6246&fl=nam,synlist,ubnlist,fbnlist,cbnlist,asilist,asclist,aptlist,replist,us-brand-name-list,sui&hl=neurontin, accessed 01/13/2010) | 2010 | No Obj. | Web printout |
| 901 | Healthwise website printouts: "About Us", "Our Mission", "Information Therapy" (http://www.healthwise.org/about.aspx, http://healthwise.org/a_mission.aspx, http://healthwise.org/a_info_therapy.aspx, accessed 01/13/2010) | 2010 | All objections reserved until document is provided. | |
| 902 | Publicly accessible Kaiser Permanente webpages (www.kpw.org)(Defendants reserve right to use updated versions of these URL) | 2010 | A, R, H (third party content); Rule 403, All other objections reserved (placeholder exhibit does not provide meaningful notice or opportunity to object) URL - does not appear to be a working website | |
| 903 | Kaiser Permanente OH "2010 Formulary Prescription Drug List", dated Jan. 1, 2010 (https://members.kaiserpermanente.org/kpweb/pdf/ohio/oh_commercial_formulary.pdf, accessed 01/10/2010) | 1/1/2010 | R (to the extent used to reference discussions not pertaining to Neurontin) | Web printout |
| 904 | Kaiser Permanente "Southern Colorado Commercial HMO Formulary", dated Jan. 2010 (https://members.kaiserpermanente.org/kpweb/pdf/col/cos_formulary_hmo.pdf, accessed 01/10/2010) | Jan-10 | R (to the extent used to reference discussions not pertaining to Neurontin) | Web printout |

| | | | | |
|---|---|---|---|---|
| 905 | Excellus "2010 3-Tier Formulary Guide", dated Jan.1, 2010 (https://www.excellusbcbs.com/wps/wcm/connect/f32ea4004008791cb4d4fc36c3f92aaf/Excellus+3-tier+formulary+WEB.pdf?MOD=AJPERES, accessed 1/13/2010) | 1/1/2010 | All objections reserved until document is provided. | |
| 906 | Excellus "2010 Closed Formulary Guide", dated Jan. 1, 2010 (https://www.excellusbcbs.com/wps/wcm/connect/8b6c99004008 7b68b514fd36c3f92aaf/Excellus+Closed+formulary+WEB.pdf?MOD=AJPERES, accessed 1/13/2010) | 1/1/2010 | All objections reserved until document is provided. | Web printout |
| 907 | BlueValue Rx Mass. "Your BlueValue RX Pharmacy Progam", dated Jan. 1, 2010, (http://www.bluecrossma.com/common/en_US/pdfs/New_SOB/39-0245_BIValueRx_NonCovered.pdf, accessed 1/13/2010) | 1/1/2010 | All objections reserved until document is provided. | Web printout |
| 908 | Aetna Medicare "Pharmacy Clinical Policy Bulletins, Aetna Medicare Prescription Drug Plan, Category: Anticonvulsants, Class: Anticonvulsants", dated Jan. 1, 2010 (http://www.aetna.com/products/rxmedicare/data/Medicare2010/CNS2010/anticonvulsants.html, accessed 1/16/2010) | 1/1/2010 | All objections reserved until document is provided. | Web printout |
| 909 | Aetna Medicare "Pharmacy Clinical Policy Bulletins Aetna Non-Medicare Prescription Drug Plan, Subject: Anticonvulsants", dated Jan. 1, 2010, (http://www.aetna.com/products/rxnonmedicare/data/2010/CNS2010/anticonvulsants_2010.html, accessed 1/16/2010) | 1/1/2010 | All objections reserved until document is provided. | |
| 910 | Kaiser Permanente Southern CA - Senior Advantage (HMO) Medicare Part D Comprehensive Formulary, dated Jan. 5, 2010 (https://members.kaiserpermanente.org/kpweb/pdf/cal/cal_2010_Part_D_formulary.pdf, accessed 01/15/2010) | 1/5/2010 | R (to the extent used to reference discussions not pertaining to Neurontin) | Web printout |
| 911 | "Kaiser Permanente Mid-Atlantic States Formulary", effective Jan. 7th, 2010 (https://members.kaiserpermanente.org/kpweb/pdf/mid/mid_commercial_formulary.pdf, accessed 01/10/2010) | 1/7/2010 | R (to the extent used to reference discussions not pertaining to Neurontin) | Web printout |
| 912 | Kaiser Permanente "Southern Colorado PPO & Denver/Boulder PPO/ POS Preferred Product List", dated Jan. 2010 (https://members.kaiserpermanente.org/kpweb/pdf/col/cos_formulary_ppo.pdf, accessed 01/10/2010) | Jan-10 | R (to the extent used to reference discussions not pertaining to Neurontin) | Web printout |
| 913 | Kaiser Permanente "Federal Groups Formulary for the Colorado Region", dated Jan. 2010 (https://members.kaiserpermanente.org/kpweb/pdf/col/co_formulary_federal_group.pdf, accessed 01/10/2010) | Jan-10 | R (to the extent used to reference discussions not pertaining to Neurontin) | Web printout |
| 914 | Kaiser Permanente "Denver/Boulder HMO, Denver Boulder Medicare Retiree Drug Subsidy, Denver/Boulder and Colorado Springs Exclusive Provider Organization (EPO, Self-Funded), Formulary Listing", dated Jan. 2010" (https://members.kaiserpermanente.org/kpweb/pdf/col/cod_formulary_members.pdf, accessed 01/10/2010) | Jan-10 | R (to the extent used to reference discussions not pertaining to Neurontin) | Web printout |
| 915 | Chart titled "Monthly Neurontin / Gabapentin Prescriptions and Promotional Expenditures January 2004 - October 2009" (Dec. 15, 2008, Michael C. Keeley Expert Report p.28, updated through October 2009) | 1/15/2010 | All objections reserved until document is provided. | |

26