# Exhibit 12
# (Part 4 of 4)

| No. | Bates Begin | Bates End | Description | Date | Objections | Deposition |
|---|---|---|---|---|---|---|
| 916 | | | Chart titled "Quarterly Neurontin / Gabapentin Prescriptions and Promotional Expenditures 1st Qtr 1994 - 3rd Qtr 2009" | 1/15/2010 | All objections reserved until document is provided. | |
| 917 | | | Kaiser Permanente online- Drug Encyclopedia Entries for Neurontin/Gabapentin, accessed on Feb. 2, 2010, at www.kp.org (Defendants reserve right to use updated versions of these URLs) | 2/2/2010 | H (third party content); Rule 403 | |
| 918 | | | Kaiser Permanente online-Information and Resources - select Health Encyclopedia entries, accessed on Feb. 2, 2010, at www.kp.org (Defendants reserve right to use updated versions of these URLs) | 2/2/2010 | H (third party content); Rule 403 | |
| 919 | KAIS-001063 | KAIS-001063 | Document titled "Gabapentin Capsules: Review of Restrictions", bearing the bates number KAIS-001063 | Undated | No Obj | Albert Carver (07/12/07) deposition exhibit 08 |
| 920 | KAIS-044234 | KAIS-044234 | Document titled "TCA Information Sheet for Neurosurgery", bearing the bates number KAIS-044234 | Undated | No Obj. | Mirta Millares (01/10/08) deposition exhibit 04 |
| 921 | KAIS-044329 | KAIS-044330 | Gabapentin (Neurontin) Criteria Questions, bearing the bates range KAIS-044329-330 | Undated | No Obj | Mirta Millares (01/10/08) deposition exhibit 24 |
| 922 | KAIS-006312 | KAIS-006313 | Document with excerpts titled "Modafinil", "Lamotrigine", "Gabapentin", "Adderall guidelines in the treatment of ADHD", bearing the bates range KAIS-006312-313 | Undated | No Obj. | Mirta Millares (10/02/08) deposition exhibit 10 |
| 923 | KAIS-040152 | KAIS-040658 | Chart titled "Neurontin Prescribers", bearing the bates range KAIS-040152-658 | Undated | No Obj. | Wieder Deposition (1/12/2008) Exhibit 11 |
| 924 | WLC_Franklin_00 00061652 | WLC_Franklin_00 00062003 | Chart, bearing the bates range WLC_Franklin_0000061652-2003 | Undated | No Obj | |

27

| # | Bates Begin | Bates End | Description | Date | Objections | Notes |
|---|---|---|---|---|---|---|
| 925 | WLC_Franklin_00 00127972 | WLC_Franklin_00 0127975 | Document titled "Standard Operatin Procedure For Consultant Meetings", undated, bearing the bates range WLC_Franklin_0000127972-975 | Undated | All objections reserved until document is provided. | |
| 926 | WLC_Franklin_00 00111217 | WLC_Franklin_00 00111229 | Documents titled "Standard Operating Procedure For Consultant Meetings"; "Standard Operating Procedure For Speakers Bureau/Promotional Events"; "Standard Operating Procedure For Continuing Medical Education Grants"; "Standard Operating Procedure For The Utilization of Medical Groups At Customer Business Units", undated, bearing the bates range WLC_Franklin_000011217-229 | Undated | No obj. | |
| 927 | WLC_Franklin_ 0000065127 | WLC_Franklin_ 0000065132 | Document titled, "Questions And Answers Asked About Speakers Bureau (promotional) Programs vs. Independent Activities, undated, bearing the bates range WLC_Franklin_0000065127-132 | Undated | All objections reserved until document is provided. | |
| 928 | | | Policy on Public Disclosure, UNDATED (NRE0000223471) | Undated | All objections reserved until document is provided. | |
| 929 | | | Pharmacy Practice Perspective article "Drug Information Specialist", by Mirta Millares | Undated | R, H | Mirta Millares (10/02/0?) deposition exhibit 28 |
| 930 | | | Morris Maizels draft article titled "The Use of Antidepressants and Anticonvulsants for Chronic Pain and Somatic Complaints" | Undated | H | Morris Maizels (09/26/07) deposition exhibit 09 |
| 931 | | | Morris Maizels draft article titled "The Use of Antidepressants and Anticonvulsants for Chronic Non-Cancer Pain" | Undated | H | Morris Maizels (09/26/0?) deposition exhibit 10 |

| # | Bates Begin | Bates End | Description | Date | Obj | Notes |
|---|---|---|---|---|---|---|
| 932 | | | Morris Maizels draft article titled "The Use of Antidepressants and Anticonvulsants for Chronic Non-Cancer Pain" | Undated | H | Morris Maizels (09/26/07) deposition exhibit 11 |
| 933 | | | Draft manuscript by Maizels, M., McCarberg, B., "The Use of Antidepressants and Antiepleptic Drugs for Chronic Non-Cancer Pain" | Undated | H | Morris Maizels (09/26/07) deposition exhibit 12 |
| 934 | | | Draft article by Maizels, M., McCarberg, B., "Antidepressants and Antiepleptic Drugs for Chronic Non-Cancer Pain" | Undated | H | Morris Maizels (09/26/07) deposition exhibit 14 |
| 935 | KAIS-006441 | KAIS-006456 | PubMed literature search results for "Anxiety" | Undated | H | |
| 936 | KAIS-044413 | KAIS-044415 | Draft document titled "Gabapentin (Neurontin)", drafted by Norman D. Muilenburg | Undated | No Obj | |
| 937 | KAIS-044431 | KAIS-044433 | Draft document titled "Gabapentin (Neurontin)", drafted by Norman D. Muilenburg | Undated | No Obj | |
| 938 | KAIS-044524 | KAIS-044537 | Presentation slides by titled "Pharmacy and NWP Primary Care Priority Drug Cost Initiatives" | Undated | No Obj | |

| # | Bates | Description | Date | Objections |
|---|-------|-------------|------|------------|
| 939 | | Kaiser Permanente, Structure of Kaiser Permanente: Who we are, https://members.Kaiserpermanente.org/kpweb/structurekp/entrypage.do | Undated | Objections reserved until URL confirmed or screenshot provided - URL does not seem to point to page described |
| 940 | | PharmMetrics data and analysis, including all SAS data files and Supermix data files | Undated | All objections reserved until document is provided. |
| 941 | | Fortran programs to verify the SAS results and the data read by the Fortran analysis | Undated | All objections reserved until document is provided. |
| 942 | | Output files generated by SAS | Undated | All objections reserved until document is provided. |
| 943 | | Sensitivity analyses conducted by Dr. Gibbons on PharMetrics data | Undated | All objections reserved until document is provided. |
| 944 | WLC_FRANKLIN_0000055870 | Document titled Neurontin Dosing Data, bearing the bates number WLC_FRANKLIN_0000055870 | Undated | No Obj. |
| 945 | WLC_FRANKLIN_0000089332 | Document titled Marketing Assessment: Neurontin in Psychiatric Disorders, bearing the bates range WLC_FRANKLIN_0000089332-373 | Undated | No Obj |

| | | | | Undated | No Obj |
|---|---|---|---|---|---|
| 946 | Pfizer_AZeuscher_0024845 | Pfizer_AZeuscher_0024846 | Neurontin Speaker Training, bearing the bates range Pfizer_AZeuscher_0024845-846 | | |
| 947 | | | Various Formularies of Various Third Party Payors (Health Choice, Health Choice Arizona Formulary, April 2008; Maricopa Health Plan and UPH, Drug Formulary, December 1, 2006; Mercy Health Plans, 2006 Preferred Drug Formulary; Mutual of Omaha, Member Drug Formulary: Alpabetical Listing 2008) | Various | All objections reserved until document is provided. |
| 948 | | | Verispan AED Prescription Data from 1998-2007 | Various | All objections reserved until document is provided. |
| 949 | | | IMS Prescription data for AEDs for 1998-2007 | Various | All objections reserved until document is provided. |
| 950 | | | Neurontin Daubert hearing transcripts dated June 19-20, 2008 and July 23, 2008 | Various | R, H |
| 951 | | | Kaiser's written responses to interrogatories and other discovery | Various | H; All other objections reserved (placeholder exhibit does not provide meaningful notice or opportunity to object) |
| 952 | | | FDA-approved U.S. product labeling (see 21 C.F.R. 201.57) for each medication identified by Plaintiffs or their expert witnesses in this litigation prior to or during trial as a cheaper, equally or more effective, or optimal" alternative to Neurontin (gabapentin), as reprinted in the Physician's Desk Reference or the United States National Library of Medicine Daily Med database (http://dailymed.nlm.nih.gov/dailymed/about.cfm)." | Various | All objections reserved until document is provided. |
| 953 | Pfizer_LeslieTive_0045750 | Pfizer_LeslieTive_0046674 | Research Report 4301-00066, Study Protocol 879-200 | 6/25/1990 | No Obj |
| 954 | Pfizer_LAlphs_0020290 | Pfizer_LAlphs_0020383 | Summary Basis of Approval of Gabapentin | 1/20/1993 | R |

31

| # | Bates Begin | Bates End | Description | Date | Objection |
|---|---|---|---|---|---|
| 955 | Pfizer_JMarino_0 004515 | Pfizer_JMarino_0 004549 | Letter from Robert Temple to Janeth Turner | 12/30/1993 | R |
| 956 | | | MedWatch Reports. | 1994-2005 | All objections reserved until document is provided. |
| 957 | | | Research Report 720-03908, Study Protocol 945-210. | 4/24/1996 | No Obj. |
| 958 | | | Research Report 720-04130, Study Protocol 945-224 Appendix 2. | 2/23/1998 | No Obj. |
| 959 | Pfizer_LKnapp_0 001212 | | Research Report 720-04174, Study Protocol 945-209 Appendix C.46 | 11/4/1998 | No Obj. |
| 960 | Pfizer_LKnapp_0 001212 | | Research Report 720-03851, Study Protocol 945-203. | 3/19/1999 | All objections reserved until document is provided. Report number does not match protocol number |
| 961 | | | Research Report 720-04174, Study Protocol 945-209. | 3/26/1999 | No Obj. |
| 962 | | | Research Report 720-03851, Study Protocol 945-204. | 4/9/1999 | No Obj. |
| 963 | Pfizer_LTive_001 5139 | | Research Report 995-00074, Study Protocol 945-220 | 8/24/1999 | No Obj. |
| 964 | | | Research Report 720-04130, Study Protocol 945-224. | 2/7/2000 | No Obj. |
| 965 | Pfizer_LeslieTive 0063878 | Pfizer_LeslieTive 0063880 | Memorandum from Karen Katen to Joe Feczko, et al. bearing the bates range Pfizer_LeslieTive_0063878 - 80. | 11/10/2000 | H |
| 966 | Pfizer_LeslieTive_ 0020213 | Pfizer_LeslieTive_ 0020269 | Research Report 995-00085, Study Protocol 945-217 bearing the bates range Pfizer_LeslieTive_0020213 - 69. | 11/19/2000 | No Obj. |
| 967 | Pfizer_LLaMoreau x_009076 | Pfizer_LLaMoreau x_009145 | Neuropathic Pain ISS bearing the bates range Pfizer_LLaMoreaux_009076 - 145. | 7/9/2001 | No Obj. |
| 968 | Pfizer_CPacella_ 0047972 | Pfizer_CPacella_ 0047979 | Product Maintenance & Pharmacovigilance Minutes bearing the bates range Pfizer_CPacella_0047972 - 79. | 7/19/2001 | R |
| 969 | Pfizer_Cpacella_0 022322 | Pfizer_Cpacella_0 022329 | Product Maintenance & Pharmacovigilance Minutes bearing the bates range Pfizer_Cpacella_0022322 - 29. | 10/18/2001 | R |
| 970 | Pfizer_AGarrity_0 007313 | Pfizer_AGarrity_0 007393 | PHN ISS bearing the bates range Pfizer_AGarrity_0007313 - 93. | 12/13/2001 | R |
| 971 | Pfizer_CPacella_ 0022606 | Pfizer_CPacella_ 0022612 | Product Maintenance & Pharmacovigilance Minutes bearing the bates range Pfizer_CPacella_0022606 - 12. | 1/17/2002 | R |
| 972 | Pfizer_CPacella_ 0022344 | Pfizer_CPacella_ 0022350 | Product Maintenance & Pharmacovigilance Minutes bearing the bates range Pfizer_CPacella_0022344 - 50. | 10/17/2002 | R |
| 973 | Pfizer_MPatel_01 40560 | Pfizer_MPatel_01 40703 | Research Report 720-30154, Study Protocol 945-411 bearing the bates range Pfizer_MPatel_0140560 - 703. | 11/5/2002 | R, 403 |
| 974 | Pfizer_LeslieTive 0020834 | Pfizer_LeslieTive 0020879 | Memorandum from Dr. Roder to Leslie Tive bearing the bates range Pfizer_LeslieTive_0020834 - 79. | 3/31/2003 | No Obj. |
| 975 | Pfizer_BParsons_ 0119335 | Pfizer_BParsons_ 01120449 | Final Taiwan Report, Study Protocol 945-468-429 bearing the bates range Pfizer_BParsons_0119335 - 120449. | 5/13/2003 | R, 403 |
| 976 | Pfizer_LKnapp_0 108138 | Pfizer_LKnapp_0 108398 | Study Protocol 945-420-276 | 5/14/2003 | R |
| 977 | Pfizer_MPatel_02 45758 | Pfizer_MPatel_02 45882 | Final Report, Study Protocol 945-475-283 | 12/19/2003 | No Obj. |
| 978 | Pfizer_MEvertsz_ 0141890 | Pfizer_MEvertsz_ 0143416 | September 2004 Submission (with appendices) | 9/10/2004 | 403 |
| 979 | Pfizer_Regulatory _000955 | Pfizer_Regulatory _000988 | Parsons November 16, 2004 Response to FDA | 11/19/2004 | R |

32

| # | Bates Begin | Bates End | Description | Date | No Obj |
|---|---|---|---|---|---|
| 980 | Pfizer_Sdoft_000 1870 | Pfizer_Sdoft_000 1944 | Pain ISE | 12/8/2004 | |
| 981 | | | Supplement 029 - Approval Letter (NDA 20-235). | 2/28/2005 | All objections reserved until document is provided. |
| 982 | Pfizer_MEvertsz_ 0079493 | Pfizer_MEvertsz_ 0079494 | Letter from Mary Ann Evertsz to Russell Katz | 12/21/2005 | R |
| 983 | Pfizer_MEvertsz_ 0109461 | Pfizer_MEvertsz_ 0109463 | Letter from Russell Katz to Mary Ann Evertsz | 5/3/2006 | R |
| 984 | Pfizer_Regulatory _000510 | Pfizer_Regulatory _000954 | Complete June 2006 Submission | June 2006 | R |
| 985 | | | Plots of PRR over time. | 11/12/2007 | All objections reserved until document is provided. |
| 986 | | | CDER Office of Translational Sciences & Office of Biostatistics. Statistical Review of Evaluation titled Antiepileptic Drugs and Suicidality. | 5/23/2008 | All objections reserved until document is provided. |
| 987 | | | Pfizer Lyrica & Neurontin slide presentation presented at FDA Advisory Committee. | 7/10/2008 | All objections reserved until document is provided. |
| 988 | | | Pfizer Briefing Documents dated July 10, 2008. | 7/10/2008 | H |
| 989 | | | Statement from American Epilepsy Society. | 12/5/2008 | All objections reserved until document is provided. |
| 990 | | | Letter from Katz to Clark. | 12/16/2008 | All objections reserved until document is provided. |
| 991 | | | Neurontin IND/NDA Periodic and Annual Reports. | 1/14/94 - 8/18/05 | All objections reserved until document is provided. |
| 992 | Pfizer_JSu_00187 94 | Pfizer_JSu_00187 94 | Standard Response Letter | Undated | R |
| 993 | | | Reserved | | |
| 994 | | | Reserved | | |
| 995 | | | Reserved | | |
| 996 | | | Reserved | | |

33

Reserved

997

34