# Exhibit 13
# (Part 1 of 2)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES<br>PRACTICES AND PRODUCTS<br>LIABILITY LITIGATION | : MDL Docket No. 1629<br>:<br>: Master File No. 04-10981<br>: |

------------------------------------------------

Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

THE GUARDIAN LIFE INSURANCE COMPANY OF
AMERICA v. PFIZER INC., 04 CV 10739 (PBS)

: Magistrate Judge Leo T.
: Sorokin
:
:
:
:

------------------------------------------------

## DEFENDANTS' OBJECTIONS TO PLAINTIFFS' PROPOSED TRIAL EXHIBITS

Defendants, Pfizer Inc ("Pfizer") and Warner-Lambert Company LLC ("Warner-Lambert") (collectively, "Defendants"), by and through their undersigned counsel, pursuant to the Court's Pretrial Order of November 12, 2009 (Dkt. 2172), hereby identify on the attached Exhibit A, their objections to the exhibits identified in Plaintiffs' Amended Trial Exhibit List served on February 9, 2009. Defendants anticipate the need to assert additional objections depending upon the evidence presented by Plaintiffs, the Court's evidentiary rulings, and/or other matters that may arise before or at trial. Accordingly, Defendants respectfully and specifically reserve the right to: (1) withdraw at any time any objections identified; (2) supplement and/or amend their objections in response to the Court's rulings on pretrial motions or other evidentiary matters; (3) supplemental and/or amend their objections in response to Plaintiffs' intended and/or actual use of the exhibits; and (4) supplement and/or amend their objections as otherwise permitted by the Court, even when Defendants presently identify that they have "No Objection" to a proposed exhibit.

## GENERAL OBJECTIONS

Defendants object to any evidence offered by Plaintiffs to show allegedly improper marketing or other conduct, that is not probative of alleged marketing directed and experienced by Plaintiffs, any Kaiser Permanente Medical Group or any physician of a Kaiser Permanente Medical Group (collectively referred to herein as "Plaintiffs"), including: (i) any marketing, advertising, promotional materials or other conduct concerning Neurontin (whether for off-label use or otherwise), including, but not limited to, evidence of promotion, studies, letters from DDMAC, publications, activities of sales and marketing representatives other than those who called upon Plaintiffs, the opinions of Abramson, Conti, Dickersin, Hartman, McDonough, and Rosenthal, and other evidence relied upon by Plaintiffs; (ii) any evidence of, or reference to, the separate and unrelated *qui tam* action styled *United States ex rel. Franklin v. Parke-Davis, Division of Warner-Lambert Company, & Pfizer Inc.*, Civil Action No. 1:96-CV-11651-PBS (D. Mass filed Aug. 13, 1996); or (iii) any other claims, actions, or legal proceedings related to Neurontin or other Pfizer products. Any and all such evidence offered by Plaintiffs pertains only alleged fraud-on-the-market and is irrelevant under FRE 401 and/or any relevance is outweighed by undue prejudice to the Defendants and confusion to the jury under FRE 403.

## DEFENDANTS' OBJECTIONS

Defendants assert the following objections to Plaintiffs' exhibits as identified by exhibit number:

**Authenticity:** A document is inadmissible if it is not what the proponent claims it to be. Fed. R. Evid. 901. In addition, pursuant to Rule 36(a)(2) of the Federal Rules of Civil Procedure, a document must be provided with a request for admission "or ha[ve] been otherwise furnished or made available for inspection and copying." Fed. R. Civ. P. 36(a)(2).

**Foundation:** Out-of-court statements offered for their truth are hearsay not subject to any exception if they are made beyond the scope of a person's regular duties. *See* Fed. R. Evid. 802 and 803(6); *see also United States v. Ferber*, 966 F. Supp. 90, 99 (D. Mass 1997). Also, a

non-expert witness may not testify in the form of opinions or inferences beyond those opinions or inferences rationally based on the perception of the witness. *See* Fed. R. Evid. 701.

**Hearsay:**  Absent a specific exception, evidence is inadmissible if it consists of an out-of-court statement offered for the truth of the matter asserted. Fed. R. Evid. 801, 802; *see also United States v. Decologero*, 530 F.3d 36, 58 (1st Cir. 2008); *Acosta-Mestre v. Hilton Int'l, Inc.*, 156 F.3d 49, 57 (1st Cir. 1998).

**Hearsay-within-hearsay:**  Evidence is inadmissible if it consists of an out-of-court statement offered for the truth of the matter asserted and is hearsay-within-hearsay when those statements themselves contain out-of-court statements offered for the truth of the matter asserted. Each level of hearsay-within-hearsay is inadmissible absent some exception specific to each level . Fed. R. Evid. 805; *see also United States v. Patrick*, 248 F.3d 11, 22 (1st Cir.2001); *United States v. Ferber*, 966 F. Supp. 90, 96 (D. Mass 1997); *Pakizegi v. First Nat'l Bank of Boston,* 831 F. Supp. 901, 909 (D. Mass. 1993), *aff'd*, 56 F.3d 59 (1st Cir. 1995) (table). Any objection on Hearsay grounds shall apply to all levels of hearsay within the document.

**Non-final agency finding:**  Evidence is inadmissible if it consists of an out-of-court statement offered for the truth of the matter asserted, even when those statements are made by public agencies. Non-final, interim, or draft findings, or personal or other statements not made pursuant to agency authority do not fall under the public record exception to the hearsay rule and are, therefore, inadmissible. *See Toole v. McClintock*, 999 F.2d 1430 (11th Cir. 1993); *City of New York v. Pullman Inc.*, 662 F.2d 910, 915 (2d Cir. 1981) (quoting *United States v. Fosher*, 590 F.2d 381, 383 (1st Cir. 1979).

**Irrelevant:**  Irrelevant evidence is inadmissible. Fed. R. Evid. 402.  Irrelevant evidence does not "tend[] to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence." Fed. R. Evid. 401; *see also Pendleton v. City of Haverhill*, 156 F.3d 57, 64 (1st Cir. 1998); *United States v. Levy-Cordero*, 67 F.3d 1002, 1015 (1st Cir. 1995); *Bates ex rel. Murphy v. Shearson Lehman Bros., Inc.*, 42 F.3d 79, 83 (1st Cir. 1994).

3

**Irrelevant: Marketing, advertising, and publications (including other indications):**
To the extent that Plaintiffs have identified an exhibit to purportedly support allegations of
improper marketing or promotion or involving publications or continuing medical education
programs on or discussing Neurontin or gabapentin, such exhibit is irrelevant and inadmissible
under Rules 401 and 402, this Court's May 26, 2009 Order, and the facts of this case because
there is no evidence connecting the exhibit to the Plaintiffs. (*See* Mem. & Order [1790] at 34,
May 26, 2009); *see also In re Seroquel Prods. Liab. Litig.*, No. 06-MD-1769-Orl-22DAB, 2009
WL 223140, at *4-5 (M.D. Fla. Jan. 30, 2009); *Miller v. Pfizer, Inc.*, 196 F. Supp. 2d 1095,
1122-23 (D. Kan. 2002); *Alexander v. Smith & Nephew*, P.L.C., 90 F. Supp. 2d 1225, 1235 (N.D.
Ok. 2000); *In re Norplant Contraceptive Prods. Liab. Litig.*, No. MDL 1038, 1997 WL 81092, at
*1 (E.D. Tex. Feb. 21, 1997).

**Irrelevant: Foreign labels and actions:**   Evidence of foreign labels, regulatory actions,
or marketing is irrelevant and inadmissible under Rules 401 and 402, this Court's Fraud Order,
and the facts of this case because there is no connection between the foreign labeling, regulation,
and/or marketing exhibit and Plaintiffs.  *See In re Seroquel Prods. Liab. Litig.*, 2009 WL
223140, at *5-6; *In re Baycol Prods. Litig.*, 532 F. Supp. 2d 1029, 1054 (D. Minn. 2007).

**Irrelevant: Other events:**   Reports of other events or transactions not involving either
Neurontin or Kaiser  lack substantial similarity to this case, and are, therefore, inadmissible as
evidence of other incidents or accidents pursuant to Rules 401-404. *See Cameron v. Otto Bock
Orthopedic Industries*, 43 F.3d 14, 16 (1st Cir. 1994); *Vincent v. Louis Marx & Co., Inc.*, 874
F.2d 36, 43 (1st Cir. 1989), *abrogation on other grounds recognized by, Knowlton v. Deseret
Med., Inc.*, 930 F.2d 116, 123 n.4 (1st Cir. 1991); *Soldo v. Sandoz Pharms. Corp.*, 244
F.Supp.2d 434, 550–551 (W.D. Pa. 2003); *Wolf v. Proctor & Gamble Co.*, 555 F. Supp. 613, 622
(D.N.J. 1982).

**Irrelevant: The *Franklin* litigation and other claims or actions:**   Evidence from the
*Franklin* litigation and other claims, actions, or legal proceedings are inadmissible because it has

4

no tendency to make more or less probable the existence of any fact of consequence. *See, e.g.*, *CPC Int'l v. Northbrook Excess & Surplus Ins. Co.*, 144 F.3d 35, 45 (1st Cir. 1998); *Kinan v. City of Brockton*, 876 F.2d 1029, 1034-35 (1st Cir. 1989); *McLeod v. Parsons Corp.*, 73 F. App'x 846, 853-54 (6th Cir. 2003); *Barnes v. Koppers, Inc.*, No. 3:03CV60-P-D, 2006 WL 940279, at *3 (N.D. Miss. Apr. 11, 2006). In addition to being inadmissible under Rules 401 and 402, such exhibit is inadmissible under this Court's Fraud Order, and the facts of this case because there is no evidence connecting the exhibit to Plaintiffs.

**Irrelevant: Criminal plea**: Evidence of the criminal plea is properly excluded because it does not make the existence of a fact of consequence more or less probable. (*See* 5/13/09 Mem. & Order [1780] at 37-38); *see also In re Neurontin Mktg. & Sales Practices Litig.*, 244 F.R.D. 89, 92 n.6 (D. Mass 2007) (Saris, J.). In addition to being inadmissible under Rules 401 and 402, this exhibit is inadmissible under this Court's Fraud Order, and the facts of this case because there is no evidence connecting the exhibit to the Plaintiffs.

**Rule of completeness**: When a writing or recorded statement or part thereof is introduced by a party, an adverse party may require the introduction at that time of any other part or any other writing or recorded statement which ought in fairness to be considered contemporaneously with it. Fed. R. Evid. 106; *see also United States v. Awon*, 135 F.3d 96, 101 (1st Cir. 1998); *United States v. Salemme*, 91 F. Supp. 2d 141, 164 (D. Mass. 1999).

**Probative value substantially outweighed**: To the extent the Court determines that an exhibit objected to by Defendants on any relevancy ground is admissible, the exhibit should still be excluded under Rule 403 because its probative value, if any, is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence. Fed. R. Evid. 403; *see Old Chief v. United States*, 519 U.S. 172, 180 (1997); *Williams v. Drake*, 146 F.3d 44, 48 (1st Cir. 1998).

**Impermissible character evidence**: To the extent plaintiffs have identified an exhibit to purportedly show Defendants acted in conformity therewith or to show Defendants "propensity,"

5

such exhibit is inadmissible under Federal Rule of Evidence 404(b).  *See United States v. Gilbert*, 229 F.3d 15, 20-21 (1st Cir. 2000); *United States v. Varoudakis*, 233 F.3d 113, 118 (1st Cir. 2000); *United States v. Arias-Montoya*, 967 F.2d 708, 709-10 (1st Cir. 1992); *Jankins v. TDC Mgmt. Corp., Inc.*, 21 F.3d 436, 441 (D.C. Cir. 1994).

**Missing**:  To the extent that plaintiffs did not provide a copy of their proposed exhibit, Defendants reserve all objections.

## INCORPORATION OF DEFENDANTS' MOTIONS *IN LIMINE*

Defendants incorporate by reference the following motions *in limine*, and object to any exhibits on these grounds, based on their requests that the Court enter an Order excluding:

1.     The guilty plea dated May 13, 2004; any negotiation, settlement, or agreement between Pfizer and/or Warner-Lambert with any government entity arising out of the guilty plea; or any related government finding or investigation of marketing of Neurontin in violation of the Food, Drug, and Cosmetic Act, and the fact of any such investigation.

2.     Evidence offered by Plaintiffs or references to conduct unrelated to Neurontin, including: (i) an August 31, 2009, settlement among Pfizer, the United States Department of Justice, and certain other government agencies (collectively, the "Government"), pursuant to which Pfizer and the Government agreed to settle certain qui tam actions against Pfizer involving drugs other than Neurontin (the "August 2009 Settlement") and (ii) a plea agreement between the Government and Pharmacia & Upjohn Company, Inc. (a company that is not a party to this litigation) involving the drug Bextra (the "Pharmacia Plea"), as well as any related government finding or investigation in connection with the August 2009 Settlement or Pharmacia Plea.

3.     The testimony of Plaintiffs' expert John Abramson.

4.     The testimony of Plaintiffs' expert Kay Dickersin.

5.     The testimony of Plaintiffs' expert Raymond Hartman.

6.     The testimony of Plaintiffs' expert Meredith Rosenthal.

7.     The testimony of Plaintiffs' experts Renee Conti or Curt Furberg.

**8.**     The testimony of David Franklin

Dated: February 11, 2010                    Respectfully submitted,


                                            SKADDEN, ARPS, SLATE,
                                              MEAGHER & FLOM LLP

                                            By:/s/ Mark S. Cheffo
                                                Mark S. Cheffo

                                            Four Times Square
                                            New York, NY 10036
                                            Tel:  (212) 735-3000

                                                -and-

                                            SKADDEN, ARPS, SLATE,
                                              MEAGHER & FLOM LLP

                                            By:/s/ Raoul D. Kennedy
                                                Raoul D. Kennedy

                                            Four Embarcadero Center
                                            San Francisco CA 94111
                                            Tel:  (415) 984-6400

                                                -and-

                                            WHEELER TRIGG O'DONNELL LLP

                                            By:/s/ James E. Hooper
                                                James E. Hooper

                                            1801 California Street
                                            Suite 3600
                                            Denver, CO 80202-2617
                                            Tel:  (303) 244-1800

                                                -and-

WHITE AND WILLIAMS LLP

By: /s/ David B. Chaffin
    David B. Chaffin
    BBO # 549245

100 Summer Street, Suite 2707
Boston, MA 02110
Tel:  (617) 748-5200

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that this document has been served upon counsel for Plaintiffs by e-mail on February 11, 2010.

    /s/ Katherine Armstrong
    Katherine Armstrong

8

## DEFENDANTS' EXHIBIT A

## DEFENDANTS' OBJECTIONS TO PLAINTIFFS' TRIAL EXHIBITS

| KEY TO OBJECTIONS | | |
|---|---|---|
| **Objection Code** | **Objection/FRE** | **Comments** |
| NO | No Objection | |
| 802 | Hearsay, 801(c), 802 | Hearsay within Hearsay |
| 805 | Hearsay within hearsay; 805 | Hearsay statements within documents that would otherwise qualify as a business record or government report |
| Privilege | Attorney client privilege or work product | |
| 401 | Irrelevant; 401-402 | General relevance objection |
| 401: Plea | Irrelevant: Plea/Fraud Ruling; 401-402, 403, 404(b), | Any evidence or testimony relating to the criminal plea, the Franklin litigation, any AG settlements or consent decrees, corporate integrity agreements. |
| 401: Mktg/Pub | Irrelevant: Marketing, advertising and publications; 401-402 | Any document relating to marketing, advertising or publications, including studies and CMEs. |
| 401/403: LM (Int/Ext) | Irrelevant: Local Marketing, Probative value substantially outweighed; 401-403, 404(b), Fraud ruling | Any document relating to local/regional marketing, advertising or publications, including studies and CMEs, designated as either Internal (circulated among Defendants' employees and/or its agents) or External (distributed outside Defendants or its agents) |
| 401/403: NM (Int/Ext) | Irrelevant: National Marketing, Probative value substantially outweighed; 401-403, 404(b), Fraud ruling | Any document relating to National marketing, advertising or publications, including studies and CMEs, designated as either Internal (circulated among Defendants' employees and/or its agents) or External (distributed outside Defendants or its agents) |
| 401: Foreign | Relevance: Foreign labels and/or foreign regulatory activity 401-403 | Any evidence regarding labeling or regarding regulatory activity in other countries. |
| 403 | Probative Value substantially outweighed; 403 | If relevant, exhibit's probative value, if any, is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence. |

| 106 | Rule of Completeness; 106 | Documents (e.g., a letter without its attachments). Statements taken out of context. |
|---|---|---|
| Foundation | Foundation; 802; 803(6) | Out-of-court statements offered for their truth are hearsay not subject to any exception if they are made beyond the scope of a person's regular duties. |
| 901 | Authenticity; 901 | Description is wrong or basically incomplete or provides "excerpts," "portions," or "pages" of a document (or deposition). |
| 1002 | Best Evidence; 1002 | Original required |
| 1003 | Copies/Duplicate; 1003 | Copy or Duplicate not accurate |
| Missing | Exhibit has not been provided by Plaintiffs | Defendants reserve objections to the missing exhibit |

In re Neurontin Marketing, Sales Practices, and Products Liability Litigation
Plaintiff Kaiser's Amended Trial Exhibit List
February 8, 2010

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 1 | 9/28/1995 | WLC_FRANKLIN_0000206531 | WLC_FRANKLIN_0000206537 | Parke-Davis Gabapentin Advisory Board Evaluating Clinical Applications in Pain | 401/403: NM; 802; 805 |
| 2 | 12/17/1997 | WLC_FRANKLIN_0000196210 | WLC_FRANKLIN_0000196221 | 1998 Strategic Plan and A&P Allocation Grid Neurontin | 401/403: NM (Int) |
| 3 | 12/1/1997 | WLC_FRANKLIN_0000195502 | WLC_FRANKLIN_0000195529 | Investigator CME Case Study Series Presentation | 401/403: NM; 802 |
| 4 | 5/19/1995 | WLC_FRANKLIN_0000179640 | WLC_FRANKLIN_0000179683 | Marketing Assessment for Neurontin in Psychiatric Indications | 401/403: NM (Int) |
| 5 | 8/5/1997 | WLC_FRANKLIN_0000178448 | WLC_FRANKLIN_0000178450 | Dannemiller - Memorial Educational Foundation - Grant Request: Purpose: Develop an educational campaign on "The Pharmacological Management of Neuropathic Pain" | 401/403: NM (Int); 802; 805 |
| 6 | | WLC_FRANKLIN_0000174333 | WLC_FRANKLIN_0000174367 | Neurontin 1998 Marketing Plan Overview | 401/403: NM (Int); 802; 805; 901 |
| 7 | 7/31/1995 | WLC_FRANKLIN_0000170635 | WLC_FRANKLIN_0000170668 | Marketing Assessment for Neurontin in Neuropathic Pain and Spasticity | 401/403: NM; 805 |
| 8 | 1/30/1998 | WLC_FRANKLIN_0000158566 | WLC_FRANKLIN_0000158611 | Memo from Allen Crook, Vic Delimata and John Knoop to CNS and Hospital Territory Managers | 401/403: NM (Int) |
| 9 | 12/30/1993 | WLC_FRANKLIN_0000151674 | WLC_FRANKLIN_0000151691 | Letter from Robert Temple to Janeth Turner | 403; 802 |
| 10 | 10/5/1995 | WLC_FRANKLIN_0000135854 | WLC_FRANKLIN_0000135855 | Neuropathic Pain Forecast | 401/403: NM (Int) |
| 11 | 10/10/1995 | WLC_FRANKLIN_0000135853 | WLC_FRANKLIN_0000135855 | Handwritten note from Boris re: Revised Neuropathic Pain Forecasts (Includes: WLC_FRANKLIN_0000135854) | 401/403: NM (Int) |
| 12 | 3/28/1995 | WLC_FRANKLIN_0000134638 | WLC_FRANKLIN_0000134638 | Interoffice from John Boris replying to Atul Pande | 401/403: NM (Int) |
| 13 | 3/23/1995 | WLC_FRANKLIN_0000134637 | WLC_FRANKLIN_0000134637 | Interoffice from Atul Pande to John Boris and others | 401/403: NM (Int) |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 14 | 10/1/1997 | WLC_FRANKLIN_0000130292 | WLC_FRANKLIN_0000130301 | News Line: Efficacy Analysis | 401/403: NM; 802 |
| 15 | 3/18/1997 | WLC_FRANKLIN_0000120367 | WLC_FRANKLIN_0000120375 | Anticonvulsants in the Treatment of Diabetic Neuropathy | 401/403: NM (Int); 802 |
| 16 | 5/25/1996 | WLC_FRANKLIN_0000116885 | WLC_FRANKLIN_0000117062 | Gabapentin in the Management of Migraine. Advisory Board Meeting | 401/403: LM; 802; 805 |
| 17 | 7/30/1997 | WLC_FRANKLIN_0000112124 | WLC_FRANKLIN_0000112148 | 1998 Neurontin Tactics Presentation | 401/403: NM (Int); 802; 805 |
| 18 | 12/12/1996 | WLC_FRANKLIN_0000111916 | WLC_FRANKLIN_0000111920 | Grant Request: Scientific Article Series | 401/403: NM (Int); 802 |
| 19 | 8/23/1997 | WLC_FRANKLIN_0000100272 | WLC_FRANKLIN_0000100285 | Letter from Ken Gorson to Phil Magistro and Leslie Miller | 401/403: LM; 401/403: NM; 802 |
| 20 | 9/5/1996 | WLC_FRANKLIN_0000010266 | WLC_FRANKLIN_0000010266 | Medical Research Electronic Payment Request | 401/403: LM (Int); 802; Privilege |
| 21 | 8/11/1995 | WLC_FRANKLIN_0000010237 | WLC_FRANKLIN_0000010238 | Letter from L Perlow to Kenneth Gorson | 401/403: NM |
| 22 | 11/29/1994 | WLC_FRANKLIN_0000098352 | WLC_FRANKLIN_0000098352 | Letter from Lawrence Perlow to Dr. Mellick | 401; 403 |
| 23 | 8/7/1995 | WLC_FRANKLIN_0000090220 | WLC_FRANKLIN_0000090220 | Memo from Larry Perlow to Tom Dubin | 401; 403 |
| 24 | 8/10/1995 | WLC_FRANKLIN_0000090215 | WLC_FRANKLIN_0000090219 | Letter from Lawrence Perlow to Dr. Mellick | 401/403; 1002 |
| 25 | 8/11/1995 | WLC_FRANKLIN_0000090214 | WLC_FRANKLIN_0000090214 | Letter from Lawrence Perlow to Dr. Mellick | 401; 403 |
| 26 | 6/5/1996 | WLC_FRANKLIN_0000090096 | WLC_FRANKLIN_0000090099 | Second Quarter Face-to-Face Meeting | 401/403: NM (Int); 802; 401: Mktg/Pub |
| 27 | 3/31/1995 | WLC_FRANKLIN_0000090053 | WLC_FRANKLIN_0000090053 | Letter from Lawrence Perlow to Dr. Mellick | 401; Privilege |
| 28 | | WLC_FRANKLIN_0000089095 | WLC_FRANKLIN_0000089187 | MARKETING ASSESSMENT IN PSYCHIATRIC DISORDERS | 401/403: NM (Int); 802 |
| 29 | 5/18/1994 | WLC_FRANKLIN_0000088763 | WLC_FRANKLIN_0000088763 | Memo re: $500 million | 401/403: NM (Int) |
| 30 | 1/7/1998 | WLC_FRANKLIN_0000088375 | WLC_FRANKLIN_0000088389 | Memo from Phil Magistro to multiple recipients | 401; 403 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 31 | 9/29/1995 | WLC_FRANKLIN_0000087284 | WLC_FRANKLIN_0000087293 | Fax from L. Hayes to B. Garofalo | 401/403: LM (Int); 805; Foundation |
| 32 | 6/30/1997 | WLC_FRANKLIN_0000082797 | WLC_FRANKLIN_0000082827 | Neurontin1998 Situation Analysis | 401/403: NM (Int); 805 |
| 33 | 9/5/1997 | WLC_FRANKLIN_0000082605 | WLC_FRANKLIN_0000082610 | 1998 Strategic Plan and A&P Allocation Grid Neurontin | 401/403: NM (Int) |
| 34 | 6/20/1905 | WLC_FRANKLIN_0000082575 | WLC_FRANKLIN_0000082576 | 1998 Operating Plan - Pharmaceutical Sector - USA Neurontin | 401/403: NM (Int) |
| 35 | 5/22/1997 | WLC_FRANKLIN_0000082494 | WLC_FRANKLIN_0000082508 | Fax from Ward Byrne to Alan Crook | 401/403: NM (Int); 802; Foundation |
| 36 | 9/30/1997 | WLC_FRANKLIN_0000081976 | WLC_FRANKLIN_0000081976 | Email from Elizabeth Garofalo to Victor Delimata | 401/403: NM (Int) |
| 37 | 7/24/1997 | WLC_FRANKLIN_0000080506 | WLC_FRANKLIN_0000080509 | Investigator CME Case Study Series Presentation | 401/403: NM (Int); 802; 805 |
| 38 | 8/19/1997 | WLC_FRANKLIN_0000080496 | WLC_FRANKLIN_0000080502 | Memo re: Investigators CME Case Study Series | 401/403: NM (Int); 802; 805 |
| 39 | 7/30/1997 | WLC_FRANKLIN_0000080480 | WLC_FRANKLIN_0000080481 | Letter from Charles Novak to Victor Delimata | 401/403: NM (Int); 802; 805 |
| 40 | 11/1/1997 | WLC_FRANKLIN_0000080451 | WLC_FRANKLIN_0000080474 | Managing the Pain of Diabetic Neuropathy | 401/403: NM; 802 |
| 41 | 6/18/1997 | WLC_FRANKLIN_0000079946 | WLC_FRANKLIN_0000079946 | Memo: Vera Bril's Abstract | 401/403: NM; 802; 805; 1002 |
| 42 | 6/19/1997 | WLC_FRANKLIN_0000079937 | WLC_FRANKLIN_0000079945 | Memo: Dr. Bril's Slides and Absract | 401/403: NM; 802; 1003 |
| 43 | 6/24/1997 | WLC_FRANKLIN_0000079747 | WLC_FRANKLIN_0000079752 | Memo: Situation Analysis for the ADA Satellite Symposium | 401/403: NM (Int); 802; 805 |
| 44 | 9/19/1997 | WLC_FRANKLIN_0000068609 | WLC_FRANKLIN_0000068652 | Presentation for CNS ABMs - Neurontin - Gabapentin Capsules | 401/403: NM (Int); 802 |
| 45 | 6/30/1997 | WLC_FRANKLIN_0000056368 | WLC_FRANKLIN_0000056384 | Neurontin Market Overview | 401/403: NM (Int) |
| 46 | 6/26/1995 | WLC_FRANKLIN_0000055211 | WLC_FRANKLIN_0000055266 | Parke-Davis meeting agenda and attachments, including  Situation Analysis | 401/403: NM (Int) |

Page 3 of 31

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 47 | 8/1/1997 | WLC_FRANKLIN_0000047735 | WLC_FRANKLIN_0000047746 | Article: Gabapentin and Lamotrigine: Alternative Agents for the Treatment of Bipolar Disorder | 401/403: NM; 802 |
| 48 | 10/28/1996 | WLC_FRANKLIN_0000046879 | WLC_FRANKLIN_0000046880 | 1997 National Strategies and Tactics | 401/403: NM (Int) |
| 49 | 7/8/1996 | WLC_FRANKLIN_0000041405 | WLC_FRANKLIN_0000041406 | Contract Addendum | 401/403: NM |
| 50 | | | | | 401/403: NM (Int); 802; 805 |
| 50 | 1/28/1997 | WLC_FRANKLIN_0000041366 | WLC_FRANKLIN_0000041367 | Letter from Dago to Perlow | |
| 51 | 7/26/1995 | WLC_FRANKLIN_0000039745 | WLC_FRANKLIN_0000039746 | Memo from J. Rizzo to L. Ulrich and others | 401/403: NM (Int) |
| 52 | 5/29/1996 | WLC_FRANKLIN_0000038571 | WLC_FRANKLIN_0000038587 | Neurontin 1997 Situation Analysis - draft #1 | 401/403: NM (Int) |
| 53 | 4/21/1997 | WLC_FRANKLIN_0000037104 | WLC_FRANKLIN_0000037104 | CDM Memo: Field Ride | 401/403: NM |
| 54 | 4/21/1997 | WLC_FRANKLIN_0000037102 | WLC_FRANKLIN_0000037103 | CDM Memo: Field Ride | 401/403: NM (Int); 802; 805 |
| 55 | 10/2/1995 | WLC_FRANKLIN_0000035651 | WLC_FRANKLIN_0000035658 | Interoffice Memo from Janice Hall to John Boris | 401/403: NM (Int); 805 |
| 56 | 2/16/1996 | WLC_FRANKLIN_0000034480 | WLC_FRANKLIN_0000034489 | Warner Lambert Performance Evaluation Process: Exempt Staff | 401/403: LM (Int); 805 |
| 57 | 3/12/1996 | WLC_FRANKLIN_0000033047 | WLC_FRANKLIN_0000033049 | Memo from E. Guerrero to J. Knoop | 401/403: NM (Int) |
| 58 | 8/14/1997 | WLC_CBU_177137 | WLC_CBU_177161 | Neurontin Brand Update | 401/403: NM (Int) |
| 59 | 4/13/1998 | WLC_CBU_177104 | WLC_CBU_177116 | Emerging Uses - Neuropathic Pain | 401/403: NM (Int); 802 |
| 60 | 00/00/94 | WLC_CBU_176185 | WLC_CBU_176267 | Summary of 1994 RESCON survey | 401/403: LM |
| 61 | | WLC_CBU_174132 | WLC_CBU_174133 | NCCBU 2000 Neurontin Initial Marketing Plan | 401/403: NM (Int) |
| 62 | 4/19/1999 | WLC_CBU_174105 | WLC_CBU_174128 | Northeast CBU 2nd Trimester 1999 - Neurontin | 401/403: LM (Int) |
| 63 | | WLC_CBU_170490 | WLC_CBU_170547 | New Frontiers in Anxiety, Substance Abuse and Bipolar Disorders | 401/403: NM |
| 64 | 4/30/1999 | WLC_CBU_150515 | WLC_CBU_150540 | Quarterly Brand Review - Neurontin | 401/403: NM (Int) |
| 65 | 1/1/2000 | WLC_CBU_138425 | WLC_CBU_138425 | 2000 Marketing Plan | 401/403: NM (Int) |
| 66 | 8/9/1999 | WLC_CBU_134928 | WLC_CBU_134937 | Mailing instructions. Advertising Operations | 401/403: NM; Privilege |
| 67 | 8/2/1999 | WLC_CBU_134383 | WLC_CBU_134391 | Letter from Alissa Sklaver to Cyndi Phillips | 401/403: LM (Int); 802 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 68 | 6/11/1997 | WLC_CBU_132086 | WLC_CBU_132089 | Memo from Bina O'Brien to Allen Crook and Vic Delimata | 401/403: NM; 802 |
| 69 | 2/2/1998 | WLC_CBU_131777 | WLC_CBU_131782 | Memo re: CME supplement - Psychiatric Times | 401/403: NM (Int) |
| 70 | 3/30/1998 | WLC_CBU_093708 | WLC_CBU_093749 | Memo from Mark Aills to Victor Delimata | 401/403: NM (Int) |
| 71 | 2/23/1999 | WLC_CBU_092879 | WLC_CBU_092934 | Note from Michael Roth to Laura | 401/403: NM (Int); 802; 805; 901 |
| 72 | 1/1/1999 | WLC_CBU_090965 | WLC_CBU_090981 | 1999 Marketing Plan | 401/403: NM (Int) |
| 73 | 6/25/1996 | WLC_CBU_090226 | WLC_CBU_090231 | Memo from C. Dago to multiple recipients | 401/403: NM (Int); 802; 805 |
| 74 | 7/8/1997 | WLC_CBU_089985 | WLC_CBU_089993 | 1998 Neurontin A&P Allocation by Budget Category - Summary | 401/403: NM (Int) |
| 75 | 9/13/1996 | WLC_CBU_089778 | WLC_CBU_089803 | Client Memo from Clare Cheng to multiple recipients | 401/403: NM (Int); 802; 805 |
| 76 | 11/28/1994 | WLC_CBU_088732 | WLC_CBU_088733 | Memo from Mi Dong to Neurontin Development Team | 401; 403 |
| 77 | 1/19/1995 | WLC_CBU_088726 | WLC_CBU_088731 | Memo from Mi Dong to Neurontin Development Team | 401/403: NM (Int) |
| 78 | 2/28/1995 | WLC_CBU_088721 | WLC_CBU_088725 | Memo from Mi Dong to Neurontin Development Team | 401/403: NM (Int) |
| 79 | 1/1/1999 | WLC_CBU_079796 | WLC_CBU_079800 | 1999 Strategic Plan and A&P Allocation Grid Neurontin | 401/403: NM (Int) |
| 80 | 3/1/1999 | WLC_CBU_079302 | WLC_CBU_079317 | Article: Pharmacology of Painful Peripheral Neuropathies | 401/403: NM; 802 |
| 81 | 1/1/1998 | WLC_CBU_079020 | WLC_CBU_079040 | 1998 Business Plan Managed Markets | 401/403: NM (Int) |
| 82 | | WLC_CBU_076620 | WLC_CBU_076651 | Management of Neuropathic Pain Syndromes: A Supplement to Neurology Reviews | 401/403: NM; 802 |
| 83 | 7/27/1998 | WLC_CBU_074576 | WLC_CBU_074584 | Client Memo from Clare Cheng to multiple recipients | 401/403: NM (Int); 802 |
| 84 | | WLC_CBU_074575 | WLC_CBU_074584 | Davis & Mann Cline. Neurontin Strategy Session File | 401/403: NM; 802 |
| 85 | 1/1/1998 | WLC_CBU_061540 | WLC_CBU_061576 | 1998 Marketing Plan | 401/403: NM (Int) |
| 86 | 12/29/1997 | WLC_CBU_060704 | WLC_CBU_060733 | Memo from C. Cheng to multiple recipients | 401/403: NM; 802 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 87 | 7/19/1995 | WLC_CBU_057865 | WLC_CBU_057873 | Letter from Leslie Frank to William Merino | 401; 403; 802 |
| 88 | 4/8/1997 | WLC_CBU_045802 | WLC_CBU_045817 | Neurontin 14th Core Marketing Team Meeting | 401/403: NM; 802 |
| 89 | 10/27/1997 | WLC_CBU_045373 | WLC_CBU_045375 | Letter from Carla Dago to L. Perlow | 401/403: NM; 802 |
| 90 | | WLC_CBU_042026 | WLC_CBU_042047 | A Managed Health Care Introduction to Neurontin gabapentin capsules | 401/403: NM (Int) |
| 91 | 8/26/1997 | WLC_CBU_041537 | WLC_CBU_041539 | Letter from Paul Leber to Janeth Turner | 401: 403: 802 |
| 92 | 5/31/2000 | WLC_CBU_040534 | WLC_CBU_040579 | Neurontin Update | 401/403: NM (Int) |
| 93 | 5/12/1999 | WLC_CBU_030392 | WLC_CBU_030392 | Neurontin Tactical Meeting | 401/403: NM (Int) |
| 94 | 3/1/2000 | WLC_CBU_021038 | WLC_CBU_021069 | A Supplement to Neurology Reviews. Management of Neuropathic Pain Syndromes | 401/403: NM (Int); 802 |
| 95 | 8/4/1999 | WLC_CBU_018759 | WLC_CBU_018760 | Letter from Martin Pollock to Mai Duong | 401/403: LM (Ext) |
| 96 | 6/1/1999 | WLC_CBU_014199 | WLC_CBU_014230 | Article: Diagnosis and Modern Treatment of Migraine | 401/403: NM; 802 |
| 97 | | WLC_CBU_013073 | WLC_CBU_013080 | Migraine Program Highlights on Toll-Free "800" Number | 401/403: NM (Int); 802; 805 |
| 98 | | WLC_CBU_013059 | WLC_CBU_013072 | Presentation: Advance in Migraine management | 401/403: NM (Int); 802; 805 |
| 99 | 6/22/1999 | WLC_CBU_013057 | WLC_CBU_013058 | Status report by Christy DeSantis. Advances in the preventive treatment of migraine | 401/403: NM; 802; 805 |
| 100 | 3/10/1998 | WLC_CBU_012564 | WLC_CBU_012591 | Memo from Vic Delimata to Distribution | 401/403: NM |
| 101 | 5/1/1998 | WLC_CBU_012274 | WLC_CBU_012281 | Article: Current Treatments in Bipolar Disorder | 401/403: NM; 802 |
| 102 | 10/1/1998 | WLC_CBU_000221 | WLC_CBU_000261 | Memo from Tammy Martin to CNS Marketing Managers | 401/403: NM (Int) |
| 103 | 11/30/1998 | WLC_CBU_000205 | WLC_CBU_000207 | Memo from John Knoop to Distribution | 401/403: NM (Int) |
| 104 | 1/18/2001 | SH_0064559.0093290 | SH_0064559.0093294 | Letter from John Christensen to Roy Freeman | 401: Mktg/Pub; 403; 802; 901 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 105 | | RELATOR00456 | RELATOR00818 | Transcript of Franklin Voicemail and Other Recordings | 401/403: LM; 403; 802; 805; 901; 1002; Foundation |
| 106 | 1/10/2001 | PFIZER_WSIGMUND_0000241 | PFIZER_WSIGMUND_0000244 | Email from John Krayacich to multiple recipients (Includes: PFIZER_WSIGMUND_0000243) | 401;403; 802; 901 |
| 107 | 7/23/1998 | PFIZER_TMF_CRF_062490 | PFIZER_TMF_CRF_062491 | Meeting minutes of phone conference | 401/403: NM (Int); 802 |
| 108 | 7/1/1998 | PFIZER_TMF_CRF_061889 | PFIZER_TMF_CRF_061891 | Email from Beate Lichte to multiple recipients | 401/403: NM (Int) |
| 109 | 6/26/2000 | PFIZER_TMF_CRF_015313 | PFIZER_TMF_CRF_015323 | Email from Sarah Bibby to multiple recipients | 401/403: NM (Int) |
| 110 | 6/20/1905 | PFIZER_TMARTIN_0001736 | PFIZER_TMARTIN_0001786 | Cleveland Clinic Journal of Medicine. New Treatment Strategies in Psychiatry: Role of Anticonvulsants | 401/403: NM; 802 |
| 111 | 9/30/2003 | PFIZER_SPIRON_0011527 | PFIZER_SPIRON_0011629 | Neurontin: 2004 Operating Plan | 401/403: NM (Int); 805 |
| 112 | 1/25/2002 | PFIZER_SDOFT_0052575 | PFIZER_SDOFT_0052604 | Treatment Options for Neuropathic Pain: Neuropathic Pain Management Managed Care Advisory Board | 401/403: NM (Int) |
| 113 | 1/25/2002 | PFIZER_SDOFT_0052573 | PFIZER_SDOFT_0052574 | Pfizer Neuropathic Pain Management HMO Advisory Board - Final Agenda | 401/403: LM |
| 114 | 11/7/2001 | PFIZER_SDOFT_0052466 | PFIZER_SDOFT_0052541 | Neuropathic Pain Issues in the Workplace - Meeting Report | 401/403: LM(Ext); 805 |
| 115 | 9/14/2002 | PFIZER_SDOFT_0032542 | PFIZER_SDOFT_0032547 | Neurontin Marketing Team: 2003 Goals | 401/403: NM (Int) |
| 116 | | PFIZER_SDOFT_0023146 | PFIZER_SDOFT_0023319 | Neurontin Submission: For the Management of Postherpetic Neuralgia and Painful Diabetic Neuropathy | 401/403: NM (Int); 802; 1002 |
| 117 | 3/3/2002 | PFIZER_SDOFT_0022364 | PFIZER_SDOFT_0022374 | Pfizer Neuropathic Pain PBM Advisory Board Executive Summary | 401/403: LM; 802; 805 |
| 118 | 1/24/2002 | PFIZER_SDOFT_0022338 | PFIZER_SDOFT_0022353 | Pfizer Neuropathic Panel HMO Advisory Board - Executive Summary | 401/403: LM; 802; 805 |
| 119 | 2/26/2002 | PFIZER_SDOFT_0013666 | PFIZER_SDOFT_0013778 | Email From: Doft To: Pomerantz with Attached slide deck | 401/403: NM (Int) |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 120 | | PFIZER_SDOFT_0004482 | PFIZER_SDOFT_0004482 | Memo from Doft to Duncan, Katen, Kelly | 401/403: NM (Int) |
| 121 | 6/24/2002 | PFIZER_RGLANZMAN_0149235 | PFIZER_RGLANZMAN_0149284 | Treatment Options for Neuropathic Pain: Managed Care and Long Term Care - Neuropathic Pain Advisory Board | 401/403: NM; 802; 805; 901; 1003 |
| 122 | 4/10/2002 | PFIZER_RGLANZMAN_0140655 | PFIZER_RGLANZMAN_0140658 | Email From: Crespo To: Garcia, Tive, Mutisya Cc: Fannon, Marino, Grogan, Glanzman | 401; 403 |
| 123 | 1/9/2002 | PFIZER_RGLANZMAN_0140551 | PFIZER_RGLANZMAN_0140574 | PowerPoint: 2002 Neurontin Update | 401/403 NM (Int); 401: Foreign |
| 124 | | | | Summary of Teleconference for Secondary Analyses of 5 Clinical Trials of Neurontin | 401/403: NM; 802; 805 |
| 125 | 3/6/2001 | Pfizer_Rglanzman_0140262 | Rglanzman_0140263 | Email From: Valerio To: Crespo Cc: Mutisya, Fannon, Mierop, Glanzman, Piron, Tive | 401: Mktg/Pub; 403 |
| 126 | 8/24/2001 | PFIZER_RGLANZMAN_0133526 | PFIZER_RGLANZMAN_01335230 | | |
| 127 | 10/17/2002 | PFIZER_RGLANZMAN_0121206 | PFIZER_RGLANZMAN_0121207 | Email From: Fannon To: Doft, Crespo Cc: several recipients | 401/403: NM (Int) |
| 128 | 9/26/2002 | Pfizer_Rglanzman_0106220 | Pfizer_Rglanzman_0106225 | Email string | 401/403: NM (Int); 401; 802 |
| 129 | 10/5/1998 | PFIZER_RGLANZMAN_0094149 | PFIZER_RGLANZMAN_0094162 | spreadsheet: 2001 Neurontin Events | 401; 403 |
| 130 | 10/11/2000 | PFIZER_RGLANZMAN_0090432 | PFIZER_RGLANZMAN_0090570 | PowerPoint: Neurontin 2001 U.S. Operating Plan | 401/403: NM (Int); 802 |
| 131 | 1/9/2002 | PFIZER_RGLANZMAN_0082261 | PFIZER_RGLANZMAN_0082317 | Neurontin: Publications Subcommittee Current Status and 2002 Plans | 401/403: NM (Int); 802 |
| 132 | 3/18/2002 | PFIZER_RGLANZMAN_0055248 | PFIZER_RGLANZMAN_0055249 | Email From: Mierop To: PSC Core team-Neurontin Cc: PSC extended team-Neurontin | 401/403 NM; 106 |
| 133 | 3/13/2002 | PFIZER_RGLANZMAN_0055189 | PFIZER_RGLANZMAN_0055238 | Agenda: Neurontin Publications Plan Meeting | 401/403: NM; 802 |
| 134 | 6/29/2001 | PFIZER_RGLANZMAN_0054596 | PFIZER_RGLANZMAN_0054609 | ltr from Stockbridge (HHS) to Garrity | 401/403: NM; 401/403: 802 |
| 135 | 11/8/2001 | PFIZER_RGLANZMAN_0049084 | PFIZER_RGLANZMAN_0049132 | Treatment Options for Neuropathic Pain: Neuropathic Pain Management Issues in Primary Care and Neurology Advisory Board | 401/403: NM; 805 |
| | 8/24/2001 | Pfizer_Rglanzman_0046495 | Pfizer_Rglanzman_0046497 | Email string | 401/403: NM |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 136 | 7/18/2001 | PFIZER_RGLANZMAN_0044634 | PFIZER_RGLANZMAN_0044637 | Medical Action Communications Action Report | 401/403: NM; 802; 805 |
| 137 | 9/14/2001 | PFIZER_RGLANZMAN_0040034 | PFIZER_RGLANZMAN_0040036 | Email From: Mutisya To: Glanzman, Murphy, Tive, Kennon, Marino, Garcia, Taylor | 401/403: NM; 802 |
| 138 | 10/5/2001 | PFIZER_RGLANZMAN_0038575 | PFIZER_RGLANZMAN_0038655 | Neurontin 2002 Operating Plan | 401/403: NM (Int) |
| 139 | 2/16/2001 | PFIZER_NMANCINI_0011631 | PFIZER_NMANCINI_0011635 | Neurontin: 2000 Situation Analysis | 401/403: NM (Int) |
| 140 | 12/11/1998 | PFIZER_MPIERCE_0000798 | PFIZER_MPIERCE_0000831 | Email From: Poole To: Pierce, attaching Neurontin Market Assessment | 401/403: NM (Int); 802 |
| 141 | | PFIZER_MPATEL_0139889 | PFIZER_MPATEL_0139889 | Key Messages - Serpell Mixed Symptoms Paper | 401/403: NM; 802 |
| 142 | 11/1/1999 | PFIZER_MDANA_0002308 | PFIZER_MDANA_0002354 | New Pharmacological Options for the Management of Neuropathic Pain - A Practical Treatment Guide | 401/403: NM; 802 |
| 143 | 6/30/2000 | PFIZER_MDANA_0001157 | PFIZER_MDANA_0001189 | Neurontin Brand Review: Pfizer Integration Meeting | 401/403: NM (Int) |
| 144 | 7/27/2000 | PFIZER_MDANA_0000776 | PFIZER_MDANA_0000806 | Neurontin: 2000 Situation Analysis | 401/403: NM (Int) |
| 145 | 7/25/2001 | PFIZER_MDANA_0000377 | PFIZER_MDANA_0000436 | Sales Planning Meeting | 401/403: NM (Int) |
| 146 | 7/15/1998 | PFIZER_LLAMOREAUX_0038148 | PFIZER_LLAMOREAUX_0038149 | Email From: Moore To: LaMoreaux | 401/403: NM |
| 147 | 3/9/1998 | PFIZER_LLAMOREAUX_0036475 | PFIZER_LLAMOREAUX_0036483 | 945-209 Workgroup Meetings | 401; 403 |
| 148 | 1/15/2004 | PFIZER_LKNAPP_0138244 | PFIZER_LKNAPP_0138246 | Email From: Hall To: Knapp, Dukes | 401; 403 |
| 149 | 3/24/2004 | PFIZER_LKNAPP_0116131 | PFIZER_LKNAPP_0116133 | Email From: Maule To: Dwyer, Maule Cc: Knapp | 401/403; 802 |
| 150 | 3/24/2004 | PFIZER_LKNAPP_0116131 | PFIZER_LKNAPP_0116133 | Email from Anne Maul | 401/403 |
| 151 | 3/12/2004 | PFIZER_LKNAPP_0115557 | PFIZER_LKNAPP_0115558 | Email From: Dwyer To: Maule Cc: Knapp | 401/403 |
| 152 | 3/12/2004 | PFIZER_LKNAPP_0115499 | PFIZER_LKNAPP_0115499 | Email From: Maule To: Knapp | 401/403; 802 |
| 153 | 2/10/2004 | Pfizer_LKnapp_0112245 | PFIZER_LKNAPP_0112247 | Email from Dawn Carroll | 401/403 |
| 154 | 2/10/2004 | PFIZER_LKNAPP_0112244 | PFIZER_LKNAPP_0112244 | Email From: Carroll To: Knapp, Dukes, Lange | 401/403 |
| 155 | 4/14/2004 | PFIZER_LKNAPP_0072109 | PFIZER_LKNAPP_0072109 | Email From: Macritchie To: Knapp, Young | 401/403; 802 |
| 156 | 1/29/2004 | PFIZER_LKNAPP_0071575 | PFIZER_LKNAPP_0071576 | Email From: Carroll To: Knapp, Dukes | 401/403 |
| 157 | 1/15/2004 | PFIZER_LKNAPP_0071199 | PFIZER_LKNAPP_0071201 | Email From: Hall To: Knapp, Dukes | 401/403 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 158 | 1/15/2004 | PFIZER_LKNAPP_0071188 | PFIZER_LKNAPP_0071889 | Email From: Hall To: Dukes, Knapp | 401/403 |
| 159 | 1/5/2004 | PFIZER_LKNAPP_0071019 | PFIZER_LKNAPP_0071021 | Email From: Hsu To: Knapp | 401/403 |
| 160 | 7/29/2002 | PFIZER_LKNAPP_0070556 | PFIZER_LKNAPP_0070558 | Email From: Alphs To: Marino Cc: Garcia, Fannon, Poole, Knapp | 401/403: NM; 802; 805 |
| 161 | 7/2/2002 | PFIZER_LKNAPP_0070537 | PFIZER_LKNAPP_0070544 | Expert Meeting Report: development of compounds for neuropathic pain | 401/403; 802; 805 |
| 162 | 8/6/2003 | PFIZER_LKNAPP_0060187 | PFIZER_LKNAPP_0060191 | Email From: Shapiro To: Dworkin Cc: Alphs, Knapp, Garofalo, Tive | 401/403: 802 |
| 163 | 1/12/2001 | PFIZER_LKNAPP_0053962 | PFIZER_LKNAPP_0053963 | Email From: Tive To: several recipients | 401/403 |
| 164 | 10/15/2001 | PFIZER_LKNAPP_0050487 | PFIZER_LKNAPP_0050488 | Email From: Knapp To: Ryder, Poole, Pande | 401/403; 805 |
| 165 | 7/31/2001 | PFIZER_LKNAPP_0035987 | PFIZER_LKNAPP_0035989 | Email From: Garcia To: several recipients | 401/403: NM (Int) |
| 166 | 10/31/2001 | PFIZER_LKNAPP_0026006 | PFIZER_LKNAPP_0026119 | Agenda: Neurontin Publications Plan Meeting | 401/403 NM (Int); 802 |
| 167 | | PFIZER_LKNAPP_0023329 | PFIZER_LKNAPP_0023335 | Manuscript: Neuropathic Pain Dosing Review | 401/403 NM; 802 |
| 168 | 9/20/2001 | PFIZER_LKNAPP_0023057 | PFIZER_LKNAPP_0023058 | Email From: Marino To: Gracon Cc: Knapp, Pande, Scott, Scott | 401/403: NM (Int); Privilege |
| 169 | 9/19/2001 | PFIZER_LKNAPP_0022914 | PFIZER_LKNAPP_0022998 | Agenda: Neurontin Publications Plan Meeting | 401/403 NM (Int); 802 |
| 170 | 9/13/2001 | PFIZER_LKNAPP_0022176 | PFIZER_LKNAPP_0022177 | Email From: Pande To: Knapp | 401/403: 805 |
| 171 | 9/8/2001 | PFIZER_LKNAPP_0021651 | PFIZER_LKNAPP_0021705 | Welcome to Final POPP Investigators' Meeting | 401/403: NM (Int) |
| 172 | 9/6/2001 | PFIZER_LKNAPP_0021650 | PFIZER_LKNAPP_0021650 | Email From: Luhr To: Knapp | 401/403 |
| 173 | 9/6/2001 | PFIZER_LKNAPP_0009830 | PFIZER_LKNAPP_0009833 | Pfizer Consultants Meeting - Crowne Plaza Ann Arbor | 401/403; 805 |
| 174 | 11/5/2002 | PFIZER_LKNAPP_0006623 | PFIZER_LKNAPP_0007114 | Pfizer Global Research and Development Confidential research report. | 401/403: 401: Other Events; 802 |
| 175 | 9/13/2001 | PFIZER_LESLIETIVE_0076417 | PFIZER_LESLIETIVE_0076418 | Email From: Taylor To: several recipients | 401/403 |
| 176 | 1/11/2002 | PFIZER_LESLIETIVE_0074477 | PFIZER_LESLIETIVE_0074478 | Program Agenda: Neuropathic Pain Advisory Board Meeting | 401/403: NM; 802 |
| 177 | 3/4/2002 | PFIZER_LESLIETIVE_0074344 | PFIZER_LESLIETIVE_0074392 | Treatment Options for Neuropathic Pain: PBM Managed Care Advisory Board | 401/403: NM (Int) |
| 178 | | PFIZER_LESLIETIVE_0068419 | PFIZER_LESLIETIVE_0068518 | Global Branding Guide | 401/403: NM (Int) |

Page 10 of 31

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 179 | 1/11/2002 | PFIZER_LESLIETIVE_0042341 | PFIZER_LESLIETIVE_0042388 | Treatment Options for Neuropathic Pain: Neurology Neuropathic Pain Advisory Board | 401/403: NM |
| 180 | 1/21/2003 | PFIZER_LESLIETIVE_0038928 | PFIZER_LESLIETIVE_0038928 | spreadsheet: PCP Advisory Board Participants | 401/403 |
| 181 | | PFIZER_LESLIETIVE_0038413 | PFIZER_LESLIETIVE_0038414 | Overview: US Neurontin Review Committee | 401/403 NM; 802 |
| 182 | 2/24/2003 | PFIZER_LESLIETIVE_0033286 | PFIZER_LESLIETIVE_0033287 | Email From: Carroll To: Tive | 401/403 |
| 183 | 10/16/2000 | PFIZER_LESLIETIVE_0020985 | PFIZER_LESLIETIVE_0020986 | Email From: Brown To: Crespo Cc: Tive, Rowbotham, Marino, Azam | 401/403 |
| 184 | 2/23/1998 | PFIZER_LESLIETIVE_0020949 | PFIZER_LESLIETIVE_0020982 | Protocol 945-224 Synopsis | 401/403; 802 |
| 185 | 11/13/2000 | PFIZER_LESLIETIVE_0020922 | PFIZER_LESLIETIVE_0020945 | Email From: Crespo To: Tive, attaching Reckless study | 401/403 |
| 186 | 4/23/2003 | PFIZER_LESLIETIVE_0014606 | PFIZER_LESLIETIVE_0014611 | Email From: Piron To: Alphs, Crespo, Fannon, Dukes, Sadosky, Tive, Parsons, Yoder | 401/403: NM (int) |
| 187 | 2/15/2001 | PFIZER_LESLIETIVE_0013973 | PFIZER_LESLIETIVE_0013974 | 1999-2001 Neurontin Activities - Meetings | 401/403 |
| 188 | 9/6/2001 | PFIZER_LESLIETIVE_0013555 | PFIZER_LESLIETIVE_0013558 | Pfizer Consultants Meeting - Crowne Plaza Ann Arbor | 401/403 NM; 805 |
| 189 | 2/14/2003 | PFIZER_LESLIETIVE_0003830 | PFIZER_LESLIETIVE_0003838 | Spreadsheet: Neurontin Manuscript Tracking Grid: PSC Sponsored Manuscripts | 401/403 NM; 802 |
| 190 | 8/12/2002 | PFIZER_LCASTRO_0073127 | PFIZER_LCASTRO_0073132 | fax from Lenkel (FDA) to Castro | 401/403 NM; 802 |
| 191 | 1/20/2003 | PFIZER_LCASTRO_0044830 | PFIZER_LCASTRO_0049165 | Double-blind, randomized, placebo controlled, multicenter trial to determine the efficacy and safety of neurontin in migraine prophylaxis (945-217) | 401: Mktg/Pub; 403; 802 |
| 192 | 3/7/2003 | PFIZER_LCASTRO_0043325 | PFIZER_LCASTRO_0043398 | Gabapentin vs. Placebo in Patients with Neuropathic Pain. A Randomized, Double-Blind, Cross-Over, Multi-Center Study in the Nordic Area: Final Report of Study 945-271 ("The POPP-study") | 401/403; 802 |
| 193 | 12/30/1993 | PFIZER_LCASTRO_0035910 | PFIZER_LCASTRO_0035946 | ltr from Temple (HHS) to Turner, attaching labeling draft | 401/403: NM |