# Exhibit 13
# (Part 2 of 2)

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 194 | 9/18/2003 | PFIZER_LCASTRO_0027113 | PFIZER_LCASTRO_0027149 | Gabapentin vs. Placebo in Patients with Neuropathic Pain. A Randomized, Double-Blind, Cross-Over, Multi-Center Study in the Nordic Area Final Report of A Sub-Study 945-271 ("The POPP-study) | 401/403; 802 |
| 195 | 5/24/2002 | PFIZER_LCASTRO_0012132 | PFIZER_LCASTRO_0012168 | fax from Compton to Scott of HHS corr. | 401/403: NM |
| 196 | 5/22/2002 | PFIZER_LCASTRO_0011772 | PFIZER_LCASTRO_0011776 | notes from FDA Teleconference | 401/403: 805 |
| 197 | 1/14/2002 | PFIZER_LCASTRO_0008362 | PFIZER_LCASTRO_0008363 | ltr from Scott to FDA | 401/403: NM |
| 198 | 12/4/2001 | PFIZER_LCASTRO_0008182 | PFIZER_LCASTRO_0008240 | PROTOCOL SYNOPSIS Protocol ID A945-1008 | 401/403: NM |
| 199 | 7/10/2001 | PFIZER_LCASTRO_0006149 | PFIZER_LCASTRO_0006150 | Email From: Burch To: DL-K All Managers, DL-K All Reps Cc: several recipients | 401/403: NM |
| 200 | 6/12/2001 | PFIZER_LCASTRO_0005618 | PFIZER_LCASTRO_0005628 | Fax from Governale to Pitts of Neurontin Meeting Minutes | 401/403: NM |
| 201 | 04/00/01 | PFIZER_LCASTRO_0004055 | PFIZER_LCASTRO_0004212 | Cognos Study #60:  Emerging Therapies in Chronic Pain | 401/403: NM; 802 |
| 202 | | PFIZER_LCASTRO_0002971 | PFIZER_LCASTRO_0002972 | Pregabalin Worldwide team structure | 401/403: NM |
| 203 | 3/12/2001 | PFIZER_LCASTRO_0002678 | PFIZER_LCASTRO_0002682 | Email From: Probert To: Glanzman, Tive, Castro, Garrity, Flapan | 401/403 |
| 204 | | PFIZER_LCASTRO_0001527 | PFIZER_LCASTRO_0001588 | Neurontin: Major Markets Operating Plan 2001 | 401/403: NM; 401/403 |
| 205 | 4/24/1998 | PFIZER_LCASTRO_0001212 | PFIZER_LCASTRO_0001215 | ltr from Leber (HHS) to Turner | 401/403: 802 |
| 206 | 12/7/2000 | PFIZER_LCASTRO_0000054 | PFIZER_LCASTRO_0000058 | memo from: Feczko to: PPG - US Medical Personnel cc: Katen | NO |
| 207 | 7/28/1994 | PFIZER_LALPHS_0084338 | PFIZER_LALPHS_0084703 | FDA FOI Documents for Neurontin NDA Approval | 401/403 |
| 208 | 6/4/2003 | PFIZER_LALPHS_0014014 | PFIZER_LALPHS_0014015 | Email From: Stampp To: DL-NTN/Pregabalin MM PM & PP Cc: several recipients | 401/403: NM (int) |
| 209 | 1/16/2003 | PFIZER_LALPHS_0013849 | PFIZER_LALPHS_0013852 | Email From: Stampp To: DL-Neurontin MM PM & PP, DL-PPG Neurology Group, AA DDEV 945 Neuro Team List Cc: several recipients | 401/403: NM |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 210 | 8/16/2001 | PFIZER_JSU_0032011 | PFIZER_JSU_0032016 | Email From: Batesko To: Brusko, Clausen, Wang, Pak, Merali Cc: Duda Racki | 401/403: NM (Int) |
| 211 | 5/15/1999 | PFIZER_JSU_0022639 | PFIZER_JSU_0022640 | American Psychiatric Association 999 Annual Meeting: The Clinician (brochure) | 401/403; 106; 802; Foundation |
| 212 | 4/1/1998 | PFIZER_JMARINO_0002486 | PFIZER_JMARINO_0002543 | Quarterly Brand Review: Neurontin 4/98 | 401/403: NM (Int) |
| 213 | 6/28/2000 | PFIZER_JMARINO_0002350 | PFIZER_JMARINO_0002384 | Neurontin: 2001 Situation Analysis | 401/403: NM (Int) |
| 214 | 6/21/2000 | PFIZER_JMARINO_0002076 | PFIZER_JMARINO_0002117 | CI-1032 Marketing Needs Document | 401/403: NM (Int) |
| 215 | 5/20/1997 | PFIZER_JMARINO_0002067 | PFIZER_JMARINO_0002073 | Memo re: Neurontin for Neuropathic Pain in Diabetic Neuropathy | 401/403: NM (Int) |
| 216 | 8/1/1996 | PFIZER_JMARINO_0001583 | PFIZER_JMARINO_0001614 | Neurontin Marketing Assessment | 401/403: NM (Int); 401: Foreign; 403 |
| 217 | 9/13/2001 | PFIZER_JMARINO_0000809 | PFIZER_JMARINO_0000809 | Email From: Marino To: Mutisya | 401/403: NM (Int) |
| 218 | 2001 | PFIZER_JMARINO_0000687 | PFIZER_JMARINO_0000695 | Neurontin - 2001 Operating Plan Executive Summary | 401/403: NM (Int); 401: Foreign; 403 |
| 219 | 10/11/2001 | PFIZER_JMARINO_0000094 | PFIZER_JMARINO_0000152 | PowerPoint: Global Operating Plan - October 11, 2001 | 401/403: NM (Int); 401; 403 |
| 220 | 1/13/2004 | PFIZER_EDUKES_0000057 | PFIZER_EDUKES_0000057 | Email From: Macritchie To: Dukes Cc: Young | 401; 403; 802 |
| 221 | 5/8/2002 | PFIZER_DLINDEN_0002653 | PFIZER_DLINDEN_0002655 | Email From: Linden To: Nash | 401/403: NM (Int); 802 |
| 222 | 2/1/2000 | PFIZER_CTAYLOR_0000285 | PFIZER_CTAYLOR_0000323 | Parke-Davis Pharmaceutical Research: Gabapentin plus Naproxen sodium - Clinical Development Plan | 401/403: NM (Int) |
| 223 | 11/8/2000 | PFIZER_CGROGAN_0016795 | PFIZER_CGROGAN_0016820 | Neurontin Marketing and Advertising Overview: 1994-2000 | 401/403: NM (Int); 802 |
| 224 | 07/00/02 | PFIZER_CGROGAN_0006247 | PFIZER_CGROGAN_0006252 | Pfizer Neuropathic Panel Advisory Boards: Top-Line Findings and Summary | 401/403: NM (Int); 802 |
| 225 | 02/00/02 | PFIZER_CGROGAN_0006145 | PFIZER_CGROGAN_0006160 | Pfizer Neuropathic Panel HMO Advisory Board:  Executive Summary, Scottsdale, Arizona, January 24-25, 2002 | 401/403: NM (Int); 802; 805 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 226 | 03/00/02 | PFIZER_CGROGAN_0005992 | PFIZER_CGROGAN_0006002 | Pfizer Neuropathic Panel PBM Advisory Board: Executive Summary, Orlando, Florida, March 3-4, 2002 | 401/403: NM (Int); 802; 805 |
| 227 | | PFIZER_CGROGAN_0005042 | PFIZER_CGROGAN_0005070 | Neurontin: Leading at the Edge - Global Operating Plan 2001 | 401/403: NM (Int); 401: Foreign; 403 |
| 228 | | PFIZER_CGLOVER_00001291 | PFIZER_CGLOVER_00001437 | Expanding the Global Brand | 401/403: NM (Int); 401: Foreign; 403 |
| 229 | 3/18/2003 | PFIZER_BPARSONS_0202564 | PFIZER_BPARSONS_0202572 | Spreadsheet: Neurontin Manuscript Tracking Grid: PSC Sponsored Manuscripts | 401: Mktg/Pub; 403; 802 |
| 230 | 4/17/2003 | PFIZER_BPARSONS_0197335 | PFIZER_BPARSONS_0197344 | Spreadsheet: Neurontin Manuscript Tracking Grid: PSC Sponsored Manuscripts | 401: Mktg/Pub; 403 |
| 231 | 5/29/2003 | PFIZER_BPARSONS_0192594 | PFIZER_BPARSONS_0192603 | Spreadsheet: Neurontin Manuscript Tracking Grid: PSC Sponsored Manuscripts | 401: Mktg/Pub; 403 |
| 232 | 11/6/2002 | PFIZER_BPARSONS_0183188 | PFIZER_BPARSONS_0183207 | Neurontin Publication Planning and Execution | 401/403: NM (Int); 802 |
| 233 | 10/17/2002 | PFIZER_BPARSONS_0162576 | PFIZER_BPARSONS_0162578 | Email From: Tive To: Fannon Cc: several recipients | 401/403: NM (Int) |
| 234 | 2/23/2004 | Pfizer_BParsons_0098666 | PFIZER_BPARSONS_0098669 | Email from Lloyd Knapp | 401: Mktg/Pub; 403; 805 |
| 235 | 12/23/2003 | PFIZER_BPARSONS_0030122 | PFIZER_BPARSONS_0030124 | Email From: Parsons To: Lange | 401: Mktg/Pub; 401; 403 |
| 236 | 7/8/2003 | PFIZER_APANDE_0003413 | PFIZER_APANDE_0003415 | Email From: Maule To: several recipients | 401: Mktg/Pub; 403 |
| 237 | 4/23/1996 | PFIZER_APANDE_0000544 | PFIZER_APANDE_0000548 | US Patent 5,510,381 | 401; 403 |
| 238 | | Pfizer_AMISHRA_0005645 | Pfizer_AMISHRA_0005752 | PowerPoint: 2003 Operating Plan | 401/403: NM (Int) |
| 239 | | PFIZER_AMISHRA_0002324 | PFIZER_AMISHRA_0002394 | 2003 Operational & Tactical Plan | 401/403: NM (Int); 401: Foreign; 403 |
| 240 | 7/4/2001 | PFIZER_AGARRITY_0002142 | PFIZER_AGARRITY_0002143 | Email From: Wolleben To: Castro Cc: Brumfield, Claire, Garrity | 401/403: NM (Int) |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 241 | 1/1/2003 | PFIZER_AFANNON_0017363 | PFIZER_AFANNON_0017380 | Neurontin PSC SOPs: Roles and Responsibilities for Manuscript Teams | 401/403: NM (int) |
| 242 | 9/4/2002 | Note bates-stamped - Cooper Exhibit 27 | | Email string | 401: Mktg/Pub; 403; 802; 901 |
| 243 | 4/20/2000 | MDL_VENDORS_101225 | MDL_VENDORS_101228 | ltr from Vervack to Aquino | 401: Mktg/Pub; 403; 802; 901 |
| 244 | 11/12/1999 | MDL_VENDORS_026372 | MDL_VENDORS_026398 | spreadsheet of contact info for attendees of Anticonvulsants for the Treatment of Psychiatric Disorders Advisory Board Meeting; audiotape outline | 401: Mktg/Pub; 403; 805; 901 |
| 245 | 4/14/1999 | MDL_VENDORS_008551 | MDL_VENDORS_008554 | audiotape outline (Mathew) | 401: Mktg/Pub; 403; 802; 901 |
| 246 | 5/6/1999 | MDL_VENDORS_008516 | MDL_VENDORS_008550 | audiotape transcript, Advances in the Preventive Treatment of Migraine | 401: Mktg/Pub; 403; 802; 805; 901 |
| 247 | 5/11/1999 | MDL_VENDORS_008284 | MDL_VENDORS_008399 | Misc. Documents re: Advances in the Preventive Treatment of Migraine | 401: Mktg/Pub; 403; 802; 805; 901 |
| 248 | 7/22/1999 | MDL_VENDORS_008274 | MDL_VENDORS_008283 | DeSantis correspondence and fax; also Ninan Mathew honorarium check. | 401: Mktg/Pub; 403; 802; 901 |
| 249 | various | MDL_VENDORS_007638 | MDL_VENDORS_007719 | "Back-Up Charts"; 1999 Situation Analysis; Watson emails | 401/403: NM (int); 802; 901 |
| 250 | 00/00/04 | MDL_SM_01614 | MDL_SM_01643 | Kaiser Permanente 2004 Operating Plan | 401; 403 |
| 251 | 4/17/2002 | MAC_E_0051166 | MAC_E_0051198 | Agenda: Neurontin Publications Plan Meeting | 401: Mktg/Pub; 403; 802; 901 |
| 252 | | MAC_E_0036778 | MAC_E_0036786 | Neurontin and Pregabalin: Creating Key Message Synergies through Publications | 401: Mktg/Pub; 403; 802; 901 |
| 253 | 7/29/2007 | MAC_E_0030072 | MAC_E_0030105 | "Gabapentin for the Treatment of Pain Associated with Diabetic Peripheral Neuropathy: Titration to Effect Is Superior to a Commonly Fixed Dose"; draft of paper | 401: Mktg/Pub; 403; 802; 901 |
| 254 | | MAC_E_0026142 | MAC_E_0026189 | "Gabapentin in the Treatment of Epilepsy: A Dosing Review"; draft of paper | 401: Mktg/Pub; 403; 802; 901 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 255 | | MAC_E_0025103 | MAC_E_0025109 | Manuscript: Neuropathic Pain Dosing Review | 401: Mktg/Pub; 403; 802; 901 |
| 256 | 7/29/2007 | MAC_E_0022741 | MAC_E_0022743 | Memo From: Crespo/Glanzman To: Neurology DL, Subject: Neurontin: NeP Dosing Manuscript Accepted for Publication | 401: Mktg/Pub; 403; 802; 901 |
| 257 | 7/29/2007 | MAC_E_0020200 | MAC_E_0020210 | Epilepsy Dosing Review | 401: Mktg/Pub; 403; 802; 901 |
| 258 | | MAC_E_0012008 | MAC_E_0012065 | 2001/2002 PSC overview MAC, PowerPoint by Fannon | 401: Mktg/Pub; 403; 802; 901 |
| 259 | 8/6/2002 | MAC_E_0011587 | MAC_E_0011629 | PowerPoint Presentation: Neurontin 2003 Publications Plan | 401: Mktg/Pub; 403; 802; 901 |
| 260 | 10/21/2002 | MAC_E_0011250 | MAC_E_0011296 | PowerPoint Presentation: Medical Action Communications Agency Review | 401: Mktg/Pub; 403; 802; 901 |
| 261 | | MAC_E_0008505 | MAC_E_0008505 | Explanation of Additoinal Charges | 401: Mktg/Pub; 403; 802; 901 |
| 262 | 8/21/2002 | MAC_0004074 | MAC_0004074 | Email From: David Cooper To: Crespo, Fannon, Mierop Bcc: Neurontin Plan, Re: pain dosing paper | 401: Mktg/Pub; 403; 802; 901 |
| 263 | 9/20/2002 | MAC_0003664 | MAC_0003665 | Email From: David Cooper To: Angela Crespo Bcc: Neurontin Plan, Re: spinning Serpell | 401: Mktg/Pub; 403; 802; 901 |
| 264 | 9/24/2002 | MAC_0003616 | MAC_0003620 | Email string | 401: Mktg/Pub; 403; 802; 901 |
| 265 | 10/28/2002 | MAC_0000772 | MAC_0000773 | Email string | 401: Mktg/Pub; 403; 802; 901 |
| 266 | 11/21/2002 | MAC_0000084 | MAC_0000086 | Email string | 401: Mktg/Pub; 401: Foreign; 403; 802; 901 |
| 267 | | KAIS-045177 | KAIS-045177 | Access database and Excel file with cost and prescription data for Neurontin and alternative drugs within eight regions | 401; 403; 802 |
| 268 | | KAIS-045176 | KAIS-045176 | Access database and Excel file with cost and prescription data for Neurontin and alternative drugs within eight regions | 401; 403; 802 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 269 | | KAIS-045175 | KAIS-045175 | Access database with Neurontin prescription data for Massachusetts | 401; 403; 802 |
| 270 | 9/10/2003 | KAIS-045174 | KAIS-045174 | Unredacted DUAT and DRUG Videoconference on "Successful Practices: Controversies in Pain Management: Is there a role for Neurontin?" (DVD) | 401; 403; 802 |
| 271 | | KAIS-045174 | KAIS-045174 | Access database with Neurontin providers and prescription data for all regions from 1994 through 2005 | 401; 403; 802 |
| 272 | 07/00/04 | KAIS-045066 | KAIS-045069 | Regional Rounds, An Update for Physicians from SCPMG Leadership | 401; 401: Plea; 403; 802 |
| 273 | 12/12/2001 | KAIS-001460 | KAIS-001467 | Approved Minutes: TPMG Regional Pharmacy and Therapeutics Committee & Formulary Subcommittee Meeting | 401; 403; 802 |
| 274 | 1/6/2005 | KAIS-001404 | KAIS-001409 | Minutes: Regional Drug Utilization Group | 401; 403 |
| 275 | 2/1/2005 | KAIS-003802 | KAIS-003809 | Article entitled "Antidepressants and Antiepileptic Drugs for Chronic Non-Cancer Pain," by Morris Maizels and Bill McCarberg | 401; 403; 802 |
| 276 | | Pfizer_Amishra_0000214 | Pfizer_Amishra_0000216 | Pain Experts Mentor List | 401; 403 |
| 277 | | KAIS-044524 | KAIS-044537 | Powerpoint: Pharmacy and NWP Primary Care Priority Drug Cost Initiatives | 401; 403; 106 |
| 278 | 8/13/2003 | Pfizer_Bparsons_0179757 | Pfizer_Bparsons_0179757 | Email from David Probert to Suzanne Doft and Bruce Parsons, copying Bill McCarberg re NEU-0315394_RE: Future Projects | 401: Mktg/Pub; 403 |
| 279 | 12/12/2003 | Pfizer_Sdoft_0065569 | Pfizer_Sdoft_0065570 | Email from Avanish Mishra to Jason Totolis; pamela.y.sharpe@pfizer.com | 401; 403; 802 |
| 280 | 3/26/2001 | KAIS-005489 | KAIS-005489 | Email from Mirta Millares to Debbie Kubtoa, copying Richard Wagner, re "Tainted" studies | 401: Mktg/Pub; 401; 403; 805 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 281 | 12/20/2002 | KAIS-044450 | KAIS-044452 | Electronic memorandum from Norman D. Muilenburg, R.Ph. To Sean Jones and others re Neurontin in the news | 401/403: NM; 401; 403; 805 |
| 282 | 9/25/2002 | KAIS-001224 | KAIS-001229 | SCAL Regional Drug Utilization Action Team (DUAT) meeting minutes | 401; 403; 802 |
| 283 | 10/23/2002 | KAIS-001147 | KAIS-001155 | SCAL Regional Drug Utilization Action Team (DUAT) meeting minutes | 401; 403 |
| 284 | 6/4/2003 | KAIS-044438 | KAIS-044441 | Electronic memorandum from Sean E. Jones to 2433 addressees re Gabapentin 3: A Cautionary Tale | 401: Mktg/Pub; 401; 401: Franklin; 403; 805 |
| 285 | 6/5/2003 | KAIS-044435 | KAIS-044437 | Electronic memorandum from Norman D. Muilenburg to 12 addressees re "Gabapentin for migraine prophylaxis: Is it effective?" | 401; 403; 805 |
| 286 | 11/14/2003 | KAIS-044429 | KAIS-044429 | Electronic memorandum from Nancy Louie Lee re Increase utilization post CME | 401: Mktg/Pub; 401; 403; 805 |
| 287 | | | | SRL 0900000180000353a.doc as produced in the Merlin database | 401; 403 |
| 288 | | | | SRL 0900000180000380c0.doc as produced in the Merlin database | 401; 403 |
| 289 | 03/00/04 | KAIS-044118 | KAIS-044121 | DRUG USE EVALUATION OF GABAPENTIN (NEURONTIN) | 401; 403; 805 |
| 290 | 9/9/1997 | KAIS-044021 | KAIS-044028 | SCPMG Regional Pharmacy & Therapeutics Committee meeting minutes | 401; 403 |
| 291 | 9/14/1999 | KAIS-044007 | KAIS-044020 | SCPMG Regional Pharmacy & Therapeutics Committee meeting minutes | 401; 403; 805 |
| 292 | 5/16/2005 | KAIS-042922 | KAIS-042923 | Kaiser Permanente Drug Information Services Inquiry Request No: 2005-3055 | 401; 403; 805 |
| 293 | 1/30/2001 | KAIS-042607 | KAIS-042608 | Kaiser Drug Information Services Drug Inquiry Request 53313 | 401; 403; 805 |
| 294 | 12/12/2000 | KAIS-042593 | KAIS-042593 | Kaiser Drug Information Services Drug Inquiry Request 51725 | 401; 403; 805 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 295 | 10/30/2000 | KAIS-042569 | KAIS-042569 | Kaiser Drug Information Services Drug Inquiry Request 50081 | 401; 403; 805 |
| 296 | 8/21/2000 | KAIS-042536 | KAIS-042536 | Kaiser Drug Information Services Drug Inquiry Request 47632 | 401; 403; 805 |
| 297 | 4/6/1999 | KAIS-041904 | KAIS-041904 | Kaiser Drug Information Services Drug Inquiry Request 29628 | 401; 403; 805 |
| 298 | 7/2/1998 | KAIS-041803 | KAIS-041812 | Letter from Parke-Davis Medical & Scientific Affairs | 401; 403; 805; 901; 1003 |
| 299 | 7/14/1994 | KAIS-041416 | KAIS-041427 | Committee Position Memo | 401; 403 |
| 300 | 8/5/1994 | KAIS-041403 | KAIS-041415 | Committee Position Memos | 401; 403 |
| 301 | 2/22/1999 | KAIS-041046 | KAIS-041053 | Facsimile from Wanda Martin to Debbie Kubota | 401; 403; 805 |
| 302 | | | | SRL 090000018003c6fc.doc as produced in the Merlin database | 401; 403 |
| 303 | 5/24/2004 | KAIS-015539 | KAIS-015542 | Untitled spreadsheet - Top line "Regin=CN data pulled 5/24/2004 | 401; 403; 802; 901 |
| 304 | 00/00/00 | KAIS-006389 | KAIS-006390 | Untitled spreadsheet - Top line "Region+CS" | 401; 403; 802; 901 |
| 305 | 9/10/2003 | KAIS-001057 | KAIS-001063 | SCAL Regional Drug Utilization Action Team (DUAT) meeting minutes | 401; 403 |
| 306 | 8/31/2004 | KAIS-006376 | KAIS-006384 | DRUG Sponsered Teleconference August 31, 2004: Gabapentin (Neurontin) Clinical Efficacy Tables | 401; 403; 805 |
| 307 | 6/4/2002 | KAIS-005946 | KAIS-005947 | Email from Kubota to Kang, copying Jeong Re: Neurontin | 401; 403; 805 |
| 308 | 7/24/2002 | KAIS-036737 | KAIS-036737 | SCPMG Chiefs of Psychiatry meeting document | 401; 403; 802 |
| 309 | | | | SRL 090000018003ebfc.doc as produced in the Merlin database | 401; 403 |
| 310 | | | | SRL 0900000180042242d.doc as produced in the Merlin database | 401; 403 |
| 311 | 02/00/99 | KAIS-004645 | KAIS-004650 | Drug Monograph: Gabapentin (Neurontin) Expanded Restrictions, P&T Review Date (SCPMG): June 1999 | 401; 403; 805 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 312 | 3/24/1999 | KAIS-004639 | KAIS-004642 | SCPMG Chiefs of Psychiatry and Addiction Medicine, Meeting, March 24, 1999 | 401; 403 |
| 313 | 7/28/1999 | KAIS-004638 | KAIS-004642 | SCPMG Chiefs of Psychiatry and Addiction Medicine, Meeting, July 28, 1999 | 401; 403 |
| 314 | 02/00/99 | KAIS-004629 | KAIS-004637 | Drug Monograph: Gabapentin (Neurontin) Removal of Restrictions, P&T Review Date (SCPMG): September 1999 | 401; 403; 805 |
| 315 | 6/17/1999 | KAIS-004615 | KAIS-004618 | Chiefs of Neurology Meetin June 17, 1999, Drug Information/Professional Service items and synopsis | 401; 403 |
| 316 | | | | Excel spreadsheet: Kaiser Damages - Alternate Scenario, from the workpapers of Dr. Raymond Hartman | 401; 403; 802; 901 |
| 317 | 01/00/02 | KAIS-004152 | KAIS-004176 | Drug Monograph: Class Review: Antiepileptic agents for bipolar disorder | NO |
| 318 | | | | SRL 090000018006fc21.doc as produced in the Merlin database | 401; 403 |
| 319 | | KAIS-003887 | KAIS-003887 | Kaiser Permanente Rx UPDATE | 401; 403; 805 |
| 320 | 9/10/2003 | KAIS-003871 | KAIS-003879 | Controversies in Pain Management: Is there a Role for Neurontin presentation | 401; Mktg/Pub;401; 403; 805 |
| 321 | 04/00/04 | KAIS-003813 | KAIS-003844 | DUAT/DRUG Presentation: "Kaiser Interregional Pharmacy Meeting," by Rodrigo Rodriguez, MD | 401; Mktg/Pub;401; 403; 805 |
| 322 | | KAIS-003800 | KAIS-003801 | Kaiser Gabapentin (Neurontin) monograph for P&T Review in September 1997 | NO |
| 323 | | KAIS-003377 | KAIS-003382 | Kaiser Drug Use Management article | 401; Mktg/Pub;401; 403; 805 |
| 324 | 00/00/03 | KAIS-003368 | KAIS-003376 | Improving Appropriate Prescription Drug Use to Best Practice:  Supporting Evidence-Based Drug Use | 401; 403 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 325 | | KAIS-003365 | KAIS-003365 | Neurontin Utilization YTD 6/01 vs 6/00 | 401; 403; 802; 901 |
| 326 | 10/7/2004 | KAIS-003283 | KAIS-003289 | Untitled spreadsheet - Top line "Region=CN data pulled 10.7.04 | 401; 403; 802; 901 |
| 327 | 06/00/99 | KAIS-003259 | KAIS-003268 | Drug Monograph: Gabapentin (Neurontin) Removal of Restrictions, P&T Review Date (SCPMG): September 1999 | 401; 403 |
| 328 | 3/23/2002 | KAIS-002929 | KAIS-003034 | Request #6355893: The Expert Consensus Guideline Series: Medication | 401; 403 |
| 329 | 12/00/04 | KAIS-001749 | KAIS-001752 | Report: "DRUG Initiative: TCAs (vs Gabapentin)" | 401; 403 |
| 330 | | | | SRL 09000001801 0004a.doc as produced in the Merlin database | 401; 403 |
| 331 | | | | SRL 09000001810244d.doc as produced in the Merlin database | 401; 403 |
| 332 | 4/13/1998 | PFIZER_TMF_CRF_029000 | PFIZER_TMF_CRF_029019 | 945-209 study application release | 401; 403 |
| 333 | 1/8/2004 | KAIS-001410 | KAIS-001414 | Regional Drug Utilization Group ("DRUG") meeting minutes | 401; 403 |
| 334 | 11/4/2004 | KAIS-001398 | KAIS-001403 | Regional Drug Utilization Group ("DRUG") meeting minutes | 401; 403; 106 |
| 335 | 9/2/2004 | KAIS-001390 | KAIS-001394 | Regional Drug Utilization Group ("DRUG") meeting minutes | 401; 403; 106 |
| 336 | 10/7/2004 | KAIS-001374 | KAIS-001380 | Regional Drug Utilization Group ("DRUG") meeting minutes | 401; 403; 106 |
| 337 | 11/27/2002 | KAIS-001360 | KAIS-001366A | DUAT: Neurontin Data: Regional DUAT Meeting | 401; 403 |
| 338 | 3/24/2004 | KAIS-001324 | KAIS-001358 | DUAT Update Report, presented by Joel Hyatt and Richard Wagner | 401: Mktg/Pub;401; 403; 805 |
| 339 | 9/10/2003 | KAIS-001304 | KAIS-001319 | Neuropathic Pain Initiative Update: Regional DUAT Meeting | 401: Mktg/Pub;401; 403; 805 |
| 340 | 8/2/2004 | KAIS-001291 | KAIS-001297 | DUAT "Neurontin Update: Utilization by Specialty" | 401; 403 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 341 | 6/18/2003 | KAIS-001258 | KAIS-001267 | DUAT Neurontin Analysis: Regional DUAT Meeting | 401; 403; 805 |
| 342 | | KAIS-001239 | KAIS-001239 | Kaiser Rx UPDATE: "Nortriptyline for Neuropathic Pain | 401; 403 |
| 343 | 8/6/2004 | | | Pfizer's Form 10-Q for period: June 27, 2004 | 401: Plea; 403 |
| 344 | 7/1/2003 | KAIS-001231 | KAIS-001231 | Interoffice Memo from Joel Hyatt, Mitchell Danesh, and Christine Whitten, to multiple practice areas re Neuropathic Pain Treatment Protocol | 401: Mktg/Pub;401; 403; 805 |
| 345 | 6/26/2002 | KAIS-001217 | KAIS-001223 | Drug Utilization Action Team ("DUAT") meeting minutes | 401; 403; 805 |
| 346 | 3/10/2004 | | | Pfizer's Form 10-K for period: December 31, 2003 | 401; 401: Franklin; 403 |
| 347 | 3/12/2003 | KAIS-001095 | KAIS-001134 | DUAT Presentation: "Gabapentin (Neurontin) Anticonvusant or Pain Medication?" Presentation | 401: Mktg/Pub;401; 403; 805 |
| 348 | 9/10/2003 | KAIS-001069A | KAIS-001089 | Presentation: DUAT and DRUG Videoconference on "Successful Practices" Controversies in Pain Management: Is There a Role for Neurontin? | 401: Mktg/Pub;401; 403; 805 |
| 349 | 11/00/03 | KAIS-001064 | KAIS-001068 | Alcia Mack, Examination of the Evidence for Off-Label Use of Gabapentin, Journal of Managed Care Pharmacy, November/December 2003 | 401; 403; 802; 805 |
| 350 | 09/00/99 | KAIS-001063 | KAIS-001063 | 1430. GABAPENTIN CAPSULES: REVIEW OF RESTRICTIONS | 401; 403 |
| 351 | 05/00/04 | KAIS-000874 | KAIS-000876 | Kaiser Permanente: Rx for Quality | 401; 403; 805 |
| 352 | | KAIS-000768 | KAIS-000788 | DRUG Presentation: Gabapentin (Neurontin), by Paul Wilson, Allan Bernstein, Mitchell Cohen | 401: Mktg/Pub; 401; 403; 805; 1002; 1003 |
| 353 | 8/31/2004 | KAIS-000767 | KAIS-000767 | DRUG Sponsored Teleconference on Gabapentin (Neurontin/Pregabalin (Lyrica) Summary | 401; 403 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 354 | 11/5/2002 | KAIS-000757 | KAIS-000760 | Regional Drug Utilization Group ("DRUG") meeting minutes | 401; 403 |
| 355 | | KAIS-000728 | KAIS-000750 | Presentation: "TCA vs. Gabapentin Utilization," by Gerald Frank, MD | 401: Mktg/Pub; 401; 403; 805; 1003 |
| 356 | 3/28/2002 | | | Pfizer Form 10-K for period:  December 31, 2001 | 401: Franklin; 401; 403 |
| 357 | 9/12/2001 | KAIS000137 | KAIS-000143 | TPMG Regional P&T Committee & Formulary Subcommittee Minutes | 401; 403; 805 |
| 358 | 9/10/2003 | KAIS-000090 | KAIS-000109 | DUAT and DRUG Videoconference on "Successful Practices": "Controversies in Pain Management:  Is There a Role for Neurontin?" Agenda and evidence tables | 401; 403; 805 |
| 359 | 12/3/2004 | KAIS-000001 | KAIS-00085 | KPSC DUAT Executive Scorecard January September 2004 | 401; 403 |
| 360 | 12/31/1998 | CME1478 | CME1748 | 1998 National Outcomes Report for Social Phobia meeting series | 401: Mktg/Pub; 403; 802; 901 |
| 361 | 12/22/1998 | CME0038 | CME0057 | grant requests to Allen Crook at Parke-Davis for creation of "New Frontiers in Social Phobia and Bipolar Disorders" meeting series | 401: Mktg/Pub; 403; 802; 901 |
| 362 | 12/18/2002 | CDM0028014 | CDM0028052 | NEURONTIN 2003 Brand Planning | 401/403: NM (int) 802; 901 |
| 363 | 5/15/1999 | CDM0022376 | CDM0022398 | "Advances in the Preventive Treatment of Migraine" | 401: Mktg/Pub; 403; 802; 901 |
| 364 | 5/11/2004 | | | Corporate Integrity Agreement between DHHS OIG and Pfizer | 401; 403 |
| 365 | 12/5/2008 | | | Declaration of Mirta Millares | 401: 403; 802 |
| 366 | 5/13/2004 | | | Information: US v. Pfizer, Crim. No. 04-10150 | 401; 401: Plea; 403 |
| 367 | 5/21/1992 | | | INVESTIGATOR BROCHURE RR-X 720-02455 | 401: Mktg/Pub; 403; 802 |
| 368 | 4/19/1994 | | | INVESTIGATOR BROCHURE RR-X 720-03362 | 401: Mktg/Pub; 403; 802 |
| 369 | 5/31/1992 | | | INVESTIGATOR BROCHURE RR-X 720-03381 | 401: Mktg/Pub; 403; 802 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 370 | 4/21/1997 | | | INVESTIGATOR BROCHURE RR-X 720-03480 | 401: Mktg/Pub; 403: 802 |
| 371 | 5/13/2004 | | | Plea Agreement between US Attorney for D. Mass. and Warner-Lambert | 401: Plea; 403; 802 |
| 372 | 4/3/2000 | | | Research Report 430-00124 | 401: Mktg/Pub; 403: 802 |
| 373 | 5/5/2000 | | | Research Report 430-00125 | 401: Mktg/Pub; 403: 802 |
| 374 | 6/25/1990 | | | Research Report 4301_00066 | 401: Mktg/Pub; 403: 802 |
| 375 | 2/3/1992 | | | Research Report 720-02957 (INTEGRATED SUMMARY OF SAFETY OF GABAPENTIN) | 401: Mktg/Pub; 403: 802 |
| 376 | 7/9/1996 | | | Research Report 720-03495 | 401: Mktg/Pub; 403: 802 |
| 377 | 7/10/1996 | | | Research Report 720-03675 | 401: Mktg/Pub; 403: 802 |
| 378 | 3/4/1997 | | | Research Report 720-03779 | 401: Mktg/Pub; 403: 802 |
| 379 | 3/19/1998 | | | Research Report 720-03850 | 401: Mktg/Pub; 403: 802 |
| 380 | 4/9/1999 | | | Research Report 720-03851 | 401: Mktg/Pub; 403: 802 |
| 381 | 12/30/1998 | | | Research Report 720-03908 | 401: Mktg/Pub; 403: 802 |
| 382 | 2/7/2000 | | | Research Report 720-04130 | 401: Mktg/Pub; 403: 802 |
| 383 | 3/26/1999 | | | Research Report 720-04174 | 401: Mktg/Pub; 403: 802 |
| 384 | 2/17/2000 | | | Research Report 720-04378 | 401: Mktg/Pub; 403: 802 |
| 385 | 6/28/2000 | | | Research Report 720-04455 | 401: Mktg/Pub; 403: 802 |
| 386 | 12/20/2000 | | | Research Report 720-04471 | 401: Mktg/Pub; 403: 802 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 387 | 10/31/2000 | | | Research Report 720-04479 | 401: Mktg/Pub; 403: 802 |
| 388 | 8/16/2000 | | | Research Report 720-04481 | 401: Mktg/Pub; 403: 802 |
| 389 | 10/31/2000 | | | Research Report 720-04483 | 401: Mktg/Pub; 403: 802 |
| 390 | 9/27/2001 | | | Research Report 720-30044 | 401: Mktg/Pub; 403: 802 |
| 391 | 1/2/2001 | | | Research Report 720-30049 | 401: Mktg/Pub; 403: 802 |
| 392 | 1/27/2003 | | | Research Report 744-00664 | 401: Mktg/Pub; 403: 802 |
| 393 | 8/13/2003 | | | Research Report 744-00669 | 401: Mktg/Pub; 403: 802 |
| 394 | 7/20/1998 | | | Research Report 995-00057 | 401: Mktg/Pub; 403: 802 |
| 395 | 12/29/1998 | | | Research Report 995-00070 | 401: Mktg/Pub; 403: 802 |
| 396 | 8/24/1999 | | | Research Report 995-00074 | 401: Mktg/Pub; 403: 802 |
| 397 | 1/20/2000 | | | Research Report 995-00085 | 401: Mktg/Pub; 403: 802 |
| 398 | 9/1/2005 | | | Research Report: Clinical Study Synopsis: 945-291 | 401: Mktg/Pub; 403: 802 |
| 399 | 6/2/2004 | | | Sentencing Memorandum: US v. Pfizer, Crim. No. 04-10150 | 401: Plea; 403; 802 |
| 400 | | | | SRL 0900000180047833.doc as produced in the Merlin database | 401; 403 |
| 401 | 5/23/2008 | | | STATISTICAL REVIEW AND EVALUATION: ANTIEPILEPTIC DRUGS AND SUICIDALITY | 401; 403; 802 |
| 402 | 6/7/2004 | | | Waiver of Indictment: US v. Pfizer, Crim. No. 04-10150 | 401: Plea; 403; 802 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|--------|------|---------------------|------------------|-------------|-------------------------|
| 403 | 1/10/2010 | | | webpage entitled "About the Project," Prescribing for Better Outcomes, The University of North Carolina at Chapel Hill, available at http://www.prescribingforbetteroutcomes.org/?q=aedp/abouttheproject (last accessed 01/10/10) | 401: Plea; 403; 802 |
| 404 | 1/10/2010 | | | webpage entitled "Key Findings," Prescribing for Better Outcomes, The University of North Carolina at Chapel Hill, available at http://www.prescribingforbetteroutcomes.org/?q=aboutus/keyfindings (last accessed 01/10/10 | 401; 403; 802 |
| 405 | 8/11/2008 | | | Declaration of Meredith Rosenthal - Estimate of Units Paid for by Neurontin Endpayers That Resulted from Alleged Fraudulent Marketing by Defendants, with accompanying exhibits, including but not limited to Attachments C - E and Attachments G - I | 401; 403; 802 |
| 406 | 8/8/2005 | | | Declaration of Meredith Rosenthal - The Economics of Off-Label Promotion and Estimation of Impact on the Class of Neurontin Endpayers, with accompanying exhibits | 401: Mktg/Pub; 401; 403; 802 |
| 407 | 9/14/2006 | | | Declaration of Meredith Rosenthal In Response to Defendants' Expert Keith Argenbright, with accompanying exhibits | 401; 403; 802; 805 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 408 | 8/11/2008 | | | Declaration of Raymond S. Hartman - Calculation of Damages for the Neurontin MDL Class Plaintiffs and Coordinated Plaintiffs (Aetna, Guardian and Kaiser), including (but not limited to the tables, charts, and graphs contained in the text and attached. | 401; 403; 802 |
| 409 | 8/8/2005 | | | Declaration of Raymond S. Hartman - Estimation of Class-Wide Damages, with accompanying exhibits | 401; 403; 802; 805 |
| 410 | 12/19/2007 | | | Declaration of Rena Conti Ph.D. In Support of Plaintiffs' Renewed Motion for Class Certification, with accompanying exhibits | 401; 403; 802 |
| 411 | | | | Expert Consultant Report of Brian Alldredge, PharmD, with accompanying exhibits | 401: Mktg/Pub; 401; 403; 802; 805 |
| 412 | 12/9/2008 | | | Expert Report of Curt Daniel Furberg, M.D., Ph. D., with accompanying exhibits | 401; 403; 802; 805 |
| 413 | 7/31/2008 | | | Expert Report of David Kessler, M.D., with accompanying exhibits | 401: Mktg/Pub; 403; 802; 805 |
| 414 | 8/11/2008 | | | Expert Report of John Abramson, M.D., with accompanying exhibits | 401: Mktg/Pub; 403; 802; 805 |
| 415 | 8/11/2008 | | | Expert Report of Kimberly P. McDonough, with accompanying exhibits | 401; 403; 802; 805 |
| 416 | 7/29/2008 | | | Expert Report of Nicholas P. Jewell, Ph. D., with accompanying exhibits | 401; 403; 802 |
| 417 | 11/10/2008 | | | Kaiser's Fifth Supplemental Response and Objections to Defendants' Second Set of Interrogatories | 401; 403; 802 |
| 418 | 12/7/2008 | | | Kaiser's Sixth Supplemental Response and Objections to Defendants' Second Set of Interrogatories | 401; 403; 802 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 419 | 8/10/2008 | | | Neurontin: Clinical Pharmacologic Opinion of Dr. Thomas L. Perry, with accompanying exhibits | 401: Mktg/Pub; 403; 802; 805 |
| 420 | 5/30/2003 | | | New York Times Article - Court Papers Suggest Scale of Drug's Use by Melody Petersen | 401: Franklin; 401; 403; 802; 805 |
| 421 | 10/29/2002 | | | New York Times Article - Documents Show Effort to Promote Unproven Drug by Melody Petersen | 401: Franklin; 401; 403; 802; 805 |
| 422 | 5/15/2002 | | | New York Times Article - Suit Say Company Promoted Drug in Exam Rooms by Melody Petersen | 401: Franklin; 401; 403; 802; 805 |
| 423 | 3/28/2008 | | | Rebuttal Declaration of Rena Conti Ph.D. In Support of Plaintiffs' Renewed Motion for Class Certification, with accompanying exhibits | 401; 403; 802; 805 |
| 424 | 2/21/2007 | | | Reply Declaration of Professor Meredith Rosenthal, with accompanying exhibits | 401; 403; 802; 805 |
| 425 | 2/21/2007 | | | Reply Declaration of Raymond S. Hartman, with accompanying exhibits | 401; 403; 802; 805 |
| 426 | 8/11/2008 | | | Report of Gabapentin (Neurontin) for Migrane Prophylaxis: Evaluation of Efficacy, Effectiveness and Marketing by Douglas McCrory, MD, MHS, with accompanying exhibits | 401: Mktg/Pub; 403; 802; 805 |
| 427 | 7/25/2008 | | | Report on the Use of Neurontin for Bipolar and Other Mood Disorders, by Jeffrey S. Barkin, MD, with accompanying exhibits | 401: Mktg/Pub; 403; 802; 805 |
| 428 | 8/10/2008 | | | Reporting and Other Biases in Studies of Neurontin for migrane, Psychiatric/Bipolar Disorders, Nociceptive Pain, and Neuropathic Pain by Kay Dickersin, MA, PhD, with accompanying exhibits | 401: Mktg/Pub; 403; 802; 805 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|--------|------|---------------------|------------------|-------------|--------------------------|
| 429 | 2/21/2008 | | | Revised Declaration of Rena Conti Ph.D. In Support of Plaintiffs' Renewed Motion for Class Certification, with accompanying exhibits | 401; 403; 802 |
| 430 | | | | SRL 0900000180003SA5.doc as produced in the Merlin database | 401; 403 |
| 431 | | | | SRL 0900000180003EBD.doc as produced in the Merlin database | 401; 403 |
| 432 | | | | SRL 0900000180004565E.doc as produced in the Merlin database | 401; 403 |
| 433 | | | | SRL 09000001800270f9.doc as produced in the Merlin database | 401; 403 |
| 434 | | | | SRL 09000001800003BD75.doc as produced in the Merlin database | 401; 403 |
| 435 | | | | SRL 0900000180047833.doc as produced in the Merlin database | 401; 403 |
| 436 | | | | SRL 0900000180006F819.doc as produced in the Merlin database | 401; 403 |
| 437 | | | | SRL 09000001800F53C8.doc as produced in the Merlin database | 401; 403 |
| 438 | | | | SRL 0900000180010D854.doc as produced in the Merlin database | 401; 403 |
| 439 | | | | SRL 09000001800110C34.doc as produced in the Merlin database | 401; 403 |
| 440 | | | | SRL 0900000180011036.doc as produced in the Merlin database | 401; 403 |
| 441 | | | | SRL 0900000180114059.doc as produced in the Merlin database | 401; 403 |
| 442 | | | | SRL 0900000180119020.doc as produced in the Merlin database | 401; 403 |
| 443 | | | | SRL 0900000180012A7E0.doc as produced in the Merlin database | 401; 403 |
| 444 | | | | SRL 09000001800141BE7.doc as produced in the Merlin database | 401; 403 |
| 445 | | | | SRL 0900000180146063.doc as produced in the Merlin database | 401; 403 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 446 | | | | SRL 09000001 8014CBF6.doc as produced in the Merlin database | 401; 403 |
| 447 | | | | SRL 09000001 8014CC38.doc as produced in the Merlin database | 401; 403 |
| 448 | | | | SRL 09000001 8014CC87.doc as produced in the Merlin database | 401; 403 |
| 449 | | | | SRL 09000001 8014FC31.doc as produced in the Merlin database | 401; 403 |
| 450 | | | | SRL 09000001 80168830.doc as produced in the Merlin database | 401; 403 |
| 451 | 12/10/2008 | | | Supplemental Report on the Use of Neurontin for Bipolar and Other Mood Disorders, by Jeffrey S. Barkin, MD, with accompanying exhibits | 401: Mktg/Pub; 401; 403; 802; 805 |
| 452 | 11/8/2002 | | | Wall St. Journal Article - Ad Agency Helped Push Neurontin, Documents Show by Rachel Zimmerman | 401: Franklin; 401: Mktg/Pub; 403; 802; 805 |
| 453 | | | | Data: CMS Medicaid Utilization Data | 401; 403; 802; 901 |
| 454 | | | | Data: CMS National Health Estimates Data | 401; 403; 802; 901 |
| 455 | | | | Data: IMS Health IPS Data | 401; 403; 802; 901 |
| 456 | | | | Data: IMS Health NDTI Data | 401; 403; 802; 901 |
| 457 | | | | Data: NEURONTIN U.S. MARKET UPDATES, PROVIDED BY DEFENDANTS | 401; 403; 802 |
| 458 | | | | Data: VERISPAN VONA DATA | 401; 403; 802; 901 |
| 459 | | | | Database: BETSY (Neurontin Betsy.mdb) | 401; 403; 802; 901 |
| 460 | | | | Database: CMMS (Neurontin Parke-Davis CMMS.mdb) | 401; 403; 802; 901 |
| 461 | | | | Database: MERLIN (Merlin Neurontin.mdb) | 401; 403; 802; 901 |

| TX No. | Date | Beginning Bates No. | Ending Bates No. | Description | FRE Bases for Objection |
|---|---|---|---|---|---|
| 462 | | | | Database: Sherlock OS (Neurontin CMS Sherlock OS.mdb) | 401; 403; 802; 901 |
| 463 | | | | Database: Sherlock S2 (Neurontin CMS Sherlock S2.mdb) | 401; 403; 802; 901 |
| 464 | | | | Database: Sherlock S3 (Neurontin CMS Sherlock S3.mdb) | 401; 403; 802; 901 |
| 465 | | | | Database: Sherlock S31 (Neurontin CMS Sherlock S31.mdb) | 401; 403; 802; 901 |
| 466 | | | | Database: Wolters Kluwer (pfizer_neurontin_legal_2_demographics.mdb) | 401; 403; 802; 901 |
| 467 | | | | Database: Wolters Kluwer (pfizer_neurontin_legal_2_final_data.mdb) | 401; 403; 802; 901 |
| 468 | | | | Franklin Voicemail and Audio Recordings | 401/403: LM; 403; 802; 805; 901; 1002; Foundation |
| 469 | | | | Final Study Report (Category 2) 945-291 (Page 1 of 19) saved by vgunther | 401; 403; 802 |