# Exhibit 14

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS)<br>and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**PLAINTIFFS' PROPOSED JURY QUESTIONNAIRE**

858097.2

-1-

1. **Please state your full name:** _____

    Age: ____

    Sex: ____ Male    ____ Female.

2. **Area where you primarily grew up:** _____

3. **City of residence:** _____

4. **Please check the highest level of education you have completed:**

    ___ Less than High school

    ___ High School Graduate

    ___ GED/High School Equivalency

    ___ Trade/Technical School

    ___ Some College    (major/course of study: _____)

    ___ College Grad – 2 year program (major/course of study: _____)

    ___ College Grad – 4 year program (major/course of study: _____)

    ___ Postgraduate work (course of study: _____)

5. **What is your marital status?**

    _____ Single                      _____ Married

    _____ Divorced                    _____ Single, living together

    _____ Spouse deceased             _____ Separated

6. **What is your current job status?**

    _____ Employed full-time          _____ Student

    _____ Employed part-time          _____ Unemployed, looking for work

    _____ Homemaker                   _____ Unemployed, not looking for work

    _____ Retired                     _____ Self-employed

    _____ Disabled

858097.2

-2-

7. **If you are currently employed (if not currently employed, your last job), please state:**

   a. Employer:_____

   b. Type of business: _____

   c. Number of employees in company:_____

   d. Job title or occupation:_____

   e. Length of employment:_____

   f. Explain your duties or responsibilities, including any supervisory duties:

   _____

   _____

   g. If less than 10 years, most recent prior employer:

8. **If you have been with your current or most recent employer less than ten years, please state, concerning your previous job:**

   a. Employer:_____

   b. Type of business: _____

   c. Number of employees in company:_____

   d. Job title or occupation:_____

   e. Length of employment:_____

   f. Explain your duties or responsibilities, including any supervisory duties:

9. **Please describe the educational background of your spouse or significant other and his/her current occupation (or former occupation if unemployed, disabled, retired or deceased):**

   Education: _____

   Occupation: _____

10. **Do you have children?** _____ Yes _____ No.

    If you have children, please provide the following information:

858097.2                                -3-

| Sex | Age | Education | Occupation |
|-----|-----|-----------|------------|
|     |     |           |            |
|     |     |           |            |
|     |     |           |            |
|     |     |           |            |

11. **Have you ever served on a jury before?** _____Yes _____No.

   If yes, please explain the following:

   A) **On how many cases have you served?** _____

   B) **What was each case about?** _____
   _____

   C) **Were you ever foreperson or a leader on the jury?** _____

   D) **Did any of your juries discuss the issue of monetary damages?**
   _____

12. **Have you or a close friend or family member ever been employed in the following jobs?**

   - Pharmaceutical company _____ Yes _____ No
   - Physician _____ Yes _____ No
   - Pharmacy benefit manager _____ Yes _____ No
   - Hospital, medical clinic, or doctor's office _____ Yes _____ No
   - HMO _____ Yes _____ No
   - Managed care provider _____ Yes _____ No
   - Medical marketing firm _____ Yes _____ No
   - Medical publishing _____ Yes _____ No

13. **Do you have health insurance?** _____ Yes _____ No
If yes, please name the company through which you receive coverage. _____

858097.2

-4-

14. **To your knowledge, do you or any of your family members own stock in Pfizer, Inc.?**

15. **Do you have any knowledge about, or experience with, a drug called Neurontin (or its generic name, gabapentin)?** \_\_\_\_ Yes \_\_\_\_\_ No

    If so, please describe in general

_____

_____

_____

16. **Do you know anyone who was prescribed Neurontin or gabapentin?** \_\_\_\_ Yes \_\_\_\_\_ No

    \_\_\_ Self

    \_\_\_ Parent

    \_\_\_ Child

    \_\_\_ Other relative

    \_\_\_ Friend or co-worker

    If yes, for what condition?

    \_\_\_ Epilepsy

    \_\_\_ Other conditions

17. **Do you know anyone who was prescribed Lyrica or pregabalin?**

\_\_\_\_ Yes \_\_\_\_\_ No

    \_\_\_ Self

    \_\_\_ Parent

    \_\_\_ Child

    \_\_\_ Other relative

    \_\_\_ Friend or co-worker

    If yes, for what condition?

    \_\_\_ Epilepsy

    \_\_\_ Other conditions

18. **To your knowledge, have you ever been prescribed a pharmaceutical drug for uses other than what the drug was approved for by the Food and Drug Administration, or FDA?** \_\_\_\_ Yes \_\_\_\_\_ No

19. **Do you have any knowledge or opinions about the process by which the federal government approves pharmaceutical products to be marketed?**

   If so, please describe in general _____
   _____
   _____

20. **Do you have any personal knowledge of this case?** ____ Yes ____ No.

   If yes, have you read about it, or heard it discussed? _____

   If yes, what have you heard or read? _____
   _____

21. **Have you or a family member ever been a Plaintiff or Defendant in a lawsuit?** _____

   If yes, were you the Plaintiff or Defendant? _____

   If yes, what type of case? _____

22. **Do you believe:**

   | | | | |
   |---|---|---|---|
   | There are too many lawsuits? | ____Yes | ____Maybe | ____No |
   | Jury awards are too high? | ____Yes | ____Maybe | ____No |
   | People are too ready to sue? | ____Yes | ____Maybe | ____No |

23. **Have you or a close family member ever had any negative experiences with managed care providers?**

24. **Do you have any negative feelings about people who file lawsuits or the trial lawyers who represent them?** ____Yes ____No.

   If yes, please explain. _____
   _____
   _____
   _____

25. **Do you believe the monies awarded by juries today are generally(please check the <u>one</u> that <u>best</u> reflects your views):**

858097.2

-6-

    \_\_\_\_ Excessive

    \_\_\_\_ Often too large

    \_\_\_\_ About right

26. **Do you have health insurance?** \_\_\_\_ Yes \_\_\_\_ No

    If yes, are you satisfied with that insurance? \_\_\_\_ Yes \_\_\_\_ No

27. **Have you ever belonged to any organization that deals with health care, business or economic issues?** \_\_\_\_ Yes \_\_\_\_ No

    If yes, which ones? _____
_____

28. **Do you ever read any scientific, technical or professional trade publications?** \_\_\_\_ Yes \_\_\_\_ No

    If yes, which ones? _____
_____

29. **Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?**

    If so, please describe: _____
_____