# Exhibit 15

**EXHIBIT B**
**CONFIDENTIAL JURY QUESTIONNAIRE**

Please print clearly

FULL NAME: _____

ADDRESS: _____

Age: _____

Gender:        Male        Female

For the following questions, please circle the number next to the response that best describes you and your situation:

1.    Current marital status:

|                          |   |
|--------------------------|---|
| Never Married            | 1 |
| Married, Never Divorced  | 2 |
| Married, Prev. Divorced  | 3 |
| Living with partner      | 4 |
| Separated                | 5 |
| Divorced, Single         | 6 |
| Widowed                  | 7 |

2.    Highest level of education completed:

|                            |   |
|----------------------------|---|
| Less than high school      | 1 |
| GED                        | 2 |
| High school                | 3 |
| Technical/trade school     | 4 |
| Some college               | 5 |
| Bachelor's degree          | 6 |
| Some graduate study        | 7 |
| Master's or Doctoral degree| 8 |
| Don't know                 | 9 |

      What area/major did you study _____

3.    Current employment status:

|            |   |
|------------|---|
| Full Time  | 1 |
| Part Time  | 2 |
| Retired    | 3 |
| Unemployed | 4 |
| Homemaker  | 5 |
| Disabled   | 6 |

4.    Job title (if unemployed or retired, please indicate most recent job and when you last worked full time) and detailed description of your job responsibilities:

_____

_____

Are you satisfied with your current employment?     Yes          No

5.    Name of employers and how long at present job (if unemployed or retired, write most recent employer):

_____

_____

6.    Spouse/partner's employment status:

Full Time          1
Part Time          2
Retired            3
Unemployed         4
Homemaker          5
Disabled           6

7.    Spouse/partner's job title (if unemployed or retired, please indicate most recent job and when he/she last worked full time):

_____

_____

8.    Name of employers (if unemployed or retired, write most recent employer):

_____

_____

9.    Do you have children?          Yes     No

If Yes, Please indicate the age, education and occupation of your children:

_____

_____

_____

2

10.    Do you have any special training, work experience or education in the following areas?
       (check all that apply)

| Industry | No | Yes Currently | Yes In the past | If yes, please explain |
|---|---|---|---|---|
| Law | _____ | _____ | _____ | _____ |
| Medicine/ Healthcare | _____ | _____ | _____ | _____ |
| Government regulation | _____ | _____ | _____ | _____ |
| Statistics | _____ | _____ | _____ | _____ |
| Education | _____ | _____ | _____ | _____ |
| Health Insurance Industry | _____ | _____ | _____ | _____ |
| MentalHealth/ Social Work/ Counseling | _____ | _____ | _____ | _____ |
| Media | _____ | _____ | _____ | _____ |
| Insurance | _____ | _____ | _____ | _____ |
| Finance/ Economics | _____ | _____ | _____ | _____ |
| Drug Research and Testing | _____ | _____ | _____ | _____ |
| Pharmaceutical Sales | _____ | _____ | _____ | _____ |

11.    How long have you lived in this area?

|  |  |
|---|---|
| 0-5 years | A |
| 6-10 years | B |
| 11-20 years | C |
| Over 20 years | D |
| All my life | E |

3

12.   Were you born or have you lived outside of the United States?   Yes      No

     If yes, please describe where it was and when: _____

13.   What are/were your parents' and/or stepparents' occupations?   (If retired or deceased, what did they do?)

     Mother:            _____

     Father:            _____

     Stepmother:        _____

     Stepfather:        _____

14.   What are your hobbies, major interests, recreational pastimes and spare-time activities and sports?

     _____

     _____

15.   Please list any groups or organizations for which you participate or are a member.   For example, service clubs, church or church groups, unions or professional organizations, volunteer activities, educational or political groups, neighborhood groups or self-help groups. Also describe your level of involvement, including all leadership positions held.

     _____

     _____

     _____

16.   The current downturn in the economy can mostly be blamed on:

     The greed of corporations and top executives       _____
     Incompetent Government                              _____
     The choices of individual citizens                 _____
     Other: Please specify:           _____
     I have no idea                                      _____

17.   Do you basically trust or distrust the U.S. Government?

     Trust

     Distrust

18.   Do you basically trust or distrust the Food and Drug Administration (FDA)?

     Trust

     Distrust

19.   Do you basically trust or distrust pharmaceutical companies?

Trust

Distrust

20.   Do you basically trust or distrust doctors?

Trust

Distrust

21.   I am outraged at the conduct of Corporate America today.

Strongly agree          _____
Somewhat agree          _____
Somewhat disagree       _____
Strongly disagree       _____

22.   Would you say you have strong positive or negative opinions of pharmaceutical companies?

Yes, positive opinions
Yes, negative opinions
No

If yes, please explain:

_____

_____

_____

23.   Do you believe a prescription drug should be proven almost 100% safe for all people under all conditions before being sold to the public?

Yes    No

24.   Do you prefer generic or brand name prescription medicines when making personal health choices?

Generic                      Brand Name

25.   Many prescription medicines have significant risks.

Strongly agree          _____
Somewhat agree          _____
Somewhat disagree       _____
Strongly disagree       _____

5