UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**KAISER'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' OPPOSITION TO KAISER'S MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S ORDER DENYING MOTION FOR CONTINUED DEPOSITION OF DR. NICOLAS WIEDER AND ADDITIONAL RELIEF**

On January 29, 2010, Magistrate Judge Sorokin denied Pfizer's motion for continued deposition of Dr. Nicolas Wieder. On February 5, 2010, Defendants filed objections to Magistrate Judge Sorokin's ruling. On February 9, 2010, Kaiser filed a motion for leave to file response to Defendants' objections; the proffered response features a concise summary of the extensive briefing before Magistrate Judge Sorokin. On February 14, 2010, Defendants filed an opposition to Kaiser's motion for leave.

Kaiser seeks leave to file a brief reply to Defendants' opposition, which would consist of two pages of analysis. The proffered reply is attached hereto as Exhibit A. Defendants' opposition raises a new issue. Kaiser's reply would respond to this issue and explain why it would not impact the motion denied by Magistrate Judge Sorokin.

Wherefore, Kaiser respectfully requests that the Court grant this motion for leave to file a reply to Defendants' Opposition to Plaintiff Kaiser's Motion for Leave to File Response to Defendants' Objection to Magistrate Judge's Order Denying Motion for Continued Deposition of Dr. Nicolas Wieder and Additional Relied.

Dated: February 16, 2010

Respectfully submitted,

By: /s/ Linda P. Nussbaum
Linda P. Nussbaum

KAPLAN FOX & KILSHEIMER LLP
Linda P. Nussbaum, Esq.
850 Third Avenue, 14th Floor
New York, New York 10022

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

*Of Counsel*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol
HAGENS BERMAN SOBOL
 SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 16, 2010.

/s/ *Elana Katcher*
Elana Katcher