UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER, INC., and | Magistrate Judge Leo T. Sorokin |
| AETNA, INC. v. PFIZER, INC. | |

## MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") respectfully submit this motion to file under seal the unredacted version of the parties' Joint Pre-Trial Memorandum.

Pursuant to the Court's direction at the January 28, 2010 hearing, Plaintiff Kaiser respectfully seeks leave to file the following document under seal:

1.       An unredacted version of the parties Joint Pre-Trial Memorandum, which contains the confidential medical information of Dr. Hartman.[1]

WHEREFORE, Plaintiff Kaiser respectfully requests it be permitted to file under seal the document described above.

Respectfully Submitted,

---

[1] Defendants do not assent to the filing of this motion.

| Dated: February 16, 2010 | For Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals: |
|---|---|
|  | /s/ Linda P. Nussbaum<br>KAPLAN FOX & KILSHEIMER LLP<br>Linda P. Nussbaum, Esq.<br>850 Third Avenue, 14th Floor<br>New York, New York 10022 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2010, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System.

/s/ Tirek J. Gayle
Tirek J. Gayle