EXHIBIT AA

Statistical Issues in Drug Safety: The curious case of anti-depressants, anti-epilespy drugs...... and suicide. A seminar presented at Harvard University October 30th, 2008 by Robert Gibbons on behalf of his co-authors: Henricks Brown, John Mann, Kisan Hur, Dulul Bhaumik, Sue Marcus and the Suicide Methodology Consortium.

References (there were no hand outs)::
IOM Report on Future of Drug Safety 2007
IOM Report on Reducing Suicide – A National Imperative 2002

1999 William DuMouchel
Gibbons 2005 Archives of General Psychiatry
Gibbons 2007 American Journal of Psychiatry
Nemeroff 2007 Archives of General Psychiatry
Bridge 2008 JAMA
Valuck Libby Morrato 2007
Bridge Bunt 2007
Simon 2007
Libby 2007

Background: Robert Gibbons served as the statistician in 2003 on the Psychiatric FDA Pediatric Advisory Panel that reviewed the evidence from industry and FDA on the relationship of suicide and anti-depressant use in children/adolescents. He voted against the black box warning.

The talk summarized his work in this area over the past 5 years.

He started with the obvious: who is responsible for the monitoring of safety of marketed compounds. The process and responsibilities have not been clear. The Kennedy bill brought some clarity to the role of the FDA. He then discussed the role of the statistician in public health decision- the scarcity of the data, understanding the "questions" being asked of the data, exploring the data, data summarization vs statistical conclusions.....

He summarized our knowledge of the relationship of anti-depressants and suicide with the emphasis on the children. He began with the publications of the early 1990's which were about Prozac. He then reviewed in detail the meta-analyses of Hamad for the FDA in 2002/2003. He discussed the weakness of their data and how "other statistical" approach would lead one to other conclusions. He balanced the work looking at suicide rates pre/post the decision (US and Netherlands) where one sees an increase in the rates. He then looked at alternative methods to see if there is coherence of the evidence. He looks and discusses spontaneous reports. He notes that with AEDs, Finkelstein The lawyer for the defense against Gabapentin) submitted a large volume (I believe Gibbons stated a 1000 [not a very accurate number] and Finkelstein claimed that they support the relationship) – ascertainment bias discussions followed. He then looked at Rx rates ( total by drug and new prescriptions) and suicides as reported by CDC.

With respect to the anti-depressants and children – he concludes that the black box has impacted prescribing patterns and there has been an increase in suicide related events. He also concludes that the logic the FDA used in 2006 when they repeated their analyses with adults and showed that for 18-25: the rate relative risk was 1.6 but the 95% CI included 1, 26-65 was 0.76 and for >65 it was 0.37 that the age group 18-25 was probably following a "similar pattern" to the children/adolescents and the black box should be updated. He also stated that there may be a benefit to elderly. He noted that usage studies have shown that health care providers have not increased their monitoring of patients as put forth in the black.

For AEDs he summarized the 2008 advisory panel and I believe he showed Chris W slide on lamotrigine and topirimate vs all others. He discussed the weaknesses of the methodology and how "more appropriate measures" (Baysian/Logistic Regression) gave different results. He noted that the exclusion of cases with no events in active and placebo groups bias the null hypothesis. He also looked at individual drugs and spontaneous reports. The "blip" for valproate acid when examined closely were not for epilepsy cases but for bi-polar cases.

He also did some special meta-analyses: looking a incidence of suicide before and after drug use; he discussed the restrictions in enrollment in studies;

He then discussed the problems as a statistician. The questions from the audience centered around: BENEFIT/RISK – what is the comparison group: placebo, no treatment, an other active; are his analyses more of a function to the regression to the mean and are expected results. Some faculty noted the need for much greater statistical development work in this area if any causal relationships are to be drawn. The group also discussed how to measure causality and separate it from just descriptive statistics. Obviously this is a topic we all need to discuss. Gibbons summary – you show me no insight on statistics (descriptive).

Ed Whalen and I gained from the meeting how to best respond to comments concerning our approaches to the data which are similar to Gibbons.

Gibbons also stated that he will be updating the analyses of the suicide rates from CDC (which have a 3 year delay) and prescription drug usage. This update is the BASIS for the IIR grant request from Mann to obtain IMS data by age and gender which we rejected for lack of funds (estimated costs $8400).

In summary Gibbons summarized the work of the Suicide Methodology Consortium and his own work. His analysis and methodology approaches are similar to those used by our response teams. The strength of the seminar was to see him respond to scientific questions about his methods and assumptions. This knowledge will permit us to strengthen all future presentations.

Confidential

Pfizer Wohlberg 012773