EXHIBIT BB

Pfizer_Wohlberg_012463

# *Dr. Robert Gibbons*

## June 20, 2008
## Boston, Massachusetts

Confidential

# Causation

- Statistically significant association

- Reproducible

- No alternate explanation

Pfizer_Wohlberg_012464

Confidential



# Odds Ratio for Neurontin

Figure 2: Suicidal Behavior or Ideation Odds Ratio Estimates, Placebo-Controlled Trials.

SOURCE: FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, Figure 2, p. 24 (May 23, 2008).

Confidential

Pfizer_Wohlberg_012465



# FDA Statistical Review:
# Cases of Suicidal Behavior or Thinking

Source: Based on FDA, Statistical Review and Evaluation: Antiepileptic Drugs & Suicidality, Table 13, p. 23 (May 23, 2008).

Confidential

Pfizer_Wohlberg_012466

4

# Odds Ratio for All 11 AEDs



| Drug | OR (95% CI)  [Sample Sizes]* |
|---|---|
| Carbamazepine | 0.65  (0.08, 4.42)  [2/252 3/250] |
| Divalproex | 0.72  (0.29, 1.84)  [11/1327 9/992] |
| Felbamate | ND.(ND., ND.)  [0/170 0/170] |
| Gabapentin | 1.57  (0.12, 47.86)  [2/2903 1/2029] |
| Lamotrigine | 2.08  (1.03, 4.40)  [27/2865 11/2070] |
| Levetiracetam | 2.75  (0.62, 19.36)  [8/2554 2/1549] |
| Oxcarbazepine | 1.91  (0.15, 56.33)  [2/1342 1/827] |
| Pregabalin | 1.88  (0.41, 13.58)  [7/7201 2/3125] |
| Tiagabine | inf (0.20, inf)  [2/835 0/806] |
| Topiramate | 2.53  (1.21, 5.85)  [40/7742 8/3971] |
| Zonisamide | 2.52  (0.26, 67.94)  [3/672 1/438] |
| Overall | 1.80  (1.24, 2.66)  [104/27863 38/16029] |

Odds Ratio: 0.1  0.3  1  3.2  10

*[Treat: Events/Treat. n    Plac. Events/Placebo n]

Figure 2: Suicidal Behavior or Ideation Odds Ratio Estimates, Placebo-Controlled Trials.

Source: FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, Figure 2, p. 24 (May 23, 2008).

Pfizer_Wohlberg_012467

Confidential

5



# Incidence of Topiramate & Lamotrigine vs. Other Nine AEDs

Source:   Based on FDA Statistical Evaluation and Review at 23.

Pfizer_Wohlberg_012468

Confidential

# Comparison of Odds Ratios



OR (95% CI)
[Sample Sizes: drug/placebo]*

**2.0** (1.216-3.339, p<0.007)

**1.1** (0.652-1.948, p< 0.78)

**Lamotrigine & Topiramate**

**Other 9 AEDs**

Odds Ratio

0.1    0.3    1.0    3.2    10

Source: Based on FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, p. 24 (May 23, 2008).

Confidential

Pfizer_Wohlberg_012469



# Risk Difference for Neurontin

| Drug | RD (95% CI) [Sample Sizes]* |
|---|---|
| Carbamazepine | -4.16 (-21.34, 13.03) [2/252 3/250] |
| Divalproex | -2.75 (-10.68, 5.17) [11/1327 9/992] |
| Felbamate | ND. (ND., ND.) [0/170 0/170] |
| Gabapentin | 0.28 (-1.37, 1.92) [2/2903 1/2029] |
| Lamotrigine | 5.40 (0.24, 10.57) [27/2865 11/2070] |
| Levetiracetam | 2.13 (-0.54, 4.80) [8/2554 2/1549] |
| Oxcarbazepine | 0.97 (-2.47, 4.41) [2/1342 1/827] |
| Pregabalin | 0.52 (-0.77, 1.81) [7/7201 2/3125] |
| Tiagabine | 2.43 (-0.99, 5.85) [2/635 0/608] |

Gabapentin    0.28 (-1.37, 1.92) [2/2903 1/2029]

-15  -10  -5  0  5  10  15

Risk Difference per 1000 Subjects

*Treat. Events/Treat n    Plac. Events/Placebo n]

Figure 4: Suicidal Behavior or Ideation Risk Difference Estimates, Placebo-Controlled Trials.

SOURCE:  FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, p. 26 (May 23, 2008).

Confidential

Pfizer_Wohlberg_012470

8



# Risk Difference for All 11 AEDs

| Drug | RD (95% CI) [Sample Sizes]* | [Treat. Events/Treat. n  Plac. Events/Placebo n] |
|------|------|------|
| Carbamazepine | -4.16 (-21.34, 13.03) [2252 3/250] | |
| Divalproex | -2.75 (-10.88, 5.17) [11/1327 9/992] | |
| Felbamate | ND. (ND., ND.) [0/170 0/170] | |
| Gabapentin | 0.28 (-1.37, 1.92) [2/2903 1/2029] | |
| Lamotrigine | 5.40 (0.24, 10.57) [27/2865 11/2070] | |
| Levetiracetam | 2.13 (-0.54, 4.80) [8/2554 2/1549] | |
| Oxcarbazepine | 0.97 (-2.47, 4.41) [2/1342 1/827] | |
| Pregabalin | 0.52 (-0.77, 1.81) [7/7201 2/3125] | |
| Tiagabine | 2.43 (-0.99, 5.85) [2/835 0/608] | |
| Topiramate | 3.05 (0.98, 5.11) [40/7742 8/3971] | |
| Zonisamide | 3.09 (-3.80, 9.98) [3/672 1/438] | |
| Overall | 1.79 (0.70, 2.87) [104/27983 38/16029] | |

Risk Difference per 1000 Subjects

-15   -10   -5   0   5   10   15

*[Treat. Events/Treat. n  Plac. Events/Placebo n]

Figure 4: Suicidal Behavior or Ideation Risk Difference Estimates, Placebo-Controlled Trials.

SOURCE:   FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, p. 26 (May 23, 2008).

Pfizer_Wohlberg_012471

Confidential

9

# FDA: Odds Ratios of "GABAergic and GABAmimetic" Drugs



OR (95% CI)
[Sample Sizes: drug/placebo]*

**Topiramate**

2.57 (1.22-5.41, p = .014 )

**FDA's GABA group without Topiramate (Neurontin, Lyrica, Divalproex, & Tiagabine)**

1.01 (0.506-2.03, p = .999)

Odds Ratio



Source: Based on FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, Figure 7, p. 32 (May 23, 2008).

Pfizer_Wohlberg_012472

Confidential

10

# Only Non-Na+ Channel Blocking AEDs did not have statistically significant ORs for increased suicidality



Figure 7: Suicidal Behavior or Ideation Odds Ratio Estimates by Drug Group, Placebo-Controlled Trials.

FDA, Statistical Review and Evaluation: Antiepileptic Drugs and Suicidality, Figure 7, p. 32.

11

# No Alert If the FDA Analysis:

- were solely about gabapentin

- excluded topiramate and lamotrigine

- included only the nine other drugs

- were solely about psychiatric patients

- were solely based on patients in North America

- were solely based on In-patients

- were solely based on females

Pfizer_Wohlberg_012474

Confidential

12



# FDA: Odds Ratios by Indication

| Indication Class | OR (95% CI)  [Sample Sizes]* |
| --- | --- |
| Epilepsy | 3.53  (1.28, 12.10)  [23/6787 4/4155] |
| Psychiatric | 1.51  (0.95, 2.46)  [57/7025 27/4771] |
| Other | 1.87  (0.81, 4.76)  [24/14051 7/7103] |
| Overall | 1.80  (1.24, 2.66)  [104/27863 38/16029] |

Odds Ratio

0.1    0.3    1    3.2    10

*[Treat. Events/Treat. n   Plac. Events/Placebo n]

Figure 8: Suicidal Behavior or Ideation Odds Ratio Estimates by Indication Group, Placebo-Controlled Trials.

Source: FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, Figure 8, p. 33 (May 23, 2008).

Confidential

# Odds Ratios by Continent



Figure 13: Suicidal Behavior or Ideation Odds Ratio Estimates by Location, Placebo-Controlled Trials.

Source: FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, Figure 13, p. 39 (May 23, 2008).

Confidential

Pfizer_Wohlberg_012476

# FDA: Odds Ratios by Patient Type



Figure 12: Suicidal Behavior or Ideation Odds Ratio Estimates by Setting, Placebo-Controlled Trials.

Source: FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, Figure 12, p. 38 (May 23, 2008).

Pfizer_Wohlberg_012477

Confidential

15

Pfizer_Wohlberg_012478

# Limitations of Meta-analyses

- Heterogeneity

- Ascertainment biases

  – Patients on study drug have more contact with physicians

  – Overdose on study medication more likely to result in ER visit

- Statistical biases

  – Discarding studies with no events biases in the direction of increased drug risk

Confidential

# FDA Alert



"Posting this information does not mean that FDA has concluded that there is a causal relationship between the drug products and the emerging safety issue."

Source: FDA Alert, Suicidality and Antiepileptic Drugs at 1 (Jan. 31, 2008), Sayler Decl., Ex. 1.

Confidential

Pfizer_Wohlberg_012479



# Neurontin Controlled Clinical Data vs. FDA Alert

Source: Pfizer Submission to FDA at 4 (June 22, 2006), Coronel Decl., Ex. 5; FDA Alert at 1, Sayler Decl., Ex 1.

Pfizer_ Wohlberg_ 012480

Confidential



Pfizer_Wohlberg_012481

Confidential

# AERS Data Show No Signal for Neurontin

## 10 Antiepileptic Drugs on the Market from 2000-2005 Empirical Bayes Rate Multipliers



Source: Dr. Robert Gibbons Report at 11.

Pfizer_Wohlberg_012482

Confidential

20

# Greenland on Heterogeneity

> To summarize, one should regard any homogeneity assumption as extremely unlikely to be satisfied, given the differences in covariates, bias, and exposure variables among the studies.



Source: Greenland, Am. J. Epidemiol. 140:783 – 787 (1994) at p. 785.

- Preparatory acts toward imminent suicidal behavior

A patient had the endpoint *Suicidal Ideation* if the patient had only a Suicidal Ideation event. Note that the endpoint *Suicidal Ideation* was not part of the SAP.

## 4.2   Analysis Population

The primary analysis population was all patients in test drug and placebo arms from placebo-controlled trials that met the trial and patient inclusion criteria described in Section 3.2.

## 4.3   Subgroups and Special Populations

### 4.3.1   Drugs

Each drug was considered separately

### 4.3.2   Drug Groups

Three groups of drugs were considered. These groupings were chosen by the medical officers from the Division of Neurology. Each group of drugs was compared to the complementary group of drugs. Note that the drug groups are not mutually exclusive or exhaustive.

1. Sodium Channel Blocking Drugs
   - Carbamazepine
   - Lamotrigine
   - Oxcarbazepine
   - Topiramate
   - Zonisamide
2. GABAergic Drugs and GABAminergic Drugs
   - Divalproex
   - Gabapentin
   - Pregabalin
   - Tiagabine
   - Topiramate
3. Carbonic Anhydrase Inhibitors
   - Topiramate
   - Zonisamide

### 4.3.3   Trial Indication

Three indication groups were considered as defined in Table 3:

1. Epilepsy
2. Psychiatric Indications
3. Other Indications

### 4.3.4   Demographics

The following subgroup classes were considered:

1. Age
   - 5-17

13

Source: FDA, Statistical Analysis and Review, Antiepileptic Drugs and Suicidality, p. 13 (May 23, 2008).

Confidential

Pfizer_Wohlberg_012484