EXHIBIT CC

The FDA issued an alert on suicidality (suicidal behavior or ideation) and antiepileptic drugs (AEDs) on January 31, 2008 based on an analysis of placebo-controlled clinical studies of eleven AEDs (see Appendix A) used to treat epilepsy, psychiatric disorders, and other conditions (http://www.fda.gov/medwatch/safety/2008/safety08.htm#Antiepileptic). Although the FDA analysis reportedly showed an increased risk of suicidality with AEDs, a causal link between suicidality and AEDs remains uncertain since the suicide rate among patients with epilepsy is 5-fold higher than the general population and some of the eleven AEDs listed in the FDA alert have shown protective effects on suicidality (Kalinin, 2007).

There is a paucity of data on subjects who had a history of suicidal behavior before beginning treatment with an AED. In the absence of such data, and the huge number of subjects such trials would require in order to have adequate statistical power due to the low base rate of suicide, alternative approaches that fully utilize existing medical record databases can provide an examination of the proposed relationship of antiepileptic treatment to suicide. The PHARMetrics medical record database provides an excellent source of data to study the relationship between antiepileptic medications and suicide attempts.

Based on our previous analysis of the Veteran's Administration (VA) database, we have published the first study of the relationship of antidepressant treatment to suicide behavior in veteran patients with major depressive disorder (MDD), see Gibbons et.al. (2007). Our findings revealed that relative to no treatment, patients treated with an SSRI have approximately one-third the risk of making a serious suicide attempt. Within individuals, we found that the likelihood of a suicide attempt decreases by approximately 50% following initiation of treatment with an SSRI. Similar findings were observed for other classes of antidepressants (TCAs and SNRIs).

To date, there are no studies that have examined the difference between AED versus no pharmacologic treatment use in terms of suicide behavior. A major complication is that unlike depression where many patients with a diagnosis of MDD do not receive pharmacologic treatment, it is rare for a patient with epilepsy to go untreated with an AED. However, many patients with bipolar disorder are now treated with AEDs yet many may remain untreated pharmacologically as well, at least for a part of the duration of their illness. To that end, we will compare suicide attempt rates in patients with bipolar disorder who receive pharmacologic treatment with an AED to those that receive no pharmacologic treatment. In addition, we will also examine rates of suicide attempts before and after patients initiate treatment with an AED. These analyses will also explore potential mediational effects of indication (epilepsy, psychiatric illness, and pain), and concomitant psychoactive medication use (antidepressants and lithium).

**Objective**

The objectives of this study are to examine (a) the association between antiepileptic treatment and suicide attempts by comparing patients with bipolar disorder who are and are not treated with gabapentin, and (b) the temporal patterns of suicide

1

attempts before and after initiation of gabapentin treatment overall, and individually within groups stratified and/or statistically adjusted for indication and concomitant treatment with antidepressants, antipsychotics, and lithium (see Appendix B).

## Hypothesis

The primary null hypotheses are: (a) for patients with bipolar disorder, there is no difference between frequency of suicide attempts between patients treated with gabapentin and those not treated with an AED, and/or antidepressants, antipsychotics, and lithium (see Appendix B), and (b) the probability of suicide attempts before exposure to gabapentin is no different than the probability of a suicide attempt after exposure to gabapentin.

## Method

We will obtain data for two cohorts of patients. First, we will study individuals who received a diagnosis of bipolar disorder with at least one year of pre and post diagnosis follow-up throughout the United States during fiscal years 2000 and 2006. Second, we will study individuals who received treatment with gabapentin with at least one year of pre and post follow-up from the time of the first prescription throughout the United States during fiscal years 2000 and 2006. From here on these two cohorts will be referred to as Cohort 1 and Cohort 2.

### *Study Population*

The ICD 9 codes used to identify for suicide and self-inflicted injury are E950-E959, where subcategories are E950-E952 (self-inflicted poisoning), E953 (self-inflicted injury by hanging), E954 (drowning), E955 (self-inflicted injury by firearms), E956 (self-inflicted injury by cutting), E957 (self-inflicted injury by jumping from high places), E958 (other/unspecified self-inflicted injury), and E959 (late effects of self- inflicted injury).

In Cohort 1, we will screen for bipolar disorder using ICD-9 codes: 296.0x, 296.1x, and 296.4x-296.8x (see Appendix C). In Cohort 2 we will screen for all patients treated with gabapentin. Subjects in Cohort 1 will be screened for concomitant diagnosis of epilepsy (ICD-9 codes of 345.0x-345.9x), MDD (296.2, 296.3), schizophrenia (295.0-295.9), other psychiatric disorders (290.0x-316.0x excluding previously delineated psychiatric disorders), and pain disorders (see Appendix D). Subjects in Cohort 2 will also be screened for diagnoses of epilepsy, bipolar disorder, MDD, schizophrenia, other psychiatric disorders, and pain disorders.

2

*Data Analysis*

To examine association in this non-experimental medical claims database, we propose a set of focused hypotheses that will be tested: First, we will determine if bipolar disorder patients treated exclusively with gabapentin have a higher incidence of suicide attempts relative to bipolar disorder patients who do not receive AED treatment. Of course, our between subject analyses (i.e., comparison of suicide attempt rates between bipolar patients treated with gabapentin and those not treated with any AED) will be confounded by indication in that the more severely ill patients are likely to receive treatment. If no association is observed between gabapentin and suicide attempts, this potential confound only strengthens the statistical inference that we can derive from these data (see Gibbons et.al., 2007). Analyses will be performed to compare the relationship (if any) between gabapentin and suicide attempts in bipolar patients with and without co-morbidity (i.e., epilepsy, other psychiatric disorders and pain disorders) and with and without concomitant use of an antidepressant and/or lithium.

Second, we will determine whether there is a change in the rate of suicidal behavior (attempts) following initiation of gabapentin treatment, relative to pre-drug rates in suicidal behavior. In order to adjust for correlated responses, we will use the Generalized Estimation Equations (GEE) method to compare rates before and after drug treatment.

Additional covariates such as age, sex, race, prior suicide attempt, length of illness, concomitant diagnoses, concomitant treatment, ... , will be considered in these analyses.

**Patients and Patient Confidentiality: Data Security**

The only risk to human subjects are present in this study would be a breach in confidentiality. The data that we receive will be completely de-identified to insure complete patient confidentiality.

3

## File Characteristics

To perform these analyses, we will require the following three files in either ASCII or SAS (preferred) format. File 1 should contain the following fields:

**ID**
**Age**
**Sex**
**Race**
**Epilepsy diagnosis (0,1)**
**BP diagnosis (0,1)**
**MDD diagnosis (0,1)**
**Schizophrenia diagnosis (0,1)**
**Other Psych diagnosis (0,1)**
**Pain diagnosis (0,1)**
**Date of first BP diagnosis**
**Date of first epilepsy diagnosis**
**Date of first MDD diagnosis**
**Date of first Schizophrenia diagnosis**
**Date of first Other Psych diagnosis**
**Date of first Pain diagnosis**

File 1 will contain 1 record per subject.

File 2 should contain the following fields:

**ID**
**Medication type (name of AED, antidepressant, or Lithium)**
**Date of prescription**

File 2 can have multiple records per subject.

File 3 should contain the following fields:

**ID**
**Suicide attempt date**

File 3 can have multiple records per subject.

4

Confidential
Pfizer_Wohlberg_012525

## References

1. Gibbons R, Hur K, Bhaumik D, Mann J: The relationship between antidepressant medication use and rate of suicide. Archives of General Psychiatry 2005; 62: 165-172.

2. Gibbons R.D., Brown C.H., Hur K., Marcus S., Bhaumik D.K., Mann J.J. The relationship between antidepressants and suicide: Results of analysis of the Veterans Health Administration datasets. *American Journal of Psychiatry, 164,* 1044-1049, 2007.

3. Kalinin V. Suicidality and antiepileptic drugs. Is there a link? *Drug Safety* 2007; 30(2):123-142.

## Appendix A

Felbamate (Felbatol)
Gabapentin (Gabapentin)
Lamotrigine (Lamictal)
Levetiracetam (Keppra)
Oxcarbazepine (Trileptal)
Pregabalin (Lyrica)
Tiagabine (Gabitril)
Topiramate (Topamax)
Zonisamide (Zonegran)
Valproate (Depakote, Depakote ER, Depakene, Depacon)
Carbamazepine (Carbatrol, Equetro, Tegretol, Tegretol XR)

Confidential

Pfizer_Wohlberg_012527

## Appendix B

| Drug Name | Generic Name |
|---|---|
| SARAFEM | FLUOXETINE HYDROCHLORIDE |
| ADAPIN | DOXEPIN |
| LIMBITROL DS 10-25 | COMBINATION PRODUCT |
| EFFEXOR XR | VENLAFAXINE |
| WELLBUTRIN SR | BUPROPION HCL |
| AMITRIL | AMITRIPTYLINE |
| AMITRIPTYLINE | AMITRIPTYLINE |
| AMITRIPTYLINE HCL W/PERPHENAZINE | COMBINATION PRODUCT |
| AMOXAPINE | AMOXAPINE |
| LEXAPRO | ESCITALOPRAM OXALATE |
| ESCITALOPRAM OXALATE | ESCITALOPRAM OXALATE |
| PAXIL CR | PAROXETINE HCL |
| ASENDIN | AMOXAPINE |
| LEXAPRIL | UNDETERMINED |
| AVENTYL HCL | NORTRIPTYLINE |
| STRATTERA | ATOMOXETINE HCL |
| BUPROPION SR | BUPROPION HCL |
| WELLBUTRIN XL | BUPROPION HCL |
| ATOMOXETINE HCL | ATOMOXETINE HCL |
| SYMBYAX | COMBINATION PRODUCT |
| CYMBALTA | COMBINATION PRODUCT |
| OPTIMAX | L-TRYPTOPHANE |
| FLAVIX-XR | VENLAFAXINE |
| PEXEVA | PAROXETINE HCL |
| DULOXETINE | DULOXETINE HCL |
| S-ADENOSYL-L-METHIONINE | S-ADENOSYL-L-METHIONINE |
| DESIPRAMINE | DESIPRAMINE |
| DOXEPIN | DOXEPIN |
| ELAVIL | AMITRIPTYLINE |
| ENDEP | AMITRIPTYLINE |
| ENOVIL | AMITRIPTYLINE |
| ETRAFON | COMBINATION PRODUCT |
| IMAVATE | IMIPRAMINE |
| IMIPRAMINE | IMIPRAMINE |
| JANIMINE | IMIPRAMINE |
| LIMBITROL | COMBINATION PRODUCT |
| LUDIOMIL | MAPROTILINE |
| MAPROTILINE | MAPROTILINE |
| MARPLAN | ISOCARBOXAZID |
| NARDIL | PHENELZINE |
| NORFRANIL | IMIPRAMINE |
| NORPRAMIN | DESIPRAMINE |
| NORTRIPTYLINE | NORTRIPTYLINE |

Confidential

Pfizer_Wohlberg_012528

| | |
|---|---|
| PAMELOR | NORTRIPTYLINE |
| PARNATE | TRANYLCYPROMINE |
| PERPHENAZINE W/AMITRIPTYLINE | COMBINATION PRODUCT |
| PERTOFRANE | DESIPRAMINE |
| PHENELZINE | PHENELZINE |
| PROZAC | FLUOXETINE HYDROCHLORIDE |
| SINEQUAN | DOXEPIN |
| SK-AMITRIPTYLINE | AMITRIPTYLINE |
| SK-PRAMINE | IMIPRAMINE |
| SURMONTIL | TRIMIPRAMINE |
| TOFRANIL | IMIPRAMINE |
| TRAZODONE | TRAZODONE |
| TRIAVIL | COMBINATION PRODUCT |
| TRIMIPRAMINE | TRIMIPRAMINE |
| TRIPTAZINE | COMBINATION PRODUCT |
| VIVACTIL | PROTRIPTYLINE HCL |
| ANTIDEPRESSANT AGENT | UNDETERMINED |
| DESYREL | TRAZODONE |
| WELLBUTRIN | BUPROPION |
| DOXEPIN HCL | DOXEPIN |
| FLUOXETINE | FLUOXETINE HYDROCHLORIDE |
| TRANYLCYPROMINE | TRANYLCYPROMINE |
| CLOZAPINE | CLOZAPINE |
| ANAFRANIL | CLOMIPRAMINE |
| ZOLOFT | SERTRALINE |
| SERTRALINE | SERTRALINE |
| PAXIL | PAROXETINE HCL |
| BUPROPION | BUPROPION |
| CLOMIPRAMINE | CLOMIPRAMINE |
| PAROXETINE | PAROXETINE HCL |
| VENLAFAXINE | VENLAFAXINE |
| EFFEXOR | VENLAFAXINE |
| FLUVOXAMINE | FLUVOXAMINE |
| LUVOX | FLUVOXAMINE |
| SERZONE | NEFAZODONE HCL |
| NEFAZODONE | NEFAZODONE HCL |
| REMERON | MIRTAZAPINE |
| MIRTAZAPINE | MIRTAZAPINE |
| DEXTROSTAT | DEXTROAMPHETAMINE |
| PROTRIPTYLINE | PROTRIPTYLINE HCL |
| CELEXA | CITALOPRAM HYDROBRIMIDE |
| CITALOPRAM | CITALOPRAM HYDROBRIMIDE |
| LITHOBID | LITHIUM |
| ESKALITH | LITHIUM |
| LITHANE | LITHIUM |

Confidential					Pfizer_Wohlberg_012529

## Appendix C

| ICD-9 Codes | Description |
|---|---|
| 296.2x | Major Depressive Disorder, Single Episode |
| 296.3x | Major Depressive Disorder, Recurring Episode |
| 300.4 | Neurotic Depression |
| 311 | Depressive Disorder NEC |
| 296.0x | Bipolar I disorder, single manic episode |
| 296.1x | Manic disorder, recurrent episode |
| 296.4x | Bipolar I disorder, most recent episode (or current) manic |
| 296.5x | Bipolar I disorder, most recent episode (or current) depressed |
| 296.6x | Bipolar I disorder, most recent episode (or current) mixed |
| 296.7x | Bipolar I disorder, most recent episode (or current) unspecified |
| 296.8x | Other and unspecified bipolar disorders |
| 345.0x | Epilepsy, Generalized nonconvulsive epilepsy |
| 345.1x | Epilepsy, Generalized convulsive epilepsy |
| 345.2x | Epilepsy, Petit mal status |
| 345.3x | Epilepsy, Grand mal status |
| 345.4x | Epilepsy, Partial epilepsy, with impairment of consciousness |
| 345.5x | Epilepsy, Partial epilepsy, without mention of impairment of consciousness |
| 345.6x | Epilepsy, Infantile spasms |
| 345.7x | Epilepsy, Epilepsia partialis continua |
| 345.8x | Epilepsy, Other forms of epilepsy |
| 345.9x | Epilepsy, unspecified |

The following fifth-digit sub-classification is for use with categories 296.0x-296.6x and 345.0x-345.9x:

0 unspecified
1 mild
2 moderate
3 severe, without mention of psychotic behavior
4 severe, specified as with psychotic behavior
5 in partial or unspecified remission
6 in full remission

9

Confidential
Pfizer_Wohlberg_012530

**Appendix D**

HZ WITH OTH NERV SYST CO
HERPES ZOST W OPHTH COMP
HERPES ZOSTER W/OTH COMP
HERPES ZOSTER W/NO COMPL
DIABETES MELL WO COMPLIC
DIABETES WITH RENAL MANI
DIABETES W OPHTH MANIF
DIABETES WITH NEURO MANI
DIAB WITH PERIPH CIRC DI
DIABETES W/OTH SPEC MAN
DIABETES WITH UNSP COMPS
LUMBOSACRAL PLEXUS LESN
CAUSALGIA
MONO LES SCIATIC NERVE
LESION OF FEMORAL NERVE
MONO LES LAT POPLIT NERV
POLYNEUROPAT DUE TO DRUG
POLYNEUROPAT DUE TO TOXIC A
INFLAM+TOXIC NEUROPA UNS
INJ LUMBOSACRAL ROOT

Confidential

Pfizer_Wohlberg_012531