UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

**DECLARATION OF KATHERINE ARMSTRONG IN SUPPORT OF DEFENDANTS'
OPPOSITION TO KAISER'S MOTION TO FILE DOCUMENTS UNDER SEAL**

I, Katherine Armstrong, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of excerpts from the December 13, 2006, deposition of Raymond S. Hartman.

3. Attached as Exhibit B is a true and correct copy of excerpts from the June 26, 2008, deposition of Raymond S. Hartman.

4. Attached as Exhibit C is a true and correct copy of excerpts from the January 27, 2009, deposition of Raymond S. Hartman.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 16th day of February, 2010.

/s/ Katherine Armstrong
Katherine Armstrong

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 16, 2010. Unredacted copies have been served upon counsel for Kaiser by U.S. mail and e-mail.

/s/ Mark S. Cheffo
Mark S. Cheffo