# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------- x
                                                                       :
In re: NEURONTIN MARKETING,                                            :  MDL Docket No. 1629
       SALES PRACTICES AND                                             :
       PRODUCTS LIABILITY LITIGATION                                   :  Master File No. 04-10981
                                                                       :
---------------------------------------------------------------------- x  Judge Patti B. Saris
                                                                       :
THIS DOCUMENT RELATES TO:                                              :  Magistrate Judge Leo T.
                                                                       :  Sorokin
       ALL ACTIONS                                                     :
                                                                       :
                                                                       :
---------------------------------------------------------------------- x

## DECLARATION OF RAOUL D. KENNEDY

I, Raoul D. Kennedy, state, under the penalties of perjury, as follows:

1. I am partner to the firm of Skadden, Arps, Slate, Meagher & Flom LLP, Four Embarcadero Center, San Francisco, CA, 94111. My telephone number is (415) 984-6450, and my email address is Raoul.Kennedy@skadden.com.

2. I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc, Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3. I am a member in good standing of the bar of the State of California. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

4.  I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 17th DAY FEBRUARY 2010.

_____
Raoul D. Kennedy