UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------- x
:
In re: NEURONTIN MARKETING,    : MDL Docket No. 1629
SALES PRACTICES AND            :
PRODUCTS LIABILITY LITIGATION  : Master File No. 04-10981
:
:  Judge Patti B. Saris
---------------------------------------------------------------------- x
:
THIS DOCUMENT RELATES TO:      : Magistrate Judge Leo T.
:  Sorokin
ALL ACTIONS                    :
:
:
---------------------------------------------------------------------- x

### ASSENTED-TO MOTION FOR LEAVE TO PRACTICE
### PURSUANT TO LOCAL RULE 83.5.3(b)

David B. Chaffin, a member of the bar of this Court and co-counsel of record for defendants, Pfizer Inc, Parke-Davis, Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC, respectfully moves pursuant to Local Rule 83.5.3(b) for an order granting Raoul D. Kennedy of Skadden, Arps, Slate, Meagher & Flom LLP, Four Embarcadero Center, San Francisco, CA 94111, leave to appear and practice on behalf of Defendants. As set forth in the attached declaration, Mr. Kennedy is a member in good standing of the bar of each jurisdiction in which he has been admitted to practice, no disciplinary proceedings are pending against him, and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Counsel for Plaintiffs have assented to this motion.

WHEREFORE, I respectfully request that Mr. Kennedy be granted leave to appear and represent Defendants in this matter.

Dated: February 17, 2010

/s/ David B. Chaffin
David B. Chaffin BBO # 549245
WHITE AND WILLIAMS LLP
100 Summer Street, Suite 2707
Boston, MA 02110
(617) 748-5215 (Direct)
chaffind@whiteandwilliams.com

## CERTIFICATE OF CONSULTATION

I certify that I have conferred with Counsel for Plaintiffs, who have consented to this motion.

/s/ Katherine Armstrong
Katherine Armstrong

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 17, 2010.

/s/ David B. Chaffin
David B. Chaffin