**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> ALL SALES & MARKETING ACTIONS | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

**MOTION FOR ADMISSION *PRO HAC VICE* OF KRISTEN JOHNSON PARKER**

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, Thomas M. Sobol, a member in good standing of the Bar of the United States District Court for the District of Massachusetts, respectfully moves that this Court enter an order admitting Kristen Johnson Parker of the law firm of Hagens Berman Sobol Shapiro LLP, 55 Cambridge Pkwy, Suite 301, Cambridge, MA, 02142 to appear and practice before this Court *pro hac vice* in the above-captioned action. In support of this motion, Plaintiffs aver as follows:

1. Attorney Johnson Parker was admitted to the bar of the Commonwealth of Massachusetts on November 28, 2006.

2. There are no disciplinary proceedings pending against Attorney Johnson Parker as a member of the bar in any jurisdiction.

3. Attorney Johnson Parker has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Attorney Johnson Parker has submitted herewith her Certificate of Good Standing as Required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Attorney Johnson Parker be admitted to practice before this Court *pro hac vice*.

        Plaintiffs,
        By their Attorney

        RESPECTFULLY SUBMITTED,

Dated: February 18, 2010.        */s/ Thomas M. Sobol*
        Thomas M. Sobol, # 471770
        HAGENS, BERMAN, SOBOL & SHAPIRO, L.L.P.
        55 Cambridge Parkway, Suite 301
        Cambridge, MA  02142

## **CERTIFICATE OF SERVICE**

I, Thomas M. Sobol, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 18, 2010.

        /s/ *Thomas M. Sobol*
        Thomas M. Sobol