# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL SALES & MARKETING ACTIONS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

## CERTIFICATE OF GOOD STANDING OF KRISTEN JOHNSON PARKER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Kristen Johnson Parker, hereby certify as follows pursuant to Rule 83.5.3(b) of the Local Rules for the United States District Court for the District of Massachusetts:

1. I am an attorney with the law firm of Hagens Berman Sobol Shapiro LLP, 55 Cambridge Pkwy, Suite 301, Cambridge, MA, 02142.

2. I was admitted to the bar of the Commonwealth of Massachusetts on November 28, 2006.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the pains and penalties of perjury that the foregoing certification is true and correct. Executed this 18th day of February, 2010.

                                                  */s/ Kristen Johnson Parker*
                                                  Kristen Johnson Parker