# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | |

## ASSENTED-TO MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Rule 83.5.3, the undersigned counsel, Peter A. Pease, hereby moves that this Court enter an Order granting leave to Peter D. St. Phillip, Jr. of the law firm Lowey Dannenberg Cohen & Hart, P.C. to appear on behalf of the plaintiffs and practice before this Court in the above-entitled civil action.

As grounds for this motion, the undersigned represents the following:

1. Peter D. St. Phillip, Jr. is admitted to the bars of the State of New York, the State of New Jersey, the Commonwealth of Pennsylvania and several federal courts.

2. Mr. St. Phillip is a member in good standing in every jurisdiction where he is admitted to practice and there are no disciplinary proceedings pending against Mr. St. Phillip as a member of the bar in any jurisdiction.

3. Mr. St. Phillip has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Mr. St. Phillip has submitted herewith his Certification For Admission Pro Hac Vice as required by Local Rule 83.5.3, it is attached hereto as Exhibit A.

Dated: February 18, 2010                Respectfully submitted,

**BERMAN DEVALERIO**

/s/ Peter A. Pease
Peter A. Pease, Esq. (BBO # 392880)
One Liberty Square
Boston, MA 02109
(617) 542-8300
ppease@bermandevalerio.com

### RULE 7.1 CERTIFICATION

Plaintiffs sought defendants' assent regarding this motion. Counsel for defendants have explicitly assented to the motion.

/s/ Peter A. Pease
Peter A. Pease

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, has been served pursuant to Case Management Order #3 on February 18, 2010.

/s/ Peter A. Pease
Peter A. Pease