**EXHIBIT A**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Peter D. St. Phillip, Jr., hereby certify that:

1. I am a member of the law firm of Lowey Dannenberg Cohen & Hart, P.C., which is located at One North Broadway, Fifth Floor, White Plains, New York 10601.

2. I am admitted to the bars of the State of New York, the State of New Jersey, the Commonwealth of Pennsylvania and several federal courts.

3. I am in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice, and I have never been subject to any such disciplinary proceeding in the past.

5. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalty of perjury this 17th day of February 2010.

_____
Peter D. St. Phillip, Jr.