UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:  MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Shearer v. Pfizer Inc.*, 1:07-cv-11428-PBS :
:
---------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ., IN OPPOSITION
TO DEFENDANTS' MOTION TO EXCLUDE THE SPECIFIC CAUSATION
TESTIMONY OF DR. GLENMULLEN AND DR. KRUSZEWSKI**

I, Andrew G. Finkelstein, declare and state as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, and a member of the Products Liability Plaintiffs' Steering Committee, and an attorney of record for Plaintiff Linda B. Shearer.

2. This declaration is submitted in opposition to Defendants' motion to exclude the specific causation testimony of Dr. Glenmullen and Dr. Kruszewski

3. The following documents are attached hereto in support of this motion:

Exhibit A - Massachusetts State Police Report

Exhibit B - November 30, 2009 Expert Report of Dr. Stefan Kruszewski

Exhibit C - November 30, 2009 Expert Report of Dr. Glenmullen

Exhibit D - Excerpts from the January 11, 2010 deposition transcript of Dr. Glenmullen

Exhibit E - Excerpts from the October 23, 2009 deposition transcript of Dr. Catapano-Friedman

Exhibit F - November 29, 2000 Berkshire Surgical Associates record

Exhibit G - December 1, 2000 VNA & Hospice of Northern Berkshire

Exhibit H - October 19, 2000 Brigham and Women's Hospital discharge report

Exhibit I - Douglas G. Jacobs December 20, 2007 Report regarding ten Track One cases

Exhibit J  -  Excerpts from the October 16, 2008 deposition transcript of Dr. Kruszewski in *Bulger v. Pfizer Inc.*

Exhibit K  -  Excerpts from the January 14, 2010 deposition transcript of Dr. Kruszewski

Exhibit L  -  Dr. Catapano-Friedman notes of her treatment of Hartley Shearer

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 18, 2010

                           **/s/ Andrew G. Finkelstein**
                          Andrew G. Finkelstein, Esquire
                          FINKELSTEIN & PARTNERS, LLP
                          1279 Route 300, P.O. Box 1111
                          Newburgh, NY  12551
                          (800) 634-1212
                          (845) 562-3492 (fax)
                          email:  afinkelstein@lawampm.com

*Attorneys for Plaintiff Linda B. Shearer*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 18, 2010.

Dated:  February 18, 2010

                          **/s/ Andrew G. Finkelstein**
                          Andrew G. Finkelstein, Esquire