# EXHIBIT E

CONFIDENTIAL

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------x
                                 :  MDL Docket No.
In re: NEURONTIN MARKETING,      :  1629
       SALES PRACTICES AND       :
       PRODUCTS LIABILITY LITIGATION : Master File No.
                                 :  04-10981
---------------------------------x
                                 :
THIS DOCUMENT RELATES TO:        :
                                 :
SHEARER v. PFIZER INC.           :  CONFIDENTIAL
1:07-cv-11428-PBS                :
                                 :
---------------------------------x

CONFIDENTIAL

VIDEOTAPED

DEPOSITION

of

LISA CATAPANO-FRIEDMAN, M.D.

Taken on behalf of the Defendant on
Friday, October 23, 2009, at The
Memory Clinic, Bennington, Vermont.



(Appearances on page 2)

VIDEOGRAPHER: Steven O. Moore

COURT REPORTER: Lisa M. Hallstrom, RPR, CRR, CCP

Job No.: 219606

CONFIDENTIAL

```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

------------------------------------x
                                    :  MDL Docket No.
In re:  NEURONTIN MARKETING,        :  1629
        SALES PRACTICES AND         :
        PRODUCTS LIABILITY LITIGATION : Master File No.
                                    :  04-10981
------------------------------------x
                                    :
THIS DOCUMENT RELATES TO:           :
                                    :
        SHEARER v. PFIZER INC.      :  CONFIDENTIAL
        1:07-cv-11428-PBS           :
                                    :
------------------------------------x
```

CONFIDENTIAL

V I D E O T A P E D

D E P O S I T I O N

of

LISA CATAPANO-FRIEDMAN, M.D.

Taken on behalf of the Defendant on
Friday, October 23, 2009, at The
Memory Clinic, Bennington, Vermont.


(Appearances on page 2)


VIDEOGRAPHER:  Steven O. Moore

COURT REPORTER:  Lisa M. Hallstrom, RPR, CRR, CCP

Job No.: 219606

Page 50

1  or two at bedtime, number 60, one refill.
2  Q  And can you look at the typed version and see if
3  it's accurate?
4  A  Apart from it's not listing the drugs.
5  Q  On the side?
6  A  Or the prescription.
7  Q  But the text itself is accurate, correct?
8  A  The text is accurate, yeah.
9  Q  Do you recall specifically this domestic dispute
10 that happened between Mr. and Mrs. Shearer?
11 A  Yes, I do.
12 Q  And can you tell me what he told you about this
13 dispute?
14 A  As my note says, his description was that it was
15 an argument over the differences in their intensities,
16 that he was very intense and she much in general more
17 relaxed than he. And when he said he ended up in her
18 face, I meant literally physically very up close, you
19 know, his face in hers. She slapped him in the face,
20 and that's exactly what he said happened, I remember
21 that; that he called the police to charge her with
22 abuse, and she was charged.
23 Q  Did he tell you what they were fighting about
24 other than differences in their intensities?
25 A  I don't recall if he -- if he said or what he

Page 51

1  said about how they got into that argument but that
2  the argument was about that she was not matching his
3  intensity. She was not taking things seriously enough
4  basically.
5  Q  Had you ever had concern that there were physical
6  issues in their relationship before?
7  A  No.
8  Q  So this was not a typical fight between Mr. and
9  Mrs. Shearer, is that --
10 A  That's right.
11 Q  Did he seem to be embarrassed that the police
12 were called?
13 A  He seemed to be embarrassed that he had reacted
14 that way, yes.
15 Q  What it says, that he needs to ratchet down his
16 constant anger, was his anger constant?
17 A  Yes.
18 Q  And how were you helping him ratchet it down?
19 A  Well, this time he was willing to try the Zyprexa
20 so that was -- we had gone through, as we've noted,
21 some therapeutic modalities and techniques that were
22 not medication. This time he was willing to take some
23 medication for it.
24 Q  You list on the side of your chart the current
25 medications that he's on. Can you read down that list

Page 52

1  for us?
2  A  Celebrex, Digoxin, Ritalin, Provigil, Prozac,
3  Zanaflex, Ativan, Coumadin, Trazodone, Viagra,
4  testosterone.
5  Q  You didn't list Neurontin at that time. Do
6  you -- do you recall why?
7  A  That would be because it was not on his list of
8  what he was taking.
9  Q  Okay. And on this date you talked to him and you
10 prescribed Zyprexa for him?
11 A  Right.
12 Q  Why did you prescribe the Zyprexa?
13 A  Harking back to the first time I saw him, there
14 were a list of possibilities with medications that I
15 thought might help ease some of his anger and Zyprexa
16 or related -- a related drug, Zyprexa is an atypical
17 antipsychotic, would help. And at that point he was
18 willing to try it. I thought it was the most likely
19 of all the possibilities to help.
20 Q  At that time period Zyprexa was indicated for
21 schizophrenia, correct?
22       MR. LANIER: Objection, leading.
23 A  Right.
24 Q  Do you know what Zyprexa was indicated for in
25 that time period?

Page 53

1  A  It was indicated for schizophrenia. I don't
2  recall if it had gotten its indication for bipolar
3  disorder at that point.
4  Q  Mr. Shearer didn't have either schizophrenia or
5  bipolar disorder, is that correct?
6  A  That's correct.
7  Q  So you were prescribing Zyprexa as an off-label
8  use for Mr. Shearer?
9  A  That's correct.
10       MR. LANIER: Objection, leading.
11 BY MS. STEVENS:
12 Q  And can you explain for the jury what an
13 off-label use for of a drug is?
14 A  Before a drug can come out on the market it goes
15 through a lot of clinical testing looking for efficacy
16 and dangerousness. Drug companies when they do these
17 studies aim them at a particular disease. They can't
18 aim them at every disease, it would be way too
19 expensive to do a study like that. They aim them at a
20 particular disease. And if the studies show that the
21 drug is safe enough and efficacious enough and the
22 FDA -- FDA approves the drug, it gets approved only
23 for the disease for which they have studied it. Drug
24 companies can't afford to study a drug for every
25 possible thing that it might conceivably have use for,

14 (Pages 50 to 53)

Page 74

```
1   debilitating/painful illness are at increased risk.
2   Q   You would agree that, unfortunately, suicide is a
3   relatively common event --
4       MR. LANIER: Objection, leading.
5   BY MS. STEVENS:
6   Q   -- in the United States?
7   A   It's certainly more common than I'd like it to
8   be.
9   Q   And if I said there were 30,000 deaths per year
10  for suicide, would you have any reason to disagree
11  with that statistic?
12      MR. LANIER: Objection, leading.
13  A   No, I would have no reason to disagree with it.
14  If anything, I would think it was probably low.
15  Q   And what would you think the number would be?
16  A   I couldn't guess, but that just as a number
17  strikes me as low but, again, it depends when you look
18  at studies how they define suicide.
19  Q   And you'd agree there are -- in your practice
20  have you seen more patients have suicide ideation --
21  suicidal ideation or suicide attempts than completed
22  suicide?
23      MR. LANIER: Objection, leading.
24  A   Suicidal ideation is very common, very, very
25  common. Attempts are certainly fewer than the
```

Page 75

```
1   incidents of ideation and successful attempts are
2   certainly much fewer than that.
3   Q   I'd like to hand to you what we'll mark as
4   Exhibit 8, and I believe these are your records of
5   your treatment with Mrs. Shearer.
6   A   Thank you.
7   Q   And you started seeing Mrs. Shearer -- let me ask
8   you first. Are these the records of your treatment
9   with Mrs. Shearer?
10  A   They do look to be, yes.
11  Q   And does it look to be a complete and accurate
12  copy?
13  A   I think so. It looks to be.
14  Q   And these are records that you took during the
15  course of your treatment with her?
16  A   Yes.
17  Q   Do you know how Mrs. Shearer was referred to you?
18  A   I think she referred herself.
19  Q   What do you mean by that?
20  A   My recollection is that although Hartley was sort
21  of the identified patient, she felt she needed help
22  managing him.
23  Q   And can you explain what you mean by that?
24  A   She was having a great deal of difficulty
25  managing his anger. She was very conflicted within
```

Page 76

```
1   herself about the way she wanted to respond to him,
2   which was just simply to be angry right back, and the
3   fact that here was a guy who had undergone really a
4   horrible series of events and a horrible loss and she
5   felt a little bit angry about being angry right back
6   at him and so she needed help with that.
7   Q   Did you typically see them both on the same day?
8   A   I probably did fairly often just because that was
9   an easier way for him to get there so that he had
10  transportation.
11  Q   Do you have a personal recollection of
12  Mrs. Shearer as you sit here today?
13  A   Yes.
14  Q   Had you ever met or seen Mrs. Shearer prior to
15  your first treatment with her?
16  A   No.
17  Q   Could you read again your handwriting on the
18  February 18th, 2000, record, your first visit with
19  Mrs. Shearer?
20  A   Okay. 54 year, which meant year old, white
21  married female. Husband had serious stroke after
22  surgery one year ago. She took three months' leave to
23  stay in Boston with him. Married 33 years. Close to
24  each other. His disability has been very stressful.
25  Runs college museum. Co-workers supportive. Juggling
```

Page 77

```
1   work and home. Both got overwhelmed when trying to
2   plan for business trip to Florida. Feeling
3   overwhelmed. Paralyzed about getting stuff done. On
4   leave approximately a month finding more help, and
5   there's a dash between them, which means that was the
6   purpose for her leave. Started Prozac 20 milligrams
7   in December and occasional Ativan, .5, for sleep.
8   Worried she's drinking too much. Approximately a
9   bottle of wine a night while she quote, unquote,
10  decompresses. Sleeping a lot. Son at Skidmore, 23.
11  Some ADHD. Often the mediator. Calms his father.
12  Youngest of five. This is referring to her. Quote,
13  unquote, spoiled. Three sisters, one brother.
14  Sister, 64, alcohol. Moved here from New York 1989.
15  Always relied on husband for practical and emotional
16  things. Started to see Elaine Hantmann after move
17  and, again, since 1999. Recognizes she needs to,
18  quote, unquote, pump up and be more assertive in her
19  role. Good at compartmentalizing. Verbal, bright,
20  open, insightful, tired. Discussed increasing Prozac
21  but concerned it would increase her anxiety --
22  anxiety. Good health. Premenopausal. RX, Celexa 20
23  milligrams one a day, number 30, three refills.
24  Q   When Mrs. Shearer first saw you in February of
25  2000 how was Mr. Shearer's condition impacting her
```

Page 82

1  reluctance to be angry at somebody who you're also
2  feeling sorry for because he had incurred this
3  terrible loss of self and she felt guilty being angry
4  at him.
5  Q   Your next visit with her is on March 8th of 2000?
6  A   Right.
7  Q   Can you read that note please?
8  A   Feeling slightly less overwhelmed. Possibly
9  because not working. Plans to go back March 20th.
10 Discussed her need to let go of -- of Hartley so he
11 will have to do more for himself and how to treat him
12 like a, quote, unquote, normal person.
13 Q   Did she voice concerns to you about going back to
14 work again?
15 A   Only that she might -- she was looking forward to
16 going back to work but only that she might feel more
17 overwhelmed with the demands of Hartley and work.
18 Q   What did she mean by discussed the need to let go
19 of Hartley so he'll have to do more for himself?
20 A   Basically to treat him less like a baby.
21 Q   Did you get the sense she was treating him like a
22 baby after his stroke?
23 A   Only after his stroke, not before his stroke,
24 because he was disabled and she was feeling sorry for
25 him so she would run to do things for him because he

Page 83

1  had demanded it even if he could have done them
2  himself, things like that.
3  Q   And is that what how to treat him like a, quote,
4  unquote, normal person refers to as well?
5  A   Yes.
6  Q   Did she view Hartley as being especially needy
7  during this time period?
8  A   Always. Yes.
9  Q   The next time you saw her was on April 5th, 2000?
10 A   Right.
11 Q   And can you read that note please?
12 A   Feels she is coping better. Returning to work
13 and Celexa both help. Discussed the need to hold
14 limits with Hartley so he will depend on
15 less/demand -- demand less of her when she's at work.
16 Q   Why did returning to work help her?
17 A   I think she said it did help her.
18 Q   Why do you believe it did?
19 A   Basically because she enjoyed it so much and was
20 so good at it, she got just a lot of pleasure from
21 doing it and a lot of gratification and kudos from her
22 colleagues and co-workers and support from them. It
23 was a pleasant place for her to be.
24 Q   The next time you saw her was April 21st, 2000?
25 A   Right.

Page 84

1  Q   And I'm going to mark this as Exhibit 9. Hand it
2  to you. And, again, I believe it's a typed version of
3  your handwritten notes?
4  A   Thank you.
5  Q   And can you read your handwritten notes?
6  A   Sure. Discussed her loss of emotional
7  companionship and having the brunt of H's anger.
8  Needs to protect her space and also needs to recognize
9  Hartley's anger is not really at her.
10 Q   And is the typed version an accurate reflection
11 of your notes?
12 A   Yes.
13 Q   What did she mean by discuss the loss of
14 emotional companionship and having the brunt of
15 Hartley's anger?
16 A   Well, the emotional companionship part was that
17 really he was no longer there for her. When she had
18 anxieties related to work, decisions she had to make
19 or anxieties about anything or concerns about
20 anything, he wasn't really there for her to discuss
21 them with, to give her his thoughts. He was too
22 absorbed in his own needs and too time consuming in a
23 sense himself for her to ask or get any of that kind
24 of emotional support from him. And bearing -- having
25 the brunt of his anger was she was the one who was

Page 85

1  there so she was the one he was going to be angry at.
2  Q   Was he really angry at her or was he angry in
3  life in general?
4  A   Well, it would be phrased as anger at her but
5  basically he was railing at fate.
6  Q   And you talked about needing to protect her space
7  and needing to recognize that Hartley's anger is not
8  really at her?
9  A   Right.
10 Q   Is that something you counseled her on, how to
11 deal with recognizing the fact that he was just angry?
12 A   Right. And that he was just dumping it on her.
13 Q   When's the next time you saw Mrs. Shearer?
14 A   May 15th, 2000.
15 Q   And what did you say on that visit?
16 A   Trying to stand up to Hartley. Still working on
17 maintaining her space. Her needs/interests tend to
18 take second place now.
19 Q   How was she handling the fact that her needs and
20 interests were taking second place?
21 A   At times she was angry about it, at times she
22 felt defeated by it, certainly resentful of it and
23 then guilty about feeling resentful.
24 Q   I think her next visit with you was scheduled to
25 be June 2nd and she canceled it?

22 (Pages 82 to 85)

Page 130

1  isn't it?
2  A  Uh-huh.
3  Q  Is that a yes answer?
4  A  Yes.  Sorry.
5  Q  That's okay.  Uh-huhs and uh-uhs read a lot
6  alike.
7  A  I understand.
8  Q  So I guess Lilly would give you Zyprexa note pads
9  and you'd be looking at those while you were writing
10 these notes trying to decide whether or not to write a
11 Zyprexa prescription?
12      MS. STEVENS:  Objection.
13 BY MR. LANIER:
14 Q  Is that right?
15 A  They would be hoping that.  Quite honestly, I
16 don't even see it anymore.
17 Q  Well, I know you've got paper that doesn't have
18 it because a few pages of your notes are actually
19 written on pages without it.
20 A  True.
21 Q  Then Zoloft, I noticed the Zoloft page.  That's a
22 Pfizer drug, isn't it?
23 A  It is.  I didn't even know there was a Zoloft
24 page.
25 Q  Yeah.  The Zoloft page is the one that has your

Page 131

1  last entry for Mr. Shearer on it.
2  A  Okay.
3  Q  It's a Zoloft page.
4  A  Okay.
5  Q  Do you see that?
6  A  I do see that.  Hadn't noticed.
7  Q  Huh.  Would you agree with me that some drugs can
8  increase the likelihood of suicide?
9  A  That's a complicated question, and I'm trying to
10 answer it as accurately as I can.
11 Q  Good.
12 A  I get very caught up in how studies are done
13 because it is what we do, and I get very caught up in
14 what makes a statistically viable study at the very
15 least and what makes a well-done study.  The first
16 problem when you talk about suicide and what drugs
17 cause, they're not looking at suicide, they're looking
18 at suicidal ideation and suicidal behavior, and the
19 results of those what are retrospective studies are
20 influenced by how you define those things.  For
21 example, some studies will decide -- will define
22 suicidal behavior as a teenager who cuts or somebody
23 who bangs their head against the wall.  Some studies
24 are much stricter than that.  So some drugs have been
25 classified, rightly so, as increasing suicidal

Page 132

1  ideation or behavior and some drugs, I believe, are
2  classified wrongly so.
3  Q  So does that mean you would agree with me that
4  some drugs can increase the likelihood of suicide?
5  A  Some but not necessarily all that are declared to
6  be.
7  Q  Okay.  Don't you think it's important that
8  doctors know what are the potential adverse drug
9  reactions?
10 A  Yes, I do.
11 Q  In other words, it's important that doctors know
12 what adverse effect drugs might have on a person
13 taking them, true?
14 A  That is the same statement, yes.
15 Q  Because realistically, most every drug that's
16 going to have a positive effect or hopefully have a
17 positive effect will likely have a possibility of also
18 having some negative effect as well, right?
19 A  Every drug.
20 Q  Yeah.  And so it's important for the doctors to
21 understand what those potential negative results of a
22 drug might be?
23 A  Yes.
24 Q  It's important because it would go into the
25 doctor's decision on prescribing the drug, right?

Page 133

1  A  Yes.
2  Q  It's also important because it would likely go
3  into the patient's decision on whether or not to take
4  that course of treatment, take the drug, right?
5  A  Yes.
6  Q  You're a psychiatrist and have been for a few
7  decades now, right?
8  A  Yes.
9  Q  As such, I would think if there is a drug that
10 could cause an increase in depression, you would want
11 to know about that, wouldn't you?
12 A  Yes.
13 Q  If there was a drug that affected impulsive
14 control, you would want to know about that, wouldn't
15 you?
16 A  Yes.
17 Q  And I may have made that an adjective when I
18 didn't need it to be, but as a psychiatrist you speak
19 about impulsivity and -- and impulsiveness and the
20 impulses that people have, right?
21 A  Right.
22 Q  And hopefully most people are able to control
23 their impulses to some degree or another, right?
24 A  Hopefully.
25 Q  You may have impulses that you're controlling

34 (Pages 130 to 133)

## Page 134

```
12:18:24   1    right now just because I'm pestering you with these
12:18:27   2    questions.
12:18:30   3    A   I don't know why you'd think so.
12:18:31   4    Q   Because you're human. There's -- there's -- the
12:18:33   5    chemical and mechanical makeup of the brain can affect
12:18:38   6    how people control their impulses, true?
12:18:40   7    A   Yes.
12:18:41   8    Q   And some people have a greater control of their
12:18:43   9    impulses and other people have lesser control, right?
12:18:46   10   A   Yes.
12:18:48   11   Q   It would be very important when you're treating
12:19:02   12   patients like Mr. Shearer for you to know or his other
12:19:07   13   doctors to know if a drug affects the impulsivity of
12:19:09   14   the brain, right?
12:19:15   15   A   It would be among the important things to know,
12:19:16   16   sure.
12:19:19   17   Q   Especially retrospectively looking back in -- in
12:19:19   18   the sense that you understand and you believe his
12:19:20   19   suicide to have been one of impulse, you would agree
12:19:24   20   that if he were on drugs that remove some measure of
12:19:30   21   his control over impulses, that that certainly would
12:19:36   22   be something important to find out, wouldn't it?
12:19:36   23   A   Yes.
12:19:40   24   Q   And of course you'd want to know if a drug might
12:19:43   25   be a cause of increased suicide, either suicide
```

## Page 135

```
12:20:19   1    ideation or suicide actualization, right?
12:20:21   2    A   Yes.
12:20:28   3    Q   You would want to know if a drug has an effect on
12:20:07   4    serotonin levels in the brain, wouldn't you --
12:20:08   5        MS. STEVENS: Objection.
12:20:08   6    BY MR. LANIER:
12:20:12   7    Q   -- up or down?
12:20:13   8    A   I am likely to know. I am likely to know.
12:20:15   9    Whether I would want to know if I were not likely to
12:20:19   10   know, as in somebody who's not a psychiatrist, I can't
12:20:20   11   answer for them.
12:20:23   12   Q   Well, serotonin levels are important in -- in
12:20:26   13   both the way they help a person's or hurt a person's
12:20:29   14   mood or in the way they help or hurt a person's
12:20:32   15   lability, right?
12:20:35   16   A   La -- I'm not sure --
12:20:33   17   Q   Maybe I'm not using the word right. A labile
12:21:06   18   response, emotional stability.
12:21:05   19   A   They are one of many that can influence that.
12:21:03   20   Q   So it's important to know if a drug's going to
12:21:05   21   have an effect on someone's serotonin level, right?
12:21:58   22   A   I -- quite honestly, from a non -- from a
12:21:58   23   nonpsychiatrist point of view I think it is not
12:21:30   24   important for them to know that. I think it is
12:21:32   25   important for them to know the net result.
```

## Page 136

```
1    Q   Okay. I would assume you have even prescribed
2    drugs for the purpose of elevating someone's serotonin
3    in the brain, am I right?
4    A   Yes.
5    Q   And you do that because you felt what needed to
6    be done? What -- what's -- what were you looking for
7    by increasing the serotonin in their brain?
8    A   Most commonly you're looking to alleviate
9    depression.
10   Q   Would you agree with me it's also important to --
11   for a doctor to know how -- not -- not just the
12   potential adverse reactions to a drug but -- but truly
13   understand what the positive reactions might be? In
14   other words, how the drug might help, right?
15       MS. STEVENS: Objection.
16   A   It's certainly important to understand what
17   positive effects you would expect to get from a drug,
18   yes.
19   Q   Now you spoke in -- in answering questions
20   from -- from the -- the other lawyer that there is a
21   difference -- well, let me take a step back.
22       Do you recall being asked questions about when
23   you had written drugs for off-label reasons?
24   A   I recall being asked if I've done so, yes.
25   Q   And you explained why off label prescription
```

## Page 137

```
1    writing is -- occurs and -- and why you think it's
2    a -- an acceptable thing to be doing, right?
3    A   Basically I think that's what I explained.
4    Q   But wouldn't you agree with me that there's a
5    difference between a doctor choosing to write a
6    prescription for an off-label reason and a drug
7    company marketing that drug for an off-label purpose?
8        MS. STEVENS: Objection.
9    BY MR. LANIER:
10   Q   Do you understand where I'm coming from?
11   A   Well, certainly in the vocabulary there is a
12   difference, but I'm not sure what kind of difference
13   you're referring to.
14   Q   So in your practice drug companies will just as
15   readily market their drugs off label as you will write
16   them off label?
17   A   No.
18       MS. STEVENS: Objection.
19   BY MR. LANIER:
20   Q   Because the truth is, while you might write a
21   prescription off label, you understand drug companies
22   aren't allowed to market that to you off label?
23   A   Of course I understand that.
24   Q   They're not allowed to promote it off label?
25   A   I understand that.
```

35 (Pages 134 to 137)

### Page 146

1  A  Right.
2  Q  I never saw a note that said Hartley Shearer had
3  suicidal ideation.
4  A  Right.
5  Q  Did you ever make note that he had suicidal
6  ideation?
7  A  No.
8  Q  In fact, one of the notes that I saw from you was
9  that he was frustrated and upset because he wanted to
10 live, right?
11 A  In essence that's what the note said.
12 Q  Has it been your experience and -- and
13 understanding that most people who commit suicide have
14 experienced suicidal ideation before the time they
15 finally act upon it?
16    MS. STEVENS: Objection.
17 A  It might be a second before.
18 Q  Okay. But what I'm driving at is if we were to
19 look at risk factors for suicide or things that might
20 concern you and make you think it's a potential, one
21 of them would certainly be suicidal ideation, wouldn't
22 it?
23 A  It is a risk factor, yes.
24 Q  In other words, if you've got someone in here who
25 says I think about killing myself often, the red

### Page 147

1  light, at least the yellow light goes off in your
2  brain to start looking for the other signals, right?
3     MS. STEVENS: Objection.
4  A  Sure.
5  Q  All right. Did you find Hartley Shearer to be a
6  nice gentleman in spite of his anger issues?
7  A  Nice? It's not a word I use about people. It's
8  a little too nondescriptive. I could say other things
9  that are positive but --
10 Q  Well, tell us some of the positives about him --
11 A  -- nice doesn't --
12 Q  -- because I haven't heard them yet.
13 A  He was very engaging. Certainly very bright.
14 When he was in a mood, had a good sense of humor. And
15 then some of his characteristics, it depends on how
16 you feel about them, that he was very driven, very
17 goal oriented. I happen to find those positive
18 characteristics.
19 Q  He had been married 33 years. That's -- that's,
20 some would say, an accomplishment today. Would you
21 agree? That's a long time to stay -- stay hitched as
22 we say in Texas. Isn't that fair to say? I mean, you
23 see a lot of people. I assume you see a lot of
24 marriages that crumble.
25 A  I do.

### Page 148

1  Q  And yet he and Linda were in here because they
2  wanted their marriage to be better?
3  A  That's right.
4  Q  And didn't you always believe that Mr. Shearer
5  was giving his best efforts, it's just his best
6  efforts weren't always good enough?
7  A  Yes, I did think he gave his best efforts.
8  Q  And that drive that you saw in him you also saw
9  as he was trying to dig to the roots of the causes
10 because he wanted to figure out how to take care of
11 this anger issue?
12 A  Yes. He tried hard.
13 Q  Now there was a -- perhaps an implication made
14 about the changes in mood in Mr. Shearer after he
15 started Neurontin in the questioning that were asked
16 by the Pfizer lawyer, and I want to hone in on that
17 for a minute. Are you with me?
18 A  I'm with you.
19 Q  All right. You've never had the benefit of
20 reading the other medical records that applied to
21 Mr. Shearer specifically during that time period where
22 he started on Neurontin, have you?
23 A  No.
24 Q  So the several months you didn't see him, you've
25 not read the records to see how he was reacting to the

### Page 149

1  drug and what he thought it might be doing to him
2  mentally, is that fair to say?
3  A  That's fair to say.
4     MS. STEVENS: Objection.
5  BY MR. LANIER:
6  Q  In fact, I noted that your records didn't always
7  show that he was on Neurontin when he would give you a
8  list of medications. Remember that?
9  A  Yes. My records showed what he told me he was
10 on.
11 Q  Okay. So you may not have been aware that he was
12 on Neurontin that whole time period?
13 A  I may not have been.
14 Q  Have you ever seen the prescription records to
15 see that he was renewing his Neurontin prescription on
16 a regular monthly basis?
17 A  No.
18 Q  So the jury should never take your testimony to
19 say that you're saying Neurontin affected him mentally
20 positively or mentally negatively because you've not
21 made that assessment, is that fair?
22 A  That's fair.
23 Q  And you're not making an assessment whether or
24 not Neurontin helped his impulsivity control or hurt
25 his impulsivity control? That's not your testimony

38 (Pages 146 to 149)