# EXHIBIT J

Kruszewski, Stefan P MD (F&P Expert) 10/16/2008 8:42:00 AM

**Page 345**

```
 1      UNITED STATES DISTRICT COURT
        DISTRICT OF MASSACHUSETTS
 2
        RONALD J. BULGER, SR.,   : NO.
 3      as Administrator of      : 07-CA-11426-PBS
        the Estate of            :
 4      SUSAN BULGER,            :
        Deceased,                :
 5              Plaintiff        :
                vs.              :
 6      PFIZER, INC., et al.,    :
                Defendants       :
 7                               :
 8           VIDEOTAPE DEPOSITION OF
 9           STEFAN P. KRUSZEWSKI, M.D.
10             VOLUME II, (Page 345-699)
11
12            Taken in the Harrisburg
13      Hilton, located at 1 North Second Street,
14      Harrisburg, Pennsylvania, on Thursday,
15      October 16, 2008, commencing at
16      8:42 a.m., before Linda Beyerle, Court
17      Reporter.
18
        APPEARANCES:
19
        FINKELSTEIN & PARTNERS, L.L.P.
20      BY: KENNETH FROMSON, ESQ.
        785 Broadway, 3rd Floor
21      Kingston, NY 12401
        -- For the Plaintiff
22                  * * *
23
24
25
```

**Page 346**

```
 1   APPEARANCES: (Continued)
 2
     SHOOK, HARDY & BACON, L.L.P.
 3   BY: LORI McGRODER, ESQ.
         LORI SCHULTZ, ESQ.
 4       JENNIFER M. STEVENSON, ESQ.
     2555 Grand Boulevard
 5   Kansas City, MO 64108
     -- For Defendants
```

**Page 347**

```
 1              INDEX TO WITNESSES
 2
     WITNESS                    PAGE
 3
     STEFAN P. KRUSZEWSKI, M.D.
 4
       By Ms. McGroder          348
 5     By Ms. Schultz           415
 6
 7
 8
              INDEX TO EXHIBITS
 9
10   EXHIBIT    DESCRIPTION      PAGE
     MARKED
11
     EXHIBIT 6    Billing records     350
12
     EXHIBIT 7    8/21/08 memo        412
13
     EXHIBIT 8    CAB Medical history 431
14      form
15   EXHIBIT 9    Affidavit from      450
        R. Bulger
16
     EXHIBIT 10   Motion for custody  459
17
     EXHIBIT 11   Affidavit from      467
18      R. Bulger
19   EXHIBIT 12   Intake evaluation   490
20   EXHIBIT 13   Neurology consultation 505
21   EXHIBIT 14   Deposition testimony 643
22              * * *
```

**Page 348**

```
 1          THE VIDEOGRAPHER: We're on
 2   the record. The time is 8:42 a.m. My
 3   name is Robert Cowalchik of Veritext
 4   Corporate Services. The date today is
 5   October 16th, 2008. This deposition is
 6   being held in the Harrisburg Hilton,
 7   located at 1 North Second Street,
 8   Harrisburg, Pennsylvania.
 9          The caption of this case is
10   In Re: Neurontin Marketing Sales
11   Practices and Products Liability
12   Litigation, in the United States District
13   Court, District of Massachusetts, MDL
14   Docket Number 1629. This document
15   relates to Bulger v. Pfizer, Inc., et
16   al., Case Number 05-CV-11515-PVS.
17          The name of the witness is
18   Stefan P. Kruszewski, and this is Volume
19   2 of this deposition.
20          At this time, Linda Beyerle
21   of Veritext Corporate Services will swear
22   in the witness and we can proceed.
23          (Witness has been previously
24   sworn.)
25   BY MS. McGRODER:
```

357

1  Naranjo scale can be used to determine
2  causality specifically in a specific
3  individual, either, do you?
4           MR. FROMSON: Objection to
5  form.
6           THE WITNESS: The causality
7  of an adverse event in a specific
8  individual?
9  BY MS. McGRODER:
10  Q.   Yes.
11  A.   My answer is I don't. It's only a
12  helpful gauge, along with other information
13  available on any specific case.
14           N-A-R-A-N-J-O. That's...
15  Q.   In any peer review-published
16  literature that you've seen, has the Naranjo
17  scale ever been endorsed as a method to
18  determine specific causation, that is,
19  whether an adverse event was caused by a
20  prescription medication in an individual?
21           MR. FROMSON: Objection to
22  form.
23           THE WITNESS: Read that back
24  to me, if you would.
25           (The record was read as

358

1  requested.)
2           THE WITNESS: I am not sure I
3  can answer that. I'm not sure if it's
4  been endorsed. It's been cited. And as
5  much as citation represents an
6  endorsement, yes. But, again, even if it
7  has or hasn't, I only use it as a
8  guidepost, the same way I use
9  Bradford Hill criteria.
10  BY MS. McGRODER:
11  Q.   When you say as a guidepost, do you
12  just mean one factor that influences your
13  decision about whether a drug can cause an
14  event?
15  A.   That's correct.
16  Q.   Has it -- have the Naranjo criteria --
17  well, strike that.
18           Can you cite for me any peer
19  reviewed-published literature stating that
20  the Naranjo scale is an appropriate
21  methodology for assessing whether a suicide
22  was caused by a prescription drug?
23  A.   I don't believe that that exists. And
24  I say that with some amount of certainty
25  because the scale, in my opinion, is usually

359

1  used to confirm specific adverse
2  pharmaceutical events that don't necessarily
3  have behavioral manifestations.
4           I did reference in my report a
5  partial citation where someone -- and I
6  don't remember the author -- is saying that
7  you possibly can use this criteria for
8  behavioral events. Let me finish the
9  sentence.
10  Q.   Sure. Can you show me where that is
11  in your report? I'm looking at page 29.
12  A.   Yes.
13  Q.   And is that the part of your report
14  that you're referring to?
15  A.   Yes. I think that -- hold on a
16  second.
17           No. Perhaps I didn't cite it.
18  I was aware of it and I have it in the -- in
19  a behavioral health -- and I see what I did
20  here now. I complained that it's not
21  usually used in a behavioral health context.
22           I do have a publication, I do
23  not know if it's peer reviewed, which says
24  that it might be helpful and be useable in
25  behavioral health situations, and all I did

360

1  was describe it.
2  Q.   Can you tell me what that publication
3  is?
4  A.   I can't. I can supply it to you, but
5  I don't remember the reference here. I
6  thought I put it in here.
7  Q.   Do you disagree with it?
8  A.   Disagree with the --
9  Q.   With the publication that suggests you
10  could use the Naranjo scale to evaluate
11  whether a behavioral event is caused by a
12  prescription drug.
13  A.   No. I agreed with it. I believe that
14  you can use those questions and accommodate
15  them for a behavioral event. But, again,
16  it's only a guidepost.
17  Q.   But it's true you can't cite to me any
18  peer-reviewed published literature saying
19  that the Naranjo scale is a good method for
20  evaluating whether a suicide is caused by a
21  prescription drug, correct?
22  A.   That's correct, and I don't believe
23  that that exists.
24  Q.   When you say in your report on page
25  29 -- and I'm referring to that paragraph

Kruszewski, Stefan P MD (F&P Expert) 10/16/2008 8:42:00 AM

### Page 377

1  Bradford Hill criteria as guideposts to
2  determine causality, but in terms of the way
3  you asked the question, I don't believe that
4  that exists.
5  Q. Okay. And the literature to which
6  you're referring addresses the use of
7  Bradford Hill criteria to determine
8  causality in a general sense, correct?
9  A. Yes.
10  Q. You're not aware of any literature
11  that suggests that Bradford Hill criteria
12  can or should be used to determine whether
13  specific causation exists, that is, whether
14  a drug caused an adverse event in a specific
15  person, correct?
16     THE WITNESS: I'll ask you to
17  read that back. I'm not sure that that's
18  correct.
19     (The record was read as
20  requested.)
21     THE WITNESS: Here is the
22  best I can answer that.
23     In my discussion with
24  Dr. Egilman, he had, the best of my
25  recollection, mentioned a paper, I

### Page 378

1  believe, about the adverse events
2  associated with isotretinoin or Retin A.
3  And I believe that the Bradford Hill
4  criteria were used, at least in a
5  population, to describe that possible
6  causality related to the side effects
7  associated with Retin A. But other than
8  that -- and I have not read that article,
9  so...
10  Q. You anticipated my next question.
11  After you spoke to Dr. Egilman,
12  did you go get the article to which he
13  referred about using Bradford Hill criteria
14  in the context of analyzing causality with
15  isotretinoin?
16  A. To be honest, I have the article, I
17  have gotten it, and I have not read it.
18  Q. So you can't tell me today that that
19  article suggests that Bradford Hill criteria
20  should be used in the context of determining
21  specific causation rather than general
22  causation, correct?
23  A. That's my understanding. I believe
24  that it's an approximation and utility in
25  general causality, not specific causality.

### Page 379

1  Q. So when you included Bradford Hill
2  criteria in your report in the Bulger case,
3  you were really talking about your opinions
4  related to general causation, correct?
5  A. General causation as is applicable to
6  Mrs. Bulger.
7  Q. Well, we don't need to get into a
8  legal debate. But general causation, as you
9  know, Dr. Kruszewski, relates to whether
10  Neurontin can cause suicidal thinking and
11  behavior, correct?
12  A. Correct.
13  Q. Specific causation is a question of
14  whether Neurontin did, in fact, cause
15  suicidal thinking and behavior in
16  Mrs. Bulger, correct?
17  A. Correct.
18  Q. And the Bradford Hill criteria are
19  reserved for the question of general
20  causation. You understand that, right?
21  A. I do.
22  Q. So your opinions about Bradford Hill
23  that are contained in your Bulger report
24  really relate to your opinion about general
25  causation, correct?

### Page 380

1  A. Well, they're -- yes, in part.
2  They're exactly as I put on pages 9 and 10
3  of my report in response to my asking myself
4  the question was Neurontin a significant
5  contributory factor in Mrs. Bulger's
6  suicidal behavior and completed suicide.
7     So, again, using a guidepost of
8  criteria -- a guidepost of Bradford Hill
9  suggestions and recommendations about
10  causality, I applied them in this case. And
11  then I -- so, again, it was a guidepost --
12  Q. Well, let me just ask you: You don't
13  talk about Susan Bulger in any of your
14  discussion of the Bradford Hill criteria on
15  pages 9 and 10 of your report, do you?
16  A. Let me just --
17  Q. In other words, when you discuss
18  strength of association, you don't talk
19  about an association in connection with
20  Susan Bulger, correct? You are talking
21  about what you believe is a general
22  association based on population data,
23  correct?
24  A. That's correct.
25  Q. Okay. Same is true for the rest of