UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
        SALES PRACTICES AND : Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Shearer v. Pfizer Inc.*, 1:07-cv-11428-PBS :
:
---------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ., IN OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    I, Andrew G. Finkelstein, declares and states as follows:

    1.    I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, and a member of the Products Liability Plaintiffs' Steering Committee, and an attorney of record for Plaintiff Linda B. Shearer.

    2.    This declaration is submitted in opposition to Defendants' motion for summary judgment.

    3.    The following documents are attached hereto in support of this motion:

Exhibit A  -  Excerpts from the February 25, 2008 deposition transcript of Linda B. Shearer (Volume I)

Exhibit B  -  Excerpts from the February 26, 2008 deposition transcript of Linda B. Shearer (Volume II)

Exhibit C  -  Excerpts from the October 29, 2009 deposition transcript of Sean Wheeler

Exhibit D  -  Excerpts from the November 17, 2009 deposition transcript of Anne Hudson Angevine

Exhibit E  -  Excerpts from the October 23, 2009 deposition transcript of Dr. Catapano-Friedman

Exhibit F  -  Excerpts from the January 11, 2010 deposition transcript of Dr. Joseph Glenmullen

Exhibit G  -  Excerpts from the February 27, 2008 deposition transcript of Dr. Michael Trimble

Exhibit H  -  Excerpts from the November 30, 2009 Expert Report of Dr. Joseph Glenmullen

Exhibit I  -  Excerpts from the March 27, 2008 deposition transcript of Dr. Daniel M. Sullivan

Exhibit J  -  Excerpts from the November 13, 2009 deposition transcript of Dr. Wilfred Hynes

Exhibit K  -  Excerpts from the January 14, 2010 deposition transcript of Dr. Stefan P. Kruszewski

Exhibit L  -  Excerpts from the November 30, 2009 Expert Report of Dr. Stefan P. Kruszewski

Exhibit M  -  U.S. FDA drug information update: "Suicidal Behavior and Ideation and Antiepileptic Drugs"

Exhibit N  -  United States Package Insert for Neurontin

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 18, 2010

      /s/ Andrew G. Finkelstein
Andrew G. Finkelstein, Esquire
FINKELSTEIN & PARTNERS, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212
(845) 562-3492 (fax)
email: afinkelstein@lawampm.com

*Attorneys for Plaintiff Linda B. Shearer*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 18, 2010.

Dated:  February 18, 2010

      /s/ Andrew G. Finkelstein
Andrew G. Finkelstein, Esquire