EXHIBIT A

1

```
                UNITED STATES DISTRICT COURT
                   MDL DOCKET NO. 1629
                 MASTER FILE NO. 04-10981
                    JUDGE PATTI B. SARIS
                 MAGISTRATE JUDGE LEO T. SOROKIN



       IN RE: NEURONTIN              )
       MARKETING,  SALES             )     CONFIDENTIAL
       PRACTICES,  AND PRODUCTS      )
       LIABILITY  LITIGATION         )
       _____  )
                                     )
       THIS  DOCUMENT  RELATES  TO:  )
                                     )
       PRODUCTS  LIABILITY  ACTIONS  )   HIGHLY CONFIDENTIAL
                                     )
       HARDEN  MANUFACTURING         )
       CORPORATION  ET  AL.          )
                                     )
       VS.                           )
                                     )
       PFIZER,  INC.  AND            )
       WARNER-LAMBERT  COMPANY       )



       *****************************************************

             ORAL  AND  VIDEOTAPED  DEPOSITION  OF
                       LINDA B.  SHEARER
                     FEBRUARY  25,  2008
                         VOLUME  1
       *****************************************************


           ORAL  AND  VIDEOTAPED  DEPOSITION of LINDA B.
       SHEARER,  produced  as a witness at the instance of the
       Defendant Pfizer,  Inc.,  and duly sworn, was taken in
       the above-styled and numbered cause on FEBRUARY 25,
       2008,  from 9:11 a.m.  to 5:30 p.m.,  before Denyce M.
       Sanders,  CSR, RPR,  in and for the State of Texas,
       recorded by machine shorthand,  at the offices of The
       Lanier Law Firm,  6810 FM 1960 West,,  Houston, Texas,
       pursuant to the Federal Rules of Civil Procedure and
       the provisions stated on the record or attached
       hereto;  that the deposition shall be read and signed
       before any notary public.
```

150

1  anything could be possible.
2      Q.  Did they give you any kind of a time frame
3  within which you would know how long the -- the effect
4  of this drug was going to stay?
5      A.  I -- you know, I think they'd say things
6  like, well, after the first three months, you know
7  what -- what it's going to be or after the next six
8  months or the first six months.  So it was all --
9  everyone had a different concept of time and what you
10  could tell.
11      Q.  Now, while he was in the hospital that three
12  months -- well, first -- first of all, where is the
13  rehabilitation hospital located?
14      A.  Boston.
15      Q.  So were you staying in Boston while he was in
16  the hospital?
17      A.  Yes.
18      Q.  And is that when you took a leave of absence?
19      A.  Yes.
20      Q.  And where was Ivor at that time?
21      A.  This is '99.  Ivor was in college.  Ivor was
22  in college.  And he -- and he came over to Boston.
23      Q.  And how many days was he in Boston during
24  this time period?
25      A.  I don't remember.

151

1      Q.  Did you just stay in Boston the entire three
2  months?
3      A.  Yes.  His -- his cousin Charlotte had an
4  apartment that she gave me.
5      Q.  And then would you go over to the rehab
6  hospital each day?
7      A.  Yes.
8      Q.  And spend the entire day there?
9      A.  Pretty much.
10      Q.  Throughout the entire time he was at the
11  rehabilitation hospital, did he always believe he was
12  going to get his life back to normal or did that
13  assumption start to change at some point in time while
14  he was there?
15      A.  Normal took on another meaning, I think, in a
16  way.  He was -- he was determined to -- to regain as
17  much strength as he could.  I -- everything -- you
18  know, it -- it changed, obviously.  But he was pretty
19  determined.
20      Q.  Did he believe that he was ever going to play
21  hockey again?
22      A.  I think he did.  I think he thought he could.
23      Q.  Did he believe that he was going to be able
24  to teach again?
25      A.  Oh, yes.

152

1      Q.  When you took him home from the
2  rehabilitation hospital, describe for me his condition
3  at that point in time.
4      A.  About ten days before going home, he was able
5  to walk up and down stairs.  He was able to -- to
6  manage the stairs.  And so that made a big difference
7  in terms of reality of -- of the house, of, you know,
8  everything and gave him, obviously, greatly increased
9  mobility.  But to all effects, his left side was --
10  was paralyzed.
11      Q.  When you say his left side was paralyzed, the
12  left shoulder and arm and hand --
13      A.  Uh-huh.
14      Q.  -- was all paralyzed?
15      A.  Yes.
16      Q.  Is that right?
17      A.  Yes.
18      Q.  And then left hip, leg and foot?
19      A.  Yes.
20      Q.  And was it -- I understand when it -- it was
21  paralyzed, he could not move the left side.  Could he
22  feel the touch on the left side of his body?
23      A.  Not really.  I don't -- I don't think so.
24      Q.  Did the left side paralysis extend into his
25  neck at all?

153

1      A.  A little bit, but he wasn't greatly affected
2  beyond that.  I mean, you couldn't see the effects of
3  it.
4      Q.  What about into his face?
5      A.  That's what I -- I jumped the gun there.
6      Q.  Okay.  It did --
7      A.  It was a little -- it was -- it was a little
8  bit -- you could tell a little bit on -- with his
9  mouth, but it wasn't extreme.
10      Q.  Would someone talking to him be able to see
11  that from his face --
12      A.  Ever so slightly.
13      Q.  Looking at him, let's say if he were sitting
14  in a chair, could you tell that he had left-side
15  paralysis?
16      A.  Not necessarily.
17      Q.  What about standing?
18      A.  You could tell something was -- was wrong.
19      Q.  Based upon the way he held his --
20      A.  Yes.
21      Q.  -- arm and shoulder?  Now, how would he get
22  up and down stairs with complete left-side paralysis?
23      A.  As I say, this -- this happened at Spaulding,
24  where they -- he was fitted for a -- a made-to-order
25  brace on his left leg.  And so that -- and -- well, on

39 (Pages 150 to 153)

154

1  stairs, he would hold on with his hand, either going
2  up or down, and -- and could do it.
3      Q.  And the brace -- did the brace run the
4  entire --
5      A.  No.
6      Q.  -- length of his leg?
7      A.  No.  It was at the top of the knee and down
8  to the middle of the calf.
9      Q.  How long would it take him to get up a set of
10  stairs?
11      A.  Not that long.  Maybe, you know, a little
12  longer than me.
13      Q.  When he was at the home, did you assist him
14  getting up and down the stairs?
15      A.  We tended to walk behind him.  But, no, he
16  could do it himself.
17      Q.  Did he have any falls while he was at the
18  hospital?
19      A.  I think he had one.
20      Q.  Did his physical condition ever improve from
21  the day you brought him home until the time of his
22  death?  And when I'm talking about physical condition,
23  I'm talking about the left-sided paralysis.
24      A.  I think it did.  I think it did.  And he
25  worked very hard on the arm, as -- as well as the leg.

155

1  But we saw a little improvement with the arm, that
2  there could be some movement; but very, very limited.
3      Q.  Did he continue to wear the arm in a sling?
4      A.  Yes.
5      Q.  And why did he wear the arm in a sling?
6      A.  Because it was, you know, just this dead arm,
7  basically.
8      Q.  Otherwise, would it just hang?
9      A.  Yeah.  Yeah.  That's what I meant to say.
10      Q.  Did he ever regain any ability to do anything
11  with his left arm or hand?
12      A.  No, I don't think so.
13      Q.  What did he believe his prospects to be for
14  teaching when he left the hospital and came back home?
15      A.  I don't remember exactly.  I think we all
16  thought that he would be teaching again.  Whether it
17  would be that fall or not, we -- I don't know.
18      Q.  And he never was able to teach again; is that
19  right?
20      A.  No.  He was able to teach again, and it -- we
21  were going to teach the course that I -- that we
22  taught together for that -- that spring semester of
23  2002.
24      Q.  And when was the decision made that he would
25  be -- or who made that decision, that he would be able

156

1  to teach the course with you?
2      A.  Oh, I -- I think we all did together.  I
3  mean, me, him, you know, the department.
4      Q.  And tell me about the cognitive effects of
5  the stroke.  You mentioned this left side neglect.
6      A.  Yeah.
7      Q.  Can you explain that to me?
8      A.  That was something that was very -- through
9  therapy, that was corrected.  What -- what that
10  basically means is that you -- you don't see all the
11  way over on the periphery.  And it's -- even though --
12  even though there's no trouble with your eye.  It's a
13  neurological problem.  But you could -- you could --
14  so, in other words, he would -- he would start reading
15  like an inch into the margin.  So with a lot of work
16  and therapy, he learned how to go over to the edge of
17  the margin and read the line and then go back again.
18  So it was -- it was able to be corrected.
19      Q.  What about his speech, did he have any
20  difficulties with his speech?
21      A.  He was very fortunate in that he really
22  didn't.
23      Q.  What about his comprehension, his ability to
24  read and comprehend?
25      A.  I -- I -- I think that, for the most part,

157

1  was pretty -- was pretty good.
2      Q.  What about personality?
3      A.  He was easily frustrated because of his
4  limited mobility and he was -- was more forgetful.
5      Q.  And did he understand that he was more
6  forgetful?
7      A.  Yes.
8      Q.  Did he have any continuing problems with
9  reasoning and understanding?
10      A.  In a -- it was hard for him to follow like a
11  calendar.  Something, very, very linear.  And it
12  was -- it was more along those lines, of sort of Point
13  A to Point B to Point C.  And -- but that again was
14  something that could be worked on.
15      Q.  What about reading, did he -- did he like to
16  read for enjoyment, books?
17      A.  He read all the time.
18      Q.  Did he continue to do that after the stroke
19  or was it -- or was it very difficult?
20      A.  It was harder for him.  It was -- it required
21  a huge amount of effort, but he absolutely continued
22  to do it.
23      Q.  Was Mr. Shearer ever able to drive again?
24      A.  Yes.
25      Q.  When did he start being able to drive?

40 (Pages 154 to 157)

**158**

1    A.  The -- the summer we returned to
2 Williamstown, that summer.
3    Q.  So the summer of '99?
4    A.  Yes.
5    Q.  Did he ever drive himself anywhere?
6    A.  Yes.  Yes, he did.
7    Q.  And when I say "himself," just himself with
8 no one else in the car?
9    A.  We -- I'm trying to -- I'm trying to think.
10 Yes, he did.  I think at a certain point, he didn't
11 like to do that.  He -- he needed -- he wanted someone
12 with him.
13    Q.  And why was that?
14    A.  Just -- just because of his condition.
15    Q.  What about his condition made him want --
16    A.  Well --
17    Q.  -- someone with him?
18    A.  -- he was -- you know, he was partially
19 paralyzed.  So, you know, should anything happen or --
20 and he -- he eventually decided that he didn't want to
21 drive.  I think it was a -- initially being able to
22 drive was a sign for him of independence.  And then I
23 think he felt it was, you know, kind of a risk.
24    Q.  So did he then at some point stop driving?
25    A.  I -- I think so.

**159**

1    Q.  Did he have difficulty getting in and out of
2 a car?
3    A.  To the -- to the extent that he was partially
4 paralyzed, yes.
5    Q.  From the time Mr. Shearer came home from the
6 hospital in the summer of '99 until his death, can --
7 can you describe his ability or inability to perform
8 the functions of daily life, let's say, from getting
9 up in the morning; what type of assistance did he
10 need?
11       MR. SOH:  Objection.  Vague.  Go ahead
12 and answer if you can.
13    A.  He needed to have his brace on in order to
14 get around.  And he could -- you know, he could go
15 downstairs and, you know, fix coffee.
16 (BY MS. SCHULTZ)  Who would put his brace on?
17    A.  Usually me.
18    Q.  And did he need anything in addition to his
19 brace to get around?
20    A.  A cane.
21    Q.  What kind of cane did he use?
22    A.  Just a -- a straight -- a straight cane.
23    Q.  You indicated earlier that he needed help
24 getting dressed?
25    A.  Uh-huh.

**160**

1    Q.  Is that a "yes"?
2    A.  Yes.  Yes.  Sorry.
3    Q.  And did you help him get dressed every
4 morning?
5    A.  Either I did or -- or if I was going to work,
6 which was usually the case, someone would be coming in
7 to be with him.  And it -- it all depended on timing.
8    Q.  And whoever was coming in to be with him
9 would get him dressed?
10    A.  Uh-huh.  Yes.
11    Q.  When you got home, did you have in-home care?
12    A.  We had therapists coming to the house.  Is
13 that what you mean?
14    Q.  Therapists or, if you needed to leave the
15 house, did you have someone come stay with him?
16    A.  Oh, yes.
17    Q.  Who did you have come stay with him at the
18 house?
19    A.  Well, it was probably a pretty long time
20 before I left him -- you know, wasn't there at night.
21 To begin with, it would have been our son.
22    Q.  And then who?
23    A.  Then we had a -- a series of caregivers,
24 young men who were friends of students who -- and this
25 only -- this happened very rarely, that they would --

**161**

1 if Ivor wasn't available or if I wasn't available,
2 then one of these guys would stay with him.
3    Q.  What were their names?
4    A.  Well, Sean Wheeler was the most recent one.
5    Q.  Right.
6    A.  John Kroesen, K-R-O-E-S-E-N.  There were a
7 number -- a number, and I can't remember the -- the --
8 the other names.  All fabulous young men who were
9 really good.
10    Q.  And how did you get in touch with these men?
11    A.  I said -- as I said, for the most part they
12 were friends of students or, you know, one -- you
13 know, one was the son of a local doctor.
14    Q.  Now -- so Mr. Shearer came home in the end of
15 spring/summer of '99, correct?
16    A.  Correct.
17    Q.  And then when did you start back to work?
18    A.  I started back to work soon after he came
19 home.
20    Q.  And when you were at work during the day --
21    A.  Uh-huh.
22    Q.  -- was anyone home with Mr. Shearer?
23    A.  For the most part.  Not always, but for the
24 most part there would be either a student or one of
25 these young men caregivers.  He was working on a -- an

41 (Pages 158 to 161)

158

1    A. The -- the summer we returned to
2  Williamstown, that summer.
3    Q. So the summer of '99?
4    A. Yes.
5    Q. Did he ever drive himself anywhere?
6    A. Yes. Yes, he did.
7    Q. And when I say "himself," just himself with
8  no one else in the car?
9    A. We -- I'm trying to -- I'm trying to think.
10  Yes, he did. I think at a certain point, he didn't
11  like to do that. He -- he needed -- he wanted someone
12  with him.
13    Q. And why was that?
14    A. Just -- just because of his condition.
15    Q. What about his condition made him want --
16    A. Well --
17    Q. -- someone with him?
18    A. -- he was -- you know, he was partially
19  paralyzed. So, you know, should anything happen or --
20  and he -- he eventually decided that he didn't want to
21  drive. I think it was a -- initially being able to
22  drive was a sign for him of independence. And then I
23  think he felt it was, you know, kind of a risk.
24    Q. So did he then at some point stop driving?
25    A. I -- I think so.

159

1    Q. Did he have difficulty getting in and out of
2  a car?
3    A. To the -- to the extent that he was partially
4  paralyzed, yes.
5    Q. From the time Mr. Shearer came home from the
6  hospital in the summer of '99 until his death, can --
7  can you describe his ability or inability to perform
8  the functions of daily life, let's say, from getting
9  up in the morning; what type of assistance did he
10  need?
11    MR. SOH: Objection. Vague. Go ahead
12  and answer if you can.
13    A. He needed to have his brace on in order to
14  get around. And he could -- you know, he could go
15  downstairs and, you know, fix coffee.
16  (BY MS. SCHULTZ) Who would put his brace on?
17    A. Usually me.
18    Q. And did he need anything in addition to his
19  brace to get around?
20    A. A cane.
21    Q. What kind of cane did he use?
22    A. Just a -- a straight -- a straight cane.
23    Q. You indicated earlier that he needed help
24  getting dressed?
25    A. Uh-huh.

160

1    Q. Is that a "yes"?
2    A. Yes. Yes. Sorry.
3    Q. And did you help him get dressed every
4  morning?
5    A. Either I did or -- or if I was going to work,
6  which was usually the case, someone would be coming in
7  to be with him. And it -- it all depended on timing.
8    Q. And whoever was coming in to be with him
9  would get him dressed?
10    A. Uh-huh. Yes.
11    Q. When you got home, did you have in-home care?
12    A. We had therapists coming to the house. Is
13  that what you mean?
14    Q. Therapists or, if you needed to leave the
15  house, did you have someone come stay with him?
16    A. Oh, yes.
17    Q. Who did you have come stay with him at the
18  house?
19    A. Well, it was probably a pretty long time
20  before I left him -- you know, wasn't there at night.
21  To begin with, it would have been our son.
22    Q. And then who?
23    A. Then we had a -- a series of caregivers,
24  young men who were friends of students who -- and this
25  only -- this happened very rarely, that they would --

161

1  if Ivor wasn't available or if I wasn't available,
2  then one of these guys would stay with him.
3    Q. What were their names?
4    A. Well, Sean Wheeler was the most recent one.
5    Q. Right.
6    A. John Kroesen, K-R-O-E-S-E-N. There were a
7  number -- a number, and I can't remember the -- the --
8  the other names. All fabulous young men who were
9  really good.
10    Q. And how did you get in touch with these men?
11    A. I said -- as I said, for the most part they
12  were friends of students or, you know, one -- you
13  know, one was the son of a local doctor.
14    Q. Now -- so Mr. Shearer came home in the end of
15  spring/summer of '99, correct?
16    A. Correct.
17    Q. And then when did you start back to work?
18    A. I started back to work soon after he came
19  home.
20    Q. And when you were at work during the day --
21    A. Uh-huh.
22    Q. -- was anyone home with Mr. Shearer?
23    A. For the most part. Not always, but for the
24  most part there would be either a student or one of
25  these young men caregivers. He was working on a -- an

41 (Pages 158 to 161)

162

1   art college project that different students were
2   helping him with. So there were often students in the
3   house working on this DVD project.
4       Q. You had made the statement earlier that some
5   would come to the house, but that didn't happen very
6   frequently. Do you mean for overnight?
7       A. For overnight, yes.
8       Q. Now, when you went back to work, you went
9   back to work every day, correct?
10      A. Correct.
11      Q. So when you left in the morning, was
12  Mr. Shearer out of bed, generally?
13      A. Generally.
14      Q. And would someone come to the house when you
15  left the house?
16      A. Generally. Sometimes there would be a lag,
17  but that was mostly the case.
18      Q. And then would that person stay there until
19  you got home in the evening?
20      A. Generally.
21      Q. And what type of things would that person --
22  for what purpose was that person in the house?
23      A. Meals, shopping, exercise. He was going to
24  the hospital -- going to the hospital for therapy,
25  lasted through the summer. And -- and then after

163

1   that, he would -- he would swim and walk, and always
2   with -- someone was always with him.
3       Q. And was someone always with him for -- due to
4   his -- the physical damage from the stroke -- stroke
5   or the mental or both?
6       A. The physical.
7       Q. Could Mr. Shearer use the rest room just
8   fine --
9       A. Yes.
10      Q. -- by himself?
11      A. Yes.
12      Q. The people that came to the house fixed him
13  meals?
14      A. Pretty much, yeah.
15      Q. -- is that right?
16          Could he -- when -- did he go out on walks?
17      A. We lived on the side of a -- of a mountain or
18  a hill. And there was one flat area that he would use
19  for exercise.
20      Q. And how was it that he exercised after the
21  stroke?
22      A. Very diligently, very rigorously. He felt --
23  he felt that this would help his recovery.
24      Q. What would he do?
25      A. Well, it would be the -- the walking and

164

1   swimming.
2       Q. So he would go out and walk in the yard?
3       A. On this -- no. Because it was -- it was too
4   hard on the grass. But, no, there's one flat area at
5   the -- on the road on -- on which we lived. That
6   was -- that he could walk up and down on that
7   without -- easily. And then -- and then swimming
8   was -- was more of a production, but he was
9   determined.
10      Q. What -- tell me, with respect to the
11  swimming --
12      A. Uh-huh.
13      Q. -- did someone get in the pool with him?
14      A. Yes. Yes.
15      Q. Okay. And was that the caretaker or --
16      A. Actually, I take that back. Because
17  sometimes when I went with him, I didn't get in with
18  him. Yeah.
19      Q. And how would -- how would you get him into
20  the pool and out of the pool?
21      A. That was -- that wasn't easy. You're making
22  me remember that it was actually very difficult,
23  because it was -- he would have to walk in the shallow
24  end and he couldn't walk without the brace on and you
25  couldn't take -- you didn't want the brace in the

165

1   water, so he had -- I think he had a cheap brace that
2   he used to get into the water. It was a -- it was a
3   production.
4       Q. Tell me about your sex life after the stroke.
5   Did it continue?
6       A. Yeah. I mean, he was -- you know, he was
7   paralyzed, so he obviously had some difficulty and --
8   but we made do.
9       Q. Did that bother him?
10      A. Well, I think it would have bothered anybody.
11      Q. What -- was he able to have an erection?
12      A. Yes.
13      Q. But not always when he wanted to?
14      A. Exactly.
15      Q. After the stroke, tell me about your
16  relationship, you Mr. Shearer's relationship, how that
17  changed.
18      A. Well, it -- we had been married for a very
19  long time already and we were very close already. And
20  it made us closer.
21      Q. So do you think the marriage was better after
22  the stroke?
23      A. It was different. In certain ways -- in
24  certain ways, it was.
25      Q. Did you fight more after the stroke than

42 (Pages 162 to 165)

166

1  before?
2      A.  No.
3      Q.  Did you have arguments after the stroke more
4  so than before?
5      A.  No more so than before.  Probably less.
6      Q.  Was he ever abusive verbally to you based on
7  his frustration from the stroke?
8      A.  I -- I don't even remember.  I don't
9  remember.
10     Q.  Now, you -- you and he started seeing
11  counselors after the stroke, correct?  And, in fact,
12  had some joint sessions?
13     A.  Uh-huh.  Yes.
14     Q.  Is that right?
15     A.  Yes.
16     Q.  What -- what was the reason for the joint
17  sessions if there really was no difference in your
18  amount of arguing or your marriage?
19         MR. SOH:  Objection.  Misstates prior
20  testimony.  Go ahead and answer.
21     A.  I think our circumstances had changed so much
22  that it was -- a -- a whole new readjustment to a new
23  world.  So perhaps it was like when we first got
24  there, that it was -- we had to learn to adjust to
25  this life.

167

1  (BY MS. SCHULTZ)  Now, you said that you started taking
2  Celexa about a year after the stroke, right?
3      A.  That's right.
4      Q.  And tell me the frustrations you were dealing
5  with at that time.
6      A.  Mainly, the -- the -- the tension that I felt
7  in trying to balance my working life and my home life.
8  And that was -- that was not easy.
9      Q.  Did you ever get angry at Mr. Shearer because
10  of that?
11     A.  I don't think so.
12     Q.  Did you ever resent the fact that you were
13  having to spend so much time taking care of him?
14     A.  Certainly I didn't resent it.  I wasn't -- I
15  wasn't happy that this had happened to us.  It -- it
16  made life much more difficult.  But resent, no.
17     Q.  Were you worried about his state of mind and
18  whether -- and his depression?
19     A.  I think I could say I -- I worried about
20  everything.  It was -- it was -- you worried.
21     Q.  What type of things did Mr. -- what type of
22  things did Sean Wheeler do for Mr. Shearer?
23     A.  Really, you know, what I said earlier, in
24  terms of just the -- the day-to-day activities.  I --
25  I don't know because I wasn't there.  But they would

168

1  go shopping; they would -- you know, I'm just trying
2  to think of what -- they would be -- there was --
3  there was a lot of activity going on around this DVD
4  that he was making.  So there was a lot of -- he had
5  to go to the computer center to work with a student
6  there, and Sean would take him.
7      Q.  Was Mr. -- give me a -- tell me what
8  Mr. Shearer's mood was generally like from the point
9  he got home from the hospital until his death.
10     A.  I guess the word I would use, which I've used
11  today, is he was determined.  He was determined to
12  regain control.  He was determined to be able to do
13  what he had -- what his life prior to the stroke had
14  been.  He was frustrated because it was not
15  immediately possible to do all that, but he kept -- he
16  kept working at it.
17     Q.  Did he reach the realization after three
18  years that that wasn't going to happen?
19     A.  I -- I think a turning point was -- and I --
20  and I may have my dates mixed up here, but I'm -- I
21  want to say 2000, the -- when he had to go to Boston
22  again to the hospital.  That was -- I think that was a
23  turning point.
24     Q.  And turning point in what way?
25     A.  In -- in an awareness that a lot -- maybe

169

1  a -- a realization that he wasn't going to gain it all
2  back.
3      Q.  And when you say "when he had to go to the
4  hospital again," was that for the infection and
5  splenectomy?
6          MR. SOH:  Objection.  Form.
7      Q.  (BY MS. SCHULTZ)  Or why did he go back to
8  the hospital in Boston?
9      A.  He went to the North Adams Hospital for back
10  pain.  And that's when he got the heart infection, was
11  in the hospital.  At that point, they sent him to
12  Brigham and Women's and tried to deal with the pain
13  and the infection.  And then however long that was,
14  which I -- I don't remember, he then went back to
15  Pittsfield, Massachusetts, to the Berkshire Medical
16  Center for rehab there.  And it was then that the
17  spleen ruptured.
18     Q.  And was it after that course of medical
19  treatment that he came to the realization that things
20  were never going to be like they used to be?
21     A.  It wasn't as clear-cut as that.  But as I
22  say, I think that whole episode and his return home,
23  there was -- he wasn't as optimistic.  He -- did he
24  fight as hard?  Maybe not quite as hard.
25     Q.  When did he reach a realization that he was

43 (Pages 166 to 169)

Confidential

210

1   in the fall of '99?
2       A.   No.  At his -- I believe at his -- at
3   Hartley's recommendation, he didn't feel he was ready
4   for that.
5       Q.   And what did he feel was prohibiting him from
6   teaching?
7       A.   Well, I think it goes back to he -- he
8   couldn't read as much as he would want to.  I think he
9   didn't feel completely -- you know, he didn't feel
10  back to himself, both, you know, physically and in
11  terms of the material.  But I think -- he wanted to
12  take his time.  He wanted to take his time and be --
13  and -- and really feel confident and ready.
14      Q.   In his course, would he have had to use any
15  kind of equipment?
16      A.   We always had people helping anyway.
17      Q.   Would he have had to use equipment?
18      A.   Well, he wouldn't have used equipment, but
19  there would be -- like slide projectors and computers
20  would be used, sure.
21      Q.   So you're saying someone else --
22      A.   Yeah.
23      Q.   -- could have done that --
24      A.   Yes.
25      Q.   -- though, for him?

211

1       A.   Yes.
2       Q.   So was he able to teach any courses in the
3   spring of 2000?
4       A.   He waited till the course that started in the
5   spring of 2002.
6       Q.   And why did he not teach any courses in the
7   spring of 2000?
8       A.   I honestly don't know.  I think he felt he
9   wasn't ready.
10      Q.   And then what about the fall of 2001, do you
11  know why he -- was he not ready in the fall of 2001 to
12  teach a course?
13      A.   I -- I believe that he was devoting all his
14  time to this CD-ROM.  That was -- that was taking up
15  all of his time and he wanted to complete that.
16      Q.   And then you're saying he was planning to
17  teach a course starting in the spring of 2002?
18      A.   '02.
19      Q.   When was that course supposed to start?
20      A.   It started -- it started about -- on the
21  Monday before the Thursday when he died.
22      Q.   And this was a course that he was team
23  teaching with you?
24      A.   That's correct.
25      Q.   And when was the first day of the course?

212

1       A.   I want to say that was February 4th.
2       Q.   Which would have been a --
3       A.   Monday.
4       Q.   -- Monday?
5       A.   It's a Monday.
6       Q.   How many days a week was the course taught?
7       A.   It was a seminar that was taught once a week.
8       Q.   How many hours each week?
9       A.   The class itself was, I think, three and a
10  half hours.
11      Q.   So three and a half hours, one day a week?
12      A.   Yes.
13      Q.   And was it a three-credit course?
14      A.   We taught both in the undergraduate art
15  department and the graduate program.  I -- so I don't
16  remember.  I imagine it was.
17      Q.   And did you and Mr. Shearer teach that class
18  together on Monday, February 4?
19      A.   Yes, we did.
20      Q.   And was that a three-and-a-half-hour
21  course --
22      A.   I --
23      Q.   -- that day?
24      A.   I think it -- it must have been.  It was the
25  first class.

213

1       Q.   Tell me about that first class and any
2   differences in the way that was -- class was taught
3   versus the classes that you had taught together
4   previously.
5       A.   I know that Hartley was very nervous that he
6   could perform in the way that he had in the past, and
7   I would say it was a -- it was a big success.
8       Q.   Did he convey to you before the class that he
9   was really nervous with it?
10      A.   Well, what -- what you have to understand is
11  that we did this together.  We taught the class
12  together.  So we mapped out exactly, you know, the --
13  the -- not only the syllabus, but the actual --
14  what -- what happened in the -- in the actual class.
15  So, yes, I knew that he was anxious about it and
16  wanted -- you know, wanted to do his very best.
17      Q.   Did he -- for his portion of the course, did
18  he teach it seated, standing?
19      A.   I don't remember.
20      Q.   Okay.  What about you?
21      A.   I don't remember.
22      Q.   Do you generally teach your courses standing
23  or sitting?
24      A.   Usually -- usually they're seminars, so it
25  would actually be like this.  We'd be seated around a

54 (Pages 210 to 213)

214

1　table. And occasionally you might get up to -- to --
2　to give a specific, you know, lecture for a moment.
3　But for the most part, it was seated.
4　　　　MR. SOH: So a deposition is just like
5　an art history seminar? Is that what you're saying?
6　　Q. (BY MS. SCHULTZ) How many students were
7　enrolled in that course?
8　　A. As we're talking, I'm thinking that that was
9　the introductory course -- class in which everybody
10　who wanted to be in it attended. And we did an
11　introduction to the course to a certain extent with
12　the intention of scaring people to not take it.
13　Because we needed to get it down in numbers, because
14　we knew that it would be -- it's a much better class
15　when you have smaller numbers.
16　　　　So my answer to your question is I don't
17　know. I think something like 20 enrolled, and we had
18　intended to get it down to like 10 or 11.
19　　Q. And what was the name of the course?
20　　A. You had to ask me that. Something
21　contemporary art. I -- I can't remember.
22　　Q. Now, when did you leave town that week?
23　　A. Tuesday.
24　　Q. And what time of day on Monday was the course
25　taught?

215

1　　A. In the evening.
2　　Q. And when did you leave the next day?
3　　A. I don't remember.
4　　Q. And where did you go?
5　　A. I went to a conference in Hawaii.
6　　Q. And what kind of conference?
7　　A. Museum directors. There's an association
8　called The Association of Art Museum Directors that
9　holds an annual conference in January -- January or --
10　in this case, early February.
11　　Q. Where in Hawaii?
12　　A. Honolulu.
13　　Q. And where were you staying?
14　　A. I don't remember.
15　　Q. How long did you plan to be in Hawaii?
16　　A. I honestly don't remember. It was -- it was
17　a short trip. It was intended to be a short trip. I
18　think I was planning to come back on Saturday or
19　Sunday.
20　　Q. Do you recall if -- if the conference was
21　during the week or over the weekend?
22　　A. It was during the week and over the weekend,
23　I believe.
24　　Q. Did you consider taking Mr. Shearer with you
25　to the conference in Hawaii?

216

1　　A. You know, I think we might have talked about
2　that, but it would have been very difficult.
3　　Q. And why is that?
4　　A. It was -- it was very hard for him to -- to
5　travel.
6　　Q. And what kind of things were difficult about
7　traveling?
8　　A. Well, just if -- if you're taking an
9　airplane, you know, he would have -- he would probably
10　have had to have a wheelchair to go from the curbside
11　to the gate. His -- his mobility was -- was very
12　limited. That was the -- that was the -- the problem.
13　　Q. Any other reasons that you did not take him
14　with you?
15　　A. Well, probably I would have been in meetings
16　all day and it wouldn't have been much of a vacation.
17　　Q. I'm just thinking, Williamstown in the
18　winter --
19　　A. Yeah, you're right.
20　　Q. -- Hawaii. Where would you rather be?
21　　　　MR. SOH: You're just transferring --
22　that's just transference on your part, Lori.
23　　　　MS. SCHULTZ: That's probably true.
24　　Q. (BY MS. SCHULTZ) Did Mr. Shearer express any
25　desire to go with you to Hawaii?

217

1　　A. I don't think so.
2　　Q. Did you plan to be back for the class to be
3　taught the next Monday?
4　　A. Yes. Thank you. That's when I needed to be
5　back by.
6　　Q. And how many seminars would you give in this
7　course? In other words, how many Mondays?
8　　A. I think it's usually like 13. I think that's
9　a semester.
10　　Q. And I know you can't remember the name of
11　this course, but was it a course that you and
12　Mr. Shearer had taught in previous years?
13　　A. We -- it -- it was -- the basis of it was
14　very much the same. It changed each year in different
15　ways. I think it was called "Art and Theory" --
16　"Contemporary Art and Theory," something like that.
17　So it would -- we always did a field trip to New York.
18　It would depend what exhibitions were on view. In
19　Williamstown, what artists were coming to speak, so we
20　would work it around art that they -- art and artists
21　that they could have contact with.
22　　Q. Let me ask you a few questions about his
23　master's degree that he was trying to obtain.
24　　A. Yeah.
25　　Q. Tell me what he wanted to do with that

55 (Pages 214 to 217)

238

1    A. I did it some of the time.
2    Q. And some of the time, these male helpers came
3  in?
4    A. Yeah. And Ivor.
5    Q. Would he shower or bathe every day?
6    A. No. He'd take sponge -- sponge baths.
7    Q. And is that something he did himself or that
8  the helpers did?
9    A. I think he -- I think he did himself. I
10 think.
11   Q. Is that something he could do himself?
12   A. Uh-huh.
13   Q. But if he wanted to take a shower or a bath,
14 that was problematic?
15   A. Yes.
16   Q. And he needed assistance?
17   A. Yes.
18   Q. Let's look at the entry under 4-30. Oh, I'm
19 sorry. That's just Zyprexa. Again, you have no
20 recollection of that medication; is that right?
21   A. I -- I have a recollection of the name.
22   Q. When -- when he received his medication --
23 his prescriptions, who went and got them filled?
24   A. For the most part, it was me.
25   Q. When you got prescriptions filled, did --

239

1  what -- what did you -- or did you read anything about
2  the medications?
3    A. Yeah, I did. I did. And I did -- and I did
4  talk with the pharmacist in a very general way. I
5  don't recall any of that, but -- but, yeah.
6    Q. Did you always read the full package insert
7  that lists all of the precautions and warnings and all
8  sorts of information about the drug?
9        MR. SOH: Objection. Form.
10   A. I -- I read it. But did I understand it?
11 I -- I mean, I didn't see any -- I never -- I never
12 recall having seen anything that alarmed me in any
13 particular way --
14 Did you --
15   A. -- or alerted me.
16   Q. Did you always read every word of the package
17 insert for every medication he took?
18        MR. SOH: Objection. Form.
19   A. I -- I don't remember.
20 (BY MS. SCHULTZ) Let's look at the entry on May 10,
21 2001. "Had episode of AF on 5-5," which I'm going to
22 assume it's atrial fibrillation?
23   A. Fibrillation.
24   Q. Do you recall that in May -- May of 2001,
25 that he had another episode?

240

1    A. I'm -- I'm not recalling it specifically, but
2  I'm -- I'm not surprised to realize it.
3    Q. It says, "Still needs to have cardio version.
4  Anxious about it. Hates loss of control." Was
5  Mr. Shearer in a condition beginning in the summer of
6  2001 where he was going to have to undergo another
7  heart surgery or where it was at least recommended to
8  him?
9    A. I don't think so.
10   Q. Do you recall him having any fear of having
11 any additional surgeries, given what happened to him
12 with the stroke?
13   A. Yes, I recall that. But it was also
14 compounded by the second set of circumstances.
15   Q. As to why he would not want another surgery?
16   A. Exactly.
17   Q. Then it says, "Contemplating whether to do a
18 show in May, weighing how much stress he can
19 tolerate."
20   A. I'm sorry. Where are you again?
21   Q. Oh, I'm -- I'm continuing on, on the May 10
22 entry.
23   A. Oh, I see.
24   Q. And then it says, "Difficult for him to plan
25 ahead." Do you recall if -- if -- if he gave a

241

1  show -- did any kind of a show in May of 2001?
2    A. It would have been a faculty show, I believe.
3  And I think he did put work into it. But --
4    Q. Do you recall?
5    A. -- I'm not remembering.
6    Q. Okay. Just have a couple more entries.
7        Let's see. The 7-25 looks like it's
8  just a prescription, again of Zyprexa.
9        8-2-01, "Continues in much better humor,
10 less anger. Traveling getting smoother, but still
11 glitches." Let me ask you that -- about that.
12       Were you doing any traveling in the
13 summer or --
14   A. Oh, I was just going to say something about
15 Santa Fe. What -- I can't remember what summer we did
16 that.
17 Oh, okay. Yeah, let me keep reading.
18   A. Yeah.
19   Q. "Can't tolerate feeling unproductive. Panics
20 if he feels helpless. Reminds him of" --
21   A. Weakness?
22   Q. -- "weakness with ruptured spleen. Went to
23 Santa Fe with Linda" -- "with L," period.
24       Did Mr. Shearer ever convey to you that
25 he -- he couldn't tolerate feeling unproductive?