# EXHIBIT B

```
                                                                    252

 1                  UNITED STATES DISTRICT COURT
                      MDL DOCKET NO. 1629
 2                   MASTER FILE NO. 04-10981
                      JUDGE PATTI B. SARIS
 3               MAGISTRATE JUDGE LEO T. SOROKIN

 4    IN RE: NEURONTIN                )
      MARKETING, SALES                 )
 5    PRACTICES, AND PRODUCTS          )
      LIABILITY LITIGATION             )       CONFIDENTIAL
 6    _____          )
                                       )
 7    THIS DOCUMENT RELATES TO:        )
                                       )
 8    PRODUCTS LIABILITY ACTIONS       )   HIGHLY CONFIDENTIAL
                                       )
 9    HARDEN MANUFACTURING             )
      CORPORATION ET AL.               )
10                                     )
      VS.                              )
11                                     )
      PFIZER, INC. AND                 )
12    WARNER-LAMBERT COMPANY

13

14
      *********************************************************
15                   ORAL AND VIDEOTAPED DEPOSITION OF
                              LINDA B. SHEARER
16                           FEBRUARY 26, 2008
                                  VOLUME 2
17    *********************************************************

18
           ORAL AND VIDEOTAPED DEPOSITION of LINDA B.
19    SHEARER, produced as a witness at the instance of the
      Defendant Pfizer, Inc., and duly sworn, was taken in
20    the above-styled and numbered cause on FEBRUARY 26,
      2008, from 9:08 a.m. to 1:08 p.m., before Denyce M.
21    Sanders, CSR, RPR, in and for the State of Texas,
      recorded by machine shorthand, at the offices of THE
22    LANIER LAW FIRM, 6819 FM 1960 West, Houston, Texas,
      pursuant to the Federal Rules of Civil Procedure and
23    the provisions stated on the record or attached
      hereto; that the deposition shall be read and signed
24    before any notary public.

25
```

265

1  protection and -- and activity. Because Hartley would
2  go target shooting. That was a -- it was sport, let's
3  say, or an activity that he could -- could do and
4  could enjoy.
5      Q. When did he start target shooting?
6      A. Sometime after he got the gun.
7      Q. That makes sense. Can -- can you -- you said
8  you got the gun a couple of years prior to his death.
9  So in approximately 2000?
10     A. I -- I want to say I think 2001, but I'm not
11 remembering.
12     Q. So perhaps a year prior to his death?
13     A. Possibly.
14     Q. Do you remember the name of the store where
15 you purchased the gun?
16     A. No.
17     Q. Did you go with him to get it?
18     A. Either I -- I'm not sure. I'm not sure.
19 I -- either I did or our son did.
20     Q. Now, did Mr. Shearer have some concerns about
21 protection at that time that he felt he needed a gun
22 in the house?
23     A. I think it was part of the general sense of
24 vulnerability.
25     Q. What did he tell you about needing the gun?

266

1      A. Really, that he -- that he would feel safer.
2  But it was also very much a -- a -- he was -- he was
3  eager, I think, to have the -- the activity of the --
4  of the target shooting.
5      Q. Who gave him the idea that this would be a
6  good activity for him?
7      A. I don't know. I -- I think he came up with
8  it himself.
9      Q. Had he ever done target shooting before?
10     A. Yeah, he had -- I think growing up, I think
11 his grandfather had guns. I grew up -- my father was
12 a -- hunted quail that we -- so I grew up with a lot
13 of guns in the house, and I think he did, too.
14     Q. Had you and Mr. Shearer ever had a gun in the
15 house prior to this gun?
16     A. I think we had years ago that was a family --
17 his -- actually, it was -- in fact, this was back in
18 New York. At one point, it was his stepfather's
19 handgun that we had for a while.
20     Q. Do you know what happened to that gun?
21     A. I think he gave it back to his stepfather. I
22 think he borrowed it and gave it back.
23     Q. And why did he borrow the gun from his
24 stepfather?
25     A. I -- I don't really remember. I think it

267

1  actually might have been a prop in a movie and so we
2  had it for a while.
3      Q. Where did you keep the gun in the house?
4         MR. SOH: Objection. Form. Which gun?
5  What time period?
6      Q. (BY MS. SCHULTZ) I'm talking about the gun
7  that was in your house in Williamstown.
8         MR. SOH: Thank you.
9      A. He kept it -- I'm anticipating whether
10 you're --
11        MR. SOH: Don't --
12     A. He kept it in a closet, and I think -- he
13 kept it in a closet.
14     Q. (BY MS. SCHULTZ) Did he keep it locked
15 anywhere?
16     A. That's -- that's what I'm trying to remember.
17 I think it was locked.
18     Q. Where did he go to target shooting?
19     A. There was a designated place in Williamstown,
20 and I don't remember where it was. I -- I went with
21 him a couple of times. The boys went with him.
22     Q. And when you refer to the "boys" --
23     A. I -- I mean like Sean and John and those
24 guys.
25     Q. The caretakers?

268

1      A. The caretakers, yeah. And Ivor would have
2  gone with him.
3      Q. How often would he go target shooting?
4      A. You know, I don't remember.
5      Q. Was it something he did once a month or more
6  or less frequently?
7      A. I would say more than once a month, say
8  roughly twice a month.
9      Q. Did you have any concerns about having a gun
10 in your house -- a handgun in your house?
11     A. Not really. He was -- he was very, very
12 careful and -- no, I didn't.
13     Q. Did he keep the gun loaded when it was in the
14 closet?
15     A. No.
16     Q. Where did he keep his ammunition?
17     A. I don't remember precisely where he kept it,
18 but I know he kept it separate from the gun.
19     Q. When you learned that Mr. Shearer had shot
20 himself, did you assume that it was with his own gun,
21 the handgun we've been discussing?
22     A. I -- I assumed that.
23     Q. When you reached Williamstown, who picked you
24 up at the airport?
25     A. I have to say that this is all a real blur.