EXHIBIT C

Wheeler, Sean (Shearer) 10/29/2009 9:08:00 AM

**Page 1**

```
 1
 2           UNITED STATES DISTRICT COURT
 3              DISTRICT OF CONNECTICUT
 4
 5   CIVIL ACTION NO. 07 CA 11428 (PBS)
 6   OCTOBER 29, 2009
 7   -----------------------------------
 8   LINDA B. SHEARER,
 9                Plaintiff
10          -vs-
11   PFIZER, INC. & WARNER-LAMBERT, COMPANY,
     LLC
12
13                Defendant
14   -----------------------------------
15        Deposition of SEAN WHEELER, a Witness, in the
16   hereinbefore-entitled action, taken by the
17   Defendant, pursuant to Notice before Victorine
18   Kaliszewski, a duly qualified Notary Public in and
19   for the State of Connecticut, held at the Law
20   Offices of Lynch, Traub, Keefe & Errante, 52
21   Trumbull Street, New Haven, Connecticut on October
22   29, 2009.
23
24   REPORTED BY: VICTORINE KALISZEWSKI
     LICENSE NUMBER: 00208
25     Job No: 220682
```

**Page 2**

```
 1   APPEARANCES:
 2       ON BEHALF OF THE PLAINTIFF:
 3       KENNETH B. FROMSON, ESQUIRE
         FINKELSTEIN & PARTNERS
 4       785 Broadway, 3rd Floor
         Kingston, New York 12401
 5       (800) 634-1212 Ext. 2755
         kfromson@lawampm.com
 6
 7       ON BEHALF OF THE DEFENDANT PFIZER:
 8       WILLIAM S. OHLEMEYER, ESQUIRE
         BOIES, SCHILLER & FLEXNER, LLP
 9       333 Main Street
         Armonk, New York 10504
10       (914) 749-8440
         wohlemeyer@bsfllp.com
11
12
         CATHERINE B. STEVENS, ESQUIRE
13       SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
         Four Times Square
14       New York, New York 10036
         (212) 735-3353
15       catherine.stevens@skadden.com
```

**Page 3**

```
 1              STIPULATIONS
 2        IT IS HEREBY STIPULATED AND AGREED by and
 3   between counsel for the respective parties that all
 4   formalities in connection with taking of this
 5   deposition, including time, place, sufficiency of
 6   and the authority of the officer before whom it is
 7   being taken may be and are hereby waived.
 8        IT IS FURTHER STIPULATED AND AGREED by and
 9   between counsel for the respective parties hereto
10   that all objections, except as to form, are reserved
11   to the time of trial.
12        IT IS FURTHER STIPULATED AND AGREED by and
13   between counsel for the respective parties hereto
14   that the signing of the deposition may be performed
15   before a Notary Public.
```

**Page 4**

```
 2        VIDEOGRAPHER: My name is Adam Lee of
 3   Veritext Corporate Services.
 4        The date today is October 29th, 2009 and
 5   the time is approximately 9:08 a.m.  This
 6   deposition is being held in the office of
 7   Lynch, Traub, Keefe and Errante located at 52
 8   Trumbull Street, New Haven, Connecticut.
 9        The caption of this case is Linda B.
10   Shearer versus Pfizer, Inc. and Warner-Lambert
11   Company, LLC in the United States District
12   Court for the District of Connecticut, Civil
13   Action Number 07 CA 11428 PBS.
14        The name of the witness is Sean Wheeler.
15        At this time the attorneys will identify
16   themselves and the parties they represent after
17   which our Court Reporter, Vicki Kaliszewski, of
18   Veritext will swear in the witness.
19        MR. OHLEMEYER: My name is Bill Ohlemeyer
20   and I represent the Pfizer defendants.
21        MS. STEVENS: Catherine Stevens from
22   Skadden, Arps for the Pfizer defendants.
23        MR. FROMSON: Kenneth Fromson for the
24   Shearers.
```

Wheeler, Sean (Shearer) 10/29/2009 9:08:00 AM

Page 13

1  A  Um, I mean, pretty much every weekday,
2  Monday through Friday, you know, depending on what
3  Linda's schedule was like, I would really try to
4  show up over there at, you know, anywhere from about
5  six to somewhere -- somewhere between six and eight,
6  depending on what time she was going into work, and,
7  you know, I would get there, Hartley would probably
8  just be getting out of bed at the time, you know,
9  and I would, you know, I would help him. I think
10 when he used to sleep at night, he used to get real
11 stiff, so I'd help him stretch a little bit, help
12 him get ready, help him -- you know, he didn't
13 shower every day just because that was like an
14 inconvenience kind of, so he would use like baby
15 wipes and things like that just to kind of clean
16 himself up for the day. I'd help him get dressed.
17 And he was, at the time, for awhile, teaching a
18 class at Williams and I would kind of set him up for
19 the morning with his books and everything that he
20 might need so he wasn't going up and down stairs,
21 and then I would, you know, if he was all set, had
22 everything he needed, I would head to class for
23 three or four hours, maybe even two hours, just
24 depending on what my class schedule was like, and
25 then I was done, I would come back in the afternoon,

Page 14

1  make sure he was -- you know, we'd have lunch
2  together, you know, watch a little news, whatever we
3  had to watch, you know, and then in the afternoon he
4  would always want to exercise. He had a hill next
5  to his house and, you know, we'd walk up and down
6  the hill a couple times, you know. I'd make sure he
7  was all right. You know, he had braces on his legs,
8  he had his braces were positioned properly. If it
9  was, you know, some days if it was raining, he had a
10 little like a universal gym downstairs, he would do
11 as much as he possibly could, I'd spot him, make
12 sure he was all right, you know, and then when he
13 came back from exercising, I'd, you know, I'd help
14 him get cleaned up, get out of the sweaty clothes he
15 was wearing and set him up for the evening, whatever
16 he wanted to do, and by that time Linda was usually
17 making her way home.
18    Q  Was that like a typical routine?
19    A  That was a typical routine like a day in
20 and day out routine.
21    Q  Was he a fairly disciplined guy as far as
22 his physical limitations?
23    A  You mean as far as keeping a schedule, you
24 mean?
25    Q  Yes.

Page 15

1  A  Yeah, he was, he usually tried to keep the
2  same schedule every day, he didn't really ever
3  deviate from that, you know. I feel like days when
4  he felt sore or something was bothering him, he
5  really always tried to get out and exercise and do
6  something, you know, I didn't know Hartley before
7  his stroke, but, you know, from what I gather, he
8  was a very active guy and like when he lost that he
9  just really every day he just, you know, he was
10 determined to get out and do something.
11    Q  How did you all pass the time when you
12 weren't specifically doing something that needed to
13 be done?
14    A  He was really always, you know, working on
15 projects for school. I remember he had a film
16 project that he was doing, it was kind of an art
17 piece and, you know, he was really always like
18 splicing clips together and trying to record things
19 to show to his class. You know, if we weren't
20 exercising or something, we used to actually go
21 shopping a lot. He would always have odds and ends
22 that he needed and we would go shopping a lot, so.
23 You know, we'd always be, you know, running errands
24 together, whether it be for, you know, he had a
25 fancy for Staples, he loved Staples. I don't know

Page 16

1  if -- he was all about office supplies and things
2  like that, so. But if we weren't doing that, too,
3  there was a lot of times when I was always taking
4  him to doctors' appointments, that was a regular
5  thing that was going on.
6     Q  How many times in a week did he have to go
7  to the doctor?
8        MR. FROMSON: Just note my objection to
9     form.
10       MR. OHLEMEYER: I'll rephrase it.
11 BY MR. OHLEMEYER:
12    Q  Did he go to the doctor more than once a
13 week?
14    A  It was at least once a week he would go to
15 the doctor, you know, if I can remember correctly.
16 Yeah, I'd say at least once a week.
17    Q  Did you ever talk with any of his doctors
18 about --
19    A  No.
20    Q  -- about his medical conditions?
21    A  No, I really wasn't -- like if I took him
22 to the doctor and he was going to get checked for
23 something or get a blood test done, whatever it was,
24 usually I would bring him to the doctor, make sure
25 he was, you know, in the doctor's care and I would

17

1  usually wait outside in the waiting room until he
2  was ready for me.
3      Q  Did he ever talk with you about what he
4  was seeing the doctors for, what kind of treatments
5  he was getting?
6      A  Not really. I mean, like I would know,
7  know, from whatever doctor it was that, you know,
8  okay, he's going to get a new brace fitted today, or
9  something like that, or he's going to get blood work
10 today, but other than that, he never really talked
11 with to me about that stuff.
12     Q  Did he ever discuss with you how the
13 stroke changed his life?
14     A  No. I mean, I could, you know, that's
15 something I could assume, you know, but it was never
16 anything, you know, he never said, you know,
17 anything about it being -- Hartley was just like --
18 you know, we talked about his schedule being
19 militant, he was almost just kind of militant with
20 the way that he just accepted things and just kind
21 of moved on with them. You know, I mean I think
22 that he knew, you know, what hand he had been given
23 and he just moved forward with it, you know.
24     Q  So, if I understand what you've told me,
25 on some days you would --

18

1  Well, strike that.
2     There were days that Mr. Shearer would not
3  shower, in part, because of the -- I'm trying to
4  find the word -- the difficulty involved in actually
5  doing that?
6     A  Yeah. I mean, they had a stand-up shower.
7  I think that they before I started working there,
8  they had a stand-up shower that was made in the
9  spare bathroom for him. And there were like days
10 when, you know, I would help him, you know, get in
11 there and shower down and everything, but, I mean,
12 it was just -- sometimes it was just -- it could be
13 a little bit of a pain in the neck. It might have
14 been something that he waited more for Linda to do
15 with him than me. You know, I mean, I could
16 probably count the times that, you know, in the, you
17 know, year or so that I worked for him that, you
18 know, on one hand how many times he took a shower in
19 the stand-up shower, it was mostly us using some
20 kind of like baby wipes or something like that. Or
21 even if he wanted to wash his hair, you know, I'd
22 help him wash his hair in the sink, you know,
23 without taking a shower.
24     Q  What about feeding, did he need help
25 eating meals?

19

1      A  No, no. I mean, like, I would always just
2  get him situated. Most of the time when I was
3  working for him he would just do those quick like
4  Hungry Man meals or, you know, Healthy Choice kind
5  of meals. So I'm a little better now, but I can't
6  say when I was 21, 22, I was going to cook him
7  anything extravagant that he was going to get
8  excited about, you know.
9      Q  Fair enough.
10     Were you responsible for administering any
11 medicine to Mr. Shearer?
12     A  No, I never actually gave Hartley any
13 medicine. So, I think he had one of those days a
14 week kind of pill things and he -- Linda had
15 already -- either him or Linda had already counted
16 everything out and that was not something I did.
17     Q  Did Mr. Shearer ever discuss with you the
18 prescription medicines he was taking?
19     A  No.
20     Q  Did he ever -- strike that.
21     Did he ever complain to you about any
22 prescription medicines he was taking?
23     A  No.
24     Q  Did you ever see any of the prescription
25 medicines Mr. Shearer was taking?

20

1      A  I mean, I saw his pill box, but I never
2  really like, you know -- visibly I wouldn't know
3  what was what. I wouldn't know Tylenol from
4  anything else.
5      Q  And if I understand your testimony, rather
6  than take pills out of the bottle that comes from
7  the pharmacy, he would take them out of a container
8  that divided -- was divided by days?
9      A  Yeah. It was like, you know, one of those
10 little days of the week containers, you know, and it
11 would just have everything kind of, you know, cut
12 up.
13     Q  How many pills were in each day, do you
14 remember?
15     MR. FROMSON: Objection.
16     Hold on.
17     Objection; form, lack of foundation. If
18 he saw the pills in the dispenser.
19     MR. OHLEMEYER: Fair enough.
20 BY MR. OHLEMEYER:
21     Q  Did you ever see the pills in the
22 dispenser?
23     A  Not really. I mean, like I knew where
24 they were. That was just something we never really
25 paid attention to. I mean, like my business with

41

1  along the lines of, like, all right, we got to get
2  going, we have an appointment, you know, and I
3  remember -- he used to have a little chair in his
4  bathroom that he'd sit down in so he could see
5  himself and brush his teeth and do his hair and I'm
6  pretty sure I propped him in that chair, got him
7  ready, you know, and did all that stuff and he, you
8  know, got ready to leave and, you know, he had said,
9  you know, I said, look, okay, let's go, let's get
10 dressed, and he said he was -- either I think he
11 said he was tired and he was going to go upstairs
12 and to give him a couple of minutes, you know, he
13 had gone upstairs to his room, you know, and I said,
14 all right, I'm just going to keep doing things down
15 here and then we're going to be on our way.
16     Q  And then what happened?
17     A  I was downstairs, you know, dishwasher
18 going, T.V. on, you know, I think I was actually in
19 the sink, you know, just washing some things that,
20 obviously, you just couldn't put into the
21 dishwasher, so -- I used to be kind of meticulous in
22 the house, just making sure if I was there, that it
23 was not a mess, because there was, you know, down
24 time -- and I just heard like a crack from upstairs
25 and at first -- the first thought in my head was

42

1  that he had fallen on something like a, you know,
2  like an end table, or something like that, and it
3  was the wood snapping. The thought didn't even go
4  off in my mind that it was the gun, you know, and I
5  had heard like a fall over my head, too, so I had
6  yelled, you know, from downstairs, you know, hey,
7  are you okay? And then I had gone -- when I ran
8  upstairs to, you know, like from outside his door,
9  his door was closed, hey, are you okay? Nothing.
10 You know. And, you know, like it says, I probably
11 heard like a strange, you know, kind of like a noise
12 of him gargling, or whatever it was, and when I
13 tried to open the door, that was locked, so then I
14 ended up going to the far end of the hallway, you
15 know, to where his study was, and his study and his
16 bedroom -- sorry -- his study in his bedroom was
17 connected by their bathroom, so I went through there
18 and that's when I saw him.
19     Q  And the note was in the study, though, not
20 the bedroom?
21     A  It was in the study, from the best of my
22 knowledge.
23 You know, like I said, I thought I saw -- this
24 is me just remembering from eight years ago -- I
25 thought I had saw something on his, you know, I

43

1  didn't read anything, I just thought I had saw -- it
2  could have just been paperwork, do you know what I'm
3  saying? But, you know, I do believe the
4  Williamstown Police had told me that there was a
5  suicide note, and then, in my mind, I thought, well,
6  maybe I saw that on the study, you know, on the
7  desk.
8      Q  Did you see the gun?
9      A  Yes, I did, on the floor.
10     Q  And was it the gun that he had purchased?
11     A  Yes.
12     Q  Did you see Mr. Shearer take any
13 prescription medicine on the day of his death?
14     A  Um, I don't think I did see him take any
15 medication that day. I think I just showed up, you
16 know, was getting ready to take him to a doctor's
17 appointment and I think that -- in the time that I
18 was there there was just a lot of stuff going on and
19 I don't think he took the time to take any
20 medication that day when I was there.
21     Q  Do you know if there was a specific time
22 of the day he would take his medication?
23     A  Um, I know like with breakfast he used to
24 always take medication, and then sometimes at lunch
25 maybe he'd take a couple of extra things.

44

1  Like I said, I never, like, gave him
2  medication, so that wasn't something that I would
3  say, oh, he's taking too many of these blue pills or
4  too many of these green pills today because,
5  whatever, that wasn't my department.
6      Q  Understood.
7  Did you ever talk with Mrs. Shearer about
8  Mr. Shearer's suicide?
9      A  Not really in like specifics.
10 I mean, like when she came back to town,
11 obviously, she had some things to take care of and
12 she had invited my mom and myself over to their
13 house a couple of nights after that just to kind of,
14 you know -- I guess it was just like a damage
15 control kind of thing, just saying like we're really
16 sorry that this happened, you know. It was more
17 like -- it was more like Linda saying, I don't think
18 that Hartley planned to do this, you know,
19 especially in your presence, because he thought very
20 highly of you. She just said that he -- you know,
21 that he just -- she just thought that he wasn't
22 thinking clearly that day.
23     Q  Did she tell you that?
24     A  Yeah, you know, in a couple of different
25 ways, you know. She had just always said to me that