# EXHIBIT E

221653-6

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 2

 3   ---------------------------------------x
                                            :   MDL Docket No.
 4   In re: NEURONTIN MARKETING,            :        1629
            SALES PRACTICES AND             :
 5          PRODUCTS LIABILITY LITIGATION   :   Master File No.
                                            :        04-10981
 6   ---------------------------------------x
                                            :
 7   THIS DOCUMENT RELATES TO:              :
                                            :
 8   SHEARER v. PFIZER INC.                 :   CONFIDENTIAL
     1:07-cv-11428-PBS                      :
 9                                          :
     ---------------------------------------x
10
                                                  CONFIDENTIAL
11

12                    V I D E O T A P E D

13                 D E P O S I T I O N

14                          of

15              LISA CATAPANO-FRIEDMAN, M.D.

16       Taken on behalf of the Defendant on
          Friday, October 23, 2009, at The
17       Memory Clinic, Bennington, Vermont.

18

19

20              (Appearances on page 2)

21

22   VIDEOGRAPHER:   Steven O. Moore

23   COURT REPORTER:   Lisa M. Hallstrom, RPR, CRR, CCP

24

25   Job No.: 219606
```

(Condensed)

CONFIDENTIAL

**Page 46**

| Time | | |
|---|---|---|
| 10:15:26 | 1 | Q   Okay. And what does that mean? |
| 10:15:28 | 2 | A   Well, that he was having a lot of blood drawn. |
| 10:15:48 | 3 | Q   It had been by my calculation about six months |
| 10:15:84 | 4 | since you saw him last, is that right? |
| 10:15:89 | 5 | A   That's right. |
| 10:15:48 | 6 | Q   And do you recall why it had been six months |
| 10:15:43 | 7 | since you last saw him? |
| 10:15:81 | 8 | A   Basically because of this horrible course of |
| 10:15:87 | 9 | medical events. |
| 10:15:98 | 10 | Q   What did he tell you about the medical events he |
| 10:15:58 | 11 | underwent during that time period? |
| 10:16:04 | 12 | A   Well, apart from just describing what had |
| 10:16:05 | 13 | happened, because I didn't know the sequence of what |
| 10:16:08 | 14 | had happened at that point, he was very traumatized by |
| 10:16:09 | 15 | it. |
| 10:16:02 | 16 | Q   What was he traumatized by? |
| 10:16:04 | 17 | A   He was very frightened that all of this had |
| 10:16:06 | 18 | happened. He was near death for several reasons, |
| 10:16:12 | 19 | which frightened him greatly. He was very distressed |
| 10:16:15 | 20 | by some of the side effects he had had from some of |
| 10:16:27 | 21 | the medication, which is some of what I had delineated |
| 10:16:24 | 22 | in the note. He certainly was saying things like he |
| 10:16:28 | 23 | never wanted to go through that again. |
| 10:16:30 | 24 | Q   Did he -- |
| 10:16:35 | 25 | A   Primarily that. |

**Page 47**

| Time | | |
|---|---|---|
| 10:16:38 | 1 | Q   Did he describe his pain during this time period |
| 10:16:39 | 2 | at all to you? |
| 10:16:40 | 3 | A   Yes, in that he said he had had a great deal of |
| 10:16:45 | 4 | pain and was -- was very distressed by that. |
| 10:16:46 | 5 | Q   And his reaction to drugs at that time, they were |
| 10:16:49 | 6 | narcotic drugs used to treat pain, is that correct? |
| 10:16:50 | 7 | A   The Morphine, yes. |
| 10:17:50 | 8 | Q   And it had caused him paranoia, hallucinations, |
| 10:17:53 | 9 | delusions, correct? |
| 10:17:57 | 10 | A   Correct. |
| 10:17:57 | 11 | Q   Did he describe those to you at all? |
| 10:19:00 | 12 | A   I don't recall his telling me what the content of |
| 10:19:03 | 13 | the hallucinations or delusions were. I don't even |
| 10:19:05 | 14 | know that he knew. |
| 10:19:09 | 15 | Q   He just knew that the narcotics had affected him |
| 10:19:50 | 16 | and caused him pretty severe side effects, correct? |
| 10:19:58 | 17 | MR. LANIER: Objection, leading. |
| 10:19:53 | 18 | A   That's right. |
| 10:19:21 | 19 | Q   He also told you in this time that he had had |
| 10:19:23 | 20 | Neurontin added to his list of medications, correct? |
| 10:19:26 | 21 | A   That's correct. |
| 10:19:28 | 22 | Q   And according to your notes, it says that he's |
| 10:19:37 | 23 | feeling significantly better on Neurontin, is that |
| 10:19:34 | 24 | fair? |
| 10:19:35 | 25 | MR. LANIER: Objection, leading. |

**Page 48**

| | |
|---|---|
| 1 | A   He was feeling -- he was feeling significantly |
| 2 | better in general. |
| 3 | Q   And that follows your sentence on adding |
| 4 | Neurontin and magnesium oxide, right? |
| 5 | MR. LANIER: Objection, leading. |
| 6 | A   That's correct. |
| 7 | Q   What do you think he meant by feeling |
| 8 | significantly better? Was that physically better, |
| 9 | mentally better? |
| 10 | A   I think in both ways. Certainly he felt |
| 11 | physically better than he had felt during that |
| 12 | sequence of events. He felt he was sort of on the up |
| 13 | side, but he also was feeling mentally better. As I |
| 14 | said in my note, he was -- both he and Linda were |
| 15 | feeling mellower. They were fighting less. And he |
| 16 | was displaying a lot more humor. |
| 17 | Q   When you note that he's feeling significantly |
| 18 | better but hates going to bed, do you recall what that |
| 19 | was about? |
| 20 | A   Yes. He was still feeling very driven by this |
| 21 | project he wanted to complete and he had now lost a |
| 22 | lot of time with this prolonged illness and he wanted |
| 23 | to be at it and doing it. |
| 24 | Q   Did he indicate to you that his neck and back |
| 25 | pain had -- had decreased? |

**Page 49**

| | |
|---|---|
| 1 | A   At that point? |
| 2 | Q   Yes. |
| 3 | A   Yes. That was part of what he was feeling much |
| 4 | better from. |
| 5 | Q   He didn't indicate to you at this time any side |
| 6 | effects or concerns about the drug Neurontin, did he? |
| 7 | A   No. |
| 8 | Q   Let me hand to you what we'll mark as Exhibit 4, |
| 9 | and I believe it's the next time you saw Mr. Shearer, |
| 10 | which was on March 8th, 2001. And can you read your |
| 11 | notation of your March 8th visit with him? |
| 12 | A   Do you want -- do you want me to read it as it's |
| 13 | on here or as it's on here? |
| 14 | Q   Why don't you read your notes and then let's see |
| 15 | if it's accurate on the typewritten version. |
| 16 | A   Because in the margin is a list of the |
| 17 | medications that he told me he was on at the time. |
| 18 | Q   Okay. |
| 19 | A   And then the note itself, he and his wife had |
| 20 | major argument over differences in their intensities, |
| 21 | I think that's what that says. He ended up in her |
| 22 | face. She slapped him. He called police and she was |
| 23 | charged. Realizes he needs to, quote, unquote, these |
| 24 | are his words, ratchet down his constant anger. Will |
| 25 | try Zyprexa and then prescription 2.5 milligrams one |