EXHIBIT G

Trimble, Michael MD (F&P Expert) 2/27/2008 11:52:00 AM

**Page 1**

```
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF MASSACHUSETTS
 2      CA No. 04-10981-PBS
 3
 4   IN RE:
     NEURONTIN MARKETING, SALES : Deposition of:
 5   PRACTICES AND PRODUCTS     :
     LIABILITY LITIGATION SALES : MICHAEL TRIMBLE
 6   PRACTICES LITIGATION       :
     ---------------------------
 7
 8
 9
10       TRANSCRIPT of testimony as taken by and
11   before PATRICIA A. SANDS, a Shorthand Reporter
12   and Notary Public of the States of New York and
13   New Jersey, at the offices of Lanier Law Firm,
14   126 East 56th Street, New York, New York, on
15   Thursday, February 27, 2008, commencing at 4:43
16   in the afternoon.
17
18
19       REPORTING SERVICES ARRANGED THROUGH:
         VERITEXT/NEW JERSEY REPORTING COMPANY
20         25B Vreeland Road, Suite 301
           Florham Park, New Jersey 07932
21   Phone: (973) 410-4040   Fax: (973) 410-1313
22
23
24
25
```

**Page 2**

```
 1   APPEARANCES:
 2
 3
     FINKELSTEIN & PARTNERS
 4   436 Robinson Avenue
     Newburgh, New York 12550
 5   BY: ANDREW G. FINKELSTEIN, ESQ.
     For the Plaintiff
 6   800 634-1212
 7
 8   SHOOK, HARDY & BACON, LLP
     2555 Grand Boulevard
 9   Kansas City, Missouri 64108-2613
     BY: LORI CONNORS McGRODER, ESQ.
10   For the Defendant
     816 474-6550
```

**Page 3**

```
 1
 2              I N D E X
 3
 4   WITNESS              DIRECT
 5   PROFESSOR MICHAEL TRIMBLE
 6
 7   Ms. McGroder              4
 8
 9              E X H I B I T S
10
11   NUMBER   DESCRIPTION          PAGE
12   TRIMBLE
13
14   1    FDA document             9
15   2    Pfizer document         17
```

**Page 4**

```
 1   PROF. MICHAEL TRIMBLE,
 2       Institute of Neurology
         Queen Square
 3       London WCIN3CB,
         having been sworn, was examined
 4       and testified as follows:
 5
 6   DIRECT EXAMINATION
 7   BY MS. McGRODER:
 8
 9       Q   Professor Trimble, I'm Lori McGroder,
10   and I represent Pfizer in the Neurontin
11   litigation.
12       We haven't met before today; have we?
13       A   No.
14       Q   Thank you for being here.
15       When is the first time that you saw the
16   FDA alert?
17       A   Maybe three weeks ago. I honestly
18   can't remember exactly.
19       Q   The FDA alert is dated January 31,
20   2008.
21       A   Yes.
22       Q   Do you know how soon after it was
23   issued you saw it?
24       A   No.
25       Q   And how did you come to receive it?
```

Trimble, Michael MD (F&P Expert) 2/27/2008 11:52:00 AM

Page 97

1  list shows no increased risk for suicide?
2      A   Please do not put it in a double
3  negative.
4      Q   You don't understand my question?
5      A   Would you please put it in a more
6  formal manner, but not a double negative.
7      Q   Do you not understand my question?
8      A   Well, you said no drug shows no --
9      Q   Increased risk?
10     A   No increased risk. The FDA has made
11 it clear that this is -- increased risk is
12 shared by all AEDs.
13     So the knowledge that I have is that this
14 is shared with all the AEDs.
15     Q   And it's your interpretation of that
16 language that every drug included in this
17 analysis shows an increased risk of suicide;
18 each one does individually?
19     A   That's what the FDA have said.
20     Q   Show me where the FDA has said each
21 drug in the analysis shows an increased risk of
22 suicide?
23     A   The FDA make it clear:
24     "Taking antiepileptic medications may
25 increase the risk of having suicidal thoughts

Page 98

1  or actions."
2      This is information for the patient's
3  family members and caregivers, which also
4  includes doctors.
5      The FDA also state that:
6      "The increased risk of suicidality is
7  shared by all AEDs".
8      Q   Is the increased risk of suicidality
9  shared by all AEDs even those not included in
10 this list?
11     A   Well, the FDA -- I'm not quite sure
12 how many other drugs there would be not in this
13 list, but they would certainly, the ones I'm
14 thinking of, like Phenobarbitone,
15 benzodiazepines, they would be sharing the
16 risk. I'm not sure what they excluded,
17 actually.
18     Q   Okay, so is your testimony then,
19 Professor Trimble, that the statement that the
20 FDA expects that the increased risk of
21 suicidality is shared by all AEDs includes AEDs
22 that the FDA did not analyze in this FDA alert;
23 correct?
24     A   Until the FDA release a more
25 substantial document, it's not clear whether

Page 99

1  they looked at other drugs or not. But we
2  are -- this is the following list of
3  antiepileptic drugs, which my understanding is
4  these particular drugs will have, on the
5  patient information sheet, information about
6  suicidality and potential for suicide. I don't
7  know whether they --
8      MS. McGRODER: Object and move to
9      strike. Nonresponsive.
10 BY MS. McGRODER:
11     Q   Were you finished with your answer?
12     A   Well, I don't know whey they are
13 going to apply it to other antiepileptic drugs
14 as well.
15     Q   Well, the statement that you're
16 relying on in the FDA alert that says: "The
17 FDA expects that the increased risk of
18 suicidality is shared by all AEDs is not
19 limited by the eleven included in the alert";
20 correct?
21     MR. FINKELSTEIN: Objection.
22     That's not the only area that he
23 relied upon.
24     MS. McGRODER: Well, I'm asking about
25 that area.

Page 100

1      MR. FINKELSTEIN: Okay.
2      MS. McGRODER: Answer my question,
3      please.
4      THE WITNESS: Could you repeat the
5      question.
6      Q   The statement that you're relying on
7  for your testimony that all eleven of the drugs
8  showed an increased risk of suicidality,
9  states: "FDA expects that the increased risk
10 of suicidality is shared by all AEDs"; correct?
11 You're relying on that statement?
12     A   In this document, the AEDs in this
13 document.
14     Q   You don't know that.
15     A   Well, I'm --
16     Q   Professor Trimble, answer my
17 question. My question is: Is that the
18 statement you're relying on?
19     A   Let me be very clear, again.
20     The FDA will be working with manufacturers
21 of marketed antiepileptic drugs to include this
22 new information in labeling for these products.
23     Now, it does not say whether marketed
24 antiepileptic drugs is going to include other
25 drugs not in this list.

**Page 101**

1  Q   And there are other drugs not on this
2  list?
3  A   There are other drugs not on this
4  list.
5  Q   And you can't say, as you sit here
6  today, that the FDA is excluding those other
7  drugs from the, quote unquote, shared risk;
8  correct?
9  A   It is not excluding them from a
10 shared risk.
11 Q   Well, do you know one way or the
12 other?
13 A   Well, it is not excluding.
14 Q   And so you're telling me you know the
15 FDA intends not to exclude them? You know
16 this?
17 A   Well, it says -- it says
18 manufacturers of marketed antiepileptic drugs,
19 which is a broad category.
20 Q   Okay.
21 A   And there are marketed antiepileptic
22 drugs that are not in this list.
23 Q   So is your testimony that the
24 antiepileptic drugs that were not evaluated by
25 the FDA in its meta-analysis also show an

**Page 102**

1  increased risk of suicide? Is that your
2  testimony?
3  A   The FDA appears to think that is the
4  case.
5  Q   And FDA appears to think that is case
6  not on the basis of reviewing that data;
7  correct?
8  A   I don't know what other drugs they've
9  analyzed.
10 Q   You don't; do you?
11 A   No.
12 Q   You don't have any evidence, as you
13 sit here today, that the FDA analyzed any drugs
14 other than the eleven on that list; do you?
15 A   I do not.
16 Q   To your knowledge, did the FDA have a
17 protocol that governed its meta-analyis of
18 these eleven drugs?
19 A   I don't know.
20 Q   Are you aware of the study design the
21 FDA used to analysis these eleven drugs?
22 A   No.
23 Q   Do you know how the subjects were
24 randomized to treatment groups in the 199
25 placebo controlled trials that comprised this

**Page 103**

1  meta-analysis?
2  A   Do I know how they were randomized?
3  Q   Yes.
4  A   No.
5  Q   Would you expect differences between
6  the placebo controlled studies, in terms of how
7  subjects were randomized?
8  A   I can't answer that. I would expect
9  differences, because studies done in different
10 countries or in different centers may choose
11 different methods of randomization.
12 Q   Do you know how low-dose placebo and
13 active placebo subjects were classified for
14 this analysis by the FDA?
15 A   No.
16 Q   Do you know how many different
17 approved indications are covered by these
18 eleven drugs?
19 A   No.
20 Q   Do you know how many of the eleven
21 drugs were analyzed by the FDA have black box
22 warnings associated with their use?
23 A   No.
24 Q   Do you know how many of the eleven
25 drugs that the FDA did analyze, how many

**Page 104**

1  require a signed consent form before use?
2  A   I am not familiar with the --
3  Q   With the concept?
4  A   Yeah, the concept.
5  Q   Do you know how many of the eleven
6  antiepileptic drugs the FDA evaluated are
7  contraindicated in certain patients?
8  A   I am not sure what the term
9  "contraindicated" would mean in, in your
10 context.
11 Q   You don't know what "contraindicated"
12 means?
13 A   Well --
14     MR. FINKELSTEIN: He said in your
15 context.
16 A   In your context. I mean, some of
17 these drugs you wouldn't use in the very young
18 or in the very elderly. Some of them you
19 wouldn't use in people with renal failure. I
20 mean --
21 Q   And then there is some you could?
22 A   Yes, but the indications for the
23 drugs, to some extent, relates to the
24 pharmacology of them and how they are excreted,
25 and things like that, so, but they do differ.