EXHIBIT H

theses other medical problems may have added somewhat to his increased risk for suicide, they were not a substantial factor in his death.

*11.) Hartley's death was not due to marital problems.* Hartley and Linda Shearer had a loving, decades-long marriage. Like any couple they had their challenges, not least of which was Hartley's stroke. Because of her dedication to Hartley, Linda took a three month leave of absence from work to be with him in Boston when he was in rehab after his stroke. Hartley and Linda's marital issues were within normal limits. Hartley's death was not due to marital problems.

*12.) Hartley's death was not due to financial strain.* After Hartley's death, Linda had financial problems due to the many medical and other bills associated with Hartley's stroke. But before his death, Hartley does not appear to have been burdened or overly worried about their financial situation. Hartley's death was not due to financial strain.

*13.) Hartley's suicide was not due to alcoholism.* Hartley was not a social drinker. He would have a couple of beers at night before going to bed. However, Hartley was never diagnosed with alcoholism. At the time of his death, there was no evidence that alcohol played a role in his suicide.

*14.) Hartley's suicide was not due to substance abuse.* As a young man in college, Hartley had experimented with cocaine and marijuana. However, he had not used illicit drugs in years. He had no history of substance abuse. At the time of his death, there was no evidence that illicit substances played a role in his suicide.

*15.) Neurontin was a substantial contributing factor in Hartley's death.* On Neurontin, Hartley experienced classic mood and behavioral changes leading up to his death. In addition to the evidence in Hartley's specific case, as detailed in the general causation reports of Drs. Trimble and Kruszewski, the combination of biological plausibility, signals, adverse event reports, and a statistically significant meta-analysis all point to Neurontin as a substantial contributing factor in Hartley's death.

*16.) Some of Hartley's other concurrent medications may have increased Hartley's risk of suicide and may have been a substantial contributing factor in Hartley's death.* Hartley was on multiple other medications at the time of his death. Some of his other medications have warnings or precautions advising of an increased risk of suicide. For example, the antidepressants Prozac and Trazadone have black box

31

warnings that they may make children, adolescents, and young adults suicidal. There are reports that antidepressants also make adults suicidal. Benzodiazepines like Valium have precautions that they may disinhibit suicidal urges. But, for Hartley's age group, the evidence that these other drugs make patients suicidal is not yet as strong as the evidence implicating Neurontin. An adverse interaction between Neurontin and Prozac in particular may have played a role in Hartley's death. Hartley last filled a prescription for just seven pills of Prozac on January 26, 2002. If Hartley took the Prozac as prescribed, he would have run out six days before his death. He would have been in Prozac withdrawal with fluctuating serotonin levels that would have been altered by Neurontin's effect on changing serotonin levels in the brain. The FDA warnings for antidepressant-induced suicidality warn that the highest risk is whenever the dose changes either up or down. Neurontin's adverse interaction with Prozac may therefore have been responsible for the particular timing of Hartley's death.

Protective Factors Versus Risk Factors for Suicide

Protective factors that reduce the likelihood of suicide have been identified.[22] And risk factors that increase the likelihood of suicide have been identified.[23] As seen in Table I, Hartley had six out of seven factors protecting him from suicide. And, as seen in Table 2, he had only three of seventeen risk factors for suicide. Thus, Hartley was strongly protected against suicide and at low risk before he was put on Neurontin.

Table 1: Hartley's Protective Factors for Suicide

| 1. | Effective clinical care for mental, physical and substance use disorders | √ |
|----|---|---|
| 2. | Easy access to a variety of clinical interventions and support for helpseeking | √ |
| 3. | Restricted access to highly lethal means of suicide | |
| 4. | Strong connections to family and community support | √ |
| 5. | Support through ongoing medical and mental health care relationships | √ |
| 6. | Skills in problem solving, conflict resolution and nonviolent handling of disputes | √ |
| 7. | Cultural and religious beliefs that discouraged suicide and support self preservation | √ |