EXHIBIT I

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~

IN RE:  NEURONTIN MARKETING, SALES

PRACTICES AND PRODUCTS LIABILITY          MDL Docket No. 1629

LITIGATION                                Master File

                                          No.04-10981

THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

Shearer v. Pfizer, Inc., et al.,

Case No. 1:07-CV-11428-PBS

CONTAINS CONFIDENTIAL INFORMATION
~~~~~~~~~~~~~~~~~~~

Videotaped deposition of

DANIEL M. SULLIVAN, M.D.

March 27, 2008
9:00 a.m.

Taken at:
Cleveland Clinic

29800 Bainbridge Road

Solon, Ohio

CONFIDENTIAL

Donnalee Cotone, RPR, CLR

98

1  says, "All patients who are currently taking or
2  starting on any antiepileptic drug should be
3  closely monitored for notable changes in
4  behavior that could indicate the emergence or
5  worsening of suicidal thoughts or behavior or      11:06:55
6  depression."
7       Do you see that?
8   A.  I do.
9   Q.  All right. Go to page 2 for a
10 second, first full paragraph. They talk,          11:07:06
11 "There was a statistically significant
12 increased risk of suicidal behavior and
13 suicidal ideation in the patients randomized to
14 receive an antiepileptic drug compared to
15 patients who received a placebo."                  11:07:21
16      Do you see that?
17  A.  I do.
18  Q.  What does that mean to you?
19      MS. SCHULTZ: Object to the form.
20  A.  If I can just read the sentence.            11:07:28
21 It's a statement that there's an increased risk
22 of suicidal behavior and suicidal ideation in
23 patients that received an antiepileptic drug
24 compared to patients who received a placebo.
25  Q.  Okay. "All patients treated with           11:07:43

99

1  antiepileptic drugs should be monitored for
2  suicidality and other unusual changes in
3  behavior."
4       MS. SCHULTZ: Where are you
5  reading?                                           11:07:52
6       MR. SOH: Oh, I'm sorry.
7   Q.  I'm going down three paragraphs,
8  sir. Okay?
9   A.  Mm-hmm.
10  Q.  It says, "All patients treated with       11:07:56
11 antiepileptic drugs should be monitored for
12 suicidality and other unusual changes in
13 behavior. Symptoms such as anxiety, agitation,
14 hostility, mania and hypomania may be
15 precursors to emerging suicidality."              11:08:13
16      And it says, "Healthcare
17 professionals who prescribe antiepileptic drugs
18 should:"
19      First bullet point: "Balance the
20 risk for suicidality with the clinical need of   11:08:24
21 the drug.
22      "Be aware of the possibility of the
23 emergence or worsening of depression,
24 suicidality or any unusual changes in
25 behavior."                                         11:08:35

100

1       And then last bullet point is:
2  "Inform patients, their families and caregivers
3  of the potential for an increase in the risk of
4  suicidality so they are aware and able to
5  notify their healthcare providers of any          11:08:43
6  unusual behavioral changes."
7       Do you see that?
8   A.  I do.
9   Q.  All right. If you had seen an
10 analysis such as this in 2001, when you           11:09:08
11 refilled Mr. Shearer's prescription, would you
12 have spoken to Mr. Shearer about the increased
13 risk of suicidality?
14      MS. SCHULTZ: Object to the form.
15  A.  I don't know. Because it didn't             11:09:28
16 happen, so I don't know what I would have done.
17  Q.  Well I mean, fair to say that
18 you -- suicide is a -- I mean, let's back up.
19      Would you have wanted to know this
20 information that is statistically significant    11:09:46
21 increased risk of suicidality was seen in
22 antiepileptic drugs such as Neurontin while you
23 were making the decision to prescribe
24 Neurontin?
25      MS. SCHULTZ: Object to the form.           11:09:57

101

1   A.  Every medication I always review in
2  my mind risks and benefits --
3   Q.  Sure. And this is -- I'm sorry.
4   A.  -- and there are medications
5  that -- while possibly would not have a patient  11:10:21
6  take under my direction and others that would
7  be okay.
8   Q.  This demonstrates a risk, though,
9  doesn't it?
10      MS. SCHULTZ: Object to the form.           11:10:33
11  Q.  Per the FDA?
12  A.  This form -- this piece of paper
13 you've provided me that has the FDA logo on the
14 top has sentences that show that there's a
15 risk.                                              11:10:43
16  Q.  Okay. And you would factor that
17 into, if you're aware of this alert, you would
18 factor that into your decision with regard to
19 the risks and benefits of prescribing Neurontin
20 to patients?                                      11:10:51
21      MS. SCHULTZ: Object to the form.
22  A.  As of today, looking at this piece
23 of paper, if I was to prescribe Neurontin
24 myself, initiate the therapy of Neurontin for
25 someone in the condition where I occasionally   11:11:04

26 (Pages 98 to 101)

102

1 use it which is postherpetic neuralgia, I would
2 certainly take this into account.
3    Q.  Okay. What about similarly if you
4 were prescribing Neurontin off label, you would
5 also take that into account, wouldn't you?            11:11:17
6        MS. SCHULTZ: Object to the form.
7    A.  I'm not aware where I've ever
8 initiated the therapy for Neurontin off label.
9    Q.  If you're refilling a prescription
10 for off-label use of Neurontin, would you            11:11:27
11 consider this?
12       MS. SCHULTZ: Object to the form.
13   A.  Today I would.
14   Q.  Okay. If an analysis -- if a
15 similar analysis of placebo controlled clinical       11:11:32
16 studies was available in 2001, you would have
17 considered it for Mr. Shearer?
18       MS. SCHULTZ: Object to the form.
19   A.  I don't know what I would have done
20 in 2001.                                              11:11:45
21   Q.  I mean, you're saying -- I
22 understand that. But I'm saying if you were
23 aware of a statistically significant increased
24 risk of suicidal behavior and suicidal ideation
25 in placebo controlled randomized trials in            11:11:56

103

1 2001, you would have considered that in your
2 decision to prescribe Neurontin to Mr. Shearer?
3        MS. SCHULTZ: Object to the form.
4    A.  With all due respect, I can only
5 testify to my cognitive abilities today and not       11:12:10
6 to what I would think or do in 2001.
7    Q.  Would you have ignored a
8 statistically significant increased risk of
9 suicide in placebo controlled randomized trials
10 in your decision to prescribe Neurontin in           11:12:30
11 2001?
12       MS. SCHULTZ: Object to the form.
13   A.  I -- I don't ignore information,
14 but data that is presented to me, on a given
15 day in a given situation, would be factored          11:12:42
16 into a decision process.
17   Q.  I mean, out of curiosity, can you
18 think of any more important data than an FDA
19 analysis of randomized clinical trials, placebo
20 controlled trials to show a statistically            11:12:58
21 significant risk of any harm?
22       MS. SCHULTZ: Object to the form.
23   A.  Unfortunately the FDA is, provides
24 good information and poor information and as a
25 result, you have to -- each situation needs to       11:13:11

104

1 be evaluated individually.
2    Q.  Right. But can you -- can you -- I
3 guess my question was, can you think of any
4 more -- any more crucial evidence in making a
5 prescribing decision than an FDA analysis of          11:13:24
6 randomized placebo controlled clinical trials
7 that show a statistically significant increased
8 risk of harm?
9        MS. SCHULTZ: Object to the form.
10 Asked and answered.                                  11:13:37
11   A.  Again, unfortunately, I can only
12 say that each FDA bulletin needs to be looked
13 at carefully because the FDA unfortunately is
14 not always in -- in the best of studies
15 providing information that is accurate.              11:13:52
16   Q.  Is there anything about this alert
17 that makes you question its accuracy?
18       MS. SCHULTZ: Object to the form.
19   A.  I don't have enough information to
20 answer that question.                                11:14:01
21   Q.  You read it. I mean -- and that's
22 what I'm -- you know, this is all that's on the
23 website, sir, this isn't a press release.
24   A.  With all due respect, it's only as
25 accurate as the words that are on the page and       11:14:13

105

1 those words are created by a human being.
2    Q.  Right.
3    A.  And people in all situations
4 misspeak, to quote Hilary Clinton, and so
5 that's all I can say.                                 11:14:25
6    Q.  Okay. Let me ask you, were you
7 aware that the manufacturers of Neurontin pled
8 guilty to two felonies and paid a $240 million
9 fine for illegal off label marketing?
10       MS. SCHULTZ: Object to the form.           11:14:45
11       MR. DONNELLY: I'm going to object
12 again. This has nothing to do with the care
13 and treatment.
14       MR. SOH: Let me make my -- I'll
15 make my showing.                                     11:14:50
16   Q.  Were you aware of that, sir?
17       MS. SCHULTZ: Object to the form.
18   A.  I'm aware of an article in The New
19 York Times at some point in the past vaguely
20 about that, but the details, I don't recall.         11:14:59
21   Q.  Okay. Would criminal conduct by a
22 pharmaceutical company be something that you
23 would want to consider to make -- criminal
24 conduct relating to off-label marketing, would
25 that be information you'd want to consider in        11:15:20

27 (Pages 102 to 105)

VERITEXT CORPORATE SERVICES (800) 567-8658