EXHIBIT L

interventions. Likewise, he had mechanical and interpersonal assists and support, via his caretaker, his son and his wife, which permitted him to continue to be mobile and to teach.

To explain the precipitants to his suicide, the period from Mr. Shearer's 1999 embolic stroke to his 2002 suicide is of obvious general and heightened interest to me. Moreover, the circumstances in the thirty day period prior to his death represent a period of escalating focus, culminating in the circumstances, medical conditions and mood changes in the hours and minutes when he made the impulsive decision to shoot himself in the head.

Immediately before his suicide, a number of events happened. His wife Linda left for a brief trip to Hawaii. On the day of his suicide, Mr. Shearer and his wife argued on the telephone, according to Sean Wheeler. At the same time and according to his pharmaceutical records, he appeared to have 'run out' of fluoxetine(he last filled his prescription for fluoxetine on 1.26.02 in what would have been a seven day supply, leaving him approximately five days without this medicine at the time of his suicide) several days before his suicide. However, he continued to take his Neurontin. One of the last prescriptions that he filled during his lifetime was for Neurontin, a count of #180, 100mg doses, prescribed for a total daily dose of 600mgs.

Therefore, at the time of his suicide, Mr. Shearer was pharmaceutically challenged by several circumstances: His emotional state may have been upset by what might have been the absence of fluoxetine. However, regardless of whether or not fluoxetine was available to him in the days immediately before his death, he continued to take gabapentin. This was especially problematic from a risk-benefit standpoint, as the risks to him outweighed the benefits. That drug was medically ineffective for him (see footnotes 1, 2), may have been inappropriate because of his post-stroke condition (footnote 3) and was capable of severe downward mood change. Already stressed by situational factors, the continuation of Neurontin and its depressogenic effect resulted in hopelessness and an irrational desperation (inferred in his suicide note, below), powerlessness, and the impulsive act to kill himself.

**Footnotes:**

Footnote 1:

| Shearer, Hartley P. | Daniel M Sullivan, MD | N72208 |
|---|---|---|
| 07/10/2001 | | |

**Telephone Call:**
Mr. Shearer is aware that his free testosterone level is 9.2. It is on the lower end of normal. He does not want to go back on testosterone. He also plans a holiday from Neurontin. He is not sure if its effectiveness. It was being used for nerve issues in his feet. It was prescribed by Dr. Keith Edwards.

Mr. Shearer will call us if he has any further questions.
DMS:JT 07/10/2001:07/16/2001

interventions or events that would increase the likelihood of an acute suicidal event(including gabapentin); his physical discomfort/pain, his non-life threatening medical issues requiring medicinal treatment(erectile dysfunction, history of atrial fibrillation, back pain, DVT, insomnia), and his history of depression. Separately, I examined the factors that protected him from suicide: positive adaptation to his disability after his 1999 CVA; his history of positive response to psychiatric intervention; a college and post baccalaureate education;, a durable marriage; supportive environment from his son and wife; his occupation and part-time employment at Williams College; a son in college at Skidmore; a supportive caretaker with whom he had a positive relationship; absence of illicit drugs; his humor and disciplined personality lifestyle; and, the absence of suicidal statements prior to the immediate decision to commit suicide.

After careful review and consideration, I am able to conclude that Mr. Shearer had both risks factors for, and protective factors against, suicide. From the above differential diagnosis applied to my analysis of factors in his suicide autopsy, I am able to conclude, within a reasonable degree of medical and psychiatric certainty, that Neurontin was a direct and significant contributing cause of Mr. Shearer's suicide.

It is also my conclusion that Pfizer failed to adequately inform health professionals that Neurontin had the ability to precipitate significant deterioration in mood and increase the risk of suicide, including completed suicides, in susceptible individuals during the timeframe that Mr. Shearer lived and died.

Respectfully,

Stefan P. Kruszewski, M.D.