# EXHIBIT M



**Search** [_____] [■] powered by Google™

# Suicidal Behavior and Ideation and Antiepileptic Drugs

**Update 5/5/2009:**

**AED class label changes**

Manufacturers of antiepileptic drugs (AEDs) or anticonvulsant drugs will update product labeling to include a warning about an increased risk of suicidal thoughts or actions and will develop a Medication Guide to help patients understand this risk. These changes affect all approved AEDs except those indicated only for short-term use.

**Drugs with updated labels**

The approved AEDs affected by these safety label changes are Carbatrol, Celontin, Depakene, Depakote ER, Depakote sprinkles, Depakote tablets, Dilantin, Equetro, Felbatol, Gabitril, Keppra, Keppra XR, Klonopin, Lamictal, Lyrica, Mysoline, Neurontin, Peganone, Stavzor, Tegretol, Tegretol XR, Topamax, Tranxene, Tridione, Trileptal, Zarontin, Zonegran, and generics. FDA approved updated labeling for these drugs on April 23, 2009.

**Drugs with Medication Guides**

New comprehensive Medication Guides were approved on April 23, 2009, for Lamictal, Lyrica, Topamax, Zonegran and Keppra. Comprehensive Medication Guides are being developed for the other drugs and should be available by the end of 2009.

**Advice for healthcare professionals**

Epilepsy and other illnesses for which antiepileptic drugs are prescribed are associated with an increased risk of suicidal thoughts and behavior. If suicidal thoughts or behavior emerge during treatment with AEDs, the prescriber should consider whether these symptoms may be related to the illness being treated.

All patients who currently are taking or starting on any antiepileptic drug for any indication should be monitored for notable changes in behavior that could indicate the emergence or worsening of suicidal thoughts or behavior or depression.

**Background**

> Since issuing safety alerts on December 16, 2008 and January 31, 2008 (see below), FDA has been working with the manufacturers of drugs in this class to better understand the suicidality risk.
>
> As described in the January 31, 2008, Information for Health Care Professionals Sheet on AEDS, eleven antiepileptic drugs were included in FDA's original pooled analysis of placebo-controlled clinical studies in which these drugs were used to treat epilepsy as well as psychiatric disorders and other conditions.
>
> The increased risk of suicidal thoughts or behavior was generally consistent among the eleven drugs, with varying mechanisms of action and across a range of indications. This observation suggests that the risk applies to all antiepileptic drugs used for any indication.

- **Healthcare Professional Information**
  - Information for Healthcare Professionals

- **Other Information**
  - Public Health Advisory (12/16/2008)
  - FDA News (12/16/2008)
  - Template Letter to Sponsors (12/16/2008)
  - FDA News: FDA Alerts Health Care Providers to Risk of Suicidal Thoughts and Behavior with Antiepileptic Medications (1/31/2008)
  - Statistical Review and Evaluation: Antiepileptic Drugs and Suicidality This is the May 23, 2008 statistical review that describes the anti-epilepsy drugs suicidality metaanalysis conducted by the Agency.

- **Historical Information**
  - Information for Healthcare Professionals (1/31/2008)

The following is a list of antiepileptic drugs* included in the analyses:

Labeling and approval history from Drugs@FDA.

- Carbamazepine (marketed as Carbatrol, Equetro, Tegretol, Tegretol XR)
- Divalproex sodium (marketed as Depakote, Depakote ER)
- Felbamate (marketed as Felbatol)
- Gabapentin (marketed as Neurontin)
- Lamotrigine (marketed as Lamictal)
- Levetiracetam (marketed as Keppra)
- Oxcarbazepine (marketed as Trileptal)
- Pregabalin (marketed as Lyrica)
- Tiagabine (marketed as Gabitril)
- Topiramate (marketed as Topamax)
- Zonisamide (marketed as Zonegran)

* Some of these drugs are also available in generic form.

Case 1:04-cv-10981-PBS   Document 2525-14   Filed 02/18/10   Page 4 of 4

↑ Back to Top     ↖ Back to Drug Information

⬧ PDF requires the free Adobe Acrobat Reader

Date created: January 31, 2008, updated May 5, 2009

---

CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | Privacy | Accessibility | HHS Home Page

FDA/Center for Drug Evaluation and Research