UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

**DECLARATION OF KATHERINE ARMSTRONG IN SUPPORT OF
DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS'
PROFFERED EXPERT DAVID A. KESSLER FROM TESTIFYING ABOUT
DOCUMENTS NOT IDENTIFIED IN HIS EXPERT REPORT**

I, Katherine Armstrong, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of a February 15, 2010, email from Ilyas Rona to me.

3. Attached as Exhibit B is a true and correct copy of Appendix B to the expert report of David A. Kessler, M.D.

4. Attached as Exhibit C is a true and correct copy of an excerpt from the January 20, 2009 Deposition of David A. Kessler.

Signed under the penalties of perjury this 18th day of February 2010.

/s/ Katherine Armstrong
Katherine Armstrong

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 18, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo