# EXHIBIT A

**Transfer, Transfer (NYC)**

**From:**     Ilyas Rona [irona@greenellp.com]
**Sent:**     Monday, February 15, 2010 7:59 PM
**To:**       Armstrong, Katherine (NYC)
**Cc:**       Linda P. Nussbaum; Thomas Greene; Elana Katcher; John D. Radice
**Subject:** Neurontin

Katherine,

Pursuant to ¶ 11 of the Court's November 12, 2009 Procedural Order, this email is to inform you that Dr. Kessler will be the first witness and that the following exhibits will likely to be introduced through him:

| TX No. | Date | Begin Bates | End Bates | Description |
|---|---|---|---|---|
| 87 | 7/19/1996 | WLC_CBU_057865 | WLC_CBU_057873 | Letter from Leslie Frank to William Merino |
| 91 | 8/26/1997 | WLC_CBU_041537 | WLC_CBU_041539 | Letter from Paul Leber to Janeth Turner |
| 133 | 6/29/2001 | PFIZER_RGLANZMAN_0054596 | PFIZER_RGLANZMAN_0054609 | ltr from Stockbridge (HHS) to Garrity |
| 168 | 9/20/2001 | PFIZER_LKNAPP_0023057 | PFIZER_LKNAPP_0023058 | Email From: Marino To: Gracon Cc: Knapp, Pande, Scott, Scott |
| 173 | 9/6/2001 | PFIZER_LKNAPP_0009830 | PFIZER_LKNAPP_0009833 | Pfizer Consultants Meeting - Crowne Plaza Ann Arbor |
| 188 | 9/6/2001 | PFIZER_LESLIETIVE_0013555 | PFIZER_LESLIETIVE_0013558 | Pfizer Consultants Meeting - Crowne Plaza Ann Arbor |
| 190 | 8/12/2002 | PFIZER_LCASTRO_0073127 | PFIZER_LCASTRO_0073132 | fax from Lenkel (FDA) to Castro |
| 193 | 12/30/1993 | PFIZER_LCASTRO_0035910 | PFIZER_LCASTRO_0035946 | ltr from Temple (HHS) to Turner, attaching labeling draft |
| 195 | 5/24/2002 | PFIZER_LCASTRO_0012132 | PFIZER_LCASTRO_0012168 | fax from Compton to Scott of HHS corr. |
| 196 | 5/22/2002 | PFIZER_LCASTRO_0011772 | PFIZER_LCASTRO_0011776 | notes from FDA Teleconference |
| 197 | 1/14/2002 | PFIZER_LCASTRO_0008362 | PFIZER_LCASTRO_0008363 | ltr from Scott to FDA |
| 199 | 7/10/2001 | PFIZER_LCASTRO_0006149 | PFIZER_LCASTRO_00006150 | Email From: Burch To: DL-K All Managers, DL-K All Reps Cc: several recipients |
| 200 | 6/12/2001 | PFIZER_LCASTRO_0005618 | PFIZER_LCASTRO_0005628 | Fax from Governale to Pitts of Neurontin Meeting Minutes |
| 205 | 4/24/1998 | PFIZER_LCASTRO_0001212 | PFIZER_LCASTRO_0001215 | ltr from Leber (HHS) to Turner |
| 207 | 7/28/1994 | PFIZER_LALPHS_0084338 | PFIZER_LALPHS_0084703 | FDA FOI Documents for Neurontin NDA Approval |
| 240 | 7/4/2001 | PFIZER_AGARRITY_0002142 | PFIZER_AGARRITY_0002143 | Email From: Wolleben To: Castro Cc: Brumfield, Claire, Garrity |

Kaiser reserves the right to make changes to the foregoing if circumstances arise.

Regards,

Ilyas J. Rona
Greene LLP
33 Broad Street, 5th Floor
Boston, MA 02109
(617) 261-0040

GREENE

This e-mail message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Greene LLP immediately -- by replying to this message or by sending an e-mail to mailto:office@greenellp.com-- and destroy all copies of this message and any attachments. Thank you.

2/17/2010