# EXHIBIT B

## APPENDIX B

| | |
|---|---|
| PFIZER_AGARRITY_0002142 | PFIZER_LKNAPP_0009569 |
| PFIZER_AGARRITY_0002490 | PFIZER_LKNAPP_0009645 |
| PFIZER_AGARRITY_0002499 | PFIZER_LKNAPP_0009830 |
| PFIZER_AGARRITY_0003834 | PFIZER_LKNAPP_0013491 |
| PFIZER_AGARRITY_0005558 | PFIZER_LKNAPP_0023060 |
| PFIZER_AGARRITY_0010045 | PFIZER_LKNAPP_0023078 |
| PFIZER_LCASTRO_0001212 | PFIZER_LKNAPP_0024958 |
| PFIZER_LCASTRO_0003662 | PFIZER_LKNAPP_0047459 |
| PFIZER_LCASTRO_0005072 | PFIZER_LKNAPP_0047504 |
| PFIZER_LCASTRO_0005618 | PFIZER_LKNAPP_0070705 |
| PFIZER_LCASTRO_0006149 | PFIZER_MBROWN_0000374 |
| PFIZER_LCASTRO_0006580 | PFIZER_MPATEL_0077867 |
| PFIZER_LCASTRO_0007272 | PFIZER_MPATEL_0202485 |
| PFIZER_LCASTRO_0008052 | PFIZER_MPATEL_0203692 |
| PFIZER_LCASTRO_0008368 | PFIZER_MYODER_0000920 |
| PFIZER_LCASTRO_0008371 | PFIZER_RGLANZMAN_0054596 |
| PFIZER_LCASTRO_0010377 | WLC_CBU_041537 |
| PFIZER_LCASTRO_0010557 | WLC_CBU_057865 |
| PFIZER_LCASTRO_0011563 | WLC_FRANKLIN_0000039559 |
| PFIZER_LCASTRO_0012132 | WLC_FRANKLIN_0000039956 |
| PFIZER_LCASTRO_0011868 | WLC_FRANKLIN_0000039959 |
| PFIZER_LCASTRO_0073127 | WLC_FRANKLIN_0000041545 |
| PFIZER_LCASTRO_0085964 | WLC_FRANKLIN_0000151674 |
| PFIZER_LESLIETIVE_0013555 | |