# EXHIBIT C

```
                                                                    1

 1              UNITED STATES DISTRICT COURT

 2              DISTRICT OF MASSACHUSETTS

 3                     --oOo--

 4

 5   In re: NEURONTIN MARKETING, SALES
     PRACTICES AND PRODUCTS LIABILITY
 6   LITIGATION
                                            /
 7

     THIS DOCUMENT RELATES TO:
 8
     HARDEN MANUFACTURING CORPORATION;         MDL Docket
 9   LOUISIANA HEALTH SERVICE INDEMNITY        No. 1629
     COMPANY, dba BLUECROSS/BLUESHIELD OF
10   LOUISIANA; INTERNATIONAL UNION OF         Master File
     OPERATING ENGINEERS, LOCAL NO. 68         No. 04-10981
11   WELFARE FUND; ASEA/AFSCME LOCAL 52
     HEALTH BENEFITS TRUST; GERALD SMITH
12   and LORRAINE KOPA, on behalf of
     themselves and all others similarly
13   situated, v. PFIZER INC. and
     WARNER-LAMBERT COMPANY.
14                                           /

15   THE GUARDIAN LIFE INSURANCE COMPANY OF
     AMERICA v. PFIZER INC. and
16
     AETNA, INC. v. PFIZER INC.,
17                                           /

18

19       VIDEOTAPED DEPOSITION OF DAVID A. KESSLER, M.D.

20              TUESDAY, JANUARY 20, 2009

21

22

23

24   Job. No. 185823

25   REPORTED BY: JANIS JENNINGS, CSR 3942, CLR, CRP
```

## Page 42

1  recollection, been involved in a case where I
2  would just give strategy advice, no.
3      Q.  And to the best of your recollection,
4  have you ever prepared an expert report in civil
5  litigation but not been asked to give a deposition
6  or to testify at trial?
7      A.  So subsequent to this report, I've been
8  involved in another matter that is an arbitration
9  matter and I don't know whether that matter will go
10 to trial or not.
11     Q.  Does the invoice that we've put before
12 you, which I think has been marked as Kessler
13 Exhibit 3, to the best of your recollection, does
14 that describe all the work you did in the report?
15     A.  Yes, this reflects the work that I've done
16 in this case.
17     Q.  And so am I correct that you prepared the
18 report in approximately a two-week time frame?
19     A.  The dates are what the dates are; yes,
20 sir.
21     Q.  And subsequent to the invoice that's
22 reflected there, have you rendered any other
23 invoices or bills --
24     A.  No.
25     Q.  No.

## Page 43

1       Have you spent any time working on this
2  matter subsequent to August 1?
3      A.  Yes, sir.
4      Q.  And can you describe approximately how
5  much time?
6      A.  Counsel, in preparation for this
7  deposition there were discussions with counsel and
8  I reviewed my report in preparation for this over
9  the last couple days.
10     Q.  Other than the preparation with counsel
11 that you just described, has there been any other
12 work on this matter between August 1st and today?
13     A.  Not that I believe. Not that I have a
14 recollection of.
15     Q.  And to the best of your recollection, has
16 counsel sent you any additional documents in the
17 last six months beyond the ones that are described
18 in the appendix to your report?
19     A.  No. I mean, the documents that I received
20 were the documents that I based the report on.
21     Q.  So have you received -- withdrawn.
22        Have you reviewed any other expert reports
23 offered by the plaintiffs in this litigation?
24     A.  Oh, yes. So I have seen a report, an
25 expert report in this litigation. Counsel did

## Page 44

1  send it to me.
2      Q.  And whose report is that?
3      A.  Dr. Janet Arrowsmith-Lowe. Counsel can
4  spell the name.
5      Q.  And have you seen any expert reports
6  authored by any other plaintiffs' experts in this
7  case?
8      A.  So I -- no. I have not -- I've seen the
9  Arrowsmith-Lowe. I have not seen any other expert
10 reports, no, sir.
11     Q.  And when did you receive
12 Dr. Arrowsmith-Lowe's report?
13     A.  I apologize. I don't know.
14     Q.  Did you review it?
15     A.  I certainly did scan it, yes.
16     Q.  And has counsel talked to you about --
17 you may have already answered this -- whether you're
18 going to prepare a further report in response to
19 anything that Dr. Arrowsmith-Lowe said in hers?
20     A.  I've not had any discussions with counsel
21 specifically on that question.
22     Q.  Have you had any general discussions with
23 counsel about that topic?
24     A.  I'm sorry. No, I've not had any general
25 discussion on that topic.

## Page 45

1      Q.  For better or worse, lawyers are trained
2  on that one.
3         In terms for preparation for today, about
4  how long did you spend on preparing for today's
5  deposition?
6      A.  Oh, I over the last -- I mean, yesterday
7  there were a few hours with counsel and then over
8  the -- I guess over part of the weekend I reviewed
9  my report and looked at some of the documents that
10 were referenced in the report.
11     Q.  Now, with respect to Appendix B to the
12 report which we've talked about once or twice, the
13 list of documents, I believe you've indicated this
14 is a complete list of the materials that you
15 considered in the --
16     A.  I have every reason -- let me just
17 clarify. On this list counsel sent me the documents
18 and I based -- I mean, I believe this list was
19 originally done based on the binder. I don't
20 remember exactly whether I headed it this or where
21 the original list came from. This represented the
22 binder that I was given.
23     Q.  And did counsel give you any information
24 about how they came up with this list of documents
25 to give to you?

12 (Pages 42 to 45)