# EXHIBIT A

# DAVIS POLK & WARDWELL

| | | |
|---|---|---|
| 1300 I STREET, N.W.<br>WASHINGTON, D.C. 20005 | 450 LEXINGTON AVENUE<br>NEW YORK, N.Y. 10017 | MESSETURM<br>60308 FRANKFURT AM MAIN |
| 1600 EL CAMINO REAL<br>MENLO PARK, CA 94025 | 212 450 4000<br>FAX 212 450 3800 | MARQUÉS DE LA ENSENADA, 2<br>28004 MADRID |
| 99 GRESHAM STREET<br>LONDON EC2V 7NG | WRITER'S DIRECT<br>212 450 4853 | 1-6-1 ROPPONGI<br>MINATO-KU, TOKYO 106-6033 |
| 15, AVENUE MATIGNON<br>75008 PARIS | | 3A CHATER ROAD<br>HONG KONG |

September 28, 2006

Re:   **In re Neurontin Marketing, Sales Practices and Products Liability Litigation, MDL No. 1629**

Thomas M. Sobol, Esq.
Hagens Berman Sobol Shapiro, LLP
One Main Street
4th Floor
Cambridge, MA 02142

Dear Tom:

   Pursuant to the Responses and Objections of Pfizer Inc. and Warner-Lambert Company to Class and Non-Class Plaintiffs' First Request for Production of Documents dated April 11, 2005 (the "Responses and Objections"), and our discussions during our "meet and confer" sessions, enclosed please find a CD containing documents Defendants are providing to you in connection with the above captioned matter.

   As you will see, the documents bear Bates numbers WLC_CBU_008712 through WLC_CBU 032817, and certain documents bear the leged "Confidential," designating that the contents of those documents should be treated as confidential pursuant to the Protective Order entered by the Court on January 10, 2005. The enclosed includes documents from the Healthcare Management Customer Business Unit ("CBU") (WLC_CBU_008712 – 010100), the North Central CBU (WLC_CBU_010101 – 013485), the South Central CBU (WLC_CBU_013486 – 020890), the Southeast CBU (WLC_CBU_020891 – 027996), the West CBU (WLC_CBU_027997 – 030872) and the Women's Health CBU (WLC_CBU_030873 – 032817).

Thomas M. Sobol, Esq.          2          September 28, 2006

       Please do not hesitate to call me if you have any questions about the foregoing or the enclosed materials.

                                         Sincerely,

                                         Debbie MacGregor

cc w/o enc:    Edward Notargiacomo, Esq. (via facsimile)
                 Eric Pavlack, Esq. (via facsimile)

<u>By Overnight Courier</u>