# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL SALES & MARKETING ACTIONS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN D. RADICE

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, Thomas M. Sobol, a member in good standing of the Bar of the United States District Court for the District of Massachusetts, respectfully moves that this Court enter an order admitting John D. Radice of the law firm of Kaplan Fox & Kilsheimer, LLP, to appear and practice before this Court *pro hac vice* in the above-captioned action. In support of this motion, Plaintiffs aver as follows:

1. Attorney Radice was admitted to the bar of the State of New Jersey on November 26, 2004 and the State of New York on March 7, 2005.

2. There are no disciplinary proceedings pending against Attorney Radice as a member of the bar in any jurisdiction.

3. Attorney Radice has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. In further support of this motion, Attorney Radice has submitted herewith his Certificate of Good Standing as Required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves that Attorney Radice be admitted to practice before this Court *pro hac vice*.

    Plaintiffs,
    By their Attorney

    RESPECTFULLY SUBMITTED,

Dated: February 19, 2010.    */s/ Thomas M. Sobol*
    Thomas M. Sobol, # 471770
    HAGENS, BERMAN, SOBOL & SHAPIRO, L.L.P.
    55 Cambridge Parkway, Suite 301
    Cambridge, MA  02142

## CERTIFICATE OF SERVICE

I, Thomas M. Sobol, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 19, 2010.

    /s/ *Thomas M. Sobol*
    Thomas M. Sobol