# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL SALES & MARKETING ACTIONS | Magistrate Judge Leo T. Sorokin |

### CERTIFICATE OF GOOD STANDING OF JOHN D. RADICE
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, John D. Radice, hereby certify as follows pursuant to Rule 83.5.3(b) of the Local Rules for the United States District Court for the District of Massachusetts:

1.   I am an attorney with the law firm of Kaplan, Fox & Kilsheimer, LLP, 850 Third Avenue, 14th Floor, New York, New York 10022.

2.   I was admitted to the bar of the State of New Jersey on November 26, 2004 and the State of New York on March 7, 2005.

3.   I am a member in good standing in every jurisdiction where I have been admitted to practice.

4.   There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.   I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the pains and penalties of perjury that the foregoing certification is true and correct.

Executed this 19th day of February, 2010.

                                                   */s/ John D. Radice*
                                                   John D. Radice