UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| *Shearer v. Pfizer Inc., et al.* Case No. 1:07-cv-11428-PBS | |

**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF FOREIGN LABELS AND REGULATORY ACTIONS**

Pursuant to Federal Rules of Evidence 104(a), 401, 402, and 403, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move this Court for an order *in limine* excluding evidence of and references to foreign regulatory actions and labeling with respect to Neurontin. Defendants recognize that the Court previously addressed this or a similar issue in the *Bulger* and *Kaiser* cases and assume that the Court will issue a similar ruling in *Shearer*. To the extent that is the case, Defendants are not seeking reargument, but reserve their right to appeal from any such ruling.

The decisions and actions of foreign regulatory bodies with respect to Neurontin are irrelevant to this action, which is governed by domestic law and the decisions of the U.S. Food and Drug Administration ("FDA"). Even if evidence of foreign regulatory actions or requirements were relevant to this action, it should nevertheless be excluded because its minimal probative value would be substantially outweighed by the likelihood that it would cause unfair prejudice to Defendants, mislead and confuse the jury, and waste time and judicial resources. Accordingly, all such evidence should be excluded.

The grounds for this motion are set forth in more detail in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court exclude at trial all evidence of and references to foreign regulatory actions and labeling with respect to Neurontin.

Dated: February 22, 2010                Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
  Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

-and-

BOIES, SCHILLER & FLEXNER LLP

By: /s/ William S. Ohlemeyer
  William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
WOhlemeyer@bsfllp.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I hereby certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 22, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo