UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ------------------------------------------------------------x : | MDL Docket No.: 1629 |
| In re:  NEURONTIN MARKETING, : | |
|            SALES PRACTICES AND : | Master File No.: 04-10981 |
|            PRODUCTS LIABILITY LITIGATION : | |
| : | Judge Patti B. Saris |
| ------------------------------------------------------------x : | |
| : | Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: : | |
| : | |
| *Shearer v. Pfizer Inc.*, 1:07-cv-11428-PBS : | |
| : | |
| ------------------------------------------------------------x | |

## PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE MISCELLANEOUS SUBJECTS FROM EVIDENCE AT TRIAL

Plaintiff LINDA B. SHEARER, as Executrix of the Estate of Hartley Parker Shearer, deceased, by and through her counsel, hereby moves this Court for an order precluding Defendants from proffering all evidence, references, testimony or argument relating to the miscellaneous topics set forth in Plaintiff's Memorandum in Support, submitted herewith.

Dated: February 22, 2010                                   Respectfully submitted,

                                                   By:   **/s/ W. Mark Lanier**
                                                       W. Mark Lanier, Esquire
                                                       THE LANIER LAW FIRM, P.L.L.C.
                                                       126 East 56th Street, 6th Floor
                                                       New York, NY  10022

2

By:    **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

*Attorneys for Plaintiff Linda B. Shearer*

## CERTIFICATION OF GOOD FAITH

I hereby certify that Plaintiff's counsel has conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:  February 22, 2010

 **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 22, 2010.

 **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire