UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| *Shearer v. Pfizer Inc., et al.* Case No. 1:07-cv-11428-PBS | |

### DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF POST-INCIDENT REGULATORY ACTIONS, LABELING, AND PATIENT INFORMATION GUIDES

Pursuant to Federal Rules of Evidence 401, 402, 403, and 407, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully move this Court for an order *in limine* to exclude at trial all evidence of and references to Food and Drug Administration ("FDA") regulatory actions related to Neurontin, including labeling, labeling changes, and patient information guides for Neurontin, that were issued after Hartley Shearer's death in February 2002. Defendants recognize that the Court previously addressed this or a similar issue in the *Bulger* case and assume that the Court will issue a similar ruling in *Shearer*. To the extent that is the case, Defendants are not seeking reargument, but reserve their right to appeal from any such ruling. This evidence has no bearing on the adequacy of Neurontin's warnings at the time it was prescribed to and taken by Mr. Shearer and is therefore irrelevant under Rules 401 and 402. Moreover, the likelihood that this evidence would unfairly prejudice Pfizer and mislead and confuse the jury substantially outweighs its probative value, if any, requiring its exclusion under Rule 403. Finally, this evidence is a subsequent remedial measure under Rule 407 and is therefore inadmissible to demonstrate liability. Accordingly, all such evidence must be excluded.

The grounds for this motion are set forth in more detail in the accompanying memorandum of law and Declaration of Mark S. Cheffo.

WHEREFORE, Defendants respectfully request that the Court exclude at trial all evidence of and references to FDA regulatory actions related to Neurontin, including labeling, labeling changes, and patient information guides for Neurontin, that were issued after Hartley Shearer's death in February 2002.

Dated: February 22, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

-and-

BOIES, SCHILLER & FLEXNER LLP

By: /s/ William S. Ohlemeyer
    William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
WOhlemeyer@bsfllp.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I hereby certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion.

/s/ Mark S. Cheffo
Mark S. Cheffo

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 22, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

2