UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:         MDL Docket No.: 1629
In re:  NEURONTIN MARKETING,                 :
          SALES PRACTICES AND                   :         Master File No.: 04-10981
          PRODUCTS LIABILITY LITIGATION  :
:         Judge Patti B. Saris
------------------------------------------------------------x
:         Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                  :
:
*Shearer v. Pfizer Inc.*, 1:07-cv-11428-PBS         :
:
------------------------------------------------------------x

**PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE ANY
EVIDENCE PROFFERED BY DEFENDANTS AT TRIAL THAT ANY
DRUG OTHER THAN NEURONTIN CAUSED OR WAS ASSOCIATED
WITH PLAINTIFF'S DECEDENT HARTLEY SHEARER'S SUICIDE**

Plaintiff LINDA B. SHEARER, as Executrix of the Estate of Hartley Parker Shearer, deceased, by and through her counsel, hereby moves this Court for an order precluding any evidence proffered by Defendants at trial that any drug other than Neurontin caused or was associated with Plaintiff's decedent Hartley Shearer's suicide.

This Motion is supported by Plaintiff's Memorandum in Support, and the Declaration of Andrew G. Finkelstein, Esq. and exhibits annexed thereto, submitted herewith.

Dated:  February 22, 2010                          Respectfully submitted,

                                                              By:     **/s/ W. Mark Lanier**
                                                                        W. Mark Lanier, Esquire
                                                                        THE LANIER LAW FIRM, P.L.L.C.
                                                                        126 East 56th Street, 6th Floor
                                                                        New York, NY  10022

By:    **/s/ Andrew G. Finkelstein**
       Andrew G. Finkelstein, Esquire
       Finkelstein & Partners, LLP
       1279 Route 300, P.O. Box 1111
       Newburgh, NY  12551

*Attorneys for Plaintiff Linda B. Shearer*

## CERTIFICATION OF GOOD FAITH

I hereby certify that Plaintiff's counsel has conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:  February 22, 2010

       **/s/ Andrew G. Finkelstein**
       Andrew G. Finkelstein, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 22, 2010

       **/s/ Andrew G. Finkelstein**
       Andrew G. Finkelstein, Esquire