UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | :  MDL Docket No. 1629 |
| | :  Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | :  Judge Patti B. Saris |
| | :  Magistrate Judge Leo T. Sorokin |
| *Shearer v. Pfizer Inc., et al.* Case No. 1:07-cv-11428-PBS | : |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF POST-INCIDENT REGULATORY ACTIONS, LABELING, AND PATIENT INFORMATION GUIDES**

I, Mark S. Cheffo, declare and state as follows:

1.      I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC.  I make this declaration based on my own personal knowledge and information.

2.      Attached as Exhibit A is a true and correct copy of the April 2009 Neurontin label.

Signed under the penalties of perjury this 22nd day of February, 2010.


/s/ Mark S. Cheffo
Mark S. Cheffo


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 22, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo