UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Shearer v. Pfizer Inc.*, 1:07-cv- 11428-PBS :
:
------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN SUPPORT
OF PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE
EVIDENCE BY DEFENDANTS THAT ANY DRUGS OTHER
THAN NEURONTIN CAUSED OR WAS ASSOCIATED WITH
PLAINTIFF'S DECEDENT HARTLEY SHEARER'S SUICIDE**

I, Andrew G. Finkelstein, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in support of Plaintiff's Motion in Limine to preclude any testimony or evidence by Defendants that any drugs other than Neurontin caused or was associated with Plaintiff's decedent Hartley Shearer's suicide.

3. The following documents are attached hereto in support of this motion:

Exhibit A - Rothschild December 19, 2007 Report, pp. 2, 29, 37

Exhibit B - Rothschild January 15, 2008 Dep., pp. 65-68, and December 4, 2008 Dep., pp. 33-36

Exhibit C - Jacobs December 20, 2007 Rep., pp. 2-3

Exhibit D - Jacobs January 23, 2008 Dep., pp. 8, 12, December 2, 2008 Dep., pp. 41-44, and January 15, 2009 Dep., pp. 68-71

Exhibit E  -  Sanacora December 20, 2007 Report, p. 2

Exhibit F  -  Sanacora January 18, 2008 Dep., pp. 84-85, 181-184

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 22, 2010

                                               **/s/ Andrew G. Finkelstein**
                                               Andrew G. Finkelstein
                                               FINKELSTEIN & PARTNERS, LLP
                                               1279 Route 300, P.O. Box 1111
                                               Newburgh, NY  12551
                                               (800) 634-1212

                                               *Attorneys for Plaintiff Linda B. Shearer*

## **CERTIFICATE OF SERVICE**

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 22, 2010.

Dated:  February 22, 2010

                                               **/s/ Andrew G. Finkelstein**
                                               Andrew G. Finkelstein