EXHIBIT A

# IN RE: NEURONTIN

## GENERAL CAUSATION REPORT

### SUBMITTED BY ANTHONY J. ROTHSCHILD, M.D.
December 19, 2007

Anthony J. Rothschild, M.D.
Irving S. and Betty Brudnick Endowed Chair of Psychiatry
Professor of Psychiatry
Department of Psychiatry
Director, Senior Scholars Program
University of Massachusetts Medical School
Phone: 508-856-1027
Fax: 508-856-4854
E-mail: rothscha@ummhc.org

### Background and Qualifications

I am a medical doctor and am certified as a specialist in Psychiatry by the American Board of Neurology and Psychiatry. I obtained my medical degree from the University of Pennsylvania School of Medicine in 1979 and thereafter completed a four-year residency in Psychiatry at McLean Hospital, in Belmont, Massachusetts. I am licensed to practice medicine in the Commonwealth of Massachusetts.

During my residency, I was also a Clinical Fellow in Psychiatry at Harvard Medical School. From 1983 until 1996, I successively held the positions of Instructor, Assistant Professor, and Associate Professor of Psychiatry at Harvard Medical School. While at Harvard, I also served as Clinical Director of the Mood, Anxiety, and Trauma Disorders Program and Associate Director of the Psychopharmacology Service at McLean Hospital. From 1982 until 1986, I was also a Research Fellow in Neurochemistry at the Ralph Lowell Laboratories at McLean Hospital.

Since 1996, I have held the positions of Professor of Psychiatry, Director of Clinical Research, and Vice-Chair for Research in the Department of Psychiatry at the University of Massachusetts Medical School, in Worcester, Massachusetts. Since October, 1997 I have held the Irving and Betty Brudnick Endowed Chair in Psychiatry at the University of Massachusetts Medical School. I serve as a reviewer or member of the Editorial Board of 17 scientific and medical journals, including *The New England Journal of Medicine, Archives of General Psychiatry, Journal of Clinical Psychiatry, Psychopharmacology*, and *Clinical Drug Investigation*. I have published more than 75 articles in peer-reviewed journals and numerous

-2-

interviews, and the low number of suicide deaths may have limited the statistical power (Collins and McFarland, 2007, pg. 4). The authors also point out that "gabapentin (Neurontin) is often prescribed for chronic pain which may well be related to suicide and suicide attempts" (Collins and McFarland, pg. 5). Although the Collins and MacFarland study did not assess or compare the incidence of suicide or suicide attempts in any of their drug-treated groups with an untreated (unexposed) control group, and therefore could not and does not purport to demonstrate an increased risk of suicidality associated with use of any of the studied medications, it is telling that the authors cited a rate of suicide in bipolar patients taking Neurontin (3.50 per thousand person-years of exposure, Pg. 3) that is lower than the rate of suicide they cite in bipolar patients who are not taking any medication (10.0 per thousand person-years, pg. 2). If Neurontin caused suicidal behavior, one would expect the incidence in these Neurontin patients – especially since they also had some chronic pain – to have been measurably higher than the rate in untreated bipolar disorder. Instead the study shows the opposite. Recognizing the limitations of the study, the authors themselves concluded that it remains unclear whether there is a differential impact on suicide deaths among the mood stabilizing agents, including Neurontin.

### Summary

There are no published epidemiologtical studies and no placebo controlled randomized trials or controlled studies that show or even hint at an association between Neurontin and suicidality. It is my opinion to a reasonable degree of medical and scientific certainty that there is no reliable scientific evidence demonstrating an association. Not only is there no association, but when you analyze all of the Bradford Hill criteria (reliably evaluated only after you find a statistically significant association), there is no reliable scientific evidence to support the theory that Neurontin causes suicide. No experts (outside of this litigation) have affirmed or even

adults. My opinion to a reasonable degree of medical and scientific certainty is that the available scientific evidence does not establish that taking Neurontin is significantly associated with, creates, causes, contributes to or worsens suicidality or suicide.

## CONCLUSION

Based on my review of the scientific literature and data related to Neurontin, there is no reliable scientific evidence that taking Neurontin is significantly associated with, let alone creates, causes, or worsens, suicidality. In fact, the Neurontin clinical trial database does not indicate that there is any association between taking Neurontin and the development of suicidality. As indicated above, suicide is an unfortunate complication of epilepsy, chronic pain, bipolar disorder, depression, and anxiety especially when accompanied by life stressors.

My opinions expressed in this report are to a reasonable degree of medical and scientific certainty.

I reserve the right to amend or supplement this report based on additional material that becomes available, including Plaintiff's Expert Testimony and the reports and materials considered by other designated Experts.

The bases for my opinion are as follows: My own professional clinical experience, education and training in Psychiatry and Psychopharmacology and the use of Neurontin in patients with bipolar disorder, anxiety, social phobia, and chronic pain, as well as the literature and materials I have reviewed related to Neurontin, including the references in this report on the attached list.

2. Qualifications: A copy of my most current curriculum vitae is attached as Exhibit A which contains all of my articles that were published in the last ten years.

- 37 -