EXHIBIT B

Neurontin Track One (Plaintiff / Prescriber / Expert Depos)
# Rothschild, Anthony MD (Defense Expert)
1/15/2008

Rothschild, Anthony MD (Defense Expert) 1/15/2008 9:09:00 AM

**Page 1**

```
 1    UNITED STATES DISTRICT COURT
 2    DISTRICT OF MASSACHUSETTS
 3    MDL Docket No. 1629
 4    Master File No. 04-10981
 5
 6    * * * * * * * * * * * * *
 7    IN RE: NEURONTIN MARKETING SALES      *
 8    PRACTICES AND PRODUCTS LIABILITY      *
 9    LITIGATION                            *
10                                          *
11    * * * * * * * * * * * * *
12
13            VOLUME I
14            PAGES 1-222
15
16
17        VIDEOTAPED DEPOSITION OF
18        ANTHONY J. ROTHSCHILD, M.D.
19
20    DATE: TUESDAY, JANUARY 15, 2008
21    TIME: 9:09 A.M. TO 2:43 P.M.
```

**Page 2**

```
 1    STATE OF NEW YORK
 2    COUNTY OF NEW YOUR
 3         Index No. 765000
 4
 5    * * * * * * * * * * * * *
 6    IN RE: NEURONTIN PRODUCT         *
 7    LIABILITY LITIGATION             *
 8    * * * * * * * * * * * * *
 9
10        VIDEOTAPED DEPOSITION OF ANTHONY J.
11    ROTHSCHILD, M.D., a witness called on behalf
12    of the Products Liability Plaintiffs,
13    pursuant to the Federal and New York Rules
14    of Civil Procedure, before Jessica L.
15    Williamson, Registered Merit Reporter,
16    Certified Realtime Reporter, Certified CART
17    Provider and Notary Public in and for the
18    Commonwealth of Massachusetts, at the
19    Offices of Hare & Chaffin, 160 Federal
20    Street, Boston, Massachusetts, on Tuesday,
21    January 15, 2008, commencing at 9:09 a.m.
```

**Page 3**

```
 1    APPEARANCES
 2
 3    FINKELSTEIN & PARTNERS
 4       (By Andrew G. Finkelstein, Esq.
 5       and Kenneth B. Fromson, Esq.)
 6       436 Robinson Avenue
 7       Newburgh, New York 12550
 8       (800) 634-1212, ext. 9451
 9       afinkelstein@lawampm.com
10       kfromson@lawampm.com
11       Counsel for the Products Liability
12       Plaintiffs
13
14    SHOOK, HARDY & BACON, L.L.P.
15       (By Lori Connors McGroder, Esq.
16       and Trey Alford, Esq. -
17       Present via Telephone)
18       2555 Grand Boulevard
19       Kansas City, Missouri 64108-2613
20       (816) 474-6550
21       lmcgroder@shb.com
22       talford@shb.com
23       Counsel for the Pfizer Defendants
```

**Page 4**

```
 1    A P P E A R A N C E S, Continued
 2
 3    LAW OFFICES OF STEVEN D. HILLYARD
 4       (By Elena Gold, Esq.
 5       Present via telephone.)
 6       345 California Street
 7       Suite 1770
 8       San Francisco, California 54104
 9       (415) 334-6880
10       egold@hdmlaw.com
11       Counsel for Raymond Jennings, M.D.
12
13    ALSO PRESENT:
14       Bill Slater, Videographer
```

Rothschild, Anthony MD (Defense Expert) 1/15/2008 9:09:00 AM

**Page 5**

```
 1              INDEX
 2  DEPONENT                          PAGE
 3  ANTHONY J. ROTHSCHILD, M.D.
 4  Examination By Mr. Finkelstein     9, 220
 5  Examination By Ms. McGroder        218
 6
 7              EXHIBITS
 8  NO.                               PAGE
 9  1  Bound document entitled         136
       "Pfizer Submissions to the
10     Food and Drug Administration"
11  2  Bound document entitled         137
       "Epilepsy Integrate Summary of
12     Safety, Summary and Appendix
       B.33"
13
    4  Article entitled "Reexposure    180
14     to Fluoxetine After Serious
       Suicide Attempts by Three
15     Patients: The Role of
       Akathisia"
16
    3  Article entitled "Treatment of  195
17     Social Phobia With Gabapentin:
       A Placebo-Controlled Study"
18
    5  Article entitled               195
19     "Placebo-Controlled Study of
       Gabapentin Treatment of Panic
20     Disorder"
21  6  Special Review entitled "The    201
       clinical use of gabapentin in
22     bipolar spectrum disorders"
23  7  Folder with letters and         205
       correspondences
24
25
```

**Page 6**

```
 1              EXHIBITS
    NO.                               PAGE
 2
    8  Expert Report headed "In Re:    217
 3     Neurontin, General Causation
       Report, Submitted by Anthony
 4     J. Rothschild, M.D., December
       19, 2007"
 5
 6
 7
 8
 9  Note: Original Exhibits 1 - 8 were retained
10  by the court reporter and forwarded to
11  Veritext New Jersey for distribution.
```

**Page 7**

```
 1              PROCEEDINGS
 2          THE VIDEOGRAPHER: This is the
 3  video operator speaking, Bill Slater of
 4  Veritext. Today's date is January 15th,
 5  2008. The time on the video screen is 9:09
 6  a.m. We're here at the offices of Hare &
 7  Chaffin, located at 160 Federal Street,
 8  Boston, Massachusetts, to take the
 9  videotaped deposition of Dr. Anthony
10  Rothschild in the matter of In Re:
11  Neurontin Marketing Sales Practices and
12  Products Liability Litigation, United States
13  District Court, District of Massachusetts,
14  MDL Docket No. 1629, Master File
15  No. 04-10981.
16          Will counsel please voice identify
17  yourselves and state whom you represent.
18          MR. FINKELSTEIN: Andrew
19  Finkelstein, Finkelstein & Partners, on
20  behalf of the products liability plaintiffs.
21          MR. FROMSON: Kenneth Fromson,
22  Finkelstein & Partners, on behalf of the
23  products liability plaintiffs.
24          MS. McGRODER: Lori McGroder of
25  Shook, Hardy & Bacon on behalf of Pfizer
```

**Page 8**

```
 1  defendants.
 2          MR. FINKELSTEIN: And whoever's on
 3  the phone, can you announce your appearance,
 4  please.
 5          MR. ALFORD: Yes. Trey Alford with
 6  Shook, Hardy & Bacon on behalf of the Pfizer
 7  defendants.
 8          MS. GOLD: Elena Gold, Law Offices
 9  of Steven Hillyard for Raymond Jennings,
10  M.D.
11          MR. FROMSON: Elena, you're in
12  California?
13          MS. GOLD: Yes.
14          THE VIDEOGRAPHER: Will the court
15  reporter, Jessica Williamson, please swear
16  in the witness.
17
18          ANTHONY J. ROTHSCHILD, M.D.,
19  a witness called on behalf of the
20  Plaintiffs, having first been duly sworn,
21  was deposed and testifies as follows:
22
23
24
25
```

Page 65

1  A. Their main charter? No.
2  Q. Would you agree that the literature does not
3     exclude the theory that Neurontin use may
4     lead to suicidal behavior?
5  A. I have never seen any article in the medical
6     literature that even suggested that
7     Neurontin causes suicide.
8  Q. My question was, not that it causes, have
9     you read any medical literature that it
10    excludes the theory that Neurontin may lead
11    to suicidal behavior?
12 A. I've never seen any article in the medical
13    literature that even discussed a
14    relationship of Neurontin to suicide.
15 Q. You agree it's important to be thorough in
16    what you've been retained to do here?
17 A. Yes.
18 Q. And if such an article exists, you would be
19    reticent (sic) with respect to your duties?
20       MS. McGRODER: Object to form.
21 A. If I missed something, I would be happy to
22    look at it, and I would be happy to comment
23    on it.
24 Q. Okay. Based on what you know in psychiatry,
25    would you agree that many knowledgeable

Page 66

1     scientists and physicians accept a working
2     hypothesis that a pharmacological agent can
3     transition someone from being imminently
4     suicidal to not being suicidal?
5  A. Is there a medication -- a pharmacologic
6     agent that can turn somebody from imminently
7     suicidal to not suicidal? Over what time
8     period?
9  Q. Any time period you want to provide.
10       MS. McGRODER: Object to form.
11 A. Well, "imminently suicidal" means -- let's
12    just make sure we're clear on the terms --
13    means somebody's about to commit suicide.
14    That's what psychiatrists might use to put
15    someone in a hospital; they're imminently
16    suicidal. So --
17 Q. Are there any FDA-approved medications for
18    that situation if someone presents at a
19    hospital that's imminently suicidal to be
20    given to that individual to relieve them of
21    their suicidal ideations?
22 A. Well, getting back to your first question
23    over the time period. I mean, you know, if
24    somebody's suicidal because they're
25    suffering from major depression, we give

Page 67

1     them antidepressants, but those can take
2     several weeks to work. Lithium carbonate
3     has been shown to decrease risk of suicide
4     over time in long-term studies in people
5     with bipolar disorder. There's some
6     suggestion in the literature that clozapine
7     decreases the risk of suicide in people
8     suffering from schizophrenia over a long
9     period of time, but there's no pill you can
10    give somebody that's going to work within 24
11    hours.
12 Q. Let me restate -- I appreciate your concern
13    about the word "imminent," and I'll take
14    that word out. Are you aware of any
15    pharmacological agents that are appropriate
16    to prescribe to individuals who are
17    suffering from suicidal ideation with the
18    purposes of transitioning from being
19    suicidal to not being suicidal?
20 A. Yes.
21 Q. And would you agree it's not novel for a
22    physician to take the position that a
23    pharmacological agent can transition someone
24    from being suicidal to not being suicidal?
25 A. That would not be novel. That's what we

Page 68

1     call treatment.
2  Q. Based on what you know in psychiatry, would
3     you agree that many knowledgeable physicians
4     and scientists accept a working hypothesis
5     that a pharmacological agent can transition
6     someone from not being suicidal to becoming
7     suicidal?
8        MS. McGRODER: Objection.
9  A. That would be novel. Taking somebody who's
10    not suicidal and making them suicidal?
11    There's no evidence for that.
12 Q. And if a physician took the position that a
13    pharmacological agent can transition someone
14    from not being suicidal to being suicidal,
15    you would disagree they would have that
16    capability?
17 A. It would not just -- it would not just be me
18    who would disagree. That is not the
19    accepted opinion of the medical and
20    scientific community, and that's my opinion,
21    that it wouldn't be accepted. It would
22    be -- it would not be an -- that opinion
23    that a pharmacological agent could take
24    somebody who is not feeling suicidal and
25    make them suicidal would not -- is not the

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Rothschild, Anthony MD (Defense Expert-Bulger)**
12/4/2008

Rothschild, Anthony MD (Defense Expert-Bulger) 12/4/2008 8:59:00 AM

## Page 1

```
 1    UNITED STATES DISTRICT COURT
 2      DISTRICT OF MASSACHUSETTS
 3        MDL Docket No. 1629
 4        Master File No. 04-10981
 5
 6    * * * * * * * * * * * *
 7    IN RE: NEURONTIN MARKETING SALES   *
 8    PRACTICES AND PRODUCTS LIABILITY   *
 9    LITIGATION                         *
10                                       *
11    THIS DOCUMENT RELATES TO:          *
12                                       *
13    Bulger v. Pfizer, et al.           *
14    07-CV-11426-PBS                    *
15    * * * * * * * * * * * *
16    Job No.: 181816
17              VOLUME I
18              PAGES 1-79
19         VIDEOTAPED DEPOSITION OF
20         ANTHONY J. ROTHSCHILD, M.D.
21
22    DATE: THURSDAY, DECEMBER 4, 2008
23    TIME: 8:59 A.M. TO 10:27 P.M.
24
25         VIDEOTAPED DEPOSITION OF ANTHONY J.
```

## Page 2

```
 1    ROTHSCHILD, M.D., a witness called on behalf
 2    of the Products Liability Plaintiffs,
 3    pursuant to the Federal Rules of Civil
 4    Procedure, before Jessica L. Williamson,
 5    Registered Merit Reporter, Certified
 6    Realtime Reporter, Certified CART Provider
 7    and Notary Public in and for the
 8    Commonwealth of Massachusetts, at the
 9    Offices of Hare & Chaffin, 160 Federal
10    Street, Boston, Massachusetts, on Thursday,
11    December 4, 2008, commencing at 8:59 a.m.
12
13    APPEARANCES
14
15    FINKELSTEIN & PARTNERS
16      (By Ronald Rosenkranz, Esq.
17       and Kenneth B. Fromson, Esq.)
18      436 Robinson Avenue
19      Newburgh, New York  12550
20      (800) 634-1212, ext. 9451
21      rrosenkranz@lawampm.com
22      kfromson@lawampm.com
23      Counsel for the Products Liability
24      Plaintiffs
25
```

## Page 3

```
 1    A P P E A R A N C E S, Continued
 2
 3    SHOOK, HARDY & BACON, L.L.P.
 4      (By Lori Connors McGroder, Esq.)
 5      2555 Grand Boulevard
 6      Kansas City, Missouri  64108-2613
 7      (816) 474-6550
 8      lmcgroder@shb.com
 9      Counsel for the Pfizer Defendants
10
11    ALSO PRESENT:
12
13    Tom Tracy, Videographer
```

## Page 4

```
 1                I N D E X
 2    DEPONENT                      PAGE
 3    ANTHONY J. ROTHSCHILD, M.D.
 4    Examination By Mr. Rosenkranz    6
 5
 6              E X H I B I T S
 7    NO.                           PAGE
 8    1  Report dated 11/10/08        6
 9    2  File Folder                 17
10
11
12
13    Note: Original Exhibit 1, along with a copy
14    of Exhibit 2, was retained by the court
15    reporter and forwarded on to Veritext New
16    Jersey for distribution.  Original Exhibit 2
17    was retained by the Deponent.
```

Rothschild, Anthony MD (Defense Expert-Bulger) 12/4/2008 8:59:00 AM

**Page 29**

```
 1    lectures at seminars or grand rounds.
 2    Sometimes the grand rounds at a medical
 3    school might -- the expenses might have been
 4    paid by Pfizer.
 5         I think at times the lectures focused
 6    on -- particular in the early '90s when
 7    Pfizer had an antidepressant that was com --
 8    had come on the market called Zoloft, given
 9    that there were only two antidepressants in
10    that class at the time, Prozac and Zoloft, I
11    mean, a lot of the lecture might have
12    focused on Zoloft.
13         As time went on, you know, the
14    lectures might have been more broadly about
15    the treatment of depression. So the
16    lectures actually for the most part were all
17    my slides, my content and so forth, and it
18    may have covered a Pfizer product, but it
19    wasn't primarily on a Pfizer product.
20  Q. When it is Pfizer products, though, don't
21    they -- when you're -- I'm not talking about
22    a CME, I'm talking about being part of the
23    Speakers' Bureau -- doesn't Pfizer take a
24    look at what you intend to present and
25    either edit it or accept it or reject it?
```

**Page 30**

```
 1    Don't they have control over what you're
 2    going to say about their products?
 3  A. Actually, during --
 4         MS. McGRODER: Wait. Object to
 5    form. Just give me a chance to object --
 6         THE WITNESS: Sure.
 7         MS. McGRODER: -- before you give
 8    your answer.
 9  A. The answer is no. I mean, they were my own
10    slides, and they were not reviewed by
11    anyone.
12  Q. When you're a part of their Speakers'
13    Bureau, do they train you?
14  A. I'm trying to remember if Pfizer ever did
15    that. I actually don't recall ever going to
16    a speakers' training. I mean, nowadays I
17    think that companies do that, but back then
18    I don't recall going to a Pfizer speakers'
19    training.
20  Q. So you never went to a class, you never
21    received any materials, you -- it was never
22    discussed with you how you should present --
23    in what light you should present their
24    products or anything of that nature?
25  A. No.
```

**Page 31**

```
 1         MS. McGRODER: Object to form.
 2  A. No.
 3  Q. But when you did speak on behalf of their
 4    products, you were in fact paid by them,
 5    were you not?
 6         MS. McGRODER: Object to form.
 7  A. Well, again, I never viewed it as speaking
 8    on behalf of their products, but I did
 9    receive an honorarium from them when I did
10    do these speaking engagements.
11  Q. Okay. Now, what do you consider to be some
12    of the stronger suicidal risk factors?
13  A. As I think I mentioned a moment ago, if you
14    look at, for example, the Moscicki article,
15    she wrote that 90 percent of all completed
16    suicides can be explained by the presence of
17    either a mood disorder or substance abuse
18    and access to lethal means. And I agree
19    with that. I mean, I think that the mood
20    disorders and substance abuse are big ones,
21    and then I think I also mentioned that a
22    past history of a suicide attempt is another
23    one.
24  Q. Okay. Would you agree that notwithstanding
25    they are considered strong factors, that the
```

**Page 32**

```
 1    majority of people who have those factors do
 2    not commit suicide?
 3  A. As you know, suicide is a rare event, so
 4    that's -- there are -- there are many more
 5    people who feel suicidal than commit
 6    suicide. There are many more people that
 7    make attempts than actually commit suicide,
 8    so yes.
 9  Q. Okay. Do you know for what indication Susan
10    Bulger was prescribed Neurontin?
11  A. Well, I believe that Susan Bulger was
12    prescribed Neurontin by her physicians for
13    pain, but I think your question said
14    "indication," so it would have been an off-
15    label use, I think.
16  Q. Okay. Doctor, you're familiar with the
17    FDA's meta-analysis, are you not?
18  A. Yes, I'm familiar with it.
19  Q. The one I'm referring to is the basis of the
20    advisory board hearing in July of 2008?
21         MS. McGRODER: Object to form.
22  A. Well, the FDA did a meta-analysis prior
23    to -- prior to the meeting that they had in
24    July, yeah.
25  Q. Okay. Would you agree that the meta-
```

Rothschild, Anthony MD (Defense Expert-Bulger) 12/4/2008 8:59:00 AM

### Page 33

```
1    analysis was scientific? I'm not asking
2    whether you agree or disagree with it. I'm
3    just asking you right now if you agree that
4    it was scientifically done.
5  A. If you phrase the question that way, I'd
6    have to answer no.
7  Q. You do not believe that it was
8    scientifically done?
9  A. It was an analysis done by a regulatory
10   body, and they do things that, you know, are
11   not scientific in the sense -- you know, and
12   let me explain. I mean, if you wanted to do
13   a meta-analysis to answer the question, you
14   know -- to say does Neurontin cause suicide,
15   you would look at the data on Neurontin, you
16   wouldn't bring in data from other drugs. In
17   that sense it's not scientific. I don't
18   mean to fault them. They're a regulatory
19   body. They have a job to do, and they do
20   things that are, quote-unquote, not
21   scientific, but if you asked the question,
22   you know, is it scientific, I'd have to
23   answer no for that reason.
24 Q. Okay. Can you tell me if there is any drug
25   that you're aware of that can cause or
```

### Page 34

```
1    contribute to suicide?
2  A. No.
3  Q. Okay. Would you agree that the FDA's
4    meta-analysis, notwithstanding you do not
5    believe it was scientific, that to at least
6    the FDA it demonstrated that antiepileptic
7    drugs as a class or as a -- have an
8    increased risk or association of
9    suicidality --
10        MS. McGRODER: Object to form.
11 Q. -- relative placebo?
12        MS. McGRODER: Object to form.
13 A. Well, first of all, they never said the word
14   "cause." They said there was an
15   association.
16 Q. I used the -- I used the word "association,"
17   but --
18 A. Okay. Just so we're clear --
19 Q. Okay.
20 A. -- they said that there was -- in their
21   meta-analysis that there was a statistical
22   association between the group of
23   antiepileptics -- I think it was around .4
24   percent -- versus the .2 percent on placebo
25   and -- with suicidality.
```

### Page 35

```
1  Q. Yes.
2  A. I know you said -- I mean --
3  Q. I think I said suicidality.
4  A. You did, yes.
5  Q. Okay. And would you agree that the vote
6    that was taken to come to that determination
7    was 20 to zero with one abstention?
8        MS. McGRODER: Object to form.
9  A. The vote on what?
10 Q. On whether or not, in fact, antiepileptic
11   drugs as a class are associated with
12   suicidality.
13        MS. McGRODER: Same objection.
14 A. Well, you know, they took a number of votes.
15   I mean, actually, if you may recall, at the
16   hearing the first thing they looked at is
17   whether or not the -- well, actually, I
18   don't know if it was the first thing, but
19   one of the things the FDA originally
20   proposed was to make this a black box
21   warning, and they voted that down, okay?
22   I actually don't recall if they
23   actually voted, you know, with the raise of
24   the hands and the count on the suicidality
25   question, but I mean, I certainly think the
```

### Page 36

```
1    committee accepted that consensus. I mean,
2    you may be accurate. I just don't recall if
3    there was a vote, it was 20 to nothing or
4    what it was.
5  Q. You recall the vote about the black box, you
6    don't recall the vote about --
7  A. I definitely recall --
8  Q. -- the suicidality?
9  A. -- the black box because there were a lot of
10   strong -- I remember there were a lot of
11   strong opinions about not putting in a black
12   box, that it didn't rise to the level of the
13   black box, and so that I do recall.
14 Q. Is it your testimony, as you sit here,
15   Doctor, on December 4th, 2008 that you do
16   not expect in the not too distant future
17   some change in the labels with respect to
18   antiepileptic drugs, including Neurontin,
19   that will very possibly include some type of
20   added warning or precaution?
21        MS. McGRODER: Object to form.
22 A. Well, I think -- I think there was
23   certainly, I mean, consensus in my take-away
24   from the hearing that there was going to be
25   some kind of a change. What specifically
```