EXHIBIT F

# Neurontin Track One (Plaintiff / Prescriber / Expert Depos)
## Sanacora, Gerard MD (Defense Expert)
1/18/2008

Sanacora, Gerard MD (Defense Expert)  1/18/2008  9:14:00 AM

```
                                                 1
 2       UNITED STATES DISTRICT COURT
 3       FOR THE DISTRICT OF MASSACHUSETTS
 4   ------------------------------x
 5   IN RE NEURONTIN MARKETING AND
     SALES PRACTICES LITIGATION
 6
     MDL Docket No. 1629
 7   Master File No., 04-10981
     Judge Patti B. Saris
 8   Magistrate Leo T. Sorokin
     ------------------------------x
 9
10
11       SUPREME COURT OF THE STATE OF NEW YORK
12           COUNTY OF NEW YORK,
13
     ------------------------x
14
     IN RE: NEW YORK NEURONTIN
15   PRODUCTS LIABILITY LITIGATION
16   Case Management
     IndexNo. 765,000/2006
17   Hon. Marcy S. Friedman
     ------------------------x
18
               January 18, 2008
19             9:14 a.m.
20
21
22
23
24
25
```

```
                                                 2
 2
 3
 4       Deposition of GERARD SANACORA, M.D.,
 5   PH.D., taken by Class Plaintiffs, at the Omni
 6   New Haven Hotel, 155 Temple Street, New Haven,
 7   Connecticut, before Brandon Rainoff, a Federal
 8   Certified Realtime Reporter and Notary Public of
 9   the State of New York.
10
...
25
```

```
                                                 3
 2   APPEARANCES:
 3
 4   FINKELSTEIN & PARTNERS
 5       Attorneys for Product Liability Plaintiffs
 6           785 Broadway, 3rd Floor
 7           Kingston, NY 12401
 8           (800) 634-1212
 9       BY:  ANDREW G. FINKELSTEIN, ESQ.
10            KENNETH B. FROMSON, ESQ.
11
12   THE LANIER LAW FIRM
13       Attorneys for Plaintiffs
14           6810 FM 1960 West
15           Houston, Texas 77069
16       BY:  KENNETH S. SOH, ESQ.
17
18   SHOOK, HARDY & BACON LLP
19       Attorneys for Pfizer
20           2555 Grand Blvd.
21           Kansas City, Missouri 64108-2613
22       BY:  LEIGH A.M. RAYMOND, Ph.D.
23            TREY ALFORD, ESQ. (By telephone)
24
25
```

```
                                                 4
 2   A P P E A R A N C E S (Continued):
 3
 4   WHEELER TRIGG KENNEDY LLP
 5       Attorneys for Pfizer and the witness
 6           1801 California Street, Suite 3600
 7           Denver, Colorado 80202-2617
 8       BY:  JAMES E. HOOPER, JR.
 9
10
11
12   APPEARING BY TELEPHONE:
13
14   OFFICES OF STEVEN HILLYARD
15       Attorneys for Dr. Jennings
16           345 California Street
17           San Francisco, California 94117
18       BY:  ANNA FURNISS, ESQ.
19
20
21
22   ALSO PRESENT:
23   SHAWN BUDD, Nationwide Video, Videographer
24
25
```

Sanacora, Gerard MD (Defense Expert)  1/18/2008  9:14:00 AM

Page 81

1  GERARD SANACORA, M.D., Ph.D.
2  Q. Do you have an opinion as to what
3  their antidepressant qualities are of the SSRIs
4  as a class?
5     MR. HOOPER: Object to form.
6  A. I'm sorry, if you could --
7  Q. Do you believe the SSRIs are
8  efficacious in treating major depressive
9  disorder?
10 A. I believe there is efficacy in
11 treating major depressive disorder in some
12 patients, yes.
13 Q. With SSRIs?
14 A. Yes.
15 Q. And those that you believe there is
16 efficacy for treating major depressive disorder
17 with SSRIs, from a biological standpoint, can
18 you explain why that is?
19 A. I could tell you what the prevalent
20 theories are at this point, that there is
21 acting -- and I think right now the predominant
22 theory would be acting at the serotonin
23 transporter, changing serotonergic
24 neurotransmission at the post-synaptic neuron
25 sets off a cascade of events including changes

Page 82

1  GERARD SANACORA, M.D., Ph.D.
2  in receptor expression at -- so there is up
3  regulation, there is down regulation, there is
4  at least 14, probably more than 17 different
5  serotonin receptors.
6     So activation is some --
7  post-synaptically, presynaptically, it's a very
8  complex mechanism that sets off a cascade of
9  events, acting, again, we discussed through
10 second messenger systems that eventually have
11 effects on gene expression that then have
12 effects on protein expression and then have
13 structural effects on the brain that in some way
14 at the end of that black box leads to
15 improvement in mood or improvement from the
16 symptoms of depression.
17 Q. Are all SSRIs as a class effective in
18 treating depression?
19 A. I can't answer that. I mean, I don't
20 know every possible selective serotonin reuptake
21 inhibitor.
22    Are you talking the ones that are
23 indicated?
24 Q. Yes, the ones that --
25 A. The ones that are indicated for the

Page 83

1  GERARD SANACORA, M.D., Ph.D.
2  treatment of depression are effective, I
3  believe, for the treatment of depression.
4  Q. Do you understand whether or not all
5  SSRIs that are approved for the indication of
6  depression -- and I'll use that globally -- have
7  risks associated with them?
8  A. Yes.
9  Q. What do you understand the risks
10 associated with all SSRIs as a class with
11 respect to deleterious effects on mood?
12    MR. HOOPER: Object to form.
13 A. Again, deleterious effects meaning
14 worsening --
15 Q. Negative effect on mood.
16 A. Okay. It is not uncommon to get some
17 increase in anxiety or restlessness with
18 antidepressants in some small percent of people.
19 There are also sexual adverse events that can be
20 reported, delayed orgasm and other things that
21 could be considered a deleterious effect on
22 mood, and there is very contested but currently
23 investigated view that some of the SSRIs might
24 increase suicidal ideation especially in
25 children, in adolescents.

Page 84

1  GERARD SANACORA, M.D., Ph.D.
2  Q. From a biological standpoint, can you
3  explain how an SSRI may increase suicidal
4  ideation in adolescents?
5  A. No.
6  Q. Do you believe that SSRIs have the
7  capacity to cause suicidal ideation in
8  adolescents, do you accept that hypothesis?
9     MR. HOOPER: Objection.
10 A. I think it is a hypothesis that we
11 still -- it is an incredibly important
12 hypothesis that we still really need to pursue.
13 I think there is enough there that we need to
14 continue to do further research.
15 Q. My question is do you accept the
16 hypothesis that given the current science as it
17 is now?
18 A. I am still on the fence with that. I
19 think -- I think it is important enough that we
20 really pursue it right now and take great
21 caution and consider that hypothesis when we
22 prescribe.
23 Q. What type of caution would you provide
24 to a patient, adolescent who is about to
25 undertake a course of SSRI treatment?

Sanacora, Gerard MD (Defense Expert)  1/18/2008  9:14:00 AM

Page 85

1  GERARD SANACORA, M.D., Ph.D.
2  A.  When weighing the risk-benefit ratio I
3  would -- in prescribing any medication, like I
4  said, there is always that risk-benefit ratio.
5  This would weight a little bit heavier on the
6  risk side for me. I would inform the patient
7  that currently it is considered a major concern
8  and that there might be some risk, specifically
9  any adolescent, even early 20-year-old I would
10  do that.
11  Q.  Can you explain what the mechanism of
12  action that serves as the foundation for the
13  SSRI hypothesis of inducing suicidal thought in
14  adolescents?
15  A.  No, I really can't.
16  Q.  I just didn't hear you.
17  A.  No, I really can't.
18  Q.  Why is it that you can't explain that?
19  A.  I don't think it is known. First of
20  all, I am not convinced that it is known that it
21  does happen without knowing what the mechanism
22  of it would be.
23  Q.  Have you ever heard of the term
24  serotonergic dysfunction?
25  A.  I have heard it used, yes.

Page 86

1  GERARD SANACORA, M.D., Ph.D.
2  Q.  Have you ever used it?
3  A.  Have I ever used it?
4  Q.  I mean, is it a term that you use?
5  A.  It is not a term I commonly use at
6  present. It is not a term I commonly use.
7  Q.  Based on what is known in psychiatry,
8  would you agree that many knowledgeable
9  scientists and physicians accept the working
10  hypothesis that serotonergic dysfunction is
11  related to negative effects on mood in humans?
12  A.  I guess I just ask -- we can agree
13  upon a definition of serotonergic dysfunction.
14  Q.  What do you understand the term
15  "dysfunction" to be?
16  A.  To me it would mean abnormal function.
17  Q.  Based on what you know in psychiatry,
18  would you agree that many knowledgeable
19  scientists and physicians accept the working
20  hypothesis that abnormal function of the
21  serotonergic systems is related to negative
22  effects on mood and behavior in humans?
23  MR. HOOPER: Objection.
24  A.  I guess I would agree that it would be
25  commonly accepted that there is an association

Page 87

1  GERARD SANACORA, M.D., Ph.D.
2  between abnormal serotonergic measures and the
3  diagnosis of depression.
4  Q.  Would you agree that there is -- it is
5  well known in psychiatry that there is an
6  association between low measures of serotonin
7  and suicide victims?
8  A.  There are -- there is a fairly large
9  literature base showing abnormal measures of
10  serotonin associated with suicide, yes.
11  Q.  Have you reviewed that literature base
12  for purposes of this litigation?
13  A.  I have reviewed some of it, yes. I
14  don't think I have reviewed exhaustively every
15  study, but yes.
16  Q.  Did you think it was important to
17  review for purposes of this litigation?
18  A.  Yes. To some extent, yes.
19  Q.  Why?
20  A.  Because I was asked to review that, I
21  guess with the -- knowing that this would be
22  asked about.
23  Q.  What did you review that you recall?
24  A.  I reviewed a lot of John Mann studies
25  going through those. I reviewed Asberg and a

Page 88

1  GERARD SANACORA, M.D., Ph.D.
2  few others, older studies, studies by Maria
3  Oquendo.
4  Q.  You said John Mann studies?
5  A.  The Columbia Group.
6  Q.  And Asberg --
7  A.  I'm not sure.
8  Q.  -- you said?
9  A.  Trying to remember the actual name.
10  Yes, an older study.
11  Q.  And I just didn't hear the third name.
12  A.  Maria Oquendo who is actually part of
13  John Mann's group, so it is the Columbia Group.
14  Q.  So Maria Oquendo?
15  A.  O-Q-U-E-N-D-O.
16  Q.  Would you agree that it is not novel
17  in the medical field or the scientific community
18  to accept a working hypothesis that low
19  serotonin is associated with postmortem studies
20  of suicide victims?
21  MR. HOOPER: Objection.
22  A.  I would agree that it is not -- I'm
23  coming to accept that low serotonin measures
24  have -- are associated -- are found commonly in
25  suicide victims.

Sanacora, Gerard MD (Defense Expert) 1/18/2008 9:14:00 AM

### Page 181

GERARD SANACORA, M.D., Ph.D.

event, I don't -- I think it would matter what psychiatric adverse event.

Q. Suicidal ideation.

A. I mean, that's something that's not fairly -- it is completely subjective, so the things that are subjective I think might have less value than some other challenge, rechallenge, specifically like the rash. You know, you take the drug, you get the rash; you stop the drug, it goes away; you start it again, it comes back again. Or liver enzymes going up when you take the drug, coming down when you stop it.

Those I would put more credence in, and I think we used the word "weight," I would put more weight on those than I would subjective.

Q. Do you put any weight to whether or not the clinical investigator believed it was possibly or probably related to a study medication?

A. Again, it is all -- we are talking relative terms. I would put some more weight but I wouldn't -- it would be far from

### Page 182

GERARD SANACORA, M.D., Ph.D.

convincing me that it was real.

Q. Do you believe there is any social stigmas attached to individuals who attempt suicide?

A. Do I believe -- I'm sure, yes, some people have -- hold a social stigma for that.

Q. Appreciate your time. I am done and we'll pass the witness.

EXAMINATION

BY MR. HOOPER:

Q. Dr. Sanacora, do you recall testifying earlier this morning in the first hour in response to various questions about the neurobiology of the GABA and monoamine systems?

A. Yes.

Q. Do you recall testifying earlier this morning in that first hour in response to numerous questions about the subject of neurotransmission or signaling between nerves in the brain?

A. Yes.

Q. Do you recall testifying this morning in response to questions that asked you about very specific locations in the brain including

### Page 183

GERARD SANACORA, M.D., Ph.D.

prefrontal cortex, occipital cortex, raphe nuclei and limbic areas?

A. Yes.

Q. Do you also recall testifying this morning in response to a number of questions about the pharmacological properties of gabapentin?

A. Yes.

Q. In your opinion, Dr. Sanacora, is there any reliable scientific evidence that Neurontin has any affect on any aspect of brain function that increases the risk of or that causes depression or suicidal behavior?

A. No. In fact, as I state in my report, the evidence -- the only thing that I see in terms of human studies is this elevation in occipital cortex tissue GABA content is what we frequently see in our studies to be associated with drugs that have antidepressant properties.

So we see in our studies with SSRIs increasing, we see electroconvulsive therapy increasing it. Other groups see things like yogurt increasing it. And we see the opposite in depressed patients. We actually see low

### Page 184

GERARD SANACORA, M.D., Ph.D.

levels of this.

So if we really had to make a stretch, because I am not saying that I think these changes in occipital lobe are directly causative of any type of mood effects, but if anything the evidence would seem to suggest that the properties of gabapentin in increasing occipital cortex GABA would be more associated with an antidepressant response.

Q. In response to -- well, in various questions and responses to questions, the word "association" has been used, correct?

A. Correct.

Q. That is a word that is akin as a noun to the word "relationship"?

A. Yes.

Q. It is a word that can mean many different things in many different contexts depending on how we use it and what adjectives we put with it, correct?

A. Correct.

Q. There is such a thing as a temporal, T-E-M-P-O-R-A-L, temporal association, correct?

A. Correct.