UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No.: 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No.: 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Shearer v. Pfizer Inc.*, 1:07-cv-11428-PBS :
:
---------------------------------------------------------------x

**PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE ANY
MENTION AT TRIAL BY DEFENDANTS THAT THE NEURONTIN
PACKAGE INSERT WAS LABELED TO WARN AGAINST COMPLETED
SUICIDE PRIOR TO THE DECEMBER 21, 2005 LABELING CHANGE**

Plaintiff LINDA SHEARER, as Executrix of the Estate of Hartley Parker Shearer, deceased, by and through her counsel, hereby moves this Court for an order precluding any comment, evidence, testimony, inference or document concerning that the Neurontin package insert was labeled to warn against completed suicide prior to the December 21, 2005 labeling change.

This Motion is supported by Plaintiff's Memorandum in Support, and the Declaration of Andrew G. Finkelstein, Esq. and exhibits annexed thereto, submitted herewith.

Dated: February 22, 2010                              Respectfully submitted,

                                        By:    /s/ W. Mark Lanier
                                               W. Mark Lanier, Esquire
                                               THE LANIER LAW FIRM, P.L.L.C.
                                               126 East 56th Street, 6th Floor
                                               New York, NY  10022

By:     /s/ Andrew G. Finkelstein
   Andrew G. Finkelstein, Esquire
   Finkelstein & Partners, LLP
   1279 Route 300, P.O. Box 1111
   Newburgh, NY  12551

   *Attorneys for Plaintiff Linda B. Shearer*

## CERTIFICATION OF GOOD FAITH

I hereby certify that Plaintiff's counsel has conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:  February 22, 2010

     /s/ Andrew G. Finkelstein
     Andrew G. Finkelstein, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 22, 2010.

     /s/ Andrew G. Finkelstein
     Andrew G. Finkelstein, Esquire