UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------x
:    MDL Docket No. 1629
In re: NEURONTIN MARKETING,         :
　　　　SALES PRACTICES AND            :    Master File No. 04-10981
　　　　PRODUCTS LIABILITY LITIGATION  :
:    Judge Patti B. Saris
----------------------------------------------------------x
:    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO            :
:
*Shearer v. Pfizer Inc.*, 1:07-cv-11428-PBS  :
:
----------------------------------------------------------x

### DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE ANY MENTION AT TRIAL BY DEFENDANTS THAT THE NEURONTIN PACKAGE INSERT WAS LABELED TO WARN AGAINST COMPLETED SUICIDE PRIOR TO THE DECEMBER 21, 2005 LABELING CHANGE

I, Andrew G. Finkelstein, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in support of Plaintiff's Motion in Limine to preclude any mention at trial by Defendants that the Neurontin package insert was labeled to warn against completed suicide prior to the December 21, 2005 labeling change.

3. The following documents are attached hereto in support of this motion:

Exhibit A  -  October 20, 2005, FDA e-mail to Defendants

Exhibit B  -  October 27, 2005, FDA e-mail in response to a phone call from Defendant employee Manini Patel.

Exhibit C  -  November 18, 2005, Defendants contacted the FDA

Exhibit D  -  November 27, 2005, reply from FDA to Defendants

Exhibit E  -  Defendants' December 21, 2005 formal request to FDA to change the label.

Exhibit F  -  FDA's May 3, 2006 approval of the labeling change

Exhibit G  -  Portion of Defendants' Exhibit 7049(196) is the periodic report for Neurontin in the period August 19, 2004 through August 18, 2005

Exhibit H  -  2005 Periodic Report for Neurontin covering the period from August 19, 2005 through August 18, 2006 (Exhibit 5661 on Plaintiff's Exhibit List).

Exhibit  I  -  Charts Plaintiff prepared from the ArisG adverse event database produced by Defendants and listed as Plaintiff Trial Exhibit 5311

Exhibit  J  -  FDA Regulation 21 C.F.R § 314.80(a)

Exhibit K  -  Excerpts of the Deposition of Janet Arrowsmith-Lowe, January 8, 2009, pp. 136:14-137:10

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 22, 2010

    **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein
FINKELSTEIN & PARTNERS, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Attorneys for Plaintiff Linda B. Shearer*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 22, 2010.

Dated:  February 22, 2010

    **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein

2