# EXHIBIT D

```
-----Original Message-----
From: Calder, Courtney [mailto:CalderC@cder.fda.gov]
Sent: Tuesday, November 22, 2005 9:35 AM
To: 'Patel, Manini'
Cc: 'Evertsz, Mary Ann'; 'Phelan, Kevin (New York)'
Subject: RE: : Neurontin clarification by phone request


Hi Mary Ann,
Please proceed with the minor labeling changes pertaining to suicide-
related events.
Thank you, Courtney

*******************************************************
Courtney R. Calder, Pharm.D., LT USPHS
Regulatory Project Manager
Division of Neurology Products, HFD-120
Center For Drug Evaluation and Research, FDA
Office of Drug Evaluation I
Ph: (301) 796-1050
Fax: (301) 796-9842
Email: calderc@cder.fda.gov
```



DEPOSITION EXHIBIT 32-Blume VH 11/13/07

Pfizer_Regulatory_000003