# EXHIBIT K

```
 1              UNITED STATES DISTRICT COURT           DISTRICT OF MASSA
 2                    MDL Docket No. 1629              Master File No. 04-10
 3    In re:  NEURONTIN MARKETING,
 4    SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION
 5    _____xTHIS DOCUMENT RELATES TO:
 6    Bulger v. Pfizer, et al.
 7    07-CV-11426-PBS_____x
 8
 9
10        VIDEO DEPOSITION OF JANET ARROWSMITH-LOWE, M.D.              Jan
11                       9:18 a.m.              Homewood Suites by Hilton
12                 7101 Arvada Avenue, N.E.        Albuquerque, New Mexic
13
14
15           PURSUANT TO THE FEDERAL RULES OF CIVILPROCEDURE, this deposition
16    TAKEN BY:  MR. KEITH L. ALTMAN
17              Attorney for the Products Liability       Plaintiffs
18
19
20
21
22    REPORTED BY:  Jan A. Williams, RPR, CCR 14        Bean & Associates
23                  Professional Court Reporting Service        201 Third
24                  Albuquerque, New Mexico  87102
25    (1945D)  JAW
```

1

```
 1      A.   Well, I guess there are kind of a lot of
 2   levels of that.  Whether you're talking about
 3   completed suicide or someone who attempts suicide but
 4   does not complete the act or has not acted in a way as
 5   to terminate their life, I mean they're still
 6   suicidal.
 7      Q.   Objection, nonresponsive.
 8           Does everybody who exhibits suicidal behavior
 9   actually commit suicide?
10      A.   If they exhibit suicidal behavior, it would
11   imply that they are placing themselves at risk for
12   suicide.
13      Q.   Objection, nonresponsive.
14           Does everybody who exhibits suicidal behavior
15   commit suicide?
16           MR. BARNES:  Objection, asked and answered.
17   She's answered it three times.
18   BY MR. ALTMAN:
19      Q.   She has not answered it.
20      A.   What do you mean by suicide?
21      Q.   Commits -- do you know what the term to
22   commit suicide means?
23      A.   Do you -- what do you mean by suicide?  Do
24   you mean that someone has actually killed themselves?
25      Q.   That's what to commit suicide means.
```

```
 1      A.   No, it doesn't.
 2      Q.   That's fine.
 3      A.   I don't think so.  I think you were asking me
 4  if they -- if suicide -- about suicidal behavior.
 5  That's not the same as actually a completed suicide.
 6      Q.   Okay.  That's what I'm saying.  So
 7  everybody -- so not everybody who -- who exhibits
 8  suicidal behavior actually completes suicide, correct?
 9      A.   Yes, I believe I've -- I've said that several
10  times, yes.
11      Q.   And not everybody who exhibits suicidal
12  behavior attempts suicide, correct?
13           MR. BARNES:  Objection, asked and answered.
14  You may answer.
15           THE WITNESS:  I don't know what you mean by
16  attempts suicide.
17  BY MR. ALTMAN:
18      Q.   What do you think attempts suicide means?
19      A.   I'm not asking the question.
20      Q.   I'm asking -- I'm asking what does attempt
21  suicide mean in your mind?
22      A.   It means someone has made preparatory acts to
23  commit suicide, it means that they have in some way
24  perhaps attempted to complete a suicide.  I
25  mean they -- I don't think there's a clear definition
```