UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:  MDL Docket No.: 1629
In re: NEURONTIN MARKETING,   :
SALES PRACTICES AND   :  Master File No.: 04-10981
PRODUCTS LIABILITY LITIGATION   :
:  Judge Patti B. Saris
------------------------------------------------------------x
:  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:   :
:
*Shearer v. Pfizer Inc.*, 1:07-cv-11428-PBS   :
:
------------------------------------------------------------x

**PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE ANY TESTIMONY
OR DISCUSSION BY DEFENDANTS THAT THEY COULD NOT
HAVE AMENDED THE NEURONTIN LABEL OR ISSUED
STRENGTHENED WARNINGS WITHOUT PRIOR FDA APPROVAL**

Plaintiff LINDA B. SHEARER, (hereinafter "Plaintiff"), as Executrix of the Estate of Hartley Parker Shearer, deceased, by and through her counsel, hereby moves this Court for an order precluding Defendants PFIZER INC. and WARNER-LAMBERT COMPANY LLC from arguing that they could not have amended the Neurontin label without prior approval of the United States Food and Drug Administration.

This Motion is supported by Plaintiff's Memorandum in Support and the exhibit annexed thereto, submitted herewith.

Dated:  February 22, 2010                     Respectfully submitted,

By:   **/s/ W. Mark Lanier**
W. Mark Lanier, Esquire
THE LANIER LAW FIRM, P.L.L.C.
126 East 56th Street, 6th Floor
New York, NY  10022

By:   **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

*Attorneys for Plaintiff Linda B. Shearer*

## CERTIFICATION OF GOOD FAITH

I hereby certify that Plaintiff's counsel has conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated: February 22, 2010

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on February 22, 2010.

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
