UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:

*Shearer v. Pfizer Inc.*,
Case No. 1:07-cv-11428-PBS

---

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF DAVID FRANKLIN AND EVIDENCE OF THE *FRANKLIN* LITIGATION AND OTHER CLAIMS OR ACTIONS INVOLVING NEURONTIN

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of excerpts from the December 18, 2009, deposition of David Franklin.

3. Attached as Exhibit B is a true and correct copy of excerpts from the September 12, 2000, deposition of David Franklin.

4. Attached as Exhibit C is a true and correct copy of the Disclosure of Information of David P. Franklin in *United States ex rel. Franklin v. Parke-Davis, Division of Warner-Lambert Company, & Pfizer Inc.*, No. 1:96-CV-11651-PBS (D. Mass filed Aug. 13, 1996).

5. Attached as Exhibit D is a true and correct copy of excerpts from the September 13, 2000, deposition of David P. Franklin.

6. Attached as Exhibit E is a true and correct copy of excerpts from the November 21, 2000, deposition of David P. Franklin.

Signed under the penalties of perjury this 22nd day of February, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 22, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo