UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>*Shearer v. Pfizer Inc.*,<br>Case No. 1:07-cv-11428-PBS | |

---

### DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF MARKETING OR ADVERTISING MATERIALS AND CONDUCT

Pursuant to the Federal Rules of Evidence, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully move this Court for an order excluding any evidence of or reference to any marketing, advertising, or promotional materials or conduct concerning Neurontin. Defendants recognize that the Court previously addressed this or a similar issue in the *Bulger* case and assume that the Court will issue a similar ruling in *Shearer*. To the extent that is the case, Defendants are not seeking reargument, but reserve their right to appeal from any such ruling. None of this evidence bears any connection to the claims in this litigation, thus rendering it irrelevant under Rules 401 and 402. Moreover, the unfair prejudice to Pfizer from admitting such evidence would substantially outweigh its non-existent probative value, thus mandating its exclusion under Rule 403. Further, to the extent that this evidence constitutes prior bad acts used to show Pfizer's propensity, it is inadmissible under Rule 404(b). Finally, this evidence is irrelevant to the issue of punitive damages because it lacks a sufficient nexus with Decedent's alleged harm in this case. Accordingly, all such evidence must be excluded.

The grounds for this motion are set forth in more detail in the accompanying memorandum of law and Declaration of Mark S. Cheffo.

WHEREFORE, Defendants respectfully request that the Court exclude at trial all of the evidence described above.

Dated: February 22, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

-and-

BOIES, SCHILLER & FLEXNER LLP

By: /s/ William S. Ohlemeyer
    William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
WOhlemeyer@bsfllp.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I hereby certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 22, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo