UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> *Shearer v. Pfizer Inc.*, <br> Case No. 1:07-cv-11428-PBS | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

---

### DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF MARKETING OR ADVERTISING MATERIALS AND CONDUCT

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of excerpts from the March, 27, 2008, deposition of Dr. Daniel Sullivan.

3. Attached as Exhibit B is a true and correct copy of excerpts from the November 17, 2009, deposition of Dr. Anne Hudson Angevine.

4. Attached as Exhibit C is a true and correct copy of excerpts from the November 13, 2009, deposition of Dr. Wilfred Hynes.

5. Attached as Exhibit D is a true and correct copy of excerpts from the October 28, 2008, deposition of Charles King, III, Ph.D.

6. Attached as Exhibit E is a true and correct copy of the October 22, 2007, report of Charles King, III, Ph.D.

Signed under the penalties of perjury this 22nd day of February, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 22, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo