# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~

IN RE:  NEURONTIN MARKETING, SALES

PRACTICES AND PRODUCTS LIABILITY          MDL Docket No. 1629

LITIGATION                                Master File

                                          No.04-10981

THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

Shearer v. Pfizer, Inc., et al.,

Case No. 1:07-CV-11428-PBS

CONTAINS CONFIDENTIAL INFORMATION
~~~~~~~~~~~~~~~~~~~~

Videotaped deposition of

DANIEL M. SULLIVAN, M.D.

March 27, 2008
9:00 a.m.

Taken at:
Cleveland Clinic

29800 Bainbridge Road

Solon, Ohio

CONFIDENTIAL

Donnalee Cotone, RPR, CLR

```
                                    2
 1  APPEARANCES:
 2
 3      On behalf of the Shearer Family:
 4         The Lanier Law Firm, by
 5         KENNETH S. SOH, ESQ.
 6         6810 FM 1960 West
 7         Houston, Texas  77069
 8         (713) 659-5200
 9         kss@lanierlawfirm.com
10
11      On behalf of the Defendants:
12         Shook, Hardy & Bacon, LLP, by
13         LORI R. SCHULTZ, ESQ.
14         2555 Grand Boulevard
15         Kansas City, Missouri  64108-2613
16         (816) 474-6550
17         lschultz@shb.com
18
```

```
                                    3
 1  Appearances (Continued):
 2
 3      On behalf of the Cleveland Clinic and the
 4      Witness:
 5         MATTHEW J. DONNELLY, ESQ.
 6         Office of General Counsel
 7         3050 Science Park Drive/AC321
 8         Beachwood, Ohio  44122
 9         (216) 448-0140
10         donnem1@ccf.org
11         ~ ~ ~ ~ ~
12             .
13  ALSO PRESENT:
14         Kim DiMuzio, The Videographer
15
16         ~ ~ ~ ~ ~
```

```
                                    4
 1                 I N D E X
 2
 3  EXAMINATION OF              9    14
 4  DANIEL M. SULLIVAN, M.D.
 5  BY MS. SCHULTZ
 6  EXAMINATION OF             73     5
 7  DANIEL M. SULLIVAN, M.D.
 8  BY MR. SOH
 9  EXAMINATION OF            119    11
10  DANIEL M. SULLIVAN, M.D.
11  BY MS. SCHULTZ
12  EXAMINATION OF            126    10
13  DANIEL M. SULLIVAN, M.D.
14  BY MR. SOH
15
16
17  Exhibits 1 and 2 were       8     3
18  marked
19  Exhibit 3 was marked       74    12
20  Exhibit 4 was marked       94    25
21  Exhibit 5 was marked      110    17
22  Exhibit 6 were marked     114    18
23  Exhibit 7 was marked      124     3
```

```
                                    5
 1  objection         21    1
 2  objection         65   16
 3  object            80   19
 4  object            81   24
 5  object            84   11
 6  object            85   10
 7  object            86   23
 8  object            87    4
 9  object            87   10
10  object            87   15
11  object            88    9
12  object            88   17
13  object            90   20
14  object            90   24
15  objection         93   17
16  object            98   19
17  object           100   14
18  object           100   25
19  object           101   10
20  object           101   21
21  object           102    6
22  object           102   12
23  object           102   18
24  object           103    3
25  object           103   12
```

Page 110

1  MR. SOH: Will you let me ask the
2  questions and then you can instruct him not to
3  answer?
4  MR. DONNELLY: Well --
5  MR. SOH: Let me just ask the
6  questions.
7  MR. DONNELLY: -- we can save a lot
8  of time and energy here if you ask him relevant
9  questions.
10 MR. SOH: I'm just going to ask him    11:21:04
11 questions, and you can tell him if they're
12 relevant and instruct him not to answer, okay?
13 Let me mark that as Exhibit 5. Are
14 we at Exhibit 5?
15 - - - - -
16 (Thereupon, Sullivan Deposition
17 Exhibit 5 was marked for purposes of
18 identification.)
19 - - - - -
20 Q. Dr. Sullivan, I just showed you    11:21:17
21 some call notes that were produced in this case
22 with respect to sales reps who contacted you,
23 and to be fair to the other side and your
24 attorney, they're dated 2002 to 2004. Do you
25 see that in front of you?    11:21:32

Page 111

1  A. I do.
2  MS. SCHULTZ: Just so it's clear,
3  I'm not stating that that's what these are
4  because I've never seen these documents.
5  Q. Let me ask Dr. Sullivan. Do you    11:21:40
6  recall any discussions with any sales reps
7  regarding Neurontin?
8  A. I don't.
9  Q. Let me ask you a quick question
10 here on one of the call notes, and I want to    11:21:55
11 know if it has anything to do with Neurontin.
12 That's what I'm trying to clear up here, is
13 that -- in the call note dated March 10 of
14 2004; correct?
15 A. I see it.    11:22:20
16 Q. "I discussed with him speaking
17 locally for Alzheimer's. He has done it before
18 and says he would be very willing to do it
19 again. Others that are nearby seem to really
20 like him and respect him in this area. He was    11:22:31
21 excited about the teleconference and he said he
22 would participate. Neurontin three-step
23 messaging was full deal. He talked about all
24 the ways he uses Neurontin. We discussed MGs."
25 Did you ever participate in a    11:22:46

Page 112

1  teleconference regarding Neurontin?
2  A. None that I recall.
3  Q. Okay. Was it your practice as a
4  physician to ever participate in any
5  teleconferences about any pharmaceutical drugs?    11:22:54
6  MS. SCHULTZ: Object to the form.
7  A. I think once I was -- I wasn't
8  leading the discussion, but I listened to a
9  discussion on one of the treatments, maybe
10 Aricept for Alzheimer's.    11:23:08
11 Q. Did you ever eventually speak for
12 Pfizer or any other pharmaceutical company?
13 MS. SCHULTZ: Object to the form.
14 A. I did -- on Alzheimer's treatments
15 I spoke a couple of times but for which    11:23:25
16 company, I can't remember.
17 Q. Okay. Let me ask you this: I just
18 want to get a feel. Have you ever -- you said
19 you spoke on Alzheimer's treatments for a
20 pharmaceutical company. Are there any other    11:23:39
21 times you remember receiving any remuneration
22 or any money from any pharmaceutical company in
23 your practice in Williamstown?
24 MS. SCHULTZ: Object to the form.
25 MR. DONNELLY: Object.    11:23:50

Page 113

1  Doctor, you don't have to answer
2  that.
3  A. I can't remember.
4  Q. Okay. Did you ever remember
5  speaking to any medical liaison officers for    11:23:54
6  any pharmaceutical company about Neurontin?
7  A. Can't remember that.
8  Q. Okay. Did you ever attend any
9  consultant meetings with any pharmaceutical
10 companies?    11:24:10
11 A. Once.
12 Q. Do you remember when?
13 A. The date, I can't recall, but it
14 was a meeting about Cymbalta, if I -- I think
15 was the drug.    11:24:21
16 Q. What is Cymbalta?
17 A. It's a medication -- no, it wasn't.
18 It was a meeting for Provigil. I take that
19 back.
20 Q. What is Provigil?    11:24:27
21 A. Provigil is a medication that
22 people use for sleep apnea to assist with being
23 more awake.
24 Q. Did you ever sit on any advisory
25 boards of any -- any medical advisory boards    11:24:39

29 (Pages 110 to 113)

114

1  for any pharmaceutical companies?
2    A.  No.
3    Q.  All right.  How many times -- I
4  think you testified earlier you don't recall
5  any specific sales rep meeting about Neurontin?    11:24:51
6    A.  Never.  No, I don't recall any.
7    Q.  Do you recall receiving Neurontin
8  samples at any point in time?
9    A.  I don't.
10       MR. SOH:  Tell you what, let's go    11:25:23
11  off the record for a few seconds.  I might be
12  done.
13       MS. SCHULTZ:  Okay.
14       THE VIDEOGRAPHER:  Going off the
15  record at 11:24.    11:25:32
16       - - - - -
17       (Thereupon, Sullivan Deposition
18       Exhibit 6 was marked for purposes of
19       identification.)
20       - - - - -    11:28:25
21       THE VIDEOGRAPHER:  Going back on
22  the record at 11:27.
23  BY MR. SOH:
24    Q.  One last line of questions for you,
25  Dr. Sullivan.  I've marked -- given to you    11:28:32

115

1  something marked as Exhibit 6, which is a
2  peer-reviewed study called -- well, why don't
3  you read the title because I can't -- I don't
4  think I read the first word.
5    A.  "Divalproex Lithium and Suicide    11:28:48
6  Among Medicaid Patients With Bipolar Disorder."
7    Q.  Okay.  I'll tell you what, let me
8  switch.  Oh, all right.  I labeled both copies.
9  All right.
10       In making prescribing decisions, do    11:29:00
11  you review -- do you rely upon peer-reviewed
12  medical literature?
13    A.  Sometimes.
14    Q.  All right.  In this peer-reviewed
15  article, if you could read the -- I want to    11:29:12
16  direct your attention to the result section in
17  the abstract on the first page.
18    A.  Mm-hmm.
19    Q.  Do you see that?  Can you read the
20  last sentence in the result sections?    11:29:24
21       MS. SCHULTZ:  I'm going to object
22  to the form and I'm going to object to him just
23  reading the last sentence when I don't have a
24  copy of the document and I can't deal with what
25  the rest says.    11:29:34

116

1       MR. SOH:  Sure.  I'll hand it over
2  to you.
3    A.  In front of me is a document where
4  someone has highlighted in orange the sentence,
5  "For suicide deaths, the adjusted hazard ratios    11:29:38
6  were 1.5 for divalproex users (not
7  significant), 2.6 for gabapentin users,
8  significance value, less than 0.001, and not
9  available for carbamazepine users."
10    Q.  And let me -- I goofed here.  Let    11:29:59
11  me -- if you could go to the method section,
12  all right, in the abstract, in the abstract.
13  The method section in the abstract.  Okay?
14       Can you tell me what this study
15  purported to do in the method section of the    11:30:18
16  abstract in the methods section of the paper?
17       MS. SCHULTZ:  Object to the form.
18    A.  The only thing I can do that would
19  be accurate would be to literally read every
20  word there.    11:30:30
21    Q.  In the abstract.  There's a method
22  section in the abstract.
23    A.  Okay.  I'll read it for you.
24       "Methods.  Subjects were 12,662
25  Oregon Medicaid patients diagnosed with bipolar    11:30:40

117

1  disorder and treated with medication between
2  1998 and 2003.  Outcome measures were completed
3  suicide and emergency department visits for
4  suicide attempts (including nonfatal
5  poisoning).  Cox proportional hazards models    11:31:00
6  were used to adjust for demographics,
7  comorbidity, and concurrent psychotropic
8  medication use."
9    Q.  All right.  Had you previously
10  looked at the result section, all right, with    11:31:22
11  regards to suicide deaths, what is -- what does
12  this study say about gabapentin users
13  in -- what does the study say to you about
14  suicide deaths and gabapentin users?
15       MS. SCHULTZ:  Object to the form.    11:31:37
16    A.  What this study says to me is that
17  the sentence -- what it says to me is what it
18  reads:  Most studies I read, I think about, I
19  review, and I don't form an opinion --
20    Q.  Okay.    11:31:51
21    A.  -- for days or weeks later.
22    Q.  And with regards to suicide deaths
23  in this study, it says that two point -- it
24  says that adjusted hazard ratio for gabapentin
25  users, Neurontin, was 2.6; is that correct?    11:32:05

30 (Pages 114 to 117)