UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------- x

In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------------------- x

THIS DOCUMENT RELATES TO:

*Shearer v. Pfizer Inc.*,
Case No. 1:07-cv-11428-PBS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

------------------------------------------------------------- x

## DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF AND REFERENCE TO EDGAR ROSS, M.D.

Pursuant to the Federal Rules of Evidence, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully move for this Court to issue an order excluding any evidence of or reference to Dr. Edgar Ross for lack of relevance to the disputed factual issues in this case. Dr. Ross is not an expert witness and never treated Mr. Shearer. Still, Plaintiff may proffer evidence related to Dr. Ross in an attempt to show, through improper and attenuated inferences, that Dr. Ross said something to one of Mr. Shearer's treating physicians, Dr. Hynes, many years before he treated Mr. Shearer, that influenced his prescribing of Neurontin. Such speculation is directly contrary to Dr. Hynes's testimony, and, even if true, it would not make any material fact more or less probable. In addition to being irrelevant, such evidence is inadmissible as unfairly prejudicial. Accordingly, all testimony and evidence related to Dr. Ross must be excluded.

The grounds for this motion are set forth in more detail in the accompanying memorandum of law and Declaration of Mark S. Cheffo.

WHEREFORE, Defendants respectfully request that the Court exclude at trial all of the evidence described above.

Dated: February 22, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
　　Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

-and-

BOIES, SCHILLER & FLEXNER LLP

By: /s/ William S. Ohlemeyer
　　William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
WOhlemeyer@bsfllp.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I hereby certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues presented by this motion.

/s/ Mark S. Cheffo
Mark S. Cheffo

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 22, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

---