UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> *Shearer v. Pfizer Inc., et al.* <br> Case No. 1:07-cv-11428-PBS | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

---

## SUPPLEMENTAL DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE SPECIFIC CAUSATION TESTIMONY OF DRS. GLENMULLEN AND KRUSZEWSKI

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit N is a true and correct copy of additional excerpts from the January 11, 2010, deposition of Dr. Joseph Glenmullen.

3. Attached as Exhibit O is the 2009 Physician's Desk Reference Entry for Morphine Injection.

4. Attached as Exhibit P is a true and correct copy of additional excerpts from the records of Brigham & Women's Hospital.

5. Attached as Exhibit Q is a true and correct copy of additional excerpts from the January 14, 2010, deposition of Dr. Stefan P. Kruszewski.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 22nd day of February, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 22, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo