UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Shearer v. Pfizer Inc., et al.*<br>Case No. 1:07-cv-11428-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF MARK S. CHEFFO
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit CC is a true and correct copy of additional excerpts from the November 13, 2009, deposition of Dr. Wilfred Hynes.

3. Attached as Exhibit DD is a true and correct copy of additional excerpts from the January 14, 2010, deposition of Dr. Stefan P. Kruszewski.

4. Attached as Exhibit EE is a true and correct copy of additional excerpts from the January 11, 2010, deposition of Dr. Joseph Glenmullen.

5. Attached as Exhibit FF is a true and correct copy of additional excerpts from the February 25-26, 2008, deposition of Linda B. Shearer.

6. Attached as Exhibit GG is a true and correct copy of excerpts from the October 28, 2009, deposition of Edward A. Epping.

7. Attached as Exhibit HH is a true and correct copy of additional excerpts from the October 29, 2009, deposition of Sean Wheeler.

8. Attached as Exhibit II is a true and correct copy of additional excerpts from the November 17, 2009, deposition of Dr. Anne Hudson Angevine.

9. Attached as Exhibit JJ is a true and correct copy of excerpts from the expert report of Dr. Douglas G. Jacobs.

10. Attached as Exhibit KK is a true and correct copy of excerpts from the expert report of Dr. Edward W. Boyer.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 22nd day of February, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 22, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo