# EXHIBIT EE

Page 1

1                                    Volume: I
                                     Pages: 1-218
2                                    Exhibits: 1-8
3                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
4
                                 MDL DOCKET NO. 1629
5                                MASTER FILE NO. 04-10981
   * * * * * * * * * * * * * * * * * *
6  IN RE: NEURONTIN MARKETING, SALES     :
   PRACTICES AND PRODUCTS LIABILITY      :
7  LITIGATION,                           :
   ----------------------------------------
8  THIS DOCUMENT RELATES TO:             :  JUDGE PATTI
                                         :  B. SARIS
9  SHEARER VS. PFIZER, ET AL;            :  MAGISTRATE
   1:07-CV-11428-PBS                     :  JUDGE LEO T.
10                                       :  SOROKIN
   * * * * * * * * * * * * * * * * * *
11
12      AUDIO-VISUAL DEPOSITION OF JOSEPH GLENMULLEN,
13  M.D., a witness called on behalf of Pfizer, Inc.,
14  pursuant to the provisions of the Federal Rules of
15  Civil Procedure, before Lisa McDonald Valdario, (CSR
16  #130093), a Registered Professional Reporter and
17  Notary Public in and for the Commonwealth of
18  Massachusetts, held at the Hotel Tria, 220 Alewife
19  Brook Parkway, Cambridge, Massachusetts  02138, on
20  Monday, January 11, 2010, commencing at 9:02 a.m.
21
22
23
24
25    Job No.: CS234482

---

## Page 2

APPEARANCES:

FINKELSTEIN & PARTNERS
The Injury Attorneys
1279 Route 300
P.O. Box 1111
Newburgh, NY 12551
BY: Kenneth B. Fromson, Esquire
kfromson@lawampm.com
1.800.law.ampm
1.800.634.1212 ext.2755
Attorney for the Plaintiff

JACOBY & MEYERS
1279 Route 300
P.O. Box 1111
Newburgh, New York 12551
BY: Shareef Rabaa, Esquire
srabaa@jmlawyer.com
800.890.3090 ext. 2653
Attorney for the Plaintiff

LANIER LAW FIRM
6810 TM 1960 WEST
HOUSTON, TEXAS 77069
BY: Kenneth S. Soh, Esquire
kss@lanierlawfirm.com
713.659.5200
Attorney for the Plaintiff

BOIES, SCHILLER & FLEXNER, LLP
333 Main Street
Armonk, New York 10504
BY: William S. Ohlemeyer, Esquire
wohlemeyer@bsfllp.com
and Lisa M. Nousek, Esquire
lnousek@bsfllp.com
914.749.8200
Attorneys for Pfizer, Inc.

## Page 3

APPEARANCES CONTINUED:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
BY: Catherine B. Stevens, Esquire
Catherine.Stevens@skadden.com
212.735.3353
Attorney for Pfizer, Inc.

ALSO PRESENT: George Dobrentey, videographer

## Page 4

### INDEX

WITNESS    DIRECT   CROSS  REDIRECT   RECROSS
JOSEPH GLENMULLEN, M.D.
BY MR. OHLEMEYER  6

### EXHIBITS

| No. | Description | Page |
|---|---|---|
| 1 | Williams College press release | 199 |
| 2 | Pharmacy record from Little's Pharmacy | 199 |
| 3 | Group of reports | 199 |
| 4 | Dr. Catapano-Friedman's records for Linda Shearer | 199 |
| 5&6 | Dr. Glenmullen's invoices | 199 |
| 7 | Article on Neurontin | 199 |
| 8 | Study of the Effect of Neurontin and GABA in Humans | 199 |

***ATTORNEY FROMSON RETAINED EXHIBITS***

## Page 5

### PROCEEDINGS

VIDEO OPERATOR: Good morning. My name is George Dobrentey of Veritext, New Jersey. Today's date is January 11, 2010 and the time is 9:02 a.m. This deposition is being held at the Hotel Tria in Cambridge, Massachusetts. In re: Neurontin Marketing Sales and Product Liability Litigation, in the U.S. District Court for the District of Massachusetts, M.D.L. No. 1629.

The name of the witness is Joseph Glenmullen. At this time, the attorneys will identify themselves and their parties they represent, after which our court reporter, Lisa Valdario of Veritext, New Jersey will swear in the witness, and we can proceed.

MR. FROMSON: On behalf of the plaintiffs, Kenneth Fromson with Finkelstein & Partners. Along with me today is associate, Shareef Rabaa.

MR. OHLEMEYER: Bill Ohlemeyer from Boies, Schiller & Flexner representing Pfizer.

MS. STEVENS: Catherine Stevens from Skadden Arps for Pfizer.

MS. NOUSEK: Lisa Nousek with Boies, Schiller & Flexner for Pfizer.

JOSEPH GLENMULLEN, M.D.

1      diagnosis is?
2   Q  What is a diagnosis?
3   A  A diagnosis is the doctor's conclusion as to what
4      is going on so-to-speak; the patient's condition
5      or conditions.
6   Q  Is that the same thing as an etiology?
7   A  No.
8   Q  What's etiology?
9   A  Etiology is the cause.
10  Q  Do you need to know what caused a disease to
11     diagnose it?
12  A  No.  And in fact, in psychiatry in particular,
13     but it's true of many medical conditions, we don't
14     always understand the etiology of conditions that
15     have been identified and that we diagnose.
16  Q  Can you treat a disease without determining its
17     etiology?
18  A  I think the answer to that would be yes, based on
19     what I just said.
20  Q  Apart from your work in connection with this
21     litigation, have you done any research into
22     Neurontin and its propensity to cause or
23     contribute to cause suicide?
24  A  Can you repeat the question?
25         MR. OHLEMEYER:  Can you read it back for me.

1          (Question read back.)
2   A  I think the answer would be no, not apart from the
3      litigation.
4   Q  What kind of drug is Neurontin?  What class of
5      medicine does it belong to?
6   A  Well, it's an antiepileptic, but it's also used in
7      psychiatry as what's called a mood stabilizer.
8   Q  Do all antiepileptic drugs have the same chemical
9      composition?
10  A  No.
11  Q  Do all mood stabilizers have the same chemical
12     composition?
13  A  No.
14  Q  Do all antiepileptic drugs have the same mechanism
15     of action?
16  A  No.
17  Q  Do all mood stabilizers have the same mechanism of
18     action?
19  A  No.
20  Q  Do antiepileptic drugs have similar chemical
21     compositions to what you've referred to as SSRI's?
22         MR. FROMSON:  Objection as to form.
23  A  How do you mean similar?  You mean identical
24     chemicals?
25  Q  Right.

1   A  No.
2   Q  Do they have similar mechanisms of action?
3   A  Depends on how you mean similar.  They could have
4      aspects in common, but not their fundamental
5      mechanisms of action if it's different classes.
6   Q  I don't want to over-generalize, but am I correct
7      that typically, within the same class of medicine,
8      you will find drugs with different chemical
9      compositions?
10         MR. FROMSON:  Objection as to form.  Lack of
11     foundation.
12  A  Well, pretty much all patented drugs have
13     different chemical compositions because that's the
14     basis for the patent.
15  Q  If they have a different chemical composition, do
16     they have a different mechanism of action?
17  A  Not necessarily.
18  Q  Are drugs within the same class generally similar
19     in their mechanism of action or different?
20         MR. FROMSON:  Objection as to form.  It's
21     overbroad.
22  A  It would really vary from class to class.
23  Q  And again, I'm not trying to put words in your
24     mouth, I think you used a phrase this morning
25     called signal events in connection with

1      Mr. Shearer's clinical course?
2   A  I don't recall.
3   Q  Maybe it's in your report.  Well, let me ask it
4      this way, Dr. Glenmullen, are there any events
5      that you would characterize as signals in your
6      assessment of whether Neurontin caused or
7      contributed to cause Mr. Shearer's suicide?
8   A  I guess I'm not sure how -- signals is usually
9      used in a more statistical realm, so I'm not
10     really sure how you're using it in a clinical
11     realm.  I mean, I've laid out all these different
12     pieces of evidence in my report, and they're all
13     important, but I'm not really sure quite how
14     you're using the word signal.
15  Q  That's fair enough.  So if I wanted to determine
16     which events or which impressions and observations
17     that you associated with Mr. Shearer's Neurontin
18     prescription as opposed to his underlying medical
19     conditions, I could find that in your report.
20  A  Yeah.
21  Q  Okay.  If Neurontin didn't cause or contribute to
22     cause Mr. Shearer's suicide, in your opinion,
23     what's the next most likely cause?
24         MR. FROMSON:  Objection.  Form.  Improper
25     hypothetical.

**Page 82**

1  A  I don't, I think that, you know, I would stand by
2  the differential. I don't think you can -- other
3  than the Neurontin, I don't think you can weight
4  things like that. The Neurontin is at the top of
5  the list, and there are a couple of other things
6  that I said might have been substantial factors.
7  And then there is a number of things that I said
8  increased his risk, but in my opinion, are not,
9  were not substantial factors. But Neurontin's the
10  one that really stands out in this case, and I
11  would just stand by that.
12  Q  What is the diagnosis of underlying depression --
13  strike that.
14      Do people with underlying depression commit
15  suicide?
16  A  Sure.
17  Q  Without regard to what prescription medications
18  they're taking?
19  A  Maybe, maybe not.
20  Q  What -- strike that.
21      In a patient with underlying depression --
22  strike that.
23      How much does depression increase somebody's
24  risk of committing suicide?
25  A  Well, that's the point, you can't really quantify

**Page 83**

1  it. It's acknowledged as a risk factor, and I
2  acknowledge it as a risk factor, but again, you
3  have to get, then get into the specific case, and
4  if you recall actually Dr. Catapano testified that
5  she saw him as only mildly depressed when she
6  initially evaluated him. So his, as I say in my
7  differential, his prior history was of mild to
8  moderate depression, that there is no evidence had
9  ever made him suicidal.
10  Q  People with mild to moderate depression commit
11  suicide, don't they?
12  A  They could, but that, but you'd be much more
13  worried about a severe depression being
14  etiologically responsible for a suicide.
15  Q  Define risk factor for me.
16  A  Risk factor just means it's something that's been
17  identified that increases someone's risk relative
18  to the general population.
19  Q  How do they identify that?
20      MR. FROMSON:  Who is they?
21  Q  Who identifies and how do they identify the
22  something that you've just described as a risk
23  factor?
24  A  Well, it's important to know that there's never
25  been a definitive list of risk factors for

**Page 84**

1  suicide. They're developed by suicidologists,
2  people that specialize in suicide, and there are
3  textbooks on it, and I'm blanking on, at the
4  moment, but I know I've cited a textbook in
5  particular that I've relied upon in the past, but
6  there are many different lists, and they overlap.
7  I don't think anybody would contest that
8  depression is a risk factor for suicide.
9  Q  Do any of those textbooks ascribe a relative risk
10  or an increased risk?
11  A  They may. They may. Clinicians just tend to
12  think of what are the things that are risk
13  factors, not try to quantify.
14  Q  But I'm correct that people who study this and who
15  publish these books you just described do quantify
16  it in some range.
17  A  They may.
18  Q  Okay. Do people with anxiety disorder commit
19  suicide separate and apart from prescription
20  medication they might be taking?
21  A  Yes. I mean, it's important to just note that
22  suicide is not a diagnosis. Suicide is a symptom.
23  Anxiety, depression, you know, personality
24  disorders, they are diagnoses. Suicide is more
25  like fever. It can cross many different

**Page 85**

1  diagnoses. It's not that, you know, everybody who
2  is depressed commits suicide, or everybody who is
3  anxious, but these are things that definitely
4  increase the risk for it.
5  Q  And there are known causes of suicide, aren't
6  there?
7  A  Sure.
8  Q  Does attention deficit disorder increase
9  somebody's risk for committing suicide?
10  A  I think it could. I don't know off the top of my
11  head. I think in my differential I said it may
12  well have increased his risk but was not a
13  substantial factor given how long he'd had it and
14  never been suicidal before.
15  Q  When you say never been suicidal before, what do
16  you mean by that?
17  A  That despite extensive mental health treatment and
18  records, there's no evidence that he'd ever been
19  suicidal before. There is, in fact, people
20  testified, his treating psychiatrist testified
21  that he never, they were never worried about him
22  being suicidal. He never reported being suicidal,
23  and the same was true as the family and friends
24  who testified.
25  Q  The word suicidal is what I want to make sure we

22 (Pages 82 to 85)

Page 90

```
1        MR. FROMSON:  Just note my objection to the
2    form as it's been asked and answered.
3  A  Yeah, again, I would -- let's hypothetically take
4    the Neurontin out as you're trying to do.
5  Q  That's what I'm trying to do.
6  A  And so in my estimation, either the guy doesn't
7    commit suicide because everything, as I see the
8    case, is the Neurontin pointing to the suicide as
9    I articulate in the report, or if he commits
10   suicide, the case looks different.
11       So let's say, again, hypothetically, that
12   after the stroke, he has a horrendous, severe
13   depression, and is suicidal, and then he has
14   various treatments.  I'd have to look again at the
15   onset and offset of, for example, the Prozac, but
16   he had been on Prozac before in his life.
17       As you know, in my differential I raise a
18   concern about the interaction between the Prozac
19   and the Neurontin.  But I think if you want to
20   take the Neurontin out, and posit a hypothetical,
21   you'd have to allow that, you have to then decide
22   whether he doesn't commit suicide, or if he
23   commits suicide, hypothetically, maybe the whole
24   case looked very differently, and that's where
25   it's so important to deal with the specific fact
```

Page 91

```
1    pattern in the case.  You can't -- it becomes too
2    arbitrary to say this case minus this particular
3    piece.
4  Q  How long was Mr. Shearer taking Neurontin before
5    suicide?
6  A  He went on it in October 2000, and he died in
7    February of 2002, so ballpark figure, I think it's
8    about a year and half.
9  Q  Why didn't he commit suicide sooner?
10  A  Well, that's a good question.  You know, it's a
11   combination of things.  There were other risk
12   factors, and everything -- there were warning
13   signs earlier, but everything comes to a head at
14   that particular point in time.  And then there is
15   the added concern about the interaction between,
16   it appears, that he ran out of Prozac, and would
17   have had declining levels of serotonin in
18   particular, which would have been exacerbated by
19   the presence of the Neurontin, influenced by the
20   presence of the Neurontin.
21       So that's the most obvious thing to point to
22   in terms of, an additional piece at that
23   particular point in time.
24  Q  I'm a bit confused, although that's not relevant.
25   You told me that Mr. Shearer was not suicidal
```

Page 92

```
1    prior to his suicide, is that right?
2        MR. FROMSON:  Objection as to form.  To the
3    extent it misstates his testimony.
4  Q  I'll rephrase that.  Was Mr. Shearer suicidal
5    prior to his suicide?
6        MR. FROMSON:  Are you talking about through
7    his whole life before Neurontin and during the
8    year that he's described a chain of events leading
9    to the actual event?
10       MR. OHLEMEYER:  Sure.
11  Q  At any point in time was Mr. Shearer suicidal?
12  A  Well, obviously he was suicidal before he
13   committed suicide, but how long in advance, we
14   don't exactly know.  It looks pretty impulsive,
15   but on the other hand, he wrote a note.  So you
16   know, had he been having suicidal thoughts for two
17   hours, 24 hours, two days, two seconds, we don't
18   know.
19  Q  Two weeks, you don't know, do you?
20  A  We don't know.
21  Q  Okay.
22  A  But I think I did make a statement earlier that in
23   his, prior to the Neurontin, there's no evidence
24   he had ever been suicidal.
25  Q  And that conclusion's based on your review of his
```

Page 93

```
1    medical records and the deposition testimony in
2    the case.
3  A  Correct.
4  Q  You said, I think you said that there were warning
5    signs after he started taking Neurontin that you
6    think suggested he might become suicidal, is that
7    what you said?
8  A  Well, I'm not sure if this is what you're
9    referring to, but for example, the episode with
10   his wife where the police are called, had the
11   psychiatrist had the benefit of a Neurontin
12   warning, that could have been in the differential
13   of what's causing his mood and behavioral changes
14   as opposed to it's just him and we're going to add
15   a medication, as opposed to subtract a medication
16   that could be responsible for this.
17  Q  What is in the Neurontin warning today that wasn't
18   in the warnings for any of the other medication he
19   was taking at that time?
20  A  I'm sorry, run that by me again?
21       MR. OHLEMEYER:  Can you repeat it for me?
22       (Question read back.)
23       MR. FROMSON:  Hold on.  Note my objection.
24   It's a very overbroad question comparing one label
25   to what could be as much as three or four other
```

Page 102

1  Q  You didn't do any test though to figure out what
2     or whether any of them contributed more or less to
3     his risk of committing suicide, did you?
4        MR. FROMSON:  Objection.  Use of the word
5     tests.
6  A  No.  Not specific -- I mean, other than just what
7     I've articulated in the report, why I put
8     Neurontin at the top of the list.
9  Q  Do you know what Provigil is?
10 A  Sure.
11 Q  And does it include -- or strike that.  Does it
12    increase depression, anxiety, hallucinations,
13    thoughts of suicide, and other mental problems in
14    people who take it?
15       MR. FROMSON:  Objection as to form.
16 A  Again, it depends on what you mean by increase.  I
17    don't know if some of those are listed as adverse
18    events versus what precautions versus what
19    warnings it may or may not have.  I don't believe
20    that it has any kind of suicide warnings per se,
21    drug induced suicide warning per se, but I can't,
22    off the top of my head I just don't remember.  I
23    did check all of these drugs at the time of the
24    report.
25 Q  What about Ritalin, what do you know about Ritalin

Page 103

1     in Mr. Shearer?
2        MR. FROMSON:  Just note my objection.
3     Overbroad.
4  A  Well, Ritalin is a stimulant.  It's thought to be
5     a selective dopamine reuptake inhibitor.  It's
6     widely used for ADD.  Mr. Shearer had taken it on
7     and off for decades; at times, at the maximum
8     allowed FDA dose of 60 milligrams a day.
9        There's, Ritalin, to the best of my
10    knowledge, does not carry an FDA warning about
11    Ritalin specifically making people suicidal.
12    Again, if it did, it would fall under the same
13    category as the other ones in number 16 that I did
14    mention, and there is no evidence that over the
15    many years that Mr. Shearer took it, it had ever
16    made him suicidal.
17 Q  What about Ativan, do you know what Ativan is?
18 A  I do.
19 Q  Was Mr. Shearer taking Ativan at the time of his
20    death?
21 A  As I sit here today, I don't recall.  I think I
22    mentioned the Valium, which is in the same class,
23    and there is a class label, I can't remember if
24    it's a warning or a precaution, for suicidality,
25    tends to fall more in the realm of disinhibition,

Page 104

1     but, and there are statistically significant
2     findings and metanalyses, but I did name the
3     Valium.  And if he was on Ativan at the time of
4     his death, it would fall in the same category.
5  Q  So Valium and Ativan are both benzodiazepines.
6  A  Correct.
7  Q  At the time of his death, Mr. Shearer didn't have
8     a prescription for Valium, did he?
9  A  I don't recall.  I thought he did because I
10    mention it in the differential.  If it was the
11    Ativan instead of the Valium, that's fine.
12 Q  Okay.  So he had a prescription for Ativan?
13       MR. FROMSON:  Just note my Objection to
14    form.  Lack of foundation.  Are you representing
15    that he did, because he's saying he doesn't
16    recall?
17 Q  I'm asking, do you know whether he did?
18 A  No.  At the time of the report I would have
19    checked.
20 Q  One thing we do know though is there was a
21    toxicology screen done postmortem that
22    demonstrated the presence of a benzodiazepine, is
23    that right?
24       MR. FROMSON:  Just note my objection.  Lack
25    of foundation.  If you have it, you want to show

Page 105

1     it, but go ahead.
2  A  That I don't know.
3  Q  But you do agree with me that Ativan can increase
4     the possibility of suicide in patients with
5     depression.
6        MR. FROMSON:  Objection as to form.
7  A  I would just stand by what I said about the
8     Valium, and the same would apply to Ativan.
9  Q  Was Mr. Shearer taking Zyprexa at the -- strike
10    that.  Did Mr. Shearer have a prescription for
11    Zyprexa at the time of his death?
12 A  I believe so.
13 Q  Do you know whether he was taking it on a regular
14    basis?
15 A  Not off the top of my head.
16 Q  Do you assume he was?
17 A  I don't recall.  I checked it at the time that I
18    wrote the report, but he was getting that from Dr.
19    Catapano-Friedman.  Actually, he was no longer
20    seeing her, so he might well have been off that.
21    I just don't -- we could look at the pharmacy
22    records if you really want to nail that down.
23 Q  Is it fair to say, doctor, if you assume he was
24    taking Neurontin as prescribed at the time of his
25    death, you have to also assume he was taking any

27 (Pages 102 to 105)

Page 146

1     MR. OHLMEYER: I know. I want to make sure
2  we're clear.
3  Q  You're telling me, you're going to tell the jury,
4     that in hindsight, you're going to diagnose this
5     man or not diagnose him in contrast to his
6     psychiatrist, his treating psychiatrist, based on
7     your review of her medical records.
8  A  I'm not criticizing her for making the mistake.
9     I've seen this many times in other cases where the
10    contemporaneous treating physicians, without a
11    warning, misinterpret the drug induced effect as a
12    worsening of the underlying condition or a new
13    condition. It's classic.
14 Q  Nothing else going on in his life could have
15    worsened his underlying mood or behavioral
16    problems?
17    MR. FROMSON: Objection as to form.
18 Q  In October of 2002.
19 A  I think that misstates my differential diagnosis,
20    that a number of things increased his risk
21    factors, were significant events in his life, but
22    the one at the top of the list as a substantial
23    contributing factor is the Neurontin.
24 Q  And your basis for that opinion is you see things
25    in medical records that post date the Neurontin

Page 147

1     prescription, that your opinion or your claim is
2     aren't in the medical records before Neurontin.
3     MR. FROMSON: Objection.
4  A  Again, I think we discussed this this morning.
5     I'm not saying that they never appeared. For
6     example, he had anxiety before this. But this
7     particular panicky anxiety around where his wife
8     was becomes much more prominent theme and he
9     becomes more depressed. That's the mood and
10    behavioral changes right out of the FDA warning,
11    classic and exemplified in this case.
12 Q  And my question doctor is, none of that occurred
13    prior to Neurontin?
14    MR. FROMSON: Objection as to form. Asked
15    and answered.
16 A  You keep trying to use categorical terms which I
17    have not used. I'm not saying that none of it was
18    present before. What I'm saying is that there is
19    a distinct change.
20 Q  And I want to know, but for the temporal
21    relationship between Neurontin and those distinct
22    changes as you've described them, how do you
23    attribute them to Neurontin as opposed to the
24    underlying mood or behavioral disorders?
25 A  A large part of it, which we just discussed, is

Page 148

1     the temporality. He'd had underlaying depression
2     and anxiety for a very long time. He coped with a
3     stroke, a hemiparesis, recovering from that, big
4     changes in his life without severe depression,
5     without suicidality, without suicide attempts.
6        To a reasonable degree of medical certainty,
7     you don't extrapolate these mild to moderate
8     conditions that he's had on and off for decades
9     that have never caused him to commit suicide. It
10    would be much less likely and arbitrary to try to
11    pin them on that than to say this drug, now with a
12    warning, a statistically significant metanalysis,
13    signals, adverse event reports, and a fact pattern
14    that fits it, is just being reasonable, looking at
15    the data.
16 Q  You're looking at the data and you're reaching a
17    judgment. I'm just trying to test your judgment,
18    doctor, which I think we've established is fair.
19 A  Oh, absolutely. Sure.
20 Q  And I want to make sure I understand this. People
21    with severe depression, people with suicidality,
22    people who -- sorry, people without severe
23    depression, people without suicidality, and people
24    who don't make prior suicide attempts commit
25    suicide everyday in this country, don't they?

Page 149

1     MR. FROMSON: Objection as to form. Lack of
2     foundation, that they do it everyday, and it's
3     compound.
4  A  Well, now I think you're -- I can't really respond
5     to an artificial hypothetical like that because we
6     don't know what else might have been going on in
7     the life of somebody who attempts or commits
8     suicide.
9  Q  You really don't know what else might have been
10    going on in Mr. Shearer's mind on the day he
11    decided to commit suicide either, do you.
12 A  I guess I don't really know what you're trying to
13    get at. We have voluminous records in this case.
14 Q  Well, we also -- well, we have voluminous records.
15    One thing we have in this case that you don't have
16    in every case is a note, don't we.
17 A  Yes.
18 Q  What's the significance of a suicide note?
19 A  The significance of a suicide note is just that he
20    took the time to write a note before he killed
21    himself.
22 Q  That's all?
23 A  Well, if you ask me to sit back and think about it
24    a little more, it looks as though it was written
25    that morning. It looks as though it's still part

**Page 150**

1  of a very impulsive event. Hartley Shearer,
2  without the benefit of the Neurontin warning,
3  attributes his suicide to his wife hanging up the
4  phone on him. We can't blame him for that since
5  there was no warning. But it doesn't appear to be
6  a note that was written weeks in advance or that
7  attributes his suicide to long-term strains. And
8  as his wife says, it was cell phone to cell phone
9  from Hawaii, and she thinks it was just a dropped
10  call. He just couldn't cope.
11 Q  You can imagine why she'd like to believe that,
12  can't you?
13      MR. FROMSON: Objection. Argumentative.
14 A  I will stand by what I said.
15 Q  Do survivors often feel guilty about a relative's
16  suicide?
17 A  Sure.
18 Q  And do they often try to project other causes or
19  other reasons?
20 A  Actually they often blame themselves.
21 Q  Do you think Mrs. Shearer blames herself in this
22  case?
23 A  I think now that there is a Neurontin warning,
24  hopefully not.
25 Q  It's typical, isn't it, for survivors to use

**Page 151**

1  litigation as a means of ascribing a cause to a
2  suicide other than something they might have
3  contributed to, isn't it?
4 A  I don't think I would agree with that.
5 Q  Do you know the, you do know that people who study
6  suicide have written that, don't you?
7 A  That may be the case. I may have read it, but I'm
8  not familiar with it sitting here, and I certainly
9  wouldn't. That's not been my experience.
10 Q  I want to make sure I understand something you
11  just said. Is a suicide note evidence of
12  impulsivity?
13 A  It's more the other way around; the absence of a
14  suicide note I think I've sometimes cited as
15  evidence of impulsivity. In this case, it appears
16  he wrote the note almost, shortly before he did
17  it. There isn't a big span of time between the
18  phone calls and killing himself, and presumably he
19  wrote the note in the interim. It appears to be
20  part of an impulsive act.
21 Q  Why do you say that?
22 A  Because of the nature of the note. It says Linda
23  hung up -- actually, you know, if you want to
24  discuss the note in this much detail, can I look
25  at it?

**Page 152**

1 Q  Sure. Do you have it?
2 A  I've looked at it. I've read it. I have no idea
3  where it is in the 8 binders.
4 Q  I think you quote it in your report, don't you?
5 A  I do. Actually. That's a good point.
6 Q  Page 27 in your report, doctor.
7 A  So "Linda has left me powerless by hanging up on
8  me for the last time. I love you both, Ivor and
9  Linda, but this is it, Hartley Shearer." So my
10  read of that is, suicides -- first of all, hanging
11  up on someone doesn't leave them powerless.
12  Suicides --
13 Q  Well, that's your opinion. That's not his
14  opinion.
15      MR. FROMSON: Are you going to let him
16  finish, or are you going to argue with him?
17 Q  I am going to argue with him because you're going
18  to read his mind or you're going to put words in
19  his word?
20 A  The point is --
21      MR. FROMSON: Hold on, is the question, are
22  you going to put words --
23 Q  Yeah, are you going to put words in his mind or
24  read his mind, or are you going to concede that's
25  what he said?

**Page 153**

1      MR. FROMSON: All right, so I'll object as
2  compound and argumentative. You can answer that
3  question, please, doctor.
4 A  I obviously concede that's what he said because I
5  quoted it. I'm commenting on it, which I think I
6  have every right to do.
7 Q  Well, you're speculating about his state of mind.
8      MR. FROMSON: Are you going to let him
9  finish, Bill? Hold on, are you done with the
10  first question?
11      MR. OHLMEYER: I don't want a long -- I want
12  answers to questions.
13      MR. FROMSON: He's giving you answers to
14  questions.
15      MR. OHLMEYER: No, he's giving me speeches.
16 Q  Come on, doctor, are you going to --
17 A  There are suicide notes where people say --
18      MR. FROMSON: Wait, wait, what's the
19  question? Can I have the question?
20 Q  The question is, is this note, is a suicide note
21  generally evidence of an impulsive suicide? And
22  as I recall your answer, you said generally it's
23  not.
24      MR. FROMSON: All right. So what's the
25  question?

39 (Pages 150 to 153)

Veritext Corporate Services

800-567-8658                                                             973-410-4040

Page 154

1  Q  So the question is, what do you make of the note?
2      MR. FROMSON:  I'll object as to the form of
3  the question, What do you make of the note.  Go
4  ahead, doctor.
5  A  Well, if you ask it that way, it's very open
6  ended, and one of the most salient things to me
7  about it is that he does not say he hates his wife
8  or son.  He does not say that there are
9  longstanding issues between them.  He doesn't cite
10  something that might be considered a reasonable
11  explanation for his suicide, like you know, I
12  don't know, some catastrophic event that had
13  happened to the family.  He cites allegedly she
14  hung up on him.
15     So it's just kind of a sad commentary on
16  what's happening to him that day, and then the
17  other particularly salient thing I've already
18  mentioned is this appears to have been written
19  between the phone call and the suicide, which
20  means a very short period of time, which means
21  that it wasn't, this note doesn't indicate that
22  the event was very premeditated, or that the note
23  was premeditated.  It looks like this particular
24  note is part of an impulsive event.
25  Q  How much time passed between the phone call and

Page 155

1  the suicide?
2  A  I don't recall.  It's the same day.  I think it's
3  a matter of hours.
4  Q  And do you know where Mr. Shearer was when the
5  phone call ended?
6  A  I'm not certain, but I believe that he was
7  downstairs.
8  Q  Where did the suicide occur?
9  A  Upstairs.
10  Q  And so Mr. Shearer had to make his way upstairs.
11  A  Right.
12  Q  Had to find a piece of paper, right?
13  A  This is assuming he was suicidal when he started
14  to go upstairs, which may not be the case.  He
15  told Sean Wheeler that he was going upstairs to
16  get something.  So maybe it's only after he gets
17  up there that he decides he's got to do this.
18  Q  He told Sean Wheeler he wanted some time to
19  himself to sort some things out, didn't he.
20  A  I think he said he had to get some things.  But
21  the point is, it's not a suicide note that was
22  written on a computer two weeks earlier and has a
23  detailed description of why the person was killing
24  themselves.
25  Q  Well, that's your speculation about his state of

Page 156

1  mind.  An equally likely explanation is this is a
2  complete explanation of why he was shooting
3  himself, isn't it?
4  A  Because his wife hung up on him?
5  Q  No, because she left him powerless.
6  A  Well --
7  Q  You might not agree with his reasoning, but how
8  can you tell me this isn't a complete statement of
9  his reasoning?
10  A  I didn't say it wasn't a complete statement of his
11  reasoning.  I said it's not written.  I've seen
12  suicide notes that were written two weeks prior on
13  a computer that detail chronic significant
14  problems that were going in the person's life as
15  the alleged reason why they committed suicide.
16  That's not what this note is.
17  Q  Well, let's back up for a minute, doctor.  We do
18  know that there were longstanding issues relating
19  to the relationship between Mr. Shearer, his wife,
20  and even their son.
21      MR. FROMSON:  I'll object as to form.  Use
22  of the term issues.
23  A  I'm not sure how you mean issues.  In my
24  differential, I ruled out marital discord.  I
25  think their marital issues were within normal

Page 157

1  limits, and their seeking help for them was just
2  more evidence of a positive aspect of their
3  characters.
4  Q  They had issues that required them, or suggested
5  to them that they seek psychiatric counseling.
6  A  Sure.
7  Q  And in fact, when you go through the records, it
8  was Mr. Shearer who was the genesis of that
9  effort, isn't that right?
10  A  You mean the original note by Dr. Sullivan that he
11  wants a couples therapist?
12  Q  Well, there are more than one reference to his
13  desire to get marital counseling, isn't that
14  right?
15  A  There may be.  That's the one I remember.
16  Q  They all predated the stroke, right?
17  A  Sure.
18  Q  Predated his Neurontin prescription.
19  A  Marital counseling?
20  Q  Right.
21  A  Sure.
22  Q  Now, the question of being powerless is referred
23  to in medical records prior to the Neurontin
24  prescription, isn't it.
25  A  Can you be more specific what you're referring to.

40 (Pages 154 to 157)

Page 158

1  Q  I'm asking you, are you telling me that this is
2     the first reference to Mr. Shearer and an issue of
3     being powerlessness or powerless, that you see in
4     your review of his history?
5        MR. FROMSON:  Hold on, excuse me.  You asked
6     the question there has to have been an issue.  Do
7     you want to know if the word powerless is in
8     there?
9        MR. OHLMEYER:  I'll rephrase it.
10       MR. FROMSON:  Thank you.
11 Q  Okay.  Issues of powerlessness and related issues
12    to not being in control, or being in control, are
13    a fairly constant theme in Mr. Shearer's medical
14    history, aren't they?
15 A  I think you're taking this out of context here.
16    This is powerless by hanging up on me.  I don't
17    think there are earlier references to that.
18 Q  Well, "for the last time" suggests to me that
19    there's a little temporal space here.
20 A  I think at the time he thought that this had
21    happened before, yes, but that's not the same
22    thing as like every reference in the medical
23    records to powerlessness.
24 Q  There are references in the medical records to
25    anxiety and behavior related to Mr. Shearer's

Page 159

1     feelings about being in control, out of control,
2     having power, not having power, aren't there?
3  A  Now you've opened the scope up much wider, and I
4     agree with you.
5  Q  Now, based on what we know, at least 30 minutes
6     passed between the this telephone call ended
7     and the suicide occurred, isn't that right?
8  A  I don't recall, but that sounds reasonable.
9  Q  And in that time, Mr. Shearer had to go upstairs,
10    right?
11 A  Yes.
12       I think so.
13 Q  He locked his bedroom door apparently.
14 A  I think that's right.
15 Q  He had to retrieve his gun from wherever it was
16    stored.
17 A  That's correct.
18 Q  Do we know whether he had to load the gun or was
19    it already loaded?
20 A  I think there's testimony about that.  I don't
21    remember -- I think it was not kept loaded, but I
22    don't recall for sure.
23 Q  Do you know why Mr. Shearer had a gun?
24 A  Yeah, that's in my report, that he was taking up a
25    new sport.

Page 160

1  Q  What was the sport?
2  A  Target shooting.
3  Q  And do you find it a little unusual that a man
4     with left side paralysis is taking up target
5     shooting with a 357 magnum?
6  A  I'm not sure I -- what's the implication?
7  Q  Have you ever fired a 357 magnum?
8  A  No.
9  Q  Have you ever seen one?
10 A  No.
11 Q  Ever held one?
12 A  No.
13 Q  Mr. Shearer, between the time of the phone call
14    concluded and the time he committed suicide had to
15    write the note, didn't he.
16 A  Yup.
17 Q  Mr. Wheeler testified, didn't he, that these kinds
18    of arguments were sometimes -- strike that.  How
19    common were arguments between Mr. and Mrs. Shearer
20    about Mr. Shearer's needs?
21 A  I don't think Mr. Wheeler testified that he ever
22    heard them argue before.  There is a fair bit
23    about that issue, I think, in Dr.
24    Catapano-Friedman's notes.
25 Q  Have you ever prescribed Neurontin to a patient,

Page 161

1     Dr. Glenmullen?
2  A  Yes.
3  Q  When?
4  A  I don't recall specifically.
5  Q  Why?
6  A  Probably would have been because they came to me
7     on it as a mood stabilizer.
8  Q  And is prescribing Neurontin as a mood stabilizer
9     an off-label prescription?
10 A  I believe it is.
11 Q  Are off-label prescriptions of antiepileptic drugs
12    and antidepressant drugs fairly common?
13 A  I don't know about so much about the
14    antidepressants.  I think the antiepileptics,
15    particularly Neurontin, it's a high percentage of
16    Neurontin sales, if I remember correctly
17    statistics I've seen.
18 Q  You prescribe medicine off-label to your patients,
19    don't you?
20 A  Yes.
21 Q  Why?
22 A  Mostly just, mostly it would be because they've
23    come to me on them actually.  I probably less
24    commonly would start one off-label.  I'm sure I
25    have at times, but I'm not a big, you know, I

41 (Pages 158 to 161)