**EXHIBIT HH**

Page 1

1

2  UNITED STATES DISTRICT COURT

3  DISTRICT OF CONNECTICUT

4

5  CIVIL ACTION NO. 07 CA 11428 (PBS)

6  OCTOBER 29, 2009

7  -----------------------------------

8  LINDA B. SHEARER,

9  Plaintiff

10  -vs-

11  PFIZER, INC. & WARNER-LAMBERT, COMPANY, LLC

12

13  Defendant

14  -----------------------------------

15  Deposition of SEAN WHEELER, a Witness, in the

16  hereinbefore-entitled action, taken by the

17  Defendant, pursuant to Notice before Victorine

18  Kaliszewski, a duly qualified Notary Public in and

19  for the State of Connecticut, held at the Law

20  Offices of Lynch, Traub, Keefe & Errante, 52

21  Trumbull Street, New Haven, Connecticut on October

22  29, 2009.

23

24  REPORTED BY:  VICTORINE KALISZEWSKI
    LICENSE NUMBER: 00208

25     Job No: 220682

## Page 2

```
 1  APPEARANCES:
 2      ON BEHALF OF THE PLAINTIFF:
 3      KENNETH B. FROMSON, ESQUIRE
        FINKELSTEIN & PARTNERS
 4      785 Broadway, 3rd Floor
        Kingston, New York 12401
 5      (800) 634-1212 Ext. 2755
        kfromson@lawampm.com
 6
 7      ON BEHALF OF THE DEFENDANT PFIZER:
 8      WILLIAM S. OHLEMEYER, ESQUIRE
        BOIES, SCHILLER & FLEXNER, LLP
 9      333 Main Street
        Armonk, New York 10504
10      (914) 749-8440
        wohlemeyer@bsfllp.com
11
12
        CATHERINE B. STEVENS, ESQUIRE
13      SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
        Four Times Square
14      New York, New York 10036
        (212) 735-3353
15      catherine.stevens@skadden.com
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1          STIPULATIONS
 2      IT IS HEREBY STIPULATED AND AGREED by and
 3  between counsel for the respective parties that all
 4  formalities in connection with taking of this
 5  deposition, including time, place, sufficiency of
 6  and the authority of the officer before whom it is
 7  being taken may be and are hereby waived.
 8      IT IS FURTHER STIPULATED AND AGREED by and
 9  between counsel for the respective parties hereto
10  that all objections, except as to form, are reserved
11  to the time of trial.
12      IT IS FURTHER STIPULATED AND AGREED by and
13  between counsel for the respective parties hereto
14  that the signing of the deposition may be performed
15  before a Notary Public.
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1
 2      VIDEOGRAPHER:  My name is Adam Lee of
 3  Veritext Corporate Services.
 4      The date today is October 29th, 2009 and
 5  the time is approximately 9:08 a.m. This
 6  deposition is being held in the office of
 7  Lynch, Traub, Keefe and Errante located at 52
 8  Trumbull Street, New Haven, Connecticut.
 9      The caption of this case is Linda B.
10  Shearer versus Pfizer, Inc. and Warner-Lambert
11  Company, LLC in the United States District
12  Court for the District of Connecticut, Civil
13  Action Number 07 CA 11428 PBS.
14      The name of the witness is Sean Wheeler.
15      At this time the attorneys will identify
16  themselves and the parties they represent after
17  which our Court Reporter, Vicki Kaliszewski, of
18  Veritext will swear in the witness.
19      MR. OHLEMEYER:  My name is Bill Ohlemeyer
20  and I represent the Pfizer defendants.
21      MS. STEVENS:  Catherine Stevens from
22  Skadden, Arps for the Pfizer defendants.
23      MR. FROMSON:  Kenneth Fromson for the
24  Shearers.
25
```

## Page 5

```
 1  SEAN WHEELER, of 1331 East Street, Southington,
 2  Connecticut, called as a witness, having been first
 3  duly sworn by Victorine Kaliszewski, a Notary Public
 4  in and for the State of Connecticut, was examined
 5  and testified as follows:
 6      COURT REPORTER:  Usual stips?
 7      MR. FROMSON:  Federal rules, usual
 8  stipulations.
 9  DIRECT EXAMINATION
10  BY MR. OHLEMEYER:
11      Q   Good morning, Mr. Wheeler.
12      A   Good morning.
13      Q   Thanks for coming in this morning, and
14  we'll try to make this as efficient as we can and
15  get you right out.
16      Have you ever had a deposition taken before?
17      A   No.
18      Q   One of the most important things to
19  remember this morning is if you don't understand a
20  question that I ask you, will you let me know?
21      A   Sure.
22      Q   And if you want to take a break at any
23  time, let me know and we'll take a break.
24      A   Sure.  That's fine.
25      Q   Where do you live?
```

Page 10

1  that, did you see them outside of --
2     A    No, not really, unless it was -- unless
3  Linda needed me to come over to do something for
4  them, you know, I didn't really, you know, socialize
5  with them. I mean, I did consider them, you know,
6  friends of mine.
7         I mean, I think there was one when Linda had a
8  party at the house, and I was a D.J. at the time
9  too, through college, and I D.J.'d their party for
10 them, but that was about it.
11        You know, whenever we got together, I was
12 always paid for our time we spent together. I mean,
13 I would never just stop by, you know, out of the
14 blue and say, hey, how are you guys doing today? It
15 was never like that.
16    Q    Did you live in the neighborhood?
17    A    Yes, I did, I lived right down the street
18 from them. It was maybe a five minute -- at first I
19 lived down the street from them because I was
20 staying with my parents at the time, then I ended up
21 getting an apartment the next town over, so, you
22 know, the five minute, you know, the two minute ride
23 turned into maybe a 10 to 15 minute drive.
24    Q    And did you have -- how long -- how much
25 time went by then before you became somebody who was

Page 11

1  doing 25 to 30 hours of work for them?
2     A    It started off as odd jobs for maybe like
3  six months or so.
4         You have to forgive me if my times are off,
5  this was eight years ago. You know, the time was a
6  little off. I would say somewhere between four and
7  six months I was working doing odd jobs for them and
8  then it kicked into Linda asking me if I could
9  possibly come over in the morning and help Hartley
10 with things and be there in the afternoon and help
11 him, you know, exercise and, you know, do those type
12 of things, and I think the reason for that was just
13 because, you know, Hartley and I just kind of hit it
14 off, so we got along pretty well.
15    Q    What kind of guy was Mr. Shearer?
16    A    He was an interesting guy, that's for
17 sure. We always got along really well. Some people
18 kind of viewed him as a curmudgeon. I always got a
19 kick out of him. You know, he was kind of like the,
20 you know, Ebenezer Scrooge type, you know, he was a
21 little ornery, but, I guess, I always thought he was
22 a pretty likeable guy and he was pretty humorous.
23        We kind of had that "Scent of a Woman" kind of
24 relationship, I guess, where, you know, Hartley was
25 the older guy who, you know, was tough to get to

Page 12

1  know and then, you know, once I got to know him, we
2  hit it off pretty well. So I used to let him do
3  whatever he needed to do, and I'd always say to him,
4  you know, if you need help with something, you know,
5  don't be afraid to ask, you know, and if you fall
6  down, I'm going to pick you up, too, you know. So I
7  would let him do as much as he possibly could, you
8  know, when I was there.
9     Q    Your reference to "The Scent of a Woman"
10 was a movie?
11    A    Yes.
12    Q    With Al Pacino?
13    A    Yes.
14    Q    And, as I recall it, it was an older man
15 who had some sort of disability and had a younger
16 gentleman who was helping him?
17    A    Yes.
18    Q    Who spent a lot of time pretending not to
19 help him?
20    A    Yes.
21    Q    Because the older man didn't want the
22 help?
23    A    Yes.
24    Q    What -- did you have a regular schedule at
25 that point then when you started to do that?

Page 13

1     A    Um, I mean, pretty much every weekday,
2  Monday through Friday, you know, depending on what
3  Linda's schedule was like, I would really try to
4  show up over there at, you know, anywhere from about
5  six to somewhere -- somewhere between six and eight,
6  depending on what time she was going into work, and,
7  you know, I would get there, Hartley would probably
8  just be getting out of bed at the time, you know,
9  and I would, you know, I would help him. I think
10 when he used to sleep at night, he used to get real
11 stiff, so I'd help him stretch a little bit, help
12 him get ready, help him -- you know, he didn't
13 shower every day just because that was like an
14 inconvenience kind of, so he would use like baby
15 wipes and things like that just to kind of clean
16 himself up for the day. I'd help him get dressed.
17 And he was, at the time, for awhile, teaching a
18 class at Williams and I would kind of set him up for
19 the morning with his books and everything that he
20 might need so he wasn't going up and down stairs,
21 and then I would, you know, if he was all set, had
22 everything he needed, I would head to class for
23 three or four hours, maybe even two hours, just
24 depending on what my class schedule was like, and
25 then I was done, I would come back in the afternoon,

Page 18

```
 1      Well, strike that.
 2          There were days that Mr. Shearer would not
 3   shower, in part, because of the -- I'm trying to
 4   find the word -- the difficulty involved in actually
 5   doing that?
 6      A   Yeah. I mean, they had a stand-up shower.
 7   I think that they before I started working there,
 8   they had a stand-up shower that was made in the
 9   spare bathroom for him. And there were like days
10   when, you know, I would help him, you know, get in
11   there and shower down and everything, but, I mean,
12   it was just -- sometimes it was just -- it could be
13   a little bit of a pain in the neck. It might have
14   been something that he waited more for Linda to do
15   with him than me. You know, I mean, I could
16   probably count the times that, you know, in the, you
17   know, year or so that I worked for him that, you
18   know, on one hand how many times he took a shower in
19   the stand-up shower, it was mostly us using some
20   kind of like baby wipes or something like that. Or
21   even if he wanted to wash his hair, you know, I'd
22   help him wash his hair in the sink, you know,
23   without taking a shower.
24      Q   What about feeding, did he need help
25   eating meals?
```

Page 19

```
 1      A   No, no. I mean, like, I would always just
 2   get him situated. Most of the time when I was
 3   working for him he would just do those quick like
 4   Hungry Man meals or, you know, Healthy Choice kind
 5   of meals. So I'm a little better now, but I can't
 6   say when I was 21, 22, I was going to cook him
 7   anything extravagant that he was going to get
 8   excited about, you know.
 9      Q   Fair enough.
10          Were you responsible for administering any
11   medicine to Mr. Shearer?
12      A   No, I never actually gave Hartley any
13   medicine. So, I think he had one of those days a
14   week kind of pill things and he -- Linda had
15   already -- either him or Linda had already counted
16   everything out and that was not something I did.
17      Q   Did Mr. Shearer ever discuss with you the
18   prescription medicines he was taking?
19      A   No.
20      Q   Did he ever -- strike that.
21          Did he ever complain to you about any
22   prescription medicines he was taking?
23      A   No.
24      Q   Did you ever see any of the prescription
25   medicines Mr. Shearer was taking?
```

Page 20

```
 1      A   I mean, I saw his pill box, but I never
 2   really like, you know -- visibly I wouldn't know
 3   what was what. I wouldn't know Tylenol from
 4   anything else.
 5      Q   And if I understand your testimony, rather
 6   than take pills out of the bottle that comes from
 7   the pharmacy, he would take them out of a container
 8   that divided -- was divided by days?
 9      A   Yeah. It was like, you know, one of those
10   little days of the week containers, you know, and it
11   would just have everything kind of, you know, cut
12   up.
13      Q   How many pills were in each day, do you
14   remember?
15          MR. FROMSON: Objection.
16          Hold on.
17          Objection; form, lack of foundation. If
18   he saw the pills in the dispenser.
19          MR. OHLEMEYER: Fair enough.
20   BY MR. OHLEMEYER:
21      Q   Did you ever see the pills in the
22   dispenser?
23      A   Not really. I mean, like I knew where
24   they were. That was just something we never really
25   paid attention to. I mean, like my business with
```

Page 21

```
 1   Hartley was to be there with him to kind of oversee
 2   him and to make sure that he was set up with
 3   everything that he needed, but I was never asked to
 4   do anything with his medication.
 5      Q   Do you know who put the medication in the
 6   container?
 7      A   Like I said, I'm really not sure. Linda
 8   and Hartley lived together, I assume it was one or
 9   the other.
10      Q   Did you know he that Mr. Shearer had a gun
11   in the home?
12      A   Yes, I did.
13      Q   How did you know that?
14      A   We -- he actually purchased the gun when
15   he was with me one day. We -- you know, I always
16   understood that, you know, that because he was a
17   sportsman, you know, he needed some kind of outlet
18   for physical activity and, from what I understood,
19   one of his friends recommended to him that, you
20   know, it might be something that he want to do, you
21   know, to release some stress.
22      Q   Is that something he told you or that you
23   just --
24      A   I feel like we had a conversation about it
25   at one point in time about how someone had
```

Veritext Corporate Services
800-567-8658                                                973-410-4040

Page 26

1  you and he had discussed or was that your impression
2  of your relationship?
3      A   That was my impression of our
4  relationship. I don't know if Hartley would want me
5  to call him an old curmudgeon.
6      Q   Did he ever discuss with you, you know,
7  the physical limitations of his stroke --
8      Well, that's a bad question.
9      Let me withdraw the question.
10     Did he ever discuss with you any other medical
11 conditions that he attributed to the physical
12 limitations caused by his stroke?
13         MR. FROMSON: Objection as to form.
14         THE WITNESS: You have to ask me that
15     question in another way.
16 BY MR. OHLEMEYER:
17     Q   Did he have any other medical problems
18 that --
19     Well, I'll be more specific.
20     Did you ever observe him to be in pain, you
21 know, physical pain?
22     A   The only time Hartley ever, you know, he
23 just looked uncomfortable. You know, he had one arm
24 that kind of, you know, did this, you know, and, you
25 know, he, basically, he'd be always -- I'm sure -- I

Page 27

1  don't think he had much feeling in his arm, but, I
2  mean, he'd always be, you know, just like really
3  stretching it out and, you know, doing that type of
4  stuff and just really -- you know -- his arm -- he
5  had movement through his shoulder, but his arm was
6  pretty dead, so he would really just try to like --
7  sometimes just stretch and pull this, you know, as
8  much as he could. And, you know, it was the same
9  thing with his foot, you know, I mean, he had this
10 brace on his foot that pretty much acted like --
11 like a stilt, you know. And like the same thing,
12 like if I was helping him stretch out, you know,
13 like trying to, you know, move his foot and things
14 like that, you know, it was uncomfortable for him,
15 but he never, you know, I don't think I ever
16 remember Hartley saying, you know, I'm in a lot of
17 pain today or anything like that, he was just -- he
18 just kind of soldiered on with everything.
19         MR. OHLEMEYER: Can we go off the record
20     just a second?
21         VIDEOGRAPHER: Going off the record.
22     The time is 9:32.
23         (Whereupon, a brief discussion
24         was held off the record.)
25         VIDEOGRAPHER: We are back on the record.

Page 28

1      The time is 9:33.
2  BY MR. OHLEMEYER:
3      Q   Mr. Wheeler, do you ever remember
4  Mr. Shearer being hospitalized while you worked with
5  him?
6      A   No, I don't.
7      Q   Was there ever a period of time from the
8  point you began, you know, spending morning and
9  afternoons with the Shearers until the day of his
10 death where you did not see Mr. Shearer for, you
11 know, more than a few days at a time?
12     A   The only time would be like if his son,
13 Ivor, was in town -- he went to -- I want to say it
14 was Ithica College, maybe about a little over an
15 hour away, and if Ivor was in town for a week, like
16 home from school or something like that, you know,
17 maybe they would say, like, we don't need you this
18 week, Sean, you know, I wouldn't see him for a few
19 days if I ever was there taking care of him.
20     Q   Was Mr. Shearer somebody who was
21 embarrassed or self-conscious about his physical
22 condition?
23         MR. FROMSON: Objection; form.
24         THE WITNESS: I mean, you know, for -- in
25     my opinion, you know, I guess when you go from

Page 29

1      being an active guy to being able to take care
2      of yourself all the time to having to rely on
3      people around you all the time to make sure
4      that, you know, you're set up and you're in the
5      right place, you know, he might consider that
6      to be, you know, embarrassing.
7          I always thought of him as a pretty proud
8      person even when I -- I just knew him after the
9      stroke, so I didn't know him before the stroke,
10     but I always thought he was a pretty proud
11     person.
12 BY MR. OHLEMEYER:
13     Q   What was the basis of your belief that he
14 was a proud person?
15     A   I think that Hartley was an intelligent
16 individual and, like, maybe physically, you know,
17 when he had part of his, you know, use of his
18 mobility taken away, you know, sometimes when people
19 look at you on first view, they'll just say, you
20 know, look at that poor guy, he's crippled,
21 basically, but, you know, Hartley was pretty sharp,
22 he was a sharp guy, sharp as a tack, so I think
23 that, you know, I think that he just was embarrassed
24 by people looking at him, you know, on appearance
25 that, you know, he couldn't move, you know, he

Veritext Corporate Services
800-567-8658                                                      973-410-4040

Page 30

1  couldn't do the things that he used to do anymore.
2  I think that's pretty natural, though.
3      Q  Did there come a point where you knew
4  Mr. Shearer where his attitude or his expectations
5  about the physical limitations or his prospects for
6  improvement ever changed?
7          MR. FROMSON: Objection; form.
8          THE WITNESS: No, he really never let on
9      any of that stuff to me. Like we were just
10     business. Like, you know, when I go over, I
11     mean, we would talk about personal things, you
12     know, just as far as he'd always ask me how I
13     was doing, how was school, how's this, how's
14     that? You know, we had conversations, but they
15     were more like casual conversations like you
16     just have with, you know, I wouldn't say like a
17     close friend or anything like that, but just,
18     you know, someone that you're an acquaintance
19     with.
20 BY MR. OHLEMEYER:
21     Q  Did Mrs. Shearer ever talk with you about
22 Mr. Shearer's state of mind or attitude about his
23 limitations?
24     A  No.
25     Q  Did she ever talk with you or express any

Page 31

1  concerns about Mr. Shearer being depressed?
2      A  No.
3      Q  Did she ever talk with you or suggest that
4  she had observed or heard Mr. Shearer think about or
5  talk about suicide?
6      A  No.
7      Q  Do you know if Mr. and Mrs. Shearer ever
8  had arguments -- strike that.
9          Did you ever observe Mr. and Mrs. Shearer to
10 have arguments about his state of mind or about his
11 attitude?
12     A  Never --
13         MR. FROMSON: Hold on.
14         Objection to form.
15         Thank you.
16         THE WITNESS: Never in my presence. They
17     just kept things pretty professional when I was
18     around, you know, other than, you know, in the
19     morning when Hartley, you know, took his life,
20     you know, the two of them were arguing on the
21     phone that morning and that was really like the
22     first time I ever heard them argue about
23     anything, and I really wasn't, you know -- it
24     was one of those things when he was on the
25     phone when I showed up, you know, in his

Page 32

1  office, which was on the first floor of their
2  house, and, you know, I had, you know, I would
3  never really knock or anything like that, I was
4  always just to let myself in, because I knew
5  they were expecting me, so he was on the phone,
6  you know, kind of going back and forth with
7  Linda a little bit, which is like the first
8  time I had ever heard them argue about
9  anything, but, obviously, if he's on the phone,
10 I'm not hearing what's coming out of her end,
11 I'm just hearing his end, and I just kind of
12 went about my business as usual and, you know,
13 started cleaning up their kitchen, doing their
14 dishes, you know, cleaning up the house. I had
15 come there that day to take Hartley to a
16 doctor's appointment. I can't remember whether
17 it was a doctor's appointment to get braces
18 fitted or it was a doctor's appointment to get
19 blood work done, I can't remember.
20 BY MR. OHLEMEYER:
21     Q  Why do you believe that they were having
22 an argument?
23     A  Well, I mean, Hartley's tone of voice, you
24 know. I could hear him kind of yelling and, you
25 know, going on. That was -- Linda was gone that

Page 33

1  week, she was in Hawaii, so I just -- he was
2  frustrated, for whatever reason, that, you know, he
3  was -- that she was not there that week, you know,
4  and Ivor was staying in the house, too, that week,
5  but he had left that morning to go back to school to
6  do something, so, you know.
7      Q  You knew Mr. Shearer well enough and had
8  been around him long enough that you could observe
9  frustration in his voice?
10         MR. FROMSON: Objection; form.
11         THE WITNESS: Yeah. I mean, like I said,
12     he always kept things pretty business with me.
13     He never -- if he was mad at me about anything,
14     he never showed it, you know, he would always
15     just keep his cool, you know. I think he
16     appreciated having me there doing the things
17     that I was doing for him, so, you know, he
18     never once when I was working for him even
19     raised his voice to me or anything like that.
20     So, I mean, when he was on the phone like
21     raising his voice, you know, you know,
22     obviously, I knew he was upset about something.
23 BY MR. OHLEMEYER:
24     Q  Let's back up a little bit and talk about
25 that day.

### Page 38

1  Q  Yes.
2  But my question is -- bearing in mind this was
3  almost eight years ago, or seven years ago --
4  A  Uh huh. (Affirmative) --
5  Q  -- do you believe this was an accurate
6  description of what you remember at that time?
7  A  I probably tried to recall that, as best
8  as I possibly could and gave them every detail that
9  I could, so there was no room for questions or
10 anything like that.
11 Q  Did they ask you for a handwriting sample?
12 A  A handwriting sample?
13 Q  Yeah.
14 A  I'm not sure if they did.
15 Q  So, do you recall them -- well, I guess if
16 you don't remember, you don't remember.
17 Do you know if Mr. Shearer left a suicide note?
18 A  I did see a suicide note because he had
19 locked his bedroom door. If you walked up their
20 stairs and walked down the hallway, their bedroom
21 was to the right, the first door to the right, and
22 that door was locked when I had gone upstairs, so
23 when I had ran around the corner, you know, and
24 tried to call for him, there was a bathroom between
25 where his study was and where their room was, you

### Page 39

1  know, and, obviously, when I had -- I didn't see it
2  until I was leaving that room, you know.
3  Q  So, were you the person that actually
4  found it or did the police find it?
5  A  I mean, I like looked at it and as I was
6  on my way, you know, to -- actually, I think I ran
7  downstairs and called 911. I don't really remember.
8  To be honest with you, I don't really, you know, I
9  do remember seeing a suicide note, but I don't
10 remember at what point in time I saw that. I don't
11 remember whether it was leaving the room or if I had
12 called 911 first. I'm pretty sure I ran downstairs
13 and called 911 first.
14 Q  Fair enough.
15 What I'm interested in is where it was in
16 relationship to Mr. Shearer, was it outside the room
17 or inside the room?
18 A  It was in his study on the desk.
19 Q  And -- how did you -- how did you -- what
20 alerted you to the fact that something might have
21 happened that day in the home?
22 A  What alerted me?
23 Q  Yes.
24 A  Well, I was downstairs, you know, when he
25 asked me for time, you know. I had kind of been,

### Page 40

1  you know, saying to him all day, like we got to get
2  going, you got an appointment, we got to get going,
3  you got an appointment, we're going to be late for
4  this appointment, and, like I said, he was upset all
5  that morning, you know, he was noticeably, you know,
6  agitated.
7  Q  And is it your -- does Exhibit 1 refresh
8  your recollection that he was on and off the phone
9  with Mrs. Shearer?
10 A  I don't remember him being on and off the
11 phone, I just remember him, you know, while I was
12 cleaning -- as I'm sitting here today, I just
13 remember him being on the phone and yelling back and
14 forth with Linda on the phone as I was cleaning up
15 their kitchen and, you know, had the dishwasher
16 running and the T.V. was also going, too. They had
17 just a little small T.V. in the kitchen.
18 Q  Do you remember what he was saying?
19 A  I was just more or less paying attention
20 to the tone of his voice. Like I could hear him
21 yelling and I was not actually listening to him, you
22 know, what he was saying.
23 Q  Then when he got off the phone, did you
24 speak with him?
25 A  Um, not anything related to that, just

### Page 41

1  along the lines of, like, all right, we got to get
2  going, we have an appointment, you know, and I
3  remember -- he used to have a little chair in his
4  bathroom that he'd sit down in so he could see
5  himself and brush his teeth and do his hair and I'm
6  pretty sure I propped him in that chair, got him
7  ready, you know, and did all that stuff and he, you
8  know, got ready to leave and, you know, he had said,
9  you know, I said, look, okay, let's go, let's get
10 dressed, and he said he was -- either I think he
11 said he was tired and he was going to go upstairs
12 and to give him a couple of minutes, you know, he
13 had gone upstairs to his room, you know, and I said,
14 all right, I'm just going to keep doing things down
15 here and then we're going to be on our way.
16 Q  And then what happened?
17 A  I was downstairs, you know, dishwasher
18 going, T.V. on, you know, I think I was actually in
19 the sink, you know, just washing some things that,
20 obviously, you just couldn't put into the
21 dishwasher, so -- I used to be kind of meticulous in
22 the house, just making sure if I was there, that it
23 was not a mess, because there was, you know, down
24 time -- and I just heard like a crack from upstairs
25 and at first -- the first thought in my head was