# EXHIBIT JJ

# PROFESSIONAL PSYCHIATRIC ASSOCIATES
ONE WASHINGTON STREET, SUITE 304
WELLESLEY HILLS, MASSACHUSETTS 02481-1706
TEL (781) 239-0071
FAX (781) 235-6390

Douglas G. Jacobs, M.D.
E-mail: drj@djacobsmd.com

January 22, 2010

Mr. William Ohlemeyer
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

*Re: Shearer v. Pfizer*

Dear Mr. Ohlemeyer,

At your request, I have reviewed the following information in the above named case (see *Attachment A*).

**SUMMARY OF OPINIONS**

1. There is no reliable scientific evidence that Neurontin causes or contributes to suicidal thinking and behavior. The FDA Alert and the Advisory Committee proceedings do not change my opinion that Neurontin is safe and effective as labeled and that Neurontin does not increase the risk of suicidal thinking and behavior. In fact, the FDA's meta-analysis as it relates to Neurontin data demonstrates that there is no statistically significant increased risk of suicidality with Neurontin.

2. Hartley Shearer had multiple risk factors for suicide that pre-dated his use of Neurontin and that substantially contributed to and resulted in his suicide. Neurontin did not cause or contribute to Mr. Shearer's suicide.

3. Hartley Shearer's risk factors for suicide included:
- Mr. Shearer was a 52-year-old white male.
- Mr. Shearer was underemployed.
- Mr. Shearer had been treated for depression, attention deficit disorder, and had an underlying anxiety disorder.
- Mr. Shearer was diagnosed with narcissistic personality disorder.
- Mr. Shearer had suffered a stroke post-surgery in January of 1999 that caused a left hemi paresis that dramatically changed his life.
- Mr. Shearer suffered from chronic pain.
- Mr. Shearer experienced functional limitations independent of chronic pain.
- Mr. and Mrs. Shearer had significant marital problems dating back to 1990.
- Mr. and Mrs. Shearer also had financial stress.
- Mr. Shearer had access to firearms in the home.

4. Hartley Shearer consulted a psychiatrist, Dr. Catapano-Friedman, because of problems with his anger at his wife, prior to the administration of Neurontin by another physician on October 14, 2000. The focus of Mr. Shearer's treatment with Dr. Catapano-Friedman was on the management of his anger at his wife. In addition, the records of Mrs. Shearer from Dr. Catapano-Friedman reveal that Mrs. Shearer's relationship with her husband had dramatically changed subsequent to the stroke, and before the prescription of Neurontin.

5. There is evidence in the records that Hartley Shearer would respond to each trip that Mrs. Shearer would take for business with feelings of anger, abandonment, anxiety and panic. He also had feelings of vulnerability. Hartley Shearer committed suicide on February 7, 2002 after a telephone argument with Mrs. Shearer while she was away on another business trip. The suicide

still swearing when he was in the bathroom." The police records further indicate that Mrs. Shearer confirmed the argument on the phone and said that it was about her being in Hawaii. The suicide note found at the scene written by Hartley Shearer read the following, "Linda has left me powerless by hanging up on me for the last time. I love you both Ivor and Linda but this is it. Hartley Shearer." During Dr. Catapano-Friedman's deposition, Dr. Catapano-Friedman indicated that the suicide note did not surprise her at all. "It is on exactly the same theme that he had been talking about of hating to feel vulnerable or powerless that made him very frightened and angry. It's an angry note and it suggests a rather impulsive act. He is responding to what I gather must have been a phone call and she hung up on him. It seems to be in response to that, which would be unplanned and rather impulsive. So no, it doesn't surprise me." The precipitant for the suicide was the argument-leading to anger and intense feelings of powerlessness in a man who had lost control over his life. Neurontin did not cause nor contribute to this outcome.

### RESPONSE TO THE OPINIONS OF PLAINTIFF EXPERT- DR. KRUSZEWSKI

**Opinion:** Mr. Shearer appears to have successfully maneuvered through a number of obstacles (e.g., physical limitations, anger, depression, pain and impotence) subsequent to his stroke.
**Response:** There is ample evidence from the medical records and deposition testimony that Hartley Shearer's life dramatically changed after his stroke. He could no longer use intense physical exercise as an outlet. Anger became a major issue for him as evidenced by Dr. Catapano-Friedman's notes. The evidence does not support the assertion that Hartley Shearer successfully maneuvered through these obstacles. Rather, he struggled continuously after the stroke to cope with issues related to control and abandonment. He felt unproductive, panicky, and vulnerable to feeling alone and dependent.

**Opinion:** Mr. Shearer showed positive response to the psychochemotherapeutic interventions by Dr. Catapano-Friedman.
**Response:** Hartley Shearer was last seen by Dr. Catapano-Friedman in August of 2001. The only positive response he had was a partial reduction of anger after treatment with Zyprexa. He continued to report being unable to tolerate feeling unproductive and panicky when he felt helpless. Dr. Catapano-Friedman did not see Hartley Shearer in the six months prior to his suicide. Furthermore, in December of 2001, Dr. Catapano-Friedman's indicated that "Linda

disability in October of 2000. He developed chronic pain, which was the basis for the prescription of Neurontin. Prior to Neurontin, the major upset in his life was directed at his wife. Although there is evidence of ongoing changes in the dynamics between Hartley and Linda Shearer, there is no significant difference pre or post-Neurontin. The difference is pre and post-stroke. Linda Shearer was trying to pursue the demands of her work. She complained to her psychiatrist that she could no longer depend upon her husband. In a fit of rage and the culmination of years of struggle, Hartley Shearer committed suicide. There is no basis to conclude that any medication, combination of medications, or lack of medication had anything to do with Hartley Shearer's suicide.

It is my opinion, to a reasonable degree of medical certainty that Neurontin did not cause or contribute to the suicide of Hartley Shearer.

I reserve the right to amend or supplement this report based upon additional material that becomes available.


Signed:

*[signature]*
Douglas G. Jacobs, M.D.