# EXHIBIT KK

1

Edward W Boyer MD PhD
21 Sterling Road
Needham, MA 02492

William Ohlemeyer, Esq
Bois, Schiller & Flexner LLP

Re: Hartley Shearer

Date of Birth: 30 October 1944
Date of Death: 07 February 2002

**Linda B Shearer, as Administrator of the Estate of Hartley Shearer, Deceased vs. Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company, and Warner-Lambert Company**

Dear Mr. Ohlemeyer,

In October 2009, you requested that I review the medical records and reports, deposition transcripts, and pharmacy records obtained during the course of this litigation to evaluate certain issues relating to whether or not gabapentin (Neurontin) was a substantial contributing factor in the death of Mr Hartley Shearer. For this work I charge $600/hr. I now spend less than 10% of my time consulting; 75% is involved in conducting NIH- or DOD-funded original research investigations into adverse drug events, suicide, behavioral science, and substance abuse. The remainder of my time is spent in clinical activities related to medical toxicology and emergency medicine and teaching.

My findings follow.

**Relevant educational and clinical background information**

In preparing this report, I have relied on my academic and clinical expertise as described in the following paragraphs. I have attempted to highlight those areas that are specific to my expertise in this case, permitting me as a board certified medical toxicologist to review, analyze and form the basis of my conclusions within a reasonable degree of medical certainty.

I am a board-certified medical toxicologist. Medical toxicology is an Accreditation Council for Graduate Medical Education (ACGME)-approved medical subspecialty that focuses on adverse effects, drug interactions, toxicity, poisoning, overdose, and withdrawal from all manner of substances. As a

I can find no rationale, based upon scientific data and supported by human subjects investigations as well as my own clinical experience, that suggests why Neurontin might produce the speculated increase in risk on February 7 2002 that compelled Hartley Shearer to commit suicide on that day.

I am able to defend rigorously these conclusions, made within a reasonable degree of medical and toxicologic certainty, in any US Court of Law. I reserve the right to supplement, amend or addend these opinions based on additional or new information including other expert reports.

CASES IN WHICH I HAVE TESTIFIED IN THE PRECEDING FOUR YEARS:

2005, Commonwealth vs ??, Middlesex County Superior Court.

2008, Estate of Susan Bulger, Deceased vs. Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company, and Warner-Lambert Company

2009, Estate of Richard Crone, Deceased vs. Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company, and Warner-Lambert Company

**Edward W Boyer**

Digitally signed by Edward W Boyer
DN: cn=Edward W Boyer, o, ou, email=edward.boyer@childrens.harvard.edu, c=US
Date: 2010.01.22 12:21:51 -05'00'

Edward W Boyer MD PhD