UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| *Barlow v. Pfizer Inc, et al.* Case No. 1:05-cv-11501-PBS | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| AND ALL PRODUCTS LIABILITY ACTIONS | |

## **DEFENDANTS' MOTION FOR PROTECTIVE ORDER IMPOSING COST-SHIFTING**

Pursuant to Federal Rule of Civil Procedure 26(b)(2), Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move this Court for a protective order shifting to Plaintiffs the costs related to retrieving, reviewing, and producing certain information responsive to their discovery requests. Although Pfizer has already produced substantial materials related to sales representatives and marketing in this litigation, Barlow and the Plaintiffs' Product Liability Steering Committee requested and subsequently filed a motion to compel additional, minimally-relevant marketing evidence, including case-specific electronically-maintained custodial files of current and former Pfizer sales representatives relating to individual plaintiffs' prescribing physicians. Because producing these minimally-relevant materials would impose an undue burden and undue costs on Pfizer, and the information sought can be substantially obtained from other easily-available sources, the Court should shift all or part of the costs as a condition for production of this tangential evidence to Plaintiffs.

WHEREFORE, Pfizer respectfully requests that this Court order that Plaintiffs bear all or part of the cost of retrieving, reviewing, and producing the information responsive to their discovery requests.

Dated: February 23, 2010

Respectfully submitted,
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 23, 2010.

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo