UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| *Barlow v. Pfizer Inc, et al.* Case No. 1:05-cv-11501-PBS | Judge Patti B. Saris  Magistrate Judge Leo T. Sorokin |
| AND ALL PRODUCTS LIABILITY ACTIONS | |

## DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER IMPOSING COST-SHIFTING

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of excerpts from the March 21, 2008, deposition of Michele Meagher.

3. Attached as Exhibit B is a true and correct copy of excerpts from the March 26, 2008, deposition of Thomas Gamer.

4. Attached as Exhibit C is a true and correct copy of excerpts from the March 31, 2008, deposition of Jennifer Brabham.

Signed under the penalties of perjury this 23rd day of February 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 23, 2010.

By:   /s/ Mark S. Cheffo
Mark S. Cheffo