# EXHIBIT A

Confidential

```
 1              MICHELE MEAGER

 2

 3   IN THE UNITED STATES DISTRICT COURT
          DISTRICT OF MASSACHUSETTS
 4

 5  In re: NEURONTIN          MDL Docket
    MARKETING, SALES PRACTICES No. 1629
 6  AND PRODUCTS LIABILITY    Master File
    LITIGATION                No. 04-10981
 7
                              Judge Patti Saris
 8
                              Magistrate Judge
 9                            Leo T. Sorokin

10   - - - - - - - - - - - - - - -

11

12

13         Confidential telephone deposition of

14  MICHELE MEAGER, taken by and before Fred W.

15  Jeske, a certified shorthand reporter and notary

16  public of the State of Tennessee, held at the

17  Conference Room C of the Courtyard by Marriott,

18  170 Fourth Avenue North, Nashville, Tennessee.
```

CONFIDENTIAL

Condensed Copy

**Page 2**

```
 1              MICHELE MEAGER
 2   APPEARANCES:
 3
 4   Attorneys for Personal Injury Plaintiffs:
 5         FINKELSTEIN & PARTNERS
           80 Wolf Road
 6         Suite 503
           Albany, New York 12205
 7         BY: STEVE COHEN, ESQ. via telephone
 8
     Attorneys for Defendant Pfizer:
 9
           SHOOK, HARDY & BACON, LLP
10         2555 Grand Boulevard
           Kansas City, Missouri 64108-2613
11         BY: ANGELA M. SEATON, ESQ.
               IAN C. LOSASSO, ESQ.
12
13
14              -oOo-
```

**Page 3**

```
 1              MICHELE MEAGER
 2                 INDEX
 3
     WITNESS                        PAGE
 4
     MICHELE MEAGER
 5
         Direct by Mr. Cohen         5
 6       Cross by Ms. Seaton        57
         Redirect by Mr. Cohen      59
 7
 8   Reporter's certificate         61
 9
10              -oOo-
```

**Page 4**

```
 1              MICHELE MEAGER
 2         The telephonic deposition of MICHELE
 3   MEAGER, taken on Friday, March 21, 2008, at 170
 4   4th Avenue North, Nashville, Tennessee, for all
 5   purposes under the Federal Rules of Civil
 6   Procedure.
 7         The formalities as to notice, caption,
 8   certificate, et cetera, are waived. All
 9   objections, except as to the form of the
10   questions, are reserved to the hearing.
11         It is agreed that Fred W. Jeske, being
12   a Notary Public and Court Reporter for the State
13   of Tennessee, may swear the witness, and that
14   the reading and signing of the completed
15   deposition by the witness are waived.
```

**Page 5**

```
 1              MICHELE MEAGER
 2         MICHELE MEAGER,
 3   having been first duly sworn, testified as
 4   follows:
 5   (12:58 p.m.)
 6   BY MR. COHEN:
 7   Q.    Would you state your full name for the
 8   record, please.
 9   A.    Michele Meager.
10   Q.    And your present address.
11   A.    201 Bellegrove, B-E-L-L-E-G-R-O-V-E,
12   Court, Franklin, Tennessee 37069.
13   Q.    And what's your date of birth, please?
14   A.    2/10/71.
15   Q.    All right. Michele, my name is Steve
16   Cohen. I'm an attorney here at Finkelstein &
17   Partners. I'm going to ask you some questions.
18   If there is anything that you don't know, just
19   tell me that you don't know, and if you don't
20   understand anything that I ask you, let me know
21   that and I will try to fix it. Is that okay
22   with you?
23   A.    Yes.
24   Q.    All right. What's your educational
25   background, please, starting with college?
```

2 (Pages 2 to 5)

Confidential

### Page 30

MICHELE MEAGER

2  A.    No.
3  Q.    All right. Let's take a look, please,
4  at the call date of 1/8/04, the territory is --
5  is that some internal coding for Pfizer about
6  your territory, where you worked?
7         MS. SEATON: Objection. Again,
8     Steve, I think that you guys may be
9     looking at something different, and maybe
10    you're not, but I just -- I want to make
11    sure that we're clear. Are you looking --
12        MR. COHEN: That's fair.
13        Let me ask you this.
14  BY MR. COHEN:
15  Q.    For the January 8th, 2004 call date,
16  do you have some data in front of you?
17  A.    I have region, division, district,
18  cluster and call type.
19  Q.    Okay. So for the call type that was
20  detailed in starter, I want to make sure we have
21  the same information. Is that correct?
22  A.    Yes.
23  Q.    All right. And you know that you were
24  the one who did it; correct?
25  A.    Yes.

### Page 31

MICHELE MEAGER

2  Q.    All right. Do you see any -- an entry
3  for 2/4/04, February 4th, 2004?
4  A.    Yes.
5  Q.    All right. Do you see call notes?
6  A.    No.
7  Q.    I have a block here that says, Call
8  notes, suffers from migraines, uses Maxalt melt.
9  Do you know what that means?
10  A.    No.
11  Q.    Okay. Would you have been the one who
12  would have entered the call notes?
13        MS. SEATON: Objection.
14  A.    Yes.
15  BY MR. COHEN:
16  Q.    After, after detailing, would you
17  enter call notes into your computer?
18  A.    Yes.
19  Q.    All right. And but you don't have
20  those in front of you today.
21  A.    No.
22  Q.    And you don't have any recollection
23  what, quote, suffers from migraines, comma, uses
24  Maxalt, M-A-X-A-L-T, melt, close quote, means;
25  is that correct?

### Page 32

MICHELE MEAGER

2  A.    Correct.
3  Q.    Okay. Do you have an entry for
4  April 1st, 2004?
5  A.    Yes.
6  Q.    And do you see that it was detailed in
7  starter again on that date?
8  A.    Yes.
9  Q.    Why do they call it starter if it's
10  not the first time they've gotten the product?
11        MS. SEATON: Objection.
12        If you know.
13  A.    Yeah, I do know.
14        Starter is another word for
15  sample. Any time you leave a sample to a
16  physician, it comes up as a starter.
17  BY MR. COHEN:
18  Q.    Okay. I want you to assume for a
19  moment that some of the data I have says that on
20  January 8th, 2004, the formulation for Neurontin
21  that you left was 300 milligrams, times three.
22  What does that mean?
23  A.    The strength of Neurontin was
24  300 milligrams, and there were three pills in
25  the starter pack. That's where you get the

### Page 33

MICHELE MEAGER

2  times three.
3  Q.    Okay. And the quantity is 18.
4  Eighteen what?
5  A.    Eighteen squares. Eighteen starters.
6  Eighteen starters. Eighteen samples is
7  basically what you're -- 18 days. It would be
8  18 days of 300 milligrams.
9  Q.    So it would be 18 times three pills?
10  A.    Correct. Yes.
11  Q.    All right. And on the second visit of
12  April 1st of 2004 -- I'm sorry, that would be
13  the third visit. If there was nothing -- well,
14  let me ask you that.
15        On 2/4/04 it says, Detail and
16  starter, which means you left some samples;
17  correct?
18  A.    Yes.
19  Q.    But there is nothing on the list that
20  I have about any quantity of Neurontin. Is it
21  possible you left a different drug that day?
22  A.    Yes.
23  Q.    Okay. On 4/1/04 it says Neurontin,
24  300 milligrams, times three, six, so it would be
25  18 pills on that visit?

Confidential

```
                                        34
 1              MICHELE MEAGER
 2    A.    It would be 18 pills, yes.
 3    Q.    Okay. And then if it says detail
 4    only, it just means you left some literature,
 5    you didn't leave any samples; correct?
 6    A.    Correct.
 7    Q.    Okay. What type of software were you
 8    using in January of 2004 on the company laptop?
 9    A.    I have no idea.
10    Q.    You know something called Sherlock.
11    A.    Yes.
12    Q.    Is that what you were using on the
13    computer?
14    A.    That was a Pfizer product.
15    Q.    Well, the Sherlock was a Pfizer
16    program?
17    A.    It was a Pfizer program, correct.
18    Q.    Okay. And were you familiar with how
19    to use Sherlock?
20    A.    Yes.
21    Q.    And was Sherlock, as you sit here
22    today, do you recall using it to record data
23    after your sales calls?
24    A.    Yes.
25    Q.    Okay. All right. Are you aware that
```

```
                                        35
 1              MICHELE MEAGER
 2    Pfizer acquired Warner-Lambert in 2000?
 3    A.    Yes.
 4    Q.    And did your job responsibilities
 5    change when that occurred?
 6    A.    No.
 7    Q.    Did you still detail same drugs?
 8    A.    Yes.
 9    Q.    Now you told us about some training
10    that you received initially with Pfizer when you
11    started.
12    A.    Um-hum.
13    Q.    When you first started marketing
14    Neurontin, did you receive any further training
15    or information?
16    A.    Yes.
17    Q.    Sorry?
18    A.    Yes.
19    Q.    What, what were you -- what were you
20    told?
21          MS. SEATON: Objection.
22    A.    We were given FDA-approved modules on
23    the disease, say, and treating epilepsy with
24    Neurontin.
25
```

```
                                        36
 1              MICHELE MEAGER
 2    BY MR. COHEN:
 3    Q.    Okay. And you said that you had some
 4    sales brochures. Was there anything you had
 5    that you would leave that wasn't product?
 6    A.    No. Just the package insert.
 7    Q.    What else?
 8    A.    Nothing else.
 9    Q.    I'm sorry. There was just the
10    brochures?
11    A.    And the package insert.
12    Q.    Okay.
13    A.    The package insert for the product.
14    Q.    All right. Did you receive periodic
15    bulletins or other information from your company
16    about Neurontin after that first training
17    period?
18          MS. SEATON: Objection.
19              You can, you can answer.
20    A.    No.
21    BY MR. COHEN:
22    Q.    Okay. Did you ever get safety
23    information aside from the package insert?
24    A.    No.
25    Q.    All right. Do you know what a
```

```
                                        37
 1              MICHELE MEAGER
 2    preceptorship or tutorial is?
 3    A.    Yes.
 4    Q.    Can you tell me what they are?
 5    A.    Well, a preceptorship to me would mean
 6    following a physician around in his office, sort
 7    of like a medical student, and just seeing how
 8    they see patients and how they diagnose and
 9    prescribe.
10    Q.    Did you ever do one of those?
11    A.    Back in 1995, I did.
12    Q.    Okay. Do you know if the doctor that
13    you followed received any honorarium or other
14    payment for doing that?
15    A.    Oh, I don't remember.
16    Q.    Okay. How about a tutorial, what's
17    that?
18    A.    I don't know. We always called them
19    preceptorships. I don't know what a tutorial
20    would be.
21    Q.    Okay. Did you ever ask a doctor to
22    participate in any kind of training event where
23    they would get some sort of compensation for
24    participating?
25    A.    No.
```

10 (Pages 34 to 37)