# EXHIBIT B

**1**

```
 1                          VOL. I
                            Pp. 1 - 74
 2                          Exhibits 1 - 7

 3            UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS
 4

 5                    C.A. NO. 05CV10639-PBS

 6            MDL DOCKET NO. 1629
              MASTER FILE NO. 04-10981
 7            JUDGE PATTI B. SARIS
              MAGISTRATE JUDGE LEO T. SOROKIN
 8   . . . . . . . . . . . . . . . . . . .

 9   IN RE:  NUBRONTIN(SIC) MARKETING,
             SALES PRACTICE AND PRODUCTS
10           LIABILITY LITIGATION,
     . . . . . . . . . . . . . . . . . . . . . . . . .
11   MARY P. DORSEY, INDIVIDUALLY AND
             AS ADMINISTRATOR OF THE ESTATE OF
12   JAMES DORSEY,
                     Plaintiff
13   VS.
     PFEIZER, INC., WARNER-LAMBERT
14   COMPANY, AND PARKE-DAVIS, A
     DIVISION OF WARNER-LAMBERT
15   COMPANY,
                     Defendants
16   . . . . . . . . . . . . . . . . . .

17        Deposition of THOMAS GAMER, a witness called by

18   counsel for the Plaintiff, pursuant to the applicable

19   rules, before Lorreen Hollingsworth, CSR/RPR,

20   CSR NO. 114793, and Notary Public in and for the

21   Commonwealth of Massachusetts, at the Offices of

22   Perry, Krumsiek & Jack, LLP, One McKinley Square,

23   Boston, Massachusetts, on Wednesday, March 26, 2008,

24   at 1:02 p.m.


                    HOLLINGSWORTH & ASSOCIATES
                         (781) 235-1424
```

**2**

1  APPEARANCES:

2  TIMOTHY J. PERRY, ESQUIRE
   LAUREN M. BURKE, ESQUIRE
3    Perry, Krumsiek & Jack, LLP
   One McKinley Square
4  Boston, Massachusetts 02109
   On behalf of the Plaintiff,
5  Mary Dorsey

6  VINCENT E. GUNTER, ESQUIRE
   Shook, Hardy & Bacon, LLP
7  2555 Grand Boulevard
   Kansas City, Missouri 64108
8  On behalf of the Defendant,
   Pfeizer, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

HOLLINGSWORTH & ASSOCIATES
(781) 235-1424

**3**

1                    I N D E X

2  Deposition of:      DIRECT        CROSS

3  THOMAS A. GAMER

4  (by Mr. Perry)          5

5  (by Mr. Gunter)                    69

6

7

8                    E X H I B I T S

9

10   No.                      For Ident.

11

12   1    The 15-page document entitled,        31
          "Information" by the U.S. attorney

13

     2    The three-page document               53

14

     3    The two-page document                 56

15

     4    The seven-page document containing    57
16        sales call information to
          Dr. Alpert

17

     5    The one-page call log                 61

18

     6    The two-page call log                 62

19

     7    The two-page call log                 62

20

21
22
23
24

HOLLINGSWORTH & ASSOCIATES
(781) 235-1424

**4**

1              S T I P U L A T I O N S

2        It is hereby stipulated and agreed

3  by and between counsel for the respective

4  parties that the deposition will be read

5  and signed by the witness, under the pains

6  and penalties of perjury, and that the

7  sealing, filing, and notarization of the

8  deposition are waived.

9        It is further stipulated and agreed

10  that all objections, except as to form, and

11  motions to strike are reserved until the

12  time of trial.

13             THOMAS GAMER,

14  a witness called on behalf of the

15  Plaintiff, having first been duly sworn,

16  deposes and says as follows:

17        MR. PERRY:  Mr. Gamer, thank

18  you.  Once again, my name is Tim Perry.

19  I'm an attorney representing one of the

20  plaintiffs in the case.  I think you were

21  subpoenaed, is that right?

22        THE WITNESS:  Correct.

23        MR. PERRY:  And have you been

24  deposed before?

HOLLINGSWORTH & ASSOCIATES
(781) 235-1424

Thomas Gamer                                                           March 26, 2008

---

53

1      kind?
2   A  No.  We would have --
3   Q  Sorry.
4   A  Go ahead and ask me a question.
5   Q  Tell me what you had in lieu of notes or a
6      diary.
7   A  I mean, we would -- we had our -- in our
8      computer something called the Sherlock
9      system, and we would record a call within
10     there, and you would call -- record your
11     calls.  And there was at one point a way of
12     writing call notes on there.
13  Q  Okay.
14  A  At one point in time, we had those.
15  Q  I'm going to show you a document.
16            MR. PERRY:  Could you mark
17     this.
18            (Exhibit No. 2, The three-page
19            document, was marked for
20            identification.)
21  Q  I'm going to ask you about it.  Do you know
22     what that document is that we've marked as
23     Exhibit 2?
24  A  I don't.  I haven't seen this before.
            HOLLINGSWORTH & ASSOCIATES
                 (781) 235-1424

---

54

1   Q  Do you have any computer systems that have
2      these type of identifying data entry
3      sections that are shown at the top like
4      ICC, date of call, rep first name, rep last
5      name?  Do you see that information?
6   A  Mm-hmm.
7   Q  Are you familiar with any of those
8      indicators at all?
9   A  I'm not.
10  Q  I can tell you guys produced this to
11     us.  I'm trying to figure out what it is,
12     too.  I'm not trying to sandbag you.
13  A  I don't know what ICC date of call --
14            MR. PERRY:  Why don't we go
15     off the record.
16            (Off the record)
17  Q  Let me ask you this:  Do you recall there
18     was a Dr. Alpert here in Boston who was on
19     your call list back in 1999 and 2000?
20  A  Yes.
21  Q  Do you know who Dr. Alpert is?
22  A  Yes.
23  Q  How did you come to know Dr. Alpert?
24  A  We launched a drug called Celexa, which is
            HOLLINGSWORTH & ASSOCIATES
                 (781) 235-1424

---

55

1      an SSRI, and it's for depression.  It's
2      used in depression.  So when we got that
3      drug, we started calling on psychiatry.
4   Q  And Dr. Alpert is a psychiatrist?
5   A  Yes.
6   Q  Do you recall how, in particular, you got
7      in touch with him?  Was that a cold call or
8      was that someone you had dealt with in the
9      past or was he on a list --
10  A  No, normally -- it was probably a cold call
11     and then, you know, just going in there,
12     cold calling.  Or I don't know if any of
13     these were actual appointments that I made.
14  Q  So on the indication here where it has
15     dates of calls, you don't recognize those
16     or, you know, with the specific dates next
17     to your name and Dr. Alpert indicated, is
18     that right?
19  A  I don't --
20  Q  This doesn't help you recognize, like, when
21     you may have called Dr. Alpert?
22  A  Well, it says here when the date of calls
23     are, so ...
24  Q  Would you understand those numbers to mean
            HOLLINGSWORTH & ASSOCIATES
                 (781) 235-1424

---

56

1      that's when you called upon Dr. Alpert?
2   A  Yes.
3   Q  Okay.  If you go to the third page there,
4      where it says -- some say "call,
5      presentation, and sample," others just say
6      "call and presentation."
7            Can you tell me if that has
8      any meaning to you?
9   A  Well, "call" means you will call into the
10     office.  "Presentation" is some sort of
11     presentation was made.  And "sample"
12     probably means that samples were left.
13  Q  Okay.  And all the way over to the far side
14     where it says "business start date," would
15     that indicate to you when you may have made
16     your first call to Dr. Alpert?
17  A  I don't know.  I don't know what that
18     means.
19            MR. PERRY:  Can you mark this.
20            (Exhibit No. 3, The two-page
21            document, was marked for
22            identification.)
23  Q  I'm going to ask you to take a look at
24     Exhibit 3 and tell me if that document
            HOLLINGSWORTH & ASSOCIATES
                 (781) 235-1424

---