UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

THE GUARDIAN LIFE INSURANCE COMPANY OF
AMERICA v. PFIZER INC., 04 CV 10739 (PBS)

------------------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION TO QUASH TRIAL SUBPOENA DIRECTED TO LLOYD E. KNAPP

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc. and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of an excerpt from Kaiser's Deposition Designations dated January 12, 2010.

3. Attached as Exhibit B is a true and correct copy of a trial subpoena purporting to command Lloyd E. Knapp and an unidentified Pfizer representative to appear at trial.

4. On February 15, 2009, despite having previously designated extensively from Mr. Knapp's deposition testimony, Kaiser's counsel informed me that Kaiser planned to call Mr. Knapp as a live witness during its case in chief.

Signed under the penalties of perjury this 25th day of February 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 25, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo