# EXHIBIT A

**Plaintiff Kaiser's Deposition Designations**

January 12, 2010

| Deponent | Company | Date | Beg. Page | Beg. Line | Beginning with... | End Page | End Line | Ending with... | Objection |
|---|---|---|---|---|---|---|---|---|---|
| Martin, Tamela | Pfizer | 10/5/2007 | 400 | 25 |  | 401 | 14 |  |  |
| Martin, Tamela | Pfizer | 10/5/2007 | 402 | 3 |  | 403 | 12 |  |  |
| Martin, Tamela | Pfizer | 10/5/2007 | 406 | 18 |  | 411 | 21 |  |  |
| Martin, Tamela | Pfizer | 10/5/2007 | 413 | 3 |  | 413 | 24 |  |  |
| Martin, Tamela | Pfizer | 10/5/2007 | 421 | 21 |  | 422 | 3 |  |  |
| Martin, Tamela | Pfizer | 10/5/2007 | 425 | 9 |  | 427 | 14 |  |  |
| Martin, Tamela | Pfizer | 10/5/2007 | 431 | 24 |  | 433 | 1 |  |  |
| Martin, Tamela | Pfizer | 10/5/2007 | 435 | 18 |  | 436 | 24 |  |  |
| Martin, Tamela | Pfizer | 10/5/2007 | 438 | 5 |  | 438 | 20 |  |  |
| Martin, Tamela | Pfizer | 10/5/2007 | 440 | 15 |  | 444 | 4 |  |  |
| Martin, Tamela | Pfizer | 10/5/2007 | 446 | 6 |  | 450 | 9 |  |  |
| Martin, Tamela | Pfizer | 10/5/2007 | 451 | 11 |  | 452 | 8 |  |  |
| Martin, Tamela | Pfizer | 10/5/2007 | 487 | 23 |  | 491 | 13 |  |  |
| Martin, Tamela | Pfizer | 10/5/2007 | 492 | 25 |  | 495 | 3 |  |  |
| Martin, Tamela | Pfizer | 10/5/2007 | 500 | 1 |  | 500 | 24 |  |  |
| Martin, Tamela | Pfizer | 10/5/2007 | 501 | 7 |  | 502 | 23 |  |  |
| Martin, Tamela | Pfizer | 10/5/2007 | 503 | 20 |  | 507 | 11 |  |  |
| Martin, Tamela | Pfizer | 10/5/2007 | 553 | 24 |  | 557 | 20 |  |  |
| Martin, Tamela | Pfizer | 10/5/2007 | 561 | 8 |  | 561 | 14 |  |  |
| Dowd, Christopher | Pfizer | 9/13/2007 | 12 | 23 |  | 13 | 9 |  |  |
| Dowd, Christopher | Pfizer | 9/13/2007 | 17 | 14 |  | 17 | 25 |  |  |
| Dowd, Christopher | Pfizer | 9/13/2007 | 22 | 8 |  | 22 | 18 |  |  |
| Dowd, Christopher | Pfizer | 9/13/2007 | 28 | 4 |  | 28 | 9 |  |  |
| Dowd, Christopher | Pfizer | 9/13/2007 | 31 | 10 |  | 31 | 13 |  |  |
| Dowd, Christopher | Pfizer | 9/13/2007 | 33 | 24 |  | 34 | 3 |  |  |
| Dowd, Christopher | Pfizer | 9/13/2007 | 46 | 10 |  | 46 | 14 |  |  |
| Dowd, Christopher | Pfizer | 9/13/2007 | 49 | 2 |  | 49 | 7 |  |  |
| Dowd, Christopher | Pfizer | 9/13/2007 | 50 | 9 |  | 50 | 20 |  |  |
| Dowd, Christopher | Pfizer | 9/13/2007 | 51 | 5 |  | 54 | 19 |  |  |
| Dowd, Christopher | Pfizer | 9/13/2007 | 56 | 19 |  | 57 | 5 |  |  |
| Dowd, Christopher | Pfizer | 9/13/2007 | 57 | 19 |  | 59 | 11 |  |  |
| Dowd, Christopher | Pfizer | 9/13/2007 | 61 | 2 |  | 61 | 16 |  |  |
| Dowd, Christopher | Pfizer | 9/13/2007 | 63 | 13 |  | 64 | 6 |  |  |
| Knapp, Lloyd | Pfizer | 6/26/2007 | 12 | 2 |  | 12 | 5 |  |  |

**Plaintiff Kaiser's Deposition Designations**

January 12, 2010

| Deponent | Company | Date | Beg. Page | Beg. Line | Beginning with . . . | End Page | End Line | Ending with . . . | Objection |
|---|---|---|---|---|---|---|---|---|---|
| Knapp, Lloyd | Pfizer | 6/26/2007 | 19 | 8 |  | 19 | 12 |  |  |
| Knapp, Lloyd | Pfizer | 6/26/2007 | 20 | 2 |  | 20 | 3 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 551 | 22 |  | 552 | 20 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 555 | 3 |  | 555 | 11 | to do so |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 595 | 19 |  | 596 | 5 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 597 | 22 |  | 598 | 24 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 611 | 21 | in addition to | 612 | 3 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 620 | 4 |  | 623 | 10 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 624 | 1 |  | 624 | 12 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 625 | 8 | The objective that | 626 | 13 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 626 | 26 |  | 627 | 24 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 629 | 1 |  | 630 | 20 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 631 | 13 | Do you know | 632 | 19 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 633 | 18 |  | 634 | 7 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 635 | 24 |  | 637 | 23 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 642 | 3 |  | 644 | 13 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 648 | 4 |  | 649 | 21 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 650 | 3 |  | 651 | 5 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 652 | 2 |  | 653 | 8 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 655 | 21 |  | 656 | 25 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 657 | 22 |  | 659 | 2 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 667 | 19 |  | 669 | 11 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 692 | 18 |  | 694 | 2 |  |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 698 | 10 |  | 699 | 19 | I do not |  |
| Knapp, Lloyd | Pfizer | 6/28/2007 | 703 | 15 |  | 705 | 14 |  |  |
| Mishra, Avanish | Pfizer | 6/14/2007 | 11 | 13 |  | 11 | 15 |  |  |
| Mishra, Avanish | Pfizer | 6/14/2007 | 21 | 4 |  | 22 | 15 |  |  |
| Mishra, Avanish | Pfizer | 6/14/2007 | 33 | 19 |  | 34 | 14 |  |  |
| Mishra, Avanish | Pfizer | 6/14/2007 | 72 | 16 |  | 74 | 25 |  |  |
| Mishra, Avanish | Pfizer | 6/14/2007 | 85 | 4 |  | 86 | 16 |  |  |
| Mishra, Avanish | Pfizer | 6/14/2007 | 108 | 23 |  | 110 | 3 |  |  |
| Mishra, Avanish | Pfizer | 6/14/2007 | 115 | 14 |  | 116 | 20 |  |  |
| Mishra, Avanish | Pfizer | 6/14/2007 | 192 | 8 |  | 192 | 22 |  |  |
| Mishra, Avanish | Pfizer | 6/14/2007 | 228 | 2 |  | 228 | 5 |  |  |