# EXHIBIT B

AO 88  (Rev. 06/09)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| The Guardian Life Insurance Co. of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  MDL Docket No. 1629 |
| Pfizer Inc. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Lloyd Knapp

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.  If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place:  U.S. District Court, District of Massachusetts<br>1 Courthouse Way<br>Boston, Massachusetts 02210 | Courtroom No.: 19, 7th Floor |
|---|---|
| | Date and Time:  ~~~~~~~~~~  WEDNESDAY MARCH 3, 2011<br>03/03/2010  10:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  02/19/2010

*CLERK OF COURT*

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*      Plaintiffs
_____ , who issues or requests this subpoena, are:

Thomas L. Greene, Greene LLP, 33 Broad Street, 5th Floor, Boston, MA  02109
(617) 261-0040  |  tgreene@greenellp.com