UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | |

## DEFENDANTS' MOTION TO STRIKE THE TESTIMONY OF JOHN ABRAMSON

Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully move to strike the testimony of John Abramson, for the reasons stated in Defendants' Memorandum of Law, submitted herewith.

WHEREFORE, Defendants respectfully request that the Court grant their motion to strike the testimony of John Abramson.

Dated: February 25, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:   /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Email:  Mark.Cheffo@skadden.com

| | |
|---|---|
| CERTIFICATE OF CONSULTATION<br><br>I hereby certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.<br><br>/s/ Mark S. Cheffo<br>Mark S. Cheffo | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By:    /s/ Raoul D. Kennedy<br>         Raoul D. Kennedy<br><br>Four Embarcadero Center<br>San Francisco CA 94111<br>Tel:  (415) 984-6400<br>Email:  Raoul.Kennedy@skadden.com |
| CERTIFICATE OF SERVICE<br><br>I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on February 25, 2010.<br><br>/s/ Mark S. Cheffo<br>Mark S. Cheffo | WHEELER TRIGG O'DONNELL LLP<br><br>By:    /s/ James E. Hooper<br>         James E. Hooper<br><br>1801 California Street<br>Suite 3600<br>Denver, CO 80202-2617<br>Tel:  (303) 244-1800<br>Email:  hooper@wtotrial.com<br><br>*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC* |