# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## EMERGENCY MOTION TO QUASH TRIAL SUBPOENA DIRECTED TO DENNIS HELLING

Pursuant to Federal Rule of Civil Procedure 45 and Local Rule 43.1, Plaintiff Kaiser respectfully moves this Court for an order quashing the trial subpoena directed to Dennis Helling. The reasons for this motion are described in more detail in the attached memorandum of law.

Because the trial subpoena commands Dr. Helling's appearance on March 9, 2010, Kaiser respectfully requests expedited consideration of this motion.

Dated: March 1, 2010                         Respectfully submitted,

By:  /s/ *Linda P. Nussbaum*
     Linda P. Nussbaum

KAPLAN FOX & KILSHEIMER LLP
Linda P. Nussbaum, Esq.
850 Third Avenue, 14th Floor
New York, New York 10022

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

*Of Counsel*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol
HAGENS BERMAN SOBOL
  SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

## CERTIFICATE OF CONSULTATION

I hereby certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Linda P. Nussbaum
Linda P. Nussbaum

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 1, 2010.

/s/ Elana Katcher
Elana Katcher