UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## DECLARATION OF DENNIS HELLING

I, Dennis Helling, hereby declare that:

1. I have been employed by Kaiser Foundation Health Plan of Colorado since July 1992. At all times, I have been the Executive Director of the Region's pharmacy program, although my exact title has changed over time.

2. At no time have I been a voting or non-voting member of any Kaiser Permanente P & T Committee, and have had no role in formulary decisions.

3. I have no role in pharmaceutical purchasing decisions. Although the Colorado Region's drug warehouse function reports up through others to me, purchases are made based on need and I am not involved in any purchasing decisions or strategies.

4. Apart from updates I have received from inhouse counsel and information I have gleaned from a review of documents created or filed over the course of this litigation, I do not have any personal knowledge of the subject matter of this action.

1

5. I appeared in Court on February 25, 2010 and February 26, 2010 solely to observe the proceedings on behalf of Kaiser. Due to the rigor of my schedule, I did not intend to remain in Boston past February 26, 2010, and it would be very difficult for me to clear my schedule to return to Boston to testify on March 9, 2010.

_____
**Dennis Helling**

March 1, 2010   Aurora, Colorado
_____
Date and Place of Execution