# Exhibit B

Pfizer's Witness – Live or By Deposition

| | Witness | Note | Live/Depo |
|---|---|---|---|
| 1. | Mirta Millares | | Depo |
| 2. | Albert Carver | | Depo |
| 3. | David Campen, M.D. | 1 | Live |
| 4. | Dale Daniel, M.D. | 1 | Live |
| 5. | Nicholas Weider, D.O. | 1 | Depo |
| 6. | Dr. Deborah Kubota | | Depo |
| 7. | Dale Kramer | | Depo |
| 8. | David Chandler, M.D. | 1 | Depo |
| 9. | Robin Dea, M.D. | 1 | Depo |
| 10. | Mitchell Danesh, M.D. | 1 | Depo |
| 11. | Morris Maizel, M.D. | 1 | Depo |
| 12. | Bruce McCarberg, M.D. | 1 | Depo |
| 13. | Dr. Vithal Dhaduk | | Depo |
| 14. | Dr. John Arness | | Depo |
| 15. | Dr. Anthony Anderson | 2 | N/A |
| 16. | Dr. Mark Chaplick | 2 | N/A |
| 17. | Dr. Ronald Ellis | 2 | N/A |
| 18. | Dr. Jeffrey Esper | 2 | N/A |
| 19. | Dr. Amy Fitzsimmons | 2 | N/A |
| 20. | Dr. Terry Rolan | 2 | N/A |
| 21. | Dr. Dragon Svrakic | 2 | N/A |
| 22. | Janet Arrowsmith-Lowe, M.D. | | Live |

| | | | |
|---|---|---|---|
| 23. | Gregory K. Bell, Ph.D. | | Live |
| 24. | Shawn Bird, M.D. | | Live |
| 25. | Gary J. Brenner, M.D., Ph.D. | | Live |
| 26. | Pradeep K. Chintagunta, Ph.D. | | Live |
| 27. | Elizabeth A. Field, Ph.D. | | Live |
| 28. | Robert D. Gibbons, Ph.D. | | Live |
| 29. | Henry G. Grabowski, Ph.D | | Live |
| 30. | Michael C. Keeley, PhD. | | Live |
| 31. | Michael J. McLean, M.D., Ph.D. | | Live |
| 32. | Fiona Scott Morton, PhD. | | Live |
| 33. | Alan M. Rapoport, M.D. | | Live |
| 34. | Anthony Rothschild, M.D. | | Live |
| 35. | Andrew E. Slaby, M.D., Ph.D., M.P.H. | | Live |
| 36. | Dr. Backonja | 3 | Live |
| 37. | Dr. Mathew | 3 | Live |
| 38. | Dr. Gorson | 3 | Live |
| 39. | Dr. Gerner | 3 | Live |
| 40. | Carol Janney | 3 | Live |
| 41. | Dr. Mark Buchfuhrer | | Depo |
| 42. | Dr. Charles Phillips | | Depo |
| 43. | Lloyd Knapp | 3 | Live |
| 44. | Patient Y | 2 | N/A |
| 45. | Andrew E. Bertagnolli, Ph.D. | | Live |
| 46. | Stacy Ludin, M.D. | | Live |

| 47. | Mitchell S. Y. Cohen | 1 | Depo |
|---|---|---|---|
| 48. | Rod Cavin | | Depo |
| 49. | Jim Callandrillo | | Depo |
| 50. | Janet Milan | | Depo |
| 51. | David Cooper, M.D. | | Depo |
| 52. | Stephen Valerio | | Depo |
| 53. | Michael Vinegra | | Depo |

**Note 1**: Pfizer reserves its right to call the witnesses live should the Court grant Defendants' Motion In Limine To Preclude Plaintiffs From Presenting The Live Testimony Of Permanente Physicians Unless And Until Plaintiffs Make Permanente Physicians Available To Defendants For Live Testimony or the witnesses are otherwise available live.

**Note 2**: Witness subject to Court's ruling on Plaintiffs' Motion To Exclude Testimony Of Pfizer's Non-Retained Experts. Pfizer preserves this designation for purpose of appeal and intends to make an offer of proof through deposition transcripts.

**Note 3**: Pfizer reserves its right to call by deposition any witness who is unavailable for trial.