UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
----------------------------------------------------------x
                                               :    MDL Docket No.: 1629
In re:   NEURONTIN MARKETING,                  :
         SALES PRACTICES AND                   :    Master File No.: 04-10981
         PRODUCTS LIABILITY LITIGATION         :
                                               :    Judge Patti B. Saris
----------------------------------------------------------x
                                               :    Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                      :
                                               :
Shearer v. Pfizer Inc., 1:07-cv-11428-PBS      :
                                               :
----------------------------------------------------------x
```

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A LATE MOTION
*IN LIMINE* TO PRECLUDE DEFENDANTS FROM OFFERING ANY
EVIDENCE, TESTIMONY, MENTION, REFERENCES OR INFERENCES
REGARDING THE SUICIDE BY FIREARM OF PLAINTIFF'S DECEDENT
<u>HARTLEY SHEARER'S STEPFATHER, CLIFFORD ROBERTS</u>**

Plaintiff LINDA SHEARER, (hereinafter "Plaintiff"), as Executrix of the Estate of Hartley Parker Shearer, deceased, by and through her counsel, respectfully requests that the Court grant Plaintiff leave to file a late Motion *in Limine* to preclude any evidence, testimony, comments, documents, references to or inferences, proffered by Defendants PFIZER INC. and WARNER-LAMBERT COMPANY LLC, (hereinafter "Defendants"), at trial, concerning Hartley Shearer's stepfather's suicide, on the grounds that such evidence and testimony is unreliable, irrelevant, highly prejudicial, and will confuse, mislead and inflame the jury.

At the deposition of Defendants' specific causation expert, Dr. Douglas Jacobs, taken on February 9, 2010, Dr. Jacobs admitted that the suicide of Hartley Shearer's stepfather was not relevant to causation. Plaintiff's counsel received a copy of the Jacobs deposition transcript via Federal Express on February 23, 2009. Because the deadlines for filing motions *in limine* was

February 22, 2010, Plaintiff was not able to review and cite to Dr. Jacobs' transcript until after the deadline for filing motions *in limine*.

Attached hereto as Exhibit A are copies of the proposed Motion *in Limine*, and Memorandum in Support with the attached Exhibits A and B.

Plaintiff respectfully requests that this Court grant Plaintiff's request for leave to file the late Motion *in Limine*.

Dated: March 1, 2010                            Respectfully submitted,

By:    **/s/ W. Mark Lanier**
      W. Mark Lanier, Esquire
      THE LANIER LAW FIRM, P.L.L.C.
      126 East 56th Street, 6th Floor
      New York, NY  10022

By:    **/s/ Andrew G. Finkelstein**
      Andrew G. Finkelstein, Esquire
      FINKELSTEIN & PARTNERS, LLP
      1279 Route 300, P.O. Box 1111
      Newburgh, NY  12551

*Attorneys for Plaintiff Linda B. Shearer*

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated: March 1, 2010

      **/s/ Kenneth B. Fromson**
      Kenneth B. Fromson, Esquire

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 1, 2010.

                                               **/s/ Andrew G. Finkelstein**
                                                 Andrew G. Finkelstein, Esquire