# EXHIBIT A
# (Part 2 of 2)

In the Summary section, the review stated that "accumulated long range safety data are limited by the excessive attribution due to apparent lack of sustained efficacy."

The review was signed by the medical and statistical reviewers and three superiors.

28. In my opinion, there is a very strong signal that gabapentin increases the risk of depression with or without suicidal ideation and may lead to intentional drug overdosing. My reasons are as follows:

   a. the large number of reported events of depression with or without suicidal ideation, many of which were considered serious and led to treatment withdrawal.

   b. The higher rate of depression in the gabapentin-treated patients compared to the placebo controls.

   c. the fact that more than half of the serious events were considered drug-related by the investigators.

   d. the rechallenge case who had the depression and suicidal ideation recur when given gabapentin a second time. This is considered evidence of causation.

   e. the fact that the FDA review highlighted depression as a safety concern that could lead to limited usefulness of gabapentin.

   f. the lack of long-term safety data for a drug intended for long-term use.

   g. the fact that five FDA officials signed the review.

29. The strong safety signal of depression observed in 1992 was subsequently confirmed. The FDA issued a Safety Alert concluding that patients receiving gabapentin and other antiepileptic drugs have approximately twice the risk of depression with suicidal ideation attached hereto as Exhibit D.

Page 13

D. **Pursuit of Safety Signal**

30. Identification of safety signals by the FDA for any drug places the burden on the Sponsor to conduct more research prior to promoting the drug. The goal is to determine whether this signal can be confirmed (as was the case with gabapentin) or whether it can be refuted.

This pursuit should be:

a. timely to limit the extent of harm to patients if the drug is shown to be harmful. The timeliness is more important for marketed drugs. The extraordinary delay of 16 years, in confirming that gabapentin doubles the risk of serious depression, is totally unacceptable and reflects the Sponsor's failure in pursuing the safety signal.

b. sufficient in scope to improve the precision of the testing.

c. applied to the use of the drug for any indication, since adverse effects typically are unrelated to the purpose of its use. The fact that gabapentin enters the blood-brain barrier makes assessment of CNS effects such as depression even more relevant.

During the pursuit, the drug's use should be specifically avoided in high-risk patients, that is those who already have the condition that the drug may cause or those who otherwise are at an increased risk of that event. Patient safety should be a high priority by sponsors and investigators. Moreover, during the pursuit, it is misleading and unethical for a Sponsor to claim that the drug has a therapeutic benefit while denying the existence of evidence that the drug may lead to a worsening of outcomes in the same

Page 14

therapeutic area.

31. In testing and promoting gabapentin in patients with bipolar and mood disorders, the Sponsor violated accepted moral, regulatory and scientific principles.

32. The failure by the Sponsor to disseminate openly the evidence that gabapentin may cause depression with and without suicidal ideation, while promoting the drug with claims of benefit for mood, is equally appalling.

A responsible Sponsor would have:

a. included promptly in the Investigator Brochure a warning that participants in research projects should be on alert to the risk of depression with and without suicidal ideation. This information was delayed for two years in the U.S. It is unclear why non-U.S. investigators were properly informed in 1992.

b. included in the Informed Consent form a statement that depression with and without suicidal ideation was a significant risk. It is remarkable that the Informed Consent form for protocol 945-209 "Gabapentin adjunctive treatment in patients with bipolar disorder" fails to alert potential trial participants and the Institutional Review Boards (IRBs) about the higher risk of depression with and without suicidal ideation. This is a serious violation of regulations of research.

c. added to the initial package insert a proper warning that gabapentin may cause serious depression with and without suicidal ideation. A drug company can make changes in the drug label at anytime without FDA approval, if they are necessary for safety purposes. The patients are the ultimate victims, if the labels are incomplete, incorrect or out-of-date.

Page 15

    d.    disseminated through scientific articles and presentations safety information about the risk of depression with and without suicidal ideation. The practice of medicine is based on evidence from research studies. It is critical that research findings, good or bad, be reported and published in an unbiased and timely manner. Delay in conveying or suppression of unfavorable findings by Sponsors violates the generally accepted standards and fundamental principles of medical research. The Sponsors failed miserably on this account.

## V.   THE DIMOND ET AL. ARTICLE

33. Over the past decades, scientists have developed questionnaires designed to capture indices of health-related quality of life. These instruments are commonly used in evaluating drugs effects. It is obviously important to learn whether and to what extent drugs improve or worsen patients' quality of life. Two of the domains relate to patient's well-being and emotional state, respectively. There are a large number of questionnaires available.

34. One aspect of health-related quality of life relates to functioning. A commonly used questionnaire focuses on Activities of Daily Living (ADL). This self-maintenance scale addresses seven functions:

    1.    Toilet

    2.    Feeding

    3.    Dressing

    4.    Grooming

    5.    Physical Ambulation

Page 16

    6.    Bathing

    7.    Responsibility

The ADL instrument does not measure mood or well-being!

35. The title of the article by Dimond et al. is "Effect of gabapentin (Neurontin) on mood and well-being in patients with epilepsy." The major flaw of the article is that it does not have any valid data on mood or well-being.

36. In spite of the fact that the study didn't present any data on the gabapentin effect on mood and well-being, the authors misleadingly concluded that:

    a.    gabapentin improved general well-being

    b.    the findings supported reports of improved affective status

    c.    patients reported improved general condition

    d.    more patients treated with gabapentin reported global improvement than those treated with placebo in all five add-on therapy trials.

    e.    data suggest a beneficial effect of gabapentin on ... "the cognitive, affective and social aspects of the QoL measure."

    f.    their findings "support gabapentin's lack of adverse effects on mental functioning," a false claim directly contradicted by the FDA's medical review.

37. The unsubstantiated claims from this flawed study have no scientific or clinical value. One can't make claims for something that was not measured. The investigators in one of the studies included in the article even admitted that "patients' affective, cognitive and social improvements were not being adequately captured by the ADLs rating."

38. Other flaws or limitations of the article are:

   a. post-hoc analyses which mean that no conclusions regarding treatment benefit should be drawn.

   b. multiple comparisons, which complicate the statistical analysis.

   c. sponsorship with all authors being employees of the manufacturer of gabapentin, creating an enormous conflict-of-interest concern.

   d. most remarkable is the complete omission of any reference to the evidence that gabapentin increases the risk of depression with and without suicidal ideation. Depression is clearly a measure of mood!

39. A thorough review of the clinical trial evidence regarding the effect of gabapentin in bipolar disorder by Dr. Jeffrey Barkin concluded appropriately that the drug has no documented benefit. In spite of this lack of benefit, the Sponsor marketed gabapentin for this indication.

40. The off-label promotion of a drug when the Sponsor conceals evidence that directly contradicts the promotional claims is fraud on the medical and scientific communities and the patients they treat. As a result, prescribers and patients are provided an expensive and harmful drug with no expected benefit. It is wasteful to society and health plans. What's worse, by prescribing gabapentin, other beneficial treatment alternatives may have been withheld. There is no defense for the sponsor's inexcusable behavior.

## V. CONCLUSIONS

41.  a.   An FDA review in 1992 showed evidence that gabapentin is associated with a higher risk of serious depression with and without suicidal ideation.

b.   The Sponsor failed to actively pursue this strong safety signal.

c.   The Sponsor also delayed or suppressed dissemination of this important safety information to investigators, physicians in clinical practice and patients in violation of fundamental regulatory, scientific and ethical principles.

d.   The Sponsor engaged in the fraudulent off-label promotion of gabapentin for indications, including bipolar and other mood disorders, even when there was no evidence of treatment benefit and despite the existence of evidence of treatment worsening.

42. I reserve the right to amend, edit and supplement my opinions upon review of additional information produced from this litigation.

My consultant fee for the Plaintiff is $500 per hour.

Signed this 9th day of December, 2008

_____
Curt Daniel Furberg, M.D., Ph. D.