UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x

In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

---------------------------------------------------------x

THIS DOCUMENT RELATES TO:

*Huberman v. Pfizer Inc, et al.*
Case No. 1:07-cv-11336-PBS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

---------------------------------------------------------x

## STIPULATION OF DISMISSAL.

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Date: March 4, 2010

/s/ Paul S. Hughes
Paul S. Hughes, Esq.
B.B.O. No. 243780
2120 Commonwealth Avenue, Ste. 200
Newton, Massachusetts 02466
(617) 244-5620
pashughes@aol.com

*Attorney for Plaintiff*

/s/ Mark S. Cheffo
Mark S. Cheffo
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 4, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo