EXHIBIT A



Attachment E.1: Comparison of
Depreciated Value of Promotion Stock to Psychiatrists
and Bipolar Use by Psychiatrists

Sources: IMS Health IPS data, IMS Health NDTI data and Verispan VONA data.  Promotion flows were divided by the CPI, 1982-84 = 100.



Attachment E.5: Comparison of
Depreciated Value of Promotion Stock to PHN Physicians
and Neuropathic Pain Use by PHN Physicians

Sources: IMS Health IPS data, IMS Health NDTI data and Verispan VONA data. Promotion flows were divided by the CPI, 1982-84 = 100.