UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**KAISER'S AMENDED MOTION FOR THE ADMISSION OF SUMMARY EVIDENCE
UNDER FEDERAL RULES OF EVIDENCE 1006 AND 611(a)**

Pursuant to Rules 611(a) and 1006 of the Federal Rules of Evidence, Kaiser[1] hereby moves for the admission of charts that identify and describe business records of Defendants and their alleged vendor co-conspirators. The reasons for this motion are described in detail in the attached memorandum of law.

The proffered charts provide concise, neutral descriptions of (1) previously admitted documents and (2) documents and deposition testimony Kaiser intends to offer into evidence. Once the Court has ruled on the admissibility of these materials, Kaiser intends to create one consolidated chart, in chronological order, containing the information described on all the summaries. These summaries satisfy all the criteria established by Rules 611(a) and 1006 of the Federal Rules of Evidence and their introduction would assist the jury in understanding the

---

[1] Plaintiffs in this action are Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser"). Kaiser Foundation Health Plan, Inc. is the parent company of the following companies and has brought this lawsuit on behalf of itself and its subsidiaries: Kaiser Foundation Health Plan of Colorado; Kaiser Foundation Health Plan of Georgia, Inc.; Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.; Kaiser Foundation Health Plan of the Northwest; and Kaiser Foundation Health Plan of Ohio.

1

nature of the RICO enterprises. Moreover, Defendants would suffer no prejudice because they may object to specific entries or may introduce summary charts of their own. The Court, as always, may also offer a limiting instruction to ensure the jury considers these materials appropriately.

Wherefore, Kaiser respectfully requests that the Court grant this motion for the admission of summary evidence under Federal Rules of Evidence 1006 and 611(a).

Dated: March 8, 2010                                Respectfully submitted,

                                                    By:   */s/ Linda P. Nussbaum*
                                                          Linda P. Nussbaum

                                                    KAPLAN FOX & KILSHEIMER LLP
                                                    Linda P. Nussbaum, Esq.
                                                    850 Third Avenue, 14th Floor
                                                    New York, New York 10022

                                                    *Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

*Of Counsel*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol
HAGENS BERMAN SOBOL
  SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 8, 2010.

*/s/  Elana Katcher*
Elana Katcher
