# EXHIBIT A

## ADMITTED EXHIBITS: RICO

### All Admitted Exhibits

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk. 4, Tb. 1** | 9 | FDA letter to Parke-Davis regarding NDA for Neurontin and enclosing draft product labeling | December 1993: FDA apprises Parke-Davis it has "concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended with the labeling changes noted in the enclosed final draft of labeling" accompanying the letter.  The labeling identifies Neurontin as "indicated as adjunctive therapy in the treatment of partial seizures with and without secondary generalization in adults with epilepsy" and "the effective dose of Neurontin" as "900 to 1800mg/day and given in divided doses (three times a day) using 300- or 400-mg capsules." |
| | | Knoop (2002) | 1995: Cline Davis & Mann (CDM) is  hired by Parke-Davis to assist in yearly marketing planning for Neurontin.  CDM joins the Extended Neurontin Disease Team. |
| | | Samuels | 1995-2000; CDM regularly communicated with Parke-Davis marketing team by phone, e-mail (i.e. by wire) |
| **Bk.4, Tb.2** | 27 | Parke-Davis (Perlow) letter to Gary A. Mellick | March 1995: Parke-Davis sends Gary A. Mellick $750 for "consulting services, as previously arranged." |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk. 4, Tb. 3** | 4 | Parke-Davis "Marketing Assessment Neurontin in Psychiatric Disorders" and cover memorandum | May 1995: Parke-Davis circulates internally the "final version of the Marketing Assessment for Neurontin in psychiatric conditions" noting "The New Products Committee decisions have been incorporated, i.e., an exploratory study in bipolar disorder and a Phase II study in social phobia and panic disorder.  The results, if positive, will be publicized in medical congresses and published in peer-reviewed journals, but there is no intention to fully develop these indications at this point."  Regarding bipolar disorders, Parke-Davis observes "due to the lack of scientific rationale… it is recommended to implement only an exploratory study in outpatients with bipolar disorders with the results highlighted through a peer reviewed publication" and plans a "publication strategy" that "would mirror Abbott's (between 1988 and 1994) when only data from the first pivotal study was available.  With these first results, Abbott was able to generate a tremendous interest in the psychiatric community and consequently the use indicated earlier." |
| | | Knoop (2002) | June 1995-June 2000; CDM prepares marketing strategy proposals for Neurontin |
| | | Knoop (2002) | June 1995-June 2000; CDM prepares marketing tactics to implement marketing strategies, including tactics to implement Parke-Davis's marketing strategy to "Expand Emerging Uses" |
| | | Knoop (2002) | June 1995-June 2000; CDM prepares  strategic plans, situational analyses, and tactical plans for Neurontin |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.4, Tb.4** | 7 | Parke-Davis "Marketing Assessment Neurontin in Neuropathic Pain and Spasticity" and cover memorandum | July 1995: Parke-Davis circulates internally the "final version of the Marketing Assessment for Neurontin in neuropathic pain and spasticity," noting "[t]he results of the recommended exploratory trials in neuropathic pain, if positive, will be publicized in medical congresses and published, but there is no intention to fully develop this indication at this point." "Overall Conclusions/Recommendations" include "[s]tart 'exploratory' trials in neuropathic nerve pain associated with peripheral nerve damage due to diabetes mellitus, trigeminal neuralgia, postherpetic pain, neuropathic facial pain, and reflex sympathetic dystrophy in some of the larger pain centers [(e.g.) Carolina Pain Center, St. Elizabeth's Hospital (Boston)] with a clinical grant and drug supply and disseminate the results through publication and key neurological and pain congresses." Parke-Davis lists St. Elizabeth's Hospital and investigator Ken Gorsen at the top of the list of "Pain Management Centers anecdotally experiencing positive results with Neurontin" and writes "it has already been noted from several investigators (Gary Mellick – American Pain Specialists, Inc. – Lorain, Ohio) that Neurontin was effective in the treatment of patients experiencing severe diabetic neuropathy, postherpetic pain, trigeminal neuralgia, and neuropathic facial pain." |
| **Bk.4, Tb.5** | 23-25 | Parke-Davis memorandum concerning and letter and consultant agreement to Gary A. Mellick | August 1995: Parke-Davis and Gary A. Mellick enter into a consulting agreement wherein Mellick will receive "$1,250 per month" "from September through December 1995." |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.4, Tb. 6** | 31 | Parke-Davis memorandum regarding "Gabapentin for Treatment of Pain Consultants Meeting: Sept. 28, 1995; Boston, MA" | September 1995: Parke-Davis conducts a "consultants meeting" with the "meeting objectives: [i]f Neurontin is an analgesic, 1. Where/how does it fit in clinical practice? 2. What is the methodology for use as an analgesic?  3. How to educate practitioners? (Often difficult to change clinical practice.)"  Parke-Davis states "[i]nitial interest in GBP for NP arose from articles by Mellick and Mellick re. 9 patients with RSD… showing pain relief and some tissue disease reversal" and asks "[w]hat will it take for physicians to recommend GBP for neuropathic pain?  One positive study, 150 patients, placebo control.  Or possibly one of our currently planned studies.  If GBP is analgesic, how to communicate to physicians?  Options: Booth at APS – 1996 – or other meeting. Conferences, symposia – with invited MDs.  CME events.  Sponsor publications of seeding trials.  'A drumbeat in the literature'.  Speakers bureau." |
| | | Knoop (2008) | 1996-2000; CME events proposed in the Neurontin Strategic and Neurontin Tactical Plans are paid for out of Parke-Davis Marketing Budget |
| | | Samuels | 1996-2000; Pursuant to marketing strategies and marketing tactics designed to implement strategies, Proworx, a division of CDM, produced medical education programs for Neurontin where doctors were brought together to discuss Neurontin. |
| | | Knoop (2008) | 1996-2000; Parke-Davis, pursuant to Neurontin Strategic Plan and Neurontin Tactical Plan retains Proworx and other medical education companies to host medical education events such as symposium, CMEs and even publications |
| | | Samuels | 1996-2000; CDM was agency of record—the main promotional agency—for Neurontin |
| | | Knoop (2008) | 1996-2000; Claire Cheng of CDM was a member of Neurontin Extended Disease Team |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| | | Cheng | May 1996-June 1999; Claire Cheng, the account manager for CDM and a member of the Neurontin Extended Marketing Team describes the relationship between CDM and Parke-Davis regarding the promotion of Neurontin to be a partnership. |
| | | Cheng | May 1996-June 1999; As part of its partnership, CDM kept abreast of the most up to date scientific evidence relating to Neurontin |
| | | Cheng | May 1996-June 1999; CDM and Parke-Davis regularly communicated by phone, e-mail and fax, i.e. wire |
| | | Crook | June 1996; Allen Crook, Neurontin Product manager for Parke-Davis, retains CDM to consult with Parke-Davis on all aspects of Parke-Davis's Neurontin business |
| Bk.1, Tb.1 | 26 | Slides for "Second Quarter Face-to-Face Meeting" | June 1996: CDM and Parke-Davis meet to discuss previous "Wargames Meeting" and outline the "[f]ull development of 1997 strategic and tactical plan" in which CDM will "develop and submit strategy document and tactical plan in keeping with Parke-Davis timetable" during the second and third quarters of 1996. |
| Bk.1, Tb.2 | 73 | CDM Memo to Parke-Davis regarding "Minutes- June 6, Strategy Meeting" | June 1996: CDM and Parke-Davis meet in June 1996 "to develop 1997 objectives and strategies for marketing and promoting… Neurontin."  CDM summarizes that the "SWOT analysis completed during the April 1996 War Games" includes "strengths" such as "established group of high-dose thought leaders" and "positive perception of Neurontin for other uses."  "Opportunities" include "neuropathic pain/migraine use," "positive results of -88 monotherapy study," "Abbott focusing on bipolar disorders and psychiatrists," and "STEP data" while "weaknesses" include "perceived lack of efficacy."  Among the "[t]op line Neurontin strategies for 1997" are "publications/education efforts to support the life cycle plan." |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.1, Tb.3** | 49 | CDM/Parke-Davis Contract Addendum | July 1996: CDM and Parke-Davis execute a contract addendum "regarding the assignment of Neurontin to CDM" for "strategic management services relating to Neurontin." |
| **Bk.4, Tb.7** | 87 | FDA letter to Parke-Davis regarding an inquiry into FDA concerns about off-label promotion of Neurontin | July 1996: FDA apprises Parke-Davis that it "is concerned that Parke-Davis may be promoting Neurontin for 'off-label' uses… in printed promotional materials, in detail or sales presentations to physicians, and through the use of company-solicited physician participation in a series of teleconferences….  These promotions of Neurontin for off-label uses include, but are not limited to, its use in chronic pain, bipolar disorders, and other psychiatric conditions."  FDA asks Parke-Davis for "[d]ocuments sufficient to identify" selected individuals and their relationship to Parke-Davis and Neurontin, including "LeeAnne Fogleman, Barbara Williams, Beth Attias-Yon, David Longmire, M.D., David Meyer, M.D., Travis Jackson, M.D., Jeffrey Gelblum, M.D., David Marcotte, M.D., Gary Mellick, D.O., Michael McLean, M.D., Ph.D., Douglas Mann, M.D., Dr. Chochran, Dr. Hansen, and Dr. Stein." |
|  |  | Cheng | August 1996; CDM and Parke-Davis recognized that with regard to pain conditions information about Neurontin had to be spread by third parties, in part to avoid problems of off-label promotion. |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.4, Tb.8** | 216 | Parke-Davis "Marketing Assessment Neurontin in Migraine" and cover memorandum | August 1996: Parke-Davis circulates internally the "Marketing Assessment for Neurontin in migraine prophylaxis" and recommends a decision "to conduct only publication study(ies) in the U.S… the results, if positive, will therefore be publicized in medical congresses and published in peer-reviewed journals."  Parke-Davis observes that "[t]here is no established preclinical rationale that would support the use of Neurontin in migraine prophylaxis" and a "12 week migraine prophylaxis study was conducted in Europe during the late 1980's and revealed no statistically significant difference in the adjusted mean reduction in migraine attack frequency between placebo and 900mg of Neurontin therapy."  Parke-Davis identifies a "publication strategy" for migraine prophylaxis that "would mirror Abbott's strategy (between 1992 to 1993) when Abbott discovered in an open-label trial that valproic acid benefitted 17 out of 18 patients treated for migraine prophylaxis." |
| **Bk.1, Tb.4** | 75 | CDM Memo to Parke-Davis Product Manager regarding "Neurontin 1997 Tactical Plan" | September 1996: CDM provides Parke-Davis its "recommendations for the 1997 tactical plan." "Strategy #1" is to "[e]xecute publication/educational plan and clinical trials program to support product expansion in emerging uses" and includes among its tactics "Third Party Education Programs."  "To support product expansion in emerging areas," CDM recommends "Symposia dinner meetings hosted by third party on topics" including "diabetic neuropathy," "low back pain," "AIDS related neuropathy," and "post radiation pain in cancer patients." |
|  |  | Knoop (2002) | September 13, 1996; CDM prepares a Neurontin 1997 tactical plan, which includes the creation of Third Party Educational Programs in order to implement #1 strategy for Neurontin in 1997: "Execute publication/educational plan and clinical trials program to support product expansion in emerging uses." |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| | | Crook | September 1996; CDM proposed the 1997 Neurontin marketing strategies on their own, without input from Parke-Davis |
| Bk. 1, Tb.5 | 48 | "1997 National Strategies and Tactics" Grid for Neurontin | October 1996: Parke-Davis budgets nearly $4 million for "support product expansion in emerging uses" including "CME education programs," "phase IV initiatives (emerging uses/steps)" and "publications." |
| | | Cheng | 1997-2000; Parke-Davis gives CDM a mailbox on its voice-mail system so it can easily communicate with CDM and CDM can receive all system wide voice mail messages relating to Neurontin. |
| | | Cheng | January 28, 1997; As part of CDM's partnership with Parke-Davis, CDM agrees to eat half of a bill Parke-Davis owed CDM for over use of time budgeted to Parke-Davis for Neurontin.  CDM eats about $81,000 of time it was entitled to bill. |
| Bk.1, Tb. 6 | 50 | CDM letter to Parke-Davis VP of Portfolio Managment | January 1997: CDM and Parke-Davis confirm their "partnership and commitment to a long term relationship" and thus while CDM's 1996 fees were a quarter of a million dollars over budget for Neurontin, the two agree to split the difference on the amount owed. |
| Bk.1, Tb.7 Bk.4, Tb.9 | 15 | "Anticonvulsants in the Treatment of Diabetic Neuropathy" overview prepared by CDM division Proworx | March 1997: CDM division Proworx prepares a symposium outline for diabetic neuropathy, including agenda, objectives, and budget for the program and "recommends that Parke-Davis sponsor an accredited symposium to be held in conjunction with the 57th Annual Meeting of the American Diabetes Association" because "an educational effort spearheaded by leaders in pain management with the use of anticonvulsants appears to be warranted." |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.1, Tb.8** | 54-53 | CDM Memo to Parke-Davis Product Manager regarding "'Ride With' – Denver" | April 1997: In an exemplar "field sales report", CDM reports on its "very productive day in the field… with… a CNS territory manager" and confirms they "called on several pain centers" in which the "specialists are titrating up to 3600 mg for pain syndromes". |
| **Bk.1, Tb.9** | 41 | CDM division Proworx Memo to Parke-Davis Product Manager regarding "Vera Bril's Abstract" | June 1997: CDM division Proworx expresses to Parke-Davis "concerns regarding some of [Doctor Vera Bril's] comments" in a draft presentation for the ADA Satellite Symposium sponsored by Parke-Davis occurring later in the month. |
| **Bk.1, Tb.10** | 42 | CDM division Proworx Memo to Parke-Davis regarding "Dr. Bril's slides" | June 1997: CDM's Proworx forwards "Dr. Bril's slides for… review" to Parke-Davis (Delilmata) in which Dr. Bril indicates that Neurontin "cannot be recommended until efficacy is proven in double-blind, placebo-controlled trials due to their high cost." |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.1, Tb.11** | 43 | CDM division Proworx Memo to Parke-Davis regarding "Situation Analysis for the ADA Satellite Symposium" | June 1997: Following the ADA Satellite Symposium, CDM division Proworx outlines "the steps taken in recruiting faculty for this program" and "indicate[s] possible options to reverse the message that was delivered" at the meeting.  Proworx states one of its employees (O'Brien) "personally contacted Drs. Bril and Vanik to discuss a possible speaking engagement at the ADA Satellite Symposium…. They were each advised of the topics we wished for them to discuss… and what we wished their presentations to include…."  Proworx had "concerns" about Dr. Bril's presentation and "immediately looked at what possible options were available… to counteract a possible 'negative' presentation."  In part, this included developing "pre-written questions… to address any issues that were not mentioned in Dr. Bril's presentation, as well as questions counteracting negative comments."  Proworx "decided that the best option… was to present questions at the Q&A session, which would take place immediately following her presentation.  This did indeed lead Dr. Bril to address some of the positive aspects of anticonvulsants and of Neurontin."  Proworx concludes that "[i]f this had not been an accredited program, [it] would have been able to probe the faculty further to definitively establish presentation content and make the appropriate changes and/or recruit an alterative speaker….  In summary, we would like take [sic] this opportunity to assure you that additional guidelines have been set to ensure that this type of situation does not occur again." |
| | | Knoop (2002) | July 30, 1997; CDM prepares Neurontin tactical plan for 1997.  Includes many tactics in support of Neurontin Strategy #2 " Maximize opportunities in 'emerging markets' through publications,  educational activities and clinical trials."  Tactics include Diabetic Neuropathy CME, Bipolar CME, AIDS Neuropathy Ad (Advisory) Board, and Migraine Ad Board ,  Many of these tactics were adopted and implemented by Parke-Davis |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.1, Tb.12**<br>**Bk.4, Tb.10** | 37 | "Investigator CME Case Study Series" Presentation prepared by CDM division Proworx | July 1997: CDM division Proworx lists as an objective for a CME case study series to "[c]onvey a positive message about the efficacy of anticonvulsants in the treatment of Diabetic Neuropathy."  Proworx states that it will "conduct an in-depth screening process to determine the most appropriate faculty for this project….  After the screening process is complete, three physicians will be chosen to write a 2-3 page case report from their work on the Parke-Davis study…  Content of the case studies will include two positive AED case studies and one specific to a positive experience with Neurontin."  The case studies would be "[d]istributed to the 350 registrants who attended the ADA Satellite Symposium" the prior month.  As part of this, "[e]ditorial" would "[e]dit case studies" and Proworx would "review changes from editorial" before sending them to the participants. |
| **Bk.1, Tb.15** | 17 | "1998 Neurontin Tactics" Presentation prepared by CDM | July 1997: In the "Neurontin 1998 Tactical Plan," CDM identifies "tactics" and "strategies" and the "audience" for each tactic, including "Strategy #2: Maximize opportunities in 'emerging uses' market through publications, educational activities and clinical trials."  Tactics include "Diabetic Neuropathy CME," "Bipolar CME," "PCP Symposia," "AIDS Neuropathy Advisory Board" and "Migraine Advisory Board," to be directed to, among others, psychiatrists, pain management specialists,  and anesthesiologists.  The CMEs and Advisory Boards shared common objectives: "[t]o increase awareness of Neurontin's efficacy in the treatment of" "diabetic neuropathy," "bipolar disorders," "neuropathy related to AIDS," and "migraines." |
| | | Crook | July-August 1997; The Diabetic Neuropathy CME is an example of a marketing tactic that CDM proposed that Parke-Davis adopted. |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.1, Tb.13** **Bk.4, Tb.11** | 38 | CDM division Proworx to Parke-Davis regarding "Investigators CME Case Study Series" | August 1997: CDM division Proworx provides a status report, mentioning four "candidates" interviewed in connection with the Investigators CME Case Study Series following a "screening process… aimed at identifying physicians who have had experience with Neurontin in the treatment of diabetic neuropathy."  Proworx concludes "Dr. [Vivian] Fonseca would make a very good candidate for the case study series.  His enthusiasm for Neurontin was evident and is a result not only from his participation in the Parke-Davis studies but in part due to his high success rate with this drug." |
| **Bk.4, Tb.12** | 19 | Kenneth Gorson, M.D. letter to Parke-Davis regarding "Gabapentin in painful diabetic neuropathy manuscript" and enclosing manuscript | August 1997: Ken Gorson, M.D. submits a manuscript entitled "Low-Dose Gabapentin In The Treatment Of Painful Diabetic Neuropathy: A Placebo-Controlled, Double-Blind, Crossover Trial" to Parke-Davis.  The trial involved "53 [patients who] fulfilled the entry criteria and were randomized" and Gorson and co-authors conclude "Gabapentin, at a dose of 900mg/day, is probably no more effective than placebo in the treatment of painful diabetic neuropathy."  Gorson tells Parke-Davis the "data and statistics are very strong" but that Parke-Davis should "review and feel free to make any suggestions in the text or margins." |
| **Bk.4, Tb.13** | 91 | FDA letter to Parke-Davis regarding supplemental application for Neurontin | August 1997: FDA denies Parke-Davis's application seeking "an increase in the effective dose range to include 3600mg/day," finding "the information presented is inadequate, and the supplemental application is not approvable."  FDA states that is "not able to grant changes in [labeling statements for effective and maximum recommended doses of Neurontin] because experience gained at these higher doses in monotherapy trials cannot support the safety of these doses when given as adjunctive therapy, the only currently approved condition of use." |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| | | Knoop (2002) | September 5, 1997; After approving strategies and tactics proposed by CDM, Parke-Davis budget $11.1 to implement tactics in support of its strategy of expanding the "emerging use" market. |
| Bk.1, Tb.16 | 33 | "1998 Strategic Plan and A&P Allocation Grid" for Neurontin | September 1997: Parke-Davis outlines "topline strategies/tactics" for 1998 and budgeted amounts for each.  Strategy 4 – "maximize opportunities in the 'emerging uses' through clinical trials, publications, and educational events" – included a budget of more than $11 million and included tactics focused on "psychiatry" and "pain". Psychiatry tactics included "Publications (Social Phobia, Bipolar, Acute," "Public Relations Assoc. with publ.," "APA Symposia," "US Psych. & Mental Health Congress," "Other Meetings," "Psych Times Supplement," and "Dinner Meetings" while "Pain" tactics included "Publications (DPN, PHN)," "Public Relations Assoc. with publ.," "Dannemiller CME (Seminars, Articles…," "PCP CME monograph," "Other Society Meetings," "ADA CME Initiatives," and "Migraine AD Board."  In total, Parke-Davis budgets more than $25 million for "Professional Education" and $1.2 million for "Medical Journal" tactics. |
| Bk.1, Tb.17 | 44 | "Neurontin gabapentin capsules" slides for presentation for CNS ABMs | September 1997: Parke-Davis presents information on Neurontin and the "Neurontin Extended Disease Team" which includes CDM.  Presentation notes "4% of Total Rxers Generate 50% of Total Business" for anti-epileptic drugs and that market research demonstrates "[t]itration message effective – titrating beyond 1800mg."  Efforts to be undertaken with CDM on "emerging uses" include "ADA Post Symposia Case Study Mailing: Sept 1997," "Supplement to *IM* (56,000 MDs): Nov. 1997," "*U.S. Psychiatric & Mental Health Congress Symposium* – November 1997 – bi-polar & social phobia symposium; supplement to be included with *Psychiatry Times*," and "Psychiatry Dinner Programs – 1Q98." |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.4, Tb.14** | 40 | "Managing the pain of diabetic neuropathy" supplement to *Internal Medicine* | November 1997: An *Internal Medicine* supplement on "Managing the pain of diabetic neuropathy," "[s]upported by an educational grant from Parke-Davis," includes an article entitled "Anticonvulsants" by Gloria M. Galloway, MD, who writes "Gabapentin can be used as a first-choice anticonvulsant, added as a second agent, or reserved for case in which carbamazepine and phenytoin have been unsuccessful" and that "[a] daily total of 1,800-3,600 mg may be needed." |
| **Bk.1, Tb.14** | 3 | "Emerging Treatments in Diabetic Neuropathy Investigator CME Case Study Series" packet | December 1997: The follow-up packet sent to participants in the June 1997 ADA Satellite Symposium includes a case study from Dr. Vivian Fonseca.  Dr. Aaron Vinik's "overview of painful syndromes in diabetes and three case studies which detail treatment options" asserts "[g]abapentin has been shown to reverse the thermal hyperalgesia associated with a rat model of painful peripheral neuropathy and on tactile allodynia in a surgical nerve section model of neuropathic pain" and "it can be said that compared with the TCAs, gabapentin relieves pain in 75% of patients with a 40% reduction compared with placebo that relieves pain in 50% with a 20% reduction, [sic] This translates to an improved mood, less anger/hostility, and enhanced quality of life." Describing the case study from Dr. Fonseca, the overview stated "[d]rowsiness is virtually universal with amitryptyline, but far more important is its anticholinergic activity, which in this case compounded the problem of gastroparesis, increasing her bloating and nausea with reflux.  Gabapentin is devoid of these effects and thus was a welcome addition to her treatment." |
| **Bk.1, Tb.18** | 2 | "1998 Strategic Plan and A&P Allocation Grid" for Neurontin | December 1997: Parke-Davis revises its 1998 "topline strategies/tactics" and budgeted amounts for each but continues to plan to "maximize opportunities in the 'emerging uses' through clinical trials, publications and educational events," allotting $7.8 million for the strategy.  Overall, Parke-Davis plans to spend $22.45 million on "Professional Education" and $1 million on "Medical Journal" tactics. |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.1, Tb.19** | 69 | "Neurontin Extended Disease Team Distribution List" and memorandum regarding "CME Supplement – *Psychiatric Times*" | December 1997: The Neurontin Extended Disease Team includes CDM as a member and for distribution on materials for the team.  In February 1998, Parke-Davis (Delimata) sends the team "a copy of a CME supplement that accompanied the February 1998 issue of *Psychiatric Times*."  The supplement, entitled "Treatment Advances in Social Phobia and New Options for Bipolar Disorder", states "[t]he anticonvulsant gabapentin (Neurontin)… has been found useful in the treatment of [social phobia]…" |
| **Bk.1, Tb.20** | 86 | CDM Memo to Parke-Davis regarding "CNS Strategy Meeting" | December 1997: CDM and Parke-Davis meet regarding "1998 plans for the CNS product portfolio," including "updated SWOT grids" and the "Neurontin 1998 Tactical Plan."  CDM writes "Neurontin has QOL and cognition data which may not be used in direct promotion….  For this reason the QOL and cognition data should be presented in regional educational meetings or widely disseminated by the medical liaisons to further strengthen Neurontin positioning."  CDM's SWOT analysis for Neurontin identifies "STEPS/NEON efficacy/QOL data" and "Established group of high-dose through leaders" among the "strengths," "Neuropathic pain/migraine use" among the "opportunities," and "Perceived lack of efficacy" among the "weaknesses." |
|  |  | Samuels | 1998-2000; CDM creates the Global Branding Guide for Neurontin |
| **Bk.4, Tb.15** | 30 | Parke-Davis memorandum regarding "Diabetic Neuropathy Study from St. Elizabeth's Hospital, Boston, MA" and enclosing draft | January 1998: Parke-Davis circulates a revised version of Ken Gorson's manuscript regarding the "40-patient" trial, which concludes: "Gabapentin may be effective in the treatment of painful diabetic neuropathy.  Our results suggest that further studies evaluating higher doses of gabapentin are warranted." |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.4, Tb.16** | 100 | Parke-Davis memorandum regarding "CME Psychiatry Dinners and Teleconferences" and attachments | March 1998: Parke-Davis circulates internally a "CME Psychiatry Dinners & Teleconferences Calendar" and "Slide Copy."  Slides for the "Closing the Psychiatry-Neurology Divide: Emerging Uses of Anticonvulsants" program "jointly sponsored by Thomas Jefferson University Jefferson Medial College" and "Medical Education Systems, Inc.," include "bipolar disorder" and "neuropathic pain" in a "Gabapentin: Indications Summary."  As to bipolar disorder, the program observes "early evidence suggests antimanic, antidepressant, and mood stabilizing effects" and "data are increasing but currently limited to favorable case reports and open trials."  For neuropathic pain, "data [is] limited to open trials and case reports." |
| **Bk.4, Tb.17** | 110 | *Cleveland Clinic Journal of Medicine* Supplement 1 to Volume 65: "New Treatment Strategies in Psychiatry: Role of Anticonvulsants" | Late 1998: Parke-Davis sponsors the publishing of the "proceedings of a closed symposium held on July 24, 1998" in a supplement to the *Cleveland Clinic Journal of Medicine* entitled "New Treatment Strategies in Psychiatry: Role of Anticonvulsants." Papers in the supplement state "gabapentin holds promise for treatment of bipolar disorder" and that "[d]espite few controlled studies on the efficacy of gabapentin in human pain management, this new drug has become the anticonvulsant of choice among many pain specialists….  There are several reports of gabapentin's efficacy in mixed neuropathic pain….  It has been tried with some success, as well, in postherpetic neuralgia, thalamic pain, and erythromelalgia."  The "Anticonvulsants for neuropathic pain and detoxification" submission includes gabapentin among "appropriate treatments for neuropathic pain" while the "Bipolar disorder: Current treatments and new strategies" concludes "the recently available anticonvulsants lamotrigine and gabapentin seem to be useful in treating both depression and mania in some treatment-resistant patients." |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.1, Tb.21** | 83 | CDM Memo to Parke-Davis regarding "Neurontin Strategy Meeting Minutes" | July 1998: CDM and Parke-Davis meet regarding "1999 strategies and broad tactics." The team "outline[s] the studies and publications which are in progress" and plans to "conduct a literature search to assemble all articles on emerging uses which may qualify for dissemination."  Discussing line extensions, the team acknowledges "[p]hysicians will be encouraged to titrate higher daily doses since patients will not be required to take an excessive number of pills to reach an efficacious dose....  Benefits to Parke-Davis include increasing sales due to physicians increased willingness to titrate to higher daily dose and the retention of more patients on the branded product as there will be a longer time lag before generic tablets become available."  For the PCP market, CDM writes that "studies on Neurontin efficacy in bipolar disorders, generalized anxiety, social phobia, post-herpatic neuralgia, diabetic neuropathy, cancer pain and monotherapy use in epilepsy may also be disseminated."  Final action items include CDM "to present full tactical plan at separate meeting" and "to develop tactics on how information can be disseminated to PCPs, psychiatrists, oncologists, and endocrinologists if FDA Modernization Act legislation passes and an exemption is granted to Neurontin." |
| **Bk.1, Tb.22** | 79 | "1999 Strategic Plan and A&P Allocation Grid" for Neurontin | Late 1998: Parke-Davis outlines "topline strategies/tactics" and budgeted amounts for each for 1999.  Strategy 1 is to "[e]xecute publication/educational activities in emerging uses" and includes among its tactics "Dannemiller CME Pain Initiative," "Partners in Medical Communications Neuropathic Pain CME," "CME Inc. Psychiatric CME," "AEDs in Psychiatric conditions 30 CME Dinners, Faculty Development," "Emerging Applications CME Support: Neuropathic Pain," ""Pain Management for the Primary Care Physician'" CME Program," "Advances in the Treatment of Migraine CME Program" and "Advances in the Treatment of Bipolar Disorder CME Monograph and Audiconf."  Parke-Davis budgets more than $12 million in support of the strategy and more than $20 million total for "Professional Education" for Neurontin. |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.1, Tb.23** | 98 | "Advances in Migraine Management" presentation | Late 1998/early 1999: Parke-Davis and CDM plan for a "multi-media medical education program to promote awareness of migraine treatment with a special focus on prevention" that will involve "printed monograph," "audiotape," and "teleconferences" and will cost $362,429.  Proposed faculty include Dr. Ninan Mathew who "recently completed a clinical trial on the use of gabapentin for migraine headaches that produced favorable results."  CDM division Proworx "will work with the CME institution to ensure that all program components are successfully implemented." |
| **Bk.4, Tb.18** | 71 | Letter from Makovsky & Company enclosing "Neurontin (gabapentin) Final Media Results Report" | February 1999: Makovsky & Company, a public relations firm, reports to Parke-Davis the "final media results… for the Neurontin/JAMA publication initiative in the U.S." Makovsky reports that in December 1998, it "launched a public relations initiative on behalf of Parke-Davis' epilepsy drug, Neurontin" to "educate both consumer and medical professionals about the results" of two studies published in the December 2 issue of the *Journal of the American Medical Association* (JAMA) [that] showed that Neurontin was effective in the treatment of neuropathic pain associated with… post herpetic neuralgia… and diabetic peripheral neuropathy."   The initiative included a "national media launch" with "three press releases and collateral materials," "video news release," "radio news release," "radio health journal," "airline video news release" and "mat release."  The report concludes that "Makovsky's campaign reached all key U.S. markets, generating in excess of 85 million impressions." |
| **Bk.4, Tb.19** | 80 | *Progress in Neurology* Volume 1, Number 1: "Pharmacology of Painful Peripheral Neuropathies" | March 1999: Parke-Davis supports, with "an educational grant," the publishing of "Pharmacology of Painful Peripheral Neuropathies" in *Progress in Neurology* which concludes "the TCAs and gabapentin are first line therapy for the treatment of painful peripheral neuropathies" citing the fact that "[i]n two recent large clinical trials, gabapentin was found to be effective as a symptomatic treatment for painful diabetic neuropathy and postherpetic neuralgia (Backonja et al. 1998; Rowbotham et al. 1998)." |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.1, Tb.24** | 245 | Dear Doctor letter regarding "Advances in the Preventive Treatment of Migraine" and outline for audiotape of the program | April 1999: Outline for audiotape of "Advances in the Preventive Treatment of Migraine" lists Dr. Ninan T. Mathew as the speaker and includes gabapentin among the four "currently used prophylactic agents" for migraine. |
| **Bk.1, Tb.25** | 93 | "Neurontin Tactical Meeting" | May 1999: At a Neurontin Tactical Meeting, Parke-Davis emphasizes "Psychiatry CME bring a good ROI."  Discussing migraine, the minutes list the "Annenberg CME Program: 'New Advances in the Treatment of Migraine'" which includes a "monograph, plus an audiotape and/or teleconference participation."  The monograph "*very favorably* mentions NEURONTIN." |
| **Bk.1, Tb.26** | 246 | Transcript of Audiotape of "Advances in Preventative Treatment of Migraine" | May 1999: Dr. Mathew records the audiotape for the Parke-Davis and CDM "Advances in Preventive Treatment of Migraine" program.  In it, he states "gabapentin… may be considered as first line under many circumstances" for migraine prophylaxis and that "recent anecdotal evidence also suggests that Gabapentin may be equally effective in patients with bipolar illness, migraine and epilepsy…  Gabapentin has been shown to have beneficial effects on neuropathic pain states such as diabetic neuropathy, posthepatic neuralgia, trigeminal neuralgia and complex regional pain syndrome." |
| **Bk.4, Tb.20** | 211 | Portion of program and abstracts materials for American Psychiatric Association 1999 Annual Meeting | May 1999: Constance Guille, B.A., of Massachusetts General Hospital, presents "Gabapentin Versus Placebo As Adjunctive Treatment for Acute Mania and Mixed States in Bipolar Disorder" at the 1999 Annual Meeting of the American Psychiatric Association.  The abstract concludes the "study did not find adjunctive gabapentin to be efficacious treatment for refractory mania" and that "[e]nthusiastic clinical acceptance of gabapentin as a mood-stabilizing agents [sic] may be unwarranted." |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.4, Tb.21** | 63 | "New Frontiers in Anxiety, Substance Abuse and Bipolar Disorder" workbook | May 1999: Parke-Davis sponsors, through an "unrestricted educational grant," a program called "New Frontiers in Anxiety, Substance Abuse and Bipolar Disorder," put on by CME, Inc.  "Key slides" refer to gabapentin as one of the "Newer Mood Stabilizers."  The "reports of benefit" associated with gabapentin include "mania," "bipolar depression," "bipolar maintenance," "rapid cycling," "treatment resistance," and "mood instability."  As for "Using Gabapentin," the slides list a "range 900-3600 mg (sometimes higher)."  According to the slides, an advantage of gabapentin includes "reports and open-label data suggesting efficacy," and a disadvantage includes the "need for controlled studies (under way)." |
| **Bk.1, Tb.27** | 99 | CDM division Proworx Status Report for Parke-Davis regarding "Advances in the Preventive Treatment of Migraine" | June 1999: CDM division Proworx provides a program summary on "Advances in the Preventive Treatment of Migraine," noting "[o]ver 20,000 invitations were mailed to neurologists and primary care physicians.  We have received approximately 1,800 requests for the monograph and audiotape kit thus far."  Proworx writes that it "would be available to work with Parke-Davis to research and track prescriptions for those physicians who completed the program.  This additional investment could be worthwhile to track the ROI for the program." |
| **Bk.1, Tb.28** | 248 | Communications from CDM division Proworx to Dr. Ninan Mathew and Steve Biddle concerning "Advances in the Preventive Treatment of Migraine" program | July 1999: CDM division Proworx prepares an invitation to the "Advances in the Preventive Treatment of Migraine" education program and pays Dr. Mathew his $20,000 "honorarium" for his "participation in the audioconferences, audiotape and monograph on *Advances in the Preventive Treatment of Migraine* ($1,500 for each of nine audioconferences, $3,000 for authoring the monograph, and $3,500 for editing the scrip and narrating the audiotape)." |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.1, Tb.29** | 363 | Monograph for "Advances in the Preventive Treatment of Migraine" | Mid 1999: Parke-Davis and CDM release the "Advances in the Preventive Treatment of Migraine" monograph.  The monograph reports "the Magnus-Miller et al trial compared gabapentin with placebo in migraineurs… in a randomized, double-blind, placebo-controlled multicenter trial....  The study concluded that gabapentin is generally well tolerated and an effective prophylactic agent for patients with migraine headaches."  The monograph further states "gabapentin… may be considered first line under many circumstances" for migraine prophylaxis. |
| **Bk.4, Tb.22** | 139 | "Neurontin: 2000 Situation Analysis" | Late 1999: Parke-Davis reviews its "1999 key strategies" including "1. Publication/Educational activities in emerging uses" which involved, among other things, "COMED CME dinners (93) and grand rounds programs (140) scheduled and conducted across the country.  Dannemiller CME pain supplements mailed to universe of Neurologists and Anesthesiologists.  Major CME satellite symposia held at AAN in April on AED utilization in the treatment of pain….  CME Inc, [sic] program entitled 'New Frontiers in Anxiety, Substance Abuse and Bipolar Disorder' conducted in top 20 U.S. markets and 30 secondary markets.  Estimated attendance was 8500."  Parke-Davis considers "continued support for emerging uses" a "critical success factor[] – last ½ of 1999." |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.1, Tb.30** | 97 | CDM division Proworx summaries on "Programs for 2000" | Late 1999/early 2000: CDM division Proworx summarizes "programs for 2000" for Neurontin.  These include "migraine program highlights on toll-free '800' number" which is designed "to provide encapsulated program highlights for physicians who may not have the time to participate in the full CME program" by "edit[ing] the audiotape down to the most salient points and post[ing] the abbreviated content on a toll-free number for a requested length of time."  Proworx also recommends "on-line CME programs on Neuropathic Pain" to "create awareness of the emerging use of anticonvulsants for treating neuropathic pain."  Among other things, "Proworx would work with recognized faculty and medical writers to develop the content and initiate the web site posting." |
| **Bk.4, Tb.23** | 82 | *Neurology Reviews* Supplement: "Management of Neuropathic Pain Syndromes" | March 2000: Parke-Davis sponsors, through an "unrestricted educational grant," the publishing of "Management of Neuropathic Pain Syndromes."  The supplement contains a piece entitled "Painful Diabetic Peripheral Neuropathy" stating "[o]f the new anticonvulsants, gabapentin was shown to be effective in the treatment of DN in a double-blind, placebo-controlled, eight-week dose-titration trial using doses from 900 to 3,600 mg/d." |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.4, Tb.24** | 109 | Email exchange regarding "945-224 Publication – F.Y.I." | April - June 2000: Parke-Davis discusses whether to publish a report from "945-224 – Gabapentin in Painful Diabetic Neuropathy" involving Dr. J P D Reckless, noting "Donna McVey made it very clear that we should take care not to publish anything that damages neurontin's marketing success" but that "[i]f there is no threat to the marketing of gabapentin or maybe even some benefit (to correct misperceptions about the negative outcome), it might be worth pursuing a publication."  In response to suggestions that Dr. Reckless and the investigators write up and publish the study themselves, Parke-Davis observes "we should write this paper up in time.  We would need to have 'editorial' control, but would suggest we certainly involve Dr Reckless in the process, asking for his expert comment" and that "PD has ownership of the data, so Dr Reckless can publish his own centre data but that would need PD approval." |
| **Bk.4, Tb.25** | 213 | Draft of "Neurontin: 2001 Situation Analysis" | June 2000: Pfizer summarizes "2000 key strategies" including "2. Continue publication/education support in the area of emerging uses" which involved, among other things, "75 ½-day Saturday CME Pain Symposia through Dannemiller Foundation.  Program entitled 'New Treatment Options in Management of Pain: The Role of Anticonvulsants'," "125 CME dinner series entitled 'Re-evaluating Neuropathic Pain Treatment Algorithms'," "37 CME dinner series through Joslin Diabetes center entitled 'Diabetic Neuropathies and Microvascular Complications'," and the publishing of "Major CME Pain enduring materials for Neurologists, PCPs and Pain Specialists and other health care professionals" such as "*Progress in Neurology Series* – 4 waves in 2000 to all US Neurologists," "*Progress in Pain Management for Primary Care Physician* – 4 waves in 2000 to 50,000 PCPs," "<u>Neurology Reviews</u> CME Supplement entitled '*Management of Neuropathic Pain Syndromes*'," and "CME Monograph and Tape Cassette to PCPs through Dannemiller – '*New Treatment Options in Management of Pain*'." |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| | | Glanzman | October 11, 2000; Pursuant to the Neurontin Strategic Plan and Neurontin Tactical plans developed prior to the Pfizer-Parke-Davis merger, Pfizer approves $11 million for the 2001 Operating Plan to expand "emerging uses" through educational tactics like symposia and CMEs on AEDs in psychiatry.  Operating plan also authorizes dissemination of key messages through a publication plan. |
| **Bk.4, Tb.26** | 183 | Email exchange regarding "25 and 26 studies" | October 2000: Pfizer states that it could "limit the potential downsides of the 224 study by delaying the publication for as long as possible and also from where it is published.  More importantly it will be more important to how WE write up the study.  We are using a medical agency to put the paper together which we will show to Dr Reckless.  We are not allowing him to write it up himself." |
| **Bk.1,Tb.31** | 223 | "Neurontin Marketing and Advertising Overview: 1994-2000" Presentation by CDM | November 2000: CDM summarizes the Neurontin marketing and advertising programs undertaken with Parke-Davis in the preceding years and the results of those programs, including Neurontin's and the AED market's growth.  CDM undertook "extensive market research" when it began working on Neurontin in January 1996 and identified that "[m]ost physicians are using sub-optimal doses" and that they "respond well to QOL message."  The "1997 campaign" highlights included "educate physicians to dose higher" and "link Neurontin to positive impact on patients' lives" and saw "off-label use growing."  The following year saw "DPN, PHN studies published in JAMA" and sales of $484 million.  Sales in 1999 reached $849 million after "STEPS efficacy/safety results published" and a campaign including "support[ing] efficacy message and higher dosing with STEPS results."  CDM "anticipated 21% growth" for the AED market in 2000. |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.4,Tb.27** | 185 | Emails regarding "Revised draft of publication for 945-224" and enclosing draft | November 2000: Pfizer circulates internally a revised draft of "the negative study that we were talking about": "Gabapentin in painful diabetic neuropathy: a randomised, double-blind placebo-controlled study." A Pfizer employee states: "As you can imagine, I am not in a hurry to publish it." |
| **Bk.4,Tb.28** | 227 | "Neurontin Leading at the Edge – Global Operating Plan 2001" | Late 2000: Pfizer's Neurontin "Global Team Goals" for 2001 include "Position NEURONTIN as Primary Therapy in Neuropathic Pain" with a "message" that "NEURONTIN is the ideal first-line therapy for all types of Neuropathic Pain providing a significant improvement in quality of life due to its *proven efficacy and quick onset of action, excellent safety and tolerability, and convenient ease of use*." At the same time, Pfizer acknowledges the "substantial ongoing civil and criminal investigation by the Justice Department with regard to alleged promotional practices in the US market." |
| | | Glanzman | 2001; MAC found the Morello study, a negative DBRCT conducted on DPN. Despite that knowledge, MAC and the PSC continued to create and disseminate articles and key messages that Neurontin was effective for treating DPN and Neuropathic pain |
| | | Vallerio, Glanzman | January 2001- December 2002; MAC sat on Neurontin Publications Subcommittee and kept the minutes—Action Reports—for each meeting |
| | | Glanzman, Tive | January 2001-December 2002; MAC was retained by Pfizer to develop manuscripts containing key messages |
| | | Marino | January 2001-December 2002; Pfizer worked closely with MAC to create publication plans and publication strategies |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| | | Vallerio | January 2001-December 2002; MAC had medical writers write all initial drafts of Pfizer medical publications relating to Neurontin |
| | | Marino | January 2001-December 2004; Pfizer used "8,000" publications, including publications created by MAC and Fallon Medica to influence medical community regarding prescribing Neurontin |
| | | Tive, Cooper | January 2001-December 2003; MAC in conjunction with the Publication Subcommittee developed key messages for Neurontin Publications |
| | | Tive | January 1, 2001-December 31, 2004; At all times, MAC and Fallon Medica were under the control and direction of the Publications Subcommittee |
| | | Fannon | January 1, 2001 – December 31, 2004; Manuscript Drafting process was no different under Fallon Medica than under MAC.  Under both, the vendors wrote the first draft of all Pfizer medical publications |
| | | | Early 2001; MAC is given a copy of the Global Branding Guide in order to develop key messages, including message regarding Neurontin's efficacy for neuropathic pain. |
| Bk.4,Tb.29 | 203 | Email exchange regarding "Publication of Key Studies" | March 2001: Regarding the Reckless study, a Pfizer employee states: "What is critical is that -224 is NOT submitted to any publication until we know WHEN the 2 UK studies are going to be published.  This will allow us to ensure that 224 is not published before the UK studies."  Neurontin's Worldwide Team Leader agrees, stating "We must delay the publication of -224, as its results were not positive." |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| Bk.4,Tb.30 | 200 | Fax enclosing meeting minutes for meeting between Pfizer and FDA | June 2001: FDA sends Pfizer the "official minutes" of the "meeting between representatives of [Pfizer] and FDA May 14, 2001" to "discuss the planned NDA submission for Neurontin". Pfizer proposed approval of Neurontin for "management of neuropathic pain." The FDA stated "[t]he general neuropathic pain indication cannot be granted for Neurontin based on the clinical trials in painful diabetic peripheral neuropathy (DPN) and post-herpetic neuralgia (PHN).... The sponsor must provide evidence of efficacy replicated in a second study for DPN.... The two studies for the PHN indication have show efficacy at different doses. The sponsor must provide evidence of dose replication in order for clinicians to arrive at a proper prescribing dose." |
| | | Glanzman | July 18, 2001; The Neurontin Publications Subcommittee, including MAC, jointly decides that the negative Reckless study "should not be pushed for publication." (As a result of this decision the Reckless study is never published. ) |
| | | Vallerio | July 31, 2001; Pfizer and MAC create key messages not only based on the data in studies, but also based on what Pfizer wanted to see in the upcoming years. "The Publication strategy needs to incorporate what we want to say in the future and how we want the data and publications to support that." |
| | | Pande | September 2001; MAC assembles a complete list of articles relating to bipolar disorder including all negative clinical trials. Demonstrates knowledge of Neurontin's failure for bipolar, but no reference to the negative studies is ever incorporated in articles created and approved by MAC and PSC |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.4,Tb.31** | 173 | "Pfizer Consultants Meeting" notes | September 2001: Pfizer conducts a "consultants meeting" "focused on the broad neuropathic pain indication" and observes that "[e]xpert opinion on the preclinical and clinical data to date is that the evidence is not convincing to support a broad neuropathic pain claim…. New analyses/data not only do not support the broad claim, they provide evidence contrary to a broad indication" and "new analyses from the 945-306 study in the NDA and a recently completed Nordic study (945-271) add substantial evidence against a broad neuropathic pain claim…. Upon haring these results, Dr. Max commented 'you're done.'" |
| **Bk.4,Tb.32** | 175 | Email exchange regarding "My thoughts on the POPP Study Investigator meeting" | September 2001: Pfizer observes that as to neuropathic pain, "[w]e now have two studies that are negative for the primary efficacy parameter, both of which have authors who are eager to publish. The delay created by completion of the substudy would allow us to optimise [sic] timing between the release of the two studies." Following a "POPP Study Investigator meeting," Pfizer notes that "there were some striking comments made that need to be communicated to the Neurontin team as an fyi…. Neurontin may be a drug for overall 'well-being' and not NeP. This comment stemmed from an underlying negative halo about Neurontin's efficacy and the negative POPP study." |
| **Bk.4,Tb.33** | 219 | "Neurontin (gabapentin) Global Operating Plan" slides | October 2001:  In its Global Operating Plan, Pfizer focuses on "Making Neurontin the Standard of Treatment in NeP" and "Achieving Message and Dosing Alignment". "Strateg[ies]" for the latter include "Publication Strategy to increase average dose." |
| | | Glanzman | 2002-2004; MAC and Fallon Medica tracked all manuscripts to assure they were moving forward and that they contained the proper key messages |
| | | Tive | March 1, 2002; MAC forwards revised key messages for pain to Pfizer for approval |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.4,Tb.34** | 122 | Email exchange regarding "MIGRAINE PROPHYLAXIS" | April 2002:  Pfizer understands that "through Pfizer Netherlands we have been asked by Cochrane for information regarding use of Neurontin in migraine prophylaxis treatment" and states "I don't understand why Cochrane cant [sic] do a search to find the literature they want.  If they are looking for unpublished data, I would be reluctant to send it.  I would not even send actual articles."  The Neurontin Director/Team Leader for Major Markets writes "[t]he suggestion I would throw out there is to have someone from medical just tell them that we are not indicated for this condition and that we are only aware of two double-blind placebo controlled trials done independently of Pfizer and which we had no involvement and send them the reference." |
| **Bk.4,Tb.35** | 195 | FDA letter to Parke-Davis regarding approval of use of Neurontin for management of postherpetic neuralgia | May 2002:  FDA encloses approved labeling language and approves Neurontin "for the management of postherpetic neuralgia in adults."  Under dosage for postherpetic neuralgia, the approved labeling states "[t]he dose can subsequently be titrated up as needed for pain relief to a daily dose of 1800 mg (divided TID)….  Additional benefit of using doses greater than 1800 mg/day was not demonstrated." |
|  |  | Cooper | August 21, 2002; MAC writes the Baconja pain dosing paper, knowing that its meta-analysis does not analyze all existing DBRCTs and plotting how Baconja can plausibly discuss an unpublished trial that he would not have access to but for having access to in house corporate data |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.4,Tb.36** | 190 | FDA letter to Pfizer regarding "Pfizer's… request for comments on… proposed promotional materials" | August 2002:  FDA notifies Pfizer that the claims "NEURONTIN:  Proven relief of pain associated with postherpetic neuralgia …providing significant relief at 1800 mg/day in 3 divided doses" are "misleading because they represent a guarantee of pain relief, thereby suggesting that Neurontin is more effective than has been demonstrated by substantial evidence….  To imply that a reduction in weekly pain scores is a guarantee of pain relief is a misleading overstatement of efficacy."  FDA also addresses Pfizer's claims that "Efficacy and safety of NEURONTIN were demonstrated at doses of 1800 to 3600mg/day", directing that "[w]hile Neurontin was studied at doses up [to] 3600 mg/day, the PI recommends a titration up to 1800 mg/day as needed and clearly states that additional benefits of using doses greater than 1800 mg/day were not demonstrated. . . . In fact, 1800 mg/day represents the maximum dose recommended in the PI. . . . Therefore, we recommend revising your materials to avoid this misleading message." |
|  |  | Cooper | September 20, 2002; Producing a poster for a pain conference, with results from the mixed pain trial that Pfizer and MAC both acknowledge "look bad" and are "negative", MAC agrees to "spin" the results of Serpell so it appears better than it was. |
|  |  | Cooper | October 28, 2002; Preparing a DPN article regarding dose titration, MAC recognizes that there is no scientific support for the conclusion of the article sought by marketing, |
|  |  | Cooper | November 21, 2002; MAC ghost writes a poster for Bacjona, which advocates titration at a rate higher than scientifically validated.  Pfizer asks it to use the poster as scientific evidence of acceptable titration for a peer-reviewed publication.  MAC acknowledges that titration schedule in ghost written poster was product of Pfizer promotional campaign, not proven trials. |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| | | Glanzman, O'Brien, | January 2003; Fallon Medica, a subsidiary of Cline, Davis & Mann, replaced MAC on the Neurontin Publications Subcommittee |
| | | Tive | February 2003; Fallon Medica track Pfizer abstracts sent to conferences and insures that key messages relating to neuropathic pain, including DPN |
| Bk.4,Tb.37 | 192 | "Gabapentin vs. Placebo in Patients with Neuropathic Pain. A Randomized, Double-Blind, Cross-Over, Multi-Center Study in the Nordic Area" "Final Report of Study ISN 945-271" | March 2003: The final report of "The POPP-study" states as its "[e]fficacy results:… gabapentin did not statistically significantly reduce Mean Pain Intensity Score compared with placebo…." |
| Bk.4,Tb.38 | 236 | Email regarding "Cochrane reviews on Lamotrigine, Gabapentin, Topiramate, Tiagabine and Oxcarbazepine in the treatment of Bipolar Disorder" | July 2003:  Professors at the University of Newcastle write to Pfizer, noting they are "engaged in compiling a portfolio of Cochrane Reviews on the use of anticonvulsants in the treatment of bipolar disorder" and ask for "any other trials, published or unpublished, complete or ongoing, which would meet our inclusion criteria". |
| Bk.4,Tb.39 | 194 | "Gabapentin vs. Placebo in Patients with Neuropathic Pain. A Randomized, Double-Blind, Cross-Over, Multi-Center Study in the Nordic Area" "Final Report of A Sub-Study to Study ISN 945-271" | September 2003:  The final report of a "sub-study" to the "POPP-study" concludes "the results from this sub-study could not reveal any difference between placebo and gabapentin, a finding that might be wrong due to the low number of patients studied and the complexity of the study.  Large well-controlled studies are required for confirmation or denial of the current results." |

| Book/Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **Bk.4,Tb.40** | 250 | Pfizer's "Kaiser Permanente 2004 Operating Plan" | Late 2003: In its "2004 Operating Plan" for Kaiser Permanente, Pfizer identifies "tactics" for "access," including "Work with the Targeted TACUs and Kaiser Senior DMs to identify regional P&T members and develop relationships with those who are not considered 'whistle blowers.'" The "Relationship Strategy" reflects "Many Opportunities to Interact with Kaiser," noting interactions between members of the "Pfizer Team" and "Kaiser Staff." |
| **Bk.4,Tb.41** | 159 | Email chain exchange regarding "Gabapentin in bipolar disorder: randomized controlled trials" | January 2004: Professors at the University of Newcastle write to Pfizer again, noting they "are particularly keen to access the original data and the overall results of any published or unpublished studies on gabapentin in bipolar disorder, which have been conducted by your company for the purposes of our Cochrane Review." Internally, Pfizer recommends internally it "would not send unpublished Neurontin data to anyone outside of Pfizer." |