# EXHIBIT B

**KAISER EXHIBIT SUBMISSION - March 4, 2010**

**Chronological Order**

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 1. | 136 | Medical Action Communications Action Report | July 2001: MAC Action Report summarizes discussions of Neurontin Publications Subcommittee meeting attended by MAC and Pfizer personnel and states that "MAC updated the [Publications Subcommittee] regarding the development of key messages… and that it was anticipated that the draft key message list would be circulated to the team by 25-July." The report also states that "the team agrees that [the 224 study by Reckless] should not be pushed for publication." |
| 2. | 165 | Email exchange regarding "Key Messages" | July 2001: Pfizer's Director of Major Markets for Neurontin emails MAC and others, stating that Pfizer "should be giving MAC everything and anything we would like to see supported with data and publications next year and the year after that. The messages will be different from the branding guidelines because the branding guidelines are what we can say today based on legal, regulatory and medical support, today. The publications strategy needs to incorporate what we want to say in the future and how we want data and publications to support that. If we agree on this, then we should be laying out the 'ideal Neurontin story' down and start figuring out how to support it and what the gaps are… as publications come across our desk from now on, what are the things we want it to help us with? what publications can we create or encourage to help us with our message?" |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 3. | 210 | Email exchange regarding "Neurontin Publications Report" | August 2001: Pfizer emails members of its Neurontin team and notes "the key messages that Pfizer/Neurontin team will be targeting to display to the audience directly or indirectly in the article that is produced." These "key messages" include "Gabapentin is safe and effective at high doses (>3600 mg)," "Gabapentin is effective against a wide range of neurologic and psychiatric conditions," "Gabapentin should be considered the first choice of therapy for neuropathic pain," "Gabapentin is effective against a broad spectrum of neuropathic states," and "Proven efficacy for neuropathic pain." |
| 4. | 125 | Email exchange regarding "15 Aug Neurontin PSC Action Report" | August 2001: MAC and Pfizer discuss who will author a paper on the dosing of Neurontin and a paper on Neurontin and pain. On dosing, Pfizer's senior marketing manager suggests Michael McLean, noting that "he is so pro-Neurontin perhaps he can do it. I am sure he will support our claim." Another Pfizer employee states "I know Dr. McLean is an advocate of higher doses, and he is able to deliver a good message on why and how Neurontin should be used at higher doses." On the paper on pain, Pfizer's senior marketing manager writes, "For the pain one I prefer David Rowbotham (UK) or Misha Backonja (USA). I am sure they will agree with our message (that is very important)." |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 5. | 169 | Agenda for Neurontin Publications Plan Meeting | September 2001: MAC and Pfizer meet regarding, among other items, "manuscript review" and a "key message update." One of the one-page status reports on individual manuscripts indicates that "MAC had a teleconference with McLean" regarding "dosing and titration in epilepsy" and "McLean suggests himself, Backonja, and Gidal as authors." MAC also attaches after the agenda a "Key Message Sign-off Sheet," including the messages, "Gabapentin is safe and effective at high doses (>3600 mg)," "Gabapentin has proven efficacy against a wide range of neurologic and psychiatric conditions," and "Gabapentin should be considered a first choice of therapy for neuropathic pain." The document also includes a MAC Action Report, summarizing an August 15, 2001 meeting of the Neurontin Publications Subcommittee. The Action Report reports that "MAC provided the team an expanded key message list." It notes that "LT reminded the group that these messages are not to be viewed solely as claims but also as possible and desirable messages to develop for the future." The Action Report includes discussion of the "dosing and titration manuscript" and included a list of "suggested authors." It also stated "that Reckless needs to be contacted about possibly adding the open-label phase QoL data to this manuscript… MAC will follow up with MR and LT to identify appropriate next steps regarding this manuscript." |
| 6. | 255 | Neuropathic Pain Dosing Manuscript Outline | September 2001: Pfizer provides comments on a draft outline of a manuscript prepared by MAC on "Neuropathic Pain Dosing" whose "authorship [was] to be confirmed," although "MAC [was] in contact with Backonja." The "[k]ey messages included… "Gabapentin is an anticonvulsant that has proven effective in the treatment of neuropathic pain," "some patients may require doses as high as 3600 mg/d," "Gabapentin doses up to 3600 mg/d have been proven well tolerated and effective in clinical studies." |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 7. | 166 | Agenda for Neurontin Publications Plan Meeting | October 2001: MAC and Pfizer meet regarding, among other items, "manuscript review."  The agenda attaches a MAC Action Report, summarizing a September 19, 2001 meeting of the Neurontin Publications Subcommittee, which states that MAC "would get back to Dr. McLean and mention that Pfizer would like to write 2 clinically focused reviews and then follow-up with a more detailed, kinetically based review next year.  The team agreed to this plan."  The MAC Action Report also stated that "[t]he team decided that [the POPP] manuscript would be placed on hold until the subanalysis is completed." |
| 8. | 254 | "Gabapentin in the Treatment of Epilepsy: A Dosing Review" Draft Manuscript | December 2001: MAC drafts manuscript on dosing, with cover page identifying "[k]ey messages," including "[t]itrating up to 3600 mg/day is recommended for those able to tolerate this dose, since 3600 mg/day has better efficacy than lower doses."  The draft manuscript states that "more recent studies . . . have provided evidence that many patients will derive greater benefit from even higher gabapentin doses of up to 3600 mg/day" and "In general, doses up to 3600 mg/d should be considered." The draft manuscript also says that "[a] dose of 3600 mg/day represents the minimum requirement for an adequate trial of gabapentin, assuming that intolerable side effects do not develop and that an unacceptable frequency of seizures does not persist." |
| 9. | 178 | Neurontin Global Branding Guide | Late 2001: Pfizer circulates global branding guide for Neurontin, which includes a message to "[t]itrate to efficacy: up to 3600 mg/day."  The guide also identifies under "Brand Positioning" that "Neurontin is ideal as a first-line therapy for neuropathic pain, providing a significant improvement in quality of life due to its proven efficacy, favorable onset of action, excellent safety and tolerability, and convenient ease of use," citing studies by Backonja, *et al.*, Rowbotham, *et al.*, and Dallocchio, *et al.*  Under "Key Messages," the guide states, "Proven efficacy in patients with neuropathic pain." |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 10 | 130 | "Neurontin Publications Subcommittee Current Status and 2002 Plans" | January 2002: MAC presentation identifies "Neurontin Publications Planning" team as including Pfizer and MAC; MAC lists 8 personnel as part of the team. Presentation states that "Neurontin has demonstrated efficacy against a broad range of CNS disorders," including neuropathic pain, anxiety disorders, bipolar disorder, and migraine. Presentation lists neuropathic pain, "migraine" and "psychiatry" as "[t]arget indications." The document identifies as a "challenge" to "[f]acilitate greater control over ongoing publications and data" and to "[e]nsure a consistent implementation of key medical and marketing messages in support of Neurontin for each target indication with the various target audiences." Under "Critical Success Factors," the document states, "Establish a position for tolerability and utility of higher doses- rapid titration and high dose." "Neurontin Process Timings" are set forth, beginning with "Outline Development" and "First Draft," and including one week for "Final Lead Author Approval." A "key area[] of focus" for the strategy in dosing for 2002 includes "Highest Dose (how to achieve the higher doses?)." The presentation states that the "2001 Publication strategy resulted in a successful product transition: Leveraged PD/WL efforts surrounding Neurontin." |
| 11 | 251 | Agenda for Neurontin Publications Plan Meeting | April 2002: MAC prepares agenda meeting of Neurontin Publications Plan Meeting, beginning with "strategic issues." Agenda mentions "Neurontin Key Message References," including Neurontin "[s]hould be considered a first choice of therapy for neuropathic pain," "proven efficacy against a wide range of neurologic and psychiatric conditions," and "proven efficacy in large, controlled, randomized studies," citing Rowbotham, *et al.*, Backonja, *et al.*, and Rice and Maton, and "Dose up to 3600 mg/d can be safely and effectively administered." |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 12 | 258 | "2001/2002 Overview MAC" Powerpoint Presentation | July 2002: Pfizer and MAC prepare a publication planning presentation, identifying "strategic focus areas to be monitored," including neuropathic pain, migraine, and "[b]ipolar disease." Under "Strategic Focus – Neuropathic Pain," the presentation lists under "Efficacy," the Serpell and Nicholson studies for "neuropathy in general," and the Latin America 411 for diabetic neuropathy. In a section on "[r]efining the message," the presentation also identifies "[d]osing to efficacy (up to 3600 mg/d)" as a key area of focus. |
| 13 | 262 | Email exchange regarding "pain dosing paper" | August 2002: MAC emails Pfizer regarding a paper on pain dosing. MAC states that "[t]he real issue is deciding how to justify only reviewing 4 of the 6 randomized placebo controlled studies and the rationale for why Dr. Backonja has access to unpublished papers and Pfizer data on file. Dr. Backonja and I would both welcome your input." |
| 14 | 263 | Email exchanges regarding "spinning Serpell" | September 2002: MAC emails Pfizer regarding the publications strategy for the Serpell study, writing "Our concern, not having seen Penny's PR spin on the results as part of your promotional campaign on the manuscript, is that we make sure that we don't make up different ways of explaining away the results to different audiences." MAC later writes in response to a Pfizer email, "I understand your issue completely. If Pfizer wants to use, present, and publish this comparative data analysis in which 2 of 5 studies compared make the overall picture look bad, how to [sic] we make it sound better than it looks on the graphs." |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 15 | 259 | "Neurontin 2003 Publications Plan: Review of Capabilities and Strategic Plan" | September 2002: Pfizer and MAC draft a publications plan for 2003, identifying as a strategic objective "[t]o convey client strategic key messages to target audiences to improve awareness and drug sales." The plan describes "Publication Planning – Current Core NTN Services," showing a graph with a box labeled "Study Data," followed by arrows going through a "Filter" box next to "Key Messages," leading to Abstracts. The same process is described under "Publication Planning – Vision and Capabilities," leading to "PR Materials," "CME Symposia," and "Slide Kits." The document also identifies a "2003 Strategic Publication Plan" to "facilitate worldwide burst of 'independent' positive case reports to reinforce local/regional key messages," and to "create 'independent' reviews to reinforce global marketing messages and off-label best practices." Also under "Strategic Plan" is to "Create 'independent' reviews to reinforce global marketing messages and off-label best practices." |
| 16 | 126 | Email exchange regarding "Key Messages" | October 2002: Pfizer writes "Let's try to work out key messages around dosing that work for both the US and global markets. As publications have global influence, we must develop messages that work for all markets. Also publications are slightly different in that they are not limited by information in the label. That is, if there [is] information on dosing that is important, but not necessarily in the label, that information can be disseminated by publications (as long as it is supportable). . . . In the US, rapid titration cannot be promoted due to label restrictions. However, we can provide this information via publications." |
| 17 | 260 | Medical Action Communications Agency Review | October 2002: MAC states as strategies for 2003 to "[f]acilitate worldwide burst of independent positive case reports to reinforce local/regional key messages," "[c]reate independent reviews to reinforce global marketing messages and off-label best practices," and "[d]evelop CME/symposia content through PSC to create consistent key messages and resources." MAC also diagrams the steps to "Aligning Marketing and Scientific Key Messages," including coordinating CME presentations with publications. |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 18 | 141 | "Key Messages – Serpell Mixed Symptoms Paper" | October 2002: Key messages for Serpell paper are identified. Key messages include that "gabapentin (up to 2400 mg/day) significantly reduces pain and improves certain quality of life measurements in patients with a range of neuropathic pain syndromes" and "[t]here is a compelling body of evidence to support the first-line use of gabapentin to treat neuropathic pain – this trial follows in the wake of 3 published, large, placebo controlled studies in specific neuropathic pain syndromes." |
| 19 | 265 | Email exchange regarding "PHN Review" | October 2002: Pfizer contacts MAC regarding statement on rapid titration in manuscript. MAC notes that "[i]t's the same issue over and over. The medical team has acknowledged that there isn't real data to support this statement. It's in the branding guide, it's in Backonja, etc. without any documentation other than 'anecdotes.'" |
| 20 | 232 | CDM division Fallon Medica Neurontin Publication Planning and Execution | November 2002: CDM division Fallon Medica issues publication planning document and describes its manuscript submission process: "All facets of the process are included, such as author interaction, writing, editing, fact checking, routing to appropriate reviewers, and submission" and "Fallon Medica partners with its pharmaceutical clients to translate theory and clinical experience into marketing strategies, messages, and tactics." It identifies as background for "[k]ey communications" the question of "[w]hat does the client want to achieve – why is the client paying for this article to be written?" and "Key sensitivities - where must writers, editors, and team members tread lightly?" |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 21 | 266 | Email exchange regarding "Backonja" | November 2002: MAC emails Pfizer to convey that he is "a little confused about your proposed use of the non-peer reviewed IASP poster that MAC ghost-wrote along with the Neurontin PSC for Dr. Backonja as a justification for an alternative dosing and titration recommendation to the actual peer-reviewed article the memo is supposed to describe… Dr. Backonja's involvement in the IASP poster was to review and sign off on what MAC/Pfizer wrote and present it." MAC adds, "To my knowledge, that poster and the pain dosing manuscript itself did not go through global RC and Bruce Parsons at that time or subsequently, which may explain why the scientifically unsubstantiated recommendation dosing by day 6 remained." MAC also states that "[a]s soon as we get some clarification we'll be happy to create a slide set that satisfies both your promotional goals and speaks of the scientific messages of the manuscript." |
| 22 | 261 | "Explanation of Additional Charges" | December 2002: MAC's "explanation of additional charges" lists "-NeP Dosing – 4 additional rounds of significant revisions[.] Significant revisions were required to address multiple rounds of comments from the internal team to balance differences in opinion between marketing and medical…. –NeP (Reckless) – 2 submissions[.] The paper was reformatted and resubmitted by MAC twice after the authors' initial submission had been rejected. Per PSC request, MAC attempted to slow the potential publication of this paper." |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 23 | 228 | "Expanding the Global Brand" | Late 2002: Pfizer's "second branding guide" identifies the "[b]rand positioning for neuropathic pain" as "Neurontin is an ideal first-line therapy for neuropathic pain, providing improvement in quality of life, proven efficacy, favorable onset of action, excellent safety and tolerability, and convenience." A section on "neuropathic pain" states "[u]se these messages to communicate the features and benefits of Neurontin as a first-line treatment option for neuropathic pain." A "Summary of key messages" for "neuropathic pain" includes "Proven efficacy for in patients with neuropathic pain," and continues, "As always, the proven efficacy of NEURONTIN is the most important message for you to convey to physicians in all communications. Data from 2 large, multicenter, placebo-controlled studies conducted by Backonja et al and Rowbotham et al should already be incorporated into your selling messages for neuropathic pain." Under "Competitive review," the branding guide states, "Overcoming the misperception that there is no effective treatment for neuropathic pain may be one of your biggest challenges in the marketing of Neurontin…. The evidence supporting the proven efficacy of NEURONTIN for the relief of neuropathic pain should be the key to furthering this progress." |
| 24 | 120 | Pfizer Memorandum regarding "Neurontin Media Budget 2003" | Late 2002: Pfizer writes that the "US Neurontin Marketing Team would like to work with Cline Davis and Mann (CDM) to implement a media plan for the NeP and Epilepsy indications in the amount of $5,004,771.27. This includes both journal and non-journal spends." |
| 25 | 241 | "Neurontin PSC SOPs – Roles and Responsibilities for Manuscript Teams" Powerpoint Presentation | January 2003: The "Roles and Responsibilities for Manuscript Teams" "SOPs" for the Neurontin Publications Subcommittee list "Fallon [Medica]: responsibilities" including "[w]rite, copy edit and format manuscripts for approval and submission." |

10

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 26 | 209 | Email exchange regarding "Neurontin: NeP Dosing Manuscript Published; Public Relations Materials attached" and enclosing Pfizer Memorandum regarding "Neurontin: Gabapentin NeP Dosing Paper available Electronically on Clinical Therapeutics Website" | January 2003: Pfizer circulates a memorandum noting the posting of the Backonja and Glanzman on "Clinical Therapeutics Website" and identifying "promotional messages" including "reinforce the dosing message: initiation of 900 mg/day by day 3, with planned increase to a target of 1800 mg/day over 2 weeks as tolerated.  If needed, titrate above 1800 mg/day to a maximum of 3600 mg/day as tolerated to achieve maximal benefit" and "reinforce the **efficacy message** of gabapentin in DPN, PHN, and in treating neuropathic pain of many causes with onset of pain relief within 1-2 weeks." |
| 27 | 189 | CDM division Fallon Medica Spreadsheet entitled "Neurontin Manuscript Tracking Grid – PSC Sponsored Manuscripts" | February 2003: Fallon Medica drafts a spreadsheet identifying manuscripts and key messages. Key messages include that Neurontin "is effective in PHN, DPN, and in treating some NeP symptoms irrespective of etiology" and to "individualize [Neurontin] dose above 1800 mg/day as tolerated to achieve maximum efficacy." |
| 28 | 208 | Pfizer Memorandum regarding "Neurontin: Epilepsy Dosing Manuscript Published" | June 2003: Pfizer circulates a memorandum noting the publishing of "*Gabapentin Dosing in the Treatment of Epilepsy*, by Michael McLean, MD and Barry Gidal, PharmD" and stating that the "key message" is "[t]o reinforce the dosing message: initiation of 900 mg/day by day 1 or 3, with planned increase to a 3600 mg/day as tolerated to achieve maximal benefit." |