# EXHIBIT C

**KAISER EXHIBIT SUBMISSION - March 6, 2010**

**Chronological Order**

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| **1.** | 29 | Parke-Davis memorandum regarding "$500 million" | May 1994: Parke-Davis considers the "estimate of Neurontin's ultimate potential" and thinks about "a strategic swerve." |
| **2.** | 13 | Interoffice memorandum regarding "Gabapentin Psychiatric Studies" | March 1995: Parke-Davis discusses "estimates for the cost of doing one study each in the three psychiatric indications… namely, acute mania (bipolar disorder), panic disorder and social phobia," noting "the cost for each indication assumes we will only do one study per indication. This will be sufficient to publish a manuscript.  If we should desire full regulatory submission, I would estimate the costs to [sic] at least about 3 times the cost for a single study." |
| **3.** | 12 | Interoffice memorandum regarding "Gabapentin Approvals" | March 1995: Parke-Davis considers its "study plans in psychiatry," observing "[o]bviously the object of a 'publication strategy' would be to disseminate the information as widely as possible through the world's medical literature.  That can be accomplished very effectively by spreading the studies over several different countries." |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 4. | 28 | "Marketing Assessment Neurontin in Psychiatric Disorders" | March - May 1995: Parke-Davis revises drafts of the "marketing assessment" for "Neurontin in psychiatric disorders." "Overall conclusion/recommendations" include "Start the first pivotal study in acute mania and generate off-label use by publicizing the results through a peer-reviewed publication and key psychiatric congresses.... The off-label use generated by the 3 studies in the US ($204 million a year in 1999 when data exclusivity ends) would largely justify the investment ($1.989 million)." A reviewer notes "Key comments are minimal – mostly – 'off-label'". Handwritten comments cross out "off-label" in many places. Parke-Davis also considers a "forecast for Neurontin in bipolar disorder" and "two forecast scenarios." Under the "first scenario (publication only)," Parke-Davis observes "[i]t is assumed that Neurontin off-label use would approach 7% to 10% of therapy days in 1994… Assuming a $3.00 cost per day of therapy for 1800mg of Neurontin sales in 1999 would approach $50 million to $100 million." |
| 5. | 11 | Handwritten note regarding "Revised Neuropathic Pain Forecasts" and attaching same | October 1995: Parke-Davis reviews "Revised Neurontin Pain Forecasts" including two scenarios: "Scenario 1 — Positive Results" and "Scenario 2 — Mixed Results." There is no scenario for negative results. Both scenarios show that Neurontin would capture 0% market share for 1994 and 1995, and only 1% market share in 1996 and 1997. |
| 6. | 68 | CDM division Proworx Memo regarding "APA Advisory Board Meeting Summary" | June 1997: CDM division Proworx informs Parke-Davis of the results of an APA advisory board meeting held in California in May 1997 convened to "discuss how anticonvulsants are currently being used in the area of psychiatric disorders… and determine whether there is a need for further clinical studies in the area of anticonvulsants and psychiatric disorders." "Educational Suggestions" from the meeting include "CME Programs," "Blanket Psychiatric convention market with satellite symposia, posters and papers," "Create a slide kit which would entail new data from the ongoing and future studies, Neurontin slides, and summary slides," "…write and publish papers in psychiatric journals" and "Develop journal supplements." Proworx concludes "it is important to execute the studies and educational tactics mentioned above in order to bypass the other anticonvulsants within this market." |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 7. | 32 | Neurontin 1998 Situation Analysis | June 1997: Parke-Davis circulates the "Neurontin: 1998 Situation Analysis," noting "[e]merging use opportunities include neuropathic pain, psychiatric disorders, and migraine." Regarding the "Future Market – Non Epilepsy," Parke-Davis writes "[a]necdotal reports, published data, and selected educational activities have been the primary contributors to the significant increase of Neurontin use in neuropathic pain" and comments that at the May 1997 advisory board meeting "advisors suggested that it would take only a minimal amount of information appropriately delivered to the psychiatric community to deliver a significant and rapid increase in Neurontin usage for psychiatric disorders. This area poses one of the most significant opportunities for Neurontin in 1998." Among the "1997 Strategies" is "1. Execute publication/educational plan and clinical trials program in emerging uses" involving as a "Major tactic[]/activit[y]… g) Series of Neurontin manuscripts have been completed and submitted to peer reviewed journals that review the use of Neurontin in pain, bi-polar disorder, behavioral disorders, and a variety of psychiatric disorders." |
| 8. | 58 | Parke-Davis memorandum regarding "Review/analysis on Neurontin" enclosing "Neurontin gabapentin capsules Brand Update" | September 1997: Parke-Davis provides "review/thoughts on the Neurontin '98 plan" and lists "needs" including "[i]ncrease psych usage." Under "Emerging Uses – Neuropathic Pain," the Brand Update lists "CME Activities" including "ADA Post Symposia Case Study Mailing: Sept 1997" and "Supplement to *IM* (56,000 MDs): Nov 1997." Under "Emerging Uses – Neuropathic Pain", the Brand Update lists "CME Activities" including "Direct Mail (2nd wave) - Aug 1997," "U.S. Psychiatric & Mental Health Congress Symposium - Nov 1997," and "Psychiatry Dinner Programs - 1Q98." The "Proposed Strategies Summary" counts "Medical Education" and "Publications" among the strategies. |
| 9. | 85 | "1998 Marketing Plan" | Late 1998: Parke-Davis's "Strategies" in the 1998 Marketing Plan include "[m]aximize opportunities in the 'emerging uses' through clinical trials, publications and educational events." The Plan allocates $25.1 million for "Professional Eduation" for 1998, out of a "Total 1998 A&P $40.0MM." |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 10 | 212 | "Quarterly Brand Review: Neurontin 4/98" | April 1998: Parke-Davis identifies "CME Initiatives" to pursue in support of "Emerging Uses – Neuropathic Pain" and "Emerging Uses – Psychiatry." For psychiatry, they include "U.S. Neuropsychiatric Disorders Updates (1/2 Day CME Seminars)" as well as "Dinner Programs/Teleconferences (MES)" entitled "Closing the Psychiatry-Neurology Divide: Emerging Uses of Anticonvulsants." |
| 11 | 108 | Email exchanges regarding "Additional analyses requested for 945-224" and enclosing same | July 1998: Parke-Davis circulates a list of "additional analyses requested for… Study 945-224," observing "there should be additional analyses of efficacy data and of any evidence for breaking the blinded character of the study."  The "potential analyses" include "Summary of Adverse event severity correlated with efficacy," a proposal arising "at a pain experts' meeting" to "look for a correlation of maximum CNS-related Adverse Event severity with mean pain score, assuming that patients with more severe AEs tend to believe that they are on study drug (which probably would be a good guess) and therefore tend to have better efficacy data, thus unblinding and corrupting the study." |
| 12 | 107 | "Meeting minutes of phone conference" | July 1998: Parke-Davis conducts a teleconference on study 945-224, discussing conducting an "[a]nalysis" on "whether the study was unblinded by the adverse events" and various approaches for the analysis, including "finding out by Fisher's exact test which CNS AEs could be a possible indicator of drug; then excluding all patients who has [sic] at least one of these AEs that might unblind the study and finally perform an efficacy analysis only on the remaining patients." |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 13 | 103 | Parke-Davis memorandum regarding "Neurontin/Dilantin Weekly Update" | November 1998: Parke-Davis circulates a "JAMA Articles Update," stating the "two neuropathic pain articles will be published on Wednesday, December 2nd, in *JAMA*. A PR campaign to TV, radio and print media will highlight the major importance of the articles to both professional and consumer audiences." Parke-Davis also notes "Physicians will be able to call 1-888-836-2764 to hear Dr. Ahmad Beydoun, MD discuss 'Re-evaluating Neuropathic Pain Treatment Algorithms...'" and that a "slide kit from the two studies for Medical Liaison use will be shipped this week for use in answering questions from physicians." |
| 14 | 361 | Grant request to Allen Crook at Parke-Davis for creation of "New Frontiers in Social Phobia and Bipolar Disorders" meeting series | December 1998: Parke-Davis gives "approval" for an "Unrestricted Educational Grant" of "$2.5 million" to conduct "30 NATIONAL MEETINGS" and "23 REGIONAL MEETINGS" of a program entitled "New Treatment Frontiers in Social Phobia and Bipolar Disorder." |
| 15 | 72 | 1999 Marketing Plan | Late 1998: Parke-Davis's 1999 Neurontin Marketing Plan includes among its "product strategies" to "[e]xecute publication/educational activities in emerging uses" and allots $21.48 million for "Professional Education," and another $0.5 million for "Medical Journals." |
| 16 | 62 | Northeast CBU 2nd Trimester 1999 – Neurontin | April 1999: Parke-Davis identifies "Psychiatrists" as a "Target Audience," and "support programs" including "Speaker Training… - qualified faculty that can address use in neurology and emerging uses," "CoMed programs – Anticonvulsants in Psychiatry Grand Rounds… (65 of 70) – JAMA Initiative: Reevaluating Neuropathic Pain Treatment Algorithms (50 of 50) – JAMA Dinner Series (17 of 36)," "CME, Inc. – Psychiatric half-day weekend meetings: 6," and "ProWorks, Inc. – Migraine Iniative (June 1999)." |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 17 | 64 | Quarterly Brand Review – Neurontin | April 1999: Parke-Davis presents information on "Psychiatry Medical Education Support," including the "New Frontiers in Social Phobia and Bipolar Disorders" series, which had 6,707 attendees in 1998, and had a projected attendance of 3,000 for 1999; and "New Frontiers in Anxiety, Substance Abuse and Bipolar Disorders" series, which had a projected attendance of 8,500 in 1999. The document also references the Pande Social Phobia Article, with "Proposed support similar to JAMA," including "Distribution of Articles by Reps," "Direct Mail," and "Public Relations - Being Explored." The document also references "Pain JAMA initiatives," including the "One time dissemination of over 350,000 reprints of the JAMA DPN and PHN studies," 93 dinners across the US, and 140 CME grand rounds. The document also references a "CME Sponsored Tape, Monograph and Teleconference Series on Preventative Treatment of Migraine mailed this month to all Neurologists and top PCPs." |
| 18 | 65 | 2000 Marketing Plan | Late 1999: Parke-Davis's 2000 Neurontin Marketing Plan states a strategy to "[c]ontinue publication/educational support in emerging uses." The document references migraine clinical trial results, noting 945-217's results as "equivocal," and the results of 945-220 (Mathew 2001) as "statistically significant, clinically equivocal." The document lists "Continuing gabapentin growth initiatives" as one of the "Key Drivers" for Neurontin, and an accompanying handwritten notation lists neuropathic pain/psych CME programs under those growth initiatives. |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 19 | 92 | Neurontin Update | May 2000: Parke-Davis presents a Neurontin update which states that one of the "2000 Strategies" was to "Continue publication/educational support in emerging uses." Under "Psychiatric Initiatives," the presentation lists 43 half day programs by CME, Inc., which are a "continuation of 1999 meetings." The presentation also discussed the "1999 Key Events," which include "Dissemination of over 300,000 reprints of studies" to physicians and "150 CME Grand Rounds conducted in 1999." The presentation lists various "2000 CME Pain Publications," including "Progress in Neurology...4 Waves in 2000 to all US Neurologists," and "Progress in Pain Management for the Primary Care Physician...4 Waves in 2000 to 50,000 PCPs." The presentation provides a "Summary of 2000 CME Pain Programs for PCPs," which include "New Treatment Options for the Management of Pain," a series of 75 CME programs scheduled in 2000, "Diabetic Neuropathies & Microvascular Complications," a series of 37 programs scheduled in 2000, and "Re-Evaluating Neuropathic Pain Treatment Algorithms," a series of 125 dinner meetings and 75 grand rounds in 2000. |
| 20 | 143 | Neurontin Brand Review: Pfizer Integration Meeting | June 2000: Parke-Davis presents a Neurontin Brand Review for the "Pfizer Integration Meeting held on June 30, 2000. The review states that one of the "2000 Strategies" was to "Continue publication/educational support in emerging uses." Under "Psychiatric Initiatives," the presentation lists 43 half day programs by CME, Inc., which are a "continuation of 1999 meetings." The presentation provides a "Summary of 2000 CME Pain Programs for PCPs," which include "New Treatment Options for the Management of Pain," a series of 75 CME programs scheduled in 2000, "Diabetic Neuropathies & Microvascular Complications," a series of 37 programs scheduled in 2000, and "Re-Evaluating Neuropathic Pain Treatment Algorithms," a series of 125 dinner meetings and 75 grand rounds in 2000. |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 21 | 144 | "Neurontin: 2000 Situation Analysis" | July 2000: Pfizer drafts a "Neurontin Situation Analysis" which states that "Publication of Neurontin's use in other chronic pain states is expected in 2001. Effective control of the dissemination of this information will be important ... for the success of Neurontin..." The document also states that "Parke-Davis plans to continue to support educational initiatives in the psychiatric arena that will discuss the broad utility of AEDs in a range of medical conditions such as bipolar disorders..." The document also refers to the results of migraine study 945-217, which it states "did not show statistical significance in mean reduction of headaches... The team has delayed posting or dissemination of results and they have not been presented at any scientific meetings to date." The document lists "2000 Key Strategies," including to "Continue publication/education support in the area of emerging uses." Under Pain CME, the document lists "New Treatment Options in Management of Pain," a series of 75 half day meetings with an average attendance of 100; "Re-evaluating Neuropathic Pain Treatment Algorithms," a series of 125 CME dinner meetings with an average attendance of 30; "Diabetic Neuropathies and Microvascular Complications," a series of 37 CME dinners with an average attendance of 180; and the publication of "Major CME Pain enduring materials," including the "Progress in Neurology Series," mailed to all US Neurologists, and the "Progress in Pain Management for Primary Care Physician," mailed to 50,000 PCPs. Under Psychiatry CME, the document lists half day courses entitled "Anxiety & Bipolar Disorders: Challenges in Current Management." |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 22 | 129 | "Neurontin 2001 U.S. Operating Plan" Powerpoint Presentation | October 2000: Pfizer's Neurontin 2001 U.S. Operating Plan states that one of the "2001 Strategies & Tactics" is to "Meet Demand for Medical Education from Medical Community." Under the "Medical Education Plan," the document lists half day symposia, evening programs and weekend meetings," including "Understanding Chronic Pain," with a potential reach of 2,400 PCPs, orthopedic physicians, and neurologists; "Emerging Uses of AEDs in Psych," with a potential reach of 2,800 psychiatrists; and "Diabetic Neuropathies & ED," with a potential reach of 10,000 PCPs. The Operating Plan also lists a "Publication Strategy," which includes development of a "comprehensive strategic publications plan" and ensuring "key message inclusion in all publications." |
| 23 | 206 | Pfizer memoranda regarding "Neurontin (gabapentin)" | December 2000: Pfizer's senior vice president of medical and regulatory operations and executive vice president circulates memoranda reflecting that "a number of decisions have been made relevant to the promotion and marketing of Neurontin which appropriately respond to certain legal challenges we face." With respect to the US Marketing Team, the memoranda state that "there will be no marketing or promotional activities intended to drive [Neurontin's growth of non-epilepsy uses]." The memoranda further state that "Neurontin detailing responsibility will be limited only to the US RON sales force....RON reps will call only on Neurologists and institution based epilepsy centers for Neurontin....Consistent with existing Pfizer practices, all detailing will be for epilepsy only..." |
| 24 | 163 | Email exchange regarding "Publication Strategy 224, 225, and 226" | January 2001: In response to the question "Are we all still in agreement that 224 should be submitted after acceptance of the above or should we re evaluate this strategy," Pfizer (Leslie Tive) writes "My first instinct would be to continue to wait, for the same reasons you decided to wait initially. If something has changed and the 224 paper has become more urgently needed, let me know. Otherwise, I think your initial strategy was a sound one..." |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 25 | 139 | "Neurontin: 2000 Situation Analysis" | February 2001: A Pfizer Neurontin Situation Analysis reviews the "1999 Key Strategies," which include "Publication/Educational activities in emerging uses." Events listed include a "CME Inc, program entitled 'New Frontiers in Anxiety, Substance Abuse and Bipolar Disorder' conducted in top 20 U.S. markets and 30 secondary markets" and an estimated attendance of 8,500. The document also contains a chart captioned "Patient Persistency: % of Patients On Neurontin," which shows a "significant decline in persistency between the second and third months of therapy...with approximately 20% of patients remaining on Neurontin at month 12." |
| 26 | 135 | Email exchange regarding "15 Aug Neurontin PSC Action Report" | August 2001: In a set of emails exchanged between employees of Pfizer and MAC, Pfizer employee Angela Crespo stated: "To have both dosing papers asap I assume next step will be contacting authors...From the 4 regarding epilepsy, any favorite?...What about Michael McLean? I saw it at the NeP list but as he is so pro-Neurontin perhaps he can do it. I am sure he will support our claim." Pfizer employee Allison Fannon responds: "I know Dr. McLean is an advocate of higher doses, and he is able to deliver a good message on why and how Neurontin should be used at higher doses." Pfizer employee Elizabeth Mutisya responds: "I would like us to keep from defaulting to the same person, in this case, McLean. Ultimately it benefits neither Pfizer nor the person." Finally, Pfizer employee Robert Glanzman responds: "I am currently at an advisory board chaired by Dr. Devinsky 'as we speak.'....I don't know how Pfizer friendly he is." |
| 27 | 217 | Email exchange regarding "POPP Study" | September 2001: Pfizer employee Elizabeth Mutisya states: "I assume that we would like to maximize the time interval between the Reckless paper and the POPP study." Pfizer's Neurontin Worldwide Team Leader responds: "Your assumptions are correct." |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 28 | 170 | Email exchange regarding "GBP in Bipolar Disorder" | September 2001: Pfizer employee Angela Crespo states: "I was reviewing all literature MAC sent us regarding the use of our product [Neurontin] on [bipolar disorder]...I know the best clinical trial we have is negative (A. Pande) but I wonder if we can do something more." Pfizer employee Atul Pande responds: "I think we are whistling in the wind to think that we can easily get an indication in bipolar disorder. The disease is complicated, the studies are difficult and prolonged, and gabapentin has a weak, if any, anti-manic effect." |
| 29 | 137 | Email exchange regarding "GBP – post amputation plan" | September 2001: Pfizer states that a "well-designed study could counter the negative halo on efficacy created by the POPP study" and later adds that "we need to carefully evaluate the potential consequences of doing nothing, particularly since this is ultimately a Pfizer-sponsored study....The choices are to do nothing (and hope that our competitors don't notice the negative -224 study and this study) or to proactively design a study based on our experiences that may provide better results." |
| 30 | 168 | Email exchange regarding "GDRC – Nerve Conditions Discussion" | September 2001: Pfizer's Neurontin Worldwide Team Leader states: "To me, the key question is 'How can we avoid an Advisory Committee to review NTN'? After listening to Paul Leber et al, I am convinced that it would be in our best interest to pursue that objective, even if it means sacrificing our currently stated indication-Mgt of NeP...Plus, it is no longer evident that such a meeting would be a positive outcome for us." |
| 31 | 138 | "Neurontin 2002 Operating Plan" Powerpoint Presentation | October 2001: Pfizer's Neurontin 2002 U.S. Operating Plan contains a slide entitled "Publication Strategy," under which "Medical Action Communications (MAC) is listed as the second bulleted item. The third bulleted item is "Key Message Development," under which "Neuropathic Pain" and "Psychiatry" are listed. |

| Tab # | Trial Ex. | Document Title/Description | Summary |
|---|---|---|---|
| 32 | 164 | Email exchange regarding "Gabapentin Neuropathic Pain Indication" | October 2001: Pfizer writes "I am sending this as an unsolicited e-mail to prepare both of you emotionally for the direction that the Neurontin Neuropathic Pain sNDA group is recommending later this week....With one negative study for diabetic neuropathy, we do not have a clinical data package that can in any way be approved for a broad claim of 'neuropathic pain'...Our Neurontin DPN data is so weak that it simply will not allow approval for that indication without additional completed clinical studies." |
| 33 | 196 | Notes from FDA Teleconference | May 2002: Pfizer and FDA hold a teleconference and, with respect to the section of the Neurontin package insert entitled "Dosage and Administration," "Pfizer requested that this section reflect that in addition to 1800mg/day, the 2400 and 3600mg/day doses were also efficacious. The Agency agreed to an efficacy dose range of 1800 to 3600mg/day, however, this section will need to indicate that additional benefit above 1800mg/day was not demonstrated." |
| 34 | 238 | "2003 Operating Plan" Powerpoint Presentation | Late 2002: Pfizer's Neurontin 2003 Operating Plan contains a slide that noted that the "Neurontin Average Daily Dose 1,100 mg" was "Low." The following slide stated: "Education Increases Opportunity," and shows a graph indicating that expected maximum dose was 2,800 mg, higher than the current maximum dose of 1,700 mg. |
| 35 | 239 | "2003 Operational & Tactical Plan" Powerpoint Presentation | Late 2002: Pfizer's Neurontin 2003 Operational & Tactical Plan states under "Publications Strategy" that the "Focus will be on NeP. The document also noted that "Expanding the Global Brand," Pfizer's "Second Neurontin Global Branding Guidelines" were launched in March 2002. |
| 36 | 111 | "Neurontin 2004 Operating Plan" Powerpoint Presentation | September 2003: Pfizer's Neurontin 2004 Operating Plan reflects US sales for 1999 - 2002. |