UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
:                     MDL Docket No. 1629
In re: NEURONTIN MARKETING,              :
SALES PRACTICES AND                      :   Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION            :
:                     Judge Patti B. Saris
---------------------------------------------------------x
:                     Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO                 :
:
*Shearer v. Pfizer Inc.*, 1:07-cv-11428-PBS   :
:
---------------------------------------------------------x

### DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF FOREIGN LABELS AND REGULATORY ACTIONS

I, Andrew G. Finkelstein, depose and state as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in support of Plaintiff's Opposition to Defendants' Motion *in Limine* to exclude evidence of foreign labels and regulatory actions.

3. The following documents are attached hereto in support of this motion:

Exhibit A - Email correspondence from Maribeth Lazzaro of Health Canada regarding notifiable change for Neurontin, dated May 13, 2005

Exhibit B - Pfizer's February 2002 Neurontin Label in China

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 8, 2010

/s/ Andrew G. Finkelstein
Andrew G. Finkelstein
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Attorneys for Plaintiff Linda Shearer*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 8, 2010.

Dated:  March 8, 2010

/s/ Andrew G. Finkelstein
Andrew G. Finkelstein