UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                                    :     MDL Docket No. 1629

In re:  NEURONTIN MARKETING,           :
         SALES PRACTICES AND                :     Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION   :
                                                    :     Judge Patti B. Saris
------------------------------------------------------------x
                                                    :     Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                :
                                                    :
*Shearer v. Pfizer Inc.*, 1:07-cv-11428-PBS    :
                                                    :
------------------------------------------------------------x

## DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF POST-INCIDENT REGULATORY ACTIONS, LABELING, AND PATIENT INFORMATION GUIDES

I, Andrew G. Finkelstein, deposes and states as follows:

1.      I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2.      This declaration is submitted in opposition to Defendants' Motion *in Limine* to exclude evidence of post-incident regulatory actions, labeling and patient information guides.

3.      The following documents are attached hereto in support of this motion:

Exhibit A  -  April, 2009 Letter from the FDA to Pfizer and attached 2009 new label for Neurontin

Exhibit B  -  Excerpts from expert report of Plaintiff's expert Dr. Cheryl Blume, pp. 195, 196

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 8, 2010

/s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Attorneys for Plaintiff Linda B. Shearer*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 8, 2010.

Dated:  March 8, 2010

/s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein