UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                   :
         SALES PRACTICES AND                                   :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION                         :
                                                               :   Judge Patti B. Saris
---------------------------------------------------------------x
                                                               :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO                                       :
                                                               :
*Shearer v. Pfizer Inc.*, 1:07-11428-PBS                       :
                                                               :
---------------------------------------------------------------x

## DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE ALL EVIDENCE OF OR REFERENCES TO WARNER-LAMBERT COMPANY LLC'S GUILTY PLEA OR ANY RELATED GOVERNMENT INVESTIGATIONS OR AGREEMENTS

I, Andrew G. Finkelstein, depose and state as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in support of Plaintiff's Opposition to Defendants' Motion *in Limine* to Exclude All Evidence of or References to Warner-Lambert Company LLC's Guilty Plea or Any Related Government Investigations or Agreements.

3. The following documents are attached hereto in support of this motion:

Exhibit A - Information, dated May 13, 2004

Exhibit B - Plea Agreement, dated May 13, 2004

Exhibit C - Judgment in a Criminal Case, dated June 9, 2004

Exhibit D - Sentencing Memorandum of the United States, dated June 2, 2004

Exhibit E - E-mail from Joe Feczko, dated December 7, 2000

Exhibit F  -  E-mail from John Marino, dated April 1, 2003

Exhibit G    Chart from October 28, 2008 Deposition of Charles King III, Ex. 1

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 8, 2010

/s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Attorneys for Plaintiff Linda B. Shearer*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 8, 2010.

Dated:  March 8, 2010

/s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein