# EXHIBIT G

## Figure 2: Off-Label Uses of Neurontin: Bipolar and Mood Disorders



Source: Data provided by Keith Altman, Finkelstein and Partners