UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Shearer v. Pfizer Inc.*, 1:07-cv-11428-PBS :
:
:
------------------------------------------------------------x

### DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF MARKETING OR ADVERTISING MATERIALS AND CONDUCT

I, Andrew G. Finkelstein, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in opposition to Defendants' motion in limine to exclude evidence of marketing or advertising materials and conduct.

3. The following documents are attached hereto in support of this motion:

Exhibit A - Neurontin Action Plan 2004

Exhibit B - Internal document of Manfred Hauben; Bates No. Pfizer M Hauben 0000123-0000125

Exhibit C - Excerpt from Transcript of Akabane, Yoshiharu at p. 53

Exhibit D - Gabapentin Data Capture Aid

Exhibit E - April 1, 2003 e-mail by John Marino

Exhibit F - December 7, 2000 e-mail from Joe Feczko

Exhibit G  -  Chart entitled "Percentage of Serious Reports For Suicide and Self injurious Behavior

Exhibit H  -  Excerpts from the Expert Report of Dr. Charles King III.

Exhibit I  -  Excerpts from the deposition transcript of Hartley Shearer's prescribing physician Dr. Hynes.

Exhibit J  -  December 7, 1998 Notice of CME sponsored by Parke-Davis listing Dr. Ross as a speaker

Exhibit K  -  November 6, 2002 Neurontin Publication Plan 2002 with Falon Medica (3rd party vendor) collaboration with PFIZER for a publication plan on off-label uses, including Neuropathic Pain, in which Dr. Ross was being utilized.

Exhibit L  -  Curriculum Vitae of Dr. Edgar Ross

Exhibit M  -  Parke-Davis Protocol for Clinical Research listing Dr. Ross as Principal Investigator for a gabapentin study in July 1996.

Exhibit N  -  May 12, 1999 Parke-Davis Speaker List indicating Dr. Ross as a speaker

Exhibit O  -  Agenda indicating Dr. Ross attended a Pfizer MAP-PM advisory board for marketing meeting in 2002.

Exhibit P  -  August 2000 CME Pamphlet demonstrating that Defendant Pfizer funded an the publication in which Dr. Ross discussed neuropathic pain

Exhibit Q  -  Document demonstrating Ross was a member of Neurobehavioral Working Group, supported from money by Park-Davis, the stated purpose of Parke-Davis to disseminate "emerging use" information and "infuse the market" with medical education on not only epilepsy, but on pain and psychiatry uses.

Exhibit R  -  Defendants disclosed Dr. Ross' manuscript regarding uses of anticonvulsants for pain management, which they possessed presumably to review/revise as necessary

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 8, 2010

>/s/ Andrew G. Finkelstein
> Andrew G. Finkelstein
> Finkelstein & Partners, LLP
> 1279 Route 300, P.O. Box 1111
> Newburgh, NY  12551
> (800) 634-1212
>
> *Attorneys for Plaintiff Linda B. Shearer*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 8, 2010.

Dated: March 8, 2010

> /s/ Andrew G. Finkelstein
> Andrew G. Finkelstein