EXHIBIT C

Akabane, Yoshiharu MD (Bulger)  6/26/2008  11:30:00 AM

---

**1**

```
1              UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF MASSACHUSETTS
3                  MDL Docket No. 1629
4                Master File No. 04-10981
5      ************************************
6      IN RE: NEURONTIN MARKETING, SALES
7             PRACTICES AND PRODUCTS
8             LIABILITY LITIGATION
9      ************************************
10     THIS DOCUMENT RELATES TO:
11     RONALD J. BULGER, SR., as Administrator
12     of the Estate of Susan Bulger, Deceased
13     ************************************
14
15     VIDEOTAPED DEPOSITION OF YOSHIHARU AKABANE,
16
17                  Held At:
                  Hare & Chaffin
18                160 Federal Street
              Boston, Massachusetts 02110
19
                  June 26th, 2008
20                  11:03 AM
21
22     Reported By:
       Maureen O'Connor Pollard, CSR, RPR, CLR
23
24     Videographer:  William Slater
```

---

**2**

```
1      APPEARANCES:
2      FOR THE PLAINTIFF:
3        BY:  MARSHALL RICHER, ESQ. (via phone)
4          FINKELSTEIN & PARTNERS
5            436 Robinson Avenue
6            Newburgh, New York 12550
7            800-634-1212
8            mricher@lawampm.com
9
10     FOR THE DEFENDANTS:
11       BY:  DAVID B. CHAFFIN, ESQ.
12          HARE & CHAFFIN
13            160 Federal Street
14            Boston, Massachusetts 02110
15            617-330-5000
16            dchaffin@hare-chaffin.com
17
18     FOR THE DEPONENT:
19       BY:  JAMES A. BELLO, ESQ.
20          MORRISON MAHONEY LLP
21            250 Summer Street
22            Boston, Massachusetts 02210
23            617-737-8803
24            jbello@morrisonmahoney.com
```

---

**3**

```
1                     INDEX
2      EXAMINATION              PAGE
3      YOSHIHARU AKABANE, MD
4        BY MR. CHAFFIN            5
5        BY MR. RICHER             59
6
7                   EXHIBITS
8      NO.      DESCRIPTION        PAGE
9      Ex. 1    Office chart of Mrs. Bulger.....   4
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

---

**4**

```
1                P R O C E E D I N G S
2
3              (Whereupon, Akabane Exhibit 1 was
4        marked for identification.)
5              THE VIDEOGRAPHER:  This is the video
6        operator, Tom Tracy of Veritext.
7              Today's date is June 26th, 2008.  The
8        time is 11:03 a.m..
9              We are here at the offices of Hare &
10       Chaffin located at Boston, Mass to take the
11       videotaped deposition of Yoshiharu Akabane, M.D.
12       in the matter of Neurontin Marketing and Sales
13       Practices versus Pfizer, Incorporated in the
14       U.S. District Court of Massachusetts, District
15       of Massachusetts, Docket Number 1629.
16             Will counsel please voice identify
17       yourselves and state whom you represent?
18             MR. CHAFFIN:  Thank you, Tom.
19             David Chaffin for the Defendants.
20       Good morning.
21             MR. RICHER:  Marshall Richer,
22       Finkelstein & Partners, for Plaintiffs.
23             MR. BELLO:  And lastly, Jim Bello from
24       Morrison Mahoney on behalf of the witness,
       UNCERTIFIED ROUGH - UNCERTIFIED ROUGH - UNCERTIFI
```

---

53

1     Q.  All right.  And then that's your

2  signature at the end?

3     A.  Yes.

4     Q.  And then let's go back up to the

5  medication box, please.  If you could read that.

6     A.  "Neurontin, 100 milligrams, 1 TID."

7     Q.  What does that mean?

8     A.  One three times a day.  So she is to

9  take 100 milligrams of Neurontin three times a

10  day for, I assume it's one week.  And then

11  second week two three times a day, and then

12  three three times a day, third week only.

13     Q.  So you were titrating her up to

14  900 milligrams per day?

15     A.  Mm-hmm.

16     Q.  And then below that?

17     A.  "Zoloft, 100 milligrams, one a day."

18     Q.  Why did you prescribe Neurontin for

19  her?

20     A.  For bipolar disorder, and I assume

21  angry, irritable individual with a history of

22  substance abuse.

23     Q.  A history of?

24     A.  Substance abuse.

54

1     Q.  So you wanted to stay away from the

2  benzos?

3     A.  Mm-hmm.

4     Q.  And anything else you wanted to stay

5  away from?

6     A.  Well, medication which didn't work in

7  the past, and medication which make it harder

8  for her to take.  In general the bipolar people

9  are notoriously unreliable medication takers,

10  they are not treatment compliant, and her

11  history is a good example of that, she comes in,

12  gone.  And, you know, the treatment compliance

13  is probably the biggest issue with the bipolar

14  individual.

15     Q.  She actually did that twice with your

16  office, right?

17     A.  Mm-hmm.

18     Q.  In and gone, right?

19     A.  Yep.  You know, you can see she was

20  seen only three times in my office.  And the

21  note with Dr. Reimherr, on the side it says

22  February something, 7th, I prescribed Prozac,

23  and then February 25th no show, and that's the

24  last of our contact with Susan.

55

1     Q.  So you prescribed Neurontin and Zoloft

2  for her?

3     A.  Mm-hmm.

4     Q.  And subsequently Dr. Reimherr

5  prescribed Prozac?

6     A.  Mm-hmm.  And Neurontin.

7     Q.  And Neurontin, same dosage as you?

8     A.  No.  400 milligrams.

9     Q.  Three times a day?

10     A.  Yes.

11     Q.  So he titrated her up to

12  1,200 milligrams?

13     A.  Right.

14     Q.  And then after that she was a no show?

15     A.  Correct.

16     Q.  Now, one of Dr. Reimherr's notes, and

17  this is Page 8, "in the past the patient was

18  treated with Xanax and she was wondering whether

19  she can get Xanax PRN, which I declined."

20     What's that all about, if you know?

21     MR. RICHER:  Objection.

22     MR. BELLO:  Objection.

23     But you may answer if you can answer

24  the question without guessing.

56

1     A.  Xanax is a benzodiazapine, and with a

2  substance abuse history we tend to stay away

3  from that if we can.  And also people who is

4  emotionally labile, they tend to be disinhibit,

5  Xanax tend to disinhibit meaning she tend to get

6  more labile.

7     MR. CHAFFIN:  Okay.  Can we take about

8  a two-minute break, please?  Is that okay?

9  We've been going about an hour.

10     Okay, Marshall.

11     MR. RICHER:  Sure.

12     MR. CHAFFIN:  Just a couple minutes.

13  I don't have too much more, I don't think.

14     THE VIDEOGRAPHER:  It is 12:03 p.m.,

15  and we're going off the record on tape one.

16     (Whereupon, a recess was taken.)

17     THE VIDEOGRAPHER:  It is 12:07 p.m.,

18  and we're back on the record on tape number one.

19     MR. CHAFFIN:  Thank you, Tom.

20     BY MR. CHAFFIN:

21     Q.  Doctor, are you aware of the FDA alert

22  on AEDs?

23     A.  Depend what you're talking about,

24  referring to.