EXHIBIT I

1

1      VOLUME:        I
       PAGES:      1-199
2      EXHIBITS:    1-10

3

            UNITED STATES DISTRICT COURT
4              DISTRICT OF MASSACHUSETTS

5

       IN RE:  NEURONTIN           ) MDL DOCKET
6      MARKETING, SALES PRACTICES  ) NO. 1629
       AND PRODUCTS LIABILITY      ) MASTER FILE
7      LITIGATION                  ) NO.  04-10981
                                   )
8      ─────────────────────────  )
                                   )
       THIS DOCUMENT RELATES TO:   ) JUDGE PATTI
9                                  ) B. SARIS
       SHEARER VS. PFIZER, ET AL;  ) MAGISTRATE
10     1:07-CV-11428-PBS           ) JUDGE LEO T.
                                   ) SOROKIN
11                                 )

12

13

14            VIDEOTAPED DEPOSITION OF

15     WILFRED HYNES, M.D., a witness called on

16     behalf of the Plaintiff, pursuant to the

17     provisions of the Federal Rules of Civil

18     Procedure, before Jill Shepherd, Registered

19     Professional Reporter, CSR, CLR and Notary

20     Public, in and for the Commonwealth of

21     Massachusetts, at the Tufts Medical Center,

22     800 Washington Street, Boston,

23     Massachusetts, on Tuesday, November 13,

24     2009, commencing at 12:08 p.m.

25  Job No: 226411

39

1      What sort of information --

2   A.  My prior experience.

3   Q.  Was that the predominant --

4   A.  Yes.

5   Q.  Why is that?

6   A.  I found it to be effective for neuropathic

7       pain.

8   Q.  Did you begin using Neurontin during your

9       fellowship?

10  A.  Yes.

11  Q.  And you just carried it forward in your

12      private practice?

13  A.  That's correct.

14  Q.  In your training, did you have any -- I

15      think you already answered, but in your

16      training, your decision to use Neurontin was

17      basically based upon the information you

18      received from your colleagues here in

19      Boston?

20  A.  The attending physicians, yes.

21  Q.  And they were generally satisfied with

22      Neurontin to treat neuropathic pain?

23          MR. FROMSON:  Objection.  Hold on.

24      Objection.  Form.

25          You can answer.

40

1   A.   Yes.

2   Q.   What was their experience with Neurontin for

3        the treatment of neuropathic pain during

4        your fellowship?

5             MR. FROMSON:   Objection.   Form.

6   Q.   You may answer.

7   A.   Predominant feeling was that it was

8        effective for neuropathic pain.

9   Q.   And that was your experience as well?

10  A.   Yes.

11  Q.   I have marked as an example -- you have it

12       in front of you -- Exhibit 2.   I've given it

13       to counsel.

14            Exhibit 2, for the record, is the

15       records from Brigham and Women's from

16       October 2000 for Mr. Shearer.

17  A.   Okay.

18  Q.   You've had a brief moment prior to the

19       deposition.

20            Let me ask you this again:   Other than

21       spending a moment prior to the deposition,

22       have you had a chance to familiarize

23       yourself with the records for Mr. Shearer

24       from his hospitalization at Brigham and

25       Women's Hospital in 2000?

120

1           You may answer.

2   A.   That appears to be the case from the

3        documentation.

4   Q.   Now, we discussed earlier some of the

5        sources of information upon which you might

6        rely to provide a prescription to a patient.

7           The next one I want to ask you about

8        is sales representatives from drug

9        companies, so here's my line of questioning

10       on that.

11          Do you recall being visited by sales

12       representatives from the company Parke-Davis

13       Warner-Lambert back in 1998 and 1999?

14               MR. BARNES:  Objection.

15  A.   I believe so.

16  Q.   Now, and I'm sorry if I am stating the

17       obvious, but you were not and you are not

18       and you never have been an epileptologist;

19       is that correct?

20  A.   That's correct.

21  Q.   And when these sales representatives came to

22       visit you in '98 and '99, did they discuss

23       with you the use of Neurontin for

24       nociceptive pain?

25               MR. BARNES:  Objection.

121

```
 1              If you recall.
 2  A.  I believe it was for neuropathic pain.
 3  Q.  Okay.
 4              Did these sales representatives
 5      discuss with you broad neuropathic pain as a
 6      use of Neurontin?
 7                  MR. BARNES:  Objection.
 8              If you recall.
 9  A.  I believe so.
10  Q.  Can you -- I know it's been quite some time.
11              Can you give us any sense of the
12      discussion that took place between yourself
13      and any sales representative from the
14      Parke-Davis Warner-Lambert era, '98 and '99,
15      and that discussion?
16                  MR. BARNES:  Objection.
17  A.  I would be -- pretty much, as you said, that
18      it was mainly using Neurontin for the
19      treatment of neuropathic pain.
20  Q.  Did they -- withdrawn.
21              Did any sales representative who
22      visited you in '98 or '99 from Parke-Davis
23      Warner-Lambert ever disclose to you any
24      information whatsoever about whether
25      Neurontin could increase the risk of
```

125

1         MR. BARNES:  Objection.

2   Q.  Let me withdraw the question.  I want to

3        make sure it's clear.  We have to preserve

4        our record.

5             Back in the '98 or '99 time frame, did

6        sales representatives from Parke-Davis

7        Warner-Lambert come to you and provide you

8        with samples of Neurontin?

9         MR. BARNES:  Objection.

10  A.  I know we had samples in the pain center

11       that were provided by representatives that

12       were held in a locked cabinet we had to sign

13       out.  The exact year that that practice

14       started, I couldn't honestly tell you.  But,

15       you know, I do recall that.  I just don't

16       know when exactly.  If it was there from the

17       very beginning, I honestly couldn't tell you

18       that.

19  Q.  Back during the time frame before 2000, when

20       you prescribed Neurontin to Mr. Shearer,

21       who, if anyone, was your supervising

22       physician?

23  A.  The director of pain management center was

24       Dr. Edgar Ross, R-O-S-S.

25  Q.  Did Dr. Ross ever disclose to you whether or

126

```
 1        not Neurontin could cause suicidal behavior
 2        in people using it?
 3                    MR. BARNES:   Objection.   Lack of
 4        foundation, lack of evidence.
 5                Go ahead.
 6   A.   I do not believe so.
 7   Q.   Did Dr. Ross -- well, did you consider
 8        Dr. Ross to be someone upon whom you relied
 9        for medical information?
10   A.   Yes.
11   Q.   Did you consider Dr. Ross to be a valuable
12        source of information regarding the drugs
13        you were considering prescribing to
14        patients?
15   A.   Yes.
16   Q.   Did Dr. Ross provide you information with
17        respect to Neurontin?
18                    MR. BARNES:   Objection.
19   A.   I'm sure in the time period that we would
20        have at some point discussed Neurontin.   He
21        was my attending when I was a fellow.
22   Q.   Did he ever disclose to you any
23        relationships, business relationships, that
24        he had with Parke-Davis Warner-Lambert
25        regarding Neurontin?
```

127

```
 1                MR. BARNES:  Objection.  Lack of
 2        foundation, assumes facts not in evidence,
 3        relevance.
 4   A.   I can answer?
 5   Q.   You can answer.
 6   A.   Yes, he was a speaker.
 7   Q.   In terms of time frame, being from the point
 8        up to Mr. Shearer's death -- let me withdraw
 9        the question.  I'm so sorry.
10             Referencing your attention to the time
11        up to the point where you prescribed
12        Neurontin to Mr. Shearer in October of 2000,
13        and any time in that time frame, did
14        Dr. Ross disclose to you that he was a
15        speaker for Warner-Lambert or Parke-Davis?
16                MR. BARNES:  Objection.
17   A.   Yes.
18   Q.   Okay.
19             What did he explain that that meant,
20        if anything?
21   A.   He was paid by the company to give lectures
22        on the use of Neurontin.
23   Q.   Now, did he ever give a lecture in your
24        presence on the use of Neurontin before you
25        prescribed Neurontin to Mr. Shearer?
```

128

1             MR. BARNES:  Objection.

2  A.  I'm sure he did when I was a fellow.

3  Q.  And did he discuss Neurontin's use for

4      neuropathic pain?

5             MR. BARNES:  Objection.

6  A.  Sure.

7  Q.  Any of the -- how many times did you attend

8      any lectures provided by Dr. Ross, Edgar

9      Ross, regarding Neurontin up to the point

10     that you had prescribed Neurontin to

11     Mr. Shearer?

12            MR. BARNES:  Objection.

13  A.  I don't know exactly, but maybe half a

14     dozen.

15  Q.  On any of those occasions, did -- did he

16     disclose any risk of suicidal behavior with

17     Neurontin?

18            MR. BARNES:  Objection.

19  A.  I don't believe so.

20  Q.  How many people attended these lectures in

21     general?

22  A.  It varied with the lectures for the

23     residents and fellows.  It would probably be

24     12, 12 people.  Other venues, maybe 15 to

25     20.  I can't speak to others that he gave

129

1     that I wasn't in attendance.

2  Q.  On any of the occasions that you attended

3     lectures provided by Dr. Ross during which

4     time Neurontin was discussed, did he provide

5     any handouts or materials?

6          MR. BARNES:  Objection.

7  A.  I'm not sure.  It's possible.

8  Q.  In terms of these lectures that you attended

9     given by Dr. Ross, and during which time

10    Neurontin was discussed, did you find these

11    lectures to be informative in terms of your

12    prescribing practices for Neurontin?

13         MR. BARNES:  Objection.

14  A.  Yeah.

15  Q.  Was the information that you learned from

16    attending the lectures given by Dr. Ross

17    part -- or serve as part of a basis for your

18    prescribing Neurontin to your own patients?

19         MR. BARNES:  Objection.

20  A.  I would say most of my prescribing Neurontin

21    to patients was formed during my fellowship

22    year.

23  Q.  When you say most of it, that leaves open

24    part of it.

25         So my question is -- let me ask it

130

1     again then.

2  A.  Okay.

3  Q.  Did Dr. Ross' lectures regarding Neurontin,

4     which were given before you prescribed

5     Neurontin to Mr. Shearer, provide, at least

6     in part, a basis for your prescription of

7     Neurontin to Mr. Shearer?

8          MR. BARNES:  Objection.

9       In 2000?

10         MR. FROMSON:  Yes.

11  A.  I don't know how much -- again, how

12     ingrained my prescribing pattern was at that

13     point.  Granted, I was a young attending, so

14     it's clear that my director, you know, was

15     someone I looked up to and listened to.  So

16     I can't imagine that it would not have

17     influenced me.

18  Q.  After 2002, having nothing to do with your

19     prescription to Mr. Shearer, were you

20     contacted by sales representatives from

21     Pfizer regarding Neurontin?

22  A.  I believe so.

23  Q.  And did there come a point where you went to

24     a speaker training meeting in New York?

25  A.  Yes.

185

1       Mr. Barnes said, right?

2   A.  Yes, that was their job.

3   Q.  And with the expectation they would provide

4       you with accurate information, you would

5       rely upon it, at least in part, as part of

6       your job as a prescribing physician; is that

7       fair?

8               MR. BARNES:  Objection.

9   A.  That is a fair statement.

10  Q.  And they never discussed suicidality with

11      you; isn't that true?

12  A.  I don't believe so.

13  Q.  And when you were being trained as a speaker

14      in New York, the trainees -- the trainers

15      did not discuss suicidality with Neurontin

16      with you; is that true?

17              MR. BARNES:  Objection.

18  A.  I don't believe so.

19  Q.  And when you were in Arizona, the trainers

20      did not speak about suicidality there

21      either; isn't that true?

22              MR. BARNES:  Objection.

23  A.  I don't believe so.

24  Q.  And when you actually gave speeches as a

25      speaker, you were never told to discuss