UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:
In re:  NEURONTIN MARKETING,           :   MDL Docket No. 1629
        SALES PRACTICES AND            :
        PRODUCTS LIABILITY LITIGATION  :   Master File No. 04-10981
                                       :
                                       :   Judge Patti B. Saris
---------------------------------------------------------------x
                                       :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO               :
                                       :
*Shearer v. Pfizer Inc.*, 1:07-11428-PBS :
                                       :
                                       :
---------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.
IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE*
TO EXCLUDE ALL EVIDENCE OF OR REFERENCES
TO CONDUCT UNRELATED TO NEURONTIN**

I, Andrew G. Finkelstein, depose and state as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in support of Plaintiff's Opposition to Defendants' Motion *in Limine* to Exclude All Evidence of or References to Conduct Unrelated to Neurontin.

3. The following documents are attached hereto in support of this motion:

Exhibit A - Settlement Agreement among Pfizer Inc., the United States Department of Justice and certain other government agencies, dated August 2009

Exhibit B - Attachment A to the Settlement Agreement, dated August 2009

Exhibit C - Letter and Acknowledgement re Pharmacia Plea Agreement, dated August 31, 2009

Exhibit D - Pharmacia Criminal Information

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 8, 2010

>/s/ Andrew G. Finkelstein
> Andrew G. Finkelstein
> Finkelstein & Partners, LLP
> 1279 Route 300, P.O. Box 1111
> Newburgh, NY  12551
> (800) 634-1212
>
> *Attorneys for Plaintiff Linda B. Shearer*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 8, 2010.

Dated: March 8, 2010

>/s/ Andrew G. Finkelstein
> Andrew G. Finkelstein