UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:
In re:  NEURONTIN MARKETING,                    :   MDL Docket No. 1629
        SALES PRACTICES AND                     :
        PRODUCTS LIABILITY LITIGATION           :   Master File No. 04-10981
                                                :
                                                :   Judge Patti B. Saris
------------------------------------------------------------x
                                                :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                       :
                                                :
Shearer v. Pfizer Inc., 1:07-cv-11428-PBS       :
                                                :
------------------------------------------------------------x

## DECLARATION OF ANDREW G. FINKELSTEIN, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF AND REFERENCE TO EDGAR ROSS, M.D.

I, Andrew G. Finkelstein, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in support of Plaintiff's opposition to Defendants' motion *in limine* to exclude evidence of and reference to Edgar Ross, M.D.

3. The following documents are attached hereto in support of this motion:

Exhibit A - December 29, 1998 Research Report for Neurontin naming Dr. Ross

Exhibit B - Parke –Davis Protocol for Clinical Research listing Dr. Ross as Principal Investigator for a gabapentin study in July 1996

Exhibit C - January 18, 2001 Memorandum re Pain Disease – refers to Dr. Ross as Key Opinion Leader

Exhibit D - Excerpts from the deposition transcript of Hartley Shearer's prescribing physician Dr. Hynes

Exhibit E - December 7, 1998 Notice of CME sponsored by Parke-Davis listing Dr. Ross as a speaker

Exhibit F - November 6, 2002 Neurontin Publication Plan 2002 with Falon Medica (3rd party vendor) collaboration with PFIZER for a publication plan on off-label uses, including Neuropathic Pain, in which Dr. Ross was being utilized.

Exhibit G - Curriculum Vitae of Dr. Edgar Ross

Exhibit H - May 12, 1999 Parke-Davis Speaker List indicating Dr. Ross as a speaker

Exhibit I - Agenda indicating Dr. Ross attended a Pfizer MAP-PM advisory board for marketing meeting in 2002.

Exhibit J - August 2000 CME Pamphlet demonstrating that Defendant Pfizer funded an the publication in which Dr. Ross discussed neuropathic pain

Exhibit K - Document demonstrating Ross was a member of Neurobehavioral Working Group, supported from money by Park-Davis, the stated purpose of Parke-Davis to disseminate "emerging use" information and "infuse the market" with medical education on not only epilepsy, but on pain and psychiatry uses.

Exhibit L - Defendants disclosed Dr. Ross' manuscript regarding uses of anticonvulsants for pain management, which they possessed presumably to review/revise as necessary

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 8, 2010

/s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Attorneys for Plaintiff Linda B. Shearer*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 8, 2010.

Dated: March 8, 2010

                                                **/s/ Andrew G. Finkelstein**
                                                Andrew G. Finkelstein