EXHIBIT A

CONFIDENTIAL

# PARKE-DAVIS PHARMACEUTICAL RESEARCH
## DIVISION OF WARNER-LAMBERT COMPANY
## MEDICAL AND SCIENTIFIC AFFAIRS DEPARTMENT
## MORRIS PLAINS, NEW JERSEY

---

**RESEARCH REPORT NO:** RR 995-00070

**PD AUTHOR(S):**
MAGNUS-MILLER L
PODOLNICK P

**DATE ISSUED:** December 29, 1998

**PERIOD(S) COVERED:** 8/26/97 – 7/14/97

**DEPARTMENT:** Medical and Scientific Affairs

**NOTEBOOK (OR OTHER REFS):**
PROTOCOL 945-211

**INVESTIGATOR(S):**

| | |
|---|---|
| CARR DB | ROSS E |
| ROSENBERG J | SCHELL D |
| DUNTEMAN E | SINGER E |
| HARDEN RN | STEWART RM |
| KREITZER J | SINCLAIR D |
| MANN JD | GORSON K |
| OBBENS E | KLAPPER J |
| ROWBOTHAM M | STACEY B |

\* COVANCE, INC.

**SUGGESTED KEY WORDS:**
Neurontin®, gabapentin, post-herpetic neuralgia, peripheral neuropathy

**COMPOUND NUMBERS:**
CI-945

**TITLE:** DOUBLE-BLIND, RANDOMIZED, PLACEBO-CONTROLLED, PARALLEL GROUPS, MULTI-CENTER TRIAL TO DETERMINE THE EFFICACY AND SAFETY OF NEURONTIN® (GABAPENTIN) IN SUBJECTS WITH PERIPHERAL NEUROPATHY (POST-HERPETIC NEURALGIA)

\* 210 CARNEGIE CENTER, PRINCETON, NJ 08540-6233

Introductory Material:  15 Pages
Main Report:  3075 Pages

000180

RR 995-00070

## APPENDIX A.1

### LIST OF INVESTIGATORS AND IRB DATES
(Page 2 of 3)

#### List of Investigators and IRBs

| Investigator | IRB | IRB Approval Date (mo/day/yr) | Study Start and Conclusion Dates (mo/day/yr) |
|---|---|---|---|
| **Protocol 945-211** | | | |
| Eugenie Obbens, MD<br>Neurology Group Limited<br>Barrow Neurological Institute<br>Division of Neurology<br>350 West Thomas Road<br>Phoenix, AZ 85013 | WIRB<br>PO Box 10160<br>3535 7th Avenue S.W.<br>Olympia, WA 98502 | 8/8/96 | 8/26/96 - 7/14/97 |
| Michael Robotham, MD<br>UCSF Pain Clin. Research Ctr.<br>2233 Post Street<br>Suite 104<br>San Francisco, CA 94115 | Committee on Human Research<br>UCSF Office of Research Affairs<br>Box 0962<br>San Francisco, CA 94143-0962 | 8/30/96 | 8/26/96 - 7/14/97 |
| Edgar Ross, MD<br>Meridia Center for Rehab. and Pain Management<br>4110 Warrensville Center Rd.<br>Warrensville Heights, OH 44122 | Meridia South Point Hospital, IRB<br>4110 Warrensville Center Road<br>Warrensville Heights, OH 44122 | 8/12/96 | 8/26/96 - 7/14/97 |
| Dawn Schell, MD<br>University of Maryland Pain Center<br>419 W. Redwood Street<br>Suite 550<br>Baltimore, MD 21201-1734 | UMAB IRB<br>Room 14-016, Bressler Bldg.<br>655 W. Baltimore Street<br>Baltimore, MD 21201 | 6/20/96 | 8/26/96 - 7/14/97 |
| Elyse Singer, MD<br>UCLA School of Medicine<br>DVA West LA Medical Center<br>11301 Wilshire Blvd.<br>Los Angeles, CA 90073 | VAMC West LA<br>W151<br>11301 Wilshire Boulevard<br>Los Angeles, CA 90073 | 8/5/96 | 8/26/96 - 7/14/97 |
| R. Malcom Stewart, MD<br>Neurology Specialists of Dallas<br>9400 North Central<br>Suite 1100<br>Dallas, TX 75231 | Presbyterian Hospital of Dallas<br>8200 Walnut Hill Lane<br>Dallas, TX 75231 | 6/27/96 | 8/26/96 - 7/14/97 |
| David Sinclair, MD<br>University of Pittsburgh Medical Center<br>Pain Eval. and Treatment Instit.<br>4601 Baum Blvd.<br>Pittsburgh, PA 15213 | IRB for Biomedical Research<br>University of Pittsburgh c/o WPIC<br>3811 O'Hara Street<br>Pittsburgh, PA 15213 | 7/22/96 | 8/26/96 - 7/14/97 |

Confidential

Pfizer_LCastro_0075892