# EXHIBIT C

*Elyse—Please include this in our grants to review at next meeting. Thanks, Leslie*

January 18, 2001

TO: Nancy Brandenburg, Jose Barrueco, Leslie Tive, Kirk Taylor, Amy Grudzinski, Valerie Flapan, Kathleen Dowd

FROM: David Murphy-US Pregabalin Marketing Team

SUBJECT: Pain Disease State Management Proposal from Key Opinion Leader

CC: Susan Martin (AA), Anne-Marie Sesti (AA)

All,

Attached is very important summary of a recently piloted DSM in pain program implemented by nationally known physician network in the Boston area named Partners Health Care, Inc. The network is anchored by two the top teaching hospitals in the US, Massachusetts General Hospital and Brigham & Women's Hospital.

Ed Ross, MD is the Director of Brigham & Women's Hospital Pain Management Center in Boston and a professor at Harvard Medical School. He has patented and copyrighted his own DSM in Chronic Pain. In early 2000, with some initial funding from Metronic, Partners Health Care, Inc piloted a test study utilizing Dr. Ross' computer based chronic pain DSM program. Interestingly, they focused on Migraine, Back Pain &...Neuropathic Pain. The pilot apparently was a success in Partner's mind and they hope to expand the project to the entire network of over 5,000 PCPs.

I would like to bring Dr. Ross to HQs to discuss this initiative more in detail along with his DSM for chronic pain to see if it would advantageous for us to be involved with this project or with Dr. Ross's program. FYI, Dr. Ross is one of our key US advisors/investigators for both Neurontin and Pregabalin.

Please review the contents of this package and be prepared to discuss potential Pfizer involvement with this study and/or Dr. Ross's program. I will be setting up a planning call to discuss this information prior to bringing Dr Ross to NY sometime in February. Call me with any questions.

Dave
212-733-6564

Confidential                                                                                           Pfizer_LTive_0013795