# EXHIBIT E

WLC_CBU_000168

ICHE
INSTITUTE FOR CONTINUING
HEALTHCARE EDUCATION

Dr. Ronny Hertz
cordially invites you to attend a dinner program entitled

**Broadening the Neuropathic Pain Treatment Algorithm:**
**The Role of Anticonvulsants**

**Monday, December 7, 1998**
at
**La Reserve**
4 West 49th Street
New York, New York
(212) 247-2993

**From 6:30 to 9:30 PM**
(RSVP by Thursday, December 3, 1998)

**INSTITUTE FOR CONTINUING HEALTHCARE EDUCATION**
*A Division of CoMed Communications, Inc.*

**Agenda**

| | |
|---|---|
| 6:30 – 7:00 PM | **Reception** |
| 7:00 – 8:00 PM | **Broadening the Neuropathic Pain Treatment Algorithm: The Role of Anticonvulsants** *Edgar L. Ross, MD* |
| 8:00 – 9:30 PM | **Dinner** |

**Learning Objectives**

1. Discuss the mechanisms of action of anticonvulsant agents as they relate to neuropathic pain pathways.

2. List various neuropathies shown to respond to anticonvulsant pharmacotherapy.

3. Describe clinical applicability, dosing, pharmacokinetic interactions, and side effects of anticonvulsants used in the management of neuropathic pain.

**Faculty**
Edgar L. Ross, MD
Clinical Instructor in Anesthesia
Fellowship Director in Pain Management
Brigham and Women's Hospital
Boston, Massachusetts

**Moderator**
Ronny Hertz, MD
St. Luke's-Roosevelt Hospital Center
New York, New York

**CME Accreditation**
This activity is sponsored by the Institute for Continuing Healthcare Education.

The Institute for Continuing Healthcare Education is accredited by the Accreditation Council for Continuing Medical Education (ACCME) to sponsor continuing medical education for physicians.

The Institute for Continuing Healthcare Education designates this educational activity for up to 1 hour in category 1 credit toward the AMA Physician's Recognition Award. Each physician should claim only those hours of credit that he/she actually spent in the educational activity.

**Commercial Support**
This activity is supported by an educational grant from Parke Davis.

WLC CBU 000170

Telefax Registration Form
La Reserve
Monday, December 7, 1998

In order to reserve your space for this dinner program, please complete the following information, and telefax this registration form to the attention of **Christina Leeper** at **215-574-7660**. If you have any questions, or would like additional information, you may call Christina at 215-238-4117.

Please print clearly.

Full Name:_____

Title/Position:_____

Institution:_____

Business Address:_____

City:_____ State:_____ ZIP:_____

Telephone:_____ Telefax:_____

There is no registration fee for attending this program. **Please respond by Thursday, December 3, 1998.** Also, if you have to cancel for any reason after your register, please telefax your registration form with the word "cancel" on top. Please note that we cannot accept registrations by telephone.

WLC CBU 000171

**INSTITUTE FOR CONTINUING HEALTHCARE EDUCATION**
*210 West Washington Square, Philadelphia, PA 19106*

WLC_CBU_000172