EXHIBIT F



*Neurontin Publication Planning and Execution*

Prepared for:
Allison Fannon
Senior Product Manager
Pfizer Inc.

Prepared by:
Christy DeSantis
Christine deVries
Timothy Fallon
*November 6, 2002*

Pfizer_CWohlhuter_0011993

# Table of Contents

Executive Summary……………………………………………2

Fallon Medica Background………………………………2-3

     Fallon Medica and Pfizer………………………………3

     Fallon Medica CNS Experience ……………………..  4

     Relationships with Key Opinion Leaders…………. 5

     Publication Planning Experience…………………… 5

Neurontin Publication Plan Management……………….. 6-7

Budget……………………………………………………… 8

Addendum

     Sample Forms, Grids and SOPs

     Team Bios



This proposal has been specifically prepared for limited distribution within Pfizer. This document contains materials which Fallon Medica, a division of Cline Davis & Mann, considers confidential, proprietary, and significant for the protection of its business. The distribution of this document is limited solely to those full-time Pfizer employees either actively involved in the evaluation and selection of Fallon Medica as the firm to conduct this assignment, or those that will be involved with the program described herein.

Fallon Medica
November 6, 2002

Confidential

# Executive Summary

While currently approved for the treatment of partial seizures and post-herpetic neuralgia, Neurontin (gabapentin) has been well documented in the medical literature as a product that is useful in over 90 different clinical conditions. With its patent protection soon to expire in many countries, it will be essential to develop additional publications to continue the dissemination of clinical experiences with the product and to keep it at the forefront of physicians' minds.

Fallon Medica, a medical education company, requests the opportunity to facilitate further publication of the appropriate clinical information in conjunction with Pfizer. It is our understanding that Pfizer seeks a company with adept editorial management and medical writing teams that can bring the goals of the Neurontin team to fruition and ensure that the current publication plan is fully executed. With standard operating procedures in place, and a team of strategic thinkers with experience in publication planning and implementation, Fallon Medica is well equipped to execute the current publication plan, as well as continue to foster new ideas for publication opportunities.

# Fallon Medica Background

Fallon Medica is a full-service medical education company that combines the strategic experience of Timothy Fallon with the tactical expertise of Proworx. With 18 years in medical communications, including extensive market development, pre-market conditioning, and launch experience, Managing Director Timothy Fallon brings a long and successful track record to the organization. A division of Cline, Davis and Mann, an Omnicom company, Fallon Medica partners with its pharmaceutical clients to translate theory and clinical experience into marketing strategies, messages, and tactics.

Utilizing the resources of Cline, Davis and Mann, we offer small company service with the ability to scale. From SWOT analyses to tactical planning, we analyze data and build relationships with key opinion leaders to develop effective strategies and successful medical education plans. Our client services team is dedicated to achieving marketing objectives and learning the science behind each brand.

Fallon Medica partners with the best clinical writers and data strategists in the industry, tailored to therapeutic experience. This enables us to deliver high quality editorial products. The editorial team has over 30 years combined experience in medical education, offering our clients superior service and extensive knowledge of therapeutic categories such as neurology, cardiology, nephrology, oncology, infectious disease and pain management.

Confidential                                                                      Pfizer_CWohlhuter_0011995

# Fallon Medica and Pfizer

Over the years, our client services, project management and editorial teams have successfully managed a variety of medical education/medical writing programs on behalf of Parke-Davis/Pfizer. Our responsibilities have included full-scale management and development of foundations, publications, symposia, and slide kits for the Neurontin, Lipitor, Viagra, Glucotrol XL and Pregabalin teams. The Fallon Medica reputation inspires confidence in our clients at Pfizer and we pride ourselves on the superior accomplishments we have achieved in partnering with those teams over the years.

As the medical education division of Cline, Davis and Mann (CDM), Fallon Medica has many advantages. Team members are located in the offices across the street from the Pfizer, allowing ease of spontaneous, face-to-face communication as needed. Internal efficiencies, such as twice-daily mail deliveries between the two offices, provide additional value. Central files on products for which CDM is agency of record, such as Neurontin, offer access to extensive information. Finally, our team members are thoroughly familiar with the internal processes at Pfizer, from regulatory review to billing procedures. This enhances uptake of new projects and enables our team to get right to work.

## CNS Experience

Our understanding of the central nervous system and the pathophysiology of many neurological conditions, such as epilepsy, neuropathic pain and Parkinson's disease, have afforded us the opportunity to partner with other elite pharmaceutical companies as well. Most recently, we have been awarded the full medical education plan for the global Parkinson's disease franchise at Pharmacia Corporation (includes all programs for both Cabaser and Mirapexin beyond the United States). In this role, our team is expected to refine marketing messages, foster and maintain relationships with key opinion leaders and implement strategies to meet their educational goals. It also includes full execution of all projects, from symposia to publications. The keys to our success will be our continued commitment to increasing our knowledge of the client's products, our existing relationships with the top thought leaders in Parkinson's disease (with access to world-renowned specialists), our ability to think strategically on behalf of our clients and manage simultaneous projects with ease.

Confidential

Pfizer_CWohlhuter_0011996

## CNS Experience with Pfizer

Some of the most recent initiatives that we have completed for Pfizer include:

**Optimizing Patient Outcomes in Epilepsy: The Road to Progress**
Satellite Symposium
Development and coordination of the Merritt-Putnam Symposium at the
European Congress of Epileptology, Madrid, Spain, October, 2002
Publication of Proceedings
Working in conjunction with the faculty from the symposium, Fallon Medica will
write articles based upon the presentations delivered at the symposium and
publish the proceedings as a supplement to *Epilepsia*

**Emerging Strategies for the Treatment of Addictive Disorders**
Monographs
Three monographs developed in conjunction with Hugh Myrick, MD and written
by Fallon Medica. Certified for CME credit by the Medical University of South
Carolina and published as a set. Content delineated the connection between the
CNS and addictive behavior and described treatment options utilizing CNS
drugs. Sponsored by an unrestricted educational grant from Pfizer. 15,000
neurologists and psychiatrists have received this monograph.

***The National EpiFellows Foundation (NEF)***
Foundation
Since its inception in 1992, the NEF has been highly regarded as a leading
provider of educational programs for epilepsy fellows. Utilizing an independent
Advisory Board of key thought leaders, it is an ongoing, grass roots initiative that
targets the development of future thought leaders and strengthens Pfizer's
position as a role model for the industry. The program includes research grant
awards, a scientific forum and an educational Web site. Sponsored by an
educational grant from the Neurontin team and administered by Fallon Medica.

***Pain Medicine Review Course***
Symposium
Interactive training symposium during the American Society of Regional
Anesthesiologists (ASRA), November, 2002. Geared toward physicians
preparing for Board examinations.
CD-ROM
Interactive clinical pathways CD-ROM to be distributed based upon content of
symposium. Questions, developed in conjunction with thought leaders, lead the
participants through key topic areas in pain medicine. Based upon key abstracts
from the medical literature.

Confidential

Pfizer_CWohlhuter_0011997

# Relationships with Key Opinion Leaders in Neurology

As a result of Fallon Medica's experience in the CNS/Neurology field, we have developed some excellent working relationships with leaders in this therapeutic area. Among the KOL's with whom we have developed strong ties include:

*Epilepsy:*
Gregory Bergey, MD – Johns Hopkins University, Baltimore, MD
Ilo Leppik, MD – MINCEP, Minneapolis, MN
Steven Schachter, MD – Beth Israel Deaconess Medical Center, Boston, MA
Michael Privitera, MD – University of Cincinnati, OH
Jacqueline French, MD – University of Pennsylvania Medical Center, Philadelphia, PA
Gregory Holmes, MD – Harvard Medical School, Boston, MA
Georgia Montouris, MD – Comprehensive Epilepsy Care Center, St. Louis, MO

*Parkinson's Disease/Restless Legs Syndrome*:
C. Warren Olanow, MD – Mount Sinai School of Medicine, NY
Diego Garcia-Borreguero, MD - Fundación Jiménez Díaz, Madrid, Spain
Anthony Schapira, MD - Royal Free and University College Medical School, London, England
K. Ray Chaudhuri, MD - Kings College Hospital, London, England
Paolo Barone, MD – University of Naples, Naples, Italy
Fabrizio Stocchi, MD – University of Rome "La Sapienza", Rome, Italy
Peter Jenner, PhD - King's College London, England
Kenneth Marek, MD – Institute for Neurodegenerative Disorders, New Haven, CT

*Neuropathic Pain:*
Edgar Ross, MD – Harvard University, Boston, MA
Michael Rowbotham, MD – University of California, San Francisco, CA
John Farrar, MD – University of Pennsylvania, Philadelphia, PA
Gordon Irving, MD – Swedish Medical Center, Seattle, WA
Dennis Turk, MD – University of Washington, Seattle, WA

# Publication Planning/Medical Writing Experience

Fallon Medica and its staff have facilitated numerous communications plans, with varying degrees of responsibility for creating content. This has ranged from full scope publication planning, including aligning key messages, product positioning, and strategies with content creation, to simple delivery of abstracts and posters.

Confidential

This includes the development of overall publication strategies for placement of primary and secondary review articles in targeted peer-reviewed journals. Other publication outlets have included monographs, supplements, posters, abstracts and slide sets.

# Publication Plan Management for Pfizer Inc.

## Plan Execution and Development

Fallon Medica will meet with the Pfizer publication team and form a transition plan. This will include all relevant details regarding each pending and planned manuscript. Once a communications plan is established, with key consideration of author/faculty management, we will begin executing. First steps will focus on completing all pending opportunities and re-prioritizing what efforts to initiate.

## Execution

Once Pfizer has introduced Fallon Medica to the authors as the company facilitating the publication plan, we will execute the plan. This may entail requesting permissions (if required), preparing submission packages, submitting on the author's behalf to the recommended journals, or abstracts to the recommended societies, based on the timeline. Existing relationships with several of the selected journals, societies and authors will enable Fallon Medica to begin working immediately. Since each manuscript may potentially require a different approach, careful consideration is needed. The keys to the success of this plan will be detailed project management skills and consistent communication with all parties. All publication committee members must be apprised of all details for each manuscript. Regular reports and tracking grids will be sent to committee members on an ongoing basis.

## Manuscript Submission

Fallon Medica has standard operating procedures in place for manuscript development and submission (see addendum Expert Work Systems). All facets of the process are included, such as author interaction, writing, editing, fact checking, routing to appropriate reviewers, and submission. Depending upon the current status of each individual manuscript, Fallon Medica will revise timelines, edit content and track the progress of each publication.

Fallon Medica will handle the submission of all manuscripts to the appropriate journals previously selected. Where appropriate, additional journals will be recommended, based upon the content and target audience for the publication. In addition to the journals already suggested by Pfizer in the current publication plan, the following are additional media targets for consideration:

**Specialty Journals/Peer-Reviewed**

> Journal of the American Medical Association
> The New England Journal of Medicine
> British Journal of Pharmacology
> British Journal of Anesthesiology
> European Journal of Pharmacology
> European Journal of Clinical Investigation

Confidential

The Pain Clinic

Pain Reviews

Pain Research & Management

Journal of Pain and Symptom Management

European Journal of Pain

Drugs

Clinical Geriatric Medicine

European Pain Journal

Journal of American Geriatric Society

Journal of Pain Symptom Management

Clinical Journal of Pain

## Managed Care Journals

Journal of Managed Care

American Journal of Health System Pharmacists

Pharmacotherapy

Drug Benefit Trends

American Journal of Managed Care

Depending on the outcome of these efforts, we will initiate different steps based on acceptance or rejection (see Expert Work Systems addendum).

## Core Congress Targets

Customizing current SOPs, Fallon Medica will form a plan and timeline for executing the creation and placement of abstracts and posters at the following meetings specified in the Neurontin RFP:

| Congress | Dates | Location | Abstract Submission Deadline |
|---|---|---|---|
| American Academy of Neurology (AAN) | March 29-April 5, 2003 | Hawaii | November 14, 2002 |
| American Academy of Family Physicians (AAFP) | October 1-5, 2003 | New Orleans | April 12, 2003 |
| American Diabetes Association (ADA) | June 13-17, 2003 | New Orleans | January 10, 2003 Online submissions only |
| European Federation of Neurological Societies (EFNS) | August 30-September 2, 2003 | Helsinki, Finland | February 15, 2003 Late breaking research abstract deadline May 15, 2003 |
| European Federation of IASP Chapters (EFIC) | September 3-6, 2003 | Prague, Czech Republic | April 2, 2003 |
| International Epilepsy Congress (IEC) | October 12-16, 2003 | Tunisia | TBD |
| American Epilepsy Society (AES) | December 5-10, 2003 | Boston, MA | TBD |
| American Pain Society (APS) | March 20-23, 2003 | Chicago | November 18, 2002 |
| European Neurological Society (ENS) | June 14-18, 2003 | Istanbul, Turkey | February 12, 2003 |

Confidential

Pfizer_CWohlhuter_0012000

From writing of the abstracts to development of the handouts, Fallon Medica will be responsible for producing all elements associated with each Congress poster/abstract presentation. Presenter logistics will be coordinated for these congresses on an ongoing basis, including travel, accommodations, and poster handout development/shipping.

# Budget

The budget is based on the following assumptions:
- Sufficient information will be available to develop abstracts even if the study report is not final. Some variation in results is permissible from abstract submission to presentation or poster.
- Manuscripts of secondary analysis of data, pooled data, reviews, etc., may be published in tandem with the primary results.
- The publication date for manuscripts is generally 6 to 12 months after the target submission date. We have estimated a 10-month average time in this plan.
- The publication plan may change over time with the inclusion, for example, of additional data sets or analyses.
- The budget estimate provided assumes 100% completion of the items in the RFP.
- Hours per item have been estimated, based upon assumptions regarding the amount of work completed to date. Should those expectations change, costs will be varied accordingly.

## Estimated Fees

| Pfizer communications | $25,000 for approximately 185 hours |
|---|---|
| Development of summaries for each manuscript (2 per manuscript) | (any hours in excess of this estimate would be billed at an hourly rate) |
| 4-5 slides per manuscript | |
| Publication status reports (monthly) | |
| | |
| **Project management** | **$50,000 for approximately 370 hours** |
| Attendance and minutes of monthly meetings | (any hours in excess of this estimate |
| Teleconferences | would be billed at an hourly rate) |
| Customization of tracking grids and detail sheets | |
| Action item messages | |
| Logistics for Congress presenters | |
| Supervision of all processes, customization of SOPs and timeline management | |
| | |
| **Manuscripts in Progress** | **$57,105** |
| 5 already submitted – approx. 90 hours total | (any hours in excess of this estimate |
| 3 in early stages – approx. 222 hours total | would be billed at an hourly rate) |
| 2 approx 40% complete – approx. 111 hours | |
| | |
| **New Manuscripts** | **$90,000** |
| 3 additional manuscripts - $60,000 | |
| 2 outcomes research - $30,000 | |
| | |

Confidential

Pfizer_CWohlhuter_0012001

| Posters/Abstracts at 9 Congresses | $144,000 |
|---|---|
| 2 per Congress = 18 @ $8,000 each | |
| (Includes interaction with presenters, poster creation, writing of abstracts, development of handouts, shipping of materials, liaison with Congresses) | |
| | |
| Estimate TOTAL | $366,105 |

# Addendum

## Generic Timelines for Media

| | Abstracts | Posters | Manuscript (reviews) | Supplement/ Monograph | Textbook Chapter |
|---|---|---|---|---|---|
| Preparation<br>• Gather data<br>• Research sources<br>• Recruit authors<br>• Identify needs<br>• Distribute information<br>• Outline<br>• Create timelines | 1 week | 1 week | 1 week | 2 weeks | 3 weeks |
| Write | 3 days | 5 days | 2 weeks | 4 weeks | 3 weeks |
| Edit | 3 days | 5 days | 1 week | 3 weeks | 3 weeks |
| Review (client and physician author, if applicable) | 1 week | 1 week | 2 weeks | 2 weeks | 2 weeks |
| Revisions | 3 days | 5 days | 1 week | 2 weeks | 2 weeks |
| Review (client and physician author, if applicable) | 1 week | 1 week | 3 weeks | 3 weeks | 3 weeks |
| Production | N/A | 1 week | N/A | 1 week | N/A |
| Printing | N/A | 1 weeks | N/A | 3 weeks | N/A |
| Total time to submission | About 5 weeks | About 8 weeks | 10 weeks | 19 weeks | 16 weeks |

Supplements/monographs usually consist of 4 to 5 separate manuscripts.
Textbook chapters will require identification of target textbooks, off-press dates of next editions, recruitment of authors, and negotiations with editors of the textbooks.
It is difficult to predict the format of submissions targeted to local outlets (e.g., state FP associations), as each outlet will differ. Fallon Medica will modify all manuscripts to conform to the submission requirements/format of local outlets.

Confidential

Pfizer_CWohlhuter_0012002

Confidential

# Expert Work Systems: Fallon Medica Content Creation Standard Operating Procedure

## Process Master -- Manuscripts

1. **Publication Planning Committee**
   a. Who needs to attend?
      i. Account manager
      ii. Project manager
      iii. Editorial manager
      iv. Art manager
      v. Traffic/Production manager
      vi. Client (Medical/Marketing)
   b. Key Communications: Account Manager Provide
      i. Project Knowledge (see Project Knowledge Worksheet)
         1. What does the client want to achieve – why is the client paying for this article to be written?
         2. Key client messages – what must the content communicate to be a "success?" What are the positive hot-button issues?
         3. Key sensitivities – where must writers, editors and team tread lightly? What are the negative hot-button issues?
         4. Competition – what are the competing products and how do they differ from client's product?
         5. Project Audience – profession(s) and specialties
         6. Project Contributors – does the client have authors and peer reviewers to suggest?
         7. Existing education pieces from clients (other articles and educational program materials when possible)
   c. Outcomes
      i. Project Deliverables (Spec Sheet)
         1. Project type – what is it?
            a. Single article for placement
         2. Deadline(s)
            a. Are publication dates connected with marketing events or deadlines?
      ii. Roles assigned
         1. Editorial assigned
         2. Project is entered into master project tracking
      iii. Working Smart
         1. Discuss – any efficiencies or key learnings that can be leveraged
      iv. Document -- editorial manager documents the above for program planning

Confidential

1. Project Knowledge Worksheet travels with the project throughout development, for reference and review, to ensure project stays on target
   d. Follow up communication
      i. Immediately following the meeting, editorial and project manager:
         1. Disseminate meeting notes by email to the project group for information and verification
         2. Place notes in the editorial folder

2. **Project Setup**
   a. T&E Created
      i. Develop from template for article development.
      ii. Identify "drop dead" dates for initial article submission and peer review completion in order to achieve desired publication submission date
   b. Set Up Document Management & Routing
      i. Create folder hierarchy on server
      ii. Populate folders with text and art templates
      iii. Create Editorial Routing Folder
         1. Append to front
            a. Program Description
            b. Project Knowledge Worksheet
            c. Staging sign off sheet
   c. Email distribution list
      i. Using an email group to communicate events, issues, and decisions will ensure proper dissemination of the information, and support good documentation
      ii. Create an email group, named for the project, so that everyone on the team can be copied on significant events or questions
         1. Usage – put this address in the "To:" field for major milestones and approval stages
         2. Put the address in the "cc:" field for essentially all other – except very directed – email communication on the project

3. **Set Editorial Resources**
   a. Author
      i. Send invitation letter and author guidelines
      ii. Ask author for early notification of any graphics or figures that will require permission from another publisher
      iii. Obtain author bio and CV
   b. Editor
   c. Peer-reviewers
      i. Peer review of a clinical research paper prior to submission to publishers will add additional time to the development process
      ii. However, it will also identify shortcomings in the submission that could be addressed before submission for publication

Confidential

    iii.  Peer review should be appropriate to the type of paper
        1.  Methodology and statistics as well as science for clinical research papers
        2.  Expert medical review only for review papers

  d.  Identify medical writer
      i.  Ideally, one who has written on the subject to a practicing physician audience
      ii.  May be needed to work with author to quickly craft clean article

**4. Develop Content Outline**
  a.  Outlines for research articles will be pretty straightforward, and should clearly indicate which data, outcomes, and issues the paper will cover.
  b.  Who writes the outline?
      i.  Either the author, or
      ii.  The writer, working with the author
  c.  Either way, the outline is saved as the project "1" file

**5. Outline Review**
  a.  The outline should be quickly reviewed and compared to the Project Knowledge Worksheet to ensure everything is going in the understood direction.
      i.  For clinical research papers, there is likely no need for expert review of the outline
      ii.  For review papers, the outline should be reviewed by authorities in the subject area, to discover if the outline includes all appropriate work and topics
  b.  When approved, the outline is returned (with any comments) to the author to begin writing

**6. Write Draft**
  a.  Traffic manager sends the approved outline ("1$x$") and to the author/writer
  b.  Author/writer returns completed first draft
      i.  To "editorial in" folder
      ii.  Includes electronic and/or hard copy of all references, with referenced statement highlighted
     iii.  Saved in the project folder as the "2" version file
  c.  Including
      i.  Copies of data referenced in article
      ii.  If written by medical writer, includes
        1.  Copies of references, tagged to article
  d.  Traffic manager broadcasts status via email group

**7. Peer Review**
  a.  Editor/Med Dir pre-reads paper
      i.  If clean enough, submits to peer review, or enters editing if no peer review

Confidential                                            Pfizer_CWohlhuter_0012006

      ii.  If very rough, may decide to rough edit to make the paper more appropriate for the peer review process

     iii.  In either case, reads for sense, and notes areas where there are questions of clarity, accuracy, or completeness

  b.  Peer reviewers

      i.  As many as appropriate for clinical study reports

      ii.  At least 3 for review papers

     iii.  Typically allow 2 weeks for peer review

     iv.  Can proceed if necessary without all review comments if Editor/Med Dir are confident in the paper and the quality of the reviewer comments already received

  c.  Editor/Med Dir evaluates peer reviewer comments

      i.  Select the appropriate comments and submits to author/writer to address

      ii.  Editor/Med Dir includes their own comments and questions on the paper

     iii.  Saves file as "2a" version

## 8. Medical Edit

  a.  Author returns draft addressing reviewer and editor comments

      i.  Saved as "2b"

  b.  Traffic manager increments name to "3" version

  c.  Medical Director or Manager

      i.  Reviews to see that all comments and questions were adequately addressed

        1.  If not, return to author/writer noting remaining requirements

        2.  Or, if it is judged these can be held until the final author questions at layout, maintains the questions and comments in the file but continues with editing

      ii.  Edits for clarity and correctness

        1.  Purpose

          a.  To ensure and heighten clarity

            i.  The information should flow effortlessly from the program, regardless of the format

          b.  To ensure accuracy

            i.  Did the writer accurately convey the knowledge?

          c.  Provide supplemental text for print materials

            i.  Call outs and Side bars, for example, are used to make the presentation more clean and compelling

            ii.  Identify additional figures, tables, charts and graphics as appropriate

        2.  Spell check

        3.  Ensure copies of all references are on hand, and tagged to document

        4.  Fact check as needed

Confidential
Pfizer_CWohlhuter_0012007

      5. Review hot button issues and ensure document handles appropriately
- iii. Inserts editing comments and questions
  - 1. While editing, it is common for the editor to have additional questions
    - a. For urgent issues, these can be handled during editing by phone or email
    - b. For standard issues, these questions are noted in the file as author queries
  - 2. Note: for communication in Word document, have each speaker select a text color and make all comments in your text color. Use the highlighting tool as appropriate to mark text areas that are being discussed.
    - a. When  the document is finished, the comments can be easily removed by using Word's replace feature to find those "styles" and replace with nothing
    - b. Highlights are likewise easily removed by selecting and hitting "highlight" again
- d. Traffic manager
  - i. Copies & increments file name to "3a"
  - ii. Sends to writer to address comments
  - iii. Obtains permission as needed on all identified additional figures and illustrations
- e. Draft cycles between writer and editor until approved by editor. File version number is incremented to keep history of changes
  - i. 3 – original edited version, with questions
  - ii. 3a – author/writer's first revisions
  - iii. 3b editor's comments on first revision
  - iv. 3c writer's second revision

## 9. Revised Draft
- a. Writer addresses Med Dir/Editor comments and returns revised draft to "editorial in" folder
- b. Traffic manager copies & increments to "3b" version
- c. Medical Director or Editor reviews author's responses and changes
  - i. If adequate, move forward
  - ii. If not adequate, discuss with author and return for additional work as needed
- d. Comment: Aim for a single cycle of create/review/revise/approve draft. Often, reviews following revision will elicit other comments and requests for revision. This usually reflects lack of discipline on the part of the reviewer. Questions the editor should ask: is this additional change really needed? What is the value for the client, advisors, or readers? Multiple revision cycles generally mean the editor isn't her/himself confident of when a draft is "finished."
  - i. In the ideal situation, the comments from the editor were clear and complete enough that the writer was able to make appropriate

Confidential

Pfizer_CWohlhuter_0012008

changes. And the writer was competent enough not to introduce new issues in those changes and additions.
  ii. On each pass, the Med Dir/Editor should review only those areas with comments and changes if at all possible
  e. Continue to copy and increment file number to save each stage of editor changes commentary and author responses

**10. Final Draft Copy**
  a. The outcome from above.
  b. With marked and tagged references

**11. Copy Edit**
  a. Purpose:
    i. Serve the reader's need by ensuring clarity.
    ii. Meet client expectations
  b. Copy the final version "3" file from above and increment to "4"
  c. Per company style. See copy editing guidelines
  d. One pass
    i. Spell check
    ii. Correct usage where clarity or professionalism is at issue
    iii. Edit for clarity
      1. Fix clumsy wording where train of thought is unclear or interrupted
      2. Comment for science to review
    iv. Verify references per company standards
      1. Copies of all references on hand
      2. References marked and tagged to document
      3. Renumber as needed
      4. Consider using author, year format to obviate renumbering
    v. Use notes to ask for clarification as needed
    vi. Figures
      1. all are cited
      2. all citations have figures and captions
  e. Return to Med Dir/Editor or writer to answer questions & review noted changes
    i. Copy and increment file to "4a"
    ii. Med Dir/Editor makes changes in "4a" file

**12. Client Review**
  a. Submit final draft, tagged and marked with references and data, for client review

**13. Final Author Corrections and Sign Off**
  a. Author addresses any final questions that came up in copy editing
  b. Author approves with/or without changes
  c. Copy editor/editor approve and make final author changes

Confidential

Pfizer_CWohlhuter_0012009

d.  Copy the final version and increment to "5"
  i.  The "5" version of the file is ready for submission to publisher

14. **Signoff and Submission to Publisher**
  a.  Signoff on final text
    i.  Proof reader
      1.  (signs against checklist of style issues, plus tables & figures, etc.)
    ii.  Editor
      1.  Quick read/review to see if layout process introduced problems
    iii.  Medical Director
      1.  Ditto (if both Editor and Editorial Director review, Ed Dir review should be at a very high level.)
  b.  Ensure all permissions have been received
  c.  FYI copies
    i.  To account manager for client
      1.  If account manager has issues, bring to Editor or Editorial Director
  d.  Submit to publisher

I.  <u>**ACCEPTANCE**</u>

**If accepted for publication:**

•  Review peer-review changes and comments with author
•  Incorporate changes; internal edit and copyedit
•  Review and approval by author and Janssen
•  Monitor timeline and submit

**If accepted for poster or presentation at a scientific meeting:**

•  Determine presentation format
•  Develop copy; internal edit and copyedit for Author and Janssen's review and approval
•  Design and production. Shipment and coordination at meeting site
•  Coordinate and manage author registration and travel as requested

II.  <u>**REJECTION**</u>

**If rejected for publication:**
•  Revise and resubmit
•  Obtain as much feedback regarding rejection as possible
•  Revisit original information strategy and revise as necessary
•  Work with author and Janssen to consider feedback and incorporate changes
•  Consider peer review consultation for suggested revisions
•  Resubmit to alternate journal target (will consider consolidating manuscripts that have had 3 rejections into a supplement based on Janssen's guidance)

Confidential                                                                            Pfizer_CWohlhuter_0012010

**If rejected as abstract at a scientific meeting:**
- Visit possibilities of revision and resubmission to another society
- Obtain as much feedback regarding rejection as possible
- Submit to other meeting(s) as planned; move toward publication
- Consider peer review consultation for suggested revisions

## A Snapshot of Fallon Medica Staff

*Timothy Fallon*
*Managing Director*
Prior to joining Cline, Davis and Mann, Tim was the Chairman and CEO of SCP Communications, Inc., a leading medical communications and publishing company located in New York City. He brings over 18 years experience in medical marketing and communications, with extensive launch and market development experience. He is the co-founder of *Medscape*, now a division of WebMD.

*Christine deVries*
*Senior Vice President, Scientific Affairs*
Christine is a former medical researcher at Harvard Medical School Department of Psychopharmacology and at Children's Hospital, Boston, Department of Infectious Diseases. She served as Editor for *Neurology Outlook,* a CME audiotape series for clinical neurologists and as Editor for *Outlook in Psychiatry*, a CME audiotape series for psychiatrists. She completed her undergraduate work at Cornell University and holds a Masters Degree from Harvard University. Christine has worked in medical education for 15 years and her extensive experience includes working in most major therapeutic areas.

*Christy DeSantis*
*Vice President, Group Account Supervisor*
Christy has over six years of experience in medical education, as well as two years in public health. She manages the client services teams and works with the staff to develop strategic partnerships with our client base. Christy's team partnered with the Neurontin team to coordinate and develop the Merritt-Putnam symposium at the ECE in Madrid in October. Together with the global neurology team at Pharmacia  she coordinated the second annual Global Thought Leader Summit in Prague (May, 2002). Christy has a BA from Loyola College, Baltimore, Maryland and an MS in public relations from Iona College, New Rochelle, New York.

*Bina O'Brien*
*Vice President, Manager of Operations*
Bina has worked in medical education project management/operations for the past 7 years. She has supervised and implemented every type of medical education tactic, ranging from print, multi-media, to international symposia. Bina oversees the project management organization, creates and refines SOP's, and has ultimate responsibility for all budgets and timelines. She has a BS from Monmouth University.

Confidential

Pfizer_CWohlhuter_0012011

*Mary Service*
*Director, Editorial Services*
Mary has worked in medical education and publishing for the past 15 years and has significant experience in neurology, pain management, and women's health. She has produced educational materials in all media. Mary previously served as Editor for *Parkinson's Disease Living Well*, a quarterly patient magazine. She completed her undergraduate work at Marymount-Manhattan College, a one-year fellowship at the College of William and Mary and a MPA with a health care concentration at the University of Missouri.

Confidential

Pfizer_CWohlhuter_0012012