EXHIBIT G

# CURRICULUM VITAE

# EDGAR L. ROSS, M.D.

## I. PERSONAL DATA

| | |
|---|---|
| Date of Birth: | March 11, 1954 |
| Place of Birth: | Detroit, Michigan |
| Social Security: | 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 |
| Address: | 26300 Bernwood Road |
| | Beachwood, Ohio  44122 |
| Telephone: | (216) 831-0563 |
| Marital Status: | Married, 2 Children |

## II. EDUCATION

Wayne State University  B.S., Psychology, 1976
Detroit, Michigan  Graduated with Distinction

Wayne State University School of Medicine  M.D. 1980
Detroit, Michigan

## III. RESIDENCY TRAINING

Internship  7-1-80 to 6-30-81
Department of Surgery
University Hospitals of Cleveland,
Cleveland, Ohio  44106

Residency  7-1-81 to 6-30-83
Department of Anesthesiology, H. Cascorbi, M.D.
University Hospitals of Cleveland,
Cleveland, Ohio  44106

Fellow/Chief Resident in Anesthesiology  7-1-83 to 6-30-84
Department of Anesthesiology, H. Cascorbi, M.D.
University Hospitals of Cleveland
Cleveland, Ohio  44106

## IV. STAFF APPOINTMENTS

Meridia South Pointe Hospital  06-84 to Present
4110 Warrensville Center Road,
Warrensville Hts., Ohio  44122

Confidential

**Edgar L. Ross, M.D.**
**Curriculum Vitae**

| | |
|---|---|
| Windsor Psychiatric Hospital | 01-88 to Present |
| 115 East Summit Street, | |
| Chagrin Falls, Ohio 44022 | |
| | |
| University Hospitals of Cleveland, | 06-84 to Present |
| Case Western Reserve University | |
| 2074 Abington Road, Cleveland, Ohio 44106 | |
| | |
| Cleveland Clinic Foundation | 01-90 to Present |
| Comprecare Affiliation | |
| 9500 Euclid Avenue, Cleveland, Ohio 44095 | |
| | |
| Cuyahoga Falls General Hospital | 08-93 to 01-96 |
| 1900 Twenty-Third Street, Cuyahoga Falls, Ohio 44223 | |
| | |
| Richmond Heights General Hospital | 10-93 to Present |
| 27100 Chardon Road, | |
| Richmond Heights, Ohio 44143 | |
| | |
| Meridia Euclid Hospital | 08-94 to 03-96 |
| 18901 Lakeshore Blvd, Euclid, Ohio 44119 | |
| | |
| Meridia Hillcrest Hospital | 03-96 to Present |
| 6780 Mayfield Road, Mayfield Hts, Ohio 44124 | |

## V.  CURRENT APPOINTMENTS

Medical Director                                                                1995
Meridia Center for Rehabilitation and Pain Management
Meridia South Pointe Hospital
4110 Warrensville Center Road, Warrensville Hts., Ohio 44122

Co-Vice President, Medical Staff                               1996-1997
Meridia South Pointe Hospital
4110 Warrensville Center Road, Warrensville Hts, Ohio 44122

Teaching in Pain Management Principals
Residency Program CA3                                             1992-1993
In Association with Meridia Huron Hospitals

2

Confidential
Pfizer_TMF_CRF_074114

**Edgar L. Ross, M.D.**
**Curriculum Vitae**

>Assistant Professor, Anesthesia, Appointed April 15, 1986
>Case Western University, School of Medicine, Cleveland, Ohio 44106
>
>Clinical Instructor in Anesthesia, Appointed August 1988
>Ohio College of Podiatric Medicine, Cleveland, Ohio 44106
>
>Member of the Education Committee, Appointed 1987-1989
>Ohio Society of Anesthesia, Columbus, Ohio
>
>Finance Advisory Committee, Appointed 1988-1989
>Beachwood Board of Education, Beachwood, Ohio 44122
>
>Assistant Chief of Anesthesia, Appointed June, 1986 to present
>Meridia South Pointe Hospital, Warrensville Hts, Ohio 44122
>
>Vice President, Institutional Review Board,
>Meridia South Pointe Hospital, Warrensville Hts, Ohio 44122
>
>Member of the Blood Bank Committee, Special Care and
>Respiratory Committee, Pharmaceutical and Therapeutics
>Committee, Tissue Committee, O.R. Committee, and Code
>Blue Committee, Medical Executive Committee.
>
>Secretary, Meridia South Pointe Hospital Medical Society
>Served July 1, 1986 to June 30 1987.
>
>President Elect, Meridia South Pointe Hospital Medical Society
>Served July 1, 1987 to June 30 1988.
>
>President, Meridia South Pointe Hospital Medical Society
>Served July 1, 1988 to June 30, 1990
>
>Member of the Finance Committee,
>Board of Trustees Meridia Health Systems June 1991 to present
>
>Consultant Reviewer for The Clinical Journal of Pain March 12, 1992
>
>Co-Chairman Meridia Center for Rehabilitation and Pain
>Management Meridia Health System, June 1993 - 1995

3

**Edgar L. Ross, M.D.**
**Curriculum Vitae**

> Medical Consultant with Lewin VHI Inc **Synchromed Technical Advisory Panel** to obtain Protocol for Reimbursement through Health Care Finance Administration (HCFA).
>
> Chairman; Pain Management Committee 1994; Meridia Health System
>
> Member, Committee for Capitation, Meridia Health System, April 1995
>
> Medical Director, CORF, Meridia South Pointe Hospital 1992-1995.
> (Comprehensive Outpatient Rehabilitation Facility)
> 4110 Warrensville Center Road, Warrensville Heights, Ohio
>
> Peer Review Member: Peer Review Systems, Inc.; Westerville, Ohio

## VI. MEDICAL LICENSURE

> Diplomat, American Board of Medical Examiners, 1981
> Licensed State of Ohio #35-04-6797
> Current DEA Registration on file.
> A.C.L.S. Certified

## VII. SPECIALTY CERTIFICATION

> Board Certified in Anesthesiology.  September 21, 1984 #11841
> Diplomat, American Academy of Pain Management July 30, 1989
> CARF Certification, 3 years March 1992; Recertified 3 years September 1995
>     (Commission on Accreditation of Rehabilitation Facilities)
> Fellow, American Academy of Disability Evaluating Physicians
>     September 1992
> American Board of Anesthesiology Certificate of Added Qualifications
>     in Pain Management  November 8, 1993 #346
> Diplomate, American Board of Pain Medicine, February 1994
>     (Formerly: Fellow, American College of Pain Medicine)

## VIII. PAPERS AND PUBLICATIONS

4

**Edgar L. Ross, M.D.**
**Curriculum Vitae**

Dauchot, P. J., Rhoton, M.F., Ross, E., Apple, H.P., Lina, A.A.: "Use of the Esophageal Cardiokymogram (ECKE) in Intraoperative Noninvasive Cardiovascular Monitoring." Cardiovascular Anesthesiologists Meeting, Washington, D.C., May 1981 and the New York Society of Anesthesiologists, Inc. December, 1982.

Comparing Droperidol to Hydroxyzine as a Preanesthetic Medication for Various Surgical Procedures, INASPINE MULTICENTER STUDY, OCTOBER 1985, sponsored by JANSSEN.

"Pain and Aging" E.L. Ross M.D. Senior Citizens News and Views September, 1988

"Practical Aspects of Patient-Controlled Analgesia in a Community Hospital." Rice, K.A., Ross E.L., Presented to the American Society of Hospital Pharmacists Midyear Clinical Meeting, Las Vegas, Nevada Dec. 9, 1986.

"PCA: Is it Cost Effective When Used For Postoperative Pain Management?" E.L. Ross M.D. P. Perumbeti M.D. Presented to the annual meeting American Society of Anesthesia Oct. 12, 1988

EVALUATION OF TWO ANESTHETIC MIXTURES FOR CATARACT SURGERY E.L. Ross M.D., P. Perumbeti M.D., P. Goldberg M.D. V. Bello M.D. K. Rice,R.Ph. to presented to the A.S.A Oct. 17, 1989

"Cryoneurolysis of Facet Joints for the Treatment of Chronic Lower Back Pain" E.L. Ross M.D., P. Perumbeti M.D. presented at the 16th Annual Meeting of the American Society of Regional Anesthesia April 6, 1991

"Postop PCA Reduces Cost, Length of Hospitalization E.L. Ross M.D. Pain Topics Vol 2, NO. 3, 1989

"Patient Pain Control" E.L. Ross M.D. Working Mother August, 1989
"Anesthesiologists Review Pain Control Breakthroughs" E.L. Ross M.D., et. Al. Pharmaceutical Representative Dec. 1988, VOL. 18, NO. 12

"PCA Shown to Reduce Lengths of Stay and Patient's Bills" E.L. Ross M.D. Drug Utilization Review Dec.,1988 Vol 4 No 12

"PCA: Is it Cost Effective When Used For Postoperative Pain Management?" E.L. Ross M.D. P. Perumbeti M.D. OB.GYN NEWS Jan, 1988

5

**Edgar L. Ross, M.D.**
**Curriculum Vitae**

"Cost of Patient Controlled Anesthesia" <u>Highlights of the American Society of Anesthesiologists Annual Meeting</u> E.L. Ross M.D. Dec., 1988

" Spinal Cord Stimulation in a Patient with High Cordotomy a Case Study" E.L. Ross M.D. <u>Pain Management Update</u> Nov.,1990 Vol. 1 No. 1

"Intrathecal Baclofen and it's Effects on the Detrusor Muscle" Presented to the <u>Chinese Medical Society</u> Bejing, China March, 1991

<u>SCS Provides a Treatment Option for Ischemic Limb Pain</u> InSYCH Updates in Interventional Pain Treatments. Vol 3, #4 1992

"The use of Spinal Cord Stimulation in the Treatment of Peripheral Vascular Disease". Poster Presentation <u>American Academy of Pain Management</u> Annual Meeting Albuquerque, New Mexico Oct. 8-10, 1992

"Implantation of Programmable Infusion Pumps Using the Nd:Yag Laser" The American Society for Laser Medicine and Surgery, Inc. Annual Meeting April 18-20 1993

"Long Term Follow-up of Intrathecal Opiate Infusion for Failed Back Syndrome and Osteoporosis" Ross, EL, MD; Perumbeti, P, MD; Mazala, M, MD; Allen ML, MD; Bressi, JP, DO. Presented at Opioids for Nonmalignant Pain Meeting, Atlanta GA, April 1993.

"Spinal Cord Stimulation for the Treatment of Peripheral Vascular Disease" Ross, EL, MD; Perumbeti, P, MD; Mazala, M, MD; S Motley, CRRN, D Macko, CRRN; To be presented to International Association for the Study of Pain 7th World Congress on Pain Aug 22-27-, 1993 Paris, France.

"Multidisciplinary Treatment Team: A Key to Successful Pain Therapy." InSynch: Updates in Interventional Pain Treatments, Medtronic Vol 45, No 1 June, 1994.

"IV Perfusion Blocks with Guanethidine Monosulfate can reverse atrophic and vasomotor changes of Reflex Sympathetic Dystrophy" M. Mazala, MD; E. Ross, MD; P. Perumbeti, MD; M. Allen, MD; C. Barrett, DO; J. Bressi, DO; J. Yokiel, MD; D. Hamlin, RN; J. Freeman, RN. Abstract approved for Poster Presentation - IARS Annual Meeting 3/95.

"The Cost of Long-term Intrathecal Morphine Therapy for Pain Associated with Failed Back Syndrome" Ross, E. et Al. Poster Abstract accepted for presentation International Association for Study of Pain, 8th World Congress on Pain Vancouver, BC, Canada August 1996.

6

**Edgar L. Ross, M.D.**
**Curriculum Vitae**

"Spinal Cord Stimulation is Alternative for Ischemic Pain and End-stage Peripheral Vascular Disease" Ross, EL; Perumbeti, P; Allen, ML; Bressi, JP; Barrett, CV; Yokiel, JY. Abstract presented American Neuromodulation Society First Scientific Meeting Orlando, Florida; March 1996.

Book Review: "Pain: a Four-Letter Word You Can Live With" by Sridhar V. Vasudevan, M.D., Milwaukee, WI. Published: The Clinical Journal of Pain 1993.

Speaker "Patologie Complesse: Le Sindromi Rachidee - Techniche Invasive: I Sistemi Impiantabli" (Italian) Medtronic Neurological International Seminar Rimini, Italy April 1996.

## IX. BOOKS

<u>Building a Successful Pain Management Practice</u> Monograph, A Publication of Medtronic Neurological, Inc. Edgar L. Ross, M.D.

## X. INVESTIGATIONS

Participated in feasibility study and development of prototype of computerized anesthesia records with H.P. Apple, PhD., et Al.

MEDTRONIC SYNCHROMED INFUSION SYSTEM CLINICAL PROTOCOL D87-020 Use of an implantable, Programmable Pump for the Intraspinal Administration of Morphine for Intractable Pain Secondary to Cancer

MEDTRONIC SYNCHROMED INFUSION SYSTEM CLINICAL PROTOCOL D88-022 Use of an implantable, Programmable Pump for the Intraspinal Administration of Morphine for Intractable Pain of Benign Origin The Use of Intravenous Ismelin (guanethedine monosulfate) in Patients with Reflex Sympathetic Dystrophy, Causalgia, or Raynaud's Phenomenon/Disease CIBA - GEIGY Protocol 900 Amendment 2 Study completed 9-92

Organized multicenter study of guanethedine monosulfate through FDA to evaluate efficacy for reflex sympathetic dystrophy, Raynaud's syndrome, long term use and safety, pain relief, and temperature changes in extremities blocked.

Double Blind Randomized Study Evaluating the Efficacy of Intravenous Metoclopramide, Transderm Scopolamine or placebo as an antiemetic for use with PCA in postop Intra-abdominal GYN Surgery

Confidential Pfizer_TMF_CRF_074119

**Edgar L. Ross, M.D.**
**Curriculum Vitae**

MEDTRONIC SYNCHROMED INFUSION SYSTEM CLINICAL PROTOCOL Use of an implantable, Programmable Pump for the Intraspinal Administration of Baclofen for Intractable Spinal Spasticity

MEDTRONIC SYNCHROMED INFUSION SYSTEM CLINICAL PROTOCOL Use of an implantable, Programmable Pump for the Intraspinal Administration of Baclofen for Intractable Cerebral Spasticity

MEDTRONIC SYNCHROMED INFUSION SYSTEM CLINICAL PROTOCOL D90-028 Clinical Investigation of the SynchroMed Model 8502 Catheter Access Port

The use of low output scanning He-Ne laser in the treatment of chronic myofascial pain using visual analog scales and surface EMG's in monitoring relief.

Value; Interactive Teaching Program used in Comprehensive Pain Management Program.

Use Galium-Arsenide laser; treatment chronic myofascial pain using visual analog scales.

FDA trial for Percutaneous nerve evaluation and pelvic pain study. Jan 1994

FDA Trial for Effectiveness of modification of the Synchromed Pump October 1993

Synchromed pump with Reservoir valve Protocol D30 April 1994

Clinical-Economic Analysis of Intrathecal Morphine Use for Non-Malignant Pain in cooperation with Battelle Centers for Public Health Research and Evaluation (CPHRE)

Efficacy of Imitrex Post-Marketing Surveillance Study Protocol No. S2B-350, Lois Paulsgrove, MHA Clinical Research Manager Imitrex Clinical Development, Glaxo, Inc.

FDA Trial for Matrix Dual Lead Radiofrequency (RF) Spinal Cord Stimulation Systems in cooperation with Medtronic Neurological. (Began: 09/10/95)

Efficacy of Sacral Nerve Stimulation for Chronic Pelvic Pain, urogenital conditions. (Began: 09/20/93)

Clinical Investigation of the synchromed Model 8703 with catheter for long-term Intrathecal use. (Began: 07/24/95)

Medical Contributor Clinical Investigation & Evaluation Matrix system Medtronic Neurologic Spinal Cord Stimulation System, Printed January 1996.

**Edgar L. Ross, M.D.**
**Curriculum Vitae**

## XI. HONORS RECEIVED

W.S.U. Medical School, Distinguished Service Award, 1980, in recognition of high scholastic accomplishment and participation in extracurricular activities.

Named as one of Cleveland's most interesting people of 1989 by <u>Cleveland Magazine</u>

Member of Who's Who in Cleveland Magazine May 1991 pg 21

Physician Service Excellence Award Meridia South Pointe March 1992

Member of Crain's Cleveland Business Influential 40 under 40 business leaders for 1993.

Peer Reviewer and Member of Consultant Panel; Task Force, <u>Clinical Practice Guidelines for Chronic Pain Management</u>

Member of the Peer Review Committee for P.I.E. and Jacobson, Maynard Tuschman and Kalur, LPA, Inc.

Member of the Training Faculty of Laser Centers of America

## XII. PROFESSIONAL MEMBERSHIPS

Cleveland Society of Anesthesia
Cleveland Academy of Medicine
Society of Ambulatory Anesthesia
Ohio Society of Anesthesia
American Medical Association
American Chronic Pain Association
American Pain Practice Management
American Academy of Pain Medicine
American Academy of Disability Evaluating Physicians
American Society of Anesthesiologists
American Society for Laser Medicine and Surgery
National Headache Foundation
National Back Pain Society
International Anesthesia Research Society
International Spine Injection Society
North American Spine Society

9

**Edgar L. Ross, M.D.**
**Curriculum Vitae**

## XIII. PROFESSIONAL ACTIVITIES

Clinical Uses of PCA broadcasts on News Reports of Channel 5, Sept., 1985; Channel 3, Dec., 1985; Channel 8, January, 1986.

"Management of Chronic Back Pain and the Posterior Column Stimulator" Channel 3 "AM Cleveland" Television Show, April 5, 1988.

"Management of Cranial Facial Pain" Channel 5 The Morning Exchange August 23, 1989

Member of the Pain Management Delegation of People to People to the Peoples Republic of China March 22 - April 5, 1991

"New Advances in Pain Management" an interview TV 8 May 29, 1991

"New Advances for the Treatment of Spasticity" TV 8 June 6, 1991

"New Treatments for Myofascial Pain" W.E.R.E. Radio March 17, 1992.

"Laser Therapy, A Medical Advance for Myofascial Pain" Plain Dealer April 12, 1992.

"Spinal Cord Stimulation and Peripheral Vascular Disease" TV 3 6:00 News Broadcast April 14, 1992.

Laser Therapy for Myofascial Pain WEWS-TV3 6:00 Evening News April 13, 1992.

Spinal Cord Stimulation and Peripheral Vascular Disease TV 8 May 13, 1992

"Spinal Cord Stimulation can Save Limbs from Amputation" Avenues Magazine, Cleveland Public Television, April, 1992

Member of faculty for the "Implantable Techniques Workshop" for Interventional Pain Management: Chicago IL July 24-27 1992

"Lasers and Anesthesia" Tucson, Arizona June 26-28, 1992

Member of faculty for the "Implantable Techniques Workshop" for Interventional Pain Management: Las Vegas, Nevada Sept. 25-26, 1992

"1992 Health Care: Dr. Inventor" Cleveland Enterprise Magazine Oct/Nov. 1992 pg 31-32

10

Confidential
Pfizer_TMF_CRF_074122

**Edgar L. Ross, M.D.**
**Curriculum Vitae**

    Education and training consultant for pain management services for Medtronic Oct 1992

    "Intrathecal Baclofen for Spinal and Cerebral Spasticity" TV 3 Oct. 25, 1992

    "Chronic Pain Management" The Jewish News Jan. 15, 1993

    Course director for the "Implantable Techniques Workshop" for Interventional Pain Management: Cleveland, Ohio Jan. 8-9, 1993.

    "Chronic Pain and the Family", Morning Exchange WEWS-TV5 January 20, 1993

    "Soft Laser Therapy for Chronic Pain", WUAB-TV43 Evening News February 12, 1993

    "Chronic Pain Management" The Plain Dealer February 15, 1993

    "Chronic Pain Management", Evening News WJW-TV8 May 20, 1993

    "Cancer Pain Management", Evening News WUAB-TV43 July 16, 1993

    "Cancer Pain Management", Evening News WEWS-TV3 July 17, 1993

    "Multiple Sclerosis and Intrathecal Lioresal Therapy" Evening News WJW-TV8 Aug, 93.

    Course director for "Building Your Medical Practice" in Pain Management: Cleveland, Ohio September 17 & 18, 1993

    "Implantable pump helps people with chronic pain receive relief" The Sun Press Nov 4, 1993, and Parma Sun Post Nov 18, 1993

    Course director for "Building Your Medical Practice" in Pain Management: Cleveland, Ohio Dec. 3 & 4, 1993

    Course director for "Building Your Medical Practice" in Pain Management: Cleveland, Ohio April 15, & 16, 1994

    "Pelvic Pain treatment with Spinal Stimulation", WJW-TV8, In Your Interest Television, February 21-27, 1994.

    "Participants for National Pelvic Pain Study, PMC Patient and Dr. Ross" WEWS-TV5, Live on Five, February 23, 1994

11

**Edgar L. Ross, M.D.**
**Curriculum Vitae**

"Participants for National Pelvic Pain Study" PMC Patient and Dr. Ross, WJW-TV8, 5:00 P.M. News Segment, February 23, 1994

"Participants for National Pelvic Pain Study" PMC Patient and Dr. Ross, WUAB-TV43 10:00 P.M. News Segment, February 27, 1994

"Arthritis New Hope for an Old Disease." Avenues, July 1994

"Latest technology for Pain Management for Oncology Patients" Michigan Society of Oncology Hematology, Mackinaw Island, Michigan, September 1994

"Pain Management, Interstitial Cystitis Patient" Interstitial Cystitis Association State Seminar, Parma Community General Hospital Cleveland, Ohio, October 1994.

Course director for "Building Your Medical Practice" in Pain Management: Cleveland, Ohio October 28, 29 1994

"Spinal Cord Stimulation" Grand Rounds Anesthesia/Surgery St. Joseph Mercy Hospital, Ann Arbor, Michigan, November 1994.

"Cancer Pain" Presentation to Osteopathic Resident Program, November 5, 1995. Brentwood Hospital; Cleveland, Ohio

"Headache Pain and Holidays" News Magazine Program; Channel 8, December 1995.

"Prescription Pain Medication: Use and Abuse" Co-Program Director, CME Program Meridia Center Rehabilitation and Pain Management; Landerhaven, Cleveland, Ohio January 26, 1995.

"Pain Management, Updates and Perspectives" Morning Magazine Program Channel 3; February 20, 22, 24, & 26, 1995

"Developing your Practice" Session for Implantable Techniques Workshop, Dannemiller Memorial Educational Foundation, Lake Bueno Vista, Florida March 17-19,

"Chronic Pain Management; Nursing Strategies" AORN of Greater Cleveland, Meridia South Pointe Hospital, Cleveland, Ohio May 17, 1995.

"Patient Outcomes - DAS (Drug Access System)" & "Development of Pain Management Center of Excellence" Presenter Implantable Techniques Workshop Program, Washington DC, May 19, 1995.

12

**Edgar L. Ross, M.D.**
**Curriculum Vitae**

"Developing your Practice" Speaker National Sales Meeting, Medtronic Neurological, Palm Springs, CA, June 12, 1995.

"Developing your Pain Management Center for Excellence" Presented Annual Meeting of American Pain Society; Los Angelos, CA November 11, 1995.

"Prescription Medications and Substance Abuse" Presented at Cleveland Bar Association Workers Compensation Seminar, Cleveland, Ohio; To be Presented December 8, 1995.

"Pain Management and Current Issues" Appearance on Health Care 95; 1300 WERE Cleveland, Ohio Friday, October 6 1995.

"Alternative approaches to Pain Management, Health Care Trends WERE Radio Talk Show, November 1995.

"Breaking Free From Pain" Avenues Magazine, Cleveland, Ohio December 1996 Issue.

Course director for "Building Your Medical Practice" in Pain Management: Cleveland, Ohio May 10, & 11, 1996.

Member, Medical Director Advisory Panel, Medtronic Insurance Roundtable, Minneapolis, Minnesota April 1996.

Professional Testimony Committee Hearing House Bill 417, Charlie Brading, Chairman, House of Representatives, State of Ohio, Columbus, Ohio April 1996.

"New Technology brings new chronic pain Medication: SNX111, Snail Venom and Uses" Community News Segment; 6/7/96 Channel 19 WOIO, 6/8/96 Channel 43 WUAB

Updated 7/96 ELR/bb

13