# EXHIBIT I

# MAP-PM 2002 ADVISORY BOARD MEETING
## New York, New York

**Friday, February 1**

| | |
|---|---|
| Afternoon-Evening | Arrivals |
| 7:00 pm | Reception and Dinner |

**Saturday, February 2**

| | |
|---|---|
| 8:00 am | Introduction<br>John Farrar, MD |
| 8:10 am | Review of 2001 Activities<br>Joe Farrelly Proworx/ Pfizer Team |
| 8:30 pm | Other Pfizer MAP Programs<br>Co-Sponsorships: Partnering with MAP programs<br>David A. Clay |
| 9:15 am | Potential New 2002 Activity:<br>Meet the Experts Conference<br>Donna Hammond, PhD |
| 9:35 am | Potential New 2002 Activity:<br>Review Course in Pain Medicine<br>Gordon Irving, MD |
| 9:55 am | Break |
| 10:15 am | MAP-PM Programs:<br>New activities for 2002-2003<br>Core Competencies<br>5 Year Vision<br>John Farrar, MD |
| 11:30 am | Advisory Board Issues<br>Board Photo |
| 12:00 pm | Lunch |
| 1:00 pm | Sub Committee Breakouts<br>Grants review committee meeting<br>Visiting Lecturer committee meeting |
| 2:30 pm | 2002-2003 Next Steps<br>John Farrar, MD |

## MAP-PM 2002 ADVISORY BOARD MEETING
## New York, New York
### cont.

### Saturday, February 2 (cont.)

3:00 pm     Adjourn

5:30 pm     Dinner/Departures*

8:00 pm     Broadway Show

\* For those Board members departing Saturday night, please make flight reservations **after 6:00 pm**.

### Sunday, February 3
Departures

### Sub Committee Breakout Assignments
Postdoctoral Grants Review Committee
Miroslav Backonja, MD
Daniel Carr, MD
Donna Hammond, PhD
Robert Dworkin, PhD

Visiting Professorship Review Committee
Miroslav Backonja, MD
James Campbell, MD
John Farrar, MD
Gordon Irving, MD
Edgar Ross, MD
Christine Sang, MD