# EXHIBIT K

# NeuroBehavioral Working Group (NBWG)

Sponsored by NYU

Supported through an Unrestricted Education Grant from Parke-Davis

---

## Overview

- Sponsored by NYU
- Co-Chairman:
  - Orrin Devinsky, M.D. Neurology
  - Norman Sussman, M.D. Psychiatry
  - Bradley Galer, M.D. Pain Management
- Implemented and administered through IntraMed, NYC
- Supported through an unrestricted educational grant (CME) provided by Parke-Davis

---

## NYU Objectives

- To continue its leadership role in the dissemination of medical education to the medical community
- Educate physicians about the need for multi-disciplinary approach to overall patient care
- Develop curriculum, case studies and clinical experience data around significant comorbid neurobehavioral disorders

1

## Parke-Davis Objectives

- Infuse the market with medical education regarding epilepsy, pain and psychiatry
- Develop algorithm of treatment options which highlights the effectiveness of Neurontin and eventually, Pregablin across all specialties.
- Develop an on-going, long-term vehicle to disseminate emerging use information relative to Neurontin and eventually, Pregablin.



NeuroBehavioral Working Group

Accelerating the dissemination and adoption of innovations from medical science to medical practice

Clinical Practice

## NBWG Objectives

- Focus on the total management of the patient
- Review and exchange new information on neurology, psychiatry and pain
- Expand understanding of the role of psychiatric disorders in the management of neurological health and disorders
- Build consensus on practical recommendations for patient management and treatment options

WLC_CBU_045721

## Implementation Overview



NeuroBehavioral Working Group

- NBWG Faculty Meeting
  - Vision and Core Curriculum
- Adjunct Faculty Meetings
  - Core Curriculum
  - Data Alerts
  - Supplements (Case Studies)
  - CME Monographs
- Grand Rounds
  - Supplements
  - Data Alerts
  - CME Monographs

Academic → Regional Opinion Leaders → Practicing Physicians

## Opportunities for the NBWG Working Group

- Recognition as National Thought Leaders
- Working Group Annual Faculty Meeting: 2 + annually
- Opportunities to serve as authors for:
  - Slide Kits
  - Data Alerts (for late breaking studies)
  - Supplements (Case Studies)
  - 4-part CME Monograph Series (1 hour CME each)
  - NBWG web site (www.nbwg.org)
  - Patient Education Materials
- Opportunities to lecture through Regional Conferences
- Closed NBWG Advisory Boards at conferences with invitation to other National Thought Leaders

3

WLC_CBU_045722

## Opportunities for Regional Opinion Leaders

- Attend Regional Adjunct Faculty Conferences conducted by NBWG (CME credit issued)
- Attendance = Membership
  - Speaker Status
  - Core slide curriculum
  - Data Alerts (for late breaking studies)
  - CD-ROM Virtual Conference (4 hours CME)
  - Supplements (Case Studies)
  - 4-part CME Monograph Series (1 hour CME each)
  - Curriculum Updates throughout the year
  - WWW.NBWG.ORG
  - Patient Education Materials

## How the Regional Faculty Meetings work...

- Cities/hotels confirmed
- Site/date/faculty confirmed by IntraMed
- Physician nominees submitted to IntraMed by NBWG and Parke-Davis
  - leaders in neurology, psychiatry and pain medicine
  - active in local educational activities
- Invitations mailed by IntraMed (6 wks)

## Programs for Practicing Physicians

- Attend Local Grand Round Hospital Lectures conducted by Regional Faculty (CME credit issued)
- Attendance = Mailing List
  - Data Alerts (for late breaking studies)
  - CD-ROM Virtual Conference (4 hours CME)
  - Supplements (Case Studies)
  - 4-part CME Monograph Series (1 hour CME each)
  - Curriculum Updates throughout the year
  - WWW.NBWG.ORG
  - Patient Education Materials

4

## How the Local Grand Round Lectures Work...

- Host Institution targets confirmed
- Program information sent to hospitals by IntraMed
- Speaker choices are contacted...program is confirmed
- Supplemental educational materials sent to each hospital
  - CD-ROM Virtual Conference
  - Supplements (Case Studies)
- Evaluations sent to IntraMed

## Potential Future Opportunities

- NBWG implementation:
  - nationally (outside of Northeast)
  - globally

## Our Vision

### The NeuroBehavioral Working Group

Highly credible, ongoing, multi-layer educational initiative with active participation of the "elite" in U.S. neurology, psychiatry and pain management

Well suited to showcase the explosion in new data in neurology, psychiatry and pain management

Carefully targeted to be relevant to all levels of medicine

5

## The Neurobehavioral Working Group

- Core Competencies
  - Neurology
  - Psychiatry
  - Pain
  - Sleep
  - Migraine
  - Substance Abuse/Withdrawal

- Adjunct Competencies (TBD)
  - Rehabilitation Nurse
  - Nurse Practitioner
  - Group Therapy
  - Social Worker
  - Physical/Occupational Therapist
  - Vocational Counselor
  - Alternative Therapies
  - Pharmacist

## NBWG Members

- Orrin Devinsky
- Norman Sussman
- Bradley Galer
- Martha Morrell
- Jacqueline French
- Steven Schachter
- Bruce Nicholson
- Daniel Gruener
- Edgar Ross

- John Farrar
- Mitchell Cohen
- Andrew Stoll
- Ulla Laakso
- Mark Pollock
- Ken Sassower
- Stephen Siberstein
- Michael Cutrer
- Jerome Schnitt

## Additional NBWG Members

6

### Integrated Curriculum

Neurology
Migraine
Pain
Substance Abuse/Withdrawal
Rehabilitation/Social Issues
Psychiatry
Sleep

### Example: Curriculum Topics

- Managing comorbid anxiety and sleep disturbances in the chronic neuropathic pain patient
  – a review of comorbid anxiety and sleep disturbances in the chronic pain patient
  – impact of chronic pain on sleep architecture and quality
  – current treatment approaches and limitations
  – new therapeutic options for chronic pain and comorbidity management

### Presentations

15 minutes per Chair

7

WLC_CBU_045726

Curriculum Development

8

WLC_CBU_045727