EXHIBIT L

# THE EVOLVING ROLE OF ANTICONVULSANTS IN PAIN MANAGEMENT

**Edgar L. Ross, MD**

Pain Management Center

Brigham and Women's Hospital

Harvard Medical School

Boston, Massachusetts

Corresponding author

Edgar L. Ross, MD

Director, Pain Management Center

Brigham and Women's Hospital

75 Francis Street

Boston, MA 02115

Phone: 617-732-8218

Fax:    617-731-5453

Email: ross@zeus.bwh.harvard.edu

Reprints available from author

Key words: Anticonvulsants, Tricyclic antidepressants, Adjuvant medications, Neuropathic pain, Side effects, Postherpetic neuralgia, Painful diabetic neuropathy, Gabapentin, Analgesia, Central Sensitization

Word count: 2,145
Disclosure information: please see attached disclosure form

WLC_CBU_072904

## ABSTRACT

For many years, tricyclic antidepressants were used as initial therapy for the pharmacologic management of neuropathic pain.  First-generation anticonvulsants are also used for the treatment of pain, and two drugs in this class, carbamazepine and sodium valproate, have received FDA approval for trigeminal neuralgia and migraine headache, respectively.  Although tricyclics are associated with side effects that limit their usefulness, particularly in the elderly or in patients with multiple medical problems, comparative meta-analyses show their tolerability to be greater than that of the first-generation anticonvulsants.  Recently, newer anticonvulsant drugs with more favorable side effect profiles have been tested in placebo-controlled clinical trials for the treatment of neuropathic pain, including painful diabetic neuropathy and postherpetic neuralgia.  The results of these trials, together with advances in understanding the pathophysiology of neuropathic pain, provide the basis for reevaluating some of the commonly accepted paradigms that guide approaches to treatment.

WLC_CBU_072905

Chronic pain can have several etiologies, including musculoskeletal, cancer-related, or neuropathic. For many years, physicians have used certain paradigms to formulate treatment approaches for patients with chronic pain.

Neuropathic pain, which can be quite severe and debilitating, has traditionally been resistant to conventional analgesic therapy (e.g., opiates). In general, tricyclic antidepressants are considered to be first-line agents for neuropathic pain. Because of their adverse effects, however, particularly in the elderly or in patients with multiple medical conditions, their utility is limited.

This article begins by explaining the use of tricyclics for neuropathic pain, and continues with a discussion of two widely accepted paradigms for the treatment of chronic pain: pain classification and the WHO Analgesic Ladder.  The discussion touches upon the theory of central sensitization, a pathophysiologic mechanism that may underlie neuropathic pain, and presents clinical evidence for the use of anticonvulsants to provide symptomatic relief of some neuropathic pain syndromes (e.g., painful diabetic neuropathy, postherpetic neuralgia).

As a result of new insights into the pathophysiology of neuropathic pain and the development of anticonvulsant agents whose efficacy in this area has been demonstrated, it is now time to reevaluate conventional strategies and devise new paradigms for the treatment of chronic pain.

The primary pharmaceutical treatment of neuropathic pain has been provided by adjuvant medications. An adjuvant is defined by *Stedman's Medical Dictionary*[1] as "that which aids or assists; denoting a substance that is added to a prescription to assist or increase the action of the

WLC_CBU_072906

main ingredient." Table 1 lists the principal adjuvant medications used to treat various types of neuropathic pain. The two classes of medications primarily used as initial therapy for neuropathic pain are the tricyclic antidepressants and the anticonvulsants,[2] both of which have good efficacy.[3,4,5] Although the pharmacologic management of neuropathic pain often involves adjunctive agents, tricyclic antidepressants and anticonvulsants are commonly used as monotherapy. In fact, two anticonvulsants have received FDA approval for pain indications: sodium valproate as second-line treatment for migraine headaches and carbamazepine for trigeminal neuralgia. Unfortunately, their side effects have limited their usefulness.[6]

## TRICYCLIC ANTIDEPRESSANTS

Tricyclic antidepressants can be divided into two classes: secondary amines and tertiary amines. Secondary amines have as their principal pharmacologic effect the relatively selective inhibition of norepinephrine reuptake. The secondary amines include nortriptyline, desipramine, and maprotiline. Tertiary amines act by inhibiting reuptake of both serotonin and norepinephrine. Amitriptyline, imipramine, and clomipramine belong to this class of tricyclic antidepressants.

The nociceptive inhibitory pathways within the spinal cord use norepinephrine as a neurotransmitter. By increasing the postsynaptic concentration of norepinephrine, tricyclics increase the inhibitory influence on nociceptive neurons. The tricyclics can have significant side effects, including sedation, confusion, constipation, urinary retention, seizures, postural hypotension, and arrhythmias. Because of these side effects, tricyclic antidepressants have limited usefulness in patients with multiple medical problems and in the elderly.

WLC_CBU_072907

The anticonvulsants are also divided into two categories: first generation and second generation (table 2).[7] The most common side effects of the first generation anticonvulsants are drowsiness, double vision, and lethargy. More rarely occurring side effects include agranulocytosis, Stevens-Johnson syndrome, aplastic anemia, hepatic failure, serum sickness, dermatitis, and rash. In addition, the first generation anticonvulsants, as a class, are highly protein bound. This can cause drug-drug interactions.

Because of the relatively severe side effects of the first-generation anticonvulsants, the tricyclic antidepressants have traditionally been used as first-line therapy for neuropathic pain.[3] This practice was recently confirmed by McQuay et al.[8,9] Using the number-needed-to-treat (NNT) meta-analysis technique,[10] they analyzed all relevant randomized clinical trials involving tricyclic antidepressants[11] and first-generation anticonvulsants in order to determine the respective efficacy and withdrawal rates associated with the study drugs.[12,13] The NNT technique attempts to provide a treatment guide by combining data from randomized clinical trials and mathematically summarizing outcomes for both the therapeutic response and the withdrawal rates. The results of the NNT meta-analysis can then be used to compare the efficacy of different pharmaceutical strategies.

In these meta-analyses, the tricyclic antidepressants, as a group, were associated with similar efficacy and withdrawal rates in studies for the treatment of neuropathic pain. The meta-analysis of first-generation anticonvulsants demonstrated that, although the drugs were effective, the side-effect -- induced withdrawal rates were significantly higher than those associated with the tricyclic antidepressants.  The meta-analyses comparing the two treatment approaches confirmed what has been standard practice for a long time.

# PAIN PATHOPHYSIOLOGY AND TREATMENT PARADIGMS

## Pain Classification

Classification of a patient's pain (e.g., nociceptive, neuropathic) is a paradigm that has often been used to guide initial pharmaceutical management.[14] Whereas nociceptive pain is attributed to the direct activation of nociceptors within the cutaneous, the visceral, and the musculoskeletal systems, neuropathic pain is pain considered to be secondary to the loss of inhibitory influences within the central nervous system or to changes within peripheral nerves. Therapeutic approaches differ for each of these types of pain. Nociceptive pain is generally treated with opiates, whereas neuropathic pain is primarily treated with the adjuvant medications described earlier (table 1). However, many pain syndromes do not neatly fit into these two categories; they are mixed and often require empiric therapy to determine effective analgesic approaches.

## Central Sensitization

Nociceptive pain and its transmission require an intact central nervous system (CNS). Several studies show, however, that continuous nociceptive input causes sensitization in the CNS. "Central sensitization," which can be explained in the following manner, provides the theoretical construct for the etiology of some chronic neuropathic pain syndromes.[15-20] The CNS has a number of mechanisms that can inhibit nociceptive transmission. Through damage to these inhibitory mechanisms or because of continuous nociceptive stimuli, changes occur within the nociceptive pathways. This leads to facilitated transmission of all types of sensations and to a decrease in the ability of the spinal cord to differentiate between innocuous and painful

WLC_CBU_072909

sensations (e.g., allodynia, paresthesia, dysesthesia). It is this sensitization that forms the biologic basis for certain chronic pain states and may, in part, explain the relatively treatment-resistant nature of these syndromes.

**Anticonvulsants**

Anticonvulsants have shown analgesic activity in various types of in vivo studies, including traditional neuropathic pain models (e.g., nerve constriction, intrathecal substance P, N-methyl-D-aspartate)[21-25] and models of pain that was once thought to have nociceptive characteristics (e.g., carrageenan, formalin, heat injury, footpad incision).[26-31] In addition, the results of research on CNS sensitization have led to clinical trials of anticonvulsant drugs for pain syndromes that were previously classified as nociceptive and, therefore, assumed to be unresponsive to this type of therapy.[32,33] Other clinical trials are currently in progress. Anticonvulsants have also been shown to reduce swelling from antigen-induced arthritis.[32]

Treatment of pain that is based on anticonvulsants, and does not rely solely on opiates, could suppress the development of pain-resistant states. In addition, providing analgesia preemptively (e.g., before surgery; at the first symptoms of what may become severe pain) may prevent central sensitization and improve the prognosis.[34-36]

Anticonvulsants have multiple, often overlapping, mechanisms of action. However, it is unknown precisely which mechanisms account for the analgesic efficacy of these drugs. The CNS effects of gabapentin include blockade of sodium channels, enhancement of GABAergic tone (i.e., effect), and blockade of the $\alpha_2\delta$ subunit of voltage-sensitive calcium channels. Carbamazepine and sodium valproate also block sodium channels, and valproate enhances

WLC_CBU_072910

GABAergic tone, as well (table 1). Carbamazepine has a chemical structure similar to that of amitriptyline, a tricyclic antidepressant. For this reason, and also because of the seizure-like presentation of trigeminal neuralgia (i.e., abrupt onset and termination, symptom-free intervals between attacks, increased frequency of attacks without treatment), carbamazepine was tried and found to be effective for the treatment of trigeminal neuralgia. As stated earlier, it is approved for this neuropathic pain indication.

### *Gabapentin*

Gabapentin, a peptide, was approved for anticonvulsant use in the United States in 1993, with a narrow indication as adjunctive therapy for partial seizures in adults. It belongs to the "second generation" of anticonvulsants (table 2). Shortly after its introduction, the drug was described in several case reports as showing promise for the treatment of reflex sympathetic dystrophy. This observation, which was communicated widely through informal professional discussions, led to recognition of the fact that gabapentin might be a promising alternative therapy for neuropathic pain. Subsequent randomized clinical trials confirmed this hypothesis. In December of 1998, Backonja et al.,[37] and Rowbotham et al.[38] reported the results of their multicenter, double-blind, placebo-controlled clinical trials of gabapentin monotherapy for painful diabetic neuropathy (PDN) and postherpetic neuralgia (PHN), respectively. Both studies were designed to allow comparison with existing therapies using the NNT meta-analysis method of McQuay et al.[8]

Gabapentin is excreted without undergoing hepatic metabolism. Consequently, it is associated with a low incidence of adverse effects. As explained previously, the side effects of

the tricyclic antidepressants can limit their usefulness, particularly in persons with concomitant medical conditions and in the elderly.

In the PHN study, the median age of the gabapentin- and placebo-treated subjects was 73 and 74 years, respectively. When results of this study were compared with results of studies involving treatment of the same condition with tricyclic antidepressants, response rates were approximately the same for both modalities. However, withdrawal rates were higher for the tricyclics than for gabapentin. On the basis of these data, it may be concluded that gabapentin is superior to the tricyclics for the treatment of PHN.[39]

The PHN trial represents an important departure from previous therapeutic approaches in this often difficult-to-treat patient population.

The PDN study enrolled patients with established diabetic neuropathy in a randomized double-blind monotherapy trial of gabapentin. Response rates and withdrawal rates were also tabulated in order to allow comparison with existing data in the literature for tricyclic antidepressants used to treat this condition. The results in this case did not suggest any superiority for either therapy.[39]

**The WHO Analgesic Ladder**

The WHO analgesic ladder, a guide to treating cancer pain, has been used worldwide since 1986[40] and has been validated by numerous studies.[41-45]  Because most early cancer pain is nociceptive in origin, the WHO ladder uses opiates as the basis of therapy.  Adjuvant analgesics are seen as supplements to the opiates, especially for severe pain.

The three steps of the guide were designed to address the relative severity of a patient's reported pain, prescribing opiates as primary analgesics and drugs such as anticonvulsants as adjuvants. For mild pain, the WHO ladder specifies a mild analgesic plus or minus an adjuvant medication. Moderate pain is to be treated with a weak opiate plus or minus one or more adjuvants; severe pain is to be treated with a strong opiate also plus or minus one or more adjuvants.[46] This strategy has provided effective pain relief for cancer patients in approximately 85% of instances.[44] Some authors advocate the addition of interventional therapy as a fourth step on the WHO ladder for patients who have not responded to management strategies involving oral medication. Interventional therapy to treat and control pain refers to modalities that range from reversible neuroblockade to implantable spinal cord stimulators, infusion ports or pumps, and neurolytic procedures.

The WHO ladder has also been used as a paradigm for the treatment of chronic noncancer pain. As explained earlier, however, there is a growing body of clinical evidence indicating that anticonvulsants are the most effective first-line agents for some types of chronic noncancer pain syndromes (e.g., trigeminal neuralgia, PDN, PHN) that have not been responsive to the opiates and other traditional analgesics.

In the following clinical situations, the use of opiates as primary analgesic therapy may not be effective:

- Pain resulting from surgery, injury, or recurrent or new disease (e.g., cancer)
- The development of tolerance to analgesics, requiring increased dosages or more potent opiates (not an important factor in clinical use)[47]

- Neuropathic pain, which requires increasingly potent opiates because it is largely resistant to opiate therapy.[48-50]

Because opiates may not be the most effective primary analgesic therapy in some pain states (e.g., neuropathic pain), the adjuvant medications such as anticonvulsants should be considered as first-line options. However, laboratory and clinical data on the analgesic use of anticonvulsants for neuropathic pain are incomplete. Therefore, more research is needed in this area.

## CONCLUSION

In the treatment of neuropathic pain, tricyclic antidepressants have commonly been preferred over first-generation anticonvulsants as initial therapy because of side effects associated with the latter. However, studies of both human and animal subjects have demonstrated that second-generation anticonvulsants are effective, and possibly superior to tricyclics, in the treatment of neuropathic pain. The results of two recent multicenter clinical trials support the use of gabapentin, a second-generation anticonvulsant, for the treatment of two neuropathic pain syndromes, painful diabetic neuropathy and postherpetic neuralgia. With the improved tolerability and efficacy of the second-generation anticonvulsants, along with insights into the pathophysiology of chronic pain, the traditional paradigms on which therapy for chronic pain is based will require reexamination and modification. As our understanding increases regarding the analgesic mechanisms of anticonvulsants and the reasons why pain states can become self-sustaining, new approaches to treatment will be developed.

## REFERENCES

1.    Stedman's medical dictionary, illustrated. 23rd ed. Baltimore: Williams & Wilkins, 1976:26.

2.    Galer BS. Neuropathic pain of peripheral origin: advances in pharmacologic treatment. Neurology 1995;45(suppl 9):S17-S25.

3.    Haskel C. Pharmacological treatment of neuralgic and neuropathic pain. Recent advances in the management of oncologic pain. Curr Probl Cancer 1989;89:149-150.

4.    Hanagdi VS, et al. Postherpetic neuralgia: management with antiepileptic and tricyclic drugs. Adv Pain Res Ther 1976:583-587.

5.    Getto CJ, Sorkness CA, Howell T. Issues in drug management. Part I. Antidepressants and chronic nonmalignant pain: a review. J Pain Symptom Manage 1987;2:9-18.

6.    Baldessarini RJ. Drugs and the treatment of psychiatric disorders. In: Gilman AG, Goodman LS, Gilman A, eds. Goodman and Gilman's the pharmacological basis of therapeutics. 6th ed. New York: Macmillan Publishing Co., 1980:418-426.

7.    Rall TW, Schletter LS. Drugs effective in the therapy of the epilepsies. In: Goodman LS, Gilman A, Rall TW, Nies AS, Taylor P, eds. The pharmacological basis of therapeutics. 18th ed. Toronto: McGraw-Hill, 1992:436-462.

8.    McQuay HJ, Tramer M, Nye BA, Carroll D, Wiffen PJ, Moore RA. A systematic review of antidepressants in neuropathic pain. Pain 1996;68:217-227.

WLC_CBU_072915

9.   McQuay H, Carroll D, Jadad AR, Wiffen P, Moore A. Anticonvulsant drugs for management of pain: a systematic review. BMJ 1995;311:1047-1052.

10.  Cook RJ, Sackett DL. The number needed to treat: a clinically useful measure of treatment effect. BMJ 1995;310:452-454.

11.  Onghena P, Van Houdenhove B. Antidepressant-induced analgesia in chronic non-malignant pain: a meta-analysis of 39 placebo-controlled studies. Pain 1992;49:205-219.

12.  McQuay DM, Moore DSC. An evidence-based resource for pain relief.  New York: Oxford University Press, 1998:32-38.

13.  McQuay DM, Moore DSC. An evidence-based resource for pain relief.  New York: Oxford University Press, 1998:221-241.

14.  Yaksh TL, Malmberg AB. Central pharmacology of nociceptive transmission. In: Wall PD, Melzack R. eds. Textbook of pain. London: Churchill Livingstone, 1994:165-224.

15.  Koltzenburg M. Stability and plasticity of nociceptor function and their relationship to provoked and ongoing pain. Semin Neurosci 1995;7:199-210.

16.  Baba H, Doubell TP, Woolf CJ. Peripheral inflammation facilitates Abeta fiber-mediated synaptic input to the substantia gelatinosa of the adult rat spinal cord. J Neurosci 1999;19:859-867.

WLC_CBU_072916

17.   Dubner R, Gold M. The neurobiology of pain. Proc Natl Acad Sci USA 1999;96:7627-7630.

18.   Woolf CJ, Costigan M. Transcriptional and posttranslational plasticity and the generation of inflammatory pain. Proc Natl Acad Sci USA 1999;96:7723-7730.

19.   Koltzenburg M. Afferent mechanisms mediating pain and hyperalgesias in neuralgia. In: Janig W, Stanton-Hicks M, eds. Reflux sympathetic dystrophy: a reappraisal, progress in pain research and management. 6th ed. Seattle: IASP Press, 1996:123-150.

20.   Edell T, Zhao W, Jones D. Gabapentin reduces spinal [$^3$HJ] NE release in hyperalgesic rats. Anesthesiology 1998;89:A1105.

21.   Bennett GJ, Xie YK. A peripheral mononeuropathy in rat that produces disorders of pain sensation like those seen in man.  Pain 1988;33:87-107.

22.   Kim SH, Chung JM.  An experimental model for peripheral neuropathy produced by segmental spinal nerve ligation in the rat.  Pain 1992;50:355-363.

23.   Abdi S, Lee DH, Chung JM. The anti-allodynic effects of amitriptyline, gabapentin, and lidocaine in a rat model of neuropathic pain. Anesth Analg 1998;87:1360-1366.

24.   Ma QP, Woolf CJ.  Noxious stimuli induce an N-methyl-D-aspartate receptor-dependent hypersensitivity of the flexion withdrawal to touch: implications for the treatment of mechanical allodynia.  Pain 1995;61:383-390.

WLC_CBU_072917

25.   Malmberg AB, Yaksh TL.  Hyperalgesia mediated by spinal glutamate or substance P receptor blocked by spinal cyclooxygenase inhibition.  Science 1992;257:1276-1279.

26.   Carlton SM, Zhou S. Attenuation of formalin-induced nociceptive behaviors following local peripheral injection of gabapentin. Pain 1998;76:201-207.

27.   Field MJ, Oles RJ, Lewis AS, McCleary S, Hughes J, Singh L. Gabapentin (neurontin) [sic] and S-(+)-3-isobutylgaba represent a novel class of selective antihyperalgesic agents. Br J Pharmacol 1997;121:1513-1522.

28.   Partridge BJ, Chaplan SR, Sakamoto E, Yaksh TL. Characterization of the effects of gabapentin and 3-isobutyl-gamma-aminobutyric acid on substance P-induced thermal hyperalgesia. Anesthesiology 1998;88:196-205.

29.   Jun JH, Yaksh TL. The effect of intrathecal gabapentin and 3-isobutyl gamma-aminobutyric acid on the hyperalgesia observed after thermal injury in the rat. Anesthes Analg 1998;86:348-354.

30.   Shimoyama N, Shimoyama M, Davis AM, Inturrisi CE, Elliott KJ. Spinal gabapentin is antinociceptive in the rat formalin test. Neurosci Lett 1997;222:65-67.

31.   Malmberg AB, Yaksh TL. Antinociceptive actions of spinal nonsteroidal anti-inflammatory agents on the formalin test in the rat. J Pharmacol Exp Ther 1992;263:136-146.

32.   Naidu MU, Ramesh Kumar T, Anuradha RT, Rao UR. Evaluation of phenytoin in rheumatoid arthritis -- an open study. Drugs Exp Clin Res 1991;17:271-275.

WLC_CBU_072918

33.  Hatta V, Saxena A, Kaul HL. Phenytoin reduces suxamethonium-induced myalgia.
Anaesthesia 1992;47:664-667.

34.  Choe H, Choi YS, Kim YH, et al. Epidural morphine plus ketamine for upper abdominal
surgery: improved analgesia from preincisional versus postincisional administration.
Anesth Analg 1997;84:560-563.

35.  Collis R, Brandner B, Bromley LM, Woolf CJ. Is there any clinical advantage of increasing
the pre-emptive dose of morphine or combining pre-incisional with postoperative morphine
administration? Br J Anaesth 1995;74:396-399.

36.  Woolf CJ, Chong MS. Preemptive analgesia -- treating postoperative pain by preventing the
establishment of central sensitization. Anesth Analg 1993;77:362-379.

37.  Backonja M, Beydoun A, Edwards KR, et al. Gabapentin for the symptomatic treatment of
painful neuropathy in patients with diabetes mellitus: a randomized controlled trial. JAMA
1998;280:1831-1836.

38.  Rowbotham M, Harden N, Stacey B, Bernstein P, Magnus-Miller L. Gabapentin for the
treatment of postherpetic neuralgia: a randomized controlled trial. JAMA 1998;280:1837-
1842.

39.  Low PA, Dotson RM. Symptomatic treatment of painful neuropathy [editorial]. JAMA
1998;280:1863-1864.

40.  World Health Organization. Cancer pain relief. Geneva: World Health Organization, 1986.

WLC_CBU_072919

41.   Stjernsward J. WHO cancer pain relief programme. Cancer Surv 1988;7:195-208.

42.   American Pain Society. Principles of analgesic use in the treatment of acute pain and
      chronic cancer pain: a concise guide to medical practice. Washington: American Pain
      Society, 1987.

43.   Vainio A. Treatment of terminal cancer pain in Finland: a second look. Acta Anaesthesiol
      Scand 1992;36:89-95.

44.   World Health Organization. Symptom relief in the terminally ill. Geneva: World Health
      Organization, 1995.

45.   Wisconsin Cancer Pain Initiative. Cancer pain can be relieved: a guide for patients and
      families. Madison: Wisconsin Cancer Pain Initiative, 1988.

46.   Foley KM. Pharmacologic approaches to cancer pain management. In: Fields HL, ed.
      Advances in pain research and therapy. Vol 9. New York: Raven Press, 1985:629-653.

47.   Arner S, Meyerson BA. Lack of analgesic effect of opioids on neuropathic and idiopathic
      forms of pain. Pain 1988;33:11-23.

48.   Portenoy RK, Foley KM, Inturrisi CE. The nature of opioid responsiveness and its
      implications for neuropathic pain: new hypotheses derived from studies of opioid infusions.
      Pain 1990;43:273-286.

WLC_CBU_072920

49.  Pappagallo M, Campbell JN. Chronic opioid therapy as alternative treatment for post-

     herpetic neuralgia. Ann Neurol 1994;35(suppl):S54-S56.


50.  Morgan JP. American opiophobia: customary underutilization of opioid analgesics. Adv

     Alcohol Subst Abuse, 1985 Fall-1986 Winter;5:163-173.

WLC_CBU_072921

*Table 1*   *Some adjuvant medications used to treat neuropathic pain*

| Possible analgesic mechanism of action | Drug (primary therapeutic category) |
|---|---|
| Inhibition of norepinephrine reuptake | Nortriptyline, desipramine, maprotiline (tricyclic antidepressants: secondary amines) |
| Inhibition of norepinephrine and serotonin reuptake | Amitriptyline, imipramine, clomipramine (tricyclic antidepressants: tertiary amines) |
| Blockade of sodium current | Gabapentin, carbamazepine, sodium valproate (anticonvulsants); mexiletine (antiarrhythmic); lidocaine (topical analgesic) |
| Blockade of calcium current | Gabapentin (anticonvulsant) |
| Enhancement of GABA | Gabapentin, carbamazepine, sodium valproate (anticonvulsants); baclofen (spasmolytic) |
| Blockade of NMDA receptors | Dextromethorphan (cough suppressant); ketamine (dissociative anesthetic) |
| Local depletion of substance P | Capsaicin (topical analgesic) |

WLC_CBU_072922

***Table 2***   *Classification of anticonvulsants*

| First generation | Second generation |
| --- | --- |
| Carbamazepine | Felbamate |
| Clonazepam | Gabapentin |
| Phenytoin | Lamotrigine |
| Primidone | Tiagabine |
| Valproate | Topiramate |

WLC_CBU_072923