# EXHIBIT M

Protocol    945-211-09                                                    Page 1

## PARKE-DAVIS MEDICAL RESEARCH

PROTOCOL FOR CLINICAL RESEARCH TRIAL

TITLE:   DOUBLE-BLIND, RANDOMIZED, PLACEBO-CONTROLLED, PARALLEL GROUPS, MULTI-CENTER TRIAL TO DETERMINE THE EFFICACY AND SAFETY OF NEURONTIN® (GABAPENTIN) IN SUBJECTS WITH PERIPHERAL NEUROPATHY (POST-HERPETIC NEURALGIA)

BRIEF DESCRIPTION OF STUDY

This is a double-blind, randomized, placebo-controlled, parallel groups, multi-center trial designed to obtain efficacy and safety data for Neurontin® (gabapentin), when it is used to treat subjects with post-herpetic neuralgia. This study will consist of 5 scheduled visits over an 8-week treatment period. Approximately 200 subjects will be enrolled in order to ensure sufficient numbers of subjects at Neurontin dosage levels ranging from 900-3600mg daily and the placebo group.

INVESTIGATOR(S)

Principal Investigator:
Edgar L. Ross, M.D.
Meridia Center for Rehabilitation
and Pain Management
4110 Warrensville Heights, OH
Warrensville Heights, OH
44122

Signature                         7/25/96
                                  Date

Sub-Investigator:
Prasad P. Perumbeti, M.D.

Signature                         7/25/96
                                  Date

Jerome B. Yokiel, M.D.                              7/25/96
James P. Bressi, D.O.                               7/25/96
Jeanette Fuller, R.Ph.                              7-25-96
Debbie Macko, R.N.                                  7-25-96

PARKE-DAVIS MEDICAL AND SCIENTIFIC AFFAIRS DEPARTMENT
WARNER-LAMBERT COMPANY

201 Tabor Road              Telephone: (201) 540-2301
Morris Plains, NJ  07950    FAX: (201) 540-3444

24 Hour Emergency Access:   1-800-782-2516

April 22, 1996

CONFIDENTIAL

Parke-Davis Monitors:

Ghazwan S. Shimoun, Pharm.D.           *Ghazwan Shimoun*     4/24/96
Senior Clinical Scientist              Signature             Date
CNS Medical Research
201-540-4287

Leslie Magnus-Miller, M.D.             *Leslie Magnus-Miller*   4/24/96
Senior Director                        Signature                Date
CNS Medical Research
201-540-2301

Parke-Davis Statistician:
Henry H. Chu, M.S.                     *Henry Chu*           4/24/96
Senior Manager                         Signature             Date
Biometrics
201-540-3690

_____
Department Approval

TIME PERIOD AND NUMBER OF SUBJECTS

A. Anticipated Number of Subjects:    200 subjects
B. Anticipated Duration of Study:     6 month enrollment period

DESCRIPTION OF MEDICATIONS

| CI Number | Generic or Salt | Strength and Dosage Form | Therapeutic Classification |
|---|---|---|---|
| CI-945 | Gabapentin | 300 mg capsules | anticonvulsant |
| -- | Placebo | -- | -- |

ETHICAL REVIEW COMMITTEE:

```
    Meridia South Point Hospital Institutional Review Board
    4110 Warrensville Center Road
    Warrnesville Heights , OH
44122
```

This study is being conducted under US FDA IND 28,454.

April 22, 1996

Confidential                                                                 Pfizer_TMF_CRF_074178