EXHIBIT N

Case 1:04-cv-10981-PBS   Document 2626-2   Filed 03/08/10   Page 2 of 8

INSTITUTE FOR CONTINUING
HEALTHCARE EDUCATION
210 WEST WASHINGTON SQUARE
PHILADELPHIA, PA 19106

*Jill – Jamie*

**To:** Parke-Davis Territory Managers, Area Business Managers, CBU Marketing Managers

**From:** Angela Wheatcroft
Associate Manager
Speaker Support Services

**Date:** May 12, 1999

**Re:** Updated Speaker Lists

---

Enclosed is an updated speaker list for *Reevaluating Neuropathic Pain Treatment Algorithms: New Data in the Management of Diabetic Peripheral Neuropathy* and *Postherpetic Neuralgia.*

We will continue to provide updated lists on a quarterly basis.

INITIATIVES
IN CONTINUING MEDICAL EDUCATION
A SERVICE OF

WLC_CBU_028618

# Reevaluating Neuropathic Pain Treatment Algorithms:
## New Data in the Management of Diabetic Peripheral Neuropathy and Postherpetic Neuralgia

Sponsored by the Institute for Continuing Healthcare Education

Supported through an unrestricted educational grant provided by Parke-Davis

C. Edwards Anderson, Jr., MD
Palm Springs, California

Charles E. Argoff, MD
Co-Director
Headache and Pain Program
North Shore University Hospital
Syosset, New York

Misha-Miroslav Backonja, MD
Associate Professor and Staff Physician
Departments of Neurology and Anesthesiology
Medical Director, Pain Clinic
Director, Neuropathic Consultative Pain Service
University of Wisconsin Hospital and Clinic
Madison, Wisconsin

Zahid H. Bajwa, MD
Director
Education and Clinical Research
Pain Management Center
Beth Israel Deaconess Medical Center
Boston, Massachusetts

Miles J. Belgrade, MD
Co-Medical Director
Fairview Pain Management Center
Fairview University Medical Center
Minneapolis, Minnesota

David S.H. Bell, MD
Professor of Medicine
Principal Investigator for Clinical Trials
    Research
The Kirklin Clinic
University of Alabama at Birmingham
Birmingham, Alabama

Randall Berliner, MD
Pain Management/Women's Health Center
Ardsley, New York

Volker Paul Bertrand, DO
Department of Medicine – Neurology
Columbia Olympia Fields Osteopathic
    Medical Center
Olympia Fields, Illinois

Ahmad Beydoun, MD
University of Michigan Medical Center
Investigational Antiepileptic Drug Program
Briarwood Medical Group
Ann Arbor, Michigan

Matthew L. Black, MD
Assistant Professor
Pain Clinic and Anesthesia
Department of Anestheisa and Critical Care
University of Chicago
Chicago, Illinois

Sana Louis Bloch, MD
Assistant Clinical Professor of Neurology
Albert Einstein College of Medicine
Neurology Specialist
New York Medical Group
Bronx, New York

E. Richard Blonsky, MD
Director
Pain and Rehabilitation Clinic of Chicago
Chicago, Illinois

Thomas H. Brannagan, III, MD
Assistant Professor of Neurology
MCP-Hahnemann University School of
    Medicine
Department of Neurology
Philadelphia, Pennsylvania

Vera Bril, MD
Toronto Hospital
General Division
Toronto, Canada

Frederick W. Burgess, MD
Director
Interventional Pain Management Clinic
Department of Anesthesiology
Rhode Island Hospital
Providence, Rhode Island

Christopher Calder, MD
Chief
Division of Neurology
Samaritan Hospital
Troy, New York
Clinical Assistant Professor
Albany Medical College
Albany, New York

Daniel Barry Carr, MD
Department of Anesthesia
New England Medical Center
Boston, Massachusetts

**Enrique J. Carrazana, MD**
Clinical Assistant Professor of Neurology
University of Miami School of Medicine
Subsection Chief, Neurology
Baptist Hospital
Miami, Florida

**Michael Cassaro, MD**
Associate Professor
Department of Anesthesiology
University of Louisville
Louisville, Kentucky

**Mitchell Cohen, MD**
Clinical Associate Professor
Department of Psychiatry and Human Behavior
Jefferson Medical College
Philadelphia, Pennsylvania

**Frank D. Crowl, MD**
Comprehensive Pain Management Center
Bethesda, Maryland

**Joseph DeMayo, MD**
Assistant Clinical Professor
Yale University School of Medicine
Middlebury, Connecticut

**Robert A. Duarte, MD**
Associate Attending in Neurology
Neurologist and Co-Director
Pain and Headache Treatment Center
Long Island Jewish Medical Center
Manhasset, New York

**Edwin D. Dunteman, MD**
Assistant Professor
Department of Anesthesiology
Executive Director
SLUCare Pain Management Network
St. Louis, Missouri

**Robert H. Dworkin, PhD**
Professor of Anesthesiology and Psychiatry
School of Medicine and Dentistry
University of Rochester
Director of Research / Director of
    Psychological Services
Pain and Symptom Treatment Center of
    Strong Memorial Hospital
Rochester, New York

**Keith R. Edwards, MD**
Assistant Clinical Professor of Neurology
University of Vermont College of Medicine
Neurological Research Center, Inc.
Bennington, Vermont

**Eva L. Feldman, MD, PhD**
Associate Professor
Department of Neurology
Associate Director
Amyotrophic Lateral Sclerosis Clinic
The University of Michigan
Ann Arbor, Michigan

**Howard L. Fields, MD, PhD**
Professor
Departments of Neurology and Physiology
Vice Chairman
Department of Neurology
University of California, San Francisco
San Francisco, California

**Orlando Florete, MD**
Co-Director
Baptist Institute of Pain Management
Baptist Medical Center
Jacksonville, Florida

**Vivian Andrew Fonseca, MD, MRCP**
Professor of Medicine
Director, Diabetes Program
Division of Endocrinology
Tulane University Medical Center
New Orleans, Louisiana

**Margaret Frazer, MD**
Indianapolis, Indiana

**Gordon M. Freedman, MD**
Associate Director
Mount Sinai Pain Management Service
Assistant Professor
Department of Anesthesiology
Mount Sinai School of Medicine
New York, New York

**Timothy Fries, MD**
Fletcher-Allen Medical Center of Vermont
Burlington, Vermont

**Bruno V. Gallo, MD**
Neurological Associates
Sarasota, Florida

**Jeffrey B. Gelblum, MD**
Associate Clinical Professor of Neurology
University of Miami School of Medicine
Miami Beach, Florida

**Michael Giuliani, MD**
Department of Neurology
University of Pittsburgh Medical Center
Pittsburgh, Pennsylvania

**Neal Michael Goldberger, MD**
Attending Anesthesiologist and Pain Specialist
Hartford Hospital
Connecticut Children's Medical Center
Hartford, Connecticut
University of Connecticut Medical Center
Farmington, Connecticut

**Norman M. Gordon, MB, BCh**
Assistant Professor of Neurology
Brown University
Staff Neurologist
The Miriam Hospital
Providence, Rhode Island

**Kenneth Craig Gorson, MD**
Assistant Professor of Neurology
Tufts University School of Medicine
Attending Neurologist
Division of Neurology
St. Elizabeth's Medical Center
Boston, Massachusetts

**Harry J. Gould, III, MD, PhD**
Associate Professor of Neurology
Department of Neurology
LSU Medical Center
New Orleans, Louisiana

**Ramona Granda-Ayala, MD**
Assistant Professor of Clinical Medicine
Tulane University Medical Center
New Orleans, Louisiana

**Steven L. Grenell, MD**
Clinical Assistant Professor of Neurology
Albert Einstein College of Medicine
Neurology Consultant
Comprehensive Pain Treatment Service
Montefiore Medical Center
Bronx, New York

**Daniel Gruener, MD**
Medical Director Chronic Pain Program
Chair, Quality Assurance and Utilization
    Review
Friends Hospital
Psychiatric Consultant
Jeanes Hospital
Philadelphia, Pennsylvania

**Jeffrey Alan Gudin, MD**
Chief Administrative Officer
Comprehensive Pain and Headache Treatment
    Centers
Derby, Connecticut

**William D. Hammonds, MD**
Associate Professor
Department of Anesthesiology
Emory University
Clinical Director, Center for Pain Medicine
The Emory Clinic
Atlanta, Georgia

**Robert Blaine Hansen, MD**
Director
Center for Parkinson's Disease and
    Movement Disorders
Clinical Associate Professor of Neurology
Medical College of Virginia
Richmond, Virginia

**Ronnie Hertz, MD**
St. Lukes-Roosevelt Hospital
New York, New York

**Todd M. Hess, MD**
Senior Associate Consultant
Department of Anesthesiology and Pain
    Management
Mayo Clinic
Medical Director
United Pain Center
St. Paul, Minnesota

**David J. Hewitt, MD**
The Emory Clinic
Atlanta, Georgia

**Elena Hewitt, MD**
Neurology Associates
Salt Lake City, Utah

**Richard H. Hubbard, MD**
Southwest Institute for Clinical Research
Rancho Mirage, California

**Jonathan H. Indik, MD**
Associate in Psychiatry
Pennsylvania Hospital
University of Pennsylvania School of Medicine
Director of Psychopharmacology Training
Chestnut Hill College
Philadelphia, Pennsylvania

**R. Lee Irvin, MD**
Director, Pain Management
Consultant in Anesthesiology
Springhill Memorial Hospital
Mobile, Alabama

**Gary Johnson, MD**
Clinical Assistant Professor of Neurology
Brown University School of Medicine
Consultant Neurology
Butler Hospital
Assistant Physician in Neurology
Rhode Island Hospital
Providence, Rhode Island

**Leonard B. Kamen, DO**
Clinical Director
Moss Rehabilitation Outpatient Centers
Clinical Associate Professor
Temple University
Department of Physical Medicine and
    Rehabilitation
Philadelphia, Pennsylvania

**Suzan Khoromi, MD**
Neurology Office
James A. Haley Veteran's Hospital
Tampa, Florida

**Silvia Knoploch, MD**
Clinical Instructor
Department of Physical Medicine and
    Rehabilitation
Mount Sinai Hospital
New York, New York

**Jennifer S. Kriegler, MD**
University Wellness and Pain Rehabilitation
    Center
Beachwood, Ohio

**Steven Levin, MD**
Yale University
New Haven, Connecticut

**Robert S. Levine, MD**
Clinical Associate Professor
Department of Orthopaedic Surgery
Wayne State University
Medical Director
Gertrude Levin Pain Clinic
Detroit, Michigan

**Ramon Manon-Espaillat, MD**
Clinical Professor of Neurology
Thomas Jefferson School of Medicine
Philadelphia, Pennsylvania

**Dawn A. Marcus, MD**
Assistant Professor
Department of Anesthesiology/CCM
Department of Neurology
University of Pittsburgh School of Medicine
Pittsburgh, Pennsylvania

**Alexander Mauskop, MD**
Director
New York Headache Center
New York Headache Foundation
Brooklyn, New York

**I. Michael Minehart, MD**
Director
Acute Chronic Pain Management
Advanced Pain Institute
Duarte, California

**Matthew Nadler, MD**
University of Tennessee Pain Center
Memphis, Tennessee

**Bruce D. Nicholson, MD**
Assistant Professor of Anesthesiology
The Pennsylvania State University
Milton S. Hershey Medical Center
University Hospital
Hershey, Pennsylvania
Director, Center for Pain Management
Lehigh Valley Hospital
Allentown, Pennsylvania

**Pamela Pierce Palmer, MD**
San Francisco, California

**Friedl Pantle-Fisher, MD**
Assistant Professor
Department of Anesthesia and Critical Care
University of Chicago
Chicago, IL

**Jyoti Patel, MD**
St. Augustine, Florida

**Eugene Gerald Pereira, MD**
West Virginia University Hospital
Morgantown, West Virginia

**Michael A. Pfeifer, MD**
Professor
Section of Endocrinology and Metabolism
Director, Diabetes and Obesity Center
Department of Medicine
School of Medicine
East Carolina University
Director
Autonomic Nervous System Reading Center
Greenville, North Carolina

**James P. Rathmell, MD**
Associate Professor
Department of Anesthesiology
University of Vermont College of Medicine
Burlington, Vermont

**Thomas Redner, MD**
Faulkner Hospital Pain Clinic
Boston, Massachusetts

**Marco Rizzo, MD**
Yale University
Neuroscience Clinic
New Haven, Conneticut

**Jack Michael Rosenberg, MD**
Assistant Professor
Department of Anesthesiology
University of Michigan Healthcare Systems
Ann Arbor, Michigan

**Julio Rosenstock, MD**
Clinical Professor
Department of Internal Medicine
University of Texas Southwestern Medical
    Center at Dallas
Dallas, Texas

**Brendan Sean Ross, MD**
Assistant Professor of Medicine
Director, Medicine Ambulatory Clinics
Divison of General Internal Medicine
Department of Medicine
University of Mississippi Medical Center
Jackson, Mississippi

**Edgar L. Ross, MD**
Clinical Instructor in Anesthesia
Medical Director, Pain Management Center
Brigham and Women's Hospital
Boston, Massachusetts

**Steven Craig Schachter, MD**
Associate Professor of Neurology
Harvard University
Assistant in Neurology
The Children's Hospital
Associate Neurologist
Beth Israel Deaconess Medical Center
Boston, Massachusetts

**Moacir Schnapp, MD**
Medical Director
Mays and Schnapp Pain Clinic
Memphis, Tennessee

**David A. Simpson, DO**
Neuromuscular Fellowship Trainer
Oakland General Hospital/
Michigan Institute for Neurological Disorders
Farmington Hills, Michigan

**Elyse J. Singer, MD**
Associate Professor
Department of Neurology
UCLA School of Medicine
Los Angeles, California

**R. Malcom Stewart, MD**
Clinical Professor of Neurology
Department of Neurology
University of Texas Health Science
    Center at Dallas
Dallas, Texas

**Donald Studney, MD**
Associate Professor of Medicine
University of British Columbia
Vancouver, BC, Canada

**Jeffrey T. Summers, MD**
Clinical Instructor in Anesthesiology
University of Mississippi Medical Center
Jackson, Mississippi

**Robert M. Sutherland, MD**
Senior Attending Staff
Department of Anesthesiology
Allegheny General Hospital
Pittsburgh, Pennsylvania
Assistant Professor of Anesthesiology
MCP – Hahnemann School of Medicine
Allegheny University of the Health Sciences
Philadelphia, Pennsylvania

**Albert J. Tahmoush, MD**
Professor of Neurology
Chief, EMG Division
Department of Neurology
Allegheny University Hospitals
Philadelphia, Pennsylvania
Medical Director, MDA Neuromuscular Clinic
St. Francis Medical Center
Trenton, New Jersey

**Rup Tandan, MD**
Associate Professor
Department of Neurology
University of Vermont College of Medicine
Burlington, Vermont

**David A. Thomas, DO, PhD**
Chair
Riddle Memorial Hospital Pain
Management Committee
Riddle Health Care Center
Media, Pennsylvania
Director of Psychological Services
Delaware County Memorial Hospital
Drexel Hill, Pennsylvania

**Peter M. Thomashow, MD**
Clinical Assistant Professor
Department of Psychiatry
New York University School of Medicine
Director of Medical Education
Department of Behavioral Medicine
Hospital for Joint Diseases
New York, New York

**Andrea M. Trescot, MD**
Owner
The Pain Center
Orange Park, Florida

**Phillipe Vaillincourt, MD**
Southern University of New York at
    Stonybrook
Department of Neurology
Stonybrook, New York

**Aaron I. Vinik, MD**
Professor of Internal Medicine, Pathology, and
    Anatomy
Research Director, The Leonard R. Strelitz
Diabetes Institutes
Vice Chairman for Research
Eastern Virginia Medical School
Medical College of Hampton Roads
Norfolk, Virginia

**Herman Joseph Weinreb, MD**
Assistant Professor
Department of Neurology
New York University Medical Center
New York, New York

**Buna Joe Wilder, MD**
Professor Emeritus of Neurology
University of Florida College of Medicine
Consultant in Neurology
Department of Veterans Affairs Medical Center
Gainesville, Florida

May, 1999

WLC_CBU_028624