EXHIBIT O

# MAP-PM 2002 ADVISORY BOARD MEETING
## New York, New York

**Friday, February 1**

Afternoon-
Evening          Arrivals

7:00 pm          Reception and Dinner


**Saturday, February 2**

8:00 am          Introduction
                 John Farrar, MD

8:10 am          Review of 2001 Activities
                 Joe Farrelly Proworx/ Pfizer Team

8:30 pm          Other Pfizer MAP Programs
                 Co-Sponsorships: Partnering with MAP programs
                 David A. Clay

9:15 am          Potential New 2002 Activity:
                 Meet the Experts Conference
                 Donna Hammond, PhD

9:35 am          Potential New 2002 Activity:
                 Review Course in Pain Medicine
                 Gordon Irving, MD

9:55 am          Break

10:15 am         MAP-PM Programs:
                 New activities for 2002-2003
                 Core Competencies
                 5 Year Vision
                 John Farrar, MD

11:30 am         Advisory Board Issues
                 Board Photo

12:00 pm         Lunch

1:00 pm          Sub Committee Breakouts
                 Grants review committee meeting
                 Visiting Lecturer committee meeting

2:30 pm          2002-2003 Next Steps
                 John Farrar, MD

MAP-PM 2002 ADVISORY BOARD MEETING
New York, New York
cont.

**Saturday, February 2 (cont.)**

3:00 pm    Adjourn

5:30 pm    Dinner/Departures*

8:00 pm    Broadway Show

* For those Board members departing Saturday night, please make flight reservations **after 6:00 pm**.

**Sunday, February 3**
Departures

**Sub Committee Breakout Assignments**
Postdoctoral Grants Review Committee
Miroslav Backonja, MD
Daniel Carr, MD
Donna Hammond, PhD
Robert Dworkin, PhD

Visiting Professorship Review Committee
Miroslav Backonja, MD
James Campbell, MD
John Farrar, MD
Gordon Irving, MD
Edgar Ross, MD
Christine Sang, MD