# EXHIBIT P

Case 1:04-cv-10981-PBS   Document 2626-4   Filed 03/08/10   Page 2 of 9

# NEUROPATHIC PAIN
## Issues & Answers

DO NOT DISTRIBUTE

**EDITORIAL BOARD**
Robert H. Dworkin, PhD
Department of Anesthesiology
University of Rochester
Rochester, New York

David Hewitt, MD
The Emory Clinic
Atlanta, Georgia

Bruce Nicholson, MD
Pennsylvania State University
Allentown, Pennsylvania

Edgar Ross, MD
Pain Management Center
Brigham and Women's Hospital
Boston, Massachusetts

Brett R. Stacey, MD
Pain Management Center
Oregon Health Sciences Center
Portland

**PRIMARY CARE CONSULTANTS**
Stanley Bagan, MD
South Jersey Hospital System
Bridgeton, New Jersey

John H. Newsom, MD
St. Mary's Hospital
Langhorne, Pennsylvania

**CME ADVISORS**
Kay Weigand
Judy L. Jarrell, EdD
James Short, PhD
University of Cincinnati

**PROJECT EDITORIAL DIRECTOR**
Karen Rosenberg
**PROJECT EDITOR**
Gail M. Pfeifer, RN, MA
**PROJECT DIRECTOR**
Eileen R. Henry-Lewis
**COPY EDITORS**
Barbara Marino, Susan Costello
**DESIGN DIRECTOR**
Liz Arendt
**PUBLISHER**
David Dempsey
**PRESIDENT, MEDICAL DIVISION**
Jeffrey Hennessy

**MWC CORPORATE OFFICERS**
**CHAIRMAN/PRESIDENT/CEO**
John J. Hennessy
**CHIEF FINANCIAL OFFICER**
Steven J. Resnick
**EXECUTIVE VP/PLANNING & DEVELOPMENT**
Melissa J. Warner

© 2000. Dental Learning Systems Co., Inc.
An MWC Publication
Release Date: August 2000
Expiration Date: August 2001

This newsletter is supported by an unrestricted educational grant from Pfizer, Inc.

## THE EVOLVING ROLE OF ANTICONVULSANTS IN PAIN MANAGEMENT

Edgar L. Ross, MD
Pain Management Center, Brigham and Women's Hospital, Boston

### Learning Objective
*After reading these articles, the reader should be able to discuss the pathophysiology of chronic severe pain and describe evolving treatment approaches to the treatment of neuropathic pain in various conditions, using patient descriptions of the characteristics of their pain to formulate treatment approaches.*


*Edgar L. Ross, MD*

Of several paradigms used by pain management physicians to formulate treatment approaches for patients with chronic pain, the following three in particular are accepted as useful for initiating therapy and are widely used:
- Tricyclic antidepressants are the first-line drugs for neuropathic pain.
- Pain syndrome classifications are used to determine treatment approaches.
- The World Health Organization (WHO) analgesic ladder is a guide for the treatment of cancer and noncancer pain.[1]

With advances in the understanding of the pathophysiology of neuropathic pain[2] and improved tolerability of the new generation of anticonvulsants, these paradigms should be re-examined and new treatment approaches considered.

### Paradigm 1: Tricyclic Antidepressants Are First-Line Agents
The primary drug treatment approach for neuropathic pain has been use of adjuvant medications (Table 1). The two medication classes that are often used initially for the treatment of neuropathic pain are the tricyclic antidepressants and the anticonvulsants (Figure 1).[2,3] Both tricyclic antidepressants and anticonvulsants are effective for relief of neuropathic pain,[4-6] but their side effects have limited their usefulness, especially in the geriatric population.[7]

Anticonvulsants have been divided into two categories based on the time of their introduction into clinical practice (Table 2).[8] Because of the side effects of the first-generation anticonvulsants, the tricyclic antidepressants have traditionally been used as the first-line therapy for neuropathic pain, an approach that was confirmed by two studies by McQuay and associates.[7,8]

Using the number-needed-to-treat meta-analysis technique,[9] the investigators analyzed all appropriate randomized clinical trials involving tricyclic antidepressants[7] and anticonvulsants[8] in an

Treatment Algorithm
Page 2

Case 1:04-cv-10981-PBS   Document 2626-4   Filed 03/08/10   Page 3 of 9

TABLE 1

| Adjuvant medications used to treat neuropathic pain | |
|---|---|
| **Drug class** | **Example** |
| Antidepressants | Amitriptyline, desipramine, imipramine, nortriptyline |
| Anticonvulsants | Carbamazepine, clonazepam, gabapentin, lamotrigine, phenytoin, valproic acid |
| Antiarrhythmics | Lidocaine, mexiletine |
| Topical analgesics | Capsaicin, lidocaine and prilocaine cream, lidocaine patch |
| GABA agonist | Baclofen |
| Dissociative anesthetics | Ketamine |
| NMDA antagonists | Dextromethorphan |

GABA = gamma-aminobutyric acid; NMDA = N-methyl-D-aspartate

attempt to determine efficacy and dropout rates for treatment using either of these approaches; only the first-generation anticonvulsants were used in these studies.

The results confirmed that tricyclic antidepressants are effective for neuropathic pain. Efficacy and dropout rates were similar for all the tricyclic antidepressants. First-generation anticonvulsants were effective too, but, because of their side effects, dropout rates were significantly higher for these drugs than for the tricyclic antidepressants.

In December 1998, the results of two multicenter, placebo-controlled clinical trials of gabapentin monotherapy for postherpetic neuralgia[10] and painful diabetic neuropathy were published.[11] Both studies were designed to allow comparison with existing therapies using the number-needed-to-treat meta-analysis method.

FIGURE 1

Recommended algorithm

[Flowchart: Patient with neuropathic pain → Treatment trial with a tricyclic antidepressant and/or gabapentin → Significant side effects? → Yes: Consider dose adjustment or different medication; No: Effective? → Yes: Continue present treatment plan; reevaluate medication requirements in 3-6 months; No response → Intravenous lidocaine trial → Response? → Yes: Consider addition of membrane stabilizer → Consider dose titration, combination therapy, or adding opiate, topical agent → Effective? → Yes: Continue with treatment plan. Follow up as required; Partial; Minimal → Consider sympathetic blockade, limited series if response → Effective? → Minimal: Consider interventional therapy trial after appropriate interdisciplinary evaluation if not done; No → Reconsider diagnosis and treatment plan. Indicates referral for specialty care]

> *The two medication classes that are often used initially for the treatment of neuropathic pain are the tricyclic antidepressants and the anticonvulsants.*

In both studies, gabapentin was well tolerated and was significantly more effective than placebo in relieving pain. In the postherpetic neuralgia study, the median age of the gabapentin-treated patients was 73 years. Tricyclic antidepressants are often poorly tolerated or contraindicated in elderly patients with postherpetic neuralgia, and the results of this study suggest that gabapentin may be superior to tricyclic antidepressants in this population. In fact, the investigators concluded that "a strong case can be made for considering gabapentin as a first-line oral medication for the

Pfizer_DProbert_0028467

management of postherpetic neuralgia pain."[10] This represents an important departure from previous treatment approaches for this often difficult to treat group of patients.

Paradigm 2: Treatment Depends on Pain Syndrome Classification

Classification of a patient's type of pain is often used to guide initial drug therapy (Table 3).

TABLE 2

| Classification of anticonvulsants | |
|---|---|
| **First generation** | **Second generation** |
| Carbamazepine | Felbamate |
| Phenytoin | Gabapentin |
| Valproic acid | Lamotrigine |
| Primidone | Levetiracetam |
| Clonazepam | Oxcarbazepine |
| | Topiramate |
| | Tiagabine |
| | Zonisamide |

> *Anticonvulsants have been shown to be effective in other pain models that were previously thought to have nociceptive characteristics.*

Treatment approaches differ for each of these types of pain. Nociceptive pain syndromes are generally thought to be responsive to opioids, whereas neuropathic pain is treated primarily with the adjuvant analgesics. However, many pain complaints of patients do not neatly fit into one of these categories. Trials of different medications are often needed to determine effective analgesic approaches to these mixed pain complaints.

Nociceptive pain and its transmission require an intact central nervous system. Continuous nociceptive input can cause changes within the central nervous system. These changes, known as central sensitization, provide the theoretical construct for the etiology of chronic pain.[12,13]

These observations have led to trials of anticonvulsants for clinical conditions that were previously classified as nociceptive pain syndromes and, therefore, considered unresponsive to anticonvulsants.[14,15] Anticonvulsants have been found to have activity in numerous rat pain models, including traditional neuropathic pain.[16] Anticonvulsants have also been shown to be effective in other pain models that were previously thought to have nociceptive characteristics[17-21] and to reduce swelling from antigen-induced arthritis.[14] With the improved tolerability and efficacy of the second generation of anticonvulsants, along with new insights into the pathophysiology of chronic pain, the old classification system of nociceptive and neuropathic pain, which served as the basis for choice of treatment, needs to be re-examined.

Paradigm 3: The WHO Analgesic Ladder

The WHO analgesic ladder, based on the severity of a patient's pain (Figure 2), has been the worldwide treatment guide for cancer pain since it was first proposed in 1986.[1] Numerous studies have validated this approach.[22-27]

The three-step approach is based on using opioids as the primary analgesics. It suggests the use of a mild nonopioid analgesic (such as aspirin, acetaminophen, or a nonsteroidal anti-inflammatory drug) with or without an adjuvant med-

TABLE 3

| Types of pain | |
|---|---|
| **Type** | **Description** |
| Nociceptive | Aching, nonradiating, toothache-like. Often associated with movement. Attributed to activation of nociceptors within cutaneous, visceral, or musculoskeletal system. |
| Neuropathic | Burning, sharp, shooting, stabbing. Often unprovoked or unrelated to movement. May present with allodynia. Secondary to changes within peripheral nerves, loss of inhibitory influences, or upgrading of sensory-response modulating mechanisms. |
| Allodynia | Painful response to sensations that are not ordinarily painful. |

Pfizer_DProbert_0028468

FIGURE 2



ication for mild pain, a weak opioid with or without one or more adjuvants for moderate pain, and a strong opioid with or without adjuvant analgesics for severe pain.

This approach has been reported to provide effective pain relief for cancer patients approximately 85% of the time.[24-26] Some pain experts, recognizing a role for interventional therapy, have advocated adding an additional step to this ladder. The WHO ladder has been used as a potential paradigm for noncancer pain as well.

The use of opioids as the basis of therapy stems from the recognition that most early cancer pain is nociceptive in quality. Adjuvant analgesics, such as anticonvulsants, are seen as supplements to the opioids, especially for patients with severe pain.

A patient might have severe pain for several reasons, including the following:

• An acute process resulting from surgery, injury, recurrence of disease, or an entirely new diagnosis.

• The development of tolerance. In the past, this was thought to be an important reason for dose escalation and use of increasingly more potent opioids. With the evolution of the understanding of chronic pain physiology and the observation that long-term stable dosing of opioids can be used in patients with chronic pain without apparent progression of their underlying disease, tolerance is no longer thought to be an important factor in clinical practice.[28]

• Neuropathic pain has long been recognized to be more resistant than nociceptive symptoms to opioid therapy.[29-31] As a patient's tumor increases in size and becomes more invasive, progression that involves both the central and peripheral nervous systems can cause more severe pain. This phenomenon has been used to explain the need to increase the dose and strength of the opioids used.

• Central sensitization is a concept that has been used to explain a number of phenomena seen in patients with severe pain. Central sensitization can occur whenever severe pain is poorly managed. Providing pre-emptive analgesia in situations in which pain can be anticipated, such as surgery, is thought to reduce the chance that central sensitization will occur. In addition, beginning treatment of pain as soon as necessary instead of waiting for severe symptoms to develop makes it easier to control the pain and improves the prognosis.[32-34]

Conclusion

An adjuvant is defined by *Stedman's Medical Dictionary*[35] as "That which aids or assists; denoting a substance that is added to a prescription to assist or increase the action of the main ingredient." It is now understood that anticonvulsants as well as other neuropathic pain medications are not only analgesics, but also may help to prevent central sensitizations.

> *The WHO analgesic ladder, based on the severity of a patient's pain, has been the worldwide treatment guide for cancer pain since it was first proposed.*

Pfizer_DProbert_0028469

This new insight expands the role of neuropathic pain medications beyond adjuvant use only to a central role that could potentially prevent the irreversible effects of central sensitization and untreatable pain. These agents may even be used as primary analgesics in some cases. As the literature suggests, expanding uses of neuropathic pain medications, particularly the newer generation of anticonvulsants, such as gabapentin, will provide additional treatment options for all types of pain and may improve outcomes.

References
1. World Health Organization: Cancer pain relief and palliative care. Report of a WHO expert committee [World Health Organization Technical Report Series, 804]. Geneva, WHO: 1990.
2. Galer BS. Neuropathic pain of peripheral origin: Advances in pharmacologic treatment. Neurology 1995;45(Suppl 9):17.
3. Haskel C. Pharmacological treatment of neuralgic and neuropathic pain. Recent advances in the management of oncologic pain. Curr Probl Cancer 1989;89:149.
4. Hanagdi VS, et al. Postherpetic neuralgia: Management with antiepileptic and tricyclic drugs. Adv Pain Res Ther 1976;583.
5. Getto CJ, Sorkonesa CA, Howelt T. Antidepressants and chronic non-malignant pain: A review. Pain Sym Manag 1987;2:9.
6. Baldessarini RJ. Drugs and the treatment of psychiatric disorders. In: Goodman and Gilman's The Pharmacological Basis of Therapeutics. 6th ed., New York: MacMillan; p.418.
7. McQuay HJ, Tramer M, Nye BA, et al. A systematic review of antidepressants in neuropathic pain. Pain 1996;68:217.
8. McQuay H, Carroll D, Jadad AR, et al. Anticonvulsant drugs for management of pain: A systematic review. Br Med J 1995;311:1047.
9. Cook RJ, Sackett DL. The number needed to treat: A clinically useful measure of treatment effect. Br Med J 1995;310:452.
10. Rowbotham M, Harden N, Stacey B, et al. Gabapentin for the treatment of postherpetic neuralgia. A randomized controlled trial. JAMA 1998;21:1837.
11. Backonja M, Beydoun A, Edwards KR, et al. Gabapentin for the symptomatic treatment of painful neuropathy in patients with diabetes mellitus. A randomized controlled trial. JAMA 1998;21:1831.
12. Yaksh TL, Malmberg AB. Central pharmacology of nociceptive transmission. In: Wall PD, Melzack R, eds. Textbook of Pain. London: Churchill-Livingstone. 1994;165.
13. Koltzenburg M. Stability and plasticity of nociceptor function and their relationship to provoked and ongoing pain. Neurosciences 1995;7:199.
14. Naidu MU, Ramesh KT, Anuradha RT, et al. Evaluation of phenytoin in rheumatoid arthritis: An open study. Drugs Experi Clin Res 1991;17:271.
15. Hatta V, Saxena AM, Kaul HL. Phenytoin reduces suxamethonium-induced myalgia. Anaesthesia 1992;47:664.
16. Edell T, Zhao W, Jones D. Gabapentin reduces spinal 3HJNE release in hyperalgesic rats. Anesthesiology 1998;89:A1105.
17. Patridte BJ, Chaplan SR, Sakamoto E, et al. Characterization of the effects of gabapentin and 3-isobutyl-gamma-aminobutyric acid on substance P-induced thermal hyperalgesia. Anesthesiology 1998;88:196.
18. Jun JH, Yaksh TL. The effect of intrathecal gabapentin and 3-isobutylgamma-aminobutyric acid on the hyperalgesia observed after thermal injury in the rat. Anesth Analg 1998;86:348.
19. Shimoyana N, Shimoyama M, Davis AM, et al. Spinal gabapentin is antinociceptive in the rat formalin test. Neurosci Lett 1997;222:65.
20. Malmberg AB, Yaksh TL. Antinociceptive actions of spinal nonsteroidal anti-inflammatory agents on the formalin test in the rat. J Pharmacol Exp Ther 1992;263:136.
21. Yoon MH, Yaksh TL. Evaluation of interaction between gabapentin and ibuprofen on the formalin test in rats. Anesthesiology 1999;91:1006.
22. Sdjeresward J. WHO cancer relief program. Canc Surv 1988:7195.
23. American Pain Society. Principles of Analgesic Use in the Treatment of Acute Pain and Chronic Cancer Pain: A Concise Guide to Medical Practice. Washington, DC: American Pain Society, 1987.
24. Vainio A. Treatment of terminal cancer pain in Finland: A second look. Acta Anaesthesiol Scand 1992;36:89.
25. WHO. Symptom relief in the terminally ill. Geneva: WHO, 1995.
26. Wisconsin Cancer Pain Initiative. Cancer pain can be relieved: A guide for patients and families. Madison, WI: Wisconsin Cancer Pain Initiative, 1988.
27. Foley KM. Pharmacologic approaches to cancer pain management. In: Fields HL, ed. Advances in Pain Research and Therapy, vol. 9. New York: Raven Press, 1985:629.
28. Morgan J. American opiophobia: Customary underutilization of opioid analgesics. In: Hill CS, Fields WS, eds. Advances in Pain Research and Therapy. New York: Raven Press, 1989;2:163.
29. Portenoy RK, Foley KM, Inturrisi CE. The nature of opioid responsiveness and its implications for neuropathic pain: New hypotheses derived from studies of opioid infusions. Pain 1990;43:273.
30. Pappagallo M, Cambpell JN. Chronic opioid therapy as alternative treatment for post-herpetic neuralgia. Ann Neurol 1994;35:S54.
31. Aner S, Meyerson BA. Lack of analgesic effects of opioids on neuropathic and idiopathic forms of pain. Pain 1988;33:11.
32. Choe H, Choi YS, Kim YH, et al. Epidural morphine plus ketamine for upper abdominal surgery: Improved analgesia from preincisional versus postincisional administration. Anesth Analg 1997;84:560.
33. Collis R, Brandner B, Bromley LM, et al. Is there any clinical advantage of increasing the pre-emptive dose of morphine or combining pre-incisional with postoperative morphine administration? Br J Anaesth 1995;74:396.
34. Woolf CJ, Chong MS. Pre-emptive analgesia: Treating postoperative pain by preventing the establishment of central sensitization. Anest Analg 1993;77:1.
35. Stedman's Medical Dictionary, Illustrated. 23rd ed. p. 26.

**Coming in the next issue:**

Roundtable discussion on management of different types of neuropathic pain with:
Robert H. Dworkin, PhD
Bruce Nicholson, MD
Edgar L. Ross, MD

Pfizer_DProbert_0028470

# Treating different types of neuropathic pain

*The cases presented here illustrate the use of anti-convulsants and other adjuvant medications in the treatment of specific types of neuropathic pain—cancer pain, postherpetic neuralgia, and diabetic neuropathy.*

## CASE REPORT 1: Patient with metastatic cancer

*Edgar L. Ross, MD*

A 57-year-old woman with metastatic breast cancer is referred to a pain management center. She underwent modified mastectomy followed by radiation therapy 3 years ago. She now has evidence of metastasis in her thoracic spine. For this recent recurrence, she has had several courses of chemotherapy with minimal response. Pain relief initially was achieved with oral oxycodone and ibuprofen. Over the past 3 months, however, her pain has increased to the point where she is taking six to eight doses of oxycodone per day.

After consultation with a pain management specialist, sustained-release oxycodone is prescribed at a dosage of 20 mg three times a day in addition to her previous pain medication. This regimen is effective for about 3 months, when, on follow-up, the patient reports burning pain at the right T6 dermatome radiating from her back to her anterior auxiliary line. Neurologic examination reveals allodynia along the right T6 interspace without other signs of neurologic compromise. Gabapentin is started at a dose of 300 mg at bedtime, and the dose is increased every 3 days. The patient reports improvement in her symptoms at a dosage of 1,200 mg/day.

Magnetic resonance imaging shows a right paraspinal mass with infiltration of the T6 and T7 vertebral bodies. No pathologic fractures are noted. Radiation therapy to the local area is also prescribed and carried out over the next 4 weeks. Her opioid medications as well as ibuprofen and gabapentin are maintained with good response for the next 4 months. The patient then returns to the pain management center with acute severe pain in the thoracic spine. On physical examination, she is cachectic and in severe pain, but no gross neurologic changes are noted. A radiograph of the spine shows a compression fracture at the T7 level. A paravertebral block with steroid is performed under radiographic guidance at the T7 level. An orthopedics consultant does not recommend bracing, and, because of the previous radiation to the area, no further treatment is recommended. Two days later the patient reports good relief. She remains comfortable until her death 3 weeks later.

Pfizer_DProbert_0028471

## CASE REPORT 2: Patient with postherpetic neuralgia
*Edgar L. Ross, MD*

A 57-year-old woman with chronic lymphocytic leukemia presents to her primary care physician with a 2-day history of severe pain in her right flank and anterior thigh. The pain is described as burning and painful to light touch. The patient also noticed a rash in the area of the pain, which began erupting at the same time. Physical examination reveals a vesicular rash on the right flank from the right posterior paraspinal area extending to the abdominal wall and another small area over the anterior thigh. A diagnosis of acute shingles eruption is made. The patient reports that her pain is manageable during the day but becomes severe at night. No signs of systemic infection are found.

Treatment with the antiviral agent acyclovir and the tricyclic antidepressant desipramine (25 mg at night) is begun. In addition, the patient was given oxycodone for severe breakthrough pain. When she returns to her primary care physician 1 week later, she reports that her pain is well controlled and her sleep has greatly improved with the desipramine without any daytime sedation. The herpes zoster rash is beginning to dry up, and no signs of allodynia are noted. The antiviral medication is discontinued, and the patient is instructed to return 1 month later. A prescription of desipramine for 1 month is given.

When the patient returns 1 month later, she reports that the pain has completely resolved, except for occasional shooting-like pain to her abdomen. She is instructed to discontinue the desipramine and to return for follow-up with her oncologist as scheduled.

## CASE REPORT 3: Patient with painful diabetic neuropathy
*Edgar L. Ross, MD*

A 48-year-old man with type 1 diabetes consults his primary care physician about increasing pain in his feet. His diabetes is under only average control, mostly because of nonadherence to dietary recommendations. His primary complaint is difficulty sleeping because of a burning sensation in his feet. He reports that the bedsheets over his feet dramatically increase the pain. He relieves his pain at night by pacing the floor. The patient is obese and physical examination reveals stocking-like loss of sensation below the knees bilaterally. No ulcers or loss of pedal pulse are noted.

Nortriptyline, 25 mg at night, is started. One week later, the patient reports that his sleep has greatly improved, but now he complains of a squeezing sensation in both calves while walking. Doppler studies of his legs and magnetic resonance imaging of the lumbar spine are negative. Gabapentin, 300 mg three times a day, is prescribed along with the nortriptyline at night. The patient reports no side effects with the gabapentin, but no pain relief either. Over the next 3 weeks, the dose of gabapentin is gradually increased to 3,600 mg/day. This dose is well tolerated, but the patient reports only minimal relief of the calf pain. He is referred to a pain management center, where a trial of intravenous lidocaine is undertaken. This produces excellent relief of the calf pain for 2 days. Based on this result, the dose of gabapentin is titrated up to 4,800 mg/day. The patient reports improvement of his pain to the point where his ambulation no longer is limited.

**Publisher's Note:**
In weighing the benefits of treatment against the risks, physicians should be guided by clinical judgment. Dosages, indications, and methods for use of drugs and procedures referred to in this monograph may reflect the clinical experience of the authors or may be derived from the professional literature or other clinical sources. Consult complete prescribing information before administering any of the drugs discussed.

**Disclosure Statement**
In accordance with the Accreditation Council for Continuing Medical Education Standards for Commercial Support, the editors and authors for this activity have completed conflict of interest disclosure statements. The following relationships have been disclosed:
Dr. Ross: Research support/speaker's bureau: Pfizer.

Pfizer_DProbert_0028472

Case 1:04-cv-10981-PBS   Document 2626-4   Filed 03/03/10   Page 9 of 9

No Charge for This CME

CME credit for the PRA from organizations accredited by ACCME.

## Answer Card Instructions
### Testing and Grading Procedures

1. Each participant achieving a passing grade of 70% or higher on any examination will receive an official computer form stating the number of CE credits earned. This form should be safeguarded and may be used as documentation of credits earned.
2. Participants receiving a failing grade on any exam will be notified and permitted to take one reexamination at no cost.
3. All answers should be recorded on the answer form. Please print clearly to ensure receipt of CME/CE credit.
4. To receive credit certification electronically, please provide your e-mail address. Detach and mail or fax your completed exam form to: University of Cincinnati, Office of CME, PO Box 670567, Cincinnati, OH 45267-0567; phone: 513-558-7277; fax: 513-558-1708; e-mail: uccme@uc.edu. There is no charge for this activity.

Please photocopy the test form for additional test takers.

### Exam Questions

1. In a study of elderly patients with postherpetic neuralgia, it was found that tricyclic antidepressants were poorly tolerated or contraindicated, leading the researchers to conclude that _____ was superior to tricyclic antidepressants.
   a. Phenytoin
   b. Capsaicin
   c. Gabapentin
   d. Desipramine

2. Studies by McQuay and associates confirmed that a first-line approach for neuropathic pain should be:
   a. Tricyclic antidepressants
   b. Anticonvulsants
   c. GABA agonists
   d. Antiarrhythmics

3. Nociceptive pain and its transmission require an intact central nervous system. The theoretical construct for the etiology of chronic pain involves changes within the central nervous system caused by continuous nociceptive input. These changes are known as:
   a. Nociceptive desensitization
   b. Nociceptive sensitization
   c. Neuropathic sensitization
   d. Central sensitization

4. With improved tolerability and efficacy of the second-generation anticonvulsants, along with new insights into the pathophysiology of chronic pain, what aspect of neuropathic pain needs to be re-examined?
   a. The treatment of neuropathic pain with adjuvant analgesics.
   b. The old classification system of nociceptive and neuropathic pain.
   c. The impact of the side effects of anticonvulsants on patient compliance.
   d. The impact of the side effects of antidepressants on patient compliance.

5. What does the WHO analgesic ladder suggest for managing moderate pain?
   a. A mild nonopioid analgesic with or without adjuvant medication.
   b. A strong nonopioid analgesic with or without adjuvant medication.
   c. A weak opioid with or without one or more adjuvants.
   d. A strong opioid with or without one or more adjuvants.

6. Which of the following is true regarding recent discoveries about severe pain?
   a. An acute process may result from surgery, injury, or recurrence of illness.
   b. Tolerance is no longer thought to be an important factor in clinical practice.
   c. Treatment of pain as soon as necessary instead of waiting for severe symptoms to develop makes it easier to control the pain and improve the prognosis.
   d. All of the above.

Name _____
Soc. Sec. # _____
Street _____
City _____ State ____ Zip _____
Daytime phone _____
Fax _____ E-mail _____
State License(s) _____
Is this a new address?   ☐ Yes   ☐ No

### Accreditation

The University of Cincinnati College of Medicine designates this educational activity for a maximum of 1.5 hours of Category 1 credit toward the AMA Physician's Recognition Award. Each physician should claim only those hours that he/she actually spends in the educational activity.

The University of Cincinnati College of Medicine is accredited by the Accreditation Council for Continuing Medical Education (ACCME) to sponsor medical education for physicians.

### Lesson Evaluation

How long did it take you to complete this lesson?
_____ minutes

How well did this lesson achieve its educational objectives?
☐ Very well       ☐ Somewhat
☐ Well            ☐ Not at all

What overall grade would you assign this lesson?
☐ A      ☐ B      ☐ C      ☐ D

Do you find the information presented in these articles to be fair, objective, and balanced?
___ yes   ___ no

### Answer Form
✂ Circle the correct answer.

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| a | a | a | a | a | a |
| b | b | b | b | b | b |
| c | c | c | c | c | c |
| d | d | d | d | d | d |

Medical World Communications
241 Forsgate Drive
Jamesburg, NJ 08831

PRESORTED
STANDARD
U.S. Postage
PAID
Medical World
Business Press,
Inc.