UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |
| *Shearer v. Pfizer Inc., et al.*<br>Case No. 1:07-cv-11428-PBS | |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF
DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION *IN LIMINE*
TO PRECLUDE ANY TESTIMONY OR DISCUSSION BY DEFENDANTS THAT
THEY COULD NOT HAVE AMENDED THE NEURONTIN LABEL OR ISSUED
STRENGTHENED WARNINGS WITHOUT PRIOR FDA APPROVAL**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of excerpts of the transcript from the Final Pretrial Conference in *Bulger v. Pfizer Inc.*, 1:07-11426-PBS, which was held on July 20, 2009.

3. Attached as Exhibit B is a true and correct copy of the May 2002 FDA Approval Letter for Neurontin.

4. Attached as Exhibit C is a true and correct copy of the Affidavit of Cynthia McCormick, M.D., dated September 13, 2007.

Signed under the penalties of perjury this 8th day of March 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 8, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo