UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ------------------------------------------------x<br>In re: NEURONTIN MARKETING, SALES<br>        PRACTICES AND PRODUCTS<br>        LIABILITY LITIGATION<br>------------------------------------------------x<br><br>THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF<br>AMERICA v. PFIZER INC., 04 CV 10739 (PBS)<br><br>------------------------------------------------x | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' UNOPPOSED MOTION TO FILE MEMORANDUM UNDER SEAL**

      Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully move for leave to file under seal the accompanying memorandum of law, which is attached as Exhibit A, pursuant to this Court's January 21, 2010 Standing Procedural Order re: Sealing Court Documents.

      The accompanying memorandum addresses the personal use of prescription medication by one of Plaintiffs' expert witnesses. Defendants do not assert confidentiality with respect to the accompanying memorandum or the facts discussed therein. However, Plaintiffs have asserted this expert witness's medical privacy in connection with the subject of the accompanying memorandum. (*See* Joint Pre-Trial Memorandum [2500-2] at Section VI.2.) Accordingly, in an abundance of caution, Defendants request leave to file the memorandum under seal. Plaintiffs do not oppose this request.

      WHEREFORE, Defendants respectfully request that the Court grant their unopposed motion for leave to file the attached memorandum under seal.

Dated: March 8, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:   <u>/s/ Mark S. Cheffo</u>
       Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Email:  Mark.Cheffo@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:   <u>/s/ Raoul D. Kennedy</u>
       Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel:  (415) 984-6400
Email:  Raoul.Kennedy@skadden.com

WHEELER TRIGG O'DONNELL LLP

By:   <u>/s/ James E. Hooper</u>
       James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel:  (303) 244-1800
Email:  hooper@wtotrial.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

<u>CERTIFICATE OF CONSULTATION</u>

I hereby certify that counsel have conferred regarding the issue presented by this motion, and that Plaintiffs' counsel do not oppose this motion.

<u>/s/ Mark S. Cheffo</u>
Mark S. Cheffo

---

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 8, 2010.

<u>/s/ Mark S. Cheffo</u>
Mark S. Cheffo