UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| *Shearer v. Pfizer Inc., et al.* Case No. 1:07-cv-11428-PBS | |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE THAT ANY DRUG OTHER THAN NEURONTIN CAUSED OR WAS ASSOCIATED WITH HARTLEY SHEARER'S SUICIDE**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of Defendants' witness list.

3. Attached as Exhibit B is a true and correct copy of excerpts from the transcript from the Final Pretrial Conference in *Bulger v. Pfizer Inc.*, No. 1:07-11426-PBS, which was held on July 20, 2009.

4. Attached as Exhibit C is a true and correct copy of excerpts from the Report of Joseph Glenmullen, M.D., dated November 30, 2009.

5. Attached as Exhibit D is a true and correct copy of excerpts from the transcript of the deposition of Joseph Glenmullen, M.D., on January 11, 2010.

6. Attached as Exhibit E is a true and correct copy of excerpts from the transcript of the deposition of Stefan P. Kruszewski, M.D., on January 14, 2010.

7. Attached as Exhibit F is a true and correct copy of excerpts from the Report of Stefan P. Kruszewski, M.D., dated November 30, 2009.

8. Attached as Exhibit G is a true and correct copy of excerpts from the Report of Douglas G. Jacobs, M.D., dated January 22, 2010.

Signed under the penalties of perjury this 8th day of March 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 8, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo