# EXHIBIT C

JOSEPH GLENMULLEN, MD
1770 Massachusetts Avenue, No. 263
Cambridge, MA 02140

November 30, 2009

Mr. Ken Fromson
Finkelstein & Partners
1279 Route 300, P.O. Box 1111
Newburgh, NY 12551

Dear Mr. Fromson:

This report details my expert opinion on the tragic suicide of fifty-seven-year-old Hartley Shearer on February 7, 2002. It is my opinion based on a reasonable degree of medical certainty and based on my education, training, and clinical experience that Neurontin was a substantial contributing factor in causing Hartley's death. Hartley suffered a stroke and left hemiparesis in January 1999. Hartley showed tremendous strength of character adjusting to life with the hemiparesis. In the spring and summer of 2000, Hartley's progress recovering from the stroke plateaued. Again, he made a good adjustment and continued to make every effort to improve his life. Hartley was a part-time professor at Williams College who was working towards teaching in the classroom again. In October 2000, Hartley was prescribed Neurontin for severe back pain. Unfortunately, on Neurontin, Hartley developed classic side effects linked to Neurontin-induced suicidality, including worsening depression, and mood and behavioral changes. On February 7, 2002 Hartley shot himself in the head. The FDA has since warned doctors and the public that Neurontin may be associated with mood and behavioral changes and may cause suicidality. Hartley left his grieving wife, Linda, his son, Ivor.

Qualifications

A graduate of Harvard Medical School, I am a Clinical Instructor in Psychiatry at Harvard Medical School, was a staff psychiatrist at the Harvard Law School Health Services for twenty years, and have a private practice in Harvard Square. I am Board Certified in Psychiatry by the American Board of Psychiatry and Neurology. I am the author of two books on the side effects of antidepressants: *Prozac Backlash: Overcoming the Dangers of Prozac, Zoloft, Paxil, and Other Antidepressants with Safe, Effective Alternatives* published in 2000 by Simon &

1

## *In the October 2000 Hartley Is Hospitalized for Low Back Pain and Prescribed Neurontin*

In September and October of 2000, Hartley had another series of serious medical events: severe low back pain, endocarditis, and an emergency splenectomy. Hartley was initially hospitalized at the North Adams Regional Hospital with the severe low back pain. His pain was treated with morphine, but he had a bad reaction to the drug, becoming paranoid and disoriented. An October 13, 2000 note at the North Adams Regional Hospital reported that Hartley "never believed back pain would be this bad."[12] Hartley developed an infection, which was believed to result in endocarditis. Hartley was transferred to the Brigham & Women's Hospital in Boston. According to an October 14, 2000 nursing assessment at the Brigham:

> Patient feels on edge of breakdown…Patient expresses feelings of depression concerning disease process, yet is able to talk about what led to it and direct his care in reasonably good spirits…Patients hopes to return to baseline self-care with assist status, resolve pain…etc. Patient to be seen by neuro and pain service.

When it was recognized that Hartley was becoming paranoid and disoriented on narcotics his pain medication was switched to a cocktail of Neurontin (an anticonvulsant mood stablizer), Flexeril (a muscle relaxant), and Vioxx (a non-steroidal, anti-inflammatory pain killer). Hartley was first prescribed Neurontin on October 14, 2000, the same day his morphine was discontinued. His dose was titrated up from 100 milligrams three times a day to 300 milligrams a day, and then back down again to 200 milligrams a day.

According to the medical records, the medication regimen controlled Hartley's pain well. According to an October 16, 2000 note:

> Pain is gone, no paranoia present, but patient complains of anxiety…. Continue Neurontin[13]

The word "but" in the above note is critical, because although Hartley's pain began to come under better control with the new combination of medication, Hartley began to experience mood and behavioral changes on Neurontin, which the FDA has since warned may to lead to patients becoming suicidal on the drug.

18

This "despair" was new, after Hartley went on Neurontin. It was part of the mood and behavioral changes Hartley underwent on Neurontin.

Says Ivor:

> He wasn't the same person, in the last year of his life. My father was an incredibly engaged person. No matter what he was doing, you always felt he was very much present. After the stroke, he couldn't be as physically engaged, but he was still the same person, just as intense, just as engaged. But definitely in that last year, it changed. I remember coming to terms with the fact that he wasn't the father I had always known. He became despondent. He was no longer engaged in the same way.
>
> I thought his eyes were glossed over, that there was some way in which he was out of it. I thought at the time that maybe he was overmedicated. I tried researching all his medications online looking for side effects or bad interactions to explain it, like the bad reaction he'd had in the hospital to the morphine. But there was nothing. We didn't know about the Neurontin at the time.

Ivor testified that he and his father researched his medications online. They focused in on several medications, including the Zyprexa, Zaraflex, and Neurontin. In particular, Hartley was experiencing Neurontin side effects. Ivor testified:

> Q: Did your father ever discuss Neurontin specifically with you?
> A: Yes.
> Q: What did he tell you about that?
> A: He told me he was—he told me that it addressed—it was an antiseizure medication that would help with rigidity in his limbs. It was a medication he thought was helping him. He was initially—I believe he was excited about it. He did, thought, feel that it was giving him adverse reactions, side effects.
> Q: Like what?
> A: I don't recall everything. There were a number of things that we sort of went through. One was dry mouth. And that's what I can remember right now. We discussed it in great deal—I mean, a great deal.
> Q: What other medications did you discuss with your father?

22

> A: We went through everything. He told me what there were prescribed for. My mother, she told me what she had been—what the doctors had told her.
>
> Q: I'm still trying to understand how this interest in your father's medication came about. What inspired you to do this research?
>
> A: I am generally familiar with the concept of a patient being over-prescribed.
>
> Q: From what—I'm sorry. Well, go ahead.
>
> A: I also was concerned about possible adverse interactions between medications.
>
> Q: Did your father ever tell you that he had adverse reactions or effects from other medications?
>
> A: No.

Hartley's primary care doctor, Dr. Sullivan, was prescribing the Neurontin. In a July 10, 2001, Hartley told Dr. Sullivan he wanted to try going off Neurontin. According to Dr. Sullivan's note:

> [Haartley] plans a holiday from Neurontin. He is not sure of its effectiveness.

Unfortunately, Hartley did not go off the Neurontin. He continued to fill prescriptions regularly at the pharmacy until his death.

Hartley had his last appointment with Dr. Catapano-Friedman the next month, on August 2, 2001. Dr. Catapano-Friedman again documented his panicky anxiety:

> Panics if he feels helpless.

According to Ivor, Hartley did not feel he was making progress with Dr. Catapano-Friedman. For some time had have felt that Dr. Catapano-Friedman had an overly simplistic view of him and the issues he wanted to work on. Although she did not document it in her records, at her deposition, Dr. Catapano-Friedman said she diagnosed Hartley with a narcissistic personality disorder. People with narcissistic personality disorders coldly exploit others. The close relationships Hartley had with family, friends, colleagues, and students are inconsistent with a diagnosis of narcissistic personality disorder. Nor would someone with a narcissistic personality disorder dedicate himself as Hartley did

23

theses other medical problems may have added somewhat to his increased risk for suicide, they were not a substantial factor in his death.

*11.) Hartley's death was not due to marital problems.* Hartley and Linda Shearer had a loving, decades-long marriage. Like any couple they had their challenges, not least of which was Hartley's stroke. Because of her dedication to Hartley, Linda took a three month leave of absence from work to be with him in Boston when he was in rehab after his stroke. Hartley and Linda's marital issues were within normal limits. Hartley's death was not due to marital problems.

*12.) Hartley's death was not due to financial strain.* After Hartley's death, Linda had financial problems due to the many medical and other bills associated with Hartley's stroke. But before his death, Hartley does not appear to have been burdened or overly worried about their financial situation. Hartley's death was not due to financial strain.

*13.) Hartley's suicide was not due to alcoholism.* Hartley was not a social drinker. He would have a couple of beers at night before going to bed. However, Hartley was never diagnosed with alcoholism. At the time of his death, there was no evidence that alcohol played a role in his suicide.

*14.) Hartley's suicide was not due to substance abuse.* As a young man in college, Hartley had experimented with cocaine and marijuana. However, he had not used illicit drugs in years. He had no history of substance abuse. At the time of his death, there was no evidence that illicit substances played a role in his suicide.

*15.) Neurontin was a substantial contributing factor in Hartley's death.* On Neurontin, Hartley experienced classic mood and behavioral changes leading up to his death. In addition to the evidence in Hartley's specific case, as detailed in the general causation reports of Drs. Trimble and Kruszewski, the combination of biological plausibility, signals, adverse event reports, and a statistically significant meta-analysis all point to Neurontin as a substantial contributing factor in Hartley's death.

*16.) Some of Hartley's other concurrent medications may have increased Hartley's risk of suicide and may have been a substantial contributing factor in Hartley's death.* Hartley was on multiple other medications at the time of his death. Some of his other medications have warnings or precautions advising of an increased risk of suicide. For example, the antidepressants Prozac and Trazadone have black box

warnings that they may make children, adolescents, and young adults suicidal. There are reports that antidepressants also make adults suicidal. Benzodiazepines like Valium have precautions that they may disinhibit suicidal urges. But, for Hartley's age group, the evidence that these other drugs make patients suicidal is not yet as strong as the evidence implicating Neurontin. An adverse interaction between Neurontin and Prozac in particular may have played a role in Hartley's death. Hartley last filled a prescription for just seven pills of Prozac on January 26, 2002. If Hartley took the Prozac as prescribed, he would have run out six days before his death. He would have been in Prozac withdrawal with fluctuating serotonin levels that would have been altered by Neurontin's effect on changing serotonin levels in the brain. The FDA warnings for antidepressant-induced suicidality warn that the highest risk is whenever the dose changes either up or down. Neurontin's adverse interaction with Prozac may therefore have been responsible for the particular timing of Hartley's death.

Protective Factors Versus Risk Factors for Suicide

Protective factors that reduce the likelihood of suicide have been identified.[22] And risk factors that increase the likelihood of suicide have been identified.[23] As seen in Table I, Hartley had six out of seven factors protecting him from suicide. And, as seen in Table 2, he had only three of seventeen risk factors for suicide. Thus, Hartley was strongly protected against suicide and at low risk before he was put on Neurontin.

Table 1: Hartley's Protective Factors for Suicide

| | | |
|---|---|---|
| 1. | Effective clinical care for mental, physical and substance use disorders | √ |
| 2. | Easy access to a variety of clinical interventions and support for helpseeking | √ |
| 3. | Restricted access to highly lethal means of suicide | |
| 4. | Strong connections to family and community support | √ |
| 5. | Support through ongoing medical and mental health care relationships | √ |
| 6. | Skills in problem solving, conflict resolution and nonviolent handling of disputes | √ |
| 7. | Cultural and religious beliefs that discouraged suicide and support self preservation | √ |