# EXHIBIT D

Page 1

1                                    Volume: I
                                     Pages: 1-218
2                                    Exhibits: 1-8
3              UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
4
                                  MDL DOCKET NO. 1629
5                                 MASTER FILE NO. 04-10981
    * * * * * * * * * * * * * * * * * * *
6   IN RE: NEURONTIN MARKETING, SALES         :
    PRACTICES AND PRODUCTS LIABILITY          :
7   LITIGATION,                               :
    ----------------------------------------
8   THIS DOCUMENT RELATES TO:                 : JUDGE PATTI
                                              : B. SARIS
9   SHEARER VS. PFIZER, ET AL;                : MAGISTRATE
    1:07-CV-11428-PBS                         : JUDGE LEO T.
10                                            : SOROKIN
    * * * * * * * * * * * * * * * * * * *
11
12       AUDIO-VISUAL DEPOSITION OF JOSEPH GLENMULLEN,
13  M.D., a witness called on behalf of Pfizer, Inc.,
14  pursuant to the provisions of the Federal Rules of
15  Civil Procedure, before Lisa McDonald Valdario, (CSR
16  #130093), a Registered Professional Reporter and
17  Notary Public in and for the Commonwealth of
18  Massachusetts, held at the Hotel Tria, 220 Alewife
19  Brook Parkway, Cambridge, Massachusetts  02138, on
20  Monday, January 11, 2010, commencing at 9:02 a.m.
21
22
23
24
25      Job No.: CS234482

Page 2

```
 1  APPEARANCES:
 2  FINKELSTEIN & PARTNERS
       The Injury Attorneys
 3     1279 Route 300
       P.O. Box 1111
 4     Newburgh, NY 12551
       BY: Kenneth B. Fromson, Esquire
 5        kfromson@lawampm.com
          1.800.law.ampm
 6        1.800.634.1212 ext. 2755
             Attorney for the Plaintiff
 7
 8  JACOBY & MEYERS
       1279 Route 300
 9     P.O. Box 1111
       Newburgh, New York 12551
10     BY: Shareef Rabaa, Esquire
          srabaa@jmlawyer.com
11        800.890.3090 ext. 2653
             Attorney for the Plaintiff
12
13  LANIER LAW FIRM
       6810 TM 1960 WEST
14     HOUSTON, TEXAS 77069
       BY: Kenneth S. Soh, Esquire
15        kss@lanierlawfirm.com
          713.659.5200
16           Attorney for the Plaintiff
17
18  BOIES, SCHILLER & FLEXNER, LLP
       333 Main Street
19     Armonk, New York 10504
       BY: William S. Ohlemeyer, Esquire
20        wohlemeyer@bsfllp.com
       and Lisa M. Nousek, Esquire
21        lnousek@bsfllp.com
          914.749.8200
22           Attorneys for Pfizer, Inc.
23
24
25
```

Page 3

```
 1  APPEARANCES CONTINUED:
 2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
       Four Times Square
 3     New York, New York 10036
       BY: Catherine B. Stevens, Esquire
 4        Catherine.Stevens@skadden.com
          212.735.3353
 5           Attorney for Pfizer, Inc.
 6
 7  ALSO PRESENT:  George Dobrentey, videographer
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              I N D E X
 2  WITNESS       DIRECT  CROSS  REDIRECT  RECROSS
 3  JOSEPH GLENMULLEN, M.D.
 4  BY MR. OHLEMEYER   6
 5
 6
 7           E X H I B I T S
 8  No.    Description                  Page
 9  1   Williams College press release      199
10  2   Pharmacy record from Little's Pharmacy   199
11  3   Group of reports                    199
12  4   Dr. Catapano-Friedman's records for Linda  199
        Shearer
13
14  5&6  Dr. Glenmullen's invoices          199
15  7   Article on Neurontin                199
16  8   Study of the Effect of Neurontin and GABA  199
        in Humans
17
18     ***ATTORNEY FROMSON RETAINED EXHIBITS***
19
20
21
22
23
24
25
```

Page 5

```
 1           PROCEEDINGS
 2        VIDEO OPERATOR: Good morning. My name is
 3  George Dobrentey of Veritext, New Jersey. Today's
 4  date is January 11, 2010 and the time is 9:02 a.m.
 5  This deposition is being held at the Hotel Tria in
 6  Cambridge, Massachusetts. In re: Neurontin
 7  Marketing Sales and Product Liability Litigation,
 8  in the U.S. District Court for the District of
 9  Massachusetts, M.D.L. No. 1629.
10        The name of the witness is Joseph
11  Glenmullen. At this time, the attorneys will
12  identify themselves and their parties they
13  represent, after which our court reporter, Lisa
14  Valdario of Veritext, New Jersey will swear in the
15  witness, and we can proceed.
16        MR. FROMSON: On behalf of the plaintiffs,
17  Kenneth Fromson with Finkelstein & Partners.
18  Along with me today is associate, Shareef Rabaa.
19        MR. OHLEMEYER: Bill Ohlemeyer from Boies,
20  Schiller & Flexner representing Pfizer.
21        MS. STEVENS: Catherine Stevens from Skadden
22  Arps for Pfizer.
23        MS. NOUSEK: Lisa Nousek with Boies,
24  Schiller & Flexner for Pfizer.
25        JOSEPH GLENMULLEN, M.D.
```

Page 106

1  other prescription medication prescribed at the
2  time of his death?
3  A  Well, it's not just an assumption out of thin air.
4     It would be based on the pharmacy records and
5     testimony.
6  Q  Well, people fill prescriptions and yet don't take
7     them on a regular basis, don't they?
8  A  No. I don't think people ask for a prescription
9     month in and month out, and go to the pharmacy and
10    fill in month in and month out, and report to
11    their doctors how the medication is affecting them
12    if they're not taking it at all.
13 Q  All right. No, that's fair enough. So we have to
14    assume that any prescription Mr. Shearer was
15    holding at the time of his death was something
16    that he was taking on a regular basis?
17    MR. FROMSON: When you say holding, I'm
18    sorry, Bill, you mean something he's filled.
19    MR. OHLEMEYER: Right.
20 A  If you want to say regular basis, then you have to
21    say if he was filling it on a regular basis.
22    Again, it's the same "assumption," you would make
23    in clinical practice.
24 Q  Now, in other litigation work that you've done,
25    you've opined that antidepressants, including

Page 107

1     Prozac, Paxil, and Zoloft increase the risk of
2     suicidality, is that right?
3  A  Right.
4  Q  And in fact, until, am I'm right, until you got
5     involved in this case, all of your litigation
6     related suicidality work involved SSRI's?
7  A  No.
8  Q  What else have you opined can lead to suicidality?
9  A  I think I've done antipsychotic cases, and at
10    least one stimulant case.
11 Q  What was the stimulant in that case?
12 A  Strattera.
13 Q  And what class is Stratera, what class of medicine
14    is Strattera?
15 A  It's a stimulant used for ADD, but it carries the
16    same black box warning as the antidepressants.
17 Q  What type of, what compound is it, do you know? I
18    mean, I assume Strattera is a trade name?
19 A  I think that's right.
20 Q  What is it? Is it a methylphenidate. Is it a, I
21    mean, what kind of --
22 A  I think it may be an SNRI, but I'm not entirely, I
23    wouldn't want to be held to that.
24 Q  Can antidepressant medicine actually worsen a
25    patient's condition?

Page 108

1  A  Yes.
2  Q  How, and in what circumstances?
3     MR. FROMSON: Objection. Overbroad.
4  A  Well, there would just be a paradoxical reaction
5     to the antidepressant.
6  Q  Is that common?
7  A  No, these side effects aren't common.
8  Q  How do you know when you look at a patient,
9     whether his or her antidepressant is actually
10    worsening their condition?
11    MR. FROMSON: Objection. Form.
12 A  Well, in the case of the antidepressant warning,
13    there is a long, detailed list of potential side
14    effects that can be part of worsening the person's
15    condition; anxiety, agitation, insomnia,
16    irritability, hostility, akathisia, A K A T H I S
17    I A, hypomania and mania. That's ballpark the
18    list.
19 Q  Now, if Mr. Shearer had mood disorders, medical
20    conditions, personality issues, prior to the time
21    he was taking Neurontin --
22 A  Yes?
23 Q  -- you're not suggesting, and I know this sounds
24    nonsensical, you're not suggesting that any of
25    that was caused by Neurontin.

Page 109

1  A  Pre the Neurontin?
2  Q  Pre the Neurontin.
3  A  No.
4  Q  In a case where you don't have a history of
5     depression -- strike that. Are people without a
6     history of depression prescribed antidepressants?
7     MR. FROMSON: Objection as to form.
8  A  They can be used for other conditions. Some of
9     them are case indicated for other conditions.
10 Q  Like what?
11 A  Anxiety, OCD. I think some of them have
12    indications for PTSD.
13 Q  What about pain?
14 A  I couldn't tell you off the top of my head whether
15    or not any of them have an indication for pain.
16 Q  Well, that wasn't my question. My question was --
17    MR. FROMSON: Actually, sorry, your question
18    was what about pain; that was your question,
19    right?
20 Q  My question doctor is, are people who are not
21    depressed prescribed antidepressants for other
22    reasons?
23 A  Yes.
24 Q  And is pain one of those other reasons?
25 A  It can be.

Page 114

1  A  It's a contributing -- I think, I don't know, it's
2     self-evident. It's a significant contributing
3     factor, substantial. It's not small.
4  Q  Is that a medical definition or a legal
5     definition?
6  A  I think it's legal.
7  Q  What besides, in your opinion, doctor, what
8     besides Neurontin caused or contributed to cause
9     Mr. Shearer's suicide?
10        MR. FROMSON: Objection as to form.
11 A  Well, in my differential, I have a number of
12    things that I say increased his risk, like
13    depression and anxiety, but were not substantial
14    factors, and I explicate why I judged them that
15    way.
16        I have a couple of other things like his
17    underlying personality, and his attention deficit
18    disorder which I take a little bit different
19    position on, that they may have increased his
20    risk, but were not substantial contributing
21    factors.
22        I have a, I have some things like psychotic
23    disorders or his compulsive traits that I say
24    didn't contribute at all, either because he didn't
25    have them or they just weren't significant enough.

Page 115

1         I have his stroke and his hemiparesis as
2     increasing his risk, but not being a substantial
3     factor.
4         I have the three medical events in October
5     2000 increasing his risk, or may have increased
6     his risk, but not substantial contributing
7     factors. I rule out marital problems, financial
8     strain, alcoholism, substance abuse, and then I
9     say that Neurontin was a substantial contributing
10    factor, and that some of his other medications may
11    have increased his risk and may have been
12    substantial contributing factors, but are less
13    clear.
14 Q  Why are they less clear?
15 A  For the reasons that I articulate, that the, in
16    this particular case, the Neurontin, with the fact
17    pattern that we have, the metanalysis was
18    statistically significant finding, biological
19    plausibility, the signals, the adverse event
20    reports, ranks higher than, for example, the
21    Prozac, the trazodone, or whatever benzodiazepine
22    he was on at the particular time.
23 Q  In your opinion, it ranks higher, but in reality,
24    some of these other medications have stronger
25    warnings about depression and suicidality, don't

Page 116

1     they?
2         MR. FROMSON: Objection as to form.
3  A  You'd have to show me something specific you were
4     referring to.
5  Q  What's the basis of your statement on page 32 of
6     your report that Neurontin changes serotonin
7     levels in the brain?
8  A  There is a -- do you have the loose stuff that was
9     in my binders? I think some of it's on the table
10    now? There is something that's marked Exhibits.
11    I think the first page says Exhibit A.
12        MR. FROMSON: Thank you.
13 A  Thank you.
14        MR. OHLEMEYER: Thanks, Lisa.
15 A  So there are a number of published reports and
16    internal Pfizer documents, and the one that I
17    would most bring to your attention in response to
18    that question is this Pfizer promotional piece.
19    It's in a group of Exhibits that were among the
20    loose documents that I brought that are not in the
21    binders, in which Pfizer says that "Neurontin
22    binds to a subunit of the calcium channel, and
23    promotes release of GABA, and inhibits release of
24    excitatory neurotransmitters," which would include
25    the biogenic amines, which would include

Page 117

1     serotonin.
2  Q  What's the date of that document?
3  A  I'm not sure there's a date on it. Oh, it's
4     marked as Exhibit F in the group.
5  Q  Do you know where it came from?
6         MR. FROMSON: I can represent counsel
7     provided internal records from Pfizer that were
8     provided during the pendency of the litigation.
9     This would be a Bates numbered document in
10    another, or found in the data that was given to us
11    by Pfizer. It's not public. This particular
12    document, Bill.
13 Q  The reason I ask, doctor, is I'm kind of curious.
14    I thought you told earlier you hadn't reviewed
15    internal company documents.
16        MR. FROMSON: No, that would misstate his
17    testimony. If you're referring to the Shearer
18    case, that's, that would arguably be true, but as
19    you know, your predecessor law firm would know,
20    that during, prior to the Frye hearings in New
21    York, he provided an affidavit in support of
22    plaintiff's general causation experts, and so that
23    affidavit would demonstrate that he had reviewed
24    certain things, and reviewed the methodology of
25    the experts. That has no bearing on his expert