# EXHIBIT E

Page 1

```
 1              U.S. DISTRICT COURT OF MASSACHUSETTS
 2                    * * * * * * * *
 3       IN RE: NEURONTIN MARKETING SALES, PRACTICES AND
 4                       PRODUCTS LIABILITY
 5                    * * * * * * * *
 6                              *
 7     SHEARER,                 *   Docket No.
 8         Plaintiff            *   1629
 9         vs.                  *   Master File No.
10     PFIZER, INC.,            *   04-10981
11         Defendant            *
12                              *
13                    * * * * * * * *
14                         DEPOSITION OF
15                  STEFAN P. KRUSZEWSKI, M.D.
16                      January 14, 2010
17
18
19
20
21
22
23
24
25     Job No. 234312
```

Page 2

```
 1            DEPOSITION
 2               OF
 3   STEFAN P. KRUSZEWSKI, M.D., taken on behalf of the
 4   Defendant, Pfizer, Inc., herein, pursuant to the
 5   Rules of Civil Procedure, taken before me, the
 6   undersigned, Sarah Wendorf, a Court Reporter and
 7   Notary Public in and for the Commonwealth of
 8   Pennsylvania, at the Hilton - Harrisburg, 1 North
 9   2nd Street, Harrisburg, Pennsylvania, on Thursday,
10   January 14, 2010, beginning at 10:11 a.m.
```

Page 4

```
 1                    I N D E X
 2
 3   DISCUSSION AMONG PARTIES                  7 - 8
 4   WITNESS: STEFAN P. KRUSZEWSKI, M.D.
 5   EXAMINATION
 6       By Attorney Ohlemeyer             8 - 148
 7   EXAMINATION
 8       By Attorney Fromson             148 - 152
 9   RE-EXAMINATION
10       By Attorney Ohlemeyer           152 - 153
11   RE-EXAMINATION
12       By Attorney Fromson                  153
13   RE-EXAMINATION
14       By Attorney Ohlemeyer           154 - 155
15   CERTIFICATE                              156
```

Page 3

```
 1             A P P E A R A N C E S
 2
 3   KENNETH B. FROMSON, ESQUIRE
 4   Finkelstein & Partners, LLP
 5   785 Broadway, 3rd Floor
 6   Kingston, NY  12401
 7      COUNSEL FOR PLAINTIFF
 8
 9   WILLIAM S. OHLEMEYER, ESQUIRE
10   Boies, Schiller & Flexner, LLP
11   333 Main Street
12   Armonk, NY  10504
13      COUNSEL FOR DEFENDANT
14
15   RICHARD BARNES, ESQUIRE
16   Goodell, DeVries, Leech & Dann, LLP
17   1 South Street
18   Baltimore, MD  21202
19      COUNSEL FOR DEFENDANT
```

Page 5

```
 1              EXHIBIT PAGE
 2                         PAGE
 3   NUMBER  DESCRIPTION               IDENTIFIED
 4   One     Dr. Kruszewski's Invoice        43
 5   Two     Dr. Kruszewski's Map           129
 6   Three   Dr. Kruszewski's CV            129
```

2 (Pages 2 to 5)

Page 110

1  Just note my objection as to form. You
2  mean retrospectively, of course.
3       ATTORNEY OHLEMEYER:
4       Agreed.
5  A. Just repeat the question.
6       ATTORNEY OHLEMEYER:
7       Can you read that one back for me?
8  PREVIOUS QUESTION READ BACK
9  A. I think the prescription of Prozac was a
10 reasonable choice for someone like Mr. Shearer.
11 BY ATTORNEY OHLEMEYER:
12 Q. How do you rule out Prozac as a cause or
13 contributing cause of Mr. Shearer's suicide?
14      ATTORNEY FROMSON:
15      Objection as to form. Lack of
16 foundation.
17 A. Mr. Shearer, as you had actually stated
18 previously, had been on and off Prozac previously,
19 and there is no reflection in the medical records
20 that I'm aware of that he was having specific adverse
21 events other than those related to impotence when he
22 was taking Prozac.
23 BY ATTORNEY OHLEMEYER:
24 Q. What's the evidence of adverse events Mr.
25 Shearer was having relating to Neurontin?

Page 111

1       ATTORNEY FROMSON:
2       Objection. Asked and answered.
3  BY ATTORNEY OHLEMEYER:
4  Q. Let me rephrase the question. In a man who's
5  taking a variety of prescription medications, who
6  demonstrates adverse events, how do you determine
7  which ones, if any, you can ascribe them to?
8       ATTORNEY FROMSON:
9       Objection as to form.
10 A. I believe that is part of the, you know art, and
11 science as well as it is in this case, which is
12 examining the medicines that a person was likely
13 taking and which ones had a history or not of
14 associated suicidality, and where they affected mood
15 and behavior or not in other populations. So
16 basically it's a --- when I did my retrospective
17 analysis and determined within a reasonable degree of
18 medical psychiatric certainty that Neurontin was a
19 contributing and a substantial factor in Mr.
20 Shearer's suicide, I obviously had to consider to the
21 best of my ability all of those medications that I
22 previously referred to. The Digoxin doesn't have a
23 warning about suicidality. Ritalin doesn't have a
24 warning about suicidality. Provigil doesn't have a
25 warning about suicidality. Prozac does have a

Page 112

1  warning about suicidality, and obviously I had
2  mentioned that in my report because it appears that
3  he ran out of Prozac in approximately five or six
4  days before he suicided, and anyway the --- all the
5  other drugs that had been mentioned, Viagra and
6  testosterone don't have warnings associated with them
7  about suicidality, so in all of the factors that were
8  considered, that's part of the retrospective
9  analysis.
10 BY ATTORNEY OHLEMEYER:
11 Q. So as I understand, you ruled Prozac out because
12 you believe his prescription had run out five days
13 prior to his suicide?
14      ATTORNEY FROMSON:
15      Objection as to form.
16 A. Yeah, I don't think I ruled it out. I mean,
17 Prozac withdrawal, for example, may have been a
18 contributing factor to Mr. Shearer's suicide. It
19 would not change my opinion, however, that Neurontin
20 was a substantial and contributing factor to his
21 suicide.
22 BY ATTORNEY OHLEMEYER:
23 Q. Was Mr. Shearer in Prozac withdrawal that time
24 of his death?
25 A. All we know is that he would have run out of

Page 113

1  medication based upon the quantitative analysis.
2  Q. That's a different question. Was he in Prozac
3  withdrawal at it time of his death?
4  A. Again, I don't know. I believe that he may have
5  run out of Prozac, and obviously if he ran out of
6  Prozac, the serotonin levels that would have been
7  increased due to his taking a serotonin retake
8  inhibitor would have fallen, and in my opinion would
9  have fallen even more because he was taking something
10 that decreased his serotonin levels.
11 Q. Well, aside from the fact that Mr. Shearer's
12 prescription may have run out prior to the suicide,
13 is there any other fact that you can point to me to
14 support your conclusion that Mr. Shearer was in
15 Prozac withdrawal at the time of his suicide?
16      ATTORNEY FROMSON:
17      Objection as to form. Misstates the
18 testimony.
19 A. No.
20 BY ATTORNEY OHLEMEYER:
21 Q. Now, even if Mr. Shearer had run out of Prozac
22 five days before his suicide, are you --- are you ---
23 strike that.
24      If we assume Mr. Shearer had run out of Prozac
25 five days before his suicide ---?