# EXHIBIT F

Stefan P. Kruszewski, MD
133 Linglestown Road
Harrisburg, Pennsylvania 17110
30 November 2009


Kenneth B. Fromson, Esq.
Finkelstein & Partners, LLP
1279 Rte. 300, P.O. Box 1111
Newburgh, NY 12551

Re: UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION NO. 07 CA 11428 (PBS)
OCTOBER 29, 2009
----------------------------------------
LINDA B. SHEARER,
Plaintiff
-vs-
PFIZER, INC. & WARNER-LAMBERT, COMPANY,
LLC

Defendant


Dear Mr. Fromson:

The following report represents my conclusions in the case of Linda B. Shearer vs. Pfizer, Inc. The issues are elaborated by me beginning on page 5 of this report.   I offer my conclusions in this case to you with a reasonable degree of medical and psychiatric certainty.

### Introductory Personal Information to Support Expert Findings

 To prepare this report, I relied on my personal academic and clinical expertise, briefly described in the following 3 pages. Below, I attempt to highlight those areas that are specific to my expertise in this case, permitting me as a board certified psychiatrist and addictionologist to review, analyze and form the basis of my conclusions.

I have 31 years of clinical practice experience (including internship and residency) in which I have treated several thousand patients with a wide variety of psychiatric and neuropsychiatric conditions. I have prescribed numerous neuropsychiatric drugs for multiple indications as well as having witnessed the side-effects of prescribed and illicit drugs that may predispose an

1 | P a g e

interventions. Likewise, he had mechanical and interpersonal assists and support, via his caretaker, his son and his wife, which permitted him to continue to be mobile and to teach.

To explain the precipitants to his suicide, the period from Mr. Shearer's 1999 embolic stroke to his 2002 suicide is of obvious general and heightened interest to me. Moreover, the circumstances in the thirty day period prior to his death represent a period of escalating focus, culminating in the circumstances, medical conditions and mood changes in the hours and minutes when he made the impulsive decision to shoot himself in the head.

Immediately before his suicide, a number of events happened. His wife Linda left for a brief trip to Hawaii. On the day of his suicide, Mr. Shearer and his wife argued on the telephone, according to Sean Wheeler. At the same time and according to his pharmaceutical records, he appeared to have 'run out' of fluoxetine(he last filled his prescription for fluoxetine on 1.26.02 in what would have been a seven day supply, leaving him approximately five days without this medicine at the time of his suicide) several days before his suicide. However, he continued to take his Neurontin. One of the last prescriptions that he filled during his lifetime was for Neurontin, a count of #180, 100mg doses, prescribed for a total daily dose of 600mgs.

Therefore, at the time of his suicide, Mr. Shearer was pharmaceutically challenged by several circumstances: His emotional state may have been upset by what might have been the absence of fluoxetine. However, regardless of whether or not fluoxetine was available to him in the days immediately before his death, he continued to take gabapentin. This was especially problematic from a risk-benefit standpoint, as the risks to him outweighed the benefits. That drug was medically ineffective for him (see footnotes 1, 2), may have been inappropriate because of his post-stroke condition (footnote 3) and was capable of severe downward mood change. Already stressed by situational factors, the continuation of Neurontin and its depressogenic effect resulted in hopelessness and an irrational desperation (inferred in his suicide note, below), powerlessness, and the impulsive act to kill himself.

**Footnotes:**

Footnote 1:

| | | |
|---|---|---|
| **Shearer, Hartley P.**<br>07/10/2001 | **Daniel M Sullivan, MD** | **N72208** |

**Telephone Call:**
Mr. Shearer is aware that his free testosterone level is 9.2. It is on the lower end of normal. He does not want to go back on testosterone. He also plans a holiday from Neurontin. He is not sure if its effectiveness. It was being used for nerve issues in his feet. It was prescribed by Dr. Keith Edwards.

Mr. Shearer will call us if he has any further questions.
DMS:JT 07/10/2001:07/16/2001

11 | P a g e

5. Biological Gradient: Neurontin's effects can be dose-dependent.  Higher doses can cause, among other problems and benefits, more somnolence, more restlessness, more delirium and more mood changes.
6. Biological Plausibility. As described in Item 2 above, Neurontin's neurobiochemical mechanism of action alters GABAergic, alpha-2-delta and glutaminergic functionality that decreases serotonin function causing significant mood changes.
7. Biological Coherence. What is known about Neurontin's mechanism of action and mechanism of production of adverse effects and suicide potential is entirely consistent with the scientific research that explains the causative relationship between GABAergic drugs, anti-glutaminergic drugs and mood changes/suicidal behaviors.
8. Experimental evidence. No randomized placebo-controlled trial has ever been conducted with suicide as an endpoint. However,  the indirect evidence, including the accumulation of adverse event reports, and the evidence reviewed by the US FDA,  supports a causative relationship between Neurontin and suicide in  susceptible individuals.
9. Analogy: Neurontin is similar to other drugs, like pregabalin, topiramate and tiagabine (Gabitril), and Vigabatrin. All of these drugs have similar mechanism of action and all of them have demonstrated increased risk for suicide.

### Mr. Shearer's Suicide Autopsy:  The Differential Diagnosis of Risk Factors for, and Protective Factors against, Suicide

Mr. Shearer's Risk Factors for Suicide

1. He was male.
2. He had an apparent argument with his wife on the telephone shortly before he suicided.
3. He owned a gun.
4. He was under employed.
5. He had been mobility challenged for over three years as a result of a right-sided CVA with left hemiplegia (since 1999.)
6. Prior to his suicide, he had been successfully treated for depression [with antidepressant medication, including fluoxetine, olanzapine] and psychotherapy(February 18, 2000-August 2nd, 2001)
7. His fluoxetine may have run out shortly before he suicided
8. He was taking gabapentin, the last prescription that he filled prior to his suicide.
9. He had chronic medical problems(AF, back pain, impotence, cardiovascular problems) and was taking numerous medicines in the years before he suicided

Mr. Shearer's Protective Factors against Suicide

1. He was in a stable marriage for 35 years.
2. He was under the age of 65.
3. He had an advanced degree education.
4. He had had previous domestic issues with his wife which did not result in his act of self-harm.

**14** | P a g e