# EXHIBIT G

# PROFESSIONAL PSYCHIATRIC ASSOCIATES
ONE WASHINGTON STREET, SUITE 304
WELLESLEY HILLS, MASSACHUSETTS 02481-1706
TEL (781) 239-0071
FAX (781) 235-6390

Douglas G. Jacobs, M.D.
E-mail: drj@djacobsmd.com

January 22, 2010

Mr. William Ohlemeyer
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

*Re: Shearer v. Pfizer*

Dear Mr. Ohlemeyer,

At your request, I have reviewed the following information in the above named case (see *Attachment A*).

**SUMMARY OF OPINIONS**

1. There is no reliable scientific evidence that Neurontin causes or contributes to suicidal thinking and behavior. The FDA Alert and the Advisory Committee proceedings do not change my opinion that Neurontin is safe and effective as labeled and that Neurontin does not increase the risk of suicidal thinking and behavior. In fact, the FDA's meta-analysis as it relates to Neurontin data demonstrates that there is no statistically significant increased risk of suicidality with Neurontin.

In terms of financial issues, there is evidence in the records that Hartley Shearer was stressed that he was not a financial success. In fact, records indicate that he never earned more than $11,000 in any given year.

Dr. Glenmullen also has several basic inconsistencies in his report. For example, when discussing Hartley Shearer's underlying depression, Dr. Glenmullen states that Mr. Shearer was never diagnosed with more than mild or moderate depression, yet claims that once prescribed Neurontin that "Hartley experienced classic mood and behavioral changes, leading up to his death and worsening depression." Dr. Catapano-Friedman never diagnosed Hartley Shearer with more than moderate depression, even after being prescribed Neurontin.

Mr. Shearer consulted Dr. Catapano-Friedman in February of 2000. The primary issue was his anger at Linda. It was this anger at Linda that is reflected in the suicide note. This anger existed before Neurontin. Furthermore, Dr. Catapano-Friedman did not notice any increase in depression subsequent to October 2000. It was only after the domestic incident that Hartley Shearer agreed to take Zyprexa for his anger. This intervention was first proposed by Dr. Catapano-Friedman at the initial visit (pre-Neurontin). No one noticed mood or behavioral changes in Hartley Shearer post-Neurontin – not his wife Linda Shearer, not his caretaker Sean Wheeler, not his son Ivor Shearer. The FDA alert is not about mood or behavioral changes. The meta-analysis did not find any statistically significant increase in mood or behavioral changes on Neurontin.

Dr. Glenmullen makes a reference to the Adverse Event Reports as a basis for causation. It is understood in the field that Adverse Event Reports are not to be used to demonstrate causation. Moreover, the Adverse Event Reports of suicide while taking Neurontin are fewer than what would be expected for the population of patients with conditions treated by Neurontin.

There is a section of Dr. Glenmullen's report which discusses the interaction between Neurontin and Prozac (fluoxetine). There is no scientific study to support that the interaction of Neurontin and Prozac "or lack of Prozac" leads to increased suicide.

23

In addition, both Dr. Glenmullen and Dr. Kruszewski hypothesized that Hartley Shearer was in Prozac withdrawal. However, in Dr. Glenmullen's report, he indicates that Mr. Shearer would have run out of Prozac at most 6 days prior to his suicide. Given the long half-life of Prozac, there is no scientific evidence to support the claim that Mr. Shearer would have been in Prozac withdrawal. Furthermore, there are no observations from either the son or the caretaker that Hartley Shearer was demonstrating any signs of withdrawal. There is no study that indicates SSRI withdrawal leads to suicide. The claim that "he would have been in Prozac withdrawal with fluctuating serotonin levels that would have been altered by Neurontin's effect on changing serotonin levels in the brain" is totally unfounded and without any scientific support. Both Dr. Glenmullen and Dr. Kruszewski seem to be implying that it was the dose change of Prozac that led to Neurontin-induced suicidality. There is no scientific merit to the assertion that Neurontin's adverse interaction with Prozac was responsible for the specific timing of Hartley's death.

As with Dr. Kruszewski, the protective factors listed by Dr. Glenmullen for Hartley Shearer are not supported by the evidence in the case. Hartley Shearer never had any treatment for substance use disorder, and Hartley Shearer was not involved in any mental health care treatment at the time of his suicide. Although Hartley Shearer may have had easy access to clinical intervention, he chose not to continue his mental health treatment. Asserting that he had strong connections to family and community support are erroneous. In fact, it was the stressful familial relationship that was the precipitant to his suicide. Furthermore, his community support was through his physical activities, particularly his role as a volunteer hockey coach. These activities had stopped at least 3 years prior to his suicide, subsequent to his stroke. There is no evidence that students and/or faculty from the college were a support to Hartley Shearer at the time of his suicide. There is no evidence that Hartley Shearer's cultural or religious beliefs were protective for him.

I strongly disagree with Dr. Glenmullen's conclusions. First, Hartley Shearer's recovery from his stroke had reached a plateau. His primary care physician/internist, Dr. Sullivan, had written a letter in October, 2000 (again pre-Neurontin) supporting an application for disability, indicating