UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Shearer v. Pfizer Inc., et al.*<br>Case No. 1:07-cv-11428-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE ANY EVIDENCE, TESTIMONY, MENTION, REFERENCES OR INFERENCES REGARDING THE SUICIDE OF PLAINTIFF'S DECEDENT HARTLEY SHEARER'S STEPFATHER, CLIFFORD ROBERTS**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of excerpts from the report of Douglas G. Jacobs, M.D., dated January 22, 2010.

3. Attached as Exhibit B is a true and correct copy of excerpts from the deposition of Douglas G. Jacobs, M.D., on February 9, 2010.

4. Attached as Exhibit C is a true and correct copy of excerpts from the report of Joseph Glenmullen, M.D., dated November 30, 2009.

Signed under the penalties of perjury this 8th day of March 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 8, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo