# EXHIBIT A

## PROFESSIONAL PSYCHIATRIC ASSOCIATES
ONE WASHINGTON STREET, SUITE 304
WELLESLEY HILLS, MASSACHUSETTS 02481-1706
TEL (781) 239-0071
FAX (781) 235-6390

Douglas G. Jacobs, M.D.
E-mail: drj@djacobsmd.com

January 22, 2010

Mr. William Ohlemeyer
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

Re:  *Shearer v. Pfizer*

Dear Mr. Ohlemeyer,

At your request, I have reviewed the following information in the above named case (see *Attachment A*).

**SUMMARY OF OPINIONS**

1. There is no reliable scientific evidence that Neurontin causes or contributes to suicidal thinking and behavior. The FDA Alert and the Advisory Committee proceedings do not change my opinion that Neurontin is safe and effective as labeled and that Neurontin does not increase the risk of suicidal thinking and behavior. In fact, the FDA's meta-analysis as it relates to Neurontin data demonstrates that there is no statistically significant increased risk of suicidality with Neurontin.

commendation from the Massachusetts House of Representatives for my work in establishing National Depression Screening Day.

I have been asked by clinicians, hospitals, and school systems to consult when there is a suicidal crisis or in the aftermath of a suicide. The American Psychiatric Association regularly refers media representatives to me when they request information, comment, and analysis about suicide and other mental health topics.

In the area of legal matters involving psychiatric disorders, suicide, or homicide, I have been qualified by a number of courts as an expert in the specialty of psychiatry, specifically in the field of suicide and the medical treatment of psychiatric disorders and symptoms. I have testified in both civil and criminal court proceedings and have reviewed cases on behalf of both plaintiffs and defendants. I have also testified before Congress and the FDA on the subject of suicide, including principles of causation and the relationship to pharmaceuticals.

In terms of fees, I charge $600.00 per hour for record review.

**BACKGROUND OF SUICIDE**

"Suicide represents a major national and international public health problem with over 30,000 suicide deaths in the United States and 1 million deaths worldwide each year and every year. The estimated cost to this nation in lost income alone is 11.8 billion dollars per year" (Reference 1). Suicide is the 11th leading cause of death within the general population (Reference 2), and represents approximately 1.4% of all deaths on an annual basis (Reference 3). Internationally, there are 1 million suicide deaths every year (Reference 3).

Suicide is a multi-factorial event with a variety of conditions and stressors contributing to its outcome. The majority of persons who commit suicide have known risk factors for suicide (Reference 4). Recognized risk factors for adult suicide include having psychiatric and medical conditions which make every day life more difficult (e.g. affective illness, alcohol/substance use, functional impairment, chronic pain), and psychosocial stressors including marital and financial difficulties (References 5, 6). In general, the more risk factors an individual has, the higher his

5

or her risk of suicide. Moreover, certain risk factors may act in a synergistic fashion that increases the risk beyond simply adding the factors. "For example, the combined risk associated with comorbid depression and physical illness may be greater than the sum of the risk associated with each in isolation" (Reference 6).

Certain psychiatric illnesses are associated with an increased risk for suicide. Depression, for example, has been associated with an increased risk of suicide ranging from 12 to 20 times the general population (Reference 6). Pain syndromes have been identified as an independent risk factor, increasing risk for suicide from 2 to 3 times more than baseline (References 7, 9). Persons with functional limitations due to physical illness are known to have an increased risk of suicide (Reference 8). Persons with stroke are at increased risk for developing depression and suicidal plans (References 10, 11).

**SUICIDE IN THE MIDDLE AGED WHITE MALE**

Since 1999, the suicide rate among middle aged males has steadily increased. Each year, from 1999 to 2005, the suicide rate among middle aged males has progressively increased by 2.7 percentage points (Reference 12). In fact, in 2002, males aged 45-64 accounted for 32% of the suicides among white males (Reference 2). In 2002, suicide was the 6th leading cause of death in white males age 45-64, whereas it was the 11th leading cause of death in the general population (Reference 2).

**FDA ALERT AND ANALYSES BY DR. GIBBONS**

On January 31, 2008, the FDA issued an alert on suicidality and anti-epileptic drugs: "In the FDAs analysis patients receiving anti-epileptic drugs had approximately twice the risk of suicidal behavior or ideation (0.43%) compared to patients receiving placebo (0.22%) ... the results were generally consistent among the 11 drugs." First, it is important to point out that the FDA has not determined that there is a causal mechanism between these anti-epileptic drugs and suicidal behavior or ideation, only that there is evidence of an association. Importantly, no association has been found with completed suicide.