# EXHIBIT C

JOSEPH GLENMULLEN, MD
1770 Massachusetts Avenue, No. 263
Cambridge, MA  02140

November 30, 2009

Mr. Ken Fromson
Finkelstein & Partners
1279 Route 300, P.O. Box 1111
Newburgh, NY 12551

Dear Mr. Fromson:

This report details my expert opinion on the tragic suicide of fifty-seven-year-old Hartley Shearer on February 7, 2002. It is my opinion based on a reasonable degree of medical certainty and based on my education, training, and clinical experience that Neurontin was a substantial contributing factor in causing Hartley's death. Hartley suffered a stroke and left hemiparesis in January 1999. Hartley showed tremendous strength of character adjusting to life with the hemiparesis. In the spring and summer of 2000, Hartley's progress recovering from the stroke plateaued. Again, he made a good adjustment and continued to make every effort to improve his life. Hartley was a part-time professor at Williams College who was working towards teaching in the classroom again. In October 2000, Hartley was prescribed Neurontin for severe back pain. Unfortunately, on Neurontin, Hartley developed classic side effects linked to Neurontin-induced suicidality, including worsening depression, and mood and behavioral changes. On February 7, 2002 Hartley shot himself in the head. The FDA has since warned doctors and the public that Neurontin may be associated with mood and behavioral changes and may cause suicidality. Hartley left his grieving wife, Linda, his son, Ivor.

Qualifications

A graduate of Harvard Medical School, I am a Clinical Instructor in Psychiatry at Harvard Medical School, was a staff psychiatrist at the Harvard Law School Health Services for twenty years, and have a private practice in Harvard Square. I am Board Certified in Psychiatry by the American Board of Psychiatry and Neurology. I am the author of two books on the side effects of antidepressants: *Prozac Backlash: Overcoming the Dangers of Prozac, Zoloft, Paxil, and Other Antidepressants with Safe, Effective Alternatives* published in 2000 by Simon &

1

Linda Shearer (ex. 4 – Dr. Catapano-Friedman..................................................7
Linda Shearer (ex. 5 – Hart's Pharmacy).............................................................8
Linda Shearer (ex. 6 – Williamstown Police Investigation)...............................9
Linda Shearer (ex.7 - Plaintiffs' Response to Defendants' Interrogatories)..........10
Williams College......................................................................................................11
Massachusetts State Police....................................................................................12
Autopsy Report.......................................................................................................13
Deposition of Witness Michael Fagan (Defendant employee/sales rep) . . ..14
Notice of Deposition for Michael Fagan (ex 1) ..................................................15
Michael Fagan (ex 2 – sales call data)..................................................................16
Michael Fagan (ex 3 – sales call data) . . . ...........................................................17
Michael Fagan (ex 4 – sales call notes) . . . .........................................................18
Michael Fagan (ex. 5 – sales call notes) . . . ........................................................19
Michael Fagan( ex. 6 "Treating the Migraine Patient; In Internist's Perspective) 20
Michael Fagan (ex. 7 – Memorandum regarding marketing) ...............21
Michael Fagan (ex. 8 – Email with studies regarding Neurontin) ............22
Michael Fagan (ex. 9 – Pfizer Response to FDA Alert On Suicidality) ..........23
Dr. Keith Edwards (Neurological Consultants)..................... ..............24
North Adams Ambulance......................................................................................25
North Adams Regional Hospital . . . . . ..............................................................26
North Adams Regional Hospital (cont.) ..............................................................27
New York Times (Obituary).................................................................................28
Plaintiffs' Rule 26 Document Disclosures to Defendants (12/5/07)..................29


Expert Binder IV
Pltf's Rule 26 Document Disclosures (cont.).....................................................30
Pltf's Rule 26 Document Disclosures (cont.).....................................................31
Pltf's Rule 26 Document Disclosures (cont.).......................................................A
[BLANK]....................................................................................................................B
Plaintiffs' Supplemental Disclosure (8/5/09)......................................................C
Plaintiffs' Further Supplemental Disclosure (9/22/09).....................................D
Pltf's First Response to Defs' Request for Documents (12/7/07)......................E
Pltf's First Response to Defs' Interrogatories (12/7/07)....................................F
Brigham and Women's Hospital..........................................................................G
Pltfs' Supplemental Rule 26 Disclosures (2/19/08)...........................................H
Pltfs' Supplemental Rule 26 Disclosure (6/13/08)..............................................I
Pltfs' Supplemental Disclosure (cont.).................................................................J
Pltfs' Supplemental Disclosure (cont.)................................................................K
Pltfs' Supplemental Disclosure (cont.)................................................................L

warnings that they may make children, adolescents, and young adults suicidal. There are reports that antidepressants also make adults suicidal. Benzodiazepines like Valium have precautions that they may disinhibit suicidal urges. But, for Hartley's age group, the evidence that these other drugs make patients suicidal is not yet as strong as the evidence implicating Neurontin. An adverse interaction between Neurontin and Prozac in particular may have played a role in Hartley's death. Hartley last filled a prescription for just seven pills of Prozac on January 26, 2002. If Hartley took the Prozac as prescribed, he would have run out six days before his death. He would have been in Prozac withdrawal with fluctuating serotonin levels that would have been altered by Neurontin's effect on changing serotonin levels in the brain. The FDA warnings for antidepressant-induced suicidality warn that the highest risk is whenever the dose changes either up or down. Neurontin's adverse interaction with Prozac may therefore have been responsible for the particular timing of Hartley's death.

Protective Factors Versus Risk Factors for Suicide

Protective factors that reduce the likelihood of suicide have been identified.[22] And risk factors that increase the likelihood of suicide have been identified.[23] As seen in Table I, Hartley had six out of seven factors protecting him from suicide. And, as seen in Table 2, he had only three of seventeen risk factors for suicide. Thus, Hartley was strongly protected against suicide and at low risk before he was put on Neurontin.

Table 1: Hartley's Protective Factors for Suicide

| | | |
|---|---|---|
| 1. | Effective clinical care for mental, physical and substance use disorders | √ |
| 2. | Easy access to a variety of clinical interventions and support for helpseeking | √ |
| 3. | Restricted access to highly lethal means of suicide | |
| 4. | Strong connections to family and community support | √ |
| 5. | Support through ongoing medical and mental health care relationships | √ |
| 6. | Skills in problem solving, conflict resolution and nonviolent handling of disputes | √ |
| 7. | Cultural and religious beliefs that discouraged suicide and support self preservation | √ |

Table 2: Hartley's Risk Factors for Suicide

| 1. | Mental disorders, particularly mood disorders, schizophrenia, anxiety disorders and certain personality disorders | √ |
|---|---|---|
| 2. | Alcohol and other substance use disorders | |
| 3. | Hopelessness | |
| 4. | Impulsive and/or aggressive tendencies | |
| 5. | History of trauma or abuse | |
| 6. | Some major physical illnesses | √ |
| 7. | Previous suicide attempt | |
| 8. | Family history of suicide | |
| 9. | Job or financial loss | |
| 10. | Relational or social loss | |
| 11. | Easy access to lethal means | √ |
| 12. | Local clusters of suicide that have a contagious influence | |
| 13. | Lack of social support and sense of isolation | |
| 14. | Stigma associated with help-seeking behavior | |
| 15. | Barriers to accessing health care, especially mental health and substance abuse treatment | |
| 16. | Certain cultural and religious beliefs (for instance, the belief that suicide is a noble resolution of a personal dilemma) | |
| 17. | Exposure to, including through the media, and influence of others who have died by suicide. | |

Conclusions

In the fall of 2000, Hartley Shearer was a 56-year-old man making a good recovery from a stroke and left-sided hemiparesis. Unfortunately, in October 2000, Hartley was prescribed Neurontin for back pain. On Neurontin, Hartley developed worsening depression and mood and behavioral changes, which the FDA has since warned may be precursors to Neurontin-induced suicidality. Hartley Shearer had a long history of mild to moderate depression and anxiety that had never before made him suicidal. Hartley was just the kind of patient who should not have been given a drug that could make him suicidal.
But because of Pfizer's failure to warn, Hartley, his doctors, wife, and son did not know of Neurontin's risks. Since Hartley's death, the FDA has issued warning doctors and the public that Neurontin may make patients suicidal. Unfortunately, the warnings came too late for Hartley and his family.