UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x
In re: NEURONTIN MARKETING,                         :   MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS                        :   Master File No. 04-10981
LIABILITY LITIGATION                                :   Judge Patti B. Saris
------------------------------------x
THIS DOCUMENT RELATES TO:                           :
IRENE BARLOW                                        :   Magistrate Judge Leo T. Sorokin
                                                    :
                                                    :
                                                    :
                                                    :
------------------------------------x

## AFFIDAVIT OF IRENE BARLOW

I, IRENE BARLOW, being duly sworn depose and state as follows:

1. My name is Irene Barlow. I am the Plaintiff in the above styled and numbered cause. I was born on August 28, 1949 and am 60 years of age.

2. I am a housewife. I have been a housewife most of my adult life. I have not been employed outside the home in over 20 years.

3. I am married to Fred Barlow. We have been married over 40 years. My husband retired in 2004 after 17 years with Continental Airlines as a First Officer. We have lived on his retirement since that date.

**Exhibit 2**

FURTHER AFFIANT SAYETH NAUGHT.

*Irene Barlow*
Irene Barlow

SUBSCRIBED AND SWORN TO before me on this the 5th day of March 2010, to certify which witness my hand and seal of office.

CAMERON HEARN SNIDER
Notary Public
STATE OF TEXAS
My Comm. Exp. 11-10-12

NOTARY PUBLIC, STATE OF TEXAS
My Commission Expires: 11/10/2012