UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ------------------------------------------------x | |
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| ------------------------------------------------x | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |
| ------------------------------------------------x | |

**DEFENDANTS' UNOPPOSED MOTION TO FILE OFFER OF PROOF UNDER SEAL**

Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully move for leave to file under seal the accompanying offer of proof and supporting declaration and exhibits, pursuant to this Court's January 21, 2010 Standing Procedural Order re: Sealing Court Documents.

The accompanying offer of proof addresses the personal use of prescription medication by one of Plaintiffs' expert witnesses. Defendants do not assert confidentiality with respect to the accompanying offer of proof or the facts discussed therein. However, Plaintiffs have asserted this expert witness's medical privacy in connection with the subject of the accompanying offer of proof. (*See* Joint Pre-Trial Memorandum [2500-2] at Section VI.2.) Accordingly, in an abundance of caution, Defendants request leave to file under seal the accompanying offer of proof and supporting declaration and exhibits. Plaintiffs do not oppose this request.

WHEREFORE, Defendants respectfully request that the Court grant their unopposed motion for leave to file under seal the accompanying offer of proof and supporting declaration and exhibits.

Dated: March 9, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Email: Mark.Cheffo@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:   /s/ Raoul D. Kennedy
      Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel: (415) 984-6400
Email: Raoul.Kennedy@skadden.com

WHEELER TRIGG O'DONNELL LLP

By:   /s/ James E. Hooper
      James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel: (303) 244-1800
Email: hooper@wtotrial.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

CERTIFICATE OF CONSULTATION

I hereby certify that counsel have conferred regarding the issue presented by this motion, and that Plaintiffs' counsel do not oppose this motion.

/s/ Mark S. Cheffo
Mark S. Cheffo

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 9, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo