EXHIBIT A



"Seaton, Angela (SHB)" &lt;ASEATON@shb.com&gt;
03/11/2008 02:37 PM

To  KennethFromson@lawampm.com
cc
bcc
Subject  Deposition Confirmation for Territory Representatives

History:  ✉ This message has been replied to.

March 11, 2008
Via Electronic Mail
Ken Fromson, Esq.
Finkelstein & Partners
436 Robinson Avenue
Newburgh, NY  12550

Dear Ken:

I am now able to confirm dates/times and general locations for eight of the nine Track One territory representatives for whom you have requested depositions. The only representative for whom I have been unable to confirm is Kenneth West, who is a former Pfizer employee. To the extent you wish to subpoena him in order to preserve your right to the deposition, please let me know which date you suggest.

| TERRITORY REPRESENTATIVE | CASE | DATE CUT OFF | EMPLOYMENT STATUS | FILES | DEPOSITION DATE/TIME/PLACE |
|---|---|---|---|---|---|
| Michael Fagan | Shearer | 2/7/02 | Current | Yes; produced 3/7 | 3/26 at 9am (Albany, NY) |
| Paresh Desai | Shearer | 2/7/02 | Former | No file | 3/22 at 1pm (Newark, NJ) |
| Michele Meagher | Bulger | 8/8/04 | Former | Yes; no relevant documents | 3/21 at 1pm (Nashville, TN) |
| Richard Schlect | Valentine and Woolum | 4/24/03 | Current | Yes; produced 3/7 | 3/27, 1 hour following deposition of Doreen Price (Sarasota, FL) (confirmed and noticed) |
| April Mosebrook | Valentine | 4/24/03 | Former | Yes; to be produced on 3/11 | 3/25 at 2pm (San Diego, CA) |
| Kenneth West | Woolum | 10/31/03 | Former | Yes; no relevant documents | Suggest subpoena for Week of 3/24 |
| Joel Sidney | Dixon | 4/26/00 | Current | Yes; produced 3/7 | 3/19 at 1pm (Pittsburgh, PA, Renaissance Marriott) |
| Jeffrey Banchand | Dixon | 4/26/00 | Former | No file | 3/27 at 1pm (Mooresville, NC) |
| Patrick Mulhern | Dixon | 4/26/00 | Former | No file | 3/20 at 1pm (Pittsburgh, PA, Renaissance Marriott) |

Regarding depositions, as we discussed, we will go ahead and make arrangements to hold the depositions in conference rooms that have conference call capability. As soon as we have confirmed a location, we will send that information to you so that you may notice the deposition and retain the court reporter. .

Please let me know if you have questions or concerns.

Sincerely,
Angela M. Seaton

AMS:trp

Mail Gate made the following annotations on Tue Mar 11 2008 13:38:01 CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

This Email has been scanned for all viruses by PAETEC Email Scanning Services, utilizing MessageLabs proprietary SkyScan infrastructure. For more information on a proactive anti-virus service working around the clock, around the globe, visit http://www.paetec.com.

---



www.shb.com

**Angela M. Seaton**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.421.5547 Fax
aseaton@shb.com

March 11, 2008

VIA ELECTRONIC MAIL

Ken Fromson, Esq.
Finkelstein & Partners
436 Robinson Avenue
Newburgh, NY 12550

Dear Ken:

I am now able to confirm dates/times and general locations for all of the Track One territory representatives for whom you have requested depositions. The only representative for whom I have been unable to confirm is Kenneth West, who is a representative and former Pfizer employee. To the extent you wish to subpoena him in order to preserve your right to the deposition, please let me know which date you suggest.

| TERRITORY REPRESENTATIVE | CASE | DATE CUT OFF | EMPLOYMENT STATUS | FILES | DEPOSITION DATE/TIME/ PLACE |
|---|---|---|---|---|---|
| Michael Fagan | Shearer | 2/7/02 | Current | Yes; produced 3/7 | 3/26 at 9am (Albany, NY) |
| Paresh Desai | Shearer | 2/7/02 | Former | No file | 3/22 at 1pm (Newark, NJ) |
| Michele Meagher | Bulger | 8/8/04 | Former | Yes; no relevant documents | 3/21 at 1pm (Nashville, TN) |
| Richard Schlect | Valentine and Woolum | 4/24/03 | Current | Yes; produced 3/7 | 3/27, 1 hour following deposition of Doreen Price (Sarasota, FL) (confirmed and noticed) |
| April Mosebrook | Valentine | 4/24/03 | Former | Yes; to be produced on 3/11 | 3/25 at 2pm (San Diego, CA) |
| Kenneth West | Woolum | 10/31/03 | Former | Yes; no relevant documents | Suggest subpoena for Week of 3/24 |
| Joel Sidney | Dixon | 4/26/00 | Current | Yes; produced 3/7 | 3/19 at 1pm (Pittsburgh, PA, Renaissance Marriott) |
| Jeffrey Banchand | Dixon | 4/26/00 | Former | No file | 3/27 at 1pm |

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2858141v1



www.shb.com

Ken Fromson
March 10, 2008
Page 2

| | | | | | (Mooresville, NC) |
|---|---|---|---|---|---|
| Patrick Mulhern | Dixon | 4/26/00 | Former | No file | 3/20 at 1pm (Pittsburgh, PA, Renaissance Marriott) |

Regarding depositions, as we discussed, we will go ahead and make arrangements to hold the depositions in conference rooms that have conference call capability. As soon as we have confirmed a location, we will send that information to you so that you may notice the deposition and retain the court reporter. .

Please let me know if you have questions or concerns.

Sincerely,


Angela M. Seaton


AMS:trp

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2858141v1