# EXHIBIT 2

# Fax Cover Sheet

| | | | |
|---|---|---|---|
| **DATE:** | October 5, 1995 | **TIME:** | 3:58 PM |
| **TO:** | Beth Attias-Yon | **PHONE:**<br>**FAX:** | |
| **FROM:** | LeeAnne Fogleman<br>Parke-Davis | **PHONE:**<br>**FAX:** | 910-692-4025<br>910-692-4025 |
| **RE:** | Dr. Marcotte - Bi-polar Conference Call | | |

**Number of pages including cover sheet: 3**

**Message**

Beth,

This is the outline I am working on with Dr. Marcotte. I am going to meet with him next week to go over the information. Please let me know if you have any suggestions or if you would like to make any changes.

Also, since you will be on the call, do you want to make any opening comments?

I will plan to be with Dr. Marcotte during the call any case any questions or problems arise. I will call Rita later this week to get the specifics regarding the 800 number, etc.

Also, is Dr. Marcotte going to be paid any honorarium for these calls? Let me know how much so that I can discuss that with him.

Thanks for all your help in getting this project going. I think Dr. Marcotte is going to be a very valuable resource for the SE CBU.

Call if you have any questions.

0002193

WLC_FRANKLIN_0000199997

LEE VAUGHN- S. PINES   1 910 692 4825        P.02

## Conference Call Outline 

**Introduction**
- name, specialty, location
- Purpose of call - to answer growing number of questions regarding *off label* use of Neurontin in bi-polar patients

*Statement regarding the approved indication of Neurontin - adjunctive therapy for partial seizures with or without secondary generalization!*

**Background**
- How you became familiar with AED's in psychiatric patients
- Primary researcher in Depakote trials

**1st Neurontin Patient**
- What led you to try Neurontin in the first place

**Evolution:**
- How Neurontin evolved into a first line therapy option in your practice
- Number of bi-polar patients treated with Neurontin

**Success**
- Measures of success (end points)
- Case studies (1 to 2 patients)
- Elderly/Geriatric patients

**Dosing/Side Effect Management**
- Starting dose for most patients
- Maintenance dose for most patients
- Highest dose used
- Dose response info...
- Side effects encountered to date

*[handwritten notes:]*

someone needs to state what the indication is.
Tremendous intellect inexpensive.

1. Intro. myself
2. Purpose of call - call was set up to address a growing # of questions regarding the off label use of Neurontin in the tx. of bipolar depression.
3. Neur has an approved indication as adjunctive

0002194

WLC_FRANKLIN_0000199998

LEE VAUGHN- S. PINES      1 310 692 4825          r.01

**Fax Memo**

To:    Beth Attias-Yon

From: LeeAnne Fogleman

Re:    Conference Calls on Pain/Bi-Polar Disorder

Beth,

I went ahead and drew up an outline for the pain conference calls.  This is generic, but it may help the investigators know where to go and how to develop the call in the allotted time.  I believe that the majority of questions will be related to the dosing and side effect management related to using Neurontin.  Based on experience in my territory, with people who have spoken with Finkle/Mann, physicians are willing to try anything in this group of patients and are really looking for guidance on how to use Neurontin effectively.

Also, for you meeting on the 6th, I have some thoughts and ideas you may want to consider for different subspecialties –

1)    Do we have anyone (Mann or Longmeier???) who has enough data to conduct a conference call specific to diabetic neuropathy?  We could begin to pull in some of the endocrinologists, nephrologists, and internists who have large numbers of diabetic patients.  This could also help position us with this group of physicians during the Troglitazone launch.

2)    Do we have enough data on chronic daily headache and migraine to begin thinking about calls specific to this group of patients?  Do we have any headache specialists on our panel?  Are any of the neurologists who are already involved specifically interested in looking at headache patients?

0002195

WLC_FRANKLIN_0000199999

LEE VAUGHN- S. PINES        1 918 692 4025        P.01

# M E M O R A N D U M

**DATE:**   January 15, 1996
**TO:**     Les Slater

           Barbara Williams

           Beth Attias-Yon

           Rita Hardin

**FROM:**   LeeAnne Fogleman
**RE:**     Neurontin Conference Calls

I am copying you on a memo that will be going out in the weekly mail. This memo outlines the instructions for registering a physician for a teleconference as well as a copy of the scheduled conference calls through April.  The calls for January and February will follow a very general format, however in March we will begin a series of specialized and more focused calls dealing with specific types of pain syndromes - RSD, diabetic neuropathy, post laminectomy pain, etc.

**FYI**

- there were 21 physicians registered for the first conference call (1/9)

-there were 12 physicians who actually participated

-the registration is as follows for the remaining calls in January:

| # registered | date |
|---|---|
| 5 | 1/16 |
| 6 | 1/23 |
| 11 | 1/25 |
| 3 | 1/29 |

Please call me if you have any questions or comments.  Thanks!

0002196

WLC_FRANKLIN_0000200000

LEE VAUGHN- S. PINES      1 910 692 4925          P.03

Southeast          123 ........ Rd          Phone 910-692-4026
Customer           ........ Pines NC 28347   Fax  910-692-4026
Business Unit

 **PARKE-DAVIS**
People Who Care

LeeAnne Fogleman, M.H.A.
Manager of District

                              MEMO

        DATE:       January 10, 1996

        FROM:       LeeAnne Fogleman

        TO:         District TM Contacts/ ABM's

        SUBJECT:    Neurontin Teleconferences

Attached is a schedule of the Neurontin teleconferences for January, February,
March and April. There have been many requests for various conference call
times.   As you can see, we have incorporated calls at 1:00 p.m. and at 5:30
p.m., as well as calls on Wednesdays and Fridays.

Please also note there are two calls that are going to focus on specific types of
pain.  Should you have any physicians who have expressed a specific interest in
these types of chronic pain, please encourage them to register for the
appropriate call.  Other types of pain will be discussed at the end of the call,
however, the focus of the call will be on RSD or diabetic neuropathy as
indicated.

There will be a limit of 25 physicians per call, and they will need to register by
calling 1-800-252-1268 - ask for Tiffany or Carmen. Intercall will give a reminder
call to all physicians on the morning of the call.  In order to access the
conference call, please call 1-800-374 0155 approximately five minutes prior to
the scheduled call time.

Please encourage reps to bring lunch or at least attempt to be in the  office to
insure that the doctors call in at the appropriate time.  All calls will start on time
regardless of the number of physicians who are on line.

***Physicians will still need to fax in a statement requesting off label information.
This can be hand written, typed etc. - it can be on letterhead, a memo pad or a
prescription pad.  I just need some statement from the physician indicating that
he/she requested this information.  This should be done prior to the conference
call if at all possible.  Please fax to my attention at 910-692-4631.

Please feel free to call me if you have any questions  910-692-4025
Aspen 8539.

Division of Warner Lambert Company

                                        **0002197**

WLC_FRANKLIN_0000200001

## NEURONTIN CONFERENCE CALL SCHEDULE

| DATE | DOCTOR | TOPIC | TIME (Eastern Std Time) |
|---|---|---|---|
| 1/9/96 | Longmire | pain | 6:00 p.m. |
| 1/16/96 | Meyer | pain | 12:30 p.m. |
| 1/23/96 | Meyer | pain | 12:30 p.m. |
| 1/25/96 | Gelblum | pain | 12:30 p.m. |
| 1/29/96 | Marcotte | bi-polar | 12:00 noon |
| 2/6/96 | Longmire | pain | 6:00 p.m. |
| 2/7/96 | Meyer | pain | 12:30 p.m. |
| 2/13/96 | Jackson | pain | 12:30 p.m. |
| 2/15/96 | Gelblum | pain | 12:30 p.m. |
| 2/19/96 | Jackson | pain | 12:30 p.m. |
| 2/20/96 | Marcotte | bi-polar | 6:00 p.m. |
| 2/27/96 | Meyer | pain | 12:30 p.m. |
| 3/1/96 | Mellick | pain (RSD) | 1:00 p.m |
| 3/5/96 | Marcotte | bi-polar | 12:00 noon |
| 3/6/96 | Jackson | pain | 12:30 p.m. |
| 3/12/96 | McLean | pain | 1:00 p.m. |
| 3/14/96 | Gelblum | pain (diabetic) | 12:30 p.m. |
| 3/19/96 | Jackson | pain | 12:30 p.m. |
| 3/21/96 | Gelblum | pain | 12:30 p.m. |
| 3/26/96 | Longmire | pain | 5:30 p.m. |
| 3/28/96 | Gelblum | pain | 12:30 p.m. |

0002198

WLC_FRANKLIN_0000200002

LEE VAUGHN- S. PINES     1 910 692 4025        P.04

| 4/3/96 | Longmire | pain | 6:00 p m. |
|--------|----------|------|-----------|
| week of 4/8 | TBD | | |
| week of 4/15 | TBD | | |
| 4/23/96 | Longmire | pain | 6:00 p.m. |

0002199

WLC_FRANKLIN_0000200003

3

B, Tyler



## Conference Call Outline

### Introduction

- name, specialty, location
- Purpose of call - to answer growing number of questions regarding *off label* use of Neurontin in bi-polar patients

*Statement regarding the approved indication of Neurontin - adjunctive therapy for partial seizures with or without secondary generalization!*

### Background

- How you became familiar with AED's in psychiatric patients
- Primary researcher in Depakote trials

### 1st Neurontin Patient

- What led you to try Neurontin in the first place

### Evolution:

- How Neurontin evolved into a first line therapy option in your practice
- Number of bi-polar patients treated with Neurontin

### Success

- Measures of success (end points)
- Case studies (1 to 2 patients)
- Elderly/Geriatric patients

### Dosing/Side Effect Management

- Starting dose for most patients
- Maintenance dose for most patients
- Highest dose used
- Dose response info...
- Side effects encountered to date

0002200

WLC_FRANKLIN_0000200004

# MEMORANDUM

TO:          Leeanne Fogleman

FROM:        Rita Hardin

DATE: December 7, 1995

SUBJECT:     Neurontin Teleconferences

---

Leeanne,

Attached is the information regarding the Neurontin Pain Teleconferences which we discussed yesterday. The following information is included:

1.   A summary of all the teleconferences scheduled to date which shows the number of physicians who registered for each call, as well as the number of physicians who actually participated on each call.

2.   A list of all the physicians, with their names and addresses, who actually participated on each teleconference.

3.   A list of the Territory Managers who were selected to act as district representatives to assist in coordinating these teleconferences and passing the necessary information along to the other Territory Managers in their respective districts.

4.   A listing of the physicians who have acted as Leaders of these teleconferences.

These teleconferences have been set up and coordinated through Intercall. The contact person at Intercall who has been assisting with these calls is Tiffany Ross at 1–800–252–1268. If you have any questions or concerns about the way these calls have been set up, you can either contact me at the CBU office, or Tiffany at Intercall for the details.

Please feel free to contact me if you have any questions, or if I can be of any additional assistance.

Regards,

0002201

WLC_FRANKLIN_0000200006

0000200002

## NEURONTIN USE IN THE TREATMENT OF PAIN
### TELECONFERENCES

| Date | Leader of Call | Time of Call (EST) | Topic | # Registered As of 12/04/95 | Actual # Participants |
|------|----------------|--------------------|-------|----------------------------|-----------------------|
| October 24 | David Marcotte | 12:00 noon | Bipolar Disorders | 6 | 5 |
| October 25 | David Longmire | 6:00pm | Pain | 12 | 5 |
| October 31 | David Marcotte | 6:00pm | Bipolar Disorders | 13 | 5 |
| November 1 | Martin Stein | 12:00 noon | Bipolar Disorders | 8 | 4 |
| November 1 | Travis Jackson | 1:00pm | Pain | 13 | 7 |
| November 3 | Douglas Mann | 12:00 noon | Pain | 13 | 5 |
| November 7 | Travis Jackson | 1:00pm | Pain | 16 | 9 |
| November 8 | Martin Stein | 12:00 noon | Bipolar Disorders | 6 | 3 |
| November 13 | David Marcotte | 12:00 noon | Bipolar Disorders | 15 | 8 |
| November 13 | Travis Jackson | 1:00pm | Pain | 27 | 15 |
| November 15 | Martin Stein | 12:00 noon | Bipolar Disorders | 6 | 2 |
| November 21 | David Meyer | 12:30pm | Pain | 37 | 22 |
| December 5 | David Meyer | 12:30pm | Pain | 45 | 36 |
| December 19 | David Meyer | 12:30pm | Pain | 28 | |

# NON–EPILEPTIC USES OF GABAPENTIN
## TELECONFERENCE PARTICIPANTS

**October 24, 1995**
**Topic: Bi-polar Disorders**
**Leader: Dr. David Marcotte**

Dr. Sloan Manning
1121 Union Avenue
Memphis, TN 38104
(901) 448–5467

Dr. Parks Walker
5210 Poplar Avenue
Memphis, TN 38119
(901) 767–3241

Dr. Kim Masters
Charter Ashville
Box 5534
Ashville, NC 28813
(704) 253–3681

Dr. Sidney Lertold
415 Morris Street
Charleston, WV 25301
(304) 343–1022

Dr. Julie Oril
2505 South 17th Street
Wilmington, NC 28401
(910) 395–5788

**October 25, 1995**
**Topic: Pain**
**Leader: Dr. David Longmire**

Dr. George Blisten
35 Collier Road
Atlanta, GA 30309
(404) 872–6047

Dr. David McKellar
5001 Hardy Street
Hattiesburg, MS 39402
(601) 268–5280

Dr. Davidson Curwen
708 West Forest
Jackson, TN 38301
(901) 425–5550

Dr. Jeffery Summers
Jackson, MS 39216
(601) 982–8989

Dr. Bruce Parks
2500 North States Street
Jackson, MS 39216
(601) 984–1000

**October 31, 1995**
**Topic: Bipolar-Disorders**
**Leader: Dr. David Marcotte**

Dr. John H. Durfrey
2695 Jenks Avenue
Panama City, FL 32405
(904) 769–4001

Dr. Antonio J. Larrauaga, Jr.
909 Marwatt Drive
Ft. Walton Beach, FL 32547
(904) 863–8856

Dr. Boehn
(Information not given)

Dr. J. T. Jabbour
777 Washington Avenue
Memphis, TN 38105
(901) 572–3081

Dr. Nari Vaswani
(Information not given)

1

0002203

WLC_FRANKLIN_0000200007

# NON–EPILEPTIC USES OF GABAPENTIN
## TELECONFERENCE PARTICIPANTS

November 1, 1995
Topic:  Bi–polar Disorders
<u>Leader:  Dr. Martin Stein</u>

Dr. Susan Buttress
2500 N. State Street
Jackson, MS  39216
(601) 984–5236

Dr. Harvinder Kohli
171 Ashley Avenue
Charleston, SC  29425
(803) 792–1696

Dr. Ezzat Abdelmalek
1035 Porter Pike Road
Bowling Green, KY  42103
(502) 843–1199

Dr. Raymond Capps
311 Redmond Road
Rome, GA  30165
(706) 235–2474

November 1, 1995
Topic:  Pain
<u>Leader:  Dr. Travis Jackson</u>

Dr. Steven Kirzinger
6400 Dutchmans Parkway
Louisville, KY  40205
(502) 897–2045

Dr. Hisham Hakim & Dr. Hammer
120 S. Anniston Avenue
Sylacauga, AL  35150
(205) 249–5500

Dr. Maria Wilson
4 Columbia Drive
Tampa, FL  33601
(813) 251–7900

Dr. William Bowlus
971 Lakeland Drive
Jackson, MS  39216
(601) 981–0034

Dr. Mark Puvichilli
415 S. 28th Avenue
Hattiesburg, MS
(601) 264–6000

Dr. Dean Tippett
900 Caton Avenue
Baltimore, MD  21229

November 3, 1995
Topic:  Pain
<u>Leader:  Dr. Douglas Mann</u>

Dr. Larry Kilgore
130 James Creek Road
Southern Pines, NC  28387
(910) 692–4025

Dr. George Wilkerson
105 Ashbury Circle
Hattiesburg, MS  39402
(601) 268–5222

Dr. Richard T. Jackson
707 Randolph Street, Suite 250
Radford, VA  24141–2429
(540) 731–2080

Dr. Sali Tiwari
971 Lakeland Drive
Jackson, MS  39216
(601) 981–0034

Dr. Howard Greenfield
3501 Johnson Street
Hollywood, FL  33021
(305) 987–2000

2

0002204

WLC_FRANKLIN_0000200008

# NON–EPILEPTIC USES OF GABAPENTIN
## TELECONFERENCE PARTICIPANTS

November 7, 1995
Topic: Pain
Leader: Dr. Travis Jackson

Dr. Richard P. Hull
1104 Monroe Street
Huntsville, AL  35801
(205) 533–4402

Dr. Susan Khoromi
4 Columbia Drive
Tampa, FL  33601
(813) 251–7900

Dr. Edwin Peguero &
Dr. Eberto Pineiro
1600 Lakeland Hills Blvd.
Lakeland, FL  33805
(813) 680–7000

Dr. Joseph M. Walsh
1900 Randolph Rd., Suite 1010
Charlotte, NC  28207
(704) 334–7311

Dr. Ahmet Oztark
1340 Hal Guer Blvd.
Huntington, WV  25701
(304) 526–2243

Dr. Michael Bucci
109 Montgomery Drive
Anderson, SC  29621

Dr. Hal Toblask
901 SE Monteray Commerce Blvd.
Suite 200
Stuart, FL  34996
(407) 283–3414

Dr. John Durfey
2695 Jenks Avenue
Panama City, FL  32405
(904) 769–4001

November 8, 1995
Topic:  Pain
Leader: Dr. Martin Stein

Dr. Gemma Mendoza
777 37th Street
Vero Beach, FL  32960
(407) 562–5232

Dr. Edward Workman
3621 Manassas Drive
Roanoke, VA  24018
(540) 774–4233

Dr. H. Edward Logue
3490 Independence Drive
Birmingham, AL  35209
(205) 868–4233

3

0002205

WLC_FRANKLIN_0000200009

# NON–EPILEPTIC USES OF GABAPENTIN
## TELECONFERENCE PARTICIPANTS

November 13, 1995
Topic: Pain
Leader: Dr. Travis Jackson

Dr. John Axley
4400 Bayou Blvd.
Pensacola, FL 32503
(904) 477–3015

Dr. Paul Mazzee
Ribaut Road 1277
Beufort, SC 29902
(803) 881–9798

Dr. Alfred A. DeMaria
1202 Medical Center Dr.
Wilmington, NC 28401
(910) 341–3358

Dr. Kevin Gray & Dr. Robert Dunneracke
700 W. Forest
Jackson, TN 38301
(901) 424–8922

Dr. Gary Miller
522 North Avenue
Marietta, GA 30060
(404) 567–5992

Dr. Nola Mahoney
280 Stone Road
Lexington, KY 40503

Dr. Vanti Das
1013 1/2 Medical Center Pkwy.
Selma, AL

Dr. Robert Stough
P. O. Box 1040
Buchanan, VI 24066
(540) 254–1239

Dr. Luther Stummel
1038 S. Madison
Tupelo, MS 38801
(601) 841–0878

Dr. Richard Epter
2515 E. Avalon
Muscle Shoals, AL 35662
(205) 383–9626

Dr. R. Cattan
1421 S. Dixie Highway
Miami, FL 33176
(305) 251–6464

Dr. Robert A. Ringel & Dr. Thomas A. Collins, Jr.
362 N. Pine Street
Spartanburg, SC 29302
(803) 542–2510

Dr. Bob Boehm
777 Washington
Memphis, TN 38105

4

0002206

WLC_FRANKLIN_0000200010

# NON–EPILEPTIC USES OF GABAPENTIN
## TELECONFERENCE PARTICIPANTS

**November 13, 1995**
**Topic:  Bipolar–Disorders**
**Leader:  Dr. David Marcotte**

Dr. Manuel E. Garcia
7500 S.W. 8th Street, Suite 202
Miami, FL  33144
(305) 261–7800

Dr. Page Fletcher
P. O. Box 3068
Radfor, VA  24143
(540) 639–2481

Dr. Chandra Deehi
1010 Christine Avenue
Anniston, AL  36207
(205) 236–5631

Dr. Mary C. Williams
4045 Postal Drive
Roanoke, VA  24018
(540) 776–0175

Dr. Yolanda Zarate
301 Almeria Avenue
Coral Gables, FL  33134
(305) 534–4388

Dr. Peter Kamp
1101 B. South 28th Avenue, Suite 1
Hattiesburg, MS  39401
(601) 288–8055

Dr. Kurt Klauburg
296 Pacon Drive
Paducah, KY  42001
(502) 554–7575

Dr. Charles Hayden
2205 5th Street, North
Columbus, MS  39701
(601) 327–3294

**November 15, 1995**
**Topic:  Bipolar Disorders**
**Leader:  Dr. Martin Stein**

Dr. Wendell J. Pile
606 Denbigh Blvd., Suite 105
New Port News, VA  23608
(804) 874–1676

Dr. Jose Toledo
309 East Osceola Street
Stuart, FL  34994
(407) 223–5345

5

**0002207**

WLC_FRANKLIN_0000200011

# NON–EPILEPTIC USES OF GABAPENTIN
## TELECONFERENCE PARTICIPANTS

November 21, 1995
Topic: Pain
Leader: Dr. David Myers

Dr. Juan Simon
7500 Southwest 8th Street
Miami, FL 33144
(305) 261–6060

Dr. Ralph Wall
491 North Cleveland Avenue
Winston Salem, NC 27101
(910) 721–1892

Dr. Katherine Berez
13601 Bruce B. Downs Blvd./Suite 261
Tampa, FL 33613
(813) 972–3650

Dr. Shio Navada
4 Hospital Plaza
Clarksburg, WV 26301
(304) 623–4071

Dr. W. Paul Ives & Dr. Jefrey Falk
171 Ashley Avenue / MUSC
Charleston, SC 29425
(803) 792–2300

Dr. Jonas Weingarten
206 Second Street East
Bradenton, FL 34208

Dr. Larry Pearce & Rick Coburn
2828 First Avenue, Suite 300
Mocksville, NC 270028
(704) 492–2800

Dr. Maria Garcia–Rivera
8950 N. Kendall Dr., Suite 301
Miami, FL 33176
(305) 598–7715

Dr. John Paul
982 Joe Frank Harris Pkwy.
Cartersville, GA 30120
(770) 382–6333

Dr. Jay Ramsay Farah
101 Kings Street
Hagerstown, MD 21740
(301) 733–7667

Dr. Mary Beth Wiles
P. O. Box 1000
Blairsville, GA 30512
(706) 745–5541

Dr. Pearl Hoskins
300A East McKay Street
Elizabethtown, NC 28337
(910) 862–5500

Dr. Mohammed Mendi
847 North Park Avenue
Orange Park, FL
(904) 264–4541

Dr. Edwin P. Hendricks
4020 Demorest – Mt. Airy Hospital
Demorest, GA 30535

Dr. Victor Barredo
7330 SW 62nd Place
South Miami, FL 33143
(305) 665–6501

Dr. Carl McCombs & Dr. Ronald Barebo
2828 First Avenue, Suite 400
Huntington, WV 25702
(304) 525–2495

Dr. Cathleen Klotz
5671 Peachtree Dunwoody Road, Suite 380
Atlanta, GA 30342
(404) 252–0583

Dr. Michael Kushner
1503 Forrest Hills Drive
Wilson, NC 27893
(919) 243–9629

Dr. Malone
401 North Pike Street
Graston, WV 26354
(304) 265–1350

0002208

6

WLC_FRANKLIN_0000200012

# NON–EPILEPTIC USES OF GABAPENTIN
## TELECONFERENCE PARTICIPANTS

December 5, 1995
Topic:  Pain
Leader:  Dr. David Myers

Dr.  Michael Wendt
17 Medical Park Road
Columbia, SC  29203
(803) 748–6135

Dr. Kyle Hudgins & Dr. Rodney Swilley
790 Montclair Road, Suite 210
Birmingham, AL  35213
(205) 595– 3600

Dr. Richard Guerrant
1995 Highway 51
Covington, TN  38019

Dr. Susanna Mathe
1417 Johnston Willis Drive
Richmond, VA  23205
(804) 272–9146)

Dr. Parsurlya, Dr. Singh Kamail
Main Street – Jenkins Family Center
Jenkins, KY  41537
(606) 832–2171)

Dr. Tullo Bertenini
1112 Union Avenue
Memphis, TN  38104
(901) 725–8920

Dr. Carol Smith
159Churchill Street
Asheville, NC  38801
(704) 258–8915

Dr. Rafael Gomez
5934 Hickson Road
Jacksonville, FL  32207
(904) 733–5093

Dr. Henry Comiter
2501 N. Orange Avenue, Suite 509
Orlando, FL  32804

Dr. Sara Derossett
1365 Clifton Road, NE
Atlanta, GA  30322
(404) 727–4728

Dr. Richard Stoppenbeck
33 Upper Riverdale Road
Riverdale, GA  30274

Dr. Nancy Morewitz
32nd Avenue Southeast
Connover, NC  28613
(704) 327–2592

Dr. John Calciasure
50 Doctors Drive, Suite N3
Asheville, NC  28801

Dr. William Malzone
1506 South Florida Avenue
Lakeland, FL  33803
(941–683–5908)

Dr. Craig Banta
280 Stone Road
Lexington, KY  40503
(606) 278–1316

Dr. Cherly CarLuccia
509 Riverside Drive
Stuart, FL  34994
(407) 223–5987

Dr. Michael Franklin
1099 5th Avenue
St. Petersburg, FL  33705
(813) 821–1221

Dr. Randall Williams
640 Carpenter Avenue
Morrisville, NC  28115
(704) 662–6877

Dr. Michael Nesbit
1916 Randolph Road
Charlotte, NC  28204
(704) 342–8000

Dr. Russell Stephens
3624 J. Dewey Gray Circle
Augusta, GA  30909

Dr. Mark Letica
1700 Hospital South Drive
Austell, GA  30001

Dr. Charles Shields
559 North Justice Street
Hendersonville, SC  28739

0002209

WLC_FRANKLIN_0000200013

0002210

WLC_FRANKLIN_0000200014

**December 5, 1995 (Continued)**
**Topic: Pain**
**Leader: Dr. David Myers**

Dr. Donald Nagroski
1921 Waldeneve
Sarasota, FL 34239
(941) 917–6222

Dr. Desmond Hussey
681 Goodlette Road, Suite 210
Naples, FL 33940

Dr. John Lasky & Dr. James Knight
160 Medical Circle
West Columbia, SC 29169
(803) 791–5801

Dr. Armando Angulo, Dr.Ricardo Aelaya,
& Dr. Amarilys
2901 NW 17th Avenue
Miami, FL 33142
(305) 633–3015

Dr. Richard Plasencaa
8000 West Flagler
Miami, FL 33144

Dr. Derrick Cooze
1423 West Morris Blvd.
Morristown, TN 37213
(423) 586–2410

Dr. Jan Baxt
1700 Tree Lane Road, Suite 400
Snellville, GA 30278

Dr. Michael Schoffner
389 Mulberry Street, Suite 200
Macon, GA 31201

Dr. Ramon Tull
10810 Darnew Town Road
Suite 202
Gaithersburg, MD

9

0002211

WLC_FRANKLIN_0000200015

*PAIN*

4

## Conference Call Outline

### Introduction

- name, specialty, location
- Purpose of call  - to answer growing number of questions regarding *off label* use of Neurontin in chronic pain

*Statement regarding the approved indication of Neurontin - adjunctive therapy for partial seizures with or without secondary generalization!*

### Background

- Rationale for using AED's for chronic pain
- Historic uses of Dilantin and Tegretol for pain

### 1st Neurontin Patient

- What led you to try Neurontin in the first place

### Evolution:

- How Neurontin evolved into a therapy option in your practice
- Where does it fit in
- Number of pain patients treated with Neurontin
- Types of pain patients treated:
  neuropathic pain, myofascial pain, trigeminal neuralgia, diabetic neuropathy, chronic low back pain, RSD, headache, restless leg

### Success

- Measures of success (end points)
- Case studies (2 to 3 patients)
- Which patients do especially well

### Dosing/Side Effect Management

- Starting dose for most patients
- Maintenance dose for most patients
- Highest dose used
- Dose response info...
- Side effects encountered to date

### Combination Therapy

- What other drugs are patients taking
- Ability to taper other drugs
- Lack of drug interaction with Neurontin

0002212

WLC_FRANKLIN_0000200016

LEE VAUGHN- S. PINES          1 910 692 4025          P.01

| Southeast | Old James Creek Rd | Phone 910 692 4031 |
| Customer | Southern Pines, NC 28387 | Fax 910 692 4025 |
| Business Unit | | |



**PARKE-DAVIS**
People Who Care

LeeAnne Fogleman, M.H.A.
Medical Liaison

# MEMO

**DATE:**     December 20, 1995

**FROM:**     LeeAnne Fogleman

**TO:**     District TM Contacts/ ABM's

**SUBJECT:**     Neurontin Teleconferences

Attached is a schedule of the Neurontin teleconferences for January and February.  In addition we will schedule two conference calls per week for the month of March and one per week for the month of April.

There will be a limit of 25 physicians per call, and they will need to register by calling 1-800-252-1268 - ask for Tiffany or Carmen.  Intercall will give a reminder call to all physicians.  In order to access the conference call, please call 1-800-374-0155 approximately five minutes prior to the scheduled call time.

Please encourage reps to bring lunch or at least attempt to be in the  office to insure that the doctors call in at the appropriate time.  All calls will start on time regardless of the number of physicians who are on line.

Physicians will still need to fax in a statement requesting off label information.  This should be done prior to the conference call.  Please fax to my attention at 910-692-4025.

PARKE-DAVIS
Division of Warner-Lambert Company
Morris Plains, New Jersey 07950

Beth -
FYI !

LeeAnne

Start with
**Dilantin Kapseals**
(extended phenytoin sodium capsules, USP) 100 mg
for all the right reasons

Please see full prescribing information on last page.

Division of Warner-Lambert Company

0002213

## NEURONTIN CONFERENCE CALL SCHEDULE

| DATE | DOCTOR | TOPIC | TIME  (Eastern Std Time) |
|------|--------|-------|--------------------------|
| 1/9/96 | Longimire | pain | 6:00 p.m. |
| 1/16/96 | Meyer | pain | 12:30 p.m. |
| 1/23/96 | Meyer | pain | 12:30 p.m. |
| 1/25/96 | Gelblum | pain | 12:30 p.m. |
| 1/29/96 | Marcotte | bi-polar | 12:00 noon |
| 2/6/96 | Longimire | pain | 6:00 p.m. |
| 2/7/90 | Meyer | pain | 12:30 p.m. |
| 2/13/96 | Jackson | pain | 12:30 p.m. |
| 2/15/96 | Gelblum | pain | 12:30 p.m. |
| 2/19/96 | Jackson | pain | 12:30 p.m. |
| 2/20/96 | Marcotte | bi-polar | 6:00 p.m. |
| 2/27/96 | Meyer | pain | 12:30 p.m. |

0002214

WLC_FRANKLIN_0000200018

# NEURONTIN USE IN THE TREATMENT OF PAIN
## TELECONFERENCES

| Date | Leader of Call | Time of Call (EST) | Topic | # Registered As of 11/01/95 | Actual # Participants |
|------|----------------|--------------------|-------|------------------------------|------------------------|
| October 24 | David Marcotte | 12:00 noon | Bipolar Disorders | 6 | 5 |
| October 25 | David Longmire | 6:00pm | Pain | 12 | 5 |
| October 31 | David Marcotte | 6:00pm | Bipolar Disorders | 12 | 4 |
| November 1 | Martin Stein | 12:00 noon | Bipolar Disorders | 6 | 4 |
| November 1 | Travis Jackson | 1:00pm | Pain | 12 | 7 |
| November 3 | Douglas Mann | 12:00 noon | Pain | 12 | |
| November 7 | Travis Jackson | 1:00pm | Pain | 12 | |
| November 8 | Martin Stein | 12:00 noon | Bipolar Disorders | 4 | |
| November 13 | David Marcotte | 12:00 noon | Bipolar Disorders | 9 | |
| November 13 | Travis Jackson | 1:00pm | Pain | 12 | |
| November 15 | Martin Stein | 12:00 noon | Bipolar Disorders | 3 | |
| November 21 | David Meyer | 12:30pm | Pain | 9 | |
| December 5 | David Meyer | 12:30pm | Pain | 11 | |
| December 19 | David Meyer | 12:30pm | Pain | 3 | |

WLC_FRANKLIN_0000200019

0002215

OCT 24 '95  12:00PM INTERCALL

P.2/3

Conference Participants Report
Date: 102695      CONID: 152386      Page #: 1

| LN# | EN | Start | End | Mins | User Name | Conf Name | Conf ID | Telephone # |
|---|---|---|---|---|---|---|---|---|
| 003 | 19 | 11:53 | 11:58 | 0005 | DR SIDNEY LERFELD | PARKE\ATTIAS | 152386 | 304 |
| 006 | 19 | 11:56 | 12:45 | 0049 | DR SIDNEY LERFELD|R | PARKE\ATTIAS | 152386 | |
| 004 | 19 | 11:56 | 12:45 | 0051 | DR FK VYAS | PARKE\ATTIAS | 152386 | 919 |
| 005 | 19 | 11:56 | 12:45 | 0049 | DR DAVID MARCOTTE LD | PARKE\ATTIAS | 152386 | 910 |
| 003 | 19 | 11:59 | 12:45 | 0046 | DR PARKE WALKER | PARKE\ATTIAS | 152386 | 901 |
| 002 | 19 | 11:53 | 12:45 | 0052 | SETH ATTIAS TOM LDR | PARKE\ATTIAS | 152386 | 406 |
| 001 | 19 | 11:50 | 12:45 | 0055 | DR KIM MASTERS | PARKE\ATTIAS | 152386 | 706 |

0002216

WLC_FRANKLIN_0000200020