# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES ) <br> PRACTICES, AND PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL MARKETING AND ) <br> SALES PRACTICES ACTIONS ) <br> ) <br> ) | MDL Docket No. 1629 <br> Master File No. 04-10981 <br> Judge Patti B. Saris <br> Mag. Judge Leo T. Sorokin |

**CLASS PLAINTIFFS' STATEMENT OF DISPUTED AND UNDISPUTED MATERIAL FACTS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

809876.1

## C. False and Misleading Marketing of Neurontin for Bipolar and Other Mood Disorders

### 1. False and Misleading Statements Made During Class Period

#### a. *False and Misleading Statements—Teleconferences*

| | |
|---|---|
| 51.     Between October 24, 1995 and June 25, 1996, Defendants held 13 teleconferences, with as many as 25 physician listeners each, during which they promoted Neurontin as effective for bipolar disorder based on favorable anecdotes. | Ex. 046, WLC_FRANKLIN_0000199943; Ex. 047, WLC_FRANKLIN_0000096571 |
| 52.     The majority of these teleconferences were moderated by Dr. David Marcotte and Dr. Martin Stein, both psychiatrists. | Ex. 046, WLC_FRANKLIN_0000199943; Ex. 047, WLC_FRANKLIN_0000096571 |
| 53.     Defendants knew Dr. Marcotte would present Neurontin as a mood-stabilizer and had prepared the outline for Dr. Marcotte's presentation, meeting with him "to go over the information." Parke-Davis did not provide Dr. Marcotte with a copy of the FDA's findings of clinically significant depression, with or without suicidal ideation, associated with Neurontin use. | Ex. 048, WLC_FRANKLIN_0000199668; Ex. 049, WLC_FRANKLIN_0000199997 |

54. Based on the pre-arranged outline, at each of these teleconferences, Dr. Marcotte presented anecdotes based on "1 to 2 patients" citing "success" and how "Neurontin evolved into a first line therapy option."     Ex. 049, WLC_FRANKLIN_0000199997

55. Defendants also met with Dr. Stein and were aware that he would present favorable anecdotes related to Neurontin's efficacy as a treatment for bipolar disorder. Parke-Davis did not provide Dr. Stein with a copy of the FDA's findings of clinically significant depression, with or without suicidal ideation, associated with Neurontin use.     Ex. 050, WLC_FRANKLIN_0000220839

56. Dr. Marcotte and Dr. Stein received $500.00 per talk.     Ex. 051, WLC_FRANKLIN_0000065202

57. Dr. Stein would later lose his medical license in Virginia and District of Columbia for, among other things, inappropriate and excessive prescribing of drugs, including Neurontin.     Ex. 052, http://www.washingtonpost.com/wp-dyn/content/article/2008/01/30/AR2008013004153_pf.html; Ex. 674, http://archives.starbulletin.com/2003/10/26/news/index1.html.

58. During the first trimester of 1996, Parke-Davis cancelled all off-label Neurontin teleconferences amid concerns over the FDA's scrutiny of off-label marketing practices and the discovery of "a Neurontin off-label paper trail of teleconference calls that originated from the SE CBU [Customer Business Unit]."     Ex. 053, WLC_FRANKLIN_0000092698