# EXHIBIT 4

LEE VAUGHN- S. PINES          1 910 692 4025

Southwest
Customer
Business Unit


People Who Care

LeeAnne Fogleman, M.H.A.
Medical Liaison

# MEMO

**DATE:** December 20, 1995

**FROM:** LeeAnne Fogleman

**TO:** District TM Contacts/ ABM's

**SUBJECT:** Neurontin Teleconferences

Attached is a schedule of the Neurontin teleconferences for January and February. In addition we will schedule two conference calls per week for the month of March and one per week for the month of April.

There will be a limit of 25 physicians per call, and they will need to register by calling 1-800-252-1268 - ask for Tiffany or Carmen. Intercall will give a reminder call to all physicians. In order to access the conference call, please call 1-800-374-0155 approximately five minutes prior to the scheduled call time.

Please encourage reps to bring lunch or at least attempt to be in the office to insure that the doctors call in at the appropriate time. All calls will start on time regardless of the number of physicians who are on line.

Physicians will still need to fax in a statement requesting off label information. This should be done prior to the conference call. Please fax to my attention at 910-692-4025.

PARKE-DAVIS
Division of Warner-Lambert Company
Morris Plains, New Jersey 07950

Beth -
FYI !

EXHIBIT
Knoop-6
Joyce Silter, C.S.R.
Date 1/29/08

LeeAnne

Start with
**Dilantin Kapseals**
(extended phenytoin sodium capsules, USP) 100 mg
for all the right reasons

0002140

Division of Warner-Lambert Company

WLC FRANKLIN 0000199943

LEE VAUGHN- S. PINES          1 919 692 4925          P.02

## NEURONTIN CONFERENCE CALL SCHEDULE

| DATE | DOCTOR | TOPIC | TIME (Eastern Std Time) |
|---|---|---|---|
| 1/9/96 | Longimire | pain | 6:00 p.m. |
| 1/16/96 | Meyer | pain | 12:30 p.m. |
| 1/23/96 | Meyer | pain | 12:30 p.m. |
| 1/25/96 | Gelblum | pain | 12:30 p.m. |
| 1/29/96 | Marcotte | bi-polar | 12:00 noon |
| 2/6/96 | Longimire | pain | 6:00 p.m. |
| 2/7/96 | Meyer | pain | 12:30 p.m |
| 2/13/96 | Jackson | pain | 12:30 p.m. |
| 2/15/96 | Gelblum | pain | 12:30 p.m. |
| 2/19/96 | Jackson | pain | 12:30 p.m. |
| 2/20/96 | Marcotte | bi-polar | 6:00 p.m. |
| 2/27/96 | Meyer | pain | 12:30 p.m. |

0002141

WLC FRANKLIN 0000199944

# NEURONTIN USE IN THE TREATMENT OF PAIN TELECONFERENCES

| Date | Leader of Call | Time of Call (EST) | Topic | # Registered As of 11/01/95 | Actual # Participants |
|---|---|---|---|---|---|
| October 24 | David Marcotte | 12:00 noon | Bipolar Disorders | 6 | 5 |
| October 25 | David Longmire | 6:00pm | Pain | 12 | 5 |
| October 31 | David Marcotte | 6:00pm | Bipolar Disorders | 13 | 5 |
| November 1 | Martin Stein | 12:00 noon | Bipolar Disorders | 8 | 4 |
| November 1 | Travis Jackson | 1:00pm | Pain | 13 | 7 |
| November 3 | Douglas Mann | 12:00 noon | Pain | 13 | 5 |
| November 7 | Travis Jackson | 1:00pm | Pain | 16 | 9 |
| November 8 | Martin Stein | 12:00 noon | Bipolar Disorders | 6 | |
| November 13 | David Marcotte | 12:00 noon | Bipolar Disorders | 15 | 8 |
| November 13 | Travis Jackson | 1:00pm | Pain | 27 | 15 |
| November 15 | Martin Stein | 12:00 noon | Bipolar Disorders | 6 | 2 |
| November 21 | David Meyer | 12:30pm | Pain | 9 | |
| December 5 | David Meyer | 12:30pm | Pain | 11 | |
| December 19 | David Meyer | 12:30pm | Pain | 3 | |

0002142

WLC FRANKLIN 00010045



**Southeast Customer Business Unit**  
1050 Crown Pointe Parkway  
Suite 1230  
Atlanta, GA 30338  
Phone 404-390-3030  
Fax 404-303-0831

## Monday Staff Meeting Notes

### Non-Epileptic Uses of Gabapentin Consultants

Hans Hansen, M.D.  
Carolina Pain Consultants  
Statesville, NC  
(pain)

Joseph D. Weissman, M.D., Ph.D.  
Department of Neurology  
Emory University School of Medicine  
Atlanta, GA  
(HIV pain - randomized double blind site)

David R. Longmire, M.D.  
University of Alabama School of Medicine  
Russelville, AL  
(Sympathetically mediated pain)

J. Douglas Mann, M.D., Medical Director, UNC Pain Program  
Alan G. Finkel, M.D., Director, UNC Headache Clinic  
Universisy of North Carolina School of Medicine  
Chapel Hill, NC  
(pain - randomized double blind site)

David B. Marcotte, M.D.  
Psychiatrist: Cape Fear Valley Medical Center, Highsmith-Rainey Hospital  
Fayetteville, NC  
(bipolar disorder)

B.J. Wilder, M.D.  
University of Florida  
Director, Southern Clinical  
(CME program)



**Parke-Davis**
People Who Care

Southeast Customer Business Unit
1050 Crown Pointe Parkway
Suite 1220
Atlanta GA 30338
Phone 404-256-4080
Fax 134-392-0521

Mike McLean, M.D., Ph.D.
Vanderbilt University Medical Center
(pharmacological MOA)

William Olsen, M.D.
Chairman, Department of Neurology
University of Louisville
Louisville, KY
(pain)

David Cook, M.D.
Raleigh Neurological Clinic
Raleigh, NC
(essential tremor)

John W. Cochran, M.D.
Virginia Neurologic Center, LTD.
Alexandria, VA
(headache)

Terry Petrelle, M.D.
University of Southern Florida
(ALS)

Jeffrey Gelblum, M.D.
Miami Beach, FL

A Warner-Lambert Company

0002144

WLC FRANKLIN 0000199947



**Southeast Customer Business Unit**

## Medical Liaison Candidates

Those on board will go to training in AA accompanied by me and other CBU medical directors the second week of December.

### Baltimore/Washington/Virginia (1)

Outside recruiting will take place. Qualified candidates will possess an advanced degree either M.D., Ph.D., or Pharm.D. They will be familiar with the area and the major academic instituitons which are crucial to the success in this northern part of the SECBU.

Elizabeth Whalley-Buono Interview set up for November 13 in Baltimore by B. Attias-Yon.

### North Carolina/South Carolina (1)

Tricia Dalley - Interviewed on October 24 with Bill Sigmund, Les Slater, Beth Attias-Yon.
Leeanne Fogleman - Interviewed on October 24 with Bill Sigmund, Les Slater, Beth Attias-Yon.
Harold Davis - Interview set up for November 9 in Atlanta by B. Attias-Yon and L. Slater.

### Georgia/Tennessee (1)

Tammi Martin - Interview set up for November 9 in Atlanta by B. Attias-Yon and L. Slater.

### Alabama/Kentucky/Mississippi (1)

Chardell Fred - Interview in Birmingham on November 1 by B. Attias-Yon.
Teresa Vise - Interview in Birmingham on November 1 by B. Attias-Yon.
Andrea Shapiro - Interview in Atlanta on November 7 by B. Attias-Yon and L. Slater.
Susie Wiseman - Interview in Atlanta on August 8 by B. Attias-Yon and L. Slater.

### Florida (2)

It was decided that due to the number of academic instituitons in the Florida area and the



**Southeast Customer Business Unit**
1350 Crown Pointe Parkway
Suite 1230
Atlanta, GA 30338

Phone: 404-728-3080
Fax: 404-728-3321

**PARKE-DAVIS**
People Who Care

concentration of managed care that two medical liaisons would be necessary to adequately cover the state. Furthermore, one of these positions will be filled from within the existing sales force and one will be filled by external recruiting for a M.D., Ph.D., Pharm. D.

Emilio Suster - Interview in Florida on November 14 with Les Slater and B. Attias-Yon.
Tunji Okunyade - Interview in Florida on November 14 with Les Slater and B. Attias-Yon.
Gail Webb - Interview in Florida on November 14 with Les Slater and B. Attias-Yon.
Regina Neumann - Interview in Florida on November 14 with Les Slater and B. Attias-Yon.
Jorge Vidal - Interview in Florida on November 14 with Les Slater and B. Attias-Yon.
Scott Isacksen - Interview in Florida on November 14 with Les Slater and B. Attias-Yon.

## Non-Epileptic Uses of Gabapentin Conference Calls

- Set up through intercall.

- 12 physicians per call.

- Leaders of conference calls are our "Non-Epileptic Uses of Gabapentin" consultants. (Re. Those physicians attending Nov. 6 meeting who will be our consultants in this arena.)

- Calls moderated by Dr. Beth Attias-Yon, Medical Director SECBU

- Physicians must place in writing their request for this information on the outside of indication uses of Neurontin.

- Territory Managers may not call up to listen to the call. However, if they are in a luncheon situation with the participating physician they may listen. They are not to particpate verbally in the call.

- They will be arranged through SE Medical Research to directly respond to the growing number of requests by physician for this type of information. They will continue to be set up on as needed basis.

- In no way should TM's solicit requests for this type of information.

Conference Call Set Up and Number of Physicians Registered:

10/24 Dr. Marcotte, Bipolar Disorder, 12:00
10/25 Dr. Longimire, Neurontin and Pain, 6:00

Division of Warner-Lambert Company

0002146

WLC_FRANKLIN 0000199949



**Parke-Davis**
People Who Care

Southeast Customer Business Unit
1050 Crown Pointe Parkway
Suite 1230
Atlanta, GA 30338
Phone 404-396-4042
Fax 404-392-0831

10/31 Dr. Marcotte, Bipolar Disorder, 6:00
11/1 Dr. Stein, Bipolar Disorder 12:00
11/1 Dr. Jackson, Pain, 1:00
11/3 Drs. Finkle and Mann, Neurontin and Pain, 12:00
11/8 Dr. Stein, Bipolar Disorder, 12:00
11/7 Dr. Jackson, Pain, 1:00
11/13 Dr. Marcotte, Bipolar Disorder, 12:00
11/15 Dr. Stein, Bipolar Disorder, 12:00
11/13 Dr. Jackson, Pain, 1:00
11/21 Dr. Meyer, Pain 12:00 30
12/5 Dr. Meyer, Pain 12:30
12/21 Dr. Meyer, Pain 12:30

### Fosphenytoin phase IIIb study:

Initiated by L Magnus-Miller.
10 sites per CBU (Effort will be made to enroll sites which do not have experience with Fos.)
Enrollement in November, study begins in December.
DUR of IV Dilantin for a few months followed by DUR of Fos when it is launched in March.
Cost minimization model form the data.

### Troglitazone study:

40 sites per CBU
Study begins in January
Each CBU looks at different study questions.

### A-TIME

Division of Warner-Lambert Company

0002147

WLC FRANKLIN 00001000E0