# EXHIBIT A

| Location & Date of CME (New Frontiers in Social Phobia and Bipolar Disorder) | Attendee / Physician Name | Specialty | Results Of Search |
|---|---|---|---|
| Denver, CO Aug. 15, 1998 | Robert Hoffman, MD | Neurology | Dates of CO PMG Employment: 3/30/1993—7/4/2007 |
| Denver, CO Aug. 15, 1998 | Richard A. Cohn, MD | Psychiatrist | Dates of CO PMG Employment: 12/15/1997—3/31/2009 |
| Denver, CO Aug. 15, 1998 | John A. Cooper, MD | Mental Health | Dates of CO PMG Employment: 12/15/1997—9/6/2008 |
| Los Angeles, CA July 18, 1998 | David Sacks, D.O. | Unknown | Dates of SCPMG Employment: 10/18/1973—present |
| Los Angeles, CA July 18, 1998 | Han Nguyen, MD | Internal Med | Dates of SCPMG Employment: 7/9/1989—present |
| Los Angeles, CA July 18, 1998 | Norman Hartstein, MD | Psychiatry | Dates of SCPMG Employment: 7/19/1976—present |
| Los Angeles, CA July 18, 1998 | Lucia Grayson, MD | Unknown | Dates of SCPMG Employment: 6/25/1985—12/31/2007 |
| Los Angeles, CA July 18, 1998 | Neeta Saheba, MD | Psychiatry | Dates of SCPMG Employment: 2/12/1992—present |
| Los Angeles, CA July 18, 1998 | George Morga, MD | Psychiatry | Dates of SCPMG Employment: 11/4/1985—present |
| Los Angeles, CA July 18, 1998 | Sidney Gold, MD | Psychiatry | Dates of SCPMG Employment: 2/10/1975—present |
| New York, NY Aug. 30, 1998 | Mary Hardy, MD | Unknown | Dates of SCPMG Employment: 7/16/1979—2/4/2003 |
| San Diego, CA Oct. 19, 1998 | Richard L. Henderson, MD | Family Medicine | Dates of SCPMG Employment: 11/20/1989— |

| Location & Date of CME (New Frontiers in Social Phobia and Bipolar Disorder) | Attendee / Physician Name | Specialty | Results Of Search |
|---|---|---|---|
| | | | present |
| San Diego, CA Oct. 19, 1998 | Karl Walter, MD | Psychiatrist | Dates of SCPMG Employment: 11/19/2001—present |
| San Francisco, CA Aug. 8, 1998 | Alan Marx, MD | Chief, Psychiatry | Dates of TPMG Employment: 6/15/1987—present |
| San Francisco, CA Aug. 8, 1998 | Paul Opsvig, MD | Psychiatry | Dates of TPMG Employment: 3/12/1979—8/30/2002 |
| San Francisco, CA Aug. 8, 1998 | Harold (Hal) Bornstein, MD | Psychiatry | Dates of TPMG Employment: 7/23/1979—present |
| San Francisco, CA Aug. 8, 1998 | Michael R Bartos, MD | Inpatient Psychiatry | Dates of TPMG Employment: 1/11/1993—7/9/2007 |
| San Francisco, CA Aug. 8, 1998 | Frederick Bittikofer, MD | Physician/Psychiatry | Dates of TPMG Employment: 7/2/1979—present |
| San Francisco, CA Aug. 8, 1998 | David L Richman, MD | Psychiatry | Dates of TPMG Employment: 4/27/1992—11/6/2008 |
| San Francisco, CA Aug. 8, 1998 | Cecilia Dolores Limtao, MD | Mental Health | Dates of SCPMG Employment: 8/6/1990—present |
| San Francisco, CA Aug. 8, 1998 | Dykes Young, MD | Psychiatry | Dates of TPMG Employment: 11/30/1998—present |
| San Francisco, CA Aug. 8, 1998 | Edward A Witt, MD | Psychiatrist | Dates of TPMG Employment: 8/2/1971—8/31/1998 |
| San Francisco, CA Aug. 8, 1998 | James W Blevins, MD | Unknown | Dates of TPMG Employment: 12/8/1997—9/14/2005 |
| San Francisco, CA | Frederick | Psychiatry, Adult | Dates of TPMG |

2

| Location & Date of CME (New Frontiers in Social Phobia and Bipolar Disorder) | Attendee / Physician Name | Specialty | Results Of Search |
|---|---|---|---|
| Aug. 8, 1998 | Becker, MD | Services | Employment: 12/16/1993—present |
| San Francisco, CA Aug. 8, 1998 | Dora Wang, MD | Psychiatry | Dates of TPMG Employment: 10/7/1996—12/18/1998 |
| San Francisco, CA Aug. 8, 1998 | Steve C Manitsas, MD | Psychiatry | Dates of TPMG Employment: 2/2/1998—present |
| San Francisco, CA Aug. 8, 1998 | Richard M Leavitt, MD | Medical Director, Psychiatry/Behavioral Medicine | Dates of TPMG Employment: 9/13/1993—present |
| Universal City, CA Sept. 27, 1998 | Samuel Berger, MD | Psychiatry | Dates of SCPMG Employment: 10/22/1987—1/1/2004 |
| Universal City, CA Sept. 27, 1998 | Yvonne P. Sanchez, MD | Unknown | Dates of SCPMG Employment: 8/1/1975—7/31/1997; 9/22/1997—11/5/2008 |
| Universal City, CA Sept. 27, 1998 | Bama Sridhar, MD | Psychiatry | Dates of SCPMG Employment: 12/14/1987—present |
| Universal City, CA Sept. 27, 1998 | Jyotsna Thakkar, MD | Psychiatry | Dates of SCPMG Employment: 5/1/1981—present |
| Universal City, CA Sept. 27, 1998 | Laurence Jackson, MD | Psychiatry | Dates of SCPMG Employment: 11/6/1989—present |
| Washington DC July 19, 1998 | Victoria Tankeh, MD | Psychiatrist | Dates of Mid-Atlantic PMG Employment: 7/25/1988—present |