# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**KAISER FOUNDATION HEALTH PLAN, ET AL,**

                    **Plaintiffs,**

**v.**

**PFIZER, INC., ET AL,**

                    **Defendant.**

C.A. No. 04-cv-10739 (PBS)

Judge Patti B. Saris
Mag. Judge Leo T. Sorokin

## PLAINTIFF KAISER'S SUMMARY LIST OF CERTAIN TRIAL EXHIBITS

| TRIAL EX. # | DOCUMENT TITLE AND DATE |
|---|---|
| 9 | December 1993: FDA letter to Parke-Davis regarding NDA for Neurontin and enclosing draft product labeling |
| 29 | May 1994: Parke-Davis memorandum regarding "$500 million" |
| 27 | March 1995: Parke-Davis (Perlow) letter to Gary A. Mellick |
| 13 | March 1995: Interoffice memorandum regarding "Gabapentin Psychiatric Studies" |
| 12 | March 1995: Interoffice memorandum regarding "Gabapentin Approvals" |
| 28 | March - May 1995: "Marketing Assessment Neurontin in Psychiatric Disorders" |
| 4 | May 1995: Parke-Davis "Marketing Assessment Neurontin in Psychiatric Disorders" and cover memorandum |
| 7 | July 1995: Parke-Davis "Marketing Assessment Neurontin in Neuropathic Pain and Spasticity" and cover memorandum |
| 23-25 | August 1995: Parke-Davis memorandum concerning and letter and consultant agreement to Gary A. Mellick |

| TRIAL EX. # | DOCUMENT TITLE AND DATE |
|---|---|
| 11 | October 1995: Handwritten note regarding "Revised Neuropathic Pain Forecasts" and attaching same |
| 31 | September 1995: Parke-Davis memorandum regarding "Gabapentin for Treatment of Pain Consultants Meeting: Sept. 28, 1995; Boston, MA" |
| 26 | June 1996: Slides for "Second Quarter Face-to-Face Meeting" |
| 73 | June 1996: CDM Memo to Parke-Davis regarding "Minutes- June 6, Strategy Meeting" |
| 49 | July 1996: CDM/Parke-Davis Contract Addendum |
| 87 | July 1996: FDA letter to Parke-Davis regarding an inquiry into FDA concerns about off-label promotion of Neurontin |
| 216 | August 1996: Parke-Davis "Marketing Assessment Neurontin in Migraine" and cover memorandum |
| 75 | September 1996: CDM Memo to Parke-Davis Product Manager regarding "Neurontin 1997 Tactical Plan" |
| 48 | October 1996: "1997 National Strategies and Tactics" Grid for Neurontin |
| 50 | January 1997: CDM letter to Parke-Davis VP of Portfolio Management |
| 15 | March 1997: "Anticonvulsants in the Treatment of Diabetic Neuropathy" overview prepared by CDM division Proworx |
| 54-53 | April 1997: CDM Memo to Parke-Davis Product Manager regarding "'Ride With' – Denver" |
| 41 | June 1997: CDM division Proworx Memo to Parke-Davis Product Manager regarding "Vera Bril's Abstract" |
| 42 | June 1997: CDM division Proworx Memo to Parke-Davis regarding "Dr. Bril's slides" |
| 43 | June 1997: CDM division Proworx Memo to Parke-Davis regarding "Situation Analysis for the ADA Satellite Symposium" |
| 68 | June 1997: CDM division Proworx Memo regarding "APA Advisory Board Meeting Summary" |
| 32 | June 1997:  Neurontin 1998 Situation Analysis |
| 37 | July 1997:  "Investigator CME Case Study Series" Presentation prepared by CDM division Proworx |

| TRIAL EX. # | DOCUMENT TITLE AND DATE |
|---|---|
| 17 | July 1997: "1998 Neurontin Tactics" Presentation prepared by CDM |
| 38 | August 1997: CDM division Proworx to Parke- Davis regarding "Investigators CME Case Study Series" |
| 19 | August 1997: Kenneth Gorson, M.D. letter to Parke-Davis regarding "Gabapentin in painful diabetic neuropathy manuscript" and enclosing manuscript |
| 91 | August 1997: FDA letter to Parke-Davis regarding supplemental application for Neurontin |
| 33 | September 1997: "1998 Strategic Plan and A&P Allocation Grid" for Neurontin |
| 44 | September 1997: "Neurontin gabapentin capsules" slides for presentation for CNS ABMs |
| 58 | September 1997: Parke-Davis memorandum regarding "Review/analysis on Neurontin" enclosing "Neurontin gabapentin capsules Brand Update" |
| 40 | November 1997: "Managing the pain of diabetic neuropathy" supplement to *Internal Medicine* |
| 3 | December 1997: "Emerging Treatments in Diabetic Neuropathy Investigator CME Case Study Series" packet |
| 2 | December 1997: "1998 Strategic Plan and A&P Allocation Grid" for Neurontin |
| 69 | December 1997: "Neurontin Extended Disease Team Distribution List" and memorandum regarding "CME Supplement – *Psychiatric Times*" |
| 86 | December 1997: CDM Memo to Parke-Davis regarding "CNS Strategy Meeting" |
| 85 | Late 1997: "1998 Marketing Plan" |
| 30 | January 1998: Parke-Davis memorandum regarding "Diabetic Neuropathy Study from St. Elizabeth's Hospital, Boston, MA" and enclosing draft |
| 100 | March 1998: Parke-Davis memorandum regarding "CME Psychiatry Dinners and Teleconferences" and attachments |
| 212 | April 1998: "Quarterly Brand Review: Neurontin 4/98" |
| 108 | July 1998: Email exchanges regarding "Additional analyses requested for 945-224" and enclosing same |
| 107 | July 1998: "Meeting minutes of phone conference" |

3

| TRIAL EX. # | DOCUMENT TITLE AND DATE |
|---|---|
| 83 | July 1998: CDM Memo to Parke-Davis regarding "Neurontin Strategy Meeting Minutes" |
| 103 | November 1998: Parke-Davis memorandum regarding "Neurontin/Dilantin Weekly Update" |
| 361 | December 1998: Grant request to Allen Crook at Parke-Davis for creation of "New Frontiers in Social Phobia and Bipolar Disorders" meeting series |
| 72 | Late 1998: 1999 Marketing Plan |
| 110 | Late 1998: *Cleveland Clinic Journal of Medicine* Supplement 1 to Volume 65: "New Treatment Strategies in Psychiatry: Role of Anticonvulsants" |
| 79 | Late 1998: "1999 Strategic Plan and A&P Allocation Grid" for Neurontin |
| 98 | Late 1998/early 1999: "Advances in Migraine Management" presentation |
| 71 | February 1999: Letter from Makovsky & Company enclosing "Neurontin (gabapentin) Final Media Results Report" |
| 80 | March 1999: *Progress in Neurology* Volume 1, Number 1: "Pharmacology of Painful Peripheral Neuropathies" |
| 245 | April 1999: Dear Doctor letter regarding "Advances in the Preventive Treatment of Migraine" and outline for audiotape of the program |
| 62 | April 1999: Northeast CBU 2nd Trimester 1999 – Neurontin |
| 64 | April 1999: Quarterly Brand Review – Neurontin |
| 93 | May 1999: "Neurontin Tactical Meeting" |
| 246 | May 1999: Transcript of Audiotape of "Advances in Preventative Treatment of Migraine" |
| 211 | May 1999: Portion of program and abstracts materials for American Psychiatric Association 1999 Annual Meeting |
| 63 | May 1999: "New Frontiers in Anxiety, Substance Abuse and Bipolar Disorder" workbook |
| 99 | June 1999: CDM division Proworx Status Report for Parke-Davis regarding "Advances in the Preventive Treatment of Migraine" |
| 248 | July 1999: Communications from CDM division Proworx to Dr. Ninan Mathew and Steve Biddle concerning "Advances in the Preventive Treatment of Migraine" program |

| TRIAL EX. # | DOCUMENT TITLE AND DATE |
|---|---|
| 363 | Mid 1999: Monograph for "Advances in the Preventive Treatment of Migraine" |
| 65 | Late 1999: 2000 Marketing Plan |
| 97 | Late 1999/early 2000: CDM division Proworx summaries on "Programs for 2000" |
| 82 | March 2000: *Neurology Reviews* Supplement: "Management of Neuropathic Pain Syndromes" |
| 109 | April - June 2000: Email exchange regarding "945-224 Publication – F.Y.I." |
| 92 | May 2000: Neurontin Update |
| 213 | June 2000: Draft of "Neurontin: 2001 Situation Analysis" |
| 143 | June 2000: Neurontin Brand Review: Pfizer Integration Meeting |
| 144 | July 2000: "Neurontin: 2000 Situation Analysis" |
| 183 | October 2000: Email exchange regarding "25 and 26 studies" |
| 129 | October 2000: "Neurontin 2001 U.S. Operating Plan" Powerpoint Presentation |
| 223 | November 2000: "Neurontin Marketing and Advertising Overview: 1994-2000" Presentation by CDM |
| 185 | November 2000: Emails regarding "Revised draft of publication for 945-224" and enclosing draft |
| 206 | December 2000: Pfizer memoranda regarding "Neurontin (gabapentin)" |
| 227 | Late 2000: "Neurontin Leading at the Edge – Global Operating Plan 2001" |
| 163 | January 2001: Email exchange regarding "Publication Strategy 224, 225, and 226" |
| 139 | February 2001: "Neurontin: 2000 Situation Analysis" |
| 203 | March 2001: Email exchange regarding "Publication of Key Studies" |
| 200 | June 2001: Fax enclosing meeting minutes for meeting between Pfizer and FDA |
| 136 | July 2001: Medical Action Communications Action Report |
| 165 | July 2001: Email exchange regarding "Key Messages" |

| TRIAL EX. # | DOCUMENT TITLE AND DATE |
|---|---|
| 135 | August 2001: Email exchange regarding "15 Aug Neurontin PSC Action Report" |
| 210 | August 2001: Email exchange regarding "Neurontin Publications Report" |
| 125 | August 2001: Email exchange regarding "15 Aug Neurontin PSC Action Report" |
| 217 | September 2001: Email exchange regarding "POPP Study" |
| 173 | September 2001: "Pfizer Consultants Meeting" notes |
| 175 | September 2001: Email exchange regarding "My thoughts on the POPP Study Investigator meeting" |
| 169 | September 2001: Agenda for Neurontin Publications Plan Meeting |
| 255 | September 2001: Neuropathic Pain Dosing Manuscript Outline |
| 170 | September 2001: Email exchange regarding "GBP in Bipolar Disorder" |
| 137 | September 2001: Email exchange regarding "GBP – post amputation plan" |
| 168 | September 2001: Email exchange regarding "GDRC – Nerve Conditions Discussion" |
| 219 | October 2001:  "Neurontin (gabapentin) Global Operating Plan" slides |
| 138 | October 2001: "Neurontin 2002 Operating Plan" Powerpoint Presentation |
| 164 | October 2001: Email exchange regarding "Gabapentin Neuropathic Pain Indication" |
| 166 | October 2001: Agenda for Neurontin Publications Plan Meeting |
| 254 | December 2001: "Gabapentin in the Treatment of Epilepsy: A Dosing Review" Draft Manuscript |
| 178 | Late 2001: Neurontin Global Branding Guide |
| 130 | January 2002: "Neurontin Publications Subcommittee Current Status and 2002 Plans" |
| 122 | April 2002:  Email exchange regarding "MIGRAINE PROPHYLAXIS" |
| 251 | April 2002: Agenda for Neurontin Publications Plan Meeting |
| 195 | May 2002:  FDA letter to Parke-Davis regarding approval of use of Neurontin for management of postherpetic neuralgia |

| TRIAL EX. # | DOCUMENT TITLE AND DATE |
|---|---|
| 196 | May 2002: Notes from FDA Teleconference |
| 258 | July 2002: "2001/2002 Overview MAC" Powerpoint Presentation |
| 190 | August 2002:  FDA letter to Pfizer regarding "Pfizer's… request for comments on… proposed promotional materials" |
| 262 | August 2002: Email exchange regarding "pain dosing paper" |
| 263 | September 2002: Email exchanges regarding "spinning Serpell" |
| 259 | September 2002: "Neurontin 2003 Publications Plan: Review of Capabilities and Strategic Plan" |
| 238 | Late 2002: "2003 Operating Plan" Powerpoint Presentation |
| 239 | Late 2002: "2003 Operational & Tactical Plan" Powerpoint Presentation |
| 126 | October 2002: Email exchange regarding "Key Messages" |
| 260 | October 2002: Medical Action Communications Agency Review |
| 141 | October 2002: "Key Messages – Serpell Mixed Symptoms Paper" |
| 265 | October 2002: Email exchange regarding "PHN Review" |
| 232 | November 2002: CDM division Fallon Medica Neurontin Publication Planning and Execution |
| 266 | November 2002: Email exchange regarding "Backonja" |
| 261 | December 2002: "Explanation of Additional Charges" |
| 228 | Late 2002: "Expanding the Global Brand" |
| 120 | Late 2002: Pfizer Memorandum regarding "Neurontin Media Budget 2003" |
| 241 | January 2003: "Neurontin PSC SOPs – Roles and Responsibilities for Manuscript Teams" Powerpoint Presentation |
| 209 | January 2003: Email exchange regarding "Neurontin: NeP Dosing Manuscript Published; Public Relations Materials attached" and enclosing Pfizer Memorandum regarding "Neurontin: Gabapentin NeP Dosing Paper available Electronically on Clinical Therapeutics Website" |
| 189 | February 2003: CDM division Fallon Medica Spreadsheet entitled "Neurontin Manuscript Tracking Grid – PSC Sponsored Manuscripts" |

| TRIAL EX. # | DOCUMENT TITLE AND DATE |
|---|---|
| 192 | March 2003: "Gabapentin vs. Placebo in Patients with Neuropathic Pain.  A Randomized, Double-Blind, Cross-Over, Multi-Center Study in the Nordic Area" "Final Report of Study ISN 945-271" |
| 208 | June 2003: Pfizer Memorandum regarding "Neurontin: Epilepsy Dosing Manuscript Published" |
| 236 | July 2003:  Email regarding "Cochrane reviews on Lamotrigine, Gabapentin, Topiramate, Tiagabine and Oxcarbazepine in the treatment of Bipolar Disorder" |
| 194 | September 2003: "Gabapentin vs. Placebo in Patients with Neuropathic Pain.  A Randomized, Double-Blind, Cross-Over, Multi-Center Study in the Nordic Area" "Final Report of A Sub-Study to Study ISN 945-271" |
| 111 | September 2003: "Neurontin 2004 Operating Plan" Powerpoint Presentation |
| 250 | Late 2003: Pfizer's "Kaiser Permanente 2004 Operating Plan" |
| 159 | January 2004: Email chain exchange regarding "Gabapentin in bipolar disorder: randomized controlled trials" |