UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------x
:
In re: NEURONTIN MARKETING, SALES  : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION :
----------------------------------------x Master File No. 04-10981
:
THIS DOCUMENT RELATES TO: : Judge Patti B. Saris
:
*Guard Insurance Co., et al. v. Warner Lambert Co., et al.*, : Magistrate Judge Leo T.
Case No. 1:10-cv-10277-PBS : Sorokin
:
:
:
----------------------------------------x

**JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT**

This Stipulation is entered into by and among the parties hereto, Plaintiffs GUARD Insurance Company, AmGUARD Insurance Company, NorGUARD Insurance Company, EastGUARD Insurance Company and WestGUARD Insurance Company ("Plaintiffs"), and Defendants Pfizer Inc and Warner-Lambert Company LLC ("Defendants") through their respective undersigned attorneys, with reference to the following facts:

WHEREAS, on February 18, 2010, the above-captioned case was transferred to this Court from the District Court for the District of New Jersey by the Judicial Panel on Multidistrict Litigation;

WHEREAS, Defendants' deadline to answer, move or otherwise respond to Plaintiffs' Complaint in this matter ("the Complaint") is currently March 15, 2010;

WHEREAS, the parties have jointly agreed, and propose to this Court, that Defendants' deadline to answer, move or otherwise respond to the Complaint should be extended to and including May 14, 2010;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED TO, by and between the undersigned counsel, that Defendants' time to answer, move or otherwise respond to the Complaint herein shall be extended to and including May 14, 2010.

Dated: March 12, 2010

Respectfully submitted,

| | |
|---|---|
| BARRY, MCTIERNAN & WEDINGER | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| By: /s/ Richard W. Wedinger<br>Richard W. Wedinger | By: /s/ Mark S. Cheffo<br>Mark S. Cheffo |
| 1024 Amboy Avenue<br>Edison, NJ 08837<br>Tel: (732) 225-3510<br>rwedinger@bmctwlaw.com | Four Times Square<br>New York, New York 10036<br>Tel: (212) 735-3000<br>Mark.Cheffo@skadden.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC* |

APPROVED AND SO ORDERED:

Dated:_____                                    _____

The Honorable Patti B. Saris
United States District Judge

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 12, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

2