UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

## DEFENDANTS' EMERGENCY MOTION SEEKING RECONSIDERATION OF LIMITATION ON THE TESTIMONY OF DR. ANTHONY J. ROTHSCHILD

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move this court to reconsider its decision to limit the testimony of expert witness Dr. Anthony Rothschild.

WHEREFORE, Defendants respectfully request that the Court grant the relief sought herein and allow Dr. Rothschild to testify to the full scope of his March 18, 2009 report.

### REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument will assist the Court, and they wish to be heard. Accordingly, pursuant to Local Rule 7.1(D), Defendants respectfully request oral argument on this motion.

Dated: March 14, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By: /s/ Mark S. Cheffo
Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

By:   /s/ Raoul D. Kennedy
       Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel: (415) 984-6400
Raoul.Kennedy@skadden.com

WHEELER TRIGG O'DONNELL LLP

By:   /s/ James E. Hooper
       James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel: (303) 244-1800
hooper@wtotrial.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## **CERTIFICATE OF CONSULTATION**

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

        /s/ Mark S. Cheffo
        Mark S. Cheffo

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 14, 2010.

        /s/ Mark S. Cheffo
        Mark S. Cheffo