UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>KAISER FOUNDATION HEALTH PLAN, ET AL V. PFIZER, INC., ET AL, 04 CV 10739 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**KAISER'S MOTION TO ADMIT WOHLBERG DOCUMENT**

Kaiser respectfully moves this Court to admit into evidence the document bearing Bates number "Pfizer_Wohlberg_020650," an email written from Christopher Wohlberg, a Pfizer employee, dated July 21, 1999 ("snake oil email"), attached as Exhibit A. This document was referenced during the testimony of Mr. David Franklin on Thursday March 12, 2010. March 12, 2010 Trial Tr. at 101:9-13. At that time, the Court indicated that if the document had not been produced to Kaiser during discovery and was in fact a Pfizer document it would be admitted into evidence. Trial Tr. at 101-102: 23-4. Kaiser now sets forth relevant facts about the production of the document and the document's author.

**I.    The Snake Oil Email Was Never Produced to Kaiser**

Kaiser's counsel has searched its repository of all documents produced in the sales and marketing cases in this MDL. Counsel for Kaiser searched by Bates number. Counsel for Kaiser also queried the phrases "Gabapentin is the 'snake oil' of the twentieth century" and "It has been

reported to be successful in just about everything that they have studied." Defendants did not produce a copy of this email to Kaiser.

Upon information and belief, the snake oil email was produced by counsel for Defendants, Skadden, Arps, Slate, Meagher & Flom LLP,[1] to Plaintiffs in the personal injury matters in late January 2010 pursuant to an order from Magistrate Judge Sorokin. The Bates number indicates this is a Pfizer document, and counsel for plaintiffs in the personal injury matters confirm that defense counsel represented this was a Pfizer document.

Kaiser only has a copy of this email because counsel for plaintiffs in the personal injury matters pending in this MDL happened to send a copy to counsel for Kaiser on Wednesday, March 10, 2010.

## II.     Dr. Christopher Wohlberg, M.D., Ph.D

In October of 1997, Dr. Wohlberg was listed as a co-investigator of a study called "Severe Pain Relief in Neuropathy -- Gabapentin Study." *See* WLC_CBU_062954 (study protocol). The study protocol also identified a telephone number where the Parke-Davis CBU contact, who may have been Phillip Magistro, could be reached. *Id.* The study was apparently based on the hypothesis that "Gabapentin is an effective therapy for at least some types of chronic neuropathic pain." *Id.*

Christopher Wohlberg, M.D., Ph.D. is a current Pfizer employee. Upon information and belief, Dr. Wohlberg joined Pfizer in 1998 as a Vice President. *See* Dr. Wohlberg's LinkedIn page, accessed at http://www.linkedin.com/pub/christopher-wohlberg/4/38b/47b, attached as Exhibit B. Dr. Wohlberg has served as an Executive Medical Director / Global Medical Team Leader at Pfizer for over ten years. *Id.* In 2004, Wohlberg was promoted from "Team Leader on

---

[1] As the Court is aware, Skadden represents Defendants in both this matter and the personal injury cases.

the Movement Disorders Team" to the "Team Leader for the Sleep & Movement Disorders Team." Pfizer_MClaussen_0004002. In 2006, Dr. Wohlberg became Senior Team Leader for Neurontin. *See* Pfizer_LKnapp_0163884. In 2008, Dr. Wohlberg gave a presentation to the FDA on Pfizer's behalf that attempted to dissuade the FDA from including Neurontin in the class wide warning regarding the incidence of suicide and suicidality among AEDs. *See* www.fda.gov/OHRMS/DOCKETS/ac/08/minutes/2008-4372m1-Final.pdf (Minutes of July 10, 2008 Meeting with FDA). Dr. Wohlberg is currently the Vice President of the Primary Care Business Unit at Pfizer. *See* Exhibit B.

### III.  Defendants' Objections Have No Merit

On March 14, 2010, Defendants filed an Objection to Pre-Merger Statements Made by Pfizer Employees. Dkt. #2663. In that brief, Defendants try to minimize Dr. Wohlberg's understanding of Neurontin, even though he had apparently investigated Neurontin through a Parke-Davis study in 1997, was a Pfizer employee in 1999 at the time he wrote the snake oil e-mail, became a Senior Team Leader for Neurontin by 2006, and ultimately gave a presentation to the FDA on Pfizer's behalf regarding Neurontin in 2008.

### A.  The Snake Oil Email Is Admissible as a Business Record of a Party Opponent

The parties have agreed that documents bearing Pfizer's Bates stamp are not properly the subject of challenges as to business record status. The snake oil email clearly bears a Pfizer Bates range. Pfizer does not contest that it was produced by Pfizer, or that Dr. Wohlberg was/is a Pfizer employee.

Pfizer complains that the email is more prejudicial than probative. The efficacy of Neurontin to treat particular conditions is a central issue in Kaiser's case. The opinion of a Pfizer employee who apparently had experience studying Neurontin's effectiveness in treating pain is highly probative. As to prejudice, the email is certainly damning. Yet when prejudice

stems directly from the highly probative nature of the document – *not a collateral side issue* – the document must be admitted under the Federal Rules.  *See* Rule 403 (stating, "evidence may be excluded if its probative value is substantially outweighed by the danger of *unfair prejudice*…").

## B.  Pfizer's Self-Serving Assertions Cannot be Taken at Face Value

Because this email was not produced to Kaiser, but was produced only two months ago to counsel for plaintiffs in the personal injury matters, Kaiser has not had an opportunity to take discovery of Dr. Wohlberg.  Defendants statements as to his status at the time of the email correspondence are self serving and cannot be taken at face value – particularly in light of significant evidence that Dr. Wohlberg apparently conducted a study on Neurontin prior to the email and then went on to an illustrious career as Vice President at Pfizer and spokesperson on Neurontin's behalf to the FDA.   In fact, Pfizer's candid statements about Neurontin *before it had a financial interest in advocating Neurontin's off-label uses* make the e-mail's statements even more reliable than any post-merger self-serving denials.

## C.  Wohlberg's Comment about Neurontin's Ineffectiveness is Not Limited to Social Phobia

Defendants also claim that Dr. Wohlberg's comment merely responded to a study on social phobia.  Dkt. # 2663 at 4.  The July 21, 1999 e-mail from Dr. Wohlberg to John Rodriguez, however, states, in its entirety:

> Thanks for the information, John.  Gabapentin is the 'snake oil' of the twentieth century.  It has been reported to be successful in just about everything that they have studied.  Let's see what they do with pregabalin.  It was very nice meeting you yesterday.  If you have any questions, please let me know.
>
> Chris Wohlberg

Exhibit A.  The email addresses a much wider variety of uses for Neurontin than just social phobia.  Defendants' objections simply have no merit.

## CONCLUSION

For all of the foregoing reasons, the Court should admit the e-mail attached as Exhibit A.

Dated:  March 14, 2010                                  Respectfully submitted,


                                                        By:    */s/ Linda P. Nussbaum*
                                                               Linda P. Nussbaum

                                                        KAPLAN FOX & KILSHEIMER LLP
                                                        Linda P. Nussbaum, Esq.
                                                        850 Third Avenue, 14th Floor
                                                        New York, New York 10022

                                                        *Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

*Of Counsel*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol
HAGENS BERMAN SOBOL
  SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

001615-13 358601 V1                                     5

Don Barrett, P.A.
404 Court Square
Lexington, MS  39095-0987

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 14, 2010.

*/s/ Elana Katcher*
Elana Katcher