# EXHIBIT A

**From:** Wohlberg, Christopher
**Sent:** Wednesday, July 21, 1999 1:49 PM
**To:** Rodriguez, John
**Subject:** RE: social phobia

Thanks for the information, John. Gabapentin is the 'snake oil' of the twentieth century. It has been reported to be successful in just about everything that they have studied. Let's see what they do with pregabalin. It was very nice meeting you yesterday. If you have any questions, please let me know.

Chris Wohlberg

-----Original Message-----
**From:** Rodriguez, John
**Sent:** Wednesday, July 21, 1999 8:45 AM
**To:** Wohlberg, Christopher
**Subject:** FW: social phobia

FYI. Thanks for your time yesterday.
John

-----Original Message-----
**From:** Thomas, Geoffrey
**Sent:** 21 July 1999 09:48
**To:** Rodriguez, John
**Subject:** FW: social phobia

FYI

-----Original Message-----
**From:** Rhodes, Amanda
**Sent:** 21 July 1999 09:41
**To:** Thomas, Geoffrey
**Cc:** Lee, Michelle
**Subject:** social phobia

Hi Geoff

I'm not sure whether you get the RAD Alert page so whether you may have seen this or not, but just in case I thought this may be of interest to you!

Regards
Amanda


A new study has shown that Warner-Lambert's anticonvulsant, gabapentin (Neurontin), can significantly reduce symptoms of social phobia, but the company is not planning to develop gabapentin for this indication, because its US patent expires next year. However, the results may have implications for its second-generation gabapentenoid, pregabalin, which is in Phase III. Gabapentin has shown promise in a wide array of conditions outside the epilepsy area, including in diabetic neuropathy and postherpetic neuralgia (Scrip No 2394, p 21). Pregabalin is in Phase III development for epilepsy, neuropathic pain and a number of other CNS disorders, including social phobia (also known as social anxiety disorder) as well as panic, generalised anxiety and bipolar depression. Some of these trials have been completed, while others are ongoing, the company says.
The new study of gabapentin, published in the July/August issue of the Journal of Clinical Psychopharmacology, involved 69 patients

1

Confidential
Pfizer_Wohlberg_020650

with a history of social phobia who were randomised to receive either a flexible dose of gabapentin (900 to 3,600mg daily) or placebo for 14 weeks. Efficacy was measured by the Liebowitz Social Anxiety Scale, which measures the degree to which a patient fears and therefore avoids various social situations. Total scores range from 0-144, with a score in the 80's indicating a moderate to severe degree of social phobia. Those treated with gabapentin showed a 28-point decrease on the scale (from 87.7 to 60.3), which was significantly greater that the reduction seen in those on placebo (12-points, from 83.5 to 71.4 on the scale). Historically, social phobia has been treated primarily with selective serotonin reuptake inhibitors, monamine oxidase inhibitors and anxiolytic benzodiazepines.
Although gabapentin's exact mechanism of action remains uncertain, its effect on various conditions, including epilepsy, pain and anxiety, may be due to the drug increasing GABA in the brain, Warner-Lambert says.

LEGAL NOTICE

Unless expressly stated otherwise, this message is confidential and may be privileged. It is intended for the addressee(s) only. Access to this e-mail by anyone else is unauthorised. If you are not an addressee, any disclosure or copying of the contents of this e-mail or any action taken (or not taken) in reliance on it is unauthorised and may be unlawful. If you are not an addressee, please inform the sender immediately.

Pfizer Limited is registered in England under No. 526209 with its registered office at Ramsgate Road, Sandwich, Kent CT13 9NJ

Confidential                                                                                     Pfizer_Wohlberg_020651