# EXHIBIT B

Client Needs Attorney - Clients Find You. Reasonable Fees. A Better Way to Practice Law. - From LegalMatch

**Christopher Wohlberg**
Vice President, Primary Care Business Unit at Pfizer Pharmaceuticals
Greater New York City Area | Pharmaceuticals



| | |
|---|---|
| **Current** | • Vice President, Primary Care Business Unit at Pfizer Pharmaceuticals<br>• Vice President at Pfizer Pharmaceuticals, New York |
| **Past** | • Executive Medical Director / Global Medical Team Leader at Pfizer, Inc.<br>• Partner at Lehigh Neurology |
| **Education** | • Massachusetts General Hospital<br>• Mt Sinai Medical Center<br>• University of Miami Leonard M. Miller School of Medicine |
| **Recommendations** | 1 person has recommended Christopher |
| **Connections** | 64 connections |
| **Public Profile** | http://www.linkedin.com/pub/christopher-wohlberg/4/38b/47b |

Expanded profile views are available only to premium account holders. **Upgrade your account.**

Customer Service | About | Blog | Careers | Advertising | Recruiting Solutions | Tools | Developers | Language | Upgrade Your Account
LinkedIn Corporation © 2010

# Christopher Wohlberg

Vice President, Primary Care Business Unit at Pfizer Pharmaceuticals

Greater New York City Area

|  |  |
|---|---|
| Current | • Vice President, Primary Care Business Unit at Pfizer Pharmaceuticals<br>• Vice President at Pfizer Pharmaceuticals, New York |
| Past | • Executive Medical Director / Global Medical Team Leader at Pfizer, Inc.<br>• Partner at Lehigh Neurology |
| Education | • Massachusetts General Hospital<br>• Mt Sinai Medical Center<br>• University of Miami Leonard M. Miller School of Medicine |
| Recommended | 1 person has recommended Christopher |
| Connections | 64 connections |
| Industry | Pharmaceuticals |

## Christopher Wohlberg's Experience

### Vice President, Primary Care Business Unit
**Pfizer Pharmaceuticals**
(Public Company; PFE; Pharmaceuticals industry)
December 2008 — Present (1 year 4 months)

### Vice President
**Pfizer Pharmaceuticals, New York**
(Pharmaceuticals industry)
1998 — Present (12 years)

### Executive Medical Director / Global Medical Team Leader
**Pfizer, Inc.**
(Public Company; PFE; Pharmaceuticals industry)
November 1998 — December 2008 (10 years 2 months)

### Partner
**Lehigh Neurology**
(Medical Practice industry)
June 1991 — November 1998 (7 years 6 months)

   Partner in 5 person neurology practice affiliated with Penn State Hershey Medical Center. Areas of interest included cerebrovascular disease, headache, and residency training. Member of IRB, bylaws committee, and DRG 14/15 improvement. Fellow of American Heart Association, Stroke Council.

## Christopher Wohlberg's Education

**Massachusetts General Hospital**
Neurology Resident 1988 — 1991

**Mt Sinai Medical Center**
Medical Internship 1987 — 1988

**University of Miami Leonard M. Miller School of Medicine**
1981 — 1987

## Additional Information

**Christopher Wohlberg's Groups:**

    American Academy of Neurology
    American Stroke Association

**Christopher Wohlberg's Honors:**

    Fellow of American Heart Association, Stroke Council
    Pfizer Individual Performance Award, 2006, 2008
    Best Doctors in America, 1997, 1998
    NIH Cardiovascular Training Grant