UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | |
| | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | |
| | Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW BASED UPON LACK OF SUFFICIENT EVIDENCE TO PROVE CONDUCT OF A RICO ENTERPRISE THROUGH A PATTERN OF RACKETEERING ACTIVITY**

Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully move for judgment as a matter of law, pursuant to Rule 50 of the Federal Rules of Civil Procedure, with respect to Plaintiffs' RICO claims on the grounds that Plaintiffs failed to present legally sufficient evidence that would permit a reasonable jury to find that Defendants committed a RICO violation as set forth 18 U.S.C. § 1962(c). For the same reasons, Defendants are entitled to judgment as a matter of law with respect to Plaintiffs' conspiracy claim under 18 U.S.C. § 1962(d). As set forth in the accompanying memorandum of law, the grounds for this motion are as follows: (1) Plaintiffs failed to present evidence legally sufficient to sustain their burden of proving conduct of an enterprise; (2) Plaintiffs failed to present legally sufficient evidence of a predicate act; and (3) Plaintiffs' failed to present legally sufficient evidence to support their RICO conspiracy claim.

Defendants move separately as to each alleged RICO enterprise, each different condition or off-label use at issue, and each geographic region (subject to and without waiving Defendants' prior argument that Plaintiffs lack standing to recover on behalf of their non-California subsidiaries).

WHEREFORE, Defendants respectfully request that the Court grant judgment as a matter of law in their favor on Plaintiffs' RICO claims.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument will assist the Court, and they wish to be heard. Accordingly, pursuant to Local Rule 7.1(D), Defendants respectfully request oral argument on this motion.

Dated: March 15, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Email:  Mark.Cheffo@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:   /s/ Raoul D. Kennedy
      Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel:  (415) 984-6400
Email:  Raoul.Kennedy@skadden.com

WHEELER TRIGG O'DONNELL LLP

By:   /s/ James E. Hooper
      James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel:  (303) 244-1800
Email:  hooper@wtotrial.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

### CERTIFICATE OF CONSULTATION

I hereby certify that counsel have conferred in a good faith attempt to narrow or resolve the issues presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

---

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 15, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

2