UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW BASED UPON LACK OF SUFFICIENT EVIDENCE OF INJURY OR CAUSATION**

Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully move for judgment as a matter of law, pursuant to Rule 50 of the Federal Rules of Civil Procedure, with respect to Plaintiffs' RICO claims and the issues of injury and causation. Plaintiffs failed to present legally sufficient evidence that would permit a reasonable jury to find in their favor on these essential elements of their claims, which are also requirements of RICO and Article III standing. As set forth in the accompanying memorandum of law, the grounds for this motion are as follows: (1) Plaintiffs failed to present legally sufficient evidence of a direct injury sufficient to establish standing or proximate causation; (2) Plaintiffs have produced insufficient evidence of injury due to inefficacy; (3) Plaintiffs failed to present legally sufficient evidence of "but for" causation.

Defendants move separately as to each alleged RICO enterprise, each different condition or off-label use at issue, and each geographic region (subject to and without waiving Defendants' prior argument that Plaintiffs lack standing to recover on behalf of their non-California subsidiaries).

WHEREFORE, Defendants respectfully request that the Court grant judgment as a matter of law in their favor on Plaintiffs' RICO claims and the issues of injury and causation.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument will assist the Court, and they wish to be heard. Accordingly, pursuant to Local Rule 7.1(D), Defendants respectfully request oral argument on this motion.

Dated: March 15, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  /s/ Mark S. Cheffo
     Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Email: Mark.Cheffo@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  /s/ Raoul D. Kennedy
     Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel: (415) 984-6400
Email: Raoul.Kennedy@skadden.com

WHEELER TRIGG O'DONNELL LLP

By:  /s/ James E. Hooper
     James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel: (303) 244-1800
Email: hooper@wtotrial.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

### CERTIFICATE OF CONSULTATION

I hereby certify that counsel have conferred in a good faith attempt to narrow or resolve the issues presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 15, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

2