UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | |
| *Shearer v. Pfizer Inc., et al.*<br>Case No. 1:07-cv-11428-PBS | |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") submit this Notice of Supplemental Authority to bring to the Court's attention the Eleventh Circuit's recent decision in *Dietz v. SmithKline Beecham Corp.*, --- F.3d ----, 2010 WL 744273 (11th Cir. Mar. 5, 2010). A copy of the opinion is attached hereto as Exhibit A.

In *Dietz*, the Eleventh Circuit affirmed the district court's grant of summary judgment against a plaintiff's claims that her husband's suicide was caused by his ingestion of Paxil, the defendant's prescription anti-depressant medication. *See id.* at *1. In *Dietz*, the decedent's prescribing physician had testified that "even when provided with the most current research and FDA mandated warnings," *id.* at *3, "he agreed with his decision to treat [the decedent] with Paxil and would do so again today under the same circumstances." *Id.* at *1. The Eleventh Circuit held that under the "learned intermediary doctrine, this assertion severs any potential chain of causation through which [plaintiff] could seek relief, and [plaintiff's] claims thus fail." *Id.* at *3. Notably, in so holding, the 11th Circuit rejected the plaintiff's attempt to prove causation based on the prescribing doctor's current practice of passing current labeled warnings along to patients and family members. *See id.* at *1; *see also* Appellant's Reply Brief in *Dietz* at 2-4 (attached hereto as Exhibit B).

Pfizer respectfully submits that the Eleventh Circuit's decision in *Dietz* provides additional support for Pfizer's pending motion for summary judgment.

Dated: March 15, 2010                   Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
     Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

-and-

BOIES, SCHILLER & FLEXNER LLP

By: /s/ William S. Ohlemeyer
     William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
WOhlemeyer@bsfllp.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 15, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo