UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                  :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                     :
         SALES PRACTICES AND                      :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION            :
                                                  :   Judge Patti B. Saris
---------------------------------------------------------------x
                                                  :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                         :
                                                  :
*Shearer v. Pfizer Inc., et al.*, 1:07-cv-11428-PBS :
                                                  :
---------------------------------------------------------------x

PLAINTIFF'S OBJECTIONS TO DEFENDANTS'
PROPOSED DEPOSITION DESIGNATIONS

Plaintiff makes the following objections to Defendants' Deposition Designations.

Plaintiff anticipates the need to assert additional objections depending upon the evidence

presented by Defendants, the Court's evidentiary rulings, and/or other matters that may

arise before or at trial. Accordingly, Plaintiff respectfully and specifically reserves the

right to: (1) withdraw at any time any objections identified; (2) supplement and/or amend

her objections in response to the Court's rulings on pretrial motions or other evidentiary

matters; (3) supplement and/or amend her objections in response to Defendants' intended

and/or actual use of the testimony; and (4) supplement and/or amend her objections as

otherwise permitted by the Court.

Dated: March 8, 2010

FINKELSTEIN & PARTNERS, LLP

_Kenneth B. Fromson_____
Kenneth B. Fromson, Esq.
Attorneys for Plaintiff
1279 Route 300
Newburgh, N.Y. 12551

TO: Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, N.Y. 10036

# Objections to Defense Designations:

Deponent: _____ Vito Acconci _____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 16:20 | 17:5 | X | | Hearsay |
| 23:7 | 23:18 | X | | Speculation |
| 23:19 | 24:5 | X | | Speculation/hearsay |
| 26:10 | 26:19 | X | | Hearsay |
| 29:9 | 30:13 | X | | Speculation/hearsay/403 |
| 30:14 | 30:24 | X | | Speculation/hearsay/403 |
| 32:10 | 32:16 | X | | Speculation |
| 32:17 | 32:22 | X | | Hearsay |
| 58:3 | 58:19 | X | | Hearsay |
| 59:3 | 59:20 | X | | Speculation/403 |
| 59:21 | 60:21 | X | | Speculation/403 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designation:

Deponent: ___Anne Hudson Angevine_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 18: 18 | 18: 25 | X | | Relevance: Current oncology (cancer) practice is not relevant to her prescribing practices in October 2000 to Pltf's decedent. |
| 19:1 | 19:25 | X | | Relevance: Current oncology (cancer) practice is not relevant to her practices in October 2000 when prescribing Neurontin to Pltf's decedent. |
| 20: 1 | 20: 18 | X | | Relevance: Current oncology (cancer) practice is not relevant to her practices in October 2000 when prescribing Neurontin to Pltf's decedent. |
| 21:1 | 21:4 | X | | Relevance: Current oncology (cancer) practice is not relevant to her practices in October 2000 when prescribing Neurontin to Pltf's decedent |
| 22:5 | 22: 25 | X | | Relevance: Current oncology (cancer) practice is not relevant to her practices in October 2000 when prescribing Neurontin to Pltf's decedent |
| 23: 1 | 23: 25 | X | | Relevance: Current oncology (cancer) practice with respect to Neurontin is not relevant to her practices in October 2000 when prescribing Neurontin to Pltf's decedent. |
| 24: 1 | 24:12 | X | | Relevance: Current oncology (cancer) practice with respect to Neurontin is not relevant to her practices in October 2000 when prescribing Neurontin to Pltf's decedent. |
| 24: 13 | 24:16 | | X | Pltf proposes this designation only if Pltf's objections to Def's designations are overruled. |
| 24: 17 | 24: 25 | X | | Relevance: Current oncology (cancer) practice is not relevant to her practices in |

| | | | | |
|---|---|---|---|---|
| | | | | October 2000 when prescribing Neurontin to Pltf's decedent |
| 25: 1 | 25: 11 | X | | Relevance: Current oncology (cancer) practice is not relevant to her practices in October 2000 when prescribing Neurontin to Pltf's decedent |
| 40: 16 | 40: 21 | | X | |
| 51: 15 | 51: 25 | | X | |
| 52: 1 | 52: 2 | | X | |
| 53: 15 | 53: 18 | | X | |
| 70:24 | 70:25 | | X | |
| 71: 1 | 71:24 | | X | |
| 77:10 | 77:16 | X | | Form: Ambiguous as to time, and lack of foundation; speculation as to whether Pltf's decedent was "off" narcotics as if to indicate that Pltf's decedent was no longer having effects of narcotics, whether deleterious or therapeutic in nature. |
| 85: 13 | 85: 23 | | X | |
| 95: 14 | 95: 18 | | X | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____Lisa Catapano-Friedman_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 14:22 | 14:23 | X | | 403 |
| 16:16 | 16:20 | X | | Leading/argumentative |
| 22:7 | 22:10 | X | | 403/hearsay |
| 27:10 | 27:12 | X | | Leading |
| 30:5 | 30:9 | X | | Leading |
| 38:1 | 38:1 | X | | Sidebar/leading |
| 39:23 | 40:1 | X | | Hearsay |
| 44:24 | 45:2 | X | | Leading |
| 47:19 | 48:6 | X | | Leading |
| 53:12 | 54:14 | | X | Add 53:12 to 54:14 |
| 66:6 | 66:11 | X | | Hearsay |
| 71:16 | 72:25 | X | | Relevance – her opinions regarding suicide are not relevant.  Daubert (unreliable) |
| 73:8 | 73:15 | X | | Foundation/Daubert (unreliable) |
| 74:9 | 74:18 | X | | Foundation/Daubert/403 |
| 95:25 | 96:18 | X | | Hearsay/403 |
| 152:2 | 152:22 | X | | Relevance/403 |
| 155:16 | 157:2 | X | | Speculation/Daubert/403 |
| 157:6 | 157:12 | X | | Speculation/Daubert/403 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent:  _____William Chambers_____

**Plaintiffs object to the entire testimony of Dr. William Chambers to the extent that he was not testifying as to his first hand knowledge or upon his recollection refreshed, but was merely reading into the stenographic record purported business/medical records that were otherwise undecipherable to the parties and which are subject to an authentication stipulation between the parties.  To the extent that the parties reach an agreement as to the authentication of medical records then Plaintiff will withdraw the objection to the entire testimony and limit Plaintiff's objection to the following portions of testimony listed below:**

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 24:8 | 24:22 | | X | |
| 25:8 | 25:10 | X | | Relevance as to Ivor Shearer's treatment/conditions |
| 31:9 | 31:25 | X | | Relevance as to Ivor Shearer's treatment/conditions |
| 32:2 | 32:18 | X | | Relevance as to Ivor Shearer's treatment/conditions |
| 43:19 | 43:25 | | X | |
| 51:18 | 51:24 | X | | Relevance as to Ivor Shearer's treatment/conditions |
| 52:16 | 52:25 | X | | Relevance as to Ivor Shearer's treatment/conditions |
| 53:2 | 53:18 | X | | Relevance as to Ivor Shearer's treatment/conditions |
| 54:22 | 54:25 | X | | Relevance as to Ivor Shearer's treatment/conditions |
| 55:2 | 55:7 | X | | Relevance as to Ivor Shearer's treatment/conditions |

# Objections to Defense Designations:

Deponent: _____Paula Consolini_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 16:11 | 16:19 | X | | Relevance/foundation |
| 20:5 | 20:12 | X | | Relevance/foundation |
| 31:1 | 31:7 | X | | Relevance/foundation |
| 36:2 | 36:5 | X | | Relevance/foundation |
| 39:19 | 40:17 | X | | Relevance/foundation |
| 42:2 | 43:23 | X | | Relevance/foundation |
| 43:24 | 45:19 | X | | Relevance/foundation/speculation |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____Suzanne Doft_____

NO OBJECTIONS

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____ Edward Epping _____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 11:19 | 12:3 | X | | Relevance/foundation |
| 26:16 | 27:13 | X | | Hearsay |
| 30:10 | 30:15 | X | | Hearsay/relevance/foundation |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____Manfred Hauben_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 126:22 | 128:18 | X | | Non-responsive |
| 296:17 | 297:1 | X | | Non-responsive, speculation |
| 325:22 | 326:1 | X | | Hearsay |
| 348:5 | 348:16 | X | | Speculation |
| 349:2 | 349:14 | X | | Speculation, calls for expert testimony (regulatory/labeling) |
| 530:24 | 531:4 | X | | Hearsay |
| 531:9 | 531:22 | X | | Hearsay |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____Lloyd Knapp_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| | | | | |
| June 28, 07 | | | | |
| 711 : 4 | 713 :25 | X | | Leading |
| 715 : 4 | 715 : 9 | X | | Speculation |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____James Mahon_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 14:11 | 14:18 | X | | Relevance/403 |
| 18:1 | 18:7 | X | | Hearsay/best evidence |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____Cynthia McCormick_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 106 : 21 | 107 : 17 | X | | Form - Leading |
| 108 : 13 | 109 : 6 | X | | Form - leading |
| 117 :1 | 117:21 | X | | Form - Ambiguous and compound: use of words "suggest or recommend" |
| 128 :2 | 128 :21 | X | | Form - leading |
| 129 : 15 | 130 : 17 | X | | Form - leading |
| 182 : 12 | 182 : 19 | X | | Form - Leading and calls for speculation |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____Christopher Pacella_____

NO OBJECTIONS

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent:  ___ Atul Pande_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/lines for completeness |
|---|---|---|---|---|
| 14:9 | 15:19 | X | | He is not a designated expert and wrote no expert reports; this resume was superseded: Exhibit 1: hearsay, not relevant |
| 603:14 | 632:17 | X | | Defense does not list Pande as an expert on any subject and did not submit a rule 26 report from him.   During his deposition he repeatedly stated that he is not an expert. He has not treated patients in almost 20 years, has never prescribed Neurontin, and does not read patient records.  At 612 he says he does not follow the literature and has no access to company documents.  Even so, Ms. McGroder elicited expert opinions from him on topics that require Rule 26 disclosure, preparation, report, and a foundation for the opinion.  This section (603 - 632) covers his opinion on what it means that doctors are still prescribing Neurontin (no experience or foundation); where doctors get their information to make prescribing decisions; the medicine's 'overall safety profile'; |
| 616:20 | | X | | Exhibit 41: CV Hearsay, relevance, did not identify him as expert or provide rule 26 disclosures |
| 624:21 | 632:17 | X | | Same objection; journal articles are not admissible, article not previously disclosed, and underlying research not reliable.  He read a paper and received advice from a patent attorney to file the patent for neurontin for bipolar Exhibit 42; Hearsay, article, expert opinion, no Rule 26 disclosure, opinion unreliable rule 702 et seq |

| | | | | |
|---|---|---|---|---|
| 641:8 | 660:21 | X | | Same as above<br>Hearsay, expert opinion about Parke Davis thought processes |
| 646:20 | | X | | Same as above, interprets the outcome of a hearsay study<br>Exhibit 43; Hearsay, article, expert opinion, no Rule 26 disclosure, opinion unreliable rule 702 et seq |
| 657:24 | | X | | Same as above, interprets the outcome of a hearsay study<br>Exhibit 44; Hearsay, article, expert opinion, no Rule 26 disclosure, opinion unreliable rule 702 et seq |
| 668:8 | | X | | Hearsay: Opinion about how effective the article on failed placebo study was in getting the word to the medical community about Neurontin and bipolar |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____Drusilla Scott_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 609:14 | 609:22 | X | | Lack of Foundation, Calls for Speculation |
| 613:6 | 614:11 | X | | Lack of foundation, calls for expert testimony |
| 614:12 | 614:17 | X | | Lack of foundation, calls for expert testimony |
| 614:18 | 615:5 | X | | Lack of foundation, calls for speculation, leading, calls for expert testimony. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____Ivor Shearer_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 69:19 | 69:21 | X | | Form |
| 69:24 | | X | | Form |
| 71:21 | 71:22 | X | | Form |
| 71:24 | | X | | Form |
| 72:8 | 72:25 | X | | Form |
| 73:1 | 73:14 | X | | Form |
| 97:18 | 98:7 | X | | Conjecture |
| 100:11 | 100:13 | X | | Form |
| 100:15 | 100:17 | X | | Form |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____Linda Shearer_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 159:5 | 159:10 | X | | Vague |
| 159:13 | 159:15 | X | | Vague |
| 159:16 | 166:18 | X | | Misstates testimony |
| 166:21 | 166:25 | X | | Misstates testimony |
| 168:7 | 168:16 | X | | Vague |
| 169:3 | 169:5 | X | | Form |
| 170:8 | 170:10 | X | | Form |
| 170:12 | 170:13 | X | | Form |
| 170:24 | 171:2 | X | | Form |
| 171:4 | | X | | Form |
| 172:3 | 172:4 | X | | Form |
| 173:15 | | X | | Form |
| 173:17 | | X | | Form |
| 173:19 | 174:2 | X | | Form |
| 174:5 | | X | | Form |
| 180:24 | 181:1 | X | | Form |
| 181:3 | 181:4 | X | | Form |
| 196:8 | 196:12 | X | | Form / Conjecture |
| 196:14 | 196:23 | X | | Form / Conjecture |
| 197:1 | 197:3 | X | | Form / Conjecture |
| 201:1 | 201:12 | X | | Interpretation of another's notes |
| 220:3 | 222:5 | X | | Interpretation of another's notes |
| 229:6 | 229:7 | X | | Interpretation of another's notes |
| 229:10 | 229:11 | X | | Interpretation of another's notes |
| 229:13 | 229:20 | X | | Interpretation of another's notes |
| 233:18 | 233:25 | X | | Interpretation of another's notes |
| 270:16 | 270:19 | X | | Assumes facts not in evidence |
| 270:22 | 270:23 | X | | Assumes fact not in evidence |
| 271:9 | 271:13 | X | | Form |
| 271:17 | 271:18 | X | | Form |
| 271:20 | 272:5 | X | | Form |
| 276:17 | 276:18 | X | | Form |
| 276:20 | 276:21 | X | | Form |
| 300:19 | 300:22 | X | | Form |

# Objections to Defense Designations:

Deponent: _____Charlie Taylor___08/27/2009_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 7:22 | 9:14 | x | | Relevant, prejuidicial |
| 27:12 | 29:17 | x | | lacks foundation – as to micrograph – for entire exhibit's use |
| 79:4 | 79:24 | x | | speculation, foundation |
| 95:17 | 97:23 | x | | hearsay and lacks foundation |
| 98:4 | 101:14 | x | | hearsay and lacks foundation |
| 125:8 | 129:17 | x | | hearsay and lacks foundation |
| 287:24 | 288:8 | x | | leading |
| | | | | |
| | | | | |
| | | | | |
| | | | | **Please see attached for additional counter designations from Charles Taylor deposition of 06/04/2007** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| [13:9] - [19:16] | 6/4/2007 | Taylor, Charles Jr PhD (Pfizer) |
| [19:18] - [19:25] | 6/4/2007 | Taylor, Charles Jr PhD (Pfizer) |
| [23:10] - [23:23] | 6/4/2007 | Taylor, Charles Jr PhD (Pfizer) |
| [57:25] - [58:7] | 6/4/2007 | Taylor, Charles Jr PhD (Pfizer) |
| [76:21] - [77:10] | 6/4/2007 | Taylor, Charles Jr PhD (Pfizer) |
| [80:20] - [83:2] | 6/4/2007 | Taylor, Charles Jr PhD (Pfizer) |
| [85:14] - [86:7] | 6/4/2007 | Taylor, Charles Jr PhD (Pfizer) |
| [113:16] - [129:13] | 6/4/2007 | Taylor, Charles Jr PhD (Pfizer) |
| [153:22] - [154:15] | 6/4/2007 | Taylor, Charles Jr PhD (Pfizer) |
| [164:20] - [166:14] | 6/4/2007 | Taylor, Charles Jr PhD (Pfizer) |
| [174:12] - [176:5] | 6/4/2007 | Taylor, Charles Jr PhD (Pfizer) |
| [194:4] - [195:20] | 6/4/2007 | Taylor, Charles Jr PhD (Pfizer) |
| [199:21] - [200:24] | 6/4/2007 | Taylor, Charles Jr PhD (Pfizer) |
| [314:4] - [317:2] | 6/4/2007 | Taylor, Charles Jr PhD (Pfizer) |

# Objections to Defense Designations:

Deponent: _____**Janeth Turner**_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 52 : 24 | 53 : 10 | X | | Foundation // No bases – FDA opinion |
| 74:7 | 76:15 | | X | 76:16- 77:6 |
| 97 : 20 | 97 :23 | X | | Leading // Calls for speculation |
| 270:22 | 272:20 | X | | Non-Responsive |
| 556 : 22 | 557 : 19 | X | | Foundation |
| 567 : 17 | 568 : 25 | X | | Speculation // No foundation |
| 570 : 24 | 571 : 13 | X | | Speculation |
| 580 : 18 | 581 : 4 | X | | Speculation |
| 586 : 2 | 587 : 17 | X | | Beyond direct -- leading |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____Sean Wheeler_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 19:17 | 19:19 | | X | |
| 33:7 | 33:22 | X | | Form / Leading |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |