UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | |
| *Shearer v. Pfizer Inc., et al.*<br>Case No. 1:07-cv-11428-PBS | |

### DEFENDANTS' PROPOSED VOIR DIRE AND JUROR QUESTIONNAIRE

1. This case involves a suicide. Is there anyone here who has been touched in any way by suicide, attempted suicide, suicidal thoughts or related issues? If so, please approach and we will ask you to discuss your experience privately.

2. Is there anyone here who feels that due to a recent loss of a loved one or for some other reason that they would not be comfortable listening to a case that involves a suicide?

3. Is there anyone here who has taken or is close to someone who has taken one or more of the following medications: Neurontin (gabapentin), Valium (diazepam), Ritalin (methylphenidate), Desyrel (trazodone), Ativan (lorazepam), Provigil (modafinil), Zyprexa (olanzapine), Zanaflex (tizanadine), or Prozac (fluoxetine)? If yes to any, have you or someone close to you had a bad experience with any of these medicines?

4. Is there anyone here who feels they or someone close to them has been harmed by a prescription medication? In thinking about your answer please consider any unwanted side effects including addiction.

5. In this case a pharmaceutical company is being sued by an individual who claims that a prescription medicine was a substantial factor in a person's decision to commit suicide. Is there anyone here that for any reason feels that in this type of case, the pharmaceutical company automatically starts off behind?

    a. Please raise your hand if you believe that in this type of case in order to win, the pharmaceutical company must prove that the medicine was not a factor in the suicide?

6. In this case, you might learn that sometimes doctors prescribe medicines for uses other than those for which they were specifically approved by the U.S. Food and Drug Administration (FDA). Is there anyone here who is opposed to the idea that doctors can prescribe medicines for uses not approved by the FDA? If there anyone here who would refuse to take a medicine for an unapproved use, even if your doctor recommended it?

7. Please raise your hand if you believe that a prescription drug should be proved 100% safe before being sold to the public?

8. If all you knew is that a person took a medicine and then had a health problem would that be enough to show that it was more likely than not the medicine that caused the health problem?

9. Is there anyone here who has a strong negative reaction to any of the following topics:

- The cost of prescription medication?

- The profit made by pharmaceutical companies?

- The safety record of the pharmaceutical industry?

- The marketing and promotional practices of the pharmaceutical industry?

10. No matter what the actual cause of the problem may be, if a patient has a serious health problem while taking a prescription drug, does the company that made the medicine necessarily have an obligation to take care of that patient?

11. Even if there is insufficient proof that a drug causes a particular side effect, raise your hand if you believe the drug company has a duty to warn about the side effect anyway.

12. Please raise your hand if you have a strong distrust of:

- Large corporations
- The U.S. Government

2

13. Does anyone feel that the warning labels on prescription drugs are not adequate? Why?

14. Have you been involved in any lawsuit as a party, witness or juror?

15. Have you heard or read about any lawsuits involving pharmaceutical companies?

# JUROR QUESTIONNAIRE

Please Print Clearly

NAME: _____

ADDRESS: _____

Age: _____

Gender:    A.    Male
           B.    Female

For the following questions, please circle the letter next to the response that best describes you and your current situation:

1. Current marital status:

    A.    Never Married
    B.    Married
    C.    Living with partner
    D.    Separated
    E.    Divorced
    F.    Widowed

2. Highest level of education completed:

    A.    Less than high school
    B.    GED
    C.    High school
    D.    Technical/trade school
    E.    Some college
    F.    Bachelor's degree
    G.    Some graduate study
    H.    Master's or Doctoral degree
    I.    Don't know

3. Current employment status:

    A.    Full Time
    B.    Part Time
    C.    Retired
    D.    Unemployed
    E.    Homemaker
    F.    Disabled

4

4. Job title (if unemployed or retired, please indicate most recent job):

   _____

   _____

5. Name of employers (if unemployed or retired, write most recent employer):

   _____

   _____

6. Spouse/partner's employment status:

   A. Full Time
   B. Part Time
   C. Retired
   D. Unemployed
   E. Homemaker
   F. Disabled

7. Job title (if unemployed or retired, please indicate most recent job):

   _____

   _____

8. Name of employers (if unemployed or retired, write most recent employer):

   _____

   _____

9. How long have you lived in this area?

   A. 0-5 years
   B. 6-10 years
   C. 11-20 years
   D. Over 20 years
   E. All my life

10. Would you say you have strong positive or negative opinions of pharmaceutical companies?

   A. Yes, positive opinions
   B. Yes, negative opinions
   C. No

   If yes, please explain:

   _____

   _____

   _____

11. All prescription medicine has risks.

   A. Strongly agree
   B. Somewhat agree
   C. Somewhat disagree
   D. Strongly disagree

12. Do you believe a prescription drug should be proved 100% safe for all people under all conditions before being sold to the public?

   A. Yes
   B. No

13. Have you, or anyone close to you, had suicidal thoughts?

   A. Yes, me
   B. Yes, someone close to me
   C. Yes, both
   D. No

14. Have you or someone close to you ever taken any of the following drugs: Neurontin (gabapentin), Valium (diazepam), Ritalin (methylphenidate), Desyrel (trazodone), Ativan (lorazepam), Provigil (modafinil), Zyprexa (olanzapine), Zanaflex (tizanadine), or Prozac (fluoxetine)?

   A. Yes, I have (Specify which drug(s)): _____
   B. Yes, someone close to me has (Specify which drug(s)): _____
   C. Yes, both (Specify which drug(s)): _____
   D. No

15. Have you, or someone close to you, had a bad experience taking any of the following drugs: Neurontin (gabapentin), Valium (diazepam), Ritalin (methylphenidate), Desyrel (trazodone), Ativan (lorazepam), Provigil (modafinil), Zyprexa (olanzapine), Zanaflex (tizanadine), or Prozac (fluoxetine)?

    A. Yes, I have (Specify which drug(s)): _____
    B. Yes, someone close to me has (Specify which drug(s)):_____
    C. Yes, both (Specify which drug(s)): _____
    D. No

16. Have you suffered a loss of a loved one or experienced some other serious loss in the last year?

    A. Yes
    B. No

17. How frequently do you search the internet for health information?

    A. Frequently
    B. Sometimes
    C. Rarely
    D. Never

20. Have you ever been a plaintiff or defendant in a civil lawsuit?

    A. Yes, plaintiff
    B. Yes, defendant
    C. Yes, both
    D. No, neither

    Please explain any "yes" answer below:

    _____
    _____
    _____

21. Are you personally familiar with or have done business with any of the following individuals? (CIRCLE ALL THAT APPLY)

    Vito Acconci

    Larry Alphs, MD

    Keith Altman

    Anne Hudson Angevine, M.D.

Janet Arrowsmith, MD, FACP

Deborah August, MD

Richard Barnes

Bonnie Beaven

Brian Berkel

Professor Shawn Bird, M.D.

Cheryl Blume, Ph.D.

Edward W. Boyer, MD, PhD

Carter Burwell

Lucy Castro

Lisa Catapano-Friedman, M.D.

William Chambers, M.D.

Mark Cheffo

Catherine Clarey

Steve Cohen

Paula Consolini

Stephen Cristo

Frank D'Amelio

Thomas Decker

Paresh Desai

Peggy Diggs

Suzanne Doft

Helen Duda-Racki

Keith Edwards, M.D.

David Egilman

Ed Epping

Michael Fagan

Joe Feczko

Andrew Finkelstein

Bruce Fleischmann

David Franklin, Ph.D.

Kenneth Fromson

Robert D. Gibbons, Ph.D.

Robert Glanzman

Michael Gleason

Joseph Glenmullen, M.D.

Michael Glier

Henry Grabowski, Ph.D.

Thomas Greene

Sander Greenland, M.A., M.S., Dr.Ph.

Elaine Hantman

Bryant Haskins

Manfred Hauben

Mark Hegarty

Douglas Herr, M.D.

Michael Hill

Daniel Holloway

James Hooper

Wilfred Hynes, M.D.

Douglas G. Jacobs, M.D.

Jeffery Kindler

Charles King III

Lloyd Knapp

John Knoop

Stefan Kruszewski, M.D.

Mark Lanier

Harlan Levy

Jack London

Pamela Macer

Martin Mackay

Jim Mahon

John Marino

Cynthia McCormick

Avanish Mishra

John Moulton

Ed Notargiacomo

Linda Nussbaum

Britton O'Neil, M.D.

William Ohlemeyer

Christopher Pacella

Atul Pande, M.D.

Chief Parker

Judy Raab

Larry Raab

William Ringo

Officer Rivers

Ilyas Rona

Robert Roth, Ph.D.

Anthony J. Rothschild, MD

Alexander Ruggieri, M.D.

Gerard Sanacora, MD, PhD

Lori Schultz

Druscilla Scott, PhD

Ivor Shearer

Linda Shearer

Officer Skorupski

Ken Soh

Scott Spring

Catherine Stevens

Daniel Sullivan, M.D.

Charles P. Taylor, PhD

Martin Teicher

Larry Therrien

Paul Thompson

Leslie Tive

Michael Trimble, MD

Janeth Turner

John Valigorsky, M.D.

Michael Wasicko

       Sheila Weiss-Smith, Ph.D.

       Sean Wheeler

       Maria Yialamas, M.D.

       Carol Zullo

22. Have you heard or read anything about this case?

    A.   Yes
    B.   No

If "yes", please state what you have read or heard in the lines below:

_____

_____

_____

23. Have you already formed an opinion about this case based on what you have heard or read?

    A.   Yes
    B.   No

If "yes", please state what you have read or heard in the lines below:

_____

_____

_____

24. Is there any reason you could not be a totally fair and impartial juror in a case in which an individual was suing a pharmaceutical company?

    A.   Yes
    B.   No

If you answered "yes", please explain:

_____

_____

_____

Defendants respectfully request that the Court use the foregoing Proposed Voir Dire questions and Juror Questionnaire to aid in the selection of a jury in this matter.

Dated: March 15, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

-and-

BOIES, SCHILLER & FLEXNER LLP

By:   /s/ William S. Ohlemeyer
      William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
WOhlemeyer@bsfllp.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 15, 2010.

   /s/ Mark S. Cheffo
   Mark S. Cheffo

---