UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
----------------------------------------------------------------x
                                                                :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                    :
        SALES PRACTICES AND                                     :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                           :
                                                                :   Judge Patti B. Saris
----------------------------------------------------------------x
                                                                :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                       :
                                                                :
Shearer v. Pfizer Inc., 1:07-cv-11428-PBS                       :
                                                                :
----------------------------------------------------------------x
```

PLAINTIFF'S PROPOSED VOIR DIRE

1. This case involves suicide and the allegation by the plaintiffs that taking Neurontin, a drug manufactured by the defendants, was a substantial cause of the suicide. Would this topic cause you so much stress and discomfort that you would be unable to listen to the evidence and to make a decision that would be based solely on the evidence rather than on your personal discomfort or beliefs on those subjects?

2. Do you or anyone close to you have any experience with Neurontin ? If yes, please elaborate.

3. Have you or anyone you know taken the drug Neurontin or its generic name, gabapentin? If yes, can you disregard your experience and keep it separate from the events that will be in evidence in this case?

4. Do you own stock in the pharmaceutical company, Pfizer?

5. Do you have any pension, retirement, or investment account in which you have a financial interest or have any money invested in the stock of any pharmaceutical company?

6. Do you speak and understand English ?

7. Do you or anyone close to you work for a pharmaceutical company ?

8. Have you or anyone close to you ever experienced depression ?

9. Do you have an opinion that people should not be allowed to own a gun?

10. Do you <u>not</u> believe that a prescription drug can create mood or behavior changes?

11. Do you believe that a prescription drug can ever lead to suicide in patients who take it?

12. Are you or someone close to you involved in sales? If "yes" please elaborate.

13. Are you or someone close to you a licensed pharmacist? If "yes" please elaborate.

14. Do you have any experience, training, knowledge or education that you believe can help you to decide whether a prescription drug can cause someone to become suicidal? If "yes" please elaborate.

15. Are you familiar with the term "off-label use" of a prescription drug, and if so what do you understand that term to mean?

16. Before taking a prescription drug, do you read the printed information that comes with the drug?

17. Have you heard or read anything about a prescription drug called Neurontin? If "yes" please elaborate.

18. Have you heard or read anything about any other case involving Warner-Lambert, Parke-Davis, Pfizer or the drug Neurontin? If "yes" please elaborate.

19. Have you, your company, your family, or anyone close to you been sued for any reason? If so,

    a. what was the nature of the suit?
    b. when and how was it resolved?
    c. in what court, county, or jurisdiction was the case filed?

20. Do you believe that lawsuits brought against pharmaceutical companies by people who claim they were hurt by their drugs are hurting the American economy?

21. Do you think that defending against personal injury claims takes valuable resources away from pharmaceutical companies' research and development efforts? **[Plaintiffs' request is subject to *in limine* motion brought by Plaintiffs]**

22. Have you, a family member, or anyone close to you ever worked for or with the Food and Drug Administration?

23. Do you think if someone commits suicide there should be no one to blame but themselves?

24. Do you believe that civil lawsuits are an inappropriate way to resolve disagreements or claims?

25. Do you oppose an award of money as compensation for damages in a civil lawsuit such as for wages, medical bills, pain/suffering, or loss of services of a parent or spouse?

26. Because of cultural or ethical reasons, would it be difficult or impossible to be a juror in a case in which the main question has to do with whether a drug should or should not have been taken by a patient?   If yes, please elaborate.


Dated: March 5, 2010                     s/ *Kenneth B. Fromson*_____
                                                        Kenneth B. Fromson, Esq.
                                                        Finkelstein & Partners, LLP
                                                        Attorneys for Plaintiff
                                                        1279 Route 300, PO Box 1111
                                                        Newburgh, NY 12551

                                                         *s/ Jack W. London*_____
                                                        Jack W. London, Esq.
                                                        Jack W. London and Associates, P.C.
                                                        3701 Bee Cave Rd., Suite 200
                                                        Austin, TX 78746

                                                         *s/ W. Mark Lanier*_____
                                                        W. Mark Lanier
                                                        The Lanier Law Firm, PLLC
                                                        126 East 56th Street, 6th Floor
                                                        New York, NY 10022

TO: Skadden, Arps, Slate, Meagher & Flom LLP
     Four Times Square
     New York, N.Y. 10036