UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------X
LINDA SHEARER, as Executrix of the
Estate of HARTLEY PARKER SHEARER,
a/k/a HARTLEY SHEARER,                                            1:07-cv-11428-PBS

                                        Plaintiff,                                            <u>VERDICT SHEET</u>

       -against-

PFIZER, INC., PARKE-DAVIS,
a division of Warner-Lambert Company
and Warner-Lambert Company LLC,
WARNER LAMBERT COMPANY and
WARNER LAMBERT COMPANY LLC,

                                       Defendants.
-------------------------------------------------------X


**NEGLIGENCE**

<u>Question 1</u>

Was any defendant negligent for failing to adequately warn Hartley Shearer or his prescribing physician about the risks of taking Neurontin?

Answer "Yes" or "No"

Yes_____        No_____

If your answer to this Question is No, then Plaintiff cannot recover against any defendant. Do not answer any further questions and return to the Courtroom.

If your answer to this Question is Yes, proceed to Question 2.

Question 2

Was such defendant's negligence a proximate cause of Hartley Shearer's suicide?

Answer "Yes" or "No"

Yes_____        No_____

If your answer to this Question is No, then Plaintiff cannot recover against any defendant. Do not answer any further questions and return to the Courtroom.

If your answer to this Question is Yes, proceed to Question 3.


**DAMAGES**

Question 3

State the amount that would fairly and reasonably compensate Linda Shearer for the loss of her husband, Hartley Shearer, as a result of the liability of Defendants.

$ _____

Proceed to Question 4.

Question 4

State the amount that would fairly and reasonably compensate Ivor Shearer for the loss of his father, Hartley Shearer, as a result of the liability of Defendants.

$ _____

Proceed to Question 5.

Question 5

State the amount that would fairly and reasonably compensate the Estate of Hartley Shearer for Hartley Shearer's pain and suffering and loss of enjoyment of life.

$_____

Proceed to Question 6.

**PUNITIVE DAMAGES**

Question 6

Did any defendant act with reckless, wanton or willful disregard of another's rights or safety so as to justify an award of punitive damages?

Answer "Yes" or "No"

Yes_____        No_____

If your answer is Yes, proceed to question 7.  If your answer is No, proceed no further and report to the Court.

Question 7

What amount, if any, should be awarded as punitive damages for the death of Hartley Shearer?

$_____

_____                                    _____
DATE                                           FOREPERSON

3