UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:  NEURONTIN MARKETING,
       SALES PRACTICES AND
       PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

*Shearer v. Pfizer Inc.*,
Case No. 1:07-cv-11428-PBS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DEFENDANTS' OBJECTIONS TO PLAINTIFF'S PROPOSED TRIAL EXHIBITS

Pursuant to the agreement of the parties, Defendants, Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") have set out herein their objections to the exhibits identified in Plaintiff's Revised Trial Exhibit List served on February 25, 2010.  Defendants anticipate the need to assert additional objections depending upon the evidence presented by Plaintiff, the Court's evidentiary rulings, and/or other matters that may arise before or at trial.  Accordingly, Defendants respectfully and specifically reserve the right to: (1) withdraw at any time any objections identified; (2) supplement and/or amend their objections in response to the Court's rulings on pretrial motions or other evidentiary matters; (3) supplemental and/or amend their objections in response to Plaintiff's intended and/or actual use of the exhibits; and (4) supplement and/or amend their objections as otherwise permitted by the Court, even when Defendants presently identify that they have "No Objection" to the proposed exhibits.

## DEFENDANTS' OBJECTIONS

Defendants assert the following objections to Plaintiff's exhibits as identified by exhibit number:

**Authenticity:** A document is inadmissible if it is not what the proponent claims it to be. Fed. R. Evid. 901. In addition, pursuant to Rule 36(a)(2) of the Federal Rules of Civil Procedure, a document must be provided with a request for admission "or ha[ve] been otherwise furnished or made available for inspection and copying." Fed. R. Civ. P. 36(a)(2).

**Foundation:** Out-of-court statements offered for their truth are hearsay not subject to any exception if they are made beyond the scope of a person's regular duties. *See* Fed. R. Evid. 802, 803(6); *see also United States v. Ferber*, 966 F. Supp. 90, 99 (D. Mass 1997). Also, a non-expert witness may not testify in the form of opinions or inferences beyond those opinions or inferences rationally based on the perception of the witness. *See* Fed. R. Evid. 701.

**Hearsay:** Evidence is inadmissible if it consists of an out-of-court statement offered for the truth of the matter asserted. Fed. R. Evid. 801, 802; *see also United States v. Decologero*, 530 F.3d 36, 58 (1st Cir. 2008); *Acosta-Mestre v. Hilton Int'l, Inc.*, 156 F.3d 49, 57 (1st Cir. 1998).

**Hearsay-within-hearsay:** Evidence is inadmissible if it consists of an out-of-court statement offered for the truth of the matter asserted and is hearsay-within-hearsay when those statements themselves contain out-of-court statements offered for the truth of the matter asserted. Each level of hearsay-within-hearsay is inadmissible absent some exception specific to each level. Fed. R. Evid. 805; *see also United States v. Patrick*, 248 F.3d 11, 22 (1st Cir.2001); *United States v. Ferber*, 966 F. Supp. 90, 96 (D. Mass 1997); *Pakizegi v. First Nat'l Bank of Boston*, 831 F. Supp. 901, 909 (D. Mass. 1993), *aff'd*, 56 F.3d 59 (1st Cir. 1995) (table).

**Non-final agency finding**:  Evidence is inadmissible if it consists of an out-of-court statement offered for the truth of the matter asserted, even when those statements are made by public agencies.  Non-final, interim, or draft findings, or personal or other statements not made pursuant to agency authority do not fall under the public record exception to the hearsay rule and are, therefore, inadmissible.  *See Toole v. McClintock*, 999 F.2d 1430, 1434-35 (11th Cir. 1993); *City of New York v. Pullman Inc.*, 662 F.2d 910, 915 (2d Cir. 1981) (quoting *United States v. Fosher*, 590 F.2d 381, 383 (1st Cir. 1979).

**Irrelevant**:  Irrelevant evidence is inadmissible. Fed. R. Evid. 402.  Irrelevant evidence does not "tend[] to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence." Fed. R. Evid. 401; *see also Pendleton v. City of Haverhill*, 156 F.3d 57, 64 (1st Cir. 1998); *United States v. Levy-Cordero*, 67 F.3d 1002, 1015 (1st Cir. 1995); *Bates ex rel. Murphy v. Shearson Lehman Bros., Inc.*, 42 F.3d 79, 83 (1st Cir. 1994).

**Irrelevant:  Marketing, advertising, and publications (including other indications)**:  To the extent that Plaintiff has identified an exhibit to purportedly support allegations of improper marketing, including publications on gabapentin and documents regarding other indications other than the indication for which Decedent was prescribed Neurontin, such exhibit is irrelevant and inadmissible under Rules 401 and 402, this Court's May 26, 2009 Order, and the facts of this case because there is no evidence connecting the exhibit to Decedent's prescribers or their prescribing decision. (*See* Mem. & Order [1790] at 34, May 26, 2009); *see also In re Seroquel Prods. Liab. Litig.*, No. 06-MD-1769-Orl-22DAB, 2009 WL 223140, at *4-5 (M.D. Fla. Jan. 30, 2009); *Miller v. Pfizer, Inc.*, 196 F. Supp. 2d 1095, 1122-23 (D. Kan. 2002); *Alexander v. Smith & Nephew*, P.L.C., 90 F. Supp. 2d 1225, 1235 (N.D. Okla.

2000); *In re Norplant Contraceptive Prods. Liab. Litig.*, No. MDL 1038, 1997 WL 81092, at *1 (E.D. Tex. Feb. 21, 1997).

**Irrelevant: Foreign labels and actions:**   Evidence of foreign labels, regulatory actions, or marketing is irrelevant and inadmissible under Rules 401 and 402, this Court's Fraud Order, and the facts of this case because there is no connection between the foreign labeling, regulation, and/or marketing exhibit to Decedent's prescribers or their prescribing decision. *See In re Seroquel Prods. Liab. Litig.*, 2009 WL 223140, at *5-6; *In re Baycol Prods. Litig.*, 532 F. Supp. 2d 1029, 1054 (D. Minn. 2007).

**Irrelevant: Other events:**   Reports of other events – *i.e.*, use of medications other than Neurontin, adverse event reports with medications other than Neurontin, and/or events other than Decedent's – lack substantial similarity to this case, and are, therefore, inadmissible as evidence of other incidents or accidents pursuant to Rules 401-404. *See Cameron v. Otto Bock Orthopedic Industries*, 43 F.3d 14, 16 (1st Cir. 1994); *Vincent v. Louis Marx & Co., Inc.*, 874 F.2d 36, 43 (1st Cir. 1989), *abrogation on other grounds recognized by*, *Knowlton v. Deseret Med., Inc.*, 930 F.2d 116, 123 n.4 (1st Cir. 1991); *Soldo v. Sandoz Pharms. Corp.*, 244 F.Supp.2d 434, 550–551 (W.D. Pa. 2003); *Wolf v. Proctor & Gamble Co.*, 555 F. Supp. 613, 622 (D.N.J. 1982).

**Irrelevant: The *Franklin* litigation and other claims or actions:**   Evidence from the *Franklin* litigation and other claims, actions, or legal proceedings are inadmissible because they have no tendency to make more or less probable the existence of any fact of consequence. *See, e.g., CPC Int'l v. Northbrook Excess & Surplus Ins. Co.*, 144 F.3d 35, 45 (1st Cir. 1998); *Kinan v. City of Brockton*, 876 F.2d 1029, 1034-35 (1st Cir. 1989); *McLeod v. Parsons Corp.*, 73 F. App'x 846, 853-54 (6th Cir. 2003); *Barnes v. Koppers, Inc.*, No.

3:03CV60-P-D, 2006 WL 940279, at *3 (N.D. Miss. Apr. 11, 2006). In addition to being inadmissible under Rules 401 and 402, such exhibit is inadmissible under this Court's Fraud Order, and the facts of this case because there is no evidence connecting the exhibit to Decedent's prescribers or their prescribing decision.

      **Irrelevant: Criminal plea:** Evidence of the criminal plea is properly excluded because it does not make the existence of a fact of consequence more or less probable. (*See* 5/13/09 Mem. & Order [1780] at 37-38); *see also In re Neurontin Mktg. & Sales Practices Litig.*, 244 F.R.D. 89, 92 n.6 (D. Mass 2007) (Saris, J.). In addition to being inadmissible under Rules 401 and 402, this exhibit is inadmissible under this Court's Fraud Order, and the facts of this case because there is no evidence connecting the exhibit to Decedent's prescribers or their prescribing decision.

      **Irrelevant: New warning:** Under Rule 407, measures taken after an injury or harm allegedly caused by an event, that if taken previously, would have made the injury or harm less likely to occur, are not admissible to prove negligence, culpable conduct, a defect in a product, a defect in a product's design, or a need for a warning or instruction. Fed. R. Evid. 407. Thus, Neurontin's new warning label and patient information guides are inadmissible to show liability under Rule 407. *See Stahl v. Novartis Pharms. Corp.*, 283 F.3d 254, 270 n.10 (5th Cir. 2002); *Lindsay v. Ortho Pharm. Corp.*, 637 F.2d 87, 94 (2d Cir. 1980); *Werner v. Upjohn Co.*, 628 F.2d 848, 854 (4th Cir. 1980); *see also Gray v. Hoffman-La Roche, Inc.*, 82 F. App'x 639, 646 (10th Cir. 2003).

      **Rule of completeness:** When a writing or recorded statement or part thereof is introduced by a party, an adverse party may require the introduction at that time of any other part or any other writing or recorded statement which ought in fairness to be considered

contemporaneously with it. Fed. R. Evid. 106; *see also United States v. Awon,* 135 F.3d 96, 101 (1st Cir. 1998); *United States v. Salemme,* 91 F. Supp. 2d 141, 164 (D. Mass. 1999).

**Probative value substantially outweighed:**   To the extent the Court determines that an exhibit objected to by Defendants on any relevancy ground is admissible, the exhibit should still be excluded under Rule 403 because its probative value, if any, is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence. Fed. R. Evid. 403; *see Old Chief v. United States,* 519 U.S. 172, 180 (1997); *Williams v. Drake,* 146 F.3d 44, 48 (1st Cir. 1998).

**Impermissible character evidence:**   To the extent plaintiff has identified an exhibit to purportedly show Defendants acted in conformity therewith or to show Defendants "propensity," such exhibit is inadmissible under Federal Rule of Evidence 404(b).   *See United States v. Gilbert,* 229 F.3d 15, 20-21 (1st Cir. 2000); *United States v. Varoudakis,* 233 F.3d 113, 118 (1st Cir. 2000); *United States v. Arias-Montoya,* 967 F.2d 708, 709-10 (1st Cir. 1992); *Jankins v. TDC Mgmt. Corp., Inc.,* 21 F.3d 436, 441 (D.C. Cir. 1994).

**Missing:**   To the extent that plaintiff did not provide a copy of their proposed exhibit, Defendants reserve all objections.

## INCORPORATION OF DEFENDANTS' MOTIONS *IN LIMINE*

Defendants incorporate by reference all objections to exhibits identified in designated testimony set forth in Defendants' Objections to Plaintiff's Exhibits. Defendants also

incorporate herein the following motions *in limine*, and object to any deposition testimony on these grounds, based on their requests that the Court enter an Order excluding:[1]

1.     The guilty plea dated May 13, 2004; any negotiation, settlement, or agreement between Pfizer and/or Warner-Lambert with any government entity arising out of the guilty plea; or any related government finding or investigation of marketing of Neurontin in violation of the Food, Drug, and Cosmetic Act, and the fact of any such investigation.

2.     Evidence offered by Plaintiff to show allegedly improper marketing or other conduct, including any marketing, advertising, or promotional materials or conduct concerning Neurontin (whether for off-label use or otherwise), including but not limited to, evidence of promotion, studies, letters from DDMAC, publications, testimony of sales and marketing representatives other than those who called on Decedent's prescribers, the marketing opinion of Charles King, and other evidence not relied upon by Decedent's prescribers.

3.     Any testimony of David Franklin or evidence of, or reference to, the separate and unrelated *qui tam* action styled *United States ex rel. Franklin v. Parke-Davis, Division of Warner-Lambert Company, & Pfizer Inc.*, Civil Action No. 1:96-DV-11651-PBS (D. Mass filed Aug. 13, 1996); or any other claims, actions, or legal proceedings related to Neurontin or other Pfizer products.

---

[1] The parties have stipulated that they will follow the Court's ruling in *Bulger* with respect to: (1) post-mortem photographs of the Decedent; (2) adverse event reports and evidence involving other drugs; and (3) miscellaneous matters including references to Plaintiff's pleadings; evidence of or references to Defendants' corporate status, size, profits, financial condition, or employee compensation; evidence of or references to alleged conduct of a generic "pharmaceutical industry" or "drug companies"; references to the cost or resources of Defendants' legal defense or to the size, location, other clients, or nature of the legal practice of Defendants' or Plaintiff's law firms; evidence of or references to Defendants' insurance; references to the presence or absence of Defendants' corporate representatives at trial; evidence of or references to how the Decedent's beneficiaries will use any jury award if Plaintiff prevails; attempts to instruct the jury as to the effect of its answers to the questions posed in the jury verdict form; references to the Golden Rule; and evidence of or references to discovery disputes between the parties or other discovery activities by the parties.

4.     All evidence of and references to Food and Drug Administration regulatory actions related to Neurontin, including labeling, labeling changes, and patient information guides for Neurontin, that were issued after Hartley Shearer's death in February 2002.

5.     Information concerning the regulation, labeling, or marketing of Neurontin in other countries.

6.     Evidence of and reference to Edgar Ross, M.D.

7.     Conduct unrelated to Neurontin, including (i) an August 31, 2009, settlement among Pfizer, the United States Department of Justice, and certain other government agencies, pursuant to which Pfizer and the Government agreed to settle certain *qui tam* actions against Pfizer involving drugs other than Neurontin and (ii) a plea agreement between the Government and Pharmacia & Upjohn Company, Inc. involving the drug Bextra, as well as any related government finding or investigation in connection with the August 2009 Settlement or Pharmacia Plea.

## DEFENDANTS' OBJECTIONS

| Exhibit | Plaintiff's Description | Objection |
|---------|------------------------|-----------|
| 0100E | Shearer Photos | No Objection |
| 0100A | Shearer Photos | No Objection |
| 0100B | Shearer Photos | No Objection |
| 0100C | Shearer Photos | No Objection |
| 0100D | Shearer Photos | No Objection |
| 0100F | Shearer Photos | No Objection |
| 0100G | Shearer Photos | No Objection |
| 0100H | Shearer Photos | No Objection |
| 0100I | Shearer Photos | No Objection |
| 0100J | Shearer Photos | No Objection |
| 0100K | Shearer Photos | No Objection |
| 0100L | Shearer Photos | No Objection |
| 0100M | Shearer Photos | No Objection |

| Exhibit | Plaintiff's Description | Objection |
|---------|------------------------|-----------|
| 0100N | Shearer Photos | No Objection |
| 0100O | Shearer Photos | No Objection |
| 0100P | Shearer Photos | No Objection |
| 0100Q | Shearer Photos | Irrelevant: Post-Mortem; Probative Value Outweighed |
| 0101 | COMPLAINT | Hearsay; Hearsay within hearsay |
| 0102 | ANSWER | Hearsay; Hearsay within hearsay |
| 0103 | AMENDED COMPLAINT | Hearsay; Hearsay within hearsay |
| 0104 | DEF 2ND SUPPLEMENTAL DISCLOSURE 11.2009 | No Objection |
| 0105 | DEF SUPPL DISCLOSURE 9.2009 | No Objection |
| 0106 | P 26A 12.2007 | No Objection |
| 0107 | P 26A PART II 12.2007 | No Objection |
| 0108 | P 26A PART III 12.2007 | No Objection |
| 0109 | P 26A PART IV 12.2007 | No Objection |
| 0110 | P SUPP 26A 2.2008 | Hearsay |
| 0111 | P SUPP 26A 6.2008 | Hearsay |
| 0112 | P SUPP 26A PART II 6.2008 | No Objection |
| 0113 | P SUPP 26A PART III 6.2008 | No Objection |
| 0114 | P SUPP 26A PART IV 6.2008 | No Objection |
| 0115 | P SUPP 26A PART V 6.2008 | No Objection |
| 0116 | PLAINTIFF 26A SUPPLEMENTAL 8.2009 | Hearsay |
| 0117 | PLAINTIFF FURTHER SUPPLEMENTAL DISCLOSURE 9.2009 | Hearsay |
| 0118 | P SUPPLEMENTAL 26A - 10.2009 | Hearsay |
| 0119 | P SUPPLEMENTAL RESP TO DEF ROGS 10.2009 | No Objection |
| 0120 | P SUPPLEMENTAL ROGS 10.2009 | No Objection |
| 0121 | P EXPERT KRUSZEWSKI'S REPORT | Hearsay; Hearsay within hearsay |
| 0122 | P EXPERT WITNESS DISCLOSURE | Hearsay; Hearsay within hearsay |
| 0123 | P EXPERT WITNESS DISCLOSURE 12.2009 | Hearsay; Hearsay within hearsay |
| 0124 | P RESP TO DEF 2ND DISCOV REQS 11.2009 | No Objection |
| 0125 | P RESP TO DEF DEFICIENCY LTR 11.2009 | No Objection |
| 0126 | P RESP TO DOCU DMD 12.2007 | No Objection |
| 0127 | P RESP TO ROGS 12.2007 | No Objection |
| 0128 | KRUSZEWSKI & GLENMULLEN REPORTS | Hearsay; Hearsay within hearsay |
| 0129 | DEFENDANTS' EXPERT REPORTS AND DESIGNATION OF FACTUAL AND OPINION TESTIMONY OF TREATING PHYSICIANS-DMM | No Objection |
| 0130 | DEATH CERT 2PGS | No Objection |
| 0131 | OBITUARY 1PG | Hearsay |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 0132 | PROBATE OF WILL 1PG | No Objection |
| 0133 | Dr. Edwards Sales Call Notes | Authenticity; Irrelevant |
| 0134 | Dr. Hynes Sales Call Notes | Authenticity |
| 0135 | Email sent from Griffith Hannel_re: Neurontin Advisory Board Meeting Follow-up | Hearsay; Irrelevant |
| 0136 | Excel Spreadsheet of Dr. Edwards Detail Data_1 of 2 | Authenticity; Hearsay; Irrelevant |
| 0137 | Excel Spreadsheet of Dr. Edwards Detail Data_2 of 2 | Authenticity; Hearsay; Hearsay within hearsay; Irrelevant |
| 0138 | Excel Spreadsheet of Dr. Hynes Detail Data_1 of 3 | Authenticity; Rule of Completeness |
| 0139 | Excel Spreadsheet of Dr. Hynes Detail Data_2 of 3 | Authenticity; Hearsay |
| 0140 | Excel Spreadsheet of Dr. Hynes Detail Data_3 of 3 | Authenticity; Hearsay; Hearsay within hearsay |
| 0141 | Excel Spreadsheet of Prescriptions for Dr. Hynes | Authenticity; Hearsay |
| 0142 | Excel Spreadsheet of Prescriptions for Lisa Catapano-Friedman | Authenticity; Irrelevant: Other Events; Irrelevant: Plea; Probative Value Outweighed |
| 0143 | Excel Spreadsheet of Prescriptions for Yurfest | Authenticity; Hearsay |
| 0144 | Excel Spreadsheet of Prescriptions for Yurfest | Authenticity |
| 0145 | Excel Spreadsheet of Sales for Lisa Catapano-Friedman | Authenticity |
| 0146 | Expert Report of Douglas Jacobs | No Objection |
| 0147 | Expert Report of Edward Boyer | No Objection |
| 0148 | Expert Report of Shawn Bird | No Objection |
| 0149 | Letter addressed to Linda Shearer_re: Request for Weapon Search | No Objection |
| 0150 | Lisa Catapano-Friedman Sales Call Notes | Irrelevant; Authenticity; |
| 0151 | Response email sent to Scott Higuera from Dr. Keith Edwards_re: Dr. Markley Dinner on Headache-Director, Headache Center, Memorial Health Care | Irrelevant |
| 0152 | Sample of Sales Call Notes | Authenticity;; Irrelevant |
| 0153 | Sethi Sales Call Notes | Authenticity;; Irrelevant |
| 0154 | Sullivan Sales Call Notes | Authenticity; Irrelevant |
| 0155 | Vendor History Report for Dr. Keith Edwards | Authenticity; Irrelevant |
| 0156 | Vendor History Report for Dr. Keith Edwards | Authenticity; Irrelevant |
| 0157 | Vendor History Report for Dr. Keith Edwards | Authenticity; Irrelevant |
| 0158 | Yurfest Sales Call Notes | Authenticity; Irrelevant |
| 0159 | Yurfest Sales Call Notes | Authenticity; Irrelevant |
| 0160 | Misc. Documents | Authenticity; Hearsay; Irrelevant: Marketing; Irrelevant: Plea |
| 0161 | Sales Call Notes | Authenticity |
| 0162 | Sales Call Notes | Authenticity; Irrelevant |
| 0163 | Excel Spreadsheet | Authenticity |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 0164 | Letter from Edward Epping at Williams College_re: Linda and Hartley Shearer's employment | No Objection |
| 0165 | Email (October 8, 2003) re: Neurontin Class Action Ads | No Objection |
| 0166 | Various Excel Spreadsheets | Authenticity; Irrelevant |
| 0167 | Various Excel Spreadsheets | Authenticity; Irrelevant |
| 0168 | Sales Call Notes | Authenticity; Irrelevant |
| 0169 | Sales Call Notes | Authenticity; Irrelevant |
| 0170 | Treating the Migraine Patient: An Internist's Perspective by Redonda G. Miller, M.D. at John Hopkins | Irrelevant |
| 0171 | Email (November 30, 2000) from McCrorie, Hank re: Memorandum of Neurontin (Gabapentin) | Hearsay within hearsay; Irrelevant; Irrelevant: Plea |
| 0172 | Email (June 17, 2003) from Tubolino, Alisaar re: Neurontin + Opiods with article attached | Irrelevant |
| 0173 | Press Release_Death of Hartley Shearer | Hearsay; Hearsay within hearsay |
| 0174 | Article: The Effect of Gabapentin on Brain Gamma-aminobutyric Acid in Patients with Epilepsy | Hearsay |
| 0175 | Article: Gabapentin raises human brain GABA within thirty minutes | Authenticity; Rule of Completeness |
| 0176 | Review and Evaluation of Clinical Data re: Neurontin | No Objection |
| 0177 | Shearer v. Pfizer_Amended Complaint | Hearsay; Hearsay within hearsay |
| 0178 | Shearer v. Pfizer_Amended Complaint Answer | Hearsay |
| 0179 | Settlement Agreement | Irrelevant: Other Events; Irrelevant: Plea; Probative Value Outweighed |
| 0180 | Sales Call Notes | Authenticity |
| 2000 | Warner-Lambert guilty plea in United States v. Warner Lambert dated June 7, 2004 | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing; Relevance: Other Events; Relevance: Plea |
| 2001 | Information in United States v. Warner Lambert, dated May 13, 2004 | Authenticity; Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing; Relevance: Other Events; Relevance: Plea |
| 2002 | Sentencing Memorandum of the United States | Probative Value Outweighed; Relevance: Plea |
| 2003 | Division of Neuropharmacological Drug Products Combined Medical-Statistical Review NDA: 20-235, Indication: Adjunctive Medication in Refractory Partial Epilepsy | Hearsay; Probative Value Outweighed; Relevance: Other Events |
| 2004 | Behavioural Disturbance with Gabapentin, Professor Michael Trimble | No Objection |
| 2005 | Michael Trimble, Psychosis with Gabapentin (1995); | Authenticity |
| 2006 | RE: GABA and PMDD | Hearsay within hearsay |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 2007 | FDA Advisory Committee meeting slide presentation by Dr. J Cramer on July 10, 2008 | Authenticity |
| 2008 | FDA. Joint Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee and the Psychopharmacologic Drugs Advisory Committee July 10,2008. Questions 2008-43 7b-01 -FDA-Katz.pdf At: http://www.fda.gov/ohrms/dockets/ac/O8/questions/2008-43 | No Objection |
| 2009 | Background Package for July 10 Advisory Committee | No Objection |
| 2010 | Pfizer Lyrica & Neurontin slide presentation presented at FDA Advisory Committee meeting on July 10, 2008. | Authenticity |
| 2011 | GlaxoSmithKline Lamictal slide presentation at FDA Advisory Committee Meeting on July 10, 2008 | Authenticity |
| 2012 | Katz R. Memorandum. Briefing Document for the July 10,2008 FDA Advisory Committee Meeting to Discuss Antiepileptic Drugs (AEDs) and Suicidality. June 12, 2008 | Authenticity |
| 2014 | Transcript of Joint Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee and the Psychopharmacologic Drugs Advisory Committee July 10, 2008. | No Objection |
| 2015 | Video of July 10, 2008 Advisory Committee Hearing | Authenticity |
| 2016 | FDA Advisory Committee Meeting Briefing Documents dated July 10, 2008: Katz Letter Levenson, M. Statistical Review & Evaluation: Antiepileptic Drugs & Suicidality Mentari, E Clinical Review | No Objection |
| 2017 | FDA Alert May 5, 2009 | Hearsay; Probative Value Outweighed; Relevance: New Warning |
| 2018 | FDA Letter to Sponsors 12/2008 | Authenticity; Hearsay; Probative Value Outweighed; Relevance: New Warning |
| 2019 | Neurontin Label April 2009 | Probative Value Outweighed; Relevance: New Warning |
| 2020 | Disclosure of Information By David Franklin (Exhibit 3) | Probative Value Outweighed; Relevance: Plea; Hearsay;  Hearsay within hearsay |
| 2021 | Crone Notice to Admit 11/29/2006 | Hearsay; Probative Value Outweighed; Relevance: Other Events |
| 2022 | Crone Defendant Responses to Notice to Admit 2/5/2007 | Hearsay; Probative Value Outweighed; Relevance: Other Events |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 2023 | Crone Defendant Responses to Notice to Admit 7/31/2007 | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Other Events |
| 2024 | Crone Defendant Responses to Notice to Admit 12/7/2007 | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Other Events |
| 2041 | Curriculum Vitae of Dr. Michael Robert Trimble | Hearsay; Probative Value Outweighed; Relevance |
| 2046 | label for Neurontin (gabapentin capsules, tablets and oral solution) distributed by Parke-Davis, Revised January 2007 | Relevance |
| 2054 | excepts of David J. Rowbotham, Clinical Expert Report and Written Summary of Clinical Studies, Neuropathic Pain, Neurontin Capsules, 100 mg, Neurontin Capsules, 300 mg, Neurontin Capsules, 500 mg (June, 1999) | Authenticity; Rule of Completeness |
| 2055 | excepts from custodial file C. Taylor Gabapentin: Pharmacology Written Summary | Authenticity; Rule of Completeness |
| 2061 | Gabapentin Data Capture Aid | Probative Value Outweighed |
| 2073 | excerpt of Food and Drug Administration, HHS, 21 CFR Ch. I (4-1-07 Edition) §201.57 | Hearsay |
| 2078 | Pfizer Global Research and Development Research Report No.: RR-REG 720-30134 (November 28, 2001) | Authenticity; Rule of Completeness |
| 2079 | Parke-Davis Pharmaceutical Research Division Memorandum from V. Trudeau to R. DeJong (May 8, 1990) | Probative Value Outweighed; Relevance: Other Events |
| 2084 | Defendant Lyrica Risk Management Committee Meeting, Power Point of Rachel E. Sobel, Epidemiology and Risk Management (September 17, 2004) | Probative Value Outweighed; Relevance: Other Events |
| 2088 | Curriculum Vitae of Cheryl D. Blume, Ph.D. | Hearsay; Probative Value Outweighed; Relevance |
| 2089 | United States Patent No. 4,910,023 (March 20, 1990) | Probative Value Outweighed; Relevance |
| 2090 | Declaration of Keith Altman (April 4, 2008) | Hearsay; Probative Value Outweighed; Relevance: Other Events |
| 2093 | Cynthia G. McCormick, M.D., Division of Neuropharmacological Drug Products, Review and Evaluation of Clinical Data (September 27, 1993) | No Objection |
| 2103 | FDA FOI Documents for Neurontin NDA Approval (July 28, 1994) | No Objection |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 2105 | page from the Neurontin NDA 20-235 which includes listing of patents | Hearsay; Probative Value Outweighed; Relevance; Rule of Completeness |
| 2106 | portion of FDA's clinical review of Neurontin associated with the 2002 approval for post herpetic neuralgia (PHN) dated May 24, 2002.  23 | Authenticity; Hearsay; Probative Value Outweighed; Relevance: Other Events; Rule of Completeness |
| 2107 | portion of the Gabapentin Pediatric Integrated Summary of Safety dated December 3, 1999 | Authenticity; Relevance: Other indication; Probative Value Outweighed; Relevance; Rule of Completeness |
| 2109 | Appendix C.55 of Pfizer's Integrated Summary of Safety for the Post Herpetic Neuralgia NDA dated August 6, 2001 | Probative Value Outweighed; Relevance: Other Events |
| 2110 | chart created under F.R.E 1006 entitled "Percentage of Serious Reports for Suicidal and Self Injurious Behaviors(HLT) By Indication Group." | Hearsay; Probative Value Outweighed; Relevance: Other Events |
| 2111 | Pfizer correspondence From Manini Patel of Pfizer to Russell Katz of the FDA dated September 10, 2004 | No Objection |
| 2114 | FDA letter from Russell Katz to Mary Ann Evertsz dated May 3, 2006 | No Objection |
| 2115 | memorandum from Maribeth Lazzaro, Ph.D. to Tina Carriero, dated May 13, 2005 | No Objection |
| 2118 | pages from the transcript of the December 14, 1992 meeting of FDA's Peripheral and Central Nervous Systems Drugs Advisory Committee | Authenticity; Rule of Completeness |
| 2123 | FDA Approval Letter dated May 24, 2002 | No Objection |
| 2126 | Bulger v. Pfizer complaint filed in California, Case No. 07-CA-11426 PBS | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Plea; Relevance |
| 2127 | letter from Lisa Stockbridge of FDA to Andrea Garrity of Pfizer, dated June 29, 2001 | Hearsay; Non-final agency finding; Probative Value Outweighed; Relevance: Marketing |
| 2128 | FDA alert concerning Gabitril dated February 18, 2005 printed from the FDA website, www.fda.gov | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Other Events |
| 2129 | portion of the product label for Avonex | Hearsay; Probative Value Outweighed; Relevance: Other Events |
| 2134 | form 356h dated August 6, 2001 signed by Drusilla Scott | No Objection |
| 2135 | chart created under F.R.E 1006 entitled "Cumulative Percentage Reports of Suicidal and Self Injurious behavior(HLT) for Neurontin vs. Background of All Other Drugs" | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Other Events |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 2136 | chart created under F.R.E 1006 entitled "High Level Terms Greater that 1% of Serious Adverse Event Reports Through March 31, 2002 | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Other Events |
| 2138 | e-mail from Dennis Kargman, dated March 6, 2006, with Gabapentin Data Capture Aid attached | Probative Value Outweighed; Relevance: Other Events |
| 2145 | portion of a PowerPoint Presentation entitled "Clinical Development in the Slipstream of Gabapentin" | Authenticity; Probative Value Outweighed; Relevance: Other Events; Rule of Completeness |
| 2146 | portion of a document entitled "Neurontin Product Monograph." | Authenticity; Probative Value Outweighed; Relevance: Other Events; Rule of Completeness |
| 2151 | memorandum from Paul Leber of FDA to Robert Temple of FDA, dated December 13, 1993 | Hearsay |
| 2153 | document entitled "Response to FDA Regarding Suicide and Suicide Attempts in Neurontin (Gabapentin) Clinical Trials – Phase I studies", dated November 16, 2004 authored by Bruce Parsons | No Objection |
| 2154 | 21. C.F.R. § 314.70. Ch. I (4-1-06 Edition) | Hearsay |
| 2159 | portion of Appendix C.3. of Parke-Davis Research Report 720-02957 entitled "Narrative Summaries and Tabular Data for Study Participants Who Withdrew Due To Adverse Events." | Authenticity; Rule of Completeness |
| 2160 | Annotated Labeling"" from NDA 21-397 Vol 001 | No Objection |
| 2169 | FDA Manual of Policies and Procedures policy MAPP 6020.10 dated July 2, 2003 concerning "Dear Health Care Professional" letter | Hearsay; Probative Value Outweighed; Relevance |
| 2176 | Jeffrey Mohan, Gabapentin and Suicide (Mar. 14, 2006) | Authenticity; Rule of Completeness |
| 2191 | Record of FDA Contact regarding NDA 20-235 (Apr. 26, 2004) | No Objection |
| 2193 | Email from Courtney Calder, Center for Drug Evaluation and Research (FDA), to Molly Powers, Pfizer (Oct. 20,2005) | No Objection |
| 2194 | Email from Courtney Calder, Center for Drug Evaluation and Research (FDA), to Manini Patel, Pfizer (Oct. 27, 2005) | No Objection |
| 2195 | Email from Manini Patel, Pfizer, to Courtney Calder, Center for Drug Evaluation and Research (FDA) (Nov. 18,2005) | No Objection |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 2196 | letter from Mary Ann C. Evertsz, Pfizer, to Russell Katz, M.D., Center for Drug Evaluation and Research (FDA) (with enclosed revised Neurontin labeling only) (Dec. 21,2005) | No Objection |
| 2224 | ECF 1761 Declaration of Ilyas Rona Exhibit 0002: 720-02957_(Official) | No Objection |
| 2228 | ECF 1761 Declaration of Ilyas Rona Exhibit 0007: 2008-4372b1-01-FDA | No Objection |
| 2243 | ECF 1761 Declaration of Ilyas Rona Exhibit 0041: 720-03092_Investigators'_Brochure - Part 1 | No Objection |
| 2324 | ECF 1761 Declaration of Ilyas Rona Exhibit 0156: 720-03908 | No Objection |
| 2329 | ECF 1761 Declaration of Ilyas Rona Exhibit 0162: 720-04130 | No Objection |
| 2332 | ECF 1761 Declaration of Ilyas Rona Exhibit 0167: 430-00125 | No Objection |
| 2475 | ECF 1761 Declaration of Ilyas Rona Exhibit 0367: 720-03675_(Official) | No Objection |
| 2476 | ECF 1761 Declaration of Ilyas Rona Exhibit 0368: 430-00124 | No Objection |
| 2477 | ECF 1761 Declaration of Ilyas Rona Exhibit 0369: 995-00070_945-211_(Part_I) | Authenticity; Rule of Completeness |
| 2487 | ECF 1761 Declaration of Ilyas Rona Exhibit 0380: 995-00057_(Official) | No Objection |
| 2502 | ECF 1761 Declaration of Ilyas Rona Exhibit 0397: PFIZER_LKNAPP_0023336 | Authenticity; Relevance: Other Indications; Relevance: Publications; Probative Value Outweighed; Relevance: Marketing |
| 2535 | ECF 1761 Declaration of Ilyas Rona Exhibit 0435: 720-03779 | No Objection |
| 2543 | ECF 1761 Declaration of Ilyas Rona Exhibit 0445: FDA Approved Labeling Text dated February 2005 | No Objection |
| 2571 | ECF 1761 Declaration of Ilyas Rona Exhibit 0477: 4301-00066_(Official) | No Objection |
| 2573 | ECF 1761 Declaration of Ilyas Rona Exhibit 0479: 995-00074_(p1-366) | No Objection |
| 2574 | ECF 1761 Declaration of Ilyas Rona Exhibit 0480: 995-00085 | No Objection |
| 2743 | ECF 1761 Declaration of Ilyas Rona Exhibit 0663: 720-04378 | Authenticity; Rule of Completeness |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 2744 | ECF 1761 Declaration of Ilyas Rona Exhibit 0664: 720-04483_(Official) | Authenticity; Rule of Completeness |
| 2745 | ECF 1761 Declaration of Ilyas Rona Exhibit 0665: 720-04479 | Authenticity; Rule of Completeness |
| 2746 | ECF 1761 Declaration of Ilyas Rona Exhibit 0666: 720-04455 | Authenticity; Rule of Completeness |
| 2747 | ECF 1761 Declaration of Ilyas Rona Exhibit 0667: 720-04471 | Authenticity; Rule of Completeness |
| 2780 | Notification for an admissable Certification of Records, Affidavit, Declaration or Deposition Upon Written Questions that has not yet been received | Authenticity |
| 2781 | E-mail from Larry Alphs to John Marino re: National Public Radio-NEURONTIN Story to be aired TONIGHT | Probative Value Outweighed; Relevance: Other Events |
| 2784 | E-mail from Christine Aschenbach to Allison Fannon, Larry Alphs, Angela Crespo, Steve Piron, Bruce Parsons, Ellen Dukes re: PSC Meeting Materials 1-15-03 | Relevance: Publications; Probative Value Outweighed |
| 2787 | E-mail from Kirk Taylor to Leslie Tive & Timothy Hsu re: Professor Martin Koltzenburg question | Relevance: Publications; Probative Value Outweighed; Relevance: Marketing |
| 2788 | E-mail from Cathy Sigler to Leslie Tive re: Neurontin NPR Story-Med Info Q&A | Relevance: Other indications; Probative Value Outweighed; Relevance |
| 2789 | Presentation: Suicidality: The Problem and Emerging Solutions by Larry Alphs | Authenticity; Rule of Completeness |
| 2790 | E-mail from Larry Alphs to Cathy Sigler & Leslie Tive re: Robert Siegel, host; my critique of the NPR report | No Objection |
| 2791 | Division of Neuropharmacological Drug Products Review and Evaluation of Clinical Data, NDA 20-235 | No Objection |
| 2798 | Response to FDA Regarding Suicide and Suicide Attempt in Neurontin (gabapentin) Clinical Trials and Postmarketing Surveillance dated Sept .9, 2004 | No Objection |
| 2799 | E-mail from Atul Pande to Lloyd Knapp re: GBP in Bipolar Disorder | Relevance: Other Indications; Relevance: Publications; Probative Value Outweighed; Relevance: Marketing |
| 2806 | Generic Dear Sponsor Letter re: new drug application | Authenticity; Hearsay; Non-final agency finding; Probative Value Outweighed; Relevance: New Warning; Relevance: Other Events |
| 2808 | Statistical Review and Evaluation Antiepileptic Drugs and Suicidality | No Objection |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 2810 | Finkelstein Neurontin November 12, 2007 | Authenticity; Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Foreign Labels; Relevance: Marketing; Relevance: Other Events; Relevance: Plea |
| 2812 | Guidance for Industry, Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment March 2005 | No Objection |
| 2813 | Chart of suicide and self-injurious behaviour | Foundation; Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Other Events |
| 2818 | Gabapentin Capsules 8.6 Integrated Summary of Safety Information | No Objection |
| 2819 | 5-29-92 Application to Market a New Drug for Human Use or an Antibiotic Drug for Human Use, Neurontin | No Objection |
| 2828 | E-mail from Courtney Calder to Manini Patel re: proceeding with minor labeling changes pertaining ro suicide-related events | No Objection |
| 2887 | Rheumatology Orthopedic Neurology Team Challenges and Opportunities | Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing; Relevance: Plea |
| 2898 | E-mail from Tamela Martin to Louis Burke, Jefferson Campbell, Jeffrey Dodd, Craig Glover, Edwin McDaries, Daniel Morgan, Nicole Parker, Henry Schaefer & Derrick Surratt re: NEU-0063569 Neurontin Medical Letter Issue 1180 | Relevance: Publications; Probative Value Outweighed; Relevance: Marketing; Rule of Completeness |
| 2902 | E-mail from Frederick Schmalberger to Stephen Sacchetti, Kurt Phillips and Mark Brown re: NEU-0183019 New Gabapentin Article in Med Letter April 2004 | Relevance: Publications; Probative Value Outweighed; Relevance: Marketing |
| 2908 | Agents of Change Journal Club Report, RON Specialty Representative: Sean Chase, Meeting Month: June 2002 | Relevance: Publications; Probative Value Outweighed; Relevance: Marketing |
| 2910 | Pfizer FYI only: Neurontin - Make it your #1 add on Therapy Start with Efficacy End with Efficacy | Foundation; Relevance: Publications; Probative Value Outweighed; Relevance: Marketing |
| 2912 | E-mail from Mark Brown re: phn notes, Summary notes from David Fantini's team | Relevance: Publications; Probative Value Outweighed; Relevance: Marketing |
| 2919 | E-mail from Mark Brown to Daniel Linden,Suzanne Doft, Tamela Martin, Christopher Dowd and David Probert re: Topamax moving up with Neurologists | Probative Value Outweighed; Relevance: Marketing |

| Exhibit | Plaintiff's Description | Objection |
|---------|------------------------|-----------|
| 2921 | NTN 2003 Operating Plan | Probative Value Outweighed; Relevance: Marketing; Relevance: Plea |
| 2922 | E-mail from Suzanne Doft to Shilpa Patel re: NEU-0020717 Neurontin Advisory Boards, first recommendation to the board | Probative Value Outweighed; Relevance: Marketing |
| 2966 | E-mail from Lloyd Knapp to Drusilla Scott, Atul Pande, Stephen Gracon, Byron Scott, Robert Michael Poole re: GDRC-Nerve Conduction Discussion | Probative Value Outweighed; Relevance |
| 2970 | E-mail from Marino Garcia to Angela Crespo, Michael Rowbotham, David Probert, John Marino, Joan Kaplan, Kenna Reehil, Valerie Flapan, Lucy Castro, Andrea Garrity, Meg Yoder, Leslie Tive, Robert Glanzman, John Krayacich, Nicky Towse, Steve Pomerantz re: Pl | Hearsay within hearsay; Relevance: Publications; Relevance: Foreign Labels; Relevance: Marketing; Rule of Completeness |
| 2971 | E-mail from Meg Yoder to John Marino, Christine Grogan, Craig Glover, Suzanne Doft, Marino Garcia, Michael Rowbotham, David Probert, Allison Fannon, Steve Piron, Joan Kaplan, Angela Crespo, Leigh Anne Hemenway, Leslie Tive, Robert Glanzman, Elizabeth Muti | Relevance: Publications; Probative Value Outweighed; Relevance: Foreign Labels; Relevance: Marketing |
| 2972 | E-mail from Nancy Mancini to Lucy Castro, Daphne Nugent Laiken, Manini Patel re: Neurontin sales information needed | Hearsay within hearsay; Probative Value Outweighed; Relevance: Foreign Labels; Relevance: Marketing; Relevance: Other Events |
| 2973 | Presentation: Rationale for a Social Phobia Clinical Program with Neurontin,GDRC Meeting November 8, 2001 | Relevance: Other indications; Probative Value Outweighed; Relevance |
| 2982 | Letter from Lisa Stockbridge, Ph.D, Regulatory Reviewer to Lucy Castro re: NDA #s 20-235, 20-882 Neurontin (gabapentin) MACMIS #10738, representations about Neurontin which are false or misleading | Hearsay; Non-final agency finding; Relevance: Other indications; Probative Value Outweighed; Relevance: Marketing |
| 2983 | Letter from Lisa Stockbridge, Ph.D, Regulatory Reviewer to Andrea Garrity re: NDA #s 20-235, 20-882 Neurontin (gabapentin) MACMIS #10174, a slim jim for Neurontin that is misleading and in violation of the Federal Food, Drug, and Cosmetic Act | Hearsay; Non-final agency finding; Relevance: Other indications; Probative Value Outweighed; Relevance: Marketing |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 2988 | E-mail from Manini Patel to Rudolf Altevogt, Bruce Parsons, Lloyd Knapp, Ileen Roos, Larry Alphs, Lucy Castro, Claire Wohlhuter, Manfred Hauben, Paul Nitschmann, Robert Clark, Phyllis Christesen, Nicky Hall, Suzanne Doft, Stephen Cristo, Mary Kuskin re: F | No Objection |
| 2994 | Gabitril (tiagabine hydrochloride) Tablets, Feb. 2005 product labeling text | No Objection |
| 2998 | Guidance for Industry, Adverse Reactions Section of Labeling for Human Prescription Drug and Biological Products - Content and Format, January 2006 | No Objection |
| 3022 | Memo from Edda Guerrero re: Neurontin Tactics Planning Meeting | Probative Value Outweighed; Relevance: Marketing |
| 3023 | 1997 National Strategies and Tactics | Probative Value Outweighed; Relevance: Marketing |
| 3042 | Neurontin War Games Summary Report, April 3, 1996 | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing |
| 3049 | Presentation: Toolbox Meeting, January 30, 1997 | Probative Value Outweighed; Relevance: Marketing |
| 3051 | Memo from Clare Cheng & Carla Dago to A. Crook, J. Knoop, J. Rizzo, L. Ciancio, M. Friedman, S. Miller, D. Saltel, T. Albright re: Notes - Telefocus Group, Telefocus Group with high AED deciled neurologists held on August 14, 1996 | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing |
| 3056 | Neurontin gabapentin capsules New Hire Training, October 14, 1997 | Probative Value Outweighed; Relevance: Marketing |
| 3057 | 1998 Neurontin Tactics, Prepard 7/30/97 by Cline, Davis & Mann | Probative Value Outweighed; Relevance: Marketing |
| 3065 | 1999 Marketing Plan Neurontin | Hearsay; Probative Value Outweighed; Relevance: Marketing |
| 3068 | Neurontin 2003 Publications Plan Review of Capabilities and Strategic Plan, September 2002 | Relevance: Publications; Probative Value Outweighed; Relevance: Marketing |
| 3071 | E-mail from Robert Glantzman to David Cooper, Allison Fannon, Angela Crespo, Bruce Parsons, David Probert, Suzanne Doft, Erica Johansson-Neil, Jeremy Mierop, Larry Alphs, Leslie Tive re: Australian Analysis of Refractory NeP in pivotal trials | Hearsay within hearsay; Relevance: Publications; Probative Value Outweighed; Relevance: Foreign Labels; Relevance: Marketing |
| 3091 | E-mail from David Cooper to Angela Crespo, Robert Glanzman, Sue Huang re: Backonja, proposed use of the non-peer reviewed IASP poster that MAC ghost-wrote along with the Neurontin PSC for Dr. Backonja | Hearsay; Hearsay within hearsay; Relevance: Publications; Probative Value Outweighed; Relevance: Marketing |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 3111 | Neurontin Market Overview | Probative Value Outweighed; Relevance: Marketing |
| 3114 | 1998 Marketing Plan, Neurontin | Probative Value Outweighed; Relevance: Marketing |
| 3118 | Handwritten Memo from Trevor Polischuk to Laura re: data useful for Neurontin in neuropathic pain | Probative Value Outweighed; Relevance: Marketing |
| 3120 | Memo from Lynne Fredericks re: Anticonvulsant Market New Patient Starts - January 1999 Data | Relevance: Other indications; Probative Value Outweighed; Relevance: Marketing |
| 3121 | Memo from Lynne Fredericks re: Anticonvulsant Market New Patient Starts - April 1999 Data | Relevance: Other indications; Probative Value Outweighed; Relevance: Marketing |
| 3122 | Memo from Lynne Fredericks re: Anticonvulsant Market New Patient Starts - June 1999 Data | Relevance: Other indications; Probative Value Outweighed; Relevance: Marketing |
| 3123 | New Prescriptions Chart | Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing |
| 3124 | Neurontin: 1999 Situation Analysis | Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing; Relevance: Other Events |
| 3129 | E-mail from Suzanne Doft to XTEC Media re: NEU-0020634 Employer Ad Bd Slides | Relevance: Other indications; Probative Value Outweighed; Relevance: Marketing |
| 3133 | Suzanne Doft, Individual Development Plan | Relevance: Other indications; Probative Value Outweighed; Relevance: Marketing |
| 3134 | Presentation: Incremental Market Potential With An FDA Approved Indication for Neuropathic Pain | Authenticity; Hearsay; Probative Value Outweighed; Relevance: Marketing; Rule of Completeness |
| 3135 | Presentation: Neuropathic Pain Positioning Strategy Research-Final Results from the U.S. | Hearsay; Probative Value Outweighed; Relevance: Marketing |
| 3136 | Suzanne Doft, Neurontin Marketing Team Draft, 2002 Personal Goals | Probative Value Outweighed; Relevance: Marketing |
| 3138 | Neurontin, Neuropathic Pain Issues in the Workplace, Meeting Report | Relevance: Other indications; Probative Value Outweighed; Relevance: Marketing |
| 3143 | E-mail from John Marino re:NEU-0006528 OP2002 Review | Probative Value Outweighed; Relevance: Marketing; Relevance: Other Events |
| 3145 | Presentation: Neurontin/Pregabalin Strategic Priorities Discussion, June 10, 2003 | Probative Value Outweighed; Relevance: Marketing; Relevance: Other Events |
| 3153 | E-mail from Clare Kennedy to Suzanne Doft, Joe Butera, David Probert, Avanish Mishra, Andrea Zeuschner re: Lost revenue in Top 3 PBM Mail order | Probative Value Outweighed; Relevance |
| 3156 | Presentation: Neurontin, Performance, Market Overview, Opportunities/Strategies, Medical Platform, Finances | Relevance: Other indications; Probative Value Outweighed; Relevance: Marketing |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 3157 | E-mail from Angela Crespo to Christine Aschenbach, Allison Fannon re: Reckless contact information | Relevance: Publications; Probative Value Outweighed; Relevance: Marketing |
| 3161 | E-mail from Larry Alphs re: Neurontin in the WSJ and NY Times Today - December 20, 2002 | Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing |
| 3165 | E-mail from Timothy Hylan to Lois Fitton, Richard O'Sullivan, Steve Romano, Jim Sage, Christopher Dowd re: NEU-0085355 Some information on Neurontin, some discusses bipolar | Relevance: Other indications; Probative Value Outweighed; Relevance: Marketing |
| 3166 | E-mail from Claire Wohlhuter to Lloyd Knapp re: Q&A Backgrounder on suicide issue for distribution to PD2, Vista RX and Neurology | Probative Value Outweighed |
| 3179 | Draft: 2003 Unabridged Neurontin Medical Operating Plan, July 16, 2002 | Relevance: Publications; Probative Value Outweighed; Relevance: Marketing |
| 3198 | 2003 Neurontin Strategic and Tactical Planning Meeting July 31, 2002 | Relevance: Publications; Probative Value Outweighed; Relevance: Marketing |
| 3199 | Memo from Cynthia de Luise re: Neurontin Product Maintenance and Pharmacovigilance (PMP) Team Meeting Minutes (17 January 2002) | Probative Value Outweighed; Relevance |
| 3209 | Presentation: Neurontin 2001 U. S. Operating Plan, October 11, 2000 | Authenticity; Probative Value Outweighed; Relevance: Marketing |
| 3210 | Presentation: Neurontin Global Operating Plan 2001 | Authenticity; Probative Value Outweighed; Relevance: Foreign Labels; Relevance: Marketing |
| 3211 | Neurontin Publication Planning Meeting July 12, 2001 | Authenticity; Relevance: Publications; Probative Value Outweighed; Relevance: Marketing |
| 3277 | Parke-Davis Pharmaceutical Research Division Research Report No. RR-X 720-02455 Titled: Investigator's Brochure - Gabapentin (CI-945) Dated: 4/28/89 | Authenticity; Rule of Completeness |
| 3278 | Parke-Davis Pharmaceutical Research Division Research Report No. RR-X 720-03092 Titled: Investigator's Brochure - Gabapentin (CI-945) Dated: 5/21/92 | No Objection |
| 3279 | Parke-Davis Pharmaceutical Research Division Research Report No. RR-X 720-03362 Titled: Investigator's Brochure for Neurontin- Gabapentin (CI-945) For Studies Conducted in the United States Dated: 4/19/94 | No Objection |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 3280 | Parke-Davis Pharmaceutical Research Division Research Report No. RR-X 720-03381 Titled: Investigator's Brochure for Neurontin- Gabapentin (CI-945) For Studies Conducted in the United States Dated: 5/31/94 | No Objection |
| 3294 | E-mail from Andrea Garrity to Lucy Castro, Manini Patel re: Policy on reprints/Washington Legal Foundation Ruling | Authenticity; Probative Value Outweighed; Relevance: Other Events |
| 3296 | E-mail from Joe Feczko re: Neurontin, promotion and marketing | No Objection |
| 3303 | E-mail from John Wolleben to Lucy Castro, Martha Brumfield, Andrew Clair, Andrea Garrity re: Neurontin NOV | Probative Value Outweighed; Relevance: Marketing |
| 3304 | Summary of Spontaneous Post-Marketing Reports for Gabapentin, as of December 31, 2000 | Probative Value Outweighed; Relevance |
| 3309 | E-mail from Lucy Castro to Valerie Flapan, Andrea Garrity re: Neurontin Major Markets Business Plan | Hearsay within hearsay; Relevance: Other Indications; Relevance: Publications; Probative Value Outweighed; Relevance: Foreign Labels; Relevance: Marketing |
| 3316 | Center for Drug Evaluation and Research, Application 21-397, 21-423, 21-424 Approval Letter | Hearsay; Hearsay within hearsay |
| 3335 | Declaration of Robert D. Gibbons PhD - Neurontin Litigation | No Objection |
| 3336 | Expert Report of Robert D. Gibbons PhD - Neurontin Litigation | No Objection |
| 3338 | Supplemental Expert Report of Robert D. Gibbons, PhD - Neurontin Litigation | No Objection |
| 3343 | Assessment of Suicide and Related Behaviors in Patients Treated with the -Ligands, Gabapentin and Pregabalin, April 29, 2008 | Hearsay within hearsay; Probative Value Outweighed; Relevance: New Warning |
| 3344 | Letter from Mary Ann Coronel Evertsz,RPh to Russell Katz, MD re: Neurontin (gabapentin) capsules NDA 20-235, Neurontin (gabapentin) tablets NDA 20-882, Neurontin (gabapentin) oral solution NDA 21-129, Request for Information - Response to FDA suicidality | No Objection |
| 3345 | Letter from Molly Powers to Russell Katz re: NDA 21-446-Lyrica (pregabalin) Capsules C-V, Request for Information - Response to FDA Suicidality Request | Probative Value Outweighed; Relevance |
| 3347 | The Relationship Between Antiepileptics and Suicide Attempts | No Objection |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 3348 | Supplemental Expert Report of Robert D. Gibbons, PhD - Neurontin Litigation | No Objection |
| 3351 | Chart: Columns titled Trial, Eposure Days, etc. | Authenticity |
| 3352 | Robert Gibbons invoices to Wheeler Trigg and Kenedy LLP | Hearsay |
| 3354 | Chart: All Diags for Bipolar | Relevance:  Other indications; Hearsay; Probative Value Outweighed; Relevance: Other Events |
| 3373 | SAS Output | Hearsay |
| 3385 | Presentation: Statistical Issues in Drug Safety: The curious case of Antidepressants, Anticonvulsants,..., and Suicide | Hearsay |
| 3402 | E-mail from Robert Glanzman re: Neurontin Product Profiles | Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing |
| 3404 | Presentatin dated May 23, 2001 | Relevance: Other indications; Probative Value Outweighed; Relevance: Marketing |
| 3410 | Presentation: Roles and Responsiblities for Manuscript Teams | Relevance: Publications; Probative Value Outweighed |
| 3412 | Key Message Sign-Off Sheet - Neurontin Publication Plan Key Messages | Relevance: Publications; Probative Value Outweighed |
| 3436 | E-mail from John Marino re: Neurontin Overdose Reported | Probative Value Outweighed; Relevance: Other Events |
| 3437 | E-mail from Robert Glanzman to John Marino re: Neurontin Overdose Reported | Probative Value Outweighed; Relevance: Other Events |
| 3438 | E-mail from Robert Glanzman re: Post Herpetic Neuralgia | Relevance: Other indications; Probative Value Outweighed; Relevance: Other Events |
| 3439 | E-mail from Robert Glanzman re: Neurontin News, the data in bipolar disease with gabapentin isn't very good | Relevance: Other indications; Probative Value Outweighed |
| 3442 | Mechanisms of action: A Guide for Sales Colleagues | Probative Value Outweighed; Relevance: Marketing |
| 3450 | NTN 2003 Operating Plan, Strategies and Tactics | Probative Value Outweighed; Relevance: Marketing |
| 3453 | CV of Richard Goldman MD | Relevance;  Hearsay |
| 3458 | Marketing Neurontin, Expert Report of Charles King III | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing |
| 3461 | NTN 2003 Operating Plan - Strategies and Tactics | Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing |
| 3462 | Neurontin: 2001 Situation Analysis | Probative Value Outweighed; Relevance: Marketing |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 3463 | Letter from Lesley Frank to William Merino re: Parke-Davis promoting Neurontin for """"off-label"""" uses | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing |
| 3469 | FAX from Laura Governale to Robin Ditts re: Neurontin Meeting Minutes | No Objection |
| 3484 | Corporate Integrity Agreement betweent the Office of Inspector General of the Deparment of Health and Human Services and Pfizer | Probative Value Outweighed; Relevance: Plea; Rule of Completeness |
| 3520 | Letter from Paula Trushin to James Jefferson re: article """"Benzodiazepines and Anticonvulsants for Social Anxiety Disorder (Social Phobia)"""" | Hearsay within hearsay; Relevance: Other indications; Relevance: Publications; Probative Value Outweighed; Relevance: Marketing; Relevance: Other Events |
| 3521 | Letter from James Jefferson to Jane Byun re: """"Benzodiazepines and Anticonvulsants for Social Anxiety Disorder (Social Phobia)"""" | Hearsay within hearsay; Relevance: Other Indications; Relevance: Publications; Probative Value Outweighed; Relevance: Marketing |
| 3538 | Neurontin U.S. Market Update November 2000 | Authenticity; Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing |
| 3551 | 21 CRF (4-1-06 Edition), Change in ownership of an application | Hearsay |
| 3554 | Periodic Safety Update Report for: Gabapentin, August 1, 1998 - January 31, 1999 | Probative Value Outweighed; Relevance: Foreign Labels |
| 3556 | request for additional trail-level information pertaining analysis of suicidal thoughts and behavior in anti-epileptic drugs | Hearsay within hearsay |
| 3557 | Division of Neuropharmacological Drug Products Combined Medical-Statistical Review, NDA: 20-235, Indication: Refractory Partial Epilepsy | Hearsay within hearsay; Probative Value Outweighed; Relevance: Other Events |
| 3594 | Letter from Russell Katz to Robert Clark re: safety labeling changes | Hearsay within hearsay; Probative Value Outweighed; Relevance: New Warning |
| 3608 | Presentation: Neurontin by Leslie Tive | Hearsay within hearsay; Relevance: Other Indications; Relevance: Publications; Probative Value Outweighed; Relevance: Foreign Labels; Relevance: Marketing; Relevance: Other Events |
| 3617 | E-mail from Robert Glanzman to Jill Kerrick-Walker re: GBP and mood | Hearsay within hearsay; Relevance: Other indications; Probative Value Outweighed |
| 3637 | Memo from Cynthia de Luise re: Neurontin PMP Team Meeting (09 May 2001) Minutes | Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 3651 | Fax from Lisa Stockbridge to Andrea Garrity re: NDA #21-129 Neurontin (gabapentin) Oral Solution, MACMIS #9821, comments on proposed launch promotional materials for the pediatric indication for Neurontin oral solution | Hearsay; Relevance: Other indications; Probative Value Outweighed; Relevance: Marketing |
| 3678 | E-mail from Clare Cheng to A. Crook re: Neurontin 1997 Tactical Plan | Authenticity; Hearsay; Hearsay within hearsay; Relevance: Other indications; Probative Value Outweighed; Relevance: Marketing |
| 3724 | Research Report titled: An Iterim Report on an Open-Label, Uncontrolled, Multicenter Study to Determine the Long Term Safety and Efficacy of Gabapentin (CI-945) Administered as Monotherapy or in Combination with Other Antiepileptic Drugs in Patients with | Hearsay within hearsay; Probative Value Outweighed; Relevance: Other Events |
| 3729 | Research Report: Integrated Summary of Safety Information of Gabapentin Capsules (Item 8.6 of the gabapentin NDA) | Authenticity |
| 3735 | Letter from Stefan Kruszewski to Ken Fromson re: written summation of findings in regards to Susan Bulger | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance |
| 3747 | Presentation: Neuronton OP Presentation Market Analytics Review, Nancy Mancini, May 1, 2001 | Hearsay; Hearsay within hearsay; Relevance: Other indications; Probative Value Outweighed; Relevance: Marketing |
| 3748 | Memo from Cynthia de Luise re: Draft: Neurontin PMP Team Meeting (09 May 2001) Minutes | Hearsay; Hearsay within hearsay; Relevance: Other indications; Probative Value Outweighed; Relevance: Foreign Labels; Relevance: Marketing |
| 3750 | E-mail from Nancy Mancini to Avanish Mishra re: Update request, NTN's uses by indication | Hearsay; Hearsay within hearsay; Irrelevant: Other indications; Probative Value Outweighed; Relevance: Marketing |
| 3764 | Presentation: Market Analytic Update | Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing |
| 3769 | Presentation: Quarterly Brand Review Neurontin 4/98 | Hearsay; Probative Value Outweighed; Relevance: Marketing |
| 3772 | Global Development Review Committee Meeting, September 19, 2001 | Hearsay within hearsay; Probative Value Outweighed; Relevance: Foreign Labels; Relevance: Marketing; Relevance: Other Events |
| 3773 | Presentation: Rationale for an Expanded DPN Clinical Program with Neurontin | Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing |
| 3776 | E-mail from Kirk Taylor re: My thoughts on the POPP Study Investigator meeting | Authenticity |

| Exhibit | Plaintiff's Description | Objection |
|---------|------------------------|-----------|
| 3777 | John Marino 2001 Goals | Hearsay within hearsay; Probative Value Outweighed; Relevance: Foreign Labels; Relevance: Marketing; Relevance: Other Events |
| 3778 | John Marino OP2002 Goals | Hearsay within hearsay; Probative Value Outweighed; Relevance: Foreign Labels; Relevance: Marketing; Relevance: Other Events |
| 3779 | WW Neurontin Team 2003 Goals | Hearsay within hearsay; Probative Value Outweighed; Relevance: Foreign Labels; Relevance: Marketing |
| 3780 | Letter from Norm Phillips, Vice President Physicians' World Communications Group to John Marino re: contract with group in Morris Plains | Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing; Rule of Completeness |
| 3783 | E-mail from John Marino to Marino Garcia re: Neurontin in Bipolar Disorder | Hearsay within hearsay; Relevance: Other Indications; Relevance: Publications; Probative Value Outweighed; Relevance: Marketing |
| 3785 | Letter from Lesley Frank, Department of Health & Human Services to William Merino re: Parke-Davis promoting Neurontin for ""off label"" use | Hearsay; Hearsay within hearsay; Non-final agency finding; Probative Value Outweighed; Relevance: Marketing |
| 3787 | Memo from Cynthia de Luise re: Draft: Neurontin PMP Team Meeting (09 May 2001) Minutes | Hearsay; Relevance: Other indications; Probative Value Outweighed; Relevance: Foreign Labels; Relevance: Marketing; Relevance: Other Events |
| 3788 | Slide titled: Neurontin (drug uses) | Authenticity; Hearsay; Probative Value Outweighed; Relevance: Marketing; Rule of Completeness |
| 3790 | Slides: US Neurontin Use Data | Hearsay; Relevance: Other indications; Probative Value Outweighed; Relevance: Foreign Labels; Relevance: Marketing |
| 3796 | Plaintiff's Expert Disclosure on Specific Causation (Ronald Wm. Maris, PhD) | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Irrelevant |
| 3797 | Appendix A, New Evidence for Bulger v. Pfizer Received After July 18, 2008 Ronald Wm. Maris, PhD | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Irrelevant |
| 3799 | CV of Ronald W. Maris, PhD | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Irrelevant |
| 3800 | Psychological Autopsy & Death Investigation - Susan Bulger | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Irrelevant |
| 3802 | Dictation Report 7/30/1998 | Irrelevant |
| 3803 | Presentation: Suicide and SSRIs, Ronald Wm Maris, PhD, A.A.F.S. Annual Conference, February 20, 2007 | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Irrelevant |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 3804 | Patient Messages - Susan Bulger | Irrelevant |
| 3806 | Patient Reason for Requesting Treatment11/5/97 - Susan Bulger | Irrelevant |
| 3807 | Letter from William Lloyd to Gerald Perlow re: Susan Bulger | Irrelevant |
| 3808 | Commonwealth of Massachusetts Department of Social Services Assessment Worksheet | Irrelevant |
| 3809 | unreadable handwritten notes Bulger v. Pfizer | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance; Irrelevant |
| 3810 | Interview of Ronald Bulger w/ Det. Callahan | Irrelevant |
| 3823 | Presentation: Neurontin Market Assessment Meeting | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing |
| 3849 | FDA Alert: Information for Healthcare Professionals Suicidality and Antiepileptic Drugs | Authenticity; Probative Value Outweighed; Relevance: New Warning; Rule of Completeness |
| 3850 | FDA Alert: Information for Healthcare Professionals Suicidality and Antiepileptic Drugs | Authenticity; Probative Value Outweighed; Relevance: New Warning; Rule of Completeness |
| 3851 | Record of FDA Contact, Report Outcome of FDA Gabapentin NDA acceptability to file review meeting of 3/11/92 | No Objection |
| 3852 | Memo from V. Trudeau to R. Delong re: Follow-up Adverse Event Report | Hearsay; Probative Value Outweighed; Relevance: Other Events |
| 3853 | Presentation: Suicidality and Anti-Epileptic Drugs: Status of Clinical Trial Data Analysis by Evelyn Mentari MD | Hearsay; Non-final agency finding; Probative Value Outweighed; Relevance |
| 3854 | Affidavit of David Franklin PhD | Authenticity; Probative Value Outweighed; Relevance: Plea;  Hearsay;  Hearsay within hearsay |
| 3855 | Client Register, Shook, Hardy & Bacon LLP | Hearsay; Probative Value Outweighed; Relevance |
| 3856 | McCormick Consultation, LLC invoices to Shook, Hardy & Bacon | Authenticity; Hearsay; Probative Value Outweighed; Relevance |
| 3857 | Letter from Andrew Finkelstein to Russell Katz re: 258 MedWatch forms, each represents a suicide of an American who was on Neurontin | No Objection |
| 3862 | Letter from Robert Temple to Janeth Turner re: NDA 20-235, new drug application dated January 15, 1992 | No Objection |
| 3865 | Record of FDA Contact - Request clarification from the gabapentin NDA | No Objection |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 3867 | Appendix C.3 Narrative Summaries and Tabular Data for Study Participants Who Withdrew Due to Adverse Events | Authenticity; Probative Value Outweighed; Relevance: Other Events; Rule of Completeness |
| 3868 | Gabapentin Open Label-Treatment Forms | Authenticity; Hearsay; Probative Value Outweighed; Relevance: Other Events |
| 3901 | Presentation: The Neurontin and Pregabalin Positioning Study, May 2001 | Hearsay; Hearsay within hearsay; Relevance: Other indications; Probative Value Outweighed; Relevance: Marketing; Relevance: Other Events |
| 3982 | Presentation: Neurontin 2004 Operating Plan, September 30, 2003 | Hearsay within hearsay; Relevance: Other indications; Probative Value Outweighed; Relevance: Marketing |
| 3986 | Email from Suzanne Doft to Avanish Mishra re: NEU-0019169 Article: Change in Opiod use after the initiation of gabapentin therapy in patients with postherpetic neuralgia | Authenticity; Hearsay within hearsay; Relevance: Other indications; Probative Value Outweighed; Relevance: Marketing |
| 3989 | Presentation: Neurontin Business in 2H 2004 | Hearsay within hearsay; Relevance: Other indications; Probative Value Outweighed; Relevance: Marketing |
| 3996 | US Neurontin Marketing Team 2004 Goals | Authenticity; Probative Value Outweighed; Relevance: Marketing |
| 4034 | Memo from Cynthia de Luise re: Draft: Neurontin PMP Team Meeting (09 May 2001) Minutes | Probative Value Outweighed; Relevance: Marketing |
| 4038 | Pfizer Drug Safety (Ann Arbor) Product Reference Guide Gabapentin CI #0945, NDA #20-235, International Birth Date Feb. 5, 1993 | Authenticity; Rule of Completeness |
| 4040 | Email from Michael Campbell to Cathy Sigler, Cynthia de Luise, Christopher Pacella, Larry Alphs, Leslie Tive, Rudolf Altevogt, Manfred Hauben re: Gabapentin literature cases, overdose/suicide | Probative Value Outweighed; Relevance: Other Events; Rule of Completeness |
| 4042 | Appendix, Second Safety Update Summary of Adverse Events | Authenticity; Probative Value Outweighed; Relevance: Other Events; Rule of Completeness |
| 4045 | Summary of Spontaneous Post-Marketing Reports for Gabapentin, as of March 31, 2002 All Cases | Probative Value Outweighed; Relevance: Other Events |
| 4046 | Email from Christopher Pacella to Philip Arena, Lisa Cortina, Robert Glanzman, Alan Hassell, Manfred Hauben, Manini Patel, Alvaro Quintana, Tina Zhang re: Gabapentin Core Working Group Meeting scheduled for July 25, 2002 | No Objection |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 4047 | Memo from Christopher Pacella re: Gabapentin Product Maintenance and Pharmacovigilance Labeling Core Working Group, July 25, 2002 | No Objection |
| 4048 | Angina Pectoris/Chest Pain/Chest Pain Substernal/Pain Chest and Gabapentin (Draft) | No Objection |
| 4049 | Memo from Christopher Pacella re: Gabapentin Product Maintenance and Pharmacovigilance Labeling Core Working Group, Octover 14, 2002 | No Objection |
| 4050 | Memo from Christopher Pacella re: Gabapentin Product Maintenance and Pharmacovigilance Labeling Core Working Group, Octover 23, 2002 | No Objection |
| 4051 | Pfizer Pharmaceutical Group (Private) Core Data Sheet, Product Document title: Gabapentin, January 30, 2003 | No Objection |
| 4053 | Memo from Alan Walker to Dr. Klaus Laesecke, Dr. Mark Pierce, Ms. Lene Ulrich re: $500 Million | Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing |
| 4056 | Memo from Atul Pande to John Boris re: Gabapentin approvals | Relevance: Publications; Probative Value Outweighed; Relevance: Marketing |
| 4069 | Email from Lloyd Knapp to Timothy Hsu re: Gabapentin in bipolar disorder: randomized controlled trials | Hearsay within hearsay; Relevance: Other Indications; Relevance: Publications; Probative Value Outweighed; Relevance: Marketing |
| 4077 | Table 15: Summary of All Adverse Events in >1% of Patients in Placebo-Controlled Studies, by Body System and Treatment Group | No Objection |
| 4078 | Narrative Summaries and Tabular Data for Study Participants Who Withdrew Due to Adverse Events | No Objection |
| 4081 | Parke-Davis Pharmaceutical Research Division of Warner-Lambert Company Research Report Title: Gabapentin Adjunctive Treatment in Patients with Bipolar Disorder | Irrelevant |
| 4082 | Parke-Davis Pharmaceutical Research Division of Warner-Lambert Company Research Report Title: Investigators' Brochure - Neurontin (Gabapentin, CI-945) | Authenticity; Rule of Completeness |
| 4087 | Chart: AER ID/ AER NO/SEQ REACT/NAME/PF_NAME/HIT NAME/HLGT NAME/SOC NAME/DATE REPORTED/YQ/SENOUS REPORT/CLINICAL TRIAL | Probative Value Outweighed; Relevance: Other Events |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 4109 | Plaintiff's Case Specific Expert Disclosure (Louis S. Roh, MD) | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance; Irrelevant |
| 4132 | MedWatch report | Hearsay within hearsay; Probative Value Outweighed; Relevance: Other Events |
| 4133 | Case details | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Other Events |
| 4143 | Memo to Mary Parks from Kate Gelperin, Lanh Green re: Thiazolidinediones and Cardiovascular Adverse Effects | Authenticity; Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Other Events |
| 4144 | Graph: Percentage of Cardiac SOC Reports for Various Anti-Diabetic Drugs | Relevance: Other indications; Probative Value Outweighed; Relevance: Other Events |
| 4147 | Declaration of Cheryl Blume, PhD | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Other Events |
| 4148 | Parke-Davis Pharmaceutical Research Division, Warner-Lambert Company Gabapentin Open-Label Treatment Forms | Hearsay within hearsay; Probative Value Outweighed; Relevance: Other Events |
| 4149 | Parke-Davis Pharmaceutical Research Division, Warner-Lambert Company Gabapentin Open-Label Treatment Forms | Hearsay within hearsay; Probative Value Outweighed; Relevance: Other Events |
| 4157 | Assessment of Suicide and Related Behaviors in Patients Treated with the -Ligands, Gabapentin and Pregabalin, April 29, 2008 | Hearsay within hearsay; Probative Value Outweighed; Relevance: New Warning; Relevance: Other Events |
| 4159 | Declaration of Keith Altman | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing; Relevance: Other Events |
| 4160 | Pfizer Neuropathic Pain PBM Advisory Board Executive Summary, March 3-4, 2002 | Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing |
| 4207 | Gabapentin Mechanism Work Group - Team Charter, September 5, 2000 | Probative Value Outweighed; Relevance |
| 4208 | Email from John Marino re: Neurontin Labeling - Ground Rules and Agenda - Meeting May 22 | Hearsay within hearsay; Probative Value Outweighed; Relevance |
| 4209 | Email from Drusilla Scott re: Neurontin PHN sNDA; status and labeling | Hearsay within hearsay; Probative Value Outweighed; Relevance |
| 4212 | Letter from Lisa Stockbridge to Lucy Castro re: a model for Neurontin that is in violation of the Federal Food, Drug, and Cosmetic Act | Probative Value Outweighed; Relevance: Marketing |
| 4235 | Lidoderm Label | No Objection |

| Exhibit | Plaintiff's Description | Objection |
|---|---|---|
| 4253 | Description of gabapentin | Authenticity; Hearsay; Hearsay within hearsay |
| 4254 | Summary of gabapentin | Authenticity; Hearsay; Hearsay within hearsay |
| 4256 | Summary of neurontin | Authenticity; Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Other Events |
| 4265 | Email from John Marino re: National Public Radio - Neurontin Story to be Aired Tonight | Authenticity; Hearsay; Hearsay within hearsay; Privilege; Probative Value Outweighed; Relevance: Marketing; Relevance: Other Events; Relevance: Plea |
| 4273 | Pfizer Global Research & Development Research Report titled: Summary of Preclinical Pharmacological Studies with Gabapentin (CI-0945, PD 0087842-0000) In Vitro and in Laboratory Animals | No Objection |
| 4274 | Mechanisms of action - A guide for sales colleagues | Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing |
| 4285 | Letter from Lesley Frank to William Merino re: Parke-Davis promoting Neurontin for ""off-label"" uses | Authenticity; Hearsay; Hearsay within hearsay; Relevance: Publications; Probative Value Outweighed; Relevance: Marketing |
| 4286 | Review and Evaluation of Clinical Data, NDA 20-235 Indication: Refractory Epilepsy, January 31, 1992 | Hearsay; Hearsay within hearsay; Non-final agency finding; Probative Value Outweighed; Relevance |
| 4287 | Letter from Lisa Stockbridge to Andrea Garrity re: a slim jim for Neurontin that is misleading and in violation of the Federal Food, Drug, and Cosmetic Act and applicable regulations | Authenticity; Relevance: Marketing |
| 4288 | Letter from Lisa Stockbridge to Lucy Castro re: a model for Neurontin that is in violation of the Federal Food, Drug, and Cosmetic Act | Authenticity; Relevance: Marketing |
| 4289 | Settlement Agreement and Release between the United States of America and Pfizer and Warner-Lambert | Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing; Relevance: Plea |
| 4290 | United States of America v Warner Lambert Company General Allegations | Authenticity; Hearsay; Hearsay within hearsay; Probative Value Outweighed; Relevance: Marketing; Relevance: Plea |
| 4291 | Neurontin: 1998 Situation Analysis | Probative Value Outweighed; Relevance: Marketing |
| 4292 | Email from Elaine Vennard to The Hallelujah Core Team re: Hallelujah Core Team Meeting Minutes - 2/27/01 | Authenticity; Hearsay within hearsay; Relevance: Other indications; Probative Value Outweighed |