# EXHIBIT 2
# DEFENDANTS' LIST OF TRIAL WITNESSES

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| *Shearer v. Pfizer Inc, et al.*, C. A. No. 07-11428-PBS | |

## DEFENDANTS' LIVE WITNESS LIST

Defendants, Pfizer Inc ("Pfizer") and Warner-Lambert Company LLC ("Warner-Lambert") (collectively, "Defendants"), by and through their undersigned counsel, hereby identify the following witnesses who may be called live at trial. Defendants identify these witnesses conditionally and without waiver of their right to object on grounds of relevancy, prejudice, or any other ground to the subject matter as to which the witnesses might testify, and reserve their right to call these witnesses in rebuttal in the event that their objections to Plaintiff's evidence are overruled. In submitting this live witness list, Defendants specifically reserve the right to: 1) withdraw at any time any witness identified on this list; 2) supplement and/or amend this list in the event that additional witnesses are discovered subsequent to the date of service of this list; 3) call additional witnesses at trial as required for authentication, rebuttal or impeachment and/or as necessitated by evidence presented by plaintiff; 4) supplement and/or amend this list in response to the Court's rulings on pretrial motions or other evidentiary matters; 5) supplement this list to identify witnesses on the issue of punitive damages, in the event that the jury is asked to determine punitive damages during a separate phase of trial, 6) supplement and/or amend this list as otherwise permitted by the Court. Defendants also reserve their right to call any witness listed on Plaintiff's live witness list. Defendants further reserve their right to call any of these witnesses by deposition.

Defendants make these designations under the assumption that the Court will impose time limitations similar to the limitations imposed in the Bulger trial. Should that not be the case, or should the Court's time limitations in this case differ from those in Bulger, Defendants reserve the right to supplement or reduce their designations as appropriate.

|  | Witness Name | Estimated Time for Direct Examination |
|---|---|---|
| 1. | Janet Arrowsmith, M.D. | 90 minutes |
| 2. | Deborah August, M.D. | 20 minutes |
| 3. | Brian Berkel | 20 minutes |
| 4. | Professor Edward E. Boyer, M.D. | 45 minutes |
| 5. | Professor Shawn Bird, M.D. | 45 minutes |
| 6. | Lisa Catapano-Friedman, M.D. (live or by videotape deposition) | 90 minutes |
| 7. | Professor Robert D. Gibbons, Ph.D. | 60 minutes |
| 8. | Michael Gleason (EMT) | 15 minutes |
| 9. | Professor Douglas G. Jacobs, M.D. | 90 minutes |
| 10. | Lloyd Knapp, Pharm. D. (live or by videotape deposition) | 60 minutes |
| 11. | Alexander Ruggieri, M.D. | 60 minutes |
| 12. | Ivor Shearer | 20 minutes |
| 13. | Linda Shearer | 45 minutes |
| 14. | Charles Taylor, Ph.D. (live or by videotape deposition) | 90 minutes |
| 15. | Paul Thompson | 20 minutes |
| 16. | Professor Sheila Weiss-Smith, Ph.D. | 45 minutes |
| 17. | Sean Wheeler (live or by videotape deposition) | 30 minutes |
| 18. | Carol Zullo | 20 minutes |

Dated: February 22, 2010                    Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: __/s/ Mark S. Cheffo__
Mark S. Cheffo
Four Times Square
New York, New York 10036
Tel: (212) 735-3000
mark.cheffo@skadden.com

and

BOIES SCHILLER & FLEXNER, LLP

By: __/s/ William S. Ohlemeyer__
William S. Ohlemeyer
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
wohlemeyer@bsfllp.com

3