# EXHIBIT 4
# DEFENDANTS' DEPOSITION DESIGNATIONS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | : | MDL Docket No. 1629 |
| | : | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | : | Judge Patti B. Saris |
| | : | Magistrate Judge Leo T. Sorokin |
| *Shearer v. Pfizer Inc, et al., C. A. No. 07-11428-PBS* | : | |

## **DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

Defendants, Pfizer Inc, ("Pfizer") and Warner-Lambert Company LLC ("Warner-Lambert") (collectively, "Defendants"), by and through their undersigned counsel hereby identifies the following deposition testimony that may be played or read at trial. Defendants identify this testimony conditionally and without waiver of their rights to object on the grounds or relevancy, prejudice, or any other grounds. In submitting this deposition testimony, Defendants specifically reserve the right to: 1) withdraw at any time the testimony identified; 2) supplement and/or amend this list in response to the Court's rulings on pretrial motions or other evidentiary matters; 3) supplement and/or amend this list as otherwise permitted by the Court. Defendants also reserve their right to use any deposition testimony listed on Plaintiff's deposition testimony list.

Defendants make these designations under the assumption that the Court will impose time limitations similar to the limitations imposed in the Bulger trial. Should that not be the case, or should the Court's time limitations in this case differ from those in Bulger, Defendants reserve the right to supplement or reduce their designations as appropriate.

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Acconci, Vito - 11/03/2009 | 0005:14 - 0008:15 |
| Acconci, Vito - 11/03/2009 | 0010:08 - 0010:25 |
| Acconci, Vito - 11/03/2009 | 0012:03 - 0015:12 |
| Acconci, Vito - 11/03/2009 | 0015:18 - 0016:16 |
| Acconci, Vito - 11/03/2009 | 0016:20 - 0020:11 |
| Acconci, Vito - 11/03/2009 | 0020:23 - 0021:06 |
| Acconci, Vito - 11/03/2009 | 0021:10 - 0022:24 |
| Acconci, Vito - 11/03/2009 | 0023:07 - 0024:22 |
| Acconci, Vito - 11/03/2009 | 0025:13 - 0028:24 |
| Acconci, Vito - 11/03/2009 | 0029:09 - 0030:24 |
| Acconci, Vito - 11/03/2009 | 0031:19 - 0032:22 |
| Acconci, Vito - 11/03/2009 | 0058:03 - 0060:21 |
| Angevine, Anne - 11/17/2009 | 0005:04 - 0005:07 |
| Angevine, Anne - 11/17/2009 | 0015:01 - 0015:05 |
| Angevine, Anne - 11/17/2009 | 0015:15 - 0015:25 |
| Angevine, Anne - 11/17/2009 | 0018:12 - 0018:15 |
| Angevine, Anne - 11/17/2009 | 0018:18 - 0019:07 |
| Angevine, Anne - 11/17/2009 | 0019:08 - 0019:15 |
| Angevine, Anne - 11/17/2009 | 0019:16 - 0019:23 |
| Angevine, Anne - 11/17/2009 | 0019:24 - 0021:04 |
| Angevine, Anne - 11/17/2009 | 0022:05 - 0023:02 |
| Angevine, Anne - 11/17/2009 | 0023:04 - 0023:11 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Angevine, Anne - 11/17/2009 | 0023:12 - 0023:14 |
| Angevine, Anne - 11/17/2009 | 0023:16 - 0023:16 |
| Angevine, Anne - 11/17/2009 | 0023:20 - 0023:23 |
| Angevine, Anne - 11/17/2009 | 0023:25 - 0023:25 |
| Angevine, Anne - 11/17/2009 | 0024:02 - 0024:12 |
| Angevine, Anne - 11/17/2009 | 0024:17 - 0025:04 |
| Angevine, Anne - 11/17/2009 | 0025:05 - 0025:08 |
| Angevine, Anne - 11/17/2009 | 0025:10 - 0025:10 |
| Angevine, Anne - 11/17/2009 | 0025:25 - 0026:05 |
| Angevine, Anne - 11/17/2009 | 0026:12 - 0027:09 |
| Angevine, Anne - 11/17/2009 | 0028:11 - 0028:20 |
| Angevine, Anne - 11/17/2009 | 0028:21 - 0028:23 |
| Angevine, Anne - 11/17/2009 | 0029:05 - 0029:06 |
| Angevine, Anne - 11/17/2009 | 0029:07 - 0029:11 |
| Angevine, Anne - 11/17/2009 | 0029:12 - 0029:16 |
| Angevine, Anne - 11/17/2009 | 0029:17 - 0029:20 |
| Angevine, Anne - 11/17/2009 | 0029:24 - 0030:02 |
| Angevine, Anne - 11/17/2009 | 0030:04 - 0030:17 |
| Angevine, Anne - 11/17/2009 | 0030:21 - 0031:02 |
| Angevine, Anne - 11/17/2009 | 0034:02 - 0034:09 |
| Angevine, Anne - 11/17/2009 | 0034:19 - 0035:04 |
| Angevine, Anne - 11/17/2009 | 0035:05 - 0035:14 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Angevine, Anne - 11/17/2009 | 0035:23 - 0036:12 |
| Angevine, Anne - 11/17/2009 | 0036:13 - 0037:08 |
| Angevine, Anne - 11/17/2009 | 0037:09 - 0037:17 |
| Angevine, Anne - 11/17/2009 | 0038:05 - 0038:17 |
| Angevine, Anne - 11/17/2009 | 0039:01 - 0039:04 |
| Angevine, Anne - 11/17/2009 | 0039:05 - 0039:09 |
| Angevine, Anne - 11/17/2009 | 0039:10 - 0040:09 |
| Angevine, Anne - 11/17/2009 | 0040:10 - 0040:13 |
| Angevine, Anne - 11/17/2009 | 0040:22 - 0041:18 |
| Angevine, Anne - 11/17/2009 | 0042:01 - 0043:08 |
| Angevine, Anne - 11/17/2009 | 0043:09 - 0044:13 |
| Angevine, Anne - 11/17/2009 | 0044:23 - 0045:06 |
| Angevine, Anne - 11/17/2009 | 0045:07 - 0045:08 |
| Angevine, Anne - 11/17/2009 | 0045:10 - 0045:12 |
| Angevine, Anne - 11/17/2009 | 0045:21 - 0045:25 |
| Angevine, Anne - 11/17/2009 | 0048:01 - 0048:09 |
| Angevine, Anne - 11/17/2009 | 0049:21 - 0050:09 |
| Angevine, Anne - 11/17/2009 | 0052:03 - 0052:12 |
| Angevine, Anne - 11/17/2009 | 0052:14 - 0053:07 |
| Angevine, Anne - 11/17/2009 | 0053:08 - 0053:14 |
| Angevine, Anne - 11/17/2009 | 0053:21 - 0053:24 |
| Angevine, Anne - 11/17/2009 | 0058:02 - 0058:19 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Angevine, Anne - 11/17/2009 | 0061:23 - 0062:10 |
| Angevine, Anne - 11/17/2009 | 0063:02 - 0063:11 |
| Angevine, Anne - 11/17/2009 | 0063:20 - 0063:25 |
| Angevine, Anne - 11/17/2009 | 0064:08 - 0064:10 |
| Angevine, Anne - 11/17/2009 | 0064:12 - 0064:15 |
| Angevine, Anne - 11/17/2009 | 0065:03 - 0065:05 |
| Angevine, Anne - 11/17/2009 | 0065:16 - 0065:17 |
| Angevine, Anne - 11/17/2009 | 0065:22 - 0066:06 |
| Angevine, Anne - 11/17/2009 | 0066:17 - 0066:23 |
| Angevine, Anne - 11/17/2009 | 0067:04 - 0067:11 |
| Angevine, Anne - 11/17/2009 | 0068:15 - 0068:21 |
| Angevine, Anne - 11/17/2009 | 0069:18 - 0069:25 |
| Angevine, Anne - 11/17/2009 | 0070:01 - 0070:04 |
| Angevine, Anne - 11/17/2009 | 0070:06 - 0070:10 |
| Angevine, Anne - 11/17/2009 | 0070:12 - 0070:23 |
| Angevine, Anne - 11/17/2009 | 0076:11 - 0076:23 |
| Angevine, Anne - 11/17/2009 | 0077:06 - 0077:09 |
| Angevine, Anne - 11/17/2009 | 0077:10 - 0077:12 |
| Angevine, Anne - 11/17/2009 | 0077:14 - 0077:16 |
| Angevine, Anne - 11/17/2009 | 0077:18 - 0077:20 |
| Angevine, Anne - 11/17/2009 | 0077:22 - 0077:24 |
| Angevine, Anne - 11/17/2009 | 0079:01 - 0079:06 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Angevine, Anne - 11/17/2009 | 0082:03 - 0082:22 |
| Angevine, Anne - 11/17/2009 | 0082:23 - 0083:04 |
| Angevine, Anne - 11/17/2009 | 0083:19 - 0084:06 |
| Angevine, Anne - 11/17/2009 | 0084:20 - 0084:24 |
| Angevine, Anne - 11/17/2009 | 0085:05 - 0085:12 |
| Angevine, Anne - 11/17/2009 | 0085:24 - 0086:02 |
| Angevine, Anne - 11/17/2009 | 0088:04 - 0089:14 |
| Angevine, Anne - 11/17/2009 | 0090:08 - 0090:14 |
| Angevine, Anne - 11/17/2009 | 0091:05 - 0091:21 |
| Angevine, Anne - 11/17/2009 | 0092:06 - 0092:10 |
| Angevine, Anne - 11/17/2009 | 0092:11 - 0093:17 |
| Angevine, Anne - 11/17/2009 | 0093:23 - 0094:15 |
| Angevine, Anne - 11/17/2009 | 0095:02 - 0095:08 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0004:12 - 0004:13 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0005:23 - 0006:01 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0007:22 - 0008:07 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0008:11 - 0008:22 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0009:09 - 0016:18 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0016:19 - 0026:02 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0026:09 - 0026:12 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0026:15 - 0027:12 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0027:15 - 0030:07 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Capatano-Friedman, Lisa - 10/23/2009 | 0030:09 - 0034:18 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0034:22 - 0038:01 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0038:06 - 0042:12 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0042:22 - 0045:01 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0045:05 - 0047:16 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0047:18 - 0047:24 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0048:01 - 0048:04 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0048:06 - 0052:21 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0048:17 - 0050:08 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0052:23 - 0053:09 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0054:05 - 0056:17 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0056:19 - 0059:21 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0060:02 - 0063:21 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0064:17 - 0064:19 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0065:01 - 0066:11 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0066:14 - 0067:02 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0067:15 - 0068:12 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0068:15 - 0071:13 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0071:16 - 0073:15 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0074:02 - 0074:03 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0074:06 - 0074:11 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0074:13 - 0074:22 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Capatano-Friedman, Lisa - 10/23/2009 | 0074:24 - 0076:16 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0078:25 - 0079:19 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0092:09 - 0096:02 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0096:04 - 0096:25 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0131:07 - 0132:06 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0141:02 - 0142:08 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0144:08 - 0145:07 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0150:14 - 0152:22 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0153:14 - 0154:11 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0155:16 - 0157:02 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0157:06 - 0157:12 |
| Capatano-Friedman, Lisa - 10/23/2009 | 0167:01 - 0167:02 |
| Chambers, William - 11/09/2009 | 0005:19 - 0005:24 |
| Chambers, William - 11/09/2009 | 0006:07 - 0006:12 |
| Chambers, William - 11/09/2009 | 0006:13 - 0008:09 |
| Chambers, William - 11/09/2009 | 0008:23 - 0011:03 |
| Chambers, William - 11/09/2009 | 0011:11 - 0015:14 |
| Chambers, William - 11/09/2009 | 0015:20 - 0015:22 |
| Chambers, William - 11/09/2009 | 0015:23 - 0017:02 |
| Chambers, William - 11/09/2009 | 0017:03 - 0018:19 |
| Chambers, William - 11/09/2009 | 0018:20 - 0019:11 |
| Chambers, William - 11/09/2009 | 0019:15 - 0019:22 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Chambers, William - 11/09/2009 | 0021:20 - 0021:22 |
| Chambers, William - 11/09/2009 | 0022:02 - 0023:20 |
| Chambers, William - 11/09/2009 | 0024:23 - 0025:13 |
| Chambers, William - 11/09/2009 | 0025:14 - 0026:08 |
| Chambers, William - 11/09/2009 | 0026:09 - 0026:19 |
| Chambers, William - 11/09/2009 | 0026:20 - 0026:22 |
| Chambers, William - 11/09/2009 | 0027:09 - 0027:23 |
| Chambers, William - 11/09/2009 | 0027:24 - 0028:10 |
| Chambers, William - 11/09/2009 | 0028:11 - 0028:18 |
| Chambers, William - 11/09/2009 | 0028:19 - 0028:25 |
| Chambers, William - 11/09/2009 | 0029:02 - 0029:08 |
| Chambers, William - 11/09/2009 | 0029:13 - 0029:15 |
| Chambers, William - 11/09/2009 | 0029:17 - 0029:21 |
| Chambers, William - 11/09/2009 | 0031:10 - 0031:22 |
| Chambers, William - 11/09/2009 | 0031:23 - 0032:18 |
| Chambers, William - 11/09/2009 | 0032:19 - 0034:04 |
| Chambers, William - 11/16/2009 | 0041:15 - 0042:12 |
| Chambers, William - 11/16/2009 | 0042:13 - 0043:18 |
| Chambers, William - 11/16/2009 | 0044:02 - 0045:06 |
| Chambers, William - 11/16/2009 | 0045:07 - 0045:20 |
| Chambers, William - 11/16/2009 | 0045:21 - 0046:09 |
| Chambers, William - 11/16/2009 | 0047:08 - 0047:21 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Chambers, William - 11/16/2009 | 0048:18 - 0049:13 |
| Chambers, William - 11/16/2009 | 0049:15 - 0049:19 |
| Chambers, William - 11/16/2009 | 0050:14 - 0051:07 |
| Chambers, William - 11/16/2009 | 0051:08 - 0052:05 |
| Chambers, William - 11/16/2009 | 0052:06 - 0052:09 |
| Chambers, William - 11/16/2009 | 0052:10 - 0053:18 |
| Chambers, William - 11/16/2009 | 0054:17 - 0055:15 |
| Chambers, William - 11/16/2009 | 0055:16 - 0056:23 |
| Chambers, William - 11/16/2009 | 0057:12 - 0057:16 |
| Consolini, Paula - 10/28/2009 | 0003:17 - 0003:18 |
| Consolini, Paula - 10/28/2009 | 0004:11 - 0004:11 |
| Consolini, Paula - 10/28/2009 | 0004:20 - 0005:13 |
| Consolini, Paula - 10/28/2009 | 0006:15 - 0006:19 |
| Consolini, Paula - 10/28/2009 | 0009:19 - 0009:19 |
| Consolini, Paula - 10/28/2009 | 0009:23 - 0010:11 |
| Consolini, Paula - 10/28/2009 | 0011:11 - 0011:18 |
| Consolini, Paula - 10/28/2009 | 0012:02 - 0012:07 |
| Consolini, Paula - 10/28/2009 | 0012:17 - 0013:08 |
| Consolini, Paula - 10/28/2009 | 0013:24 - 0014:13 |
| Consolini, Paula - 10/28/2009 | 0014:20 - 0015:20 |
| Consolini, Paula - 10/28/2009 | 0016:11 - 0016:19 |
| Consolini, Paula - 10/28/2009 | 0020:05 - 0020:12 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Consolini, Paula - 10/28/2009 | 0030:12 - 0031:07 |
| Consolini, Paula - 10/28/2009 | 0033:10 - 0035:05 |
| Consolini, Paula - 10/28/2009 | 0036:02 - 0037:09 |
| Consolini, Paula - 10/28/2009 | 0038:14 - 0039:04 |
| Consolini, Paula - 10/28/2009 | 0039:19 - 0041:13 |
| Consolini, Paula - 10/28/2009 | 0042:02 - 0044:16 |
| Consolini, Paula - 10/28/2009 | 0044:19 - 0044:19 |
| Consolini, Paula - 10/28/2009 | 0044:23 - 0045:19 |
| Doft, Suzanne - 06/12/2007 | 0012:17 - 0012:21 |
| Doft, Suzanne - 06/12/2007 | 0021:23 - 0022:18 |
| Doft, Suzanne - 06/12/2007 | 0067:08 - 0067:19 |
| Doft, Suzanne - 06/12/2007 | 0069:09 - 0069:14 |
| Doft, Suzanne - 06/12/2007 | 0234:06 - 0234:23 |
| Doft, Suzanne - 06/13/2007 | 0631:14 - 0634:02 |
| Doft, Suzanne - 06/13/2007 | 0636:21 - 0638:08 |
| Doft, Suzanne - 06/13/2007 | 0640:14 - 0646:13 |
| Doft, Suzanne - 06/13/2007 | 0653:15 - 0654:21 |
| Doft, Suzanne - 06/13/2007 | 0655:16 - 0658:08 |
| Doft, Suzanne - 06/13/2007 | 0662:18 - 0664:06 |
| Doft, Suzanne - 06/13/2007 | 0668:23 - 0669:13 |
| Doft, Suzanne - 06/13/2007 | 0675:12 - 0675:20 |
| Epping, Edward - 10/28/2009 | 0004:17 - 0004:17 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Epping, Edward - 10/28/2009 | 0005:10 - 0005:10 |
| Epping, Edward - 10/28/2009 | 0007:02 - 0008:10 |
| Epping, Edward - 10/28/2009 | 0008:13 - 0009:20 |
| Epping, Edward - 10/28/2009 | 0011:19 - 0012:03 |
| Epping, Edward - 10/28/2009 | 0013:16 - 0017:06 |
| Epping, Edward - 10/28/2009 | 0018:22 - 0019:06 |
| Epping, Edward - 10/28/2009 | 0019:20 - 0020:14 |
| Epping, Edward - 10/28/2009 | 0021:04 - 0024:16 |
| Epping, Edward - 10/28/2009 | 0026:16 - 0027:13 |
| Epping, Edward - 10/28/2009 | 0027:21 - 0029:07 |
| Epping, Edward - 10/28/2009 | 0029:12 - 0030:15 |
| Epping, Edward - 10/28/2009 | 0030:20 - 0031:09 |
| Epping, Edward - 10/28/2009 | 0031:18 - 0032:01 |
| Hauben, Manfred - 07/12/2007 | 0008:25 - 0009:08 |
| Hauben, Manfred - 07/12/2007 | 0009:15 - 0009:23 |
| Hauben, Manfred - 07/12/2007 | 0017:05 - 0017:20 |
| Hauben, Manfred - 07/12/2007 | 0042:07 - 0042:13 |
| Hauben, Manfred - 07/12/2007 | 0125:08 - 0125:18 |
| Hauben, Manfred - 07/12/2007 | 0126:05 - 0128:18 |
| Hauben, Manfred - 07/12/2007 | 0129:06 - 0129:17 |
| Hauben, Manfred - 07/12/2007 | 0209:04 - 0209:07 |
| Hauben, Manfred - 07/12/2007 | 0209:10 - 0209:17 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Hauben, Manfred - 07/12/2007 | 0296:17 - 0297:01 |
| Hauben, Manfred - 07/12/2007 | 0316:13 - 0318:06 |
| Hauben, Manfred - 07/12/2007 | 0318:23 - 0319:11 |
| Hauben, Manfred - 07/12/2007 | 0323:02 - 0323:12 |
| Hauben, Manfred - 07/12/2007 | 0325:22 - 0326:01 |
| Hauben, Manfred - 07/12/2007 | 0334:15 - 0334:20 |
| Hauben, Manfred - 07/13/2007 | 0346:05 - 0346:09 |
| Hauben, Manfred - 07/13/2007 | 0348:05 - 0348:16 |
| Hauben, Manfred - 07/13/2007 | 0349:02 - 0349:14 |
| Hauben, Manfred - 07/13/2007 | 0511:21 - 0512:03 |
| Hauben, Manfred - 07/13/2007 | 0512:10 - 0513:03 |
| Hauben, Manfred - 07/13/2007 | 0513:04 - 0514:01 |
| Hauben, Manfred - 07/13/2007 | 0516:15 - 0517:01 |
| Hauben, Manfred - 07/13/2007 | 0518:03 - 0518:10 |
| Hauben, Manfred - 07/13/2007 | 0519:07 - 0519:24 |
| Hauben, Manfred - 07/13/2007 | 0519:25 - 0520:04 |
| Hauben, Manfred - 07/13/2007 | 0521:06 - 0521:14 |
| Hauben, Manfred - 07/13/2007 | 0521:18 - 0521:22 |
| Hauben, Manfred - 07/13/2007 | 0521:23 - 0522:03 |
| Hauben, Manfred - 07/13/2007 | 0522:15 - 0522:24 |
| Hauben, Manfred - 07/13/2007 | 0523:04 - 0524:10 |
| Hauben, Manfred - 07/13/2007 | 0524:11 - 0524:24 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Hauben, Manfred - 07/13/2007 | 0524:25 - 0525:17 |
| Hauben, Manfred - 07/13/2007 | 0525:18 - 0526:11 |
| Hauben, Manfred - 07/13/2007 | 0526:12 - 0529:05 |
| Hauben, Manfred - 07/13/2007 | 0529:06 - 0530:07 |
| Hauben, Manfred - 07/13/2007 | 0530:08 - 0530:23 |
| Hauben, Manfred - 07/13/2007 | 0530:24 - 0531:04 |
| Hauben, Manfred - 07/13/2007 | 0531:09 - 0531:22 |
| Hauben, Manfred - 07/13/2007 | 0537:05 - 0537:20 |
| Hauben, Manfred - 07/13/2007 | 0537:21 - 0538:16 |
| Hauben, Manfred - 07/13/2007 | 0539:10 - 0539:12 |
| Hauben, Manfred - 07/13/2007 | 0539:15 - 0540:15 |
| Hauben, Manfred - 07/13/2007 | 0540:16 - 0541:07 |
| Hauben, Manfred - 07/13/2007 | 0541:09 - 0542:18 |
| Hauben, Manfred - 07/13/2007 | 0542:25 - 0543:14 |
| Hauben, Manfred - 07/13/2007 | 0543:15 - 0545:13 |
| Hauben, Manfred - 07/13/2007 | 0563:18 - 0563:24 |
| Hauben, Manfred - 07/13/2007 | 0567:21 - 0567:24 |
| Hauben, Manfred - 07/13/2007 | 0568:07 - 0568:11 |
| Hauben, Manfred - 07/13/2007 | 0568:20 - 0569:12 |
| Hauben, Manfred - 07/13/2007 | 0569:13 - 0569:19 |
| Hauben, Manfred - 07/13/2007 | 0569:23 - 0570:05 |
| Hauben, Manfred - 07/13/2007 | 0570:11 - 0570:17 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Hauben, Manfred - 07/13/2007 | 0570:18 - 0571:12 |
| Hauben, Manfred - 07/13/2007 | 0572:01 - 0572:07 |
| Hauben, Manfred - 07/13/2007 | 0572:08 - 0572:11 |
| Hauben, Manfred - 07/13/2007 | 0572:12 - 0572:18 |
| Hauben, Manfred - 07/13/2007 | 0572:23 - 0574:09 |
| Hauben, Manfred - 07/13/2007 | 0576:02 - 0576:19 |
| Hauben, Manfred - 07/13/2007 | 0576:20 - 0577:06 |
| Hauben, Manfred - 07/13/2007 | 0577:11 - 0577:23 |
| Hauben, Manfred - 07/13/2007 | 0643:12 - 0644:06 |
| Hauben, Manfred - 07/13/2007 | 0644:07 - 0644:22 |
| Hauben, Manfred - 07/13/2007 | 0644:23 - 0645:19 |
| Knapp, Lloyd - 06/26/2007 | 0019:05 - 0019:19 |
| Knapp, Lloyd - 06/26/2007 | 0019:20 - 0020:03 |
| Knapp, Lloyd - 06/26/2007 | 0024:10 - 0025:18 |
| Knapp, Lloyd - 06/26/2007 | 0110:03 - 0111:14 |
| Knapp, Lloyd - 06/28/2007 | 0710:06 - 0710:14 |
| Knapp, Lloyd - 06/28/2007 | 0711:04 - 0713:25 |
| Knapp, Lloyd - 06/28/2007 | 0714:23 - 0715:09 |
| Knapp, Lloyd - 06/28/2007 | 0716:05 - 0716:14 |
| Knapp, Lloyd - 06/28/2007 | 0754:23 - 0757:10 |
| Knapp, Lloyd - 06/28/2007 | 0757:14 - 0763:06 |
| Knapp, Lloyd - 06/28/2007 | 0763:07 - 0772:03 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Knapp, Lloyd - 07/18/2006 | 0186:16 - 0189:02 |
| Knapp, Lloyd - 07/18/2006 | 0190:04 - 0199:25 |
| Knapp, Lloyd - 07/18/2006 | 0200:23 - 0203:25 |
| Knapp, Lloyd - 07/18/2006 | 0210:22 - 0217:05 |
| Knapp, Lloyd - 07/18/2006 | 0226:21 - 0231:03 |
| Knapp, Lloyd - 07/18/2006 | 0233:11 - 0233:20 |
| Mahon, James - 10/28/2009 | 0003:15 - 0003:15 |
| Mahon, James - 10/28/2009 | 0004:08 - 0004:08 |
| Mahon, James - 10/28/2009 | 0008:01 - 0008:22 |
| Mahon, James - 10/28/2009 | 0009:09 - 0009:12 |
| Mahon, James - 10/28/2009 | 0014:11 - 0014:18 |
| Mahon, James - 10/28/2009 | 0017:16 - 0018:10 |
| McCormick, Cynthia - 02/14/2008 | 0100:15 - 0100:22 |
| McCormick, Cynthia - 02/14/2008 | 0102:10 - 0102:21 |
| McCormick, Cynthia - 02/14/2008 | 0103:02 - 0104:06 |
| McCormick, Cynthia - 02/14/2008 | 0104:18 - 0104:23 |
| McCormick, Cynthia - 02/14/2008 | 0106:21 - 0107:03 |
| McCormick, Cynthia - 02/14/2008 | 0107:05 - 0107:17 |
| McCormick, Cynthia - 02/14/2008 | 0108:13 - 0108:22 |
| McCormick, Cynthia - 02/14/2008 | 0108:24 - 0109:06 |
| McCormick, Cynthia - 02/14/2008 | 0116:10 - 0121:10 |
| McCormick, Cynthia - 02/14/2008 | 0122:11 - 0127:17 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| McCormick, Cynthia - 02/14/2008 | 0128:02 - 0129:14 |
| McCormick, Cynthia - 02/14/2008 | 0129:15 - 0130:17 |
| McCormick, Cynthia - 02/14/2008 | 0132:03 - 0132:10 |
| McCormick, Cynthia - 02/14/2008 | 0132:18 - 0132:22 |
| McCormick, Cynthia - 02/14/2008 | 0133:10 - 0133:24 |
| McCormick, Cynthia - 02/14/2008 | 0133:25 - 0134:25 |
| McCormick, Cynthia - 02/14/2008 | 0142:23 - 0143:25 |
| McCormick, Cynthia - 02/14/2008 | 0149:20 - 0152:04 |
| McCormick, Cynthia - 02/14/2008 | 0152:05 - 0154:06 |
| McCormick, Cynthia - 02/14/2008 | 0159:07 - 0159:16 |
| McCormick, Cynthia - 02/14/2008 | 0164:03 - 0165:21 |
| McCormick, Cynthia - 02/14/2008 | 0171:13 - 0171:19 |
| McCormick, Cynthia - 02/14/2008 | 0172:07 - 0172:11 |
| McCormick, Cynthia - 02/14/2008 | 0174:11 - 0176:17 |
| McCormick, Cynthia - 02/14/2008 | 0180:11 - 0182:06 |
| McCormick, Cynthia - 02/14/2008 | 0182:07 - 0182:25 |
| McCormick, Cynthia - 02/14/2008 | 0183:18 - 0185:13 |
| McCormick, Cynthia - 02/14/2008 | 0186:19 - 0186:24 |
| McCormick, Cynthia - 02/14/2008 | 0188:19 - 0189:13 |
| McCormick, Cynthia - 02/14/2008 | 0189:14 - 0190:24 |
| McCormick, Cynthia - 02/14/2008 | 0190:25 - 0192:11 |
| McCormick, Cynthia - 02/14/2008 | 0192:19 - 0193:06 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Pacella, Christopher - 10/02/2007 | 0011:06 - 0011:07 |
| Pacella, Christopher - 10/02/2007 | 0011:12 - 0011:16 |
| Pacella, Christopher - 10/02/2007 | 0021:03 - 0021:09 |
| Pacella, Christopher - 10/02/2007 | 0025:07 - 0025:10 |
| Pacella, Christopher - 10/02/2007 | 0026:08 - 0027:05 |
| Pacella, Christopher - 10/02/2007 | 0030:09 - 0031:04 |
| Pacella, Christopher - 10/02/2007 | 0033:08 - 0034:02 |
| Pacella, Christopher - 10/02/2007 | 0034:03 - 0035:03 |
| Pacella, Christopher - 10/02/2007 | 0048:04 - 0049:03 |
| Pacella, Christopher - 10/02/2007 | 0119:11 - 0121:10 |
| Pacella, Christopher - 10/02/2007 | 0156:19 - 0157:14 |
| Pacella, Christopher - 10/02/2007 | 0159:02 - 0159:09 |
| Pacella, Christopher - 10/02/2007 | 0160:16 - 0162:13 |
| Pacella, Christopher - 10/02/2007 | 0162:14 - 0162:25 |
| Pacella, Christopher - 10/02/2007 | 0163:01 - 0163:17 |
| Pacella, Christopher - 10/02/2007 | 0163:18 - 0164:10 |
| Pacella, Christopher - 10/02/2007 | 0164:11 - 0164:18 |
| Pacella, Christopher - 10/02/2007 | 0165:17 - 0169:20 |
| Pacella, Christopher - 10/02/2007 | 0170:04 - 0174:04 |
| Pacella, Christopher - 10/02/2007 | 0174:09 - 0180:09 |
| Pacella, Christopher - 10/02/2007 | 0180:17 - 0180:25 |
| Pacella, Christopher - 10/02/2007 | 0181:06 - 0184:09 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Pacella, Christopher - 10/02/2007 | 0185:11 - 0185:15 |
| Pacella, Christopher - 10/02/2007 | 0185:20 - 0186:10 |
| Pacella, Christopher - 10/02/2007 | 0186:21 - 0188:04 |
| Pacella, Christopher - 10/02/2007 | 0188:13 - 0189:09 |
| Pacella, Christopher - 10/02/2007 | 0189:22 - 0191:22 |
| Pacella, Christopher - 10/02/2007 | 0192:09 - 0192:12 |
| Pacella, Christopher - 10/02/2007 | 0193:02 - 0196:02 |
| Pacella, Christopher - 10/02/2007 | 0196:15 - 0197:14 |
| Pacella, Christopher - 10/02/2007 | 0198:09 - 0198:25 |
| Pacella, Christopher - 10/02/2007 | 0201:03 - 0201:11 |
| Pacella, Christopher - 10/02/2007 | 0202:05 - 0207:23 |
| Pacella, Christopher - 10/02/2007 | 0207:24 - 0208:10 |
| Pacella, Christopher - 10/02/2007 | 0208:18 - 0209:11 |
| Pacella, Christopher - 10/02/2007 | 0252:05 - 0252:08 |
| Pacella, Christopher - 10/02/2007 | 0252:13 - 0252:25 |
| Pacella, Christopher - 10/02/2007 | 0261:04 - 0262:14 |
| Pande, Atul - 09/19/2007 | 0014:09 - 0016:04 |
| Pande, Atul - 09/20/2007 | 0613:10 - 0614:24 |
| Pande, Atul - 09/20/2007 | 0622:14 - 0624:20 |
| Pande, Atul - 09/20/2007 | 0626:23 - 0627:14 |
| Pande, Atul - 09/20/2007 | 0628:13 - 0628:22 |
| Pande, Atul - 09/20/2007 | 0629:16 - 0632:17 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
| --- | --- |
| Pande, Atul - 09/20/2007 | 0633:20 - 0635:21 |
| Pande, Atul - 09/20/2007 | 0636:07 - 0637:11 |
| Pande, Atul - 09/20/2007 | 0637:22 - 0638:25 |
| Pande, Atul - 09/20/2007 | 0641:08 - 0641:17 |
| Pande, Atul - 09/20/2007 | 0652:09 - 0653:17 |
| Pande, Atul - 09/20/2007 | 0656:09 - 0657:23 |
| Pande, Atul - 09/20/2007 | 0658:02 - 0659:14 |
| Pande, Atul - 09/20/2007 | 0660:09 - 0660:21 |
| Pande, Atul - 09/20/2007 | 0673:01 - 0674:11 |
| Scott, Drusilla - 12/12/2007 | 0009:10 - 0009:11 |
| Scott, Drusilla - 12/12/2007 | 0026:19 - 0027:24 |
| Scott, Drusilla - 12/13/2007 | 0592:17 - 0594:08 |
| Scott, Drusilla - 12/13/2007 | 0594:09 - 0615:16 |
| Scott, Drusilla - 12/13/2007 | 0619:12 - 0621:21 |
| Scott, Drusilla - 12/13/2007 | 0621:22 - 0622:20 |
| Shearer, Ivor - 10/30/2009 | 0005:13 - 0005:14 |
| Shearer, Ivor - 10/30/2009 | 0006:10 - 0006:11 |
| Shearer, Ivor - 10/30/2009 | 0007:08 - 0011:16 |
| Shearer, Ivor - 10/30/2009 | 0013:10 - 0014:19 |
| Shearer, Ivor - 10/30/2009 | 0015:14 - 0015:21 |
| Shearer, Ivor - 10/30/2009 | 0016:04 - 0016:15 |
| Shearer, Ivor - 10/30/2009 | 0017:07 - 0018:17 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Shearer, Ivor - 10/30/2009 | 0018:22 - 0018:25 |
| Shearer, Ivor - 10/30/2009 | 0019:13 - 0020:15 |
| Shearer, Ivor - 10/30/2009 | 0022:13 - 0023:16 |
| Shearer, Ivor - 10/30/2009 | 0024:14 - 0026:24 |
| Shearer, Ivor - 10/30/2009 | 0031:11 - 0031:20 |
| Shearer, Ivor - 10/30/2009 | 0032:03 - 0032:18 |
| Shearer, Ivor - 10/30/2009 | 0033:05 - 0035:24 |
| Shearer, Ivor - 10/30/2009 | 0036:06 - 0039:08 |
| Shearer, Ivor - 10/30/2009 | 0040:07 - 0040:14 |
| Shearer, Ivor - 10/30/2009 | 0041:05 - 0042:06 |
| Shearer, Ivor - 10/30/2009 | 0042:10 - 0044:02 |
| Shearer, Ivor - 10/30/2009 | 0044:04 - 0044:09 |
| Shearer, Ivor - 10/30/2009 | 0044:12 - 0045:05 |
| Shearer, Ivor - 10/30/2009 | 0046:05 - 0046:16 |
| Shearer, Ivor - 10/30/2009 | 0049:15 - 0050:18 |
| Shearer, Ivor - 10/30/2009 | 0051:02 - 0051:04 |
| Shearer, Ivor - 10/30/2009 | 0051:20 - 0053:03 |
| Shearer, Ivor - 10/30/2009 | 0053:14 - 0055:21 |
| Shearer, Ivor - 10/30/2009 | 0056:17 - 0057:17 |
| Shearer, Ivor - 10/30/2009 | 0057:22 - 0058:06 |
| Shearer, Ivor - 10/30/2009 | 0058:16 - 0059:07 |
| Shearer, Ivor - 10/30/2009 | 0059:14 - 0059:20 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
| --- | --- |
| Shearer, Ivor - 10/30/2009 | 0059:24 - 0059:25 |
| Shearer, Ivor - 10/30/2009 | 0060:02 - 0061:07 |
| Shearer, Ivor - 10/30/2009 | 0068:13 - 0068:14 |
| Shearer, Ivor - 10/30/2009 | 0068:17 - 0069:21 |
| Shearer, Ivor - 10/30/2009 | 0069:24 - 0069:24 |
| Shearer, Ivor - 10/30/2009 | 0070:23 - 0071:22 |
| Shearer, Ivor - 10/30/2009 | 0072:08 - 0072:08 |
| Shearer, Ivor - 10/30/2009 | 0072:10 - 0072:10 |
| Shearer, Ivor - 10/30/2009 | 0072:12 - 0072:13 |
| Shearer, Ivor - 10/30/2009 | 0072:15 - 0072:15 |
| Shearer, Ivor - 10/30/2009 | 0072:17 - 0072:19 |
| Shearer, Ivor - 10/30/2009 | 0072:21 - 0073:02 |
| Shearer, Ivor - 10/30/2009 | 0073:04 - 0073:09 |
| Shearer, Ivor - 10/30/2009 | 0073:11 - 0073:14 |
| Shearer, Ivor - 10/30/2009 | 0073:24 - 0075:02 |
| Shearer, Ivor - 10/30/2009 | 0075:04 - 0075:04 |
| Shearer, Ivor - 10/30/2009 | 0075:23 - 0076:10 |
| Shearer, Ivor - 10/30/2009 | 0076:15 - 0079:02 |
| Shearer, Ivor - 10/30/2009 | 0081:12 - 0081:15 |
| Shearer, Ivor - 10/30/2009 | 0082:22 - 0083:10 |
| Shearer, Ivor - 10/30/2009 | 0083:23 - 0085:03 |
| Shearer, Ivor - 10/30/2009 | 0091:10 - 0091:24 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Shearer, Ivor - 10/30/2009 | 0093:16 - 0094:14 |
| Shearer, Ivor - 10/30/2009 | 0095:17 - 0095:21 |
| Shearer, Ivor - 10/30/2009 | 0096:09 - 0097:08 |
| Shearer, Ivor - 10/30/2009 | 0097:18 - 0098:20 |
| Shearer, Ivor - 10/30/2009 | 0098:23 - 0099:11 |
| Shearer, Ivor - 10/30/2009 | 0099:14 - 0099:15 |
| Shearer, Ivor - 10/30/2009 | 0100:05 - 0100:13 |
| Shearer, Ivor - 10/30/2009 | 0100:15 - 0101:04 |
| Shearer, Ivor - 10/30/2009 | 0102:02 - 0103:10 |
| Shearer, Ivor - 10/30/2009 | 0103:15 - 0104:13 |
| Shearer, Ivor - 10/30/2009 | 0105:03 - 0107:10 |
| Shearer, Ivor - 10/30/2009 | 0108:10 - 0108:12 |
| Shearer, Linda - 02/25/2008 | 0004:05 - 0004:08 |
| Shearer, Linda - 02/25/2008 | 0004:09 - 0005:23 |
| Shearer, Linda - 02/25/2008 | 0006:13 - 0007:03 |
| Shearer, Linda - 02/25/2008 | 0008:19 - 0011:16 |
| Shearer, Linda - 02/25/2008 | 0011:20 - 0012:24 |
| Shearer, Linda - 02/25/2008 | 0017:07 - 0019:10 |
| Shearer, Linda - 02/25/2008 | 0020:01 - 0020:15 |
| Shearer, Linda - 02/25/2008 | 0020:24 - 0022:12 |
| Shearer, Linda - 02/25/2008 | 0022:19 - 0026:19 |
| Shearer, Linda - 02/25/2008 | 0027:01 - 0028:08 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
| --- | --- |
| Shearer, Linda - 02/25/2008 | 0034:24 - 0035:05 |
| Shearer, Linda - 02/25/2008 | 0035:15 - 0035:21 |
| Shearer, Linda - 02/25/2008 | 0037:21 - 0039:01 |
| Shearer, Linda - 02/25/2008 | 0039:09 - 0040:18 |
| Shearer, Linda - 02/25/2008 | 0041:16 - 0042:11 |
| Shearer, Linda - 02/25/2008 | 0045:21 - 0045:22 |
| Shearer, Linda - 02/25/2008 | 0046:02 - 0046:11 |
| Shearer, Linda - 02/25/2008 | 0047:20 - 0050:08 |
| Shearer, Linda - 02/25/2008 | 0050:23 - 0051:22 |
| Shearer, Linda - 02/25/2008 | 0052:15 - 0053:07 |
| Shearer, Linda - 02/25/2008 | 0069:23 - 0070:06 |
| Shearer, Linda - 02/25/2008 | 0074:07 - 0079:07 |
| Shearer, Linda - 02/25/2008 | 0079:22 - 0080:01 |
| Shearer, Linda - 02/25/2008 | 0080:07 - 0081:06 |
| Shearer, Linda - 02/25/2008 | 0082:13 - 0082:18 |
| Shearer, Linda - 02/25/2008 | 0083:09 - 0083:19 |
| Shearer, Linda - 02/25/2008 | 0086:13 - 0086:15 |
| Shearer, Linda - 02/25/2008 | 0087:05 - 0087:16 |
| Shearer, Linda - 02/25/2008 | 0088:17 - 0089:01 |
| Shearer, Linda - 02/25/2008 | 0089:08 - 0089:09 |
| Shearer, Linda - 02/25/2008 | 0089:25 - 0090:16 |
| Shearer, Linda - 02/25/2008 | 0090:23 - 0092:02 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Shearer, Linda - 02/25/2008 | 0092:08 - 0093:01 |
| Shearer, Linda - 02/25/2008 | 0094:21 - 0096:24 |
| Shearer, Linda - 02/25/2008 | 0099:12 - 0100:17 |
| Shearer, Linda - 02/25/2008 | 0107:04 - 0107:20 |
| Shearer, Linda - 02/25/2008 | 0113:05 - 0113:07 |
| Shearer, Linda - 02/25/2008 | 0123:06 - 0128:08 |
| Shearer, Linda - 02/25/2008 | 0128:20 - 0129:07 |
| Shearer, Linda - 02/25/2008 | 0129:11 - 0129:21 |
| Shearer, Linda - 02/25/2008 | 0129:24 - 0130:01 |
| Shearer, Linda - 02/25/2008 | 0130:17 - 0131:05 |
| Shearer, Linda - 02/25/2008 | 0134:05 - 0135:13 |
| Shearer, Linda - 02/25/2008 | 0136:09 - 0137:07 |
| Shearer, Linda - 02/25/2008 | 0137:20 - 0138:08 |
| Shearer, Linda - 02/25/2008 | 0138:17 - 0141:04 |
| Shearer, Linda - 02/25/2008 | 0142:02 - 0142:18 |
| Shearer, Linda - 02/25/2008 | 0143:15 - 0144:18 |
| Shearer, Linda - 02/25/2008 | 0144:23 - 0145:07 |
| Shearer, Linda - 02/25/2008 | 0145:13 - 0150:10 |
| Shearer, Linda - 02/25/2008 | 0151:01 - 0151:03 |
| Shearer, Linda - 02/25/2008 | 0151:05 - 0159:10 |
| Shearer, Linda - 02/25/2008 | 0159:13 - 0165:03 |
| Shearer, Linda - 02/25/2008 | 0165:15 - 0166:18 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Shearer, Linda - 02/25/2008 | 0166:21 - 0169:05 |
| Shearer, Linda - 02/25/2008 | 0169:07 - 0170:10 |
| Shearer, Linda - 02/25/2008 | 0170:12 - 0170:13 |
| Shearer, Linda - 02/25/2008 | 0170:21 - 0171:02 |
| Shearer, Linda - 02/25/2008 | 0171:04 - 0172:04 |
| Shearer, Linda - 02/25/2008 | 0172:06 - 0172:24 |
| Shearer, Linda - 02/25/2008 | 0173:01 - 0173:15 |
| Shearer, Linda - 02/25/2008 | 0173:19 - 0174:02 |
| Shearer, Linda - 02/25/2008 | 0174:05 - 0174:11 |
| Shearer, Linda - 02/25/2008 | 0174:12 - 0174:17 |
| Shearer, Linda - 02/25/2008 | 0180:08 - 0181:01 |
| Shearer, Linda - 02/25/2008 | 0181:03 - 0181:08 |
| Shearer, Linda - 02/25/2008 | 0181:10 - 0184:17 |
| Shearer, Linda - 02/25/2008 | 0186:14 - 0186:19 |
| Shearer, Linda - 02/25/2008 | 0187:05 - 0187:19 |
| Shearer, Linda - 02/25/2008 | 0187:22 - 0188:09 |
| Shearer, Linda - 02/25/2008 | 0190:02 - 0190:06 |
| Shearer, Linda - 02/25/2008 | 0191:05 - 0191:12 |
| Shearer, Linda - 02/25/2008 | 0191:23 - 0192:09 |
| Shearer, Linda - 02/25/2008 | 0193:21 - 0194:03 |
| Shearer, Linda - 02/25/2008 | 0194:15 - 0196:11 |
| Shearer, Linda - 02/25/2008 | 0196:15 - 0196:23 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Shearer, Linda - 02/25/2008 | 0197:01 - 0197:05 |
| Shearer, Linda - 02/25/2008 | 0199:14 - 0199:15 |
| Shearer, Linda - 02/25/2008 | 0199:20 - 0200:04 |
| Shearer, Linda - 02/25/2008 | 0201:01 - 0201:12 |
| Shearer, Linda - 02/25/2008 | 0202:06 - 0203:01 |
| Shearer, Linda - 02/25/2008 | 0203:04 - 0203:09 |
| Shearer, Linda - 02/25/2008 | 0204:17 - 0204:20 |
| Shearer, Linda - 02/25/2008 | 0206:19 - 0207:01 |
| Shearer, Linda - 02/25/2008 | 0209:25 - 0210:13 |
| Shearer, Linda - 02/25/2008 | 0211:02 - 0212:12 |
| Shearer, Linda - 02/25/2008 | 0212:17 - 0213:16 |
| Shearer, Linda - 02/25/2008 | 0214:19 - 0216:12 |
| Shearer, Linda - 02/25/2008 | 0217:22 - 0218:20 |
| Shearer, Linda - 02/25/2008 | 0219:10 - 0219:20 |
| Shearer, Linda - 02/25/2008 | 0220:03 - 0220:24 |
| Shearer, Linda - 02/25/2008 | 0221:16 - 0222:05 |
| Shearer, Linda - 02/25/2008 | 0222:09 - 0222:21 |
| Shearer, Linda - 02/25/2008 | 0226:06 - 0226:12 |
| Shearer, Linda - 02/25/2008 | 0228:10 - 0229:07 |
| Shearer, Linda - 02/25/2008 | 0229:10 - 0229:11 |
| Shearer, Linda - 02/25/2008 | 0229:13 - 0229:20 |
| Shearer, Linda - 02/25/2008 | 0230:02 - 0230:07 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Shearer, Linda - 02/25/2008 | 0230:10 - 0230:11 |
| Shearer, Linda - 02/25/2008 | 0231:06 - 0232:04 |
| Shearer, Linda - 02/25/2008 | 0233:10 - 0233:25 |
| Shearer, Linda - 02/25/2008 | 0234:15 - 0234:22 |
| Shearer, Linda - 02/25/2008 | 0234:24 - 0234:25 |
| Shearer, Linda - 02/25/2008 | 0235:02 - 0235:09 |
| Shearer, Linda - 02/25/2008 | 0235:24 - 0238:24 |
| Shearer, Linda - 02/25/2008 | 0239:20 - 0240:16 |
| Shearer, Linda - 02/25/2008 | 0241:19 - 0242:01 |
| Shearer, Linda - 02/25/2008 | 0242:19 - 0242:21 |
| Shearer, Linda - 02/25/2008 | 0243:03 - 0243:04 |
| Shearer, Linda - 02/25/2008 | 0243:06 - 0243:06 |
| Shearer, Linda - 02/25/2008 | 0243:08 - 0243:22 |
| Shearer, Linda - 02/25/2008 | 0244:01 - 0248:01 |
| Shearer, Linda - 02/26/2008 | 0255:09 - 0255:13 |
| Shearer, Linda - 02/26/2008 | 0257:24 - 0258:10 |
| Shearer, Linda - 02/26/2008 | 0258:24 - 0262:03 |
| Shearer, Linda - 02/26/2008 | 0262:15 - 0263:24 |
| Shearer, Linda - 02/26/2008 | 0264:10 - 0267:03 |
| Shearer, Linda - 02/26/2008 | 0267:05 - 0267:07 |
| Shearer, Linda - 02/26/2008 | 0267:09 - 0267:10 |
| Shearer, Linda - 02/26/2008 | 0267:12 - 0268:22 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Shearer, Linda - 02/26/2008 | 0270:05 - 0270:19 |
| Shearer, Linda - 02/26/2008 | 0270:22 - 0271:18 |
| Shearer, Linda - 02/26/2008 | 0271:20 - 0273:18 |
| Shearer, Linda - 02/26/2008 | 0274:04 - 0276:18 |
| Shearer, Linda - 02/26/2008 | 0276:20 - 0278:24 |
| Shearer, Linda - 02/26/2008 | 0279:01 - 0280:07 |
| Shearer, Linda - 02/26/2008 | 0280:22 - 0282:14 |
| Shearer, Linda - 02/26/2008 | 0284:10 - 0285:11 |
| Shearer, Linda - 02/26/2008 | 0285:19 - 0286:07 |
| Shearer, Linda - 02/26/2008 | 0286:12 - 0286:19 |
| Shearer, Linda - 02/26/2008 | 0287:25 - 0288:25 |
| Shearer, Linda - 02/26/2008 | 0289:12 - 0293:02 |
| Shearer, Linda - 02/26/2008 | 0293:08 - 0293:23 |
| Shearer, Linda - 02/26/2008 | 0294:01 - 0294:23 |
| Shearer, Linda - 02/26/2008 | 0295:06 - 0297:22 |
| Shearer, Linda - 02/26/2008 | 0297:23 - 0300:22 |
| Shearer, Linda - 02/26/2008 | 0301:03 - 0301:03 |
| Shearer, Linda - 02/26/2008 | 0301:07 - 0301:21 |
| Shearer, Linda - 02/26/2008 | 0303:02 - 0305:09 |
| Shearer, Linda - 02/26/2008 | 0305:23 - 0306:14 |
| Shearer, Linda - 02/26/2008 | 0315:08 - 0317:11 |
| Shearer, Linda - 02/26/2008 | 0317:15 - 0319:24 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Shearer, Linda - 02/26/2008 | 0320:14 - 0321:09 |
| Shearer, Linda - 02/26/2008 | 0322:12 - 0323:10 |
| Shearer, Linda - 02/26/2008 | 0324:20 - 0325:21 |
| Shearer, Linda - 02/26/2008 | 0327:16 - 0329:09 |
| Shearer, Linda - 02/26/2008 | 0329:16 - 0330:01 |
| Shearer, Linda - 02/26/2008 | 0330:13 - 0334:14 |
| Shearer, Linda - 02/26/2008 | 0339:09 - 0341:22 |
| Shearer, Linda - 02/26/2008 | 0345:05 - 0345:18 |
| Taylor, Charles - 08/27/2009 | 0004:20 - 0004:21 |
| Taylor, Charles - 08/27/2009 | 0005:20 - 0006:18 |
| Taylor, Charles - 08/27/2009 | 0007:12 - 0008:01 |
| Taylor, Charles - 08/27/2009 | 0008:03 - 0008:07 |
| Taylor, Charles - 08/27/2009 | 0008:11 - 0008:11 |
| Taylor, Charles - 08/27/2009 | 0008:16 - 0008:17 |
| Taylor, Charles - 08/27/2009 | 0008:19 - 0008:21 |
| Taylor, Charles - 08/27/2009 | 0009:09 - 0009:11 |
| Taylor, Charles - 08/27/2009 | 0009:13 - 0009:14 |
| Taylor, Charles - 08/27/2009 | 0009:16 - 0010:02 |
| Taylor, Charles - 08/27/2009 | 0010:04 - 0010:10 |
| Taylor, Charles - 08/27/2009 | 0010:13 - 0019:08 |
| Taylor, Charles - 08/27/2009 | 0019:14 - 0024:01 |
| Taylor, Charles - 08/27/2009 | 0024:03 - 0024:21 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Taylor, Charles - 08/27/2009 | 0025:17 - 0028:07 |
| Taylor, Charles - 08/27/2009 | 0028:12 - 0028:21 |
| Taylor, Charles - 08/27/2009 | 0029:01 - 0029:10 |
| Taylor, Charles - 08/27/2009 | 0029:21 - 0035:06 |
| Taylor, Charles - 08/27/2009 | 0035:11 - 0055:07 |
| Taylor, Charles - 08/27/2009 | 0055:15 - 0079:07 |
| Taylor, Charles - 08/27/2009 | 0079:10 - 0083:22 |
| Taylor, Charles - 08/27/2009 | 0083:24 - 0085:17 |
| Taylor, Charles - 08/27/2009 | 0086:11 - 0094:19 |
| Taylor, Charles - 08/27/2009 | 0094:21 - 0095:18 |
| Taylor, Charles - 08/27/2009 | 0096:01 - 0096:11 |
| Taylor, Charles - 08/27/2009 | 0096:14 - 0096:16 |
| Taylor, Charles - 08/27/2009 | 0096:19 - 0097:12 |
| Taylor, Charles - 08/27/2009 | 0097:17 - 0097:20 |
| Taylor, Charles - 08/27/2009 | 0098:05 - 0098:24 |
| Taylor, Charles - 08/27/2009 | 0099:12 - 0099:19 |
| Taylor, Charles - 08/27/2009 | 0099:23 - 0100:06 |
| Taylor, Charles - 08/27/2009 | 0100:12 - 0100:17 |
| Taylor, Charles - 08/27/2009 | 0100:22 - 0101:03 |
| Taylor, Charles - 08/27/2009 | 0101:06 - 0101:12 |
| Taylor, Charles - 08/27/2009 | 0101:21 - 0112:20 |
| Taylor, Charles - 08/27/2009 | 0112:23 - 0116:06 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
| --- | --- |
| Taylor, Charles - 08/27/2009 | 0116:12 - 0124:18 |
| Taylor, Charles - 08/27/2009 | 0125:08 - 0129:17 |
| Taylor, Charles - 08/27/2009 | 0276:04 - 0276:04 |
| Taylor, Charles - 08/27/2009 | 0276:05 - 0281:03 |
| Taylor, Charles - 08/27/2009 | 0281:06 - 0281:16 |
| Taylor, Charles - 08/27/2009 | 0281:18 - 0288:05 |
| Taylor, Charles - 08/27/2009 | 0288:08 - 0291:19 |
| Taylor, Charles - 08/27/2009 | 0291:21 - 0292:03 |
| Taylor, Charles - 08/27/2009 | 0292:05 - 0292:08 |
| Taylor, Charles - 08/27/2009 | 0292:11 - 0295:14 |
| Taylor, Charles - 08/27/2009 | 0295:16 - 0296:08 |
| Taylor, Charles - 08/27/2009 | 0296:10 - 0296:17 |
| Taylor, Charles - 08/27/2009 | 0296:22 - 0300:21 |
| Taylor, Charles - 08/27/2009 | 0306:13 - 0308:23 |
| Taylor, Charles - 08/27/2009 | 0308:25 - 0310:08 |
| Turner, Janeth - 10/11/2007 | 0009:15 - 0010:24 |
| Turner, Janeth - 10/11/2007 | 0011:04 - 0013:21 |
| Turner, Janeth - 10/11/2007 | 0015:25 - 0016:24 |
| Turner, Janeth - 10/11/2007 | 0019:11 - 0024:07 |
| Turner, Janeth - 10/11/2007 | 0027:13 - 0027:18 |
| Turner, Janeth - 10/11/2007 | 0028:22 - 0031:22 |
| Turner, Janeth - 10/11/2007 | 0033:07 - 0043:21 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Turner, Janeth - 10/11/2007 | 0043:23 - 0046:13 |
| Turner, Janeth - 10/11/2007 | 0046:15 - 0049:09 |
| Turner, Janeth - 10/11/2007 | 0049:22 - 0064:09 |
| Turner, Janeth - 10/11/2007 | 0065:10 - 0070:08 |
| Turner, Janeth - 10/11/2007 | 0070:10 - 0074:05 |
| Turner, Janeth - 10/11/2007 | 0074:07 - 0076:15 |
| Turner, Janeth - 10/11/2007 | 0077:07 - 0080:02 |
| Turner, Janeth - 10/11/2007 | 0082:06 - 0085:12 |
| Turner, Janeth - 10/11/2007 | 0087:24 - 0090:22 |
| Turner, Janeth - 10/11/2007 | 0091:12 - 0092:10 |
| Turner, Janeth - 10/11/2007 | 0093:08 - 0094:19 |
| Turner, Janeth - 10/11/2007 | 0096:21 - 0097:23 |
| Turner, Janeth - 10/11/2007 | 0101:21 - 0102:16 |
| Turner, Janeth - 10/11/2007 | 0105:05 - 0109:17 |
| Turner, Janeth - 10/11/2007 | 0115:16 - 0121:15 |
| Turner, Janeth - 10/11/2007 | 0121:18 - 0122:04 |
| Turner, Janeth - 10/11/2007 | 0123:11 - 0128:14 |
| Turner, Janeth - 10/11/2007 | 0132:13 - 0136:22 |
| Turner, Janeth - 10/11/2007 | 0137:14 - 0140:07 |
| Turner, Janeth - 10/11/2007 | 0140:15 - 0142:12 |
| Turner, Janeth - 10/11/2007 | 0142:24 - 0146:20 |
| Turner, Janeth - 10/11/2007 | 0146:22 - 0147:24 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Turner, Janeth - 10/11/2007 | 0148:02 - 0148:22 |
| Turner, Janeth - 10/11/2007 | 0200:22 - 0201:20 |
| Turner, Janeth - 10/11/2007 | 0237:08 - 0239:03 |
| Turner, Janeth - 10/11/2007 | 0262:03 - 0263:08 |
| Turner, Janeth - 10/11/2007 | 0264:02 - 0265:19 |
| Turner, Janeth - 10/11/2007 | 0267:17 - 0267:21 |
| Turner, Janeth - 10/11/2007 | 0268:15 - 0270:14 |
| Turner, Janeth - 10/11/2007 | 0271:02 - 0272:20 |
| Turner, Janeth - 10/11/2007 | 0273:02 - 0276:11 |
| Turner, Janeth - 10/11/2007 | 0276:13 - 0276:16 |
| Turner, Janeth - 10/11/2007 | 0277:20 - 0278:07 |
| Turner, Janeth - 10/11/2007 | 0279:14 - 0281:06 |
| Turner, Janeth - 10/11/2007 | 0283:05 - 0285:11 |
| Turner, Janeth - 10/11/2007 | 0286:05 - 0286:20 |
| Turner, Janeth - 10/12/2007 | 0386:03 - 0387:08 |
| Turner, Janeth - 10/12/2007 | 0387:11 - 0388:06 |
| Turner, Janeth - 10/12/2007 | 0556:22 - 0557:02 |
| Turner, Janeth - 10/12/2007 | 0557:19 - 0559:19 |
| Turner, Janeth - 10/12/2007 | 0561:24 - 0566:17 |
| Turner, Janeth - 10/12/2007 | 0567:17 - 0568:25 |
| Turner, Janeth - 10/12/2007 | 0569:23 - 0572:10 |
| Turner, Janeth - 10/12/2007 | 0578:05 - 0581:04 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Turner, Janeth - 10/12/2007 | 0586:02 - 0587:17 |
| Wheeler, Sean - 10/29/2009 | 0004:14 - 0004:14 |
| Wheeler, Sean - 10/29/2009 | 0005:11 - 0005:12 |
| Wheeler, Sean - 10/29/2009 | 0005:25 - 0008:25 |
| Wheeler, Sean - 10/29/2009 | 0009:20 - 0009:21 |
| Wheeler, Sean - 10/29/2009 | 0010:16 - 0015:10 |
| Wheeler, Sean - 10/29/2009 | 0016:12 - 0016:16 |
| Wheeler, Sean - 10/29/2009 | 0018:02 - 0018:23 |
| Wheeler, Sean - 10/29/2009 | 0019:10 - 0019:16 |
| Wheeler, Sean - 10/29/2009 | 0019:20 - 0019:23 |
| Wheeler, Sean - 10/29/2009 | 0021:10 - 0023:08 |
| Wheeler, Sean - 10/29/2009 | 0023:11 - 0023:22 |
| Wheeler, Sean - 10/29/2009 | 0025:07 - 0025:18 |
| Wheeler, Sean - 10/29/2009 | 0025:22 - 0025:22 |
| Wheeler, Sean - 10/29/2009 | 0025:24 - 0026:05 |
| Wheeler, Sean - 10/29/2009 | 0026:20 - 0027:18 |
| Wheeler, Sean - 10/29/2009 | 0028:07 - 0030:19 |
| Wheeler, Sean - 10/29/2009 | 0031:09 - 0031:11 |
| Wheeler, Sean - 10/29/2009 | 0031:16 - 0035:19 |
| Wheeler, Sean - 10/29/2009 | 0036:09 - 0037:01 |
| Wheeler, Sean - 10/29/2009 | 0038:02 - 0038:10 |
| Wheeler, Sean - 10/29/2009 | 0038:17 - 0045:08 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Wheeler, Sean - 10/29/2009 | 0047:03 - 0048:01 |
| Wheeler, Sean - 10/29/2009 | 0048:15 - 0048:17 |
| Wheeler, Sean - 10/29/2009 | 0048:21 - 0051:22 |
| Wheeler, Sean - 10/29/2009 | 0052:03 - 0052:25 |
| Wheeler, Sean - 10/29/2009 | 0054:04 - 0054:09 |

Dated: February 22, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By:  /s/ Mark S. Cheffo
Mark S. Cheffo
Four Times Square
New York, New York 10036
Tel: (212) 735-3000
mark.cheffo@skadden.com

and

BOIES SCHILLER & FLEXNER, LLP

By:  /s/ William S. Ohlemeyer
William S. Ohlemeyer
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
wohlemeyer@bsfllp.com