# EXHIBIT 7
# QUESTIONNAIRE PROPOSED BY PLAINTIFF

**PLEASE PRINT ALL ANSWERS**   CONFIDENTIAL JUROR QUESTIONNAIRE   JUROR NO. _____

1. Full Name: _____
                   First         Middle/Maiden        Last

2. Where do you live in Boston Area (address): _____
   City _____ County _____ Zip Code _____

3. Date of Birth: ___/___/_____   Gender: M___ F___   Race: _____

4. Place of Birth - City _____ State: _____

5. Do you _____ Rent your home?
            _____ Live with homeowners?
            _____ Own your own home?
   If you are a homeowner, how long have you owned your home? _____

6. What other cities or states, if any, have you lived in during the last 10 years?
   _____

7. What is your current marital status?
       ___Never Married    ___Divorced _____
       ___Married    ___Widowed _____
       ___Separated    ___Other: (Please explain) _____

8. Name of spouse or significant other: _____

9. Date of birth of spouse or significant other: _____

10. Please identify the occupation and employer, if any, of your spouse: _____

11. State the age, gender and occupation of each of your children or step-children:
    Age:_____ M___ F___   Occupation:_____
    Age:_____ M___ F___   Occupation:_____
    Age:_____ M___ F___   Occupation:_____
    Age:_____ M___ F___   Occupation:_____
    Age:_____ M___ F___   Occupation:_____
    Age:_____ M___ F___   Occupation:_____

12. Have you ever been arrested for a crime?   Yes ___   No ___

    Have you ever been convicted of a crime?   Yes ___   No ___

13. What is the highest level of education you have achieved?

    What High school did you attend? _____

| | | | |
|---|---|---|---|
| Less than high school | _____ | Some college | _____ |
| GED | _____ | Bachelor's degree | _____ |
| High School | _____ | Some Graduate Study | _____ |
| Tech/Trade School | _____ | Masters/Doctoral degree | _____ |

    What was your area(s) of study? _____

14. If employed, state your current occupation: _____

    Name of employer: _____

    Length of current employment: _____

    What is your primary job function at your place of employment? (For example, if a teacher, what do you teach? If a salesperson, what do you sell?)

    _____

15. If you are not presently employed or if you have held different employment during the past 10 years, please provide the following information regarding past jobs held:

    Job Title:_____  Employer:_____  Job Duties_____  Dates_____

    Job Title:_____  Employer:_____  Job Duties_____  Dates_____

    Job Title:_____  Employer:_____  Job Duties_____  Dates_____

    Job Title:_____  Employer:_____  Job Duties_____  Dates_____

    Job Title:_____  Employer:_____  Job Duties_____  Dates_____

16. Are you involved in any volunteer organizations?

    Yes, I am an active member_____   Yes, but I'm not active _____   No ____

    If "Yes", please list the organization(s): _____

17. Of what civic clubs, societies, professional associations, or other organizations are you a member?

    _____

    Please indicate offices held, if any: _____   When? _____

18. Do you or anyone close to you have any training or experience in the following areas?

| | |
|---|---|
| _____Healthcare/Medical Profession | _____Insurance (sales, claim adjusting, etc.) |
| _____Journalism, media | _____Law or the Legal or Court System |
| _____Pharmaceutical Industry | _____Prescription Drug Sales |
| _____Contract Writing | _____Finance and Economics |
| _____Food and Drug Administration (FDA) | _____Government Standards and Regulations |
| _____Public Relations | _____Research and Development |
| _____Product Design or Testing | _____Product Manufacturing |
| _____Statistics | _____Social Service |

19. If "Yes", to any of the above, please explain your/their involvement: _____

20. Do you have any experience, training, knowledge or education in the healthcare field (medical, nurse, or other related health-care or scientific training) that you believe would assist you in deciding a case involving whether a drug contributed to a suicide? Yes_____ No_____ If "Yes" please explain:_____

21. Have you ever taken courses relating to counseling, social work, psychology, psychiatry or the social sciences?
    Yes_____ No_____
    If "Yes" please explain: _____

22. Have you or someone close to you ever suffered a serious side effect while taking a prescription drug?
    Yes____ No____ If "Yes", please explain: _____

23. Have you or someone close to you ever taken, on a regular basis, a prescription or over the counter medication for pain relief ? Yes____ No____
    If yes, list which ones: _____

24. Have you or someone close to you ever taken, on a regular basis, a prescription medication for epilepsy?
    Yes____ No____
    If yes, list which ones: _____

25. Have you or someone close to you ever stopped taking a prescription or over the counter medication because you thought it was potentially dangerous? Yes____ No____ If "Yes", please explain: _____

Have you, your family, or anyone close to you been diagnosed or treated for mental illness, depression, or pain so disabling that it required prescription medicine under the supervision of a doctor? If "Yes", please explain: _____

27. Before taking any type of prescription medication, do you read the printed medical directions for doctors, the label, or patient information sheet?
    Always____ Frequently____ Sometimes____ Rarely____ Never____

28. Have you ever done, or do you keep in your home, any books, manuals or other reference sources to do independent health or medical research regarding your personal health?
    Yes____ No____ If yes, please explain: _____

29. Have you experienced a serious, stressful event in the last year, such as the death of a loved one, divorce, loss of a job, major illness or serious injury? Yes____ No____
    If "Yes", please explain: _____

30. Have you or anyone close to you had any association at all, (personal or professional), with Pfizer, Parke-Davis, Warner Lambert, or any other pharmaceutical company? Yes____ No____

If yes, please identify the company and explain the association: _____
_____

31. Have you or your company's pension or retirement plan, or anyone close to you ever owned stock in Pfizer, Parke-Davis, Warner Lambert or any other pharmaceutical company?

    Yes___ No___    If "Yes", please describe: _____

32. Do you believe any prescription drug is a cause or contributes to suicide in:

    ___ Everyone who takes it

    ___ Some people who take it

    ___ Only a few people who take it

    ___ No one who takes it

    ___ Have no information either way

33. Do you believe Neurontin is a cause or contributes to suicide in:

    ___ Everyone who takes it

    ___ Some people who take it

    ___ Only a few people who take it

    ___ No one who takes it

    ___ Have no information either way

34. What is your opinion of the Food and Drug Administration (FDA)? _____
_____

35. Have you, or someone close to you, ever had a serious side effect while taking a prescription drug?

    Yes ___   No ___   Don't Know ___

    Are you familiar with the practice of off label marketing used by drug companies?  Yes ___   No ___

37. Has anyone close to you ever committed suicide?       Yes ___   No ___

38. Have you or anyone close to you ever attempted to commit suicide?       Yes ___   No ___

39. Have you, a family member, or someone close to you ever worked for a law firm or had any legal training or experience?

    Yes, I have _____   Yes, a family member has _____   Yes, someone close to me has _____   No _____

    If "Yes", please indicate:

    Who: _____   Which Law Firm: _____

    Job: _____   For how long? _____

Duties:_____ Law firm specialty? _____

40. Do you have a monetary limit which you believe you could not go beyond when considering an award of damages?

   Yes___ No___ Please explain: _____

41. Are you or anyone close to you a member of any organization or group involved in tort or lawsuit reform?

   Yes ___   No ___

42. Have you or someone close to you ever taken Neurontin?

   Yes, me____   No____   Yes, someone close to me ____   Yes, both____

   If "Yes", please explain: _____

   What dosage? ____   For how long did you take the drug? _____ Dates of use: _____

43. If employed, will you be paid by your employer during jury service?  Yes ____   No ____

   If "No", would you still able to serve on the jury during a three week trial? _____

44. Because of cultural or ethical reasons, would it be difficult or impossible to be a juror in a case in which the main question has to do with whether a drug should or should not have been taken by a patient? Yes ___ No ____

   I hereby swear and affirm that the answers I have given are **true and complete** to the best of my knowledge.

   **JUROR SIGNATURE:**_____

   **PRINT NAME:**      _____