# EXHIBIT 8
# QUESTIONNAIRE PROPOSED BY DEFENDANTS

# JUROR QUESTIONNAIRE

Please Print Clearly

NAME: _____

ADDRESS: _____

Age: _____

Gender:    A.    Male
               B.    Female

For the following questions, please circle the letter next to the response that best describes you and your current situation:

1. Current marital status:

   A. Never Married
   B. Married
   C. Living with partner
   D. Separated
   E. Divorced
   F. Widowed

2. Highest level of education completed:

   A. Less than high school
   B. GED
   C. High school
   D. Technical/trade school
   E. Some college
   F. Bachelor's degree
   G. Some graduate study
   H. Master's or Doctoral degree
   I. Don't know

3. Current employment status:

   A. Full Time
   B. Part Time
   C. Retired
   D. Unemployed
   E. Homemaker
   F. Disabled

4

4. Job title (if unemployed or retired, please indicate most recent job):

   _____

   _____

5. Name of employers (if unemployed or retired, write most recent employer):

   _____

   _____

6. Spouse/partner's employment status:

   A. Full Time
   B. Part Time
   C. Retired
   D. Unemployed
   E. Homemaker
   F. Disabled

7. Job title (if unemployed or retired, please indicate most recent job):

   _____

   _____

8. Name of employers (if unemployed or retired, write most recent employer):

   _____

   _____

9. How long have you lived in this area?

   A. 0-5 years
   B. 6-10 years
   C. 11-20 years
   D. Over 20 years
   E. All my life

10. Would you say you have strong positive or negative opinions of pharmaceutical companies?

    A. Yes, positive opinions
    B. Yes, negative opinions
    C. No

    If yes, please explain:

    _____

    _____

    _____

11. All prescription medicine has risks.

    A. Strongly agree
    B. Somewhat agree
    C. Somewhat disagree
    D. Strongly disagree

12. Do you believe a prescription drug should be proved 100% safe for all people under all conditions before being sold to the public?

    A. Yes
    B. No

13. Have you, or anyone close to you, had suicidal thoughts?

    A. Yes, me
    B. Yes, someone close to me
    C. Yes, both
    D. No

14. Have you or someone close to you ever taken any of the following drugs: Neurontin (gabapentin), Valium (diazepam), Ritalin (methylphenidate), Desyrel (trazodone), Ativan (lorazepam), Provigil (modafinil), Zyprexa (olanzapine), Zanaflex (tizanadine), or Prozac (fluoxetine)?

    A. Yes, I have (Specify which drug(s)): _____
    B. Yes, someone close to me has (Specify which drug(s)):

       _____
    C. Yes, both (Specify which drug(s)): _____
    D. No

6

15. Have you, or someone close to you, had a bad experience taking any of the following drugs: Neurontin (gabapentin), Valium (diazepam), Ritalin (methylphenidate), Desyrel (trazodone), Ativan (lorazepam), Provigil (modafinil), Zyprexa (olanzapine), Zanaflex (tizanadine), or Prozac (fluoxetine)?

   A. Yes, I have (Specify which drug(s)): _____
   B. Yes, someone close to me has (Specify which drug(s)):_____
   C. Yes, both (Specify which drug(s)): _____
   D. No

16. Have you suffered a loss of a loved one or experienced some other serious loss in the last year?

   A. Yes
   B. No

17. How frequently do you search the internet for health information?

   A. Frequently
   B. Sometimes
   C. Rarely
   D. Never

20. Have you ever been a plaintiff or defendant in a civil lawsuit?

   A. Yes, plaintiff
   B. Yes, defendant
   C. Yes, both
   D. No, neither

   Please explain any "yes" answer below:

   _____
   _____
   _____

21. Are you personally familiar with or have done business with any of the following individuals? (CIRCLE ALL THAT APPLY)

   Vito Acconci

   Larry Alphs, MD

   Keith Altman

   Anne Hudson Angevine, M.D.

7

Janet Arrowsmith, MD, FACP

Deborah August, MD

Richard Barnes

Bonnie Beaven

Brian Berkel

Professor Shawn Bird, M.D.

Cheryl Blume, Ph.D.

Edward W. Boyer, MD, PhD

Carter Burwell

Lucy Castro

Lisa Catapano-Friedman, M.D.

William Chambers, M.D.

Mark Cheffo

Catherine Clarey

Steve Cohen

Paula Consolini

Stephen Cristo

Frank D'Amelio

Thomas Decker

Paresh Desai

Peggy Diggs

Suzanne Doft

Helen Duda-Racki

Keith Edwards, M.D.

David Egilman

Ed Epping

Michael Fagan

Joe Feczko

Andrew Finkelstein

Bruce Fleischmann

David Franklin, Ph.D.

Kenneth Fromson

Robert D. Gibbons, Ph.D.

Robert Glanzman

Michael Gleason

Joseph Glenmullen, M.D.

Michael Glier

Henry Grabowski, Ph.D.

Thomas Greene

Sander Greenland, M.A., M.S., Dr.Ph.

Elaine Hantman

Bryant Haskins

Manfred Hauben

Mark Hegarty

Douglas Herr, M.D.

Michael Hill

Daniel Holloway

James Hooper

Wilfred Hynes, M.D.

Douglas G. Jacobs, M.D.

Jeffery Kindler

Charles King III

Lloyd Knapp

John Knoop

Stefan Kruszewski, M.D.

Mark Lanier

Harlan Levy

Jack London

Pamela Macer

Martin Mackay

Jim Mahon

John Marino

Cynthia McCormick

Avanish Mishra

John Moulton

Ed Notargiacomo

Linda Nussbaum

Britton O'Neil, M.D.

William Ohlemeyer

Christopher Pacella

Atul Pande, M.D.

Chief Parker

Judy Raab

Larry Raab

William Ringo

Officer Rivers

Ilyas Rona

Robert Roth, Ph.D.

Anthony J. Rothschild, MD

Alexander Ruggieri, M.D.

Gerard Sanacora, MD, PhD

Lori Schultz

Druscilla Scott, PhD

Ivor Shearer

Linda Shearer

Officer Skorupski

Ken Soh

Scott Spring

Catherine Stevens

Daniel Sullivan, M.D.

Charles P. Taylor, PhD

Martin Teicher

Larry Therrien

Paul Thompson

Leslie Tive

Michael Trimble, MD

Janeth Turner

John Valigorsky, M.D.

Michael Wasicko

      Sheila Weiss-Smith, Ph.D.

      Sean Wheeler

      Maria Yialamas, M.D.

      Carol Zullo

22. Have you heard or read anything about this case?

    A.   Yes
    B.   No

If "yes", please state what you have read or heard in the lines below:

_____

_____

_____

23. Have you already formed an opinion about this case based on what you have heard or read?

    A.   Yes
    B.   No

If "yes", please state what you have read or heard in the lines below:

_____

_____

_____

24. Is there any reason you could not be a totally fair and impartial juror in a case in which an individual was suing a pharmaceutical company?

    A.   Yes
    B.   No

If you answered "yes", please explain:

_____

_____

_____