# EXHIBIT 9
# JOINT AGREEMENT REGARDING AUTHENTICITY OF   DOCUMENTS

## Joint Agreement Regarding Authenticity of Documents

For purposes of the trial of *Shearer v. Pfizer Inc, et al*, Case No. 07-CV-11428-PBS, the parties stipulate that they will not object to the authenticity (within the meaning of Fed. R. Evid. 901) of any documents offered into evidence that fall under the categories below, provided that (1) the document was previously provided to counsel; (2) the document "is what its proponent claims" in accordance with Rule 901; and (3) the document is a verbatim copy of the original without additional interlineation or other marks.

To the extent that a document is not included in its entirety, the parties agree not to object on authenticity grounds, but specifically reserve the right to require that the complete document be placed into evidence (rather than the excerpt).

- Documents produced by any healthcare provider of Hartley Shearer.

- Documents produced by any police department, fire department and ambulance service, and any DSS or court files concerning Hartley Shearer and/or Linda Shearer.

- Documents produced in the Neurontin MDL Marketing, Sales Practices, and Products Liability Litigation bearing a Pfizer bates number.

- Documents produced in the Neurontin MDL Marketing, Sales Practices, and Products Liability Litigation bearing a third-party bates number or other documents of third parties where the documents reasonably show on their face that they are authentic.

- Documents produced by Pfizer in *U.S. ex rel. Franklin v. Pfizer Inc and Parke- Davis*, No. 96-11651-PBS (D. Mass.) bearing a Pfizer bates number.

- Documents that can be shown are contained in NDAs 20-235 and 21-397 or otherwise made available to the plaintiffs for inspection and copying in the Neurontin MDL Marketing, Sales Practices, and Products Liability Litigation.

- Documents concerning Neurontin originally created by Pfizer/Warner-Lambert or FDA that can be shown are available on FDA's website.

- Documents originally created by FDA that are posted on the FDA website.

- Electronic documents concerning Neurontin from the FDA that contain the standard FDA electronic signature along with attachments specifically referred to.

- Emails concerning Neurontin between Pfizer, Parke-Davis, or Warner-Lambert on one hand and FDA on the other.



- Documents concerning Neurontin from the FDA signed by an FDA employee on FDA letterhead along with attachments specifically referred to.

- Neurontin-related Advisory Committee briefing documents/submissions and transcripts.

This stipulation does not waive either party's right to object to the admissibility of any exhibit on other grounds.

Entered into this 4th day of March 2010.

On behalf of Plaintiff

By_____
        Keith Altman

FINKELSTEIN & PARTNERS, LLP
Attorneys for Plaintiff
1279 Route 300
Newburgh, N.Y. 12551

On behalf of Defendants

By_____
        Catherine B. Stevens

SKADDEN, ARPS, SLATE, MEAGHER & FLOM
LLP
Four Times Square
New York, New York 10036
Tel: (212) 735-3000

2