UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| PRODUCTS LIABILITY ACTIONS | |

### DEFENDANTS' FILING UNDER SEAL OF CORRESPONDENCE REGARDING DR. ROBERT GIBBONS' GABAPENTIN STUDY MANUSCRIPT

At the hearing held on February 17, 2010, in connection with the Product Liability Plaintiffs' Motion to Exclude Testimony and Exhibits of Dr. Robert Gibbons Pursuant to Fed. R. Evid. 702, *et seq.*, and *Daubert,* the Court directed Defendants to produce certain correspondence regarding the status of Dr. Gibbons' gabapentin study manuscript. The Court indicated that in light of the confidential nature of these materials they may be filed by Defendants confidentiality under seal. Without waiving any objection as to the relevancy or admissibility of such material, pursuant to this Court's directive and the Protective Order entered in this litigation dated January 10, 2005, Defendants herewith file under seal certain correspondence concerning the above-

referenced manuscript by Dr. Gibbons.

Dated: March 17, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

-and-

BOIES, SCHILLER & FLEXNER LLP

By: /s/ William S. Ohlemeyer
    William S. Ohlemeyer

333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
WOhlemeyer@bsfllp.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 17, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo