# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | )<br>)<br>)<br>) MDL DOCKET NO. 1629<br>) CIVIL ACTION NO. 04-10981 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | )<br>)<br>) |

**PROCEDURAL ORDER**

November 12, 2009

Saris, U.S.D.J.

After a review of the various proposed trial plans, the Court rules as follows:

1. The trial in the action brought by coordinated plaintiff Kaiser will begin on February 22, 2010.

2. Each side will have 28 trial hours for direct examination, cross-examination, re-direct and re-cross. Short of Murphy's law, the four-week trial (9:00 a.m. to 1:00 p.m.) will end March 19, 2010.

3. With this timing in mind, the list of trial witnesses and the expected amount of time for direct examination shall be filed on November 23, 2009.

4. The Court denies Pfizer's request to re-depose witnesses. Any witnesses identified <u>for the first time</u> in summary judgment papers or on the witness list may be deposed by December 22, 2009. Any witness on the list who was already identified in a court filing, document or deposition prior to the

discovery deadline but not deposed may not be deposed during this time period. The time period for each new witness is seven hours.

5. All motions in limine (including <u>Daubert</u> motions) shall be filed by January 8, 2010. All oppositions shall be filed by January 22.

6. No more than 10 motions in limine shall be filed and all memoranda are limited to 20 pages in length. Each motion in limine shall only address one issue. In other words, the cap on motions shall not be circumvented by subparts.

7. The final pretrial conference and hearing on the motions in limine shall take place on January 28, 2010 at 2:00 PM and January 29, 2010 at 2:00 PM.

8. The Court will permit the parties to film a witness's testimony for use in subsequent trials.

9. In addition, the Court will issue special jury instructions on fact issues so that the findings will have preclusive effect on subsequent litigation. The Court encourages counsel for Aetna and Guardian to take part in litigating the cross-cutting scientific issues. Counsel shall explore options for resolving all cross-cutting issues through the Kaiser trial.

10. Given the trial date of February 22, 2010, counsel shall confer to set deadlines for deposition designations. If there are objections which are not resolved after consultation, a transcript shall be filed with the disputed portion highlighted

and a brief statement of the reason for the objection. I do not have time to review hundreds of objections.

11. A joint pretrial memorandum, trial briefs, proposed jury instructions, jury questionnaires, and voir dire questions shall be filed by February 15, 2010. In addition, plaintiff shall inform defendant about the first witness as well as exhibits likely to be introduced through that witness.

                                                **S/PATTI B. SARIS**
                                                United States District Judge