# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

## DEFENDANTS' EXPECTED TRIAL WITNESS LIST

Defendants, Pfizer Inc ("Pfizer") and Warner-Lambert Company LLC ("Warner-Lambert") (collectively, "Defendants"), by and through their undersigned counsel, pursuant to the Court's Order of November 12, 2009 (Dkt. 2172), hereby identify this list of expected trial witnesses. Defendants identify these witnesses conditionally and without waiver of their right to object on grounds of relevancy, prejudice, or any other ground to the subject matter as to which the witnesses might testify, and reserve their right to call these witnesses in rebuttal in the event that their objections to Plaintiff's evidence are overruled. In submitting this trial witness list, Defendants specifically reserve the right to: 1) withdraw at any time any witness identified on this list; 2) supplement and/or amend this list in the event that additional witnesses are discovered subsequent to the date of service of this list; 3) call additional witnesses at trial as required for authentication, rebuttal or impeachment and/or as necessitated by evidence presented by Plaintiff; 4) supplement and/or amend this list in response to the Court's rulings on pretrial motions or other evidentiary matters; 5) supplement this list to identify witnesses on the issue of punitive damages, in the event that the jury is asked to determine punitive damages during a separate phase of trial; 6) supplement and/or amend this list as otherwise permitted by the Court; 7) counter-designate deposition testimony of witnesses identified by plaintiffs whose testimony will be offered by deposition. Defendants also reserve their right to call any witness

listed on Plaintiff's trial witness list or Defendants' Rule 26 disclosures. Defendants further reserve their right to call any of these witnesses by deposition.

By the agreement of the parties, the description of the testimony to be offered by each witness is nonbinding and subject to change as trial preparation proceeds. Subject to the foregoing, Defendants hereby list the following witnesses to be presented at trial:

|    | **Witness** | **Est. Min.** |
|----|---|---|
| 1. | Mirta Millares<br><br>Ms. Millares is a Manager of Drug Information Services and Pharmacy Outcomes Research at Kaiser Foundation Hospitals. | 20 |
| 2. | Albert Carver<br><br>Mr. Carver is Kaiser's Vice President of Pharmacy Strategy and Operations in California. | 20 |
| 3. | David Campen, M.D.<br><br>Dr. Campen is or was a member of Kaiser's Northern California Regional P&T Committee. | 20 |
| 4. | Dale Daniel, M.D.<br><br>Dr. Daniel is or was chair of Kaiser's Southern California Regional P&T Committee. | 20 |
| 5. | Nicholas Weider, D.O.<br><br>Dr. Weider is a member of Kaiser's Southern California Region's Drug Utilization Action Team. | 20 |
| 6. | Dr. Deborah Kubota<br><br>Dr. Kubota is a formulary pharmacist with Kaiser Foundation Hospitals. | 20 |
| 7. | Dale Kramer<br><br>Mr. Kramer is Director of Pharmacy Contracting for Kaiser Foundation Hospitals. | 20 |

|     | **Witness** | **Est. Min.** |
| --- | --- | --- |
| 8.  | David Chandler, M.D.<br><br>Dr. Chandler is a general psychiatrist with Southern California Permanente Medical Group ("SCPMG") and Chief of Psychiatry since 1990. He will testify about his clinical experience in prescribing gabapentin for bipolar disorder and anxiety. | 20 |
| 9.  | Vicki Travis<br><br>Ms. Travis will testify about Kaiser's operations and business practices. | 20 |
| 10. | Robin Dea, M.D.<br><br>Dr. Dea is Chair of the Chiefs of Psychiatry for the Northern California Permanente Medical Group (NCPMG). He will testify about his clinical experience in the use of prescription medications. | 20 |
| 11. | Mitchell Danesh, M.D.<br><br>Dr. Danesh will testify about his clinical experience in prescribing medications, including gabapentin, for neuropathic pain and epilepsy. | 20 |
| 12. | Morris Maizel, M.D.<br><br>Dr. Maizel has been a physician with SCPMG for 24 years. He will testify about his clinical experience in prescribing gabapentin off-label for neuropathic pain and other conditions. | 30 |
| 13. | Bruce McCarberg, M.D.<br><br>Dr. McCarberg is a family physician with SCPMG who is certified in pain medicine. He has been with Kaiser for 25 years. His will testify about his practice of medicine, use of his judgment, and the factors used to prescribe medicine, including gabapentin. | 30 |
| 14. | Dr. Vithal Dhaduk<br><br>Dr. Dhaduk will testify concerning his clinical experience in prescribing Neurontin off-label over many years for neuropathic pain and migraines. | 20 |
| 15. | Dr. Gregory Rogers<br><br>Dr. Rogers will testify about his clinical experience in prescribing gabapentin. | 20 |

|     | **Witness** | **Est. Min.** |
| --- | --- | --- |
| 16. | Dr. John Arness<br><br>Dr. Arness will testify about his clinical experience in prescribing gabapentin as adjunctive therapy for bipolar symptoms. | 20 |
| 17. | Dr. Anthony Anderson<br><br>Dr. Anderson will testify about his clinical experience in prescribing Neurontin off-label for patients that present with various neuropathic pain syndromes. | 20 |
| 18. | Dr. Mark Chaplick<br><br>Dr. Chaplick, is an anesthesiologist and pain management specialist in the Kansas City area. He will testify about his clinical experience in prescribing gabapentin for various forms of nerve pain, including DPN, trigeminal neuralgia, and pinched nerves from surgical procedures or herniated disks in the back. | 20 |
| 19. | Dr. Ronald Ellis<br><br>Dr. Ellis is a pain management specialist at St. John's Spine Clinic in Springfield, Missouri. He will testify about his clinical experience in continuing to prescribe gabapentin off-label for neuropathic pain. | 20 |
| 20. | Dr. Jeffrey Esper<br><br>Dr. Esper is a board-certified neurologist who practices in Erie, PA. He will testify about his clinical experience in continuing to prescribe gabapentin off-label for neuropathic pain, migraine, post-traumatic headaches, tension headaches, radiculopathies (i.e., pinched nerves), back pain, spinal stenosis, RSD, and RLS. | 20 |
| 21. | Dr. Amy Fitzsimmons<br><br>Dr. Fitzsimmons is a board-certified specialist in physical medicine and rehabilitation who practices in Southampton, PA, who will testify about her clinical experience in prescribing gabapentin for neuropathic pain. | 20 |

|     | **Witness** | **Est. Min.** |
| --- | --- | --- |
| 22. | Dr. Terry Rolan<br><br>Dr. Rolan is a neurologist and movement disorders specialist at the University of Missouri - Columbia. He will testify about his clinical experience in prescribing gabapentin off-label for peripheral neuropathies and other pain syndromes, occipital neuralgia, and epilepsy monotherapy. | 30 |
| 23. | Dr. Dragon Svrakic<br><br>Dr. Svrakic is a psychiatrist who will testify about his clinical experience in prescribing gabapentin for off-label uses such as in the treatment of alcohol dependency (withdrawal), alcohol-related neuropathy and associated pain, adjunctive treatment of bipolar disorder, various neuropathic pain syndromes in addition to PHN, sleep disorders, impulsive syndromes, and benzodiazepine dependence. | 20 |
| 24. | Janet Arrowsmith-Lowe, M.D.<br><br>Dr. Arrowsmith-Lowe is Board certified in internal medicine and an elected member of the American College of Epidemiology. Dr. Arrowsmith-Lowe's expert report was previously provided. | 30 |
| 25. | Gregory K. Bell, Ph.D.<br><br>Dr. Bell is an Executive Vice President at CRA International, an economics and management consulting firm. Dr. Bell received his PhD in business economics from Harvard University. Dr. Bell's expert report was previously provided. | 45 |
| 26. | Shawn Bird, M.D.<br><br>Dr. Bird is Associate Professor of Neurology, Department of Neurology, University of Pennsylvania School of Medicine. Dr. Bird's expert report was previously provided. | 60 |
| 27. | Gary J. Brenner, M.D., Ph.D.<br><br>Dr. Brenner is Board-certified in anesthesiology and pain medicine; on the faculty at Harvard Medical School and Director of the Massachusetts General Hospital Anesthesia Pain Medicine Fellowship. Dr. Brenner's expert report was previously provided. | 60 |

|     | **Witness** | **Est. Min.** |
| --- | --- | --- |
| 28. | Pradeep K. Chintagunta, Ph.D.<br><br>Dr. Chintagunta is the Robert Law Professor of Marketing at the Graduate School of Business at the University of Chicago. Dr. Chintagunta's expert report was previously provided. | 30 |
| 29. | Elizabeth A. Field, Ph.D.<br><br>Dr. Field is the president and founder of Field Advantage Medical Communications, LLC, an independent medical communications consulting firm, and she is also on faculty at the University of North Carolina. Dr. Field's expert report was previously provided. | 90 |
| 30. | Robert D. Gibbons, Ph.D.<br><br>Dr. Gibbons is the Director of the Center for Health Statistics and professor of Biostatistics and Psychiatry at the University of Illinois at Chicago. Dr. Gibbon's expert report was previously provided. | 90 |
| 31. | Henry G. Grabowski, Ph.D<br><br>Dr. Grabowski is Professor of Economics at Duke University, where he has been the Director of the Program in Pharmaceuticals and Health Economics since 1983. Dr. Grabowski's expert report was previously provided. | 30 |
| 32. | Michael C. Keeley, PhD.<br><br>Dr. Keeley is a senior vice president of Cornerstone Research, an economic and financial consulting firm. He obtained his M.A. and Ph.D. degrees in economics from the Massachusetts Institute of Technology. Dr. Keeley's expert report was previously provided. | 90 |
| 33. | Michael J. McLean, M.D., Ph.D.<br><br>Dr. McLean is an Associate Professor of Neurology, Vanderbilt University Medical Center in Nashville, Tennessee. Dr. McLean's expert report was previously provided. | 60 |
| 34. | Fiona Scott Morton, PhD.<br><br>Dr. Morton is a Professor of Economics at the Yale School of Management. She received her Ph.D. from MIT in Economics. Dr. Morton's expert report was previously provided. | 30 |

|     | **Witness** | **Est. Min.** |
| --- | --- | --- |
| 35. | Alan M. Rapoport, M.D.<br><br>Dr. Rapoport is board certified in Neurology and Headache Medicine. He founded and ran a major headache center in Stamford, CT for 29 years. He is currently working at a headache center in California and teaching at UCLA School of Medicine, Department of Neurology. Dr. Rapoport's expert report was previously provided. | 30 |
| 36. | Anthony Rothschild, M.D.<br><br>Dr. Rothschild is a psychiatrist who testifies that gabapentin is safe and effective. His expert report was previously provided. | 30 |
| 37. | Andrew E. Slaby, M.D., Ph.D., M.P.H.<br><br>Dr. Slaby is a psychiatrist who obtained his M.D. and Ph.D. in Epidemiology from Yale University. His current clinical practice in New York and New Jersey focuses on individuals with anxiety and substance abuse disorders. Dr. Slaby's expert report was previously provided. | 45 |
| 38. | Dr. Backonja<br><br>Dr. Backonja will testify about the preparation, accuracy, validity, and completeness of the study on which he worked and any presentations about it. | 20 |
| 39. | Dr. Mathew<br><br>Dr. Mathew will testify about the preparation, accuracy, validity, and completeness of the study on which he worked and any presentations about it. | 20 |
| 40. | Dr. Gorson<br><br>Dr. Gorson will testify about his clinical experience in the off-label use of gabapentin for neuropathic pain and the specifics of the study on which he worked. | 20 |
| 41. | Dr. Gerner<br><br>Dr. Gerner was a member of the Gabapentin Bipolar Disorder Study Group and he will testify about the study on which he worked and the timely presentation of the data and its publication. | 20 |

|  | **Witness** | **Est. Min.** |
|---|---|---|
| 42. | Carol Janney<br><br>Ms. Janney is formerly a biostatistician at Parke-Davis and will testify about the same study on which Dr. Gerner worked and its preparation and publication. | 20 |
| 43. | Dr. Mark Buchfuhrer<br><br>Dr. Buchfuhrer serves as an advisor to the RLS Foundation, a patient advocacy and support group in California for patients with Restless Leg Syndrome. He will testify about the need for patient access to medicines such as gabapentin and his own clinical experience prescribing gabapentin for patients with RLS. | 20 |
| 44. | Dr. Charles Phillips<br><br>Dr. Phillips is a physician in California who will testify about the operation and business practices of Kaiser. | 30 |
| 45. | Lloyd Knapp<br><br>Dr. Knapp has been with Warner-Lambert and then Pfizer for over 30 years, 15 of which he has been involved in Neurontin-related matters. | 60 |
| 46. | Patient Y<br><br>Patient Y is a patient who was prescribed Neurontin. | 15 |
| 47. | Andrew E. Bertagnolli, Ph.D.<br><br>Dr. Bertagnolli is a pain management consultant with Kaiser Permanente. | 20 |
| 48. | Stacy Ludin, M.D.<br><br>Dr. Ludin is formerly with the Kaiser Northeast region. | 20 |
| 49. | Kaiser insureds who were prescribed Neurontin between March 1995 and December 2004 | 20 |
| 50. | Mitchell S. Y. Cohen<br><br>Mr. Cohen is Senior Counsel to Kaiser. | 20 |
| 51. | Physicians who prescribed Neurontin to Kaiser insureds between March 1995 and December 2004 | 20 |

|     | **Witness** | **Est. Min.** |
| --- | --- | --- |
| 52. | Kaiser insureds who were prescribed gabapentin after December 2004 | 20 |
| 53. | Physicians who prescribed gabapentin to Kaiser insureds after December 2004 | 20 |
| 54. | Rod Cavin<br><br>Mr. Cavin was Principal and Managing Director at Health Strategies Group, a research-based consulting firm specializing in managed care. | 15 |
| 55. | Jim Callandrillo<br><br>Mr. Callandrillo was Chief Operating Office of GfK Market Measures. | 15 |
| 56. | Janet Milan<br><br>Ms. Milan was an employee of GfK Strategic Marketing. | 15 |
| 57. | David Cooper, M.D.<br><br>Dr. Cooper was an employee with Medical Action Communications. | 15 |
| 58. | Stephen Valerio<br><br>Mr. Valerio was an employee with Medical Action Communications. | 15 |
| 59. | Michael Vinegra<br><br>Mr. Vinegra was an employee with Medical Action Communications. | 15 |
|     | (Total estimated time) | 27 hours 45 min. |

Dated: November 23, 2009                Respectfully submitted,

                                        SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP

                                        By: /s/ Mark S. Cheffo
                                            Mark S. Cheffo

                                        Four Times Square
                                        New York, New York 10036
                                        Tel: (212) 735-3000

                                        -and-

                                        David B. Chaffin
                                        WHITE AND WILLIAMS LLP
                                        100 Summer Street, 27th Floor
                                        Boston, MA 02110
                                        Tel: (617) 748-5200

                                        *Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on November 23, 2009.

                                        /s/David B. Chaffin
                                        David B. Chaffin