UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re:  NEURONTIN MARKETING, SALES<br>PRACTICES AND PRODUCTS<br>LIABILITY LITIGATION | : MDL Docket No. 1629<br>:<br>: Master File No. 04-10981<br>: |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | : Judge Patti B. Saris<br>:<br>: Magistrate Judge Leo T.<br>: Sorokin |
| *Barlow v. Pfizer Inc, et al.*<br>Case No. 1:05-cv-11501-PBS | : |
| AND ALL PRODUCTS LIABILITY ACTIONS | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
## MOTION FOR PROTECTIVE ORDER IMPOSING COST-SHIFTING

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or
"Defendants") respectfully move for leave to submit a reply memorandum in further support of
their Motion for Protective Order Imposing Cost-Shifting.  Defendants submit that their
proposed reply is necessary to clarify issues raised in opposition memoranda.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave
to file the proposed reply memorandum, attached hereto as Exhibit A.

Dated: March 18, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM
LLP

By: /s/ Mark S. Cheffo
Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Mark.Cheffo@skadden.com

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document
filed through the ECF system has been served
pursuant to Case Management Order #3 on
March 18, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

## <u>CERTIFICATE OF CONSULTATION</u>

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.


<u>/s/ Mark S. Cheffo</u>
Mark S. Cheffo