UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>KAISER FOUNDATION HEALTH PLAN, ET AL V. PFIZER, INC., ET AL, 04 CV 10739 (PBS) | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' BENCH MEMORANDUM REGARDING
THE ADMISSION INTO EVIDENCE OF CERTAIN DEFENSE EXHIBITS PRODUCED
BY THE KAISER PLAINTIFFS**

Defendants, Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer"), respectfully submit this bench memorandum setting forth the grounds for the admission into evidence of certain exhibits. The exhibits set forth below were produced from the files of the Kaiser Plaintiffs and by stipulation are authentic and business records. The exhibits relate to issues raised in other exhibits and testimony before the jury and will provide the jury a more complete record of the information, deliberations, and events at issue in the case. Set forth below is a brief description of each exhibit and the basis for why each such exhibit is relevant and should be admitted into evidence.

**DX 529**   **Document titled "1173. Gabapentin (Neurontin, Parke Davis) capsules", dated Sept. 1997, et seq. (excluding KAIS-003252)**

This is a Kaiser document setting forth the formulary status of Neurontin in the Southern California Region and the basis for its change in September 1997 (Bates range KAIS-003249 – 51).

**DX 536**            Knoll, J., K. Stegman and T. Suppes, "Clinical Experience using Gabapentin Adjunctively in Patients with a History of Mania or Hypomania," Journal of Affective Disorders, 49(3), June 1998

This is a review article from the Journal of Affective Disorders in 1998 produced from the files of Kaiser that is entitled "Clinical Experience using gabapentin adjunctively in patients with a history of mania or hypomania." This shows that Kaiser was receiving information concerning the clinical use of Neurontin for off-label uses, in this case bipolar, separate and apart from the Defendants.

This exhibit is not hearsay because it is not offered for its truth, but rather to show state of mind and as proof that Kaiser had notice of information concerning the clinical use of Neurontin for off-label uses.

**DX 540**            Email from Dennis D. Cook to Debbie R. Kubota with the subject "Pipeline Table", dated Dec. 17, 1998

This is an email from Debbie Kubota dated December 17, 1998 reflecting that Lamictal and Neurontin were going to be used as 4th or 5th line for Bipolar, "but may move to 3rd ahead of tegretol" if they are more tolerated and literature holds up. This pre-dates the February 1999 letter from Parke-Davis and indicates that there was no reliance on the February 1999 Parke-Davis letter. This exhibit is relevant to the issues of knowledge of Kaiser, reliance, causation and damages.

**DX 541**            Oyekan E, Kung JS: A review of advances in treating fibromyalgia syndrome (fms) using a multidisciplinary approach. The Permanente Journal 3(2):62-75, 1999

This is an article on the treatment of fibromyalgia published by two Permanente physicians in the Permanente Journal in the summer of 1999. The article does not cite to any published studies at issue. The article states that gabapentin is used by Kaiser's Chronic Pain Management Program ("CPMP") for fibromyalgia only when other therapies fail even though studies of gabapentin use are small and often not well reported. This article from Kaiser itself

and the clinical experience of its own CPMP group may have led to increased use by other Kaiser physicians. This is relevant to the issue of causation and damages.

**DX 558** **Synopsis of Chiefs of Neurology Meeting re: "Drug Information/Professional Services (DI/PS) items", dated June 1999**

This is a synopsis of the meeting of the SCPMG Chiefs of Neurology in June 1999 concerning the removal of restrictions and addition of guidelines for Neurontin in the Southern California Region. This shows the process of requests being generated by the service chiefs and transmitted to the Regional P & T Committee for action.

**DX 560** **Email from Debbie R. Kubota with the subject "Gabapentin: removal of restrictions, Formulary recommendation", dated June 9, 1999**

This is an email from Debbie Kubota dated 6/9/99 that along with DX 558 explains more fully the process at work in requesting a formulary change. This supplements testimony on this topic and these documents relate specifically to the process in connection with gabapentin in the Southern California Region of Kaiser in 1999.

**DX 562** **Document titled "Chiefs of Neurology Meeting June 17, 1999 - Drug Information/Professional Services items, Debbie R. Kubota"**

These are notes of a meeting of the Chiefs of Neurology on June 17, 1999 in which they address the issue of removing restrictions from gabapentin in the Southern California. These notes supplement DX 558 and DX 560 and provide a more fulsome picture of the process. This document also reflects that the Chiefs were well aware of the likely increased cost of their actions and the need in 1999 to discourage over-prescribing by SCPMG physicians. It is relevant to the issues of causation and failure to mitigate.

**DX 565**            **SCPMG Chiefs of Psychiatry and Addiction Medicine, Meeting, July 28, 1999, Topic: Gabapentin (Neurontin), Removal of Restrictions: Formulary Recommendation**

This is a synopsis of the meeting of the SCPMG Chiefs of Psychiatry and Addiction Medicine dated July 28, 1999. It reflects the Chiefs' recommendation to remove restrictions and add guidelines for gabapentin in the Southern California Region. This shows the process of requests being generated by the service chiefs and transmitted to the Regional P & T Committee for action. It also reflects the Chiefs' knowledge of the cost impact if gabapentin is used for non-guideline indications. This is pertinent to the issues of causation and loss mitigation.

**DX 593**            **Email from Debbie Kubota with the subject "Neurontin 600 mg and 800 mg tablets", dated Aug. 23, 2000**

This is an email of Debbie Kubota dated 8/23/2000 in which she indicates that Kaiser did not add lower cost Neurontin tablets to the formulary because Kaiser was expecting generic gabapentin entry into the market with lower dose capsules. This is relevant to the issue of damages and failure to mitigate since Kaiser chose to forego savings with Neurontin in expectation of generic entry in 2000.

**DX 631**            **TPMG Chiefs of Psychiatry meeting: Jan. 23, 2003**

This is a two-page document containing a "mini-class review" of AEDs in bipolar disorder, both pages of which mention gabapentin. These pages are notes of a meeting of the Chiefs of Psychiatry for the Northern California Region dated January 23, 2002 that reflects their awareness of the 2 placebo-controlled trials on the use of gabapentin for bipolar in which no difference from placebo was found and that one even favored placebo. Yet no formulary action to restrict use by psychiatrists was taken. This is pertinent to the issues of knowledge of Kaiser, reliance, causation and damages.

**DX 635**           **SCPMG Chiefs of Psychiatry meeting: Mar. 20, 2002**

This is a three-page document containing a "mini-class review" of AEDs in bipolar disorder on pages 2 and 3. The first page shows that the document is the notes of a meeting of the Chiefs of Psychiatry for the Southern California Region dated March 20, 2002. This exhibit reflects the SCPMG Chiefs' awareness of the 2 placebo-controlled trials on the use of gabapentin in bipolar disorder in which no difference from placebo was found, and that one of those trials even favored placebo. Yet no formulary action to restrict use by psychiatrists was taken. This is pertinent to the issues of knowledge of Kaiser, reliance, causation and damages.

**DX 645**           **Kaiser Permanente Formulary Update, 5(2), June 2002**

This is the June 2002 issue of Formulary Update published by the Southern California Regional P & T Committee. It sets forth at pages 8 and 9 the conclusions of the Class Review of Antiepileptic Agents for Bipolar Disorders but fails to report the negative Pande and Frye studies that were part of Kaiser's review. Moreover, this Kaiser publication –despite knowledge of the negative Pande and Frye studies – reports that doses of gabapentin for bipolar disorders ranged from 300 mg to 4800 mg per day. This is pertinent to the issues of knowledge of Kaiser, reliance, causation and damages.

**DX 646**           **Email from Robin Dea to John Zweig, Debbie R. Kubota, David Campen, Henry Brodkin, with the subject "Re: gabapentin for bipolar disorder/anxiety disorders"**

This is an email from Dr. Robin Dea, dated June 4, 2002, which is after publication (and thus general knowledge) of the Frye and Pande studies, and in which she discusses the use of gabapentin in bipolar disorder patients and the justification for its use. This is pertinent to the issues of knowledge of Kaiser, reliance, causation and damages.

**DX 649**     CNS article titled "Newer Antiepileptic Drugs in Bipolar Disorder: Rationale for Use and Role in Therapy", dated Nov. 2002

This is a review article from the files of Kaiser entitled "Newer Antiepileptic Drugs in Bipolar Disorder," published in 2002. This cites to the Pande study and shows other sources of information used by Kaiser besides the defendants. This is pertinent to the issues of knowledge of Kaiser, reliance, causation and damages.

This exhibit is not hearsay because it is not offered for its truth, but rather to show notice and state of mind of Kaiser.

**DX 660**     SCPMG Chiefs of Psychiatry and Addiction Medicine meeting document titled "Synopsis of Pharmacy issues", dated July 24, 2002

This is a two-page synopsis of the meeting of the SCPMG Chiefs of Psychiatry and Addiction Medicine dated July 24, 2002. This reflects the Chiefs decision after knowledge of the Frye and Pande studies that Neurontin was not effective as monotherapy in bipolar disorders, but may be beneficial as an adjunctive agent for bipolar disorders in the presence of significant anxiety. This is pertinent to the issue of reliance, causation and failure to mitigate and damages.

**DX 686**     Email from Rich Lieblich to Richard A. Wagner, Dale Kramer, Al L. Carver, with the subject "Generics for 2004", dated Jan. 17, 2003

This is an email from Rich Lieblich which reflects Kaiser preparations for generic entry of gabapentin, including discussions with 5 potential gabapentin manufacturers and the expected price reduction. This is pertinent to causation and damages.

**DX 695**     Email from Debbie R. Kubota to Bonnie Matsuoka with the subject "Re: Neurontin Bipolar", dated Mar. 28, 2003

This is an email from Debbie Kubota dated March 28, 2003 in which she discussed Neurontin use with bipolar patients. It is relevant to issues of reliance, causation and damages.

6

**DX 696**         Document titled, "Neurontin (Gabapentin), A drug utilization review", dated Apr. 24, 2003

This is an drug utilization review for Neurontin in the Northwest Region of Kaiser Permanente in which a chart review is performed. Specific psychiatric diagnoses are listed in the tables. This reflects that only 1.3% of the non-epilepsy uses in a single indication were for bipolar in a period slightly in excess of 3 months. In non-epilepsy uses of gabapentin in multiple indications, none of the psychiatric uses were for bipolar disorder. Moreover, a separate chart review of patients with bipolar disorder on their problem list reflects that frequently gabapentin was prescribed for reasons other than bipolar disorder. This is pertinent to issues of reliance, causation, and damages.

**DX 758**         Kaiser Permanente Medical Care Program, Drug Information Services, California Region document titled "Drug: Gabapentin 100 mg, 300 mg, and 400 mg Strength Tablets, Manufacturer: Zenith-Goldline/IVAX Pharmaceuticals, Executive Summary Multiscore Generic Selection", prepared by Cathlene Richmond (July 2004)

This is a memo concerning the introduction of generic gabapentin in August 2004 and refers to the prescription utilization data from the Northern California Region based on 9,011 gabapentin prescriptions (DX 760 in evidence). This identifies and relies on the data collected in DX 760. Therefore, it is relevant to issues of damages.

**DX 774**         Document titled "Formulary Search: Gabapentin/Off Label Uses", dated Oct. 4, 2004

This is a Kaiser generated MEDLINE search of articles and studies pertaining to gabapentin, dated October 4, 2004. It demonstrates that there are many publications beyond those sponsored by Defendants. The search results also list the Pande article regarding gabapentin use with bipolar disorder from the September 2000 issue of the journal Bipolar Disorders (at KAIS-002560). This demonstrates the information that was available to Kaiser via MEDLINE searches. It is relevant to the issues of causation and damages.

**DX 826**             **Document titled "Criteria for Neurontin Metric"**

   This is a Kaiser document setting forth the criteria for the Neurontin Metric which reflects the metric used in Southern California Region's DUAT in 2002.   The metric shows that DUAT was able to identify and not include those prescriptions of Neurontin where the diagnosis was epilepsy as well as prescriptions for all patients over 70 years of age.   This is relevant to the issues of causation, failure to mitigate damages, and damages.

   WHEREFORE, Defendants respectfully seek a ruling that these exhibits be introduced into evidence at the trial of this matter.

Dated: March 19, 2010          Respectfully submitted,

              SKADDEN, ARPS, SLATE, MEAGHER
                & FLOM LLP

              By: /s/ Mark S. Cheffo
                 Mark S. Cheffo

              Four Times Square
              New York, NY 10036
              Tel:  (212) 735-3000
              Email:  Mark.Cheffo@skadden.com

              SKADDEN, ARPS, SLATE, MEAGHER
                & FLOM LLP

              By: /s/ Raoul D. Kennedy
                 Raoul D. Kennedy

              Four Embarcadero Center
              San Francisco CA 94111
              Tel:  (415) 984-6400
              Email:Raoul.Kennedy@skadden.com

| | |
|---|---|
| <u>CERTIFICATE OF SERVICE</u><br><br>I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 19, 2010.<br><br>        <u>/s/ Mark S. Cheffo</u><br>        Mark S. Cheffo | WHEELER TRIGG O'DONNELL LLP<br><br>By:   <u>/s/ James E. Hooper</u><br>       James E. Hooper<br><br>1801 California Street<br>Suite 3600<br>Denver, CO 80202-2617<br>Tel:  (303) 244-1800<br>Email:  hooper@wtotrial.com<br><br>*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC* |