UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| KAISER FOUNDATION HEALTH PLAN, ET AL V. PFIZER, INC., ET AL, 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' BENCH MEMORANDUM REGARDING
THE ADMISSION INTO EVIDENCE OF CERTAIN EXHIBITS UNDER FRE 106**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully submit this bench memorandum setting forth the grounds for the admission into evidence of twenty-two exhibits for completeness under FRE 106. The exhibits relate to issues raised in the materials that Plaintiffs have introduced pursuant to Kaiser's RICO Evidence Memorandum, amended March 12, 2010, and will provide the jury with a more complete record of the information, deliberations and events at issue in the case as it pertains to the issues in this case and are therefore relevant. The exhibits set forth below were produced from the files of either the Defendants or the Plaintiffs and by stipulation are authentic and business records. A brief description of each exhibit follows:

**DX 516**     **Memorandum from R.W. Doyle to Distribution, re: Marketing Policies & Procedures, dated Dec. 6, 1994**

Exhibit 516 attaches a copy of the Parke-Davis Policy and Procedures. The document sets forth policies against off-label marketing or other actions contrary to law. It also sets forth polices and procedures with respect to activities that are permitted under FDA regulations, including the sponsorship of Continuing Medical Education (CME) events.

**DX 520**        **Document titled Promostudy Report, RE: Neurontin Merritt-Putnam Symposium, Mar. 1995**

Exhibit 520 is a study of the effect on physician prescribing of physicians attending a Neurontin Merritt-Putnam Symposium in March 1995 as compared with a control group of physicians not attending. The study found that (1) there was no statistically significant difference in the prescribing of Neurontin by either group, and (2) both groups had increased their prescribing of Neurontin over the study period.

**DX 522**        **Document titled "Medical Education, Non-Speakers Bureau, Independent Programs, Grants and Promotional Programs, dated Jan. 1, 1996**

Exhibit 522 is a Parke-Davis chart as of January 1, 1996 that sets forth the differences between independent CME programs sponsored by the company versus those CME programs that are run by the company to actually promote products.

**TX 049**        **Contract Addendum, dated July 8, 1996**

Exhibit 49 is the July 8, 1996 Contract by which Parke-Davis hired/retained Cline, Davis and Mann as its agency and set the rate of its compensation.

**DX 524**        **Draft Internal PD Memorandum from P. Reichenberger to all TMs and ABMs, re: Emerging Applications Programs, dated Aug. 26, 1996**

Exhibit 524 is a Western CBU document dated August 26, 1996, which sets forth limitations on promotional activity in connection with certain Emerging Application study groups, which were CME activities.

**DX 526**        **Letter from Tracie L. Kelley (MES) to John Knoop (PD), dated Feb. 27, 1997**

Exhibit 526 is a February 22, 1997 letter from Medical Education Systems to Parke-Davis describing how CME activities can be carried out in full compliance with ACCME

2

guidelines and how to insure that CME activities are conducted appropriately. This makes clear that the fact that a lecture is certified for CME credit does not prohibit the discussion of unlabeled uses provided the speaker discloses that the use is not labeled and that a balanced view of all therapeutic options is discussed.

**TX 215**  **Memo re: Neurontin for Neuropathic Pain in Diabetic Neuropathy, dated May 20, 1997**

Exhibit 215 is a May 20, 1997 memorandum concerning Parke-Davis's recommendation to seek an additional indication for Diabetic Peripheral Neuropathy despite the limited period of exclusivity under the patent law.

**TX 243**  **Letter from Vervack to Aquino, dated April 20, 2000**

Exhibit 243 is a request for an educational grant to reproduce an accredited, educational monograph in which the requestor, Dannemiller Memorial Educational Foundation, asserts its commitment to ACCME guidelines and sets forth in a letter agreement the polices and regulations underlying the grant.

**DX 587**  **Nemeroff, CB. An Ever-Increasing Pharmacopoeia for the Management of Patients with Bipolar Disorder. J Clin Psychiatry 2000; 61 (Suppl 13):19-25)**

Exhibit 587 is a year 2000 article from Kaiser's files (Bates range KAIS-041753–59) discussing, among other things, the use of gabapentin in connection with bipolar disorder. This is separate and apart from any information provided by Parke-Davis and is relevant to the issues of causation and damages.

**DX 606**    **Memorandum from Pat Kelly to PPG - US Marketing Personnel, dated Mar. 2001**

Exhibit 606 is a memorandum relaying to Pfizer employees various decisions made by the company regarding Neurontin to ensure compliance with restrictions on promotion and marketing of Neurontin by its sales force, and to limit Neurontin detailing to the US RON sales force of 150 representatives nationwide, which called only on neurologists and epilepsy centers.

**DX 609**    **E-mail from Marino Garcia to Angela Crespo, et al., re: Please Read - Article: "Emerging Therapies in Chronic Pain", dated Apr. 27, 2001**

Exhibit 609 discusses an independent article about the treatment of chronic pain that describes the outcomes of relatively low dosing of Neurontin for neuropathic pain. A Pfizer employee notes that if doctors are prescribing Neurontin, Pfizer has a responsibility to communicate to those physicians information on how to appropriately prescribe the drug, to make sure patients are benefited by the treatment.

**TX 199**    **Email From: Burch To: DL-K All Managers, DL-K All Reps Cc: several recipients, dated July 10, 2001**

Exhibit 199 is a Pfizer Marketing Memo regarding legal challenges facing Parke-Davis and setting forth heightened requirements on the promotion of Neurontin for on-label use and other activities in the US.

**DX 618**    **Email from Marino Garcia to Timothy Hsu and Robert Glanzman, re: Neurontin For Ne Pain in Germany, dated July 18, 2001**

Exhibit 618 is an internal Pfizer discussion of the non-uniformity of information regarding Neurontin dosing and titration strategy in both neuropathic pain and epilepsy and the problems caused thereby. The email notes that doctors who use low doses and increase slowly should be encouraged to dose higher and faster because that is what the data supports.

**DX 633**              **Response to Article Submission dated May 13, 2002, with attachments including cover letter from Beate Roder to the journal Diabetic Medicine, dated Feb. 14, 2002**

Exhibit 633 is the response from the medical journal "Diabetic Medicine" declining to publish the article "Gabapentin in painful diabetic neuropathy" by Reckless et al in the form submitted based on significant concerns with the manuscript which would need to be addressed pre-publication.  The editor of the journal states "as the present study could not demonstate significant effects on the primary endpoint, it contrasts with the results of a previously published US trial.  The authors are advised to perform an appropriate statistical analysis which should allow them to draw a less biased interpretation given the evidence indicating that gabapentin had no effect on the weekly mean pain score."  DX 633 is relevant because it demonstrates that the Reckless study was not being suppressed.

**DX 644**              **Press release titled "PFIZER RECEIVES FDA APPROVAL TO MARKET NEURONTIN FOR POST-HERPETIC NEURALGIA", dated May 28, 2002**

Exhibit 644 is a  2002 press release regarding the approval of the PHN indication for Neurontin, which also notes that Neurontin is approved in more than 50 countries for the adjunctive treatment of epilepsy and for a range of neuropathic pain conditions.

**DX 647**              **Email from Allison Fannon to Howard Bockbrader, Brian Corrigan re: Gabapentin Pk/pd Abstract and manuscript, dated June 10, 2002**

Exhibit 647 is an email chain that includes Pfizer employee John Marino's statement that he supports publishing all and any, positive or negative, data with regard to gabapentin, in response to a question as to whether Pfizer would support publishing the POPP analysis.  Mr. Marino directs the remaining questions to Allison Fannon of the Publication group, who then explains that the Neurontin Publications Subcommittee (PSC) tracks and facilitates the

preparation and publication of Pfizer data on Neurontin and that MAC is the agency the PSC uses to coordinate publications.

**DX 648**            **Email from Steve Piron to John Marino, et al., re: NEU-0032591_DDMAC Materials, dated June 13, 2002**

Exhibit 648 is an internal Pfizer email attaching the materials for submission to DDMAC in connection with the approval of the PHN indication for Neurontin. Pfizer employee Steve Piron notes that the materials, including visual aids and journal ads, would be reviewed by Regulatory and then sent to DDMAC the following day, only 14 business days after approval. This demonstrates that the FDA was reviewing these materials in advance of their use.

**DX 668**            **Email from Leslie Tive to Allison Fannon, re: Key Messages, dated Oct. 17, 2002**

Exhibit 668 is an email chain discussing global versus US "key messages." Pfizer employee Suzanne Doft states the need to modify the messages to take the US position into account, not stressing rapid titration as they had learned that it could have a negative effect. Pfizer employee Allison Fannon responds, however, that they were promoting rapid titration (i.e., following the dosing in the clinical trials) in Major Markets because physicians were previously taking months to reach 1800 mg and above. She further states that the increased communication about the benefits of titrating to 1800 mg (or higher) faster had produced a turnaround in getting patients to optimal doses. Meanwhile, market research showed that the US was lagging in this respect compared to other countries. Pfizer employee Leslie Tive responds that "As long as the messages are supported by the trials and do not go beyond what has been studied I think this is fine."

**DX 669**     **Email from Robert Glanzman to Allison Fannon, Suzanne Doft and Angela Crespo, re: Key Messages, dated Oct. 17, 2002**

Exhibit 669 is an email chain with additional responses to Suzanne Doft's email described above in DX 668. In this document, Pfizer employee Allison Fannon responds that key messages should be appropriate for both the US and global markets because publications have global influence. Ms. Fannon also notes that publications are not limited by information in the label, and may contain off-label dosing information as long as it is supportable. Although rapid titration could not be promoted in the US due to label restrictions, that type of information could be provided via publications.  Pfizer employee Robert Glanzman responds to Ms. Fannon to note that in an ongoing US study on diabetic peripheral neuropathy using rapid titration to 3600 mg/day, there had been fewer drop outs due to adverse events than in the pivotal studies.

**DX 671**     **Response to Article Submission dated November 14, 2002, with attachments including cover letter from Beate Roder to the journal DIABETOLOGIA, dated Oct. 21, 2002**

Exhibit 671 is the response from the medical journal  "Diabetologia" declining to publish the article "Gabapentin in painful diabetic neuropathy" by Reckless et al.  The rejection is based on the "severe competition for space in the journal."  The editor includes the reviewing referees' evaluations, suggesting they might be helpful in revising the manuscript for submission to another journal.  The first referee's report states that (1) there may not be a need for the Reckless article as there were already a number of controlled trials in the literature on the same topic, and (2) the authors set out to confirm previous positive findings, "but then seemed to forget that the mean dose for adequate pain relief is [sic] previous trials was much higher than the first two doses" in their trial. DX 671 is relevant because it demonstrates that the Reckless study was not being suppressed.

7

**DX 687**            **Email from Bruce Parsons to Mariann Caprino and Jennifer Stampp, DL-Neurontin MM PM & PP, DL-PPG Neurology Group, AA DDEV 945 Neuro Team List, re: Neurontin: NeP Dosing Manuscript Printed Copy Available, dated Jan. 27, 2003**

Exhibit 687 is an internal email regarding the availability and use in public relations of an article by Dr. Backonja on the dosing of Neurontin in Neuropathic Pain. The discussion highlights the fact that any marketing activities involving the publication would take place only outside the US.

**DX 743**            **Letter from Michelle Clausen to Robert Schoenhaus, re: "response to your request for information regarding Neurontin (gabapentin)", dated Mar. 2, 2004 (Standard Response Letter)**

Exhibit 743 is a letter from Pfizer Medical Information sent to a Kaiser Permanente pharmacist with information regarding Neurontin's use in mood disorders. The letter states that Neurontin does not have an FDA approved indication for use in mood disorders and as such its use is not suggested or recommended by Pfizer, and that gabapentin was not an effective adjunctive treatment when administered to patients with refractory bipolar in 2 DBRCTS. Under the heading Clinical Data – Controlled Studies, the letter cites to and discusses the studies of both Pande and Frye. It is relevant to issues of reliance, causation and damages.

WHEREFORE, Defendants respectfully seek a ruling that these exhibits be introduced into evidence at the trial of this matter.

Dated: March 19, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:  /s/ Mark S. Cheffo
  Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:  /s/ Raoul D. Kennedy
  Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel:  (415) 984-6400

-and-

WHEELER TRIGG O'DONNELL LLP

By:  /s/ James E. Hooper
  James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel:  (303) 244-1800

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 19, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo