UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> KAISER FOUNDATION HEALTH PLAN, ET AL V. PFIZER, INC., ET AL, 04 CV 10739 (PBS) | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

### DEFENDANTS' BENCH MEMORANDUM REGARDING THE ADMISSION INTO EVIDENCE OF CERTAIN DEFENSE EXHIBITS

Defendants, Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer"), respectfully submit this bench memorandum setting forth the grounds for the admission into evidence of certain exhibits. The exhibits set forth below were produced from the files of the Defendants and by stipulation are authentic and business records. The exhibits relate to issues raised in other exhibits and testimony before the jury and will provide the jury a more complete record of the information, deliberations, and events at issue in the case as it pertains to the marketing of Neurontin. Set forth below is a brief description of each exhibit and the basis for why each such exhibit is relevant and should be admitted into evidence.

**DX 521**   Letter from Rober M. Sutherland M.D., Co-Director Center for Pain Medicine, Allegheny General Hospital to Carlos Gorrio, Territory Manager, Parke Davis, Northeast Customer Business Unit, re: June 4, 1995 letter from Sherwood Richardson to Anthony Wild, dated June 8, 1995

This is a June 8, 1995 letter received by Parke-Davis concerning a patient experience with the off-label use of Neurontin. This is relevant to the information coming to Parke-Davis concerning the early off-label use of Neurontin by physicians.

**DX 534**            **Email chain sent from Janney Carol to Atul Pande and Debra Gmerek, re: 945-209, dated Feb. 1998**

This is an email from Carol Janney to Atul Pande dated about February 4, 1998 indicating that the snapshot dataset may be available by April 23, 1998. The document is relevant because it shows that the results available to Dr. Pande in June of 1998 were not the complete study results, but only the snapshot. The final report of which was completed and filed March 26, 1999 (*see* DX 961 in evidence).

**DX 571**            **Proceedings of the Third International Conference on Bipolar Disorder 1999**

This is the program schedule and final registration list for the Third International Conference on Bipolar Disorder held in Pittsburgh, Pennsylvania in June 1999 (the "1999 Bipolar conference"). The final report of that study is dated March 26, 1999. Dr. Pande presented the results of the study at this conference. It is relevant because it demonstrates that the results of Dr. Pande's bipolar study were made public and were not suppressed.

**DX 841**            **Atul Pande presentation slides titled "Combination Treatment in Bipolar Disorder" (http://www.wpic.pitt.edu/stanley/3rdbipconf/ pptslides/pande_files/slide0030.htm, accessed 10/24/2008)**

These are the slides used by Dr. Pande at the 1999 Bipolar conference and available on the conference's website. It is relevant because it demonstrates that the results of Dr. Pande's bipolar study were made public and were not suppressed.

**DX 1383**          Transcript of A. Pande's Presentation at the Third International Conference on Bipolar Disorder, "New Pharmacotherapies."

This is a certified transcript of Dr. Pande's presentation at the 1999 Bipolar conference as transcribed from the audio presentation available on the conference's website by an official court reporter. It is relevant because it demonstrates that the results of Dr. Pande's bipolar study were made public at a major conference and were not suppressed.

**DX 569**           Memorandum from the Editorial Office, Att: Donna Kocan of Bipolar Disorders to Atul Pande, M.D., re: "Gabapentin in Bipolar Disorder: A Placebo-Controlled Trial of Adjunctive Therapy", dated Oct. 20, 1999

This is the letter from Bipolar Disorders dated October 20, 1999 setting forth reviewer comments to Pande's submission for publication of his study on the use of gabapentin in bipolar disorder. It is relevant because it demonstrates that the results of Dr. Pande's bipolar study were being published.

**DX 992A**          Abstract of T. Gordh, A Stubhaug et al., Gabapentin in Chronic Peripheral Postoperative and Posttraumatic Neuropathic Pain, included in "Abstracts of the 10th World Congress on Pain," IASP, San Diego, Aug 17-22, 2002

This is the published abstract of the study by Gordh et al., entitled "Gabapentin In Chronic Peripheral Postoperative and Post Traumatic Neuropathic Pain" that was part of the proceedings of the 10th World Congress on Pain held in San Diego, California from August 17-22, 2002. This is the so-called POPP study. The published abstract described the details of the study and concluded that gabapentin did not reduce daily pain intensity significantly compared with placebo, which was the primary outcome being measured in that study. This is relevant because it shows that the results were made available publicly at a major pain conference and published in abstract form.

WHEREFORE, Defendants respectfully seek a ruling that these exhibits may be introduced into evidence at the trial of this matter.

Dated: March 19, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:   /s/ Mark S. Cheffo
         Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Email: Mark.Cheffo@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:   /s/ Raoul D. Kennedy
         Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel: (415) 984-6400
Email:Raoul.Kennedy@skadden.com

WHEELER TRIGG O'DONNELL LLP

By:   /s/ James E. Hooper
         James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel: (303) 244-1800
Email: hooper@wtotrial.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 19, 2010.
         /s/ Mark S. Cheffo
         Mark S. Cheffo