UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| KAISER FOUNDATION HEALTH PLAN, ET AL V. PFIZER, INC., ET AL, 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

### DEFENDANTS' OFFER OF PROOF REGARDING TESTIMONY OF INDEPENDENT PHYSICIANS REGARDING NEURONTIN USE

Defendants, Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer"), respectfully submit this offer of proof regarding the testimony of certain physicians who were not retained as experts by Defendants in this case but who offered testimony concerning their use of Neurontin in the clinical practice of medicine. Were it not for Plaintiffs' motion in limine, granted by the Court, Defendants would have introduced the deposition testimony of the following physicians:

**Dr. Anthony Anderson**: Dr. Anderson is a medical doctor with Occupational and Pain Management Professionals in Des Peres, Missouri, specializing in treating patients with neck and back pain.

**Dr. Mark Chaplick**: Dr. Chaplick is a doctor of osteopathic medicine with Pain Management Associates in Kansas City, Missouri, specializing in treating patients with acute and chronic pain.

**Dr. Amy Fitzsimmons**: Dr. Fitzsimmons is a medical doctor in Southampton, Pennsylvania, affiliated with Holy Redeemer Hospital, and specializes in physical medicine and rehabilitation.

**Dr. Terry Rolan**: Dr. Rolan is a medical doctor in Columbia, Missouri and is an assistant professor in the Department of Neurology at the Missouri University School of Medicine.

**Dr. Dragan Svrakic**: Dr. Svrakic is a medical doctor in St. Louis, Missouri, specializing in psychiatry.

Each of these physicians were named on the trial fact witness list pursuant to the Court's order of November 12, 2009 and were deposed in cases involving claims similar to those brought by Plaintiffs here. Counsel with substantially similar interest to the Plaintiffs here participated in those depositions. Consequently, as their offer of proof, Defendants proffer herewith a declaration and accompanying exhibits containing true and correct copies of the deposition testimony designated by Defendants together with a true and correct copy of the complete transcript of each of the above named physicians as follows: the testimony of Dr. Anthony Anderson, (3/19/10 Armstrong Decl., Exhs. A-1 and A-2); the testimony of Dr. Mark Chaplick, (3/19/10 Armstrong Decl., Exhs. B-1 and B-2); the testimony of Dr. Amy Fitzsimmons, (3/19/10 Armstrong Decl., Exhs. C-1 and C-2); the testimony of Dr. Terry Rolan, (3/19/10 Armstrong Decl., Exhs. D-1 and D-2); and the testimony of Dr. Dragan Svrakic, (3/19/10 Armstrong Decl., Exhs. E-1 and E-2).

Dated: March 19, 2010				Respectfully submitted,

						SKADDEN, ARPS, SLATE, MEAGHER
						  & FLOM LLP

						By:	/s/ Mark S. Cheffo
							Mark S. Cheffo

						Four Times Square
						New York, NY 10036
						Tel: (212) 735-3000
						Email: Mark.Cheffo@skadden.com

						SKADDEN, ARPS, SLATE, MEAGHER
						  & FLOM LLP

						By:	/s/ Raoul D. Kennedy
							Raoul D. Kennedy

						Four Embarcadero Center
						San Francisco CA 94111
						Tel: (415) 984-6400
						Email:Raoul.Kennedy@skadden.com

| CERTIFICATE OF SERVICE | WHEELER TRIGG O'DONNELL LLP |
|---|---|
| I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 19, 2010.<br><br>　　　　　/s/ Mark S. Cheffo<br>　　　　　Mark S. Cheffo | By:　/s/ James E. Hooper<br>　　　James E. Hooper<br><br>1801 California Street<br>Suite 3600<br>Denver, CO 80202-2617<br>Tel: (303) 244-1800<br>Email: hooper@wtotrial.com<br><br>*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC* |

3