UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

Magistrate Judge Leo T. Sorokin

KAISER FOUNDATION HEALTH PLAN, ET AL V. PFIZER, INC., ET AL, 04 CV 10739 (PBS)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF KATHERINE ARMSTRONG IN SUPPORT OF DEFENDANTS' OFFER OF PROOF REGARDING TESTIMONY OF INDEPENDENT PHYSICIANS REGARDING NEURONTIN USE**

I, Katherine Armstrong, declare and state as follows:

1.      I am a counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc. and Warner-Lambert Company LLC.  I make this declaration based on my own personal knowledge and information.

2.      Attached as Exhibit A-1 is a true and correct copy of designations made by Defendants from the March 11, 2009, deposition of Dr. Anthony Anderson and as Exhibit A-2 a true and correct copy of the full deposition transcript.

3.      Attached as Exhibit B-1 is a true and correct copy of designations made by Defendants from the March 16, 2009, deposition of Dr. Mark Chaplick and as Exhibit B-2 a true and correct copy of the full deposition transcript.

4.      Attached as Exhibit C-1 is a true and correct copy of designations made by Defendants from the September 22, 2008, deposition of Dr. Amy Fitzsimmons and as Exhibit C-2 a true and correct copy of the full deposition transcript.

5.       Attached as Exhibit D-1 is a true and correct copy of designations made by Defendants from the March 10, 2009, deposition of Dr. Terry Rolan and as Exhibit D-2 a true and correct copy of the full deposition transcript.

6.       Attached as Exhibit E-1 is a true and correct copy of designations made by Defendants from the March 12, 2009, deposition of Dr. Dragan Svrakic and as E-2 true and correct copy of the full deposition transcript.

Signed under the penalties of perjury this 19th day of March 2010.

<table>
<tr><td>
<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 19, 2010.

              <u>/s/ Mark S. Cheffo</u>
              Mark S. Cheffo
</td></tr>
</table>

<u>/s/ Katherine Armstrong</u>
Katherine Armstrong