# EXHIBIT A-1

## DEFENDANTS' DESIGNATIONS OF DEPOSITION TESTIMONY

## DR. ANTHONY ANDERSON

| Transcript Name | Quantity | Duration |
|---|---|---|
| Anderson, Anthony - 03/11/2009 | 23 | 00:20:52 |
| **Total** | **23** | **00:20:52** |

| | |
|---|---|
| **Page:** 0006:12 - 0006:13<br>**Issue:** ☐ Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0006:12    Q  Good evening, Dr. Anderson.<br>0006:13    A  Good evening. |
| **Page:** 0007:01 - 0007:12<br>**Issue:** ☐ Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0007:01    Q  Great.  And by Neurontin, I'm using it in<br>0007:02  its broad sense to refer both to the brand name<br>0007:03  Neurontin and it's generic version, Gabapentin.<br>0007:04    A  Certainly.<br>0007:05    Q  Okay.  Do you have an understanding of off<br>0007:06  label uses, generally?<br>0007:07    A  Yes, I do.<br>0007:08    Q  I imagine that term's familiar to you, so<br>0007:09  when I say off label, I'm referring to the<br>0007:10  prescription of the medicine for uses not<br>0007:11  specifically approved by the FDA.<br>0007:12    A  Understood. |
| **Page:** 0008:10 - 0011:02<br>**Issue:** ☐ Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0008:10    Q  You're a medical doctor, correct?<br>0008:11    A  Correct.<br>0008:12    Q  And among other locations, you have a<br>0008:13  practice located here in -- is it Des Peres?<br>0008:14    A  Yeah, depends on what part of the country<br>0008:15  you're from.  Yeah, Des Peres, Missouri.<br>0008:16    Q  Des Peres, Missouri.  Okay.  What's the name<br>0008:17  of your office here?<br>0008:18    A  The name of our company is Occupational and<br>0008:19  Pain Management Professionals.<br>0008:20    Q  And is occupational and pain management the<br>0008:21  general nature of your practice?<br>0008:22    A  Yes.<br>0008:23    Q  Do you have a particular specialty?<br>0008:24    A  We focus largely on neck and back pain<br>0008:25  patients.<br>0009:01    Q  Are you affiliated with a hospital?<br>0009:02    A  Yes.<br>0009:03    Q  Which one?<br>0009:04    A  Jefferson Memorial Hospital in Jefferson<br>0009:05  County, Missouri and St. Elizabeth's Hospital in<br>0009:06  Belleville, Illinois.<br>0009:07    Q  Overall, Dr. Anderson, how many patients do<br>0009:08  you see in a typical week?<br>0009:09    A  Variably probably 150 or so in a week.<br>0009:10    Q  And as part of your practice, do you write<br>0009:11  prescriptions?<br>0009:12    A  Yes.<br>0009:13    Q  Let's briefly cover your background.  Where<br>0009:14  did you attend medical school?<br>0009:15    A  I did a six year medical program at the<br>0009:16  University of Missouri, six year accelerated<br>0009:17  program.<br>0009:18    Q  Is that University of Missouri in Kansas<br>0009:19  City?<br>0009:20    A  In Kansas City, yes.<br>0009:21    Q  Did part of that education include training<br>0009:22  that qualifies you to prescribe medications?<br>0009:23    A  Yes.<br>0009:24    Q  Did you do a residency or internship?<br>0009:25    A  Yes.<br>0010:01    Q  Where?<br>0010:02    A  I did a surgical internship at the<br>0010:03  University of Michigan, Wayne State University, in<br>0010:04  plastic surgery and general surgery.  Then I did -- |

| | |
|---|---|
| | 0010:05   switched from surgery to anesthesia, did anesthesia<br>0010:06   at Washington University, did a pain fellowship and<br>0010:07   critical medicine fellowship at Johns Hopkins<br>0010:08   University.<br>0010:09       Q  And did part of that training also relate to<br>0010:10   the prescription of medications?<br>0010:11       A  Yes.<br>0010:12       Q  Do you have any board certifications?<br>0010:13       A  Yes.  In pain management.<br>0010:14       Q  Did you obtain that certification from a<br>0010:15   particular accrediting organization?<br>0010:16       A  The American Academy of Pain Medicine, yes.<br>0010:17       Q  You're a licensed prescriber here in<br>0010:18   Missouri?<br>0010:19       A  Yes.<br>0010:20       Q  How long have you been practicing medicine<br>0010:21   and prescribing medications?<br>0010:22       A  I finished medical school in 1986.<br>0010:23       Q  In your practice today do you prescribe<br>0010:24   medicines off label to patients in Missouri?<br>0010:25       A  From time to time, yes.<br>0011:01       Q  About how often would you say?<br>0011:02       A  Every day. |
| **Page:**   0011:08 - 0015:12<br>**Issue:**   ▣ Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0011:08       Q  And given your experience, is it fair to say<br>0011:09   that the off label prescribing of medicines is<br>0011:10   common?<br>0011:11       A  Very common, yes.<br>0011:12       Q  Would you say the off label prescribing is<br>0011:13   important to your practice?<br>0011:14       A  Significantly, yes.<br>0011:15       Q  Why do you say significantly?<br>0011:16       A  Well, in my particular field, many patients<br>0011:17   present with symptomology that simply do not<br>0011:18   respond to mainstream first base type medical<br>0011:19   treatment options.  I mean, off label, from my<br>0011:20   perspective, is kind of a relative term, but I<br>0011:21   mentioned previously that aspirin -- there's never<br>0011:22   been any double blinded studies for the appropriate<br>0011:23   use of aspirin relative to many things.  We use it<br>0011:24   for back pain and headaches and all kinds of off<br>0011:25   label, relatively speaking, applications.  I see<br>0012:01   that use of many off label medications as not much<br>0012:02   different than that.<br>0012:03       Q  Do you use your own independent medical<br>0012:04   judgment when treating patients?<br>0012:05       A  Certainly.<br>0012:06       Q  And do you use your independent medical<br>0012:07   judgment when prescribing medications for your<br>0012:08   patients?<br>0012:09       A  Certainly.<br>0012:10       Q  In exercising your independent medical<br>0012:11   judgment in deciding what to prescribe, do you<br>0012:12   weigh the potential benefits of a particular<br>0012:13   treatment with its potential risks?<br>0012:14       A  Absolutely.<br>0012:15       Q  Do you know for certain whether a medicine<br>0012:16   will work for a particular patient before you try<br>0012:17   it?<br>0012:18       A  Never.<br>0012:19       Q  Can you please walk us through some of the<br>0012:20   patient specific factors that you consider when<br>0012:21   making a prescription decision?<br>0012:22       A  The first and most important factor is,<br>0012:23   generally speaking, do no harm.  In summary, |

2

0012:24  prescribe a medication that has a low risk, low
0012:25  risk factor to a given patient.  And then obviously
0013:01  you want to use a drug that has a history or in
0013:02  your past experience been very beneficial for that
0013:03  particular patient's problem.
0013:04      Q  And when making a prescription decision as
0013:05  to a particular patient, any patient specific
0013:06  factors that you consider?
0013:07      A  Well, those are drug specific.
0013:08      Q  Okay.
0013:09      A  I mean, different types of patients,
0013:10  diabetics, elderly people, renal failure people, so
0013:11  on and so forth, have different risk profiles
0013:12  versus a given drug.
0013:13      Q  Any other patient specific factors, like age
0013:14  and things like that?
0013:15      A  Certainly age, yes, chronicity of problem
0013:16  and so on and so forth.
0013:17      Q  Would their use of concurrent medications be
0013:18  a factor?
0013:19      A  Oh, certainly, yes.
0013:20      Q  Okay.  Any others?
0013:21      A  Availability of -- obviously of more likely
0013:22  responsive treatment options.  We tend to go from a
0013:23  least complicated to the more complicated treatment
0013:24  continuum when treating patients.
0013:25      Q  Is it fair to say that whether a medicine
0014:01  works for a particular patient is an individual
0014:02  issue?
0014:03      A  Very individual, yes.
0014:04      Q  So that determination will vary from patient
0014:05  to patient?
0014:06      A  Certainly.
0014:07      Q  Okay.  Let's turn it around.  Have you
0014:08  prescribed Neurontin?
0014:09      A  Yes, I have.
0014:10      Q  Do you understand that Neurontin has been
0014:11  approved by the FDA for the objective treatment of
0014:12  epilepsy and for the treatment of post hepatic
0014:13  neuralgia?
0014:14      A  Yes.
0014:15      Q  Do you prescribe Neurontin for any off label
0014:16  conditions?
0014:17      A  Yes, I do.
0014:18      Q  Which ones?
0014:19      A  Generally speaking, peripheral neuropathic
0014:20  processes, those are extensive.  Nerve root injury
0014:21  related symptomology as well.  And then in the pain
0014:22  field, we generally, in a broad sense, refer to
0014:23  neuropathic pain and in that diagnosis category,
0014:24  again, there's a broad spectrum of disease states.
0014:25  And Neurontin is often one of the first line drugs
0015:01  used for many of those.  Maybe not first line,
0015:02  second line, but --
0015:03      Q  Yeah, I understand some -- you hear
0015:04  conversations about splitters or bundlers when it
0015:05  comes to neuropathic pain, are there some
0015:06  particular neuropathic pain indications you recall
0015:07  prescribing Neurontin for that would split that
0015:08  out?
0015:09      A  Not specifically.  I mean it's -- in
0015:10  general, most -- the patients that respond, in my
0015:11  experience, best to Neurontin are those that
0015:12  have --

3

| Page: 0015:21 - 0017:06<br>Issue: ☐ Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0015:21    A  Certainly.  Neurontin appears to be a drug<br>0015:22  that is very beneficial in patients who present<br>0015:23  with, generally speaking, neuropathic pain<br>0015:24  syndromes.  And that includes like post hepatic<br>0015:25  neuralgia.  All patients that -- most patients that<br>0016:01  have burning dysaesthesias, dysaesthesia's kind of<br>0016:02  an esoteric term, but generally refers to abnormal<br>0016:03  manifestation of sensation from a different nerve<br>0016:04  distribution, burning and tingling are, often<br>0016:05  times, the two main characteristics.<br>0016:06    Q  (By Mr. Mizell) So among these -- among<br>0016:07  the off label uses of Neurontin for peripheral<br>0016:08  neuropathic pain, would that include diabetic<br>0016:09  peripheral neuropathy?<br>0016:10    A  Certainly.  It's one of the most common.<br>0016:11    Q  And you prescribed Neurontin for that use?<br>0016:12    A  Very often, yes.<br>0016:13    Q  Would it include trigeminal neuralgia?<br>0016:14    A  Certainly.<br>0016:15    Q  And you've prescribe Neurontin for that use?<br>0016:16    A  Yes, I have.<br>0016:17    Q  Any other particular neuropathic pain<br>0016:18  indications that you can identify that you<br>0016:19  prescribe Neurontin for?<br>0016:20    A  Causalgias, phantom limb pain, some spinal<br>0016:21  cord injury patients respond very well.  Cervical<br>0016:22  and radicular neuropathic pain patients respond<br>0016:23  well.  Those are probably the majority of the<br>0016:24  population.  Of the peripheral neuropathic<br>0016:25  patients, diabetic patients in this country<br>0017:01  probably make up the biggest population, but there<br>0017:02  are lots of different causes for peripheral<br>0017:03  neuropathic symptoms.<br>0017:04    Q  Have you found Neurontin to be an effective<br>0017:05  treatment for these various forms of peripheral<br>0017:06  neuropathy in some of your patients? |
| Page: 0017:09 - 0020:05<br>Issue: ☐ Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0017:09    A  In many cases, yes.<br>0017:10    Q  (By Mr. Mizell) Dr. Anderson, Neurontin<br>0017:11  first became available in 1994 and did you begin<br>0017:12  prescribing Neurontin for any forms of peripheral<br>0017:13  neuropathy in the 1990s?<br>0017:14    A  Certainly in the 1990s, yes.<br>0017:15    Q  Do you prescribe refills to your patients of<br>0017:16  Neurontin?<br>0017:17    A  Yes, I do.<br>0017:18    Q  Would that be refills for these various<br>0017:19  forms of neuropathic pain that you just listed?<br>0017:20    A  Yes.<br>0017:21    Q  And do you continue to prescribe Neurontin<br>0017:22  for these various forms of neuropathic pain?<br>0017:23    A  Yes, I do.<br>0017:24    Q  Why?<br>0017:25    A  It's effective in some patients.  I've had<br>0018:01  occasions -- I've had patients who were on other,<br>0018:02  in my humble opinion, less -- I mean, more<br>0018:03  malignant drugs, specifically long-term narcotics<br>0018:04  that we've been able to convert from long-term<br>0018:05  narcotics to Neurontin like medications.<br>0018:06    Q  What's the benefit of converting a patient<br>0018:07  from a narcotic to a drug like Neurontin?<br>0018:08    A  Well, the biggest risk with long-term<br>0018:09  narcotic is habituation.  And I recognize abuse of<br>0018:10  narcotics as a common issue in our society.  Tends |

4

| | |
|---|---|
| | 0018:11   not to be a major, major issue in our practice, but<br>0018:12   patients tend to do better when they are not on<br>0018:13   long-term narcotics, if they can be managed with a<br>0018:14   lesser, in my humble opinion, less malignant agent.<br>0018:15      Q  And habituation is not a risk with<br>0018:16   Neurontin?<br>0018:17      A  Tends not to be in my experience, no.<br>0018:18      Q  Okay.  Since you started prescribing<br>0018:19   Neurontin for diabetic peripheral neuropathy and<br>0018:20   the other forms of peripheral neuropathy, to<br>0018:21   approximately how many patients have you prescribed<br>0018:22   Neurontin for these uses?<br>0018:23      A  Hundreds.<br>0018:24      Q  And for approximately how many patients are<br>0018:25   you currently treating neuropathic pain with<br>0019:01   Neurontin?<br>0019:02      A  I mean, I see patient -- again, we see<br>0019:03   probably 20 or 30 patients every day and I see<br>0019:04   patients every day that I've prescribed Neurontin.<br>0019:05      Q  And if Neurontin had not been effective in<br>0019:06   your experience and in your clinical practice would<br>0019:07   you continue to prescribe it to your patients in<br>0019:08   Missouri?<br>0019:09      A  No, I would not.  And if there is or would<br>0019:10   come available a more effective drug, we would<br>0019:11   consider switching, certainly.<br>0019:12      Q  In your practice have you found Neurontin to<br>0019:13   be a safe and effective treatment for diabetic<br>0019:14   peripheral neuropathy?<br>0019:15      A  Yes, I have.<br>0019:16      Q  Have you found it to be a safe and effective<br>0019:17   treatment for trigeminal neuralgia?<br>0019:18      A  In some cases it's less effective treatment<br>0019:19   for trigeminal neuralgia versus diabetic peripheral<br>0019:20   neuropathy, but yes.<br>0019:21      Q  Have you found it to be a safe and effective<br>0019:22   treatment for phantom limb pain?<br>0019:23      A  Yes.<br>0019:24      Q  And have you found Neurontin to be a safe<br>0019:25   and effective treatment for cervical and radicular<br>0020:01   pain?<br>0020:02      A  In some cases, yes.<br>0020:03      Q  And these findings are based on your<br>0020:04   personal firsthand clinical experience?<br>0020:05      A  Yes. |
| **Page:**   0023:11 - 0023:16<br>**Issue:**   ☐ Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0023:11      Q  From anything anybody told you.  Do you know<br>0023:12   anything about whether or not Pfizer or Warner<br>0023:13   Lambert marketed this drug for off label uses?<br>0023:14      A  I have never had any representative from<br>0023:15   either company approach me relative to off label<br>0023:16   use of Neurontin. |

| | |
|---|---|
| **Page:** 0028:24 - 0029:12<br>**Issue:** 🔲 Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0028:24    Q  Are you aware of any randomly controlled<br>0028:25  trials, double blind randomly controlled trials<br>0029:01  that demonstrate the effectiveness of Neurontin?<br>0029:02    A  Relative to what?<br>0029:03    Q  Well, actually, I was thinking about<br>0029:04  neuropathic pain, but, first of all, let me ask<br>0029:05  about anything.<br>0029:06    A  Well, again, it's obviously been FDA<br>0029:07  approved for seizures is the -- or initial<br>0029:08  indication.  But no, to my knowledge, there's not<br>0029:09  been any widely accepted extensive double blinded<br>0029:10  studies relative to its effectiveness in peripheral<br>0029:11  neuropathic processes and trigeminal neuralgia and<br>0029:12  so on and so forth. |
| **Page:** 0033:10 - 0033:19<br>**Issue:** 🔲 Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0033:10    Q  It's not every doctor that has the time<br>0033:11  themselves to go read all the journals and<br>0033:12  independently inform themselves as to what the<br>0033:13  status of medical knowledge is regarding randomly<br>0033:14  controlled trials of certain drugs they're using?<br>0033:15    A  That is true.<br>0033:16    Q  So, to some extent, doctors are influenced,<br>0033:17  are they not, in their choice of drugs by what<br>0033:18  their colleagues are using for the same types of<br>0033:19  drugs -- same types of problems? |
| **Page:** 0033:21 - 0034:02<br>**Issue:** 🔲 Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0033:21    A  I, again, would -- I can't speak to docs<br>0033:22  from a general perspective.  In my personal<br>0033:23  experience, I mean, I write and use drugs that I<br>0033:24  personally have experience with and have knowledge<br>0033:25  of.  Drugs that I don't have knowledge of, I mean,<br>0034:01  I would not venture to use without educating<br>0034:02  myself. |
| **Page:** 0036:10 - 0036:17<br>**Issue:** 🔲 Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0036:10    Q  Let's ask it hypothetically.  If a detailer<br>0036:11  or something -- you got some brochure or something<br>0036:12  from a pharmaceutical company urging you to use a<br>0036:13  drug for some particular use, would you presume<br>0036:14  that therefore, since you're getting direct<br>0036:15  advertising of the drug for that use, that<br>0036:16  therefore it must have been probably approved for<br>0036:17  that use? |
| **Page:** 0036:20 - 0036:22<br>**Issue:** 🔲 Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0036:20    A  Again, I would take the information,<br>0036:21  incorporate it, and review it.  Wouldn't mean I<br>0036:22  would go out and prescribe the medication. |
| **Page:** 0037:08 - 0037:16<br>**Issue:** 🔲 Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0037:08    Q   (By Mr. McMichael) As for how a particular<br>0037:09  patient responds to a particular drug, that<br>0037:10  information is useful in the medical community to<br>0037:11  try to develop some opinion about whether the drug<br>0037:12  is actually curing the pain, right?<br>0037:13    A  Yes.<br>0037:14    Q  But in many ways, it's sometimes difficult<br>0037:15  to be certain what the cause of the improvement in<br>0037:16  the pain is, isn't it? |
| **Page:** 0037:18 - 0037:21<br>**Issue:** 🔲 Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0037:18    A  Again, relative to Neurontin?<br>0037:19    Q   (By Mr. McMichael) Well, relative to any<br>0037:20  drug.  But we're talking about Neurontin.<br>0037:21    A  No, I don't find it difficult at all. |

6

| | |
|---|---|
| **Page:** 0041:02 - 0041:06<br>**Issue:** ☐ Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0041:02   Q   And there's certainly no reason to believe<br>0041:03   you'd be hurting the doctor's feelings by telling<br>0041:04   him the pill that he took wasn't helping him<br>0041:05   because for all he knows he's taking a sugar pill,<br>0041:06   right? |
| **Page:** 0041:08 - 0041:13<br>**Issue:** ☐ Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0041:08   A   Again, I would not -- I do not support the<br>0041:09   concept that double blinded studies are the gold<br>0041:10   standard and are even the most appropriate way to<br>0041:11   define effectiveness of a drug or any other<br>0041:12   treatment, for that matter.  It's a good one, but<br>0041:13   not the only one. |
| **Page:** 0041:22 - 0042:10<br>**Issue:** ☐ Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0041:22   Q   (By Mr. McMichael) This drug's been around<br>0041:23   since '94 and '95, right?<br>0041:24   A   That sounds about right.<br>0041:25   Q   You've been using it since then, right?<br>0042:01   A   Probably.<br>0042:02   Q   And you think it works really good?<br>0042:03   A   Very sure it does.<br>0042:04   Q   And yet -- well, and there's no shortage of<br>0042:05   people who have neuropathic pain, it's a very<br>0042:06   common problem, right?<br>0042:07   A   Very much so.<br>0042:08   Q   It's not like some very rare disease where<br>0042:09   it's hard to find enough people to test.  There's<br>0042:10   plenty of people around who have neuropathic pain? |
| **Page:** 0042:12 - 0042:16<br>**Issue:** ☐ Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0042:12   A   Yes, in a general sense, yes.<br>0042:13   Q   (By Mr. McMichael) So, given that fact,<br>0042:14   would it -- is it surprising to you that nobody's<br>0042:15   been able to do a double blind randomly controlled<br>0042:16   trial that proves that the drug actually works? |
| **Page:** 0042:18 - 0043:07<br>**Issue:** ☐ Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0042:18   Q   (By Mr. McMichael) For neuropathic pain?<br>0042:19   A   My personal opinion is no, it's not<br>0042:20   surprising.  Outside of consideration of diabetic<br>0042:21   peripheral neuropathy, I mean, there's an entire<br>0042:22   list of causes of peripheral neuropathic processes<br>0042:23   and even diabetics have many, many subsets, from my<br>0042:24   perspective, of different types of diabetic<br>0042:25   peripheral neuropathic processes.  So it's not<br>0043:01   always comparing apples to apples to just say<br>0043:02   because you have a diagnosis of peripheral<br>0043:03   neuropathy your peripheral neuropathy is the same<br>0043:04   as the guy next door to you, so I think it is a<br>0043:05   very individual thing.  Many patients with<br>0043:06   peripheral neuropathy also have peripheral vascular<br>0043:07   disease as an example.  It's not simple. |
| **Page:** 0046:20 - 0046:23<br>**Issue:** ☐ Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0046:20   Q   And have you found in your practice that the<br>0046:21   use of Neurontin, prescribing Neurontin to your<br>0046:22   patients, has improved peoples' lives?<br>0046:23   A   Absolutely. |

| | |
|---|---|
| **Page:** 0047:18 - 0048:24<br>**Issue:** ☐ Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0047:18    Q  Do you recall also explaining that you do<br>0047:19  not feel that randomized controls trials are the<br>0047:20  highest form of evidence for your decisions to<br>0047:21  prescribe medication?<br>0047:22    A  I don't think it's the only measure, no.<br>0047:23    Q  Can your clinical experience with a drug be<br>0047:24  more important to you than just as in a randomized<br>0047:25  controlled trial for a particular population?<br>0048:01    A  Absolutely.<br>0048:02    Q  Why is that?<br>0048:03    A  Again, I fully agree that double blinded<br>0048:04  studies are excellent and when you can use them<br>0048:05  cleanly, as I like to say, they're great studies,<br>0048:06  but health care is gray.  It's not black and white.<br>0048:07  And double blinded studies are, in fact, black and<br>0048:08  white.  I mean, I could give you a long list of<br>0048:09  things we do in health care extremely commonly<br>0048:10  accepted.  Everybody accepts it as the norm.<br>0048:11  Everyone pays for it and there have never been any<br>0048:12  double blinded studies to support/suggest any of<br>0048:13  it.<br>0048:14    Q  Would it affect your ability to effectively<br>0048:15  treat your patients if you had to wait for<br>0048:16  statistically significant results to be found in a<br>0048:17  double blind randomized controlled trial before<br>0048:18  prescribing medication for an off label use?<br>0048:19    A  I think that would be a significant major<br>0048:20  mistake in health care.<br>0048:21    Q  And you continue to prescribe Neurontin,<br>0048:22  despite the existence of inconclusive studies<br>0048:23  because it works for your patients?<br>0048:24    A  It works for some patients, not all, yes. |
| **Page:** 0049:02 - 0049:12<br>**Issue:** ☐ Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0049:02    Q  And even with your knowledge of the absence<br>0049:03  of the FDA approval for broad neuropathic pain<br>0049:04  indication, you continue to prescribe Neurontin for<br>0049:05  your patients because it works?<br>0049:06    A  Correct.<br>0049:07    Q  Do you think the efficacy you have observed<br>0049:08  over the past 13 or 14 years prescribing<br>0049:09  Neurontins to -- prescribing Neurontin to hundreds,<br>0049:10  if not thousands, of patients is due to a placebo<br>0049:11  effect?<br>0049:12    A  Absolutely not, no. |
| **Page:** 0050:16 - 0050:19<br>**Issue:** ☐ Defendant's Designation | Anderson, Anthony - 03/11/2009<br>0050:16    Q  So is it fair to say you need to make an<br>0050:17  individual patient specific determination in<br>0050:18  prescribing a medication to them?<br>0050:19    A  Absolutely. |