**EXHIBIT A-2**

Page 1

```
 1
 2            MISSOURI CIRCUIT COURT OF THE
 3             TWENTY-SECOND JUDICIAL CIRCUIT
 4                   (CITY OF ST. LOUIS)
 5
 6  ELIZABETH JUDY AND STEPHEN    )
 7  BROWN, individually and on    )
 8  behalf of others similarly    )
 9  situated as Plaintiffs/Class)
10  Representatives,              )
11       Plaintiffs,              )
12  vs.                           ) Cause No. 22042-01946-02
13                                )
14  PFIZER, INC., Individually    )
15  and as successor in interest)
16  to PARKE-DAVIS and WARNER     )
17  LAMBERT, Inc.,                )
18       Defendants.              )
19
20
21        DEPOSITION OF ANTHONY R. ANDERSON, M.D.
22              ON BEHALF OF THE DEFENDANT
23                    MARCH 11, 2009
24
25    Job No: 194151
```

Page 2

```
 1
 2               I N D E X  PAGE
 3                                PAGE
 4  QUESTIONS BY:
 5  Mr. Mizell                      6
 6  Mr. McMichael                  20
 7  Mr. Mizell                     46
 8               E X H I B I T S
 9
10  EXHIBIT                        PAGE
11  Plaintiff's    Exhibit 1        20
```

Page 3

```
 1         MISSOURI CIRCUIT COURT OF THE
 2          TWENTY-SECOND JUDICIAL CIRCUIT
 3              (CITY OF ST. LOUIS)
 4  ELIZABETH JUDY AND STEPHEN  )
 5  BROWN, individually and on  )
 6  behalf of others similarly  )
 7  situated as Plaintiffs/Class)
 8  Representatives,            )
 9      Plaintiffs,             )
10  vs.                         ) Cause No. 22042-01946-02
11  PFIZER, INC., Individually  )
12  and as successor in interest)
13  to PARKE-DAVIS and WARNER   )
14  LAMBERT, Inc.,              )
15      Defendants.             )
16         Video deposition of ANTHONY R. ANDERSON,
17  M.D., produced, sworn and examined on the 11th
18  day of March, 2009 between the hours of 7:00
19  p.m. and 8:30 p.m. at the offices of Anthony R.
20  Anderson, M.D., 13354 Manchester Road, in the
21  County of St. Louis, State of Missouri, before
22  Rebecca Brewer, Registered Professional
23  Reporter, Certified Realtime Reporter, Missouri
24  Certified Shorthand Reporter, and Notary Public
25  within and for the State of Missouri.
```

Page 4

```
 1              A P P E A R A N C E S
 2  FOR THE PLAINTIFFS:
 3  Mr. Nicholas P. Mizell
 4  Ms. Jennifer A. Stonecipher
 5  Shook, Hardy & Bacon
 6  2555 Grand Boulevard
 7  Kansas City, Missouri, 64108
 8  816-474-6550
 9  nmizell@shb.com
10  jstonecipher@shb.com
11
12  FOR THE DEFENDANT:
13  Mr. Daniel J. McMichael
14  McMichael, Logan & Engelmeyer
15  1400 Elbridge Payne Road, Suite 220
16  Chesterfield, Missouri, 63017
17  636-532-1400
18  dan@mcmichael-logan.com
19
20  VIDEOGRAPHER:
21  Mr. John Niehaus
22  Midwest Litigation
23  711 N. 11th Street
24  St. Louis, Missouri, 63101
25
```

Page 5

```
 1       IT IS HEREBY STIPULATED AND AGREED by and
 2  between counsel for Plaintiff and counsel
 3  for the Defendant that this deposition may
 4  be taken in shorthand by Rebecca Brewer,
 5  RPR, CRR, CSR, Certified Court Reporter,
 6  and Notary Public, and afterwards
 7  transcribed into typewriting; and the
 8  signature of the witness is waived.
 9               *  *  *  *  *
10  (Starting time of the deposition:  7:13 p.m.)
11       VIDEOGRAPHER:  My name is John Niehaus of        19:13:46
12  Veritext.  The candidate today is March 11th,         19:13:48
13  2009 and the time is approximately 7:14 p.m.  This    19:13:50
14  deposition is being held in the office of Dr.         19:13:53
15  Anthony R. Anderson, located at 13354 Manchester      19:13:56
16  Road in Des Peres, Missouri.  The caption of this     19:14:00
17  case is Elizabeth Judy, et al. vs. Pfizer, Inc. in    19:14:03
18  the Missouri Circuit Court, 22nd Judicial Circuit,    19:14:06
19  City of St. Louis.  The name of the witness is Dr.    19:14:09
20  Anthony R. Anderson.  At this time the attorneys      19:14:10
21  will identify themselves and the parties they         19:14:14
22  represent, after which our court reporter, Rebecca    19:14:16
23  Brewer of Veritext, will swear in the witness and     19:14:17
24  we can proceed.                                       19:14:19
25       MR. McMICHAEL:  My name is Dan McMichael.        19:14:20
```

Page 6

1  I represent Elizabeth Judy and Mr. Brown,                19:14:22
2  Plaintiffs.                                              19:14:24
3      MR. MIZELL: Nicholas Mizell and my                   19:14:25
4  colleague, Jennifer Stonecipher of Shook, Hardy &        19:14:26
5  Bacon, for Defendants, Pfizer and Warner Lambert.        19:14:30
6         ANTHONY R. ANDERSON, M.D.,                        13:33:32
7      Of lawful age, produced, sworn and                   13:33:32
8    examined on behalf of the Defendant, deposes           13:33:32
9    and says:                                              13:33:32
10         EXAMINATION                                      19:14:38
11 BY MR. MIZELL:                                           19:14:38
12   Q  Good evening, Dr. Anderson.                         19:14:40
13   A  Good evening.                                       19:14:42
14   Q  Thanks for joining us. Take just a few              19:14:44
15 moments to give you a little background about what       19:14:45
16 we're doing. As you just heard, my name's Nick           19:14:47
17 Mizell. I represent Pfizer and Warner Lambert and        19:14:50
18 in this case plaintiffs have filed a proposed class      19:14:54
19 action lawsuit. It's against Pfizer and Warner           19:14:56
20 Lambert related to the marketing of the medicine         19:14:59
21 Neurontin. And, just, I'll have a few questions,         19:15:01
22 they'll be focused on your experience in                 19:15:04
23 prescribing Neurontin and specifically the use of        19:15:07
24 Neurontin for off label uses. Do you understand?         19:15:09
25   A  Yes.                                                19:15:12

Page 7

1    Q  Great. And by Neurontin, I'm using it in            19:15:13
2  its broad sense to refer both to the brand name          19:15:17
3  Neurontin and it's generic version, Gabapentin.          19:15:20
4    A  Certainly.                                          19:15:23
5    Q  Okay. Do you have an understanding of off           19:15:24
6  label uses, generally?                                   19:15:26
7    A  Yes, I do.                                          19:15:28
8    Q  I imagine that term's familiar to you, so           19:15:29
9  when I say off label, I'm referring to the               19:15:32
10 prescription of the medicine for uses not                19:15:33
11 specifically approved by the FDA.                        19:15:35
12   A  Understood.                                         19:15:38
13   Q  We're not going to ask you anything about           19:15:39
14 and we're not interested in hearing about any            19:15:39
15 specific patients, any names or identifying              19:15:41
16 information.                                             19:15:43
17   A  Okay.                                               19:15:43
18   Q  Have you been deposed before?                       19:15:44
19   A  Yes.                                                19:15:46
20   Q  So, this is somewhat familiar to you but            19:15:48
21 I'll remind you, just a few of the ground rules.         19:15:51
22 As good as Rebecca is, she can't take us down at         19:15:54
23 the same time, so if you just ask me -- wait for me      19:15:57
24 to finish my question before you answer and I'll do      19:16:00
25 the same.                                                19:16:02

Page 8

1    A  Certainly.                                          19:16:02
2    Q  And if you don't understand a question,             19:16:03
3  please let me know and I'll rephrase.                    19:16:04
4    A  Certainly.                                          19:16:06
5    Q  And from time to time, Dan or I may take            19:16:07
6  issue with the form of the question, you may hear        19:16:10
7  objections, but unless you're instructed otherwise,      19:16:14
8  go ahead and answer the question.                        19:16:17
9    A  Certainly.                                          19:16:19
10   Q  You're a medical doctor, correct?                   19:16:23
11   A  Correct.                                            19:16:25
12   Q  And among other locations, you have a               19:16:26
13 practice located here in -- is it Des Peres?             19:16:28
14   A  Yeah, depends on what part of the country           19:16:32
15 you're from. Yeah, Des Peres, Missouri.                  19:16:34
16   Q  Des Peres, Missouri. Okay. What's the name          19:16:36
17 of your office here?                                     19:16:40
18   A  The name of our company is Occupational and         19:16:41
19 Pain Management Professionals.                           19:16:43
20   Q  And is occupational and pain management the        19:16:45
21 general nature of your practice?                         19:16:47
22   A  Yes.                                                19:16:49
23   Q  Do you have a particular specialty?                 19:16:50
24   A  We focus largely on neck and back pain              19:16:52
25 patients.                                                19:16:54

Page 9

1    Q  Are you affiliated with a hospital?                 19:17:00
2    A  Yes.                                                19:17:02
3    Q  Which one?                                          19:17:02
4    A  Jefferson Memorial Hospital in Jefferson            19:17:05
5  County, Missouri and St. Elizabeth's Hospital in         19:17:08
6  Belleville, Illinois.                                    19:17:12
7    Q  Overall, Dr. Anderson, how many patients do         19:17:15
8  you see in a typical week?                               19:17:17
9    A  Variably probably 150 or so in a week.              19:17:20
10   Q  And as part of your practice, do you write          19:17:29
11 prescriptions?                                           19:17:31
12   A  Yes.                                                19:17:31
13   Q  Let's briefly cover your background. Where          19:17:34
14 did you attend medical school?                           19:17:36
15   A  I did a six year medical program at the             19:17:37
16 University of Missouri, six year accelerated             19:17:40
17 program.                                                 19:17:44
18   Q  Is that University of Missouri in Kansas            19:17:44
19 City?                                                    19:17:46
20   A  In Kansas City, yes.                                19:17:47
21   Q  Did part of that education include training         19:17:49
22 that qualifies you to prescribe medications?             19:17:51
23   A  Yes.                                                19:17:54
24   Q  Did you do a residency or internship?               19:17:54
25   A  Yes.                                                19:17:57

Page 10

1  Q  Where?  19:17:59
2  A  I did a surgical internship at the  19:18:00
3  University of Michigan, Wayne State University, in  19:18:04
4  plastic surgery and general surgery. Then I did --  19:18:06
5  switched from surgery to anesthesia, did anesthesia  19:18:10
6  at Washington University, did a pain fellowship and  19:18:14
7  critical medicine fellowship at Johns Hopkins  19:18:15
8  University.  19:18:20
9  Q  And did part of that training also relate to  19:18:20
10  the prescription of medications?  19:18:22
11  A  Yes.  19:18:23
12  Q  Do you have any board certifications?  19:18:24
13  A  Yes. In pain management.  19:18:26
14  Q  Did you obtain that certification from a  19:18:33
15  particular accrediting organization?  19:18:34
16  A  The American Academy of Pain Medicine, yes.  19:18:39
17  Q  You're a licensed prescriber here in  19:18:42
18  Missouri?  19:18:45
19  A  Yes.  19:18:45
20  Q  How long have you been practicing medicine  19:18:45
21  and prescribing medications?  19:18:47
22  A  I finished medical school in 1986.  19:18:49
23  Q  In your practice today do you prescribe  19:18:56
24  medicines off label to patients in Missouri?  19:18:58
25  A  From time to time, yes.  19:19:00

Page 11

1  Q  About how often would you say?  19:19:02
2  A  Every day.  19:19:04
3  Q  In general, why do you prescribe a medicine  19:19:07
4  for an off label use?  19:19:09
5  A  Generally, because it is the best and most  19:19:11
6  effective available treatment based upon the most  19:19:14
7  up-to-date research that we have available.  19:19:17
8  Q  And given your experience, is it fair to say  19:19:21
9  that the off label prescribing of medicines is  19:19:24
10  common?  19:19:26
11  A  Very common, yes.  19:19:26
12  Q  Would you say the off label prescribing is  19:19:29
13  important to your practice?  19:19:31
14  A  Significantly, yes.  19:19:33
15  Q  Why do you say significantly?  19:19:34
16  A  Well, in my particular field, many patients  19:19:39
17  present with symptomology that simply do not  19:19:46
18  respond to mainstream first base type medical  19:19:48
19  treatment options. I mean, off label, from my  19:19:52
20  perspective, is kind of a relative term, but I  19:19:58
21  mentioned previously that aspirin -- there's never  19:20:01
22  been any double blinded studies for the appropriate  19:20:04
23  use of aspirin relative to many things. We use it  19:20:07
24  for back pain and headaches and all kinds of off  19:20:09
25  label, relatively speaking, applications. I see  19:20:11

Page 12

1  that use of many off label medications as not much  19:20:15
2  different than that.  19:20:19
3  Q  Do you use your own independent medical  19:20:22
4  judgment when treating patients?  19:20:24
5  A  Certainly.  19:20:25
6  Q  And do you use your independent medical  19:20:26
7  judgment when prescribing medications for your  19:20:29
8  patients?  19:20:30
9  A  Certainly.  19:20:31
10  Q  In exercising your independent medical  19:20:33
11  judgment in deciding what to prescribe, do you  19:20:37
12  weigh the potential benefits of a particular  19:20:39
13  treatment with its potential risks?  19:20:41
14  A  Absolutely.  19:20:43
15  Q  Do you know for certain whether a medicine  19:20:44
16  will work for a particular patient before you try  19:20:45
17  it?  19:20:47
18  A  Never.  19:20:47
19  Q  Can you please walk us through some of the  19:20:50
20  patient specific factors that you consider when  19:20:52
21  making a prescription decision?  19:20:54
22  A  The first and most important factor is,  19:20:56
23  generally speaking, do no harm. In summary,  19:20:59
24  prescribe a medication that has a low risk, low  19:21:02
25  risk factor to a given patient. And then obviously  19:21:09

Page 13

1  you want to use a drug that has a history or in  19:21:14
2  your past experience been very beneficial for that  19:21:17
3  particular patient's problem.  19:21:20
4  Q  And when making a prescription decision as  19:21:27
5  to a particular patient, any patient specific  19:21:29
6  factors that you consider?  19:21:32
7  A  Well, those are drug specific.  19:21:33
8  Q  Okay.  19:21:36
9  A  I mean, different types of patients,  19:21:38
10  diabetics, elderly people, renal failure people, so  19:21:41
11  on and so forth, have different risk profiles  19:21:46
12  versus a given drug.  19:21:49
13  Q  Any other patient specific factors, like age  19:21:54
14  and things like that?  19:21:57
15  A  Certainly age, yes, chronicity of problem  19:21:59
16  and so on and so forth.  19:22:05
17  Q  Would their use of concurrent medications be  19:22:08
18  a factor?  19:22:11
19  A  Oh, certainly, yes.  19:22:12
20  Q  Okay. Any others?  19:22:17
21  A  Availability of -- obviously of more likely  19:22:22
22  responsive treatment options. We tend to go from a  19:22:27
23  least complicated to the more complicated treatment  19:22:31
24  continuum when treating patients.  19:22:34
25  Q  Is it fair to say that whether a medicine  19:22:40

Page 14

1  works for a particular patient is an individual             19:22:42
2  issue?                                                      19:22:44
3     A  Very individual, yes.                                 19:22:44
4     Q  So that determination will vary from patient          19:22:45
5  to patient?                                                 19:22:48
6     A  Certainly.                                            19:22:48
7     Q  Okay. Let's turn it around. Have you                  19:22:49
8  prescribed Neurontin?                                       19:22:51
9     A  Yes, I have.                                          19:22:52
10    Q  Do you understand that Neurontin has been             19:22:54
11 approved by the FDA for the objective treatment of          19:22:55
12 epilepsy and for the treatment of post hepatic              19:23:01
13 neuralgia?                                                  19:23:04
14    A  Yes.                                                  19:23:05
15    Q  Do you prescribe Neurontin for any off label          19:23:06
16 conditions?                                                 19:23:08
17    A  Yes, I do.                                            19:23:08
18    Q  Which ones?                                           19:23:09
19    A  Generally speaking, peripheral neuropathic            19:23:10
20 processes, those are extensive. Nerve root injury           19:23:13
21 related symptomology as well. And then in the pain          19:23:19
22 field, we generally, in a broad sense, refer to             19:23:25
23 neuropathic pain and in that diagnosis category,            19:23:28
24 again, there's a broad spectrum of disease states.          19:23:36
25 And Neurontin is often one of the first line drugs          19:23:39

Page 15

1  used for many of those. Maybe not first line,               19:23:42
2  second line, but --                                         19:23:46
3     Q  Yeah, I understand some -- you hear                   19:23:50
4  conversations about splitters or bundlers when it           19:23:55
5  comes to neuropathic pain, are there some                   19:23:57
6  particular neuropathic pain indications you recall          19:24:00
7  prescribing Neurontin for that would split that             19:24:04
8  out?                                                        19:24:07
9     A  Not specifically. I mean it's -- in                   19:24:07
10 general, most -- the patients that respond, in my           19:24:08
11 experience, best to Neurontin are those that                19:24:11
12 have --                                                     19:24:14
13    MR. McMICHAEL: Excuse me, I'm going to                   19:24:14
14 object to the doctor's opinions about the                   19:24:15
15 appropriateness or suitability of the drug as being         19:24:21
16 expert testimony and the witness has not been               19:24:25
17 endorsed as an expert witness, no report has been           19:24:28
18 provided in advance, and also calls for and will            19:24:31
19 necessarily include hearsay. Subject to that you            19:24:35
20 can go ahead.                                               19:24:37
21    A  Certainly. Neurontin appears to be a drug             19:24:38
22 that is very beneficial in patients who present             19:24:40
23 with, generally speaking, neuropathic pain                  19:24:43
24 syndromes. And that includes like post hepatic              19:24:45
25 neuralgia. All patients that -- most patients that          19:24:47

Page 16

1  have burning dysaesthesias, dysaesthesia's kind of          19:24:52
2  an esoteric term, but generally refers to abnormal          19:24:57
3  manifestation of sensation from a different nerve           19:25:02
4  distribution, burning and tingling are, often               19:25:05
5  times, the two main characteristics.                        19:25:08
6     Q  (By Mr. Mizell) So among these -- among               19:25:13
7  the off label uses of Neurontin for peripheral              19:25:14
8  neuropathic pain, would that include diabetic               19:25:18
9  peripheral neuropathy?                                      19:25:21
10    A  Certainly. It's one of the most common.               19:25:22
11    Q  And you prescribed Neurontin for that use?            19:25:24
12    A  Very often, yes.                                      19:25:25
13    Q  Would it include trigeminal neuralgia?                19:25:26
14    A  Certainly.                                            19:25:31
15    Q  And you've prescribe Neurontin for that use?          19:25:31
16    A  Yes, I have.                                          19:25:33
17    Q  Any other particular neuropathic pain                 19:25:34
18 indications that you can identify that you                  19:25:38
19 prescribe Neurontin for?                                    19:25:40
20    A  Causalgias, phantom limb pain, some spinal            19:25:41
21 cord injury patients respond very well. Cervical            19:25:47
22 and radicular neuropathic pain patients respond             19:25:53
23 well. Those are probably the majority of the                19:25:57
24 population. Of the peripheral neuropathic                   19:26:03
25 patients, diabetic patients in this country                 19:26:07

Page 17

1  probably make up the biggest population, but there          19:26:11
2  are lots of different causes for peripheral                 19:26:13
3  neuropathic symptoms.                                       19:26:16
4     Q  Have you found Neurontin to be an effective           19:26:18
5  treatment for these various forms of peripheral             19:26:21
6  neuropathy in some of your patients?                        19:26:23
7     MR. McMICHAEL: Same objection. You may                   19:26:24
8  proceed.                                                    19:26:25
9     A  In many cases, yes.                                   19:26:26
10    Q  (By Mr. Mizell) Dr. Anderson, Neurontin               19:26:32
11 first became available in 1994 and did you begin            19:26:32
12 prescribing Neurontin for any forms of peripheral           19:26:35
13 neuropathy in the 1990s?                                    19:26:37
14    A  Certainly in the 1990s, yes.                          19:26:39
15    Q  Do you prescribe refills to your patients of          19:26:43
16 Neurontin?                                                  19:26:46
17    A  Yes, I do.                                            19:26:46
18    Q  Would that be refills for these various               19:26:47
19 forms of neuropathic pain that you just listed?             19:26:49
20    A  Yes.                                                  19:26:53
21    Q  And do you continue to prescribe Neurontin            19:26:53
22 for these various forms of neuropathic pain?                19:26:56
23    A  Yes, I do.                                            19:26:58
24    Q  Why?                                                  19:26:59
25    A  It's effective in some patients. I've had             19:27:00

Page 18

1  occasions -- I've had patients who were on other,           19:27:04
2  in my humble opinion, less -- I mean, more                  19:27:08
3  malignant drugs, specifically long-term narcotics           19:27:11
4  that we've been able to convert from long-term              19:27:16
5  narcotics to Neurontin like medications.                    19:27:19
6     Q  What's the benefit of converting a patient            19:27:22
7  from a narcotic to a drug like Neurontin?                   19:27:24
8     A  Well, the biggest risk with long-term                 19:27:28
9  narcotic is habituation.  And I recognize abuse of          19:27:31
10 narcotics as a common issue in our society.  Tends          19:27:36
11 not to be a major, major issue in our practice, but         19:27:40
12 patients tend to do better when they are not on             19:27:43
13 long-term narcotics, if they can be managed with a          19:27:46
14 lesser, in my humble opinion, less malignant agent.         19:27:49
15    Q  And habituation is not a risk with                    19:27:55
16 Neurontin?                                                  19:27:58
17    A  Tends not to be in my experience, no.                 19:27:59
18    Q  Okay.  Since you started prescribing                  19:28:05
19 Neurontin for diabetic peripheral neuropathy and            19:28:06
20 the other forms of peripheral neuropathy, to                19:28:09
21 approximately how many patients have you prescribed         19:28:12
22 Neurontin for these uses?                                   19:28:14
23    A  Hundreds.                                             19:28:16
24    Q  And for approximately how many patients are           19:28:20
25 you currently treating neuropathic pain with                19:28:22

Page 19

1  Neurontin?                                                  19:28:26
2     A  I mean, I see patient -- again, we see                19:28:28
3  probably 20 or 30 patients every day and I see              19:28:31
4  patients every day that I've prescribed Neurontin.          19:28:34
5     Q  And if Neurontin had not been effective in            19:28:38
6  your experience and in your clinical practice would         19:28:40
7  you continue to prescribe it to your patients in            19:28:43
8  Missouri?                                                   19:28:45
9     A  No, I would not.  And if there is or would            19:28:47
10 come available a more effective drug, we would              19:28:49
11 consider switching, certainly.                              19:28:52
12    Q  In your practice have you found Neurontin to          19:28:55
13 be a safe and effective treatment for diabetic              19:28:57
14 peripheral neuropathy?                                      19:28:59
15    A  Yes, I have.                                          19:29:00
16    Q  Have you found it to be a safe and effective          19:29:02
17 treatment for trigeminal neuralgia?                         19:29:04
18    A  In some cases it's less effective treatment           19:29:08
19 for trigeminal neuralgia versus diabetic peripheral         19:29:10
20 neuropathy, but yes.                                        19:29:15
21    Q  Have you found it to be a safe and effective          19:29:16
22 treatment for phantom limb pain?                            19:29:19
23    A  Yes.                                                  19:29:20
24    Q  And have you found Neurontin to be a safe             19:29:22
25 and effective treatment for cervical and radicular          19:29:24

Page 20

1  pain?                                                       19:29:29
2     A  In some cases, yes.                                   19:29:30
3     Q  And these findings are based on your                  19:29:31
4  personal firsthand clinical experience?                     19:29:34
5     A  Yes.                                                  19:29:35
6        MR. MIZELL:  Okay.  Thank you, Dr.                    19:29:49
7  Anderson.  I have no further questions at this              19:29:49
8  time.                                                       19:29:51
9        THE WITNESS:  Thank you.                              19:29:52
10             EXAMINATION                                     19:29:52
11       (Plaintiff's Deposition Exhibit 1 marked               19:29:52
12       for identification.)                                   19:29:52
13 BY MR. McMICHAEL:                                           19:29:54
14    Q  Doctor, we've marked as Exhibit No. 1 here a          19:29:55
15 packet of documents that had mostly had to do with          19:29:57
16 your correspondence with the lawyers for Pfizer and         19:30:03
17 there's some other things in there, too.  I just            19:30:08
18 want to ask you about a few things about that,              19:30:10
19 first of all.  Well, if you look at Page 6,                 19:30:13
20 that's -- is something to do with your fee                  19:30:29
21 schedule, right?                                            19:30:31
22    A  Correct.                                              19:30:32
23    Q  And it indicates there's a $750 scheduling            19:30:33
24 fee, first of all, right?                                   19:30:37
25    A  Correct.                                              19:30:39

Page 21

1     Q  So that's -- does that mean they have to              19:30:40
2  send you $750 before you can schedule a deposition?         19:30:42
3     A  Yep, it does.                                         19:30:45
4     Q  And then the fee for the deposition is $900           19:30:46
5  per hour, is that right?                                    19:30:49
6     A  Above the first 750, yes.                             19:30:51
7     Q  So the first hour's covered by $750, is that          19:30:55
8  the idea?                                                   19:30:58
9     A  Correct.                                              19:30:59
10    Q  So if the deposition goes for two hours,              19:30:59
11 it's 1,650, is that the idea?                               19:31:02
12    A  Correct.                                              19:31:03
13    Q  Do you know what you charge for your                  19:31:05
14 services up until now?                                      19:31:08
15    A  I have no idea.                                       19:31:09
16    Q  You have some idea of how much time you've            19:31:11
17 expended up until the deposition started today?             19:31:14
18    A  Not a great deal.  I think we've had several          19:31:16
19 phone calls.  That's not something I keep track of,         19:31:19
20 but I couldn't tell you off the top of my head.             19:31:23
21    Q  Can you tell me who it was you first heard            19:31:25
22 from about participating in this case and when?  I          19:31:28
23 couldn't tell by looking at these documents, but --         19:31:32
24    A  Oh, boy.  I don't mean to -- I, quite                 19:31:37
25 frankly, don't remember.  It was a lady, but --             19:31:39

Page 22

1  Q  Was it within the last month or was it in  19:31:44
2  the last couple weeks here or was it a year ago?  19:31:46
3  A  It was probably in the last two months.  19:31:48
4  Q  Okay. And whoever the lady was, did she  19:31:50
5  tell you she was in some way representing  19:32:00
6  Pfizer/Warner Lambert in this litigation?  19:32:02
7  A  Yes.  19:32:05
8  Q  And what did she tell you she hoped to --  19:32:06
9  what did she say about what she wanted?  19:32:11
10  A  She described the nature of the suit and  19:32:13
11  asked if -- asked my experience relative to  19:32:18
12  Neurontin and my interest in participation.  19:32:23
13  Q  What did she tell you about the suit?  19:32:25
14  A  As I recall, she told me that there were  19:32:28
15  several patients that were suing Pfizer suggesting  19:32:30
16  that Neurontin was ineffective for treating pain,  19:32:34
17  was my understanding.  19:32:40
18  Q  Okay. So you were told that the lawsuit was  19:32:42
19  about certain patients who complained that  19:32:44
20  Neurontin was ineffective and they were suing about  19:32:45
21  that?  19:32:48
22  A  Correct.  19:32:48
23  Q  All right. Were you ever told anything else  19:32:48
24  about the lawsuit?  19:32:50
25  A  Nothing of any consequence, no.  19:32:51

Page 23

1  Q  Okay. Did anybody ever tell you that this  19:32:53
2  was about Pfizer and Warner Lambert marketing the  19:32:56
3  drug for off label uses, in violation of federal  19:33:05
4  law?  19:33:10
5  A  No.  19:33:10
6     MR. MIZELL: Object to the form.  19:33:12
7  A  No, not specifically, no.  19:33:15
8  Q  (By Mr. McMichael) Do you know anything  19:33:16
9  about that?  19:33:17
10  A  Meaning personally know?  19:33:18
11  Q  From anything anybody told you. Do you know  19:33:20
12  anything about whether or not Pfizer or Warner  19:33:22
13  Lambert marketed this drug for off label uses?  19:33:27
14  A  I have never had any representative from  19:33:31
15  either company approach me relative to off label  19:33:34
16  use of Neurontin.  19:33:36
17  Q  And you haven't read anything in a newspaper  19:33:38
18  or anything in any medical journals about it? You  19:33:40
19  have no knowledge about that, is that right?  19:33:43
20  A  No, I do not.  19:33:45
21  Q  And if I told you that they paid  19:33:45
22  $230 million in fines and pled guilty to that,  19:33:47
23  would that be the first you ever heard about it?  19:33:50
24  A  That actually would be, yes.  19:33:52
25  Q  And if they paid $190 million and certain  19:33:54

Page 24

1  fees to reimburse various government entities from  19:33:57
2  money that was spent on the drug, this is the first  19:34:01
3  you knew about that?  19:34:03
4     MR. MIZELL: Object to the form.  19:34:04
5  A  Again, I've not had any experience or  19:34:05
6  knowledge in regard to Pfizer's involvement with  19:34:07
7  off label marketing, no, I have not.  19:34:12
8  Q  (By Mr. McMichael) Okay. But in any  19:34:14
9  event, if you'll turn to Page 11 of Exhibit 1.  19:34:21
10  That's a letter that was sent to you by Brigette  19:34:29
11  Willauer, who's an associate with Shook, Hardy.  19:34:31
12  Does that name ring a bell? Is she the one that  19:34:37
13  first contacted you, perhaps?  19:34:39
14  A  I am very bad with names. I'd be guessing,  19:34:42
15  but I'm not sure.  19:34:44
16  Q  But in any event, they asked you to look for  19:34:45
17  certain documents that you might have, is that  19:34:48
18  right?  19:34:50
19  A  Correct.  19:34:51
20  Q  And you looked for those, didn't you?  19:34:53
21  A  It was quite easy, yeah, I did. I read the  19:34:55
22  list. I had not had any contact with any entity  19:34:57
23  relative to any of the documents she suggested.  19:35:00
24  Q  Okay. That was what I wanted -- let's take  19:35:05
25  it one thing at a time. First of all, you don't  19:35:07

Page 25

1  have any of the documents she describes, is that  19:35:09
2  right?  19:35:14
3  A  No, I do not.  19:35:15
4  Q  So, if we go -- so you sort of answered the  19:35:16
5  question I hadn't quite asked yet and that is: Has  19:35:22
6  anybody from Pfizer ever approached you about  19:35:28
7  Neurontin in any way?  19:35:30
8  A  No.  19:35:32
9  Q  And when I say Pfizer, I mean Pfizer or  19:35:32
10  Warner Lambert or Parke-Davis. Pfizer merged with  19:35:36
11  Warner Lambert and I think it was around 2000. And  19:35:41
12  Warner Lambert had a division that marketed  19:35:46
13  Neurontin called Parke-Davis. So when I say  19:35:49
14  Pfizer, I'm including all of those entities, but  19:35:51
15  your memory is that you never had a detailer or  19:35:56
16  anybody approach you in any way about the sale of  19:35:59
17  Neurontin at all?  19:36:03
18  A  Never.  19:36:04
19  Q  Nobody ever, from Pfizer or Warner Lambert,  19:36:05
20  ever provided you with samples of the drug?  19:36:08
21  A  Not to my knowledge, no.  19:36:11
22  Q  Can you say that you never have had anybody  19:36:13
23  that was a representative of Pfizer or Warner  19:36:18
24  Lambert visit any office that you ever practiced  19:36:20
25  medicine out of?  19:36:25

Page 26

1  A  Not that I'm aware of, no.                    19:36:26
2  Q  Okay.  So I take it your testimony is you've  19:36:27
3  never been to any luncheons or presentations in  19:36:34
4  which Neurontin was ever discussed?               19:36:38
5  A  Certainly not an off label test, no.  I       19:36:41
6  don't -- I mean, I may be -- I tend not to engage 19:36:47
7  reps tremendously.  So no, I've never been to a   19:36:50
8  meeting on any level where Neurontin was discussed 19:36:52
9  in the off label capacity, no.                    19:36:57
10 Q  Have you ever served in any capacity as an    19:36:59
11 advocate for the use of Neurontin at the request of 19:37:02
12 Pfizer or Warner Lambert?                         19:37:06
13 A  No, I have not.                                19:37:08
14 Q  Have you ever received any compensation in    19:37:09
15 any way by Pfizer or Warner Lambert at all?       19:37:13
16 A  Never.                                         19:37:17
17 Q  That would also include not only cash         19:37:19
18 compensation but it would include expenses of     19:37:23
19 attending any conference or seminar of any kind.  19:37:25
20 A  Never.                                         19:37:27
21 Q  This is kind of getting away from Warner      19:37:40
22 Lambert, but do you hold yourself out or advertise 19:37:43
23 in any way as an expert witness in any capacity?  19:37:48
24 A  I teach and I do a lot of training for        19:37:54
25 several companies relative to neuromodulation, so 19:37:59

Page 27

1  that's my specific field of interest.             19:38:02
2  Q  Relative to neuromodulation?                  19:38:04
3  A  Um-hmm.                                        19:38:05
4  Q  What does that --                             19:38:06
5  A  Spinal cord stimulation.                       19:38:08
6  Q  Okay.                                          19:38:10
7  A  It's another mechanism of treating             19:38:13
8  peripheral neuropathic processes, so on and so    19:38:15
9  forth.                                            19:38:19
10 Q  Yes.  On your curriculum vitae, which is in   19:38:19
11 here someplace.  I think it's on Page 14.  I don't 19:38:22
12 see any -- that you've done a lot of writing.  Or 19:38:26
13 at least not listed on the CV.  Have you done any 19:38:29
14 writing?                                          19:38:32
15 A  I have not been published in any major        19:38:33
16 magazines but we have -- I've participated in     19:38:36
17 several studies.  We're engaged in several studies 19:38:40
18 now.                                              19:38:43
19 Q  Any of them having anything use -- having to  19:38:43
20 do with Gabapentin?                               19:38:46
21 A  No.                                            19:38:49
22 Q  All right.  Now, you say you've been using   19:38:56
23 Gabapentin since sometime in the mid '90s?        19:39:10
24 A  I'm sure, yes.                                 19:39:15
25 Q  And you use it on hundreds of patients?       19:39:15

Page 28

1  A  Yes, easily.                                   19:39:18
2  Q  What does the term "evidence based medicine"  19:39:20
3  mean to you?                                      19:39:22
4  A  That's kind of a new catch niche word.  I     19:39:24
5  think -- I don't know where it originated from.   19:39:27
6  But generally refers to attempting to apply       19:39:29
7  commonsensical medical practices based upon       19:39:34
8  objective evidence.                               19:39:38
9  Q  All right.                                     19:39:39
10 A  Objective, in my opinion, is relative but     19:39:44
11 certainly objective evidence.                     19:39:46
12 Q  And the evidence about certain drugs, about  19:39:51
13 how useful they are, and what kind of trials have 19:39:55
14 been run on them, can be found in various journals, 19:39:58
15 is that right?                                    19:40:06
16 A  In some cases, yes.                            19:40:06
17 Q  One of the questions you were asked was to   19:40:11
18 produce here any journals that you read in        19:40:13
19 preparation for today having anything to do with  19:40:16
20 Neurontin.  Since there are none here, I gather -- 19:40:18
21 did you consult any for today?                    19:40:22
22 A  Nothing additional to what we routinely use, 19:40:24
23 no.                                               19:40:27
24 Q  Are you aware of any randomly controlled     19:40:28
25 trials, double blind randomly controlled trials   19:40:38

Page 29

1  that demonstrate the effectiveness of Neurontin?  19:40:42
2  A  Relative to what?                              19:40:48
3  Q  Well, actually, I was thinking about         19:40:50
4  neuropathic pain, but, first of all, let me ask   19:40:52
5  about anything.                                   19:40:55
6  A  Well, again, it's obviously been FDA          19:40:56
7  approved for seizures is the -- or initial        19:40:58
8  indication.  But no, to my knowledge, there's not 19:41:04
9  been any widely accepted extensive double blinded 19:41:07
10 studies relative to its effectiveness in peripheral 19:41:11
11 neuropathic processes and trigeminal neuralgia and 19:41:14
12 so on and so forth.                               19:41:19
13 Q  Do you, in the course of treating your       19:41:22
14 patients, did it -- did it come to your attention 19:41:24
15 at any time that in 2000 that Warner Lambert/Pfizer 19:41:28
16 attempted to have Neurontin approved by the FDA for 19:41:36
17 neuropathic pain?                                 19:41:45
18 A  I believe I recall hearing that they were    19:41:47
19 making that attempt, yes.                         19:41:51
20    MR. MIZELL:  Just object to the form of      19:41:53
21 that question, go ahead.                          19:41:57
22 Q  (By Mr. McMichael) And were you -- were      19:41:57
23 you -- were you aware of the fact that they       19:42:01
24 presented the best evidence they could to have the 19:42:04
25 FDA approve it for a general neuropathic pain?    19:42:06

8 (Pages 26 to 29)

Page 30

1   MR. MIZELL: Object to the form.
2   A  Again, that's not an area that I keep track
3   of, so no, I was not aware of -- I'm not aware of
4   the specific data and the process by which they
5   went through to try and attempt to get FDA
6   approval. I was aware that it had not received FDA
7   approval yet for peripheral neuropathic treatments.
8   Q  (By Mr. McMichael) Okay. But, I mean,
9   it's one thing for a drug not to be approved and
10  nobody ever attempted to get it approved and it's
11  something different for a drug to be refused for
12  approval after a drug company presented evidence to
13  try to persuade the FDA to approve it. Those are
14  two different things, right?
15  A  Right.
16  Q  So in the treatment of your patients, you
17  did not become informed of the fact that Pfizer
18  attempted to have this drug approved and failed?
19    MR. MIZELL: Object to the form.
20  A  No.
21  Q  (By Mr. McMichael) You didn't know that?
22  A  No, I was aware that they attempted to get
23  Neurontin approved for peripheral neuropathic
24  process. I wasn't aware of the outcome or process
25  or any of that.

Page 31

1   Q  Did anybody from Pfizer ever tell you or did
2   it ever come to your attention that there were
3   certain studies that they had run that indicated
4   that Neurontin was not effective for the treatment
5   of neuropathic pain?
6     MR. MIZELL: Object to the form.
7   A  I certainly have never heard that. I mean,
8   it's obviously not effective in some patients.
9   Aspirin is not effective in some patients.
10  Q  (By Mr. McMichael) Yes. But that's not
11  exactly what I'm asking. I'm asking if you were
12  aware of a randomly controlled double blind trial
13  that was run that statistically indicated that
14  Neurontin was not any more effective than a placebo
15  in that trial.
16  A  No, I was not aware of that.
17    MR. MIZELL: Object to the form. Make sure
18  he finishes his question and then I have a chance
19  to object. Thanks.
20  Q  (By Mr. McMichael) Did you have any -- I
21  gather, then, that you certainly have no knowledge
22  that Pfizer attempted to delay the publication of
23  that study?
24    MR. MIZELL: Object to the form.
25  A  No, I don't.

Page 32

1   Q  (By Mr. McMichael) This lawsuit is about
2   something that is alleged to have been done with the
3   marketing of the drug for off label use. Are you
4   aware of the fact that it's forbidden for a
5   pharmaceutical company to market a drug for an off
6   label use?
7   A  Absolutely. Yes.
8   Q  Do you have an opinion as to whether or not
9   there's some harm that can arise or from a
10  pharmaceutical company marketing a drug for an off
11  labeled use?
12    MR. MIZELL: Objection.
13  A  Again, that's an assumed risk, yes. I would
14  assume that there is some risk. There's some risk
15  with all drugs but, as a physician, it's my
16  responsibility to use a drug safely and as
17  effectively as I can, independent of what a
18  pharmaceutical rep will tell me.
19  Q  (By Mr. McMichael) Sure. But my question
20  is: Is there some -- let me -- I'll ask a slightly
21  different question. Do you -- do you have an
22  opinion, do you believe, that there is a potential
23  for affecting the medical community's opinion about
24  a drug for an off label use by marketing it for off
25  label use?

Page 33

1   A  Absolutely, yes, I do.
2     MR. MIZELL: Object to the form.
3   Q  (By Mr. McMichael) So many doctors are
4   busy, right?
5   A  Very.
6   Q  Not every doctor, not every anesthesiologist
7   nor every internist, not every doctor is a
8   pharmacologist, right?
9   A  Correct.
10  Q  It's not every doctor that has the time
11  themselves to go read all the journals and
12  independently inform themselves as to what the
13  status of medical knowledge is regarding randomly
14  controlled trials of certain drugs they're using?
15  A  That is true.
16  Q  So, to some extent, doctors are influenced,
17  are they not, in their choice of drugs by what
18  their colleagues are using for the same types of
19  drugs -- same types of problems?
20    MR. MIZELL: Object to the form.
21  A  I, again, would -- I can't speak to docs
22  from a general perspective. In my personal
23  experience, I mean, I write and use drugs that I
24  personally have experience with and have knowledge
25  of. Drugs that I don't have knowledge of, I mean,

Page 34

1  I would not venture to use without educating 19:46:58
2  myself. 19:47:01
3  Q  (By Mr. McMichael) Does it have any effect 19:47:01
4  on your use of a drug if you feel and know, in fact, 19:47:03
5  that many other doctors in the same practice are 19:47:10
6  using the same drugs for the same purposes?  Does 19:47:12
7  that affect your decision making in any way?  Does 19:47:15
8  it give you a level of comfort about using a drug, 19:47:19
9  for instance? 19:47:22
10     MR. MIZELL:  Object to the form. 19:47:24
11  A  Again, I would answer the question in the 19:47:25
12  same fashion.  If I have little experience with the 19:47:26
13  drug that potentially -- particularly a drug that 19:47:29
14  has potential significant risks relative to an 19:47:32
15  individual patient, I would most likely refer that 19:47:36
16  patient to a physician who has more experience if I 19:47:40
17  do not.  So no, I would not necessarily be 19:47:42
18  influenced by the fact that a handful of docs say 19:47:45
19  that XYZ works for them.  If it doesn't work for 19:47:50
20  me, then it's not something I would incorporate 19:47:53
21  into my practice. 19:47:56
22  Q  (By Mr. McMichael) In any event, if a 19:47:57
23  pharmaceutical company markets a drug, would you 19:48:01
24  agree that whatever they do in the way of marketing 19:48:06
25  the drug should be truthful? 19:48:09

Page 35

1  A  Absolutely. 19:48:11
2  Q  So if they do anything to misrepresent the 19:48:12
3  science that backs up the drug, that would be 19:48:17
4  wrong, in your opinion? 19:48:23
5     MR. MIZELL:  Object to the form. 19:48:25
6  A  Again, in an absolute sense, yes. 19:48:28
7  Q  (By Mr. McMichael) And if they were to do 19:48:30
8  something like that, it would have the potential of 19:48:32
9  distorting the use of the drug in the medical 19:48:36
10  community, right? 19:48:39
11     MR. MIZELL:  Object to the form. 19:48:40
12  A  Again, most -- not in my practice, but 19:48:41
13  potentially in others, maybe, I'm not sure. 19:48:44
14  Q  (By Mr. McMichael) Do you know that 19:49:00
15  pharmaceutical companies are not supposed to market 19:49:05
16  a drug for off label uses? 19:49:07
17  A  Yes. 19:49:09
18  Q  Would you agree that that's widely 19:49:11
19  understood in the medical community? 19:49:13
20  A  Yes.  Certainly is in my practice, yes. 19:49:15
21  Q  So, conversely, if a pharmaceutical company 19:49:18
22  markets a drug for some use, does that tend to 19:49:21
23  create the impression in the minds of many members 19:49:24
24  of the medical community that, in fact, it's been 19:49:28
25  approved for that use? 19:49:30

Page 36

1     MR. MIZELL:  Object to the form. 19:49:31
2  A  Again, I -- I mean, would you like me to 19:49:32
3  give you my personal experience? 19:49:35
4  Q  (By Mr. McMichael) I just -- my question 19:49:38
5  is:  Do you think that that, in your experience, 19:49:40
6  that that create the impression that the drug's been 19:49:44
7  approved for use? 19:49:48
8  A  I mean, I haven't had that experience, so I 19:49:49
9  can't really speak to it. 19:49:52
10  Q  Let's ask it hypothetically.  If a detailer 19:49:54
11  or something -- you got some brochure or something 19:49:58
12  from a pharmaceutical company urging you to use a 19:50:01
13  drug for some particular use, would you presume 19:50:05
14  that therefore, since you're getting direct 19:50:07
15  advertising of the drug for that use, that 19:50:08
16  therefore it must have been probably approved for 19:50:11
17  that use? 19:50:13
18     MR. MIZELL:  Object to the form.  Calls for 19:50:14
19  speculation. 19:50:15
20  A  Again, I would take the information, 19:50:16
21  incorporate it, and review it.  Wouldn't mean I 19:50:19
22  would go out and prescribe the medication. 19:50:21
23  Q  (By Mr. McMichael) I'm not asking you 19:50:23
24  that.  I'm just asking you whether or not it would 19:50:24
25  create the impression in your mind that the drug has 19:50:26

Page 37

1  been approved by the FDA for the use for which the 19:50:29
2  company's advertising it. 19:50:32
3     MR. MIZELL:  Same objection. 19:50:33
4  A  In my experience in dealing with 19:50:35
5  pharmaceutical companies, if a drug has been FDA 19:50:37
6  approved for a specific indication, they say so, 19:50:39
7  and if it has not, they say so. 19:50:42
8  Q  (By Mr. McMichael) As for how a particular 19:50:57
9  patient responds to a particular drug, that 19:51:01
10  information is useful in the medical community to 19:51:09
11  try to develop some opinion about whether the drug 19:51:14
12  is actually curing the pain, right? 19:51:17
13  A  Yes. 19:51:21
14  Q  But in many ways, it's sometimes difficult 19:51:22
15  to be certain what the cause of the improvement in 19:51:26
16  the pain is, isn't it? 19:51:34
17     MR. MIZELL:  Object to the form. 19:51:37
18  A  Again, relative to Neurontin? 19:51:39
19  Q  (By Mr. McMichael) Well, relative to any 19:51:40
20  drug.  But we're talking about Neurontin. 19:51:43
21  A  No, I don't find it difficult at all. 19:51:45
22  Q  Okay.  Well, you treat patients with neck 19:51:47
23  and back pain? 19:51:52
24  A  Those are my main -- yes. 19:51:53
25  Q  That's from trauma? 19:51:56

10 (Pages 34 to 37)

Page 38

1    A  No.
2    Q  Or can be from trauma, anyway?
3    A  That's -- I rarely see trauma patients.
4    Extremely rarely.
5    Q  Are those painful conditions?  Conditions,
6    whatever causes them, conditions that sometimes
7    heal on their own?
8    A  Yeah, sometimes, yes.
9    Q  And if a patient comes to you with a
10   longstanding pain problem, are they often referred
11   by other doctors?
12   A  Occasionally, yes.
13   Q  So when they come to see you, they know
14   they're coming to see a specialist in the treatment
15   of pain?
16   A  Yes.
17   Q  And when you provide them with a drug that
18   you think is going to solve their problem, or
19   you're hopeful it will solve their problem and you
20   tell them you've had good success with it and
21   they're on it for some period of time and they come
22   back and tell you that their condition is improved,
23   is it possible that one of the reasons they might
24   tell you that is because some patients would feel
25   like it would be an insult to you if they told you

Page 39

1    the drug didn't work at all?
2        MR. MIZELL:  Object to the form.
3    A  There's certainly -- if you take that as the
4    only indicator you use to evaluate the success of a
5    given drug, potentially.  That's not the way we
6    manage patients.
7    Q  (By Mr. McMichael) And patients who have
8    chronic pain, there are certain psychological
9    components that sometimes can have some effect on
10   how bad somebody's pain is and how long it lasts,
11   right?
12   A  Absolutely, yes.
13   Q  And do you find that sometimes a patient
14   would be reluctant to acknowledge that the drug
15   helps at all for fear that you would think that
16   their pain is not of an anatomical origin, but
17   instead is a result of some psychiatric or
18   psychological component?  Afraid you're going to
19   accuse them of exaggerating their symptoms, either
20   for any number of reasons?
21       MR. MIZELL:  Object to the form.  Calls for
22   speculation.
23   A  Again, typically the way we approach
24   patients is from a multifactorial perspective.
25   Meaning I don't use one indicator to define whether

Page 40

1    a patient is responding favorably or not.  And if a
2    patient, as an example, is suggesting to me that
3    their pain is better, I would expect that they
4    would be more active, they'd be going to church,
5    they'd be walking the dog, they'd be going to the
6    grocery store.  So if a patient tells me their pain
7    goes from ten to two and they're still sitting on
8    the couch and taking the same amount of
9    medications, then I don't define that as a success
10   relative to the use of Neurontin or any other drug.
11   Q  (By Mr. McMichael) Yes.  But in order to
12   avoid these problems of -- in order to evaluate a
13   drug to eliminate these confounding factors that
14   might be explaining what the patient's saying,
15   that's why you do a double blind test, right?
16   A  That's one opinion.
17       MR. MIZELL:  Object to the form.
18   A  I mean, that's one of the respected
19   objective ways of evaluating effectiveness of a
20   treatment in general, yes.
21   Q  (By Mr. McMichael) Because the patient
22   doesn't know whether he's getting the drug or
23   whether he's getting a placebo in that instance,
24   right?
25   A  In that specific instant, that's one of the

Page 41

1    ways that's done, yes.
2    Q  And there's certainly no reason to believe
3    you'd be hurting the doctor's feelings by telling
4    him the pill that he took wasn't helping him
5    because for all he knows he's taking a sugar pill,
6    right?
7        MR. MIZELL:  Object to the form.
8    A  Again, I would not -- I do not support the
9    concept that double blinded studies are the gold
10   standard and are even the most appropriate way to
11   define effectiveness of a drug or any other
12   treatment, for that matter.  It's a good one, but
13   not the only one.
14   Q  (By Mr. McMichael) But in any event,
15   whatever the evidence is about Neurontin, you're
16   not, as we sit here today, able to tell me about any
17   particular journal article you can think of reading
18   which describes a randomly controlled double blind
19   trial for any neuropathic pain?
20       MR. MIZELL:  Object to the form.
21   A  No, I cannot.
22   Q  (By Mr. McMichael) This drug's been around
23   since '94 and '95, right?
24   A  That sounds about right.
25   Q  You've been using it since then, right?

11 (Pages 38 to 41)

Page 42

1   A  Probably.   19:56:56
2   Q  And you think it works really good?   19:56:56
3   A  Very sure it does.   19:56:58
4   Q  And yet -- well, and there's no shortage of   19:57:00
5   people who have neuropathic pain, it's a very   19:57:06
6   common problem, right?   19:57:09
7   A  Very much so.   19:57:10
8   Q  It's not like some very rare disease where   19:57:10
9   it's hard to find enough people to test.  There's   19:57:13
10  plenty of people around who have neuropathic pain?   19:57:14
11       MR. McMICHAEL:  Object to the form.   19:57:18
12  A  Yes, in a general sense, yes.   19:57:19
13  Q  (By Mr. McMichael) So, given that fact,   19:57:20
14  would it -- is it surprising to you that nobody's   19:57:22
15  been able to do a double blind randomly controlled   19:57:25
16  trial that proves that the drug actually works?   19:57:28
17       MR. MIZELL:  Object to the form.   19:57:30
18  Q  (By Mr. McMichael) For neuropathic pain?   19:57:31
19  A  My personal opinion is no, it's not   19:57:33
20  surprising.  Outside of consideration of diabetic   19:57:34
21  peripheral neuropathy, I mean, there's an entire   19:57:39
22  list of causes of peripheral neuropathic processes   19:57:43
23  and even diabetics have many, many subsets, from my   19:57:49
24  perspective, of different types of diabetic   19:57:52
25  peripheral neuropathic processes.  So it's not   19:57:57

Page 43

1   always comparing apples to apples to just say   19:58:00
2   because you have a diagnosis of peripheral   19:58:03
3   neuropathy your peripheral neuropathy is the same   19:58:04
4   as the guy next door to you, so I think it is a   19:58:07
5   very individual thing.  Many patients with   19:58:10
6   peripheral neuropathy also have peripheral vascular   19:58:13
7   disease as an example.  It's not simple.   19:58:17
8   Q  What is the mechanism by which Gabapentin   19:58:21
9   works?   19:58:23
10  A  That's not necessarily been -- in terms of   19:58:24
11  peripheral neuropathy?   19:58:26
12  Q  Or anything.   19:58:27
13  A  Don't know for sure.  What's been argued is   19:58:30
14  defined as a membrane stabilizer.  It suggests it   19:58:35
15  decreases the frequency by which abnormal nerve   19:58:38
16  fibers fire.  Who knows.   19:58:42
17  Q  Would you agree that various treatments in   19:58:48
18  medicine have become very popular and favorable and   19:58:49
19  widely done and been ultimately proved to have been   19:58:53
20  unjustified?   19:58:56
21       MR. MIZELL:  Object to the form.   19:58:57
22  A  I mean, probably historically, yes, I would   19:59:00
23  say.  I mean, as our understanding of our science   19:59:02
24  improves, yeah, I mean, we come up with better ways   19:59:06
25  to do the same things over time.  Absolutely.   19:59:09

Page 44

1   Q  (By Mr. McMichael) So, for instance, the   19:59:11
2   one thing that always jumps into my mind is the   19:59:13
3   business of tonsillectomies that were so widely done   19:59:16
4   in the '50s and '60s.  You're familiar with that,   19:59:18
5   right?   19:59:22
6   A  Yeah, um-hmm.   19:59:23
7   Q  And eventually evidence based medicine   19:59:23
8   showed that that was inappropriate, it was very   19:59:26
9   rare that a tonsillectomy was a good thing to do,   19:59:31
10  right?   19:59:33
11       MR. MIZELL:  Objection.   19:59:35
12  A  No.  My understanding of that is that it was   19:59:36
13  widely done for the wrong reasons.  I mean, it's   19:59:39
14  still a very effective treatment for the right   19:59:43
15  reasons.   19:59:45
16  Q  (By Mr. McMichael) All right.  And it   19:59:45
17  became done widely why?  Just because it became   19:59:46
18  fashionable?   19:59:51
19       MR. MIZELL:  Objection.   19:59:53
20  A  Again, I can't speak to why it became   19:59:54
21  popular.   19:59:56
22  Q  (By Mr. McMichael) Another drug that was   20:00:03
23  used widely was FenPhen.  You aware of that?   20:00:05
24  A  Yes.   20:00:10
25  Q  And eventually it became obvious that that   20:00:10

Page 45

1   was not an effective treatment and certainly   20:00:13
2   dangerous, right?   20:00:16
3   A  Yeah, I certainly wouldn't put Neurontin in   20:00:17
4   the category of FenPhen.   20:00:19
5   Q  But the use of these drugs sometimes grows   20:00:25
6   without the benefit of evidence in the way of   20:00:29
7   double blind randomly controlled trials to prove   20:00:38
8   that they work?   20:00:40
9   A  Correct.   20:00:42
10       MR. MIZELL:  Object to the form.   20:00:43
11  Q  (By Mr. McMichael) And if a pharmaceutical   20:00:46
12  company markets the drug, can that increase the   20:00:47
13  potential that it would catch on as a --   20:00:50
14       MR. MIZELL:  Objection.   20:00:56
15  A  Again, I would say theoretically, yes.  I   20:00:56
16  mean, right now, we use tricyclic antidepressants   20:00:59
17  as one of the first line drugs for peripheral   20:01:04
18  neuropathic processes.  Amitriptyline and so on and   20:01:10
19  so forth.  And I think there's probably eight or   20:01:13
20  ten of them and I'm pretty sure not every one of   20:01:15
21  them has been tested in a double blind fashion.   20:01:17
22  It's a very, very common first line treatment for   20:01:21
23  all peripheral neuropathic processes.   20:01:23
24  Q  (By Mr. McMichael) Do you find that many   20:01:25
25  of the patients you treat for chronic pain with   20:01:27

Page 46

```
 1  Neurontin, although they report improvement,              20:01:31
 2  continue to have pain indefinitely?                       20:01:33
 3     A  Some cases, yes.  As I said, pain is very           20:01:36
 4  often the main factor that brings patients to us.         20:01:40
 5  That's not the main factor that -- or indicated we        20:01:44
 6  use to define success in treatment of a drug,             20:01:47
 7  however.                                                  20:01:50
 8        MR. McMICHAEL:  Thank you, Doctor.  I have          20:01:51
 9  no further questions.                                     20:01:52
10        MR. MIZELL:  Dr. Anderson, just a few               20:01:53
11  follow-up questions.                                      20:01:54
12               EXAMINATION                                  20:01:54
13  BY MR. MIZELL:                                            20:01:55
14     Q  You briefly spoke about the multifactorial          20:01:56
15  perspective or approach you bring to patient care.        20:01:57
16  You're taking about the pain scales and the way           20:02:02
17  they live their lives.  Do you recall that                20:02:04
18  conversation with Mr. McMichael?                          20:02:05
19     A  Yes.                                                20:02:08
20     Q  And have you found in your practice that the       20:02:08
21  use of Neurontin, prescribing Neurontin to your           20:02:09
22  patients, has improved peoples' lives?                    20:02:12
23     A  Absolutely.                                         20:02:16
24     Q  You also mentioned that you would not put           20:02:17
25  Neurontin in the same category as FenPhen, do you         20:02:19
```

Page 47

```
 1  recall that?                                              20:02:21
 2     A  Yes.                                                20:02:22
 3     Q  Why?                                                20:02:22
 4     A  I'd never prescribed FenPhen, but my                20:02:23
 5  understanding of FenPhen is it had significant            20:02:25
 6  systemic side effects.  Significant, significant          20:02:29
 7  systemic side effects.  To my knowledge, Neurontin        20:02:32
 8  has no significant side effects.  The only                20:02:35
 9  complications I've ever experienced with Neurontin        20:02:37
10  has been CNF changes, largely related to escalating       20:02:40
11  dosages or in some cases the patient isn't                20:02:46
12  tolerating the dose itself, in which case you back        20:02:48
13  off the medication and you can back off reasonably        20:02:52
14  abruptly without any negative consequences.               20:02:52
15     Q  Some of the side effects would be things            20:02:56
16  like dizziness or drowsiness?                             20:02:58
17     A  Yes.                                                20:03:00
18     Q  Do you recall also explaining that you do           20:03:05
19  not feel that randomized controls trials are the          20:03:07
20  highest form of evidence for your decisions to            20:03:10
21  prescribe medication?                                     20:03:12
22     A  I don't think it's the only measure, no.            20:03:13
23     Q  Can your clinical experience with a drug be         20:03:18
24  more important to you than just as in a randomized        20:03:20
25  controlled trial for a particular population?             20:03:23
```

Page 48

```
 1     A  Absolutely.                                         20:03:27
 2     Q  Why is that?                                        20:03:28
 3     A  Again, I fully agree that double blinded            20:03:29
 4  studies are excellent and when you can use them           20:03:30
 5  cleanly, as I like to say, they're great studies,         20:03:33
 6  but health care is gray.  It's not black and white.       20:03:36
 7  And double blinded studies are, in fact, black and        20:03:40
 8  white.  I mean, I could give you a long list of           20:03:43
 9  things we do in health care extremely commonly            20:03:46
10  accepted.  Everybody accepts it as the norm.              20:03:49
11  Everyone pays for it and there have never been any        20:03:51
12  double blinded studies to support/suggest any of          20:03:53
13  it.                                                       20:03:56
14     Q  Would it affect your ability to effectively         20:04:00
15  treat your patients if you had to wait for                20:04:02
16  statistically significant results to be found in a        20:04:06
17  double blind randomized controlled trial before           20:04:09
18  prescribing medication for an off label use?              20:04:11
19     A  I think that would be a significant major           20:04:13
20  mistake in health care.                                   20:04:16
21     Q  And you continue to prescribe Neurontin,            20:04:17
22  despite the existence of inconclusive studies             20:04:18
23  because it works for your patients?                       20:04:23
24     A  It works for some patients, not all, yes.           20:04:24
25     Q  And that's true of all medications?                 20:04:26
```

Page 49

```
 1     A  Pretty much.                                        20:04:27
 2     Q  And even with your knowledge of the absence         20:04:30
 3  of the FDA approval for broad neuropathic pain            20:04:32
 4  indication, you continue to prescribe Neurontin for       20:04:35
 5  your patients because it works?                           20:04:37
 6     A  Correct.                                            20:04:39
 7     Q  Do you think the efficacy you have observed         20:04:45
 8  over the past 13 or 14 years prescribing                  20:04:48
 9  Neurontins to -- prescribing Neurontin to hundreds,       20:04:51
10  if not thousands, of patients is due to a placebo         20:04:52
11  effect?                                                   20:04:56
12     A  Absolutely not, no.                                 20:04:56
13     Q  Dr. Anderson, you described peripheral              20:05:06
14  neuropathies as -- I don't know if I'm quoting you        20:05:09
15  correctly -- as a very individual thing, why do you       20:05:13
16  describe them that way?                                   20:05:15
17     A  The mechanism by which a patient gets to a          20:05:17
18  peripheral neuropathic process is important, No. 1,       20:05:21
19  and, 2, they're very often other factors, as I            20:05:23
20  said, one of the most common things we see,               20:05:27
21  particularly with diabetic patients, is they'll           20:05:29
22  present with a peripheral neuropathic process but         20:05:34
23  when you actually work them up, they have                 20:05:35
24  associated major vascular disease, as an example.         20:05:38
25  And you often times have to treat both.  I rarely         20:05:40
```

Page 50

```
1   see a peripheral neuropathic patient -- I never        20:05:44
2   see, I should say almost, a diabetic peripheral        20:05:55
3   neuropathic patient, that that's their only issue.     20:05:56
4   They almost always have something to go along with     20:05:59
5   it.  I mean, again, neurology, obviously, is a         20:06:02
6   completely independent field and that's probably       20:06:05
7   90 percent of what they deal with in many cases and    20:06:07
8   probably 100 other factors that can contribute to a    20:06:11
9   peripheral neuropathic entity, very often, you         20:06:14
10  don't always find -- I mean, very often you don't      20:06:16
11  find out the cause.  Again, when we lump all these     20:06:18
12  patients into one category, we label them as a         20:06:23
13  peripheral neuropathic patient, but that doesn't       20:06:26
14  mean the cause of their issue is the same or the       20:06:28
15  cure for the symptoms are the same either.             20:06:31
16     Q  So is it fair to say you need to make an         20:06:33
17  individual patient specific determination in           20:06:37
18  prescribing a medication to them?                      20:06:40
19     A  Absolutely.                                      20:06:41
20        MR. MIZELL:  I have no further questions.        20:06:42
21        MR. McMICHAEL:  Nothing further.                 20:06:44
22        MR. MIZELL:  Thanks for your time.               20:06:44
23        VIDEOGRAPHER:  Going off the record at           20:06:46
24  8:08 p.m.                                              20:06:47
25        MR. McMICHAEL:  You want to explain              20:06:51
```

Page 51

```
1   signature?                                             20:06:53
2        MR. MIZELL:  You have the option to read         20:06:53
3   and sign, if you'd like to.                            20:06:54
4        THE WITNESS:  I'll pass.                          20:06:56
5        MR. McMICHAEL:  Be sure to attach the            20:07:01
6   exhibit.  Four to a page and electronic version.       20:07:02
7        THE REPORTER:  What about you guys, do you       20:07:04
8   want whatever they got last time?                      20:07:04
9        MR. MIZELL:  Exactly.                             20:07:26
10
11       (Ending time of the deposition: 8:07 p.m.)
```

Page 52

```
1   STATE OF MISSOURI)
                     )SS
2   CITY OF ST. LOUIS)
3        I, Rebecca Brewer, Registered Professional
4   Reporter, Certified Real-time Reporter, and
5   Notary Public in and for the State of Missouri
6   do hereby certify that the witness whose
7   testimony appears in the foregoing deposition
8   was duly sworn by me; that the testimony of the
9   said witness was taken by me to the best of my
10  ability and thereafter reduced to typewriting
11  under my direction; that I am neither counsel
12  for, related to, nor employed by any of the
13  parties to the action in which this deposition
14  was taken, and further that I am not relative
15  or employee of any attorney or counsel employed
16  by the parties thereto, nor financially or
17  otherwise interested in the outcome of the
18  action.
19      _____ RPR, MO-CCR,
20  Notary Public within and for the State of Missouri
21
22
23  My Commission expires April 7, 2009.
```

Page 53

```
1   IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
           STATE OF MISSOURI
2   ELIZABETH JUDY AND STEPHEN BROWN,)
    vs.                              )  Cause No. 22042-01946
3   PFIZER, INC., INDIVIDUALLY,      )
4
       CERTIFICATE OF OFFICER AND STATEMENT OF
5              DEPOSITION CHARGES
    (Rule 57.03 (g) (2) (a) & Sec., 492-590 RSMO 1985.)
6
       DEPOSITION OF ANTHONY R. ANDERSON, M.D.
7      taken on behalf of the DEFENDANT
              MARCH 11, 2009
8   Name and address of person or firm having custody of the
    original transcript:  Mr. Nicholas P. Mizell, 2555 Grand
9   Boulevard, Kansas City, Missouri, 64108:
10
    Taxed in favor of the Plaintiff:  $
11  Taxed in favor of the Defendant:  $
12  Upon delivery of transcripts, the above charges had not
    yet been paid.  It is anticipated that all charges will
13  be paid in the normal course of business.
14
    IN WITNESS WHEREOF, I have hereunto set my hand and seal
15  on this 16th day of March, 2009.
       My Commission expires_____.
16
17      _____
18
    Notary Public in and for the State of Missouri
```

14 (Pages 50 to 53)