# EXHIBIT B-1

## DEFENDANTS' DESIGNATIONS OF DEPOSITION TESTIMONY

## DR. MARK CHAPLICK

| Transcript Name | Quantity | Duration |
|---|---|---|
| Chaplick, Mark - 03/16/2009 | 25 | 00:18:04 |
| **Total** | **25** | **00:18:04** |

| | |
|---|---|
| **Page:** 0005:02 - 0005:05<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0005:02    Q. Would you please state your full name for<br>0005:03  the record?<br>0005:04    A. Mark Bernard Chaplick.<br>0005:05    Q. Good afternoon, Dr. Chaplick. |
| **Page:** 0005:19 - 0006:02<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0005:19    Q. And I imagine the term is very familiar to<br>0005:20  you, but when I say off label, I'm referring to<br>0005:21  prescription of a medicine for use not specifically<br>0005:22  approved by the FDA. Is that okay?<br>0005:23    A. Yes.<br>0005:24    Q. And by Neurontin, I'm using it in a broad<br>0005:25  sense to mean either the branded name Neurontin or<br>0006:01  its generic version, Gabapentin.<br>0006:02    A. Yes. |
| **Page:** 0006:23 - 0007:22<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0006:23    Q. Doctor, I've handed you what's been marked<br>0006:24  as Deposition Exhibit 1. Can you tell us what that<br>0006:25  is?<br>0007:01    A. This looks like my curriculum vitae.<br>0007:02    Q. And, Doctor, a little about your<br>0007:03  background. You are a doctor of osteopathic<br>0007:04  medicine, correct?<br>0007:05    A. Correct.<br>0007:06    Q. Doctor, among other locations, you have a<br>0007:07  practice here in Kansas City, Missouri?<br>0007:08    A. Yes.<br>0007:09    Q. What is the name of your practice here in<br>0007:10  Kansas City?<br>0007:11    A. Our group's practice -- our group's name is<br>0007:12  Pain Management Associates. The practice location<br>0007:13  here is the KC Pain south location. We also have a<br>0007:14  KC Pain east location, and then we provide pain<br>0007:15  management services at a variety of outpatient<br>0007:16  hospital settings throughout the Kansas City area.<br>0007:17    Q. And what's your title, Doctor, here at Pain<br>0007:18  Management Associates?<br>0007:19    A. I was the medical director of our group for<br>0007:20  the last 11 years. No longer. I resigned that<br>0007:21  position to one of my partners. So I'm a practicing<br>0007:22  anesthesiologist partner. |
| **Page:** 0008:20 - 0009:10<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0008:20    Q. Are you currently a practicing<br>0008:21  anesthesiologist?<br>0008:22    A. Yes. But I only provide pain management<br>0008:23  services.<br>0008:24    Q. And what is the -- what would you say the<br>0008:25  general nature of your practice is?<br>0009:01    A. See patients with acute and chronic pain.<br>0009:02  Most patients are referred to our practice for a<br>0009:03  variety of -- variety of reasons, many times back<br>0009:04  pain, postsurgical pain, cancer pain, shingles,<br>0009:05  broken ribs, headaches, surgeries that have not gone<br>0009:06  the way that were anticipated, and a variety of<br>0009:07  other pain syndromes.<br>0009:08    Q. As part of your practice, Doctor, do you<br>0009:09  write prescriptions?<br>0009:10    A. Often. |

| | |
|---|---|
| **Page:** 0009:13 - 0009:15<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0009:13    Q. Overall, Doctor, how many patients do you<br>0009:14  see in a typical week in the clinical setting?<br>0009:15    A. I would say approximately 100. |
| **Page:** 0013:03 - 0013:12<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0013:03    Q. Doctor, can you tell us what your board<br>0013:04  certifications are?<br>0013:05    A. Board-certified by the American Board of<br>0013:06  Anesthesiology and the American Academy of Pain<br>0013:07  Medicine. That's actually a typo on my CV. It's --<br>0013:08  pardon me.<br>0013:09    Q. American Academy of Pain Medicine?<br>0013:10    A. Yeah. This needs to be updated. There's<br>0013:11  an American Board of Pain Medicine, ABPM, that's not<br>0013:12  on here. That's why I thought this looked old. |
| **Page:** 0013:15 - 0014:02<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0013:15    Q. And where are you currently licensed,<br>0013:16  Doctor?<br>0013:17    A. Missouri, Kansas and Ohio. The Ohio<br>0013:18  license is inactive or dormant.<br>0013:19    Q. In your practice today, do you prescribe<br>0013:20  medicines off label to patients here in Missouri?<br>0013:21    A. Yes.<br>0013:22    Q. How often, would you say?<br>0013:23    A. Quite often.<br>0013:24    Q. Daily?<br>0013:25    A. Probably.<br>0014:01    Q. And in general, Doctor, why do you<br>0014:02  prescribe a medicine for an off-label use? |
| **Page:** 0014:07 - 0018:02<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0014:07    A. I prescribe medications for patients that I<br>0014:08  feel they've failed other medications. They are put<br>0014:09  on a trial of medication they may respond to, and if<br>0014:10  they do, I'll keep them on that medication.<br>0014:11         In pain medicine, we see a lot of patients<br>0014:12  that are very difficult. They're very difficult to<br>0014:13  treat. Many other doctors do not want to treat<br>0014:14  these patients, and they might find them undesirable<br>0014:15  as patients. Therefore, we have to find something<br>0014:16  that we can offer them that has not been explored by<br>0014:17  other means, which many times means utilizing drugs<br>0014:18  off label.<br>0014:19    Q. (By Ms. Willauer) I think you already<br>0014:20  answered this, but is it typical in your field of<br>0014:21  pain management to prescribe drugs off label?<br>0014:22    A. It's very common.<br>0014:23    Q. Doctor, do you use your own independent<br>0014:24  medical judgment when treating your patients?<br>0014:25    A. Yes, I do.<br>0015:01    Q. And do you use your own independent medical<br>0015:02  judgment when you prescribe medications to your<br>0015:03  patients?<br>0015:04    A. Yes, I do.<br>0015:05    Q. In exercising your independent medical<br>0015:06  judgment and deciding what to prescribe, do you<br>0015:07  weigh the potential benefits of a particular<br>0015:08  medicine against any potential risks?<br>0015:09    A. Of course.<br>0015:10    Q. Do you know for a certain that a particular<br>0015:11  medicine will work for a patient -- for a particular<br>0015:12  patient before you prescribe it?<br>0015:13    A. No, I do not.<br>0015:14    Q. Is off-label prescribing, Doctor, important<br>0015:15  to your practice? |

2

| | |
|---|---|
| | 0015:16    A. Very important.
0015:17    Q. Why?
0015:18    A. Because without off-label prescribing, I
0015:19 would have -- we would have minimal or not nearly
0015:20 the selection of drugs, drug classes and the number
0015:21 of drugs to utilize that we have by using them off
0015:22 label.
0015:23    Q. Doctor, can you please walk us through some
0015:24 of the factors that you consider when prescribing a
0015:25 medication to a particular patient?
0016:01    A. Sure. A lot of that will depend upon the
0016:02 patient's history, their physical examination, and
0016:03 oftentimes the length or the extent of their pain,
0016:04 keeping in mind all the patients who come to see us
0016:05 have pain. So if they've had pain for three weeks,
0016:06 that's quite different than a patient that's had
0016:07 pain for 20 years.
0016:08        If they've had pain for an extensive period
0016:09 of time or what we consider chronic pain, by
0016:10 definition, greater than three months, we can then
0016:11 go through the litany of medications they may or may
0016:12 not have tried and util -- looking at both types of
0016:13 drug, classes of drugs, then which drugs within that
0016:14 class. Obviously, drugs that have been treatment
0016:15 failures we would not want to retry, typically, and
0016:16 then see what other opportunities we might have for
0016:17 the kind of pain they're having and the extent and
0016:18 severity of their pain.
0016:19    Q. Are -- would other factors be, for
0016:20 instance, a patient's allergies?
0016:21    A. Of course.
0016:22    Q. A patient's gender?
0016:23    A. Maybe not gender so often. There might be
0016:24 a few situations there. But most definitely allergy
0016:25 status or previous medications they've tried.
0017:01    Q. And perhaps their age?
0017:02    A. Absolutely.
0017:03    Q. Any other patient-specific factors we
0017:04 haven't talked about?
0017:05    A. I think comorbidities, if they're -- if
0017:06 they have multiple medical problems, cardiac,
0017:07 pulmonary, obstructive sleep apnea, if they're on
0017:08 large dose opioids. There are many, many, many
0017:09 factors.
0017:10    Q. Would you say that all these factors that
0017:11 we've discussed are particular to individual
0017:12 patients?
0017:13    A. Quite specific to the individual.
0017:14    Q. Do all patients respond to a medicine the
0017:15 same way?
0017:16    A. No, they do not.
0017:17    Q. Dr. Chaplick, I want to turn now to your
0017:18 personal experience prescribing the medicine
0017:19 Neurontin.
0017:20    A. Okay.
0017:21    Q. Have you prescribed Neurontin?
0017:22    A. Yes, I have.
0017:23    Q. You understand that Neurontin has been
0017:24 approved by the FDA for adjunctive treatment of
0017:25 epilepsy and for the treatment of postherpetic
0018:01 neuralgia?
0018:02    A. Yes. |

3

| | |
|---|---|
| **Page:** 0019:02 - 0019:04<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0019:02   Q.  And, Doctor, have you successfully<br>0019:03  prescribed Neurontin to patients for off-label<br>0019:04  conditions? |
| **Page:** 0019:07 - 0019:10<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0019:07   A.  Yes, I have.<br>0019:08   Q.  (By Ms. Willauer)  How many patients would<br>0019:09  you say total?<br>0019:10   A.  Have I -- |
| **Page:** 0019:12 - 0020:05<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0019:12   A.  Have I ever prescribed Neurontin to?<br>0019:13   Q.  (By Ms. Willauer)  Yes.<br>0019:14   A.  More than a thousand.<br>0019:15   Q.  And for which off-label conditions have you<br>0019:16  successfully treated patients with Neurontin?<br>0019:17   A.  Typically with nerve pain, neuralgia, or<br>0019:18  when patients describe a burning sensation to their<br>0019:19  pain, which could be from a variety of causes,<br>0019:20  whether it be postherpetic neuralgia, diabetic<br>0019:21  peripheral neuropathy, pinched nerves, which then<br>0019:22  could be from all different areas of the body,<br>0019:23  whether it's previous hernia surgery or herniated<br>0019:24  disk in their neck or their back.  Those are classes<br>0019:25  of patients I prescribe Neurontin for.<br>0020:01   Q.  Any other off-label conditions you can<br>0020:02  think of?<br>0020:03   A.  That would be the majority of them.<br>0020:04   Q.  Okay.<br>0020:05   A.  Trigeminal neuralgia. |
| **Page:** 0023:04 - 0023:07<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0023:04   Q.  Doctor, you also mentioned diabetic<br>0023:05  peripheral neuropathy.  Have you found Neurontin to<br>0023:06  be a safe and effective treatment for diabetic<br>0023:07  peripheral neuropathy? |
| **Page:** 0023:10 - 0024:08<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0023:10   A.  Yes.  In some patients, they have responded<br>0023:11  well to the drug.<br>0023:12   Q.  (By Ms. Willauer)  Is any prescription<br>0023:13  medication effective for all patients?<br>0023:14   A.  No.<br>0023:15   Q.  When did you first prescribe Neurontin for<br>0023:16  diabetic peripheral neuropathy?<br>0023:17   A.  We'll say 1997.<br>0023:18   Q.  And was -- again, was the observation of<br>0023:19  its performance with your patients a basis on which<br>0023:20  you continued to evaluate it for future patients?<br>0023:21   A.  Yes.<br>0023:22   Q.  Do you continue to prescribe Neurontin for<br>0023:23  diabetic peripheral neuropathy?<br>0023:24   A.  Yes.<br>0023:25   Q.  Why?<br>0024:01   A.  Because in the patients I've tried it on,<br>0024:02  they have found relief, subjective complaints of<br>0024:03  pain relief, and I want to continue the medication.<br>0024:04  They're tolerating it well without side effects.<br>0024:05   Q.  And for approximately how many patients<br>0024:06  have you prescribed Neurontin for diabetic<br>0024:07  peripheral neuropathy?<br>0024:08   A.  I'll say about 75. |

| | |
|---|---|
| **Page:** 0024:16 - 0025:13<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0024:16   Q. Have you found Neurontin to be a safe and<br>0024:17 effective treatment for trigeminal neuralgia?<br>0024:18   A. Yes. I have in some patients.<br>0024:19   Q. And after your first prescribed it for<br>0024:20 trigeminal neuralgia, was your observation with one<br>0024:21 patient the basis for your -- when you evaluated it<br>0024:22 for future use on other patients?<br>0024:23   A. Yes.<br>0024:24   Q. Do you continue to prescribe Neurontin for<br>0024:25 trigeminal neuralgia?<br>0025:01   A. In some patients, yes.<br>0025:02   Q. Why?<br>0025:03   A. In patients that tolerate the medication,<br>0025:04 that state it decreases their pain -- and by that, I<br>0025:05 mean decreasing their pain scores -- that I want to<br>0025:06 continue the medication because they find it<br>0025:07 helpful.<br>0025:08   Q. And for approximately how many patients<br>0025:09 have you prescribed Neurontin for trigeminal<br>0025:10 neuralgia?<br>0025:11   A. Totally?<br>0025:12   Q. Yes. Approximately.<br>0025:13   A. A hundred. |
| **Page:** 0026:13 - 0027:04<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0026:13   Q. Do you continue to prescribe Neurontin for<br>0026:14 nerve pain?<br>0026:15   A. Yes.<br>0026:16   Q. Why?<br>0026:17   A. Because I find it to be effective for many<br>0026:18 patients, as well as I believe there are some<br>0026:19 opioid-sparing effects which means we can maybe<br>0026:20 avoid giving patients habit-forming -- potentially<br>0026:21 habit-forming narcotic medications or decrease or<br>0026:22 keep the dose smaller than we might normally have to<br>0026:23 increase them to to get an adequate level of pain<br>0026:24 relief. So by adding another medication to the<br>0026:25 narcotic, we're getting better pain relief where I<br>0027:01 can keep the narcotic at a lower total does. Does<br>0027:02 that make sense?<br>0027:03   Q. Yes.<br>0027:04   A. Okay. |
| **Page:** 0029:13 - 0030:03<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0029:13   Q. Would you continue to refill your patients'<br>0029:14 Gabapentin prescriptions if it wasn't working for<br>0029:15 them?<br>0029:16   A. No.<br>0029:17   Q. Approximately how many patients here in the<br>0029:18 Kansas City area would you say you're currently<br>0029:19 treating on Neurontin, Gabapentin?<br>0029:20   A. I'm trying to think of my annual number of<br>0029:21 patients I see a year, dividing that by. . .<br>0029:22   Q. Approximately.<br>0029:23   A. Two hundred.<br>0029:24   Q. Doctor, do you prescribe Neurontin based on<br>0029:25 your independent medical judgment?<br>0030:01   A. Yes, I do.<br>0030:02   Q. Doctor, would you say that Neurontin has<br>0030:03 improved the lives of some of your patients? |

5

| | |
|---|---|
| **Page:** 0030:06 - 0030:21<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0030:06   A. Yes, I would.<br>0030:07   Q. (By Ms. Willauer) Why?<br>0030:08   A. In pain management, we treat suffering as<br>0030:09 well as pain. And when you see a patient on the<br>0030:10 very first evaluation and then you compare their<br>0030:11 follow-up visits to that initial evaluation,<br>0030:12 sometimes it's awfully dramatic and very<br>0030:13 self-fulfilling. It makes you glad you do what you<br>0030:14 do. It's very self-rewarding.<br>0030:15       And sometimes the addition of a single<br>0030:16 drug, whatever it is, and they come back and see you<br>0030:17 a week later, two weeks later, a month later, and<br>0030:18 it's a whole different person. It really is<br>0030:19 dramatic, and their pain scores have gone from an<br>0030:20 eight or a nine to a two or a three, whatever it<br>0030:21 might be. |
| **Page:** 0041:06 - 0041:12<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0041:06   Q. So, for instance, have you ever had -- been<br>0041:07 called upon to speak in any way in connection with<br>0041:08 advocating the use of Neurontin or Gabapentin?<br>0041:09   A. No, sir.<br>0041:10   Q. Has anybody paid you to do any research<br>0041:11 associated with Gabapentin or Neurontin?<br>0041:12   A. No, sir. |
| **Page:** 0042:11 - 0042:14<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0042:11   Q. (By Mr. McMichael) All right. Have you<br>0042:12 ever been paid to attend any continuing medical<br>0042:13 education that talked about Neurontin?<br>0042:14   A. No, sir. |
| **Page:** 0066:25 - 0067:22<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0066:25   Q. Do you think the efficacy you've observed<br>0067:01 over the past 12-plus years with prescribing<br>0067:02 Neurontin to thousands of patients is due to the<br>0067:03 placebo effect?<br>0067:04   A. No, I don't.<br>0067:05   Q. Did you ever see patients who experienced a<br>0067:06 benefit on Neurontin and have their symptoms return<br>0067:07 when they went off of it?<br>0067:08   A. Yes.<br>0067:09   Q. Did you put them back on?<br>0067:10   A. Yes.<br>0067:11   Q. What happened?<br>0067:12   A. Their symptoms improved. I even have some<br>0067:13 patients that might take the medication three times<br>0067:14 a day, and if they miss the midday dose, they --<br>0067:15 their pain reminds them that they missed their dose.<br>0067:16   Q. Would that happen, in your opinion, if the<br>0067:17 benefit was from the placebo effect?<br>0067:18   A. No, it would not.<br>0067:19   Q. Doctor, have you experienced any improper<br>0067:20 conduct with regard to Neurontin by any Pfizer,<br>0067:21 Warner Lambert or Parke-Davis sales representatives?<br>0067:22   A. No. |
| **Page:** 0068:21 - 0069:03<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0068:21   Q. Are you aware, Doctor, of anyone from<br>0068:22 Parke-Davis, Warner Lambert or Pfizer promoting<br>0068:23 Neurontin for off-label uses here in Missouri?<br>0068:24   A. Not that I'm aware of.<br>0068:25   Q. Has any sales representative from Pfizer,<br>0069:01 Warner Lambert or Parke-Davis ever detailed you<br>0069:02 about an off-label use for Neurontin?<br>0069:03   A. Not that I'm aware of. |

6

| | |
|---|---|
| **Page:** 0070:09 - 0070:19<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0070:09            Doctor, would it affect your<br>0070:10  ability to effectively treat your patients if you<br>0070:11  had to wait for statistically significant results to<br>0070:12  be found in a double blind, randomized control trial<br>0070:13  before prescribing a medication for an off-label<br>0070:14  use?<br>0070:15       A.  That would significantly hamper my ability<br>0070:16  to prescribe for my class or group of patients.<br>0070:17       Q.  Would such a restriction cause patients to<br>0070:18  be inappropriately denied the use of a safe and<br>0070:19  effective therapy like Neurontin? |
| **Page:** 0070:22 - 0071:16<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0070:22       A.  Potentially, yes.<br>0070:23       Q.  (By Ms. Willauer)  Will you continue to<br>0070:24  prescribe Neurontin to your patients for the off-<br>0070:25  label conditions we discussed today in the absence<br>0071:01  of randomized, controlled trials?<br>0071:02       A.  Yes.<br>0071:03       Q.  You believe that despite the lack of the<br>0071:04  randomized, controlled trials, it's still<br>0071:05  appropriate to prescribe for off-label conditions?<br>0071:06       A.  Yes.<br>0071:07       Q.  Doctor, as a physician, is it important to<br>0071:08  rely on your clinical experience rather than wait<br>0071:09  for randomized, controlled trials --<br>0071:10       A.  Yes.<br>0071:11       Q.  -- to show efficacy?<br>0071:12       A.  Yes.<br>0071:13       Q.  Doctor, am I correct that you use Neurontin<br>0071:14  or Gabapentin first line for some patients and as<br>0071:15  adjunctive therapy for other patients?<br>0071:16       A.  That's correct. |
| **Page:** 0071:17 - 0072:04<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0071:17       Q.  In general, Doctor, what is the success<br>0071:18  rate that you've found in treating neuropathic pain<br>0071:19  with Gabapentin, a percentage?<br>0071:20       A.  Well, to begin with, neuropathic pain can<br>0071:21  be refractory to most therapy, so I would say that<br>0071:22  at least 30 percent of patients with neuropathic<br>0071:23  pain don't respond to anything.  So with the 70<br>0071:24  percent of the patients that are left, I might give<br>0071:25  Gabapentin a 50/50.<br>0072:01       Q.  Doctor, how does that compare with other<br>0072:02  medications?<br>0072:03       A.  I would say as good or better than other<br>0072:04  drugs available. |
| **Page:** 0073:15 - 0073:24<br>**Issue:** ☐ Defendant's Designation | Chaplick, Mark - 03/16/2009<br>0073:15       Q.  Doctor, second column, last sentence of the<br>0073:16  first full paragraph, Off-label uses may become<br>0073:17  clinically acceptable without having FDA approved<br>0073:18  indication.  Do you agree with this statement?<br>0073:19       A.  Yes, I do.<br>0073:20       Q.  And why?<br>0073:21       A.  Because, once again, my practice uses an<br>0073:22  awful lot of medications that we utilize in an<br>0073:23  off-label capacity to try to treat pain and<br>0073:24  suffering. |