# EXHIBIT B-2

1

1              MISSOURI  CIRCUIT  COURT

2          TWENTY-SECOND  JUDICIAL  CIRCUIT

3            (CITY  OF  ST.  LOUIS)

4

5  ELIZABETH  JUDY  and  STEPHEN  BROWN,

6  individually  and  on  behalf  of

7  others  similarly  situated  as

8  Plaintiffs/Class  representatives,

9              Plaintiffs,

10  vs.               No.  22042-01946-02

11  PFIZER,  INC.,  individually  and  as

12  successor  in  interest  to  PARKE-

13  DAVIS  and  WARNER  LAMBERT,  INC.,

14            Defendants.

15

16

17      VIDEOTAPED  DEPOSITION  OF  MARK  B.

18  CHAPLICK,  D.O.,  a  Witness,  taken  on  behalf  of  the

19  Defendants,  before  Robin  Prouty,  CCR  No.  868,

20  pursuant  to  Notice  on  the  16th  day  of  March,  2009,

21  at  the  offices  of  Pain  Management  Associates,

22  1300  East  104th  Street,  Suite  100,  Kansas  City,

23  Missouri.

24

25  Job  No.:  194160

## 2

```
 1              APPEARANCES
 2       Appearing for the Plaintiffs was
 3   Mr. Daniel J. McMichael of McMichael and Logan,
 4   12166 Old Big Bend Road, Suite 99, Kirkwood,
 5   Missouri 63122.
 6       Appearing for the Defendants were
 7   Ms. Brigette L. Willauer and Mr. Douglas B. Maddock,
 8   Jr., of Shook, Hardy & Bacon, LLP, 2555 Grand
 9   Boulevard, Kansas City, Missouri 64108.
10       Also present was Mr. David Lombardo,
11   videographer.
12              INDEX
13   WITNESS:                   PAGE:
14   MARK B. CHAPLICK, D.O.
15       Examination by Ms. Willauer        5
         Examination by Mr. McMichael      31
16       Examination by Ms. Willauer       66
         Examination by Mr. McMichael      78
17       Examination by Ms. Willauer       81
18   EXHIBITS:            MARKED: IDENTIFIED:
19   Chaplick Exhibit 1      3      6
     Chaplick Exhibit A      3      31
20
     (Original exhibits attached to original transcript.)
21
22
23
24
25
```

## 3

```
 1        (Whereupon Chaplick Deposition Exhibit
 2   No. 1 and Chaplick Deposition Exhibit A were marked
 3   for identification by the reporter.)
 4        THE VIDEOGRAPHER: Good afternoon. 03:49:04PM
 5   My name is David Lombardo of Veritext. Today is    03:49:05PM
 6   Monday, March 16, year 2009. The time is 3:49 p.m. 03:49:09PM
 7   This deposition is being held at the offices of Pain 03:49:15PM
 8   Management Associates, located at 1300 East 104th   03:49:19PM
 9   Street, Kansas City, Missouri.          03:49:24PM
10        The caption of this case is Elizabeth Judy 03:49:26PM
11   and Stephen Brown, et al., versus Pfizer,       03:49:29PM
12   Incorporated, in the Missouri Circuit Court,     03:49:34PM
13   Twenty-Second Judicial Circuit, City of St. Louis.  03:49:37PM
14   The name of the witness is Dr. Mark B. Chaplick. At 03:49:40PM
15   this time, will the attorneys voice identify       03:49:44PM
16   themselves and state whom you represent?       03:49:46PM
17        MR. MCMICHAEL: My name is Dan       03:49:49PM
18   McMichael. I represent Elizabeth Judy and Mr. Brown 03:49:50PM
19   and the class.              03:49:53PM
20        MS. WILLAUER: Brigette Willauer and 03:49:54PM
21   my colleague Doug Maddock from Shook, Hardy & Bacon 03:49:58PM
22   for the defendants, Pfizer and Warner Lambert.   03:50:00PM
23        THE VIDEOGRAPHER: Will Robin Prouty 03:50:01PM
24   of Veritext please administer the oath at this time. 
25        MARK B. CHAPLICK, D.O.,
```

## 4

```
 1   being first duly sworn, testified under oath as
 2   follows:                  03:50:12PM
 3        MR. MCMICHAEL: Per our discussion   03:50:13PM
 4   before we got started, I wanted to make a record at 03:50:15PM
 5   this time that I would object to any expert opinion 03:50:17PM
 6   offered by the doctor because his designation does 03:50:21PM
 7   not comply with the case management Order for expert 03:50:26PM
 8   witnesses in that no report showing the basis for  03:50:29PM
 9   his opinions was provided prior to the deposition  03:50:35PM
10   today.                   03:50:38PM
11        Furthermore, to the extent he's offered as 03:50:38PM
12   a fact witness, I'll object to that since no     03:50:42PM
13   affidavit was provided prior to today. I'm also   03:50:46PM
14   objecting to his testimony to the extent that it   03:50:48PM
15   relies upon hearsay. Subject to that, we can     03:50:51PM
16   proceed.
17        MS. WILLAUER: For the record,     03:50:54PM
18   defendants response is Dr. Chaplick was disclosed on 03:50:56PM
19   defendants' February 27, 2009 Disclosure of Proposed 03:50:59PM
20   Witnesses in Opposition to Plaintiffs' Motion for  03:51:03PM
21   Class Certification. He is not a retained expert;  03:51:05PM
22   therefore, no report is needed. Dr. Chaplick will  03:51:09PM
23   be asked to testify to his own clinical experiences 03:51:12PM
24   in prescribing Neurontin.            03:51:16PM
25              EXAMINATION        03:51:19PM
```

## 5

```
 1   BY MS. WILLAUER:                03:51:19PM
 2       Q. Would you please state your full name for 03:51:20PM
 3   the record?               03:51:21PM
 4       A. Mark Bernard Chaplick.         03:51:21PM
 5       Q. Good afternoon, Dr. Chaplick. Thank you 03:51:24PM
 6   for being here. Again, as you -- as you heard, my 03:51:25PM
 7   name is Brigette Willauer, and I represent Pfizer 03:51:28PM
 8   and Warner Lambert. And I'm going to take a few   03:51:31PM
 9   moments now to give you a little background about  03:51:34PM
10   what we're doing here.             03:51:37PM
11       Plaintiffs have filed a proposed       03:51:38PM
12   class-action lawsuit against Pfizer and Warner   03:51:42PM
13   Lambert relating to the marketing of the medicine  03:51:43PM
14   Neurontin. I'll be focusing on your experience    03:51:45PM
15   prescribing Neurontin and specifically the use of 03:51:47PM
16   Neurontin for off-label uses. Do you understand  03:51:50PM
17   that?                   03:51:52PM
18       A. Yes.                 03:51:52PM
19       Q. And I imagine the term is very familiar to 03:51:52PM
20   you, but when I say off label, I'm referring to    03:51:56PM
21   prescription of a medicine for use not specifically 03:52:00PM
22   approved by the FDA. Is that okay?         03:52:02PM
23       A. Yes.                 03:52:04PM
24       Q. And by Neurontin, I'm using it in a broad 03:52:05PM
25   sense to mean either the branded name Neurontin or 03:52:08PM
```

2 (Pages 2 to 5)

**6**

1   its generic version, Gabapentin.            03:52:11PM
2       A. Yes.                        03:52:13PM
3       Q. And I'm not going to ask you about nor    03:52:14PM
4   inquire about any specific patients and won't ask   03:52:16PM
5   you to include any names or any other personal    03:52:18PM
6   identifying information.                03:52:22PM
7       Dr. Chaplick, have you been deposed before?  03:52:23PM
8       A. Yes.                        03:52:26PM
9       Q. You're probably somewhat familiar with the  03:52:27PM
10  procedure, but a few general rules are we cannot   03:52:29PM
11  talk at the same time. As good as Robin here is,   03:52:32PM
12  she cannot take us both down at the same time. We  03:52:36PM
13  want to get a full record of your testimony. And if  03:52:38PM
14  you don't understand a question, just let me know   03:52:40PM
15  and I'll try to rephrase it for you. Agree?     03:52:43PM
16      A. Yes.                        03:52:45PM
17      Q. And if Mr. McMichael or I take issue with   03:52:45PM
18  the form of a question, you may hear objections. In  03:52:48PM
19  rare cases, limited discussion. Unless you're    03:52:51PM
20  instructed not to answer after the objection, you   03:52:54PM
21  can answer. Okay?                  03:52:56PM
22      A. Okay.                       03:52:57PM
23      Q. Doctor, I've handed you what's been marked  03:53:04PM
24  as Deposition Exhibit 1. Can you tell us what that  03:53:06PM
25  is?                          03:53:09PM

**7**

1       A. This looks like my curriculum vitae.     03:53:09PM
2       Q. And, Doctor, a little about your       03:53:13PM
3   background. You are a doctor of osteopathic     03:53:16PM
4   medicine, correct?                  03:53:18PM
5       A. Correct.                      03:53:18PM
6       Q. Doctor, among other locations, you have a   03:53:20PM
7   practice here in Kansas City, Missouri?        03:53:24PM
8       A. Yes.                        03:53:26PM
9       Q. What is the name of your practice here in   03:53:26PM
10  Kansas City?                     03:53:28PM
11      A. Our group's practice -- our group's name is  03:53:29PM
12  Pain Management Associates. The practice location  03:53:34PM
13  here is the KC Pain south location. We also have a  03:53:36PM
14  KC Pain east location, and then we provide pain    03:53:40PM
15  management services at a variety of outpatient    03:53:42PM
16  hospital settings throughout the Kansas City area.  03:53:45PM
17      Q. And what's your title, Doctor, here at Pain  03:53:48PM
18  Management Associates?                03:53:51PM
19      A. I was the medical director of our group for  03:53:51PM
20  the last 11 years. No longer. I resigned that    03:53:54PM
21  position to one of my partners. So I'm a practicing  03:54:01PM
22  anesthesiologist partner.              03:54:04PM
23      Q. And when you were medical director for the  03:54:04PM
24  past 11 years, you said, what were your duties and   03:54:07PM
25  responsibilities as medical director?         03:54:09PM

**8**

1       A. They were vast and varied. Most of the    03:54:10PM
2   times, keeping my eight or nine other partners in   03:54:14PM
3   line, chairing our monthly meetings, providing    03:54:19PM
4   information regarding our financial status as well  03:54:23PM
5   as practice opportunities within the city, what was  03:54:29PM
6   happening with insurance carriers, workman's comp  03:54:33PM
7   and so forth.                     03:54:37PM
8       Q. And how long have you been with Pain     03:54:38PM
9   Management Associates?               03:54:42PM
10      A. I've been with our group now 13 years.     03:54:42PM
11      Q. And do you currently hold -- you mentioned  03:54:53PM
12  Pain Management Associates as well as other hospital  03:54:58PM
13  settings. I see on your CV staff anesthesiologist,  03:55:00PM
14  Anesthesia Associates of Kansas City. Do you still  03:55:04PM
15  currently hold that position?             03:55:07PM
16      A. Well, Anesthesia Associates of Kansas City  03:55:08PM
17  is our parent company. Pain Management Associates   03:55:10PM
18  is a sub -- subset of Anesthesia Associates of    03:55:13PM
19  Kansas City.                     03:55:17PM
20      Q. Are you currently a practicing         03:55:18PM
21  anesthesiologist?                   03:55:21PM
22      A. Yes. But I only provide pain management    03:55:21PM
23  services.                       03:55:25PM
24      Q. And what is the -- what would you say the   03:55:26PM
25  general nature of your practice is?          03:55:29PM

**9**

1       A. See patients with acute and chronic pain.   03:55:30PM
2   Most patients are referred to our practice for a   03:55:35PM
3   variety of -- variety of reasons, many times back   03:55:37PM
4   pain, postsurgical pain, cancer pain, shingles,    03:55:39PM
5   broken ribs, headaches, surgeries that have not gone  03:55:44PM
6   the way that were anticipated, and a variety of    03:55:49PM
7   other pain syndromes.                03:55:52PM
8       Q. As part of your practice, Doctor, do you   03:55:54PM
9   write prescriptions?                 03:55:56PM
10      A. Often.                       03:55:57PM
11      Q. And do you have a particular specialty?    03:55:58PM
12      A. Pain management.                 03:56:02PM
13      Q. Overall, Doctor, how many patients do you   03:56:04PM
14  see in a typical week in the clinical setting?    03:56:06PM
15      A. I would say approximately 100.         03:56:10PM
16      Q. And additional over the 100 in the hospital  03:56:14PM
17  setting as well?                   03:56:18PM
18      A. Could be, yes.                   03:56:18PM
19      Q. And how many would that be typically?     03:56:19PM
20      A. Varies from zero to 15 on a weekly basis.   03:56:22PM
21      Q. Before joining Pain Management Associates,  03:56:31PM
22  where did you practice?                03:56:33PM
23      A. I was in private practice with one other   03:56:34PM
24  physician in Lee's Summit, Missouri.         03:56:37PM
25      Q. I noticed that on Page 2 of your CV. At    03:56:40PM

3 (Pages 6 to 9)

10

1   Lee's Summit Hospital; is that correct?      03:56:42PM
2      A. Yes.                              03:56:45PM
3      Q. And some of the positions I see that you   03:56:45PM
4   held were, first, chairman, Department of      03:56:48PM
5   Anesthesia?                            03:56:51PM
6      A. Yes.                              03:56:51PM
7      Q. What were your duties and responsibilities  03:56:51PM
8   of that -- in that position?               03:56:53PM
9      A. Although it was a very small hospital,   03:56:55PM
10  everything related to Department of Anesthesia came  03:56:58PM
11  under my umbrella, if you will, quality assurance,   03:57:00PM
12  maintenance of an organized surgery schedule,   03:57:04PM
13  adequate staffing for anesthesia, our rooms.   03:57:08PM
14     Q. And then I see past president, medical   03:57:11PM
15  staff. Could you explain to us that position?   03:57:15PM
16     A. It's a elected position. It's the   03:57:16PM
17  physician liaison with the entire medical staff.   03:57:21PM
18  You do serve as board of directors for at least a   03:57:24PM
19  year before, during -- I think one year post as past  03:57:27PM
20  president.                             03:57:32PM
21     Q. Maybe I missed it, but you said it was an   03:57:33PM
22  elected position?                        03:57:36PM
23     A. By the medical staff, yeah.          03:57:36PM
24     Q. By the medical staff?               03:57:38PM
25     A. Yes. I'm sorry.                     03:57:39PM

11

1      Q. And next, past chairman at Lee's Summit   03:57:40PM
2   Hospital, the Department of Surgery, can you explain  03:57:42PM
3   that position for us?                     03:57:44PM
4      A. So at one point, I believe, I was no longer  03:57:45PM
5   chairman of the Department of Anesthesia, but I was   03:57:50PM
6   elected to be department chair, Department of   03:57:53PM
7   Surgery.                              03:57:55PM
8      Q. And then finally, past member, board of   03:57:55PM
9   directors, can you explain that for us?      03:57:58PM
10     A. And that pretty much coincided with being   03:57:59PM
11  on the board with the medical staff. Actually, I   03:58:02PM
12  was on the board of directors both as       03:58:05PM
13  department -- Anesthesia Department, you were on the  03:58:09PM
14  board as well as being the chairman of the medical   03:58:10PM
15  staff -- or president of the medical staff. So I   03:58:13PM
16  was on the board for several years.         03:58:15PM
17     Q. So it appears from your employment history   03:58:18PM
18  on your CV that you've been working as a physician   03:58:21PM
19  and prescribing medications in Missouri since 1988;   03:58:24PM
20  is that fair to say?                      03:58:30PM
21     A. Probably '87, when I finished my residency.  03:58:31PM
22     Q. So approximately, let's see, 22 years?   03:58:35PM
23     A. Yes.                             03:58:38PM
24     Q. And let's briefly cover your educational   03:58:40PM
25  background.

12

1      A. Okay.                            03:58:43PM
2      Q. Where did you attend medical school,   03:58:43PM
3   Doctor?                               03:58:45PM
4      A. The University of Health Sciences in   03:58:45PM
5   Des Moines, Iowa.                        03:58:49PM
6      Q. And what year did you graduate?      03:58:49PM
7      A. I graduated there in -- I'll have to go   03:58:51PM
8   back over all this. '83.                   03:58:55PM
9      Q. Did part of that education include training  03:59:01PM
10  that qualifies you to prescribe medications?   03:59:03PM
11     A. Yes.                             03:59:06PM
12     Q. Did you do a residency or an internship?  03:59:07PM
13     A. Yes. Both.                        03:59:10PM
14     Q. Can you tell me where you did each of   03:59:11PM
15  those?
16     A. They were both at the same place,   03:59:12PM
17  Youngstown, Ohio, Western Reserve Care System.   03:59:16PM
18     Q. And what year did you complete your   03:59:19PM
19  residency?                            03:59:21PM
20     A. 1987.                           03:59:21PM
21     Q. Did part of that residency and internship   03:59:23PM
22  training also relate to the prescription of   03:59:26PM
23  medications?                          03:59:28PM
24     A. Yes.                             03:59:29PM
25     Q. So you prescribed medications during both   03:59:30PM

13

1   your internship and residency?             03:59:35PM
2      A. Yes.                             03:59:36PM
3      Q. Doctor, can you tell us what your board   03:59:37PM
4   certifications are?                      03:59:39PM
5      A. Board-certified by the American Board of   03:59:40PM
6   Anesthesiology and the American Academy of Pain   03:59:43PM
7   Medicine. That's actually a typo on my CV. It's -- 03:59:46PM
8   pardon me.                            03:59:51PM
9      Q. American Academy of Pain Medicine?   03:59:51PM
10     A. Yeah. This needs to be updated. There's   03:59:54PM
11  an American Board of Pain Medicine, ABPM, that's not  03:59:56PM
12  on here. That's why I thought this looked old.   04:00:00PM
13     Q. Okay.                            04:00:03PM
14     A. This CV.                          04:00:03PM
15     Q. And where are you currently licensed,   04:00:09PM
16  Doctor?                               04:00:11PM
17     A. Missouri, Kansas and Ohio. The Ohio   04:00:12PM
18  license is inactive or dormant.            04:00:15PM
19     Q. In your practice today, do you prescribe   04:00:22PM
20  medicines off label to patients here in Missouri?   04:00:26PM
21     A. Yes.                             04:00:28PM
22     Q. How often, would you say?           04:00:28PM
23     A. Quite often.                       04:00:31PM
24     Q. Daily?                            04:00:32PM
25     A. Probably.                         04:00:33PM

4 (Pages 10 to 13)

14

1    Q. And in general, Doctor, why do you        04:00:34PM
2    prescribe a medicine for an off-label use?        04:00:38PM
3            MR. MCMICHAEL: I'm going to object to    04:00:40PM
4    the form of the question, so broad as to be        04:00:41PM
5    irrelevant unless it's restricted to Gabapentin.    04:00:44PM
6    Subject to that, you can answer.        04:00:47PM
7    A. I prescribe medications for patients that I    04:00:48PM
8    feel they've failed other medications. They are put    04:00:52PM
9    on a trial of medication they may respond to, and if    04:00:57PM
10   they do, I'll keep them on that medication.        04:01:00PM
11       In pain medicine, we see a lot of patients    04:01:03PM
12   that are very difficult. They're very difficult to    04:01:08PM
13   treat. Many other doctors do not want to treat    04:01:12PM
14   these patients, and they might find them undesirable    04:01:15PM
15   as patients. Therefore, we have to find something    04:01:19PM
16   that we can offer them that has not been explored by    04:01:22PM
17   other means, which many times means utilizing drugs    04:01:25PM
18   off label.        04:01:29PM
19   Q. (By Ms. Willauer) I think you already        04:01:31PM
20   answered this, but is it typical in your field of    04:01:32PM
21   pain management to prescribe drugs off label?        04:01:35PM
22   A. It's very common.        04:01:38PM
23   Q. Doctor, do you use your own independent    04:01:40PM
24   medical judgment when treating your patients?    04:01:43PM
25   A. Yes, I do.        04:01:45PM

15

1    Q. And do you use your own independent medical    04:01:45PM
2    judgment when you prescribe medications to your    04:01:49PM
3    patients?        04:01:51PM
4    A. Yes, I do.        04:01:52PM
5    Q. In exercising your independent medical    04:01:52PM
6    judgment and deciding what to prescribe, do you    04:01:54PM
7    weigh the potential benefits of a particular    04:01:57PM
8    medicine against any potential risks?        04:02:00PM
9    A. Of course.        04:02:02PM
10   Q. Do you know for a certain that a particular    04:02:04PM
11   medicine will work for a patient -- for a particular    04:02:05PM
12   patient before you prescribe it?        04:02:08PM
13   A. No, I do not.        04:02:09PM
14   Q. Is off-label prescribing, Doctor, important    04:02:11PM
15   to your practice?        04:02:14PM
16   A. Very important.        04:02:15PM
17   Q. Why?        04:02:15PM
18   A. Because without off-label prescribing, I    04:02:16PM
19   would have -- we would have minimal or not nearly    04:02:19PM
20   the selection of drugs, drug classes and the number    04:02:22PM
21   of drugs to utilize that we have by using them off    04:02:27PM
22   label.        04:02:32PM
23   Q. Doctor, can you please walk us through some    04:02:33PM
24   of the factors that you consider when prescribing a    04:02:35PM
25   medication to a particular patient?        04:02:38PM

16

1    A. Sure. A lot of that will depend upon the    04:02:39PM
2    patient's history, their physical examination, and    04:02:42PM
3    oftentimes the length or the extent of their pain,    04:02:46PM
4    keeping in mind all the patients who come to see us    04:02:49PM
5    have pain. So if they've had pain for three weeks,    04:02:52PM
6    that's quite different than a patient that's had    04:02:55PM
7    pain for 20 years.        04:02:58PM
8        If they've had pain for an extensive period    04:02:58PM
9    of time or what we consider chronic pain, by    04:02:59PM
10   definition, greater than three months, we can then    04:03:03PM
11   go through the litany of medications they may or may    04:03:05PM
12   not have tried and util -- looking at both types of    04:03:08PM
13   drug, classes of drugs, then which drugs within that    04:03:11PM
14   class. Obviously, drugs that have been treatment    04:03:15PM
15   failures would not want to retry, typically, and    04:03:18PM
16   then see what other opportunities we might have for    04:03:22PM
17   the kind of pain they're having and the extent and    04:03:24PM
18   severity of that pain.        04:03:27PM
19   Q. Are -- would other factors be, for        04:03:30PM
20   instance, a patient's allergies?        04:03:33PM
21   A. Of course.        04:03:34PM
22   Q. A patient's gender?        04:03:35PM
23   A. Maybe not gender so often. There might be    04:03:39PM
24   a few situations there. But most definitely allergy    04:03:42PM
25   status or previous medications they've tried.        04:03:48PM

17

1    Q. And perhaps their age?        04:03:50PM
2    A. Absolutely.        04:03:52PM
3    Q. Any other patient-specific factors we    04:03:53PM
4    haven't talked about?        04:03:57PM
5    A. I think comorbidities, if they're -- if    04:04:00PM
6    they have multiple medical problems, cardiac,    04:04:03PM
7    pulmonary, obstructive sleep apnea, if they're on    04:04:06PM
8    large dose opioids. There are many, many, many    04:04:10PM
9    factors.        04:04:15PM
10   Q. Would you say that all these factors that    04:04:16PM
11   we've discussed are particular to individual    04:04:19PM
12   patients?        04:04:21PM
13   A. Quite specific to the individual.        04:04:22PM
14   Q. Do all patients respond to a medicine the    04:04:27PM
15   same way?        04:04:30PM
16   A. No, they do not.        04:04:30PM
17   Q. Dr. Chaplick, I want to turn now to your    04:04:34PM
18   personal experience prescribing the medicine    04:04:37PM
19   Neurontin.        04:04:39PM
20   A. Okay.        04:04:40PM
21   Q. Have you prescribed Neurontin?        04:04:40PM
22   A. Yes, I have.        04:04:42PM
23   Q. You understand that Neurontin has been    04:04:43PM
24   approved by the FDA for adjunctive treatment of    04:04:45PM
25   epilepsy and for the treatment of postherpetic    04:04:50PM

5 (Pages 14 to 17)

18

1  neuralgia?                          04:04:52PM
2  A. Yes.                             04:04:52PM
3  Q. Do you recall when you first started        04:04:54PM
4  prescribing Neurontin?               04:04:56PM
5  A. For the most part, yes. I can't tell you    04:04:56PM
6  the exact year. It's been, my best guess, about 12  04:04:59PM
7  years ago. And I was actually at a medical staff   04:05:12PM
8  meeting at Research Medical Center, and one of our  04:05:12PM
9  senior partners who did pain management, a      04:05:16PM
10  soon-to-be-retiring anesthesiologist, had an article  04:05:20PM
11  about the use of Neurontin in pain -- painful    04:05:24PM
12  problems, painful situations. I don't recall the   04:05:30PM
13  name of the journal or the author, but it looked   04:05:33PM
14  really interesting, that it appeared to be very    04:05:35PM
15  effective in patients that had nerve pain,     04:05:39PM
16  neuropathic-type pain.               04:05:43PM
17  And I remember, for a while, I had the name  04:05:43PM
18  wrong. I remember I looked at the name one time --  04:05:49PM
19  and I always thought it was Neuropentin. I had a   04:05:52PM
20  combination of Neurontin and Gabapentin. It's the  04:05:56PM
21  first thing you read of this drug is this long name.  04:05:56PM
22  And once I had researched it further, I realized the  04:05:59PM
23  name of this drug. I remember because I kind of had  04:06:02PM
24  the name of the drug wrong, so. . . But that was my  04:06:04PM
25  first exposure to it, and he had expressed that    04:06:07PM

19

1  it -- he had a lot of optimism.           04:06:10PM
2  Q. And, Doctor, have you successfully       04:06:16PM
3  prescribed Neurontin to patients for off-label    04:06:19PM
4  conditions?                          04:06:21PM
5  MR. MCMICHAEL: Object to the form of    04:06:21PM
6  the question.                        04:06:22PM
7  A. Yes, I have.                      04:06:23PM
8  Q. (By Ms. Willauer) How many patients would  04:06:24PM
9  you say total?                       04:06:26PM
10  A. Have I --                        04:06:27PM
11  MR. MCMICHAEL: Same objection.        04:06:28PM
12  A. Have I ever prescribed Neurontin to?      04:06:28PM
13  Q. (By Ms. Willauer) Yes.             04:06:31PM
14  A. More than a thousand.               04:06:32PM
15  Q. And for which off-label conditions have you  04:06:33PM
16  successfully treated patients with Neurontin?    04:06:37PM
17  A. Typically with nerve pain, neuralgia, or   04:06:39PM
18  when patients describe a burning sensation to their  04:06:45PM
19  pain, which could be from a variety of causes,    04:06:48PM
20  whether it be postherpetic neuralgia, diabetic    04:06:52PM
21  peripheral neuropathy, pinched nerves, which then  04:06:56PM
22  could be from all different areas of the body,    04:06:59PM
23  whether it's previous hernia surgery or herniated   04:07:01PM
24  disk in their neck or their back. Those are classes  04:07:04PM
25  of patients I prescribe Neurontin for.       04:07:08PM

20

1  Q. Any other off-label conditions you can     04:07:10PM
2  think of?                           04:07:12PM
3  A. That would be the majority of them.      04:07:13PM
4  Q. Okay.                            04:07:15PM
5  A. Trigeminal neuralgia.               04:07:20PM
6  THE REPORTER: I'm sorry, I didn't get
7  it.
8  THE WITNESS: Trigeminal neuralgia.
9  I'm sorry.                           04:07:26PM
10  Q. (By Ms. Willauer) Doctor, let's talk about  04:07:26PM
11  those one at a time. Let's go back. You mentioned  04:07:28PM
12  postherpetic neuralgia?              04:07:32PM
13  A. Yes.                             04:07:32PM
14  Q. What years did you prescribe it for post --  04:07:33PM
15  you know, we see the indication in 2002.     04:07:36PM
16  A. Oh, I prescribed it long before 2002.     04:07:38PM
17  Q. Let's talk about each of those one at a    04:07:44PM
18  time --                             04:07:47PM
19  A. Okay.                            04:07:47PM
20  Q. -- Doctor. For postherpetic neuralgia,     04:07:48PM
21  have you found Neurontin to be an effective      04:07:51PM
22  treatment for postherpetic neuralgia in some of your  04:07:53PM
23  patients?                           04:07:53PM
24  A. Personally, I have.               04:07:56PM
25  Q. When did you first prescribe Neurontin for  04:07:59PM

21

1  postherpetic neuralgia? You mentioned before 2002.  04:08:02PM
2  Do you remember what year?              04:08:07PM
3  A. At least five years prior to that.      04:08:10PM
4  Q. When you first prescribed it for        04:08:14PM
5  postherpetic neuralgia, was your observation of its  04:08:17PM
6  performance with your patients a basis on which you  04:08:19PM
7  evaluated it for future patients?           04:08:23PM
8  A. Yes.                             04:08:25PM
9  Q. Do you continue to prescribe Neurontin for  04:08:25PM
10  postherpetic neuralgia?              04:08:29PM
11  A. I do.                            04:08:30PM
12  Q. Why?                             04:08:30PM
13  A. Because I find it to be very effective.    04:08:31PM
14  Q. Can you explain that for us?           04:08:36PM
15  A. Sure. Patients that have had shingles and  04:08:38PM
16  have developed postherpetic neuralgia are refractory  04:08:41PM
17  to a lot of treatment, sometimes all treatment.   04:08:46PM
18  Usually they don't respond to narcotics. And other  04:08:49PM
19  medications are extremely toxic, like Tegretol --   04:08:52PM
20  Carbamazepine, Tegretol. And these are often     04:08:58PM
21  elderly patients, very sensitive to medications.   04:09:02PM
22  Where Neurontin or Gabapentin was able to be a lot  04:09:05PM
23  less toxic, not require blood monitoring, and    04:09:08PM
24  patients seem to respond pretty well, actually on   04:09:12PM
25  very low doses, lower than what you might expect or  04:09:14PM

6 (Pages 18 to 21)

22

1    would be suggested for treatment of seizures.    04:09:19PM
2        Q. For approximately how many patients have    04:09:22PM
3    you prescribed Neurontin for postherpetic neuralgia? 04:09:24PM
4        A. Over a hundred.    04:09:31PM
5        Q. I mention -- you testified that you thought 04:09:36PM
6    Neurontin was an effective treatment for    04:09:40PM
7    postherpetic neuralgia. Would you also say that    04:09:43PM
8    Neurontin is a safe treatment for postherpetic    04:09:45PM
9    neuralgia?    04:09:47PM
10       A. Yes.    04:09:48PM
11       Q. Why?    04:09:49PM
12       A. I don't know of any problems with organ    04:09:54PM
13   failure associated with Neurontin. I think there's 04:09:57PM
14   a ceiling effect for each patient where the side    04:10:01PM
15   effects will make them want to stop the medication   04:10:05PM
16   or call you so that you'll have to reduce the dose   04:10:08PM
17   or stop the drug totally. And it's usually things   04:10:13PM
18   like sedation, forgetfulness, confusion, maybe    04:10:17PM
19   dizziness, maybe blurred vision, maybe eyes    04:10:20PM
20   flickering back and forth, nystagmus.    04:10:24PM
21       Oftentimes those side effects will preclude    04:10:27PM
22   us from either continuing the drug or raising the    04:10:30PM
23   level of drug so that -- it's either well-tolerated 04:10:34PM
24   or it's not well-tolerated.    04:10:38PM
25       Q. And, Doctor, is your experience with    04:10:39PM

23

1    Neurontin and postherpetic neuralgia based on your  04:10:41PM
2    firsthand clinical experience?    04:10:46PM
3        A. Yes.    04:10:50PM
4        Q. Doctor, you also mentioned diabetic    04:10:51PM
5    peripheral neuropathy. Have you found Neurontin to 04:10:55PM
6    be a safe and effective treatment for diabetic    04:10:59PM
7    peripheral neuropathy?    04:11:01PM
8        MR. MCMICHAEL: Object to the form of    04:11:02PM
9    the question.    04:11:04PM
10       A. Yes. In some patients, they have responded 04:11:04PM
11   well to the drug.    04:11:06PM
12       Q. (By Ms. Willauer) Is any prescription    04:11:07PM
13   medication effective for all patients?    04:11:09PM
14       A. No.    04:11:12PM
15       Q. When did you first prescribe Neurontin for  04:11:12PM
16   diabetic peripheral neuropathy?    04:11:16PM
17       A. We'll say 1997.    04:11:20PM
18       Q. And was -- again, was the observation of    04:11:23PM
19   its performance with your patients a basis on which 04:11:26PM
20   you continued to evaluate it for future patients?   04:11:31PM
21       A. Yes.    04:11:34PM
22       Q. Do you continue to prescribe Neurontin for  04:11:34PM
23   diabetic peripheral neuropathy?    04:11:37PM
24       A. Yes.    04:11:37PM
25       Q. Why?    04:11:37PM

24

1        A. Because in the patients I've tried it on,   04:11:37PM
2    they have found relief, subjective complaints of    04:11:42PM
3    pain relief, and I want to continue the medication. 04:11:46PM
4    They're tolerating it well without side effects.    04:11:49PM
5        Q. And for approximately how many patients    04:11:52PM
6    have you prescribed Neurontin for diabetic    04:11:55PM
7    peripheral neuropathy?    04:11:58PM
8        A. I'll say about 75.    04:12:01PM
9        Q. Is your experience with diabetic peripheral 04:12:06PM
10   neuropathy and Neurontin based on your firsthand    04:12:08PM
11   clinical experience?    04:12:11PM
12       A. Yes.    04:12:12PM
13       Q. You also mentioned trigeminal neuralgia,    04:12:14PM
14   Doctor.    04:12:17PM
15       A. Yes.    04:12:18PM
16       Q. Have you found Neurontin to be a safe and   04:12:18PM
17   effective treatment for trigeminal neuralgia?    04:12:21PM
18       A. Yes. I have in some patients.    04:12:23PM
19       Q. And after your first prescribed it for    04:12:26PM
20   trigeminal neuralgia, was your observation with one 04:12:30PM
21   patient the basis for your -- when you evaluated it 04:12:33PM
22   for future use on other patients?    04:12:36PM
23       A. Yes.    04:12:38PM
24       Q. Do you continue to prescribe Neurontin for  04:12:39PM
25   trigeminal neuralgia?    04:12:42PM

25

1        A. In some patients, yes.    04:12:42PM
2        Q. Why?    04:12:45PM
3        A. In patients that tolerate the medication,   04:12:47PM
4    that state it decreases their pain -- and by that, I 04:12:51PM
5    mean decreasing their pain scores -- that I want to 04:12:54PM
6    continue the medication because they find it    04:12:58PM
7    helpful.    04:13:00PM
8        Q. And for approximately how many patients    04:13:00PM
9    have you prescribed Neurontin for trigeminal    04:13:03PM
10   neuralgia?    04:13:07PM
11       A. Totally?    04:13:07PM
12       Q. Yes. Approximately.    04:13:08PM
13       A. A hundred.    04:13:14PM
14       Q. Okay. Is your experience with Neurontin    04:13:15PM
15   and trigeminal neuralgia based on your personal    04:13:20PM
16   firsthand clinical experience?    04:13:24PM
17       A. Yes.    04:13:25PM
18       Q. You also mentioned, Doctor -- you said    04:13:25PM
19   neuralgia. Are there other types of neuralgia    04:13:31PM
20   besides trigeminal neuralgia?    04:13:34PM
21       A. Well, the definition of neuralgia really is 04:13:36PM
22   nerve pain.    04:13:38PM
23       Q. Okay.    04:13:39PM
24       A. So if you have a pinched nerve in your neck 04:13:39PM
25   and you've got burning sensation in your arm, that  04:13:42PM

7 (Pages 22 to 25)

26

1   is a neuralgia as well, if you will. So I kind of    04:13:45PM
2   use that as a global term, not being very specific    04:13:50PM
3   on what nerve.    04:13:54PM
4       Q. So with nerve pain say in the neck that you    04:13:54PM
5   mentioned, have you found Neurontin to be a safe and    04:13:57PM
6   effective treatment for some of your patients?    04:13:59PM
7       A. In some patients, yes.    04:14:01PM
8       Q. When did you first start prescribing    04:14:03PM
9   Neurontin for the nerve pain that you mentioned?    04:14:06PM
10      A. Probably about as soon as I learned that    04:14:08PM
11  there was a medication called Neurontin available    04:14:10PM
12  that we could prescribe.    04:14:12PM
13      Q. Do you continue to prescribe Neurontin for    04:14:15PM
14  nerve pain?    04:14:20PM
15      A. Yes.    04:14:20PM
16      Q. Why?    04:14:20PM
17      A. Because I find it to be effective for many    04:14:21PM
18  patients, as well as I believe there are some    04:14:24PM
19  opioid-sparing effects which means we can maybe    04:14:27PM
20  avoid giving patients habit-forming -- potentially    04:14:31PM
21  habit-forming narcotic medications or decrease or    04:14:34PM
22  keep the dose smaller than we might normally have to    04:14:36PM
23  increase them to to get an adequate level of pain    04:14:40PM
24  relief. So by adding another medication to the    04:14:42PM
25  narcotic, we're getting better pain relief where I    04:14:46PM

27

1   can keep the narcotic at a lower total does. Does    04:14:48PM
2   that make sense?    04:14:52PM
3       Q. Yes.    04:14:53PM
4       A. Okay.    04:14:53PM
5       Q. Is it important for you to have    04:14:53PM
6   alternatives to habit-forming medications?    04:14:56PM
7       A. Very much -- very, very important.    04:14:57PM
8       Q. Why?    04:15:00PM
9       A. Everyone that is in pain can't receive    04:15:01PM
10  narcotics, and some patients have a -- do have    04:15:05PM
11  history of substance abuse that are in a situation    04:15:08PM
12  that writing for narcotic medications might not be    04:15:16PM
13  the best first line of therapy, and we want to    04:15:20PM
14  exhaust all other lines of therapy before we have to    04:15:23PM
15  resort to narcotics as our last -- as our last    04:15:27PM
16  option.    04:15:29PM
17      Q. So would you say it's important to have an    04:15:29PM
18  alternative like Neurontin?    04:15:33PM
19      A. Very important.    04:15:34PM
20      Q. Doctor, you mentioned some of the off-label    04:15:41PM
21  uses that you've successfully treated your patients    04:15:44PM
22  with Neurontin for. Are there any other types of    04:15:47PM
23  pain, such as nonneuropathic pain, you've used    04:15:51PM
24  Neurontin for?    04:15:55PM
25      A. Specifically my prescriptions have    04:15:57PM

28

1   surrounded nerve-type pain. However, I'm a    04:16:01PM
2   consultant at many of the hospitals when we're on    04:16:05PM
3   call, and we see patients already on Neurontin or    04:16:07PM
4   Gabapentin for a variety of problems. So I'm    04:16:10PM
5   exposed to that, but I'm really not the one    04:16:15PM
6   prescribing it.    04:16:19PM
7       Q. But in your exposure and observation of    04:16:19PM
8   these patients that are on Neurontin for    04:16:22PM
9   nonneuropathic pain, have you found that it's    04:16:25PM
10  effective for them?    04:16:27PM
11      A. I can't comment on that.    04:16:30PM
12      Q. Have we exhausted all the off-label uses    04:16:35PM
13  that you've used Neurontin for, Doctor?    04:16:38PM
14      A. We've certainly covered the vast majority    04:16:40PM
15  of them.    04:16:43PM
16      Q. Have you treated some patients with    04:16:47PM
17  Neurontin for these off-label conditions for an    04:16:50PM
18  extended period of time?    04:16:53PM
19      A. Yes.    04:16:54PM
20      Q. Can you explain that for us?    04:16:54PM
21      A. Sometimes I've treated patients for years.    04:16:57PM
22  If the patients are -- I consider them chronic    04:17:04PM
23  stable patients, they have chronic pain and they're    04:17:09PM
24  stable in their current regimen, whatever that might    04:17:12PM
25  be, whether it's a combination of Gabapentin and    04:17:15PM

29

1   opioid or whatever their combination is.    04:17:18PM
2       And if they're happy with their level of    04:17:21PM
3   pain relief and their level of analgesia that we're    04:17:23PM
4   providing them by whatever drugs that we're    04:17:29PM
5   prescribing, they're in my mind chronic and stable.    04:17:31PM
6   And I see them typically every three months, do a    04:17:35PM
7   cursory evaluation of them, review their    04:17:38PM
8   medications. No side effects, they're doing well, I    04:17:41PM
9   refill their medication in a three-month supply.    04:17:45PM
10  Many times those are mail order 90-day supply    04:17:47PM
11  medications. And Gabapentin is frequently part of    04:17:50PM
12  that regimen.    04:17:52PM
13      Q. Would you continue to refill your patients'    04:17:53PM
14  Gabapentin prescriptions if it wasn't working for    04:17:56PM
15  them?    04:17:59PM
16      A. No.    04:18:00PM
17      Q. Approximately how many patients here in the    04:18:02PM
18  Kansas City area would you say you're currently    04:18:04PM
19  treating on Neurontin, Gabapentin?    04:18:06PM
20      A. I'm trying to think of my annual number of    04:18:18PM
21  patients I see a year, dividing that by. . .    04:18:21PM
22      Q. Approximately.    04:18:27PM
23      A. Two hundred.    04:18:28PM
24      Q. Doctor, do you prescribe Neurontin based on    04:18:32PM
25  your independent medical judgment?    04:18:35PM

8 (Pages 26 to 29)

30

1    A. Yes, I do.                         04:18:37PM
2    Q. Doctor, would you say that Neurontin has    04:18:40PM
3  improved the lives of some of your patients?    04:18:42PM
4       MR. MCMICHAEL: Object to the form of    04:18:44PM
5  the question.                        04:18:46PM
6    A. Yes, I would.                    04:18:47PM
7    Q. (By Ms. Willauer)  Why?          04:18:48PM
8    A. In pain management, we treat suffering as  04:18:50PM
9  well as pain.  And when you see a patient on the    04:18:54PM
10  very first evaluation and then you compare their    04:18:57PM
11  follow-up visits to that initial evaluation,    04:19:01PM
12  sometimes it's awfully dramatic and very    04:19:03PM
13  self-fulfilling.  It makes you glad you do what you  04:19:09PM
14  do.  It's very self-rewarding.          04:19:11PM
15       And sometimes the addition of a single    04:19:14PM
16  drug, whatever it is, and they come back and see you  04:19:16PM
17  a week later, two weeks later, a month later, and    04:19:18PM
18  it's a whole different person.  It really is    04:19:21PM
19  dramatic, and their pain scores have gone from an    04:19:25PM
20  eight or a nine to a two or a three, whatever it    04:19:27PM
21  might be.                         04:19:30PM
22    Q. Doctor, when you prescribe Neurontin, do    04:19:31PM
23  you advise your patients that you're prescribing it  04:19:33PM
24  for an off-label use?                 04:19:44PM
25    A. No.

31

1       MS. WILLAUER: Thank you, Doctor.  No   04:19:53PM
2  further questions at this time.  We may have a few    04:19:55PM
3  follow-up questions later.              04:19:58PM
4       THE WITNESS: Sure.                04:19:58PM
5       MS. WILLAUER: Thank you.            04:19:59PM
6          EXAMINATION
7  BY MR. MCMICHAEL:                     04:20:01PM
8    Q. Doctor, my name is Dan McMichael.  I'm    04:20:02PM
9  going to show you what's been marked as Exhibit A --  04:20:05PM
10    A. Thanks.                       04:20:08PM
11    Q. -- which is various documents that have    04:20:09PM
12  been supplied to us.  It includes your curriculum    04:20:11PM
13  vitae that we've already been talking about plus    04:20:15PM
14  some other things --                 04:20:19PM
15    A. Okay.                        04:20:20PM
16    Q. -- that we'll talk about as we go along    04:20:20PM
17  here.  Incidentally, what's your charge for giving a  04:20:23PM
18  deposition, Doctor?                  04:20:25PM
19    A. I believe it's $500 for the first hour, and  04:20:28PM
20  then I think it's 250 for each half hour thereafter.  04:20:33PM
21    Q. How did you happen to be contacted about    04:20:36PM
22  testifying in this matter?             04:20:39PM
23    A. I received a phone call.           04:20:40PM
24    Q. Do you know who called you?          04:20:43PM
25    A. Brigette did.                   04:20:44PM

32

1    Q. And how long ago was that?          04:20:45PM
2    A. Four to six weeks ago, maybe.        04:20:50PM
3    Q. What did she tell you this was about?    04:20:52PM
4    A. About off-label use of Neurontin slash    04:20:54PM
5  Gabapentin.                       04:20:59PM
6    Q. Okay.  Do you have the impression that the    04:20:59PM
7  suit is being brought because patients were    04:21:01PM
8  prescribed the drug off label?          04:21:06PM
9       MS. WILLAUER: Object to form.        04:21:07PM
10    A. Yes.                         04:21:10PM
11    Q. (By Mr. McMichael)  Is that what Brigette  04:21:10PM
12  told you?                         04:21:12PM
13    A. No.                         04:21:13PM
14    Q. But as we sit here today, your thought is   04:21:13PM
15  that the suit is critical of the fact that the drug  04:21:16PM
16  was prescribed for off-label uses?         04:21:20PM
17    A. Yes.                         04:21:22PM
18       MS. WILLAUER: Object to form.        04:21:22PM
19    Q. (By Mr. McMichael)  Has anybody told you or  04:21:26PM
20  has it come to your attention that Pfizer and Warner  04:21:31PM
21  Lambert were prosecuted for marketing this drug for  04:21:40PM
22  off-label uses?                    04:21:45PM
23       MS. WILLAUER: Object to form.        04:21:45PM
24    A. I learned about that.             04:21:46PM
25    Q. (By Mr. McMichael)  And when did you learn  04:21:47PM

33

1  about that?                       04:21:48PM
2    A. Only recently.                  04:21:49PM
3    Q. Subsequent to talking to Brigette?      04:21:50PM
4    A. Yes.                         04:21:53PM
5    Q. There were some documents in here that make  04:21:53PM
6  some reference to that, and I'll talk about that.    04:21:56PM
7  But so that before today -- I mean, excuse me,    04:21:59PM
8  before you talked to Brigette about this case and    04:22:02PM
9  did some independent investigation, you were unaware  04:22:04PM
10  of the fact that Pfizer and Warner Lambert had been  04:22:08PM
11  prosecuted for the off-label marketing of this drug,  04:22:12PM
12  correct?                         04:22:14PM
13       MS. WILLAUER: Object to form.        04:22:15PM
14    A. That's correct.                 04:22:16PM
15    Q. (By Mr. McMichael)  Has anybody brought to   04:22:17PM
16  your attention that in addition to being prosecuted  04:22:19PM
17  for marketing the drug off label, they were also    04:22:25PM
18  prosecuted and allegations were made that they    04:22:29PM
19  falsely and misleadingly marketed the drug for an    04:22:33PM
20  off-label use?                     04:22:38PM
21       MS. WILLAUER: Object to form.        04:22:38PM
22    A. I was not aware of that.           04:22:39PM
23    Q. (By Mr. McMichael)  Are you aware of that    04:22:41PM
24  even up until today?                 04:22:42PM
25    A. Yes, I am aware of that now.        04:22:44PM

9 (Pages 30 to 33)

34

1    Q. Since you've talked to Brigette and done    04:22:46PM
2  some investigation, right?                    04:22:48PM
3    A. I re -- I ascertained that information from    04:22:49PM
4  my investigation.                            04:22:53PM
5    Q. Okay. I don't want you to comment on the    04:22:53PM
6  law. Okay. But just, you know, based on your    04:22:59PM
7  feeling about medicine --                     04:23:03PM
8    A. Sure.                                   04:23:04PM
9    Q. -- is there anything wrong with, first of    04:23:04PM
10  all, a pharmaceutical company marketing a drug for    04:23:08PM
11  an off-label use and encouraging its usage?    04:23:11PM
12      MS. WILLAUER: Object to form.            04:23:15PM
13    A. It's been my experience that drug companies    04:23:17PM
14  cannot talk about anything other than the indicated    04:23:21PM
15  uses for whatever drug that they're supporting or    04:23:26PM
16  that they're a representative for. And I say that    04:23:30PM
17  because we have marketing folks from a variety of    04:23:36PM
18  pharmaceutical companies that come into an office    04:23:39PM
19  like ours all the time. And they can -- if we ask    04:23:41PM
20  them a question out of bounds within, you know,    04:23:45PM
21  their scope, they just won't talk about it or say    04:23:49PM
22  they can't talk about it.                    04:23:52PM
23    Q. (By Mr. McMichael) Okay.                04:23:54PM
24    A. Or can I use this drug for, you know,    04:23:55PM
25  infected toes.                             04:23:59PM

35

1    Q. I hear you. But that's actually answering    04:23:59PM
2  a slightly different question than the one I'm    04:24:02PM
3  asking.
4    A. I'm sorry.                             04:24:04PM
5    Q. You're explaining to me that it's your    04:24:04PM
6  experience that drug companies do not market for    04:24:07PM
7  off-label uses ordinarily. That's what you've seen,    04:24:11PM
8  right?                                     04:24:13PM
9    A. Yes.
10      MS. WILLAUER: Object to form.            04:24:13PM
11    Q. (By Mr. McMichael) My question is, do you    04:24:15PM
12  have an opinion that if they try to do that, if they    04:24:16PM
13  do market a drug for an off-label use, there's    04:24:19PM
14  anything wrong with that?                    04:24:23PM
15      MS. WILLAUER: Object to form.            04:24:24PM
16    Q. (By Mr. McMichael) Any harm that can come    04:24:25PM
17  from that --                               04:24:27PM
18      MS. WILLAUER: Same objection.            04:24:28PM
19    Q. (By Mr. McMichael) -- Based on your    04:24:29PM
20  experience?                               04:24:29PM
21    A. Potentially.                           04:24:30PM
22    Q. And what harm is that?                  04:24:31PM
23    A. Well, I don't know.                     04:24:33PM
24    Q. Based on your experience that             04:24:39PM
25  pharmaceutical companies do not ordinarily market a    04:24:42PM

36

1  drug for an off-label purpose, if some             04:24:44PM
2  representative of a pharmaceutical company in fact    04:24:50PM
3  encourages you to use a drug for a particular    04:24:54PM
4  purpose, do you ordinarily presume that, therefore,    04:24:56PM
5  that drug has been approved for that use?    04:24:59PM
6      MS. WILLAUER: Objection to form.          04:25:02PM
7    Q. (By Mr. McMichael) Since they're marketing    04:25:03PM
8  it for that purpose?                         04:25:04PM
9      MS. WILLAUER: Objection, calls for    04:25:06PM
10  speculation.
11    A. I guess I've never experienced that before.    04:25:07PM
12    Q. (By Mr. McMichael) Well, based on your    04:25:10PM
13  experience, I mean hypothetically would you assume    04:25:11PM
14  that if they're marketing it for a particular use,    04:25:13PM
15  that it had been approved for that use?    04:25:16PM
16      MS. WILLAUER: Objection, calls for    04:25:18PM
17  speculation.                              04:25:19PM
18    A. I would assume that.                    04:25:19PM
19    Q. (By Mr. McMichael) That would be    04:25:20PM
20  misleading, wouldn't it?                     04:25:22PM
21      MS. WILLAUER: Objection.                04:25:22PM
22    A. Restate your question.                  04:25:23PM
23    Q. (By Mr. McMichael) For them to market it    04:25:24PM
24  for a use that's not been approved tends to mislead    04:25:26PM
25  the doctor, it tends to lead the doctor to believe    04:25:29PM

37

1  that the drug has been approved, correct?    04:25:32PM
2      MS. WILLAUER: Object to form.            04:25:35PM
3    A. Correct. I think the assumption would be    04:25:36PM
4  the drug had been approved for that use.    04:25:38PM
5    Q. (By Mr. McMichael) All right. And I hate    04:25:42PM
6  to belabor the obvious, but that's what lawyers do.    04:25:48PM
7  If a pharmaceutical company markets a drug for an    04:25:52PM
8  off-label use and in addition misrepresents    04:25:57PM
9  something about the science that supports the drug,    04:26:01PM
10  is there something wrong with that in your opinion?    04:26:05PM
11      MS. WILLAUER: Object to form.            04:26:08PM
12    A. Yes.                                   04:26:09PM
13    Q. (By Mr. McMichael) And what is wrong with    04:26:09PM
14  that?                                      04:26:11PM
15    A. Well, they're -- like I think you used the    04:26:12PM
16  term "misleading" a few moments ago. I think that    04:26:16PM
17  would be misleading.                        04:26:18PM
18    Q. So when a doctor makes a decision about    04:26:20PM
19  prescribing a drug, he wants the best and most    04:26:24PM
20  accurate information he can in order to make the    04:26:27PM
21  best decisions for his patients, right?    04:26:29PM
22    A. Always.                               04:26:31PM
23      MS. WILLAUER: Object to form.            04:26:32PM
24    A. Excuse me.                            04:26:32PM
25    Q. (By Mr. McMichael) So if somebody is    04:26:33PM

10 (Pages 34 to 37)

**38**

1    providing you with misleading or inaccurate    04:26:34PM
2    information, it makes it difficult -- it makes it    04:26:38PM
3    more difficult to make a correct and accurate    04:26:39PM
4    decision for your patients?    04:26:41PM
5        MS. WILLAUER: Object to form.    04:26:42PM
6    A. Yes, it does. It also then requires more    04:26:44PM
7    research on the physician's part, looking at more    04:26:46PM
8    information, trying to make a informed decision.    04:26:49PM
9    Q. (By Mr. McMichael) In Exhibit A --    04:27:01PM
10    someplace -- on Page 8 is a letter that you received    04:27:19PM
11    from Brigette --    04:27:25PM
12    A. Yes.    04:27:26PM
13    Q. -- asking you to see if you could find    04:27:27PM
14    certain documents that you could produce.    04:27:30PM
15    A. Okay.    04:27:32PM
16    Q. Is that right?    04:27:33PM
17    A. Yes.    04:27:33PM
18    Q. Now, we've already alluded to certain    04:27:38PM
19    documents that you did provide to Brigette which are    04:27:43PM
20    included in Exhibit A, and those are documents on    04:27:46PM
21    Page 12, 13, 14, 15 and 16 of Exhibit A, right?    04:27:49PM
22    A. Yes, sir.    04:27:54PM
23    Q. And I gather from what you've told me that    04:27:58PM
24    you found that material sometime after you initially    04:28:03PM
25    talked to Brigette, right?    04:28:06PM

**39**

1    A. Yes, sir.    04:28:08PM
2    Q. Was it after you got the letter that's on    04:28:08PM
3    Page 8 of Exhibit A? Or do you know?    04:28:11PM
4    A. I don't recall.    04:28:17PM
5    Q. Okay. But it -- but it was only when you    04:28:18PM
6    got -- you did the research that produced these    04:28:30PM
7    documents on Page 12 through 16 that you became    04:28:33PM
8    aware of the fact that Pfizer and Warner Lambert had    04:28:39PM
9    been accused of marketing the drug off-label and    04:28:42PM
10    misleadingly, right?    04:28:47PM
11        MS. WILLAUER: Object to form.    04:28:48PM
12    A. Yes, sir.    04:28:50PM
13    Q. (By Mr. McMichael) All right. Let me just    04:28:50PM
14    ask some -- any warrant -- merits to this. I just    04:28:55PM
15    want to ask you a little bit about your practice.    04:28:59PM
16    Are all the doctors here that practice with you at    04:29:02PM
17    Kansas City Pain Management, are they all    04:29:06PM
18    osteopathic doctors?    04:29:09PM
19    A. No. I'm actually the only osteopathic    04:29:09PM
20    physician in our group.    04:29:12PM
21    Q. Are they all either medical doctors or    04:29:13PM
22    osteopathic physicians?    04:29:17PM
23    A. Yes, sir.    04:29:18PM
24    Q. I just happened to notice that you're in a    04:29:18PM
25    building with several insurance claims adjusting    04:29:21PM

**40**

1    outfits. Is that accurate? I noticed Custer Claims    04:29:23PM
2    Management and some others out here.    04:29:28PM
3    A. There are insurance companies in this    04:29:30PM
4    building, yes.    04:29:31PM
5    Q. Is that just a coincidence, or do they --    04:29:31PM
6    or is there some occasion that they had to be    04:29:34PM
7    working for people that they refer to you or --    04:29:37PM
8    A. We are tenants in the same building.    04:29:38PM
9    That's the extent of the coincidence.    04:29:42PM
10    Q. Okay. Is some particular amount of your    04:29:45PM
11    work that you do here referred by insurance    04:29:48PM
12    companies, or is that a large part of it, a small    04:29:51PM
13    part of it?    04:29:53PM
14    A. Well, most patients have insurance.    04:29:54PM
15    They're typically not referred by their insurance    04:29:57PM
16    company. They're referred by their doctor. Over 95    04:30:00PM
17    percent of our patients are referred by a physician    04:30:03PM
18    to us, a specialist.    04:30:05PM
19    Q. Okay. Has Pfizer -- aside from any sums    04:30:07PM
20    that you might have been paid or are about to be    04:30:19PM
21    paid for this deposition, has Pfizer ever paid you    04:30:21PM
22    any money or given you anything of value at any time    04:30:25PM
23    up until today?    04:30:28PM
24    A. No, sir.    04:30:29PM
25    Q. When I say Pfizer, I mean -- I also mean    04:30:29PM

**41**

1    Warner Lambert. Pfizer merged with Warner Lambert.    04:30:32PM
2    Warner Lambert had a division called Parke-Davis.    04:30:36PM
3    So when I say Pfizer, I'm referring to any entity    04:30:38PM
4    that goes by any of those three names.    04:30:41PM
5    A. No, sir.    04:30:43PM
6    Q. So, for instance, have you ever had -- been    04:30:44PM
7    called upon to speak in any way in connection with    04:30:49PM
8    advocating the use of Neurontin or Gabapentin?    04:30:55PM
9    A. No, sir.    04:30:57PM
10    Q. Has anybody paid you to do any research    04:30:57PM
11    associated with Gabapentin or Neurontin?    04:31:00PM
12    A. No, sir.    04:31:02PM
13    Q. Do you know what a medical liaison is?    04:31:04PM
14    Does that term mean anything to you?    04:31:06PM
15    A. Maybe not.    04:31:08PM
16    Q. Okay. In the mountains of paper that are    04:31:09PM
17    associated with this case, there's reference to    04:31:17PM
18    doctors who are doctors and nondoctors, too, who    04:31:19PM
19    serve as a source of information that's made    04:31:24PM
20    available from the pharmaceutical company to the    04:31:30PM
21    medical community. They're sometimes referred to as    04:31:32PM
22    medical liaisons. So that if a doctor has a    04:31:35PM
23    question about a drug, he can be in touch with the    04:31:39PM
24    pharmaceutical company, and this medical liaison    04:31:42PM
25    will serve some role in answering his questions.    04:31:45PM

11 (Pages 38 to 41)

42

1    So, first of all, have you ever served in   04:31:50PM
2    that capacity for any drug company?       04:31:53PM
3         MS. WILLAUER: Object to form.       04:31:55PM
4    A. No, sir.                04:31:56PM
5    Q. (By Mr. McMichael) Have you ever had      04:31:57PM
6    occasion to use the services of somebody who    04:31:58PM
7    performs that function for a drug company?     04:32:00PM
8    A. Not that I --              04:32:03PM
9         MS. WILLAUER: Object to form.       04:32:04PM
10   A. Not that I recall.            04:32:05PM
11   Q. (By Mr. McMichael) All right. Have you    04:32:06PM
12   ever been paid to attend any continuing medical   04:32:08PM
13   education that talked about Neurontin?       04:32:16PM
14   A. No, sir.               04:32:19PM
15   Q. That would be paid -- you know, literally   04:32:20PM
16   paid or had some of your expenses paid or. . .   04:32:23PM
17   A. By other drug manufacturers, yes. But    04:32:26PM
18   never by the folks we're talking about here today.  04:32:29PM
19   Q. Never by Pfizer Warner Lambert?        04:32:32PM
20   A. No, sir.               04:32:35PM
21   Q. I couldn't see anything in your CV where    04:32:42PM
22   you had written any articles on the subject of    04:32:45PM
23   Neurontin or Gabapentin. Have you?        04:32:47PM
24   A. No, sir, I have not.           04:32:49PM
25   Q. And I may have asked this, but I want to    04:32:57PM

43

1    make sure I'm asking a broad enough question. Have  04:33:00PM
2    you ever advocated the use of Gabapentin in any way  04:33:03PM
3    other than, of course, to your patients? For     04:33:13PM
4    instance, doctor to doctor, speaking engagements,   04:33:16PM
5    telephone seminars, in any way, have you ever played  04:33:21PM
6    that role?                04:33:24PM
7         MS. WILLAUER: Object to form.       04:33:24PM
8    A. Only doctor-to-patient relationship.      04:33:25PM
9    Q. (By Mr. McMichael) Has Pfizer or        04:33:35PM
10   Parke-Davis or Warner Lambert ever advocated the use  04:33:39PM
11   of Gabapentin to you that you are aware of?      04:33:42PM
12        MS. WILLAUER: Object to form.       04:33:47PM
13   A. We used to have reps call on us when --     04:33:49PM
14   before we had this office. We've been here three   04:33:56PM
15   years now. We were at the U.S. Bank building. Not  04:33:59PM
16   so many insurance companies in that building. It   04:34:03PM
17   was a bank. A lot of lawyers in that building. And  04:34:05PM
18   we did receive samples.           04:34:08PM
19   Q. (By Mr. McMichael) Okay.          04:34:09PM
20   A. So that would have been from 2001 through   04:34:10PM
21   maybe 2003 or 2004. We had reps coming by bringing  04:34:16PM
22   us samples.               04:34:21PM
23   Q. And then -- and at that time, you were in   04:34:22PM
24   the pain management business, right?       04:34:25PM
25   A. Yes, sir.               04:34:27PM

44

1    Q. Well, in addition to providing samples, did  04:34:27PM
2    you discuss the use of Neurontin with any of those  04:34:33PM
3    representatives of Pfizer Warner Lambert?     04:34:36PM
4    A. I'm sure we did.            04:34:37PM
5    Q. Did you discuss the use of -- of        04:34:39PM
6    Gabapentin, Neurontin, for all of the uses for which  04:34:44PM
7    you have told us that you were using it?       04:34:47PM
8    A. That I don't recall specifically.       04:34:49PM
9    Q. Well, do you -- I don't want to ask too    04:34:52PM
10   broad a question. Sometimes it's too narrow.     04:34:57PM
11   Sometimes it's too broad.           04:35:01PM
12   I mean, for instance, do you recall ever       04:35:02PM
13   talking to a representative of Pfizer Warner Lambert  04:35:05PM
14   about the use of the drug for neuralgia other than  04:35:08PM
15   shingles?                04:35:16PM
16   A. Not specifically. In fact, I can't even    04:35:16PM
17   remember our reps or if it was a male or a female.  04:35:21PM
18   We're going back a while.           04:35:24PM
19   Q. Did they ever drop off any literature that   04:35:25PM
20   provided any information about the use of the drug  04:35:30PM
21   for uses other than shingles?          04:35:34PM
22   A. I don't recall.            04:35:38PM
23   Q. There's some indication that in some      04:35:50PM
24   markets, Pfizer had luncheon meetings in which    04:35:53PM
25   doctors were invited to attend and Neurontin was   04:35:57PM

45

1    discussed. Have you ever attended any such luncheon  04:36:00PM
2    meetings?                04:36:04PM
3         MS. WILLAUER: Object to form.       04:36:05PM
4    A. I think they may have brought lunch into    04:36:08PM
5    our office, but I can't tell you specifically that   04:36:10PM
6    that did happen or did not happen.        04:36:13PM
7    Q. (By Mr. McMichael) Okay.          04:36:16PM
8    A. Does that answer your question?        04:36:16PM
9    Q. Yes and no. On any of these occasions when  04:36:18PM
10   they might have provided lunch, did they also     04:36:22PM
11   provide somebody who was an advocate for Neurontin?  04:36:25PM
12        MS. WILLAUER: Object to form, calls     04:36:30PM
13   for speculation.              04:36:33PM
14   A. Not that I recall.            04:36:33PM
15   Q. (By Mr. McMichael) Okay. Now, what does    04:36:33PM
16   the term evidence-based medicine mean to you?     04:36:37PM
17   A. Evidence-based medicine to me means that    04:36:41PM
18   there is science behind the conclusions or       04:36:46PM
19   recommendations.              04:36:49PM
20   Q. Okay. And I notice that in your curriculum  04:36:49PM
21   vitae -- one of the things that I noticed in there  04:36:57PM
22   was that you played some role in -- in a randomized,  04:37:01PM
23   double blind, double dummy study of Morphelan; is   04:37:13PM
24   that right?                04:37:19PM
25   A. Yes.                 04:37:20PM

12 (Pages 42 to 45)

46

1    Q. So you're familiar with the term          04:37:20PM
2    randomized, controlled, double blind study?    04:37:25PM
3    A. Yes, sir.                                04:37:28PM
4    Q. Is a randomized, double blind, controlled   04:37:30PM
5    trial better evidence of the usefulness of a drug   04:37:40PM
6    than just simple case study?               04:37:44PM
7       MS. WILLAUER: Object to form.          04:37:46PM
8    A. Typically, yes. And the FDA will not     04:37:48PM
9    approve a drug, or typically won't, unless under its   04:37:52PM
10   dire circumstance without this kind of protocol   04:37:57PM
11   being followed and found to be significant.    04:38:00PM
12   Q. (By Mr. McMichael) Why is it that a      04:38:06PM
13   randomized -- what's better about a randomized,   04:38:08PM
14   double blind, controlled trial to evaluate a drug   04:38:12PM
15   than a simple case study? Why is the randomized,   04:38:15PM
16   double blind, controlled trial better?        04:38:20PM
17   A. I am not an expert in this field of        04:38:21PM
18   medicine, by far. However, I think it takes all the   04:38:24PM
19   bias out of the findings.                   04:38:28PM
20   Q. Exactly the answer I was looking for. So   04:38:31PM
21   when you -- when you have a patient and you give him   04:38:35PM
22   a drug and he tells you he's better, there can be   04:38:39PM
23   various explanations for him telling you he's     04:38:46PM
24   better, right?                             04:38:48PM
25      MS. WILLAUER: Object to form.          04:38:49PM

47

1    A. Correct.                               04:38:50PM
2    Q. (By Mr. McMichael) One of them is that he   04:38:51PM
3    could be better, right?                     04:38:53PM
4       MS. WILLAUER: Object to form.          04:38:54PM
5    A. Correct.                               04:38:55PM
6    Q. (By Mr. McMichael) But he could be better   04:38:55PM
7    just because he just naturally got better, it didn't   04:38:57PM
8    have anything to do with the drug. That's a     04:39:01PM
9    possibility, right?                         04:39:02PM
10      MS. WILLAUER: Objection.              04:39:03PM
11   A. Yes.                                   04:39:04PM
12   Q. (By Mr. McMichael) It's also possible that   04:39:05PM
13   the patient will tell you he's a little bit better   04:39:08PM
14   because maybe, some patients, they don't want to   04:39:13PM
15   hurt your feelings and tell you that the drug you   04:39:15PM
16   gave them didn't work?                     04:39:19PM
17      MS. WILLAUER: Object to form.          04:39:20PM
18   Q. (By Mr. McMichael) Sometimes happens?     04:39:21PM
19   A. I guess that could happen, sure.          04:39:22PM
20   Q. And sometimes a patient might tell you he's   04:39:24PM
21   better because he's afraid if he doesn't report some   04:39:25PM
22   improvement, you might think it's all in his head?   04:39:27PM
23      MS. WILLAUER: Object to form.          04:39:29PM
24   A. I guess that's possible.                  04:39:30PM
25   Q. (By Mr. McMichael) So, whereas when you   04:39:32PM

48

1    have a randomized, double blind, controlled study, a   04:39:34PM
2    lot of those confounding factors are eliminated,   04:39:39PM
3    right?
4       MS. WILLAUER: Object to form.          04:39:43PM
5    A. Many times, yes. But there still are,     04:39:44PM
6    obviously, a lot of other variables.          04:39:48PM
7    Q. (By Mr. McMichael) Okay. Now -- and when   04:39:51PM
8    we talk about evidence-based medicine, it's not   04:40:08PM
9    every doctor who can go do his own trials to see   04:40:15PM
10   whether a particular drug is an appropriate drug,   04:40:19PM
11   right?                                    04:40:22PM
12      MS. WILLAUER: Object to form.          04:40:22PM
13   A. That would be accurate.                 04:40:23PM
14   Q. (By Mr. McMichael) So I mean, obviously,   04:40:25PM
15   doctors who are using a drug or any treatment can   04:40:27PM
16   have access to what the medical knowledge is about   04:40:30PM
17   that drug by consulting the journals, right?    04:40:33PM
18      MS. WILLAUER: Object to form.          04:40:35PM
19   A. That information is available, yes.        04:40:36PM
20   Q. (By Mr. McMichael) So if you want to know   04:40:38PM
21   how effective a particular drug is or what studies   04:40:41PM
22   have been done about it, you can go look at the   04:40:44PM
23   journals and see what's been done?           04:40:46PM
24      MS. WILLAUER: Object to form.          04:40:49PM
25   A. Yes.                                   04:40:50PM

49

1    Q. (By Mr. McMichael) Now, if I'm          04:40:50PM
2    understanding this correctly, up until Brigette   04:40:54PM
3    talked to you about this case and you did -- you did   04:40:58PM
4    the research and found the articles that are in   04:41:01PM
5    Exhibit A on Page 12 through 16, if I understood you   04:41:03PM
6    right, you hadn't done any journal research      04:41:08PM
7    yourself, right?                          04:41:12PM
8       MS. WILLAUER: Object to form.          04:41:13PM
9    A. Are you saying ever?                    04:41:14PM
10   Q. (By Mr. McMichael) Well, journal research   04:41:16PM
11   on Neurontin is what I'm talking about.        04:41:17PM
12   A. Ever?                                  04:41:20PM
13   Q. That's my question.                     04:41:20PM
14   A. You know, I had -- most recently, these    04:41:22PM
15   were the only ones I pulled up and printed. I     04:41:24PM
16   surfed Google, several different hits. I didn't   04:41:28PM
17   print all those. You know, I did my own literature   04:41:32PM
18   search.                                   04:41:41PM
19   Q. I'm not --                             04:41:41PM
20   A. Over the years, I have looked at case      04:41:42PM
21   studies or information that would come out in our   04:41:47PM
22   journals. Many times, they're the throwaway     04:41:54PM
23   journals, if you will.                      04:41:56PM
24   Q. Let's see if we can be a little bit more    04:41:57PM
25   concrete. As we sit here today, prior to talking to   04:42:00PM

13 (Pages 46 to 49)

50

1   Brigette about this, first of all, I think it's   04:42:03PM
2   clear you've told us you didn't -- you didn't know   04:42:08PM
3   anything about the fact that Warner Lambert and   04:42:11PM
4   Pfizer were prosecuted for the off-label marketing   04:42:14PM
5   of the drug?   04:42:17PM
6         MS. WILLAUER: Object to form.   04:42:18PM
7   Q.  (By Mr. McMichael)  You didn't know about   04:42:19PM
8   that?   04:42:20PM
9   A.  That's correct.   04:42:21PM
10   Q.  You didn't know that in 2004, spring 2004,   04:42:21PM
11   they pled guilty to that felony and paid   04:42:25PM
12   $240 million in fines for that?   04:42:28PM
13         MS. WILLAUER: Object to form.   04:42:29PM
14   A.  That's correct.   04:42:30PM
15   Q.  (By Mr. McMichael)  I mean, had you known   04:42:31PM
16   that at the time, would that have made you want to   04:42:33PM
17   study a little bit more about the drug to find out   04:42:37PM
18   whether there was any problem with it or what gave   04:42:40PM
19   rise to that prosecution and the payment of a   04:42:42PM
20   quarter billion dollars in fines?   04:42:46PM
21         MS. WILLAUER: Object to form, calls   04:42:51PM
22   for speculation.   04:42:51PM
23   A.  I would have researched the information   04:42:51PM
24   thoroughly.   04:42:54PM
25   Q.  (By Mr. McMichael)  Okay.  Aside from the   04:42:57PM

51

1   fact that they pled guilty to the illegal marketing   04:42:57PM
2   of the drug --   04:43:03PM
3         MS. WILLAUER: Objection.   04:43:04PM
4   Q.  -- do you remember -- you do remember   04:43:06PM
5   looking at the literature in general.  You told us   04:43:08PM
6   that?   04:43:11PM
7   A.  Yes.   04:43:11PM
8         MS. WILLAUER: Object to form.   04:43:12PM
9   A.  Yes, sir.   04:43:13PM
10   Q.  (By Mr. McMichael)  Do you remember ever   04:43:14PM
11   looking at any ran -- journal that described a   04:43:15PM
12   randomly controlled, double blind trial that was   04:43:21PM
13   statistically significant and showed that the drug   04:43:26PM
14   was -- was effective for any of the uses that you   04:43:29PM
15   were using it for?   04:43:33PM
16         MS. WILLAUER: Object to form.   04:43:35PM
17   A.  If you're referring to the off-label uses,   04:43:36PM
18   the answer to your question is no.   04:43:40PM
19   Q.  (By Mr. McMichael)  Okay.  So the only   04:43:43PM
20   thing that you might have ever seen is some   04:43:45PM
21   anecdotal case study sort of documentation?   04:43:49PM
22         MS. WILLAUER: Object to form.   04:43:52PM
23   A.  Yeah.  Lots of them.   04:43:53PM
24   Q.  (By Mr. McMichael)  Okay.   04:43:55PM
25         MR. MCMICHAEL: You want to change   04:44:02PM

52

1   that tape?   04:44:02PM
2         THE VIDEOGRAPHER: Stand by, please.   04:44:03PM
3   Concludes Videotape 1.  Going off record at   04:44:05PM
4   4:44 p.m.   04:46:00PM
5         (Brief recess taken.)   04:46:01PM
6         THE VIDEOGRAPHER: Here marks the   04:46:05PM
7   beginning of Videotape 2, resuming record at   04:46:06PM
8   4:46 p.m.   04:46:11PM
9   Q.  (By Mr. McMichael)  Doctor, we were talking   04:46:11PM
10   about confounding factors that can account for a   04:46:18PM
11   patient telling you he's better.  And one thing we   04:46:22PM
12   didn't talk about was the placebo effect.  Some   04:46:24PM
13   patients, if you give them a sugar pill and they   04:46:28PM
14   don't know it's a sugar pill because you tell them   04:46:33PM
15   it's a drug, they will sometimes improve --   04:46:37PM
16   sometimes they will improve on that drug, right?   04:46:40PM
17         MS. WILLAUER: Object to form.   04:46:43PM
18   A.  Although we don't give out sugar pills,   04:46:44PM
19   there definitely is a placebo effect, yes.   04:46:48PM
20   Q.  (By Mr. McMichael)  All right.  And with   04:46:53PM
21   reference to these drugs -- or these uses, I think   04:46:54PM
22   you said when it came to diabetic neuropathy, in   04:46:57PM
23   response to Brigette's question, you said some   04:47:02PM
24   patients improve on Neurontin?   04:47:06PM
25         MS. WILLAUER: Object to form.   04:47:07PM

53

1   A.  Yes, sir.   04:47:08PM
2   Q.  (By Mr. McMichael)  Obviously, some don't,   04:47:09PM
3   correct?   04:47:11PM
4   A.  Right.   04:47:11PM
5   Q.  What are we talking about, 50/50 --   04:47:12PM
6   A.  Oh, my.   04:47:14PM
7   Q.  -- or. . .   04:47:15PM
8   A.  It may be less than 50 percent respond.   04:47:16PM
9   Many times these patients have seen multiple   04:47:19PM
10   practitioners.  I may be the sixth or seventh or   04:47:23PM
11   eighth doctor they've seen for the same diagnosis.   04:47:25PM
12   They may have been tried on multiple medications,   04:47:28PM
13   they've been tried on every medication I can think   04:47:31PM
14   of, and I basically tell them I have nothing to   04:47:33PM
15   offer them.   04:47:36PM
16   Q.  Okay.  Now, let's look at these articles   04:47:37PM
17   that you -- that you have provided to Brigette.  The   04:47:43PM
18   one on Page 12, it's actually an editorial, right?   04:47:47PM
19   A.  Yes.   04:47:53PM
20   Q.  So this is a comment that was written by a   04:47:53PM
21   lady named Shawn Davis who was a Pharm D candidate,   04:47:57PM
22   right?   04:48:03PM
23   A.  Yes.   04:48:03PM
24   Q.  So she was a student, right?   04:48:03PM
25   A.  Yes, sir.   04:48:06PM

14 (Pages 50 to 53)

54

1      MS. WILLAUER:  Object to form.        04:48:06PM
2      Q. (By Mr. McMichael)  Studying to be a    04:48:08PM
3  pharmacologist?                     04:48:10PM
4      MS. WILLAUER:  Object to form.        04:48:10PM
5      A. Correct.                     04:48:12PM
6      Q. (By Mr. McMichael)  And she was commenting  04:48:13PM
7  on an article that was written by a lady named   04:48:14PM
8  Alicia Mack, right?                  04:48:18PM
9      A. Yes.                       04:48:19PM
10     Q. Who is a pharmacologist, right?        04:48:19PM
11     A. Yes, I believe so.               04:48:19PM
12     Q. And in that article, this Shawn Davis    04:48:22PM
13  remarks that Ms. Mack was suggesting that Gabapentin  04:48:33PM
14  should -- should not be used for off-label purposes.  04:48:41PM
15     MS. WILLAUER:  Objection. Can you       04:48:48PM
16  please point the doctor to where you're referring to  04:48:50PM
17  now?                          04:48:56PM
18     Q. (By Mr. McMichael)  Well, just look at the  04:48:56PM
19  second sentence of the editorial.  In the review,   04:48:58PM
20  Mack examined several off-label uses of Gabapentin,   04:49:03PM
21  leading her to the conclusion that patients should   04:49:06PM
22  only receive Gabapentin when they have failed     04:49:09PM
23  standard treatment options and when efficacy has    04:49:12PM
24  been demonstrated in a randomized, controlled trial.  04:49:15PM
25  That's what she said?                04:49:18PM

55

1      A. Yes.  That's Paragraph --          04:49:19PM
2      Q. That's what she said Dr. Mack said, right?  04:49:21PM
3      A. Yes.                       04:49:24PM
4      Q. Did you read Dr. Mack's article?       04:49:24PM
5      A. I read these two, three pages on this.    04:49:26PM
6      Q. Okay.  The pages that we have here, 12    04:49:31PM
7  through --
8      A. 14.                       04:49:35PM
9      Q. -- 14 are editorials that were critical of  04:49:36PM
10  Dr. Mack's article, right?              04:49:41PM
11     A. Yes, sir.                    04:49:43PM
12     MS. WILLAUER:  Object to form.        04:49:43PM
13     Q. (By Mr. McMichael)  But you didn't read   04:49:44PM
14  Dr. Mack's article?                 04:49:45PM
15     A. No, I didn't.                  04:49:47PM
16     Q. Has it ever come to your attention that --  04:49:53PM
17  that certain studies have been done on diabetic    04:50:01PM
18  neuropathy, treatment for diabetic neuropathy, and   04:50:07PM
19  those studies indicate that Gabapentin and       04:50:11PM
20  amitriptyline and nortriptyline are all         04:50:17PM
21  approximately equally effective?            04:50:20PM
22     MS. WILLAUER:  Object to form.        04:50:22PM
23     A. I've read that, yes.             04:50:23PM
24     Q. (By Mr. McMichael)  That's kind of included  04:50:25PM
25  in this information on Page 12?             04:50:27PM

56

1      A. Yes.                       04:50:27PM
2      Q. Well, first of all, do you know or have an   04:50:28PM
3  opinion that Gabapentin is a much more expensive    04:50:37PM
4  treatment than either nortriptyline or        04:50:40PM
5  amitriptyline?
6      MS. WILLAUER:  Object to form.        04:50:46PM
7      A. I know that amitriptyline and nortriptyline  04:50:46PM
8  are very inexpensive -- inexpensive and they're    04:50:50PM
9  generic, and they've been around a very long time.   04:50:55PM
10     Q. (By Mr. McMichael)  Okay.  Have you ever   04:50:58PM
11  read anything that was critical of the -- of any    04:51:00PM
12  study that showed that Gabapentin had any       04:51:03PM
13  effectiveness for the treatment of neuropathic pain?  04:51:07PM
14     MS. WILLAUER:  Object to form.        04:51:13PM
15     A. Can you restate your question?         04:51:13PM
16     Q. (By Mr. McMichael)  Have you ever read     04:51:16PM
17  anything that indicated or that was critical of any  04:51:16PM
18  study that showed that Gabapentin was effective for  04:51:19PM
19  the treatment of neuropathic pain?           04:51:23PM
20     MS. WILLAUER:  Object to form.        04:51:26PM
21     A. Not that I recall.               04:51:28PM
22     Q. (By Mr. McMichael)  Never stumbled across   04:51:30PM
23  any article, nobody ever brought to your attention   04:51:32PM
24  an article that said that any such studies were    04:51:34PM
25  invalid because it wasn't a true double blind study   04:51:37PM

57

1  because as soon as the patients went on Neurontin,   04:51:41PM
2  they would have -- a high percentage of them would   04:51:43PM
3  have side effects and they would know they were on   04:51:45PM
4  the drug?                        04:51:47PM
5      MS. WILLAUER:  Object to form.        04:51:48PM
6      A. Not that I recall.               04:51:49PM
7      Q. (By Mr. McMichael)  All right.  And since   04:51:51PM
8  you didn't read Dr. Mack's article, and haven't read  04:51:51PM
9  it up until today, do you know that in fact there --  04:51:56PM
10  the only support for the use of Gabapentin in the    04:52:01PM
11  treatment of trigeminal neuralgia is case studies    04:52:06PM
12  involving about 30 patients?              04:52:10PM
13     MS. WILLAUER:  Object to form, lacks      04:52:12PM
14  foundation.                       04:52:18PM
15     A. No.  I'm not aware of others.          04:52:19PM
16     Q. (By Mr. McMichael)  Do you restrict the use  04:52:29PM
17  of Gabapentin to patients who -- who have     04:52:31PM
18  not had success with other treatments?         04:52:36PM
19     MS. WILLAUER:  Object to form.        04:52:39PM
20     Q. (By Mr. McMichael)  In other words, is     04:52:41PM
21  it -- I just didn't quite understand what you said   04:52:42PM
22  on direct.  Do you use it only as a last resort --   04:52:44PM
23     MS. WILLAUER:  Object to form.        04:52:47PM
24     A. No.                       04:52:48PM
25     Q. -- when everything else has failed?      04:52:49PM

15 (Pages 54 to 57)

58

1    MS. WILLAUER: Same objection.        04:52:50PM
2    A. No. I may use it as a relatively first    04:52:52PM
3    line treatment, particularly if patients have failed    04:52:55PM
4    other treatment options. For instance, if a patient    04:53:01PM
5    has failed a drug that already has been approved for    04:53:06PM
6    a specific indication because they had side effects,    04:53:09PM
7    I very well -- very well may try the patient on    04:53:12PM
8    Gabapentin.                04:53:18PM
9    Q. (By Mr. McMichael) Do you have any    04:53:28PM
10   knowledge of the percentage of prescriptions that    04:53:29PM
11   are used -- what percentage of Gabapentin's usage is    04:53:33PM
12   for off-label uses?            04:53:40PM
13   MS. WILLAUER: Object to form, lacks    04:53:42PM
14   foundation.            04:53:43PM
15   A. Offhand, no, I don't.        04:53:44PM
16   Q. (By Mr. McMichael) Have you ever heard    04:53:46PM
17   that it's in the 95 percent range?        04:53:46PM
18   MS. WILLAUER: Same objection.    04:53:49PM
19   A. Oh, I think I may have read that and found    04:53:50PM
20   that hard to believe.            04:53:52PM
21   Q. (By Mr. McMichael) Have you heard that the    04:53:58PM
22   drug earned $1.3 billion in sales in the year 2000    04:54:00PM
23   alone?                04:54:05PM
24   MS. WILLAUER: Object to form, lacks    04:54:06PM
25   foundation, assumes facts not in evidence.    04:54:08PM

59

1    A. Only with recent literature study.    04:54:10PM
2    Q. (By Mr. McMichael) I know you haven't read    04:54:24PM
3    Dr. Mack's article, but one of the final sentences    04:54:25PM
4    in it, I'll read it to you and ask you if you agree    04:54:29PM
5    with it. The final sentence in the article was, The    04:54:33PM
6    financial success of Gabapentin could be at least    04:54:36PM
7    partial attributable to the placebo effect since the    04:54:39PM
8    majority of the off-label conditions are associated    04:54:43PM
9    with an underlying psychological component.    04:54:45PM
10   Do you agree that -- well, never mind    04:54:54PM
11   whether you agree. Let me just ask, is there an    04:55:00PM
12   underlying psychological component to the uses of --    04:55:04PM
13   the diseases that you treat with Neurontin?    04:55:07PM
14   MS. WILLAUER: Object to form.    04:55:10PM
15   A. I like to say that my patients, the vast    04:55:11PM
16   majority have chronic pain. With chronic pain comes    04:55:14PM
17   a whole pallet of other problems, depression being    04:55:21PM
18   one of the most common. But I very rarely see a    04:55:27PM
19   chronic pain patient that does not have depression.    04:55:31PM
20   If you had chronic pain for 12 years -- you know, I    04:55:35PM
21   would be very depressed. Most folks are. There are    04:55:38PM
22   a lot of other comorbidities that are associated    04:55:40PM
23   with chronic disease and chronic pain.    04:55:44PM
24   So that -- I respect what that statement    04:55:46PM
25   is, but that's really a blanket, blanket statement.    04:55:48PM

60

1    In my practice, most of my patients do have some    04:55:52PM
2    psychiatric or some psychological issues, whether    04:55:56PM
3    they're on Gabapentin or not on Gabapentin or on --    04:55:59PM
4    Q. Oh, sure.            04:56:01PM
5    A. -- opioid or not opioids. Whatever their    04:56:02PM
6    diagnosis is, I think that's more unique to chronic    04:56:05PM
7    pain.                04:56:08PM
8    Q. Okay. So but in addition to the fact that    04:56:08PM
9    chronic pain can cause depression, depression can    04:56:11PM
10   cause pain to be perceived as worse or longer    04:56:15PM
11   lasting than somebody who's not depressed, right?    04:56:19PM
12   MS. WILLAUER: Object to form.    04:56:22PM
13   A. Yes, sir.            04:56:23PM
14   Q. (By Mr. McMichael) Can amitriptyline also    04:56:24PM
15   be used in the treatment of depression?    04:56:25PM
16   A. Amitriptyline is an antidepressant.    04:56:28PM
17   Q. So that if you use amitriptyline to treat a    04:56:31PM
18   patient who has chronic pain and depression, you're    04:56:34PM
19   giving them a drug that is beneficial for both their    04:56:37PM
20   pain and their depression, right?    04:56:41PM
21   MS. WILLAUER: Object to form.    04:56:44PM
22   A. That's a good question. However, typically    04:56:45PM
23   the doses that I use and most pain practitioners, I    04:56:48PM
24   think, use to treat pain when they're using    04:56:50PM
25   amitriptyline are doses far less than you would use    04:56:54PM

61

1    to treat depression.            04:56:57PM
2    Q. (By Mr. McMichael) Okay. Well, let's talk    04:57:00PM
3    a little bit about this article, this editorial that    04:57:02PM
4    was written by Mr. John Barbuto. It's on Page 13    04:57:05PM
5    and 14 of Exhibit A.            04:57:11PM
6    A. Yes.                04:57:15PM
7    Q. There, he says a number of things. One of    04:57:16PM
8    them is, Scientifically, it would be ideal if    04:57:21PM
9    medical care proceeded as a rigorous science, yet it    04:57:26PM
10   doesn't. Ultimately, medical care is about patient    04:57:32PM
11   satisfaction. Patients do not go to the doctor to    04:57:35PM
12   be provided rigorous science. Patients go to the    04:57:38PM
13   doctor to meet their medical desires. There is only    04:57:43PM
14   a partial correlation between these and the    04:57:48PM
15   interests of science. If you were to attempt to    04:57:50PM
16   provide medical care based on rigorous science, and    04:57:53PM
17   I more or less have tried to do this, you would find    04:57:56PM
18   that what you receive is patient dissatisfaction,    04:58:00PM
19   even hostility. The average patient is only    04:58:03PM
20   interested in rigorous science when this happens to    04:58:06PM
21   be consistent with beliefs and desires.    04:58:09PM
22   That's what he wrote there in the second    04:58:12PM
23   paragraph, right?            04:58:14PM
24   A. Yes, sir.            04:58:14PM
25   Q. Do you agree with that?        04:58:15PM

16 (Pages 58 to 61)

62

1    A. I agree with a lot of this.          04:58:16PM
2    Q. If you look on the second page, in the   04:58:21PM
3  second full paragraph, he writes, This then brings   04:58:29PM
4  us to Gabapentin. This is a drug that patients find   04:58:32PM
5  to, quote, work for them, period. How do we know   04:58:35PM
6  this. They buy it or have an insurance company buy   04:58:40PM
7  it for them. They buy it not because they find   04:58:44PM
8  taking pills an inherently joyful activity. They   04:58:47PM
9  buy it and continue to buy it because at one level   04:58:52PM
10  or another, it proves itself to them. And doctors   04:58:55PM
11  provide it because at one level or another, the drug   04:58:59PM
12  proves itself to them, also. For doctors in   04:59:02PM
13  America, the keys to success of Gabapentin are few   04:59:05PM
14  drug interactions and few major side effects. In   04:59:07PM
15  other words, providing the drug is not likely to get   04:59:11PM
16  the patient or the doctor in trouble. This is the   04:59:13PM
17  key to its widespread use.          04:59:16PM
18    That's what he wrote, right?        04:59:17PM
19    A. Yes, sir.          04:59:20PM
20    Q. Do you agree with his statement that one of   04:59:20PM
21  the reasons the drug is so widely used is that   04:59:28PM
22  providing the drug is not likely to get the patient   04:59:32PM
23  or the doctor in trouble?          04:59:35PM
24    MS. WILLAUER: Object to form.       04:59:37PM
25    A. I don't agree with that at all. In fact --   04:59:38PM

63

1  can I comment?          04:59:42PM
2    MS. WILLAUER: Yeah. You can finish   04:59:45PM
3  you answer, yes.          04:59:46PM
4    A. In fact, I'm not sure what he means when he   04:59:47PM
5  says it proves itself to the patient and proves   04:59:51PM
6  itself to the physician. In my mind, proving itself   04:59:54PM
7  to the patient means the patient is getting pain   04:59:57PM
8  relief. In my practice, that's what that would   05:00:00PM
9  mean. And proving it to me means I'm satisfied with   05:00:03PM
10  their level of pain relief they receive with that   05:00:06PM
11  prescription. That's how I perceive this.   05:00:11PM
12    Q. (By Mr. McMichael) Perhaps. Do you have   05:00:14PM
13  any impression from reading this that his thought is   05:00:15PM
14  that, even if there's no double blind, randomly   05:00:18PM
15  controlled study that shows the drug works, if it   05:00:22PM
16  makes the patient happy to get the drug, he's   05:00:25PM
17  pleased to give it to them?          05:00:29PM
18    MS. WILLAUER: Object to form.       05:00:31PM
19    Q. (By Mr. McMichael) And feels like it's   05:00:33PM
20  something a doctor ought to do?          05:00:34PM
21    MS. WILLAUER: Same objection.       05:00:35PM
22    A. I disagree with that completely. Because I   05:00:35PM
23  compare that practice to my practice, and if   05:00:40PM
24  something doesn't work, the patient is all too quick   05:00:43PM
25  to tell you that it doesn't work, even with a phone   05:00:46PM

64

1  call tomorrow morning, that what you gave me   05:00:49PM
2  yesterday doesn't work.          05:00:53PM
3    Q. (By Mr. McMichael) Would you agree that in   05:00:54PM
4  the second paragraph of that article, he is   05:00:55PM
5  suggesting that you -- that there are good reasons   05:00:58PM
6  why a medical doctor can prescribe a drug to a   05:01:01PM
7  patient that are not based upon rigorous science?   05:01:06PM
8    MS. WILLAUER: Object to form, calls   05:01:10PM
9  for speculation. They.          05:01:12PM
10    A. I'm not sure what you're asking me. I   05:01:15PM
11  apologize.          05:01:18PM
12    Q. (By Mr. McMichael) In the second   05:01:19PM
13  paragraph, he says, It would be ideal if medical   05:01:20PM
14  care proceeded as a rigorous science, yet it   05:01:23PM
15  doesn't. That's what he writes, right?   05:01:27PM
16    A. Yes.          05:01:31PM
17    Q. So that -- I'm reading this paragraph and   05:01:31PM
18  the article in general, but particularly this   05:01:34PM
19  paragraph to be a statement that there are -- there   05:01:36PM
20  can be reasons for giving a drug to a patient that   05:01:38PM
21  are not based on rigorous science?          05:01:41PM
22    MS. WILLAUER: Object to form.       05:01:43PM
23    Q. (By Mr. McMichael) Is that what you   05:01:45PM
24  understand?          05:01:46PM
25    A. Yes.          05:01:47PM

65

1    Q. There's nothing wrong with a doctor   05:01:47PM
2  prescribing a drug for an off-label use, per se,   05:02:02PM
3  right?          05:02:05PM
4    A. That's correct.          05:02:06PM
5    Q. Medical science experiments with drugs?   05:02:06PM
6    A. Yes.          05:02:10PM
7    MS. WILLAUER: Object to form.       05:02:10PM
8    A. Yes, sir.          05:02:11PM
9    Q. (By Mr. McMichael) There can be good   05:02:12PM
10  reasons to try a drug for a new purpose?   05:02:14PM
11    A. Yes, sir.          05:02:17PM
12    Q. And if it seems to work, then ultimately   05:02:18PM
13  there can be further testing of the drug to   05:02:21PM
14  rigorously scientifically test whether what seems to   05:02:25PM
15  be working in fact works scientifically?   05:02:27PM
16    MS. WILLAUER: Object to form.       05:02:30PM
17    A. Yes, that's true.          05:02:33PM
18    Q. (By Mr. McMichael) You've been using this   05:02:35PM
19  drug since about the mid '90s if I'm understanding   05:02:37PM
20  this right?          05:02:39PM
21    A. Yes, sir.          05:02:40PM
22    Q. And there's no shortage of people with   05:02:40PM
23  neuropathic pain, right?          05:02:43PM
24    A. That's true.          05:02:44PM
25    Q. It's not like it's a very rare disease that   05:02:44PM

17 (Pages 62 to 65)

66

1  it's hard to find enough people to get a          05:02:47PM
2  statistically significant result about, is it?    05:02:52PM
3          MS. WILLAUER: Object to form.           05:02:54PM
4  A. That's true.                                   05:02:55PM
5  Q. (By Mr. McMichael) Wouldn't you expect         05:02:56PM
6  that, by now, there would be some randomly        05:02:57PM
7  controlled trial that would have demonstrated that 05:03:01PM
8  the drug actually works?                          05:03:04PM
9          MS. WILLAUER: Object to form.           05:03:07PM
10  A. I don't know.                                 05:03:08PM
11         MR. MCMICHAEL: Your witness.             05:03:09PM
12         MS. WILLAUER: Let's go off the record    05:03:10PM
13  and take a break for about five minutes.         05:03:11PM
14         THE VIDEOGRAPHER: Stand by, please.      05:03:15PM
15  Time 5:03 p.m.                                   05:03:16PM
16         (Brief recess taken.)                    05:14:27PM
17         THE VIDEOGRAPHER: Resuming record on     05:14:37PM
18  Videotape 2 at 5:15 p.m.                         05:14:43PM
19             EXAMINATION
20  BY MS. WILLAUER:                                 05:14:45PM
21  Q. Doctor, I have a few follow-up questions      05:14:45PM
22  for you. Mr. McMichael asked you about the placebo 05:14:47PM
23  effect on cross-examination. Do you remember that? 05:14:52PM
24  A. Yes.                                          05:14:54PM
25  Q. Do you think the efficacy you've observed     05:14:55PM

67

1  over the past 12-plus years with prescribing      05:14:59PM
2  Neurontin to thousands of patients is due to the  05:15:04PM
3  placebo effect?                                   05:15:10PM
4  A. No, I don't.                                   05:15:11PM
5  Q. Did you ever see patients who experienced a    05:15:12PM
6  benefit on Neurontin and have their symptoms return 05:15:14PM
7  when they went off of it?                         05:15:18PM
8  A. Yes.                                           05:15:19PM
9  Q. Did you put them back on?                      05:15:20PM
10  A. Yes.                                          05:15:22PM
11  Q. What happened?                                05:15:23PM
12  A. Their symptoms improved. I even have some     05:15:26PM
13  patients that might take the medication three times 05:15:29PM
14  a day, and if they miss the midday dose, they --  05:15:32PM
15  their pain reminds them that they missed their dose. 05:15:36PM
16  Q. Would that happen, in your opinion, if the    05:15:40PM
17  benefit was from the placebo effect?             05:15:44PM
18  A. No, it would not.                             05:15:47PM
19  Q. Doctor, have you experienced any improper     05:15:51PM
20  conduct with regard to Neurontin by any Pfizer,  05:15:54PM
21  Warner Lambert or Parke-Davis sales representatives? 05:15:57PM
22  A. No.                                           05:15:59PM
23         MR. MCMICHAEL: I'm going to object to    05:16:00PM
24  the form of the question because there could be such 05:16:02PM
25  conduct that he does not know of, falsifying journal 05:16:04PM

68

1  articles and so on. But subject to that, you may  05:16:08PM
2  answer the question.                              05:16:12PM
3  A. Not that I'm aware of.                         05:16:13PM
4  Q. (By Ms. Willauer) And Mr. McMichael           05:16:15PM
5  discussed the guilty plea with you on             05:16:19PM
6  cross-examination. Do you recall that?            05:16:22PM
7  A. Yes.                                           05:16:23PM
8  Q. Are you aware that the guilty plea related     05:16:24PM
9  to particular instances of off-label promotion in 05:16:27PM
10  1995 and 1996 that occurred outside of the state of 05:16:30PM
11  Missouri?                                         05:16:34PM
12         MR. MCMICHAEL: I'm going to object to    05:16:35PM
13  the form of that question because it misstates the 05:16:37PM
14  testimony and misstates what I asked him. Subject 05:16:39PM
15  to that, you can answer the question.             05:16:42PM
16         MS. WILLAUER: Object to form is fine,   05:16:44PM
17  Counsel.                                          05:16:46PM
18  Q. (By Ms. Willauer) You can answer.             05:16:46PM
19  A. I didn't pay much attention to specifics or   05:16:47PM
20  the numbers or states involved.                  05:16:51PM
21  Q. Are you aware, Doctor, of anyone from         05:16:53PM
22  Parke-Davis, Warner Lambert or Pfizer promoting   05:16:56PM
23  Neurontin for off-label uses here in Missouri?    05:16:59PM
24  A. Not that I'm aware of.                         05:17:01PM
25  Q. Has any sales representative from Pfizer,     05:17:04PM

69

1  Warner Lambert or Parke-Davis ever detailed you   05:17:07PM
2  about an off-label use for Neurontin?             05:17:10PM
3  A. Not that I'm aware of.                         05:17:11PM
4  Q. And, Doctor, you continue to prescribe        05:17:22PM
5  Neurontin despite your knowledge of the plea because 05:17:24PM
6  it works for your patients?                       05:17:27PM
7  A. Yes.                                           05:17:29PM
8  Q. Doctor, you were asked about your             05:17:42PM
9  compensation for the deposition. Would you        05:17:45PM
10  otherwise be attending to your other duties and   05:17:47PM
11  responsibilities as a physician if you were not   05:17:50PM
12  devoting time to this deposition today?           05:17:52PM
13  A. No. I usually schedule these after hours      05:17:54PM
14  so it would not interfere with patient care.      05:17:58PM
15  Q. Is the rate you mentioned on                  05:18:00PM
16  cross-examination your usual and customary rate for 05:18:03PM
17  depositions?                                      05:18:06PM
18  A. I'm not sure, only because Vicky, our         05:18:08PM
19  secretary, kind of gives the going rate. So when  05:18:12PM
20  you asked me that, I wasn't even sure what the going 05:18:15PM
21  rate was.                                         05:18:18PM
22  Q. At any rate, the going rate we were given,    05:18:19PM
23  do you believe that's your usual and customary rate? 05:18:23PM
24  A. I would say so, yes.                          05:18:25PM
25  Q. Is your compensation for your deposition      05:18:27PM

18 (Pages 66 to 69)

**70**

1  testimony today contingent on the substance of your   05:18:29PM
2  testimony?                                    05:18:32PM
3     A.  No.                                   05:18:32PM
4     Q.  Is your testimony based on your own      05:18:32PM
5  firsthand clinical experience?                   05:18:35PM
6     A.  Yes.                                  05:18:36PM
7     Q.  Mr. McMichael discussed randomized,       05:18:50PM
8  controlled trials at some length on              05:18:53PM
9  cross-examination. Doctor, would it affect your   05:18:55PM
10  ability to effectively treat your patients if you   05:18:58PM
11  had to wait for statistically significant results to   05:19:00PM
12  be found in a double blind, randomized control trial   05:19:04PM
13  before prescribing a medication for an off-label   05:19:07PM
14  use?                                        05:19:10PM
15     A.  That would significantly hamper my ability   05:19:10PM
16  to prescribe for my class or group of patients.   05:19:13PM
17     Q.  Would such a restriction cause patients to   05:19:19PM
18  be inappropriately denied the use of a safe and   05:19:21PM
19  effective therapy like Neurontin?               05:19:25PM
20         MR. MCMICHAEL: Calls for legal          05:19:27PM
21  conclusion.                                 05:19:28PM
22     A.  Potentially, yes.                       05:19:29PM
23     Q.  (By Ms. Willauer)  Will you continue to   05:19:31PM
24  prescribe Neurontin to your patients for the off-   05:19:34PM
25  label conditions we discussed today in the absence   05:19:36PM

**71**

1  of randomized, controlled trials?               05:19:38PM
2     A.  Yes.                                  05:19:41PM
3     Q.  You believe that despite the lack of the   05:19:42PM
4  randomized, controlled trials, it's still          05:19:45PM
5  appropriate to prescribe for off-label conditions?   05:19:47PM
6     A.  Yes.                                  05:19:50PM
7     Q.  Doctor, as a physician, is it important to   05:20:09PM
8  rely on your clinical experience rather than wait   05:20:12PM
9  for randomized, controlled trials --              05:20:15PM
10     A.  Yes.                                  05:20:18PM
11     Q.  -- to show efficacy?                     05:20:18PM
12     A.  Yes.                                  05:20:21PM
13     Q.  Doctor, am I correct that you use Neurontin   05:20:24PM
14  or Gabapentin first line for some patients and as   05:20:28PM
15  adjunctive therapy for other patients?            05:20:34PM
16     A.  That's correct.                         05:20:36PM
17     Q.  In general, Doctor, what is the success   05:20:39PM
18  rate that you've found in treating neuropathic pain   05:20:42PM
19  with Gabapentin, a percentage?                 05:20:46PM
20     A.  Well, to begin with, neuropathic pain can   05:20:51PM
21  be refractory to most therapy, so I would say that   05:20:54PM
22  at least 30 percent of patients with neuropathic   05:20:58PM
23  pain don't respond to anything. So with the 70   05:21:03PM
24  percent of the patients that are left, I might give   05:21:07PM
25  Gabapentin a 50/50.                          05:21:11PM

**72**

1     Q.  Doctor, how does that compare with other   05:21:16PM
2  medications?                                05:21:20PM
3     A.  I would say as good or better than other   05:21:22PM
4  drugs available.                             05:21:28PM
5     Q.  Doctor, has Mr. McMichael showed you      05:21:41PM
6  anything Pfizer, Warner Lambert or Parke-Davis   05:21:44PM
7  ever -- that they ever misrepresented false       05:21:48PM
8  information about Neurontin to anybody?           05:21:56PM
9     A.  No.                                   05:21:58PM
10     Q.  And, Doctor, you're not familiar with the   05:21:58PM
11  federal rules and regulations governing the        05:22:02PM
12  off-label marketing, are you?                   05:22:05PM
13     A.  No, I'm not.                           05:22:06PM
14     Q.  So, Doctor, is it fair to say that you       05:22:10PM
15  cannot speak to what conduct is appropriate for   05:22:14PM
16  marketing of pharmaceutical medications?          05:22:17PM
17         MR. MCMICHAEL: I'll object to the        05:22:20PM
18  form of the question because it's not clear whether   05:22:23PM
19  you're asking him whether he has a legal opinion or   05:22:23PM
20  he has an ethical opinion based on medicine.      05:22:26PM
21  Subject to that, you can answer the question.      05:22:28PM
22     A.  I'm not familiar with those federal        05:22:30PM
23  guidelines, what you were referring to.          05:22:33PM
24     Q.  (By Ms. Willauer)  Doctor, Mr. McMichael   05:22:39PM
25  asked you about these editorials that you provided   05:22:40PM

**73**

1  us prior to your deposition. I want to go over some   05:22:44PM
2  points in those with you.                       05:22:48PM
3     You'll see the first editorial by a Shawn      05:22:53PM
4  Davis that was discussed, in the last paragraph on   05:22:57PM
5  the first column, the first sentence reads, The    05:23:01PM
6  evidence-based practice of medicine allows therapies   05:23:04PM
7  to evolve in search of the optimal treatment. Do   05:23:07PM
8  you agree with this statement?                   05:23:10PM
9     A.  Yes.                                  05:23:12PM
10     Q.  And why?                             05:23:12PM
11     A.  Because, as physicians, we're trying to    05:23:14PM
12  heal or take care of the suffering, and we'll do   05:23:17PM
13  just about anything legal to help their suffering or   05:23:24PM
14  decrease their pain.                          05:23:30PM
15     Q.  Doctor, second column, last sentence of the   05:23:33PM
16  first full paragraph, Off-label uses may become   05:23:40PM
17  clinically acceptable without having FDA approved   05:23:46PM
18  indication. Do you agree with this statement?     05:23:49PM
19     A.  Yes, I do.                            05:23:52PM
20     Q.  And why?                             05:23:52PM
21     A.  Because, once again, my practice uses an   05:23:54PM
22  awful lot of medications that we utilize in an     05:23:58PM
23  off-label capacity to try to treat pain and       05:24:02PM
24  suffering.                                   05:24:08PM
25     Q.  Doctor, a little farther down in that      05:24:09PM

19 (Pages 70 to 73)

74

1  column, next to last paragraph, starts John Barbuto? 05:24:11PM
2     A. Yes.                                    05:24:17PM
3     Q. John Barbuto, M.D., a practicing        05:24:17PM
4  neurologist, observed in a previous issue of the   05:24:21PM
5  Journal that while I object, I use Gabapentin
6  because of its, A, few major side effects, paren,   05:24:24PM
7  and lower risk of malpractice lawsuits, close   05:24:27PM
8  parent; B, few drug interactions, a consideration   05:24:31PM
9  more important for this patient population that has   05:24:34PM
10 a relatively high incidence of affective disorders   05:24:37PM
11 and chronic pain and tends to be taking multiple   05:24:41PM
12 drugs; C, favorable tolerance for these patients   05:24:45PM
13 with affective disorders and chronic pain who are   05:24:49PM
14 more prone to complain of side effects; and, D,   05:24:53PM
15 relative ease of use, open paren, e.g., less need   05:24:57PM
16 for follow-up laboratory monitoring, close paren.   05:25:01PM
17 Doctor, do you agree with this observation?   05:25:05PM
18    A. Yes, I do.                              05:25:08PM
19    Q. And why?                                05:25:08PM
20    A. I think that this is consistent with our   05:25:10PM
21 practice and my practice style.               05:25:15PM
22    Q. Is it consistent with your experiences with   05:25:21PM
23 treating pain -- excuse me -- using Gabapentin to   05:25:25PM
24 treat pain?                                   05:25:29PM
25    A. Yes.                                    05:25:30PM

75

1     Q. And finally, at the end of that article --   05:25:30PM
2  editorial, Doctor, that Shawn Davis editorial, it   05:25:36PM
3  notes, The author discloses no financial interest or   05:25:41PM
4  bias regarding Gabapentin or Pfizer, Inc.; is that   05:25:45PM
5  correct?                                      05:25:49PM
6     A. Yes.                                    05:25:49PM
7     Q. I want to point out a couple things,    05:25:50PM
8  Doctor, to discuss with you in the next editorial,   05:25:53PM
9  the Barbuto editorial. The next page.         05:25:56PM
10    A. Page 14?                                05:26:02PM
11    Q. Yeah. Mine is not -- doesn't have page   05:26:03PM
12 numbers.
13    A. The last page of it.                    05:26:05PM
14    Q. Yes. The fourth paragraph --            05:26:07PM
15    A. Uh-huh.                                 05:26:19PM
16    Q. -- starts, The move to control a drug by   05:26:19PM
17 demanding that its use be limited to formal   05:26:22PM
18 indications is a doomed strategy. Do you agree with   05:26:25PM
19 this statement?                               05:26:31PM
20    A. That's a little graphic, but. . .       05:26:32PM
21    Q. Can you -- can you explain what you mean?   05:26:36PM
22    A. I -- I don't know about a doomed strategy,   05:26:39PM
23 but if the reference is made to only being able to   05:26:42PM
24 utilize drugs that have passed the test of being   05:26:46PM
25 randomized, placebo, controlled, double-blinded   05:26:52PM

76

1  studies, our armamentarium to prescribe medications   05:26:54PM
2  would be grossly limited.                     05:27:00PM
3     Q. And would that affect your ability to treat   05:27:02PM
4  your patients?                                05:27:06PM
5        MR. MCMICHAEL: Object to the form of   05:27:07PM
6  the question.
7     A. It would make my job as being a pain     05:27:08PM
8  physician very difficult, yes.                05:27:11PM
9     Q. (By Ms. Willauer) The next paragraph,   05:27:13PM
10 first sentence, For many drugs and many conditions,   05:27:15PM
11 well-established uses may stay off label. Do you   05:27:18PM
12 agree with that statement?                    05:27:22PM
13    A. Yes.                                    05:27:24PM
14    Q. Why?                                    05:27:24PM
15    A. Because that's a fact.                  05:27:25PM
16    Q. Why do you think many well-established uses   05:27:30PM
17 may stay off label?                           05:27:34PM
18    A. Probably because it's so expensive to get a   05:27:35PM
19 drug approved by the FDA for a certain indication or   05:27:38PM
20 a drug strength, that it's not worth it from the   05:27:42PM
21 pharmaceutical company's standpoint is, my guess.   05:27:50PM
22    Q. And finally, Doctor, that last paragraph in   05:27:54PM
23 the first column, I have no personal or economic   05:27:57PM
24 interest in Gabapentin or the company that   05:28:01PM
25 manufactures it; is that correct?             05:28:05PM

77

1     A. Yes.                                    05:28:06PM
2     Q. I think we're finished with that one,   05:28:22PM
3  Doctor. Thank you.                            05:28:24PM
4     A. Okay.                                   05:28:25PM
5     Q. Doctor, you mentioned that patients that   05:29:11PM
6  come to you, 30 percent of them, nothing works; is   05:29:15PM
7  that correct?                                 05:29:18PM
8     A. When we talked about neuropathic pain.   05:29:19PM
9     Q. For neuropathic pain. Is it correct that   05:29:23PM
10 for some patients, no medication will work for   05:29:27PM
11 neuropathic pain?                             05:29:32PM
12    A. Yes.                                    05:29:32PM
13    Q. And will a patient's refractoriness impact   05:29:32PM
14 what you prescribe them for their pain?       05:29:38PM
15        MR. MCMICHAEL: Object to the form of   05:29:41PM
16 the question.
17    A. I think I understand your question. Yes.   05:29:42PM
18    Q. (By Ms. Willauer) And, Doctor, finally,   05:29:59PM
19 none of what you heard from -- or found out from   05:30:03PM
20 Mr. McMichael today changes the fact you have found   05:30:07PM
21 Neurontin to be effective for some of your patients?   05:30:10PM
22    A. That's correct.                         05:30:14PM
23    Q. And despite what Mr. McMichael has told you   05:30:18PM
24 here today, you intend to continue to use Neurontin   05:30:21PM
25 in your practice?                             05:30:25PM

20 (Pages 74 to 77)

**78**

1    MR. MCMICHAEL: Object to the form of   05:30:25PM
2  the question.                          05:30:27PM
3    A. Yes.                              05:30:29PM
4    MS. WILLAUER: Nothing further,       05:30:30PM
5  Doctor. Thank you.                     05:30:31PM
6        EXAMINATION
7  BY MR. MCMICHAEL:                       05:30:31PM
8    Q. Does anything I said here to you today make 05:30:32PM
9  you think maybe you'd like to go do some more    05:30:35PM
10  reading about this subject than you've so far done?  05:30:38PM
11   A. Perhaps.                          05:30:43PM
12    MS. WILLAUER: Object to form.       05:30:45PM
13    Q. (By Mr. McMichael) In connection with the  05:30:47PM
14  Barbuto article, Brigette read to you on Page 14  05:30:50PM
15  some things that he said. That paragraph began, The 05:30:56PM
16  move to control a drug by demanding that its use be  05:31:01PM
17  limited to formal indication is a doomed strategy.  05:31:05PM
18  The last paragraph says -- well, I'll just read the  05:31:08PM
19  whole thing: There is very extensive information    05:31:11PM
20  supporting the perspective that, very frequently, a  05:31:15PM
21  drug comes to be recognized as useful for a        05:31:19PM
22  condition via serendipity.            05:31:25PM
23    That's luck, right?                  05:31:25PM
24    A. Yes.                             05:31:26PM
25    Q. Some physician somewhere either observes a  05:31:27PM

**79**

1  fortuitous effect or correctly guesses a probable  05:31:27PM
2  applicability. In the early stages of such use, the  05:31:32PM
3  application is off label.             05:31:35PM
4    That's what he wrote, correct?       05:31:36PM
5    A. That's what he wrote, yes.        05:31:37PM
6    Q. And in that paragraph that she read to you  05:31:40PM
7  that starts with -- I'll just read the whole      05:31:43PM
8  paragraph: I have no personal or economic interest  05:31:47PM
9  in Gabapentin or the company that manufactures --  05:31:49PM
10  manufactures it. Support of the behavior          05:31:52PM
11  surrounding Gabapentin is not about supporting the  05:31:56PM
12  drug itself. It is about recognizing how real      05:31:59PM
13  medical care works. Real medical care is about     05:32:03PM
14  taking care of emotional, personally interested    05:32:05PM
15  human beings in a way that is satisfying to the    05:32:10PM
16  patient and allows the doctor a successful life.   05:32:13PM
17    That is what he wrote, right?        05:32:18PM
18    A. That's correct.                   05:32:20PM
19    Q. Real medical care is about people. It is  05:32:21PM
20  only about science as a secondary issue.          05:32:24PM
21    That's what he wrote, right?         05:32:28PM
22    A. Yes.                             05:32:31PM
23    Q. Okay. Now, I just want to be clear about  05:32:32PM
24  something. I gather from what you've told Brigette  05:32:42PM
25  that out of all the patients that you prescribe    05:32:45PM

**80**

1  Neurontin for for neuropathic pain, about 35 percent  05:32:48PM
2  of them respond; is that right?        05:32:53PM
3    A. That's accurate.                  05:32:54PM
4    MS. WILLAUER: Object to form.        05:32:56PM
5    Q. (By Mr. McMichael) Okay.          05:32:58PM
6    MS. WILLAUER: Misstates the record.  05:33:00PM
7    Q. (By Mr. McMichael) Well, is that what I --  05:33:03PM
8  is that correct, your experience is that about 35    05:33:07PM
9  percent of the people you give the drug respond to  05:33:10PM
10  it?                                  05:33:13PM
11    MS. WILLAUER: Same objection.        05:33:13PM
12    A. Or --                           05:33:14PM
13    Q. (By Mr. McMichael) I don't want to tell   05:33:15PM
14  you. You tell me.                     05:33:16PM
15    A. To be specific, it was the 30 percent of  05:33:17PM
16  neuropathic people don't respond to anything.      05:33:20PM
17    Q. Correct.
18    A. Of the remaining folks, 50 percent of the  05:33:23PM
19  patients are responders.              05:33:26PM
20    Q. (By Mr. McMichael) So that's -- 50 percent  05:33:26PM
21  of 70 percent is 35 percent, right?    05:33:28PM
22    A. Of all those patients, the percentage of  05:33:31PM
23  the patients that will respond to something.        05:33:33PM
24    Q. So out of 100 percent of the patients, 35  05:33:35PM
25  percent respond to Neurontin?          05:33:37PM

**81**

1    MS. WILLAUER: Object to form.        05:33:39PM
2    A. In that group of patients, yes.   05:33:40PM
3    Q. (By Mr. McMichael) And you, of course,    05:33:43PM
4  here today, because of the doctor-patient medical   05:33:45PM
5  privilege, have not disclosed the names of any      05:33:48PM
6  witnesses -- or any witnesses -- any patients,     05:33:51PM
7  right?                               05:33:54PM
8    A. No, I have not.                   05:33:54PM
9    Q. And you couldn't if I -- if you wanted to,  05:33:55PM
10  right, because ethics would prohibit you from doing  05:33:56PM
11  that?                                05:34:00PM
12    A. I would not.                     05:34:00PM
13    Q. And you haven't done any systematic        05:34:01PM
14  analysis of your patients' response --  05:34:06PM
15    MS. WILLAUER: Object to form.        05:34:09PM
16    Q. -- over the history of your use of  05:34:11PM
17  Neurontin. You're just telling us what your general  05:34:13PM
18  impression is, right?                 05:34:16PM
19    MS. WILLAUER: Object to form.        05:34:17PM
20    A. What my general impression is as well as my  05:34:18PM
21  21 years of experience and practice, and we talked  05:34:21PM
22  12, maybe 13 years of prescribing this drug.        05:34:24PM
23    MR. MCMICHAEL: Nothing further.      05:34:36PM
24        EXAMINATION
25  BY MS. WILLAUER:                        05:34:59PM

21 (Pages 78 to 81)

82

1    Q. Doctor, in treating patients with         05:34:59PM
2    neuropathic pain with Neurontin, have you found      05:35:05PM
3    Neurontin to be effective if not better than      05:35:07PM
4    alternative medications?              05:35:10PM
5        A. I would say that is a tough question to ask  05:35:14PM
6    (sic) based on what the patient has already tried    05:35:19PM
7    and been on. I would say that it is -- it can be   05:35:21PM
8    very effective for some folks. It can be marginally  05:35:24PM
9    effective in other patients, so the response is     05:35:29PM
10   variable.                  05:35:45PM
11       MS. WILLAUER: Okay. Nothing further, 05:35:45PM
12   Doctor. Thank you.               05:35:47PM
13       MR. MCMICHAEL: I have nothing        05:35:48PM
14   further.                   05:35:50PM
15       THE VIDEOGRAPHER: Stand by, please.   05:35:50PM
16   This concludes the videotaped deposition. End time, 05:35:51PM
17   5:36 p.m.                  05:35:55PM
18       (Whereupon, it was stipulated by counsel
19   and the witness that submission of the transcribed
20   deposition to the witness for examination, reading
21   and signing is waived and that said deposition shall
22   possess the same force and effect as though read and
23   signed by the witness.)
24
25

83

1            C E R T I F I C A T E
2        I, Robin Prouty, a Certified Court
3    Reporter in and for the State of Missouri, do hereby
4    certify:
5            That prior to being examined, the witness
6    was by me duly sworn;
7            That said deposition was taken down by me
8    in shorthand at the time and place hereinbefore
9    stated and was thereafter reduced to writing under
10   my direction;
11           That I am not a relative or employee or
12   attorney or counsel of any of the parties, or a
13   relative or employee of such attorney or counsel, or
14   financially interested in the action.
15           WITNESS my hand and seal this_____
16   day of_____, 20___.
17
18       _____
19        Robin Prouty, CCR No. 868
20
21
22
23
24
25

22 (Pages 82 to 83)