# EXHIBIT C-1

## DEFENDANTS' DESIGNATIONS OF DEPOSITION TESTIMONY

## DR. AMY FITZSIMMONS

| Transcript Name | Quantity | Duration |
|---|---|---|
| Fitzsimmons, Amy - 09/22/2008 | 16 | 00:13:39 |
| **Total** | **16** | **00:13:39** |

| | |
|---|---|
| **Page:** 0006:16 - 0006:17<br>**Issue:** ☐ Defendant's Designation | Fitzsimmons, Amy - 09/22/2008<br>0006:16    Q.    Good morning, Dr. Fitzsimmons.<br>0006:17    A.    Good morning. |
| **Page:** 0007:06 - 0007:18<br>**Issue:** ☐ Defendant's Designation | Fitzsimmons, Amy - 09/22/2008<br>0007:06    I will be focusing today on your<br>0007:07 experience in prescribing Neurontin.<br>0007:08    A.    Okay.<br>0007:09    Q.    In particular prescribing<br>0007:10 Neurontin for off label uses, which is to say<br>0007:11 uses or indications which have not been<br>0007:12 approved by the FDA. When I say Neurontin, it<br>0007:13 would be great if you could understand me to<br>0007:14 mean either branded Neurontin or generic<br>0007:15 gabapentin. I don't mean to distinguish<br>0007:16 between the two at all in my question. Is that<br>0007:17 okay?<br>0007:18    A.    That's fine. |
| **Page:** 0009:25 - 0013:14<br>**Issue:** ☐ Defendant's Designation | Fitzsimmons, Amy - 09/22/2008<br>0009:25    Q.    And you're a medical doctor. Is<br>0010:01    AMY FITZSIMMONS, M.D.<br>0010:02 that correct?<br>0010:03    A.    I am an M.D.<br>0010:04    Q.    Where is your practice located?<br>0010:05    A.    In Southampton, Pennsylvania.<br>0010:06    Q.    And what is the general nature<br>0010:07 of your practice?<br>0010:08    A.    I'm in physical medicine and<br>0010:09 rehabilitation.<br>0010:10    Q.    Can you tell us just in very<br>0010:11 general terms what physical medicine and<br>0010:12 rehabilitation is?<br>0010:13    A.    Physical medicine and<br>0010:14 rehabilitation is a specialty in which we work<br>0010:15 with function. I do a lot of pain management.<br>0010:16 I'm also board certified in spinal cord injury<br>0010:17 as well.<br>0010:18    Q.    How many patients do you see in<br>0010:19 a typical week?<br>0010:20    A.    I do both inpatient and<br>0010:21 outpatient work. I would say if I looked at<br>0010:22 just visits, it's probably over a hundred<br>0010:23 visits per week. Some of those are duplicative<br>0010:24 because I have to see them daily in the<br>0010:25 hospital.<br>0011:01    AMY FITZSIMMONS, M.D.<br>0011:02    Q.    Are you -- are you affiliated<br>0011:03 with a particular hospital?<br>0011:04    A.    I'm affiliated with Holy<br>0011:05 Redeemer Hospital.<br>0011:06    Q.    As part of your practice, do you<br>0011:07 write prescriptions?<br>0011:08    A.    I do.<br>0011:09    Q.    Are some of the prescriptions<br>0011:10 that you write sometimes off label, which is to<br>0011:11 say for use or indications that the FDA hasn't<br>0011:12 approved a specific medicine for?<br>0011:13    A.    Yes.<br>0011:14    Q.    To the best of your<br>0011:15 understanding as a doctor, does the FDA put any<br>0011:16 limitations on you in terms of your ability to<br>0011:17 prescribe medicines for off label uses within<br>0011:18 the limits of your own medical judgment? |

1

| | |
|---|---|
| | 0011:19    A.    I don't think so.<br>0011:20    Q.    Would you agree with me that<br>0011:21 doctors do commonly prescribe certain medicines<br>0011:22 for uses for which they haven't been approved<br>0011:23 by the FDA?<br>0011:24    A.    Yes.<br>0011:25    Q.    A little more background about<br>0012:01          AMY FITZSIMMONS, M.D.<br>0012:02 you. Where did you attend medical school?<br>0012:03    A.    I went to Medical College of<br>0012:04 Pennsylvania.<br>0012:05    Q.    Did part of your education at<br>0012:06 the Medical College of Pennsylvania include<br>0012:07 training that qualified you to prescribe<br>0012:08 medicines?<br>0012:09    A.    Yes.<br>0012:10    Q.    Did you do a residency after<br>0012:11 your medical school?<br>0012:12    A.    I did an internship and a<br>0012:13 residency. My internship was at Albert<br>0012:14 Einstein Northern Medical Center in internal<br>0012:15 medicine and a three-year residency in physical<br>0012:16 medicine and rehabilitation at Graduate<br>0012:17 Hospital in Philadelphia.<br>0012:18    Q.    Did part of your training as an<br>0012:19 intern and then as a resident also include<br>0012:20 training that related to the prescription of<br>0012:21 medicines?<br>0012:22    A.    Yes.<br>0012:23    Q.    Okay. You mentioned a board<br>0012:24 certification that you have -- that you have.<br>0012:25 What is your board certification in?<br>0013:01          AMY FITZSIMMONS, M.D.<br>0013:02    A.    I have two board certifications;<br>0013:03 one is in physical medicine and rehabilitation<br>0013:04 and the other is in spinal cord injury.<br>0013:05    Q.    In total, how long have you been<br>0013:06 practicing medicine?<br>0013:07    A.    Well, it's since 19 -- I<br>0013:08 graduated residency in 1993.<br>0013:09    Q.    Okay. So about 15 years total<br>0013:10 if I'm doing the math right?<br>0013:11    A.    Yeah. I mean, I could write<br>0013:12 prescriptions when I was a resident and even an<br>0013:13 intern, but since 1993 I've been, you know, out<br>0013:14 of residency and on my own. |

2

| | |
|---|---|
| **Page:** 0013:17 - 0014:17<br>**Issue:** ☐ Defendant's Designation | Fitzsimmons, Amy - 09/22/2008<br>0013:17        You mentioned that you sometimes<br>0013:18 prescribe drugs off label.  Is that correct?<br>0013:19     A.    That's correct.<br>0013:20     Q.    How frequently do you do so in<br>0013:21 your daily practice?<br>0013:22     A.    You know, sometimes it's hard<br>0013:23 because, you know, the literature speaks of a<br>0013:24 medication that -- you know, I don't always go<br>0013:25 back to the Physicians' Desk Reference to<br>0014:01        AMY FITZSIMMONS, M.D.<br>0014:02 understand what it was originally considered on<br>0014:03 label for.  But, you know, Neurontin is one of<br>0014:04 the common ones.  There is several other common<br>0014:05 drugs I believe I -- you know, it's got to be<br>0014:06 at least a couple of times a week.<br>0014:07     Q.    As a general matter, we'll talk<br>0014:08 about Neurontin specifically in a minute, but<br>0014:09 why would you typically prescribe a drug off<br>0014:10 label if there's a way to generalize it?<br>0014:11     A.    Because it's had proven efficacy<br>0014:12 and it's generally accepted among my peers and<br>0014:13 colleagues.<br>0014:14     Q.    How typical in your field is it<br>0014:15 to prescribe drugs off label?<br>0014:16     A.    I think it's very common for<br>0014:17 some of them. |
| **Page:** 0014:23 - 0015:25<br>**Issue:** ☐ Defendant's Designation | Fitzsimmons, Amy - 09/22/2008<br>0014:23     Q.    Yeah, sure.  Would you agree<br>0014:24 that a doctor has an obligation to exercise her<br>0014:25 own medical judgment in prescribing medicines<br>0015:01        AMY FITZSIMMONS, M.D.<br>0015:02 to patients?<br>0015:03     A.    Yeah, I think it's our<br>0015:04 responsibility.<br>0015:05     Q.    And you do that in your<br>0015:06 practice.  Right?<br>0015:07     A.    Yes.<br>0015:08     Q.    And in exercising your<br>0015:09 independent medical judgment on what to<br>0015:10 prescribe, do you consider the potential<br>0015:11 benefits of the medicine and also the potential<br>0015:12 risks associated with it?<br>0015:13     A.    Yes.<br>0015:14     Q.    Okay.  Let's talk about<br>0015:15 Neurontin that you mentioned before.  You do<br>0015:16 prescribe Neurontin.  Is that correct?<br>0015:17     A.    Yes.<br>0015:18     Q.    You understand, I assume, that<br>0015:19 Neurontin has been approved for adjunctive<br>0015:20 treatment of epilepsy and then also for<br>0015:21 postherpetic neuralgia.  Is that right?<br>0015:22     A.    That's correct.<br>0015:23     Q.    What conditions have you<br>0015:24 prescribed Neurontin to treat to the best of<br>0015:25 your recollection? |

3

| | |
|---|---|
| **Page:** 0016:05 - 0016:15<br>**Issue:** ☐ Defendant's Designation | Fitzsimmons, Amy - 09/22/2008<br>0016:05    A.    Most commonly it's for some sort<br>0016:06 of nerve pain.  I don't think I've ever written<br>0016:07 it for an adjunct to epilepsy or seizure<br>0016:08 disorder.  I also -- I may have written it for<br>0016:09 postherpetic neuralgia.  I see that less<br>0016:10 commonly than I see chronic pain conditions or<br>0016:11 nerve pain conditions.<br>0016:12    Q.    When you say "nerve pain," is<br>0016:13 that the same thing as neuropathic pain or is<br>0016:14 it something different?<br>0016:15    A.    It's the same thing. |
| **Page:** 0016:22 - 0016:23<br>**Issue:** ☐ Defendant's Designation | Fitzsimmons, Amy - 09/22/2008<br>0016:22    Q.    Has Neurontin been effective for<br>0016:23 treating neuropathic pain in your patients? |
| **Page:** 0016:25 - 0017:16<br>**Issue:** ☐ Defendant's Designation | Fitzsimmons, Amy - 09/22/2008<br>0016:25         THE WITNESS:  Yes, it's been<br>0017:01         AMY FITZSIMMONS, M.D.<br>0017:02         very effective.<br>0017:03 BY MR. POLUBINSKI:<br>0017:04    Q.    Do you recall when the first<br>0017:05 time was that you prescribed Neurontin to treat<br>0017:06 neuropathic pain off label?<br>0017:07    A.    I don't, but it's been a long<br>0017:08 time.<br>0017:09    Q.    Okay.  By a long time, more than<br>0017:10 five years would you say?<br>0017:11    A.    Certainly more than five.  It<br>0017:12 may have been since residency, I just don't<br>0017:13 recall.<br>0017:14    Q.    Do you recall what would have<br>0017:15 initially led you to prescribe Neurontin off<br>0017:16 label for neuropathic pain? |
| **Page:** 0017:18 - 0018:06<br>**Issue:** ☐ Defendant's Designation | Fitzsimmons, Amy - 09/22/2008<br>0017:18         THE WITNESS:  It's very commonly<br>0017:19         used in the pathway for nerve pain<br>0017:20         among my colleagues, my peers and my<br>0017:21         guess is among the physicians that<br>0017:22         helped train me.<br>0017:23 BY MR. POLUBINSKI:<br>0017:24    Q.    Do you continue to prescribe<br>0017:25 Neurontin for off label use of neuropathic<br>0018:01         AMY FITZSIMMONS, M.D.<br>0018:02 pain?<br>0018:03    A.    I do.<br>0018:04    Q.    Why do you continue to prescribe<br>0018:05 Neurontin for off label uses of neuropathic<br>0018:06 pain? |
| **Page:** 0020:14 - 0020:24<br>**Issue:** ☐ Defendant's Designation | Fitzsimmons, Amy - 09/22/2008<br>0020:14         THE WITNESS:  It works.  It is<br>0020:15         an effective use that is paid for by<br>0020:16         the prescription plans.  Some of the<br>0020:17         newer agents aren't.  And so we<br>0020:18         usually -- I usually start there.<br>0020:19 BY MR. POLUBINSKI:<br>0020:20    Q.    Without reference to specific<br>0020:21 patients at all, what have you heard from your<br>0020:22 patients about whether they find Neurontin to<br>0020:23 be effective in treating neuropathic pain off<br>0020:24 label? |

| | |
|---|---|
| **Page:** 0021:03 - 0021:25<br>**Issue:** ☐ Defendant's Designation | Fitzsimmons, Amy - 09/22/2008<br>0021:03       THE WITNESS: It's a mix. What<br>0021:04    patients say is -- you know, some<br>0021:05    people have side effects and if the<br>0021:06    side effects are intolerable, we take<br>0021:07    them off it. If it works, and they can<br>0021:08    tolerate the side effects, the side<br>0021:09    effects begin to go away, we keep them<br>0021:10    on it or titrate up until symptoms or<br>0021:11    side effects -- symptoms go away or<br>0021:12    side effects are intolerable.<br>0021:13 BY MR. POLUBINSKI:<br>0021:14     Q.    What have you heard about the<br>0021:15 efficacy of Neurontin from your -- from your<br>0021:16 patients?<br>0021:17     A.    It works very well for some of<br>0021:18 my patients.<br>0021:19     Q.    When you prescribe Neurontin to<br>0021:20 treat neuropathic pain, how long does a patient<br>0021:21 typically take the medicine?<br>0021:22     A.    It can be forever.<br>0021:23     Q.    For what proportion of your<br>0021:24 patients that take Neurontin for off label uses<br>0021:25 or neuropathic pain do you prescribe refills? |

| | |
|---|---|
| **Page:** 0022:04 - 0024:15<br>**Issue:** ☐ Defendant's Designation | Fitzsimmons, Amy - 09/22/2008<br>0022:04   A.   I'm a specialist, so if someone<br>0022:05 comes to me and we get their pain under control<br>0022:06 and they're stable, I can turn that care back<br>0022:07 over to a primary care physician.  If they stay<br>0022:08 with me, I'll continue writing for it for as<br>0022:09 long as they see me.<br>0022:10   Q.   Since you first started<br>0022:11 prescribing Neurontin to treat neuropathic pain<br>0022:12 off label, approximately how many patients<br>0022:13 would you say you prescribed Neurontin to for<br>0022:14 that condition?<br>0022:15   A.   It's got to be hundreds since I<br>0022:16 started, I think.<br>0022:17   Q.   After you first prescribed<br>0022:18 Neurontin for off label treatment of<br>0022:19 neuropathic pain, was your observation of its<br>0022:20 performance with prior patients a basis on<br>0022:21 which you decided whether to prescribe it to<br>0022:22 future patients?<br>0022:23   A.   I think that's a fair assessment<br>0022:24 of all my -- all the drugs I use.<br>0022:25   Q.   Would you say that your<br>0023:01        AMY FITZSIMMONS, M.D.<br>0023:02 knowledge of Neurontin and its efficacy have<br>0023:03 grown over the years?<br>0023:04   A.   Yes.<br>0023:05   Q.   So I take it that you know more<br>0023:06 about Neurontin and its efficacy today than you<br>0023:07 did in, say, 1995?<br>0023:08   A.   I think that's fair.<br>0023:09   Q.   And that information would be<br>0023:10 based in part on your personal experience with<br>0023:11 your patients.  Is that correct?<br>0023:12   A.   Correct.<br>0023:13   Q.   And then based also at least in<br>0023:14 part on discussions that you had with<br>0023:15 colleagues about their experiences with<br>0023:16 Neurontin.  Correct?<br>0023:17   A.   Yes.<br>0023:18   Q.   So when you prescribe Neurontin<br>0023:19 for treatment of neuropathic pain off label,<br>0023:20 it's based on your independent medical judgment<br>0023:21 that it's an appropriate treatment.  Is that<br>0023:22 correct?<br>0023:23   A.   Yes.<br>0023:24   Q.   And so do you continue to<br>0023:25 believe that Neurontin can be a safe and<br>0024:01        AMY FITZSIMMONS, M.D.<br>0024:02 effective treatment for off label use of<br>0024:03 neuropathic pain?<br>0024:04   A.   I do.<br>0024:05   Q.   Have you ever been detailed by a<br>0024:06 Pfizer or Warner-Lambert sales representative<br>0024:07 about Neurontin?<br>0024:08   A.   I don't believe so.  We don't<br>0024:09 get samples.  It's now a generic.  We very<br>0024:10 rarely get detailed on generic items.<br>0024:11   Q.   Looking back in time, have you<br>0024:12 ever in the past, to the best of your<br>0024:13 recollection, been detailed?<br>0024:14   A.   I don't recall ever being<br>0024:15 detailed on that. |

| | |
|---|---|
| **Page:** 0039:10 - 0039:23<br>**Issue:** ☐ Defendant's Designation | Fitzsimmons, Amy - 09/22/2008<br>0039:10   Q.   Now, you said that Neurontin<br>0039:11 works. What do you base that on?<br>0039:12   A.   The patients' reports. Pain is<br>0039:13 subjective. If someone is coming -- we always<br>0039:14 take -- or I always take a pain level. What<br>0039:15 they're functionally doing, if they could do<br>0039:16 more, if people are reporting less pain and the<br>0039:17 only difference since the last time I saw them<br>0039:18 is the gabapentin, then it works. The same way<br>0039:19 I judge all medicines for pain that I use or<br>0039:20 for any medicine that I use for anything.<br>0039:21   Q.   So to exclude things, you're not<br>0039:22 basing your conclusion that Neurontin works on<br>0039:23 studies that you've read. Is that right? |
| **Page:** 0039:25 - 0040:09<br>**Issue:** ☐ Defendant's Designation | Fitzsimmons, Amy - 09/22/2008<br>0039:25         THE WITNESS: No. On a<br>0040:01         AMY FITZSIMMONS, M.D.<br>0040:02         day-to-day basis, it's based on the<br>0040:03         individuals that I see.<br>0040:04 BY MR. WESTON:<br>0040:05   Q.   Your patients telling you how<br>0040:06 they feel?<br>0040:07   A.   Correct.<br>0040:08   Q.   And that is virtually the sole<br>0040:09 basis of your opinion -- |
| **Page:** 0040:12 - 0041:04<br>**Issue:** ☐ Defendant's Designation | Fitzsimmons, Amy - 09/22/2008<br>0040:12   Q.   -- that Neurontin works?<br>0040:13   A.   It is the strongest basis of my<br>0040:14 opinion. Plus the fact that I have all my<br>0040:15 colleagues telling me it works. And when you<br>0040:16 go to meetings, you know. That, you know, it<br>0040:17 is one of the first things you do before you<br>0040:18 move into the narcotic arena if it's nerve<br>0040:19 pain.<br>0040:20   Q.   I'm only trying to get the<br>0040:21 foundations of your opinion. The strongest is<br>0040:22 your patient response to you?<br>0040:23   A.   Correct.<br>0040:24   Q.   Your colleagues speaking to you?<br>0040:25   A.   Uh-huh.<br>0041:01         AMY FITZSIMMONS, M.D.<br>0041:02   Q.   Is there anything else?<br>0041:03   A.   On whether it works? No, I<br>0041:04 think that's pretty much what I use. |
| **Page:** 0044:19 - 0045:06<br>**Issue:** ☐ Defendant's Designation | Fitzsimmons, Amy - 09/22/2008<br>0044:19         Let me just cut to the chase and<br>0044:20 ask you how likely in your mind is it that the<br>0044:21 efficacy that you've seen over the course of<br>0044:22 the past 10, 15 years of your practice and the<br>0044:23 hundreds of patients that you've treated with<br>0044:24 Neurontin for nerve pain is due solely to the<br>0044:25 placebo effect?<br>0045:01         AMY FITZSIMMONS, M.D.<br>0045:02   A.   I don't think so.<br>0045:03   Q.   Why not?<br>0045:04   A.   It's too common. I mean,<br>0045:05 Neurontin just too commonly helps people with<br>0045:06 nerve pain. |