# EXHIBIT D-1

## DEFENDANTS' DESIGNATIONS OF DEPOSITION TESTIMONY

## DR. TERRY ROLAN

| Transcript Name | Quantity | Duration |
|---|---|---|
| Rolan, Terry - 03/10/2009 | 26 | 00:16:32 |
| **Total** | **26** | **00:16:32** |

| | |
|---|---|
| **Page:** 0006:08 - 0006:11<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0006:08                TERRY D. ROLAN, M.D.,<br>0006:09     Of lawful age, produced, sworn and<br>0006:10     examined on behalf of the Defendant, deposes<br>0006:11     and says: |
| **Page:** 0006:14 - 0006:15<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0006:14    Q Good afternoon, Dr. Rolan.<br>0006:15    A Hello. |
| **Page:** 0007:06 - 0007:15<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0007:06    Q Okay? Now, when I say off label, I imagine<br>0007:07    that term's familiar to you, but I'm referring to<br>0007:08    the use of the medicine for use not specifically<br>0007:09    approved by the FDA, is that okay?<br>0007:10    A I understand.<br>0007:11    Q All right. And when I mention -- when I say<br>0007:12    Neurontin, I'm using it in the broad sense to mean<br>0007:13    both the branded and the generic version,<br>0007:14    Gabapentin. Is that okay?<br>0007:15    A Sure. That's fine. |
| **Page:** 0008:13 - 0009:09<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0008:13    Q You're a medical doctor, correct?<br>0008:14    A That's correct.<br>0008:15    Q And your practice is located here in<br>0008:16    Columbia, Missouri?<br>0008:17    A Yes.<br>0008:18    Q And what is the general nature of your<br>0008:19    practice?<br>0008:20    A Well, I'm an attending physician and<br>0008:21    assistant professor here at the university, so I<br>0008:22    teach residents and medical students. I supervise<br>0008:23    them in their training. I see patients on my own<br>0008:24    as part of my own private patient type of clinic.<br>0008:25    And those are probably my largest general duties.<br>0009:01    Q Okay. And do you have -- what are your<br>0009:02    titles here? You said assistant professor.<br>0009:03    A I'm assistant professor and that has to do<br>0009:04    with your academic rank. I'm also the director of<br>0009:05    the movement disorder clinic and the director of<br>0009:06    the residency program here.<br>0009:07    Q And by "here," you mean the Missouri<br>0009:08    University School of Medicine?<br>0009:09    A That's correct. Department of Neurology. |
| **Page:** 0009:20 - 0010:03<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0009:20    Q Okay. How many patients would you say you<br>0009:21    see in a typical week?<br>0009:22    A I'm going to answer that based on what I<br>0009:23    would see on the average in my private clinics<br>0009:24    because sometimes -- some weeks I'm supervising<br>0009:25    residents, which would add to the total<br>0010:01    considerably, and other weeks I'm not. So in my<br>0010:02    private clinic, I'll see about 35, 40 people a<br>0010:03    week. |
| **Page:** 0010:12 - 0010:14<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0010:12    Q I see. As part of your practice do you<br>0010:13    write prescriptions?<br>0010:14    A Yes. |
| **Page:** 0011:11 - 0011:13<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0011:11    Q Do you have any board certifications?<br>0011:12    A Neurology, American Board of Psychology and<br>0011:13    Neurology. |

1

| | |
|---|---|
| **Page:** 0011:25 - 0012:06<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0011:25 Q And how long have you been practicing<br>0012:01 medicine?<br>0012:02 A Well, gee, not counting residency, since<br>0012:03 1995.<br>0012:04 Q In your practice do you prescribe medicines<br>0012:05 off label?<br>0012:06 A Yes. Very frequently. |
| **Page:** 0013:08 - 0014:01<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0013:08 Q Would you say that an off label prescribing<br>0013:09 is something you may do on a daily basis?<br>0013:10 A You bet ya. Yes, indeed I do. As a matter<br>0013:11 of fact, I wrote a bunch of them morning.<br>0013:12 Q Okay. Do you use your independent medical<br>0013:13 judgment on a patient by patient basis in deciding<br>0013:14 what medication to prescribe?<br>0013:15 A Yes, but there's a vast body of knowledge<br>0013:16 that everybody in -- we'll say neurology in<br>0013:17 general -- understands, that many people have used<br>0013:18 Drug A for Condition B and it works fairly well.<br>0013:19 And if you don't have very many good drugs for<br>0013:20 Condition B, when you find out Drug A, C, and D<br>0013:21 work pretty good on it, at least help some people,<br>0013:22 you use it, if there's no obvious danger to the<br>0013:23 patient.<br>0013:24 Q Okay. So would you say off label<br>0013:25 prescribing is important to your practice?<br>0014:01 A It's important to everybody's practice. |
| **Page:** 0015:02 - 0016:08<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0015:02 Q Okay. Have you prescribed Neurontin?<br>0015:03 A You bet. Quite a lot.<br>0015:04 Q Do you recall approximately for how long<br>0015:05 you've prescribed Neurontin?<br>0015:06 A Well, I remember I was in -- I started<br>0015:07 practice in 1995 back in Lubbock, Texas. And I<br>0015:08 think it came out right around that same time. It<br>0015:09 was -- its indication at that time was only for<br>0015:10 add-on therapy for epilepsy. And I don't remember<br>0015:11 how it all came about, probably serendipity, like<br>0015:12 most things, someone tried it for peripheral<br>0015:13 neuropathy pain, for starters, and I think that was<br>0015:14 the first thing. And some people got better and I<br>0015:15 just remember learning from one of my partners back<br>0015:16 then that she had tried Neurontin on some painful<br>0015:17 neuropathies and it seemed to help, so I started<br>0015:18 doing it, too, to see how it would work. I've used<br>0015:19 it a lot of times for that very purpose over the<br>0015:20 years. I couldn't give you the number, because<br>0015:21 peripheral neuropathies in neurology are kind of<br>0015:22 like sore throats in a pediatric practice.<br>0015:23 Q You understand that Neurontin has been<br>0015:24 approved by the FDA for add-on treatment for<br>0015:25 epilepsy and for treatment of post hepatic<br>0016:01 neuralgia?<br>0016:02 A Correct.<br>0016:03 Q So for which conditions, which off label<br>0016:04 conditions, do you prescribe Neurontin?<br>0016:05 A Mostly peripheral neuropathies.<br>0016:06 Occasionally certain types of other pain syndromes.<br>0016:07 It seems to work very well for many types of pain<br>0016:08 syndromes. |

2

| | |
|---|---|
| **Page:** 0016:21 - 0018:15<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0016:21   Q  And when you treat patients with Neurontin<br>0016:22  for peripheral neuropathy, is that -- does that<br>0016:23  treatment extend over a period of time?<br>0016:24   A  Yeah.  Pretty much forever.  Until it quits<br>0016:25  working on them.<br>0017:01   Q  How long have you had patients on -- been<br>0017:02  prescribing Neurontin for your patients?<br>0017:03   A  Years.  Couldn't tell you how many years.<br>0017:04   Q  Okay.  And you write -- you renew<br>0017:05  prescriptions for Neurontin for those patients?<br>0017:06   A  Um-hmm.<br>0017:07   Q  Would you renew those prescriptions for<br>0017:08  Neurontin for those patients if the Neurontin<br>0017:09  didn't work for those patients?<br>0017:10   A  No.  They'd come in and say this isn't<br>0017:11  working and I'd say, Well, let's try something<br>0017:12  else.  Interestingly, back before the days of<br>0017:13  Neurontin, some of the drugs that were tried for<br>0017:14  various neuropathies and pain syndromes, especially<br>0017:15  diabetic neuropathies, were some of the other<br>0017:16  seizure medicines, like Dilantin and Tegretol.<br>0017:17  Some of the old antidepressants like Amitriptyline<br>0017:18  and Nortriptyline, we've had to try all of these<br>0017:19  for neuropathic pain over the years because we<br>0017:20  haven't had anything that works and your choice is<br>0017:21  do nothing, let them suffer, give them enough<br>0017:22  narcotics where they're in a coma all the time,<br>0017:23  nobody wants to be in a stupor or coma for the rest<br>0017:24  of their lives, or try something.  So we tried<br>0017:25  something.  Some things work, some don't.  I'm sure<br>0018:01  that the logical thinking of moving -- trying<br>0018:02  Neurontin on these neuropathic pains was simply<br>0018:03  that we'd use other seizure medicines that seemed<br>0018:04  to have some benefit like Dilantin and Tegretol.<br>0018:05   Q  Do you know for certain whether a medicine<br>0018:06  will work for a particular patient until you try<br>0018:07  it?<br>0018:08   A  No.<br>0018:09   Q  Is it fair to say that whether a medicine<br>0018:10  works for a particular patient is an individual<br>0018:11  issue?<br>0018:12   A  Yes.<br>0018:13   Q  Varies from individual to individual,<br>0018:14  whether it's --<br>0018:15   A  Absolutely. |
| **Page:** 0019:06 - 0019:08<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0019:06   Q  Can you give an approximation as to how many<br>0019:07  patients you've successfully treated off label with<br>0019:08  Neurontin? |

3

| | |
|---|---|
| **Page:** 0019:16 - 0020:21<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0019:16   A  I don't disagree with you on that last one.<br>0019:17   It would be hard to verify.  But, you know -- you<br>0019:18   know, if I was just ball parking it, there's no way<br>0019:19   I could say with certainty how many people I've<br>0019:20   treated over the years, but it's been many, many<br>0019:21   hundreds.  I can say that easily because<br>0019:22   neuropathies are common.  I would say -- next thing<br>0019:23   I'd have to say is what you mean by successfully<br>0019:24   treated or something.  If you mean alleviate their<br>0019:25   discomfort enough to where they can have a decent<br>0020:01   life, probably the majority, the vast majority.<br>0020:02   Cured completely or not cured, taken the pain<br>0020:03   completely away, probably relatively few.  But no<br>0020:04   drug has taken neuropathy pain away from anybody.<br>0020:05   At least hardly anyone has gotten complete relief<br>0020:06   because, in general, neuropathies progress so even<br>0020:07   if you get good results today, in a year it's<br>0020:08   likely to be worsened and you'll have more pain.<br>0020:09   So back in your office again.  So I'd say<br>0020:10   relatively few are pain-free.  The vast majority<br>0020:11   are probably getting enough relief to where they<br>0020:12   are happy.<br>0020:13        Q    (By Mr. Muehlberger) Can you give an<br>0020:14   approximation as to how many patients you currently<br>0020:15   prescribe Neurontin to?<br>0020:16        A   No, I couldn't.  No, I'd just be pulling a<br>0020:17   number out of the air.  But it's a lot.  I mean,<br>0020:18   not thousands but dozens.  100, maybe.<br>0020:19        Q   Okay.  Doctor, do you continue to believe<br>0020:20   that Neurontin is a safe and effective treatment<br>0020:21   for neuropathies? |
| **Page:** 0021:01 - 0022:02<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0021:01        A   I should be an expert on that.  I've been<br>0021:02   using it forever.  Yes.<br>0021:03        Q   (By Mr. Muehlberger) Is that based on your<br>0021:04   own personal firsthand clinical experience?<br>0021:05        A   Yes.<br>0021:06        Q   You mentioned neuropathies.  Do you<br>0021:07   prescribe Neurontin for any other indications,<br>0021:08   headaches, anything like that?<br>0021:09        A   A few kinds of headaches that I've found<br>0021:10   over the years that I think are more nerve based.<br>0021:11   I usually use Neurontin for pains that I believe to<br>0021:12   be nerve based.  Now, what am I talking about?<br>0021:13   Things like migraine headaches are not really nerve<br>0021:14   based.  But there is a type of headache called an<br>0021:15   occipital neuralgia where the particular nerve at<br>0021:16   the back and the base of the skull is actually<br>0021:17   inflamed and it does seem to work for the majority<br>0021:18   of those people.  Not everybody.<br>0021:19        Q   Do you recall when, approximately, you first<br>0021:20   prescribed Neurontin for occipital neuralgia?<br>0021:21        A   No, it's been so many years, I wouldn't.<br>0021:22        Q   Okay.  And do you continue to prescribe<br>0021:23   Neurontin today for occipital neuralgia?<br>0021:24        A   Yes, I have several patients on it.<br>0021:25        Q   Okay.  And so you believe Neurontin can be a<br>0022:01   safe and effective treatment for occipital<br>0022:02   neuralgia -- |

4

| | | |
|---|---|---|
| **Page:**<br>**Issue:** | 0022:04 - 0022:10<br>☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0022:04   Q   (By Mr. Muehlberger) -- for certain<br>0022:05   patients?<br>0022:06       A   I'm an expert on that.  Yes, I do, because<br>0022:07   it works.  People are not coming back to see me for<br>0022:08   that reason, anyway.<br>0022:09       Q   And that's based on your own personal<br>0022:10   firsthand clinical experience? |
| **Page:**<br>**Issue:** | 0022:12 - 0022:23<br>☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0022:12       A   Yes.<br>0022:13       Q   (By Mr. Muehlberger) You mentioned<br>0022:14   Neurontin's approval for add-on treatment for<br>0022:15   epilepsy.  Have you prescribed Neurontin for<br>0022:16   mono-therapy for epilepsy?<br>0022:17       A   Yes, I have several patients on that as<br>0022:18   well.<br>0022:19       Q   Okay.  And that's another off label<br>0022:20   indication?<br>0022:21       A   Well, I guess, technically, but if you knew<br>0022:22   how the drug studies were done, you'd know why we<br>0022:23   all do that. |
| **Page:**<br>**Issue:** | 0023:25 - 0024:06<br>☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0023:25       Q   Have you prescribed Neurontin for<br>0024:01   mono-therapy since approximately 1996?<br>0024:02       A   Many times.  I've got several patients on it<br>0024:03   right now.<br>0024:04       Q   And you believe Neurontin is a safe and<br>0024:05   effective treatment for mono-therapy in those<br>0024:06   patients? |
| **Page:**<br>**Issue:** | 0024:08 - 0024:21<br>☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0024:08       A   Yes, I do.<br>0024:09       Q   (By Mr. Muehlberger) You mentioned some of<br>0024:10   the considerations that you take into account when<br>0024:11   you're prescribing a medication for a patient and is<br>0024:12   one of those factors the side effect profile of the<br>0024:13   medicine?<br>0024:14       A   Yes.<br>0024:15       Q   And what have you found to be the side<br>0024:16   effect profile of Neurontin?<br>0024:17       A   The most common side effects is makes some<br>0024:18   people sleepy and some older people feel dizzy.<br>0024:19   Beyond that, it's pretty well tolerated and I don't<br>0024:20   have a lot of common callbacks about this drug's<br>0024:21   doing this to me. |
| **Page:**<br>**Issue:** | 0032:21 - 0032:24<br>☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0032:21       Q   (By Mr. McMichael) I just want to be<br>0032:22   clear.  I mean, do you remember receiving literature<br>0032:23   from Pfizer or Warner Lambert advocating the use of<br>0032:24   Neurontin for any off label purpose? |
| **Page:**<br>**Issue:** | 0033:01 - 0033:06<br>☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0033:01       A   No.<br>0033:02       Q   (By Mr. McMichael) Okay.<br>0033:03       A   I do not.<br>0033:04       Q   Did you ever participate or were you ever<br>0033:05   urged to participate in any telephone seminars<br>0033:06   regarding the use of Neurontin? |

5

| | |
|---|---|
| **Page:** 0033:08 - 0033:15<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0033:08  A  I can say I've never participated.  Have I<br>0033:09  ever gotten an invitation?  It's possible, but<br>0033:10  there's no way I would remember that.  But I can<br>0033:11  say I never did it.<br>0033:12  Q  (By Mr. McMichael) Have any medical<br>0033:13  liaisons from Pfizer or Warner Lambert ever<br>0033:14  approached you urging you to use Neurontin for off<br>0033:15  label purposes? |
| **Page:** 0033:17 - 0034:02<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0033:17  A  Not that I can ever recall.<br>0033:18  Q  (By Mr. McMichael) Do you remember ever<br>0033:19  approaching anyone at Warner Lambert or Pfizer about<br>0033:20  the use of Neurontin sometime when you had a<br>0033:21  question about a dosage or a particular use?  Did<br>0033:22  you ever contact a detailer or drug rep or somebody<br>0033:23  who, with the company, who purported to have some<br>0033:24  medical knowledge or expertise?<br>0033:25  A  No, sir.  When I have a drug problem I don't<br>0034:01  ask a drug salesman.  I call a pharmacist or look<br>0034:02  in an effective drug reference manual. |
| **Page:** 0055:21 - 0056:11<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0055:21       Doctor, you were asked a question or two<br>0055:22  about your fee schedule.<br>0055:23  A  Uh-huh.<br>0055:24  Q  And your charge for today.<br>0055:25  A  Yes.<br>0056:01  Q  If I understand it, the check actually went<br>0056:02  to the curator of the University of Missouri, is<br>0056:03  that right?<br>0056:04  A  Uh-huh.<br>0056:05  Q  Okay.  Does the University of Missouri have<br>0056:06  some policy in effect with respect to depositions<br>0056:07  of doctors like you?<br>0056:08  A  Well, I suppose if it's done on company time<br>0056:09  it goes to the company.  I guess I hadn't thought<br>0056:10  about it, but I give it to the department and<br>0056:11  that's it. |
| **Page:** 0057:17 - 0057:22<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0057:17       You were asked some questions about the<br>0057:18  placebo effect.  Do you think the efficacy that<br>0057:19  you've observed over the past 14 or 15 years<br>0057:20  prescribing Neurontin to hundreds, if not<br>0057:21  thousands, of patients, is due to the placebo<br>0057:22  effect? |
| **Page:** 0058:04 - 0058:06<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0058:04       I'd say the vast majority of folks have<br>0058:05  gotten better, which would not be consistent with a<br>0058:06  placebo effect. |
| **Page:** 0061:13 - 0061:21<br>**Issue:** ☐ Defendant's Designation | Rolan, Terry - 03/10/2009<br>0061:13       (By Mr. Muehlberger) All right.  Does the<br>0061:14  lack of FDA approval for a specific indication for<br>0061:15  Neurontin mean Neurontin doesn't work for that<br>0061:16  indication in your experience?<br>0061:17  A  No.  Nor any other drug.  Drug studies are<br>0061:18  expensive, so drug companies specifically pick an<br>0061:19  indication or two to get them to market, so they<br>0061:20  can make back their cash, which is quite<br>0061:21  understandable. |