# EXHIBIT D-2

```
 1              MISSOURI CIRCUIT COURT OF THE

 2              TWENTY-SECOND JUDICIAL CIRCUIT

 3                   (CITY OF ST. LOUIS)

 4

 5   ELIZABETH JUDY AND STEPHEN   )

 6   BROWN, individually and on   )

 7   behalf of others similarly   )

 8   situated as Plaintiffs/Class)

 9   Representatives,             )

10        Plaintiffs,            )

11   vs.                          ) Cause No. 22042-01946-02

12                                )

13   PFIZER, INC., Individually   )

14   and as successor in interest)

15   to PARKE-DAVIS and WARNER    )

16   LAMBERT, Inc.,               )

17        Defendants.            )

18

19

20           DEPOSITION OF TERRY D. ROLAN, M.D.

21          TAKEN ON BEHALF OF THE DEFENDANT

22                  MARCH 10, 2009

23

24

25     Job No: 193861
```

Page 2

I N D E X   P A G E

PAGE

QUESTIONS BY:

Mr. Muehlberger          6
Mr. McMichael           25
Mr. Muehlberger         55
Mr. McMichael           62
Mr. Muehlberger         68

E X H I B I T S

EXHIBIT                  PAGE
Plaintiff's   Exhibit 1    25

Page 4

A P P E A R A N C E S

FOR THE PLAINTIFFS:
Mr. James P. Muehlberger
Ms. Brigette L. Willauer
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, Missouri, 64108
816-474-6550
jmuehlberger@shb.com
bwillauer@shb.com

FOR THE DEFENDANT:
Mr. Daniel J. McMichael
McMichael, Logan & Engelmeyer
1400 Elbridge Payne Road, Suite 220
Chesterfield, Missouri, 63017
636-532-1400
dan@mcmichael-logan.com

VIDEOGRAPHER:
Mr. Ed Gray
Midwest Litigation
3432 West Truman Boulevard
Jefferson City, Missouri, 65109

Page 3

MISSOURI CIRCUIT COURT OF THE
TWENTY-SECOND JUDICIAL CIRCUIT
(CITY OF ST. LOUIS)
ELIZABETH JUDY AND STEPHEN )
BROWN, individually and on )
behalf of others similarly )
situated as Plaintiffs/Class )
Representatives, )
     Plaintiffs, )
vs. ) Cause No. 22042-01946-02
PFIZER, INC., Individually )
and as successor in interest)
to PARKE-DAVIS and WARNER )
LAMBERT, Inc., )
     Defendants. )

     Video deposition of TERRY D. ROLAN, M.D.,
produced, sworn and examined on the 10th day of
March, 2009 between the hours of 1:30 p.m. and
3:00 p.m. at the offices of Terry D. Rolan,
M.D., 5 Hospital Drive, in the City of
Columbia, State of Missouri, before Rebecca
Brewer, Registered Professional Reporter,
Certified Realtime Reporter, Missouri Certified
Shorthand Reporter, and Notary Public within
and for the State of Missouri.

Page 5

     IT IS HEREBY STIPULATED AND AGREED by and
between counsel for Plaintiff and counsel
for the Defendant that this deposition may
be taken in shorthand by Rebecca Brewer,
RPR, CRR, CSR, Certified Court Reporter,
and Notary Public, and afterwards
transcribed into typewriting; and the
signature of the witness is not waived.
          *  *  *  *  *
     (Starting time of the deposition:  1:32 p.m.)
     VIDEOGRAPHER:  We are on the record.  My        13:32:30
name is Ed Gray of Midwest Litigation Services       13:32:31
representing Veritext.  The date today is            13:32:35
March 10th, 2009 and the time is approximately       13:32:37
1:28.  This deposition is being held in the office   13:32:42
of University of Missouri School of Medicine,        13:32:45
Department of Neurology, Room CE505, located at 1    13:32:47
Hospital Drive, Columbia, Missouri, 65212.  The      13:32:53
caption of this case is Elizabeth Judy and Stephen   13:32:57
Brown vs. Pfizer, Incorporated and Warner Lambert    13:33:00
in the Missouri Circuit Court, 22nd Judicial         13:33:04
Circuit, St. Louis, Missouri.  The witness's name    13:33:08
is Terry Rolan, M.D.  At this time, would the        13:33:10
attorneys identify themselves and the parties they   13:33:15
represent, after which our court reporter, Rebecca   13:33:18

Page 6

1    Brewer of Midwest Litigation, will swear in the     13:33:20
2    witness and we will proceed?          13:33:23
3       MR. McMICHAEL:  My name's Dan McMichael.     13:33:25
4    I represent the plaintiff.          13:33:26
5       MR. MUEHLBERGER:  Jim Muehlberger and my     13:33:27
6    colleague, Brigette Willauer, representing Pfizer     13:33:29
7    and Warner Lambert.          13:33:31
8          TERRY D. ROLAN, M.D.,          13:33:32
9       Of lawful age, produced, sworn and     13:33:32
10   examined on behalf of the Defendant, deposes     13:33:32
11   and says:          13:33:32
12          EXAMINATION          13:33:40
13   BY MR. MUEHLBERGER:          13:33:40
14   Q  Good afternoon, Dr. Rolan.          13:33:41
15   A  Hello.          13:33:43
16   Q  Thank you for being here this afternoon.     13:33:43
17   A  No problem.  Glad to be here.          13:33:45
18   Q  As I indicated, my name's Jim Muehlberger.     13:33:47
19   I represent the defendants in this case.  Let me     13:33:50
20   take a minute or two to give you a little bit of     13:33:52
21   background on it and tell what you we're doing here     13:33:55
22   today.  Plaintiffs have filed a proposed class     13:33:57
23   action lawsuit in Missouri against Pfizer and     13:34:00
24   Warner Lambert relating to the marketing of the     13:34:03
25   medicine Neurontin for off label uses and I'll     13:34:06

Page 7

1    talking a little bit about -- asking questions     13:34:09
2    about your experience prescribing Neurontin and     13:34:11
3    specifically the use of Neurontin for off label     13:34:15
4    uses.          13:34:19
5    A  Sure.          13:34:19
6    Q  Okay?  Now, when I say off label, I imagine     13:34:20
7    that term's familiar to you, but I'm referring to     13:34:22
8    the use of the medicine for use not specifically     13:34:24
9    approved by the FDA, is that okay?          13:34:27
10   A  I understand.          13:34:29
11   Q  All right.  And when I mention -- when I say     13:34:30
12   Neurontin, I'm using it in the broad sense to mean     13:34:34
13   both the branded and the generic version,     13:34:36
14   Gabapentin.  Is that okay?          13:34:39
15   A  Sure.  That's fine.          13:34:41
16   Q  Not going to be asking you any specific     13:34:42
17   questions about any specific patients or     13:34:45
18   identifying information about them and I'm not     13:34:46
19   interested in hearing specific patient information.     13:34:49
20   A  That's fair enough.          13:34:51
21   Q  Have you been deposed before?          13:34:52
22   A  Several years ago, yes.          13:34:53
23   Q  Okay.  My condolences.  You probably     13:34:55
24   remember a little bit about the ground rules but     13:34:59
25   Rebecca can only take down one of us speaking at a     13:35:01

Page 8

1    time, so if you'll try to wait until I'm done     13:35:04
2    asking a question, I'll try to wait until you're     13:35:08
3    done answering it before I move on to the next one,     13:35:10
4    okay?  And if you don't understand a question,     13:35:13
5    please feel free to tell me and I'll rephrase it or     13:35:15
6    clarify, is that okay?          13:35:18
7    A  That would be fine.          13:35:19
8    Q  And Mr. McMichael may be making objections     13:35:20
9    from time to time.  Unless, for some reason, he     13:35:23
10   instructs you not to answer, he's doing that for     13:35:26
11   the record and you can go ahead and answer, okay?     13:35:28
12   A  Okay.          13:35:31
13   Q  You're a medical doctor, correct?          13:35:32
14   A  That's correct.          13:35:34
15   Q  And your practice is located here in     13:35:35
16   Columbia, Missouri?          13:35:37
17   A  Yes.          13:35:38
18   Q  And what is the general nature of your     13:35:39
19   practice?          13:35:41
20   A  Well, I'm an attending physician and     13:35:42
21   assistant professor here at the university, so I     13:35:44
22   teach residents and medical students.  I supervise     13:35:47
23   them in their training.  I see patients on my own     13:35:52
24   as part of my own private patient type of clinic.     13:35:55
25   And those are probably my largest general duties.     13:36:00

Page 9

1    Q  Okay.  And do you have -- what are your     13:36:03
2    titles here?  You said assistant professor.     13:36:07
3    A  I'm assistant professor and that has to do     13:36:09
4    with your academic rank.  I'm also the director of     13:36:12
5    the movement disorder clinic and the director of     13:36:14
6    the residency program here.          13:36:16
7    Q  And by "here," you mean the Missouri     13:36:18
8    University School of Medicine?          13:36:20
9    A  That's correct.  Department of Neurology.     13:36:23
10   Q  Okay.  And do you have a particular     13:36:25
11   specialty?          13:36:26
12   A  Movement disorders.          13:36:27
13   Q  Okay.  And what do you mean by movement     13:36:28
14   disorders?          13:36:30
15   A  Well, those are disorders such as tremors,     13:36:30
16   Parkinson's disease, things like that.          13:36:33
17   Q  And are you affiliated with any other     13:36:38
18   hospitals other than the University of Missouri?     13:36:40
19   A  No.          13:36:43
20   Q  Okay.  How many patients would you say you     13:36:43
21   see in a typical week?          13:36:46
22   A  I'm going to answer that based on what I     13:36:54
23   would see on the average in my private clinics     13:36:56
24   because sometimes -- some weeks I'm supervising     13:36:59
25   residents, which would add to the total     13:37:02

Page 10

1    considerably, and other weeks I'm not.  So in my        13:37:03
2    private clinic, I'll see about 35, 40 people a         13:37:07
3    week.                                    13:37:10
4        Q   Okay.  How does that -- how do your -- how      13:37:11
5    do your months break down versus weeks, private       13:37:12
6    clinic versus teaching residents?              13:37:15
7        A   Well, I have my clinic every morning, on       13:37:17
8    Tuesday -- from Tuesdays through Fridays.  In the      13:37:20
9    afternoons, I use more administrative and research     13:37:23
10   oriented and teaching afternoons and all day          13:37:27
11   Monday.                                 13:37:30
12       Q   I see.  As part of your practice do you        13:37:33
13   write prescriptions?                        13:37:35
14       A   Yes.                               13:37:36
15       Q   Let me ask you a few questions about your      13:37:36
16   educational background.                      13:37:39
17       A   Sure.                              13:37:40
18       Q   Where did you attend medical school?          13:37:40
19       A   Texas Tech University in Lubbock, Texas.       13:37:42
20       Q   Okay.  What year did you graduate, do you      13:37:45
21   recall?                                  13:37:46
22       A   1989.                              13:37:46
23       Q   Okay.  And did part of that education         13:37:47
24   include training that qualifies you to prescribe      13:37:49
25   medications?                              13:37:52

Page 11

1        A   Yes.  Yes.                           13:37:54
2        Q   And you did a residency?                  13:37:56
3        A   Yes, I did.                          13:37:58
4        Q   Where did you do that?                   13:37:59
5        A   Again, at Texas Tech University and that was   13:38:00
6    a residency in neurology.                    13:38:02
7        Q   Did you do your internship at Texas Tech as   13:38:04
8    well?                                    13:38:07
9        A   Yes, that was in internal medicine and       13:38:08
10   pediatrics.                               13:38:09
11       Q   Do you have any board certifications?         13:38:12
12       A   Neurology, American Board of Psychology and   13:38:14
13   Neurology.                               13:38:16
14       Q   And do you remember when you received that?   13:38:17
15       A   2000.                              13:38:19
16       Q   And I see from the CV you gave us that you    13:38:20
17   received an award, Order of Socrates, from the        13:38:24
18   University of Missouri, what is that?            13:38:28
19       A   That's a teaching award for teaching medical  13:38:30
20   students, and if you do a good job I guess they       13:38:33
21   give that to you.                           13:38:35
22       Q   Okay.  How long have you been teaching       13:38:36
23   medical students?                          13:38:38
24       A   I'm on my fifth year now.                 13:38:40
25       Q   And how long have you been practicing        13:38:42

Page 12

1    medicine?                                13:38:43
2        A   Well, gee, not counting residency, since      13:38:44
3    1995.                                   13:38:48
4        Q   In your practice do you prescribe medicines   13:38:52
5    off label?                               13:38:55
6        A   Yes.  Very frequently.                   13:38:56
7        Q   Can you give us sort of an approximation --   13:38:58
8    sort of an approximation as to what you mean by       13:39:00
9    very frequently?                           13:39:03
10       A   Sure.  Yeah.  The majority of medications     13:39:04
11   for any purpose are generally tested and approved     13:39:06
12   by the FDA for, oh, one or two things.  And         13:39:09
13   probably the biggest reason is there's certain       13:39:12
14   patient groups you can actually get enough of to      13:39:15
15   study in a large trial to get that kind of          13:39:17
16   information to the FDA to get it approved.  And       13:39:21
17   because there's many, many disorders we have that     13:39:25
18   the -- they're simply not sufficient numbers of      13:39:27
19   patients to get a thousand of them in one big group   13:39:31
20   and then do the studies on.  In my field of         13:39:34
21   movement disorders, specifically, we have a lot of    13:39:37
22   drugs that have an indication for Parkinson's        13:39:39
23   Disease but we use them, commonly, on numerous       13:39:45
24   other disorders that are sometimes related to        13:39:47
25   Parkinson's Disease and other times not because we    13:39:49

Page 13

1    know it will work.  Because they influence the same   13:39:52
2    neurotransmitter systems that we want to influence    13:39:55
3    based on the disorder and the pathology of that       13:39:58
4    disorder.  So, in a nutshell, if all we did was use   13:40:00
5    it for on label purposes, we'd probably only         13:40:04
6    prescribe drugs for about one out of ten people, at   13:40:06
7    best.  Everybody else is just out of luck.           13:40:08
8        Q   Would you say that an off label prescribing    13:40:12
9    is something you may do on a daily basis?          13:40:14
10       A   You bet ya.  Yes, indeed I do.  As a matter   13:40:17
11   of fact, I wrote a bunch of them morning.           13:40:20
12       Q   Okay.  Do you use your independent medical    13:40:23
13   judgment on a patient by patient basis in deciding    13:40:24
14   what medication to prescribe?                  13:40:27
15       A   Yes, but there's a vast body of knowledge     13:40:29
16   that everybody in -- we'll say neurology in          13:40:33
17   general -- understands, that many people have used    13:40:36
18   Drug A for Condition B and it works fairly well.      13:40:38
19   And if you don't have very many good drugs for       13:40:42
20   Condition B, when you find out Drug A, C, and D       13:40:44
21   work pretty good on it, at least help some people,    13:40:47
22   you use it, if there's no obvious danger to the       13:40:50
23   patient.                                 13:40:54
24       Q   Okay.  So would you say off label           13:40:55
25   prescribing is important to your practice?          13:40:58

4 (Pages 10 to 13)

Page 14

1    A  It's important to everybody's practice.        13:41:00
2    Q  Can you walk me through some of the factors     13:41:05
3  you consider when you're making an individual        13:41:07
4  prescribing decision for medication?                 13:41:09
5    A  Sure.  What is their problem, what             13:41:12
6  medicines, either by approval, and usually I don't    13:41:14
7  sit and think is this drug really approved for this   13:41:17
8  unless it's a very dangerous drug and we use          13:41:21
9  relatively few of those, to be honest with you.       13:41:24
10  And what is the problem.  And what sort of drugs      13:41:26
11  have been tried in the art of medicine, which is a   13:41:28
12  big thing.  And that's what we pass on to residents  13:41:31
13  and students is, yeah, this drug's approved for      13:41:33
14  this but we know these other five drugs that aren't  13:41:36
15  approved, also help, and there's a slew of those.    13:41:40
16  So you kind of go through this list in your head of  13:41:42
17  things that you know either from your experience or  13:41:44
18  reading in journals or other literature or talking   13:41:45
19  to other physicians at meetings or something what    13:41:48
20  has worked for them in the past, and then you find   13:41:51
21  out what a patient's already been tried on and what  13:41:53
22  has not worked and you say, well, let's try this in  13:41:55
23  some cases.  There's certainly no promise that any   13:41:58
24  medicine is going to be 100 percent effective on     13:42:00
25  any one person, no matter what the indication or     13:42:05

Page 15

1  non-indication is.                                   13:42:08
2    Q  Okay.  Have you prescribed Neurontin?          13:42:09
3    A  You bet.  Quite a lot.                         13:42:10
4    Q  Do you recall approximately for how long       13:42:12
5  you've prescribed Neurontin?                         13:42:14
6    A  Well, I remember I was in -- I started         13:42:15
7  practice in 1995 back in Lubbock, Texas.  And I      13:42:17
8  think it came out right around that same time.  It   13:42:22
9  was -- its indication at that time was only for      13:42:24
10  add-on therapy for epilepsy.  And I don't remember   13:42:28
11  how it all came about, probably serendipity, like    13:42:32
12  most things, someone tried it for peripheral         13:42:38
13  neuropathy pain, for starters, and I think that was  13:42:43
14  the first thing.  And some people got better and I   13:42:45
15  just remember learning from one of my partners back  13:42:47
16  then that she had tried Neurontin on some painful    13:42:49
17  neuropathies and it seemed to help, so I started     13:42:52
18  doing it, too, to see how it would work.  I've used  13:42:54
19  it a lot of times for that very purpose over the     13:42:57
20  years.  I couldn't give you the number, because      13:43:00
21  peripheral neuropathies in neurology are kind of     13:43:01
22  like sore throats in a pediatric practice.           13:43:05
23    Q  You understand that Neurontin has been         13:43:08
24  approved by the FDA for add-on treatment for         13:43:09
25  epilepsy and for treatment of post hepatic           13:43:11

Page 16

1  neuralgia?                                           13:43:15
2    A  Correct.                                        13:43:18
3    Q  So for which conditions, which off label        13:43:18
4  conditions, do you prescribe Neurontin?              13:43:22
5    A  Mostly peripheral neuropathies.                13:43:24
6  Occasionally certain types of other pain syndromes.  13:43:26
7  It seems to work very well for many types of pain    13:43:29
8  syndromes.                                           13:43:33
9    Q  Okay.  Have you prescribed it for movement     13:43:34
10  disorders as well?                                   13:43:36
11    A  Not that I recall.  But I think I remember     13:43:38
12  prescribing it for Lou Gehrig's disease back in the  13:43:41
13  late '90s, because we don't really have anything     13:43:44
14  good to treat Lou Gehrig's disease with and there    13:43:48
15  was a study out in Germany, if I remember right,     13:43:50
16  where they were trying it and they thought it might  13:43:53
17  have some help and I think subsequent studies and    13:43:55
18  other trials said it really didn't help.  But I      13:43:58
19  don't remember using it for movement disorders,      13:44:01
20  though.  Could have happened.                        13:44:04
21    Q  And when you treat patients with Neurontin     13:44:05
22  for peripheral neuropathy, is that -- does that      13:44:09
23  treatment extend over a period of time?              13:44:17
24    A  Yeah.  Pretty much forever.  Until it quits    13:44:19
25  working on them.                                     13:44:23

Page 17

1    Q  How long have you had patients on -- been       13:44:23
2  prescribing Neurontin for your patients?             13:44:26
3    A  Years.  Couldn't tell you how many years.       13:44:29
4    Q  Okay.  And you write -- you renew               13:44:31
5  prescriptions for Neurontin for those patients?      13:44:35
6    A  Um-hmm.                                         13:44:37
7    Q  Would you renew those prescriptions for         13:44:38
8  Neurontin for those patients if the Neurontin        13:44:40
9  didn't work for those patients?                      13:44:43
10    A  No.  They'd come in and say this isn't          13:44:44
11  working and I'd say, Well, let's try something       13:44:46
12  else.  Interestingly, back before the days of        13:44:49
13  Neurontin, some of the drugs that were tried for     13:44:51
14  various neuropathies and pain syndromes, especially  13:44:53
15  diabetic neuropathies, were some of the other        13:44:56
16  seizure medicines, like Dilantin and Tegretol.       13:44:57
17  Some of the old antidepressants like Amitriptyline   13:44:59
18  and Nortriptyline, we've had to try all of these     13:45:01
19  for neuropathic pain over the years because we       13:45:07
20  haven't had anything that works and your choice is   13:45:09
21  do nothing, let them suffer, give them enough        13:45:11
22  narcotics where they're in a coma all the time,      13:45:14
23  nobody wants to be in a stupor or coma for the rest  13:45:17
24  of their lives, or try something.  So we tried       13:45:19
25  something.  Some things work, some don't.  I'm sure  13:45:22

Page 18

1   that the logical thinking of moving -- trying        13:45:25
2   Neurontin on these neuropathic pains was simply      13:45:28
3   that we'd use other seizure medicines that seemed    13:45:31
4   to have some benefit like Dilantin and Tegretol.     13:45:35
5       Q  Do you know for certain whether a medicine    13:45:39
6   will work for a particular patient until you try     13:45:41
7   it?                                                  13:45:43
8       A  No.                                           13:45:44
9       Q  Is it fair to say that whether a medicine     13:45:45
10  works for a particular patient is an individual      13:45:47
11  issue?                                               13:45:51
12      A  Yes.                                          13:45:51
13      Q  Varies from individual to individual,         13:45:53
14  whether it's --                                      13:45:54
15      A  Absolutely.                                   13:45:55
16      Q  Am I correct in assuming that you would have  13:46:05
17  started diagnosing Neurontin for peripheral          13:46:08
18  neuropathy in about 1996 or so or do you remember?   13:46:10
19      A  Somewhere around that time.                   13:46:14
20      MR. McMICHAEL:  You mean starting                13:46:14
21  prescribing it in 1995?                              13:46:15
22      A  Yes.                                          13:46:16
23      Q  (By Mr. Muehlberger) Yes.  And do you         13:46:17
24  prescribe it today for that purpose?                 13:46:18
25      A  Sure, I do.  I don't see very many            13:46:20

Page 19

1   peripheral neuropathy patients any more but I have   13:46:23
2   seen a few over the years.  Since I've come here, I  13:46:26
3   do mostly -- I've done mostly movement disorders.    13:46:30
4   But I still have the pain patient or neuropathy      13:46:31
5   patient come through my clinic.                      13:46:34
6       Q  Can you give an approximation as to how many  13:46:35
7   patients you've successfully treated off label with  13:46:38
8   Neurontin?                                           13:46:43
9       MR. McMICHAEL:  I'm going to object to the       13:46:43
10  form of the question.  Calls for a medical opinion,  13:46:44
11  calls for an expert opinion.  Witness has not been   13:46:47
12  endorsed as an expert.  Also, it's impossible to     13:46:49
13  cross examine or verify it because we don't know     13:46:53
14  the names of patients.  Subject to that, you can     13:46:56
15  answer the question.                                 13:46:58
16      A  I don't disagree with you on that last one.   13:46:58
17  It would be hard to verify.  But, you know -- you    13:47:01
18  know, if I was just ball parking it, there's no way  13:47:04
19  I could say with certainty how many people I've      13:47:08
20  treated over the years, but it's been many, many     13:47:11
21  hundreds.  I can say that easily because             13:47:13
22  neuropathies are common.  I would say -- next thing  13:47:16
23  I'd have to say is what you mean by successfully      13:47:18
24  treated or something.  If you mean alleviate their   13:47:20
25  discomfort enough to where they can have a decent    13:47:22

Page 20

1   life, probably the majority, the vast majority.      13:47:26
2   Cured completely or not cured, taken the pain        13:47:30
3   completely away, probably relatively few.  But no    13:47:32
4   drug has taken neuropathy pain away from anybody.    13:47:35
5   At least hardly anyone has gotten complete relief    13:47:37
6   because, in general, neuropathies progress so even   13:47:40
7   if you get good results today, in a year it's        13:47:43
8   likely to be worsened and you'll have more pain.     13:47:46
9   So back in your office again.  So I'd say            13:47:49
10  relatively few are pain-free.  The vast majority     13:47:51
11  are probably getting enough relief to where they     13:47:54
12  are happy.                                           13:47:57
13      Q  (By Mr. Muehlberger) Can you give an          13:47:59
14  approximation as to how many patients you currently  13:48:00
15  prescribe Neurontin to?                              13:48:03
16      A  No, I couldn't.  No, I'd just be pulling a    13:48:08
17  number out of the air.  But it's a lot.  I mean,     13:48:11
18  not thousands but dozens.  100, maybe.               13:48:13
19      Q  Okay.  Doctor, do you continue to believe     13:49:01
20  that Neurontin is a safe and effective treatment     13:49:03
21  for neuropathies?                                    13:49:05
22      MR. McMICHAEL:  Object to the form of the        13:49:06
23  question.  Calls for an expert opinion, for the      13:49:07
24  same reasons I've stated before.  Subject to that    13:49:09
25  you can answer the question.                         13:49:11

Page 21

1       A  I should be an expert on that.  I've been     13:49:12
2   using it forever.  Yes.                              13:49:15
3       Q  (By Mr. Muehlberger) Is that based on your    13:49:16
4   own personal firsthand clinical experience?          13:49:18
5       A  Yes.                                          13:49:20
6       Q  You mentioned neuropathies.  Do you           13:49:45
7   prescribe Neurontin for any other indications,       13:49:47
8   headaches, anything like that?                       13:49:50
9       A  A few kinds of headaches that I've found      13:49:51
10  over the years that I think are more nerve based.    13:49:52
11  I usually use Neurontin for pains that I believe to  13:49:56
12  be nerve based.  Now, what am I talking about?       13:49:58
13  Things like migraine headaches are not really nerve  13:50:03
14  based.  But there is a type of headache called an    13:50:08
15  occipital neuralgia where the particular nerve at    13:50:10
16  the back and the base of the skull is actually       13:50:14
17  inflamed and it does seem to work for the majority   13:50:16
18  of those people.  Not everybody.                     13:50:18
19      Q  Do you recall when, approximately, you first  13:50:26
20  prescribed Neurontin for occipital neuralgia?        13:50:28
21      A  No, it's been so many years, I wouldn't.      13:50:33
22      Q  Okay.  And do you continue to prescribe       13:50:36
23  Neurontin today for occipital neuralgia?             13:50:38
24      A  Yes, I have several patients on it.           13:50:42
25      Q  Okay.  And so you believe Neurontin can be a  13:50:45

6 (Pages 18 to 21)

Page 22

```
1   safe and effective treatment for occipital      13:50:47
2   neuralgia --                                     13:50:50
3        MR. McMICHAEL: Same objection.              13:50:51
4   Q   (By Mr. Muehlberger) -- for certain          13:50:52
5   patients?                                        13:50:52
6   A   I'm an expert on that.  Yes, I do, because   13:50:53
7   it works.  People are not coming back to see me for  13:50:58
8   that reason, anyway.                             13:51:02
9   Q   And that's based on your own personal        13:51:02
10  firsthand clinical experience?                   13:51:03
11       MR. McMICHAEL: Same objection.              13:51:06
12  A   Yes.                                         13:51:07
13  Q   (By Mr. Muehlberger) You mentioned           13:51:08
14  Neurontin's approval for add-on treatment for    13:51:08
15  epilepsy.  Have you prescribed Neurontin for     13:51:13
16  mono-therapy for epilepsy?                       13:51:16
17  A   Yes, I have several patients on that as      13:51:19
18  well.                                            13:51:21
19  Q   Okay.  And that's another off label          13:51:22
20  indication?                                      13:51:24
21  A   Well, I guess, technically, but if you knew  13:51:24
22  how the drug studies were done, you'd know why we  13:51:27
23  all do that.                                     13:51:30
24  Q   Why do you say that?                         13:51:30
25  A   Well, because the majority of these epilepsy 13:51:31
```

Page 23

```
1   drugs are done as add-on studies and the reason is  13:51:34
2   it's kind of ethically wrong to take somebody you  13:51:37
3   know has epilepsy and typically the people enrolled  13:51:40
4   in the studies have bad or hard to control        13:51:44
5   epilepsies and they're already on several drugs.  13:51:48
6   Maybe not exclusively but the majority of the     13:51:50
7   studies are like that.  So you have these people  13:51:53
8   who have tough to control epilepsy that are already  13:51:54
9   on a drug or two and they're still having seizures  13:51:56
10  so you add on.  It would be ethically unsound to  13:51:56
11  pull them off their existing medicines that are at  13:51:59
12  least controlling half their seizures and let them  13:52:02
13  seize when you're doing a study to see if the drug  13:52:04
14  is effective at all.  So we do add-on studies for  13:52:07
15  these things.  And all of the new drugs we've had  13:52:08
16  in the last -- I mean, we started getting new      13:52:11
17  seizure medicines back finally in the early '90s.  13:52:15
18  Before that we had four or five and that was it and  13:52:18
19  now we are up to about 14 or 15.  But all of those  13:52:20
20  are done as add-on studies.  And later they go     13:52:24
21  back, once they've kind of gotten everybody        13:52:26
22  comfortable using it, then they'll later go back   13:52:30
23  and often do mono-therapy studies, some have and   13:52:33
24  some have not.                                     13:52:36
25  Q   Have you prescribed Neurontin for             13:52:38
```

Page 24

```
1   mono-therapy since approximately 1996?           13:52:39
2   A   Many times.  I've got several patients on it 13:52:42
3   right now.                                        13:52:44
4   Q   And you believe Neurontin is a safe and      13:52:52
5   effective treatment for mono-therapy in those     13:52:54
6   patients?                                         13:52:57
7        MR. McMICHAEL: Same objection.              13:52:58
8   A   Yes, I do.                                    13:52:59
9   Q   (By Mr. Muehlberger) You mentioned some of   13:53:51
10  the considerations that you take into account when  13:53:52
11  you're prescribing a medication for a patient and is  13:53:58
12  one of those factors the side effect profile of the  13:54:01
13  medicine?                                         13:54:04
14  A   Yes.                                          13:54:05
15  Q   And what have you found to be the side       13:54:05
16  effect profile of Neurontin?                      13:54:07
17  A   The most common side effects is makes some   13:54:09
18  people sleepy and some older people feel dizzy.   13:54:12
19  Beyond that, it's pretty well tolerated and I don't  13:54:15
20  have a lot of common callbacks about this drug's  13:54:18
21  doing this to me.                                 13:54:21
22       MR. MUEHLBERGER: Thank you, Doctor.         13:54:27
23  That's all the questions I have at this time.     13:54:28
24  Okay.                                             13:54:30
25       MR. McMICHAEL: Why don't we go on a pause   13:54:33
```

Page 25

```
1   for just a second.                               13:54:33
2        VIDEOGRAPHER: The time is 1:50 and we're    13:54:35
3   going off the record.                            13:54:37
4        (Plaintiff's Deposition Exhibit 1 marked    13:55:04
5        for identification.)                        13:55:04
6        VIDEOGRAPHER: The time is 1:51.  We are     13:55:19
7   now back on the record.                          13:55:21
8             EXAMINATION                            13:55:22
9   BY MR. McMICHAEL:                                13:55:22
10  Q   Doctor, my name's Dan McMichael.  We have    13:55:24
11  marked as Exhibit No. 1 various documents that have  13:55:26
12  been provided to us by counsel for Pfizer.  Have  13:55:29
13  you looked at that?                               13:55:35
14       MR. McMICHAEL: Why don't we go off the      13:55:53
15  record while the doctor reviews it.               13:55:54
16       VIDEOGRAPHER: The time is 1:52.  We are     13:55:56
17  going off the record.                            13:55:58
18       (Discussion off the record.)                13:56:55
19       VIDEOGRAPHER: The time is 1:53.  We are     13:57:05
20  back on the record.                              13:57:07
21  Q   (By Mr. McMichael) Doctor, you have been     13:57:08
22  approached by some representative of Pfizer in    13:57:10
23  connection with giving your deposition here today,  13:57:14
24  is that right?                                    13:57:16
25       MR. MUEHLBERGER: Objection.  You mean       13:57:17
```

7 (Pages 22 to 25)

Page 26

1  counsel for Pfizer?                          13:57:19
2    A  If you mean the attorneys for the Pfizer,   13:57:20
3  yes.                                         13:57:23
4    Q  (By Mr. McMichael)  Okay.  I was just    13:57:24
5  looking through Exhibit 1.  It looks like they first   13:57:24
6  contacted you sometime in February or thereabouts,   13:57:26
7  does that sound about right?                  13:57:29
8    A  That's probably about right, yes.        13:57:30
9    Q  And then here is a standard "to whom it may   13:57:31
10  concern" letter indicating that your charge for   13:57:35
11  deposition is $1,000 per hour, is that correct?   13:57:38
12    A  That is correct.                         13:57:40
13    Q  And one of the things that you received from   13:57:44
14  them was a letter dated March 5th, 2009, which   13:57:46
15  we've dog-eared there towards the back asking you   13:57:49
16  to search for various materials to see if you had   13:57:53
17  certain things.                              13:57:56
18    A  Certainly.  Yes.                         13:57:56
19    Q  Did you yourself or did you direct your   13:57:57
20  staff to search for the items that are listed in   13:58:00
21  this letter of March 5th, 2009?               13:58:03
22    A  I searched myself.                       13:58:05
23    Q  Okay.  And in connection with that, you've   13:58:07
24  already indicated that you started prescribing   13:58:14
25  Neurontin as far back as 1995 or 1996.  First of   13:58:18

Page 27

1  all, I gather, since none's been produced, you   13:58:22
2  haven't been able to find any promotional materials   13:58:25
3  or brochures that anybody has given you from   13:58:28
4  Pfizer?                                       13:58:30
5    A  No, I'm afraid I don't really talk to drug   13:58:31
6  reps that much.                               13:58:33
7    Q  And when we use the term Pfizer, you know,   13:58:36
8  Pfizer has -- previous has merged with an outfit   13:58:38
9  called Warner Lambert and they had a division   13:58:42
10  called -- Warner Lambert had a division called   13:58:44
11  Parke-Davis that marketed this drug, Neurontin.  So   13:58:47
12  when I use the term Pfizer, I'm referring to any of   13:58:50
13  those entities.  Okay?                        13:58:53
14    A  Okay.                                    13:58:54
15    Q  But, in any event, you couldn't find any   13:58:55
16  promotional materials?                        13:58:57
17    A  No.                                      13:58:58
18    Q  Could you find -- do you have any         13:59:00
19  educational materials that you are aware of that   13:59:07
20  were provided to you by Pfizer/Warner Lambert?   13:59:11
21    A  No.                                      13:59:14
22    Q  Do you remember ever being contacted by   13:59:15
23  anybody from Pfizer or Warner Lambert about   13:59:17
24  Neurontin in any way?                         13:59:20
25    A  Well, I'm certain that in the past, when   13:59:21

Page 28

1  they were detailing that drug, drug reps would come   13:59:24
2  by, but I don't remember any specific events or any   13:59:26
3  specific drug reps.                           13:59:28
4    Q  Okay.  So you can't remember a name of a   13:59:30
5  drug rep or a particular exchange, correct?   13:59:34
6    A  I cannot.                                 13:59:38
7    Q  But are you -- can you tell us that indeed   13:59:39
8  there were drug representatives, even if you can't   13:59:44
9  remember their names, of the particular            13:59:46
10  conversations who did, from time to time, talk to   13:59:48
11  you about the use of Neurontin?                13:59:50
12    MR. MUEHLBERGER:  Objection.  Speculation.   13:59:53
13    Q  (By Mr. McMichael)  I don't want you to   13:59:55
14  speculate.  That's the question.              13:59:56
15    MR. MUEHLBERGER:  If you remember, fine.   13:59:58
16    Q  (By Mr. McMichael)  Can you confirm that?   13:59:58
17    A  Well, I don't remember.  But I'm sure that   13:59:58
18  drug reps came by.  They come by from all -- or   14:00:00
19  come by from all the drug companies.           14:00:02
20    Q  All right.  And -- and do you remember --   14:00:04
21  when did you come to Missouri from Texas?      14:00:15
22    A  Well, I went from Texas to New Mexico, New   14:00:18
23  Mexico to Missouri, and that was in two thousand --   14:00:20
24  I moved here in 2005, I think.  Yes.          14:00:24
25    Q  So all of your contact would have been --   14:00:29

Page 29

1  before 2005 would have been someplace other than   14:00:30
2  Missouri, of course?                          14:00:34
3    A  Would have been in New Mexico or Texas.  But   14:00:35
4  I honestly don't remember the last time a Neurontin   14:00:38
5  drug rep -- I mean, they haven't detailed that drug   14:00:41
6  for ages.                                     14:00:45
7    Q  Yes.  We'll talk about that in a minute.   14:00:46
8    A  Okay.                                     14:00:49
9    Q  So, have you ever been offered or taken   14:00:54
10  anything of value from Pfizer in connection with   14:01:02
11  Neurontin?  For instance, have you ever received   14:01:05
12  any sums to lecture about Neurontin?           14:01:10
13    A  No.                                      14:01:15
14    MR. MUEHLBERGER:  Objection.                14:01:15
15    Q  (By Mr. McMichael)  Or to advocate the use   14:01:16
16  of Neurontin in any way?                      14:01:18
17    MR. MUEHLBERGER:  Objection.                14:01:21
18    A  No.                                      14:01:21
19    Q  (By Mr. McMichael)  Has anybody ever paid   14:01:22
20  your expenses to attend any medical education   14:01:23
21  seminars or other gatherings where Neurontin was   14:01:31
22  discussed?                                    14:01:37
23    MR. MUEHLBERGER:  Objection.                14:01:38
24    A  No.  I don't ever remember going to a   14:01:39
25  Neurontin meeting of any kind for any purpose.   14:01:42

8 (Pages 26 to 29)

1    Q  Okay.  Have you ever served as a medical        14:01:48
2  liaison for Pfizer in any way?                       14:01:49
3    A  No.                                 14:01:54
4      MR. MUEHLBERGER:  Objection.          14:01:55
5    A  Not that I recall.  No, I have not.  Now, I      14:01:55
6  say that because I know I've never done it for       14:01:57
7  Neurontin, but the way the drug companies have       14:02:00
8  merged over the years, I could have done something    14:02:02
9  for another company that is now part of their        14:02:05
10  conglomerate, but to my knowledge, no.              14:02:07
11    Q  (By Mr. McMichael) Okay.  And what does         14:02:10
12  the term medical liaison mean to you?  What does     14:02:10
13  that --                              14:02:15
14    A  What it would mean to me is someone who gets    14:02:15
15  up and gives a lecture on the uses of a drug for     14:02:18
16  something.                           14:02:21
17    Q  Okay.  All right.  The term has also been       14:02:21
18  used in various literature that we are all buried    14:02:28
19  in here to describe persons who also serve not so    14:02:33
20  much to give lectures but sometimes just are        14:02:37
21  available to discuss the drug with a particular      14:02:40
22  doctor that has questions.  So you wouldn't          14:02:44
23  necessarily be a lecturer, you would just be on tap  14:02:46
24  to take phone calls and give advice and talk about   14:02:49
25  the drug.                            14:02:53

1      MR. MUEHLBERGER:  Objection.  If that's a       14:02:54
2  question.                            14:02:55
3    Q  (By Mr. McMichael) You've never served in       14:02:56
4  that capacity?                        14:02:58
5      MR. MUEHLBERGER:  Same objection.      14:02:59
6    A  No, I have not.  Sorry.                14:03:00
7    Q  (By Mr. McMichael) Have you ever been --        14:03:08
8  have you ever participated in any studies that       14:03:10
9  Pfizer/Warner Lambert has conducted regarding the    14:03:13
10  use of Neurontin?                      14:03:16
11      MR. MUEHLBERGER:  Objection.          14:03:18
12    A  No.                               14:03:19
13    Q  (By Mr. McMichael) Now, you've already          14:03:31
14  indicated that you have prescribed Neurontin for off  14:03:33
15  label uses, right?                     14:03:36
16    A  Yes.                              14:03:37
17    Q  That would include mono-therapy, right?         14:03:37
18    A  Yes.                              14:03:40
19    Q  It would include occipital neuralgia?           14:03:42
20    A  Yes.                              14:03:46
21    Q  And generalized neurogenic pain?               14:03:47
22    A  Generalized might not be the best word but     14:03:52
23  certainly neurogenic pain or neuropathic pain would  14:03:56
24  be accurate.                          14:03:59
25    Q  Do you -- I may have touched on this and        14:04:05

1  forgive me if I'm repeating myself, but I want to    14:04:08
2  be sure I'm covering this correctly.  I know you     14:04:11
3  can't find any brochures here in your office, but    14:04:14
4  can you tell me whether you have ever received any   14:04:19
5  literature from Pfizer or Warner Lambert advocating  14:04:21
6  the use of Neurontin, whether you still have it or   14:04:25
7  not?                               14:04:27
8      MR. MUEHLBERGER:  Objection.          14:04:28
9    A  If I did, it would be probably ten years       14:04:29
10  ago.  And I could not tell you what it said, what    14:04:31
11  it was for, or who gave it to me.  But I can tell    14:04:35
12  you one thing.  Never in my entire career or life    14:04:38
13  do I take their shiny little advertising things and  14:04:41
14  do anything other than straight in the trash.        14:04:44
15      MR. MUEHLBERGER:  Just object to the extent  14:04:47
16  it was non-responsive.                  14:04:48
17      THE WITNESS:  I'm sorry.               14:04:50
18      MR. MUEHLBERGER:  That's just for the   14:04:50
19  record.                             14:04:51
20      THE WITNESS:  Oh, I see.               14:04:52
21    Q  (By Mr. McMichael) I just want to be          14:04:53
22  clear.  I mean, do you remember receiving literature  14:04:53
23  from Pfizer or Warner Lambert advocating the use of  14:05:00
24  Neurontin for any off label purpose?               14:05:04
25      MR. MUEHLBERGER:  Objection.          14:05:07

1    A  No.                               14:05:08
2    Q  (By Mr. McMichael) Okay.                14:05:08
3    A  I do not.                          14:05:10
4    Q  Did you ever participate or were you ever       14:05:14
5  urged to participate in any telephone seminars       14:05:17
6  regarding the use of Neurontin?                   14:05:19
7      MR. MUEHLBERGER:  Objection.          14:05:25
8    A  I can say I've never participated.  Have I     14:05:25
9  ever gotten an invitation?  It's possible, but      14:05:27
10  there's no way I would remember that.  But I can    14:05:30
11  say I never did it.                    14:05:32
12    Q  (By Mr. McMichael) Have any medical            14:05:34
13  liaisons from Pfizer or Warner Lambert ever         14:05:35
14  approached you urging you to use Neurontin for off   14:05:40
15  label purposes?                       14:05:44
16      MR. MUEHLBERGER:  Objection.          14:05:45
17    A  Not that I can ever recall.             14:05:46
18    Q  (By Mr. McMichael) Do you remember ever        14:05:57
19  approaching anyone at Warner Lambert or Pfizer about  14:06:00
20  the use of Neurontin sometime when you had a        14:06:05
21  question about a dosage or a particular use?  Did    14:06:09
22  you ever contact a detailer or drug rep or somebody  14:06:11
23  who, with the company, who purported to have some    14:06:16
24  medical knowledge or expertise?                  14:06:20
25    A  No, sir.  When I have a drug problem I don't    14:06:22

Page 34

1    ask a drug salesman. I call a pharmacist or look        14:06:24
2    in an effective drug reference manual.        14:06:26
3        Q   Okay. Now, I take it you met with        14:06:30
4    Mr. Muehlberger today, is that right?        14:06:49
5            MR. MUEHLBERGER: Objection.        14:06:52
6        A   I do?        14:06:53
7            MR. MUEHLBERGER: That's me.        14:06:55
8        A   Oh, sorry. I met him today. I wouldn't say        14:06:56
9    met with him.        14:06:59
10       Q   (By Mr. McMichael) Did you discuss what        14:07:00
11   you were going to testify to here today?        14:07:01
12           MR. MUEHLBERGER: With me.        14:07:02
13       A   No.        14:07:03
14       Q   (By Mr. McMichael) With Mr. Muehlberger?        14:07:04
15       A   No, he said we'd both be asking questions        14:07:05
16   and sort of gave me a rundown on how this shall be        14:07:09
17   done, but he didn't give me any questions or        14:07:11
18   anything like that.        14:07:18
19       Q   I see. Did he tell you anything about what        14:07:19
20   the suit was about?        14:07:22
21       A   I don't believe so. At least nothing I        14:07:28
22   didn't already know.        14:07:31
23       Q   I think, if you'll look in Exhibit 1,        14:07:35
24   there's one Page I dog-eared in there that we        14:07:38
25   haven't yet looked at. I got to find my copy over        14:07:40

Page 35

1    here. It's an e-mail that you sent on        14:07:45
2    February 19th at 7:27 a.m.        14:08:12
3        A   Yes.        14:08:16
4        Q   To a Ms. Willauer -- Willauer.        14:08:16
5        A   Uh-huh.        14:08:20
6        Q   In there you said, Dear, Ms. Willauer, this        14:08:20
7    certainly sounds like a frivolous suit, is that        14:08:24
8    what it says?        14:08:26
9        A   That's what it says.        14:08:27
10       Q   Okay. And at that time she had written you        14:08:29
11   and indicated that the suit was about certain        14:08:31
12   plaintiffs who claim that they had taken the drug a        14:08:35
13   and it was ineffective, is that right?        14:08:38
14       A   The sentence is plaintiffs' allege, among        14:08:40
15   other things, that Neurontin is ineffective for all        14:08:43
16   off label uses and they seek reimbursement from        14:08:46
17   Pfizer for their Neurontin purchases, to which I        14:08:49
18   responded, This sounds frivolous because I know        14:08:53
19   personally from my expert abilities in this field        14:08:55
20   of neurology, being a board certified neurologist,        14:08:58
21   that that's absolute poppycock. Neurontin works        14:08:58
22   well in many off label instances and, like any        14:09:03
23   drug, it does not work for everyone.        14:09:07
24       Q   Did anyone from Pfizer explain to you that        14:09:09
25   in June of 2004 they pled guilty to feloniously        14:09:10

Page 36

1    marketing this drug off label?        14:09:14
2            MR. MUEHLBERGER: Objection.        14:09:16
3        A   Nope. I've never heard this.        14:09:17
4        Q   (By Mr. McMichael) Did anybody from Pfizer        14:09:18
5    explain to you they paid $240 million in fines for        14:09:19
6    that offense that they pled guilty to?        14:09:23
7            MR. MUEHLBERGER: Objection.        14:09:26
8        A   No, sir.        14:09:26
9        Q   (By Mr. McMichael) That they paid        14:09:26
10   $190 million in civil penalties reimbursing various        14:09:27
11   governmental agencies for the sums that were paid        14:09:32
12   for the use of the drug?        14:09:34
13           MR. MUEHLBERGER: Objection.        14:09:35
14       A   No.        14:09:36
15       Q   (By Mr. McMichael) Okay. So this is,        14:09:36
16   right now, the first you have heard that this suit        14:09:39
17   has anything to do with the improper marketing of        14:09:43
18   the drug?        14:09:48
19           MR. MUEHLBERGER: Objection.        14:09:50
20       Q   (By Mr. McMichael) Is that right?        14:09:51
21       A   Yes.        14:09:52
22       Q   Okay. Now, do you have any knowledge that        14:09:53
23   the -- Pfizer sought to have, at any time,        14:10:13
24   Neurontin approved -- presented evidence to the FDA        14:10:20
25   to have it approved for mono-therapy with the FDA?        14:10:26

Page 37

1            MR. MUEHLBERGER: Objection.        14:10:30
2        A   I do not know anything about that.        14:10:31
3        Q   (By Mr. McMichael) Okay. So, if they did        14:10:32
4    that and if there were any studies that they        14:10:33
5    produced to the FDA, you're not familiar with those?        14:10:37
6        A   That's correct.        14:10:41
7        Q   And you don't know what might be the basis        14:10:41
8    for the FDA refusing to approve it?        14:10:44
9            MR. MUEHLBERGER: Objection.        14:10:48
10       A   That would be correct.        14:10:50
11       Q   (By Mr. McMichael) Do you have any        14:10:50
12   knowledge that -- or has anybody from Pfizer told        14:10:51
13   you that after they had been approached by the        14:10:53
14   government complaining about their marketing of the        14:10:58
15   drug, sometime in 2001, they approached the FDA and        14:11:01
16   sought to have the drug approved for neuropathic        14:11:05
17   pain, in general?        14:11:10
18           MR. MUEHLBERGER: Objection.        14:11:12
19       A   No, I didn't know about that.        14:11:12
20       Q   (By Mr. McMichael) Do you know that the        14:11:14
21   FDA, in fact, denied the approval of the drug based        14:11:15
22   on the evidence they presented for any other use        14:11:21
23   except for shingles?        14:11:23
24           MR. MUEHLBERGER: Objection.        14:11:26
25       A   No.        14:11:26

10 (Pages 34 to 37)

1    Q    (By Mr. McMichael) Did anybody from Pfizer      14:11:30
2   at any time, including while you were preparing for      14:11:34
3   this deposition, tell you that in 2001, certain      14:11:37
4   medical consultants that Pfizer hired looked at the      14:11:42
5   evidence and that attended a meeting in which the      14:11:46
6   minutes of that meeting, in September of 2001, were      14:11:49
7   that the evidence is not convincing to support a      14:11:52
8   broad neuropathic pain claim based upon clinical      14:11:56
9   results with one or two types of etiologies?      14:12:01
10  Opinion on the Neurontin neuropathic pain package is      14:12:02
11  that not the FDA nor the advisory committee is      14:12:09
12  likely to agree that adequate evidence is provided      14:12:14
13  for a broad indication.  New analyses data not only      14:12:17
14  do not support the broad claim, but provide evidence      14:12:21
15  contrary to a broad indication.  Did you ever -- did      14:12:24
16  anybody ever explain that to you?      14:12:29
17       MR. MUEHLBERGER:  Objection.      14:12:32
18       A  No, I've never heard of this.      14:12:32
19       Q    (By Mr. McMichael) Has anybody ever told      14:12:33
20  you that there were certain studies that were done      14:12:35
21  in England that indicated that the drug was not      14:12:39
22  useful for a neuropathic pain indication and that      14:12:43
23  those studies were repressed by Pfizer and long      14:12:47
24  delayed in their publication?      14:12:52
25       MR. MUEHLBERGER:  Objection.      14:12:55

1       A  No.      14:12:55
2       Q    (By Mr. McMichael) Okay.  Let me ask you      14:12:55
3   this.      14:13:05
4       A  Sure.      14:13:06
5       Q  In your opinion, I mean, it's clear, of      14:13:06
6   course, doctors are perfectly free to experiment      14:13:09
7   with a drug for off label uses, but is there any --      14:13:12
8   in your opinion, anything wrong with a      14:13:16
9   pharmaceutical company marketing a drug for off      14:13:20
10  label uses that have not been approved?      14:13:23
11       MR. MUEHLBERGER:  Objection.      14:13:26
12       A  Well, I think because this is a business      14:13:28
13  that people should state what is legally business      14:13:31
14  like as in FDA approvals, but I -- I guess that's      14:13:33
15  all I can say.      14:13:43
16       Q    (By Mr. McMichael) Well, I mean, let me --      14:13:44
17  do you think that there's any potential for      14:13:46
18  inappropriately inducing the medical community to      14:13:50
19  use a drug for an off label purpose by marketing it?      14:13:59
20       MR. MUEHLBERGER:  Objection.      14:14:02
21       A  If it had been marketed for something, if      14:14:04
22  they made their shiny little handouts saying      14:14:08
23  Neurontin cures bad teeth, yeah, that would be a      14:14:12
24  problem.      14:14:15
25       Q    (By Mr. McMichael) If the drug company      14:14:15

1   were to market the drug and not be completely      14:14:18
2   truthful about what the scientific evidence about it      14:14:22
3   shows, would there be something wrong with that?      14:14:25
4       MR. MUEHLBERGER:  Objection.      14:14:28
5       A  If they marketed the drug for a purpose and      14:14:29
6   the scientific evidence showed that for that      14:14:33
7   purpose it was or was not effective, then they      14:14:35
8   should tell what they know to be the truth in the      14:14:38
9   studies.  That's their job to say to these people.      14:14:40
10       Q    (By Mr. McMichael) Okay.  So if there's      14:14:43
11  instances where they've misrepresented what the      14:14:44
12  science shows, that would be misleading to the      14:14:46
13  medical community, would you agree?      14:14:50
14       MR. MUEHLBERGER:  Objection.      14:14:53
15       A  Well, I'm not sure how to answer that      14:14:54
16  because I'm not sure what the misrepresentation, if      14:14:56
17  any, was.  So, to answer that in such a broad and      14:14:59
18  global way, I don't know.  I mean, you would not      14:15:03
19  want to mislead the medical community but I'm not      14:15:08
20  sure what someone means by misleading.      14:15:11
21       Q    (By Mr. McMichael) Well, obviously if you      14:15:13
22  have an economic incentive to sell a drug you're      14:15:14
23  going to make money if you sell the drug, right?      14:15:17
24       MR. MUEHLBERGER:  Objection.      14:15:19
25       A  There's a lot of ways I can answer that.      14:15:22

1       Q    (By Mr. McMichael) Well, I mean, if a      14:15:24
2   pharmacy sells a drug they make money, can we agree      14:15:25
3   to that?      14:15:30
4       A  The pharmacy makes money.      14:15:30
5       Q  So they have an incentive to encourage      14:15:31
6   people to buy the product, right?      14:15:34
7       MR. MUEHLBERGER:  Objection.      14:15:39
8       A  Anyone could have an incentive to sell their      14:15:40
9   good or services, whether it be medical or legal.      14:15:43
10       Q    (By Mr. McMichael) Okay.  Let me come back      14:15:49
11  and approach this a little differently.  Included in      14:15:50
12  your -- in Exhibit 1 is your curriculum vitae,      14:15:54
13  right?      14:15:58
14       A  Um-hmm.      14:15:58
15       Q  It does indicate that you've done some      14:15:58
16  research in some areas, right?      14:16:00
17       A  That's correct.      14:16:02
18       Q  Mostly for movement disorders, as I recall?      14:16:02
19       A  A lot of it is.      14:16:06
20       Q  I didn't see anyplace in there where you've      14:16:07
21  done any research regarding the use of Neurontin,      14:16:09
22  have you?      14:16:12
23       A  You're right about that.      14:16:13
24       Q  Now, with respect to clinical experience, is      14:16:19
25  the clinical experience about a drug as      14:16:25

Page 42

1    scientifically useful as a double blind, randomly        14:16:30
2    controlled trial?        14:16:34
3         A  Yes.  Sometimes even more so.  Now, this is        14:16:35
4    actually something we have to teach to our students        14:16:39
5    and residents quite frequently.  That, first of        14:16:40
6    all, you've heard about the art and science of        14:16:46
7    medicine.  You're talking about the science of        14:16:48
8    medicine.  The art is one of the things we can        14:16:49
9    impart to these people out of clinical experience        14:16:52
10   and what we've seen work and not work but, more so,        14:16:55
11   one thing we have to continually reinforce to        14:16:59
12   people is that there's a difference between        14:17:02
13   clinical significance and statistical significance        14:17:04
14   and there may be studies that show or do not show        14:17:06
15   statistical significance yet have a great deal, a        14:17:09
16   moderate amount, or no clinical significance when        14:17:12
17   actually applied to a patient.  And, unfortunately,        14:17:14
18   because the FDA and other scientific type        14:17:16
19   organizations require some hard measure that        14:17:21
20   usually involves statistics and so they like that        14:17:24
21   and it's very often hard to measure, come up with a        14:17:27
22   good consistent measure that's -- that you can        14:17:30
23   apply to human beings and make the clinical        14:17:33
24   efficacy look like the statistical efficacy or vice        14:17:37
25   versa.        14:17:45

Page 43

1         Q  Well, if a patient comes to see you and they        14:17:46
2    have had longstanding neuropathic pain of some        14:17:48
3    kind.        14:17:51
4         A  Um-hmm.        14:17:51
5         Q  Frequently they're referred to you by other        14:17:52
6    doctors, right?        14:17:54
7         A  Um-hmm.        14:17:55
8         Q  And so frequently, the doctor referring the        14:17:56
9    patient to you will tell the patient that you're a        14:18:00
10   specialist in this area, right?        14:18:02
11        A  Okay, yes.        14:18:05
12        Q  So naturally the patient comes to you        14:18:06
13   feeling that he's come to see somebody who has a        14:18:09
14   lot of credentials in this area, right?        14:18:12
15        A  Okay.        14:18:14
16        Q  And if -- and if you give him a drug that        14:18:15
17   you think and you tell him that is likely to be        14:18:18
18   effective for the treatment of his pain, and he        14:18:21
19   takes it for a month, and then you ask him how he's        14:18:26
20   doing, and he tells you he's doing better, is the        14:18:29
21   only explanation for that that the drug made him        14:18:35
22   better or can there be other explanations?        14:18:38
23        A  No, there's always lots of possible        14:18:41
24   explanations in a single individual for something        14:18:43
25   working or not working, but what you develop over a        14:18:46

Page 44

1    period of time is the clinical gestalt for on the        14:18:48
2    whole when this type of patient comes in, then        14:18:52
3    they're more or less likely to respond to a given        14:18:59
4    drug and, again, you can't say 100 percent on        14:19:02
5    anybody.        14:19:04
6         Q  So, for instance, one of the confounding        14:19:05
7    circumstances might be, it's possible that some        14:19:07
8    patients might feel like they -- they're too timid        14:19:12
9    to tell you that the drug you recommended didn't        14:19:16
10   work?  They wouldn't want to admit to you that it        14:19:19
11   didn't work at all?        14:19:21
12        MR. MUEHLBERGER:  Objection.  Speculation.        14:19:23
13        A  I would think any significant number of that        14:19:24
14   timid is infinitesimal.  I've never had the feeling        14:19:28
15   from any of the folks I treated for any disorder        14:19:32
16   that there was a significant number of them scared        14:19:35
17   to tell me it didn't work.  Every once in a while        14:19:38
18   you'll find, especially a very old person that kind        14:19:43
19   of grew up in a culture that want to please the        14:19:45
20   doctor or something, maybe they'll minimize side        14:19:48
21   effects or they won't tell you it doesn't work as        14:19:50
22   good as you'd like it to work, but as far as this        14:19:53
23   is like taking M&M's instead of medicine and it's        14:19:56
24   done me no good, no, that doesn't happen.        14:19:59
25        Q  (By Mr. McMichael) Do you have patients        14:20:03

Page 45

1    like this, like we're describing, that are afraid to        14:20:05
2    tell you that the drug doesn't work because they're        14:20:07
3    afraid you're going to attribute their continuing        14:20:11
4    complaints to some kind of psychological or        14:20:14
5    psychiatric component?        14:20:17
6         A  No, I have no fear of that.        14:20:19
7         Q  That never happens?        14:20:21
8         A  Not for pain.        14:20:22
9         Q  Really?  How about the placebo effect?  Do        14:20:23
10   you have knowledge that there is such a thing?        14:20:31
11        A  There is a placebo effect among migraine        14:20:34
12   patients, it's about one out of three.        14:20:38
13        Q  Okay.  But, in any event, you did mention in        14:20:40
14   a prefatory way to some of Mr. Muehlberger's        14:20:43
15   questions that sometimes that there's a strong        14:20:47
16   reason to use a drug for an off label use because        14:20:51
17   it's very difficult to find enough people to give        14:20:53
18   it to to get a statistically significant answer?        14:20:56
19        A  In a big study.        14:20:59
20        Q  But didn't I understand you to say and that,        14:21:01
21   in fact, neuropathic pain is a very common problem        14:21:05
22   and a lot of people have it?        14:21:08
23        A  That is a fact.        14:21:09
24        Q  So there wouldn't be any reason -- there's        14:21:10
25   no shortage of people available to complain about        14:21:12

Page 46

1  neuropathic pain and be treated for it and tested      14:21:16
2  for it, is there?                                      14:21:19
3      A  No, but you probably would have to subdivide    14:21:20
4  the different types of neuropathic pain but            14:21:22
5  certainly there's a lot of them out there.             14:21:24
6      Q  Did you do any research before we came here     14:21:26
7  today so that you could point out to us any            14:21:30
8  particular journal article that describes any          14:21:33
9  double blind, randomly controlled study?               14:21:39
10     A  No, sir.                                         14:21:42
11     Q  Are you aware of any, as you sit here today,    14:21:43
12 that -- that any double blind, randomly controlled     14:21:45
13 trials that have been published that verify the use    14:21:50
14 of Neurontin for the controlled neuropathic pain?      14:21:58
15         MR. MUEHLBERGER:  Objection.                   14:22:02
16     A  Off the top of my head, no.                     14:22:02
17     Q  (By Mr. McMichael) I'm using this term          14:22:04
18 double blind because everybody here knows what it      14:22:06
19 means.  Just so the jury and perhaps even the judge    14:22:08
20 know what we're talking about, when we talk about a    14:22:12
21 double blind study, that means that neither the        14:22:14
22 patient nor the doctor knows which drug is being       14:22:16
23 given, right?                                          14:22:18
24     A  That's correct.                                 14:22:19
25     Q  And one of the benefits of administering a      14:22:20

Page 47

1  drug like that in a trial is the patient has no        14:22:23
2  incentive and no way of knowing which drug he's        14:22:28
3  taking, so he doesn't have any -- he can't have any    14:22:33
4  ulterior consideration in trying not to hurt the       14:22:36
5  doctor's feelings or conversely trying to hide the     14:22:40
6  real cause of his pain, right?                         14:22:45
7      A  That would be part of it, yes.                  14:22:48
8      Q  You, I gather, feel strongly that Neurontin    14:22:51
9  is useful in the treatment of neuropathic pain?        14:22:55
10     A  I do.                                           14:22:58
11     Q  Wouldn't you expect that by this time          14:23:00
12 somebody would have run a trial that would have        14:23:01
13 shown that statically it works?                        14:23:04
14     A  Not necessarily.                                14:23:07
15         MR. MUEHLBERGER:  Objection.                   14:23:08
16     A  I'm sorry, talked over you.  Not necessarily   14:23:08
17 after a drug's gone out of patent, there's not         14:23:11
18 necessarily a lot of financial incentive to spend      14:23:13
19 megabucks on a big, multi-centered study, but          14:23:16
20 that's speculation on my part, because --              14:23:19
21     Q  (By Mr. McMichael) You don't -- I gather,      14:23:22
22 from the questions I asked you earlier today, if       14:23:22
23 there have been studies that have been run on          14:23:24
24 neuropathic pain and Neurontin that did not prove      14:23:27
25 its usefulness, you're not aware of them?              14:23:31

Page 48

1      A  That's correct.  But even if there were, you   14:23:36
2  know, one would have to look at how the study was      14:23:43
3  done and the type patients that were there and how     14:23:46
4  to balance this magically out-of-nowhere study with    14:23:52
5  one's own clinical experience where you've seen so     14:23:55
6  many people with good results.                         14:23:59
7      Q  You're not a pharmacologist, of course?        14:24:01
8      A  No.                                             14:24:03
9      Q  What role do you understand pharmacologists    14:24:09
10 to play in the evaluation of drugs?                    14:24:11
11     A  Pharmacologists?  At a company level?          14:24:14
12 Couldn't say.                                          14:24:17
13     Q  Don't know?                                     14:24:18
14     A  No, I don't know.                               14:24:19
15     Q  One of the things that you indicated, I        14:24:25
16 think, if I understood you correctly, that led to      14:24:28
17 you using the drug was the fact that other doctors     14:24:31
18 were using it, reporting that it worked?               14:24:32
19     A  That's what I believe I remember.  Yes.        14:24:35
20     Q  In your experience, do doctors tend to rely    14:24:40
21 on what they know about what other doctors are         14:24:46
22 doing in order to make decisions about prescribing     14:24:48
23 drugs?                                                 14:24:52
24         MR. MUEHLBERGER:  Objection.                   14:24:53
25     A  If it's a problem that's particularly          14:24:54

Page 49

1  difficult to treat and someone doesn't have            14:24:57
2  particular experience with that problem or that        14:24:59
3  drug, sure.                                            14:25:01
4      Q  (By Mr. McMichael) So, I mean, some            14:25:02
5  doctors with a general practice, I mean, would you     14:25:04
6  agree that there are many doctors in a busy general    14:25:12
7  practice that when they go to use a new drug they      14:25:14
8  don't necessarily go do the research in the journals   14:25:18
9  themselves to figure out firsthand what the journals   14:25:22
10 are saying about the usefulness of the drug?           14:25:26
11         MR. MUEHLBERGER:  Objection.                   14:25:29
12     A  Well, I don't know but I will say this.        14:25:29
13 People are busy, that's for sure, but journalists,     14:25:32
14 especially if they're geared toward a given            14:25:34
15 specialty or subspecialty, often try to present        14:25:37
16 condensed reviews of therapies or disease states       14:25:41
17 and certainly everyone's professional organizations    14:25:45
18 have practice parameters and other review type         14:25:47
19 things that sometimes you can look at.  And then I     14:25:51
20 think everybody, everybody that I know of, at least    14:25:55
21 tries to read something about some of these things,    14:25:58
22 but one of the problems is if you have Condition A,    14:26:01
23 Drug A, whatever, and especially if it's been          14:26:03
24 around for years, there may be dozens and dozens of    14:26:08
25 continuing studies on that particular drug or its      14:26:14

13 (Pages 46 to 49)

Page 50

1 uses and that condition and its problems.  You        14:26:16
2 simply cannot read and stay on top of all of them      14:26:18
3 because there's too many articles published every       14:26:21
4 week for even a full-time article reader to keep up     14:26:24
5 with.  Case in point, sir, aspirin for stroke.          14:26:27
6 We're still publishing and arguing about the use of     14:26:30
7 aspirin for stroke, the dose, the timing, how           14:26:33
8 effective it is or is not versus other blood            14:26:36
9 thinning mechanisms.  We're still haggling about        14:26:39
10 this and aspirin's been around forever.  We've been    14:26:43
11 using it for stroke since before I was in medical      14:26:46
12 school.                                                14:26:48
13      Q  In any event, any contact you have with a      14:26:53
14 pharmaceutical company, you would expect them to        14:26:59
15 tell you the truth and the whole truth about the        14:27:01
16 drug, whatever that is?                                14:27:04
17          MR. MUEHLBERGER:  Objection.                  14:27:07
18      A  I can honestly -- sorry.  I can honestly say   14:27:07
19 in my recollection every drug rep that I've ever        14:27:11
20 sat down and talked to has judicious -- not            14:27:14
21 judicially -- well, has tried as hard as he or she      14:27:16
22 could to not talk about anything that's off label      14:27:21
23 and if I ever say, Hey, you know, I heard about         14:27:24
24 this, you know, sometimes -- and I can't say it was     14:27:27
25 Pfizer or what company, I'm just saying in             14:27:30

Page 51

1 general -- they'll say, I'm sorry, I can't talk         14:27:32
2 about that.  That's the response I've gotten in the     14:27:35
3 few times, but like I say, I rarely talk to drug        14:27:37
4 reps any more.                                         14:27:41
5      Q  So if somebody was doing something different   14:27:41
6 than that it would be inconsistent with your           14:27:43
7 experience?                                            14:27:45
8      A  It would make me fall off my chair, I'd be     14:27:48
9 so shocked.  So the fact that I'm still in the         14:27:50
10 chair makes me think that over the last 10 to 15      14:27:53
11 years I've been talking to people that it probably    14:27:55
12 hasn't happened.                                      14:27:57
13      Q  You think they pled guilty and paid           14:27:58
14 $430 million because somebody was imagining it?        14:28:00
15          MR. MUEHLBERGER:  Objection.                  14:28:03
16      A  I know nothing of that.  For all I know,        14:28:04
17 they just had the slicker lawyer on the other side.    14:28:06
18 I don't know.                                         14:28:09
19      Q  (By Mr. McMichael) Perhaps.  Do certain        14:28:10
20 treatments in medical experience sometimes take hold  14:28:19
21 and are later proven to be ineffective and            14:28:25
22 inappropriate and they're either very much limited    14:28:29
23 or stopped?                                           14:28:33
24          MR. MUEHLBERGER:  Objection.                  14:28:34
25      Q  (By Mr. McMichael) Does that happen           14:28:34

Page 52

1 sometimes?                                            14:28:35
2      A  Well, if I can go on the long answer, I may    14:28:36
3 even have to ask you a question.  Do you mean an       14:28:40
4 FDA approved treatment or just something you think    14:28:42
5 works?                                                14:28:45
6      Q  I'm just talking about any particular         14:28:45
7 treatment.                                            14:28:47
8      A  Sure.  Typically not the FDA approved ones,    14:28:48
9 but, I mean, I can think of stuff -- for instance,     14:28:53
10 I already told you I remember using Neurontin for     14:28:56
11 Lou Gehrig's disease, because we didn't have          14:29:00
12 anything else and it was worth a try and a fairly     14:29:03
13 harmless drug and it didn't work and later studies    14:29:05
14 showed it wasn't going to work and we quit doing      14:29:08
15 that.  That was back in the late '90s.  That's one    14:29:10
16 example of a drug we did that.  With multiple         14:29:12
17 sclerosis, we had several fads, one including bee     14:29:14
18 stings, where the patients would go out and find      14:29:17
19 bees and have them sting themselves thinking it       14:29:20
20 would treat their MS.  Thank goodness that fell out   14:29:22
21 of fad after a couple years, too.  So, yes, we go     14:29:28
22 through treatment fads.  We've gone through vitamin   14:29:32
23 fads, we go through herb fads, go through drug        14:29:32
24 fads, bee sting fads, sure.                          14:29:33
25      Q  Tonsillectomies?                             14:29:35

Page 53

1      A  I don't do that, but yeah, I think I vaguely   14:29:37
2 remember hearing they'd go in and out of vogue         14:29:39
3 periodically as well.                                 14:29:41
4      Q  A lot of tonsillectomies during the '50s and   14:29:44
5 '60s and then people decided it wasn't such a good     14:29:46
6 idea, right?                                          14:29:50
7          MR. MUEHLBERGER:  Objection.                  14:29:51
8      A  I'm not a tonsillectomer.                      14:29:52
9      Q  (By Mr. McMichael) Well, we could go back      14:29:54
10 a couple hundred years and talking about bleeding    14:29:55
11 patients.                                            14:29:58
12      A  Oh, sure.                                    14:29:58
13      Q  Patients, they bled for years, and they used  14:29:59
14 to report to their doctor it made them feel better   14:29:59
15 and for some reason, in a temporary sort of way, it   14:30:01
16 could make you feel better briefly, right?           14:30:05
17          MR. MUEHLBERGER:  Objection.                  14:30:06
18      A  I couldn't say.  In some conditions it is      14:30:07
19 nice to have some of the blood out, but yeah,         14:30:09
20 people used to put leeches on.  People used to        14:30:10
21 dance around the bed with rattles and all sorts of    14:30:12
22 things that happened.                                14:30:15
23      Q  (By Mr. McMichael) And even up until the      14:30:16
24 '50s and '60s, we were doing lobotomies on patients   14:30:17
25 that were sick, mentally ill?                        14:30:21

14 (Pages 50 to 53)

Page 54

1    A  Patients who were violently ill, yeah, and    14:30:23
2  it worked.  It just fell out of favor because it    14:30:26
3  wasn't politically correct.    14:30:28
4    Q  Oh, I see.  So your thought would be that    14:30:29
5  that's -- that is a treatment that is appropriate    14:30:31
6  but it's just politically not appropriate?  I mean,    14:30:35
7  politically not acceptable?    14:30:38
8    MR. MUEHLBERGER:  Objection.    14:30:40
9    A  I don't know if it's a good idea or not, but    14:30:41
10  I know why it fell out of favor.    14:30:43
11    Q  (By Mr. McMichael) How about FenPhen?  Do    14:30:46
12  you know anything about that?    14:30:47
13    A  Not really.  It was a weight loss drug.    14:30:48
14    Q  But that caught on amongst -- in the medical    14:30:51
15  community for a while until people realized it was    14:30:54
16  dangerous, right?    14:30:56
17    MR. MUEHLBERGER:  Objection.    14:30:57
18    A  I do not and did not ever prescribe that    14:30:58
19  drug so I couldn't answer that question, sir.  I    14:31:00
20  just remember it from ten years ago.    14:31:02
21    Q  (By Mr. McMichael) You've been prescribing    14:31:10
22  this drug primarily for neurogenic pain and other    14:31:11
23  things, but mostly for that, since 1995 --    14:31:15
24    A  -- ish, yes.    14:31:18
25    Q  If somebody proved that the drug was    14:31:29

Page 55

1  useless, that would make you look pretty bad,    14:31:31
2  wouldn't it?    14:31:34
3    MR. MUEHLBERGER:  Objection.    14:31:35
4    A  I think my ego could handle it.  But it    14:31:37
5  would be a hard proof.  I have quite a few patients    14:31:40
6  who seem to be doing well.    14:31:42
7    MR. McMICHAEL:  Okay.  That's all I have.    14:31:45
8  Thank you.    14:31:46
9    MR. MUEHLBERGER:  Doctor, I've got a few    14:31:49
10  follow-up questions.    14:31:50
11    VIDEOGRAPHER:  Mr. Muehlberger, I have two    14:31:52
12  minutes left on the tape.    14:31:55
13    MR. MUEHLBERGER:  Better change it.    14:31:56
14    VIDEOGRAPHER:  The time is 2:28.  We are    14:31:57
15  going off the record for a tape change.    14:31:59
16    (Recess.)    14:32:00
17    VIDEOGRAPHER:  The time is 2:30.  We are    14:34:34
18  currently back on the record.    14:34:36
19    EXAMINATION    14:34:37
20  BY MR. MUEHLBERGER:    14:34:38
21    Q  Doctor, you were asked a question or two    14:34:50
22  about your fee schedule.    14:34:52
23    A  Uh-huh.    14:34:54
24    Q  And your charge for today.    14:34:55
25    A  Yes.    14:34:59

Page 56

1    Q  If I understand it, the check actually went    14:35:03
2  to the curator of the University of Missouri; is    14:35:05
3  that right?    14:35:07
4    A  Uh-huh.    14:35:08
5    Q  Okay.  Does the University of Missouri have    14:35:08
6  some policy in effect with respect to depositions    14:35:10
7  of doctors like you?    14:35:13
8    A  Well, I suppose if it's done on company time    14:35:16
9  it goes to the company.  I guess I hadn't thought    14:35:18
10  about it, but I give it to the department and    14:35:20
11  that's it.    14:35:24
12    Q  Okay.  And is one of the reasons that you do    14:35:25
13  charge a fee because otherwise you would be seeing    14:35:27
14  patients and billing for your time?    14:35:30
15    A  Actually, you know what the truth?  The    14:35:31
16  reason I put that fee schedule down is because it    14:35:35
17  scares most lawyers away, it keeps me from having    14:35:36
18  to do this very often.  They see these outrageous    14:35:39
19  prices and they say, No, never mind.  It's worked    14:35:42
20  before.    14:35:45
21    Q  All right.  Does the University of Missouri    14:35:45
22  have a policy with respect to fees for depositions?    14:35:46
23    A  No, not that I'm aware of anyway.    14:35:49
24    Q  But the fee -- would it be fair to say that    14:35:52
25  you would be otherwise doing work with patients or    14:35:55

Page 57

1  work in connection with patients but for having to    14:35:59
2  sit at this deposition today?    14:36:01
3    A  Well, probably.  My clinics are all in the    14:36:03
4  morning.  That's why we're doing this the    14:36:05
5  afternoon, so I might not be seeing patients    14:36:06
6  although I might scoot a few in.  Probably what I'd    14:36:09
7  be doing is teaching or administrative work,    14:36:13
8  instead, which is a good bit of my job and as    14:36:14
9  residency program administrator there's a lot of    14:36:18
10  residency program work and as I said before,    14:36:20
11  teaching, administration of that, and then seeing    14:36:22
12  patients is pretty much what I do.    14:36:24
13    Q  Okay.  Is that payment contingent in any way    14:36:26
14  on the substance of what you testified to today?    14:36:29
15    A  No, you guys are stuck with the bill whether    14:36:32
16  I get up here and tell jokes or what.    14:36:35
17    Q  You were asked some questions about the    14:36:39
18  placebo effect.  Do you think the efficacy that    14:36:44
19  you've observed over the past 14 or 15 years    14:36:53
20  prescribing Neurontin to hundreds, if not    14:36:55
21  thousands, of patients, is due to the placebo    14:36:58
22  effect?    14:37:00
23    MR. McMICHAEL:  I'm going to object to that    14:37:02
24  because the witness hasn't been endorsed as an    14:37:02
25  expert witness and no report was provided prior to    14:37:06

15 (Pages 54 to 57)

1  today and also calls for hearsay, cannot be   14:37:06
2  verified.  Subject to that you can answer the   14:37:08
3  question.   14:37:10
4    A  I'd say the vast majority of folks have   14:37:10
5  gotten better, which would not be consistent with a   14:37:12
6  placebo effect.   14:37:15
7    Q   (By Mr. Muehlberger) Would it affect your   14:37:26
8  practice if you had to rely on double blind placebo   14:37:28
9  controlled trials before you could prescribe a   14:37:32
10  medicine?   14:37:35
11    A  I'm afraid in my practice it sure would, I'm   14:37:36
12  telling you.  In neurology in general, because   14:37:38
13  neurologic disease is kind of the final frontier of   14:37:40
14  medicine, there's a lot of disorders that we don't   14:37:44
15  have good treatments for and sometimes by trial and   14:37:47
16  error and sometimes by kind of applying a little   14:37:52
17  rational thought that this drug affects this   14:37:54
18  neurotransmitter, something to give somebody some   14:37:57
19  relief for whatever it is but, yeah, we could treat   14:38:01
20  epilepsy and migraine headaches and that would be   14:38:03
21  about it.  Everybody else just drop off like.  We   14:38:07
22  could treat strokes to some degree, but --   14:38:10
23    Q  You mentioned aspirin.  To your knowledge,   14:38:19
24  have there been -- have there been double blind   14:38:22
25  placebo controlled studies with respect to aspirin   14:38:26

1  and stroke?   14:38:28
2    A  What they're -- no, but what there were was   14:38:31
3  studies using aspirin versus other drugs.  And then   14:38:34
4  when you already know the background rate of   14:38:39
5  stroke, you know if somebody has a stroke their   14:38:41
6  chance of having another stroke are X and then by   14:38:43
7  putting people on -- everybody on aspirin, we've   14:38:46
8  reduced it to about a third of that.  And maybe   14:38:48
9  half.  And then by using other drugs against   14:38:52
10  aspirin, you sort of use aspirin as -- not really a   14:38:54
11  placebo, but gives you the effect and you really   14:38:57
12  can't fake it, because with placebo controlled   14:39:02
13  stuff, it's necessary for things that are very   14:39:05
14  subjective, like pain and perhaps headaches and   14:39:08
15  such, because you can't see or feel a headache.   14:39:12
16  But for things like stroke, pretty darn sure if   14:39:14
17  somebody's had another stroke or not.  There's not   14:39:19
18  much guesswork on that one.   14:39:21
19    Q  You've been asked some questions about this   14:39:28
20  guilty plea.  Have you ever experienced any   14:39:29
21  improper conduct by any Pfizer sales   14:39:32
22  representatives?   14:39:34
23    A  I don't -- no, I haven't.  And I can extend   14:39:37
24  that to all the drug reps that I can think of and   14:39:41
25  in the gestalt of the drug reps in my head nobody's   14:39:44

1  ever come up and said, Hey, use it for ingrown   14:39:46
2  toenails or something.   14:39:50
3    Q  Okay.  You were asked some questions with   14:39:51
4  respect to the lack of a broad FDA approval for   14:40:01
5  Neurontin and neuropathic pain.  In your   14:40:07
6  experience, are you going to continue to prescribe   14:40:15
7  Neurontin, even in the face of no broad FDA   14:40:19
8  approved neuropathic pain indication for Neurontin?   14:40:24
9    A  Yes.  If I happen to run across studies, as   14:40:29
10  the other counselor has alluded to, and they're   14:40:33
11  very convincing studies, I'll be very puzzled, but   14:40:36
12  in my personal experience it seems to work well.   14:40:42
13    Q  And even if you run across these   14:40:45
14  inconclusive or negative studies, are you going to   14:40:47
15  continue to prescribe Neurontin for your patients   14:40:51
16  for them that works?   14:40:53
17    MR. McMICHAEL:  I'm going to object to that   14:40:54
18  question as being a hypothetical.  I don't know how   14:40:55
19  the doctor can respond to it without looking at the   14:40:56
20  study.  Subject to that you can answer the   14:40:58
21  question, I guess.   14:41:00
22    A  That's a pretty good point, very scientific,   14:41:03
23  but at the same time if I had a patient that was   14:41:04
24  already responding to it I'd be pretty hard pressed   14:41:07
25  to say, you know, I'm sorry, I read this study   14:41:09

1  where, you know, you must be crazy because this   14:41:11
2  can't be working on you, so I'm not going to give   14:41:13
3  it to you any more.  They would be very upset with   14:41:15
4  me.   14:41:16
5    MR. MUEHLBERGER:  You handled his objection   14:41:16
6  well.  And I'll just note for the record that the   14:41:17
7  word objection is fine.  You don't need to lead the   14:41:19
8  witness with your speaking objections, Counsel, as   14:41:22
9  you know.   14:41:25
10    THE WITNESS:  I wasn't trying to --   14:41:26
11    MR. MUEHLBERGER:  No, I'm talking to him.   14:41:27
12  Not you.   14:41:28
13    Q   (By Mr. Muehlberger) All right.  Does the   14:41:30
14  lack of FDA approval for a specific indication for   14:41:42
15  Neurontin mean Neurontin doesn't work for that   14:41:45
16  indication in your experience?   14:41:47
17    A  No.  Nor any other drug.  Drug studies are   14:41:49
18  expensive, so drug companies specifically pick an   14:41:56
19  indication or two to get them to market, so they   14:42:00
20  can make back their cash, which is quite   14:42:03
21  understandable.   14:42:05
22    Q  And you continue to prescribe Neurontin   14:42:14
23  despite the various things that counsel read to you   14:42:20
24  and told you today because in your experience is   14:42:23
25  works for your patients?   14:42:25

Page 62

1    MR. McMICHAEL: Objection. You may answer    14:42:27
2  subject to the objection.                14:42:28
3    A  Well, at this moment I plan to, yes.    14:42:29
4    MR. MUEHLBERGER: Thank you, Doctor.      14:42:31
5  That's all I have.                    14:42:31
6    EXAMINATION                14:42:32
7  BY MR. McMICHAEL:                  14:42:33
8    Q  Doctor, a couple things that Mr. Muehlberger    14:42:34
9  put in my mind. One thing was while we were off    14:42:37
10  the record you told us something about the fact    14:42:39
11  that at one point a Neurontin was -- well, I don't    14:42:41
12  want to misstate what you said. You said something    14:42:46
13  about at some time in the past Neurontin was used    14:42:48
14  for movement disorders?            14:42:50
15    A  Yes, and I was -- because one of them asked    14:42:52
16  me a question if I'd ever used it for movement    14:42:54
17  disorder and I indicated no and then later when    14:42:58
18  you're asking me about fads and treatment, I    14:43:00
19  remembered one that was -- it had to be -- I'm    14:43:02
20  trying to think when it happened. Maybe around --    14:43:05
21  somewhere around the late '90s, around 2000 or so.    14:43:11
22  Somewhere in that neighborhood. There was a little    14:43:14
23  fad for a short time, using Neurontin for essential    14:43:16
24  tremor. And I remember trying it on a few people    14:43:19
25  and thinking it just isn't working as well as these    14:43:22

Page 63

1  other drugs we got, so I quit using it. If it    14:43:25
2  doesn't work, I'm not going to use it, but if    14:43:28
3  people come back and say it does work, I will so.    14:43:30
4    Q  So back in that period of time something was    14:43:32
5  going around the medical community which created a    14:43:34
6  buzz about using it for essential tremor, using    14:43:39
7  Neurontin for an essential tremor?        14:43:43
8    A  Yes. I don't remember how that started but    14:43:44
9  I do know I've also seen it and it was actually    14:43:46
10  written in books around that time. Books or papers    14:43:48
11  from around that time, saying it was something that    14:43:50
12  some people used. And I don't remember if that was    14:43:52
13  in one of the American Academy of Neurology    14:43:55
14  Practice Parameters or if it was in a movement    14:43:57
15  disorder book or just an article in a journal    14:44:00
16  somewhere. And we do this a lot. That shouldn't    14:44:02
17  be shocking to anybody. There's -- for any given    14:44:05
18  disorder there might be a couple of things we know    14:44:10
19  work and then people list, well, some people --    14:44:13
20  there's been a few people tried this and lists it    14:44:16
21  works and a few people tried that, and Neurontin    14:44:19
22  has fallen off the charts. And now the thing    14:44:21
23  that's taken Neurontin's place is another drug that    14:44:23
24  I don't know how it got indicated -- not indicated    14:44:26
25  but used for it, but I expect it will fall off the    14:44:29

Page 64

1  charts in a few years, too.            14:44:33
2    Q  Mr. Muehlberger asked you if the fact that    14:44:35
3  the FDA has not approved the drug for a particular    14:44:39
4  use means it doesn't work. He asked you that. Let    14:44:43
5  me ask you a slightly different question. If --    14:44:46
6  what does it mean to you if a drug company has    14:44:50
7  sought approval from the FDA and presented all the    14:44:54
8  evidence that they could muster that a drug is    14:44:58
9  appropriate for a particular use, and the FDA has    14:45:01
10  looked at their evidence and refused to permit them    14:45:05
11  to market the drug or approve the drug for that    14:45:08
12  use? Does that indicate anything to you about the    14:45:11
13  usefulness of the drug?                14:45:14
14    MR. MUEHLBERGER: Objection.          14:45:18
15    A  Well, it could mean a couple things. One,    14:45:18
16  it could be that there's not sufficient statistical    14:45:21
17  evidence for that drug and sort of by the FDA's own    14:45:24
18  rules, they can't. Second, for one reason or    14:45:28
19  another, it might be a politically charged time    14:45:30
20  wherein approving a drug or something might be    14:45:33
21  hazardous to someone's political career, because I    14:45:38
22  think the FDA's pretty politically minded as well.    14:45:40
23    Q  One thing I forgot to ask you. When we were    14:45:48
24  talking about what I call confounding explanations    14:45:53
25  for a patient saying they're getting better, is    14:45:56

Page 65

1  another confounding explanation that sometimes the    14:46:01
2  patient gets better without the benefit of any    14:46:05
3  drug?                        14:46:09
4    MR. MUEHLBERGER: Objection.          14:46:10
5    Q  (By Mr. McMichael) Or any treatment?    14:46:13
6    A  Actually, in some cases that would be the    14:46:14
7  case. But peripheral neuropathies, most common    14:46:16
8  being diabetic peripheral neuropathies, don't go    14:46:20
9  away. You got them or you don't. Just like you    14:46:24
10  got diabetes or you don't. Even if the blood    14:46:27
11  sugar's under great control, the damage to the    14:46:29
12  nerve continues. So you can't expect that just    14:46:32
13  because someone has diabetic peripheral neuropathy    14:46:34
14  and they're sugars are perfect and all that for    14:46:38
15  years that their neuropathy's going to get better.    14:46:38
16  It will continue to worsen, perhaps more slowly,    14:46:39
17  but it will continue to worsen. So in those type    14:46:42
18  instances, the short answer would be no. Now, if    14:46:44
19  you use it for things like headaches, yeah, could    14:46:48
20  be. Headaches can go away.            14:46:51
21    Q  How about nerve pain for an amputation?    14:46:51
22    A  Phantom pain or something?          14:46:55
23    MR. MUEHLBERGER: Objection.          14:46:56
24    A  Sorry.                    14:46:57
25    Q  (By Mr. McMichael) Go ahead.        14:46:58

17 (Pages 62 to 65)

Page 66

1     A  If the traumatic injury got completely    14:47:00
2  better. sure.  You know, any of us have whacked our   14:47:02
3  arm or something and have had pain for sometime.   14:47:06
4  Some weeks or months and finally something gets   14:47:08
5  better. So something that can be reversed could   14:47:11
6  get better on its own.    14:47:14
7     Q  So I'm gathering what -- one of the things   14:47:15
8  you're saying is that one of the things you're   14:47:19
9  treating people a lot for with Neurontin is   14:47:20
10  neuropathy and lot of it's diabetic neuropathy, is   14:47:24
11  that right?    14:47:29
12     A  That's the majority of it.   14:47:30
13     Q  So you could treat a patient with Neurontin   14:47:31
14  who has diabetic neuropathy and they could get   14:47:34
15  worse, even though the drug has some effect, their   14:47:43
16  diabetes could continue to worsen their nerve   14:47:46
17  function and cause -- continue to cause pain,   14:47:49
18  right?    14:47:51
19     A  You bet.    14:47:51
20     Q  And yet you might continue to use Neurontin   14:47:55
21  because, based on your experience, you think they   14:47:58
22  might be even worse if they didn't use it, is that   14:48:01
23  right?    14:48:03
24     A  Well, actually, there's a better answer than   14:48:04
25  that, than just a straight yes or no.  And I   14:48:07

Page 67

1  actually run into that problem occasionally with   14:48:09
2  many types of conditions that are more subjective   14:48:12
3  and so the short answer is I use the patient for   14:48:15
4  their own control.  You know, the patient doesn't   14:48:17
5  believe that the Neurontin's helping the nerve   14:48:21
6  pain, okay, let's take you off of it real slowly   14:48:23
7  the next few weeks and if you decide your pain is   14:48:26
8  no different, we'll leave you off, or whatever drug   14:48:28
9  I'm using.  Doesn't have to be Neurontin.  If you   14:48:30
10  notice the pain worsens a lot, let's put you back   14:48:34
11  on.  And many, many times and, matter of fact,   14:48:36
12  majority of the times I do this they actually   14:48:38
13  realize, you know, I was better on the drug even   14:48:41
14  though it still hurts and just increase the dose   14:48:43
15  and many times it covers it up.  And if I might   14:48:45
16  elaborate a little further to give you another   14:48:48
17  example.  There is an FDA approved drug for   14:48:49
18  Alzheimer's disease called Aricept.  I don't   14:48:52
19  remember who makes it.  But many times -- first of   14:48:55
20  all, that disorder, dementia, of Alzheimer's   14:48:58
21  disease continues to progress.  The drug doesn't   14:49:02
22  treat it.  It just covers up some of these symptoms   14:49:05
23  to some degree and many times the caregivers or   14:49:05
24  family will say, I don't think that drug's doing   14:49:09
25  any good so, okay, let's wean them off that and   14:49:11

Page 68

1  many times their behavior and memory's even worse.   14:49:15
2  Instead of going down like this, now goes down like   14:49:16
3  this.  We put them back on it and get them back, so   14:49:19
4  many conditions you can use the patient as their   14:49:20
5  own control if there's a question in your mind or   14:49:23
6  their mind about how good it's working.   14:49:25
7     MR. McMICHAEL:  That's all I have.  Thanks.   14:49:27
8            EXAMINATION    14:49:28
9  BY MR. MUEHLBERGER:    14:49:28
10     Q  Doctor, you mentioned dosing.  How high will   14:49:28
11  you dose Neurontin for a patient?   14:49:31
12     A  Well, I hate to fall back on in the my   14:49:35
13  experience thing, but in my experience if I have to   14:49:39
14  take a pain patient up much about 900 or   14:49:42
15  1,200 milligrams a day, I figure it's probably not   14:49:46
16  going to work too good.  I won't say I've never   14:49:49
17  done it, because life -- people are like a gray   14:49:51
18  scale.  There's somebody at both ends.  That some   14:49:53
19  people you can show them the bottle of a drug and   14:49:55
20  they get better and others you can give the entire   14:49:58
21  pharmacy worth and they barely get any better, but   14:50:01
22  most people are in the middle.  But convincing   14:50:04
23  people, I've taken up 3,000 milligrams a day and   14:50:05
24  they'd do okay on pain.  That's just my gut   14:50:08
25  feeling, so I if give much above 1,200 milligrams a   14:50:10

Page 69

1  day, it's probably not going to work.   14:50:12
2     Q  Am I correct that despite any buzz that may   14:50:15
3  have existed about Neurontin and essential tremor,   14:50:17
4  you stopped prescribing Neurontin for essential   14:50:20
5  tremor because in your experience you found that   14:50:24
6  Neurontin doesn't work for essential tremor?   14:50:26
7     A  That's correct.  If you compare how it works   14:50:29
8  versus the other two drugs we commonly use,   14:50:31
9  Primidone and Propanolol, neither of which is   14:50:33
10  indicated by the FDA for essential tremor, but we   14:50:38
11  all use it because it works.  When you compare how   14:50:42
12  well it works for tremor, versus those two, it's   14:50:44
13  like hands down, it doesn't work, there's no   14:50:47
14  question.    14:50:48
15     MR. MUEHLBERGER:  Thank you, Doctor.   14:50:49
16  That's all I have.    14:50:50
17     THE WITNESS:  That's it.   14:50:52
18     MR. McMICHAEL:  Nothing further.  Would you   14:50:54
19  explain signature waiver to him?   14:50:55
20     MR. MUEHLBERGER:  Yes, you have the right   14:50:56
21  to read and sign if you'd like.  If it's up to you.   14:50:57
22     THE WITNESS:  Right to do what?   14:51:00
23     MR. MUEHLBERGER:  She's going to type this   14:51:01
24  up in a book and you can read and sign it and make   14:51:02
25  sure she transcribes it accurately, if that's what   14:51:04

18 (Pages 66 to 69)

Page 70

1    you'd like.                              14:51:07
2         THE WITNESS:  I'll do it, if that's what       14:51:07
3    you need.                               14:51:08
4         MR. McMICHAEL:  It's up to you.  You don't      14:51:09
5    have to do it but you have that choice.           14:51:11
6         MR. MUEHLBERGER:  You can tell us later if      14:51:13
7    you don't want to think about it.             14:51:14
8         THE WITNESS:  Well, holler at me when it's      14:51:15
9    all typed up and I'll think about it and see if I     14:51:17
10   have time to read it.                     14:51:19
11        VIDEOGRAPHER:  The time is 2:47.  We are      14:51:21
12   now off the record.  This ends the videotape       14:51:23
13   deposition of Terry Rolan, M.D.              14:51:25
14        MR. McMICHAEL:  But stay on the transcript.      14:51:28
15   Be sure to make a copy of Exhibit 1 to go with the     14:51:30
16   deposition.  I want four to a page and I want the     14:51:33
17   electronic version.                      14:51:39
18        MR. MUEHLBERGER:  Same thing works for me.      14:51:44
19
20   (Ending time of the deposition: 2:51 p.m.)
21
22
23
24
25

Page 71

1    STATE OF MISSOURI        )
                             )SS
2    CITY OF ST. LOUIS        )
3         I, Rebecca Brewer, Registered Professional
4    Reporter, Certified Real-time Reporter, and
5    Notary Public in and for the State of Missouri
6    do hereby certify that the witness whose
7    testimony appears in the foregoing deposition
8    was duly sworn by me; that the testimony of the
9    said witness was taken by me to the best of my
10   ability and thereafter reduced to typewriting
11   under my direction; that I am neither counsel
12   for, related to, nor employed by any of the
13   parties to the action in which this deposition
14   was taken, and further that I am not relative
15   or employee of any attorney or counsel employed
16   by the parties thereto, nor financially or
17   otherwise interested in the outcome of the
18   action.
19   _____ RPR, MO-CCR,
20   Notary Public within and for the State of Missouri
21
22
23   My Commission expires April 7, 2009.
24
25

Page 72

1    State of          )
2    County of         )
3    I, TERRY D. ROLAN, M.D., do hereby certify:
4         That I have read the foregoing deposition;
          That I have made such changes in form
5    and/or substance to the within deposition
          as might be necessary to render the same
6    true and correct;
          That having made such changes thereon, I
7    hereby subscribe my name to the
          deposition.
8         I declare under penalty of perjury that
          the foregoing is true and correct.
9
10             TERRY D. ROLAN, M.D.
11   Executed this_____day of_____
12   2009, at_____.
13
14   Notary public:
15   My Commission Expires:
16
17   Signature page to:  TERRY D. ROLAN, M.D.
18   ELIZABETH JUDY, ET AL. VS. PFIZER, INC.
19
20
21
22
23
24
25

Page 73

1         WITNESS ERRATA SHEET
2    Witness Name:  TERRY D. ROLAN, M.D.
3    Case Name:  ELIZABETH JUDY, ET AL. VS. PFIZER, INC.
4
5    Date Taken:  MARCH 10, 2009
6
7    Page #____  Line#____
8    Should Read: _____
9    Reason for Change: _____
10
11   Page #____  Line#____
12   Should Read: _____
13   Reason for Change: _____
14
15   Page #____  Line#____
16   Should Read: _____
17   Reason for Change: _____
18
19   Page #____  Line#____
20   Should Read: _____
21   Reason for Change: _____
22
23   Witness Signature: _____
24
25

Page 74

```
1          COURT MEMO
2     IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
              STATE OF MISSOURI
3   ELIZABETH JUDY AND STEPHEN BROWN,)
    vs.                 ) Cause No. 22042-01946
4   PFIZER, INC., INDIVIDUALLY,    )
5
        CERTIFICATE OF OFFICER AND STATEMENT OF
6              DEPOSITION CHARGES
    (Rule 57.03 (g) (2) (a) & Sec., 492-590 RSMO 1985.)
7
        DEPOSITION OF TERRY D. ROLAN, M.D.
8       taken on behalf of the DEFENDANT
              MARCH 10, 2009
9   Name and address of person or firm having custody of the
    original transcript:  Mr. James P. Muehlberger, 2555
10  Grand Boulevard, Kansas City, Missouri, 64108:
11
    Taxed in favor of the Plaintiff:  $
12  Taxed in favor of the Defendant:  $
13  Upon delivery of transcripts, the above charges had not
    yet been paid.  It is anticipated that all charges will
14  be paid in the normal course of business.
15
    IN WITNESS WHEREOF, I have hereunto set my hand and seal
16  on this 16th day of March, 2009.
       My Commission expires_____.
17
18  _____
19
    Notary Public in and for the State of Missouri
20
21
22
23
24
25
```