# EXHIBIT E-1

## DEFENDANTS' DESIGNATIONS OF DEPOSITION TESTIMONY

## DR. DRAGAN SVRAKIC

| Transcript Name | Quantity | Duration |
|---|---|---|
| Svrakic, Dragan - 03/12/2009 | 16 | 00:22:43 |
| **Total** | **16** | **00:22:43** |

| | | |
|---|---|---|
| **Page:** | 0006:12 - 0006:13 | Svrakic, Dragan - 03/12/2009 |
| **Issue:** | ☐ Defendant's Designation | 0006:12     Q  Good afternoon, Dr. Svrakic. |
| | | 0006:13     A  Good afternoon. |
| **Page:** | 0007:05 - 0007:18 | Svrakic, Dragan - 03/12/2009 |
| **Issue:** | ☐ Defendant's Designation | 0007:05     Q  When we refer to Neurontin we're referring |
| | | 0007:06  to any prescriptions you write for either the brand |
| | | 0007:07  name version or the generic version, Gabapentin. |
| | | 0007:08     A  Yeah, it does. |
| | | 0007:09     Q  Do you have an understanding of off label |
| | | 0007:10  uses, generally? |
| | | 0007:11     A  I do. |
| | | 0007:12     Q  I imagine the term is familiar to you but |
| | | 0007:13  when I say off label, I'm referring to the |
| | | 0007:14  prescription of the medicine for use not |
| | | 0007:15  specifically approved by the FDA, does that make |
| | | 0007:16  sense? |
| | | 0007:17     A  That's what I mean by the term off label |
| | | 0007:18  use. |
| **Page:** | 0009:10 - 0009:16 | Svrakic, Dragan - 03/12/2009 |
| **Issue:** | ☐ Defendant's Designation | 0009:10     Q   (By Mr. Mizell) Okay.  Dr. Svrakic, I'm |
| | | 0009:11  handing you what's been marked as Defendant's |
| | | 0009:12  Exhibit A.  Is this document familiar to you? |
| | | 0009:13     A  It is. |
| | | 0009:14     Q  And can you please explain for us what it |
| | | 0009:15  is? |
| | | 0009:16     A  This is my CV.  Curriculum vitae or vitae. |
| **Page:** | 0010:07 - 0010:08 | Svrakic, Dragan - 03/12/2009 |
| **Issue:** | ☐ Defendant's Designation | 0010:07     Q  And is psychiatry, is that your specialty? |
| | | 0010:08     A  It is. |
| **Page:** | 0013:16 - 0013:25 | Svrakic, Dragan - 03/12/2009 |
| **Issue:** | ☐ Defendant's Designation | 0013:16     Q  So you're a licensed prescriber here in the |
| | | 0013:17  State of Missouri? |
| | | 0013:18     A  That is correct. |
| | | 0013:19     Q  And you're also board certified by the |
| | | 0013:20  American Board of Psychiatry and Neurology? |
| | | 0013:21     A  That is correct. |
| | | 0013:22     Q  And you've been listed since 2001 as the |
| | | 0013:23  best doctor in America and since 2004 as the best |
| | | 0013:24  doctor in St. Louis? |
| | | 0013:25     A  That is correct. |

| | |
|---|---|
| **Page:** 0015:22 - 0016:18<br>**Issue:** ☐ Defendant's Designation | Svrakic, Dragan - 03/12/2009<br>0015:22   Q  And before August of 2008 when you were<br>0015:23   seeing approximately 400 patients a month, how far<br>0015:24   back would that be a fair approximation, back to<br>0015:25   early '90s, mid '90s?<br>0016:01      A  Back to the 1980s and 1999, when I started<br>0016:02   my practice here under the umbrella of Washington<br>0016:03   University, so for about ten years.<br>0016:04      Q  And, overall, how long have you been<br>0016:05   practicing medicine and prescribing medications?<br>0016:06      A  Well, my concentration is a little unique,<br>0016:07   I'd say.  I had two resident training in<br>0016:08   psychiatry.  Actually, first time in<br>0016:09   neuropsychology, neurology and psychology, in<br>0016:10   Europe.  Back in 1984 I was board certified in<br>0016:11   Europe for -- to be a neuropsychiatrist, so I had<br>0016:12   double specialty.  And then practiced there for<br>0016:13   about -- since 1979 until 1988, when I got<br>0016:14   Fulbright Scholarship and was sent to the United<br>0016:15   States.  So for about ten years.  So, I'd say, plus<br>0016:16   I had four years of residency training here, so I'd<br>0016:17   say for about 25 years that I've been involved in<br>0016:18   treating people. |
| **Page:** 0017:03 - 0017:06<br>**Issue:** ☐ Defendant's Designation | Svrakic, Dragan - 03/12/2009<br>0017:03      Q  I understand.  Thank you.  In your practice<br>0017:04   today here in St. Louis, do you prescribe medicines<br>0017:05   off label to patients here in Missouri?<br>0017:06      A  I do. |
| **Page:** 0018:09 - 0022:08<br>**Issue:** ☐ Defendant's Designation | Svrakic, Dragan - 03/12/2009<br>0018:09      Q  Thank you.  Doctor, given your experience,<br>0018:10   is it fair to say that the off label prescribing of<br>0018:11   medicines is common?<br>0018:12      A  My experience, yes.<br>0018:13      Q  Do you use your own independent medical<br>0018:14   judgment when treating patients?<br>0018:15      A  That is correct.<br>0018:16      Q  Do you likewise use your independent medical<br>0018:17   judgment when prescribing medications for your<br>0018:18   patients?<br>0018:19      A  Correct.<br>0018:20      Q  In exercising your independent medical<br>0018:21   judgment and deciding what to prescribe, do you<br>0018:22   weigh the potential benefits and potential risks of<br>0018:23   the medicine?<br>0018:24      A  That is correct.<br>0018:25      Q  Do you know for certain whether a medicine<br>0019:01   will work for a particular patient before you<br>0019:02   prescribe it?<br>0019:03      A  No.<br>0019:04      Q  Can you please explain to us some of the<br>0019:05   factors that are specific to various patients which<br>0019:06   you consider when making a prescription decision?<br>0019:07      A  Yes, I can.  Each patient -- every patient<br>0019:08   is a unique combination of factors that will play a<br>0019:09   significant role in the final decision as to what<br>0019:10   is being prescribed as treatment.  And, in fact, I<br>0019:11   believe the more of these factors are taken into<br>0019:12   account, the better the treatment will eventually<br>0019:13   end up to be.  In particular, when it comes to<br>0019:14   medication prescription and prescribing practices,<br>0019:15   it is very important to know pharmacokinetics of a<br>0019:16   particular medication.  How long does it stay in<br>0019:17   the system?  What ordinance is it being metabolized<br>0019:18   by?  What are the drug interactions that that |

2

| | |
|---|---|
| | 0019:19  medicine will have, potential?  What is the -- that |
| | 0019:20  particular patient's physical condition, even |
| | 0019:21  though the medication is being prescribed, let's |
| | 0019:22  say, for psychiatric problems?  Because all of |
| | 0019:23  these medicines work through the body first.  What |
| | 0019:24  is the potential interaction with food, alcoholic |
| | 0019:25  beverages?  What is the potential given, let's say, |
| | 0020:01  that particular patient's work and occupation to |
| | 0020:02  interfere with their work, their ability to |
| | 0020:03  perform, their -- at work.  There is side effects |
| | 0020:04  of medication that are potentially critical in |
| | 0020:05  deciding whether that particular side effect will |
| | 0020:06  be more significant for this particular individual |
| | 0020:07  than for somebody else.  So there is a number of |
| | 0020:08  factors that -- both from the standpoint of the |
| | 0020:09  medication itself, the physical and psychological |
| | 0020:10  condition of the patient, and the social aspects of |
| | 0020:11  that particular patient in terms of their marital |
| | 0020:12  situation, occupation, et cetera. |
| | 0020:13     Q  And could you please expand on, if possible, |
| | 0020:14  some of the particular physical and psychological |
| | 0020:15  conditions for particular patients that you |
| | 0020:16  consider? |
| | 0020:17     A  Well, sure.  One common example is that |
| | 0020:18  there is medicines we use -- we use in psychiatry |
| | 0020:19  may cause what is called hyperprolactinemia, which |
| | 0020:20  is a hyperproduction of Prolactin, a hormone |
| | 0020:21  responsible for lactation and milk production which |
| | 0020:22  will essentially make a person, a female patient, |
| | 0020:23  for example -- it's a perfect birth control.  They |
| | 0020:24  cannot get pregnant.  So if it's a young woman who |
| | 0020:25  wants to have family and have children, that |
| | 0021:01  medicine, for example, would be not -- would not be |
| | 0021:02  an appropriate management for the problem.  If the |
| | 0021:03  patient is drug addicted and they have drug |
| | 0021:04  addiction and they're complaining of anxiety, for |
| | 0021:05  example, which is a, in lay people's terminology, I |
| | 0021:06  believe the best translation is nervousness and |
| | 0021:07  catastrophic expectations, then that patient should |
| | 0021:08  not get medications that have a potential to be |
| | 0021:09  addicted.  Reducing, not eliminating, but reducing |
| | 0021:10  the possibility of developing another addiction and |
| | 0021:11  adding to the problems.  There is medications and |
| | 0021:12  that are metabolized heavily by the liver and those |
| | 0021:13  medicines that are metabolized by the liver in |
| | 0021:14  people who have liver problems, liver transplant, |
| | 0021:15  liver cirrhosis, and even milder cases where just |
| | 0021:16  liver enzymes are elevated showing that the liver |
| | 0021:17  is struggling should be avoided and medications |
| | 0021:18  that are not metabolized by the liver, but let's |
| | 0021:19  say excreted by the kidneys, should be used |
| | 0021:20  instead. |
| | 0021:21     Q  Staying on that, is Neurontin one such |
| | 0021:22  example? |
| | 0021:23     A  I'm sorry, for? |
| | 0021:24     Q  As a medicine that's not metabolized by the |
| | 0021:25  liver that you consider -- |
| | 0022:01     A  Neurontin is one.  There is a number of |
| | 0022:02  other medicines, but Neurontin is one of the |
| | 0022:03  medicines that is completely not metabolized by the |
| | 0022:04  liver, the way we take it, the way it comes out. |
| | 0022:05  We simply -- it goes unchanged through the kidneys |
| | 0022:06  and goes out.  Liver -- it's actually very good for |
| | 0022:07  people who do have a liver problem because it does |
| | 0022:08  not put an unnecessary extra burden on the liver. |

3

| | |
|---|---|
| **Page:** 0023:21 - 0024:15<br>**Issue:** ☐ Defendant's Designation | Svrakic, Dragan - 03/12/2009<br>0023:21    Q    (By Mr. Mizell) So, in other words, maybe<br>0023:22  a better way to say it is you need to make a patient<br>0023:23  specific -- a patient specific analysis when<br>0023:24  prescribing a medication?<br>0023:25       A  That is correct. And that is what I think<br>0024:01  is good practice of medicine.<br>0024:02       Q  Dr. Svrakic, I'd like to now turn to your<br>0024:03  personal firsthand experience prescribing<br>0024:04  Neurontin. Have you prescribed Neurontin?<br>0024:05       A  I have.<br>0024:06       Q  And you understand that Neurontin has been<br>0024:07  approved by the FDA for objective treatment of<br>0024:08  epilepsy and for treatment of post hepatic<br>0024:09  neuralgia?<br>0024:10       A  I do.<br>0024:11       Q  Have you prescribed Neurontin for any off<br>0024:12  label conditions?<br>0024:13       A  Yes, I have.<br>0024:14       Q  For which off label conditions have you<br>0024:15  successfully treated patients with Neurontin? |
| **Page:** 0025:08 - 0030:08<br>**Issue:** ☐ Defendant's Designation | Svrakic, Dragan - 03/12/2009<br>0025:08       Q    (By Mr. Mizell) Dr. Svrakic, do you<br>0025:09  remember the question?<br>0025:10       A  Vaguely. Could you -- was it -- I can try<br>0025:11  to phrase it the way I understood it so you can<br>0025:12  either confirm that or not; that I would prescribe,<br>0025:13  indicate, or syndromes or problems that I use the<br>0025:14  Neurontin to treat with and that the treatment was<br>0025:15  successful?<br>0025:16       Q  Yes, if you could please provide those<br>0025:17  examples.<br>0025:18       A  Yes, I can. I've treated a number of people<br>0025:19  with alcohol dependency and have them go through<br>0025:20  withdrawal of alcohol dependency, safely, and with<br>0025:21  no complications using Neurontin. I've provided a<br>0025:22  number of treatments for alcohol-related neuropathy<br>0025:23  and pain associated with it with Neurontin. I've<br>0025:24  added Neurontin to a number of bipolar patients as<br>0025:25  a augmentation or add-on medication and those<br>0026:01  strategies were successful in a number of cases.<br>0026:02  I've treated other pain syndromes, such as<br>0026:03  neuropathic pain in general, not necessarily only<br>0026:04  hepatic, but other forms of neuropathic pain with<br>0026:05  Neurontin successfully. Occasionally, I've tried<br>0026:06  to help people sleep with Neurontin. It is<br>0026:07  frequently helpful in that regard. Occasionally<br>0026:08  I've used it to treat impulse control problems,<br>0026:09  people with impulsivity. And occasionally I have<br>0026:10  used it successfully to treat people who are<br>0026:11  dependent on Benzodiazepines. To withdraw them<br>0026:12  from Benzodiazepine dependence.<br>0026:13       Q  For some of your patients do you treat them<br>0026:14  with Neurontin for an off label condition for an<br>0026:15  extended period of time?<br>0026:16       A  Yes.<br>0026:17       Q  So you refill their prescriptions because<br>0026:18  Neurontin is working for them?<br>0026:19       A  That is correct.<br>0026:20       Q  Do those lengths of time stretch from months<br>0026:21  into years for some patients?<br>0026:22       A  Definitely stretch -- for some patients, a<br>0026:23  year would not be -- treating them with that<br>0026:24  medication will not be unusual.<br>0026:25       Q  So just to make sure I have this right, in |

4

| | |
|---|---|
| | 0027:01 your clinical practice, you have found Neurontin to |
| | 0027:02 be a safe and effective treatment for some people |
| | 0027:03 for alcohol dependency? |
| | 0027:04    A  That is correct. |
| | 0027:05    Q  And for some of your patients in your |
| | 0027:06 clinical practice, you have found Neurontin to be a |
| | 0027:07 safe and effective treatment for alcohol-related |
| | 0027:08 neuropathy? |
| | 0027:09    A  That is correct. |
| | 0027:10    Q  And in your clinical practice, you have |
| | 0027:11 found Neurontin to be a safe and effective |
| | 0027:12 treatment for some patients when using it as an |
| | 0027:13 adjunctive for bipolar conditions? |
| | 0027:14    A  That's correct. |
| | 0027:15    Q  And in your clinical practice you have found |
| | 0027:16 Neurontin to be a safe and effective treatment for |
| | 0027:17 some of your patients when treating neuropathic |
| | 0027:18 pain syndromes other than post hepatic neuralgia? |
| | 0027:19    A  Correct.  And a few that I treated for post |
| | 0027:20 hepatic neuralgia. |
| | 0027:21    Q  And in your clinical experience you have |
| | 0027:22 found Neurontin to be a safe and effective |
| | 0027:23 treatment for treating some of your patients for |
| | 0027:24 sleep disorders? |
| | 0027:25    A  Occasionally.  That is a treatment I will |
| | 0028:01 not say universally effective, but some people do |
| | 0028:02 find it useful and helpful in providing them with a |
| | 0028:03 full night of sleep without causing any issues |
| | 0028:04 about addiction. |
| | 0028:05    Q  Other than addiction, do you consider |
| | 0028:06 Neurontin to have an otherwise benign side effect |
| | 0028:07 profile? |
| | 0028:08    A  Very. |
| | 0028:09    Q  Could you please explain that for us? |
| | 0028:10    A  Well, the very pharmacology of this |
| | 0028:11 medication is good because, No. 1, the medicine has |
| | 0028:12 a saturation point where taking more than |
| | 0028:13 prescribed, let's say an overdose, will saturate |
| | 0028:14 the transporter and so in a single dose, probably |
| | 0028:15 not more than a gram, a thousand milligrams, will |
| | 0028:16 not be even resorbed into the body.  It will just |
| | 0028:17 go through you.  In other words, there is a |
| | 0028:18 saturation point where the medicine is not -- if |
| | 0028:19 it's taken more than prescribed, it will not -- it |
| | 0028:20 will saturate the transporter and will not be |
| | 0028:21 resorbed and so that is -- in other words, the |
| | 0028:22 medicine is safe in overdose.  It is safe if -- in |
| | 0028:23 people who have liver problems.  It is -- doesn't |
| | 0028:24 have side effects -- not major, at least, in terms |
| | 0028:25 of causing sexual side effects, which are very |
| | 0029:01 frequent with psychiatric medication.  Doesn't have |
| | 0029:02 GI side effects, nausea, vomiting, relatively |
| | 0029:03 frequent.  And many patients do not like those |
| | 0029:04 medicines, if they have to take them with food. |
| | 0029:05 There is no major -- the grave side effects some |
| | 0029:06 other medicines have in terms of causing |
| | 0029:07 agranulocytosis, causing paradoxically for some |
| | 0029:08 medicines that were approved for epilepsy.  Some |
| | 0029:09 cause epilepsy.  So doesn't have any of that stuff. |
| | 0029:10 And it is -- it is well tolerated.  There are some |
| | 0029:11 other anti-epileptics that cause hair loss, for |
| | 0029:12 example.  This one doesn't.  There's some other |
| | 0029:13 anti-epileptics that cause gum hyperplasia, so this |
| | 0029:14 one doesn't.  So on and so forth. |
| | 0029:15    Q  Thank you.  Just return to you -- return to |
| | 0029:16 the conditions that we were talking about.  In your |

5

|  |  |
|---|---|
|  | 0029:17 clinical experience, have you found Neurontin to be<br>0029:18 a safe and effective treatment for some patients<br>0029:19 when treating impulse control problems?<br>0029:20    A  Occasionally. Again, similar to what I said<br>0029:21 for sleep. That, for some people, it does work.<br>0029:22 And helps them think before they act.<br>0029:23    Q  And is it pronounced Benzodiazepine?<br>0029:24    A  Benzodiazepine.<br>0029:25    Q  And in your clinical experience you have<br>0030:01 found Neurontin to be a safe and effective<br>0030:02 treatment for treating some patients who are<br>0030:03 withdrawing from that medication?<br>0030:04    A  Yes.<br>0030:05    Q  And, generally, if Neurontin had not been<br>0030:06 effective, would you have continued to prescribe it<br>0030:07 to your patients here in Missouri?<br>0030:08    A  No, I don't think so. |
| **Page:**    0031:13 - 0031:17<br>**Issue:**   ☐ Defendant's Designation | Svrakic, Dragan - 03/12/2009<br>0031:13    Q  So if somebody were to urge you or tell you<br>0031:14 that you're going to get a better result by<br>0031:15 prescribing 1,500 milligrams or 2,000 milligrams or<br>0031:16 3,000 milligrams, you would -- your opinion would<br>0031:17 be that that would be incorrect? |
| **Page:**    0031:22 - 0032:11<br>**Issue:**   ☐ Defendant's Designation | Svrakic, Dragan - 03/12/2009<br>0031:22    A  Do I answer the question? Only if that<br>0031:23 suggestion is that the 3,000 milligrams is given in<br>0031:24 a single dose. 3,000 milligrams is effective, but<br>0031:25 provided that it's divided in dosages so that the<br>0032:01 person will get 1 000 milligrams at a time.<br>0032:02    Q  (By Mr. McMichael) Okay. So the thousand<br>0032:03 milligrams that you're talking about, is it dosage<br>0032:04 over what period of time? Four hours? Or six<br>0032:05 hours? 12 hours?<br>0032:06    A  The half life of this medicine is up to --<br>0032:07 from the standpoint of dosing is up to six hours.<br>0032:08 So we can treat it -- we can usually prescribe it<br>0032:09 three times a day, as I usually prescribe it. So<br>0032:10 three times a day in a dose of 1,000 milligrams<br>0032:11 would be a reasonable prescribing practice. |
| **Page:**    0069:05 - 0070:03<br>**Issue:**   ☐ Defendant's Designation | Svrakic, Dragan - 03/12/2009<br>0069:05    Q  (By Mr. Mizell) Dr. Svrakic, just to make<br>0069:06 sure the record is clear. Before the break, the<br>0069:07 question that we were asking you, I think there's<br>0069:08 some ambiguity. To make sure it's clear, you had<br>0069:09 some question in your mind about whether or not you<br>0069:10 had, in fact, heard about some application with the<br>0069:11 FDA for broad neuropathic pain indication, is that<br>0069:12 correct?<br>0069:13    A  That is correct.<br>0069:14    Q  I was asking, despite any awareness you may<br>0069:15 have had about that series of events, you<br>0069:16 nevertheless continued to prescribe Neurontin for<br>0069:17 your patients for various neuropathic pain<br>0069:18 conditions because it worked in your clinical<br>0069:19 practice?<br>0069:20    A  That is correct.<br>0069:21    Q  And in your experience, does the lack of an<br>0069:22 FDA approval for a specific indication for<br>0069:23 Neurontin mean Neurontin does not work for that<br>0069:24 indication?<br>0069:25    A  It does not.<br>0070:01    Q  Have you experienced any improper conduct<br>0070:02 with respect to Neurontin by any Pfizer/Warner<br>0070:03 Lambert or Parke-Davis sales representative? |

| | |
|---|---|
| **Page:** 0070:06 - 0070:11<br>**Issue:** ☐ Defendant's Designation | Svrakic, Dragan - 03/12/2009<br>0070:06     A   Never.<br>0070:07     Q   (By Mr. Mizell) Do you think the efficacy<br>0070:08   that you have observed over the past 14, 15 years<br>0070:09   prescribing Neurontin to hundreds, if not thousands,<br>0070:10   of patients is due to the placebo effect?<br>0070:11     A   No, I don't. |
| **Page:** 0071:13 - 0072:08<br>**Issue:** ☐ Defendant's Designation | Svrakic, Dragan - 03/12/2009<br>0071:13     Q   And your testimony today about your findings<br>0071:14   with respect to the safe and effective use of<br>0071:15   Neurontin for various conditions, it's based on<br>0071:16   your personal firsthand clinical experience<br>0071:17   prescribing Neurontin to patients here in Missouri?<br>0071:18     A   That is correct.<br>0071:19     Q   Dr. Svrakic, is it important to have safe<br>0071:20   and effective therapeutic options to use<br>0071:21   adjunctively with other mood stabilizers?<br>0071:22     A   It is very important.<br>0071:23     Q   Is it important to have safe and effective<br>0071:24   therapeutic options to use adjunctively with<br>0071:25   anti-psychotics?<br>0072:01     A   It is very important.<br>0072:02     Q   And have you used Neurontin with your<br>0072:03   patients adjunctively for these conditions?<br>0072:04     A   Yes, I have.<br>0072:05     Q   And you continue to prescribe Neurontin<br>0072:06   despite the existence of inconclusive studies<br>0072:07   because it works for your patients?<br>0072:08     A   I do. |
| **Page:** 0072:08 - 0072:09<br>**Issue:** ☐ Defendant's Designation | Svrakic, Dragan - 03/12/2009<br>0072:08            do.<br>0072:09 |

7