# EXHIBIT E-2

1

1          MISSOURI CIRCUIT COURT OF THE

2          TWENTY-SECOND JUDICIAL CIRCUIT

3             (CITY OF ST. LOUIS)

4

5   ELIZABETH JUDY AND STEPHEN   )

6   BROWN, individually and on   )

7   behalf of others similarly   )

8   situated as Plaintiffs/Class)

9   Representatives,             )

10        Plaintiffs,            )

11  vs.                          ) Cause No. 22042-01946-02

12                               )

13  PFIZER, INC., Individually   )

14  and as successor in interest)

15  to PARKE-DAVIS and WARNER    )

16  LAMBERT, Inc.,               )

17        Defendants.            )

18

19

20       DEPOSITION OF DRAGAN M. SVRAKIC, M.D.

21          ON BEHALF OF THE DEFENDANT

22              MARCH 12, 2009

23

24

25     Job No: 193865

2

1
2          I N D E X   P A G E
3                              PAGE
4   QUESTIONS BY:
5   Mr. Mizell                6
6   Mr. McMichael            30
7   Mr. Mizell               68
8   Mr. McMichael            74
9   Mr. Mizell               78
10          E X H I B I T S
11
12   EXHIBIT                  PAGE
13   Defendant's    Exhibit A     9
14   Plaintiff's    Exhibit 1    30
15
16
17
18
19
20
21
22
23
24
25

4

1          A P P E A R A N C E S
2   FOR THE PLAINTIFFS:
3   Mr. Nicholas P. Mizell
4   Ms. Jennifer A. Stonecipher
5   Shook, Hardy & Bacon
6   2555 Grand Boulevard
7   Kansas City, Missouri, 64108
8   816-474-6550
9   nmizell@shb.com
10   jstonecipher@shb.com
11
12   FOR THE DEFENDANT:
13   Mr. Daniel J. McMichael
14   McMichael, Logan & Engelmeyer
15   1400 Elbridge Payne Road, Suite 220
16   Chesterfield, Missouri, 63017
17   636-532-1400
18   dan@mcmichael-logan.com
19
20   VIDEOGRAPHER:
21   Mr. John Niehaus
22   Midwest Litigation
23   711 N. 11th Street
24   St. Louis, Missouri, 63101
25

3

1          MISSOURI CIRCUIT COURT OF THE
2          TWENTY-SECOND JUDICIAL CIRCUIT
3               (CITY OF ST. LOUIS)
4   ELIZABETH JUDY AND STEPHEN  )
5   BROWN, individually and on  )
6   behalf of others similarly  )
7   situated as Plaintiffs/Class)
8   Representatives,            )
9        Plaintiffs,            )
10   vs.                        ) Cause No. 22042-01946-02
11   PFIZER, INC., Individually )
12   and as successor in interest)
13   to PARKE-DAVIS and WARNER   )
14   LAMBERT, Inc.,             )
15        Defendants.           )
16        Video deposition of DRAGAN M. SVRAKIC,
17   M.D., produced, sworn and examined on the 12th
18   day of March, 2009 between the hours of 2:30
19   p.m. and 4:30 p.m. at the offices of Barnes
20   Jewish Hospital, 1 Barnes Plaza, in the City of
21   St. Louis, State of Missouri, before Rebecca
22   Brewer, Registered Professional Reporter,
23   Certified Realtime Reporter, Missouri Certified
24   Shorthand Reporter, and Notary Public within
25   and for the State of Missouri.

5

1        IT IS HEREBY STIPULATED AND AGREED by and
2   between counsel for Plaintiff and counsel
3   for the Defendant that this deposition may
4   be taken in shorthand by Rebecca Brewer,
5   RPR, CRR, CSR, Certified Court Reporter,
6   and Notary Public, and afterwards
7   transcribed into typewriting; and the
8   signature of the witness is waived.
9        *   *   *   *   *
10   (Starting time of the deposition: 2:36 p.m.)     13:25:26
11        VIDEOGRAPHER: My name is John Niehaus of     14:36:13
12   Veritext. The date today is March 12th, 2009, and     14:36:15
13   the time is approximately 2:36 p.m. and this     14:36:19
14   deposition is being taken place in the office of     14:36:22
15   Dragan M. Svrakic located at Barnes-Jewish     14:36:24
16   Hospital. The caption of this case is Elizabeth     14:36:27
17   Judy, et al. vs. Pfizer, Inc. in the Missouri     14:36:30
18   Circuit Court, 22nd Judicial Circuit. The name of     14:36:34
19   the witness is Dr. Dragan M. Svrakic. At this time     14:36:35
20   the attorneys will identify themselves and the     14:36:37
21   parties they represent, after which our court     14:36:41
22   reporter, Rebecca Brewer of Veritext, will swear in     14:36:44
23   the witness and we can proceed.     14:36:45
24        MR. McMichael: My name is Daniel     14:36:46
25   McMichael. I represent Elizabeth Judy and     14:36:47

6

1   Mr. Brown, the plaintiffs in the case.        14:36:50
2         MR. MIZELL:  Nicholas Mizell and my      14:36:52
3   colleague, Jennifer Stonecipher, of Shook, Hardy,  14:36:54
4   Bacon, for the defendants, Pfizer and Warner     14:36:56
5   Lambert.                                   14:36:56
6         DRAGAN M. SVRAKIC, M.D.,              14:36:57
7         Of lawful age, produced, sworn and     13:33:32
8   examined on behalf of the Defendant, deposes    13:33:32
9   and says:                                  13:33:32
10        EXAMINATION                          14:37:06
11  BY MR. MIZELL:                             14:37:06
12      Q  Good afternoon, Dr. Svrakic.         14:37:07
13      A  Good afternoon.                      14:37:12
14      Q  Thank you for joining us today.  Just take a  14:37:13
15  few minutes to give you a little background about  14:37:16
16  what we're doing.  As I just stated, my name's Nick  14:37:18
17  Mizell and I represent Pfizer and Warner Lambert  14:37:20
18  and plaintiffs have filed a proposed class action  14:37:24
19  lawsuit against Pfizer and Warner Lambert relating  14:37:28
20  to the marketing of the medicine Neurontin and    14:37:28
21  today we'll be focusing on your experience in     14:37:30
22  prescribing Neurontin and specifically the use of  14:37:32
23  Neurontin for off label uses, do you understand?  14:37:36
24      A  I do.                                14:37:37
25      Q  And by Neurontin, I'm using it in its broad  14:37:39

7

1   sense to mean either the branded or the generic   14:37:42
2   version of the drug, Gabapentin, does that make   14:37:44
3   sense?                                     14:37:46
4       A  I'm sorry, could you say that again?  14:37:46
5       Q  When we refer to Neurontin we're referring  14:37:48
6   to any prescriptions you write for either the brand  14:37:50
7   name version or the generic version, Gabapentin.  14:37:53
8       A  Yeah, it does.                       14:37:56
9       Q  Do you have an understanding of off label  14:37:58
10  uses, generally?                           14:38:00
11      A  I do.                                14:38:02
12      Q  I imagine the term is familiar to you but  14:38:03
13  when I say off label, I'm referring to the        14:38:05
14  prescription of the medicine for use not           14:38:09
15  specifically approved by the FDA, does that make  14:38:11
16  sense?                                     14:38:14
17      A  That's what I mean by the term off label  14:38:14
18  use.                                       14:38:16
19      Q  Great.  We're not going to ask you about and  14:38:17
20  we don't want to hear about any of your specific  14:38:19
21  patients, including their names or any personal   14:38:22
22  identifying information, is that okay?          14:38:23
23      A  I will not even reveal them even if you ask.  14:38:25
24      Q  Thank you.  Have you been deposed before?  14:38:29
25      A  Very -- not very frequently.  Yes.  The   14:38:30

8

1   answer is yes, but not very frequently, I guess,  14:38:35
2   that's a little specifier there.             14:38:38
3       Q  I understand.  Well, you've done this before  14:38:41
4   but just a reminder, a few ground rules.  As good  14:38:43
5   as Rebecca is, she can't take us down at the same  14:38:47
6   time, so if you could let me finish my question   14:38:50
7   before you answer and I'll try to do the same for  14:38:52
8   you, is that okay?                         14:38:54
9       A  That's all right.                    14:38:55
10      Q  If you don't understand a question, please  14:38:56
11  let me know and we'll try to rephrase.         14:38:58
12      A  All right.                          14:39:00
13      Q  And from time to time Dan or I may take    14:39:01
14  issue with the form of the question.  One of us may  14:39:04
15  object.  Just allow us to make our objection and  14:39:05
16  then answer the question, is that okay?  Yes?   14:39:08
17      A  Yes, that is okay.                   14:39:10
18      Q  That's one other rule for deposition.   14:39:11
19  Please use verbal responses rather than a nod of  14:39:12
20  the head.  Thanks.  Appreciate it.            14:39:16
21        MR. MIZELL:  Can we mark that as Exhibit 1?  14:39:18
22        MR. McMICHAEL:  I've got one that's       14:39:34
23  numbered here, if that would help.            14:39:35
24        MR. MIZELL:  That's fine.  Do you have any  14:39:38
25  markings on it or anything?                   14:39:38

9

1         MR. McMICHAEL:  No, just the numbers.    14:39:39
2         MR. MIZELL:  You mind if I remove the     14:39:54
3   cover?  Do you need this?  I just want to use the  14:39:56
4   CV.  I'm not interested in his correspondence.   14:40:00
5         MR. McMICHAEL:  I'm sorry, I'm stepping on  14:40:03
6   your lines.  Maybe you should just use whatever you  14:40:04
7   want to use here.                          14:40:05
8         (Defendant's Deposition Exhibit A marked  14:40:17
9         for identification.)                   14:40:17
10      Q  (By Mr. Mizell) Okay.  Dr. Svrakic, I'm  14:40:18
11  handing you what's been marked as Defendant's    14:40:21
12  Exhibit A.  Is this document familiar to you?   14:40:23
13      A  It is.                               14:40:26
14      Q  And can you please explain for us what it  14:40:26
15  is?                                        14:40:28
16      A  This is my CV.  Curriculum vitae or vitae.  14:40:29
17      Q  And would you please turn to the second   14:40:36
18  page?                                      14:40:37
19      A  All right.                           14:40:38
20      Q  I see a list of -- I guess, five of your  14:40:41
21  present positions.  Do you currently hold each of  14:40:44
22  these positions listed?                     14:40:47
23      A  I do.  Except I'm not sure whether I'm still  14:40:54
24  on staff for the Center for Psychobiology of    14:40:58
25  Personality, because I don't even know whether that  14:41:03

3 (Pages 6 to 9)

10

1  center is still operating, so I'm not sure about      14:41:06
2  that, then there is another -- this was probably      14:41:09
3  needing some updating.  There's another position I    14:41:11
4  hold.  I am attending physician at the local VA,      14:41:14
5  Veterans Administration Medical Center in St.         14:41:17
6  Louis, as an attending psychiatrist, so --           14:41:22
7      Q  And is psychiatry, is that your specialty?     14:41:33
8      A  It is.                                          14:41:35
9      Q  So other than removing the staff position at   14:41:40
10  The Center for Psychobiology of Personality and      14:41:42
11  adding your current work as an attending physician   14:41:45
12  at the local VA Hospital, any other corrections to   14:41:47
13  the present positions?                               14:41:50
14      A  Everything else is updated enough to date.    14:41:51
15      Q  In your position as an attending physician    14:41:54
16  here at Barnes-Jewish Hospital, what are your        14:41:56
17  duties and responsibilities?                         14:41:58
18      A  My duties and responsibilities is to treat    14:42:01
19  patients who are admitted to Barnes-Jewish           14:42:06
20  Hospital.                                            14:42:08
21      Q  And that would be for psychiatric             14:42:10
22  conditions?                                          14:42:13
23      A  For psychiatric conditions or chemical        14:42:14
24  dependence, which is also a form of psychiatric      14:42:18
25  condition.                                           14:42:20

11

1      Q  Do you treat any other conditions other than  14:42:23
2  psychiatric or chemical dependency?                  14:42:25
3      A  No.                                            14:42:28
4      Q  And your -- are your duties and               14:42:30
5  responsibilities as an attending physician at the    14:42:34
6  VA Hospital the same?                                14:42:36
7      A  They're a little bit more specific.  At the   14:42:38
8  VA Hospital, I am -- my job description is to treat  14:42:41
9  general psychiatric population of patients, but I    14:42:47
10  do specialize and focus on chemical dependency      14:42:51
11  patients only.  But through my consult service, as  14:42:56
12  I provide consultations at the VA, I get exposure   14:43:01
13  to a wide variety of patients who are not only      14:43:05
14  psychiatric patients, but do have other medical     14:43:11
15  illnesses, providing consultation on the floors.    14:43:13
16      Q  Is it safe to assume your work as a medical   14:43:20
17  director of the chemical dependency track here at   14:43:23
18  Barnes-Jewish Hospital concerns chemical dependency 14:43:26
19  conditions?                                          14:43:29
20      A  That is correct.                              14:43:30
21      Q  How about your duties and responsibilities   14:43:32
22  as the medical director of the Midwest Psychiatry    14:43:33
23  and Independence Center?                             14:43:36
24      A  I do -- I am their medical director.  That   14:43:38
25  means I am involved in general -- what's the        14:43:42

12

1  word -- in general policy making for their           14:43:50
2  psychiatric care and then, in particular, treating   14:43:55
3  patients in the day program they have there and      14:44:00
4  supervising the staff that works in the day          14:44:03
5  program.                                             14:44:09
6      Q  And just to round out the list, how about     14:44:11
7  your duties and responsibilities as a professor of   14:44:14
8  psychiatry at the Washington University School of    14:44:16
9  Medicine?  Could you please describe that?           14:44:19
10      A  I teach medical students, students --        14:44:21
11  medical students for training -- being trained to   14:44:24
12  become doctors, and I teach doctors who are being   14:44:29
13  trained to become psychiatrists.  During that       14:44:32
14  rotation, I also teach doctors who are being        14:44:36
15  trained to become neurologists, because they do     14:44:39
16  have a rotation through psychiatry.  And I will get 14:44:42
17  those doctors as well.                               14:44:45
18      Q  Thank you.  If you could please turn to the  14:44:48
19  third page of your CV.  And does it correctly state 14:44:50
20  that you had residency trainings in psychiatry at   14:44:57
21  the Washington University School of Medicine in St. 14:45:00
22  Louis from '94 to '99?                               14:45:02
23      A  That is correct.                              14:45:06
24      Q  Did part of this education include training  14:45:07
25  that qualifies you to prescribe medications?        14:45:09

13

1      A  It does.                                       14:45:12
2      Q  Did you prescribe medications during this     14:45:13
3  residency?                                           14:45:15
4      A  Yes.                                           14:45:16
5      Q  If you could please turn with me to Page 4   14:45:19
6  of your CV.  And there at the bottom it lists your   14:45:22
7  medical licensure and board certification.  Does it 14:45:25
8  correctly reflect you've had -- well, you first     14:45:29
9  obtained a visiting professor license in the State  14:45:32
10  of Missouri in March of 1993?                        14:45:34
11      A  That is correct.                              14:45:36
12      Q  And on the next page, is it also correct     14:45:37
13  that you obtained a permanent Missouri license in   14:45:40
14  April of 1998?                                       14:45:44
15      A  That is correct.                              14:45:45
16      Q  So you're a licensed prescriber here in the  14:45:46
17  State of Missouri?                                   14:45:49
18      A  That is correct.                              14:45:50
19      Q  And you're also board certified by the       14:45:51
20  American Board of Psychiatry and Neurology?          14:45:53
21      A  That is correct.                              14:45:55
22      Q  And you've been listed since 2001 as the     14:45:57
23  best doctor in America and since 2004 as the best   14:46:00
24  doctor in St. Louis?                                 14:46:03
25      A  That is correct.                              14:46:04

4 (Pages 10 to 13)

14

```
 1      Q If you could please turn to Page 6 of your    14:46:08
 2   CV. I see that on your editorial responsibilities   14:46:11
 3   you have, from time to time, been a peer reviewer   14:46:17
 4   for peer review journals such as The Journal of the  14:46:20
 5   American Medical Association, Biological           14:46:25
 6   Psychiatry, Psychological Reports, The American    14:46:27
 7   Journal of Psychiatry, and the Archives of General  14:46:29
 8   Psychiatry, is that correct?                       14:46:33
 9      A That is correct.                              14:46:34
10      Q And what are your duties and                  14:46:35
11   responsibilities when you act as a peer reviewer    14:46:37
12   for these journals?                                14:46:39
13      A I'm reviewing publications, scientific        14:46:41
14   publications, research papers, summarizing and     14:46:44
15   reporting research results on different subjects in  14:46:49
16   psychiatry.                                        14:46:57
17      Q And, Dr. Svrakic, as part of your practice    14:47:01
18   you continue to write prescriptions, correct?      14:47:04
19      A That is correct.                              14:47:07
20      Q How many patients do you see in a typical     14:47:07
21   week?                                              14:47:10
22      A Well, that has changed recently. Since I      14:47:12
23   was hired by the VA system to develop a program for  14:47:16
24   them, a new medication to treat the chemical        14:47:20
25   dependency. And that was done up in August of       14:47:25
```

15

```
 1   2008. Until that point, my practice was very big.   14:47:29
 2   I was seeing a very large number of patients. I    14:47:37
 3   would say at least 400 patients a month. But since  14:47:40
 4   then, I am seeing -- it's hard for me to answer      14:47:49
 5   that question. I do see patients on a daily basis   14:47:57
 6   in the VA Hospital and then on a daily basis here    14:48:01
 7   in Barnes Hospital who are patients who are         14:48:03
 8   admitted to be inpatients, as I teach residents and  14:48:07
 9   medical students by instructing them how to treat    14:48:11
10   those patients and I have one day in a week that I   14:48:18
11   see outpatients in my office over there and one day  14:48:22
12   in a week that I go to the Independence Center to    14:48:26
13   see patients in the day hospital that are           14:48:29
14   hospitalized, who are hospitalized in that day      14:48:31
15   hospital, so on average I see 15 patients there, 15  14:48:34
16   patients here in the office. On average, I have     14:48:37
17   five patients, inpatients in the hospital, that's   14:48:42
18   20 -- that's 15 and 15, 30, and 5 times 6, 30,       14:48:48
19   that's 60, and then in the VA, I see four a day,     14:48:57
20   which is about 80 patients a week, which is about    14:49:03
21   300 patients a month.                              14:49:07
22      Q And before August of 2008 when you were       14:49:10
23   seeing approximately 400 patients a month, how far  14:49:12
24   back would that be a fair approximation, back to    14:49:16
25   early '90s, mid '90s?                              14:49:19
```

16

```
 1      A Back to the 1980s and 1999, when I started    14:49:22
 2   my practice here under the umbrella of Washington   14:49:26
 3   University, so for about ten years.                14:49:30
 4      Q And, overall, how long have you been          14:49:32
 5   practicing medicine and prescribing medications?   14:49:33
 6      A Well, my concentration is a little unique,     14:49:37
 7   I'd say. I had two resident training in             14:49:41
 8   psychiatry. Actually, first time in                 14:49:43
 9   neuropsychology, neurology and psychology, in       14:49:45
10   Europe. Back in 1984 I was board certified in       14:49:51
11   Europe for -- to be a neuropsychiatrist, so I had   14:49:55
12   double specialty. And then practiced there for      14:50:01
13   about -- since 1979 until 1988, when I got          14:50:07
14   Fulbright Scholarship and was sent to the United    14:50:11
15   States. So for about ten years. So, I'd say, plus   14:50:16
16   I had four years of residency training here, so I'd  14:50:21
17   say for about 25 years that I've been involved in    14:50:25
18   treating people.                                   14:50:28
19      Q Here in Missouri?                             14:50:30
20      A Combined. In Missouri, I had residency        14:50:32
21   training for four years. Throughout residency I    14:50:35
22   was treating patients under supervision and then    14:50:38
23   since completing residency in December of 19 -- in  14:50:41
24   December of 1998, then continuously I've been        14:50:52
25   treating patients here in Missouri, so I'd say       14:51:00
```

17

```
 1   without residency training, it's ten years. With    14:51:03
 2   residency training, it's about 14 years.           14:51:07
 3      Q I understand. Thank you. In your practice     14:51:10
 4   today here in St. Louis, do you prescribe medicines  14:51:17
 5   off label to patients here in Missouri?            14:51:19
 6      A I do.                                          14:51:21
 7      Q How often?                                    14:51:22
 8      A I don't know how to answer that question.     14:51:27
 9   Essentially, my take on that is that I will         14:51:30
10   prescribe the medicine -- I will not think about    14:51:35
11   the label when I'm prescribing the medicine. I     14:51:40
12   will think about what could work for this patient.  14:51:44
13   And then the second thought, is this approved for   14:51:48
14   that particular -- particular indication. But my    14:51:52
15   first instinct is to -- if I know that something    14:51:57
16   worked in the past and I used it in the past, then  14:52:01
17   I see the same or similar syndrome in front of my   14:52:03
18   eyes, I will -- that will be my first thought.      14:52:06
19   This will be a proper treatment and then thought,   14:52:09
20   well, is it off or on -- is it off label or is it   14:52:13
21   as indicated by the FDA? I have to answer this     14:52:18
22   page, though.                                      14:52:20
23      MR. MIZELL: Okay. Let's go off the              14:52:22
24   record.                                            14:52:24
25      VIDEOGRAPHER: We'll go off the record at        14:52:25
```

5 (Pages 14 to 17)

18

1    2:52 p.m.                                    14:52:26
2        (Discussion off the record.)            14:52:54
3        VIDEOGRAPHER: We're back on the record at    14:56:32
4    2:56 p.m.                                    14:56:33
5    Q   (By Mr. Mizell) Doctor, I want to make   14:56:43
6    sure I'm pronouncing your name right, is it   14:56:45
7    Dr. Svrakic?                                 14:56:48
8    A   Svrakic is fine.                         14:56:49
9    Q   Thank you. Doctor, given your experience,   14:56:50
10   is it fair to say that the off label prescribing of   14:56:53
11   medicines is common?                         14:56:56
12   A   My experience, yes.                      14:56:57
13   Q   Do you use your own independent medical   14:56:59
14   judgment when treating patients?             14:57:01
15   A   That is correct.                         14:57:04
16   Q   Do you likewise use your independent medical   14:57:04
17   judgment when prescribing medications for your   14:57:07
18   patients?                                    14:57:09
19   A   Correct.                                 14:57:10
20   Q   In exercising your independent medical   14:57:12
21   judgment and deciding what to prescribe, do you   14:57:15
22   weigh the potential benefits and potential risks of   14:57:17
23   the medicine?                                14:57:20
24   A   That is correct.                         14:57:21
25   Q   Do you know for certain whether a medicine   14:57:21

19

1    will work for a particular patient before you   14:57:23
2    prescribe it?                                14:57:25
3    A   No.                                      14:57:26
4    Q   Can you please explain to us some of the   14:57:28
5    factors that are specific to various patients which   14:57:31
6    you consider when making a prescription decision?   14:57:34
7    A   Yes, I can. Each patient -- every patient   14:57:38
8    is a unique combination of factors that will play a   14:57:45
9    significant role in the final decision as to what   14:57:54
10   is being prescribed as treatment. And, in fact, I   14:57:56
11   believe the more of these factors are taken into   14:58:00
12   account, the better the treatment will eventually   14:58:04
13   end up to be. In particular, when it comes to   14:58:07
14   medication prescription and prescribing practices,   14:58:13
15   it is very important to know pharmacokinetics of a   14:58:17
16   particular medication. How long does it stay in   14:58:22
17   the system? What ordinance is being metabolized   14:58:25
18   by? What are the drug interactions that that   14:58:32
19   medicine will have, potential? What is the -- that   14:58:35
20   particular patient's physical condition, even       14:58:39
21   though the medication is being prescribed, let's   14:58:44
22   say, for psychiatric problems? Because all of   14:58:46
23   these medicines work through the body first. What   14:58:49
24   is the potential interaction with food, alcoholic   14:58:54
25   beverages? What is the potential given, let's say,   14:58:59

20

1    that particular patient's work and occupation to   14:59:04
2    interfere with their work, their ability to   14:59:07
3    perform, their -- at work. There is side effects   14:59:11
4    of medication that are potentially critical in   14:59:22
5    deciding whether that particular side effect will   14:59:27
6    be more significant for this particular individual   14:59:30
7    than for somebody else. So there is a number of   14:59:38
8    factors that -- both from the standpoint of the   14:59:44
9    medication itself, the physical and psychological   14:59:49
10   condition of the patient, and the social aspects of   14:59:54
11   that particular patient in terms of their marital   14:59:59
12   situation, occupation, et cetera.            15:00:03
13   Q   And could you please expand on, if possible,   15:00:17
14   some of the particular physical and psychological   15:00:21
15   conditions for particular patients that you   15:00:24
16   consider?                                    15:00:26
17   A   Well, sure. One common example is that   15:00:28
18   there is medicines we use -- we use in psychiatry   15:00:35
19   may cause what is called hyperprolactinemia, which   15:00:38
20   is a hyperproduction of Prolactin, a hormone   15:00:45
21   responsible for lactation and milk production which   15:00:52
22   will essentially make a person, a female patient,   15:00:54
23   for example -- it's a perfect birth control. They   15:00:58
24   cannot get pregnant. So if it's a young woman who   15:01:04
25   wants to have family and have children, that   15:01:08

21

1    medicine, for example, would be not -- would not be   15:01:11
2    an appropriate management for the problem. If the   15:01:15
3    patient is drug addicted and they have drug   15:01:20
4    addiction and they're complaining of anxiety, for   15:01:24
5    example, which is a, in lay people's terminology, I   15:01:29
6    believe the best translation is nervousness and   15:01:34
7    catastrophic expectations, then that patient should   15:01:37
8    not get medications that have a potential to be   15:01:40
9    addicted. Reducing, not eliminating, but reducing   15:01:46
10   the possibility of developing another addiction and   15:01:52
11   adding to the problems. There is medications and   15:01:55
12   that are metabolized heavily by the liver and those   15:02:00
13   medicines that are metabolized by the liver in   15:02:04
14   people who have liver problems, liver transplant,   15:02:08
15   liver cirrhosis, and even milder cases where just   15:02:11
16   liver enzymes are elevated showing that the liver   15:02:18
17   is struggling should be avoided and medications   15:02:22
18   that are not metabolized by the liver, but let's   15:02:25
19   say excreted by the kidneys, should be used   15:02:28
20   instead.                                     15:02:31
21   Q   Staying on that, is Neurontin one such   15:02:34
22   example?                                     15:02:38
23   A   I'm sorry, for?                          15:02:39
24   Q   As a medicine that's not metabolized by the   15:02:41
25   liver that you consider --                   15:02:43

6 (Pages 18 to 21)

22

```
 1      A  Neurontin is one.  There is a number of        15:02:44
 2   other medicines, but Neurontin is one of the         15:02:47
 3   medicines that is completely not metabolized by the  15:02:49
 4   liver, the way we take it, the way it comes out.      15:02:53
 5   We simply -- it goes unchanged through the kidneys    15:02:55
 6   and goes out.  Liver -- it's actually very good for   15:02:58
 7   people who do have a liver problem because it does    15:03:01
 8   not put an unnecessary extra burden on the liver.     15:03:03
 9      Q  Were there any other physical or psychiatric    15:03:10
10   conditions particular to various patients that you    15:03:13
11   want to include --                                    15:03:16
12      A  If a patient is a truck driver, a truck         15:03:18
13   driver will not get anti-epileptic drugs.  A truck    15:03:19
14   driver will not get sedatives.  A machine operator    15:03:23
15   will not get sedatives.  Pregnant women will not      15:03:26
16   get some of the frequently prescribed SSRI's.         15:03:41
17   Paxil, for example.  I'm sorry, I don't want to       15:03:48
18   mention -- SSRI's is fine.                            15:03:51
19      Q  So is it fair to say that whether a medicine    15:04:03
20   works for a particular patient is an individual       15:04:06
21   issue?                                                15:04:08
22      MR. McMICHAEL:  Object to the form of the          15:04:11
23   question.                                             15:04:11
24      THE WITNESS:  What do I do now?  Do I wait         15:04:18
25   for somebody to decide?                               15:04:20
```

23

```
 1      MR. MIZELL:  No, go ahead and answer the          15:04:21
 2   question.                                             15:04:22
 3      MR. McMICHAEL:  No, you can answer the            15:04:23
 4   question if you understand it and you think you       15:04:23
 5   can.                                                  15:04:25
 6      A  Yeah.  To some extent, there is a strong        15:04:26
 7   placebo effect with anything we do.  There is a       15:04:30
 8   30 percent placebo effect with now antidepressants.   15:04:34
 9   But to some extent it does.  On the other hand, we    15:04:38
10   all have same physiology and medicines are supposed   15:04:41
11   to work, but if these factors that I mentioned are    15:04:44
12   carefully taken into account and treatment for that   15:04:49
13   particular patient tailored to really match who       15:04:53
14   they are, what they need, and what is their current   15:04:57
15   condition to do -- to be on the receiving end of      15:05:00
16   the treatment, then the particular medicine and the   15:05:05
17   optimal, actually, that's probably the way I should   15:05:11
18   phrase it, the optimal outcome will take into         15:05:14
19   account, also, these other conditions, not just the   15:05:17
20   pharmacokinetics of the medication.                   15:05:21
21      Q  (By Mr. Mizell) So, in other words, maybe       15:05:24
22   a better way to say it is you need to make a patient  15:05:25
23   specific -- a patient specific analysis when          15:05:29
24   prescribing a medication?                             15:05:31
25      A  That is correct.  And that is what I think      15:05:32
```

24

```
 1   is good practice of medicine.                         15:05:34
 2      Q  Dr. Svrakic, I'd like to now turn to your       15:05:41
 3   personal firsthand experience prescribing             15:05:45
 4   Neurontin.  Have you prescribed Neurontin?            15:05:47
 5      A  I have.                                          15:05:49
 6      Q  And you understand that Neurontin has been      15:05:49
 7   approved by the FDA for objective treatment of        15:05:50
 8   epilepsy and for treatment of post hepatic            15:05:53
 9   neuralgia?                                            15:05:57
10      A  I do.                                            15:05:58
11      Q  Have you prescribed Neurontin for any off       15:05:59
12   label conditions?                                     15:06:01
13      A  Yes, I have.                                     15:06:01
14      Q  For which off label conditions have you         15:06:03
15   successfully treated patients with Neurontin?         15:06:04
16      MR. McMICHAEL:  Let me just interject an           15:06:08
17   objection at this point; that this question and the   15:06:10
18   following questions are calling for expert opinion    15:06:14
19   and I'm going to object to that on the grounds that   15:06:19
20   the witness has not been properly endorsed as an      15:06:25
21   expert witness, no report has been prepared in        15:06:27
22   accordance with the scheduling or setting out the     15:06:31
23   bases for any of his opinions, so I'll object to it   15:06:35
24   on that basis.  And also on the basis that the        15:06:38
25   opinion is obviously grounded in experience with      15:06:41
```

25

```
 1   particular patients and we've already established     15:06:43
 2   that none of those patients are going to be           15:06:45
 3   disclosed so it would be impossible to                15:06:49
 4   cross-examine them or to test the basis for those     15:06:51
 5   opinions.  And therefore the testimony,               15:06:54
 6   necessarily, will be relying upon hearsay.  Subject   15:06:57
 7   to that, you may go ahead.                            15:07:02
 8      Q  (By Mr. Mizell) Dr. Svrakic, do you             15:07:03
 9   remember the question?                                15:07:05
10      A  Vaguely.  Could you -- was it -- I can try      15:07:07
11   to phrase it the way I understood it so you can       15:07:10
12   either confirm that or not; that I would prescribe,   15:07:13
13   indicate, or syndromes or problems that I use the     15:07:20
14   Neurontin to treat with and that the treatment was    15:07:22
15   successful?                                           15:07:25
16      Q  Yes, if you could please provide those          15:07:26
17   examples.                                             15:07:28
18      A  Yes, I can.  I've treated a number of people    15:07:29
19   with alcohol dependency and have them go through      15:07:33
20   withdrawal of alcohol dependency, safely, and with    15:07:40
21   no complications using Neurontin.  I've provided a    15:07:45
22   number of treatments for alcohol-related neuropathy   15:07:51
23   and pain associated with it with Neurontin.  I've     15:07:57
24   added Neurontin to a number of bipolar patients as    15:08:06
25   a augmentation or add-on medication and those         15:08:12
```

26

| | | |
|---|---|---|
| 1 | strategies were successful in a number of cases. | 15:08:20 |
| 2 | I've treated other pain syndromes, such as | 15:08:24 |
| 3 | neuropathic pain in general, not necessarily only | 15:08:34 |
| 4 | hepatic, but other forms of neuropathic pain with | 15:08:39 |
| 5 | Neurontin successfully. Occasionally, I've tried | 15:08:45 |
| 6 | to help people sleep with Neurontin. It is | 15:08:49 |
| 7 | frequently helpful in that regard. Occasionally | 15:08:53 |
| 8 | I've used it to treat impulse control problems, | 15:09:05 |
| 9 | people with impulsivity. And occasionally I have | 15:09:09 |
| 10 | used it successfully to treat people who are | 15:09:21 |
| 11 | dependent on Benzodiazepines. To withdraw them | 15:09:26 |
| 12 | from Benzodiazepine dependence. | 15:09:30 |
| 13 | Q For some of your patients do you treat them | 15:09:47 |
| 14 | with Neurontin for an off label condition for an | 15:09:49 |
| 15 | extended period of time? | 15:09:52 |
| 16 | A Yes. | 15:09:53 |
| 17 | Q So you refill their prescriptions because | 15:09:55 |
| 18 | Neurontin is working for them? | 15:09:58 |
| 19 | A That is correct. | 15:10:00 |
| 20 | Q Do those lengths of time stretch from months | 15:10:08 |
| 21 | into years for some patients? | 15:10:12 |
| 22 | A Definitely stretch -- for some patients, a | 15:10:13 |
| 23 | year would not be -- treating them with that | 15:10:19 |
| 24 | medication will not be unusual. | 15:10:21 |
| 25 | Q So just to make sure I have this right, in | 15:10:51 |

27

| | | |
|---|---|---|
| 1 | your clinical practice, you have found Neurontin to | 15:10:56 |
| 2 | be a safe and effective treatment for some people | 15:10:58 |
| 3 | for alcohol dependency? | 15:11:00 |
| 4 | A That is correct. | 15:11:03 |
| 5 | Q And for some of your patients in your | 15:11:05 |
| 6 | clinical practice, you have found Neurontin to be a | 15:11:06 |
| 7 | safe and effective treatment for alcohol-related | 15:11:09 |
| 8 | neuropathy? | 15:11:11 |
| 9 | A That is correct. | 15:11:12 |
| 10 | Q And in your clinical practice, you have | 15:11:13 |
| 11 | found Neurontin to be a safe and effective | 15:11:15 |
| 12 | treatment for some patients when using it as an | 15:11:18 |
| 13 | adjunctive for bipolar conditions? | 15:11:21 |
| 14 | A That's correct. | 15:11:25 |
| 15 | Q And in your clinical practice you have found | 15:11:26 |
| 16 | Neurontin to be a safe and effective treatment for | 15:11:28 |
| 17 | some of your patients when treating neuropathic | 15:11:29 |
| 18 | pain syndromes other than post hepatic neuralgia? | 15:11:32 |
| 19 | A Correct. And a few that I treated for post | 15:11:35 |
| 20 | hepatic neuralgia. | 15:11:40 |
| 21 | Q And in your clinical experience you have | 15:11:43 |
| 22 | found Neurontin to be a safe and effective | 15:11:44 |
| 23 | treatment for treating some of your patients for | 15:11:47 |
| 24 | sleep disorders? | 15:11:49 |
| 25 | A Occasionally. That is a treatment I will | 15:11:51 |

28

| | | |
|---|---|---|
| 1 | not say universally effective, but some people do | 15:11:55 |
| 2 | find it useful and helpful in providing them with a | 15:11:59 |
| 3 | full night of sleep without causing any issues | 15:12:03 |
| 4 | about addiction. | 15:12:08 |
| 5 | Q Other than addiction, do you consider | 15:12:14 |
| 6 | Neurontin to have an otherwise benign side effect | 15:12:15 |
| 7 | profile? | 15:12:19 |
| 8 | A Very. | 15:12:20 |
| 9 | Q Could you please explain that for us? | 15:12:20 |
| 10 | A Well, the very pharmacology of this | 15:12:23 |
| 11 | medication is good because, No. 1, the medicine has | 15:12:28 |
| 12 | a saturation point where taking more than | 15:12:36 |
| 13 | prescribed, let's say an overdose, will saturate | 15:12:40 |
| 14 | the transporter and so in a single dose, probably | 15:12:44 |
| 15 | not more than a gram, a thousand milligrams, will | 15:12:50 |
| 16 | not be even resorbed into the body. It will just | 15:12:54 |
| 17 | go through you. In other words, there is a | 15:13:00 |
| 18 | saturation point where the medicine is not -- if | 15:13:03 |
| 19 | it's taken more than prescribed, it will not -- it | 15:13:05 |
| 20 | will saturate the transporter and will not be | 15:13:10 |
| 21 | resorbed and so that is -- in other words, the | 15:13:13 |
| 22 | medicine is safe in overdose. It is safe if -- in | 15:13:17 |
| 23 | people who have liver problems. It is -- doesn't | 15:13:21 |
| 24 | have side effects -- not major, at least, in terms | 15:13:29 |
| 25 | of causing sexual side effects, which are very | 15:13:34 |

29

| | | |
|---|---|---|
| 1 | frequent with psychiatric medication. Doesn't have | 15:13:38 |
| 2 | GI side effects, nausea, vomiting, relatively | 15:13:43 |
| 3 | frequent. And many patients do not like those | 15:13:47 |
| 4 | medicines, if they have to take them with food. | 15:13:49 |
| 5 | There is no major -- the grave side effects some | 15:13:58 |
| 6 | other medicines have in terms of causing | 15:14:05 |
| 7 | agranulocytosis, causing paradoxically for some | 15:14:09 |
| 8 | medicines that were approved for epilepsy. Some | 15:14:13 |
| 9 | cause epilepsy. So doesn't have any of that stuff. | 15:14:16 |
| 10 | And it is -- it is well tolerated. There are some | 15:14:20 |
| 11 | other anti-epileptics that cause hair loss, for | 15:14:26 |
| 12 | example. This one doesn't. There's some other | 15:14:29 |
| 13 | anti-epileptics that cause gum hyperplasia, so this | 15:14:34 |
| 14 | one doesn't. So on and so forth. | 15:14:39 |
| 15 | Q Thank you. Just return to you -- return to | 15:14:43 |
| 16 | the conditions that we were talking about. In your | 15:14:45 |
| 17 | clinical experience, have you found Neurontin to be | 15:14:47 |
| 18 | a safe and effective treatment for some patients | 15:14:50 |
| 19 | when treating impulse control problems? | 15:14:52 |
| 20 | A Occasionally. Again, similar to what I said | 15:14:55 |
| 21 | for sleep. That, for some people, it does work. | 15:14:58 |
| 22 | And helps them think before they act. | 15:15:03 |
| 23 | Q And is it pronounced Benzodiazepine? | 15:15:07 |
| 24 | A Benzodiazepine. | 15:15:11 |
| 25 | Q And in your clinical experience you have | 15:15:13 |

8 (Pages 26 to 29)

30

1    found Neurontin to be a safe and effective          15:15:15
2    treatment for treating some patients who are        15:15:16
3    withdrawing from that medication?                   15:15:19
4         A  Yes.                                         15:15:21
5         Q  And, generally, if Neurontin was            15:15:33
6    effective, would you have continued to prescribe it 15:15:35
7    to your patients here in Missouri?                  15:15:37
8         A  No, I don't think so.                       15:15:38
9         MR. MIZELL:  Doctor, I have no questions at    15:16:00
10   this time.  We'll see if Dan has a few.             15:16:01
11        MR. McMichael:  I may have a few.              15:16:04
12             EXAMINATION                               15:16:06
13   BY MR. McMichael:                                   15:16:08
14        (Plaintiff's Deposition Exhibit 1 marked       15:16:08
15        for identification.)                           15:16:08
16        Q  I just want to ask you about some of your   15:16:09
17   opinions here without waiving any objection that    15:16:11
18   I've had.  You indicated, for one thing, that       15:16:15
19   beyond a certain threshold amount of the drug, if   15:16:21
20   you prescribe it or the patient takes it in sums    15:16:25
21   that exceed that dosage, it won't do any harm       15:16:30
22   because it's not absorbed in the body.              15:16:33
23        A  Above a certain threshold, the medicine will 15:16:36
24   not be resorbed because it saturates the            15:16:38
25   transporter.                                        15:16:41

31

1         Q  Right.  And you said -- I think you said   15:16:42
2    approximately 1,000 milligrams.                     15:16:45
3         A  Approximately a gram.  There is variation,  15:16:48
4    at least I know in the literature, some people will 15:16:50
5    say 1,200 milligrams, some people will claim that   15:16:53
6    it's 900 milligrams, and I chose a mid number to    15:16:57
7    say.  I never prescribe it more than 900 milligrams 15:17:00
8    at a time.                                          15:17:03
9         Q  Because, in your opinion, it doesn't do any 15:17:04
10   good beyond approximately 1,000 milligrams, right?  15:17:05
11        A  At approximately about 1,000 milligrams, it 15:17:10
12   is not being resorbed.                              15:17:12
13        Q  So if somebody were to urge you or tell you 15:17:14
14   that you're going to get a better result by         15:17:20
15   prescribing 1,500 milligrams or 2,000 milligrams or 15:17:23
16   3,000 milligrams, you would -- your opinion would   15:17:27
17   be that that would be incorrect?                    15:17:30
18        MR. MIZELL:  Objection.                        15:17:34
19        A  I'm sorry.                                  15:17:35
20        Q  (By Mr. McMichael) Is that right?           15:17:35
21        MR. MIZELL:  Object to the form.               15:17:37
22        A  Do I answer the question?  Only if that     15:17:37
23   suggestion is that the 3,000 milligrams is given in 15:17:41
24   a single dose.  3,000 milligrams is effective, but  15:17:43
25   provided that it's divided in dosages so that the   15:17:48

32

1    person will get 1,000 milligrams at a time.         15:17:52
2         Q  (By Mr. McMichael) Okay.  So the thousand   15:17:56
3    milligrams that you're talking about, is it dosage  15:17:58
4    over what period of time?  Four hours?  Or six      15:18:05
5    hours?  12 hours?                                   15:18:06
6         A  The half life of this medicine is up to --  15:18:08
7    from the standpoint of dosing is up to six hours.   15:18:11
8    So we can treat it -- we can usually prescribe it   15:18:14
9    three times a day, as I usually prescribe it.  So   15:18:17
10   three times a day in a dose of 1,000 milligrams     15:18:20
11   would be a reasonable prescribing practice.         15:18:24
12        Q  I'm going to show you what's been marked as 15:18:29
13   Exhibit 1, which are various documents that have    15:18:31
14   been provided to me.  In large part it's your CV    15:18:33
15   that we've already talked about.  It's been         15:18:38
16   represented to me that this is all of the documents 15:18:52
17   that would have passed back and forth between you   15:18:55
18   and the lawyers for Pfizer.  Would you just look at 15:18:59
19   it and if there's something else that you can think 15:19:01
20   of that passed back and forth between you and       15:19:05
21   Pfizer, would you tell me what it is?               15:19:07
22        A  If you're asking me to tell you what this   15:19:17
23   is, I see my CV and then at the end there is a      15:19:19
24   standard letter that our office sends to anybody    15:19:23
25   who is asking for -- anybody who is asking for our  15:19:26

33

1    expert testimonies and then there is some           15:19:32
2    disclosure, I guess, at the end.                    15:19:36
3         Q  Okay.                                       15:19:41
4         A  And that's it.  I have not had any contacts 15:19:41
5    with them.                                          15:19:44
6         Q  How did you happen to be in touch with the 15:19:46
7    lawyers for Pfizer/Warner Lambert?  Can you tell me 15:19:47
8    who first contacted you?                            15:19:51
9         A  I don't know.  They contacted me.           15:19:54
10        Q  And who was it that contacted you?  Can you 15:19:55
11   tell me that?                                       15:19:57
12        A  Oh, you're now asking me -- let me think.   15:20:00
13   There was some -- there was Jennifer.  That was     15:20:06
14   Jennifer.  I came to work and I found your name and 15:20:12
15   number asking me to call you.  And the staff, we    15:20:16
16   have several staff here, told me that you called.   15:20:23
17   I had no idea why, but that you called and you      15:20:25
18   wanted to talk to me.  And I said, What was the     15:20:28
19   reason for the call?  They couldn't tell me, so I   15:20:30
20   just told them to call you and transfer me to you   15:20:33
21   to see what was going on.  Frequently, we get calls 15:20:37
22   for patients who are in the hospital.               15:20:40
23        Q  When you -- I take it you did speak to her  15:20:44
24   on the telephone, is that right?                    15:20:46
25        A  Correct.                                    15:20:48

9 (Pages 30 to 33)

34

```
1    Q And did she tell you why she was calling and      15:20:48
2  what this was about?                                  15:20:50
3    A Yes. Yes.                                          15:20:50
4    Q What did she tell you it was about?                15:20:51
5    A She told me that this was about practices in       15:20:53
6  prescribing Neurontin and would I have enough          15:20:59
7  experience with this particular medication to share    15:21:02
8  my attitudes and opinions on the subject?              15:21:08
9    Q I see. Did she tell you that the lawsuit           15:21:12
10  had anything to do with the marketing practices of    15:21:17
11  Pfizer or Warner Lambert in marketing Neurontin?      15:21:22
12    A You know, I don't recall that. I don't            15:21:26
13  recall that.                                          15:21:28
14    Q Did she ever bring to your attention that,        15:21:35
15  in the spring of 2004, Pfizer and Warner Lambert      15:21:37
16  pled guilty to the felony of marketing this drug      15:21:44
17  off label?                                            15:21:48
18    A No.                                               15:21:49
19    MR. MIZELL: Object to the form.                     15:21:50
20    THE WITNESS: I'm sorry, I answered before           15:21:52
21  you objected.                                         15:21:53
22    MR. MIZELL: That's okay. If we could go             15:21:55
23  question, objection, answer, that would be great.     15:21:56
24    THE WITNESS: Okay.                                  15:21:58
25    MR. MIZELL: Thank you.                              15:21:59
```

35

```
1    Q (By Mr. McMichael) So did you know that           15:21:59
2  even up until I just told you that?                    15:22:00
3    A I did know -- I did not know the specifics         15:22:03
4  of it, but through my colleagues and my peers, I       15:22:06
5  knew that there was a problem with off label           15:22:11
6  marketing with Neurontin. I heard about that, but      15:22:15
7  I really did not know specifics about it.              15:22:20
8    Q Okay. So you were aware of the fact that           15:22:23
9  there was some legal action that was taken against     15:22:26
10  Pfizer and did you know they pled guilty to some      15:22:29
11  violation?                                            15:22:33
12    A I did not. I did not, I'm sorry.                  15:22:34
13    MR. MIZELL: Let's let him finish the                15:22:37
14  question, object to the form, and go ahead and        15:22:38
15  answer.                                               15:22:40
16    A Okay. No, I didn't.                               15:22:41
17    Q (By Mr. McMichael) All right. So I take           15:22:42
18  it, then, that up until today you don't know          15:22:43
19  precisely or even approximately what they were        15:22:46
20  accused of doing that was wrong, do you?              15:22:49
21    MR. MIZELL: Object to the form.                     15:22:53
22    A Okay. I do -- the precision of my knowledge       15:22:55
23  goes as far that the company was accused, I didn't    15:23:00
24  know that they plead guilty, that they were -- the    15:23:07
25  drug representatives were informing doctors about     15:23:11
```

36

```
1  potential benefits of the medication that were not     15:23:21
2  considered -- that were not approved by the FDA.       15:23:25
3  That I had had that knowledge.                         15:23:28
4    Q (By Mr. McMichael) Okay. Did you have any          15:23:31
5  knowledge that they were accused of and that there     15:23:32
6  was evidence that they had misrepresented the          15:23:35
7  science or any science about the validity or           15:23:38
8  appropriateness of the drug for any off label use?     15:23:44
9    MR. MIZELL: Object to the form.                      15:23:47
10    A I had no knowledge of that.                       15:23:49
11    Q (By Mr. McMichael) Okay. So, if there has         15:23:51
12  been any suppression of any studies or any            15:23:55
13  misrepresentation of what the science shows about     15:23:58
14  the drug, you don't know anything about that as we    15:24:02
15  sit here today?                                       15:24:05
16    MR. MIZELL: Object to the form.                     15:24:06
17    A Honestly, I don't know how to answer this         15:24:14
18  question. I have read some studies that showed        15:24:16
19  Neurontin not to be efficient for certain             15:24:20
20  indications and those are independent studies, not    15:24:22
21  in the sponsored studies. So I do have some           15:24:25
22  knowledge -- well, I do have knowledge that           15:24:29
23  Neurontin will definitely not be on my list of the    15:24:34
24  first choice to treat bipolar disorder, for           15:24:37
25  example.                                              15:24:40
```

37

```
1    Q (By Mr. McMichael) And we're going to get         15:24:41
2  to that in a little bit.                               15:24:42
3    A I do have that knowledge. I have to say,           15:24:43
4  though, that my decisions to use or not use a          15:24:47
5  medication is not -- is also based on clinical         15:24:52
6  experience.                                            15:24:56
7    Q Yes. But my question's a little narrower.          15:24:57
8  My question is: Are you aware, as we sit here          15:25:00
9  today, of any misrepresentations of any kind that      15:25:04
10  Pfizer or Warner Lambert did in the marketing of      15:25:09
11  Neurontin?                                            15:25:12
12    A I can answer that very specifically. I'm          15:25:13
13  not aware of that.                                    15:25:15
14    Q Okay. And so if there is a public record of       15:25:16
15  what they were alleged to have done, you haven't      15:25:23
16  seen it and haven't investigated it and don't know    15:25:25
17  what it is?                                           15:25:27
18    MR. MIZELL: Object to the form.                     15:25:28
19    A That is correct.                                  15:25:31
20    Q (By Mr. McMichael) Okay. Now then, if you         15:25:31
21  look at Page 25 of Exhibit 1 that I gave you there.   15:25:36
22    A Okay.                                             15:25:48
23    Q That's a letter that you got from the             15:25:49
24  lawyers for Shook, Hardy, the lawyers for Pfizer,     15:25:51
25  Jennifer Stonecipher, in particular, asking you to    15:25:57
```

10 (Pages 34 to 37)

38

1  see if you had certain documents, is that right?   15:26:00
2    A I have to go over the letter. I don't   15:26:05
3  remember exactly what it was about, but -- that is   15:26:09
4  correct.   15:26:22
5    Q And did you look and see if you had any   15:26:23
6  documents that fit the description of this letter?   15:26:26
7    A I went through the list and, to the best of   15:26:28
8  my recollection, I answered to each of these   15:26:30
9  questions.   15:26:33
10    Q Okay. Well, if we look at Item No. 6, for   15:26:34
11  instance. It asked you to provide any written   15:26:38
12  studies, reports, or other documentation prepared   15:26:41
13  or reviewed by you in preparation for your   15:26:44
14  deposition. I see no such studies, so I take it   15:26:47
15  you didn't review any for this deposition, is that   15:26:50
16  correct?   15:26:53
17    A That is correct.   15:26:53
18    Q It asks you for any promotional materials   15:27:01
19  that you may have received from Pfizer or about   15:27:04
20  Neurontin or from Warner Lambert. And I see none   15:27:07
21  of those documents, so I take it you don't have any   15:27:10
22  in your possession?   15:27:14
23    A I don't.   15:27:15
24    Q In that regard, what can you tell me about   15:27:16
25  whether you have ever received any such documents?   15:27:18

39

1  Did you ever get anything from Pfizer or Warner   15:27:21
2  Lambert urging you to use Neurontin or telling you   15:27:24
3  that it was useful for some purpose, whether you   15:27:27
4  still have it or not?   15:27:30
5    MR. MIZELL: Object to the form.   15:27:32
6    A I cannot -- I cannot thus be certain about   15:27:33
7  that. It's been a long time that I seen a   15:27:36
8  representative for Neurontin. I don't recall   15:27:43
9  whether I was given -- I do believe that I had --   15:27:49
10  and it is, again, my belief, that I had, at one   15:27:53
11  point, even gotten some material in terms of what   15:27:59
12  Neurontin is and so on and so forth, vis-a-vis its   15:28:02
13  clinical use, but that's only my belief. Simply   15:28:07
14  because there were Neurontin representatives and I   15:28:10
15  am sure I've seen one. If you ask me, do I   15:28:13
16  remember a person? No. I don't remember a person   15:28:17
17  that was their representative. A specific material   15:28:20
18  that I received? I don't recall any. Was it the   15:28:23
19  brochure? Was it the CV? I don't remember that.   15:28:26
20  I don't even remember whether I had samples, ever,   15:28:29
21  of Neurontin, even though for years we had samples   15:28:32
22  of pretty much all medications. One thing that I   15:28:36
23  can say with some certainty, and I'm not sure   15:28:39
24  whether you're going to ask me this question or   15:28:43
25  not, but as I was kind of logically proceeding   15:28:46

40

1  through my answer, I thought of this, to say I also   15:28:48
2  do not recall that anybody ever told me about any   15:28:52
3  uses that were not approved, off label. I don't   15:28:56
4  recall that. That's as simple as that.   15:29:00
5    Q Okay. Well, that was one of the questions I   15:29:03
6  was about to ask. So, as you sit here today, you   15:29:05
7  can't specifically remember anybody discussing with   15:29:08
8  you, anybody from Pfizer/Warner Lambert, discussing   15:29:11
9  with you or urging you or telling you that   15:29:14
10  Neurontin was appropriate for any off label use?   15:29:16
11    A That is correct.   15:29:20
12    Q You volunteered earlier that you were aware   15:29:24
13  of certain studies that have been done that have   15:29:26
14  indicated that Neurontin has certain limitations   15:29:29
15  for treatment of bipolar disorder?   15:29:32
16    A That's correct.   15:29:35
17    Q And as a result it's not your first choice   15:29:35
18  to treat bipolar disorder, is that right?   15:29:38
19    A That is correct.   15:29:40
20    Q I noticed, in particular, that you said that   15:29:40
21  the only time you use it in connection with bipolar   15:29:43
22  disorder is as an add-on medication, is that right?   15:29:48
23    A That is correct.   15:29:51
24    Q So can I correctly assume that it is your   15:29:51
25  opinion it should not be used alone to treat   15:29:54

41

1  bipolar disorder?   15:29:57
2    MR. MIZELL: Object to the form.   15:29:59
3    A I would not use -- I would not use it alone   15:30:00
4  to treat bipolar disorder, because I do not find   15:30:01
5  it -- I think that there's better options than   15:30:07
6  Neurontin to treat people.   15:30:11
7    Q (By Mr. McMichael) And there are any   15:30:13
8  number of drugs that can be used to treat bipolar   15:30:15
9  disorder that are approved, on label uses, right?   15:30:17
10    A That is correct.   15:30:21
11    Q Do you know that, in fact, Pfizer was urging   15:30:23
12  psychiatrists to use Neurontin for treatment of   15:30:27
13  bipolar disorder as mono-therapy at one point?   15:30:29
14    MR. MIZELL: Object to the form.   15:30:36
15    A No, I have no knowledge of that.   15:30:36
16    Q (By Mr. McMichael) Do you have any   15:30:38
17  knowledge of whether they misrepresented or   15:30:38
18  indicated to the medical community that there was   15:30:43
19  evidence to support the proposition that it could be   15:30:46
20  used as mono-therapy for bipolar disorder?   15:30:48
21    MR. MIZELL: Objection. Calls for   15:30:54
22  speculation.   15:30:54
23    A I have no knowledge of that. Nobody   15:30:55
24  approached me with that suggestion.   15:30:57
25    Q (By Mr. McMichael) All right. Can you   15:31:00

11 (Pages 38 to 41)

42

```
1    tell us how it was that you came to first be aware        15:31:04
2    of Neurontin and come to be using it for off label       15:31:07
3    uses?                                                    15:31:14
4        A  Again, I have to -- it's been such a long         15:31:19
5    time and I have to rely a little bit on my memory        15:31:21
6    and a little bit on logic as to how it really           15:31:28
7    happened.  When I finished residency back in 1998        15:31:31
8    and started my practice, Neurontin was very             15:31:36
9    frequently prescribed at that time, for a number of     15:31:40
10   indications.  And it was a medicine that -- there       15:31:43
11   were no so many alternatives to it.  Today there is     15:31:49
12   a number of medications developed after that that       15:31:55
13   are used for the purpose of treating, more              15:31:58
14   efficiently, bipolar and other disorders.  And in       15:32:04
15   the process, there were essentially a number of         15:32:07
16   other medicines from neurology used in psychiatry       15:32:13
17   after it was discovered that one of the                 15:32:18
18   anti-epileptic medications, Depakote, had very          15:32:21
19   beneficial effects on bipolar disorder, so a number     15:32:26
20   of -- pretty much except for Dilantin, all other        15:32:29
21   anti-epileptics were tried in bipolar disorder as       15:32:33
22   well.  And some of them quickly were not used any       15:32:37
23   more.  The medicine called Keppra, for example, was     15:32:41
24   very psychiatrically unfriendly, so to speak, would     15:32:47
25   cause more trouble than benefits.  And some of them     15:32:51
```

43

```
1    had their life and their role and we, as               15:32:53
2    physicians, have to rely on anything we can in         15:32:59
3    order to help our patients and which is always our     15:33:03
4    top priority and Neurontin was one of those            15:33:06
5    medicines that, first of all, did no harm and then,    15:33:08
6    secondly, appeared to be working, at least in our      15:33:12
7    opinion, for some indications.  And that's how I       15:33:15
8    got into, you know, through talking to my              15:33:18
9    colleagues, through, you know, asking for a second     15:33:22
10   opinion and somebody will suggest, well, try this      15:33:28
11   and so on and so forth, and I guess that would be a    15:33:32
12   reasonably reliable scenario that I can describe       15:33:34
13   that I got personally involved with this               15:33:37
14   medication.                                            15:33:39
15       Q  So to some extent your notions about using     15:33:40
16   Neurontin came from the fact that your colleagues      15:33:44
17   were using it?                                         15:33:46
18       MR. MIZELL:  Object to the form.                   15:33:47
19       A  To some extent, which is always the case       15:33:49
20   with us physicians.  We rely on our colleagues and,    15:33:51
21   as a matter of fact, I have a journal club that we     15:33:55
22   meet once a month and talk about different ways of     15:33:59
23   treating.  The only thing we don't allow there is      15:34:02
24   industry sponsored articles.  But articles from        15:34:05
25   independent researchers.  So, to some extent, yes,     15:34:09
```

44

```
1    but to some extent also based on literature.  There    15:34:15
2    is also literature to support efficacy of Neurontin    15:34:18
3    in treating certain conditions.                        15:34:22
4        Q  (By Mr. McMichael) You indicated that --        15:34:28
5    well, first -- well, let me take a couple different    15:34:29
6    things and break this out.  As far as relying to       15:34:34
7    some extent on what your colleagues are doing, did     15:34:38
8    any of your colleagues ever represent to you that --   15:34:41
9    that you can remember, that part of the reason that    15:34:47
10   they were experimenting with Neurontin for various     15:34:50
11   purposes was because they had been -- they had         15:34:54
12   received literature from Pfizer/Warner Lambert or      15:34:57
13   any connection with the pharmaceutical company that    15:35:00
14   that was a good idea to use it?                         15:35:02
15       A  No.                                             15:35:04
16       MR. MIZELL:  Object to the form.                   15:35:05
17       Q  (By Mr. McMichael) You also said you rely       15:35:06
18   on, to some extent, on certain journal articles that   15:35:08
19   you understand to be independent and not produced by   15:35:12
20   the pharmaceutical industry.                           15:35:14
21       A  I was speaking in general.  For our general     15:35:16
22   club, the assignment is bring an article once a        15:35:20
23   month.  It's not allowed to be industry sponsored      15:35:23
24   article.  We do want to have independent studies to    15:35:26
25   support our -- to discuss our general usages of        15:35:31
```

45

```
1    some medications.                                      15:35:40
2        Q  Of course.  But what I want to ask you is:      15:35:41
3    Has it ever come to your attention that certain        15:35:43
4    articles that you thought were independent were        15:35:48
5    actually in some way paid for by the pharmaceutical    15:35:49
6    industry and that was not made clear in anything in    15:35:53
7    the article?  Has that ever been --                    15:35:54
8        MR. MIZELL:  Object to the form.                   15:35:58
9        A  No.  I'm sorry, I always cut you short.  No,    15:35:59
10   what we rely on is the -- any reputable journal        15:36:04
11   will publish conflict of interest -- potential         15:36:09
12   conflict of interest for people who are authors of     15:36:15
13   the study.  So either on the front page or the last    15:36:17
14   page there will be a disclaimer or a statement that    15:36:22
15   this study was funded by so, so, so.  And if we        15:36:25
16   don't see there that the study was funded by a         15:36:28
17   manufacturer of the medication, then assume that       15:36:35
18   there was nothing to disclose.                         15:36:37
19       Q  (By Mr. McMichael) Has it ever come in          15:36:38
20   your attention that, in fact, certain articles         15:36:40
21   regarding the use of Neurontin were purported to be    15:36:42
22   authored by persons who would -- who had extensive     15:36:46
23   reputations in various fields but, in fact, they       15:36:52
24   didn't do anything significant to write the article    15:36:54
25   except to put their name on it and it was written by   15:36:57
```

12 (Pages 42 to 45)

46

| | | |
|---|---|---|
| 1 | people that were employed by the pharmaceutical | 15:36:59 |
| 2 | industry and that wasn't disclosed?  Have you ever | 15:37:02 |
| 3 | been advised of any such thing? | 15:37:05 |
| 4 | MR. MIZELL:  Object to the form.  Calls for | 15:37:07 |
| 5 | speculation. | 15:37:08 |
| 6 | A  No, I haven't. | 15:37:09 |
| 7 | Q  (By Mr. McMichael)  All right.  I asked you | 15:37:10 |
| 8 | about this business of marketing the drug for off | 15:37:15 |
| 9 | label uses.  First of all, do you have an | 15:37:19 |
| 10 | understanding that that's something a drug company's | 15:37:27 |
| 11 | not supposed to do by law?  Do you know that? | 15:37:30 |
| 12 | A  I do. | 15:37:33 |
| 13 | Q  Never mind the law.  I mean, do you have an | 15:37:35 |
| 14 | opinion yourself that there is something wrong with | 15:37:38 |
| 15 | a pharmaceutical company marketing a drug for an | 15:37:43 |
| 16 | off label use?  Some danger about that, in your | 15:37:46 |
| 17 | mind? | 15:37:49 |
| 18 | MR. MIZELL:  Objection. | 15:37:50 |
| 19 | A  I answer the question? | 15:37:51 |
| 20 | Q  (By Mr. McMichael)  Sure. | 15:37:52 |
| 21 | A  Yes, I do. | 15:37:53 |
| 22 | Q  And why is that a problem in your mind? | 15:37:54 |
| 23 | MR. MIZELL:  Same objection. | 15:37:58 |
| 24 | A  In my mind, the problem is that the | 15:38:00 |
| 25 | pharmaceutical company should not be promoting off | 15:38:02 |

47

| | | |
|---|---|---|
| 1 | label use before there's evidence that that use is | 15:38:06 |
| 2 | appropriate.  And that evidence is either going to | 15:38:10 |
| 3 | be provided by independent researchers, who simply | 15:38:15 |
| 4 | experiment with off label use with the approval of | 15:38:19 |
| 5 | the -- there is -- in other words, there is a | 15:38:23 |
| 6 | process that leads to an approval of an off label | 15:38:26 |
| 7 | use testing of a medication.  So if I wanted to use | 15:38:32 |
| 8 | Neurontin -- let's use Neurontin for an example -- | 15:38:35 |
| 9 | for an off label use here at Barnes-Jewish | 15:38:38 |
| 10 | Hospital, I will have to pass a very rigorous | 15:38:41 |
| 11 | internal review board of the hospital to determine | 15:38:46 |
| 12 | the safety of that study.  And human -- human study | 15:38:50 |
| 13 | committee to determine the appropriateness of | 15:38:56 |
| 14 | getting subjects involved and the potential risk of | 15:38:59 |
| 15 | the subjects before that study will be approved. | 15:39:03 |
| 16 | So, in other words, those independent studies are | 15:39:06 |
| 17 | not, at least in theory, biased when it comes to | 15:39:11 |
| 18 | reporting results.  So that's one thing.  And then | 15:39:18 |
| 19 | the secondly, I think, FDA has also a process of | 15:39:22 |
| 20 | approving the usage of a medication to be tested | 15:39:29 |
| 21 | for a new indication after they have some review | 15:39:34 |
| 22 | process that will then make that testing least | 15:39:38 |
| 23 | damaging and most beneficial. | 15:39:45 |
| 24 | Q  (By Mr. McMichael)  And, in any event, it | 15:39:49 |
| 25 | would be extraordinarily inappropriate for a | 15:39:53 |

48

| | | |
|---|---|---|
| 1 | pharmaceutical company to market a drug for a use | 15:40:01 |
| 2 | and misrepresent what the science says about it, | 15:40:05 |
| 3 | wouldn't that be true? | 15:40:07 |
| 4 | MR. MIZELL:  Object to the form. | 15:40:09 |
| 5 | A  I would tend to agree with that. | 15:40:10 |
| 6 | Q  (By Mr. McMichael)  And it would also be | 15:40:11 |
| 7 | particularly problematic if a pharmaceutical company | 15:40:13 |
| 8 | would market a drug through the use of persons who | 15:40:16 |
| 9 | are pretending to be independent when, in fact, | 15:40:20 |
| 10 | they're in the pay of the pharmaceutical company? | 15:40:23 |
| 11 | MR. MIZELL:  Object to the form. | 15:40:25 |
| 12 | Q  (By Mr. McMichael)  Would you agree that | 15:40:26 |
| 13 | that's a problem? | 15:40:27 |
| 14 | A  I would tend to agree with that, yes. | 15:40:28 |
| 15 | VIDEOGRAPHER:  One moment, please.  I'm | 15:40:31 |
| 16 | sorry, I have to switch tapes.  We're going off the | 15:40:32 |
| 17 | record at 3:40 p.m. | 15:40:34 |
| 18 | (Recess.) | 15:41:05 |
| 19 | VIDEOGRAPHER:  We're back on the record on | 15:41:44 |
| 20 | Tape 2 at 3:42 p.m. | 15:41:46 |
| 21 | Q  (By Mr. McMichael)  I think the last | 15:41:48 |
| 22 | question before he changed the tape was whether | 15:41:49 |
| 23 | there was something particularly problematic about a | 15:41:51 |
| 24 | pharmaceutical company marketing a drug through | 15:41:55 |
| 25 | persons who pretended to be independent but, in | 15:41:58 |

49

| | | |
|---|---|---|
| 1 | fact, were somehow in the employment or being paid | 15:42:01 |
| 2 | by the pharmaceutical company. | 15:42:03 |
| 3 | MR. MIZELL:  Object to the form. | 15:42:06 |
| 4 | A  As I said, I'm not aware of that practice. | 15:42:07 |
| 5 | If those people were going around and presenting | 15:42:09 |
| 6 | themselves to drug representatives that is -- I | 15:42:12 |
| 7 | think there's a legal term for that.  On the other | 15:42:15 |
| 8 | hand, if the authors who were simply signing their | 15:42:18 |
| 9 | names on the article, I would tend to think that | 15:42:25 |
| 10 | they at least read the article and agreed to the | 15:42:30 |
| 11 | content of the article.  So that there might have | 15:42:32 |
| 12 | been some merit that they were willing to put their | 15:42:35 |
| 13 | reputation behind, because whenever we sign | 15:42:39 |
| 14 | something, if we are internationally known, or not | 15:42:42 |
| 15 | necessarily internationally, here in the states, | 15:42:48 |
| 16 | and we sign a paper or somebody asked me to co-sign | 15:42:51 |
| 17 | their paper and to be a co-author -- after I review | 15:42:55 |
| 18 | the paper and give them suggestions, if I am not | 15:42:58 |
| 19 | happy with that content, I will decline that, | 15:43:01 |
| 20 | because I don't want my name to be on it.  And so I | 15:43:03 |
| 21 | assume that there is a -- that if those were | 15:43:07 |
| 22 | doctors who did that, that they were following the | 15:43:11 |
| 23 | same logic, because I know that everybody here at | 15:43:14 |
| 24 | Washington University, which is, as you know, one | 15:43:19 |
| 25 | of the most prestigious medical schools in the | 15:43:23 |

13 (Pages 46 to 49)

---

**50**

1 country, will do the same thing.                    15:43:25
2     Q   (By Mr. McMichael) But if a doctor didn't     15:43:28
3 do that and he just signed something for some kind   15:43:30
4 of fee and didn't critically review it, that would   15:43:33
5 be a real problem in your opinion?                   15:43:36
6         MR. MIZELL:  Object to the form.             15:43:39
7     A   No, I would tend to say that I would -- you   15:43:40
8 know, I would, you know, ask for -- challenge the     15:43:44
9 judgment.  Why would somebody risk their             15:43:48
10 reputation, which was probably hard earned, to sign  15:43:50
11 their name on something that they haven't even read  15:43:55
12 or they don't disagree with the content?             15:43:58
13     Q   (By Mr. McMichael) And if a pharmaceutical   15:44:00
14 company employed a continuing medical education      15:44:02
15 company to put on programs which touted the use of   15:44:05
16 Neurontin and claimed that there was science to back 15:44:09
17 up its use, and did not disclose the fact that the   15:44:12
18 pharmaceutical company was paying for those services 15:44:16
19 and the continuing medical education company         15:44:21
20 represented itself as being -- it and its speakers   15:44:24
21 as being totally independent, when they weren't,     15:44:27
22 would that be a problem?                             15:44:29
23         MR. MIZELL:  Object to the form.  Calls for  15:44:30
24 speculation.                                         15:44:31
25     A   I have a general answer to that.  I think,   15:44:33

**51**

1 in our business, things should be disclosed as much  15:44:35
2 as possible, because that's -- that's how to -- you  15:44:38
3 know, that gives me the trust so that next drug      15:44:42
4 representative that comes and I am then doubting      15:44:46
5 and challenging everything they say.                 15:44:49
6     Q   Of course.  And also because it's            15:44:51
7 important --                                         15:44:53
8         MR. MIZELL:  Let him finish his answer.      15:44:53
9     Q   (By Mr. McMichael) I'm sorry.  Did I         15:44:56
10 interrupt?  I'm sorry.                               15:44:57
11     A   So in a way, I would expect and I entrusted  15:44:59
12 drug representatives, as much as people may not      15:45:02
13 respect that profession, it's, in my opinion, a      15:45:05
14 very important profession, because these people do   15:45:08
15 bridge the gap between recently approved             15:45:14
16 medications and data that are sent to us and I do    15:45:17
17 trust those data and so I -- my general answer to a  15:45:21
18 question is that as much disclosure as possible is   15:45:26
19 desirable.                                           15:45:29
20     Q   And if there is a hiding of information or   15:45:31
21 misrepresenting of information, that -- does that    15:45:35
22 make it difficult for the doctor to make an          15:45:38
23 informed decision about whether a drug is            15:45:40
24 appropriate for a particular patient or not?         15:45:42
25         MR. MIZELL:  Object to the form.            15:45:44

**52**

1     A   I think that's a self -- that answer -- you  15:45:45
2 already answered it.  If there is a hidden           15:45:49
3 information that I'm not aware of and                 15:45:51
4 misrepresented information that I'm not aware of, I   15:45:54
5 will take that as the truth or -- and then I         15:45:58
6 would -- I would not, you know, know the details     15:46:02
7 that are needed for me to make decisions.            15:46:07
8     Q   (By Mr. McMichael) In making decisions       15:46:19
9 about the use of a drug, if it comes to your         15:46:21
10 attention that the drug is widely used by other      15:46:24
11 doctors to treat similar problems, do you weigh that 15:46:30
12 or consider that in deciding whether or not to use   15:46:34
13 the drug in a particular instance that you're        15:46:39
14 involved in?                                         15:46:40
15     A   That is certainly a factor.  If it's widely  15:46:41
16 used by doctors and I hear a colleague is using it,  15:46:43
17 then a colleague is using it there, then it is a     15:46:47
18 factor.  It's not the only factor, but it is a       15:46:50
19 factor to consider.                                  15:46:53
20     Q   And marketing of a drug can play some role   15:46:54
21 in expanding the use of the drug, right?             15:46:58
22         MR. MIZELL:  Object to the form.            15:47:02
23     A   I have to tell you one thing here.  Here at  15:47:03
24 Wash U, we are actually very early in the game       15:47:05
25 where we're discouraged to fall for only marketing   15:47:08

**53**

1 of a drug.  We were asked to, you know -- I don't    15:47:11
2 think it's even illegal to have -- not illegal but   15:47:16
3 forbidden to have pens with names and mugs and       15:47:20
4 those kinds of things, so that's one thing.  Plus,   15:47:24
5 our training here is evidence based training, so     15:47:26
6 marketing is rarely, in my personal case, marketing  15:47:30
7 has rarely -- rarely been decisive as to whether I   15:47:35
8 take or not -- take this drug to the real patient.   15:47:39
9 It has usually been the other way around.            15:47:44
10 Marketing will notify me of a possibility of some    15:47:48
11 indication and then I will either do some            15:47:53
12 additional research or some additional               15:47:56
13 consultations -- consultations with my colleagues    15:47:58
14 and that, also, I think there is a personality       15:48:01
15 factor there.  Some people will be more likely,      15:48:05
16 some people less likely, to jump on the new kid on   15:48:08
17 the block and I'm not of that -- my personality is   15:48:10
18 that I always like to try -- to test something       15:48:15
19 before I -- in terms of see how other people think   15:48:18
20 and I'm not, in other words, the first one to do     15:48:23
21 it.  I will wait.                                    15:48:25
22     Q   I hear you.  But my specific question was    15:48:28
23 just the general proposition.  Would you agree that  15:48:31
24 not perhaps here at Barnes, because of the           15:48:34
25 particular culture and ethic here, but, in general,  15:48:37

14 (Pages 50 to 53)

54

```
 1   marketing efforts by a pharmaceutical company can      15:48:40
 2   increase the use of a drug in general?               15:48:45
 3        MR. MIZELL:  Object to the form.  Calls for      15:48:49
 4   speculation.                                         15:48:49
 5        A  I do agree with that.                        15:48:50
 6        Q  (By Mr. McMichael)  Okay.  Forgive me for    15:48:51
 7   asking these questions, Doctor.  Just by the tenor   15:49:02
 8   of how you testified, I think I know what the        15:49:05
 9   answers will be, but I want to be sure.  I take it   15:49:07
10   you have not taken any money from Pfizer, except for 15:49:09
11   to testify in this deposition, in connection with    15:49:14
12   Neurontin in any way, have you?                      15:49:18
13        A  That is correct.                             15:49:19
14        Q  That would include, for instance, having     15:49:25
15   expenses paid to attend luncheons or seminars where  15:49:27
16   Neurontin was touted?                                15:49:33
17        A  Not that I am aware of.                       15:49:35
18        Q  Nor have you, I take it, have you taken      15:49:36
19   money to advocate the use of Neurontin for any off   15:49:40
20   label use?                                           15:49:45
21        A  Never.                                       15:49:46
22        Q  Have you publicly advocated the use of       15:49:47
23   Neurontin for off label uses?                        15:49:52
24        A  No.  Depends on what publicly you mean.      15:49:56
25   When I talk to my colleague and he asks me was       15:50:01
```

55

```
 1   Neurontin useful in this case, I would say yes or     15:50:05
 2   no, depending on what my assessment is, but I would   15:50:07
 3   not stand in front of my residents on the grand       15:50:10
 4   rounds and say, Hey, this is this medicine that you   15:50:14
 5   need to use for this particular indication, no, I     15:50:21
 6   would not do that.                                    15:50:23
 7        Q  More specifically, for instance, there's      15:50:24
 8   been some -- I think there will be some evidence in   15:50:28
 9   this case that there were doctors who were employed   15:50:30
10   by or paid by Pfizer who served in a capacity as a    15:50:33
11   medical liaison and they would make themselves        15:50:40
12   available to either speak at conferences or to be a   15:50:43
13   contact with the pharmaceutical company for a         15:50:46
14   doctor calling them and asking questions about the    15:50:50
15   use of Neurontin.  First of all, are you familiar     15:50:53
16   with such persons who serve as medical liaisons for   15:50:56
17   pharmaceutical companies?                             15:51:02
18        MR. MIZELL:  Object to the form.                 15:51:04
19        A  Yeah, I've heard of some people that will do  15:51:04
20   that.  I've never been -- I've never served for any   15:51:07
21   company in that particular role.                      15:51:09
22        Q  (By Mr. McMichael)  Okay.  Now, in the        15:51:13
23   course of preparing for this deposition today, or,    15:51:37
24   well, has it come to your attention that in 2001      15:51:41
25   Pfizer attempted to have Neurontin approved by the    15:51:45
```

56

```
 1   FDA for general neuropathic pain?  Do you know that?  15:51:53
 2        A  No.                                           15:52:02
 3        MR. MIZELL:  Object to the form.                 15:52:03
 4        Q  (By Mr. McMichael)  So do you know that       15:52:04
 5   they presented evidence in studies, the best studies  15:52:05
 6   they could present at the time, to the FDA and the    15:52:09
 7   FDA considered them and did not approve the drug for  15:52:12
 8   anything except treatment of shingles?                15:52:14
 9        MR. MIZELL:  Object to the form.                 15:52:17
10        A  Again, I have to answer this, I guess, you    15:52:18
11   know, in a little bit convoluted way.  Not because    15:52:22
12   I want to be that way, but because that's the         15:52:26
13   truth.  Along, you know, during the years, there's    15:52:28
14   been a number of attempted approve -- number of       15:52:32
15   attempts to approve medication -- or a medication     15:52:39
16   by FDA and a number of them failed.  So, to           15:52:43
17   specifically tell you that I have not heard of what    15:52:48
18   you just asked me is I actually cannot remember        15:52:52
19   that.  I might have heard it at a time and there       15:52:56
20   was a news -- the news for the day and then            15:52:59
21   forgotten about it because it's simply so-called       15:53:03
22   negative news.  It doesn't change my practice.  I      15:53:07
23   will just not consider that for that particular --     15:53:09
24   or I will not think of it as another indication.       15:53:13
25   On the other hand, had I heard or have I heard         15:53:18
```

57

```
 1   about that at the time?  It is a possibility but I     15:53:20
 2   do not remember that.                                  15:53:24
 3        Q  Well, would it be of some import to you or     15:53:25
 4   would you take into consideration the fact that a      15:53:30
 5   pharmaceutical company tried to have a drug            15:53:35
 6   approved for a particular purpose and they mustered    15:53:38
 7   the best studies they could at the time and the        15:53:40
 8   advisory board of the FDA considered them and said     15:53:42
 9   that they concluded the studies were not good          15:53:45
10   enough to justify using it for that purpose, is        15:53:48
11   that something you would want to take into             15:53:50
12   consideration in deciding whether to use a drug for    15:53:52
13   that purpose?                                          15:53:54
14        MR. MIZELL:  Object to the form.                 15:53:54
15        A  That is something that I will use for          15:53:55
16   consideration.  I have to tell you, though, while      15:53:58
17   we're on the subject, that there is also a number      15:53:59
18   of instances where we, physicians, thought that        15:54:05
19   there was a useful drug that was not approved.         15:54:10
20   Because for a particular indication because of some    15:54:12
21   others concerns.  So recently, for example, a drug     15:54:18
22   that potentially could benefit a number of people      15:54:20
23   with obesity was not approved.  And we thought --      15:54:24
24   and there was some data in Europe and other            15:54:31
25   countries that this drug may be useful, so we were     15:54:32
```

15 (Pages 54 to 57)

58

```
 1   not sure why, what was the reason for that?  So, in    15:54:32
 2   other words, it is a factor.  It is not a decisive      15:54:36
 3   factor.  There is examples to the opposite of that.     15:54:37
 4   The drugs we thought were very good were not            15:54:44
 5   approved as well.                                       15:54:45
 6        Q  Do you know of any way, yourself, that you      15:54:46
 7   can inform yourself about the precise reasoning the     15:54:49
 8   FDA would go about -- its advisory committee would      15:54:52
 9   go about in rejecting a particular application?         15:54:54
10        MR. MIZELL:  Object to the form.                   15:55:00
11        A  Yes, I do.  There is -- I think their           15:55:00
12   process of approving new indications is very            15:55:04
13   transparent and I think there are sites, websites,      15:55:07
14   that we can go to and find submitted data for that.     15:55:09
15   I think that's -- is that the case?  I think that's     15:55:17
16   public record, is it not?                               15:55:23
17        Q  (By Mr. McMichael) Yes.                         15:55:24
18        A  The FDA process?  Yeah, that's what I           15:55:25
19   thought.                                                15:55:28
20        Q  But as we sit here today, you can't tell me     15:55:28
21   the particulars of how it was that the application      15:55:30
22   for use of Neurontin for general neuropathic pain       15:55:34
23   was rejected in 2001?                                   15:55:38
24        A  That is correct.  That is correct.              15:55:42
25        MR. MIZELL:  Object to the form.                   15:55:44
```

59

```
 1        Q  (By Mr. McMichael) Obviously, nobody from       15:55:45
 2   Pfizer told you that in 2001 a panel of doctors that    15:55:47
 3   they employed had a meeting and concluded, quote,       15:55:53
 4   that the evidence is not convincing to support a        15:56:00
 5   broad neuropathic pain claim based upon clinical        15:56:03
 6   results with one or two types of etiologies.            15:56:06
 7   Opinion on the Neurontin neuropathic pain package is    15:56:09
 8   that neither the FDA nor the advisory committee is      15:56:16
 9   likely to agree that adequate evidence is provided      15:56:19
10   for a broad indication.  New analyses and data that     15:56:22
11   only do not support the broad claim, they provide       15:56:26
12   evidence contrary to a broad indication.                15:56:29
13        MR. MIZELL:  Object to the form.                   15:56:32
14        Q  (By Mr. McMichael) You never heard              15:56:32
15   anything like that?                                     15:56:33
16        A  I did not hear about that.                      15:56:34
17        Q  And you did not hear about Study 224 that       15:56:36
18   was done in England by a Dr. Reckless that was          15:56:39
19   indicating that -- that indicated that Neurontin        15:56:43
20   was not appropriate for neuropathic pain and that       15:56:47
21   that study was delayed for long periods of times        15:56:50
22   and wasn't published for a long period of time?         15:56:53
23        A  No, I'm not aware --                            15:56:58
24        MR. MIZELL:  Object to the form.                   15:56:57
25        A  I'm not aware of that.                          15:56:59
```

60

```
 1        Q  (By Mr. McMichael) As we sit here today,        15:57:01
 2   can you tell me of any study that you're aware of        15:57:03
 3   that indicates that -- now, when I say study, any        15:57:06
 4   randomly controlled double blind study that             15:57:13
 5   indicates that Neurontin is better than placebo for     15:57:15
 6   the treatment of neuropathic pain other than            15:57:22
 7   shingles?                                               15:57:24
 8        A  No, I cannot give you the exact title of any    15:57:25
 9   study.                                                  15:57:28
10        Q  Well, I don't want to ask too narrow a          15:57:30
11   question, I mean, I hear you that, as you can't         15:57:32
12   think of the name of an article right now, can you,     15:57:36
13   without being able to tell me the name and citation     15:57:38
14   to it, can you think of a particular study that was     15:57:41
15   run that you can remember reading?                      15:57:44
16        MR. MIZELL:  Object to the form.                   15:57:46
17        A  I can answer that question this way.  That      15:57:49
18   I, in my head, the way I think of the subject is        15:57:51
19   that for general indication of neuropathic pain,        15:57:53
20   Neurontin is and may prove useful for a patient.        15:57:59
21   That would be my answer to that question.  Our mind     15:58:01
22   or at least a physician's mind works a certain way.     15:58:06
23   I form that opinion based on my clinical experience     15:58:11
24   and based on some discussions with colleagues and I     15:58:14
25   believe some reading that I done -- that I've done      15:58:18
```

61

```
 1   at a time and unless something completely               15:58:21
 2   contradictory to that opinion comes out, then I         15:58:24
 3   would, you know, I have no reason to change that        15:58:28
 4   opinion.                                                15:58:30
 5        Q  (By Mr. McMichael) Yes.  You did make some      15:58:30
 6   remark that, in your answers to Mr. Mizell's            15:58:32
 7   questions, that in the treatment of psychiatric         15:58:38
 8   problems you sometimes get as much as a 30 percent      15:58:42
 9   placebo effect?                                         15:58:46
10        MR. MIZELL:  Object to the form.                   15:58:48
11        A  That's in general for depression, not          15:58:48
12   necessarily for other syndromes.  For depression,       15:58:50
13   does have about 30 percent placebo.  Other             15:58:53
14   syndromes are not necessarily that high.                15:58:56
15        Q  (By Mr. McMichael) Would you agree that in      15:59:01
16   general a randomly controlled double blind study        15:59:02
17   gives you better evidence of the effectiveness or       15:59:08
18   ineffectiveness of a drug than an isolated anecdote     15:59:12
19   about how a particular patient responds?                15:59:18
20        MR. MIZELL:  Object to the form.                   15:59:21
21        A  I would tend to agree -- I would tend to        15:59:23
22   agree with that.  Double blind randomized studies,      15:59:24
23   now even getting more complicated with crossing         15:59:28
24   over and other designs are considered to be             15:59:31
25   scientific standards to prove that -- to prove your     15:59:33
```

16 (Pages 58 to 61)

62

```
1    point.                                   15:59:39
2        Q    (By Mr. McMichael) Right.  Because --    15:59:39
3    that's because, if you give a patient a drug and he    15:59:40
4    knows he's taking the drug, and he has certain    15:59:45
5    expectations about the drug, and he has you    15:59:49
6    have certain expectations about the drug and he    15:59:52
7    tells you he's better, there can be many    15:59:54
8    explanations for him saying he's better other than    15:59:56
9    the fact than the drug made him better, right?    16:00:00
10       MR. MIZELL:  Object to the form.    16:00:05
11       A   There could be some explanations.  If the    16:00:05
12   study is done so naturalistically, that there is    16:00:07
13   only two factors there; a patient, a drug --    16:00:11
14   actually, three factors; a patient, a drug, and a    16:00:13
15   doctor, there is no other assessment instruments,    16:00:15
16   for example, if, let's say, I'm studying a mood    16:00:18
17   disorder and if I don't use any objective    16:00:22
18   assessment instruments but rely on the patient's    16:00:25
19   descriptions of their mood, then your point stands.    16:00:27
20   I believe that even these days the most primitive    16:00:29
21   studies will use some assessment instruments to    16:00:33
22   objectivize their points.    16:00:39
23       Q    (By Mr. McMichael) What I'm talking about    16:00:40
24   is when you have a clinical experience with a    16:00:40
25   particular patient, not a study, but just a    16:00:43
```

63

```
1    particular clinical experience, and a patient tells    16:00:46
2    you he's better, there can be many explanations for    16:00:49
3    him being better other than the fact that the drug    16:00:52
4    actually made him better?    16:00:55
5        MR. MIZELL:  Object to the form.    16:00:57
6        A   When it comes to depression, that is    16:00:57
7    correct.  When it comes to schizophrenia, some    16:01:00
8    other disorders that do not have such a high    16:01:03
9    placebo effect, bipolar, war manias.  That is not    16:01:06
10   necessarily correct.  If the patient is manic and    16:01:09
11   feeling better, there is also objective signs, not    16:01:14
12   just the symptoms they're reporting that we're    16:01:19
13   trained to watch for.  As a matter of fact, in    16:01:21
14   bipolar disorder, we probably watch more for signs    16:01:25
15   than for their reported symptoms.    16:01:28
16       Q    (By Mr. McMichael) But like, for instance,    16:01:30
17   in neuropathic pain or withdrawal symptoms from    16:01:31
18   alcohol, impulsivity, these are all things that the    16:01:35
19   patient might tell you he feels better after he's    16:01:44
20   taken the drug and there can be other explanations    16:01:48
21   for him feeling better other than some effect of the    16:01:51
22   drug, right?    16:01:58
23       MR. MIZELL:  Object to the form.    16:01:59
24       A   For pain management, that is right.  Pain --    16:01:59
25   anticipation of relief is frequently associated    16:02:04
```

64

```
1    with subjective reports of feeling better.  For    16:02:06
2    alcohol withdrawal, that is not correct.  Because    16:02:09
3    alcohol withdrawal is essentially a physiological    16:02:11
4    state that is very clearly showing in blood    16:02:15
5    pressure, heart rate, diaphoresis, and other    16:02:18
6    symptoms of alcohol withdrawal.  So for syndromes    16:02:22
7    that are only subjectively reported, pain is one of    16:02:27
8    those and, as we all know, we have headache, we    16:02:31
9    take a little bit of Ibuprofen, as soon as we take    16:02:34
10   it we feel a little better, even though it's not    16:02:38
11   possible it worked already.  But that placebo    16:02:41
12   effect, when it comes to pain, will go away after    16:02:44
13   10, 15 minutes, we really don't see the relief.    16:02:47
14   We'll come back to the idea if this is really    16:02:51
15   working or not.    16:02:53
16       Q    (By Mr. McMichael) But there could be    16:02:54
17   other explanations, too, I mean, if a patient has    16:02:55
18   chronic pain, it's been lasting for a long time and    16:02:57
19   he finally goes to a doctor to treat him who's a    16:02:59
20   specialist in the treatment of pain, do you find    16:03:00
21   that sometimes patients who are afraid of being    16:03:04
22   accused of having a psychiatric component to their    16:03:07
23   pain and so therefore they report that drugs that    16:03:10
24   you give them work when maybe they're really not    16:03:11
25   working?    16:03:15
```

65

```
1        MR. MIZELL:  Object to form.  Calls for    16:03:16
2    speculation.    16:03:16
3        A   My answer to your question here -- as you    16:03:16
4    were phrasing the question, I was thinking if the    16:03:20
5    psychiatric explanation for that pain was the    16:03:25
6    solution for the pain, why would the patient tend    16:03:27
7    to hide that?  Because then addressing the    16:03:30
8    psychiatric problem will actually treat the pain,    16:03:32
9    so I don't think that will actually justify or    16:03:35
10   follow the logic of them trying to shy away from    16:03:38
11   their psychiatric condition, if they had it.    16:03:41
12       Q    (By Mr. McMichael) Do you know the    16:03:44
13   mechanism that by which Gabapentin works?    16:03:45
14       A   I don't think anybody knows it.  It's the    16:03:49
15   case -- it was developed, if I'm not mistaken,    16:03:53
16   again, it was developed to be a GABA analog.  To be    16:03:55
17   analogous to the GABA as one of the most potent    16:04:02
18   inhibitory transmitters in the brain, but then, if    16:04:07
19   I'm not mistaken again, if my memory still serves    16:04:10
20   GABA analog, but worked through some channels,    16:04:14
21   calcium channels, to exert -- to affect the    16:04:25
22   syndromes that it treats.  And in a way, as much as    16:04:31
23   it was a disappointment, because we were looking    16:04:39
24   for something that was going to be a typical GABA A    16:04:41
25   analog because there is not many medicines in that    16:04:44
```

17 (Pages 62 to 65)

## 66

1  regard, but being a medicine that harmonizes      16:04:48
2  electrical conductivity of nerves was a relief    16:04:52
3  because we knew that there was something there     16:04:56
4  for -- to use it for other syndromes such as pain  16:04:57
5  and bipolar and other -- especially also withdrawal  16:05:01
6  syndromes.      16:05:06
7      Q  Would you agree with me that there have been   16:05:06
8  some various treatments in medicine that have been  16:05:08
9  more developed over the time -- over time that seem  16:05:11
10 to be reinforced by the doctors using it, but      16:05:17
11 ultimately proved to be mistaken and wrong?      16:05:21
12     MR. MIZELL:  Object to the form.      16:05:25
13     A  I have to think for a little bit.  In      16:05:27
14 general, the opposite is true.  Not the opposite to  16:05:29
15 what you said.  But if a treatment is good it will  16:05:35
16 stand the test of time.  Let's say we use shock      16:05:38
17 treatments still in psychiatry for treating      16:05:41
18 refractory depressions, and they've been around for  16:05:43
19 70 years in a modified -- modified way, but they      16:05:46
20 are still around.  But that treatment was very      16:05:50
21 popular and widely accepted and then eventually      16:05:55
22 turned out to be not good.  You know, it may be me,  16:05:59
23 but I cannot think at this point of an example.      16:06:08
24     Q  (By Mr. McMichael) How about lobotomies?      16:06:11
25     A  There were -- lobotomies were -- first of      16:06:14

## 67

1  all, they're still done, lobotomies, for      16:06:17
2  indications that are actually much more benign than  16:06:21
3  were originally and lobotomies are still done for,  16:06:24
4  let's say, for severe obsessive compulsive      16:06:29
5  disorders, but they were not used for a long period  16:06:33
6  of time.  Lobotomies were -- actually, the guy who  16:06:36
7  invented them got a Nobel Prize for them.  But they  16:06:40
8  were briefly popular and then turned out to be not  16:06:44
9  so good in the early '50s.  That's true.  But I'm      16:06:50
10 not sure that they were so -- in use for so long.      16:06:54
11     Q  An example outside of your field would be      16:06:57
12 tonsillectomies, those were very widely done at one  16:07:00
13 time and then fell out of favor?      16:07:03
14     MR. MIZELL:  Object to the form.      16:07:05
15     A  That is correct.  But they were not      16:07:06
16 damaging, so there was no --      16:07:07
17     Q  (By Mr. McMichael) And if we go back far      16:07:11
18 enough we can go back to the days when people used  16:07:13
19 to be bled for all kind of illnesses.      16:07:17
20     A  We can go and even I can provide you even      16:07:20
21 more drastic -- one of my hobbies is history of      16:07:22
22 medicine, so there are more drastic examples.  The  16:07:26
23 scientific revolution, however, has brought much      16:07:30
24 more safety and security to our field.      16:07:32
25     MR. McMichael:  Okay.  That's all I have,      16:07:34

## 68

1  Doctor.  Thank you.      16:07:35
2      THE WITNESS:  Thank you.      16:07:39
3      EXAMINATION      16:07:39
4  BY MR. MIZELL:      16:07:40
5      Q  Just a few follow-up questions.      16:07:41
6  Dr. Svrakic, despite any awareness you did have      16:08:00
7  about the absence of the FDA approval for broad      16:08:04
8  neuropathic pain indication, you nevertheless      16:08:08
9  continued to prescribe Neurontin for your patients  16:08:10
10 for various neuropathic pain conditions because it  16:08:12
11 worked in your clinical practice, is that true?      16:08:15
12     MR. McMichael:  Object to the form of the      16:08:18
13 question.  I think it's confusing.  But subject to  16:08:18
14 that you can answer it if you think you understand  16:08:20
15 it.      16:08:22
16     A  That is true.  I'm not sure -- the first      16:08:23
17 part of your question, could you rephrase it?      16:08:24
18 Despite my knowledge or my not having knowledge?      16:08:26
19     Q  (By Mr. Mizell) Well, there was some      16:08:29
20 question whether or not you could remember hearing  16:08:31
21 about that or not, so I was phrasing it as despite  16:08:33
22 any awareness you may have had.      16:08:36
23     A  I have to answer this.  I'm sorry.  This is  16:08:43
24 my doctor.      16:08:45
25     VIDEOGRAPHER:  Going off the record at      16:08:47

## 69

1  4:09 p.m.      16:08:47
2      (Recess.)      16:15:27
3      VIDEOGRAPHER:  We're back on the record at  16:16:06
4  4:16 p.m.      16:16:08
5      Q  (By Mr. Mizell) Dr. Svrakic, just to make  16:16:10
6  sure the record is clear.  Before the break, the      16:16:13
7  question that we were asking you, I think there's  16:16:14
8  some ambiguity.  To make sure it's clear, you had  16:16:16
9  some question in your mind about whether or not you  16:16:20
10 had, in fact, heard about some application with the  16:16:22
11 FDA for broad neuropathic pain indication, is that  16:16:25
12 correct?      16:16:28
13     A  That is correct.      16:16:28
14     Q  I was asking, despite any awareness you may  16:16:29
15 have had about that series of events, you      16:16:31
16 nevertheless continued to prescribe Neurontin for  16:16:33
17 your patients for various neuropathic pain      16:16:35
18 conditions because it worked in your clinical      16:16:37
19 practice?      16:16:39
20     A  That is correct.      16:16:39
21     Q  And in your experience, does the lack of an  16:16:40
22 FDA approval for a specific indication for      16:16:42
23 Neurontin mean Neurontin does not work for that      16:16:46
24 indication?      16:16:48
25     A  It does not.      16:16:49

18 (Pages 66 to 69)

70

```
 1        Q Have you experienced any improper conduct     16:16:51
 2   with respect to Neurontin by any Pfizer/Warner       16:16:53
 3   Lambert or Parke-Davis sales representative?          16:16:57
 4        MR. McMichael: I'll object to the form of        16:17:00
 5   the question.                                         16:17:01
 6        A Never.                                         16:17:02
 7        Q (By Mr. Mizell) Do you think the efficacy      16:17:04
 8   that you have observed over the past 14, 15 years     16:17:05
 9   prescribing Neurontin to hundreds, if not thousands,  16:17:11
10   of patients is due to the placebo effect?             16:17:14
11        A No, I don't.                                   16:17:17
12        Q Do you recall that Mr. McMichael asked you     16:17:18
13   questions about your compensation today for the       16:17:20
14   time spent at this deposition?                        16:17:26
15        A That I was asked that question?                16:17:36
16        Q Yeah.                                          16:17:37
17        A I don't recall being asked that question. I    16:17:38
18   do recall making comments other than money            16:17:39
19   receiving for this deposition. That was a comment,    16:17:43
20   I think, but not in the form of a question.           16:17:46
21        Q Well, just to clarify, your compensation       16:17:49
22   today for your deposition time, is that your usual    16:17:52
23   and customary rate for time spent away from your      16:17:54
24   practice and other engagements to provide             16:17:57
25   deposition testimony?                                 16:17:59
```

71

```
 1        A That is a customary rate by our university.    16:18:02
 2   I have no say what's going to be the rate.            16:18:04
 3        Q So the university dictates that rate for       16:18:07
 4   you?                                                  16:18:09
 5        A Our department. That's the generally agreed    16:18:11
 6   rate for anybody from our department who goes to      16:18:14
 7   engage in these kinds of activities.                  16:18:17
 8        Q Is that compensation in any way contingent     16:18:20
 9   on the substance of your testimony today?             16:18:24
10        A Absolutely not.                                16:18:26
11        Q Or on the outcome of this litigation?          16:18:27
12        A Absolutely not.                                16:18:29
13        Q And your testimony today about your findings   16:18:40
14   with respect to the safe and effective use of         16:18:43
15   Neurontin for various conditions, it's based on       16:18:44
16   your personal firsthand clinical experience           16:18:48
17   prescribing Neurontin to patients here in Missouri?   16:18:50
18        A That is correct.                               16:18:53
19        Q Dr. Svrakic, is it important to have safe      16:19:04
20   and effective therapeutic options to use             16:19:07
21   adjunctively with other mood stabilizers?            16:19:07
22        A It is very important.                          16:19:12
23        Q Is it important to have safe and effective     16:19:13
24   therapeutic options to use adjunctively with          16:19:15
25   anti-psychotics?                                      16:19:18
```

72

```
 1        A It is very important.                          16:19:21
 2        Q And have you used Neurontin with your          16:19:22
 3   patients adjunctively for these conditions?           16:19:23
 4        A Yes, I have.                                   16:19:26
 5        Q And you continue to prescribe Neurontin        16:19:37
 6   despite the existence of inconclusive studies         16:19:39
 7   because it works for your patients?                   16:19:43
 8        A I do.                                          16:19:45
 9        Q Would it affect your ability to effectively    16:19:58
10   treat your patients if you had to wait for            16:20:00
11   statistically significant results to be found in a    16:20:03
12   double blind randomized controlled trial before       16:20:05
13   prescribing medication for an off label use?          16:20:07
14        A Any wait for -- any wait, if there is a        16:20:16
15   potential treatment, is affecting if that treatment   16:20:22
16   is efficient. So that question, in my opinion, I      16:20:25
17   cannot answer it with just yes or no. If the          16:20:31
18   treatment is efficient and I have to wait until it    16:20:34
19   gets all of the necessary approvals or the            16:20:38
20   standards of getting to the -- proving it to be       16:20:45
21   efficient and I've already used it and found it to    16:20:52
22   be efficient, then if I had to wait, then not use     16:20:55
23   it in order to wait for that moment, that will be,    16:20:58
24   then, of course, a hardship on the patients because   16:21:00
25   there is a treatment -- actually, a human studies     16:21:06
```

73

```
 1   committee will deny you a proposal if what you're     16:21:09
 2   offering to treat is definitely and clearly           16:21:15
 3   inferior. If you're offering to test a medication     16:21:19
 4   vis-a-vis something that's definitely and clearly     16:21:23
 5   inferior to that medication because it will be        16:21:26
 6   unethical to expose those patients to the risk of     16:21:28
 7   being treated with inferior treatments.               16:21:31
 8        Q Would such a restriction cause patients to     16:21:39
 9   be inappropriately denied the safe and effective      16:21:42
10   use of therapies such as Neurontin?                   16:21:45
11        MR. McMichael: Object to the form of the         16:21:48
12   question.                                             16:21:48
13        A I do not necessarily think that. I think      16:21:49
14   that the standard of -- our standard in treating      16:21:52
15   patients is to have quality studies; to have          16:21:57
16   evidence that medication or treatment is working.     16:22:00
17   Now, in many cases that is not the case. In many      16:22:03
18   treatments, in medicine, even to this day, that is    16:22:08
19   not the case. And those treatments are being          16:22:12
20   implemented and helping patients. So to, you know,    16:22:16
21   to say that randomized double blind trials should     16:22:23
22   not be waited for, that's not true. Those are the     16:22:26
23   standard trials that we should all sort of strive     16:22:28
24   for. The reality is that in some cases they're not    16:22:32
25   available at the time when medicine becomes           16:22:38
```

19 (Pages 70 to 73)

74

```
1    approved and we still use the medicine, even though    16:22:40
2    they're lacking.  There is actually examples.  We       16:22:46
3    didn't know for decades how Digitalis worked at         16:22:48
4    all, nobody knew, but it was used for decades very      16:22:53
5    efficiently to treat cardiac decompensation.            16:22:58
6        Q   (By Mr. Mizell) So despite the                  16:23:05
7    unavailability or lack of existence of these            16:23:06
8    randomized controlled trials, it can still be           16:23:10
9    appropriate and if not necessary to prescribe drugs     16:23:12
10   off label to patients?                                  16:23:14
11       MR. McMichael:  Object to the form of the           16:23:16
12   question.                                               16:23:17
13       A   Sorry, I have to answer this again.             16:23:19
14       VIDEOGRAPHER:  We're going off the record           16:23:20
15   at 4:23 p.m.                                            16:23:21
16       (Recess.)                                           16:23:32
17       VIDEOGRAPHER:  We're back on the record at          16:24:24
18   4:24 p.m.                                               16:24:25
19   (The requested portion of the record read by            16:24:26
20   the reporter.)                                          16:24:39
21       A   I would say in -- it is definitely              16:24:43
22   appropriate and in many cases it is necessary.          16:24:47
23       MR. MIZELL:  Okay.  I have no further               16:24:52
24   questions.                                              16:24:53
25            EXAMINATION                                    16:24:53
```

75

```
1    BY MR. McMichael:                                       16:24:55
2        Q   You haven't yourself done any studies of       16:24:55
3    Neurontin, right?                                       16:24:57
4        A   No, I haven't.                                  16:24:58
5        Q   And you have already indicated to us, of       16:24:59
6    course, that you cannot disclose the names of any       16:25:01
7    particular patients who have responded to Neurontin     16:25:04
8    in any physical --                                      16:25:06
9        A   No, I cannot and will not.                      16:25:08
10       Q   Of course not.  Has Neurontin been used for    16:25:10
11   neuropathic pain since the mid 1990s?                   16:25:18
12       MR. MIZELL:  Object to the form.                    16:25:25
13       A   I believe so.  It was somewhere around that    16:25:25
14   time.                                                   16:25:27
15       Q   (By Mr. McMichael) Yes.                         16:25:28
16       A   Mid '90s.                                       16:25:28
17       Q   And you believe it's useful?                    16:25:30
18       A   I do.                                           16:25:33
19       Q   And there's no shortage of people who have     16:25:35
20   neuropathic pain, is there?  And there's lots of        16:25:37
21   people that suffer from that, right?                    16:25:41
22       A   I don't know the exact numbers, but there is   16:25:42
23   people who have neuropathic pain.                       16:25:44
24       Q   Of course.  I mean, there are certain          16:25:46
25   diseases that they're so few people it's hard to do    16:25:48
```

76

```
1    a statistically significant test on them, but          16:25:51
2    that's not true of people with neuropathic pain,       16:25:54
3    right?                                                  16:25:56
4        MR. MIZELL:  Object to the form.                    16:25:58
5        A   I would tend to agree that there is plenty     16:25:58
6    of people to be able to -- for anybody to be able      16:26:03
7    to do a reasonably powerful study to detect the        16:26:03
8    effects.                                                16:26:07
9        Q   (By Mr. McMichael) So while it's              16:26:09
10   appropriate for doctors to experiment with a drug      16:26:09
11   when it's first available, wouldn't it be reassuring   16:26:13
12   to come to find out that the hunch that you might      16:26:18
13   have about a drug working, wouldn't it be reassuring   16:26:21
14   if ultimately it could be tested in a randomly        16:26:25
15   controlled trial and be shown to be statistically     16:26:28
16   efficacious?                                            16:26:35
17       MR. MIZELL:  Object to the form, calls for        16:26:37
18   speculation.                                            16:26:40
19       A   It would be reassuring.                         16:26:40
20       Q   (By Mr. McMichael) And given all the time     16:26:44
21   that the drug's been on the market, wouldn't you      16:26:45
22   expect that by now there would have been some         16:26:50
23   randomly controlled trial that would have             16:26:52
24   demonstrated the effectiveness of the drug?           16:26:55
25       MR. MIZELL:  Object to the form.                    16:26:58
```

77

```
1        A   As a personal opinion, the answer is yes.      16:27:03
2    I'm not sure that every single drug we use, every      16:27:06
3    single medication that we use, has randomized          16:27:10
4    double blind 100 percent methodologically sound        16:27:15
5    study to support the hunch.                             16:27:20
6        Q   (By Mr. McMichael) I'm just talking right     16:27:22
7    now about Neurontin in particular.                      16:27:23
8        A   About Neurontin?  Yes, my personal opinion     16:27:25
9    is that there should be studies by now.                 16:27:27
10       Q   And if, in fact, there are one, two, or more   16:27:30
11   studies that have shown that it's not effective,       16:27:35
12   you don't know about that?                              16:27:38
13       MR. MIZELL:  Object to the form.                    16:27:40
14       A   I do know about studies showing that it's      16:27:41
15   not effective.                                          16:27:44
16       Q   (By Mr. McMichael) Randomly controlled        16:27:45
17   double blind?                                           16:27:47
18       A   I cannot remember now.  I do remember          16:27:48
19   reading studies denying efficacy in bipolar            16:27:49
20   disorder in particular.                                 16:27:55
21       Q   How about neuropathic pain?                     16:27:57
22       MR. MIZELL:  Object to the form.                    16:27:58
23       A   Neuropathic pain, I don't remember.  I can't   16:27:59
24   say yes or no.  I just don't remember.                  16:28:02
25       MR. McMichael:  That's all I have.  Thank          16:28:05
```

20 (Pages 74 to 77)

78

1  you, Doctor.                                16:28:06
2        EXAMINATION                           16:28:06
3  BY MR. MIZELL:                              16:28:08
4     Q  Just one more follow-up question.  Is it   16:28:08
5  true that randomized controlled trials measure   16:28:10
6  efficacy or other effects of drugs of particular   16:28:15
7  subpopulations that are the subject of that   16:28:17
8  particular study?                           16:28:20
9     A  That is correct.                      16:28:22
10       MR. MIZELL:  Okay.  Thank you.        16:28:23
11       VIDEOGRAPHER:  We'll go off the record at   16:28:26
12  4:28 p.m.                                   16:28:28
13       MR. MIZELL:  You have an option to read and   16:28:46
14  sign the transcript, if you'd like.         16:28:46
15       THE WITNESS:  No.                      16:28:48
16       THE REPORTER:  Same instructions as   16:28:49
17  yesterday?                                  16:28:49
18       MR. MIZELL:  Yes.                       16:28:49
19       MR. McMichael:  Yes.  Electronic and four   16:28:49
20  to a page.                                  16:28:49
21  (Ending time of the deposition: 4:28 p.m.)   16:28:49
22
23
24
25

80

1     IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS   16:28:49
            STATE OF MISSOURI                  16:28:49
2  ELIZABETH JUDY AND STEPHEN BROWN,)          16:28:49
   vs.                  ) Cause No. 22042-01946   16:28:49
3  PFIZER, INC., INDIVIDUALLY,     )           16:28:49
                                               16:28:49
4     CERTIFICATE OF OFFICER AND STATEMENT OF   16:28:49
              DEPOSITION CHARGES               16:28:49
5    (Rule 57.03 (g) (2) (a) & Sec., 492-590 RSMO 1985.)   16:28:49
6                                              16:28:49
       DEPOSITION OF DRAGAN M. SVRAKIC, M.D.   16:28:49
7        taken on behalf of the DEFENDANT       16:28:49
             MARCH 12, 2009                    16:28:49
8  Name and address of person or firm having custody of the   16:28:49
   original transcript:  Mr. Nicholas P. Mizell, 2555 Grand   16:28:49
9  Boulevard, Kansas City, Missouri, 64108:    16:28:49
                                               16:28:49
10                                             16:28:49
11  Taxed in favor of the Plaintiff:  $        16:28:49
   Taxed in favor of the Defendant:  $         16:28:49
                                               16:28:49
12  Upon delivery of transcripts, the above charges had not   16:28:49
   yet been paid.  It is anticipated that all charges will   16:28:49
13  be paid in the normal course of business.   16:28:49
                                               16:28:49
14  IN WITNESS WHEREOF, I have hereunto set my hand and seal   16:28:49
   on this 16th day of March, 2009.            16:28:49
15     My Commission expires_____.   16:28:49
16                                             16:28:49
17     _____             16:28:49
18     Notary Public in and for the State of Missouri   16:28:49
19                                             16:28:49
20                                             16:28:49
21
22
23
24
25

79

1  STATE OF MISSOURI                           16:28:49
          )SS                                  16:28:49
2  CITY OF ST. LOUIS)                          16:28:49
3        I, Rebecca Brewer, Registered Professional   16:28:49
4  Reporter, Certified Real-time Reporter, and   16:28:49
5  Notary Public in and for the State of Missouri   16:28:49
6  do hereby certify that the witness whose    16:28:49
7  testimony appears in the foregoing deposition   16:28:49
8  was duly sworn by me; that the testimony of the   16:28:49
9  said witness was taken by me to the best of my   16:28:49
10  ability and thereafter reduced to typewriting   16:28:49
11  under my direction; that I am neither counsel   16:28:49
12  for, related to, nor employed by any of the   16:28:49
13  parties to the action in which this deposition   16:28:49
14  was taken, and further that I am not relative   16:28:49
15  or employee of any attorney or counsel employed   16:28:49
16  by the parties thereto, nor financially or   16:28:49
17  otherwise interested in the outcome of the   16:28:49
18  action.                                     16:28:49
19  _____ RPR, MO-CCR,           16:28:49
20  Notary Public within and for the State of Missouri   16:28:49
21                                             16:28:49
22                                             16:28:49
23  My Commission expires April 7, 2009.        16:28:49
24
25

21 (Pages 78 to 80)