# EXHIBIT A

## **PROPOSED INSTRUCTION: MITIGATION OF DAMAGES**[1]

It is the duty of a person who has been injured to use reasonable diligence and reasonable means under the circumstances, in order to prevent the aggravation of such injuries and to effect a recovery from such injuries. If you should find that the defendants are liable and the plaintiffs have suffered damages, the plaintiffs may not recover for any items of damage which they could have avoided through reasonable effort. If you find by a preponderance of the evidence that the plaintiffs unreasonably failed to take advantage of an opportunity to lessen their damages, then you should reduce the amount of plaintiffs' damages by the amount plaintiffs could have reasonably avoided had they taken advantage of the opportunity.

---

[1] 3 Kevin F. O'Malley, Jay E. Grenig & Hon. William C. Lee, *Federal Jury Practice and Instructions* § 161.92 (5th ed. 2000) (modified).