UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

## DEFENDANTS' COMMENTS ON COURT'S PROPOSED VERDICT FORM

Defendants, Pfizer Inc ("Pfizer") and Warner-Lambert Company LLC ("Warner-Lambert") (collectively, "Defendants"), pursuant to this Court's Procedural Order of November 12, 2009 [2172], hereby submit the following comments to the Court's proposed verdict form. Defendants submit these comments conditionally and without waiving their prior requests for special interrogatories to the jury and without waiving their arguments that any issue should not be submitted to the jury, as set forth in Defendants' motions for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50.

Dated: March 19, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:     /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Email:  Mark.Cheffo@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:    /s/ Raoul D. Kennedy
       Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel:  (415) 984-6400
Email:Raoul.Kennedy@skadden.com

WHEELER TRIGG O'DONNELL LLP

By:    /s/ James E. Hooper
       James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel:  (303) 244-1800
Email:  hooper@wtotrial.com

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 19, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

## COMMENTS ON PROPOSED VERDICT FORM

### A.   RICO:  Cline Davis Enterprise

Pfizer respectfully suggests that is essential that the jury be asked to respond separately with respect to the two alleged RICO enterprises.[1]  The evidence in support of the existence of an enterprise and the conduct of an enterprise that has been introduced is very different with respect to each enterprise.[2]  Failure to require the jury to distinguish between the two alleged enterprises will result on a conflation of time frames, conduct and indications and would essentially ask the jury to decide the RICO claim as if there were a global enterprise, which was rejected by this Court.[3]

Pfizer also believes it would be helpful to the jury if the questions contained a brief reference to the conduct at issue, rather than simply a reference to a RICO violation.

Similarly, with respect to the statute of limitations, Pfizer believes that a brief statement of the relevant standard under the discovery rule would provide useful guidance to the jury.  As the jury's answer to the statute of limitations question could eliminate the need for its consideration of the remainder of the questions, Pfizer suggest that statute of limitations be the second question that the jury is asked to answer.  Pfizer also submits that a "Yes" answer to the statute of limitations as to any of the indications necessarily requires a "yes" answer as to all indications.

---

[1] Pfizer continues to object to any claims based upon an alleged MAC enterprise, which was not alleged in the Third Amended Complaint.

[2] *See Sedima, S.P.R.L. v. Imrex Co.*, 473 U.S. 479, 497 (1985) (observing that "the essence of the [RICO] violation is the commission of those [predicate] acts in connection with the conduct of an enterprise"); *accord Anza v. Ideal Steel Supply Corp.*, 547 U.S. 451, 457 (2006); *see also Interpool Ltd. v. Patterson*, No. 89 Civ. 8501, 1994 WL 665850, at *2 (S.D.N.Y. Nov. 28, 1994) (where the jury "made a separate finding as to the existence and amount of each type of damage sustained with respect to the activities of each alleged enterprise"); Fifth Circuit Pattern Jury Instructions – Civil, Suggested RICO Jury Interrogatories (2006).

[3] *In re Neurontin Mktg., Sales Practices, & Prods. Liab. Litig.*, 433 F. Supp. 2d 172, 182-83 (D. Mass. 2006).

In addition, because the evidence has shown that the different regions operated autonomously and the evidence of injury and causation varied among regions, the jury should be asked to answer those questions separately for each region.

Accordingly, Pfizer respectfully submits the following revisions to the Court's proposed jury questions.

Q1.   Do you find that Kaiser has proven the existence of the Cline Davis Enterprise between 1995 and 2000 [and 2003 through 2004]?  Answer "Yes" or "No."

Yes _____                No _____

(Answer Q2 if you have answered yes to Q1.  However, if you answered no to Q1, go to Q__.)

Q2.   Did Kaiser know or should Kaiser have known of its claimed injuries from the Cline Davis Enterprise prior to February 1, 2001? Answer "Yes" or "No."

Yes _____                No _____

(Answer Q3 if you have answered No to Q2.  However, if you answered Yes to Q2, go to Q__.)

Q3.   Do you find that the Pfizer engaged in a pattern of mail or wire fraud through its participation in the conduct of the affairs of the Cline Davis Enterprise?

(a) Bipolar disorder                      Yes_____   No_____
(b) Migraine                              Yes_____   No_____
(c) Nociceptive pain                      Yes_____   No_____
(d) Neuropathic pain                      Yes_____   No_____
(e) Neurontin in dosages over 1800 mg     Yes_____   No_____

(Answer Q4 if you have answered yes to any subpart of Q3.  However, if you answered no to all subparts of Q4, go to Q__.)

2

Q4.   Did the RICO violations found by you in answer to Q3 cause Kaiser injury?   Answer separately for each region and indication.

Northern California Region

(a) Bipolar disorder                        Yes_____    No_____    N/A_____

(b) Migraine                                Yes_____    No_____    N/A_____

(c) Nociceptive pain                        Yes_____    No_____    N/A_____

(d) Neuropathic pain                        Yes_____    No_____    N/A_____

(e) Neurontin in dosages over 1800 mg       Yes_____    No_____    N/A_____

Southern California Region

(a) Bipolar disorder                        Yes_____    No_____    N/A_____

(b) Migraine                                Yes_____    No_____    N/A_____

(c) Nociceptive pain                        Yes_____    No_____    N/A_____

(d) Neuropathic pain                        Yes_____    No_____    N/A_____

(e) Neurontin in dosages over 1800 mg       Yes_____    No_____    N/A_____

Northwest Region

(a) Bipolar disorder                        Yes_____    No_____    N/A_____

(b) Migraine                                Yes_____    No_____    N/A_____

(c) Nociceptive pain                        Yes_____    No_____    N/A_____

(d) Neuropathic pain                        Yes_____    No_____    N/A_____

(e) Neurontin in dosages over 1800 mg       Yes_____    No_____    N/A_____

Georgia Region

(a) Bipolar disorder                        Yes_____    No_____    N/A_____

(b) Migraine                                Yes_____    No_____    N/A_____

(c) Nociceptive pain                        Yes_____    No_____    N/A_____

(d) Neuropathic pain                        Yes_____    No_____    N/A_____

(e) Neurontin in dosages over 1800 mg       Yes_____    No_____    N/A_____

Ohio Region

(a) Bipolar disorder                        Yes_____    No_____    N/A_____

(b) Migraine                                Yes_____    No_____    N/A_____

(c) Nociceptive pain                        Yes_____    No_____    N/A_____

(d) Neuropathic pain                        Yes_____    No_____    N/A_____

(e) Neurontin in dosages over 1800 mg       Yes_____    No_____    N/A_____

3

Colorado Region

| | | | |
|---|---|---|---|
| (a) Bipolar disorder | Yes_____ | No_____ | N/A_____ |
| (b) Migraine | Yes_____ | No_____ | N/A_____ |
| (c) Nociceptive pain | Yes_____ | No_____ | N/A_____ |
| (d) Neuropathic pain | Yes_____ | No_____ | N/A_____ |
| (e) Neurontin in dosages over 1800 mg | Yes_____ | No_____ | N/A_____ |

Mid Atlantic States Region

| | | | |
|---|---|---|---|
| (a) Bipolar disorder | Yes_____ | No_____ | N/A_____ |
| (b) Migraine | Yes_____ | No_____ | N/A_____ |
| (c) Nociceptive pain | Yes_____ | No_____ | N/A_____ |
| (d) Neuropathic pain | Yes_____ | No_____ | N/A_____ |
| (e) Neurontin in dosages over 1800 mg | Yes_____ | No_____ | N/A_____ |

Hawaii Region

| | | | |
|---|---|---|---|
| (a) Bipolar disorder | Yes_____ | No_____ | N/A_____ |
| (b) Migraine | Yes_____ | No_____ | N/A_____ |
| (c) Nociceptive pain | Yes_____ | No_____ | N/A_____ |
| (d) Neuropathic pain | Yes_____ | No_____ | N/A_____ |
| (e) Neurontin in dosages over 1800 mg | Yes_____ | No_____ | N/A_____ |

(If you have answered Yes to any subpart of Q3, go to Q4.  If you have answered no or N/A to all subparts, go to Q__.)

Q5.   Do you find that Kaiser could have avoided any part of the claimed injury through the exercise of reasonable efforts?  If your answer is Yes, please provide the date after which you believe injury could have been avoided.

| | | | |
|---|---|---|---|
| (a) Bipolar disorder | Date (Yes)_____ | No_____ | N/A_____ |
| (b) Migraine | Date (Yes)_____ | No_____ | N/A_____ |
| (c) Nociceptive pain | Date (Yes)_____ | No_____ | N/A_____ |
| (d) Neuropathic pain | Date (Yes)_____ | No_____ | N/A_____ |
| (e) Neurontin in dosages over 1800 mg | Date (Yes)_____ | No_____ | N/A_____ |

(Go to Q6.)

4

Q6.     In connection with the Cline Davis Enterprise, what amount of damages do you award? Do not include any damages that you find could have been avoided by Kaiser with reasonable effort.

| Northern California Region | |
|---|---|
| (a) Bipolar disorder | $\rule{5cm}{0.4pt}$<br>$\rule{6cm}{0.4pt}$<br>words |
| (b) Migraine | $\rule{5cm}{0.4pt}$<br>$\rule{6cm}{0.4pt}$<br>words |
| (c) Nociceptive pain | $\rule{5cm}{0.4pt}$<br>$\rule{6cm}{0.4pt}$<br>words |
| (d) Neuropathic pain | $\rule{5cm}{0.4pt}$<br>$\rule{6cm}{0.4pt}$<br>words |
| (e) Neurontin in dosages over 1800 mg | $\rule{5cm}{0.4pt}$<br>$\rule{6cm}{0.4pt}$<br>words |
| **Southern California Region** | |
| (a) Bipolar disorder | $\rule{5cm}{0.4pt}$<br>$\rule{6cm}{0.4pt}$<br>words |
| (b) Migraine | $\rule{5cm}{0.4pt}$<br>$\rule{6cm}{0.4pt}$<br>words |
| (c) Nociceptive pain | $\rule{5cm}{0.4pt}$<br>$\rule{6cm}{0.4pt}$<br>words |
| (d) Neuropathic pain | $\rule{5cm}{0.4pt}$<br>$\rule{6cm}{0.4pt}$<br>words |
| (e) Neurontin in dosages over 1800 mg | $\rule{5cm}{0.4pt}$<br>$\rule{6cm}{0.4pt}$<br>words |

**Northwest Region**

(a) Bipolar disorder

$_____

_____
words

(b) Migraine

$_____

_____
words

(c) Nociceptive pain

$_____

_____
words

(d) Neuropathic pain

$_____

_____
words

(e) Neurontin in dosages over 1800 mg

$_____

_____
words

**Georgia Region**

(a) Bipolar disorder

$_____

_____
words

(b) Migraine

$_____

_____
words

(c) Nociceptive pain

$_____

_____
words

(d) Neuropathic pain

$_____

_____
words

(e) Neurontin in dosages over 1800 mg

$_____

_____
words

**Ohio Region**

(a) Bipolar disorder

$_____

_____
words

(b) Migraine

$_____

_____
words

(c) Nociceptive pain

$_____

_____
words

(d) Neuropathic pain

$_____

_____
words

(e) Neurontin in dosages over 1800 mg

$_____

_____
words

**Colorado Region**

(a) Bipolar disorder

$_____

_____
words

(b) Migraine

$_____

_____
words

(c) Nociceptive pain

$_____

_____
words

(d) Neuropathic pain

$_____

_____
words

(e) Neurontin in dosages over 1800 mg

$_____

_____
words

| Mid Atlantic States Region | |
|---|---|
| (a) Bipolar disorder | $_____ |
| | _____ |
| | words |
| (b) Migraine | $_____ |
| | _____ |
| | words |
| (c) Nociceptive pain | $_____ |
| | _____ |
| | words |
| (d) Neuropathic pain | $_____ |
| | _____ |
| | words |
| (e) Neurontin in dosages over 1800 mg | $_____ |
| | _____ |
| | words |
| **Hawaii Region** | |
| (a) Bipolar disorder | $_____ |
| | _____ |
| | words |
| (b) Migraine | $_____ |
| | _____ |
| | words |
| (c) Nociceptive pain | $_____ |
| | _____ |
| | words |
| (d) Neuropathic pain | $_____ |
| | _____ |
| | words |
| (e) Neurontin in dosages over 1800 mg | $_____ |
| | _____ |
| | words |

**B.**    **RICO:  MAC Enterprise**

Q7.    Do you find that Kaiser has proven the existence of the MAC Enterprise between 2000 and 2003?  Answer "Yes" or "No."

Yes _____                No _____

(Answer Q8 if you have answered yes to Q7.  However, if you answered no to Q7, go to Q__.)

Q8.    Did Kaiser know or should Kaiser have known of its claimed injuries from the MAC Enterprise prior to February 1, 2001?

Yes _____                No _____

(Answer Q9 if you have answered No to Q8.  However, if you answered Yes to Q8, go to Q__.)

Q9.    Do you find that the Pfizer engaged in a pattern of mail or wire fraud through its participation in the conduct of the affairs of the MAC Enterprise?

| | | |
|---|---|---|
| (a) Bipolar disorder | Yes_____ | No_____ |
| (b) Migraine | Yes_____ | No_____ |
| (c) Nociceptive pain | Yes_____ | No_____ |
| (d) Neuropathic pain | Yes_____ | No_____ |
| (e) Neurontin in dosages over 1800 mg | Yes_____ | No_____ |

(Answer Q10 if you have answered yes to any subpart of Q9.  However, if you answered no to all subparts of Q9, go to Q__.)

Q10.    Did the RICO violations found by you in answer to Q9 cause Kaiser injury?  Answer separately for each region and indication.

Northern California Region

| | | | |
|---|---|---|---|
| (a) Bipolar disorder | Yes_____ | No_____ | N/A_____ |
| (b) Migraine | Yes_____ | No_____ | N/A_____ |
| (c) Nociceptive pain | Yes_____ | No_____ | N/A_____ |
| (d) Neuropathic pain | Yes_____ | No_____ | N/A_____ |
| (e) Neurontin in dosages over 1800 mg | Yes_____ | No_____ | N/A_____ |

9

**Southern California Region**

(a) Bipolar disorder                          Yes_____   No_____   N/A_____

(b) Migraine                                  Yes_____   No_____   N/A_____

(c) Nociceptive pain                          Yes_____   No_____   N/A_____

(d) Neuropathic pain                          Yes_____   No_____   N/A_____

(e) Neurontin in dosages over 1800 mg         Yes_____   No_____   N/A_____

**Northwest Region**

(a) Bipolar disorder                          Yes_____   No_____   N/A_____

(b) Migraine                                  Yes_____   No_____   N/A_____

(c) Nociceptive pain                          Yes_____   No_____   N/A_____

(d) Neuropathic pain                          Yes_____   No_____   N/A_____

(e) Neurontin in dosages over 1800 mg         Yes_____   No_____   N/A_____

**Georgia Region**

(a) Bipolar disorder                          Yes_____   No_____   N/A_____

(b) Migraine                                  Yes_____   No_____   N/A_____

(c) Nociceptive pain                          Yes_____   No_____   N/A_____

(d) Neuropathic pain                          Yes_____   No_____   N/A_____

(e) Neurontin in dosages over 1800 mg         Yes_____   No_____   N/A_____

**Ohio Region**

(a) Bipolar disorder                          Yes_____   No_____   N/A_____

(b) Migraine                                  Yes_____   No_____   N/A_____

(c) Nociceptive pain                          Yes_____   No_____   N/A_____

(d) Neuropathic pain                          Yes_____   No_____   N/A_____

(e) Neurontin in dosages over 1800 mg         Yes_____   No_____   N/A_____

**Colorado Region**

(a) Bipolar disorder                          Yes_____   No_____   N/A_____

(b) Migraine                                  Yes_____   No_____   N/A_____

(c) Nociceptive pain                          Yes_____   No_____   N/A_____

(d) Neuropathic pain                          Yes_____   No_____   N/A_____

(e) Neurontin in dosages over 1800 mg         Yes_____   No_____   N/A_____

10

Mid Atlantic States Region

| | | | |
|---|---|---|---|
| (a) Bipolar disorder | Yes_____ | No_____ | N/A_____ |
| (b) Migraine | Yes_____ | No_____ | N/A_____ |
| (c) Nociceptive pain | Yes_____ | No_____ | N/A_____ |
| (d) Neuropathic pain | Yes_____ | No_____ | N/A_____ |
| (e) Neurontin in dosages over 1800 mg | Yes_____ | No_____ | N/A_____ |

Hawaii Region

| | | | |
|---|---|---|---|
| (a) Bipolar disorder | Yes_____ | No_____ | N/A_____ |
| (b) Migraine | Yes_____ | No_____ | N/A_____ |
| (c) Nociceptive pain | Yes_____ | No_____ | N/A_____ |
| (d) Neuropathic pain | Yes_____ | No_____ | N/A_____ |
| (e) Neurontin in dosages over 1800 mg | Yes_____ | No_____ | N/A_____ |

(If you have answered Yes to any subpart of Q10, go to Q11. If you have answered no or N/A to all subparts, go to Q__.)

Q11.    Do you find that Kaiser could have avoided any part of the claimed injury through the exercise of reasonable efforts? If your answer is Yes, please provide the date after which you believe injury could have been avoided.

| | | | |
|---|---|---|---|
| (a) Bipolar disorder | Date (Yes)_____ | No_____ | N/A_____ |
| (b) Migraine | Date (Yes)_____ | No_____ | N/A_____ |
| (c) Nociceptive pain | Date (Yes)_____ | No_____ | N/A_____ |
| (d) Neuropathic pain | Date (Yes)_____ | No_____ | N/A_____ |
| (e) Neurontin in dosages over 1800 mg | Date (Yes)_____ | No_____ | N/A_____ |

(Go to Q12.)

Q12.   In connection with the MAC enterprise, what amount of damages do you award?  Do not include any damages that you find could have been avoided by Kaiser with reasonable effort.

| Northern California Region | |
|---|---|
| (a) Bipolar disorder | $_____<br>_____<br><div align="center">words</div> |
| (b) Migraine | $_____<br>_____<br><div align="center">words</div> |
| (c) Nociceptive pain | $_____<br>_____<br><div align="center">words</div> |
| (d) Neuropathic pain | $_____<br>_____<br><div align="center">words</div> |
| (e) Neurontin in dosages over 1800 mg | $_____<br>_____<br><div align="center">words</div> |
| Southern California Region | |
| (a) Bipolar disorder | $_____<br>_____<br><div align="center">words</div> |
| (b) Migraine | $_____<br>_____<br><div align="center">words</div> |
| (c) Nociceptive pain | $_____<br>_____<br><div align="center">words</div> |
| (d) Neuropathic pain | $_____<br>_____<br><div align="center">words</div> |
| (e) Neurontin in dosages over 1800 mg | $_____<br>_____<br><div align="center">words</div> |

**Northwest Region**

(a) Bipolar disorder

$_____

_____
words

(b) Migraine

$_____

_____
words

(c) Nociceptive pain

$_____

_____
words

(d) Neuropathic pain

$_____

_____
words

(e) Neurontin in dosages over 1800 mg

$_____

_____
words

**Georgia Region**

(a) Bipolar disorder

$_____

_____
words

(b) Migraine

$_____

_____
words

(c) Nociceptive pain

$_____

_____
words

(d) Neuropathic pain

$_____

_____
words

(e) Neurontin in dosages over 1800 mg

$_____

_____
words

**Ohio Region**

(a) Bipolar disorder           $_____

_____
                                                words

(b) Migraine                   $_____

_____
                                                words

(c) Nociceptive pain           $_____

_____
                                                words

(d) Neuropathic pain           $_____

_____
                                                words

(e) Neurontin in dosages over 1800 mg   $_____

_____
                                                words

**Colorado Region**

(a) Bipolar disorder           $_____

_____
                                                words

(b) Migraine                   $_____

_____
                                                words

(c) Nociceptive pain           $_____

_____
                                                words

(d) Neuropathic pain           $_____

_____
                                                words

(e) Neurontin in dosages over 1800 mg   $_____

_____
                                                words

| Mid Atlantic States Region | |
|---|---|
| (a) Bipolar disorder | $_____<br>_____<br><div align="center">words</div> |
| (b) Migraine | $_____<br>_____<br><div align="center">words</div> |
| (c) Nociceptive pain | $_____<br>_____<br><div align="center">words</div> |
| (d) Neuropathic pain | $_____<br>_____<br><div align="center">words</div> |
| (e) Neurontin in dosages over 1800 mg | $_____<br>_____<br><div align="center">words</div> |
| Hawaii Region | |
| (a) Bipolar disorder | $_____<br>_____<br><div align="center">words</div> |
| (b) Migraine | $_____<br>_____<br><div align="center">words</div> |
| (c) Nociceptive pain | $_____<br>_____<br><div align="center">words</div> |
| (d) Neuropathic pain | $_____<br>_____<br><div align="center">words</div> |
| (e) Neurontin in dosages over 1800 mg | $_____<br>_____<br><div align="center">words</div> |

(Go to Q_____.)

15

C.      **CALIFORNIA UNFAIR COMPETITION LAW**[4]

Defendants respectfully submit that, on the theory of causation and harm[5] alleged by Kaiser in this case, Kaiser can seek recovery only under the fraudulent prong of California's Unfair Competition Law.  Kaiser does not seek to recover because the prescriptions that they paid for were off-label.  Kaiser admits that it readily pays for off-label prescriptions and many of the alternative drugs it has proposed are also off-label.  In fact, Kaiser has stated that it prefers physicians to prescribe cheaper, off-label drugs over FDA approved drugs if the evidence supports their efficacy.  As a result, absent a showing that Pfizer made fraudulent representations or omissions regarding the efficacy of Neurontin, Plaintiffs cannot prove injury and causation to satisfy the standing requirements of the UCL.  Submitting questions on the "unfair" and "unlawful" prongs of the UCL would make the verdict form unnecessarily complex and confusing.  To the extent the Court instructs the jury as to "deceptive advertising," that prong sufficiently overlaps with the "fraudulent" prong on the facts of this case that they can be combined in the jury questions.

In addition, to avoid any confusion with the mail/wire fraud elements of RICO, the jury should be advised that the following questions pertain to Kaiser's claim under the Unfair Competition Law.

Pfizer also submits that in the absence of reliance, Plaintiffs cannot satisfy the causation prong of the UCL and, therefore, the element of reliance should be referenced in the questions to the jury.

Accordingly, Pfizer respectfully submits the following revisions to the Court's proposed jury questions.

---

[4] Pfizer submits these comments without waiving its arguments that California law cannot be applied to Kaiser's claims for prescriptions written outside of California.

[5] Damages are not recoverable under the UCL.

Q13. Did Kaiser know or should Kaiser have known of its claims under the California Unfair Competition Law prior to February 1, 2001?[6]

Yes _____            No _____

(Answer Q14 if you have answered No to Q13.  However, if you answered Yes to Q13, sign and date the verdict form.

Q14. Did Kaiser prove that that Pfizer engaged in fraudulent business practices or deceptive advertising under the California Unfair Competition Law, with respect to:

| | | |
|---|---|---|
| (a) Bipolar disorder | Yes_____ | No_____ |
| (b) Migraine | Yes_____ | No_____ |
| (c) Nociceptive pain | Yes_____ | No_____ |
| (d) Neuropathic pain | Yes_____ | No_____ |
| (e) Neurontin in dosages over 1800 mg | Yes_____ | No_____ |

(If you have answered Yes to any subpart of Q14, go to Q15.  If you have answered no or N/A to all subparts, go to Q17.)

Q15. Do you find that Kaiser relied upon the fraudulent business practices or deceptive advertising and, as a result, suffered injury?  Answer separately for each region and indication.

Northern California Region

| | | | |
|---|---|---|---|
| (a) Bipolar disorder | Yes_____ | No_____ | N/A_____ |
| (b) Migraine | Yes_____ | No_____ | N/A_____ |
| (c) Nociceptive pain | Yes_____ | No_____ | N/A_____ |
| (d) Neuropathic pain | Yes_____ | No_____ | N/A_____ |
| (e) Neurontin in dosages over 1800 mg | Yes_____ | No_____ | N/A_____ |

---

[6] For the reasons set forth in Defendants proposed jury instructions and special interrogatories, the discovery rule is not applicable to the UCL.  Instead, Plaintiffs claims are barred unless they can prove equitable estoppel.  The appropriate questions to submit under an equitable estoppel theory are (1) Do you find that Kaiser reasonably relied on something that Pfizer said or did that caused Kaiser to believe that it would not be necessary to file a lawsuit and therefore did not file this lawsuit within four years of when their injuries first occurred and (2) Do you find, from a preponderance of the evidence, that Kaiser proceeded diligently to file suit once it discovered the actual facts?

**Southern California Region**

(a) Bipolar disorder                          Yes_____   No_____   N/A_____

(b) Migraine                                  Yes_____   No_____   N/A_____

(c) Nociceptive pain                          Yes_____   No_____   N/A_____

(d) Neuropathic pain                          Yes_____   No_____   N/A_____

(e) Neurontin in dosages over 1800 mg         Yes_____   No_____   N/A_____

**Northwest Region**

(a) Bipolar disorder                          Yes_____   No_____   N/A_____

(b) Migraine                                  Yes_____   No_____   N/A_____

(c) Nociceptive pain                          Yes_____   No_____   N/A_____

(d) Neuropathic pain                          Yes_____   No_____   N/A_____

(e) Neurontin in dosages over 1800 mg         Yes_____   No_____   N/A_____

**Georgia Region**

(a) Bipolar disorder                          Yes_____   No_____   N/A_____

(b) Migraine                                  Yes_____   No_____   N/A_____

(c) Nociceptive pain                          Yes_____   No_____   N/A_____

(d) Neuropathic pain                          Yes_____   No_____   N/A_____

(e) Neurontin in dosages over 1800 mg         Yes_____   No_____   N/A_____

**Ohio Region**

(a) Bipolar disorder                          Yes_____   No_____   N/A_____

(b) Migraine                                  Yes_____   No_____   N/A_____

(c) Nociceptive pain                          Yes_____   No_____   N/A_____

(d) Neuropathic pain                          Yes_____   No_____   N/A_____

(e) Neurontin in dosages over 1800 mg         Yes_____   No_____   N/A_____

**Colorado Region**

(a) Bipolar disorder                          Yes_____   No_____   N/A_____

(b) Migraine                                  Yes_____   No_____   N/A_____

(c) Nociceptive pain                          Yes_____   No_____   N/A_____

(d) Neuropathic pain                          Yes_____   No_____   N/A_____

(e) Neurontin in dosages over 1800 mg         Yes_____   No_____   N/A_____

18

Mid Atlantic States Region

| | | | |
|---|---|---|---|
| (a) Bipolar disorder | Yes_____ | No_____ | N/A_____ |
| (b) Migraine | Yes_____ | No_____ | N/A_____ |
| (c) Nociceptive pain | Yes_____ | No_____ | N/A_____ |
| (d) Neuropathic pain | Yes_____ | No_____ | N/A_____ |
| (e) Neurontin in dosages over 1800 mg | Yes_____ | No_____ | N/A_____ |

Hawaii Region

| | | | |
|---|---|---|---|
| (a) Bipolar disorder | Yes_____ | No_____ | N/A_____ |
| (b) Migraine | Yes_____ | No_____ | N/A_____ |
| (c) Nociceptive pain | Yes_____ | No_____ | N/A_____ |
| (d) Neuropathic pain | Yes_____ | No_____ | N/A_____ |
| (e) Neurontin in dosages over 1800 mg | Yes_____ | No_____ | N/A_____ |

(If you have answered Yes to any subpart of Q15, go to Q16.  If you have answered no or N/A to all subparts, go to Q17.)

Q16.     Do you find that Kaiser could have avoided any part of the claimed injury through the exercise of reasonable efforts?  If your answer is Yes, please provide the date after which you believe injury could have been avoided.

| | | |
|---|---|---|
| (a) Bipolar disorder | Yes_____ | No_____ |
| (b) Migraine | Yes_____ | No_____ |
| (c) Nociceptive pain | Yes_____ | No_____ |
| (d) Neuropathic pain | Yes_____ | No_____ |
| (e) Neurontin in dosages over 1800 mg | Yes_____ | No_____ |

(Go to Q17.)

Q17.     Did Kaiser prove that that Pfizer engaged in unlawful business practices under the California Unfair Competition Law, with respect to:

| | | |
|---|---|---|
| (a) Bipolar disorder | Yes_____ | No_____ |
| (b) Migraine | Yes_____ | No_____ |
| (c) Nociceptive pain | Yes_____ | No_____ |
| (d) Neuropathic pain | Yes_____ | No_____ |
| (e) Neurontin in dosages over 1800 mg | Yes_____ | No_____ |

(If you have answered Yes to any subpart of Q17, go to Q18.  If you have answered no or N/A to all subparts, go to Q20.)

19

Q18.   Do you find that Kaiser relied upon the unlawful business practices and, as a result, suffered injury?  Answer separately for each region and indication.

Northern California Region

(a) Bipolar disorder                          Yes_____   No_____   N/A_____

(b) Migraine                                  Yes_____   No_____   N/A_____

(c) Nociceptive pain                          Yes_____   No_____   N/A_____

(d) Neuropathic pain                          Yes_____   No_____   N/A_____

(e) Neurontin in dosages over 1800 mg         Yes_____   No_____   N/A_____

Southern California Region

(a) Bipolar disorder                          Yes_____   No_____   N/A_____

(b) Migraine                                  Yes_____   No_____   N/A_____

(c) Nociceptive pain                          Yes_____   No_____   N/A_____

(d) Neuropathic pain                          Yes_____   No_____   N/A_____

(e) Neurontin in dosages over 1800 mg         Yes_____   No_____   N/A_____

Northwest Region

(a) Bipolar disorder                          Yes_____   No_____   N/A_____

(b) Migraine                                  Yes_____   No_____   N/A_____

(c) Nociceptive pain                          Yes_____   No_____   N/A_____

(d) Neuropathic pain                          Yes_____   No_____   N/A_____

(e) Neurontin in dosages over 1800 mg         Yes_____   No_____   N/A_____

Georgia Region

(a) Bipolar disorder                          Yes_____   No_____   N/A_____

(b) Migraine                                  Yes_____   No_____   N/A_____

(c) Nociceptive pain                          Yes_____   No_____   N/A_____

(d) Neuropathic pain                          Yes_____   No_____   N/A_____

(e) Neurontin in dosages over 1800 mg         Yes_____   No_____   N/A_____

Ohio Region

(a) Bipolar disorder                          Yes_____   No_____   N/A_____

(b) Migraine                                  Yes_____   No_____   N/A_____

(c) Nociceptive pain                          Yes_____   No_____   N/A_____

(d) Neuropathic pain                          Yes_____   No_____   N/A_____

(e) Neurontin in dosages over 1800 mg         Yes_____   No_____   N/A_____

Colorado Region

(a) Bipolar disorder                              Yes_____    No_____    N/A____

(b) Migraine                                       Yes_____    No_____    N/A____

(c) Nociceptive pain                               Yes_____    No_____    N/A____

(d) Neuropathic pain                               Yes_____    No_____    N/A____

(e) Neurontin in dosages over 1800 mg             Yes_____    No_____    N/A____

Mid Atlantic States Region

(a) Bipolar disorder                              Yes_____    No_____    N/A____

(b) Migraine                                       Yes_____    No_____    N/A____

(c) Nociceptive pain                               Yes_____    No_____    N/A____

(d) Neuropathic pain                               Yes_____    No_____    N/A____

(e) Neurontin in dosages over 1800 mg             Yes_____    No_____    N/A____

Hawaii Region

(a) Bipolar disorder                              Yes_____    No_____    N/A____

(b) Migraine                                       Yes_____    No_____    N/A____

(c) Nociceptive pain                               Yes_____    No_____    N/A____

(d) Neuropathic pain                               Yes_____    No_____    N/A____

(e) Neurontin in dosages over 1800 mg             Yes_____    No_____    N/A____

(If you have answered Yes to any subpart of Q18, go to Q19.  If you have answered no or N/A to all subparts, go to Q20.)

Q19.  Do you find that Kaiser could have avoided any part of the claimed injury through the exercise of reasonable efforts?  If your answer is Yes, please provide the date after which you believe injury could have been avoided.

(a) Bipolar disorder                              Yes_____    No_____

(b) Migraine                                       Yes_____    No_____

(c) Nociceptive pain                               Yes_____    No_____

(d) Neuropathic pain                               Yes_____    No_____

(e) Neurontin in dosages over 1800 mg             Yes_____    No_____

(Go to Q20.)

Q20.   Did Kaiser prove that that Pfizer engaged in unfair business practices under the California Unfair Competition Law, with respect to:

   (a) Bipolar disorder                              Yes_____   No_____

   (b) Migraine                                      Yes_____   No_____

   (c) Nociceptive pain                              Yes_____   No_____

   (d) Neuropathic pain                              Yes_____   No_____

   (e) Neurontin in dosages over 1800 mg            Yes_____   No_____

   (If you have answered Yes to any subpart of Q20, go to Q21.  If you have answered no or N/A to all subparts, go to Q___.)

Q21.   Do you find that Kaiser relied upon the unfair business practices and, as a result, suffered injury?  Answer separately for each region and indication.

   Northern California Region

   (a) Bipolar disorder                              Yes_____   No_____   N/A_____

   (b) Migraine                                      Yes_____   No_____   N/A_____

   (c) Nociceptive pain                              Yes_____   No_____   N/A_____

   (d) Neuropathic pain                              Yes_____   No_____   N/A_____

   (e) Neurontin in dosages over 1800 mg            Yes_____   No_____   N/A_____

   Southern California Region

   (a) Bipolar disorder                              Yes_____   No_____   N/A_____

   (b) Migraine                                      Yes_____   No_____   N/A_____

   (c) Nociceptive pain                              Yes_____   No_____   N/A_____

   (d) Neuropathic pain                              Yes_____   No_____   N/A_____

   (e) Neurontin in dosages over 1800 mg            Yes_____   No_____   N/A_____

   Northwest Region

   (a) Bipolar disorder                              Yes_____   No_____   N/A_____

   (b) Migraine                                      Yes_____   No_____   N/A_____

   (c) Nociceptive pain                              Yes_____   No_____   N/A_____

   (d) Neuropathic pain                              Yes_____   No_____   N/A_____

   (e) Neurontin in dosages over 1800 mg            Yes_____   No_____   N/A_____

Georgia Region

(a) Bipolar disorder                                    Yes_____    No_____    N/A_____

(b) Migraine                                            Yes_____    No_____    N/A_____

(c) Nociceptive pain                                    Yes_____    No_____    N/A_____

(d) Neuropathic pain                                    Yes_____    No_____    N/A_____

(e) Neurontin in dosages over 1800 mg                   Yes_____    No_____    N/A_____

Ohio Region

(a) Bipolar disorder                                    Yes_____    No_____    N/A_____

(b) Migraine                                            Yes_____    No_____    N/A_____

(c) Nociceptive pain                                    Yes_____    No_____    N/A_____

(d) Neuropathic pain                                    Yes_____    No_____    N/A_____

(e) Neurontin in dosages over 1800 mg                   Yes_____    No_____    N/A_____

Colorado Region

(a) Bipolar disorder                                    Yes_____    No_____    N/A_____

(b) Migraine                                            Yes_____    No_____    N/A_____

(c) Nociceptive pain                                    Yes_____    No_____    N/A_____

(d) Neuropathic pain                                    Yes_____    No_____    N/A_____

(e) Neurontin in dosages over 1800 mg                   Yes_____    No_____    N/A_____

Mid Atlantic States Region

(a) Bipolar disorder                                    Yes_____    No_____    N/A_____

(b) Migraine                                            Yes_____    No_____    N/A_____

(c) Nociceptive pain                                    Yes_____    No_____    N/A_____

(d) Neuropathic pain                                    Yes_____    No_____    N/A_____

(e) Neurontin in dosages over 1800 mg                   Yes_____    No_____    N/A_____

Hawaii Region

(a) Bipolar disorder                                    Yes_____    No_____    N/A_____

(b) Migraine                                            Yes_____    No_____    N/A_____

(c) Nociceptive pain                                    Yes_____    No_____    N/A_____

(d) Neuropathic pain                                    Yes_____    No_____    N/A_____

(e) Neurontin in dosages over 1800 mg                   Yes_____    No_____    N/A_____

(If you have answered Yes to any subpart of Q21, go to Q22.  If you have answered no or N/A to all subparts, go to Q__.)

23

Q22.   Do you find that Kaiser could have avoided any part of the claimed injury through the exercise of reasonable efforts?  If your answer is Yes, please provide the date after which you believe injury could have been avoided.

(a) Bipolar disorder                      Yes_____   No_____

(b) Migraine                              Yes_____   No_____

(c) Nociceptive pain                      Yes_____   No_____

(d) Neuropathic pain                      Yes_____   No_____

(e) Neurontin in dosages over 1800 mg     Yes_____   No_____