UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

### DEFENDANTS' MOTION FOR JURY INSTRUCTION BINDING KAISER TO ITS LITIGATION POSITIONS

Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully move for a jury instruction binding Kaiser to its longstanding positions in this litigation. The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court instruct the jury to completely disregard testimony by Kaiser's witnesses that seeks to disavow Kaiser's longstanding positions in this litigation.

### REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument will assist the Court, and they wish to be heard. Accordingly, pursuant to Local Rule 7.1(D), Defendants respectfully request oral argument on this motion.

Dated: March 19, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:  /s/ Mark S. Cheffo
     Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Email:  Mark.Cheffo@skadden.com

| | |
|---|---|
| <div style="border:1px solid">CERTIFICATE OF CONSULTATION<br><br>I hereby certify that counsel have conferred in a good faith attempt to narrow or resolve the issues presented by this motion but have been unable to do so.<br><br>/s/ Mark S. Cheffo<br>Mark S. Cheffo</div><br><div style="border:1px solid">CERTIFICATE OF SERVICE<br><br>I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 19, 2010.<br><br>/s/ Mark S. Cheffo<br>Mark S. Cheffo</div> | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By:   /s/ Raoul D. Kennedy<br>       Raoul D. Kennedy<br><br>Four Embarcadero Center<br>San Francisco CA 94111<br>Tel:  (415) 984-6400<br>Email:  Raoul.Kennedy@skadden.com<br><br>WHEELER TRIGG O'DONNELL LLP<br><br>By:   /s/ James E. Hooper<br>       James E. Hooper<br><br>1801 California Street<br>Suite 3600<br>Denver, CO 80202-2617<br>Tel:  (303) 244-1800<br>Email:  hooper@wtotrial.com<br><br>*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC* |