UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
---------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL PRODUCTS LIABILITY CASES

---------------------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**PRODUCTS LIABILITY PLAINTIFFS' NOTICE OF FILING OF SUPPLEMENTAL EXPERT REPORT OF SANDER GREENLAND, M.A., M.S., Dr.P.H., C.Stat.**

In connection with the pending motion by Products Liability Plaintiffs to exclude the testimony and exhibits of Dr. Robert Gibbons pursuant to Fed. R. Evid. 702 *et seq.*, ECF Doc. # 2121, and in response to the Court's directions at the motion hearing on February 17, 2010, Plaintiffs respectfully submit for the Court's consideration, the Supplemental Expert Report of Sander Greenland, M.A., M.S., Dr.P.H., C.Stat., and Exhibits A and B.

This filing is intended to ensure that the Court and all counsel have ready access to all evidence relevant and material to Plaintiffs' motion to exclude Defendants' expert Dr. Gibbons.

Dated: March 19, 2010

Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:   /s/ Andrew G. Finkelstein
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

By:    /s/ **Jack W. London**
      Jack W. London, Esquire
      Law Offices of Jack W. London
        & Associates
      3701 Bee Cave Road, Suite 200
      Austin, TX  78746

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 19, 2010.

Dated: March 19, 2010

                                                    /s/ **Andrew G. Finkelstein**
                                                    Andrew G. Finkelstein