**Supplemental Expert Report of Sander Greenland, M.A., M.S., Dr.P.H., C.Stat.**
**March 19, 2010**

### 1. Introduction

The present report supplements my previous reports and testimony in this case. I have been asked to review the Supplemental Expert Report of 5 January 2010 filed by Dr. Robert D. Gibbons concerning the relation of gabapentin (Neurontin) to suicidal ideation and behavior. In particular, I have been asked to assess whether this report has met my criticisms of Dr. Gibbons earlier reports and articles, and whether his latest report uses sound scientific methodology to reach its conclusions. My qualifications for this task have been listed in earlier filings.

### 2. Summary of Opinions

My review of Dr. Gibbons' Jan. 2010 report does not change my opinion that the conclusions in Dr. Gibbons' earlier reports are not based upon sound science; nor are the conclusions in his Jan. 2010 Report.  My reasons for this negative assessment are as follows:

Dr. Gibbons' studies would not, by themselves, allow one to either conclude that gabapentin increases, decreases, or has no effect on the risk of suicidal behavior. The major reasons for my view are as follows:

1) Dr. Gibbons relies entirely on conventional statistical methods to support his causal conclusions from his nonrandomized, observational database studies. While these methods sometimes suffice to summarize possibly noncausal associations seen in such studies, they do not and cannot address the uncertainties arising from the methodologic problems in those studies and the logical gaps between association and causation (especially when dealing with potential causes that are neither necessary nor sufficient for the outcome).

2) Dr. Gibbons' study is seriously flawed because he failed to obtain data on most of the potentially important psychoactive drugs taken by the study subjects. This flaw is contrary to his assertions in his bipolar paper (Gibbons et al., 2009); there he cultivates the misimpression that all psychoactive drugs were considered. Among the many common psychoactive drugs that he did not obtain data on and thus could not control for most tranquilizers (anxiolytics) such as Xanax, Ambien, and most benzodiazepines; Ritalin, Adderal, and other stimulants; appetite suppressants; most hypnotics; and Oxycontin, Vycodin, and other strong analgesics. Nor did he have reliable information on use of nonprescription psychoactive agents such as alcohol. Nor did he have information on psychotherapy. Because he did not account for a very large number of common psychoactive drugs or psychotherapy, neither Dr. Gibbons nor his readers can determine

    whether the protective effects he attributes to gabapentin are instead due to psychoactive drugs for which he lacked data; nor can they tell whether those drugs masked harmful effects of gabapentin. Similar cautions apply to other factors Dr. Gibbons did not control, such as psychotherapy and alcohol use. In other words, one cannot rule out strong confounding of his results by other drugs, by psychotherapy, or by alcohol use. Dr. Gibbons continues to base his arguments on the unfounded assumption that the limited drug data he obtained suffice to address these concerns.

3) Neither his earlier reports nor his new report provide analyses with an exact determination of whether an individual was on or off a drug at the time of a suicide attempt referenced in his analysis.  Rather, the analyses presented by Dr. Gibbons determine whether the individual was on or off the drug within the month of the suicide attempt listed in the data.  If the individual was taking the drug for even one day during the month or never used the prescription, Dr. Gibbons considers that person to be on the drug for the entire month at issue. Dr. Gibbons continues to maintain that his sensitivity analyses address my original concern about his failure to accurately classify the drug status of suicide-attempt cases at the time of their events. Contrary to his claims, he has not done so; there is no way to determine from the data he actually presents whether his failure inflated or deflated his estimates of gabapentin effect.

4) Several of these problems have been noted by ██████████████████████ and his talks. Some of the flaws could not have been detected by the peer reviewers of his published study, because they did not have the benefit of reviewing the detailed documents presented to the court or the PharMetrics data purchased by Dr. Gibbons. Because of this litigation, I have had the opportunity to review Dr. Gibbons' data, and understand how his conclusions are based on ignoring his studies flaws and his analytical gaps.

I conclude that his statistical results are unreliable guides to the uncertainty with which one should view those results in relation to the hypotheses that gabapentin has causal or protective effects on the outcomes at issue. I expand on each of the issues below.

### 3. Pharmacoepidemiologic database studies are of more limited evidentiary value than indicated by conventional statistics such as those used by Dr. Gibbons

Pharmacoepidemiologic studies, while common, important, and useful, have major limitations when trying to reach causal inferences about the relationship between a treatment and a hypothesized effect.  This is true regardless of whether the effect is beneficial or harmful. My report dated May 31, 2009 sets forth my arguments to this effect in more detail. In general, these limitations imply that conventional statistics from these studies (like most observational epidemiologic studies) overstate statistical significance of results with respect to possible causation and prevention. They also produce confidence intervals that are too narrow to provide

the level of confidence about effects (usually 95%) that they claim (Greenland, 2003, 2005, 2009ab).

These general concerns about the limitations of observational studies such as Gibbons studies are among the key reasons the FDA will not approve drugs based on such studies. These concerns are nowhere addressed by Dr. Gibbons, who continues to draw unwarranted causal conclusions from his statistical methods, even though those methods have demonstrated deficiencies in observational studies such as his (Greenland, 2003, 2005, 2008, 2009ab; Greenland and Lash, 2008; Lash et al., 2009). As described in the latter citations and elsewhere (Gustafson, 2006), these deficiencies are in no way addressed by the number of subjects used in the study; in particular, they would apply with the same force whether Gibbons' had studied 130 million people instead of 130 thousand.

An example of the limitations not addressed by Dr. Gibbons' reports and papers follows. In October 2008, Dr. Gibbons gave a talk on his work with the anti-convulsants. At least two Pfizer employees were present and took notes on the talk.[1] On page two of the notes, the faculty at Harvard expressed concerns that the results of Dr. Gibbons' studies could be expected as "regression to the mean" (also known as reversion to the mean). This phrase refers to the fact that even patients who are not treated will tend to return toward normalcy after a period of time (Senn, 2003). This spontaneous-recovery phenomenon could explain all the apparent reduction in suicide attempt rates. Dr. Gibbons' Supplemental Report (like his previous reports) continues to make no direct adjustment for this phenomenon, instead claiming it is addressed by person-time analyses; I do not believe that is so (see #5 below). It is no wonder that some faculty felt that there was a need for "much greater statistical development work in this area if any causal relationships are to be shown." I expressed the same concerns in my May 2009 report, before I saw these notes, and pointed out that the reviewers of Gibbons et al. (2009) for the Archives of General Psychiatry had expressed similar concerns, forcing Gibbons and his coauthors to moderate their conclusions more than those seen in Gibbons expert reports.

Thus, while it is fair to say that gabapentin did not show an *association* with increased risk for suicidality in Dr. Gibbons' analyses, his data and analyses do not show why this happened.



---

[1] These notes have been been disclosed by defendants in this litigation within the custodial file documents of Pfizer employee Christopher Wohlberg (Pfizer_Wohlberg_012772).



Therefore, as confirmed by ⬛⬛⬛ faculty who have commented on Dr. Gibbons' presentations, there is no sound basis for Dr. Gibbons' ongoing causal conclusion that "there is no increased risk of suicidal thinking and behavior for gabapentin overall, and if anything, protective effects for psychiatric patients who are at increased suicidal risk." Because of the deficiencies documented above, in my previous reports, and by reviewers and colleagues who commented on his studies, the studies and analyses that Dr. Gibbons conducted do not license drawing such strong conclusions from his actual observations. The methodological and analytical gaps between Dr. Gibbons' data and his conclusions are too large, and Dr. Gibbons' continues to do nothing to acknowledge let alone address these gaps (some of which cannot be addressed by the available data).

For his final conclusion, Dr. Gibbons claims that "Because no signal has been identified for increased risk of suicidality for gabapentin, there was never any reason for Pfizer to warn physicians of this non-existent risk." Again, the studies and analyses that Dr. Gibbons conducted do not come close to licensing such strong conclusions from his actual observations, for these reasons:
   a) We can only say that no *epidemiologic* signal was detected by Dr. Gibbons in *his analyses* of the small portion of PharmMetrics data that he obtained. Neither Dr. Gibbons nor I are qualified to comment on the existence of *clinical* signals in the entire PharmMetrics database or in other data, such as the data used by the FDA to evaluate safety of antiepileptics.
   b) Dr. Gibbons failed to obtain complete data from PharmMetrics; he cannot know whether epidemiologic signals exist in the data that he did not obtain and thus failed to analyze. This problem is discussed further in the next section.
   c) Dr. Gibbons cannot claim with any scientific reliability that the risk from gabapentin is non-existent; his failure to detect such a risk may well be because of the many flaws in his study and weaknesses in his analytical methods.

Again, there is a huge gap between the actual evidence that Gibbons presents and the conclusions that he reaches.

**4. Dr. Gibbons' studies are methodologically flawed due to his failure to obtain adequate information on psychoactive drugs and psychotherapies**

An enormous methodologic flaw of Dr. Gibbons' studies is that he did not obtain data all of the common psychoactive drugs taken by those individuals in studies, nor did he obtain data on

psychotherapies or other depression treatments such as electroconvulsive therapy (ECT). Dr. Gibbons cannot correct this flaw with any analysis of his data. His writings consistently attempt to mislead readers into thinking otherwise; for example, his 2009 paper stated:

> "In patients treated with no other psychotropic medication, AED's significantly reduced the SA rate to less than that of patients who received no psychopharmacological treatment" (Gibbons et al., 2009, p. 1360)

This statement is factually incorrect: Because of the limited data he obtained, Dr. Gibbons has no idea whether the patients he referred to in the quote received other psychotropic medications or psychopharmacological treatments. The peers who reviewed Dr. Gibbons' paper for publication could not have known of this inaccuracy, because the complete list of drugs that Dr. Gibbons included in the PharMetrics database was not disclosed to them. That list does not include most of the drugs that would be necessary to account for confounding in Dr. Gibbons' studies.

To aid preparation for this declaration, Dr. Cheryl Blume provided a list of psychotropic drugs from the drug dictionary for Dr. Gibbons' PharMetrics data. That list makes clear Dr. Gibbons did not obtain the following drug prescriptions with psychotropic effects (this is only a partial list of what Gibbons did not obtain):
- Prescriptions for drugs to treat sleep or anxiety problems (hypnotics and anxiolytic therapies, e.g., Xanax, Ambien)
- Prescriptions for drugs to treat pain (analgesics, e.g., Oxycontin, Vicodin, Percoset)
- Pharmaceuticals with potential psychological side effects (e.g., Accutane)
- Prescriptions for attention, concentration, or weight problems (e.g., Ritalin, Adderal)

A complete list of the drugs and drug classes is attached to this declaration.

Dr. Gibbons' failure to include common psychotropic drugs in his studies means that he cannot account for confounding due to use of such drugs. Nor can or did he account for concomitant psychotherapy or for alcohol use. Consequently, Dr. Gibbons is unable to reliably state that his observed results, whether positive and negative, are due to gabapentin or any other drug, or to psychotherapies, or to concomitant alcohol use. His study failed to investigate whether any change in the rate or number of suicides is due to the presence or removal of any of the non-included drugs, changes in psychotherapy, or changes in alcohol use. Furthermore, as stated in his paper, his results could be the result of the natural progression of the disease because some patient groups without any pharmacologic treatment also showed reductions in the suicide attempt rate.

With respect to Dr. Gibbons' gabapentin cohort, the majority of the individuals were being treated for pain. The failure to obtain and account for pain medications (analgesics) in the gabapentin cohort is especially egregious. Alcohol abuse is also a risk when chronic pain is

present. Whether seeking publication or rendering opinions before the Court, it is unsound scientific practice to ignore such data and to misrepresent that all psychotropic data had been obtained. This failure renders his results unreliable. No reanalysis of the data actually obtained by Dr. Gibbons can remedy this problem.

I believe that Dr. Gibbons has also misrepresented to the Court the data he obtained for Valium, a very popular anxiolytic (tranquilizer). Valium is the brand name for the generic drug diazepam. There is one version of diazepam used exclusively as an anti-convulsant, known as Diastat. The PharMetrics data distinguishes whether diazepam was used as an anti-convulsant or as an anxiolytic. Because Dr. Gibbons obtained data for anti-convulsants, his data did include Diastat. This is confirmed by his Daubert testimony of July 23, 2009:
> Q.  You didn't include anxiolytics, correct, such as Xanax or Valium?
> A.  There were several anxiolytics that were included in this analysis. Valium was included in this analysis. It was one of the other antiepileptic drugs that's included in this, as in addition to other -- there's one other I'm forgetting the name of right now which is a part of that list that is also used as an anxiolytic.[2]

Dr. Gibbons nonetheless failed to obtain data for anxiolytic therapies, including use of diazepam (Valium) as an anxiolytic (the most common use for Valium). This failing is reflected in his bipolar study, where only 18 individuals out of over 47,000 had prescriptions for diazepam (in the form of Diastat); in his gabapentin study, there were only 92 individuals out of over 131,000. Therefore, his representations to the Court that he obtained the data for Valium are misleading because he only obtained diazepam when it was used as an anticonvulsant, not when used as an anxiolytic, and therefore missed the vast majority of its use.

**5. Dr. Gibbons' new analyses do not address his failure to accurately correlate events with drug exposure time**

Dr. Gibbons' new report and his revised sensitivity analyses have still not satisfied my underlying criticism of his person-time analyses. In both his original analysis and his new one, Dr. Gibbons has consistently failed to accurately compute for each suicide attempt whether the person had an active prescription for the drug *at the time of the attempt*.

As in his sensitivity analyses in his bipolar paper, in his new analyses Dr. Gibbons employs only two binary observations: (1) was the individual on the drug during the month? (2) was there a suicide attempt during the month? If the person was prescribed the drug at any time during the month, Dr. Gibbons counts that person as having 30 days of exposure, even if they were on the drug for only one day during the month. This practice results in overstating the amount of time exposed to gabapentin. If gabapentin use did lead to suicide attempts, this overstatement of time on gabapentin would artificially deflate the observed suicide attempt rate for gabapentin and

---

[2] Daubert Testimony of Dr. Gibbons, July 23, 2009 45:18-45:25

could make it appear harmless or even protective relative to no gabapentin. Furthermore, since he calculated the amount of time off gabapentin by subtracting the time on gabapentin from the number of patient years of exposure, Dr. Gibbons analysis would underestimate the time off gabapentin and therefore would artificially inflate the observed suicide attempt rate for gabapentin; again this artifact could make gabapentin appear harmless or even protective relative to no gabapentin. Other scenarios could make gabapentin appear harmless when in fact it is protective.

The direction of bias produced by Dr. Gibbons analysis choices could be in either direction. The net impact is that the true incidence rate ratio comparing suicide attempts on and off gabapentin is subject to additional uncertainty due to failure of Dr. Gibbons to properly account for person-time with and without a gabapentin prescription. This source of uncertainty is nowhere accounted for by Dr. Gibbons analyses. Nothing Dr. Gibbons has written or testified to justifies his failure to account for this source of uncertainty, which calls into question his claims of statistical significance. Therefore, Dr. Gibbons has not satisfied my concerns about the person-time analysis.

## 6. Conclusion

Dr. Gibbons' opinion that his studies establish that gabapentin is protective of suicide or at least has no effect is completely unfounded. In their published bipolar paper, Dr. Gibbons and colleagues acknowledge that his data only "suggests a possible protective effect of AED treatment on suicidality" (Gibbons et al., 2009, p. 1358). Since gabapentin is an AED, this statement shows that there is an inadequate basis for Dr. Gibbons to conclude that gabapentin is protective for suicidality.

The defendants have misrepresented that I agree with Dr. Gibbons' methodology. Accordingly, it is important to clarify my opinions. The type of study performed by Dr. Gibbons is commonly done to investigate drug effects, and the statistical methods used by Dr. Gibbons are conventionally accepted as statistical summaries of the observations. Nonetheless, I dispute that the causal inferences drawn by Dr. Gibbons are warranted by the type of study, analyses, and summaries that he presents. There is a large analytical gap between his statistical results and his causal conclusions, and Dr. Gibbons continues to present no analysis that accounts for that gap, even though methods to do so are abundant in the statistical and epidemiologic literature (Greenland, 2003, 2005, 2008, 2009ab; Greenland and Lash, 2008; Lash et al., 2009; Turner et al., 2009; Vansteelandt et al., 2006). His failure to apply or even mention these methods may be because such methods demonstrate that causal conclusions from typical epidemiologic studies (such as those by Gibbons) are unwarranted.

I do not agree that the data obtained by Dr. Gibbons was appropriate for the study he performed, because he failed to obtain all of the relevant drugs taken by the patients. That data was readily available to him for purchase and should have been obtained and used in the analysis. In addition, while he could have accurately determined whether an individual was on or off the drug prescription at the time of the attempt, he instead performed various sensitivity analyses that in never addressed the issue appropriately.

Therefore, while Dr. Gibbons used a common study design and accepted statistical methods for estimating associations, he failed to obtain adequate data to address concerns about confounding, and failed to properly apply his methods to the data. Furthermore, he never attempted to account for the uncertainties that lay in the gaps between his data, his analyses, and his causal conclusions. As such, the conclusions he expresses in his expert reports are scientifically unwarranted and unreliable. Thus, I do not agree that he is applying sound scientific principles when he claims that his studies demonstrate gabapentin does not increase the risk of suicide.

In sum, while Dr. Gibbons has conducted studies and analyses of a form routinely performed within the scientific community, but the conclusion that gabapentin does not increase the risk of suicidal behavior does not follow from his studies and analyses. His new analyses address none of the problems that I and our peers unaffiliated with this litigation have pointed out. As a result, his conclusions regarding gabapentin effects are scientifically unreliable *non sequiturs*, which cannot be found in his peer-reviewed publications and appear to be tacked on to his expert reports expressly for this litigation.

My evaluation applies regardless and independently of whether gabapentin has any harmful or protective effects on suicidality. In light of the data and analysis problems I have described above, it is still my opinion that no statistically or scientifically reliable inference or conclusion about the effects of gabapentin can be drawn from the statistical analyses presented by Dr. Gibbons in his expert reports (including his supplemental expert report of 5 January 2010) and by Gibbons et al. (2009), and that no statistical analysis of the data obtained by Dr. Gibbons could provide a scientifically reliable conclusion about gabapentin effects.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of March, 2010, at Topanga, California.

*[signature]*

Sander Greenland, M.A., M.S., Dr.P.H., C.Stat.

Case 1:04-cv-10981-PBS   Document 2712-2   Filed 03/19/10   Page 9 of 17

Page **9** of **11**

REFERENCES AND LIST OF MATERIALS CONSIDERED FOR THIS REPORT:

Beers, M.H., Porter, R.S., Jones, T.V. (2006). *The Merck Manual*, 18th edition.

Coyle, J.T. (2009). Letter to Robert D. Gibbons (e-mail) dated Feb. 2, 2009.

Coyle, J.T. (2009). Letter to Robert D. Gibbons (e-mail) dated April 29, 2009.

*Deposition of Robert Gibbons*, February 3-4[th], 2009, and Exhibits.

*Deposition of Robert Gibbons*, March 5th, 2009, and Exhibits.

*Deposition of Robert Gibbons*, April 27th, 2009, and Exhibits.

E-Mail from Cheryl Blume to Keith Altman dated March 16, 2010

Excel Spreadsheet of Psychoactive Drugs

Gabapentin Manuscript Rejections filed under seal (ECF#2691)

Gibbons, R.D. (2008). *Expert Report of Robert D. Gibbons Ph.D*. May 19, 2008. Neurontin Litigation.

Gibbons, R.D. (2008). *Supplemental Expert Report of Robert D. Gibbons Ph.D*. July 11, 2008. Neurontin Litigation.

Gibbons, R.D. (2008). *Supplemental Expert Report of Robert D. Gibbons Ph.D*. Nov. 5, 2008. Neurontin Litigation.

Gibbons, R.D. (2009). *Supplemental Expert Report of Robert D. Gibbons Ph.D*. March 19, 2009. Neurontin Litigation.

Gibbons, R.D. (2010). *Supplemental Expert Report of Robert D. Gibbons Ph.D*. January 5, 2010. Neurontin Litigation.

Gibbons, R.D., Hur K., Brown, C.H., Mann, J.J. (2008). The relationship between antiepileptics and suicide attempts in patients with bipolar disorder. Manuscript, Sept. 2008.

Gibbons, R.D., Hur K., Brown, C.H., Mann, J.J. (2009). The relationship between antiepileptics and suicide attempts in patients with bipolar disorder. *Archives of General Psychiatry*, 66, 1354-1360.

Gibbons, R.D. (2009). Letter to Editor of the *Archives of General Psychiatry* dated March 15, 2009.

Goodman, S.N., Berlin, J. (1994). The use of predicted confidence intervals when planning experiments and the misuse of power when interpreting results. *Annals of Internal Medicine*, 121, 200–206.

Greenland, S. (2003). The impact of prior distributions for uncontrolled confounding and response bias: A case study of the relation of wire codes and magnetic fields to childhood leukemia. *Journal of the American Statistical Association*, 98, 47-54.

Greenland, S. (2005). Multiple-bias modeling for analysis of observational data (with discussion). *Journal of the Royal Statistical Society*, Series A, 168, 267-308.

Gustafson, P. (2006). Sample size implications when biases are modelled rather than ignored. *Journal of the Royal Statistical Society,* Series A, 169, 883-902.

Greenland, S., Lash, T.L. (2008). Bias analysis. Ch. 19 in: Rothman, K.J., Greenland, S., and Lash, T.L., eds. *Modern Epidemiology*, 3rd ed. Philadelphia: Lippincott-Williams-Wilkins, 345-380.

Greenland, S. (2009a). Bayesian perspectives for epidemiologic research. III. Bias analysis via missing-data methods. *International Journal of Epidemiology*, 38, 1662-1673.

Greenland, S. (2009b). Relaxation penalties and priors for plausible modeling of nonidentified bias sources. *Statistical Science*, 24, 195-210.

Hoening, J.M., Heisey, D.M. (2001). The abuse of power: The pervasive fallacy of power calculations for data analysis. *The American Statistician,* 55, 19–24.

Lash, T.L., M. Fox, M., Fink, A.K. (2009). *Applying Quantitative Bias Analysis to Epidemiologic Data*. New York: Springer.

Notes on Gibbons 2008 Harvard Talk (Pfizer_Wohlberg_012772)

PharMetrics data (2008). *Deposition of Robert Gibbons*, February 3-4[th], 2009, Exhibit 4. Produced by Robert D. Gibbons, Ph.D., Nov. 2008.

*Physician's Desk Reference* (2009). 63rd edition. Thomson Reuters.

Poole, C. (2001). Low P-values or narrow confidence intervals: Which are more durable? *Epidemiology* 2001;12:291–294.

Rothman, K.J., Greenland, S., Lash, T.L. (2008). *Modern Epidemiology*, 3rd ed. Philadelphia: Lippincott.

Senn, S. (2003). *Dicing with Death: Chance, Risk and Health*. Cambridge: Cambridge University Press, 15-24.

Smith, A.H., Bates, M. (1992). Confidence limit analyses should replace power calculations in the interpretation of epidemiologic studies. *Epidemiology*, 3, 449–452.

Turner, R.M., Spiegelhalter, D.J., Smith, G.C.S. and Thompson, S.G. (2009). Bias modeling in evidence synthesis. *Journal of the Royal Statistical Society*, Series A, 172, 21-47.

Vansteelandt, S., Goetghebeur, E., Kenward, M.G., Molenberghs, G. (2006). Ignorance and uncertainty regions as inferential tools in a sensitivity analysis. *Statistica Sinica*, 16, 953-980.

EXHIBIT A

| rx_group | drug_class | gen_nm | PurchaseByGibbons |
|---|---|---|---|
| ADHD/ANTI-NARCOLEPSY/ANTI-OBESITY/ANOREXIANTS | AMPHETAMINES | AMPHETAMINE-DEXTROAMPHETAMINE | No |
| ADHD/ANTI-NARCOLEPSY/ANTI-OBESITY/ANOREXIANTS | AMPHETAMINES | DEXTROAMPHETAMINE SULFATE | No |
| ADHD/ANTI-NARCOLEPSY/ANTI-OBESITY/ANOREXIANTS | AMPHETAMINES | LISDEXAMFETAMINE DIMESYLATE | No |
| ADHD/ANTI-NARCOLEPSY/ANTI-OBESITY/ANOREXIANTS | AMPHETAMINES | METHAMPHETAMINE HCL | No |
| ADHD/ANTI-NARCOLEPSY/ANTI-OBESITY/ANOREXIANTS | ATTENTION-DEFICIT/HYPERACTIVITY DISORDER (ADHD) AGENTS | ATOMOXETINE HCL | No |
| ADHD/ANTI-NARCOLEPSY/ANTI-OBESITY/ANOREXIANTS | STIMULANTS - MISC. | DEXMETHYLPHENIDATE HCL | No |
| ADHD/ANTI-NARCOLEPSY/ANTI-OBESITY/ANOREXIANTS | STIMULANTS - MISC. | METHYLPHENIDATE | No |
| ADHD/ANTI-NARCOLEPSY/ANTI-OBESITY/ANOREXIANTS | STIMULANTS - MISC. | METHYLPHENIDATE HCL | No |
| ADHD/ANTI-NARCOLEPSY/ANTI-OBESITY/ANOREXIANTS | STIMULANTS - MISC. | MODAFINIL | No |
| ADHD/ANTI-NARCOLEPSY/ANTI-OBESITY/ANOREXIANTS | STIMULANTS - MISC. | PEMOLINE | No |
| ANALGESICS - NARCOTIC | OPIOID ANTAGONISTS | NALTREXONE HCL | No |
| ANALGESICS - OPIOID | OPIOID AGONISTS | CODEINE PHOSPHATE | No |
| ANALGESICS - OPIOID | OPIOID AGONISTS | CODEINE SULFATE | No |
| ANALGESICS - OPIOID | OPIOID AGONISTS | FENTANYL | No |
| ANALGESICS - OPIOID | OPIOID AGONISTS | FENTANYL CITRATE | No |
| ANALGESICS - OPIOID | OPIOID AGONISTS | HYDROMORPHONE HCL | No |
| ANALGESICS - OPIOID | OPIOID AGONISTS | LEVORPHANOL TARTRATE | No |
| ANALGESICS - OPIOID | OPIOID AGONISTS | MEPERIDINE HCL | No |
| ANALGESICS - OPIOID | OPIOID AGONISTS | METHADONE HCL | No |
| ANALGESICS - OPIOID | OPIOID AGONISTS | MORPHINE SULFATE | No |
| ANALGESICS - OPIOID | OPIOID AGONISTS | MORPHINE SULFATE BEADS | No |
| ANALGESICS - OPIOID | OPIOID AGONISTS | MORPHINE SULFATE FOR CONTINUOUS | No |
| ANALGESICS - OPIOID | OPIOID AGONISTS | OXYCODONE HCL | No |
| ANALGESICS - OPIOID | OPIOID AGONISTS | OXYMORPHONE HCL | No |
| ANALGESICS - OPIOID | OPIOID AGONISTS | PROPOXYPHENE HCL | No |
| ANALGESICS - OPIOID | OPIOID AGONISTS | PROPOXYPHENE NAPSYLATE | No |
| ANALGESICS - OPIOID | OPIOID AGONISTS | TRAMADOL HCL | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | ACETAMINOPHEN W/ CODEINE | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | ACETAMINOPHEN-CAFF-DIHYDROCOD | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | ASPIRIN W/ CODEINE | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | ASPIRIN-CAFF-BUTALBITAL W/COD | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | BUTALBITAL-ACETAMINOPHEN-CAFFEINE W/ | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | BUTALBITAL-ASPIRIN-CAFFEINE W/COD | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | DIHYDROCODEINE COMPOUND | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | HYDROCODONE-ACETAMINOPHEN | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | HYDROCODONE-ASPIRIN | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | HYDROCODONE-IBUPROFEN | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | MEPERIDINE W/ PROMETHAZINE | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | OXYCODONE W/ ACETAMINOPHEN | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | OXYCODONE W/ ASPIRIN | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | OXYCODONE-IBUPROFEN | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | PENTAZOCINE W/ APAP | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | PENTAZOCINE W/ ASPIRIN | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | PROPOXYPHENE COMPOUND | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | PROPOXYPHENE HCL W/ APAP | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | PROPOXYPHENE-N W/ APAP | No |
| ANALGESICS - OPIOID | OPIOID COMBINATIONS | TRAMADOL-ACETAMINOPHEN | No |
| ANALGESICS - OPIOID | OPIOID PARTIAL AGONISTS | BUPRENORPHINE HCL | No |
| ANALGESICS - OPIOID | OPIOID PARTIAL AGONISTS | BUPRENORPHINE HCL-NALOXONE HCL | No |
| ANALGESICS - OPIOID | OPIOID PARTIAL AGONISTS | BUTORPHANOL TARTRATE | No |
| ANALGESICS - OPIOID | OPIOID PARTIAL AGONISTS | NALBUPHINE HCL | No |
| ANALGESICS - OPIOID | OPIOID PARTIAL AGONISTS | PENTAZOCINE LACTATE | No |
| ANALGESICS - OPIOID | OPIOID PARTIAL AGONISTS | PENTAZOCINE W/ NALOXONE | No |
| ANTIANXIETY AGENTS | ANTIANXIETY AGENTS - MISC. | BUSPIRONE HCL | No |
| ANTIANXIETY AGENTS | ANTIANXIETY AGENTS - MISC. | DROPERIDOL | No |
| ANTIANXIETY AGENTS | ANTIANXIETY AGENTS - MISC. | HYDROXYZINE HCL | No |
| ANTIANXIETY AGENTS | ANTIANXIETY AGENTS - MISC. | HYDROXYZINE PAMOATE | No |
| ANTIANXIETY AGENTS | ANTIANXIETY AGENTS - MISC. | MEPROBAMATE | No |
| ANTIANXIETY AGENTS | BENZODIAZEPINES | ALPRAZOLAM | No |
| ANTIANXIETY AGENTS | BENZODIAZEPINES | CHLORDIAZEPOXIDE HCL | No |
| ANTIANXIETY AGENTS | BENZODIAZEPINES | CLORAZEPATE DIPOTASSIUM | No |
| ANTIANXIETY AGENTS | BENZODIAZEPINES | DIAZEPAM | No |
| ANTIANXIETY AGENTS | BENZODIAZEPINES | HALAZEPAM | No |
| ANTIANXIETY AGENTS | BENZODIAZEPINES | LORAZEPAM | No |
| ANTIANXIETY AGENTS | BENZODIAZEPINES | OXAZEPAM | No |
| ANTICONVULSANTS | ANTICONVULSANTS - BENZODIAZEPINES | CLONAZEPAM | Yes |
| ANTICONVULSANTS | ANTICONVULSANTS - BENZODIAZEPINES | DIAZEPAM (ANTICONVULSANT) | Yes |
| ANTICONVULSANTS | ANTICONVULSANTS - MISC. | CARBAMAZEPINE | Yes |
| ANTICONVULSANTS | ANTICONVULSANTS - MISC. | GABAPENTIN | Yes |
| ANTICONVULSANTS | ANTICONVULSANTS - MISC. | LAMOTRIGINE | Yes |
| ANTICONVULSANTS | ANTICONVULSANTS - MISC. | LEVETIRACETAM | Yes |
| ANTICONVULSANTS | ANTICONVULSANTS - MISC. | OXCARBAZEPINE | Yes |
| ANTICONVULSANTS | ANTICONVULSANTS - MISC. | PREGABALIN | Yes |
| ANTICONVULSANTS | ANTICONVULSANTS - MISC. | PRIMIDONE | Yes |
| ANTICONVULSANTS | ANTICONVULSANTS - MISC. | TOPIRAMATE | Yes |
| ANTICONVULSANTS | ANTICONVULSANTS - MISC. | ZONISAMIDE | Yes |
| ANTICONVULSANTS | CARBAMATES | FELBAMATE | Yes |
| ANTICONVULSANTS | GABA MODULATORS | TIAGABINE HCL | Yes |
| ANTICONVULSANTS | HYDANTOINS | PHENYTOIN | Yes |
| ANTICONVULSANTS | HYDANTOINS | PHENYTOIN SODIUM EXTENDED | Yes |
| ANTICONVULSANTS | SUCCINIMIDES | ETHOSUXIMIDE | Yes |
| ANTICONVULSANTS | SUCCINIMIDES | METHSUXIMIDE | Yes |
| ANTICONVULSANTS | VALPROIC ACID | DIVALPROEX SODIUM | Yes |
| ANTICONVULSANTS | VALPROIC ACID | VALPROATE SODIUM | Yes |
| ANTICONVULSANTS | VALPROIC ACID | VALPROIC ACID | Yes |
| ANTIDEPRESSANTS | ALPHA-2 RECEPTOR ANTAGONISTS (TETRACYCLICS) | MIRTAZAPINE | Yes |
| ANTIDEPRESSANTS | ANTIDEPRESSANTS - MISC. | BUPROPION HCL | Yes |
| ANTIDEPRESSANTS | ANTIDEPRESSANTS - MISC. | MAPROTILINE HCL | Yes |
| ANTIDEPRESSANTS | MISC. ANTIDEPRESSANTS | VENLAFAXINE HCL | Yes |
| ANTIDEPRESSANTS | MODIFIED CYCLICS | NEFAZODONE HCL | Yes |
| ANTIDEPRESSANTS | MODIFIED CYCLICS | TRAZODONE HCL | Yes |
| ANTIDEPRESSANTS | MONOAMINE OXIDASE INHIBITORS (MAOIS) | ISOCARBOXAZID | Yes |
| ANTIDEPRESSANTS | MONOAMINE OXIDASE INHIBITORS (MAOIS) | PHENELZINE SULFATE | Yes |
| ANTIDEPRESSANTS | MONOAMINE OXIDASE INHIBITORS (MAOIS) | SELEGILINE | Yes |
| ANTIDEPRESSANTS | MONOAMINE OXIDASE INHIBITORS (MAOIS) | TRANYLCYPROMINE SULFATE | Yes |
| ANTIDEPRESSANTS | SELECTIVE SEROTONIN REUPTAKE INHIBITORS (SSRIS) | CITALOPRAM HYDROBROMIDE | Yes |
| ANTIDEPRESSANTS | SELECTIVE SEROTONIN REUPTAKE INHIBITORS (SSRIS) | ESCITALOPRAM OXALATE | Yes |
| ANTIDEPRESSANTS | SELECTIVE SEROTONIN REUPTAKE INHIBITORS (SSRIS) | FLUOXETINE HCL | Yes |
| ANTIDEPRESSANTS | SELECTIVE SEROTONIN REUPTAKE INHIBITORS (SSRIS) | FLUVOXAMINE MALEATE | Yes |
| ANTIDEPRESSANTS | SELECTIVE SEROTONIN REUPTAKE INHIBITORS (SSRIS) | PAROXETINE HCL | Yes |
| ANTIDEPRESSANTS | SELECTIVE SEROTONIN REUPTAKE INHIBITORS (SSRIS) | PAROXETINE MESYLATE | Yes |
| ANTIDEPRESSANTS | SELECTIVE SEROTONIN REUPTAKE INHIBITORS (SSRIS) | SERTRALINE HCL | Yes |

| | | | |
|---|---|---|---|
| ANTIDEPRESSANTS | SEROTONIN-NOREPHINEPHRINE REUPTAKE INHIBITORS (SNRIS) | DULOXETINE HCL | Yes |
| ANTIDEPRESSANTS | SEROTONIN-NOREPHINEPHRINE REUPTAKE INHIBITORS (SNRIS) | VENLAFAXINE HCL | Yes |
| ANTIDEPRESSANTS | TRICYCLIC AGENTS | AMITRIPTYLINE HCL | Yes |
| ANTIDEPRESSANTS | TRICYCLIC AGENTS | AMOXAPINE | Yes |
| ANTIDEPRESSANTS | TRICYCLIC AGENTS | CLOMIPRAMINE HCL | Yes |
| ANTIDEPRESSANTS | TRICYCLIC AGENTS | DESIPRAMINE HCL | Yes |
| ANTIDEPRESSANTS | TRICYCLIC AGENTS | DOXEPIN HCL | Yes |
| ANTIDEPRESSANTS | TRICYCLIC AGENTS | IMIPRAMINE HCL | Yes |
| ANTIDEPRESSANTS | TRICYCLIC AGENTS | IMIPRAMINE PAMOATE | Yes |
| ANTIDEPRESSANTS | TRICYCLIC AGENTS | NORTRIPTYLINE HCL | Yes |
| ANTIDEPRESSANTS | TRICYCLIC AGENTS | PROTRIPTYLINE HCL | Yes |
| ANTIDEPRESSANTS | TRICYCLIC AGENTS | TRIMIPRAMINE MALEATE | Yes |
| ANTIPARKINSON AGENTS | ANTIPARKINSON ADJUVANTS | CARBIDOPA | No |
| ANTIPARKINSON AGENTS | ANTIPARKINSON ANTICHOLINERGICS | BENZTROPINE MESYLATE | No |
| ANTIPARKINSON AGENTS | ANTIPARKINSON ANTICHOLINERGICS | BIPERIDEN HCL | No |
| ANTIPARKINSON AGENTS | ANTIPARKINSON ANTICHOLINERGICS | ETHOPROPAZINE HCL | No |
| ANTIPARKINSON AGENTS | ANTIPARKINSON ANTICHOLINERGICS | PROCYCLIDINE HCL | No |
| ANTIPARKINSON AGENTS | ANTIPARKINSON ANTICHOLINERGICS | TRIHEXYPHENIDYL HCL | No |
| ANTIPARKINSON AGENTS | ANTIPARKINSON COMT INHIBITORS | ENTACAPONE | No |
| ANTIPARKINSON AGENTS | ANTIPARKINSON COMT INHIBITORS | TOLCAPONE | No |
| ANTIPARKINSON AGENTS | ANTIPARKINSON DOPAMINERGICS | AMANTADINE HCL | No |
| ANTIPARKINSON AGENTS | ANTIPARKINSON DOPAMINERGICS | APOMORPHINE HYDROCHLORIDE | No |
| ANTIPARKINSON AGENTS | ANTIPARKINSON DOPAMINERGICS | BROMOCRIPTINE MESYLATE | No |
| ANTIPARKINSON AGENTS | ANTIPARKINSON DOPAMINERGICS | CARBIDOPA-LEVODOPA | No |
| ANTIPARKINSON AGENTS | ANTIPARKINSON DOPAMINERGICS | CARBIDOPA-LEVODOPA-ENTACAPONE | No |
| ANTIPARKINSON AGENTS | ANTIPARKINSON DOPAMINERGICS | LEVODOPA | No |
| ANTIPARKINSON AGENTS | ANTIPARKINSON DOPAMINERGICS | PERGOLIDE MESYLATE | No |
| ANTIPARKINSON AGENTS | ANTIPARKINSON DOPAMINERGICS | PRAMIPEXOLE DIHYDROCHLORIDE | No |
| ANTIPARKINSON AGENTS | ANTIPARKINSON DOPAMINERGICS | ROPINIROLE HYDROCHLORIDE | No |
| ANTIPARKINSON AGENTS | ANTIPARKINSON DOPAMINERGICS | ROTIGOTINE | No |
| ANTIPARKINSON AGENTS | ANTIPARKINSON MONOAMINE OXIDASE INHIBITORS | RASAGILINE MESYLATE | No |
| ANTIPARKINSON AGENTS | ANTIPARKINSON MONOAMINE OXIDASE INHIBITORS | SELEGILINE HCL | No |
| ANTIPSYCHOTICS | ANTIPSYCHOTICS - MISC. | CARBAMAZEPINE (ANTIPSYCHOTIC) | Yes |
| ANTIPSYCHOTICS | ANTIPSYCHOTICS - MISC. | ZIPRASIDONE HCL | Yes |
| ANTIPSYCHOTICS | BENZISOXAZOLES | PALIPERIDONE | Yes |
| ANTIPSYCHOTICS | BENZISOXAZOLES | RISPERIDONE | Yes |
| ANTIPSYCHOTICS | BENZISOXAZOLES | RISPERIDONE MICROSPHERES | Yes |
| ANTIPSYCHOTICS | BUTYROPHENONES | HALOPERIDOL | Yes |
| ANTIPSYCHOTICS | BUTYROPHENONES | HALOPERIDOL DECANOATE | Yes |
| ANTIPSYCHOTICS | BUTYROPHENONES | HALOPERIDOL LACTATE | Yes |
| ANTIPSYCHOTICS | DIBENZAPINES | CLOZAPINE | Yes |
| ANTIPSYCHOTICS | DIBENZAPINES | LOXAPINE SUCCINATE | Yes |
| ANTIPSYCHOTICS | DIBENZAPINES | OLANZAPINE | Yes |
| ANTIPSYCHOTICS | DIBENZAPINES | QUETIAPINE FUMARATE | Yes |
| ANTIPSYCHOTICS | DIHYDROINDOLONES | MOLINDONE HCL | Yes |
| ANTIPSYCHOTICS | LITHIUM | LITHIUM CARBONATE | Yes |
| ANTIPSYCHOTICS | LITHIUM | LITHIUM CITRATE | Yes |
| ANTIPSYCHOTICS | MISC. ANTIPSYCHOTICS | MOLINDONE HCL | Yes |
| ANTIPSYCHOTICS | PHENOTHIAZINES | CHLORPROMAZINE | Yes |
| ANTIPSYCHOTICS | PHENOTHIAZINES | CHLORPROMAZINE HCL | Yes |
| ANTIPSYCHOTICS | PHENOTHIAZINES | FLUPHENAZINE DECANOATE | Yes |
| ANTIPSYCHOTICS | PHENOTHIAZINES | FLUPHENAZINE HCL | Yes |
| ANTIPSYCHOTICS | PHENOTHIAZINES | MESORIDAZINE BESYLATE | Yes |
| ANTIPSYCHOTICS | PHENOTHIAZINES | PERPHENAZINE | Yes |
| ANTIPSYCHOTICS | PHENOTHIAZINES | PROCHLORPERAZINE | Yes |
| ANTIPSYCHOTICS | PHENOTHIAZINES | PROCHLORPERAZINE MALEATE | Yes |
| ANTIPSYCHOTICS | PHENOTHIAZINES | THIORIDAZINE HCL | Yes |
| ANTIPSYCHOTICS | PHENOTHIAZINES | TRIFLUOPERAZINE HCL | Yes |
| ANTIPSYCHOTICS | QUINOLINONE DERIVATIVES | ARIPIPRAZOLE | Yes |
| ANTIPSYCHOTICS | THIOXANTHENES | THIOTHIXENE | Yes |
| DERMATOLOGICALS | ACNE PRODUCTS | ISOTRETINOIN | No |
| DERMATOLOGICALS | ACNE PRODUCTS | TRETINOIN | No |
| DERMATOLOGICALS | ACNE PRODUCTS | TRETINOIN MICROSPHERE | No |
| DERMATOLOGICALS | ACNE PRODUCTS | TRETINOIN W/ CLEANSER & MOISTURIZER | No |
| FLUOROQUINOLONES | FLUOROQUINOLONES | CIPROFLOXACIN | No |
| FLUOROQUINOLONES | FLUOROQUINOLONES | CIPROFLOXACIN HCL | No |
| FLUOROQUINOLONES | FLUOROQUINOLONES | CIPROFLOXACIN HCL-CIPROFLOXACIN BETAINE | No |
| FLUOROQUINOLONES | FLUOROQUINOLONES | CIPROFLOXACIN IN D5W | No |
| FLUOROQUINOLONES | FLUOROQUINOLONES | CIPROFLOXACIN-CIPROFLOXACIN HCL | No |
| FLUOROQUINOLONES | FLUOROQUINOLONES | GATIFLOXACIN | No |
| FLUOROQUINOLONES | FLUOROQUINOLONES | GATIFLOXACIN-D5W | No |
| FLUOROQUINOLONES | FLUOROQUINOLONES | GEMIFLOXACIN MESYLATE | No |
| FLUOROQUINOLONES | FLUOROQUINOLONES | LEVOFLOXACIN | No |
| FLUOROQUINOLONES | FLUOROQUINOLONES | LEVOFLOXACIN IN D5W | No |
| FLUOROQUINOLONES | FLUOROQUINOLONES | LOMEFLOXACIN HCL | No |
| FLUOROQUINOLONES | FLUOROQUINOLONES | MOXIFLOXACIN HCL | No |
| FLUOROQUINOLONES | FLUOROQUINOLONES | MOXIFLOXACIN HCL IN SODIUM CHLORIDE | No |
| FLUOROQUINOLONES | FLUOROQUINOLONES | NORFLOXACIN | No |
| FLUOROQUINOLONES | FLUOROQUINOLONES | OFLOXACIN | No |
| FLUOROQUINOLONES | FLUOROQUINOLONES | SPARFLOXACIN | No |
| FLUOROQUINOLONES | FLUOROQUINOLONES | TROVAFLOXACIN MESYLATE | No |
| HYPNOTICS | ANTIHISTAMINE HYPNOTICS | DIPHENHYDRAMINE HCL (SLEEP) | No |
| HYPNOTICS | ANTIHISTAMINE HYPNOTICS | DIPHENHYDRAMINE W/ APAP (SLEEP) | No |
| HYPNOTICS | ANTIHISTAMINE HYPNOTICS | DOXYLAMINE SUCCINATE (SLEEP) | No |
| HYPNOTICS | BARBITURATE HYPNOTICS | BUTABARBITAL SODIUM | No |
| HYPNOTICS | BARBITURATE HYPNOTICS | MEPHOBARBITAL | No |
| HYPNOTICS | BARBITURATE HYPNOTICS | PENTOBARBITAL SODIUM | No |
| HYPNOTICS | BARBITURATE HYPNOTICS | PHENOBARBITAL | No |
| HYPNOTICS | BARBITURATE HYPNOTICS | PHENOBARBITAL SODIUM | No |
| HYPNOTICS | BARBITURATE HYPNOTICS | SECOBARBITAL SODIUM | No |
| HYPNOTICS | HYPNOTIC COMBINATIONS | AMOBARBITAL & SECOBARBITAL | No |
| HYPNOTICS | NON-BARBITURATE HYPNOTICS | CHLORAL HYDRATE | No |
| HYPNOTICS | NON-BARBITURATE HYPNOTICS | ESTAZOLAM | No |
| HYPNOTICS | NON-BARBITURATE HYPNOTICS | ESZOPICLONE | No |
| HYPNOTICS | NON-BARBITURATE HYPNOTICS | ETHCHLORVYNOL | No |
| HYPNOTICS | NON-BARBITURATE HYPNOTICS | FLURAZEPAM HCL | No |
| HYPNOTICS | NON-BARBITURATE HYPNOTICS | MIDAZOLAM HCL | No |
| HYPNOTICS | NON-BARBITURATE HYPNOTICS | QUAZEPAM | No |
| HYPNOTICS | NON-BARBITURATE HYPNOTICS | TEMAZEPAM | No |
| HYPNOTICS | NON-BARBITURATE HYPNOTICS | TRIAZOLAM | No |
| HYPNOTICS | NON-BARBITURATE HYPNOTICS | ZALEPLON | No |
| HYPNOTICS | NON-BARBITURATE HYPNOTICS | ZOLPIDEM TARTRATE | No |
| HYPNOTICS | SELECTIVE MELATONIN RECEPTOR AGONISTS | RAMELTEON | No |

| | | | |
|---|---|---|---|
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | AGENTS FOR CHEMICAL DEPENDENCY | ACAMPROSATE CALCIUM | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | AGENTS FOR CHEMICAL DEPENDENCY | DISULFIRAM | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | ANTI-CATAPLECTIC AGENTS | SODIUM OXYBATE | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | ANTIDEMENTIA AGENTS | DONEPEZIL HYDROCHLORIDE | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | ANTIDEMENTIA AGENTS | GALANTAMINE HYDROBROMIDE | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | ANTIDEMENTIA AGENTS | MEMANTINE HCL | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | ANTIDEMENTIA AGENTS | RIVASTIGMINE | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | ANTIDEMENTIA AGENTS | RIVASTIGMINE TARTRATE | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | ANTIDEMENTIA AGENTS | TACRINE HYDROCHLORIDE | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | ANTINEOPLASTICS MISC. | INTERFERON BETA-1A | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | ANTINEOPLASTICS MISC. | INTERFERON BETA-1B | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | COMBINATION PSYCHOTHERAPEUTICS | CHLORDIAZEPOXIDE-AMITRIPTYLINE | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | COMBINATION PSYCHOTHERAPEUTICS | OLANZAPINE-FLUOXETINE HCL | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | COMBINATION PSYCHOTHERAPEUTICS | PERPHENAZINE-AMITRIPTYLINE | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | MULTIPLE SCLEROSIS AGENTS | GLATIRAMER ACETATE | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | MULTIPLE SCLEROSIS AGENTS | INTERFERON BETA-1A | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | MULTIPLE SCLEROSIS AGENTS | INTERFERON BETA-1B | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | MULTIPLE SCLEROSIS AGENTS | NATALIZUMAB | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | PREMENSTRUAL DYSPHORIC DISORDER (PMDD) AGENTS | FLUOXETINE HCL (PMDD) | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | ERGOLOID MESYLATES | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | PIMOZIDE | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | SMOKING DETERRENTS | BUPROPION HCL (SMOKING DETERRENT) | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | SMOKING DETERRENTS | NICOTINE | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | SMOKING DETERRENTS | NICOTINE POLACRILEX | No |
| PSYCHOTHERAPEUTIC AND NEUROLOGICAL AGENTS - MISC. | SMOKING DETERRENTS | VARENICLINE TARTRATE | No |
| STIMULANTS/ANTI-OBESITY/ANOREXIANTS | AMPHETAMINES | DEXTROAMPHETAMINE SULFATE | No |
| STIMULANTS/ANTI-OBESITY/ANOREXIANTS | AMPHETAMINES | METHAMPHETAMINE HCL | No |
| STIMULANTS/ANTI-OBESITY/ANOREXIANTS | ANOREXIANTS NON-AMPHETAMINE | DIETHYLPROPION HCL | No |
| STIMULANTS/ANTI-OBESITY/ANOREXIANTS | ANOREXIANTS NON-AMPHETAMINE | MAZINDOL | No |
| STIMULANTS/ANTI-OBESITY/ANOREXIANTS | ANOREXIANTS NON-AMPHETAMINE | PHENDIMETRAZINE TARTRATE | No |
| STIMULANTS/ANTI-OBESITY/ANOREXIANTS | ANOREXIANTS NON-AMPHETAMINE | PHENTERMINE HCL | No |
| STIMULANTS/ANTI-OBESITY/ANOREXIANTS | ANOREXIANTS NON-AMPHETAMINE | PHENTERMINE RESIN COMPLEX | No |
| STIMULANTS/ANTI-OBESITY/ANOREXIANTS | ANTI-OBESITY AGENTS | DEXFENFLURAMINE HCL | No |
| STIMULANTS/ANTI-OBESITY/ANOREXIANTS | ANTI-OBESITY AGENTS | FENFLURAMINE HCL | No |
| STIMULANTS/ANTI-OBESITY/ANOREXIANTS | STIMULANTS - MISC. | METHYLPHENIDATE HCL | No |
| STIMULANTS/ANTI-OBESITY/ANOREXIANTS | STIMULANTS - MISC. | PEMOLINE | No |

# EXHIBIT B

**Keith Altman**

**From:**  Cheryl Blume [cblume@pharmdevgroup.com]
**Sent:**  Tuesday, March 16, 2010 3:01 PM
**To:**    kaltman@lawampmmt.com
**Cc:**    'Cheryl Blume'
**Subject:** Gibbons

Dear Keith,

I have reviewed the drugs selected by Dr. Gibbons in his Pharmetrics studies. His list of drugs includes anti-convulsants, anti-psychotics, anti-depressants, and lithium. The list does not include other commonly employed drugs with potential psychotropic properties. These drugs include, but are not limited to:

Anxiolytics/Benzodiazapines such as Valium and Xanax.
Opioid/Opiate analgesics such as Oxycontin and Morphine
Certain dermatologic products such as Accutane
Certain antibiotics such as Lariam
Certain stimulants such as Ritalin

These drug products may have impacted the results of Dr. Gibbons' studies.


Cheryl