UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Barlow v. Pfizer Inc, et al.*<br>Case No. 1:05-cv-11501-PBS<br><br>AND ALL PRODUCTS LIABILITY ACTIONS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

---------------------------------------------------------------x

### DEFENDANTS' EMERGENCY REQUEST FOR TEMPORARY ADJOURNMENT OF HEARING ON MARCH 22, 2010, ON PLAINTIFFS' MOTION TO COMPEL AND DEFENDANTS' MOTION FOR PROTECTIVE ORDER IMPOSING COST-SHIFTING

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants") respectfully move, on an emergency basis, for a brief one week adjournment of the Court's hearing on Plaintiffs' Motions to Compel, [2480, 2482], and Defendants' Motion for a Protective Order Imposing Cost-Shifting, [2577].[1]

A hearing before Magistrate Judge Sorokin on these motions is currently scheduled for 4 p.m. on Monday, March 22, 2010. Defendants request the courtesy of a brief adjournment due to defense counsel's current involvement in the *Kaiser v. Pfizer* trial before this Court, which is on track to end early next week. Defendants expect to have a charging conference in *Kaiser v. Pfizer* in the afternoon of Monday, March 22, 2010, and also expect that closing arguments will occur on Tuesday, March 23, 2010. Defendants do not believe that a brief one week adjournment will cause any prejudice or inconvenience to the parties, however a hearing on Monday may cause Defendants to divert critical resources from the close of a very important

---

[1] Defendants reached out to Plaintiffs' counsel earlier today. Plaintiff Barlow's counsel would not consent to an adjournment, but Defendants did not hear back from counsel for the Product Liability Plaintiffs.

trial.

WHEREFORE, Defendants respectfully request that the Court grant this emergency motion for a brief one week adjournment of the Court's hearing on Plaintiffs' Motions to Compel, [2480, 2482], and Defendants' Motion for a Protective Order Imposing Cost-Shifting, [2577].

Dated: March 19, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 19, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo