UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER, INC., and | Magistrate Judge Leo T. Sorokin |
| AETNA, INC. v. PFIZER, INC. | |

## DECLARATION OF ELANA KATCHER

Elana Katcher declares:

1. I am associated with the law firm Kaplan Fox & Kilsheimer, LLP, attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, "Kaiser") in this action. I submit this declaration in support of Plaintiff Kaiser's Motion *in Limine* to Exclude Cross-Examination On Dr. Hartman's Medication.

2. Attached as Exhibit A are true and correct copies of emails sent from Thomas Fox to counsel for Kaiser between March 2, 2010 and March 9, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2010

_____
Elana Katcher

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2010, I caused this document to be served on the parties pursuant to Case Management Order #3 by causing it to be filed through the Court's ECF System. Exhibit A will be served on defendants via electronic mail on the same date.

ATTORNEY FOR THE COORDINATED PLAINTIFFS

/s/ Elana Katcher
ELANA KATCHER