# Elana Katcher

| | |
|---|---|
| **From:** | Fox, Thomas E [Thomas.Fox@skadden.com] |
| **Sent:** | Tuesday, March 02, 2010 6:15 PM |
| **To:** | Linda P. Nussbaum; Elana Katcher |
| **Subject:** | Cross Materials |

In connection with the cross examinations of Carrejo and Hyatt, we will be moving into evidence the following exhibits:

DX 902A, 902B, 902C, which are the screen shots displayed live today in court (with footers of web address on them) Other webpages DX 902, DX 902D, DX 902E, DX 902F, DX 902G, DX 902H

DX 917 and 918, which are the webages taken down shortly before trial. I believe you provided a disk of this content to us.

DX 561, 562, 565, 591, 592, 593, 594, 596, 599, 686, 577, 578, 582, 721, 729, 731, 738, 739, 742, 757, 758, 760, 781, 782, 783, 791, 792, 794, 795, 803, 506, 804, 805, 810, 899, 903, 920, 921, 528, 530, 543, 562, 557, 559, 568, 629, 630, 638, 773,

Reference will also be made to various plaintiffs exhibits in evidence or used on direct.

In addition, here are links to additional web content to which we will reference and seek admitted:

http://www.dor.kaiser.org/external/DORExternal/research_report/docs/2003-2004_report.pdf

http://xnet.kp.org/research/reports/report_2003.pdf

In addition, we will be using web pages from WebMD.

I sent this separately without attachments in the event my prior email with attachments bounces back. If it does, I will send multiple emails with the attachments.

**Thomas E. Fox**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square | New York | 10036-6522
T: 212.735.2165 | F: 917.777.2165
thomas.fox@skadden.com

Skadden

Please consider the environment before printing this email.

---

*********************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*********************************************
*********************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments

thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
==================================================================

3/19/2010

## Elana Katcher

| | |
|---|---|
| **From:** | Fox, Thomas E [Thomas.Fox@skadden.com] |
| **Sent:** | Wednesday, March 03, 2010 5:59 PM |
| **To:** | Linda P. Nussbaum; Elana Katcher; 'Thomas Sobol'; Tom Greene; Don Barrett |
| **Cc:** | Cheffo, Mark S; Armstrong, Katherine |
| **Subject:** | Exhibits |

This is to advise you that for tomorrow's witnesses, we incorporate the exhibits and other materials, including slides, identified or provided to you last evening. In addition, we expect to use or admit the following: DXs 506, 581, 692, 727, 728, 747, 795, 646, 650-54, 656, 659, 660, 661, 664, 553, 555-557, 558-563, 565, 573, 577, and 583

**Thomas E. Fox**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**Four Times Square | New York | 10036-6522**
**T: 212.735.2165 | F: 917.777.2165**
**thomas.fox@skadden.com**

Skadden

Please consider the environment before printing this email.

----------------------------------------------------------------------
*****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*****************************************************
*****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*****************************************************

## Elana Katcher

**From:** Fox, Thomas E [Thomas.Fox@skadden.com]
**Sent:** Wednesday, March 03, 2010 6:04 PM
**To:** Linda P. Nussbaum; Elana Katcher; 'Thomas Sobol'; Tom Greene; Don Barrett
**Subject:** Exhibits

I may have left 589 off the list in error. Please include it.

**Thomas E. Fox**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**Four Times Square | New York | 10036-6522**
**T: 212.735.2165 | F: 917.777.2165**
**thomas.fox@skadden.com**

Skadden

 Please consider the environment before printing this email.

---
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Elana Katcher

| | |
|---|---|
| **From:** | Fox, Thomas E [Thomas.Fox@skadden.com] |
| **Sent:** | Wednesday, March 03, 2010 8:56 PM |
| **To:** | Linda P. Nussbaum; Elana Katcher; 'Thomas Sobol'; Tom Greene; Don Barrett |
| **Cc:** | Cheffo, Mark S |
| **Subject:** | Exhibits |
| **Attachments:** | 952 A.pdf; 952 B.pdf; 952 C.pdf; 952 D.pdf; 952 E.pdf; 952 A.pdf; 952 B.pdf; 952 C.pdf; 952 D.pdf; 952 E.pdf |

Attached are additional exhibits for use tomorrow with Dr. Millares. They consist of product labels.

**Thomas E. Fox**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**Four Times Square | New York | 10036-6522**
**T: 212.735.2165 | F: 917.777.2165**
**thomas.fox@skadden.com**

Skadden

Please consider the environment before printing this email.

------------------------------------------------------------------
*********************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*********************************************************
*********************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*********************************************************
================================================================

3/19/2010

# Elana Katcher

| | |
|---|---|
| **From:** | Fox, Thomas E [Thomas.Fox@skadden.com] |
| **Sent:** | Wednesday, March 03, 2010 9:16 PM |
| **To:** | Elana Katcher; Linda P. Nussbaum; 'Thomas Sobol'; Tom Greene; Don Barrett |
| **Cc:** | Cheffo, Mark S |
| **Subject:** | RE: Exhibits |
| **Attachments:** | Dickersin Expert Report (Excerpt) TX428.pdf; McCrory Expert Report (Excerpt) TX426.pdf; Perry Expert Report (Excerpt) TX419.pdf; Barkin Expert Report (Excerpt) TX427.pdf |

Elana,

We also will be using excerpts from 4 of your experts' reports tomorrow. They are attached.

Tom

**From:** Elana Katcher [mailto:ekatcher@kaplanfox.com]
**Sent:** Wednesday, March 03, 2010 9:09 PM
**To:** Fox, Thomas E (NYC); Linda P. Nussbaum; 'Thomas Sobol'; Tom Greene; Don Barrett
**Cc:** Cheffo, Mark S (NYC)
**Subject:** RE: Exhibits

Tom,

Two versions of each exhibit 952 A-E were attached (ten attachments in all). Was this a mistake? Which versions are the official versions?

Thanks,

Elana

**From:** Fox, Thomas E [mailto:Thomas.Fox@skadden.com]
**Sent:** Wednesday, March 03, 2010 8:56 PM
**To:** Linda P. Nussbaum; Elana Katcher; 'Thomas Sobol'; Tom Greene; Don Barrett
**Cc:** Cheffo, Mark S
**Subject:** Exhibits

Attached are additional exhibits for use tomorrow with Dr. Millares. They consist of product labels.

**Thomas E. Fox**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square | New York | 10036-6522
T: 212.735.2165 | F: 917.777.2165
thomas.fox@skadden.com

Skadden

Please consider the environment before printing this email.

---

************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot

be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
==========================================================================

--------------------------------------------------------------------------
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
==========================================================================

# Elana Katcher

| | |
|---|---|
| **From:** | Fox, Thomas E [Thomas.Fox@skadden.com] |
| **Sent:** | Thursday, March 04, 2010 7:33 PM |
| **To:** | 'Thomas Sobol' |
| **Cc:** | Linda P. Nussbaum; Elana Katcher; Tom Greene; Cheffo, Mark S; Armstrong, Katherine; Kristen Johnson Parker; Don Barrett; Tom Greene |
| **Subject:** | RE: Exhibits and Slides |

The documents apply to Rosenthal. The documents identified last night by either plaintiffs or by defendants the last two nights apply to Millares. In addition, as today, we will continue to refer to her declarations and deposition testimony. We may also use 961 675, 676, 589 with Millares if not previously listed.

-----Original Message-----
From: Thomas Sobol [mailto:Tom@hbsslaw.com]
Sent: Thursday, March 04, 2010 7:23 PM
To: Fox, Thomas E (NYC)
Cc: Linda P. Nussbaum; Elana Katcher; Tom Greene; Cheffo, Mark S (NYC); Armstrong, Katherine (NYC); Kristen Johnson Parker; Don Barrett; Tom Greene
Subject: Re: Exhibits and Slides

It is now 7:22 and we still do now which of the enumerated exhibits are for Millares and which are for Rosenthal.

Tom.

On Mar 4, 2010, at 6:01 PM, "Fox, Thomas E" <Thomas.Fox@skadden.com<mailto:Thomas.Fox@skadden.com>> wrote:

In connection with the exhibits or other materials we intent to use tomorrow with the witnesses, we incorporate by reference those exhibits and slides previously admitted into evidence and/or identified in our prior emails. In addition, we intend to use the slides (which will be forwarded shortly) as well as another demonstrative showing excerpts from Dr. Rosenthal's report(s). Unfortunately, with your propensity for changing the next day's witness schedule at the last minute, that demonstratives are not completed yet.

Further, we may admit or seek to use the following exhibits 573, 574, 576, 557, 810, 582, 899, 903, 630, 638, 773, 629, 530, 568, 594, 347, 268, 758, 760, 738, 273, 357, 716, 747, 703, 585, 812, 594, 581, 584, 588, 513-515, 530, 570, 576, 584, 602, 597, 617, 620, 631, 635, 636, 650, 696, 692, 644, 645, 649, 659, 660, 664, 678, 690, 896, 799, 899, 903, 904, 911, 895, 902.


We reserve our rights to use


Thomas E. Fox
Skadden, Arps, Slate, Meagher & Flom LLP Four Times Square | New York | 10036-6522
T: 212.735.2165 | F: 917.777.2165
thomas.fox@skadden.com<mailto:thomas.fox@skadden.com>

Skadden

P Please consider the environment before printing this email.


------------------------------------------------------------------------
************************************************************

1

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*******************************************************
*******************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*******************************************************
==========================================================================


--------------------------------------------------------------------------
*******************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*******************************************************
*******************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*******************************************************
==========================================================================

## Elana Katcher

**From:** Fox, Thomas E [Thomas.Fox@skadden.com]
**Sent:** Thursday, March 04, 2010 8:01 PM
**To:** Linda P. Nussbaum; Elana Katcher; Tom Greene; 'Thomas Sobol'; Don Barrett
**Cc:** Cheffo, Mark S; Armstrong, Katherine
**Subject:** Additional Exhibits

for M. Millares 896 and 903.

**Thomas E. Fox**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**Four Times Square | New York | 10036-6522**
**T: 212.735.2165 | F: 917.777.2165**
**thomas.fox@skadden.com**

Skadden

 Please consider the environment before printing this email.

---
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
================================================================

**Elana Katcher**

| | |
|---|---|
| **From:** | Fox, Thomas E [Thomas.Fox@skadden.com] |
| **Sent:** | Monday, March 08, 2010 5:52 PM |
| **To:** | Linda P. Nussbaum; Elana Katcher; 'Thomas Sobol'; Tom Greene; Don Barrett |
| **Cc:** | Cheffo, Mark S; Armstrong, Katherine |
| **Subject:** | Daniel exhibits |

In connection with Daniel, we object to the use of TX 87, TX 366, and TX 731 with the witness.

In connection with his cross examination, in addition to any documents admitted or used with him on direct examination, we intend to use or admit the following documents with him:
DXs 810, 706, 582, 896, 897, 899, 594, 268-A, 828, 831, 902B, 599, 607, 903, 904, 530, 630, 635, 660, 661, 646, 653, 650, 595, 515, 617, 290, 273, 712, 920, 739, 747, 589, 902-H, 902-J, 902-I, 1379, 1250, 964, 1297, 1488, 1552, 568, 432, 301, 311, 433A, 571, 357, 596, 716, 677, 960, 543, 313, 282, 584, 678, 696, 675, 589, 585, 555, 565, 557, 559, 962, 992, 562, 565, 577, 578, 592, 461-A, 593, 686, 812, 820; Pltfs Opening Demonstrative #2, 638, 295, 1383, 283.

**Thomas E. Fox**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square | New York | 10036-6522
T: 212.735.2165 | F: 917.777.2165
thomas.fox@skadden.com

Skadden

Please consider the environment before printing this email.

---------------------------------------------------------------------------
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
****************************************************
===============================================================================

**Elana Katcher**

| | |
|---|---|
| **From:** | Fox, Thomas E [Thomas.Fox@skadden.com] |
| **Sent:** | Tuesday, March 09, 2010 5:58 PM |
| **To:** | Elana Katcher; Linda P. Nussbaum; 'Thomas Sobol'; Tom Greene; 'Don Barrett' |
| **Cc:** | Cheffo, Mark S; Armstrong, Katherine |
| **Subject:** | Daniel |

Without waiving our identification of exhibits last evening for Dr. Daniel or any exhibits identified or used with him in connection with his direct examination or cross today, we intend to use and/or admit with him the following exhibits 515, 617, Millares declaration of 3/29/09; 660, 635, 530, 273, 357, 596, 716, 268B, 828, 831, 902B, 902H, 675-A, 711, 585, 739, 920, 712, 644

**Thomas E. Fox**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**Four Times Square | New York | 10036-6522**
**T: 212.735.2165 | F: 917.777.2165**
thomas.fox@skadden.com

Skadden

 Please consider the environment before printing this email.

---
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*