UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                          :
        SALES PRACTICES AND                           :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                 :
        :   Judge Patti B. Saris
----------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                             :
        :
ALL PRODUCTS LIABILITY CASES                          :
        :
----------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ., IN SUPPORT OF PRODUCTS LIABILITY PLAINTIFFS' MOTION FOR AN ORDER AWARDING SANCTIONS AGAINST DEFENDANTS AND COMPELLING DEFENDANTS TO COMPLY WITH THIS COURT'S OCTOBER 14, 2009 AND DECEMBER 8, 2009 ORDERS**

I, Andrew G. Finkelstein, declare and state as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in support of Products Liability Plaintiffs' motion pursuant to Rule 37 of the Federal Rules of Civil Procedure, for an order awarding sanctions against Defendants and compelling Defendants to comply with this Court's October 14, 2009 and December 8, 2009 Orders that mandate Defendants to produce documents up to the date of the Bextra settlement regarding the efficacy or side effects of Neurontin within forty-five days; documents and information regarding the process and events that led to the FDA label change for Neurontin in April 2009; and discovery of the in-house work, analyses, files and documents upon

which Dr. Christopher Wohlberg relied or considered in his presentations to the FDA on January 31, 2009, June 2, 2008, and July 10, 2008. ECF Doc. # 2125.

3. The following documents are attached hereto in support of this motion:

Exhibit A - February 17, 2010 e-mail from Stevens to Keith Altman

Exhibit B - Excerpts from the deposition transcripts of Laura Kibbe

Exhibit C - March 28, 2008 e-mails between Whalen and Wohlberg

Exhibit D - October 31, 2008 e-mail from Guy Cohen

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 19, 2010

/s/ Andrew G. Finkelstein
Andrew G. Finkelstein
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY 12551
(800) 634-1212

*Member of Products Liability Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 19, 2010

Dated: March 19, 2010

/s/ Andrew G. Finkelstein
Andrew G. Finkelstein