# EXHIBIT A

# Keith Altman

| | |
|---|---|
| **From:** | Stevens, Catherine B [Catherine.Stevens@skadden.com] |
| **Sent:** | Wednesday, February 17, 2010 9:20 AM |
| **To:** | 'kaltman@lawampmmt.com' |
| **Cc:** | Arthur, Katherine F |
| **Subject:** | Re: Wohlberg & Shearer Productions |

Keith - I've had something come up this morning.  Can we move this to later this afternoon or first thing tomorrow?  Sorry for any inconvenience.

```
----- Original Message -----
From: Keith Altman <kaltman@lawampmmt.com>
To: Arthur, Katherine F (NYC)
Cc: Stevens, Catherine B (NYC); kfromson@lawampm.com <kfromson@lawampm.com>
Sent: Tue Feb 16 09:50:05 2010
Subject: RE: Wohlberg & Shearer Productions
```

All,

Here is the basic agenda for the call tomorrow.

Shearer Production:

What are these documents in response to?  There appears to be a wide variety of documents lumped together?

There is inconsistent information of custodians.  What is the source of the documents?

Why did you reproduce selected documents from the NDA's, IND's, and MAA's that were already bates numbered?  The ones that were reproduced, are these in response to a Shearer specific issue?

There are documents from several custodians that had document previously produced and for which the document dates are prior to 2007.  Why are these documents being produced now into the Shearer case?  Is there a shearer specific issue for these?


For Wohlberg Prodcution

There appear to be missing attachments.  I do not have a systematic list.

Where is the correspondence with David Madigan?  Mark Cheffo represented that all of that material would be in Wohlberg's production.  Is there more Wohlberg materials coming?

What is the order of the production?  There does not appear to be any rhyme or reason.

For the new production (109,000+), the document dates seem to be missing.

For several of the powerpoints, there image conversions are defective

I noticed for the new production, it appears that these documents all have redactions. Were these documents separated from the original productions so that they could be redacted?


_____

As I take a first brief look at the materials, I am sure additional issues will come

1

up, but this is basically what I have right now.

Talk to you tomorrow.  Thanks.

Keith


-----Original Message-----
From: Arthur, Katherine F [mailto:Tattin.Arthur@skadden.com]
Sent: Monday, February 15, 2010 11:06 PM
To: 'Keith Altman'
Cc: Stevens, Catherine B; kfromson@lawampm.com
Subject: RE: Wohlberg & Shearer Productions

Below is dial-in information:

Dial in:  1-888-453-4408
Participant Passcode:  2059233365

-----Original Message-----
From: Keith Altman [mailto:kaltman@lawampmmt.com]
Sent: Monday, February 15, 2010 7:26 PM
To: Arthur, Katherine F (NYC)
Cc: Stevens, Catherine B (NYC); kfromson@lawampm.com
Subject: RE: Wohlberg & Shearer Productions

Thanks.

-----Original Message-----
From: Arthur, Katherine F [mailto:Tattin.Arthur@skadden.com]
Sent: Monday, February 15, 2010 6:53 PM
To: 'kaltman@lawampmmt.com'
Cc: Stevens, Catherine B; 'kfromson@lawampm.com'
Subject: Re: Wohlberg & Shearer Productions

10:30 should work.  I will circulate a call-in later tonight.


----- Original Message -----
From: Keith Altman <kaltman@lawampmmt.com>
To: Arthur, Katherine F (NYC)
Cc: Stevens, Catherine B (NYC); kfromson@lawampm.com <kfromson@lawampm.com>
Sent: Mon Feb 15 18:51:25 2010
Subject: RE: Wohlberg & Shearer Productions

Whoops.  Didnt see something else scheduled.  Any chance for 10 or 10:30?

-----Original Message-----
From: Arthur, Katherine F [mailto:Tattin.Arthur@skadden.com]
Sent: Monday, February 15, 2010 6:46 PM
To: 'kaltman@lawampmmt.com'
Cc: Stevens, Catherine B; 'kfromson@lawampm.com'
Subject: Re: Wohlberg & Shearer Productions

Does 11am work for you?


----- Original Message -----
From: Keith Altman <kaltman@lawampmmt.com>
To: Arthur, Katherine F (NYC)
Cc: Stevens, Catherine B (NYC); kfromson@lawampm.com <kfromson@lawampm.com>
Sent: Mon Feb 15 18:44:32 2010
Subject: RE: Wohlberg & Shearer Productions

2

How about Wed morning?  What time works for you and what number?

-----Original Message-----
From: Arthur, Katherine F [mailto:Tattin.Arthur@skadden.com]
Sent: Monday, February 15, 2010 6:24 PM
To: 'kaltman@lawampmmt.com'
Cc: Stevens, Catherine B; 'kfromson@lawampm.com'
Subject: Wohlberg & Shearer Productions

Keith,

Do you have time to discuss your questions regarding discovery on Wednesday
or Thursday?

Thanks so much.

---------------------------------------------------------------------------
--
***************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless
otherwise expressly indicated, any federal tax advice contained in this message was
not intended or written to be used, and cannot be used, for the purpose of (i)
avoiding tax-related penalties under the Internal Revenue Code or applicable state or
local tax law provisions or (ii) promoting, marketing or recommending to another party
any tax-related matters addressed herein.
***************************************************
***************************************************

This email (and any attachments thereto) is intended only for use by the
addressee(s) named herein and may contain legally privileged and/or confidential
information. If you are not the intended recipient of this email, you are hereby
notified that any dissemination, distribution or copying of this email (and any
attachments thereto) is strictly prohibited.
If you receive this email in error please immediately notify me at (212) 735-3000 and
permanently delete the original email (and any copy of any
email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional
qualifications will be provided upon request.
***************************************************
==========================================================================
==




---------------------------------------------------------------------------
--
***************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless
otherwise expressly indicated, any federal tax advice contained in this message was
not intended or written to be used, and cannot be used, for the purpose of (i)
avoiding tax-related penalties under the Internal Revenue Code or applicable state or
local tax law provisions or (ii) promoting, marketing or recommending to another party
any tax-related matters addressed herein.
***************************************************
***************************************************

This email (and any attachments thereto) is intended only for use by the
addressee(s) named herein and may contain legally privileged and/or confidential
information. If you are not the intended recipient of this email, you are hereby

notified that any dissemination, distribution or copying of this email (and any
attachments thereto) is strictly prohibited.
If you receive this email in error please immediately notify me at (212) 735-3000 and
permanently delete the original email (and any copy of any
email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional
qualifications will be provided upon request.
****************************************************
============================================================================
==




----------------------------------------------------------------------------
--
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless
otherwise expressly indicated, any federal tax advice contained in this message was
not intended or written to be used, and cannot be used, for the purpose of (i)
avoiding tax-related penalties under the Internal Revenue Code or applicable state or
local tax law provisions or (ii) promoting, marketing or recommending to another party
any tax-related matters addressed herein.
****************************************************
****************************************************

This email (and any attachments thereto) is intended only for use by the
addressee(s) named herein and may contain legally privileged and/or confidential
information. If you are not the intended recipient of this email, you are hereby
notified that any dissemination, distribution or copying of this email (and any
attachments thereto) is strictly prohibited.
If you receive this email in error please immediately notify me at (212) 735-3000 and
permanently delete the original email (and any copy of any
email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional
qualifications will be provided upon request.
****************************************************
============================================================================
==




----------------------------------------------------------------------------
--
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless
otherwise expressly indicated, any federal tax advice contained in this message was
not intended or written to be used, and cannot be used, for the purpose of (i)
avoiding tax-related penalties under the Internal Revenue Code or applicable state or
local tax law provisions or (ii) promoting, marketing or recommending to another party
any tax-related matters addressed herein.
****************************************************
****************************************************

This email (and any attachments thereto) is intended only for use by the
addressee(s) named herein and may contain legally privileged and/or confidential
information. If you are not the intended recipient of this email, you are hereby
notified that any dissemination, distribution or copying of this email (and any

```
attachments thereto) is strictly prohibited.
If you receive this email in error please immediately notify me at (212) 735-3000 and
permanently delete the original email (and any copy of any
email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional
qualifications will be provided upon request.
****************************************************
============================================================================
==




----------------------------------------------------------------------------
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless
otherwise expressly indicated, any federal tax advice contained in this message was
not intended or written to be used, and cannot be used, for the purpose of (i)
avoiding tax-related penalties under the Internal Revenue Code or applicable state or
local tax law provisions or (ii) promoting, marketing or recommending to another party
any tax-related matters addressed herein.
****************************************************
****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s)
named herein and may contain legally privileged and/or confidential information. If
you are not the intended recipient of this email, you are hereby notified that any
dissemination, distribution or copying of this email (and any attachments thereto) is
strictly prohibited. If you receive this email in error please immediately notify me
at (212) 735-3000 and permanently delete the original email (and any copy of any
email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional
qualifications will be provided upon request.
****************************************************
============================================================================
```