EXHIBIT C

.

| | |
|---|---|
| **From:** | Whalen, Ed |
| **Sent:** | Friday, March 28, 2008 3:49 PM |
| **To:** | Wohlberg, Christopher |
| **Subject:** | RE: Questions about FDA suicidality assessments |

Yes

**From:** Wohlberg, Christopher
**Sent:** Friday, March 28, 2008 11:41 AM
**To:** Whalen, Ed
**Subject:** FW: Questions about FDA suicidality assessments

Ed:

Can you be available on 03 April at 10:30?

Chris

**From:** Grandfield, Jennifer H [mailto:GRANDFIELD@hcp.med.harvard.edu]
**Sent:** Friday, March 28, 2008 10:48 AM
**To:** Wohlberg, Christopher; Romano, Steve
**Cc:** Whalen, Ed; Batzar, Evan
**Subject:** RE: Questions about FDA suicidality assessments

Dear Dr. Wohlberg,

I am happy to set up a time for you to speak with Sharon-Lise Normand. Her availability in the next two weeks is the following:
Monday March 31 4:00-5:00 Eastern
April 3 10:30am-12:00pm
Monday April 7 3:30-5:00
Tuesday April 8 10:00-11:30 and 12:30-2:00

Please just let me know what works for you and if there will be any call in information.

Jennifer

*Jennifer Grandfield*
Department of Health Care Policy
Harvard Medical School
grandfield@hcp.med.harvard.edu
(617) 432-3287

**From:** Wohlberg, Christopher [mailto:Christopher.Wohlberg@pfizer.com]
**Sent:** Friday, March 28, 2008 9:49 AM
**To:** Normand, Sharon-Lise Teresa; Romano, Steve
**Cc:** Whalen, Ed; Batzar, Evan; Grandfield, Jennifer H
**Subject:** RE: Questions about FDA suicidality assessments

Thank you very much for your quick reply. Please let me know your availability and I will make time to discuss this with you. Ed Whalen, our product statistical lead, will also join the teleconference. If you prefer, I can also try to come to Boston to present our data and seek your thoughts.

Best regards,

Confidential

Pfizer_Wohlberg_019588

Chris

---

**From:** Normand, Sharon-Lise Teresa [mailto:sharon@hcp.med.harvard.edu]
**Sent:** Thursday, March 27, 2008 9:11 PM
**To:** Romano, Steve
**Cc:** Whalen, Ed; Batzar, Evan; Wohlberg, Christopher; Grandfield, Jennifer H
**Subject:** RE: Questions about FDA suicidality assessments

Dear Drs. Romano and Wohlberg,

My talk was really related to general statistical methods about meta-analyses — my substantive expertise viz a viz the black box warning is limited to what I heard at the meeting. My point about excluding trials with no events seems fairly obvious and I cannot imagine the FDA did not have an analysis that included all trials. With that said, I would be happy to speak with you if you think I can be of any help.. I have copied my assistant Jennifer Grandfield who can arrange a time for us to speak if that works.

Regards,
Sharon-Lise Normand

---

**From:** Romano, Steve [mailto:Steve.Romano@pfizer.com]
**Sent:** Thursday, March 27, 2008 3:16 PM
**To:** Normand, Sharon-Lise Teresa
**Cc:** Whalen, Ed; Batzar, Evan; Wohlberg, Christopher
**Subject:** RE: Questions about FDA suicidality assessments

Dr. Normand,

Thanks in advance for considering meeting with Chris (see below). At the ISCTM meeting last month in Washington, of which I am a founding member, you gave a nice overview of the role of meta-analysis in assessing drug safety and efficacy. Following Tom Laughren's presentation of the FDA perspective on the black box warning for antidepressant drugs, you made a comment during the discussion period regarding your concern that the method used by the FDA to assess suicidality excluded trials in which no suicidality events were reported. We would appreciate speaking with you more about this, as well as discussing your thoughts regarding alternative methodologies.

Kind regards,
Steve

*Steven J. Romano, M.D.*
*Vice President*
*Neuroscience, Pain and Inflammation, GI/Hepatology*
*Global Medical*
*Pfizer, Inc*
*235 East 42nd Street*
*New York, New York  10017*
*Phone: 212.733.5855*

---

**From:** Wohlberg, Christopher
**Sent:** Thursday, March 27, 2008 3:03 PM
**To:** sharon@hcp.med.harvard.edu
**Cc:** Whalen, Ed; Batzar, Evan; Romano, Steve
**Subject:** Questions about FDA suicidality assessments

Dear Dr. Normand,

My name is Chris Wohlberg and I am the Global Medical Team Leader for Lyrica at Pfizer in New York (and a graduate of the MGH program in Neurology). As you know, the FDA has issued an Alert regarding possibly increased suicide-related adverse events in patients treated with anti-epileptic medications. We are analyzing our data in this regard but did not see evidence of an increased risk when the data was submitted to the FDA.

I heard that you gave a presentation in Washington, DC recently regarding analysis of risk and inclusion / exclusion of studies with no events.  I would very much like to hear your thoughts on this topic and present our data to see what you think.  We could do this at your convenience by phone or I could come to Boston to meet with you personally.

Thank you in advance for your consideration.

Best regards,

Chris

Christopher Wohlberg, MD, PhD
Senior Medical Director / Global Medical Team Leader
Pfizer, Inc.
235 East 42nd Street 235/9/39
New York, NY 10017
(212)-733-5796 (office)
(917)-566-8516 (mobile)
christopher.wohlberg@pfizer.com

Confidential

Pfizer_Wohlberg_019590