UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:           MDL Docket No. 1629
In re:   NEURONTIN MARKETING,         :
         SALES PRACTICES AND          :           Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION :
                                      :           Judge Patti B. Saris
------------------------------------------------------------x
                                      :           Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:             :
                                      :
ALL PRODUCTS LIABILITY CASES          :
                                      :
------------------------------------------------------------x

## MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO CONTINUE HEARING ON MARCH 22, 2010

Products Liability Plaintiffs hereby oppose Pfizer Defendants' emergency motion for a one-week adjournment of the Court's hearing on Plaintiffs' Motions to Compel, ECF Doc. ## 2480, 2482, and Defendants' Motion for a Protective Order Imposing Cost-Shifting, ECF Doc. ## 2577, 2713.

Defendants fail to recognize that next week, Plaintiffs' counsel will be in trial in the *Shearer* case before Judge William G. Young, and it is anticipated that the trial will last for almost the entire month of April 2010. While scheduling may have caused Defendants some inconvenience, it is unfair to then simply shift this burden to Plaintiffs.

This hearing date was scheduled several weeks ago. Both Products Liability Plaintiffs' counsel and the counsel for individual Plaintiff Irene Barlow have made travel arrangements to attend the hearing, including non-refundable plane reservations. Defendants have unreasonably delayed the discovery sought, and this delay threatens the Court-imposed deadlines for discovery

in the individual cases. Plaintiffs' counsel also rearranged their schedules to accommodate the Court's scheduling of this hearing. Such last minute rescheduling is unfair at this time.

Plaintiffs strenuously object to Defendants' motion for an adjournment at this late date. Defendants requested this hearing and had every opportunity to request a continuance at the time the hearing was scheduled. To move for a continuance at this late date, late in the afternoon on a Friday before a Monday hearing, is egregious conduct that should not be countenanced by this Court.

Moreover, Jack W. London, a Member of Products Liability Plaintiffs' Steering Committee, is also counsel in the *Barlow* case. and this opposition also is being filed on behalf of Plaintiff Irene Barlow.

Plaintiffs therefore respectfully request that this Court deny Defendants' emergency motion for a continuance in its entirety.

Dated: March 19, 2010                           Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:   /s/ **Andrew G. Finkelstein**
      Andrew G. Finkelstein, Esquire
      Finkelstein & Partners, LLP
      1279 Route 300, P.O. Box 1111
      Newburgh, NY  12551

By:   /s/ **Jack W. London**
      Jack W. London, Esquire
      Law Offices of Jack W. London
         & Associates
      3701 Bee Cave Rd., Suite 200
      Austin, TX  78746

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 19, 2010.

               **/s/ Andrew G. Finkelstein**
               Andrew G. Finkelstein, Esquire