UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> _____ ) <br> THE GUARDIAN LIFE INSURANCE ) <br> COMPANY OF AMERICA  v. ) <br>   PFIZER, INC., and ) <br> ) <br> AETNA, INC. v. PFIZER, INC. ) <br> _____ ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

### DECLARATION OF LINDA P. NUSSBAUM

I, LINDA P. NUSSBAUM declare and state as follows:

1.  I am a partner with the law firm Kaplan Fox & Kilsheimer LLP, counsel for Plaintiffs Kaiser Foundation Hospitals Inc. and Kaiser Foundation Health Plan, Inc., (together "Kaiser" or "Plaintiffs") in this action.

2.  I submit this declaration in support of Kaiser's Motion for a Curative Instruction.

3.  I have personal knowledge of the matters stated herein.

4.  Attached as Exhibit A is a true and correct copy of Pfizer Inc.'s 2009 Financial Report, *available at* http://media.pfizer.com/files/annualreport/2009/financial/financial2009.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2010

/s/ Linda P. Nussbaum_____
LINDA P. NUSSBAUM

1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3.

                                             ATTORNEY FOR PLAINTIFFS

                                             /s/ Linda P. Nussbaum
                                             LINDA P. NUSSBAUM