# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## NOTICE OF PROPOSED JURY INSTRUCTION

Plaintiff Kaiser respectfully submits the attached proposed jury instruction (*see* Exhibit A), the subject matter of which is discussed in Kaiser's motion for a curative instruction, filed separately on today's date.

Dated: March 19, 2010                    Respectfully submitted,

                                         By:   */s/ Linda P. Nussbaum*
                                               Linda P. Nussbaum

                                         KAPLAN FOX & KILSHEIMER LLP
                                         Linda P. Nussbaum, Esq.
                                         850 Third Avenue, 14th Floor
                                         New York, New York 10022

                                         *Attorneys for Plaintiffs Kaiser Foundation*
                                         *Health Plan, Inc. and Kaiser Foundation*
                                         *Hospitals*

*Of Counsel*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol
HAGENS BERMAN SOBOL
  SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 19, 2010.

*/s/  Linda P. Nussbaum*
Linda P. Nussbaum
