# INSTRUCTION NO. ___:  CURATIVE INSTRUCTION

In its opening argument, counsel for defendant stated that "there is no claim that any patient was injured as a result of" its off-label marketing of Neurontin. You should take notice of the following facts:

> (1) A number of lawsuits have been filed against Pfizer, Inc. in various U.S. federal and state courts and in certain other countries alleging suicide, attempted suicide and other personal injuries as a result of the purported ingesting of Neurontin.[1]

> (2) Certain of the federal court actions have been transferred to this Court for consolidated pre-trial proceedings with other litigation concerning Neurontin, including this case.[2]

> (3) Skadden, Arps, Slate, Meagher & Flom LLP are the lead lawyers for Pfizer, Inc. in this case, as well as in all of the other cases concerning Neurontin pending before this Court.[3]

---

[1] Page 94 of Pfizer Inc.'s 2009 Financial Report., *available at* http://media.pfizer.com/files/annualreport/2009/financial/financial2009.pdf.
[2] *Id.*
[3] *See, e.g.* Docket No. 2606.