UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No.  1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**BENCH MEMORANDUM CLARIFYING THE RELATIONSHIP
BETWEEN THE KAISER PLAINTIFFS**

The Court has recently asked for clarification on the relationship between Kaiser

Foundation Health Plan, Inc.[1] and Kaiser Foundation Hospitals (collectively, "Kaiser"), and

guidance on whether Kaiser Foundation Hospitals ("Hospitals") should be retained as a plaintiff

in this action.   Kaiser will not consent to eliminating Hospitals as a plaintiff in this action.  The

Hospitals and the Health Plan are closely affiliated entities, with identical boards of directors and

senior management, including a common chairman and chief executive officer who presides over

both entities.  3/19/10 Declaration of Victoria Zatkin at ¶ 5;

---

[1] Kaiser Foundation Health Plan, Inc. ("Health Plan") is the parent company of the following companies and has brought this lawsuit on behalf of itself and its subsidiaries:  Kaiser Foundation Health Plan of Colorado; Kaiser Foundation Health Plan of Georgia, Inc.; Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.; Kaiser Foundation Health Plan of the Northwest; and Kaiser Foundation Health Plan of Ohio.

http://xnet.kp.org/newscenter/aboutkp/bios/national/bod.html.  The Hospital and Health Plan

issues joint quarterly reports on their collective financial results.

http://xnet.kp.org/newscenter/pressreleases/nat/2009/021309q4yefinancials.html;

http://xnet.kp.org/newscenter/pressreleases/nat/2002/043002q1financials.html.  The entities are

not separable for purposes of this fraud.

      Health Plan is a non-profit corporation which is licensed as a health care service plan and

regulated by the California Department of Managed Health Care.  Health Plan enrolls members

in individual and group health care plans, and, provides hospital and medical services for its

members through separate contracts with the Permanente Medical Groups ("PMGs") and

Hospitals.  Each of the regional health plans is also a non-profit corporation organized under its

own states' laws.  Zatkin Decl. ¶ 2.

      Hospitals is a non-profit public benefit corporation which is organized under the laws of

the State of California.  It owns and operates hospitals in California and other states.  Hospitals

provides or arranges for hospital services for Health Plan.  Zatkin Decl. ¶ 4.

      The Health Plan collaborates with the PMGs to "develop, maintain, and implement" the

Kaiser Permanente regional drug formularies.  *See, e.g.* TPMG and SCPMG Regional P&T

Committee Policy and Pharmacy Policy References, annexed as Exhibit A and B to the Katcher

Declaration.  Drug Information Services (DIS) and Pharmacy Operations fall under the aegis of

Hospitals, but support both Hospitals and Health Plan and all the regional Health Plans.  Dr.

Millares, the manager of DIS, is a Hospitals employee.  *See* March 26, 2009 Millares Decl. ¶ 1

[Dkt. No. 1749].  Dr. Millares is also a nonvoting member of both the Northern and Southern

California PMG Regional P&T Committees.  3/4 Tr. (Millares) at 48-49.  Albert Carver, former

Vice-President of Pharmacy Strategy and Operations, was a Health Plan employee, and was a

voting member of both California Regional P&T Committees, as mandated by each Committee's policies.  *See* July 12, 2007 Transcript of the Deposition of Albert Carver, Selected Pages Annexed as Exhibit C to the Katcher Decl. at 9:24-10:17; 49:25-50:24; Katcher Decl. Exh. A at 2; Exh. B at 2.  The Health Plan recognizes the PMG P&T Committees as the authorized body to make decisions regarding specific drugs. Katcher Decl. Exh. C at 50:20-50:24.

While it is true that Health Plan has paid for the prescriptions that are at issue in this case, the close affiliation of the two plaintiffs, their common Boards and management, and their closely intertwined financial reporting, makes this a technical distinction that does not have any relevant practical application in their operations or their finances.  For example, Hospitals and Health Plan are treated as a single entity for the purposes of reporting their quarterly financial results.

For the foregoing reasons, Kaiser respectfully declines to eliminate Hospitals as a plaintiff in this action.

Dated:  March 22, 2010

Respectfully submitted,

By:    */s/ Linda P. Nussbaum*_____
Linda P. Nussbaum

KAPLAN FOX & KILSHEIMER LLP
Linda P. Nussbaum, Esq.
850 Third Avenue, 14th Floor
New York, New York 10022

*Attorneys for Plaintiffs Kaiser Foundation*
*Health Plan, Inc. and Kaiser Foundation*
*Hospitals*

*Of Counsel*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol
HAGENS BERMAN SOBOL
  SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 22, 2010.

/s/ Elana Katcher_____
Elana Katcher