UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No.  1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS)<br><br>and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

## DECLARATION OF VICTORIA ZATKIN

I, Victoria Zatkin, declare under penalty of perjury under the laws of the United

States of America that the following is true and correct.

1. I am an attorney admitted to practice in the State of California and am Vice

President, Board and Corporate Governance, and Assistant Secretary of Kaiser

Foundation Health Plan, Inc. ("Health Plan") and each of the subsidiary regional health

plans, including Kaiser Foundation Health Plan of Colorado; Kaiser Foundation Health

Plan of Georgia, Inc.; Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.;

Kaiser Foundation Health Plan of the Northwest; and Kaiser Foundation Health Plan of

Ohio, and Assistant Secretary of Kaiser Foundation Hospitals ("Hospitals").  In addition,

I am Director of the Office of Board and Corporate Governance Services and engage in primarily corporate legal work. As such, I review agreements by and between Health Plan and Hospitals, and am familiar with the corporate documents for Health Plan and Hospitals. As part of my duties, I have knowledge of the relationship between Health Plan, Hospitals, and the PMGs.

2. Kaiser Foundation Health Plan, Inc. is a non-profit public benefit corporation organized under the laws of the State of California. It is licensed as a health care service plan and regulated by the California Department of Managed Health Care. Kaiser Foundation Health Plan, Inc. enrolls members in individual and group health care plans, and arranges for hospital and medical services for its members through separate contracts with the PMGs and Kaiser Foundation Hospitals ("Hospitals"). Each of the regional health plans is also a non-profit corporation organized under its own states' laws.

3. Kaiser Foundation Health Plan, Inc. is the parent company of the following health plans: Kaiser Foundation Health Plan of Colorado; Kaiser Foundation Health Plan of Georgia, Inc.; Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc.; Kaiser Foundation Health Plan of the Northwest; and Kaiser Foundation Health Plan of Ohio.

4. Hospitals is a non-profit public benefit corporation which is organized under the laws of the State of California. It owns and operates hospitals in California and other states. Hospitals provides or arranges for hospital services for Health Plan members.

5. Although Health Plan and Hospitals are separate legal entities, they have identical boards of directors and they share senior management. Attached hereto is a true and correct list of the Directors, Committees, and Officers of Health Plan and Hospitals as of December 31, 2009.


Executed on:  March 19, 2010

Victoria Zatkin

## Kaiser Foundation Health Plan, Inc.

(A California Nonprofit Corporation; Tax Exempt under Internal Revenue Code Sect. 501(c)(3))

### DIRECTORS, COMMITTEES AND OFFICERS
### December 31, 2009

**DIRECTORS AUTHORIZED: (Fourteen authorized; outside Directors have three-year term to expire at first regular Board meeting in the year of class)**

### DIRECTORS

| | |
|---|---|
| George C. Halvorson | Ex Officio Director, Chairman of the Board, Chief Executive Officer & President |
| Daniel P. Garcia, JD | Designated Director |
| William R. Graber | Class of 2010 |
| Kim J. Kaiser | Class of 2010 |
| Jenny J. Ming | Class of 2010 |
| Sandra P. Thompkins, JD | Class of 2010 |
| Christine K. Cassel, MD | Class of 2011 |
| Judith A. Johansen, JD | Class of 2011 |
| Edward Pei | Class of 2011 |
| Cynthia A. Telles, PhD | Class of 2011 |
| Thomas W. Chapman, EdD | Class of 2012 |
| J. Eugene Grigsby, III, PhD | Class of 2012 |
| Philip A. Marineau | Class of 2012 |
| J. Neal Purcell | Class of 2012 |

### BOARD COMMITTEES

| | |
|---|---|
| J. Neal Purcell | Audit & Compliance Committee, Chair |
| Thomas W. Chapman, EdD | Audit & Compliance Committee |
| J. Eugene Grigsby, III, PhD | Audit & Compliance Committee |
| Judith A. Johansen, JD | Audit & Compliance Committee |

## Kaiser Foundation Health Plan, Inc. (continued)

### BOARD COMMITTEES

| | |
|---|---|
| Cynthia A. Telles, PhD | Audit & Compliance Committee |
| Cynthia A. Telles, PhD | Community Benefit Committee, Chair |
| John August | Community Benefit Committee |
| Thomas W. Chapman, EdD | Community Benefit Committee |
| John H. Cochran, MD | Community Benefit Committee |
| J. Eugene Grigsby, III, PhD | Community Benefit Committee |
| Judith A. Johansen, JD | Community Benefit Committee |
| Kim J. Kaiser | Community Benefit Committee |
| Sandra P. Thompkins, JD | Community Benefit Committee |
| Philip A. Marineau | Compensation Committee, Chair |
| William R. Graber | Compensation Committee |
| J. Neal Purcell | Compensation Committee |
| Sandra P. Thompkins, JD | Compensation Committee |
| Thomas W. Chapman, EdD | Executive Committee, Chair |
| Christine K. Cassel, MD | Executive Committee |
| William R. Graber | Executive Committee |
| Kim J. Kaiser | Executive Committee |
| Philip A. Marineau | Executive Committee |
| J. Neal Purcell | Executive Committee |
| Cynthia A. Telles, PhD | Executive Committee |
| William R. Graber | Finance Committee, Chair |
| Christine K. Cassel, MD | Finance Committee |
| Daniel P. Garcia, JD | Finance Committee |
| Philip A. Marineau | Finance Committee |
| Jenny J. Ming | Finance Committee |
| Edward Pei | Finance Committee |
| J. Neal Purcell | Finance Committee |
| Kim J. Kaiser | Governance, Accountability & Nominating Committee, Chair |
| J. Eugene Grigsby, III, PhD | Governance, Accountability & Nominating Committee |
| Judith A. Johansen, JD | Governance, Accountability & Nominating Committee |
| Jenny J. Ming | Governance, Accountability & Nominating Committee |

Page 2

## Kaiser Foundation Health Plan, Inc. (continued)

### BOARD COMMITTEES

| | |
|---|---|
| Edward Pei | Governance, Accountability & Nominating Committee |
| Sandra P. Thompkins, JD | Governance, Accountability & Nominating Committee |
| Christine K. Cassel, MD | Quality & Health Improvement Committee, Chair |
| Daniel P. Garcia, JD | Quality & Health Improvement Committee |
| William R. Graber | Quality & Health Improvement Committee |
| Kim J. Kaiser | Quality & Health Improvement Committee |
| Philip A. Marineau | Quality & Health Improvement Committee |
| Jenny J. Ming | Quality & Health Improvement Committee |
| Edward Pei | Quality & Health Improvement Committee |
| Sandra P. Thompkins, JD | Quality & Health Improvement Committee |

### NATIONAL OFFICERS

| | |
|---|---|
| George C. Halvorson | Chairman of the Board, Chief Executive Officer and President |
| Kathy Lancaster | Executive Vice President & Chief Financial Officer |
| Arthur M. Southam, MD | Executive Vice President - Health Plan Operations |
| Bernard J. Tyson | Executive Vice President - Health Plan & Hospital Operations |
| Raymond J. Baxter | Senior Vice President - Community Benefit, Research & Health Policy |
| Philip Fasano | Senior Vice President - Chief Information Officer |
| Jerry C. Fleming | Senior Vice President - National Health Plan Manager |
| Daniel P. Garcia, JD | Senior Vice President & Chief Compliance Officer |
| Mitchell J. Goodstein | Senior Vice President - Actuarial, Underwriting & Pricing |
| Diane Gage Lofgren | Senior Vice President - Brand Strategy, Communications & Public Relations |
| Thomas R. Meier | Senior Vice President & Treasurer |
| Paul Records | Senior Vice President & Chief Human Resources Officer |
| Herman M. Weil | Senior Vice President -  Medicare and Government Programs |
| Jed Weissberg, MD | Senior Vice President - Quality and Care Delivery Excellence |
| Steven R. Zatkin | Senior Vice President, General Counsel and Secretary |
| Deborah Stokes | Vice President, Controller & Chief Accounting Officer |
| Steven Doshay | Assistant Secretary, California |
| Jennifer M. Gardner | Assistant Secretary |

Page 3

## Kaiser Foundation Health Plan, Inc. (continued)

**NATIONAL OFFICERS**

| | |
|---|---|
| Sandra A. Golze | Assistant Secretary, Northern California |
| Judith M. Mears | Assistant Secretary |
| Indrajit Obeysekere | Assistant Secretary |
| Frank Richardson | Assistant Secretary - Hawaii |
| Carlos Zaragoza | Assistant Secretary, Southern California |
| Victoria B. Zatkin | Assistant Secretary |

**REGIONAL PRESIDENTS**

| | |
|---|---|
| Gregory Adams | Regional President, Northern California |
| Benjamin Chu, MD | Regional President, Southern California |
| Janet Liang | Regional President, Hawaii |

Page 4

## Kaiser Foundation Hospitals

(A California Nonprofit Corporation; Tax Exempt Under Internal Revenue Code Sec. 501(c)(3))

### DIRECTORS, COMMITTEES AND OFFICERS
### December 31, 2009

**DIRECTORS AUTHORIZED: (Fourteen authorized: outside Directors have three-year term to expire at first regular Board meeting in the year of class)**

### DIRECTORS

| | |
|---|---|
| George C. Halvorson | Ex Officio Director, Chairman of the Board, Chief Executive Officer & President |
| Daniel P. Garcia, JD | Designated Director |
| William R. Graber | Class of 2010 |
| Kim J. Kaiser | Class of 2010 |
| Jenny J. Ming | Class of 2010 |
| Sandra P. Thompkins, JD | Class of 2010 |
| Christine K. Cassel, MD | Class of 2011 |
| Judith A. Johansen, JD | Class of 2011 |
| Edward Pei | Class of 2011 |
| Cynthia A. Telles, PhD | Class of 2011 |
| Thomas W. Chapman, EdD | Class of 2012 |
| J. Eugene Grigsby, III, PhD | Class of 2012 |
| Philip A. Marineau | Class of 2012 |
| J. Neal Purcell | Class of 2012 |

### BOARD COMMITTEES

| | |
|---|---|
| J. Neal Purcell | Audit & Compliance Committee, Chair |
| Thomas W. Chapman, EdD | Audit & Compliance Committee |
| J. Eugene Grigsby, III, PhD | Audit & Compliance Committee |
| Judith A. Johansen, JD | Audit & Compliance Committee |

Page 7

## Kaiser Foundation Hospitals (continued)

**BOARD COMMITTEES**

| | |
|---|---|
| Cynthia A. Telles, PhD | Audit & Compliance Committee |
| Cynthia A. Telles, PhD | Community Benefit Committee, Chair |
| John August | Community Benefit Committee |
| Thomas W. Chapman, EdD | Community Benefit Committee |
| John H. Cochran, MD | Community Benefit Committee |
| J. Eugene Grigsby, III, PhD | Community Benefit Committee |
| Judith A. Johansen, JD | Community Benefit Committee |
| Kim J. Kaiser | Community Benefit Committee |
| Sandra P. Thompkins, JD | Community Benefit Committee |
| Philip A. Marineau | Compensation Committee, Chair |
| William R. Graber | Compensation Committee |
| J. Neal Purcell | Compensation Committee |
| Sandra P. Thompkins, JD | Compensation Committee |
| Thomas W. Chapman, EdD | Executive Committee, Chair |
| Christine K. Cassel, MD | Executive Committee |
| William R. Graber | Executive Committee |
| Kim J. Kaiser | Executive Committee |
| Philip A. Marineau | Executive Committee |
| J. Neal Purcell | Executive Committee |
| Cynthia A. Telles, PhD | Executive Committee |
| William R. Graber | Finance Committee, Chair |
| Christine K. Cassel, MD | Finance Committee |
| Daniel P. Garcia, JD | Finance Committee |
| Philip A. Marineau | Finance Committee |
| Jenny J. Ming | Finance Committee |
| Edward Pei | Finance Committee |
| J. Neal Purcell | Finance Committee |
| Kim J. Kaiser | Governance, Accountability & Nominating Committee, Chair |
| J. Eugene Grigsby, III, PhD | Governance, Accountability & Nominating Committee |
| Judith A. Johansen, JD | Governance, Accountability & Nominating Committee |
| Jenny J. Ming | Governance, Accountability & Nominating Committee |

## Kaiser Foundation Hospitals (continued)

**BOARD COMMITTEES**

| | |
|---|---|
| Edward Pei | Governance, Accountability & Nominating Committee |
| Sandra P. Thompkins, JD | Governance, Accountability & Nominating Committee |
| Christine K. Cassel, MD | Quality & Health Improvement Committee, Chair |
| Daniel P. Garcia, JD | Quality & Health Improvement Committee |
| William R. Graber | Quality & Health Improvement Committee |
| Kim J. Kaiser | Quality & Health Improvement Committee |
| Philip A. Marineau | Quality & Health Improvement Committee |
| Jenny J. Ming | Quality & Health Improvement Committee |
| Edward Pei | Quality & Health Improvement Committee |
| Sandra P. Thompkins, JD | Quality & Health Improvement Committee |

**NATIONAL OFFICERS**

| | |
|---|---|
| George C. Halvorson | Chairman of the Board, Chief Executive Officer and President |
| Kathy Lancaster | Executive Vice President & Chief Financial Officer |
| Arthur M. Southam, MD | Executive Vice President - Health Plan Operations |
| Bernard J. Tyson | Executive Vice President - Health Plan & Hospital Operations |
| Raymond J. Baxter | Senior Vice President - Community Benefit, Research & Health Policy |
| Philip Fasano | Senior Vice President - Chief Information Officer |
| Jerry C. Fleming | Senior Vice President - National Health Plan Manager |
| Daniel P. Garcia, JD | Senior Vice President & Chief Compliance Officer |
| Mitchell J. Goodstein | Senior Vice President - Actuarial, Underwriting & Pricing |
| Diane Gage Lofgren | Senior Vice President - Brand Strategy, Communications & Public Relations |
| Thomas R. Meier | Senior Vice President & Treasurer |
| Paul Records | Senior Vice President & Chief Human Resources Officer |
| Herman M. Weil | Senior Vice President - Medicare and Government Programs |
| Jed Weissberg, MD | Senior Vice President - Quality and Care Delivery Excellence |

## Kaiser Foundation Hospitals (continued)

**NATIONAL OFFICERS**

| | |
|---|---|
| Steven R. Zatkin | Senior Vice President, General Counsel and Secretary |
| Deborah Stokes | Vice President, Controller & Chief Accounting Officer |
| Steven Doshay | Assistant Secretary, California |
| Jennifer M. Gardner | Assistant Secretary |
| Sandra A. Golze | Assistant Secretary, Northern California |
| Judith M. Mears | Assistant Secretary |
| Indrajit Obeysekere | Assistant Secretary |
| Frank Richardson | Assistant Secretary - Hawaii |
| Rochelle M. Roth | Assistant Secretary |
| Jacqueline Sellers | Assistant Secretary |
| Carlos Zaragoza | Assistant Secretary, Southern California |
| Victoria B. Zatkin | Assistant Secretary |

**REGIONAL PRESIDENTS**

| | |
|---|---|
| Gregory Adams | Regional President, Northern California |
| Peter Andruszkiewicz | Regional President, Georgia |
| Benjamin Chu, MD | Regional President, Southern California |
| Marilyn J. Kawamura | Regional President, Mid-Atlantic States |
| Patricia Kennedy-Scott | Regional President, Ohio |
| Janet Liang | Regional President, Hawaii |
| Donna Lynne | Regional President, Colorado |
| Andrew R. McCulloch | Regional President, Northwest |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served

pursuant to Case Management Order #3 on March 22, 2010.

/s/ Elana Katcher_____

Elana Katcher