# Exhibit A

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1: Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

## SUMMARY

This Pharmacy Policy and Procedure Reference (PPR) reaffirms, consolidates and reformats the Southern California Drug Formulary Process.

## PURPOSE

The purpose of this Pharmacy Policy Reference (PPR) is to establish the policies, procedures and processes through which Kaiser Foundation Health Plan (KFHP) and SCPMG develop, maintain and implement the *Kaiser Permanente Regional Drug Formularies for Southern California* ("Formulary").  The purpose of the Formulary is to promote the "Best Appropriate Drug Utilization of Any Health Care Organization" through a balanced approach that considers safety, efficacy, service, quality of care and cost through teamwork between physicians and pharmacists.

## HISTORY

Since the 1960's the Kaiser Permanente Southern California Region has had a drug Formulary.  It has used the Formulary to help manage the provision of quality health care and Drug Benefits through a close relationship between the Pharmacy Operations department and the Southern California Permanente Medical Group (SCPMG). In 1993 a "closed" Formulary was adopted. The Region now has the *Drug Formulary for Kaiser Permanente Southern California Region* (Formulary).  A critical element of the effort is the physician-based decision-making process of selecting medications for Formulary inclusion, and the ability of SCPMG physicians to choose a non-formulary medication, without prior authorization, if medical need arises.  As of January 2006, there are two *Drug Formularies for the Kaiser Permanente Southern California Region*, the *Commercial Formulary* and the *Medicare Part D* (MPD) Formulary (For additional policy related to Medicare Part D Formulary, refer to *MPD Addendum*).  The Commercial Formulary encompasses medications administered in the inpatient, clinic, and outpatient settings.  Any changes to the Formularies require the approval of the physician-based Regional Pharmacy and Therapeutics (P&T) Committee.  The SCPMG Regional P&T Committee meets bi-monthly.

## POLICIES

I.  Formulary and the Regional Pharmacy and Therapeutics (P&T) Committee

    A. There is a *Regional Pharmacy and Therapeutics (P&T) Committee* [see PPR 8.1.1, Exhibit A –*Constitution and Bylaws of the Regional Pharmacy and Therapeutics Committee – Southern California*.] that shall establish and maintain the *Regional Drug Formularies* through the processes established in this PPR.

    B. The Formularies are one of the Pharmaceutical Benefit Management processes adopted pursuant to PPR 8.1.1.  The Formularies are published

## SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – <u>Section 8</u> | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

under the authority of the SCPMG Regional P&T Committee.  The Regional P&T Committee is composed of Area Medical Center P&T Chairpersons and Area Pharmacy Directors (APD).  The Area Medical Center P&T Chairpersons are selected by their Area Medical Center Associate Medical Directors.  At least one P&T Committee practicing physician must be an expert in the care of elderly or disabled persons and must be independent and free of conflict with respect to the Health Plan and pharmaceutical manufacturers.  The Regional P&T Committee also includes a representative of Regional Clinical Services, the Vice-President of Pharmacy Strategy and Operations, California Regions and a practicing clinical pharmacist who is an expert in the care of elderly or disabled persons and is independent and free of conflict with respect to the Health Plan and pharmaceutical manufacturers.  All P&T Committee Members (voting and non-voting) shall act in accordance with the SCPMG Conflict of Interest Policy (PPR 8.1.17).

C. Voting membership, however, is limited to the Area P&T Chairpersons, the Vice-President of Pharmacy Strategy and Operations, and the elder-care clinical pharmacist expert.  The Formularies represent an Area and Regional consensus decision on appropriate drug therapy in the inpatient and outpatient settings.

D. There shall be ten possible *Formulary* decision outcomes:
   1. Accept
   2. Accept with *Formulary Guidelines* (see below)
   3. Accept with *Formulary Restrictions* (see below)
   4. Accept with *Formulary Guidelines and Restrictions*
   5. Accept with Monitoring (special limited period analysis with reporting of general utilization patterns back to the Regional P&T Committee)
   6. Do Not Accept
   7. Do Not Accept with Formulary Guidelines (see below)
   8. Do Not Accept with *Formulary Restrictions* (see below)
   9. Do Not Accept with *Formulary Guidelines and Restrictions* (see below)
   10. Do Not Accept with Monitoring (special limited period analysis with reporting of general utilization patterns back to the Regional P&T Committee)

E. All Non-Formulary items are considered to be "Non-Detailable" by Representatives or Agents of the Pharmaceutical Manufacturers, and all Formulary agents which are limited by Specialty prescribing restrictions (e.g., accepted with restrictions) are only detailable to the Specialty to which

## SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – <u>Section 8</u> | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

prescribing is restricted at Kaiser Permanente Southern California Medical Centers.

F.  All medications included on the Medicare Part D Formulary, but not included on the Commercial Formulary, are also considered "Non-Detailable."

G.  In addition, the Regional P&T Committee may designate, on a case by case basis, any Formulary item as Non-Detailable if it meets one or more of the following criteria:
1.  A drug with significant potential for inappropriate use.
2.  A drug that would usually be reserved for second- or third-line therapy where first-line Formulary alternatives are available.
3.  A drug in which industry promotion is inconsistent with internal Kaiser Permanente guidelines for use or National expert panel recommendations (e.g., CDC guidelines).

H.  The Regional P&T Committee maintains the list of formulary drugs that are not to be detailed or promoted to physicians or other health care providers unless specifically requested by the physician or other health care provider ("Non-Detailable" designation).   Manufacturers will be advised by mail by Drug Information Services when any of their products are designated "Non-Detailable" by the Regional P&T Committee.

I.  Group presentations, Continuing Education, in-service, or promotional material(s) display of all Non-Detailable products are prohibited.  Exceptions for group presentations may be granted by the respective department head upon consultation with, and approval of, Area Medical Center Chief, P&T Committee. Permission for group presentations at Regional Offices may be granted only with permission from the Chair, Regional P&T Committee or designated alternate.

II. <u>Identification of Drugs for Evaluation</u>
A.  Any drug approved by the Food and Drug Administration (FDA) can be evaluated for formulary addition or deletion, and for the addition, deletion, or modification of guidelines or restrictions on use.

B.  Evaluations of new drugs will be initiated by Drug Information Services (DIS) after the FDA grants marketing approval through the steps of *The Formulary Process* (see below under *Responsibilities and Procedures.*)

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – <u>Section 8</u> | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

C.  Evaluation of new drugs will include consideration of efficacy, safety and cost. Evaluations will include a medication safety assessment as described in Appendix A

D.  Re-evaluation of all other drugs (formulary or non-formulary) may be initiated by any SCPMG provider through his or her Area Medical Center P&T Committee, the Chiefs of Service Committee, or a Regional Specialty Committee.  These Committees shall forward requests with adequate rationale to DIS in a timely manner.

E.  The Regional P&T Committee or DIS may also initiate re-evaluation of a drug or drug class based on any significant new information on efficacy, safety or cost.

F.  Additional formulary requirements for Medicare Part D may be found in the MPD Addendum.

III.  <u>Exception Process</u>
    A.  <u>Coverage of Non-Formulary Drugs</u>
       1.  Non-formulary designation
         A drug may be designated non-formulary if it meets one or more of the following:
         a.  It has not been evaluated by the SCPMG Regional P&T Committee.
         b.  On evaluation by the SCPMG Regional P&T Committee, and consideration of the Area P&T Committee recommendations, the majority vote of the Regional P&T Committee is to make the drug non-formulary.
         c.  The drug has significant potential for inappropriate use such that the Regional P&T Committee believes it would be better managed as a non-formulary drug through the exception process.

       2.  Exception process in the outpatient setting
         Under a closed formulary, only drugs on the Commercial and Medicare Part D Formularies are covered by the drug benefit (i.e., supplemental drug benefit for outpatient prescriptions). However, there may be occasions when a patient will not be able to use any of the formulary medications due to medical reasons. The exception process was developed to provide physicians and patients with access to a medically necessary drug prescribed on an outpatient basis under the supplemental drug benefit, even when that drug is not on the Formulary. When a physician provides an exception code for a non-Formulary drug, the drug is provided to the

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

member subject to coverage by their usual drug benefit (e.g., Supplemental Drug Benefit or Medicare Part D Prescription Drug Benefit). Exceptions to the Formulary in the inpatient setting are discussed in Section 4 below.

a. Non-Formulary Exception Codes:  For prescriptions dispensed on an outpatient basis, there are five "Recognized Exceptions" that will support the use of the patient's supplemental drug benefit to cover a non-formulary drug. "Recognized Exceptions" include: treatment failure, allergy, intolerance to all formulary alternatives, first-line therapy or a "New Member" exception.   First-line therapy – No Formulary Alternatives is reserved for rare situations where the Non-Formulary drug prescribed is considered first-line treatment for the patient's clinical situation.  New Member exception is described more fully in Section 3 below.

b. The physician must provide a Formulary Exception code on the prescription form (see Exhibit A1) or within the medication order entry screen in KP HealthConnect (see Exhibit A2) to have a non-formulary drug covered by the patient's supplemental drug benefit.  The patient will pay the full Member Rate for a non-formulary drug prescription if no exception code is specified or if the physician specifically indicates "no exception" or initials the space for "NE".   The following are the only approved Exception Codes:
   Exception Code "1" means "Allergic to Formulary alternatives"
   Exception Code "2" means "Intolerant to Formulary alternatives"
   Exception Code "3" means "Treatment Failure to Formulary alternatives"
   Exception Code "4" means "New Member Temporary Exception"
   Exception Code "9" means "First-line Therapy – No Formulary Alternatives"
   Exception Code "10" means "Unable to Find Formulary Drug"

3. New Member Exception for prescriptions in the outpatient setting – A new health plan member who is taking a non-formulary drug may be appropriately treated with a formulary drug. However, there may be occasions when more time or a more extensive patient evaluation is required for detailed evaluations to determine if a formulary drug is appropriate for the particular patient.  On such occasion *Exception #4* may be used (usually ONE TIME ONLY) to have the non-formulary drug covered under the patient's supplemental drug benefit, e.g. for up to 100 days if the supplemental drug benefit generally covers a 100-day supply. This

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

exception is designed to give the physician an opportunity to establish a relationship with, and to evaluate the patient before converting to a formulary drug.

4. Exception process in the inpatient setting
For prescriptions dispensed in the inpatient setting, the same five exception codes are applicable.

5. Appeals and Grievances to the Exception Process.
   a. If a member believes that the decision regarding a non-formulary drug is not correct and/or affects his/her rights or benefits as defined in the Evidence of Coverage, the member has the right to file an appeal with Kaiser Permanente by email, online through the KP website,  or in writing to KFHP for investigation and resolution.  Kaiser Medical Center "Program Representatives" will determine if the case should be handled through the Expedited or Standard process.  Pharmacy staff shall direct members wishing to file an appeal or grievance to the Member Relations or Expedited Review Departments.
   b. For standard and expedited requests, Program Representatives will make coverage determinations as expeditiously as the enrollee's health condition requires, but no later than 72 hours after receipt of the request / supporting statement.
   c. Requests for Redeterminations must be submitted in writing to the Member Relations Department, unless the member requests an Expedited Review.  Requests for Expedited Review may be submitted verbally or in writing to the Expedited Review Department. Redeterminations will also be processed as expeditiously as the member's health condition requires, but no later than 72 hours from the receipt or request.  If necessary, the pharmacy may provide a one-time temporary or emergency supply of a non-formulary drug to ensure the member does not have a gap in coverage while proceeding through the exception process and/or appeals process.
   d. Any evidence review and drug monograph that was used to determine the formulary status of the requested non-formulary drug will be provided for comparison to formulary alternatives.
   e. The member who is dissatisfied with the redetermination has a right to reconsideration by the Center for Health Dispute Resolution (CHDR). The member must file a written request for reconsideration with CHDR within 60 days of the date of the redetermination.  Enrollees must specifically request this review for Part D outpatient drugs.

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – <u>Section 8</u> | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1: Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

B. <u>Pain Management Medications for Terminally Ill Patients</u>: Regardless of any other provision of this PPR, whether as a formulary product or via the "Exception Process" for "non-formulary" products, referenced in "A." above, appropriately prescribed pain management medications for terminally ill patients shall be covered under the respective terms and conditions of a KFHP Member's prescription drug benefit.

C. <u>Authorized Formulary Exception Practitioners</u>: Authorized participating Plan practitioners may prescribe non-formulary products for coverage according to a Member's coverage contract terms without any Health Plan pre-authorization procedures.   When a non-formulary product is medically necessary as determined by an authorized participating Plan practitioner, he/she may prescribe it for coverage by simply indicating the appropriate Formulary Exception code on the prescription or during a verbally communicated prescription.  The following practitioners are authorized as indicated below:
  1. Authorized Practitioners
     a. SCPMG Partner Physician
     b. Full-time non-Partner SCPMG Physician
     c. Per-Diem SCPMG Physician
     d. Plan Podiatrist
  2. Provisionally Authorized, i.e. via referral to, or consultation with, a supervising, mentoring or participating Authorized *Physician* Practitioner above.
     a. Physicians under contract with SCPMG
     b. Plan Nurse Practitioners
     c. Plan Nurse Midwives
     d. Plan Physician Assistants
     e. Dentists
     f. Plan Optometrists
     g. Plan Pharmacists
     h. SCPMG Employed "Kaiser Physician Residents" [<u>Kaiser Physician Residents</u> may use the Formulary Exception Process only if approved by their Chief-of-Service and the Chief-of-Service notifies the Area Pharmacy Director and the Area P&T Committee in writing]
     i. Non-Kaiser visiting Physician Residents

IV. <u>Formulary Specialty Restriction</u>
The policy for restricting drugs to certain physician specialties exists to help assure the proper use of drugs with significant potential for inappropriate usage and drugs with significant potential toxicity.   Restrictions apply to both the inpatient and

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|-------|------------------------------------|----------|-------|
| Category | 8.1: Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

outpatient settings. Outpatient prescriptions for restricted drugs are covered under the supplemental drug benefit if written initially by, or in verbal or written consultation with, the appropriate physician specialist. Inpatient prescriptions for restricted drugs should be written initially by, or in verbal or written consultation with, the appropriate physician specialist. The list of Specialty Restricted Drugs shall be posted in electronic format in the P&T Committee section of the KP National Pharmacy Intranet site (http://pharmacy.kp.org). The criteria for restricting drugs are outlined below.

A.  Specialty Restriction Criteria: A drug in any category, whether for inpatient or outpatient use, may be restricted to designated Physician specialist(s) if it meets one or more of the following. The examples are not all-inclusive:

1.  The drug is inherently dangerous and should only be used by specially trained individuals (e.g., Accutane, for severe recalcitrant cystic acne).
2.  The drug is indicated for a disease state so rare that only a few specially trained individuals should diagnose and treat the disease (e.g., botulinum toxin type A for the treatment of strabismus and blepharospasm associated with dystonia, including benign essential blepharospasm or VII nerve disorders).
3.  The drug's extremely high cost for even a single treatment or single prescription warrants extra assurance of appropriate use through restriction to properly trained and experienced specialists (e.g. alglucerase for Type I Gaucher's Disease).
4.  The drug is in actual or potential short supply (e.g., gamma globulins during extensive military operations overseas).
5.  The drug is an antimicrobial agent and inappropriate use or overuse can result in selection of resistant organisms and a danger to the general Membership or the public.
6.  The drug is deemed to have a significant potential for medication error, abuse, or sentinel events such that restricted use is recommended. This is determined in part by using a systematic Medication Safety Evaluation process. *See Appendix A.*

B.  Specialty Restriction Process: The appropriate Clinical Chiefs of Service Groups will be consulted by the DIS prior to a recommendation of "restricted" to the Regional P&T Committee. Chiefs of Service Groups consulted will include both physician specialists to whom the drug will be restricted and physician groups from whom the drug would be excluded without consultation.

C.  Restricted Drug Prescribing Process: Any SCPMG physician, other than a member of the indicated restricted physician specialty category, may also

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|-------|--------------------------------------------|----------|-------|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

prescribe these drugs.  However, there should be at least a discussion with, and preferably agreement by, an indicated specialty physician that the drug is appropriate for the specific patient.

V.  Formulary Guidelines

The policy for accepting drugs with *Formulary Guidelines* exists to help assure the safe and proper use of drugs with significant potential for inappropriate usage and/or to suggest that lower cost drugs or drugs with known effectiveness, side effects and toxicities be tried first.  Prescriptions for drugs with *Formulary Guidelines* are covered under the drug benefit.  The *Formulary Guidelines* shall be available in electronic format in the P&T Committee section on the KP National Pharmacy Intranet site (http://pharmacy.kp.org) or in the on-line Lexi-Comp Formulary.  The criteria for recommending guidelines are outlined below.

A.  Formulary Guidelines Criteria: A drug in any category may be *Accepted with Guidelines* if it meets one or more of the following.  The examples are not all-inclusive:

1.  The drug is inherently dangerous and should only be used for indicated conditions after less dangerous therapies are tried or that are treated by specially trained individuals. (e.g. various *Step Therapies*)

2.  The drug's extremely high cost for even a single treatment or single prescription warrants extra assurance of appropriate use through adoption of *Guidelines* developed by properly trained and experienced internal or external specialists (e.g. various *Step Therapies*).

3.  The drug is in actual or potential short supply (e.g., gamma globulins during extensive military operations overseas).

4.  The drug is an antimicrobial agent and inappropriate use or overuse can result in selection of resistant organisms and a danger to the general Membership or the public and either other drugs should be used first or specified laboratory tests should be performed before initiation of therapy.

5.  The drug is deemed to have a significant potential for medication error, abuse, or sentinel events such that Guidelines for use are recommended. This is determined in part by using a systematic Medication Safety Evaluation process (*see Appendix A).*

B.  Formulary Guideline Adoption Process:

1.  Drug therapy guidelines for use within the Southern California Region are presented to the Regional P&T for review and approval. They may be generated:

a.  As a part of the Formulary drug review process.

b.  As part of a disease management guideline development process.

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – <u>Section 8</u> | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1: Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

    c. By a guideline development group, (e.g. the Care Management Institute, the Technology Assessment Group, etc.)

    d. On the recommendation/request of a Clinical Chiefs of Services group.

  2. The appropriate Clinical Chiefs-of-Service Groups will be consulted prior to a *Guideline* being adopted by the Regional P&T Committee.  Chiefs-of-Service Groups consulted will include both physician specialists who may occasionally use the drug and specialty physician groups who commonly use the drugs and may be called upon for consultation.

  3. A drug therapy guideline may designate a "preferred" drug or may rank drug choices as 1st line, 2nd line, 3rd line, etc.  However:

    a. Such "step therapy is provided as a recommendation to prescribers, only.  Designation of a drug as 1st, 2nd, 3rd, etc. line does not preclude the prescriber from making the final decision on appropriate therapy for an individual patient.

    b. All other Formulary status designations for such drugs are also still in effect, i.e. a non-formulary drug will still require the Exception process despite being listed in a Guideline.

    c. If a Member disagrees with the therapy decisions of the prescribing practitioner, the Member should be encouraged to discuss that with the prescriber but may be referred to Member Services for assistance.

C. Formulary Guideline Drug Prescribing Process: Any SCPMG Plan practitioner may prescribe these drugs according to the indications as outlined in the *Guideline*.  If a drug is being prescribed for an indication covered in a *Formulary Guideline*, then it should be prescribed in accordance with the parameters outlined in the Guideline.

  1. New Prescriptions - The initial prescription for all *Formulary Guideline* drugs should be prescribed in accord with the *Guideline.*

  2. Refill Prescriptions – Prescriptions for *Formulary Guideline* drugs may be refilled as authorized by the prescriber unless otherwise indicated in the *Guideline* (e.g. refills of certain antineoplastics may be *Restricted* to authorization by a designated specialty physician category).

VI. <u>Drug Lists primarily for the inpatient setting but not exclusive of other patient care settings</u>.

  A. Over-the-counter medications and contrast agents: The Regional P&T Committee will develop and maintain a list of over-the-counter (OTC) medications and contrast agents that are approved for use in hospitalized patients (List).  This process is described in *Appendix B.*

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

    B. IV fluids: The Regional P&T Committee will develop and maintain a list of <u>IV fluids</u> that are approved for use in hospitalized patients (List).  This process is described in *Appendix C*.

    C. Radiopharmaceutical agents: The Regional P&T Committee will develop and maintain a list of <u>radiopharmaceutical agents</u> are approved for use in hospitalized patients (List).  This process is described in *Appendix D.*

VII. <u>Kaiser Permanente HealthConnect Medication-Related Clinical Content</u>

    A. KP HealthConnect is an electronic medical record system and facilitates the provision of decision support to clinicians.  This decision support may include: information about formulary status, preferred medications, safety alerts and support for accurate conveyance of information.

    B. Proposed KP HealthConnect <u>medication-related</u> clinical content will be incorporated into drug monographs by DIS when appropriate and presented for endorsement by the Regional P&T Committee.

    C. Other proposed KP HealthConnect clinical content may be presented by DUM for endorsement by the Regional P&T Committee.

    D. The Regional P&T Committee shall approve and/or endorse medication-related clinical content in KP HealthConnect.

    E. KP HealthConnect <u>medication-related</u> clinical content will be re-reviewed on a pre-determined interval and as needed to ensure that accurate, up to date and relevant content is available to clinicians accessing KP HealthConnect.

## RESPONSIBILITIES AND PROCEDURES

I. <u>The Formulary Process, Step 1 – Initiating Review of a Drug (Initial Input)</u>

Drug Information Services searches the medical literature and other current credible sources for scientific and clinical evidence from appropriate external organizations about drugs under review.  A preliminary drug monograph that includes information regarding the efficacy, safety, patient convenience and cost of a drug in relationship to similar formulary products is prepared.  The preliminary drug monograph includes a proposed formulary recommendation from DIS and a summary of the reasoning and factors that helped formulate the recommendation.

    A. There are ten possible Formulary recommendations for a drug under review

        1. Accept

        2. Accept with *Formulary Guidelines* (see above under *Policies*)

        3. Accept with *Formulary Restrictions* (see above under *Policies*)

        4. Accept with *Formulary Guidelines and Restrictions*

        5. Accept with Monitoring (see above under *Policies*)

        6. Do Not Accept

        7. Do Not Accept with *Formulary Guidelines* (see below)

        8. Do Not Accept with *Formulary Restrictions* (see below)

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

9.  Do Not Accept with *Formulary Guidelines and Restrictions* (see below)
10. Do Not Accept with Monitoring (see above under Policies)

B.  A drug must meet at least one of the criteria listed above under *Policies* in order to be recommended as a *Guideline* drug.

C.  A drug must meet at least one of the criteria listed above under *Policies* in order to be recommended as a *Restricted* drug.

D.  *Monitoring* is special limited period analysis with reporting of general utilization patterns back to the Regional P&T.  A drug should meet at least one of the following criteria in order to be classified as a *Monitored* drug:
1.  The drug is relatively expensive compared to effective alternatives, but could potentially be so commonly prescribed that the cost to the patients and Kaiser Permanente would require consideration of *Guidelines* and/or *Restrictions*.
2.  Great potential for use other than that approved by Regional P&T Committee (e.g., clonidine patch for the treatment of chemical dependency versus hypertension).
3.  The drug is an antimicrobial agent and inappropriate use or overuse can result in selection of resistant organisms.

II.  <u>The Formulary Process, Step 2 – Obtaining Formulary Recommendations</u>
There are two main methods by which opinions and recommendations are obtained.
A.  Regional Specialty Committee Recommendations
1.  Drug Information Services (DIS) works in coordination with Clinical Services to obtain recommendations from appropriate Regional Chiefs of Service Committees, Task Forces, and Advisory Panels.
a.  In addition, DIS may solicit the advice of individual subspecialists or selected expert physician groups.
b.  Depending on the therapeutic classification of the drug, DIS forwards the preliminary drug monograph to the appropriate individuals and/or committees along with any other pertinent information necessary.
c.  In turn, these advisors and expert committees confer with other experts in their areas and submit a formulary recommendation to DIS.  The recommendations of these regional experts are reflected in the drug monograph.
2.  It is very important for Regional Coordinating Chiefs of Service and other advisors representing a group to discuss the proposed formulary recommendation with the group's members, poll the group for their

## SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

opinions, and submit a written opinion that represents the group's consensus.
   a. The most useful recommendations for the Regional P&T Committee are those that provide scientific and clinical evidence supporting the formulary recommendation.

B.  Individual Recommendations
   1. Drug Information Services also prepares an abbreviated drug monograph, which is sent via e-mail to Area Medical Centers for further distribution to all SCPMG physicians.
      a. The abbreviated drug monograph summarizes the formulary recommendation(s) and information contained in the drug monograph.
      b. A copy of the drug monograph can be requested from the physician's Area Drug Education Coordinator, Area Pharmacy Operations, or DIS.
   2. In addition to the abbreviated drug monograph, Drug Information Services also distributes a "Physician Formulary Recommendation Form" by the same process.
      a. The Physician Formulary Recommendation Form affords all physicians the opportunity to submit an opinion on a drug's prospective formulary status.
      b. The completed "Physician Formulary Recommendation Forms" are reviewed by the physician's Area P&T Committee when formulating its recommendation to the Regional P&T Committee.  The forms' content (i.e., the rationale supporting the opinion) is more important than the number of forms recommending one status versus another.

C. Biotechnology and Emerging Pharmaceutical Technology Assessment Committee (BEPTAC) – California Regions
   1. The Biotechnology and Emerging Pharmaceutical Technology Assessment Committee (BEPTAC) is an advisory subcommittee of the Regional Pharmacy and Therapeutics (P&T) Committees of Northern and Southern California [see Appendix E].
      a. Drugs under formulary review which fall under the scope of BEPTAC (biotechnology-derived drugs; significant new biologics; other emerging drugs and pharmaceutical technologies) are discussed and reviewed by the BEPTAC and a formal formulary recommendation is submitted.  The recommendation may include guidelines, restrictions, and monitoring strategies.
      b. If the drug under review by BEPTAC is FDA approved for a very narrow group of patients and/or use is limited to a very specific or specialized group of physicians, after review and recommendations by

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

those specialists, the monograph will be sent directly to the Regional P&T Committee for a final decision.

   c. If the drug under review by BEPTAC is FDA approved for a broader group of patients and/or if use by a larger group of physicians is anticipated, the monograph will be sent to the Area P&T Committees for Area consensus recommendations as outlined in II D.

D. Reaching an Area Consensus Decision
1. Drug Information Services forwards the monograph with the formulary recommendation and a Committee Position Form to the Area P&T Chairpersons and Committees.
   a. Each Area P&T Chairperson determines the process for forming that Area's consensus opinion.
   b. The Area P&T Committee focuses on obtaining "individual opinions" and Area "expert" opinions.
   c. The Area P&T Committee utilizes the comments received from the Physician Formulary Recommendation Forms, as well as Area experts and individuals to form a consensus opinion for their Area.
2. The Regional P&T Committee asks each Area P&T Committee, once it has reviewed all pertinent information (including all collated physician recommendations for that Area) to document the Area consensus recommendations on the Area Committee Position Form.
   a. This Area consensus recommendation is sent to DIS approximately three weeks prior to the next Regional P&T meeting for collating, preparation, and presentation to the members of the Committee.

III. __The Formulary Process, Step 3 – Collating Opinions__
A summary of the recommendations will be sent to members of the Regional P&T Committee at least two weeks prior to their next scheduled meeting.  This process will permit the Regional P&T members to consider any differences between the Areas opinions and recommendations prior to the meeting.

IV. __The Formulary Process, Step 4 – Regional Consensus D__*ecision*
The Regional P&T Committee reviews the opinions and recommendations and votes on the formulary status of a drug.  An interim decision may also be made between meetings according to the Regional P&T governing policies for urgent situations.

V. __The Formulary Process, Step 5 – Implementation of Formulary Decisions__
A. Effective Dates for Formulary Decisions:

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1: Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

    1. Additions to the Formulary (both Commercial and Medicare Part D) become effective the first Tuesday of the month following the meeting unless specified otherwise.

    2. Deletions from the Commercial Formulary shall become effective the first Tuesday of the month following the meeting, unless specified otherwise.

    3. Refer to MPD Addendum for deletions to the MPD Formulary.

B. How Formulary Decisions are Promoted and Communicated:

    1. Drug Information Services announces via electronic mail distribution the decisions of the Regional P&T Committee within two days of each meeting.

    2. Each decision and rationale summary is distributed via the newsletter of the Regional P&T Committee, the *Formulary Update*. This newsletter is distributed in electronic format to all physicians, nurse practitioners, physician's assistants, optometrists, midwives, pharmacists, libraries and regional directors and – in paper format – to all identified network physicians. The *Formulary Update* is also posted in electronic format in the publications section of the KP National Pharmacy Intranet site (http://pharmacy.kp.org/California/Publications).

    3. The Area Medical Center P&T Committees sponsor, advocate, and disseminate each decision and monitor compliance within their respective Areas.

    4. Special brochures, physician and pharmacist speakers, and other means may be used to promote the decision.

    5. A "List" of all Commercial Formulary products (The Consumer Formulary) shall be maintained and made available to all Members, non-participating practitioners, and the public via www.kp.org/formulary. Upon request, a hard copy of the Consumer formulary may be obtained through the Member Services Department as required by California law.

VI. __The Formulary Process, Step 6 – Reviewing Previous Formulary Decisions__

A. The Formulary is a dynamic and evolving document. Newly available information or opinions can prompt the review process. In addition, drug class reviews are conducted periodically. Previous formulary decisions are reviewed and monitored for acceptance.

B. The P&T Committee shall appoint a person or committee to conduct a summary review of all Formulary drug categories and report at least annually regarding recommendations, if any, for a comprehensive review of particular drug categories. The report and the P&T Committee's decision and referrals, if any, shall be recorded in the Committee's meeting minutes.

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – **Section 8** | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1: Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

1. A Subcommittee of the Regional P&T Committee, consisting of the Manager of Drug Information Services and the Chair of the Regional P&T Committee will review all policies and procedures (PPRs) on an annual basis.
2. Any recommendation for change in an existing policy by the Subcommittee will be presented to the full Regional P&T Committee for approval.
3. The Subcommittee may also recommend the addition of new policies and procedures as necessary. Any new PPR will be presented to the full Regional P&T Committee for approval.

VII. Non-Formulary Exception Code Processing
    A. Processing:
        1. If an appropriate non-formulary exception code is indicated on the prescription form or within the medication order entry screen in KP Health Connect; pharmacy staff will insure the non-formulary medication order is filled and dispensed according to the members benefit.
        2. If the pharmacist has reason to believe the requested non-formulary medication poses an unreasonable patient safety risk compared to formulary alternatives, or if the requested non-formulary medication cannot be procured in a timely manner to meet the patient's therapeutic needs, the pharmacist will contact the ordering prescriber to determine the best course of action.
        3. If a non-formulary exception code is not provided or is not an approved code, the pharmacist will seek guidance from the prescriber for clarification and/or intent.
        4. For new health plan members, pharmacists may authorize the new member exception code (usually ONE TIME ONLY up to 100 days) to allow the member an opportunity to establish a relationship with their health care provider who will evaluate appropriateness of non-formulary medications.
        5. Pharmacists may authorize a one-time temporary or emergency supply of a non-formulary drug to ensure the member does not have a gap in coverage while proceeding through the exception process and/or appeals process.

    B. Documentation
        1. Pharmacy will record in the Patient's Profile (e.g. PIMS) interventions of non-formulary medication prescribing, including the rationale and the intervention outcome.

    C. Member Appeals and Grievances to the Exception Process
        1. Pharmacy personnel shall direct members with any concerns with their benefit directly to Member Services to take appropriate next steps. Kaiser Medical Center "Program Representatives" will determine the appropriate course of action.

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

## DEFINITIONS

1. _New Prescriptions_ –a patient receives a prescription for a medication he/she is not currently taking.
2. _Non-Detailable_ – drugs that cannot be detailed to any physicians or other health care providers unless specifically requested by the physician or other health care provider.

## REVIEW HISTORY

Policy originated 06/01/84.  Reviewed annually thereafter.
Executive Sponsor: The Southern California Pharmacy Operations Leader.
Updated by P&T 3/11/03
Updated by P&T 3/10/04.
Policy reformatted 8/17/04.    EPT approved revision and reformat 10/20/04.
Updated by P&T 3/8/05.  EPT approved 7/5/05.
Updated September, 2005 to incorporate Medicare Part D Appeals and Grievances requirements into the non-formulary exception process.   Approved by Southern California P&T Committee in December 2005.
Updated June, 2006 Formulary changes. Approved by Southern California P&T Committee in June 2006.MPD Addendum reviewed and approved September 2006. EPT approved revisions 10/18/06.
Reviewed, revised and approved by SCPMG Regional P&T Committee 3/13/07. Revisions reviewed and approved by EPT on 4/03/07.
MPD Addendum reviewed, revised and approved by SCPMG Regional P&T Committee 9/11/07.  Revisions reviewed and approved by EPT on 12/12/07.
Reviewed, revised and approved by SCPMG Regional P&T Committee 5/2/08. Revisions reviewed and approved by EPT on 6/03/08.
Reviewed, revised and approved by SCPMG Regional P&T Committee on 3/10/09. Revisions reviewed and approved by EPT on 4/22/09.
Reviewed and approved by EPT on 8/19/09.

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

## EXHIBITS

### A1.  Example of a Prescription Blank

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – <u>Section 8</u> | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

## <u>EXHIBITS</u>

### A2.  Screenshot of SCAL KP HealthConnect



# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1: Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

## Exhibit B

## Example of a *Physician Formulary Recommendation Form*

### Physician Formulary Recommendation Form

This form is **not** a ballot.  It is one of several pieces of information that your Area Pharmacy and Therapeutics Committee will use to make its formulary recommendation to the Regional Pharmacy and Therapeutics Committee

Full monographs of the medications being considered at the June 2001 Regional P & T Meeting are posted on the national pharmacy Intranet site at: http://pharmacy.kp.org.  **Please return this form to your Pharmacy Service Director by May 21, 2001 via an Interoffice envelope.**  Please indicate your opinion by checking the appropriate box.

| DRUG | RECOMMENDATIONS | AGREE | DISAGREE | NO COMMENT |
|---|---|---|---|---|
| Caspofungin (Cancidas® ) Injection – aspergillosis | • **Regional Laboratory and Infectious Disease Committee and Drug Information Services (DIS):** Do not accept. | | | |
| Cefdinir (Omnicef® ) Suspension – pediatric infections with susceptible pathogens | • **Chiefs of Pediatrics:** Accept cefdinir (Omnicef® ) suspension to the Formulary.<br><br>• **Regional Laboratory and Infectious Disease Committee and Drug Information Services (DIS):** Accept cefdinir (Omnicef® ) suspension to the Formulary. Delete cefaclor (Ceclor® ) from the Formulary. | _____ Accept Omnicef suspension to the Formulary.<br><br>_____ Accept Omnicef suspension to the Formulary. Delete cefaclor (Ceclor® ) from the Formulary.<br><br>_____ Other | | |
| Montelukast (Singulair® ) **10 mg Tablets** – Asthma | • **Chiefs of Allergy:** Do not accept.<br><br>• **Regional Respiratory Care Committee:** Accept Singulair®  10 mg tablets to the Formulary with restrictions to Allergy and Pulmonology.<br><br>• **Chiefs of Pediatrics and Drug Information Services (DIS):** Accept Singulair®  10 mg to the Formulary with restrictions to Pulmonologists, Allergists and Asthma Champions.<br><br>• **Chiefs of Family Practice and General Internal Medicine Committee:** Accept Singulair®  10 mg to the Formulary with guidelines. | _____ Do not accept.<br>_____ Accept Singulair 10 mg with restricted prescribing to Allergy and Pulmonology.<br>_____ Accept Singulair 10 mg  with restricted prescribing to Allergy, Pulmonology and Asthma Champions.<br>_____ Accept Singulair 10 mg with guidelines.<br>_____ Other | | |
| Ropivicaine (Naropin™) Injection – Anesthetic | • **Chiefs of Anesthesiology:** Do not accept.<br><br>• **Drug Information Services (DIS):** Accept to the Formulary with restriction to prescribing by Anesthesiology with the following guidelines: to be used concomitantly with fentanyl for labor and delivery. | _____ Do not accept.<br>_____ Accept with guidelines and restricted prescribing to Anesthesiology.<br>_____ Other | | |
| Colony Stimulating Factor Guidelines | • **Regional Cancer Committee and Drug Information Services (DIS):** Approve<br><br>• **Regional Laboratory and Infectious Disease Committee:** Pending | | | |

If you have any comments concerning any of the preliminary Formulary recommendations, guidelines or restrictions, please indicate the reasons based on efficacy, safety and/or cost in the space below.

DIS = Drug Information Services

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – **Section 8** | **POLICY #** | 8.1.2 |
|---|---|---|---|
| **Category** | **8.1: Pharmaceutical Benefit Management** | **REVIEW DATE** | **8/19/09** |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

**Exhibit C**

## Example of a *Regional Formulary Drug Addition / Deletion Form*



**KAISER PERMANENTE**

Regional Pharmacy and Therapeutics Committee

**REGIONAL FORMULARY DRUG ADDITION / DELETION REQUEST**

**Requesting Physician:** Please complete this form and return to the Chairperson of the Pharmacy and Therapeutics Committee at your facility. Please type or print clearly.

Drug Name (generic): _____ Brand Name: _____

Dosage form(s) and Strength(s): _____ Manufacturer: _____

Indication(s) and Usage: _____

Will this drug replace existing Regional Formulary drug(s)? Identify: _____

Summary of reasons for Formulary addition (include advantages over existing Formulary drugs, unique properties, and significant adverse reactions, contraindications, precautions) or Formulary deletion:

List or attach applicable clinical studies that support usefulness or advantage of this drug (attach package insert and promotional material if available):

Estimated volume of use of this drug: _____ Cost of drug: _____

Physician requesting drug: _____ Signature: _____

Facility and Department: _____ Date: _____

**LOCAL P & T CHAIRPERSON USE ONLY**

Date Received: _____ Action and comment: _____

P & T Chairperson: _____ Location: _____ Date: _____

**REGIONAL FORMULARY COMMITTEE USE ONLY**

Date Received: _____  ☐ Approved   ☐ Not Approved   ☐ Deferred

Comment: _____

Regional P & T Chairperson: _____ Date: _____

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

## APPENDIX A – MEDICATION SAFETY EVALUATION PROCESS

### SUMMARY
This document appends Pharmacy Policy Reference 8.1.2, Drug Formulary Processes. It does not change the existing Policy, but describes the process by which medications are evaluated for the potential for medication error, abuse, and sentinel events.

### HISTORY
Kaiser Permanente Southern California Region has an established policy and procedure for the evaluation of medications for inclusion on the Drug Formulary.  *See Pharmacy Policy Reference (PPR) 8.1.2*.  Criteria considered during the formulary review process prior to 2004 included efficacy, safety (i.e., adverse drug reactions and drug interactions) and relative cost of the medication.

In 2004, Kaiser Permanente Southern California Region implemented a new process by which the potential for medication error, abuse, and sentinel events is systematically evaluated for each medication undergoing formulary review.

In 2008, a California-wide Boxed Warning Task Force was established to systematically review drugs with significant safety concerns (e.g., boxed warnings; ISMP High Alert Meds).  Their mission is to identify these significant safety concerns, separate them into inpatient versus outpatient issues and recommend actions to mitigate risks for each setting.  The Boxed Warning Task Force will prioritize safety concerns versus the outpatient setting.

### RESPONSIBILITIES AND PROCEDURES
The responsibility of the Regional Pharmacy & Therapeutics (P&T) Committee is, in part, to develop and maintain the Drug Formulary, in accord with PPR 8.1.2  To assist the Regional P&T Committee in this task, Drug Information Services (DIS) provides informational support by evaluating published and unpublished data on medications, and making formulary decision recommendations.  The recommendations are based on efficacy, safety, and cost of medications.  In 2004, additional criteria were added as a part of the normal medication evaluation process:   the potential for abuse, sentinel events, and propensity to cause medication errors.  A tool developed by DIS helps ensure that these elements are evaluated in a consistent and systematic manner.  In addition, the DIS routinely monitors FDA Med Safety Alerts, FDA-mandated patient information leaflets, and new boxed warnings.  The DIS communicates risk assessments and any measures recommended to mitigate these risks to the Boxed Warning Task Force, appropriate health care providers and the Regional P&T Committees. Measures recommended by the Boxed Warning Task Force to mitigate

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – <u>Section 8</u> | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1: Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

identified risks are shared with the SCPMG and TPMG Regional Medication Safety Committees, the SCPMG and TPMG Regional P&T Committees and appropriate stakeholders.

MedS.E.T® (Medication Safety Evaluation Tool) is a software application developed by Kaiser Permanente Drug Information Services to assist DIS in identifying and evaluating the potential for medication error, abuse, and sentinel events for all drugs undergoing formulary review. Each step of the drug delivery process is addressed: Drug Selection, Prescribing, Dispensing, Administration, and Monitoring. The Monitoring assessment includes an evaluation of the laboratory and patient monitoring parameters necessary to ensure safe use of the drug. To benefit from the aggregate experience of other health care institutions nationwide, MedS.E.T. ® also points to MedWatch, the Institute for Safe Medication Practices (ISMP), and the Joint Commission for Accreditation of Healthcare Organizations (JCAHO) for reported sentinel events or other potential medication safety issues. Such information is reported in the drug monograph for consideration as part of the drug evaluation process.

The medication safety evaluation process appends the existing formulary review process in two ways. First, the potential for medication errors, abuse, and sentinel events identified by DIS will be listed under a new section of the drug monograph titled Medication Safety Considerations. This section of the monograph will be considered and evaluated along with efficacy, safety, and cost data by Regional P&T Committee members for formulary decision-making.

The second impact of the medication safety evaluation process is the advent of new Regional P&T Committee-sanctioned interventions to proactively minimize the occurrence of specific medication-related risks. These interventions ("counteractions") are recommended by the DIS Formulary Pharmacist for consideration by the Regional P&T Committee. The Boxed Warning Task Force, in its review of medication safety issues, may also recommend actions to mitigate any identified risks for consideration by the P&T Committee. The Regional P&T Committee votes on whether to accept or not accept one or more of the recommended counteractions. The Regional P&T Committee may accept a recommended counteraction, regardless of formulary status of the drug (i.e., whether the drug is formulary or non-formulary).

## <u>CONTINUOUS SAFETY MONITORING</u>
Three national patient safety institutions, the Institute for Safe Medication Practices (www.ismp.org), Joint Commission for Accreditation of Healthcare Organizations (www.jcaho.org), and the Food and Drug Administration MedWatch (www.fda.gov) are consulted on a monthly basis for new reports of medication safety issues. DIS may recommend new counteractions to the Regional P&T Committee as a result of

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

emerging medication safety information.  The Regional P&T Committee votes to accept or not to accept implementation of recommended counteractions.

__END__

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

## APPENDIX B – EVALUATION OF OTC PRODUCTS AND CONTRAST AGENTS FOR USE IN THE INPATIENT AND OTHER PATIENT CARE SETTINGS

### SUMMARY
This document appends Pharmacy Policy Reference 8.1.2, Drug Formulary Processes. It does not change the existing policy, but describes the process by which over-the-counter (OTC) medications and contrast agents are evaluated for hospital use.

### HISTORY
Prior to 2004, only legend medications, i.e., medications that require a prescription, were evaluated for Formulary inclusion.  Beginning in 2004, however, over-the-counter (OTC) medications and contrast agents will also be evaluated for use in the inpatient and other patient care settings.

### PURPOSE
The purpose of this document is to describe the process by which over-the-counter (OTC) medications and contrast agents are evaluated for use in the inpatient and other patient care settings.  By this process, OTC medications and contrast agents that are accepted by the Regional P&T Committee shall be approved for use in hospitalized patients.  A list of these products shall be maintained and called the List of OTC Medications and Contrast Agents Approved for Inpatient and other Patient Care Use (the List).  OTC medications and contrast agents that have not been accepted or have not been reviewed by the Regional P&T Committee, or a subcommittee thereof, shall not be routinely available in inpatient pharmacies or other patient care settings until a review or re-review of the drug has been conducted and the drug accepted for inclusion on the List.  Inclusion on the List does not imply Formulary status.

### POLICIES
I.     CURRENT OTC PRODUCTS AND CONTRAST AGENTS

Over-the-counter products currently in use in the inpatient and other patient care settings have been identified for the Kaiser Permanente Southern California Region.  These products include pharmaceuticals, as well as non-pharmaceutical products (e.g. bandages, lancets, etc.) and products with no active ingredient.  This Policy addresses only OTC products with one or more active ingredient; non-pharmaceutical products and products with no active ingredient are not subject to this Policy.

In addition, contrast agents currently in use in the inpatient and other patient care settings have been identified for the Kaiser Permanente Southern California Region.

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – <u>Section 8</u> | POLICY # | 8.1.2 |
|-------|-----------------------------------------------|----------|-------|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

These products include conventional ionic high-osmolality contrast media, and low-osmolality contrast media of both ionic and nonionic types.

Over-the-counter medications and contrast agents will be considered for inclusion on the List in one of two ways.  They may either be a) grandfathered into the List, or b) evaluated for safety, efficacy, and cost using existing information from various reliable drug information sources as necessary. Grandfathering a drug means that the medication is approved for inclusion onto the List with no formal safety, effectiveness, or cost evaluation.   Only OTC products that are considered relatively innocuous (e.g. A & D ointment) or have been extensively used and proven safe and effective, with no known medication safety issues (e.g., multi-vitamins), will be grandfathered into the List. For <u>contrast agents, only</u> those products that have been previously procured for use will be grandfathered into the List.  Inclusion on the List does not imply <u>F</u>ormulary status.

II.    <u>FUTURE OTC AND CONTRAST AGENT EVALUATIONS (2004 forward)</u>

Any OTC medication or contrast agent that has not been accepted or grandfathered into the List via the process above may be reviewed or re-reviewed for inclusion on the List by request.  Drug Information Services (DIS), the Regional P&T Committee, or any KP physician or pharmacist through their Area P&T Committee may initiate a request to review or re-review any OTC medication or contrast agent.  The request will be carried forward to DIS, who will evaluate the drug using a reliable, commercially-available drug monograph (e.g. from Lexi-Comp or Micromedex) and make a recommendation to the Regional P&T Committee.  The Regional P&T Committee, or a sub-committee thereof, will vote to either accept or not accept the medication based on the safety, efficacy, and cost data presented.

**<u>END</u>**

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – <u>Section 8</u> | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

## APPENDIX C – EVALUATION OF I.V. SOLUTIONS FOR USE IN THE INPATIENT AND OTHER PATIENT CARE SETTINGS

### PURPOSE

The purpose of this Appendix is to describe the process by which I.V. solutions are approved for use in the inpatient and other patient care settings.

### POLICIES

I.V. solutions currently in use in the inpatient and other patient care settings have been identified for the Kaiser Permanente Southern California Region.  These products include base solutions that contain various concentrations of dextrose and/or sodium chloride, with or without other electrolytes.  I.V. solutions are not formally evaluated by the Regional P&T Committee for safety, efficacy, or cost prior to use in the inpatient or other patient care settings.  Any I.V. solution currently used in the inpatient or other patient care settings is considered approved for use.  For future approvals, any I.V. solution contained in the product procurement system will be considered approved for use.


**END**

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|-------|---------------------------------------------|----------|-------|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

## APPENDIX D – EVALUATION OF RADIOPHARMACEUTICALS FOR USE IN THE INPATIENT AND OTHER PATIENT CARE SETTINGS

### SUMMARY
This document appends Pharmacy Policy Reference 8.1.2, Drug Formulary Processes. It does not change the existing policy, but describes a new process by which radiopharmaceuticals are evaluated for hospital use.

### HISTORY
Prior to 2004, radiopharmaceuticals were not systematically evaluated for inclusion in the Formulary.  Beginning in 2004, however, radiopharmaceuticals will be evaluated for use in the inpatient and other patient care settings.  The following describes the new process by which radiopharmaceuticals will be evaluated.

### PURPOSE
The purpose of this document is to describe the process by which radiopharmaceuticals are evaluated for use in the inpatient and other patient care settings.  By this process, radiopharmaceuticals that are accepted by the Regional P&T Committee shall be approved for use in hospitalized patients.  A list of these products shall be maintained and called the List of Radiopharmaceuticals Approved for Inpatient and other Patient Care Use (the List).  Radiopharmaceuticals that have not been accepted or have not been reviewed by the Regional P&T Committee, or a subcommittee thereof, shall not be routinely available in inpatient pharmacies or other patient care settings until a review or re-review of the drug has been conducted and the drug accepted for inclusion on the List.  Inclusion on the List does not imply Formulary status.

### POLICIES
I.  CURRENT RADIOPHARMACEUTICALS
Radiopharmaceuticals currently in use in the inpatient and other patient care settings have been identified for the Kaiser Permanente Southern California Region.  These products include all radiopharmaceuticals that have been purchased for use in Kaiser Facilities.

Radiopharmaceuticals will be considered for inclusion on the List in one of two ways. They may either be a) grandfathered into the Formulary, or b) requested by a provider who has appropriate authorization as described in the Regional Radiation Safety Manual.  Grandfathering a drug means that the medication is approved for inclusion onto the List with no formal safety, effectiveness, or cost evaluation.   Only those products that have been previously procured for use will be grandfathered into the List.

II.  FUTURE RADIOPHARMACEUTICAL EVALUATIONS (2004 forward)

## SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

Any medication that has not been accepted or grandfathered into the List via the process above may be added to the List by request of any provider who has appropriate authorization as described in the Regional Radiation Safety Manual.  The Regional P&T Committee will accept and vote in accordance with the recommendation of the Regional Radiation Safety Committee.

__END__

## SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – <u>Section 8</u> | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

**APPENDIX E – Policy for the Biotechnology and Emerging Pharmaceutical Technology Assessment Committee (BEPTAC) – California Regions**

1) <u>DESCRIPTION</u>:  The Biotechnology and Emerging Pharmaceutical Technology Assessment Committee (BEPTAC) has evolved to serve as a coordinated working and advisory subcommittee of the Regional Pharmacy and Therapeutics (P&T) Committees of Northern and Southern California.

   a) <u>Mission</u>: The mission of BEPTAC, relating to the medications and technologies within its scope, is to ensure
   - Careful assessment and recommendations – for formulary status, utilization, and monitoring
   - Development of operational planning and deployment strategies.
   - Integration of clinical trial evidence, expert recommendations, and consensus judgment as regards utilization strategies and tools.
   - Interregional sharing of the work of the committee.
   - Support for achievement of quality care/services, cost effectiveness and improved health outcomes for our members.

   b) <u>Scope</u>: The scope of issues to be considered by BEPTAC includes:
   - Biotechnology-delivered therapeutic products.
   - Significant new biologics and other drugs which are used with or as alternatives to the biotechnology drugs.
   - Other emerging drugs and pharmaceutical technology including new and innovative treatment modalities, combination products with new technology aspects, or new forms of testing which may impact drug utilization.  The degree of involvement in any of these therapies and technologies may vary as determined by BEPTAC and the P&T Committees.

   c) <u>Rationale</u>: Similar to the predecessor committees dating back to 1991, the rationale for the existence of BEPTAC includes the following:
   - <u>Development of new therapies</u>: There have been significant advances made in biotechnology-derived products, including human proteins, conjugated proteins, monoclonal antibodies, and other products.
   - <u>Resource utilization</u>: It is anticipated that the new therapy development trend will continue to grow and will have an increasing impact on patient care, therapy support requirements, healthcare system operations, and benefit structure.
   - <u>Unique therapies</u>: Scientific advancements will continue to result in development of unique new treatment modalities and technologies with impact and resources issues similar to the biotechnology drugs.  These may include anti-sense drugs, angiogenesis-related drugs, pharmacogenomic testing, gene therapy, or others.

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

- __Impact__: These therapies and technologies are significant because they may represent major advancements in the ability to prevent or treat disease or in the efficacy or safety of pharmaceutical therapies.
- __Off-label indications__: These therapies and technologies are often introduced and approved for narrow therapeutic indications but have significantly broader therapeutic potential.
- __Limitations of clinical trial experience__: In many cases, these therapies and technologies have clinical trial experience in a limited number of patients meeting specific criteria but have potential applications in a wider range of patients.
- __Safety issues__: Often these therapies and technologies may involve new approaches to treatment where safety issues are still not fully defined and unanticipated adverse events may emerge with widespread use.

2) __COMMITTEE ROLE AND RESPONSIBILITIES__: Regarding biotechnology derived drugs and other emerging pharmaceutical technologies, the charges of the Biotechnology and Emerging Pharmaceutical Technology Assessment Committee (BEPTAC) are to:
   a)  Strategize for organizational approaches to management of these therapies.
   b)  Identify key stakeholders and experts to be consulted and involved in the development of guidelines and other tools for management of these therapies.
   c)  Plan for mechanisms to monitor the use of approved biotechnology-derived drugs and other emerging pharmaceutical technologies.
   d)  Direct the development of guidelines and other tools in a timely fashion.
   e)  Direct the evaluation of similar biotechnology products for therapeutic equivalency (i.e., therapeutically similar products).
   f)  Recommend as appropriate the continuing evaluation of new information concerning additional uses for approved biotechnology products.
   g)  Make recommendations to the Pharmacy and Therapeutics (P&T) Committees regarding Formulary status, utilization, and monitoring.

3) __COMMITTEE MEMBERS__: The composition of the Biotechnology and Emerging Pharmaceutical Technology Assessment Committee (BEPTAC) and its task forces is critical to their ability to fulfill the Committee's charges.
   a)  Committee members will include the following (with changes made with the approval of the Pharmacy and Therapeutics Committees):
   - Representation of the P&T Committees, including the Chairs of those Committees and/or their designees.
   - Designated SCPMG and TPMG physicians, including the following:
     - Chair of the TPMG Formulary Subcommittee of P&T
     - TPMG Medical Director for Drug Information, Utilization and Technology

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1: Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

- SCPMG Assistant to the Associate Medical Director for Quality and Clinical Analysis
- TPMG Chair of the Chiefs of Oncology
- Other designated or ad hoc members as determined by the Committee
- Representatives of Pharmacy, including leadership for Drug Use Management and Drug Information Services
- Representative(s) of Benefit/Policy Development in Health Plan Regulatory Services
- Representative(s) of Medical Technology Assessment & Research Support Services in Southern California

b) Co-Chairs of the Committee from SCPMG and TPMG will be nominated by BEPTAC and confirmed by the respective Chairs of the SCPMG and TPMG Regional Pharmacy and Therapeutics Committees.

c) The Committee will direct its task forces in fulfilling its charges.

d) The Committee and its task forces will utilize drug information supplied by the Drug Information Services, information and assessment from Medical Technology Assessment & Research Support Services, input from specialists familiar with the use of drugs under consideration, and input from other consultants as needed.  Such consultants may be drawn from the following areas (among others):

- Quality Assurance/Utilization Management
- Medical Technology Assessment
- Financial Services
- Pharmacy Operations
- Interregional New technologies Committee
- Benefit, Contract and Policy Committee
- Regional Pharmacy and Therapeutics Committees

e) Drug Information Services will provide staff support to the Committee and its task forces.

4) __REVIEW PROCESS__: The Biotechnology and Emerging Pharmaceutical Technology Assessment Committee (BEPTAC) works with Drug Information Services (DIS) to coordinate review of biotechnology-derived products and other therapies within the scope of the Committee.  Each drug or product undergoes an multi-step review process including the following:

a) The Committee tracks products in the FDA approval pipeline through clinical trials, and evaluates evidence published in the peer-reviewed scientific literature plus forecasts performed by Drug Information Services.

b) Pharmacists and physician experts review the evidence for safety, efficacy, and comparable agents and recommend place-in-therapy for the product.

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

   c)  The Committee works with the pharmacists and physician experts to develop a clinical practice guideline or other tools and to recommend a monitoring strategy for utilization and clinical outcomes.

   d)  The recommendations, guideline, and monitoring strategy are distributed to affected physician groups for consensus building.

   e)  The final documents are presented to the Regional P&T Committees for approval.

   f)  Copies of the approved documents are distributed to affected physician groups, interregional pharmacy groups, and the Interregional New Technology Committee.

   g)  Following commercial availability of a product, whenever feasible, the Committee monitors usage for usage patterns, for compliance with guidelines, and regarding issues of safety and efficacy.

   h)  Information gathered from monitoring is reported back to the physician experts and affected physician groups, task forces, and Regional P&T Committees, as appropriate.

   i)  On an ongoing basis, the Committee recommends updating of guidelines based on input from individual physicians, physician committees, and new evidence from the scientific literature.

5)   __COMMITTEE PROCESS__

   a)  The Biotechnology and Emerging Pharmaceutical Technology Assessment Committee (BEPTAC) will meet as needed, with planned quarterly meetings.

   b)  The Committee and/or its task force(s) will distribute its draft recommendations to relevant groups (Regional Committees, Chiefs Groups, etc.) for initial review and comment.

   c)  The Committee and/or its task force will then synthesize the input received and direct a recommendation to the Regional Pharmacy and Therapeutics Committees.

__END__

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

## __MPD ADDENDUM__

### Medicare Part D
### PHARMACY POLICY REFERENCE

1) DESCRIPTION:
   A. **Medicare Part D** is a federal program to provide prescription drug benefits for Medicare beneficiaries in the United States. It was enacted as part of the Medicare Prescription Drug, Improvement, and Modernization Act of 2003 (MMA) which was signed into law by President Bush on December 8, 2003. (Pub. L. 108-173).
   B. **Part D Formularies** must include drugs within each therapeutic category and class of covered Part D drugs, though not necessarily all the drugs in each category or class. Part D plans are not required to pay for all covered Part D drugs. They may establish their own formularies, or list of covered drugs for which they will make payment, as long as the formulary and benefit structure are not found by Centers for Medicare and Medicaid Services (CMS) to discourage enrollment by certain Medicare beneficiaries. Part D plans may follow the formulary classes and categories established by the United States Pharmacopoeia which is reviewed yearly, although Part D plans may also use CMS-approved alternative therapeutic class and category system. Any formulary used by a Part D Plan must be developed and reviewed by a Pharmacy and Therapeutic Committee, a majority of whose members must be practicing physicians and/or practicing pharmacists. The Committee also must include at least one practicing physician and one practicing pharmacist who are experts regarding care of elderly or disabled individuals. Plans can change the drugs on their formulary during the course of the year with approval from Medicare and 60 days notice to affected parties unless the drug is removed from the market by the manufacturer or deemed unsafe by the Food and Drug Administration (FDA) as described in the deletions/negative changes section below.

2) REVIEW PROCESS:
   A. Formulary
      1. Kaiser Permanente Regional Pharmacy and Therapeutics (P&T) Committee will use the CMS approved Part D Formulary for Part D members.
      2. The Medicare Part D Formulary and formulary management procedures (i.e., inclusion or exclusion of therapeutic classes) are reviewed and updated at least annually.
      3. During its annual review, the Regional P & T Committee shall insure that at least two Part D drugs within each therapeutic category and class of Part D drugs is on the Part D formulary unless otherwise approved by CMS.

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

4.  The inclusion of a drug to the Medicare Part D Formulary is based on scientific evidence and standards of practice, assessment of peer reviewed medical literature, pharmacoeconomic studies and outcomes research data or when mandated by CMS.   CMS expects formularies to include substantially all drugs in the six classes of clinical concern that were available as of January 1, 2006.  "Substantially all" as defined by CMS means that all drugs and unique dosage forms in these categories are expected to be included in plan formularies, with the following exceptions:
    • multi-source brands of the identical molecular structure
    • extended release products when the immediate-release product is included
    • products that have the same active ingredient or moiety
    • dosage forms that do not provide a unique route of administration (e.g. tablets and capsules)

5.  All drugs shall be assessed for safety, efficacy and relative costs of medication, including, a medication safety assessment process using a systematic Medication Safety Evaluation process.

6.  The Regional P&T Committee shall review all policies related to dispensing limitations, including limiting refills, limiting quantity, or limiting the number of prescriptions, if not already limited by benefit design or regulatory requirements. Refer to policy 8.1.3 Generic Drug Policy, and policy 8.1.6 30-day supply.

7.  The Regional P&T Committee shall review all policies that guide utilization management. Refer to policy 8.1.4 Therapeutic Interchange.

8.  The following are excluded from Medicare Part D Formulary:
    • Agents when used for anorexia, weight loss, or weight gain.
    • Agents when used to promote fertility.
    • Agents when used for cosmetic purposes or hair growth.
    • Agents when used for the symptomatic relief of cough and colds.
    • Prescription vitamins and mineral products, except prenatal vitamins and fluoride preparations.
    • Nonprescription drugs.
    • Covered outpatient drugs which the manufacturer seeks to require as a condition of sale that associated tests or monitoring services be purchased exclusively from the manufacturer or its designee.
    • Barbiturates.
    • Benzodiazepines.
    • Agents when used for the treatment of sexual or erectile dysfunction, unless such agents are used to treat a condition, other than sexual or erectile dysfunction, for which the agents have been approved by the Food and Drug Administration.

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1: Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

9. The Regional P&T Committee's decisions on Formulary changes and utilization management activities [ie. Clinical Management of Pharmaceuticals (CMOP), Drug Utilization Group (DRUG)/ Drug Utilization Action Team (DUAT) initiative(s)] shall be recorded in the Committee's meeting minutes and will be accessible for review by appropriately authorized people or as otherwise required.

10. Part D sponsors will attest to changes to Regional P&T Committee membership as required by CMS.

11. MPD Formulary Reconciliation Committee
   a. The MPD Formulary Reconciliation Committee is charged with reconciling regional differences in MPD formulary recommendations through consensus building in order to maintain one National MPD Formulary for Kaiser Permanente.
   b. The MPD Formulary Reconciliation Committee is composed of the P&T Chairpersons from each KP region. The MPD Formulary Reconciliation Committee also includes a National Representative; Chairperson of Interregional Clinical Pharmacy Service Subcommittee (ICPSS); Chairperson of ICPSS Formulary Subcommittee; and Coordinator of Benefits MPD Formulary.
   c. Voting membership within the Committee is limited to Regional P&T Chairpersons.
   d. Regional P&T MPD drug recommendations that are not 8:0 (all 8 regions make the same recommendation) would require reconciliation.
   e. The threshold for ratification is either 80% (weighted by regional MPD membership) or 7:1 regions in agreement. If the number of regions changes, then the method for determining the threshold will be re-evaluated.
   f. If the threshold for ratification is not met, the drug will be made non-formulary.
   g. Final MPD reconciliation decisions need to be taken to the respective Regional P&T Committees for ratification and incorporation into Regional P&T minutes.

B. Formulary Changes
   1. __Limitation on Changes in Therapeutic Classification__
   Except as CMS may permit to account for new therapeutic uses and newly approved Part D drugs, the Medicare Part D Sponsor may not change formulary categories and classes other than at the beginning of each plan year.
   2. __Limitation of Formulary Changes Prior to Beginning of Contract Year__

## SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – <u>Section 8</u> | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

Except when the Food and Drug Administration deems a Part D drug unsafe or a manufacturer removes a Part D drug from the market, the Regional P&T Committee may not remove a covered Part D drug from its formulary, or make any negative change in preferred or tiered cost sharing status of a covered Part D drug, between the beginning of the annual coordinated election period and 60 days after the beginning of the contract year associated with the annual coordinated election period.

3. The P&T Committee may add drugs to the Medicare Part D Formulary, reduce co-payments or coinsurance by lowering the tier of a drug, or delete utilization management requirements any time during the year. CMS is notified of these types of changes as necessary following CMS reporting procedures.

C. Additions, Deletions, and Updates to the Medicare Part D Formulary
1. New Drug Approvals:
   a. Reasonable effort to review a new FDA approved drug product should be made within 90 days and a decision on each new chemical entity within 180 days of its release onto the market. Clinical justification will be provided if this timeframe is not met.
   b. Reasonable effort to review a product for which new FDA indications have been approved should be made within 90 days and a decision within 180 days of its release onto the market. Clinical justification will be provided if this timeframe is not met.
   c. The P&T committee will make a reasonable effort to review a new FDA approved drug product within 90 days and will make a decision on each new drug product within 180 days of its release onto the market, or a clinical justification will be provided if this timeframe is not met. These timeframes also include the review of products for which new FDA indications have been approved.
      1. With the endorsement from CMS, Kaiser Permanente will consider new FDA approved drug as those approved by the FDA as <u>new chemical entity.</u>
   d. New drugs or newly approved uses for drugs within the six classes of clinical concern that come onto the market after April 17, 2006 will be subject to an expedited P&T Committee review. The expedited review process requires P&T Committees to make a decision within 90 days, rather than the normal 180-day requirement.
   e. Six classes of clinical concern include: immunosuppressant, antidepressant, antipsychotic, anticonvulsant, antiretroviral, and antineoplastic classes.

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

      f.  The "Medicare Part D Compliance Assurance Tool" is used to track new FDA approved drugs and new FDA approved indications.  This tool is addressed at every P&T meeting for review of the drugs and when necessary, formulary decisions are made.

2.  Deletions/Negative Changes (i.e. drug deletions and negative tier changes):

    a.  No Negative Changes will be made during the calendar year except in cases of manufacturer discontinuation, FDA safety or DESI designation.

    b.  Removal of or negative tier changes to Formulary drugs will be communicated to CMS 60 days prior to the effective date of change. Formulary changes are subject to rules in final regulation. *See Appendix A - Medicare Part D Manual - Chapter 6 - Part D Drugs and Formulary Requirements.*.

    c.  Deletions or changes to the tiered cost-sharing status of a drug on the Medicare Part D Formulary may not be made between the beginning of the annual coordinated election period and 60 days after the beginning of the contract year associated with that annual coordinated election period.

    d.  Drugs deemed unsafe by the FDA or removed from the market by their manufacturer as a consequence of the FDA's safety concern may be removed from the Formulary immediately. Retrospective notice of FDA actions will be provided to affected Part D members, prescribers, network pharmacies and pharmacists.

    e.  Formulary changes are communicated at least 60 days prior to removal to the providers (including internal and network physicians) and pharmacies through one or more of the following methods:

        i.  Part D Formulary updates posted monthly on www.kp.org

        ii.  Electronic mail distribution of P&T Committee decisions communicated when appropriate.

        iii.  Hard copies of P&T Committee decisions sent via mail to network physicians.

        iv.  On-line Formulary access via the intranet and/or download to personal digital assistants (PDAs).

        v.  Notification from Kaiser Permanente's contracted Part D Pharmacy Benefits Manager (PBM).

3.  Posting of Additions, Deletions, and Updates to the Medicare Part D Formulary on the www.kp.org

    a.  Additions, deletions and updates to the Medicare Part D Formulary are made available to the general public via the posting of the

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – **Section 8** | **POLICY #** | **8.1.2** |
|---|---|---|---|
| Category | **8.1: Pharmaceutical Benefit Management** | **REVIEW DATE** | **8/19/09** |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

Medicare Part D Formulary on the Kaiser Permanente website, www.kp.org.

b. This information is publicly available to CMS, prospective and current enrollees, authorized prescribers, network pharmacies, pharmacists and other entities, including but not limited to: State Pharmaceutical Assistance Programs (SPAPs) and entities providing other prescription drug coverage.

c. This information is posted to the website 60 days in advance for prospective negative formulary changes and retrospectively for drugs that are immediately removed from the formulary because they are deemed unsafe by the FDA or are removed from the market by their manufacturer.

3) NOTIFICATION TO MEMBERS WITH PART D

  B. Notification of Drug Deletions and Tier Changes for prospective negative formulary changes:

    1.  Will be sent to the affected member at least 60 days prior to the deletion or a negative (i.e. generic to brand) tier change via the following:

      a. Mailing of the Explanation of Benefits (EOB)

      b. Posting on the kp.org website; or,

    2. At the time an affected enrollee requests a refill of the Part D drug, Kaiser Permanente will provide such enrollee with a 60 days supply of the Part D drug under the same terms as previously allowed and written notice of the formulary change.

  B. In the event of an immediate withdrawal from the formulary due to drugs being deemed unsafe by the FDA or removed from the market by their manufacturer as a consequence of the FDA's safety concern, affected members will be provided retrospective notice of such changes.

  C. Affected member is defined as a member who has been dispensed an identified drug in the last 120 days and has NOT been converted to an alternative agent or "grandfathered" into the system.

4) EXCEPTION PROCESS – Refer to Policy 8.1.2 and 8.1.2.2

5) PRIOR AUTHORIZATION/STEP THERAPY – Kaiser Foundation Health Plan (KFHP) in Northern and Southern California currently does not have a prior authorization, step therapy, or treatment protocols and procedures for Formulary and Non-Formulary drugs, but in the event the P&T Committee decides to implement such utilization management programs, they shall be reviewed at least annually.

# SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|---|---|---|---|
| Category | 8.1: Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

6) TRANSITION PROCESS –
   A. In accordance with CMS transition policy guidance and to ensure new members to the Medicare Part D plan have no disruption of continuing therapy for medications, the following processes are required:
      1. The first 90 days of member's enrollment is defined as the "transition period".
      2. For Retail Pharmacies:
         a. Allow a temporary, one-time transition fill during the transition period for a 30 to 100 days supply.
      3. For Long-Term Care (LTC) Pharmacies:
         a. Allow temporary fills during the transition period for up to a 31 days supply with refills for prescriptions.
         b. Allow a one-time emergency fill outside of the transition period for up to a 31 days supply for prescriptions.
      4. Any attempts to override edits or convert medications must be resolvable at the point of sale. It is CMS' expectation that members should leave the pharmacy with a medication supply up to the amount written by the prescriber or the transition fill allowable quantity, whichever is greater.
      5. Kaiser Permanente will send a written notice to beneficiaries informing them that the prescription was a transitional fill and providing instructions on how to change medications or request an exception. The notice must be sent via U.S. mail, within 3 business days of the prescription fill date.
      6. Kaiser Permanente will provide members will an additional notification via email, phone, and/or point of sale.

Additional procedural details will be included in a Pharmacy Policy, Reference 11.0.13 Formulary Transition Policy.

7) FRAUD, WASTE, AND ABUSE –
   A. All drugs are assessed for safety, efficacy and relative costs of medication, including a medication safety assessment process using a systematic Medication Safety Evaluation process.
   B. The P&T Committee's decisions shall be made in accordance to CMS regulations and guidance.
   C. The P&T Committee's decisions on Formulary changes and utilization management activities [ie. Clinical Management of Pharmaceuticals (CMOP), Drug Utilization Group (DRUG)/ Drug Utilization Action Team (DUAT) initiative(s)] shall be recorded in the Committee's meeting minutes and will be accessible for review by appropriately authorized people or as otherwise required.

## SCPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Southern California Region – __Section 8__ | POLICY # | 8.1.2 |
|-------|----------------------------------------------|----------|-------|
| Category | 8.1:  Pharmaceutical Benefit Management | REVIEW DATE | 8/19/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

D. Utilization of Non-Formulary exceptions and prior authorizations, as applicable, will be reviewed annually.

E. Conflict of Interest Policy – Refer to Policy 8.1.17

__END__