# Exhibit B

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

## SUMMARY

This Pharmacy Policy and Procedure Reference (PPR) applies to the Northern California Drug Formulary Process and encompasses medications administered in the inpatient, clinic, and outpatient settings.

## PURPOSE

The purpose of this Pharmacy Policy Reference (PPR) is to establish the policies, procedures and processes through which Kaiser Foundation Health Plan (KFHP) and TPMG develop, maintain and implement the *Kaiser Permanente Regional Drug Formularies for Northern California* ("Formulary"). The purpose of the Formulary is to promote appropriate drug use through a dynamic, physician-driven Formulary system designed to facilitate the objective evaluation and selection of drugs to best meet the needs of our members and physicians.  The Formulary comprises a dynamic list of drugs that are considered to be the most safe and effective for general use.

## HISTORY

Since the 1980's the Kaiser Permanente Northern California Region has had a drug Formulary.  It has used the Formulary to help manage the provision of quality health care and Drug Benefits through a close relationship between the Pharmacy Operations department and The Permanente Medical Group (TPMG) in Northern California. In 1994, a "closed" Formulary was adopted and entitled the *Kaiser Permanente Regional Drug Formulary for Northern California*. Unique to the effort is the physician-based decision-making process of selecting medications for Formulary inclusion, and the ability of TPMG physicians to choose a Non-Formulary medication, without prior authorization if medical need arises.   As of January 2006, there are two Drug Formularies for the Kaiser Permanente Northern California Region, the Commercial Formulary and the Medicare Part D Formulary (MPD). (For additional policy related to the Medicare Part D Formulary, refer to *MPD addendum.*)  The Commercial Formulary encompasses medications administered in the inpatient, clinic, and outpatient settings. There are two (2) sub-Formularies of the Commercial Formulary, the TPMG Optometry Formulary and the TPMG Compounding Formulary (For additional policy related to Compounding Formulary, refer to 8.1.14.2). Any changes to the Formularies require the approval of the TPMG Regional Pharmacy and Therapeutics Committee.  The Regional Pharmacy and Therapeutics Committee and Formulary Subcommittee meet six times per year to conduct new drug evaluations and other Committee business.

## POLICIES

I.    Formulary and the Regional Pharmacy and Therapeutics (P&T) Committee
    A.  There is a *Regional Pharmacy and Therapeutics (P&T) Committee* [see PPR 8.1.1.2, Exhibit A –*Constitution and Bylaws of the Regional Pharmacy and Therapeutics Committee – Northern California*.] that shall establish and

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

maintain the Regional *Drug Formularies* through the processes established in this PPR.

B. The Formulary is one of the Pharmaceutical Benefit Management processes adopted pursuant to PPR 8.1.1.2.  The Formulary is published under the authority of the TPMG Regional Pharmacy and Therapeutics (P&T) Committee.   The Regional P&T Committee is composed of physician representatives from each Facility Medical Center (P&T Chiefs), the TPMG Medical Director for Drug Information, Utilization, and Technology, the California Regions' Vice-President of Pharmacy Strategy and Operations, the Pharmacy Operations Leader for Northern California and the Area Pharmacy Directors, the Drug Use Management Leader for Northern California, selected members from Drug Information Services (DIS) and Pharmacy Operations, and the Chair of the Nurse Practitioner Regional Committee for Northern California (NPRC). In addition, and consistent with Medicare Part D and the Centers for Medicare & Medicaid Services (CMS) requirements, there will be at least one practicing physician member and one practicing pharmacist member who are expert in the care of elderly and/or disabled persons.    All members of the Regional P&T Committee (voting and non-voting) shall act in accordance with the TPMG Policy Manual on Income (December 2, 2004) and the TPMG Regional P&T Committee Policy: Conflicts of Interest Pertaining to Vendor Relationships (PPR 8.1.17.2).

C. Voting membership is limited to the physician members of the Committee and two pharmacist members: the Vice-President of Pharmacy Strategy and Operations, and an elder-care clinical pharmacist.  Medical Center P&T Chiefs are selected by their Medical Center Physician-in-Chief.   Consistent with Medicare Part D and the Centers for Medicare & Medicaid Services (CMS) and TPMG conflict-of-interest policy requirements, all physician voting members, as well as the elder-care clinical pharmacist, must be independent and free of conflict with respect to the Health Plan and pharmaceutical manufacturers.    The Formulary represents Medical Center and Regional consensus decisions on appropriate drug therapy in the inpatient and outpatient settings.

D. There shall be ten possible *Formulary* decision outcomes:
1.    Accept
2.    Accept with *Formulary Guidelines* (see below)
3.    Accept with *Formulary Restrictions* (see below)
4.    Accept with *Formulary Guidelines and Restrictions*
5.    Accept with Monitoring (special limited period analysis with reporting of general utilization patterns back to the Regional P&T Committee)

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

6. Do Not Accept
7. Do Not Accept with *Formulary Guidelines*
8. Do Not Accept with *Formulary Restrictions*
9. Do Not Accept with *Formulary Guidelines and Restrictions*
10. Do Not Accept with Monitoring (special limited period analysis with reporting of general utilization patterns back to the Regional P&T Committee)

E. All Non-Formulary items are considered to be "Non-Detailable" by Representatives or Agents of the Pharmaceutical Manufacturers and all Formulary agents which are limited by Specialty prescribing restrictions (e.g., accepted with restrictions) are also Non-Detailable at Kaiser Permanente Northern California Medical Centers.

F. All unique medications (i.e. unique molecular entities) included on the Medicare Part D Formulary, but not included on the Commercial Formulary are also considered "Non-Detailable".

G. In addition, the Regional P&T Committee may designate any Formulary item as Non-Detailable if it meets one or more of the following criteria:
1. A drug with significant potential for inappropriate use.
2. A drug that would usually be reserved for second- or third-line therapy where first-line Formulary alternatives are available.
3. A drug for which industry promotion is inconsistent with internal Kaiser Permanente guidelines for use or National expert panel recommendations (e.g., CDC guidelines).

H. The Regional P&T Committee maintains the list of formulary drugs that are not to be detailed or promoted to physicians or other health care providers unless specifically requested by the physician or other health care provider ("Non-Detailable" designation).   Manufacturers will be advised by mail by Drug Information Services when any of their products are designated "Non-Detailable" by the Regional P&T Committee.

I. Group presentations, Continuing Education, inservice, or promotional material(s) display of all "Non-Detailable" products are prohibited.  Exceptions for group presentations may be granted by the respective department head upon consultation with, and approval of, the Medical Center Chief of Pharmacy & Therapeutics. Permission for group presentations at Regional Offices may be granted only with permission from the Chair, Regional P&T Committee or designated alternate.

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

II. <u>Identification of Drugs for Evaluation</u>

   A. Any FDA-approved drug can be evaluated for Formulary addition or deletion, and for the addition, deletion, or modification of guidelines, restrictions on its use, and "Non-detailable" status.

   B. Evaluations of new drugs will be initiated by DIS after the FDA grants marketing approval or at the request of any TPMG physician (through their Medical Center P&T Chief), Chiefs-of-Services Committees, or the Regional P&T Committee. The evaluation process is outlined in the steps of *The Formulary Process* (see below under *Responsibilities and Procedures.)*

   C. Evaluation of new drugs will include consideration of efficacy, safety and cost. Evaluations will include a medication safety assessment as described in Appendix A.

   D. Any TPMG provider through his or her Medical Center P&T Committee, Chiefs of Service(s) Committee(s), or other Regional Specialty Committee may initiate re-evaluation of all other drugs (Formulary or Non-Formulary). These requests should include an adequate rationale.

   E. The Regional P&T Committee or DIS may also initiate re-evaluation of a drug or drug class based on any significant new information on efficacy, safety or cost.

   F. Additional formulary requirements for Medicare Part D (MPD) may be found in the MPD Addendum.

III. <u>Exception Process -</u>

   A. <u>Coverage of Non-Formulary Drugs</u> -

     1. Non-Formulary designation: A drug may be designated Non-Formulary if it meets one or more of the following:

       a. It has not been evaluated by the Regional P&T Committee.

       b. On evaluation by the Regional P&T Committee, with consideration of all expert Formulary recommendations, the majority vote of the Regional P&T Committee is to make the drug Non-Formulary.

     2. Exception process in the outpatient setting:
Under a closed formulary, only drugs on the Commercial and Medicare Part D Formularies are covered by the drug benefit (i.e., Supplemental Drug Benefit for outpatient prescriptions). However, there may be occasions when a patient will not be able to use any of the formulary alternatives due to medical reasons. The exception process was developed to provide physicians and patients with access, when deemed

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1: Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

medically necessary by the prescriber, to a drug under the supplemental drug benefit, even when that drug is not on the Formularies. When a physician provides an exception code for a Non-Formulary drug, the drug is provided to the member subject to coverage by their usual drug benefit (e.g., Supplemental Drug Benefit or Medicare Part D Prescription Drug Benefit).

a. Non Formulary Exception codes:

For prescriptions dispensed on an outpatient basis, there are five "Recognized Exceptions" that will support the use of the patient's supplemental drug benefit to cover a Non-Formulary drug. "Recognized Exceptions" include treatment failure, allergy, intolerance to all formulary alternatives, special need, or a "New Member" exception. Special need is defined as (1) generally non-preferred, indicated for special circumstances; or (2) for first-line Non-Formulary medication (e.g., access for new medication prior to formulary review). New Member exception is described more fully in Section 3 below.

b. The physician must provide a Formulary Exception code on the prescription form (see Exhibit 1) or within the medication order entry screen in KP HealthConnect (see Exhibit 2) to have a Non-Formulary drug covered by the patient's drug benefit. The patient will pay full Member Rate price for a Non-Formulary drug prescription if no exception code is specified, or if the physician specifically indicates "no exception" or initials the space for "NE". The following are the only approved Pharmacy Information Management System (PIMS) Exception Codes intended for physician use:

1. Code "1" means "Allergic to Formulary alternatives".
2. Code "2" means "Intolerant to Formulary alternatives".
3. Code "3" means "Treatment failure to Formulary alternatives".
4. Code "5*" means "New Member Temporary Exception".
5. Code "8" means "Special Need" for first-line Non-Formulary medication (e.g., access for new medication prior to Formulary review)
6. Code "P" means " Patient Request".
7. Code "G" means "Generic Substitute Allowed".

[*Exception code "5" is designed to give the physician up to 100 days to establish a relationship with, and to evaluate the patient before converting to a Formulary drug.]

3. New Member Exception for prescriptions in the outpatient setting:

A new health plan member who is taking a Non-Formulary drug may be appropriately treated with a Formulary drug. However, there may be occasions when more time is required for detailed evaluations to determine if a Formulary drug is appropriate for the particular patient. On

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1: Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

such occasion, another *Exception* may be used (usually ONE TIME ONLY) to have the Non-Formulary drug covered under the patient's Supplemental Drug Benefit, e.g., for up to 100 days if the Supplemental Drug Benefit generally covers a 100-day supply. This exception is designed to give the physician an opportunity to establish a relationship with, and to evaluate the patient before converting to a Formulary drug. At least one of the Non-Formulary Exception Codes (see section "D", below) must be indicated by the prescriber as applicable to the patient for the Non-Formulary drug to be covered by the patient's Supplemental Drug Benefit.

4. Exception Process in the Inpatient Setting:
   For prescriptions dispensed in the inpatient setting, the same five exception codes are applicable.

5. Appeals and Grievances to the Exception Process.
   a. If a member believes that the decision regarding a Non-Formulary drug is not correct and/or affects his/her rights or benefits as defined in the Evidence of Coverage, the member has the right to file an appeal with Kaiser Permanente by email, online through the KP website, or in writing to KFHP for investigation and resolution. Kaiser Medical Center "Program Representatives" will determine if the case should be handled through the Expedited or Standard process. Pharmacy staff shall direct members wishing to file an appeal or grievance to the Member Services or Expedited Review Departments.
   b. For standard and expedited requests, Program Representatives will make coverage determinations as expeditiously as the enrollee's health condition requires, but no later than 72 hours after receipt of the request / supporting statement.
   c. Requests for Redeterminations must be submitted in writing to the Member Services Department, unless the member requests an Expedited Review. Requests for Expedited Review may be submitted verbally or in writing to the Expedited Review Department. Redeterminations will also be processed as expeditiously as the member's health condition requires, but no later than 72 hours from the receipt or request. If necessary, the pharmacy may provide a one-time temporary or emergency supply of a Non-Formulary drug to ensure the member does not have a gap in coverage while proceeding through the exception process and/or appeals process.
   d. Any evidence review and drug monograph that was used to determine the formulary status of the requested Non-Formulary drug will be provided for comparison to Formulary alternatives.
   e. The member who is dissatisfied with the redetermination has a right to reconsideration by the Center for Health Dispute Resolution (CHDR).

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

The member must file a written request for reconsideration with CHDR within 60 days of the date of the redetermination.  Enrollees must specifically request this review for Part D outpatient drugs.

B. <u>Pain Management Medications for Terminally Ill Patients</u>: Regardless of any other provision of this PPR, whether as a Formulary product or via the "Exception Process" for "Non-Formulary" products referenced in "A" above, appropriately prescribed pain management medications for terminally ill patients shall be covered under the respective terms and conditions of a KFHP Member's prescription drug benefit.

C. <u>Guidelines for Granting Non-Formulary and Specialty-Restricted Prescribing Privileges for TPMG Pool/Contract Physicians and Physician-Residents</u>: On the approval of the Medical Center P&T Chief and Physician-in-Chief (PIC), individual Pool/Contract physicians and Physician-Residents may be allowed to prescribe Non-Formulary medications and Physicians and Physician-Residents with specialty training (e.g., Dermatologists) will also be allowed to prescribe Specialty Restricted (see section IV, below) medications, as appropriate.

  1. One or all of the following guidelines for shall be used as criteria for granting Non-Formulary Exception and Specialty-Restricted product prescribing privileges to TPMG Pool/Contract physicians and Physician-Residents:
     a. For patient safety, with input from the Chief-of-Service, as appropriate, the amount known of the individual's readiness considering his/her education and training and his/her demonstrated performance to date.
     b. Prior Tenure with TPMG (e.g., retired TPMG physician).
     c. Greater than 2 years of experience within TPMG, or meeting special local experience criteria.
     d. Regularly scheduled at least four half-days (equivalent to 2 full days per week) for TPMG.
     e. Concurrent support of the Chief-of-Service.
  2. The appropriateness of the granting of such privileges to individual Pool/Contract physicians and Physician-Residents will be reviewed initially by the Medical Center P&T Committee. and annually or more often as appropriate, by the Medical Center and Regional P&T Committees.
  3. Approved Pool/Contract physicians and Physician-Residents will be included in all Drug Use Reports.
  4. Approval shall be contingent upon a good-faith willingness to participate in Regional drug quality and utilization management initiatives. "Good

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1: Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

faith" includes discussing any desire to opt-out of or to not participate in a particular initiative in advance with the Medical Center P&T Chief and to comply generally with accepted TPMG prescribing practice guidelines.

5. Once approved, each physician will be added to a list of approved Pool/Contract physicians and Physician-Residents that is submitted to and maintained by Pharmacy Operations and incorporated into PIMS screening and for periodic review of their prescribing practices. Pharmacy Informatics will assure that such physicians are designated in PIMS like other TPMG physicians. Pharmacy Operations will produce reports on their prescribing practices as requested by Medical Group leadership physicians or P&T Committees. Medical Center P&T Committee Chiefs and Area Pharmacy Leaders, or their designees will be responsible for maintaining, updating and submitting local lists to Pharmacy Operations.

6. Written procedures for the temporary granting of Non-Formulary and Specialty Restriction medication prescription authority to Pool/Contract physicians and Physician-Residents who have NOT been granted such on-going authority as described above, must be established by the local medical staff through the P&T Committee for each medical center area.

   a. The procedures for coverage of such prescriptions shall not require adjudication by pharmacists or other Health Plan employees.

   b. Members shall not be required to take additional steps than those that would be necessary to obtain coverage of a Non-Formulary exception or Specialty-Restriction prescription from a regular TPMG physician with exception or Specialty Restriction prescribing privileges.

   c. If necessary for prescription processing without undue delay, there shall be a TPMG physician with Non-Formulary exception and/or Specialty Restriction prescribing authority immediately available or on call in the medical office, hospital or off-site in person, by phone or by pager, for consultation.

      i. The goal of this requirement is for the consulted regular TPMG physician and the Pool/Contract or Physician-Resident physician to achieve agreement on the appropriate drug therapy at the time of consultation.

      ii. If they do not agree, and Pool/Contract or Physician-Resident physician still prescribes the Non-Formulary or Specialty Restriction product, the coverage exception shall be granted by the pharmacist and the Pool/Contract or Physician-Resident physician may be subsequently counseled by Medical Group leadership physicians on the appropriate use of the Non-Formulary drugs for future cases.

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

IV.   <u>Formulary Specialty Restriction</u>

The policy for restricting drugs to certain physician specialties exists to help assure the proper use of drugs with significant potential for inappropriate usage and drugs with significant potential toxicity. Restrictions apply to both the inpatient and outpatient settings.   The criteria for restricting drugs are included below. Outpatient prescriptions for restricted drugs are covered under the supplemental drug benefit if written initially by, or in verbal or written consultation with the appropriate physician specialist.  Inpatient prescriptions for restricted drugs should be written initially by, or in verbal or written consultation with, the appropriate physician specialist.  The list of Specialty Restricted Drugs shall be posted in electronic format in the P&T Committee section of the KP National Pharmacy Intranet site (http://pharmacy.kp.org).  The criteria for restricting drugs are outlined below.

A.  Specialty Restriction Criteria: A drug in any category, whether for inpatient or outpatient use, may be restricted to designated Physician specialist(s) if it meets one or more of the following.
1.   A drug with significant potential for inappropriate use.
2.   A drug with a narrow safety margin.
3.   A drug for a disease that requires specialty expertise.
4.   A drug that would usually be reserved for second- or third-line therapy and first-line alternatives are available on the Formulary.
5.   A drug product is in actual or potential short supply.
6.   A drug that is deemed to have a significant potential for medication error, abuse, or sentinel events such that restricted use is recommended.  This is determined in part by using a systematic Medication Safety Evaluation process.  *See Appendix A*

B.  Specialty Restriction Process: The appropriate Clinical Chiefs of Services Groups will be consulted by DIS prior to a recommendation of "restricted" to the Regional P&T Committee. Chiefs of Services Groups consulted will include both physician specialists to whom the drug will be restricted and selected physician groups (primarily Internal Medicine) from whom the drug would be excluded without consultation.

C.  Restricted Drug Prescribing Process: Any TPMG physician, other than a member of the indicated restricted physician specialty category, may also prescribe these drugs.  However, there should be at least a discussion with, and preferably agreement by, an indicated specialty physician that the drug is appropriate for the specific patient.
1.   New Prescriptions - If the prescription was not initiated by an indicated specialty physician, the prescription should indicate the name of the

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

specialty physician with whom the discussion occurred.  If a restricted drug is prescribed by other than an indicated specialty physician without an indication of consultation, the pharmacist will discuss the restriction with the prescriber.  Regardless of the outcome of the discussion, if the prescription is otherwise appropriate, it should be filled and any issues escalated per local policy as necessary.

2. Refill Prescriptions – Prescriptions for *Formulary Restricted* drugs may be refilled as authorized by the prescriber unless otherwise indicated in the *Restriction* (e.g., refills of certain antineoplastics may be further *Restricted* to authorization by a designated specialty physician category).

D. The list of Specialty restricted drugs will be reviewed annually by the Regional P&T Committee to determine if restriction designations are still warranted.  In addition, Clinical Chiefs of Services groups may request review or amendment of a drug's restriction status at any time.

V. <u>Formulary Guidelines</u>

The policy for accepting drugs with *Formulary Guidelines* exists to help assure the safe and proper use of drugs with significant potential for inappropriate usage and/or to suggest that lower cost drugs or drugs with known effectiveness, side effects and toxicities be tried first.   Prescriptions for drugs with *Formulary Guidelines* are covered under the drug benefit.   The *Formulary Guidelines* shall be available in electronic format in the P&T Committee section on the KP National Pharmacy Intranet site (http://pharmacy.kp.org) or in the on-line Lexi-Comp Formulary.  The criteria for selecting guidelines are included below.

A. Formulary Guidelines Criteria: A drug in any category may be *Accepted with Guidelines* if it meets one or more of the following.

1. A drug with significant potential for inappropriate use.
2. A drug with a narrow safety margin.
3. A drug for a disease that requires specialty expertise.
4. A drug that would usually be reserved for second- or third-line therapy and first-line alternatives are available on the Formulary.
5. A drug product is in actual or potential short supply.
6. The drug is deemed to have significant potential for medication error, abuse, or sentinel events such that guidelines for use are recommended. This is determined in part by using a systematic Medication Safety Evaluation process.  *See Appendix A*

B. Formulary Guideline Adoption Process:

1. Drug therapy guidelines for use within the Northern California Region are presented to the Regional P&T committee for review and/or approval. They may be generated:

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

      a.  As a part of the Formulary drug review process.

      b.  As part of a disease management guideline development process.

      c.  By a guideline development group, (e.g., the Care Management Institute, Quality and Operations Support, etc.)

      d.  On the recommendation/request of a Clinical Chiefs of Services group.

2.  The appropriate Clinical Chiefs-of-Services Groups will be consulted prior to a *Guideline* being adopted by the Regional P&T Committee.  Chiefs-of-Service Groups consulted will include both physician specialists who may occasionally use the drug(s) and specialty physician groups who commonly use the drug(s) and may be called upon for consultation.

3.  A drug therapy guideline may designate a "preferred" drug or may rank drug choices as 1st line, 2nd line, 3rd line, etc.  However:

      a.  Such step therapy is provided only as a recommendation to prescribers.  Designation of a drug as 1st, 2nd, 3rd, etc. line does not preclude the prescriber from making the final decision on appropriate therapy for an individual patient.

      b.  All other Formulary status designations for such drugs are also still in effect, i.e., a non-formulary drug will still require the Exception process for coverage despite being listed in a Guideline.

      c.  If a Member disagrees with the therapy decisions of the prescribing practitioner, the Member should be encouraged to discuss that with the prescriber but may be referred to Member Services for assistance.

C.  Formulary Guideline Drug Prescribing Process: Any TPMG Plan practitioner may prescribe these drugs according to their authorized scope-of-practice.

1.  New Prescriptions - The initial prescription for all *Formulary Guideline* drugs should generally be prescribed in accord with the Guideline.

2.  Refill Prescriptions – Prescriptions for *Formulary Guideline* drugs may be refilled as authorized by the prescriber unless otherwise indicated in the *Guideline* (e.g., refills of certain antineoplastics may be *Restricted* to authorization by a designated specialty physician category).

VI.  <u>Drug Lists Specific to the Inpatient Setting</u>:

A.  Over-the-counter (OTC) medications and contrast agents:

1.  The Regional P&T Committee will develop and maintain a list of OTC medications and contrast agents that are approved for use in hospitalized patients (List).  This process is described in *Appendix B.*

B.  IV fluids *Appendix C*

C.  Radiopharmaceutical agents *Appendix D*

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

VII. <u>Kaiser Permanente HealthConnect Medication-Related Clinical Content</u>

    A. KP Health Connect is an electronic medical record system and facilitates the provision of decision support to clinicians.  This decision support may include: information about formulary status, preferred medications, safety alerts and support for accurate conveyance of information.

    B. Proposed KP HealthConnect medication-related clinical content will be developed, when appropriate, and presented by HealthConnect Ambulatory Pharmacy Services or the Regional Inpatient Review Committee, for endorsement by the Regional P&T Committee.

    C. Other proposed KP HealthConnect clinical content may be presented by DUM for endorsement by the Regional P&T Committee.

    D. The Regional P&T Committee shall approve and/or endorse medication-related clinical content in KP HealthConnect.

    E. KP HealthConnect medication-related clinical content will be re-reviewed on a pre-determined interval and as needed to ensure that accurate, up to date and relevant content is available to clinicians accessing KP HealthConnect.

## RESPONSIBILITIES AND PROCEDURES

I.   <u>Formulary Process</u>

    A. The Formulary Process, Step 1 – Initiating Review of a Drug (Initial Input)
Drug Information Services searches the medical literature and other current credible sources for scientific and clinical evidence from appropriate external organizations about drugs under review.  A preliminary drug monograph that includes information regarding the efficacy, safety, patient convenience and cost of a drug in relationship to similar formulary products is prepared.  The preliminary drug monograph includes a proposed formulary recommendation from DIS and a summary of the reasoning and factors that helped formulate the recommendation.

      1. There are ten possible formulary recommendations for a drug under review

        a. Accept.

        b. Accept with Guidelines (see above under *Policies*).

        c. Accept with Restrictions (see above under *Policies*).

        d. Accept with Guidelines and Restrictions.

        e. Accept with Monitoring.

        f. Do Not Accept.

        g. Do Not Accept with *Formulary Guidelines.*

        h. Do Not Accept with *Formulary Restrictions.*

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

    i.  Do Not Accept with *Formulary Guidelines and Restrictions*.

    j.  Do Not Accept with *Monitoring*.

2.   A drug must meet at least one of the criteria listed above under Policies in order to be recommended as a *Guideline* drug.

3.   A drug must meet at least on of the criteria listed above under *Policies* in order to be recommended as a *Restricted* drug.

B.  The Formulary Process, Step 2 – Obtaining Formulary Recommendations

Methods for obtaining opinions and recommendations for drugs under formulary review are outlined below:

1.   Regional Specialty Committee Recommendations

   a. Drug Information Services (DIS) works in coordination with Clinical Services to obtain recommendations from appropriate Regional Chiefs of Services Committees, Task Forces, and Advisory Panels.

   b. In addition, DIS may solicit the advice of individual Subspecialists or selected expert physician groups.

   c. Depending on the therapeutic classification of the drug, DIS forwards the preliminary drug monograph to the appropriate individuals and/or committees along with any other pertinent information necessary.

   d. In turn, these advisors and expert committees confer with other experts in their areas and submit a formulary recommendation to DIS.  The recommendations of these regional experts are reflected in the drug monograph.

   e. The Regional Clinical Services Chairpersons, or Liaisons, and other advisors representing a group will discuss the proposed formulary recommendation with the group's members, poll the group for their opinions, and submit a written opinion that represents the group's consensus.

   f. The most useful recommendations for the Regional P&T Committee are those that provide scientific and clinical evidence supporting the formulary recommendation.

2.   Individual Recommendations and Communication of Recommendations

   a. Individual physicians' recommendations are solicited from the Medical Center P&T Specialist Consultants.  A copy of the drug monograph and a Formulary recommendation request are e-mailed to facilitate this process.  Consultant responses are gathered via a secure online survey tool; reports with Consultant responses are provided to the Medical Center P&T Chiefs prior to the Regional P&T meeting.

   b. DIS will then prepare a "New Drug Agenda Formulary Packet" for distribution to the Medical Center P&T Chiefs that includes:

     i. The Executive Summary of the final drug monograph(s) with proposed Formulary recommendation(s).  The full referenced drug

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

monographs are posted on the P&T Committee section of the KP Pharmacy Intranet website: (http://pharmacy.kp.org/California/Formulary).

    ii. All written opinions received to date from expert committees.

    iii. A list of TPMG advisors (Specialist Consultants) who have been sent a request to provide a Formulary recommendation.

  c. A modified "New Drug Agenda Formulary Packet", containing copies of the drug monographs and a cumulative listing of new drugs scheduled for evaluation is also sent to all non-physician members of the Regional P&T Committee.

  d. Consensus Formulary recommendations from expert committees that are received after the distribution of the Formulary Packets are shared via e-mail, or at the meeting, with members of the TPMG Regional P&T Committee.

  e. A final Regional summary of all available Specialist Consultants' and Clinical Chiefs of Services' Formulary Recommendations is provided to each Regional P&T Chief on the day of the Committee meetings.

3. Biotechnology and Emerging Pharmaceutical Technology Assessment Committee (BEPTAC) – California Regions:

  a. The Biotechnology and Emerging Pharmaceutical Technology Assessment Committee BEPTAC) is an advisory subcommittee of the Regional Pharmacy and Therapeutics (P&T) Committees of Northern and Southern California (see Appendix E)

4. Drugs under formulary review which fall under the scope of BEPTAC (biotechnology-derived drugs; significant new biologics, other emerging drugs and pharmaceutical technologies) are discussed and reviewed by the BEPTAC and a formal formulary recommendation is submitted.  The recommendation may include guidelines, restrictions, and monitoring strategies.

C. The Formulary Process, Step 3 – Formulary Decisions

The full TPMG Regional P&T Committee reviews the opinions and recommendations and votes on a final Formulary Decision at the bimonthly Formulary Subcommittee meeting.  An interim decision may also be made between meetings, via e-mail vote, according to the Regional P&T Committee's Constitution and Bylaws.

D. The Formulary Process, Step 4 – Implementation of Formulary Decisions

1. Effective Dates for Formulary Decisions:

  a. Additions to the Formulary (both Commercial and Medicare Part D) become effective the first Tuesday of the month following the meeting, unless specified otherwise.

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – __Section 8__ | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

b. Deletions from the Commercial Formulary shall become effective first Tuesday of the month following the meeting unless otherwise specified.   Refer to MPD Addendum for deletions to the MPD Formulary.  In general, effective dates for Formulary deletions will only be set after the physicians have had sufficient time to determine whether a particular patient currently receiving a product scheduled for formulary deletion can be transitioned to the Formulary alternative or whether the patient needs to continue receiving the drug via the non-formulary exception process.

E.  The Formulary Process, Step 5 – How Formulary Decisions are Promoted and Communicated

1.  Drug Information Services announces via electronic mail distribution the decisions of the Regional P&T Committee within seven business days of each meeting.

2.  Each decision and rationale summary is distributed via the newsletter of the Regional P&T Committee, the *Formulary Update for Northern California*.  This newsletter is distributed in electronic format to all physicians, nurse managers, nurse practitioners, nurse midwives, certified nurse anesthetists, physician's assistants, pharmacists, librarians, and – in paper format – to all identified network physicians.  The *Formulary Update* is also posted in electronic format in the publications section of the KP National Pharmacy Intranet site (http://pharmacy.kp.org/California/Publications).

3.  The Medical Center Area P&T Committees sponsor, advocate, and disseminate each decision and monitor compliance within their respective Areas.

4.  Special brochures, physician and pharmacist speakers, and other means may be used to promote Formulary decisions.

5.  A "List" of all Commercial Formulary products (The Consumer Formulary) shall be maintained and made available to all Members, non-participating practitioners, and the public, via www.kp.org/formulary.  Upon request, a hard copy of The Consumer Formulary may be obtained through the Member Services Departments as required by California law.

F.  The Formulary Process, Step 6 – Reviewing Previous Formulary Decisions

1.  The Formulary is a dynamic and evolving document. Newly available information or opinions can prompt the review process.  In addition, drug class reviews are conducted periodically.  Previous formulary decisions are reviewed and monitored for acceptance.

2.  The P&T Committee shall appoint a person or Subcommittee to conduct a summary review of all Formulary drug categories and report at least

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

annually regarding recommendation, if any, for a comprehensive review of particular drug categories.  The report and the P&T Committee's decision and referrals, if any, shall be recorded in the Committee's meeting minutes.

   a. A Subcommittee of the Regional P&T Committee, consisting of the Manager of Drug Information Services and the Chair of the Regional P&T Committee will review all policies and procedures (PPRs) on an annual basis.

   b. Any recommendations for change in an existing policy by the Subcommittee will be presented to the full Regional P&T Committee for approval.

   c. The Subcommittee may also recommend the addition of new policies and procedures as necessary.  Any new PPR will be presented to the full Regional P&T Committee for approval.

II.  <u>Non-Formulary Exception Code Processing</u>

   A.  Processing:

     1.  If an appropriate non-formulary exception code is indicated on the prescription form or within the medication order entry screen in KP Health Connect; pharmacy staff will insure the non-formulary medication order is filled and dispensed according to the members benefit.

     2.  If the pharmacist has reason to believe the requested non-formulary medication poses an unreasonable patient safety risk compared to formulary alternatives, or if the requested non-formulary medication cannot be procured in a timely manner to meet the patient's therapeutic needs, the pharmacist will contact the ordering prescriber to determine the best course of action.

     3.  If a non-formulary exception code is not provided or is not an approved code, the pharmacist will seek guidance from the prescriber for clarification and/or intent.

     4.  For new health plan members, pharmacists may authorize the new member exception code (usually ONE TIME ONLY up to 100 days) to allow the member an opportunity to establish a relationship with their health care provider who will evaluate appropriateness of non-formulary medications.

     5.  Pharmacists may authorize a one-time temporary or emergency supply of a non-formulary drug to ensure the member does not have a gap in coverage while proceeding through the exception process and/or appeals process.

   B.  <u>Documentation</u>

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

    1.    Pharmacy will record in the Patient's Profile (e.g. PIMS) interventions of non-formulary medication prescribing, including the rationale and the intervention outcome.

C.  <u>Member Appeals and Grievances to the Exception Process</u>
    1.    Pharmacy personnel shall direct members with any concerns with their benefit directly to Member Services to take appropriate next steps. Kaiser Medical Center "Program Representatives" will determine the appropriate course of action.

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – __Section 8__ | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

## DEFINITIONS

_New Prescriptions_ – a patient receives a prescription for a medication he/she is not currently taking.

_Non-Detailable_ -  drugs that cannot be detailed to any physicians or other health care providers unless specifically requested by the physician or other health care provider.

## REVIEW PROCESS

Original Effective Date: 6/01/84.  Reviewed annually.

Executive Sponsor: Pharmacy Drug Use Management Leader for Northern California.

Reviewed and updated by Regional P&T Committee 06/17/03 and 3/10/04.

Policy reformatted 8/17/04. EPT approved revision and reformat 10/20/04.

Reviewed, revised and approved by the TPMG Regional P&T Committee 03/9/05. Revision approved by EPT 6/22/05.

Updated September, 2005 to incorporate Medicare Part D Appeals and Grievances requirements into the Non-Formulary exception process.

Reviewed an approved by the TPMG Regional P&T Committee 12/13/05.  Revision approved by EPT 12/16/05.

Reviewed and approved with revisions by TPMG Regional P&T Committee May 2006. Revisions approved by EPT on 8/1/06.

Reviewed, revised and approved by TPMG Regional P&T Committee 3/14/07. Revisions reviewed and approved by EPT on 4/03/07.

MPD Addendum reviewed, revised and approved by TPMG Regional P&T Committee 9/12/07.  Revisions reviewed and approved by EPT on 12/12/07.

Reviewed, revised and approved by TPMG Regional P&T Committee 5/5/08. Revisions reviewed and approved by EPT on 6/03/08.

Reviewed and revised by Preeya Jain on 4/28/09.  Revisions reviewed and approved by Matt Nye on 4/28/09.  Revisions reviewed and approved by TPMG Regional P&T Committee on 5/13/09.  Revisions reviewed and approved by EPT on 6/2/09.

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – __Section 8__ | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

## EXHIBITS

I.    Example of a Prescription Blank

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – Section 8 | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1: Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

II. Medication Order Screen in KP HealthConnect



# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

## APPENDIX A – MEDICATION SAFETY EVALUATION PROCESS

### SUMMARY
This document appends Pharmacy Policy Reference 8.1.2.2, Drug Formulary Processes.  It does not change the existing Policy, but describes the process by which medications are evaluated for the potential for medication error, abuse, and sentinel events.

### HISTORY
Kaiser Permanente Northern California Region has an established policy and procedure for the evaluation of medications for inclusion on the Drug Formulary.  *See Pharmacy Policy Reference (PPR) 8.1.2.2.*  Criteria considered during the formulary review process prior to 2004 included efficacy, safety (i.e., adverse drug reactions and drug interactions) and relative cost of the medication.

In 2004, Kaiser Permanente Northern California Region implemented a new process by which the potential for medication error, abuse, and sentinel events is systematically evaluated for each medication undergoing formulary review.

In 2008, a California-wide Boxed Warning Task Force was established to systematically review drugs with significant safety concerns (e.g., boxed warnings; Institute for Safe Medication Practices (ISMP) High Alert Meds).  Their mission is to identify these significant safety concerns, separate them into inpatient versus outpatient issues and recommend actions to mitigate risks for each setting.  The Boxed Warning Task Force will prioritize safety concerns versus the outpatient setting.

### RESPONSIBILITIES AND PROCEDURES
The responsibility of the Regional Pharmacy & Therapeutics (P&T) Committee is, in part, to develop and maintain the Drug Formulary, in accord with PPR 8.1.2.2  To assist the Regional P&T Committee in this task, Drug Information Services (DIS) provides informational support by evaluating published and unpublished data on medications, and making formulary decision recommendations.  The recommendations are based on efficacy, safety, and cost of medications.  In 2004, additional criteria were added as a part of the normal medication evaluation process:  the potential for abuse, sentinel events, and propensity to cause medication errors.  A tool developed by DIS helps ensure that these elements are evaluated in a consistent and systematic manner.   In addition, the DIS routinely monitors FDA Med Safety Alerts, FDA-mandated patient information leaflets, and new boxed warnings.   The DIS communicates risk assessments and any measures recommended to mitigate these risks to the Boxed Warning Task Force, appropriate health care providers, and the Regional P&T Committee.  Measures recommended by the Boxed Warning Task Force

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1: Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

to mitigate risks are shared with the SCPMG and TPMG Regional Medication Safety Committees, the SCPMG and TPMG Regional P&T Committees and appropriate stakeholders.

MedS.E.T.® (Medication Safety Evaluation Tool) is a software application developed by Kaiser Permanente Drug Information Services to assist DIS in identifying and evaluating the potential for medication error, abuse, and sentinel events for all drugs undergoing formulary review. Each step of the drug delivery process is addressed: Drug Selection, Prescribing, Dispensing, Administration, and Monitoring. The Monitoring assessment includes an evaluation of the laboratory and patient monitoring parameters necessary to ensure safe use of the drug. To benefit from the aggregate experience of other health care institutions nationwide, MedS.E.T. ® also points to MedWatch, ISMP, and the Joint Commission for Accreditation of Healthcare Organizations (JCAHO) for reported sentinel events or other potential medication safety issues. Such information is reported in the drug monograph for consideration as part of the drug evaluation process.

The medication safety evaluation process appends the existing formulary review process in two ways. First, the potential for medication errors, abuse, and sentinel events identified by DIS will be listed under a new section of the drug monograph titled Medication Safety Considerations. This section of the monograph will be considered and evaluated along with efficacy, safety, and cost data by Regional P&T Committee members for formulary decision-making.

The second impact of the medication safety evaluation process is the advent of new Regional P&T Committee-sanctioned interventions to proactively minimize the occurrence of specific medication-related risks. These interventions ("counteractions") are recommended by the DIS Formulary Pharmacist for consideration by the Regional P&T Committee. The Boxed Warning Task Force, in its review of medication safety issues, may also recommend actions to mitigate any identified risks for consideration by the P&T Committee. The Regional P&T Committee votes on whether to accept or not accept one or more of the recommended counteractions. The Regional P&T Committee may accept a recommended counteraction, regardless of formulary status of the drug (i.e., whether the drug is formulary or Non-Formulary).

## <u>CONTINUOUS SAFETY MONITORING</u>

Three national patient safety institutions, the Institute for Safe Medication Practices (www.ismp.org), Joint Commission for Accreditation of Healthcare Organizations (www.jcaho.org), and the Food and Drug Administration MedWatch (www.fda.gov) are consulted on a monthly basis for new reports of medication safety issues. DIS may recommend new counteractions to the Regional P&T Committee as a result of

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

emerging medication safety information.  The Regional P&T Committee votes to accept or not to accept implementation of recommended counteractions.


<u>END</u>

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1: Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

## APPENDIX B – EVALUATION OF OTC PRODUCTS AND CONTRAST AGENTS FOR USE IN THE INPATIENT SETTING

### SUMMARY
This document appends Pharmacy Policy Reference 8.1.2.2, Drug Formulary Processes. It does not change the existing policy, but describes the process by which over-the-counter (OTC) medications and contrast agents are evaluated for hospital use. Inclusion on the List does not imply formulary status. The Inpatient Drug Lists can be accessed at pharmacy.kp.org.

### HISTORY
Certain medications can be purchased by consumers without a prescription. These items are often referred to as "over-the-counter" or "OTC" medications. Selected OTC items are included in Kaiser Permanente's Northern California "OTC DRUG Formulary" after evaluation by the Regional P&T Committee and are COVERED under the Supplemental Drug Benefit. Criteria for OTC medication inclusion are listed below:
1. Medication may take the place of a more expensive legend item.
2. Medication is used in a prescribed medical program (i.e., niacin).
3. Medication is used for the treatment of diabetes.
4. OTC item is the drug of choice for a given condition, and the OTC price is viewed as cost prohibitive and an impediment to receiving needed care.

The list of drugs on the Over-the-Counter Formulary is included as an Appendix of the Regional Drug Formulary.

In addition to this list, a new process was initiated in 2004 for the evaluation of all OTC medications and contrast agents that are used in the inpatient setting.

### PURPOSE
The purpose of this document is to describe the process by which OTC medications and contrast agents are evaluated for use in the inpatient setting. By this process, OTC medications and contrast agents are approved by the Regional P&T Committee for use in hospitalized patients. A list of these products shall be maintained and called the List of OTC Medications and Contrast Agents Approved for Inpatient Use (the List). OTC medications and contrast agents that have not been accepted or have not been reviewed by the Regional P&T Committee, or a subcommittee thereof, shall not be routinely available in inpatient pharmacies until a review or re-review of the drug has been conducted and the drug accepted for inclusion on the List.  Inclusion on the List does not imply formulary status.

### POLICIES
I.   <u>CURRENT OTC PRODUCTS AND CONTRAST AGENTS</u>

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

Over-the-counter products currently in use in the inpatient setting have been identified for the Kaiser Permanente Northern California Region.  These products include pharmaceuticals, as well as non-pharmaceutical products (e.g., bandages, lancets, etc.) and products with no active ingredient.  This Policy addresses only OTC products with one or more active ingredient; non-pharmaceutical products and products with no active ingredient are not subject to this Policy.

In addition, contrast agents currently in use in the inpatient setting have been identified for the Kaiser Permanente Northern California Region.  These products include conventional ionic high-osmolality contrast media, and low-osmolality contrast media of both ionic and nonionic types.

Over-the-counter medications and contrast agents will be considered for inclusion on the List in one of two ways.  They may either be a) grandfathered into the list, or b) evaluated for safety, efficacy, and cost using existing information from various reliable drug information sources as necessary.  Grandfathering a drug means that the medication is approved for inclusion onto the List with no formal safety, effectiveness, or cost evaluation.   Only OTC products that are considered relatively innocuous (e.g., A & D ointment) or have been extensively used and proven safe and effective, with no known medication safety issues (e.g., multi-vitamins), will be grandfathered into the List.  For contrast agents, only those products that have been previously procured for use will be grandfathered into the List.

II.   <u>FUTURE OTC AND CONTRAST AGENT EVALUATIONS (2004 forward)</u>

Any OTC medication or contrast agent that has not been added or grandfathered into the List via the process above may be reviewed or re-reviewed for inclusion on the List by request.  Drug Information Services (DIS), the Regional P&T Committee, or any KP physician or pharmacist through their Medical Center P&T Committee may initiate a request to review or re-review any OTC medication or contrast agent.  The request will be carried forward to DIS, who will evaluate the drug using a reliable, commercially-available drug monograph (e.g., from Lexi-Comp or Micromedex) and make a recommendation to the Regional P&T Committee.  The Regional P&T Committee, or a sub-committee thereof, will vote to either add or not add the medication to the List based on the safety, efficacy, and cost data presented.

**<u>END</u>**

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – __Section 8__ | POLICY # | 8.1.2.2 |
|-------|---------------------------------------------|----------|---------|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

**APPENDIX C – EVALUATION OF I.V. SOLUTIONS FOR USE IN THE INPATIENT SETTING**

**PURPOSE**

The purpose of this Appendix is to describe the process by which I.V. solutions are approved for use in the inpatient setting.  The Inpatient Drug Lists can be accessed at pharmacy.kp.org.

**POLICIES**

I.V. solutions currently in use in the inpatient setting have been identified for the Kaiser Permanente Northern California Region.  These products include base solutions that contain various concentrations of dextrose and/or sodium chloride, with or without other electrolytes.  I.V. solutions are not formally evaluated by the Regional P&T Committee for safety, efficacy, or cost prior to use on the inpatient setting.  Any I.V. solution currently used in the inpatient setting is considered approved for use.  For future approvals, any I.V. solution contained in the product procurement system will be considered approved for use.

**END**

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

## APPENDIX D – EVALUATION OF RADIOPHARMACEUTICALS FOR USE IN THE INPATIENT SETTING

### SUMMARY

This document appends Pharmacy Policy Reference 8.1.2.2, Drug Formulary Processes.  It does not change the existing policy, but describes a new process by which radiopharmaceuticals are evaluated for hospital use. The Inpatient Drug Lists can be accessed at pharmacy.kp.org.

### HISTORY

Prior to 2004, radiopharmaceuticals were not systematically evaluated for inclusion in the Formulary.  Beginning in 2004, however, radiopharmaceuticals will be evaluated for use in the inpatient setting.   The following describes the new process by which radiopharmaceuticals will be evaluated.

### PURPOSE

The purpose of this document is to describe the process by which radiopharmaceuticals are evaluated for use in the inpatient setting.  By this process, radiopharmaceuticals are approved by the Regional P&T Committee for use in hospitalized patients.  A list of these products shall be maintained and called the List of Radiopharmaceuticals Approved for Inpatient Use (the List).   Radiopharmaceuticals that have not been accepted or have not been reviewed by the Regional P&T Committee, or a subcommittee thereof, shall not be routinely available in inpatient pharmacies until a review or re-review of the drug has been conducted and the drug accepted for inclusion on the List.    Inclusion on the List does not imply formulary status.

### POLICIES

I.  CURRENT RADIOPHARMACEUTICALS

Radiopharmaceuticals currently in use in the inpatient setting have been identified for the Kaiser Permanente Northern California Region.   These products include all radiopharmaceuticals that have been purchased for use in Kaiser facilities.

Radiopharmaceuticals will be considered for inclusion on the List in one of two ways. They may either be a) grandfathered into the Formulary, or b) requested by a provider who has appropriate authorization as described in the Regional Radiation Safety Manual. Grandfathering a drug means that the medication is approved for inclusion onto the List with no formal safety, effectiveness, or cost evaluation.   Only those products that have been previously procured for use will be grandfathered into the List.

II.  FUTURE RADIOPHARMACEUTICAL EVALUATIONS (2004 forward)

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

Any medication that has not been added or grandfathered into the List via the process above may be added to the List by request of any provider who has appropriate authorization as described in the Regional Radiation Safety Manual.  The Regional P&T Committee will vote in accord with the recommendation of the Regional Radiation Safety Committee.

<u>END</u>

**APPENDIX E - Policy for the Biotechnology and Emerging Pharmaceutical Technology Assessment Committee (BEPTAC) - California Regions**

1)  <u>DESCRIPTION</u>:  The Biotechnology and Emerging Pharmaceutical Technology Assessment Committee (BEPTAC) serves as a coordinated working and advisory subcommittee of the Regional Pharmacy and Therapeutics (P&T) Committees of Northern and Southern California.
   a)  <u>Mission</u>: The mission of BEPTAC, relating to the medications and technologies within its scope, is to ensure
   - Careful assessment and recommendations – for formulary status, utilization, and monitoring.
   - Development of operational planning and deployment strategies.
   - Integration of clinical trial evidence, expert recommendations, and consensus judgment as regards utilization strategies and tools.
   - Interregional sharing of the work of the committee.
   - Support for achievement of quality care / services, cost effectiveness, and improved health outcomes for our members.
   b)  <u>Scope</u>: The scope of issues to be considered by BEPTAC includes:
   - Biotechnology-derived therapeutic products.
   - Significant new biologics and other drugs which are used with or as alternatives to the biotechnology drugs.
   - Other emerging drugs and pharmaceutical technology including new and innovative treatment modalities, combination products with new technology aspects, or new forms of testing which may impact drug utilization.  The degree of involvement in any of these therapies and technologies may vary as determined by BEPTAC and the P&T Committees.
   c)  <u>Rationale</u>:  Similar to the predecessor committees dating back to 1991, the rationale for the existence of BEPTAC includes the following:
   - <u>Development of new therapies</u>:  There have been significant advances made in biotechnology-derived products, including human proteins, conjugated proteins, monoclonal antibodies, and other products.

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1: Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

- <u>Resource utilization</u>:  It is anticipated that the new therapy development trend will continue to grow and will have an increasing impact on patient care, therapy support requirements, healthcare system operations, and benefit structure.
- <u>Unique therapies</u>:  Scientific advancements will continue to result in development of unique new treatment modalities and technologies with impact and resources issues similar to the biotechnology drugs. These may include anti-sense drugs, angiogenesis-related drugs, pharmacogenomic testing, gene therapy, or others.
- <u>Impact</u>:  These therapies and technologies are significant because they may represent major advancements in the ability to prevent or treat disease or in the efficacy or safety of pharmaceutical therapies.
- <u>Off-label indications</u>:  These therapies and technologies are often introduced and approved for narrow therapeutic indications but have significantly broader therapeutic potential.
- <u>Limitations of clinical trial experience</u>:  In many cases, these therapies and technologies have clinical trial experience in a limited number of patients meeting specific criteria but have potential applications in a wider range of patients.
- <u>Safety issues</u>:  Often these therapies and technologies may involve new approaches to treatment where safety issues are still not fully defined and unanticipated adverse events may emerge with widespread use.

2)  COMMITTEE ROLE AND RESPONSIBILITIES:  Regarding biotechnology-derived drugs and other emerging pharmaceutical technologies, the charges of the Biotechnology and Emerging Pharmaceutical Technology Assessment Committee (BEPTAC) are to:

- Strategize for organizational approaches to management of these therapies.
- Identify key stakeholders and experts to be consulted and involved in the development of guidelines and other tools for management of these therapies.
- Plan for mechanisms to monitor the use of approved biotechnology-derived drugs and other emerging pharmaceutical technologies.
- Direct the development of guidelines and other tools in a timely fashion.
- Direct the evaluation of similar biotechnology products for therapeutic equivalency (i.e., therapeutically similar products).
- Recommend as appropriate the continuing evaluation of new information concerning additional uses for approved biotechnology products.
- Make recommendations to the Pharmacy and Therapeutics (P&T) Committees regarding Formulary status, utilization, and monitoring.

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – __Section 8__ | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

3)  COMMITTEE MEMBERS: The composition of the Biotechnology and Emerging Pharmaceutical Technology Assessment Committee (BEPTAC) and its task forces is critical to their ability to fulfill the Committee's charges.

   a)  Committee members will include the following (with changes made with the approval of the Pharmacy and Therapeutics Committees):

- Representatives of the P&T Committees including the Chairs of those Committees and/or their designees.
- Designated SCPMG and TPMG physicians, including the following:
  - Chair of the TPMG Formulary Subcommittee of P&T
  - TPMG Medical Director for Drug Information, Utilization, and Technology
  - SCPMG Assistant to the Associate Medical Director for Quality and Clinical Analysis
  - TPMG Chair of the Chiefs of Oncology
  - Other designated or ad hoc members as determined by the Committee
- Representatives of Pharmacy, including leadership for Drug Usage Management and Drug Information Services
- Representative(s) of Benefit/Policy Development in Health Plan Regulatory Services
- Representative(s) of Medical Technology Assessment & Research Support Services in Southern California
- Co-Chairs of the BEPTAC Committee from SCPMG and TPMG will be nominated by BEPTAC members and confirmed by the respective Chairs of the SCPMG and TPMG Regional Pharmacy and Therapeutics Committees.

   b)  The Committee will direct its task forces in fulfilling its charges.

   c)  The Committee and its task forces will utilize drug information supplied by the Drug Information Services, information and assessment from Medical Technology Assessment & Research Support Services, input from specialists familiar with the use of drugs under consideration, and input from other consultants as needed.  Such consultants may be drawn from the following areas (among others):

- Quality Assurance/Utilization Management
- Medical Technology Assessment
- Financial Services
- Pharmacy Operations
- Interregional New Technologies Committee
- Benefit, Contract and Policy Committee
- Regional Pharmacy and Therapeutics Committees.

   d)  Drug Information Services will provide staff support to the Committee and its task forces.

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

4)   <u>REVIEW PROCESS</u>:   The Biotechnology and Emerging Pharmaceutical Technology Assessment Committee (BEPTAC) works with Drug Information Services (DIS) to coordinate review of biotechnology-derived products and other therapies within the scope of the Committee.  Each drug or product undergoes a multi-step review process including the following:

a)  The Committee tracks products in the FDA approval pipeline through clinical trials and evaluates evidence published in the peer-reviewed scientific literature plus forecasts performed by Drug Information Services.

b)  Pharmacists and physician experts review the evidence for safety, efficacy, and comparable agents and recommend place-in-therapy for the product.

c)  The Committee works with the pharmacists and physician experts to develop a clinical practice guideline or other tools and to recommend a monitoring strategy for utilization and clinical outcomes.

d)  The recommendations, guideline, and monitoring strategy are distributed to affected physician groups for consensus building.

e)  The final documents are presented to the Regional P&T Committees for approval.

f)  Copies of the approved documents are distributed to affected physician groups, interregional pharmacy groups, and the Interregional New Technology Committee.

g)  Following commercial availability of a product, whenever feasible, the Committee monitors usage for usage patterns, for compliance with guidelines, and issues of safety and efficacy.

h)  Information gathered from monitoring is reported back to the physician experts and affected physician groups, task forces, and Regional P&T Committees as appropriate.

i) On an ongoing basis, the Committee recommends updating of guidelines based on input from individual physicians, physician committees, and new evidence from the scientific literature.

5) <u>COMMITTEE PROCESS</u>:

a)   <u>The Biotechnology and Emerging Pharmaceutical Technology Assessment Committee (BEPTAC) will meet as needed, with planned quarterly meetings.</u>

b)  The Committee and/or its task force(s) will distribute its draft recommendations to relevant groups (Regional Committees, Chiefs Groups, etc.) for initial review and comment.

c)  The Committee and/or task force will then synthesize the input received and direct a recommendation to the Regional Pharmacy and Therapeutics Committees.

<u>END</u>

## TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|-------|-----------------------------------------------|----------|---------|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

<u>MPD ADDENDUM</u>

# Medicare Part D
# PHARMACY POLICY REFERENCE

1) DESCRIPTION:
   A. **Medicare Part D** is a federal program to provide prescription drug benefits for Medicare beneficiaries in the United States. It was enacted as part of the Medicare Prescription Drug, Improvement, and Modernization Act of 2003 (MMA) which was signed into law by President Bush on December 8, 2003. (Pub. L. 108-173).
   B. **Part D Formularies** must include drugs within each therapeutic category and class of covered Part D drugs, though not necessarily all the drugs in each category or class. Part D plans are not required to pay for all covered Part D drugs. They may establish their own formularies, or list of covered drugs for which they will make payment, as long as the formulary and benefit structure are not found by Center for Medicare and Medicaid Services (CMS) to discourage enrollment by certain Medicare beneficiaries. Part D plans may follow the formulary classes and categories established by the United States Pharmacopoeia which is reviewed yearly, although Part D plans may also use CMS-approved alternative therapeutic class and category system. Any formulary used by a Part D Plan must be developed and reviewed by a Pharmacy and Therapeutic Committee, a majority of whose members must be practicing physicians and/or practicing pharmacists. The Committee also must include at least one practicing physician and one practicing pharmacist who are experts regarding care of elderly or disabled individuals. Plans can change the drugs on their formulary during the course of the year with approval from Medicare and 60 days notice to affected parties unless the drug is removed from the market by the manufacturer or deemed unsafe by the Food and Drug Administration (FDA) as described in the deletions/negative changes section below.

2) REVIEW PROCESS:
   A. Formulary
      1. Kaiser Permanente Regional Pharmacy and Therapeutics (P&T) Committee will use the CMS approved Part D Formulary for Part D members.
      2. The Medicare Part D Formulary and formulary management procedures (i.e., inclusion or exclusion of therapeutic classes) are reviewed and updated at least annually.
      3. During its annual review, the Regional P & T Committee shall insure that at least two Part D drugs within each therapeutic category and class of Part D drugs is on the Part D formulary unless otherwise approved by CMS.

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – __Section 8__ | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

4. The inclusion of a drug to the Medicare Part D Formulary is based on scientific evidence and standards of practice, assessment of peer reviewed medical literature, pharmacoeconomic studies and outcomes research data or when mandated by CMS.   CMS expects formularies to include substantially all drugs in the six classes of clinical concern that were available as of January 1, 2006.   "Substantially all" as defined by CMS means that all drugs and unique dosage forms in these categories are expected to be included in plan formularies, with the following exceptions:
   • multi-source brands of the identical molecular structure
   • extended release products when the immediate-release product is included
   • products that have the same active ingredient or moiety
   • dosage forms that do not provide a unique route of administration (e.g. tablets and capsules)

5. All drugs shall be assessed for safety, efficacy and relative costs of medication, including, a medication safety assessment process using a systematic Medication Safety Evaluation process.

6. The Regional P&T Committee shall review all policies related to dispensing limitations, including limiting refills, limiting quantity, or limiting the number of prescriptions, if not already limited by benefit design or regulatory requirements. Refer to policy 8.1.3 Generic Drug Policy, and policy 8.1.6 30-day supply.

7. The Regional P&T Committee shall review all policies that guide utilization management. Refer to policy 8.1.4 Therapeutic Interchange.

8. The following are excluded from Medicare Part D Formulary:
   • Agents when used for anorexia, weight loss, or weight gain.
   • Agents when used to promote fertility.
   • Agents when used for cosmetic purposes or hair growth.
   • Agents when used for the symptomatic relief of cough and colds.
   • Prescription vitamins and mineral products, except prenatal vitamins and fluoride preparations.
   • Nonprescription drugs.
   • Covered outpatient drugs which the manufacturer seeks to require as a condition of sale that associated tests or monitoring services be purchased exclusively from the manufacturer or its designee.
   • Barbiturates.
   • Benzodiazepines.
   • Agents when used for the treatment of sexual or erectile dysfunction, unless such agents are used to treat a condition, other than sexual or erectile dysfunction, for which the agents have been approved by the Food and Drug Administration.

9. The Regional P&T Committee's decisions on Formulary changes and utilization management activities [ie. Clinical Management of

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

Pharmaceuticals (CMOP), Drug Utilization Group (DRUG)/ Drug Utilization Action Team (DUAT) initiative(s)] shall be recorded in the Committee's meeting minutes and will be accessible for review by appropriately authorized people or as otherwise required.

10. Part D sponsors will attest to changes to Regional P&T Committee membership as required by CMS.

11. MPD Formulary Reconciliation Committee

    a. The MPD Formulary Reconciliation Committee is charged with reconciling regional differences in MPD formulary recommendations through consensus building in order to maintain one National MPD Formulary for Kaiser Permanente.

    b. The MPD Formulary Reconciliation Committee is composed of the P&T Chairpersons from each KP region. The MPD Formulary Reconciliation Committee also includes a National Representative; Chairperson of Interregional Clinical Pharmacy Service Subcommittee (ICPSS); Chairperson of ICPSS Formulary Subcommittee; and Coordinator of Benefits MPD Formulary.

    c. Voting membership within the Committee is limited to Regional P&T Chairpersons.

    d. Regional P&T MPD drug recommendations that are not 8:0 (all 8 regions make the same recommendation) would require reconciliation.

    e. The threshold for ratification is either 80% (weighted by regional MPD membership) or 7:1 regions in agreement. If the number of regions changes, then the method for determining the threshold will be re-evaluated.

    f. If the threshold for ratification is not met, the drug will be made Non-Formulary.

    g. Final MPD reconciliation decisions need to be taken to the respective Regional P&T Committees for ratification and incorporation into Regional P&T minutes.

B. Formulary Changes

    1. <u>Limitation on Changes in Therapeutic Classification</u>
    Except as CMS may permit to account for new therapeutic uses and newly approved Part D drugs, the Medicare Part D Sponsor may not change formulary categories and classes other than at the beginning of each plan year.

    2. <u>Limitation of Formulary Changes Prior to Beginning of Contract Year</u>
    Except when the Food and Drug Administration deems a Part D drug unsafe or a manufacturer removes a Part D drug from the market, the Regional

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|-------|-----------------------------------------------|----------|---------|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

P&T Committee may not remove a covered Part D drug from its formulary, or make any negative change in preferred or tiered cost sharing status of a covered Part D drug, between the beginning of the annual coordinated election period and 60 days after the beginning of the contract year associated with the annual coordinated election period.

3. The P&T Committee may add drugs to the Medicare Part D Formulary, reduce co-payments or coinsurance by lowering the tier of a drug, or delete utilization management requirements any time during the year. CMS is notified of these types of changes as necessary following CMS reporting procedures.

C. Additions, Deletions, and Updates to the Medicare Part D Formulary
1. New Drug Approvals:
   a. Reasonable effort to review a new FDA approved drug product should be made within 90 days and a decision on each new chemical entity within 180 days of its release onto the market. Clinical justification will be provided if this timeframe is not met.
   b. Reasonable effort to review a product for which new FDA indications have been approved should be made within 90 days and a decision within 180 days of its release onto the market. Clinical justification will be provided if this timeframe is not met.
   c. The P&T committee will make a reasonable effort to review a new FDA approved drug product within 90 days and will make a decision on each new drug product within 180 days of its release onto the market, or a clinical justification will be provided if this timeframe is not met. These timeframes also include the review of products for which new FDA indications have been approved.
      1. With the endorsement from CMS, Kaiser Permanente will consider new FDA approved drug as those approved by the FDA as a <u>new chemical entity.</u>
   d. New drugs or newly approved uses for drugs within the six classes of clinical concern that come onto the market after April 17, 2006 will be subject to an expedited P&T Committee review. The expedited review process requires P&T Committees to make a decision within 90 days, rather than the normal 180-day requirement.
   e. Six classes of clinical concern include: immunosuppressant, antidepressant, antipsychotic, anticonvulsant, antiretroviral, and antineoplastic classes.
   f. The "Medicare Part D Compliance Assurance Tool" is used to track new FDA approved drugs and new FDA approved indications.  This tool is addressed at every P&T meeting for

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – __Section 8__ | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| **TITLE** | **DRUG FORMULARY PROCESSES** | Original Effective Date | 06/01/84 |

      review of the drugs and when necessary, formulary decisions are made.

2. Deletions/Negative Changes (i.e. drug deletions and negative tier changes):

    a. No Negative Changes will be made during the calendar year except in cases of manufacturer discontinuation, FDA safety or DESI designation.

    b. Removal of or negative tier changes to Formulary drugs will be communicated to CMS 60 days prior to the effective date of change. Formulary changes are subject to rules in final regulation. *See Appendix A - Medicare Part D Manual - Chapter 6 - Part D Drugs and Formulary Requirements.*

    c. Deletions or changes to the tiered cost-sharing status of a drug on the Medicare Part D Formulary may not be made between the beginning of the annual coordinated election period and 60 days after the beginning of the contract year associated with that annual coordinated election period.

    d. Drugs deemed unsafe by the FDA or removed from the market by their manufacturer as a consequence of the FDA's safety concern may be removed from the Formulary immediately. Retrospective notice of FDA actions will be provided to affected Part D members, prescribers, network pharmacies and pharmacists.

    e. Formulary changes are communicated at least 60 days prior to removal to the providers (including internal and network physicians) and pharmacies through one or more of the following methods:

        i. Part D Formulary updates posted monthly on www.kp.org

        ii. Electronic mail distribution of P&T Committee decisions communicated when appropriate.

        iii. Hard copies of P&T Committee decisions sent via mail to network physicians.

        iv. On-line Formulary access via the intranet and/or download to personal digital assistants (PDAs).

        v. Notification from Kaiser Permanente's contracted Part D Pharmacy Benefits Manager (PBM).

3. Posting of Additions, Deletions, and Updates to the Medicare Part D Formulary on the www.kp.org

    a. Additions, deletions and updates to the Medicare Part D Formulary are made available to the general public via the posting of the Medicare Part D Formulary on the Kaiser Permanente website, www.kp.org.

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

      b.  This information is publicly available to CMS, prospective and current enrollees, authorized prescribers, network pharmacies, pharmacists and other entities, including but not limited to: State Pharmaceutical Assistance Programs (SPAPs) and entities providing other prescription drug coverage.

      c.  This information is posted to the website 60 days in advance for prospective negative formulary changes and retrospectively for drugs that are immediately removed from the formulary because they are deemed unsafe by the FDA or are removed from the market by their manufacturer.

3) NOTIFICATION TO MEMBERS WITH PART D

   A. Notification of Drug Deletions and Tier Changes for prospective negative formulary changes:

     1.   Will be sent to the affected member at least 60 days prior to the deletion or a negative (i.e. generic to brand) tier change via the following:

        a.  Mailing of the Explanation of Benefits (EOB)

        b.  Posting on the kp.org website; or,

     2.  At the time an affected enrollee requests a refill of the Part D drug, Kaiser Permanente will provide such enrollee with a 60 days supply of the Part D drug under the same terms as previously allowed and written notice of the formulary change.

   B. In the event of an immediate withdrawal from the formulary due to drugs being deemed unsafe by the FDA or removed from the market by their manufacturer as a consequence of the FDA's safety concern, affected members will be provided retrospective notice of such changes.

   C. Affected member is defined as a member who has been dispensed an identified drug in the last 120 days and has NOT been converted to an alternative agent or "grandfathered" into the system.

4) EXCEPTION PROCESS – Refer to Policy 8.1.2 and 8.1.2.2

5)  PRIOR AUTHORIZATION/STEP THERAPY – Kaiser Foundation Health Plan (KFHP) in Northern and Southern California currently does not have a prior authorization, step therapy, or treatment protocols and procedures for Formulary and Non-Formulary drugs, but in the event the P&T Committee decides to implement such utilization management programs, they shall be reviewed at least annually.

6) TRANSITION PROCESS –

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1: Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

To comply with CMS transition process requirements found in the Medicare Part D Manual Chapter 6, Part D Drugs and Formulary Requirements, §30.4, and to ensure continuity of care and to prevent gaps in continuing therapy. The following processes will allow Kaiser Permanente Medicare Part D plan members to access medications that are Non-Formulary, or that are on the formulary but are subject to prior authorization, step therapy or other utilization management rules. Kaiser Permanente will cover a temporary supply ("transition fill") of medication for its Medicare Part D eligible members as follows:

A. <u>New Member Transition:</u> The first 90 days of member's enrollment is defined as the "transition period". New members in the transition period will be provided the following:

   1. Retail Pharmacies will provide a temporary, one-time transition fill during the transition period for a minimum 30 days supply, unless the physician has written a prescription for less than that amount.

   2. Long-Term Care (LTC) Pharmacies will provide a temporary transition fill during the transition period for up to a 31 days supply, unless the physician has written a prescription for less than that amount, with multiple refills for prescriptions as needed during the entire transition period.

B. <u>Current Member Transition</u>:

   1. Long-Term Care (LTC) Pharmacies will provide a one-time "emergency supply" transition fill outside of the transition period for up to a 31 days supply for prescriptions, unless the physician has written a prescription for less than that amount.

   2. Kaiser Permanente will provide temporary transition fill(s) to current members that experience level of care changes (i.e., members are changing from one treatment setting to another).

   3. Kaiser Permanente will provide temporary transition fill(s) to current members affected by year-to-year formulary changes that are not able to be successfully transitioned to a formulary alternative or that have not been provided an exception prior to the new coverage year effective date.

   4. On a case-by-case basis, Kaiser Permanente will provide continuation of medication coverage beyond the temporary transition fill(s) provided for herein, to the extent that the member's exception request or appeal has not been processed by the end of the transition period.

C. An important goal for the transition process is to ensure that members are able to access their medications without unnecessary delays. At a minimum, members should leave the pharmacy with a temporary supply of medication up to the amount written by the physician or the transition fill allowable quantity, whichever is greater. CMS has defined the following requirements for plans to ensure members are able to access medications during the transition period:

   1. Only certain utilization management edits are appropriate to apply during the transition period. These edits include:

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

    a.    Edits to help determine Part B vs. Part D coverage;

    b.    Edits to prevent coverage of excluded Part D drugs;

    c.    Edits to promote safe utilization of medications, such as quantity limits, early refill limits, etc.; and,

    d.    Other edits, such as prior authorization or step therapy, are allowable during transition only to the extent that they are overridable at the point-of-sale.

2. To the extent that attempts to distinguish between new prescriptions and ongoing therapy are not resolvable at the point-of-sale, Kaiser Permanente will provide members temporary transition fill(s) for prescriptions.

3. To address the unique needs of residents in Long Term Care (LTC) facilities, Kaiser Permanente will provide these members access to medications during the first transition fill, to the extent possible, within the contracted network of LTC pharmacies.

4. Any attempts by the pharmacy to transition prescribed medications to formulary alternatives must be resolvable at the point-of-sale; otherwise, a temporary transition fill will be provided.

D. Kaiser Permanente will send a CMS-approved written notice to members informing them that the prescription they received was a transition fill.  The letter will provide members instructions on how to change their medication or request an exception.  The notice will be sent via United States mail within three (3) business days of the transition fill date.

E. Kaiser Permanente will make general information about the transition process available to current and prospective enrollees on the website at www.kp.org.

Additional procedural details will be included in a Pharmacy Policy Reference11.0.13, Formulary Transition Policy.

7) FRAUD, WASTE, AND ABUSE –

A. All drugs are assessed for safety, efficacy and relative costs of medication, including a medication safety assessment process using a systematic Medication Safety Evaluation process.

B. The P&T Committee's decisions shall be made in accordance to CMS regulations and guidance.

C. The P&T Committee's decisions on Formulary changes and utilization management activities [i.e. Clinical Management of Pharmaceuticals (CMOP), Drug Utilization Group (DRUG)/ Drug Utilization Action Team (DUAT) initiative(s)] shall be recorded in the Committee's meeting minutes and will be accessible for review by appropriately authorized people or as otherwise required.

# TPMG REGIONAL P&T COMMITTEE POLICY AND PHARMACY POLICY REFERENCE

| Scope | Northern California Region – <u>Section 8</u> | POLICY # | 8.1.2.2 |
|---|---|---|---|
| Category | 8.1:  Pharmaceutical Benefit Management | REVISION DATE | 6/02/09 |
| TITLE | DRUG FORMULARY PROCESSES | Original Effective Date | 06/01/84 |

D. Utilization of Non-Formulary exceptions and prior authorizations, as applicable, will be reviewed annually.

E.. Conflict of Interest Policy – Refer to Policy 8.1.17 and TPMG Policy Manual on Income (PPR # TBD)

<u>END</u>