# Exhibit C

```
                                                                    1
 1
 2
                UNITED STATES DISTRICT COURT
 3              DISTRICT OF MASSACHUSETTS
                MDL Docket No. 1629/Master File No. 04-10981
 4
 5  -----------------------------X
 6  IN RE: NEURONTIN MARKETING      MDL Docket No. 1629
 7  SALES PRACTICES, AND PRODUCTS   Master File No.
 8  LIABILITY LITIGATION            04-10981
 9  -----------------------------X
10
11       VIDEOTAPED DEPOSITION OF ALBERT CARVER
12                  New York, New York
13                    July 12, 2007
14
15
16
17
18
19
20
21  Reported by:
    Amy A. Rivera, CSR, RPR
22
23
24
25
```

2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------x

IN RE: NEURONTIN PRODUCTS

LIABILITY LITIGATION          Index Number 765000/2006

-------------------------------x

   VIDEOTAPED DEPOSITION OF ALBERT L. CARVER

                              New York, New York
                              July 12, 2007

```
                                                              3
 1
 2
 3
 4            Deposition of ALBERT L. CARVER, held
 5    at KAPLAN FOX, 850 Third Avenue, New York, New
 6    York, before Amy A. Rivera, a Notary Public of the
 7    State of New York.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                                4
 1
 2  A P P E A R A N C E S:

 3  KAPLAN FOX & KILSHEIMER, LLP
    Attorneys for Plaintiffs
 4          850 Third Avenue
            New York, New York 10022
 5  BY:     LINDA N. NUSSBAUM, ESQ.
            AVIAH COHEN PIERSON, ESQ.
 6          MITCHELL COHEN, ESQ.

 7

 8  JUSTIN BLOOM, ESQ.
    Attorneys for Class Plaintiffs
 9          29 W. 70th Street, Suite 2B
            New York, New York  10023
10

11  DAVIS POLK & WARDWELL
    Attorneys for Defendants Pfizer, Inc. & Warner-Lambert
12          450 Lexington Avenue
            New York, New York  10017
13  BY:     RAJESH JAMES, ESQ.
            NAHAL KAZEMI, ESQ.
14

15

16  ALSO PRESENT:   CRAIG ATELLA, Videographer
                    NATIONWIDE VIDEO PRODUCTIONS, INC.
17                  Partners

18

19

20

21

22

23

24

25
```

9

1       A. Carver
2  of the Kaiser plaintiffs pursuant to the Notices
3  served on July 5th, the 30(b)(6) Notice on
4  corporate structure that was served on June 22nd
5  and the corporate and document retention 30(b)(6)
6  Notice served on June 22nd.
7          All of this was set forth in the
8  letter to Matthew Roland dated July 5th.
9  Mr. Carver is prepared to be deposed today and
10 tomorrow.  There is 12 hours allocated to the
11 defendants.  There is only one attorney here that
12 is not from Davis Polk, and that is an attorney
13 representing the class who has indicated on the
14 record that he will not seek any time.
15         We're ready to begin the deposition.
16 DIRECT EXAMINATION
17 BY MR. JAMES:
18     Q.    Hello, Mr. Carver.  My name is Rajesh
19 James.  As I stated, I represent the defendants in
20 this action, Pfizer and Warner-Lambert.
21         During this deposition, I'll refer to
22 the plaintiffs Kaiser Foundation Hospitals and
23 Kaiser Foundation Health as "Kaiser."
24         Could you please state your full name
25 for the record?

```
 1                      A. Carver
 2      A.    Albert L. Carver.
 3      Q.    Are you employed by Kaiser?
 4      A.    I am.
 5      Q.    Is that Kaiser Foundation Hospital or
 6  Kaiser Foundation Health?
 7      A.    I'm employed by Kaiser Foundation
 8  Health Plan.
 9      Q.    What's the relationship between those
10  two entities?
11      A.    There's a contractual relationship
12  between Kaiser Foundation Hospitals, which Kaiser
13  Foundation Health Plan, Inc. contracts for
14  hospital services.
15      Q.    And what is your position with Kaiser?
16      A.    I'm vice-president of pharmacy
17  strategy and operations in California.
18      Q.    Have you ever been deposed before?
19      A.    Yes, I have.
20      Q.    I'll just go over some general rules
21  which you might well be familiar with.
22            I'll need verbal answers because the
23  court reporter can't record a nod or other
24  nonverbal gesture.  Please try to wait until my
25  question is done, and I'll do my best to wait
```

```
 1              A. Carver
 2   and I might be, you know, overlooking a person or
 3   two, but those I would say are the -- the very key
 4   positions involved in the running of the region in
 5   each of the respective regions.
 6        Q.   And is it the health plan manager
 7   function that has responsibility for setting
 8   policy and procedure regarding coverage of
 9   prescription drugs?
10        A.   Yes.
11        Q.   And is your personal role within the
12   health plan manager function?
13        A.   My personal role is not within the --
14   could you restate the question because I want to
15   make sure --
16        Q.   Right.
17             I was trying to get a sense of where
18   your -- I mean, that was speaking briefly of you
19   in your personal capacity where you fit within
20   this organization?
21        A.   Oh, where do I fit?  I am basically a
22   direct report to one of those COs, chief operating
23   officers.  That's both in northern and southern
24   California.
25        Q.   And the P&T committee on which you
```

50

```
 1                    A. Carver
 2  serve, does that fit into this organizational
 3  structure somewhere?
 4       A.    No.  It didn't from the standpoint of
 5  the P&T committee is generally a medical staff
 6  committee, and I happen to be the health plan
 7  representative on that.  It's a committee of
 8  doctors essentially, and the doctors are the ones
 9  who are the primary voting members on the P&T
10  committees.
11            I am the only voting health plan
12  person.  And so I, in the case of southern
13  California, I am one of 12 or 13 voting members of
14  which the -- all of whom the others are physicians
15  and in northern California, same position, but
16  there is 17 or 18 voting physician members.
17       Q.    Is the P&T committee actually under
18  Permanente Medical Group, as opposed to the
19  plaintiffs' organizational structure?
20       A.    It is.  It is a -- it is under
21  Permanente Medical Group, but the health plan
22  recognizes the pharmacy and therapeutics committee
23  as the body to make decisions regarding specific
24  drugs.  And so, well, that's it.
25       Q.    And the plaintiffs' contract with
```