UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| THIS DOCUMENT RELATES TO: | Master File No. 04-10981 |
| *Barlow v. Pfizer Inc, et al.* Case No. 1:05-cv-11501-PBS | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| AND ALL PRODUCTS LIABILITY ACTIONS | **UNREDACTED VERSION FILED UNDER SEAL** |

**CORRECTED AFFIDAVIT OF DEENA COFFMAN IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER IMPOSING COST-SHIFTING AND IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

Deena Coffman, having been duly sworn according to law, deposes and states as follows:

1. I am a Senior Manager with the Analytic and Forensic Technology Consulting practice of Deloitte Financial Advisory Services LLP. I am of legal age, have personal knowledge of the matters stated herein, and am competent to testify as follows:

2. I have been retained by Skadden, Arps, Slate, Meagher, and Flom LLP representing Pfizer Inc to conduct a cost estimate related to production of certain custodial files of its current and former sales representatives.

3. Based upon my calculations, the costs associated with searching for, retrieving, reviewing for relevancy, and producing the electronic data will total $91,999 per custodian. Additional costs of $23,359 per custodian will be incurred to conduct privilege review and redaction. A detailed explanation of how these discovery costs were calculated is provided below.

4. In order to be produced, the custodial files must first be collected. An email archive infrastructure and an index of prior collection data sources are used. Email is collected from one or more archives. Electronically stored information ("ESI") is collected from the custodians' personal computers, from share drive locations in the event it is relevant, and from "home drive" locations. If relevant materials from the index of prior collected data sources exist, they are included.

5. To obtain average volumes for discovery cost calculations, measurements of data volumes collected and provided were analyzed to form the basis for determining an average volume per custodian. This involved using thirty-two custodians with collection scope as defined by the previous paragraph (¶ 4) to provide the data points used in calculating average values. These mean averages were used as the basis for cost calculations.

6. After data is collected, it is processed. Processing is a general term for the technical steps that follow collection and precede hosting and include culling, filtering, and data extraction, amongst other steps. Processing prepares the various types of electronic files for import into the review database. This involves both expansion of any compressed files, which increases volume by approximately ████████████████████████████████ ████, and the creation of "TIFF" image files. TIFF images, even at the lowest resolution of 300 dpi, are typically one-third larger in size than native files, so the volume of data expands as the new files are created by an additional 130%. ████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████

2

7.      After processing the data, there are necessary costs associated with loading and hosting the data █████████████████████████████████████████████████████ █████████████████████████████████████████ The initial loading fee is assessed at ██████. A monthly fee of ██████ is also incurred. The data collected and processed will incur monthly hosting charges for the life of the matter.

8.      There are also significant costs associated with production of the data. Measurements of the data volumes collected and provided by ███████████████████ █████████████████████████████████████ Each production incurs a fee of ████ per produced page. Each production is made in TIFF format. Productions are subsequently incorporated into the hosted volume. Production also results in charges for the physical media used to deliver the production as well as transportation costs for secure delivery.

9.      With regard to review costs, █████████████████████████████ ████████████████████████████████████ The calculation for pricing is as follows: ██████████████████████████████████████████████████████████ Measurements of the volumes of documents reaching the various stages of review were provided by Pfizer and used as the basis for determining that ██████ of the collected document population is deemed responsive, and of the responsive documents, ██████ percent require redaction. Redactions take additional time, an estimated 60 pages per hour can be completed by one review attorney. ██████████████████████████████████████████████████████████ ████████████████████████████████

3

Further affiant sayeth not.

Dated: March 22, 2010

                                                     _____
                                                     Deena Coffman

Sworn and subscribed before
me this day of March 22, 2010

_____
Notary Public

Sheila J. Rice

**SHEILA J. RICE**
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
April 16, 2015

4

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 22, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo