UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                                    :
In re:  NEURONTIN MARKETING,                        :
        SALES PRACTICES AND                         :
        PRODUCTS LIABILITY LITIGATION               :
                                                    :
------------------------------------------------------------x
                                                    :
THIS DOCUMENT RELATES TO:                           :
                                                    :
ALL PRODUCT LIABILITY CASES                         :
                                                    :
                                                    :
------------------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## PRODUCTS LIABILITY PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PRODUCE DR. GIBBONS' GABAPENTIN PAPER WITH ACCOMPANYING DISCLOSURES AND TRANSMITTALS

Products Liability Plaintiffs hereby move pursuant to Rule 37 of the Federal Rules of Civil Procedure, for an Order compelling Pfizer Defendants to produce the gabapentin paper, and accompanying disclosures and transmittals, by Dr. Robert Gibbons to the journals identified in Defendants' Sealed Exhibit A to their disclosure. ECF Doc. # 2691-2. This motion is supported by the Memorandum, and the Declaration of Andrew G. Finkelstein and attached exhibits, which are being filed under seal in compliance with the Court's protective order regarding this issue at the *Daubert* hearing for Dr. Gibbons held on February 17, 2010.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs' counsel believes that oral argument may assist the Court and wish to be heard. Therefore, Plaintiffs' counsel respectfully requests a hearing on this motion.

Dated:  March 22, 2010

Respectfully submitted,

**_Members of Products Liability_**
**_Plaintiffs' Steering Committee_**

By:    /s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

By:    /s/ **Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
& Associates
3701 Bee Cave Rd., Suit 200
Austin, TX  78746

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants on numerous occasions concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:  March 22, 2010

/s/ **Kenneth B. Fromson**
Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 22, 2010.

/s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire