UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
                                                            :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                :
        SALES PRACTICES AND                                 :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                       :
                                                            :   Judge Patti B. Saris
------------------------------------------------------------x
                                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
ALL PRODUCT LIABILITY CASES                                 :
                                                            :
------------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS' MEMORANDUM
IN SUPPORT OF MOTION TO COMPEL DEFENDANTS
TO PRODUCE DR. GIBBONS' GABAPENTIN PAPER
WITH ACCOMPANYING DISCLOSURES AND TRANSMITTALS**

# FILED UNDER SEAL