UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                   :
        SALES PRACTICES AND                                    :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                          :
                                                               :   Judge Patti B. Saris
---------------------------------------------------------------x
                                                               :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                      :
                                                               :
ALL PRODUCTS LIABILITY CASES                                   :
                                                               :
                                                               :
---------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.,
IN SUPPORT OF MOTION TO COMPEL DEFENDANTS
TO PRODUCE DR. GIBBONS' GABAPENTIN PAPER
WITH ACCOMPANYING DISCLOSURES AND TRANSMITTALS**

# FILED UNDER SEAL