UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> KAISER FOUNDATION HEALTH PLAN, ET AL V. PFIZER, INC., ET AL, 04 CV 10739 (PBS) | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' OFFER OF PROOF REGARDING
TESTIMONY OF ALBERT L. CARVER**

Defendants, Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer"), respectfully submit this offer of proof regarding the testimony of Albert L. Carver, then Vice-President of Pharmacy Strategy and Operations in California for Kaiser Foundation Health Plan, testifying as a 30(b)(6) witness on behalf of plaintiffs by deposition taken on July 12 and 13, 2007. Were it not for Plaintiffs' objection, which the Court sustained on the basis of Fed. R. Civ. P. 30(e), Defendants would have introduced deposition testimony of Albert Carver appearing at page 89, line 14 through page 90, line 9 of the July 12, 2007 transcript. This testimony, as well as any subsequent modifications or alleged corrections of the testimony in the four pages succeeding the designated testimony at issue should have been admitted and played to the jury.

Consequently, as their offer of proof, Defendants proffer herewith a declaration and accompanying exhibit containing a true and correct copy of the deposition testimony designated by Defendants at issue and the succeeding four pages together with a true and correct copy of the complete transcript of Albert L. Carver from his July 12 and 13, 2007 deposition (3/22/10 Fox Decl., Exhs. A-1 and A-2).

Dated: March 23, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By: /s/ Mark S. Cheffo
Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Email: Mark.Cheffo@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By: /s/ Raoul D. Kennedy
Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel: (415) 984-6400
Email:Raoul.Kennedy@skadden.com

WHEELER TRIGG O'DONNELL LLP

By: /s/ James E. Hooper
James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel: (303) 244-1800
Email: hooper@wtotrial.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 23, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo