UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981<br>Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br>KAISER FOUNDATION HEALTH PLAN, ET AL V. PFIZER, INC., ET AL, 04 CV 10739 (PBS) | |

**DECLARATION OF THOMAS E. FOX IN SUPPORT OF DEFENDANTS' OFFER OF PROOF REGARDING TESTIMONY OF ALBERT L. CARVER**

I, Thomas E. Fox, declare and state as follows:

1. I am a counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc. and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A-1 is a true and correct copy of certain designations made by Defendants from pages 89 and 90 of the July 12, 2007, deposition of Albert L. Carver and as Exhibit A-2 a true and correct copy of the full deposition transcript from July 12 and 13, 2007 of Albert Carver.

Signed under the penalties of perjury this 23rd day of March 2010.

/s/ Thomas E. Fox
Thomas E. Fox

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 23, 2010.
/s/ Mark S. Cheffo
Mark S. Cheffo