# EXHIBIT A-1

---

### DEFENDANTS' DESIGNATION OF THE TESTIMONY OF
### ALBERT CARVER AND SUCCEEDING FOUR PAGES OF TESTIMONY

| Transcript Name | Quantity | Duration |
|---|---|---|
| Carver, Albert - 07/12/2007 | 1 | 00:01:02 |
| **Total** | **1** | **00:01:02** |

## Defendants' Designation

| | |
|---|---|
| **Page:** 0089:14 - 0090:09 | Carver, Albert - 07/12/2007 |
| **Issue:** ☐ Defendants' Designation and Offer of Proof | 0089:14   Q.   You didn't mention -- diabetic |
| **Notes:** | 0089:15   peripheral neuropathy, which is mentioned in the |
| | 0089:16   Complaint, is that a condition in which Kaiser is |
| | 0089:17   seeking to recover damages for? |
| | 0089:19   A.   To the extent that there was |
| | 0089:20   suggestions for use for peripheral neuropathies |
| | 0089:21   including diabetic neuropathy, prior to there |
| | 0089:22   being any documented evidence that was legitimate |
| | 0089:23   documented evidence in the literature, then yes. |
| | 0089:24   Q.   Just to clarify that, Kaiser's |
| | 0089:25   position is that there now exists documented |
| | 0090:01             A. Carver |
| | 0090:02   evidence establishing the efficacy of Gabapentin |
| | 0090:03   for diabetic peripheral neuropathy, is that |
| | 0090:04   correct? |
| | 0090:05   A.   That is correct. |
| | 0090:06   Q.   So a patient who took Gabapentin for |
| | 0090:07   diabetic peripheral neuropathy would receive an |
| | 0090:08   effective treatment? |
| | 0090:09   A.   That's correct. |

1

## Succeeding Four Pages

| | |
|---|---|
| **Page:** 0090:10 - 0094:23 <br> **Issue:** ☐ Offer of Proof <br> **Notes:** | Carver, Albert - 07/12/2007 <br><br> 0090:10   Q.   And would the same patient have <br> 0090:11   received effective treatment had they been <br> 0090:12   prescribed Gabapentin for diabetic peripheral <br> 0090:13   neuropathy at the beginning of the class period? <br> 0090:14         MS. NUSSBAUM:  I think that's been <br> 0090:15   asked and answered. <br> 0090:16   Q.   You can answer. <br> 0090:17   A.   To the degree that there were known, <br> 0090:18   proven, recognized therapies for diabetic <br> 0090:19   peripheral neuropathy, including diabetic <br> 0090:20   peripheral neuropathy earlier in the period and <br> 0090:21   there was -- and Neurontin would have been used as <br> 0090:22   first-line therapy, as opposed to relegated to a <br> 0090:23   lower level of therapy, then I believe that some <br> 0090:24   remuneration is indicated. <br> 0090:25   Q.   Remuneration is indicated if there was <br> 0091:01         A. Carver <br> 0091:02   an alternative therapy? <br> 0091:03   A.   In 1995, as an example. <br> 0091:04   Q.   And Neurontin was prescribed as a <br> 0091:05   first-line, as opposed to adjunctive therapy, are <br> 0091:06   those the two conditions that would have to be <br> 0091:07   satisfied? <br> 0091:08         MS. NUSSBAUM:  Once again, I would <br> 0091:09   object.  This witness is not here as an expert <br> 0091:10   witness.  I think that the Complaint sets forth -- <br> 0091:11   you asked a question in general.  And he's given <br> 0091:12   you a general answer.  And I think with respect <br> 0091:13   to, you know, particular conditions, if you want <br> 0091:14   him to go to page 44 of the Complaint, which is I <br> 0091:15   guess the section -- |

2

0091:16         MR. JAMES: If you have an objection
0091:17 to the question, could you just state the
0091:18 objection and then we can move on?
0091:19         MS. NUSSBAUM: I don't think it's fair
0091:20 to try to mislead the witness. As I said before,
0091:21 this is a 139-page document that he's had before
0091:22 him right now for, you know, two or three minutes.
0091:23 So, if the witness before he can testify about the
0091:24 document wants to look at it, I think it's only
0091:25 fair that you give him that opportunity.
0092:01         A. Carver
0092:02     Q.   Have you examined this document before
0092:03 the last 45 seconds?
0092:04     A.   I have reviewed it generally, yes.
0092:05     Q.   And were you able to determine in what
0092:06 instances Kaiser believes that it's entitled to
0092:07 remuneration for prescriptions of Gabapentin that
0092:08 are paid for?
0092:09     A.   I believe with -- I believe I would
0092:10 add to what I have already provided to you any
0092:11 situations in which this product was used for
0092:12 attention deficit disorder.
0092:13     Q.   Actually, I'd like to go back to the
0092:14 question I had earlier about the circumstances in
0092:15 which Kaiser believes that it's entitled to
0092:16 remuneration for prescriptions of Gabapentin for
0092:17 diabetic peripheral neuropathy?
0092:18     A.   Yes.
0092:19     Q.   And you indicate in 1995, remuneration
0092:20 would be appropriate in some circumstances, is
0092:21 that correct?
0092:22         MS. NUSSBAUM: I would again state my
0092:23 objection.

3

| | |
|---|---|
| | 0092:24         MR. JAMES: No. You know, we've |
| | 0092:25   actually heard your objection. |
| | 0093:01                     A. Carver |
| | 0093:02         MS. NUSSBAUM: Because if you are |
| | 0093:03   referring to a document, that I believe the |
| | 0093:04   witness has the opportunity to look at the section |
| | 0093:05   that starts at page 42 of the document, let him |
| | 0093:06   look at it and then he can give you a response. I |
| | 0093:07   think it's very unfair to be playing a memory game |
| | 0093:08   with a 139-page document. |
| | 0093:09         Q.   Have you been able to determine the |
| | 0093:10   circumstances in which Kaiser believes its |
| | 0093:11   entitled to remuneration for diabetic peripheral |
| | 0093:12   neuropathy? |
| | 0093:13         A.   Not totally; however, upon review of, |
| | 0093:14   you know, of information that's contained on page |
| | 0093:15   42, it was -- it was less than clear that |
| | 0093:16   Neurontin was effective for the treatment of |
| | 0093:17   diabetic peripheral neuropathy. |
| | 0093:18         Q.   And you've told me that it now is |
| | 0093:19   clear that Neurontin is effective for diabetic |
| | 0093:20   peripheral neuropathy? |
| | 0093:21         MS. NUSSBAUM: If you know. |
| | 0093:22         Q.   As corporate representative of Kaiser, |
| | 0093:23   if you know? |
| | 0093:24         A.   Well, I believe that you -- that the |
| | 0093:25   Food and Drug Administration has still not |
| | 0094:01                     A. Carver |
| | 0094:02   approved it for that particular indication. |
| | 0094:03         Q.   I guess my question was somewhat |
| | 0094:04   different. Would you like to have it restated? |
| | 0094:05         A.   Okay. |
| | 0094:06         MR. JAMES: Could you read back the |

4

| | |
|---|---|
| | 0094:07 question? |
| | 0094:08     (Record read.) |
| | 0094:09     A.   And you're going to restate that? |
| | 0094:10     Q.   No, that was the question. |
| | 0094:11         MS. NUSSBAUM:  The question is:  Do |
| | 0094:12 you know?  And if you don't, then you just don't. |
| | 0094:13     A.   Yeah, I don't. |
| | 0094:14     Q.   Kaiser has no knowledge of whether or |
| | 0094:15 not Neurontin is effective for diabetic peripheral |
| | 0094:16 neuropathy? |
| | 0094:17     A.   I'd say that Kaiser, the health plan, |
| | 0094:18 would rely upon the physicians to make that |
| | 0094:19 determination. |
| | 0094:20     Q.   And how the physicians made the |
| | 0094:21 determination -- again, if you know? |
| | 0094:22     A.   Yeah.  I don't know that they formally |
| | 0094:23 have. |

5