UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' SUPPLEMENTAL MOTION FOR JUDGMENT
AS A MATTER OF LAW BASED UPON LACK OF SUFFICIENT
EVIDENCE OF INJURY, CAUSATION OR DAMAGES**

Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully submit this supplemental motion for judgment as a matter of law, pursuant to Rule 50(a) of the Federal Rules of Civil Procedure, with respect to Plaintiffs' RICO claims and the issues of injury and causation. Among the grounds discussed in Defendants' Memorandum of Law in support of their initial Motion for Judgment as a Matter of Law Based upon Lack of Sufficient Evidence of Injury or Causation, the evidence showed that Prof. Rosenthal's calculations regarding Neurontin prescriptions for "bipolar" disorder were overinclusive. (Defs' Mem. [2671] at Section III.D.) The evidence introduced during Defendants' case has confirmed that for each indication at issue, not just bipolar disorder, Prof. Rosenthal used arbitrarily-selected groupings of ICD-9 codes to determine whether Neurontin prescriptions were written for the off-label indications at issue in this case. Because Dr. Hartman's damages calculations are dependent upon Prof. Rosenthal's estimates, there is likewise insufficient evidence to support them.

WHEREFORE, Defendants respectfully request that the Court grant judgment as a matter of law in their favor on Plaintiffs' RICO claims and the issues of injury, causation and damages.

Dated: March 23, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:     /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Email:  Mark.Cheffo@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:     /s/ Raoul D. Kennedy
        Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel:  (415) 984-6400
Email:  Raoul.Kennedy@skadden.com

WHEELER TRIGG O'DONNELL LLP

By:     /s/ James E. Hooper
        James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel:  (303) 244-1800
Email:  hooper@wtotrial.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

CERTIFICATE OF CONSULTATION

I hereby certify that counsel have conferred in a good faith attempt to narrow or resolve the issues presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 23, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo