# EXHIBIT A

# Attachment I.2: ICD9 Code Categorization

(As provided by counsel.)

| ICD-9 Code | ICD Description | ON-Label All Other Indications | OFF-Label All Other Indications | OFF-Label Migraine | OFF-Label Bipolar | OFF-Label Pain Neuropathic | OFF-Label Pain Nociceptive | OFF-Label Psych Other | OFF-Label Pain Other |
|---|---|---|---|---|---|---|---|---|---|
| 0138 | TB/MENG/CNS OTHER | | X | | | | | | |
| 0421 | HIV-CAUSED SPEC INFECT | | X | | | | | | |
| 0431 | HIV-CAUSED CNS DISEASE | | X | | | | | | |
| 0433 | HIV CAUS OTH SPECIF CON | | X | | | | | | |
| 0451 | AC POLIO OTHER PARALYSIS | | X | | | | | | |
| 0479 | UNS MENING DUE ENTEROVIR | | X | | | | | | |
| 0531 | HZ WITH OTH NERV SYST CO | X | | | | | | | |
| 0532 | HERPES ZOST W OPHTH COMP | X | | | | | | | |
| 0537 | HERPES ZOSTER W/OTH COMP | X | | | | | | | |
| 0539 | HERPES ZOSTER W/NO COMPL | X | | | | | | | |
| 0541 | GENITAL HERPES | | X | | | | | | |
| 0549 | HERPES SIMP W/O COMPLIC | | X | | | | | | |
| 0664 | WEST NILE FEVER | | X | | | | | | |
| 0798 | VIRAL INF ELS CLS OTHER | | X | | | | | | |
| 0940 | TABES DORSALIS SYPHIL | | X | | | | | | |
| 1101 | DERMATOPHYTOSIS NAIL | | X | | | | | | |
| 1119 | UNSPEC DERMATOMYCOSIS | | X | | | | | | |
| 1348 | OTH INF INFESTATION | | X | | | | | | |
| 1350 | SARCOIDOSIS | | X | | | | | | |
| 1469 | MAL NEO OROPHARYNX UNSP | | X | | | | | | |
| 1479 | MAL NEO NASOPHARYNX UNS | | X | | | | | | |
| 1522 | MALIGNANT NEOPLASM ILEUM | | X | | | | | | |
| 1539 | MAL NEO COLON UNSPEC | | X | | | | | | |
| 1540 | MAL NEO RECTOSIGMOID JUN | | X | | | | | | |
| 1541 | MAL NEO OF RECTUM | | X | | | | | | |
| 1579 | MAL NEO PANCREAS UNS | | X | | | | | | |
| 1629 | MAL NEO BRONCH+LUNG UNSP | | X | | | | | | |
| 1703 | MAL NEO RIB STERNUM CLAV | | X | | | | | | |
| 1709 | MALIG NEO BONES SITE UNS | | X | | | | | | |
| 1719 | MAL NEO SITE UNS CON TIS | | X | | | | | | |
| 1729 | MAL MEL SKIN UNSP SITE | | X | | | | | | |
| 1749 | MAL NEO FEM BREAST UNSP | | X | | | | | | |
| 1790 | MALIG NEO UTERUS PRT UNS | | X | | | | | | |
| 1809 | MAL NEO CERVIX UTERI UNS | | X | | | | | | |
| 1820 | MAL NEO CORPUS UTERI | | X | | | | | | |
| 1844 | MAL NEO VULVA UNSPEC | | X | | | | | | |
| 1850 | MALIG NEO OF PROSTATE | | X | | | | | | |
| 1869 | MAL NEO TESTIS OTH+UNSP | | X | | | | | | |
| 1890 | MAL NEOPLASM KIDNEY | | X | | | | | | |
| 1892 | MAL NEOPLASM URETER | | X | | | | | | |
| 1917 | MAL NEO BRAIN STEM | | X | | | | | | |
| 1919 | MAL NEO BRAIN UNSPEC | | X | | | | | | |
| 1921 | MAL NEO CEREBR MENINGES | | X | | | | | | |
| 1930 | MALIG NEO THYROID GLAND | | X | | | | | | |
| 1950 | MAL NEO HEAD FACE NECK | | X | | | | | | |
| 1983 | SEC MAL BRAIN SPN CORD | | X | | | | | | |
| 1985 | MALIG BONE BONE MARROW | | X | | | | | | |
| 1988 | SEC MALIG NEOP OTH SITES | | X | | | | | | |

1

# Attachment I.2: ICD9 Code Categorization

(As provided by counsel)

| ICD-9 Code | ICD Description | ON-Label All Other Indications | OFF-Label All Other Indications | OFF-Label Migraine | OFF-Label Bipolar | OFF-Label Pain Neuropathic | OFF-Label Pain Nociceptive | OFF-Label Psych Other | OFF-Label Pain Other |
|---|---|---|---|---|---|---|---|---|---|
| 1990 | MAL NEO DISSEMINATED | | X | | | | | | |
| 1991 | OTH MAL NEO WO SPEC SITE | | X | | | | | | |
| 2019 | HODGKINS DISEASE UNSPEC | | X | | | | | | |
| 2028 | LYMPHOMAS OTHER | | X | | | | | | |
| 2030 | MULTIPLE MYELOMA | | X | | | | | | |
| 2040 | ACUTE LYMPHOID LEUKEMIA | | X | | | | | | |
| 2041 | LYMPHOID LEUKEMIA CHRONI | | X | | | | | | |
| 2159 | BEN NEO CON TIS SITE UNS | | X | | | | | | |
| 2252 | BEN NEO CEREBRAL MENING | | X | | | | | | |
| 2280 | HEMANGIOMA ANY SITE | | X | | | | | | |
| 2377 | NEUROFIBROMATOSIS | | X | | | | | | |
| 2381 | NEO UN BEH CONN&SOFT TIS | | X | | | | | | |
| 2396 | NEO UN NATURE OF BRAIN | | X | | | | | | |
| 2397 | NEO UN NAT ENDO+NERV SYS | | X | | | | | | |
| 2500 | DIABETES MELL WO COMPLIC | | | | | X | | | |
| 2503 | DIABETES WITH RENAL MANI | | | | | X | | | |
| 2504 | DIABETES W OPHTH MANIF | | | | | X | | | |
| 2505 | DIABETES WITH NEURO MANI | | | | | X | | | |
| 2506 | DIAB WITH PERIPH CIRC DI | | | | | X | | | |
| 2507 | DIABETES W/OTH SPEC MAN | | | | | X | | | |
| 2509 | DIABETES WITH UNSP COMPS | | | | | X | | | |
| 2563 | OVARIAN FAILURE OTHER | | X | | | | | | |
| 2599 | ENDOCRINE DISORDER UNSP | | X | | | | | | |
| 2662 | OTHER B COMPLEX DEFICIEN | | X | | | | | | |
| 2749 | GOUT UNSPECIFIED | | X | | | | | | |
| 2750 | IRON METABOLISM DISORDER | | X | | | | | | |
| 2771 | DIS PORPHYRIN METABOLISM | | X | | | | | | |
| 2773 | AMYLOIDOSIS | | X | | | | | | |
| 2777 | METABOLIC SYNDROME | | X | | | | | | |
| 2790 | DEF HUMORAL IMMUNITY | | X | | | | | | |
| 2794 | AUTOIMMUNE DISEASE NEC | | X | | | | | | |
| 2826 | SICKLE CELL ANEMIA | | X | | | | | | |
| 2896 | FAMILIAL POLYCYTHEMIA | | X | | | | | | |
| 2900 | SENILE DEMENTIA SIMPLE | | | | | | | X | |
| 2901 | PRESENILE DEMENTIA | | | | | | | X | |
| 2902 | SEN DEMENT DEP OR PARAN | | | | | | | X | |
| 2904 | ARTERIOSCLEROTIC DEMENTI | | | | | | | X | |
| 2910 | DELIRIUM TREMENS | | | | | | | X | |
| 2919 | ALCOHOLIC PSYCHOSES UNSP | | | | | | | X | |
| 2920 | DRUG WITHDRAWAL SYNDROME | | | | | | | X | |
| 2938 | OTH,TRANS,ORG.PSYCH.COND | | | | | | | X | |
| 2939 | UNSP.ORG.MENTAL DISORDER | | | | | | | X | |
| 2948 | ORGANIC PSYCHOT CHRO OTH | | | | | | | X | |
| 2949 | ORGANIC PSYCHOT CHRO UNS | | | | | | | X | |
| 2953 | SCHIZOPHR PARANOID TYPE | | | | | | | X | |
| 2956 | RESIDUAL SCHIZOPHRENIA | | | | | | | X | |
| 2957 | SCHIZOAFFECTIVE TYPE | | | | | | | X | |

2

## Attachment I.2: ICD9 Code Categorization
(As provided by counsel.)

| ICD-9 Code | ICD Description | ON-Label All Other Indications | OFF-Label All Other Indications | OFF-Label Migraine | OFF-Label Bipolar | OFF-Label Pain Neuropathic | OFF-Label Pain Nociceptive | OFF-Label Psych Other | OFF-Label Pain Other |
|---|---|---|---|---|---|---|---|---|---|
| 2958 | SCHIZOPHRENIC PSYCH OTH | | | | | | | X | |
| 2959 | SCHIZOPHRENIC PSYCH UNS | | | | | | | X | |
| 2960 | AFFECTIVE PSYCHOSES UNS | | | | X | | | | |
| 2962 | MAJOR DEPRESS.DIS.SINGLE | | | | X | | | | |
| 2963 | MAJOR DEPRESS.DIS.RECURR | | | | X | | | | |
| 2964 | BIPOLAR AFFECT.DIS.MANIC | | | | X | | | | |
| 2965 | BIPOLAR AFFECT.DIS-DEPRS | | | | X | | | | |
| 2966 | BIPOLAR AFFECT.DIS-MIXED | | | | X | | | | |
| 2967 | BIPOLAR AFFECT.DIS-UNSPC | | | | X | | | | |
| 2968 | MAN.DEP.PSY.OTH.&UNSPEC | | | | X | | | | |
| 2969 | UNS AFFECTIVE PSYCHOSES | | | | X | | | | |
| 2979 | PARANOID STATES UNSP | | | | | | | X | |
| 2989 | PSYCHOSES UNSPECIFIED | | | | | | | X | |
| 2990 | PSY INFANTILE AUTISM | | | | | | | X | |
| 2998 | OTH.SPC.EARLY CHLDHD PSY | | | | | | | X | |
| 3000 | ANXIETY STATES | | | | | | | X | |
| 3001 | HYSTERIA | | | | | | | X | |
| 3002 | PHOBIC STATE | | | | | | | X | |
| 3003 | OBSESSIVE COMPULSIVE DIS | | | | | | | X | |
| 3004 | NEUROTIC DEPRESSION | | | X | | | | | |
| 3005 | NEURASTHENIA | | | | | | | X | |
| 3006 | DEPERSONALIZATION SYNDR | | | | | | | X | |
| 3007 | HYPOCHONDRIASES | | | | | | | X | |
| 3009 | NEUROTIC DISORDER UNSPEC | | | | | | | X | |
| 3011 | AFFECT PERSONAL DISORDER | | | | | | | X | |
| 3012 | SCHIZ PERSONAL DISORDER | | | | | | | X | |
| 3013 | EXPLOSIVE PERSONAL DIS | | | | | | | X | |
| 3017 | PERSON DIS W SOCIOPATHIC | | | | | | | X | |
| 3018 | OTHER PERSONALITY DISORD | | | | | | | X | |
| 3019 | UNSP PERSONALITY DISORDE | | | | | | | X | |
| 3027 | FRIGIDITY + IMPOTENCE | | | | | | | X | |
| 3029 | SEX DEVIAT+DISORDER UNS | | | | | | | X | |
| 3039 | OTH.&UNSP.ALCOHOL DEPEND | | | | | | | X | |
| 3040 | DRUG DEPEND MORPHINE TYP | | | | | | | X | |
| 3042 | DRUG DEPEND COCAINE TYPE | | | | | | | X | |
| 3043 | DRUG DEPEND CANNABIS TYP | | | | | | | X | |
| 3049 | DRUG DEPENDENCE UNSP | | | | | | | X | |
| 3069 | PHYSIOLOG MALFUNCT UNSP | | | | | | | X | |
| 3071 | ANOREXIA NERVOSA | | | | | | | X | |
| 3072 | TICS | | X | | | | | | |
| 3074 | SPECIFIC DISORD SLEEP | | X | | | | | | |
| 3075 | EATING DISORD OTH+UNSP | | | | | | | X | |
| 3078 | PSYCHALGIA | | | | | | | X | |
| 3079 | SPEC SYMP+SYND OTH+UNSP | | X | | | | | | |
| 3083 | OTH AC REACTION TO STRES | | | | | | | X | |
| 3089 | UNSP ACUTE REACT STRESS | | | | | | | X | |
| 3090 | BRIEF DEPRESSIVE REACTIO | | | | X | | | | |

3

**Attachment I.2: ICD9 Code Categorization**
(As provided by counsel )

| ICD-9 Code | ICD Description | ON-Label All Other Indications | OFF-Label All Other Indications | OFF-Label Migraine | OFF-Label Bipolar | OFF-Label Pain Neuropathic | OFF-Label Pain Nociceptive | OFF-Label Psych Other | OFF-Label Pain Other |
|---|---|---|---|---|---|---|---|---|---|
| 3092 | ADJ REA W PREDOM DIS EMO | | | | | | | X | |
| 3094 | ADJ REA DST EMOT CONDUCT | | | | | | | X | |
| 3098 | ADJUSTMENT REACTION OTH | | | | | | | X | |
| 3099 | ADJUSTMENT REACTION UNSP | | | | | | | X | |
| 3102 | POST CONCUSSIONAL SYND | | X | | | | | | |
| 3110 | DEPRESSIVE DISORDER NEC | | | | X | | | | |
| 3120 | UNSOCIALIZED DIST CONDUC | | | | | | | X | |
| 3123 | DISORDRS-IMPULSE CONTROL | | | | | | | X | |
| 3128 | OTH DISTURB CONDUCT NEC | | | | | | | X | |
| 3129 | UNSP DISTURB CONDUCT NEC | | | | | | | X | |
| 3138 | OTH DISTURB EMOT MXD CHL | | | | | | | X | |
| 3140 | SIM DISTRBNCE ACTVTY&ATT | | | | | | | X | |
| 3142 | HYPERKINETIC CONDUCT DIS | | | | | | | X | |
| 3190 | MENTAL RETARDATION UNSP | | | | | | | X | |
| 3229 | MENINGITIS UNSPECIFIED | | X | | | | | | |
| 3239 | ENCEPH,MYE ENCEPHMYL UNS | | X | | | | | | |
| 3240 | INTRACRANIAL ABSCESS | | X | | | | | | |
| 3249 | INTRACR+INTRASP ABSC NOS | | X | | | | | | |
| 3300 | LEUKODYSTROPHY NOS | | X | | | | | | |
| 3308 | CEREBRAL DEGEN CHILD OTH | | X | | | | | | |
| 3310 | ALZHEIMERS DISEASE | | X | | | | | | |
| 3314 | OBSTRUCT HYDROCEPHALUS | | X | | | | | | |
| 3318 | CEREBRAL DEGENERAT OTHER | | X | | | | | | |
| 3319 | CEREBRAL DEGENERAT UNSP | | X | | | | | | |
| 3320 | PARALYSIS AGITANS | | X | | | | | | |
| 3330 | OTH DEN DIS BASAL GANGLI | | X | | | | | | |
| 3331 | ESSENTIAL+OTH SPEC TREMO | | X | | | | | | |
| 3332 | MYOCLONUS | X | | | | | | | |
| 3334 | HUNTINGTONS CHOREA | | X | | | | | | |
| 3335 | OTHER CHOREAS | | X | | | | | | |
| 3336 | IDIOPATHIC TORSION DYSTO | | X | | | | | | |
| 3338 | FRAG OF TORSION DYSTONIA | | X | | | | | | |
| 3339 | ABNORM MOVEMENT DIS OTH | | X | | | | | | |
| 3340 | FRIEDREICHS ATAXIA | | X | | | | | | |
| 3343 | ATAXIA CEREBELLAR NOS | | X | | | | | | |
| 3352 | MOTOR NEURONE DISEASE | | X | | | | | | |
| 3360 | SYRINGOMYELIA+SYRINGOBUL | | | | | X | | | |
| 3361 | VASCULAR MYELOPATHIES | | | | | X | | | |
| 3369 | SPINAL CORD DIS UNSP | | X | | | | | | |
| 3379 | UNS DIS AUTO NERV SYST | | X | | | | | | |
| 3400 | MULTIPLE SCLEROSIS | | X | | | | | | |
| 3410 | NEUROMYELITIS OPTICA | | | | | | X | | |
| 3419 | UNSPEC/DEMYEL/DIS/CNS | | X | | | | | | |
| 3429 | UNSP HEMIPLEGIA | | X | | | | | | |
| 3439 | INFANT CEREBR PALSY UNS | | X | | | | | | |
| 3440 | QUADRIPLEGIA | | X | | | | | | |
| 3441 | PARAPLEGIA | | X | | | | | | |

4

## Attachment I.2: ICD9 Code Categorization
(As provided by counsel)

| ICD-9 Code | ICD Description | ON-Label All Other Indications | OFF-Label All Other Indications | OFF-Label Migraine | OFF-Label Bipolar | OFF-Label Pain Neuropathic | OFF-Label Pain Nociceptive | OFF-Label Psych Other | OFF-Label Pain Other |
|---|---|---|---|---|---|---|---|---|---|
| 3443 | MONOPLEGIA LOWER LIMBS | | X | | | | | | |
| 3446 | CAUDA EQUINA SYNDROME | | | | | | | | |
| 3449 | UNSPEC PARALYTIC SYNDROM | | X | | | | | | X |
| 3450 | GENERAL NONCONV EPILEPSY | X | | | | | | | |
| 3451 | GENERAL CONVULS EPILEPSY | X | | | | | | | |
| 3452 | PETIT MAL STATUS | X | | | | | | | |
| 3453 | GRAND MAL STATUS | X | | | | | | | |
| 3454 | PART EPIL W IMP CONSCIOU | X | | | | | | | |
| 3455 | PART EPIL WO IMP CONSCIO | X | | | | | | | |
| 3459 | EPILEPSY UNSPECIFIED | X | | | | | | | |
| 3460 | CLASSICAL MIGRAINE | | | X | | | | | |
| 3461 | COMMON MIGRAINE | | | X | | | | | |
| 3462 | VARIANTS OF MIGRAINE | | | X | | | | | |
| 3469 | MIGRAINE UNSPECIFIED | | | X | | | | | |
| 3470 | CATAPLEXY AND NARCOLEPSY | | X | | | | | | |
| 3481 | ANOXIC BRAIN DAMAGE | | X | | | | | | |
| 3482 | BENIGN INTRACR HYPERTENS | | X | | | | | | |
| 3483 | ENCEPHALOPATHY UNSPEC | | X | | | | | | |
| 3488 | OTH CONDITIONS OF BRAIN | | X | | | | | | |
| 3489 | UNSP CONDITIONS OF BRAIN | | X | | | | | | |
| 3490 | REACTION SPINAL+LUM PUNC | | X | | | | | | |
| 3499 | NERVOUS SYST DISORDER UN | | X | | | | | | |
| 3501 | OTHER TRIGEMINAL NEURALG | | | | | X | | | |
| 3502 | ATYPICAL FACE PAIN | | | | | | | | |
| 3509 | TRIGEMINAL NERVE DIS UNS | | | | | X | | | X |
| 3510 | BELLS PALSY | | X | | | | | | |
| 3518 | FACIAL NERVE DISORD OTH | | X | | | | | | |
| 3519 | FACIAL NERVE DISORDER UN | | X | | | | | | |
| 3521 | GLOSSOPHARYNGEAL NEURALG | | | | | X | | | |
| 3529 | OTH DIS CRANIAL NERV UNS | | X | | | | | | |
| 3530 | BRACHIAL PLEXUS LESIONS | | | | | X | | | |
| 3531 | LUMBOSACRAL PLEXUS LESN | | | | | X | | | |
| 3532 | CERVICAL ROOT LESIONS | | | | | X | | | |
| 3533 | THORACIC ROOT LESION | | | | | X | | | |
| 3535 | NEURALGIC AMYOTROPHY | | | | | X | | | |
| 3536 | PHANTOM L MB SYNDROME | | | | | X | | | |
| 3540 | CARPAL TUNNEL SYNDROME | | | | | X | | | |
| 3542 | LESION OF ULNAR NERVE | | | | | X | | | |
| 3543 | LESION OF RADIAL NERVE | | | | | X | | | |
| 3544 | CAUSALGIA | | | | | X | | | |
| 3545 | MONONEURITIS MULTIPLEX | | | | | X | | | |
| 3548 | MONONEURITIS UP LIMB OTH | | | | | X | | | |
| 3550 | MONO LES SCIATIC NERVE | | | | | X | | | |
| 3551 | MERALGIA PARESTHETICA | | | | | X | | | |
| 3552 | LESION OF FEMORAL NERVE | | | | | X | | | |
| 3553 | MONO LES LAT POPLIT NERV | | | | | X | | | |
| 3555 | TARSAL TUNNEL SYNDROME | | | | | X | | | |

5

## Attachment I.2: ICD9 Code Categorization

(As provided by counsel.)

| ICD-9 Code | ICD Description | ON-Label All Other Indications | OFF-Label All Other Indications | OFF-Label Migraine | OFF-Label Bipolar | OFF-Label Pain Neuropathic | OFF-Label Pain Nociceptive | OFF-Label Psych Other | OFF-Label Pain Other |
|---|---|---|---|---|---|---|---|---|---|
| 3556 | MONO LES PLANTAR NERVE | | | | | X | | | |
| 3557 | OTH MONONEURITIS LWR LMB | | | | | X | | | |
| 3558 | UNSP MONONEUR LWR LMB | | | | | X | | | |
| 3559 | MONONEURITIS UNSP SITE | | | | | X | | | |
| 3561 | PERONEAL MUSCULAR ATROPH | | X | | | | | | |
| 3562 | HERED.SENSORY NEUROPATHY | | | | | X | | | |
| 3569 | HERED+IDIO PERIPH NEU UN | | | | | X | | | |
| 3570 | AC INFECTIVE POLYNEURITI | | | | | X | | | |
| 3575 | ALCOHOLIC POLYNEUR/NEURO | | | | | X | | | |
| 3576 | POLYNEUROPAT DUE TO DRUG | | | | | X | | | |
| 3577 | POLYNEUROPAT DUE TOXIC A | | | | | X | | | |
| 3579 | INFLAM+TOXIC NEUROPA UNS | | | | | X | | | |
| 3580 | MYASTHENIA GRAVIS | | X | | | | | | |
| 3589 | UNSP MYONEURAL DISORDERS | | X | | | | | | |
| 3591 | HERED PROG MUSC DYSTROPH | | X | | | | | | |
| 3592 | MYOTONIC DISORDERS | | X | | | | | | |
| 3599 | MUSC DYST+OTH MYOPAT UNS | | X | | | | | | |
| 3682 | DIPLOPIA | | X | | | | | | |
| 3774 | OTH DIS OPTIC NERVE | | X | | | | | | |
| 3795 | NYSTAG+OTH IRREG EYE MOV | | X | | | | | | |
| 3798 | DISORDERS EYE+ADNEXA OTH | | X | | | | | | |
| 3799 | DISORDERS EYE+ADNEXA UNS | | X | | | | | | |
| 3860 | MENIERES DISEASE | | X | | | | | | |
| 3861 | PERIPH VERTIGO OTH+UNSP | | X | | | | | | |
| 3863 | LABYRINTHITIS | | X | | | | | | |
| 3883 | TINNITUS | | X | | | | | | |
| 3887 | OTALGIA | | | | | | | | X |
| 4018 | ESS HYPERTENS BEN COMPLC | | X | | | | | | |
| 4029 | HYPERT HRT DIS UNSPEC | | X | | | | | | |
| 4140 | CORONARY ATHERSCLEROSIS | | X | | | | | | |
| 4142 | CORONARY ATHEROSCL W/HTN | | X | | | | | | |
| 4148 | CHR ISCHAEMIC DISEAS OTH | | X | | | | | | |
| 4178 | DIS.PULM.CIRC. OTH.SPEC. | | X | | | | | | |
| 4240 | MITRAL VALVE DISORDERS | | X | | | | | | |
| 4270 | PAROX SUPRAVENT TACHYCAR | | X | | | | | | |
| 4309 | SUBARACH HEMOR W/O HYPRT | | X | | | | | | |
| 4321 | SUBDURAL HEM W/O HTN | | X | | | | | | |
| 4340 | CEREB THROMB W/O HTN | | X | | | | | | |
| 4341 | CEREBRAL EMBOLISM WO HTN | | X | | | | | | |
| 4349 | OCC CEREB ARTER UN WO HT | | X | | | | | | |
| 4350 | TRANS CERE ISCHEM W HTN | | X | | | | | | |
| 4351 | VERTEBRAL ARTERY SYNDROM | | X | | | | | | |
| 4359 | TRANS CER ISCHEM WO/HTN | | X | | | | | | |
| 4360 | AC BUT ILL DE CEREB W/HT | | X | | | | | | |
| 4369 | AC BUT ILL DE CEREB WOH | | X | | | | | | |
| 4374 | CEREBRAL ARTERITIS | | X | | | | | | |
| 4378 | OTH ILL DEF CEREBROV DIS | | X | | | | | | |

6