## Attachment I.2: ICD9 Code Categorization
(As provided by counsel)

| ICD-9 Code | ICD Description | ON-Label All Other Indications | OFF-Label All Other Indications | OFF-Label Migraine | OFF-Label Bipolar | OFF-Label Pain Neuropathic | OFF-Label Pain Nociceptive | OFF-Label Psych Other | OFF-Label Pain Other |
|---|---|---|---|---|---|---|---|---|---|
| 4379 | CEREBROVASC DISEASE UNSP |  | X |  |  |  |  |  |  |
| 4402 | ATHEROSCL ART OF EXTREM |  | X |  |  |  |  |  |  |
| 4430 | RAYNAUDS SYNDROME |  | X |  |  |  |  |  |  |
| 4438 | PERIPHERAL VASC DIS OTH |  | X |  |  |  |  |  |  |
| 4439 | PERIPHERAL VASC DIS UNS |  | X |  |  |  |  |  |  |
| 4462 | HYPERSENSITIVITY ANGIITU |  | X |  |  |  |  |  |  |
| 4465 | GIANT CELL ARTERITIS |  |  |  |  |  |  |  | X |
| 4476 | ARTERITIS UNSPECIFIED |  | X |  |  |  |  |  |  |
| 4480 | HERED HAEM TELANGIECTASI |  | X |  |  |  |  |  |  |
| 4538 | EMB+THROMB OTH SP VEINS |  | X |  |  |  |  |  |  |
| 4599 | DIS CIRCULATORY SYST UNS |  | X |  |  |  |  |  |  |
| 4600 | COMMON COLD |  | X |  |  |  |  |  |  |
| 4661 | BRONCHIOLITIS ACUTE |  | X |  |  |  |  |  |  |
| 4738 | CHRONIC SINUSITIS OTH |  | X |  |  |  |  |  |  |
| 4860 | PNEUMONIA ORGANISM UNSP |  | X |  |  |  |  |  |  |
| 5100 | EMPYEMA WITH FISTULA |  | X |  |  |  |  |  |  |
| 5110 | PLEURISY WO EFF CURR TB |  |  |  |  |  |  |  | X |
| 5119 | PLEURAL EFFUSION UNSP |  | X |  |  |  |  |  |  |
| 5246 | TEMPOROMANDIB JOINT DIS |  |  |  |  |  |  |  | X |
| 5269 | DISEASE OF JAWS UNSP |  | X |  |  |  |  |  |  |
| 5290 | GLOSSITIS |  |  |  |  |  | X |  |  |
| 5296 | GLOSSOSDYNIA |  |  |  |  |  |  |  | X |
| 5559 | ENTERITIS UNSP SITE |  | X |  |  |  |  |  |  |
| 5694 | OTH DISORDERS RECTUM+ANU |  | X |  |  |  |  |  |  |
| 5715 | CIRRHOSIS LIV WO ALCOHOL |  | X |  |  |  |  |  |  |
| 5771 | CHRONIC PANCREATITIS |  | X |  |  |  |  |  |  |
| 5850 | CHRONIC RENAL FAILURE |  | X |  |  |  |  |  |  |
| 5951 | CHR INTERSTITIAL CLYSTIT |  | X |  |  |  |  |  |  |
| 5990 | URINARY TR INF SITE UNSP |  | X |  |  |  |  |  |  |
| 6078 | PENIS DISORDER OTHER |  | X |  |  |  |  |  |  |
| 6088 | MALE GENITAL DISORD OTH |  | X |  |  |  |  |  |  |
| 6101 | DIFFUSE CYST MASTOPATHY |  | X |  |  |  |  |  |  |
| 6117 | SIGNS+SYMPTOMS IN BREAST |  | X |  |  |  |  |  |  |
| 6179 | ENDOMETRIOSIS UNSP SITE |  | X |  |  |  |  |  |  |
| 6254 | PREMENSTRUAL TENSION SYN |  | X |  |  |  |  |  |  |
| 6259 | PAIN+SYM FEM GEN ORG UNS |  |  |  |  |  |  |  | X |
| 6264 | IRREGULAR BLEEDING |  | X |  |  |  |  |  |  |
| 6272 | MEN OR FEM CLIMATERIC ST |  | X |  |  |  |  |  |  |
| 6274 | ARTIFICIAL MENOPAUSE |  | X |  |  |  |  |  |  |
| 6861 | PYOGENIC GRANULOMA |  | X |  |  |  |  |  |  |
| 6960 | PSORIATIC ARTHROPATHY |  |  |  |  |  | X |  |  |
| 6989 | PRURITIC CONDITION UNS |  | X |  |  |  |  |  |  |
| 7010 | CIRCUMSCRIBED SCLERODERM |  | X |  |  |  |  |  |  |
| 7011 | KERATODERMA ACQUIRED |  | X |  |  |  |  |  |  |
| 7038 | DISEASES OF NAIL OTH |  | X |  |  |  |  |  |  |
| 7071 | ULCER LOW L MBS EXC DECU |  | X |  |  |  |  |  |  |
| 7079 | CHRONIC ULCER UNS SITE |  | X |  |  |  |  |  |  |

7

**Attachment I.2: ICD9 Code Categorization**
(As provided by counsel)

| ICD-9 Code | ICD Description | ON-Label All Other Indications | OFF-Label All Other Indications | OFF-Label Migraine | OFF-Label Bipolar | OFF-Label Pain Neuropathic | OFF-Label Pain Nociceptive | OFF-Label Psych Other | OFF-Label Pain Other |
|---|---|---|---|---|---|---|---|---|---|
| 7092 | SCAR COND+FIBROSIS SKIN | | X | | | | | | |
| 7100 | SYSTEMIC LUPUS ERYTHEMAT | | X | | | | | | |
| 7101 | SYSTEMIC SCLEROSIS | | X | | | | | | |
| 7102 | SICCA SYNDROME | | X | | | | | | |
| 7103 | DERMATOMYOSITIS | | X | | | | | | |
| 7104 | POLYMYOSITIS | | X | | | | | | |
| 7109 | DIFF DIS CONN TISS UNS | | X | | | | | | |
| 7140 | RHEUMATOID ARTHRITIS NEC | | | | | | X | | |
| 7143 | JUVENILE CHR POLYARTHRIT | | | | | | X | | |
| 7149 | RHEUM ARTH+INF POLY UNSP | | | | | | X | | |
| 7159 | OSTEOARTH UNSPEC | | | | | | X | | |
| 7161 | TRAUMATIC ARTHROPATHY | | | | | | X | | |
| 7165 | POLYARTHROP+POLYARTH UNS | | | | | | X | | |
| 7169 | ARTHROPATHIES UNSP | | | | | | X | | |
| 7173 | DER MED MENISC OTH+UNS | | | | | | X | | |
| 7175 | DERANGE OF MENISCUS NEC | | | | | | X | | |
| 7177 | CHONDROMALACIA PATELLA | | | | | | X | | |
| 7189 | DERANGEMENT JOINT UNS | | X | | | | | | |
| 7194 | PAIN IN JOINT | | | | | | X | | |
| 7199 | DISORDER OF JOINT UNSP | | X | | | | | | |
| 7200 | ANKYLOSING SPONDYLITIS | | | | | | X | | |
| 7202 | SACROILIITIS NEC | | | | | | X | | |
| 7209 | INFLAM SPONDYLOPATHY UNS | | | | | | X | | |
| 7210 | CERV SPONDY WO MYELOPATH | | | | | | X | | |
| 7211 | CERV SPONDY W MYELOPATHY | | | | | | X | | |
| 7213 | LUMBOSAC SPOND WO MYELOP | | | | | | X | | |
| 7214 | THOR/LUMB SPOND W MYELOP | | | | | | X | | |
| 7219 | SPONDYLOSIS OF SPINE UNS | | | | | | X | | |
| 7220 | DISP CERV DSC W/O MYELOP | | | | | | X | | X |
| 7221 | DISP THOR+LUM DIS WO MYE | | | | | | X | | X |
| 7222 | DISP INTERVERT DISC UNS | | | | | | X | | X |
| 7224 | DEG CERVICAL INTERV DISC | | | | | | X | | X |
| 7225 | DEG THORAC+LUMB INT DISC | | | | | | X | | X |
| 7226 | DEG INTERV DISC SITE UNS | | | | | | X | | X |
| 7228 | POSTLAMINECTOMY SYNDROME | | | | | | X | | X |
| 7229 | DISC DISORDER OTH+UNS | | | | | | | | X |
| 7230 | CERVICAL SPINAL STENOSIS | | | | | | | | X |
| 7231 | CERVICALGIA | | | | | | | | X |
| 7234 | BRACH NEURITIS OR RADICU | | | | | | | | X |
| 7238 | SYND AFF CERV REGION OTH | | | | | | | | X |
| 7240 | SPINAL STENOSIS NOT CERV | | | | | | | | X |
| 7241 | PAIN IN THORACIC SPINE | | | | | | | | X |
| 7242 | LUMBAGO | | | | | | X | | |
| 7243 | SCIATICA | | | | | X | | | |
| 7244 | THOR LUMBOS NEUR RAD NEC | | | | | X | | | |
| 7245 | BACKACHE UNSPEC | | | | | | X | | |
| 7246 | DISORDERS OF SACRUM | | | | | | | | X |

8

## Attachment I.2: ICD9 Code Categorization

(As provided by counsel.)

| ICD-9 Code | ICD Description | ON-Label All Other Indications | OFF-Label All Other Indications | OFF-Label Migraine | OFF-Label Bipolar | OFF-Label Pain Neuropathic | OFF-Label Pain Nociceptive | OFF-Label Psych Other | OFF-Label Pain Other |
|---|---|---|---|---|---|---|---|---|---|
| 7247 | DISORDERS OF COCCYX | | | | | | | | X |
| 7248 | SYMPT REFER TO BACK OTH | | | | | | | | X |
| 7249 | BACK DISORDERS UNSP | | | | | | | | X |
| 7250 | POLYMYALGIA RHEUMATICA | | | | | | X | | |
| 7260 | ADHESIVE CAPSUL SHOULDER | | | | | | X | | |
| 7262 | OTH AFF SHLDR REG (NEC) | | | | | | X | | |
| 7263 | ENTHESOPATHY ELBOW REGIO | | | | | | X | | |
| 7265 | ENTESOPATHY HIP REGION | | | | | | X | | |
| 7267 | ENTHESOPATHY ANKLE+TARSU | | | | | | X | | |
| 7269 | ENTHESOPATHY UNSP | | | | | | X | | |
| 7270 | SYNOVITIS+TENOSYNOVITIS | | | | | | X | | |
| 7273 | BURSITIS OTHER | | | | | | X | | |
| 7279 | DIS SYN TEND BURSA UNS | | | | | | X | | |
| 7282 | MUSC WAST+DIS ATROPHY NE | | | | | | X | | |
| 7287 | FIBROMATOSES | | | | | | X | | |
| 7288 | DIS MUSC LIG+FASCIA OTH | | | | | | X | | |
| 7289 | DIS MUSC LIG+FASCIA UNS | | | | | | X | | |
| 7290 | RHEUMATISM UNSP+FIBROSIT | | | | | | X | | |
| 7291 | MYALGIA+MYOSITIS UNSP | | | | | | X | | |
| 7292 | NEURA NEUR+RADICUL UNSP | | | | | X | | | |
| 7294 | FASCIITIS UNSPEC | | | | | | X | | |
| 7295 | PAIN IN LIMB | | | | | | X | | |
| 7298 | SYMPT REF TO LIMBS OTH | | | | | | X | | |
| 7302 | OSTEOMYELITIS UNSPEC | | | | | | X | | |
| 7330 | OSTEOPOROSIS | | | | | | X | | |
| 7331 | PATHOLOGICAL FRACTURE | | | | | | X | | |
| 7336 | TIETZE DISEASE | | X | | | | | | |
| 7339 | DIS BONE+CART OTH+UNSP | | X | | | | | | |
| 7367 | ACQ DEF ANKLE+KNEE OTH | | X | | | | | | |
| 7368 | ACQ DEFORM OTH PRTS LIMB | | X | | | | | | |
| 7384 | ACQ SPONDYLOLSTHESIS | | X | | | | | | |
| 7391 | CERVICAL REGION | | X | | | | | | |
| 7410 | SPINA BIFIDA WITH HYDROC | | X | | | | | | |
| 7419 | SPINA BIFIDA WO MENT HYD | | X | | | | | | |
| 7425 | SPEC ANOM SPINAL COR OTH | | X | | | | | | |
| 7478 | SPEC ANOM CIRCUL SYS OTH | | X | | | | | | |
| 7556 | ANOM LOW LIMB INC PE OTH | | X | | | | | | |
| 7561 | ANOMALIES OF SPINE | | X | | | | | | |
| 7573 | SPEC ANOM OF SKIN OTH | | X | | | | | | |
| 7576 | SPEC ANOMALIES BREAST | | X | | | | | | |
| 7581 | PATAU'S SYNDROME | | X | | | | | | |
| 7595 | TUBEROUS SCLEROSIS | | X | | | | | | |
| 7596 | HAMARTOSES NEC OTH | | X | | | | | | |
| 7801 | HALLUCINATIONS | | X | | | | | | |
| 7802 | SYNCOPE AND COLLAPSE | | X | | | | | | |
| 7803 | CONVULSIONS | X | | | | | | | |
| 7804 | DIZZINESS+GIDDINESS | | X | | | | | | |

9

## Attachment I.2: ICD9 Code Categorization
(As provided by counsel )

| ICD-9 Code | ICD Description | ON-Label All Other Indications | OFF-Label All Other Indications | OFF-Label Migraine | OFF-Label Bipolar | OFF-Label Pain Neuropathic | OFF-Label Pain Nociceptive | OFF-Label Psych Other | OFF-Label Pain Other |
|---|---|---|---|---|---|---|---|---|---|
| 7805 | SLEEP DISTURBANCES | | X | | | | | | |
| 7807 | MALAISE AND FATIGUE | | X | | | | | | |
| 7809 | CHRONIC PAIN SYNDROME | | | | | | | | X |
| 7810 | ABNORM INVOLUNTARY MOVEM | | X | | | | | | |
| 7811 | DIST SENS SMELL+TASTE | | X | | | | | | |
| 7812 | ABNORMALITY OF GAIT | | X | | | | | | |
| 7813 | LACK OF COORDINATION | | X | | | | | | |
| 7819 | SYM INV NER+MUSC SYS OTH | | X | | | | | | |
| 7820 | DISTURB SKIN SENSATION | | X | | | | | | |
| 7821 | RASH+OTH NONSP SKIN ERUP | | X | | | | | | |
| 7823 | EDEMA | | X | | | | | | |
| 7833 | FEEDING DIFF+MISMANAGE | | X | | | | | | |
| 7840 | HEADACHE | | | X | | | | | |
| 7845 | SPEECH DISTURBANCE OTH | | X | | | | | | |
| 7854 | GANGRENE | | X | | | | | | |
| 7860 | DYSPNEA+RESP ABNORMALIT | | X | | | | | | |
| 7865 | CHEST PAIN | | | | | | | | X |
| 7866 | SWELL,MASS,LUMP IN CHEST | | X | | | | | | |
| 7868 | HICCOUGH | | X | | | | | | |
| 7880 | RENAL COLIC | | | | | | | | X |
| 7884 | FREQ OF URINATION+POLYUR | | X | | | | | | |
| 7889 | SYM INV URINARY SYST OTH | | X | | | | | | |
| 7890 | ABDOMINAL PAIN | | | | | | | | X |
| 7957 | NONS IMMUNOLIG FIND OTH | | X | | | | | | |
| 7970 | SENILTY WO MENT PSYCHOSI | | X | | | | | | |
| 7992 | NERVOUSNESS | | | | | | | X | |
| 7999 | UNK+UNSPEC CAUSE OTH | | X | | | | | | |
| 8050 | CLOSE CERVICAL FRAC LES | | | | | | X | | |
| 8052 | FR DORSAL CL SP CORD LES | | | | | | X | | |
| 8054 | FR LUMBAR CL SP CORD LES | | | | | | X | | |
| 8070 | FRACTURE RIB (S) CLOSED | | | | | | X | | |
| 8124 | FRACT HUM LOWER END CL | | | | | | X | | |
| 8130 | FRAC RAD UL UP OR UNS CL | | | | | | X | | |
| 8160 | FRACT ONE OR MORE PHAL H | | | | | | X | | |
| 8208 | FRACT NECK FEMUR UNS CL | | | | | | X | | |
| 8230 | FR TIB+FIB UP OR UNS CL | | | | | | X | | |
| 8248 | FRACT OF ANKLE UNS CLOSE | | | | | | X | | |
| 8252 | FR OF OTH TAR+METAT CL | | | | | | X | | |
| 8253 | FRAC OTH TARS+METAT BONE | | | | | | X | | |
| 8290 | FRACTURE OF UNSPEC BONES | | | | | | X | | |
| 8310 | DISLOCATION OF SHOULDER | | | | | | X | | |
| 8311 | DISLOCATION OF SHOULDER | | | | | | X | | |
| 8350 | DISLOCATION OF HIP | | | | | | X | | |
| 8404 | SPR+STR ROTATOR CUFF CAP | | | | | | X | | |
| 8408 | SPR+STR OTH SHOU+UPP ARM | | | | | | X | | |
| 8409 | SPR+STR UNS SHOU+UPP ARM | | | | | | X | | |
| 8450 | STR+STR ANKLE | | | | | | X | | |
| 8460 | SPR+STR LUMBOSAC JT LIG | | | | | | X | | |

10

## Attachment I.2: ICD9 Code Categorization
(As provided by counsel.)

| ICD-9 Code | ICD Description | ON-Label All Other Indications | OFF-Label All Other Indications | OFF-Label Migraine | OFF-Label Bipolar | OFF-Label Pain Neuropathic | OFF-Label Pain Nociceptive | OFF-Label Psych Other | OFF-Label Pain Other |
|---|---|---|---|---|---|---|---|---|---|
| 8470 | SPR+STR OF NECK | | | | | | X | | |
| 8472 | SPRAIN/STRAIN LUMBAR | | | | | | X | | |
| 8479 | SPR+STR BACK UNSPEC | | | | | | X | | |
| 8489 | SPR+STR UNSPEC SITE | | | | | | X | | |
| 8500 | CONCUSSION | | X | | | | | | |
| 8540 | INTRACR INJ OTH+UNS NAT | | X | | | | | | |
| 8713 | AVULSION OF EYE | | X | | | | | | |
| 8734 | OPEN WND FACE WO COMPLIC | | | | | | X | | |
| 8798 | OP WND(S) UNS SITE WO CO | | | | | | X | | |
| 8840 | OP WND MULT+UNS UPP L MB | | | | | | X | | |
| 8910 | OP WND KN LEG EXC TH+ANK | | | | | | X | | |
| 8972 | TR AMP UNIL T KNEE WO CMP | | | | | | X | | |
| 9070 | LAT EF INTCR INJ WO SK F | | | | | | X | | |
| 9232 | CONT WRIST HAND(S) EXC F | | | | | | X | | |
| 9241 | CONT OF KNEE+LOWER LEG | | | | | | X | | |
| 9242 | CONT ANKLE FOOT EXC TOE | | | | | | X | | |
| 9248 | CONT LOW L MB MULT NEC | | | | | | X | | |
| 9282 | CRUSH INJ ANK FOOT EXC T | | | | | | X | | |
| 9289 | CRUSH INJ LOW L MB UNSP | | | | | | X | | |
| 9450 | BURN OF LOWER LIMB(S) | | | | | | X | | |
| 9529 | SPINAL CORD LESIONS | | X | | | | | | |
| 9534 | INJ TO BRACHIAL PLEXUS | | | | | X | | | |
| 9535 | INJ LUMBOSACRAL ROOT | | | | | X | | | |
| 9551 | INJ TO MEDIAN NERVE | | | | | X | | | |
| 9552 | INJ TO ULNAR NERVE | | | | | X | | | |
| 9553 | INJ TO RADIAL NERVE | | | | | X | | | |
| 9560 | INJ TO SCIATIC NERVE | | | | | X | | | |
| 9561 | INJ TO FEMORAL NERVE | | | | | X | | | |
| 9563 | INJ TO PERONEAL NERVE | | | | | X | | | |
| 9569 | INJ PERI NRV PG+LOW UNS | | | | | X | | | |
| 9579 | INJ NERVES UNSPEC SITE | | | | | X | | | |
| 9590 | INJURY TO FACE AND NECK | | | | | | X | | |
| 9591 | INJURY TO TRUNK | | | | | | X | | |
| 9593 | INJ ELBOW FOREARM WRIST | | | | | | X | | |
| 9594 | INJ HAND EXCEPT FINGER | | | | | | X | | |
| 9597 | INJ KNEE LEG ANKLE FOOT | | | | | | X | | |
| 9598 | INJ OTH SPE SITE INC MUL | | | | | | X | | |
| 9599 | INJ OTH UNSPEC SITE | | | | | | X | | |
| 9913 | FROSTBITE OTH+UNS SITES | | X | | | | | | |
| 9933 | CAISSON DISEASE | | X | | | | | | |
| 9948 | ELECTROCUT+NONFAT EFF EL | | X | | | | | | |
| V670 | POST OP SURGICAL EXAM | | X | | | | | | |
| V675 | EXAM FOLLOW OTH TREATMEN | | X | | | | | | |

11