UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES<br>PRACTICES, AND PRODUCTS<br>LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>KAISER FOUNDATION HEALTH PLAN, ET AL<br>V. PFIZER, INC., ET AL, 04 CV 10739 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**KAISER'S MOTION FOR INCLUSION OF ADDITIONAL LANGUAGE
TO PROPOSED JURY INSTRUCTION NO. 16**

Kaiser herby moves the Court for inclusion of an additional two sentences in its proposed Jury Instruction No. 16 – First Element: The Enterprise. The additional language requested would be added to the end of the second paragraph of proposed Instruction 16. For the Court's convenience, Kaiser sets forth below the entirety of the second paragraph of proposed Instruction 16 identifying the additional language requested:

> For the purposes of this case, an enterprise includes a group of people who have associated together for a common purpose of engaging in a course of conduct over a period of time. This group of people, in addition to having a common purpose, must have an ongoing organization, either formal or informal, and it must have personnel who function as a continuing unit. This group of people does not have to be a legally recognized entity, such as a partnership or corporation. This group may be organized for a legitimate and lawful purpose, or it may be organized for an unlawful purpose. **To prove an enterprise here, Kaiser need not show that Pfizer, along with either or both of CDM and MAC, formed an association to market Neurontin fraudulently. If you conclude that Pfizer joined with CDM or MAC for the purpose of promoting**

1

**Neurontin off-label, you may consider that in deciding whether an enterprise exists**.

The inclusion of the proposed language will clarify for the Jury the nature of the common purpose element of a RICO enterprise in the context of this case and will be helpful to the Jury in its consideration of the evidence concerning the existence of one or more RICO enterprises.

Dated:  March 23, 2010

Respectfully submitted,

By:  /s/ Thomas M. Sobol
      Thomas M. Sobol

HAGENS BERMAN SOBOL SHAPIRO LLP
Thomas M. Sobol
Kristen Johnson Parker
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142

*Of Counsel*

*Of Counsel*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Don Barrett, P.A.
404 Court Square
Lexington, MS  39095-0987

2

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

Linda P. Nussbaum
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, New York 10022

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 23, 2010.

                                                */s/ Thomas M. Sobol*
                                                Thomas M. Sobol