# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **RUTH SMITH, Individually and as Widow** ) <br> **for the Use and Benefit of Herself and the** ) <br> **Next of Kin of RICHARD SMITH, Deceased,** ) <br>                                                                      ) <br>          **Plaintiff,**                                          ) <br>                                                                      ) <br> v.                                                                ) <br>                                                                      ) <br> **PFIZER INC.,** *et al.***,**                              ) <br>                                                                      ) <br>          **Defendants.**                                      ) | **Case No. 3:05-0444** <br> **Judge Trauger** |

### ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment by defendants Pfizer Inc. and Warner-Lambert Company LLC (Docket No. 17) is **DENIED**.

It is so Ordered.

Entered this 19th day of February 2010.

_____
ALETA A. TRAUGER
United States District Judge