UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

### DEFENDANTS' MOTION FOR CURATIVE INSTRUCTION

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer") respectfully move this Court for a curative instruction.  The reasons for this motion are described more fully in the accompanying supporting memorandum.

### REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument will assist the Court, and they wish to be heard. Accordingly, pursuant to Local Rule 7.1(D), Defendants respectfully request oral argument on this motion

Dated: March 24, 2010　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE, MEAGHER
　　　　　　　　　　　　　　　　　　　　　 & FLOM LLP

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Mark S. Cheffo
　　　　　　　　　　　　　　　　　　　　　　　　Mark S. Cheffo

　　　　　　　　　　　　　　　　　　　　Four Times Square
　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　Tel: (212) 735-3000
　　　　　　　　　　　　　　　　　　　　Email: Mark.Cheffo@skadden.com

| | |
|---|---|
| CERTIFICATE OF CONSULTATION<br><br>I hereby certify that counsel have conferred in a good faith attempt to narrow or resolve the issues presented by this motion but have been unable to do so.<br><br>/s/ Mark S. Cheffo<br>Mark S. Cheffo | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br><br>By:  /s/ Raoul D. Kennedy<br>     Raoul D. Kennedy<br><br>Four Embarcadero Center<br>San Francisco CA 94111<br>Tel:  (415) 984-6400<br>Email:  Raoul.Kennedy@skadden.com |
| CERTIFICATE OF SERVICE<br><br>I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 24, 2010.<br><br>/s/ Mark S. Cheffo<br>Mark S. Cheffo | WHEELER TRIGG O'DONNELL LLP<br><br>By:  /s/ James E. Hooper<br>     James E. Hooper<br><br>1801 California Street<br>Suite 3600<br>Denver, CO 80202-2617<br>Tel:  (303) 244-1800<br>Email:  hooper@wtotrial.com<br><br>*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC* |