UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) | Magistrate Judge Leo T. Sorokin |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF ITS MOTION FOR CURATIVE INSTRUCTION**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer"), respectfully submit this memorandum in support of their motion for a curative instruction regarding statements made by Plaintiffs' counsel Thomas M. Sobol during closing argument.

**ARGUMENT**

On March 23, 2010, the parties presented their closing arguments to the jury. During his summation, Mr. Sobol impermissibly presented the jury with a new, and baseless, theory of damages. He informed the jury that it could find Neurontin wholly inefficacious, and by extension, all Kaiser prescriptions fraudulently induced, and thus award Kaiser the sum it paid for each and every Neurontin prescription between 1994 and 2004, totaling $122 million. Pfizer objected to these statements. As this Court acknowledged at the time, Mr. Sobol is not permitted to present new theories of damages during his closing arguments, and in doing so clearly prejudiced Pfizer.

Although the Court instructed the jury that it must follow the Court's jury instructions regarding damages, Pfizer respectfully requests that the Court issue a formal curative instruction that specifies that Mr. Sobol's statements must be disregarded, why those statements must be disregarded, and likewise makes clear that no damage award may be based on Mr. Sobol's figure of $122 million. This Court has previously found such specificity warranted. For instance, the Court issued just such an instruction during closing arguments, instructing the jury to disregard Pfizer counsel Raoul Kennedy's statements about insurance premiums being "passed on" to

Kaiser plan members. In that instance, the statement was based on evidence in the record. *See* 3/22/10 Tr. at 123:13 (7/12/07 Deposition of Albert Carver at 56:10-13.) Nonetheless, the Court informed the jury not only that it must disregard Mr. Kennedy's statements about "premiums," but added that there was no evidence on the record regarding how those premiums were calculated and that the jury's consideration of those premiums would constitute impermissible speculation.

Here, Mr. Sobol has deviated from every existing damages model presented in the course of this four-week trial. In an attempt to clarify any confusion and mitigate prejudice, Pfizer respectfully requests that this Court read the following curative instruction to the jury:

> In his closing argument, counsel for Kaiser informed you that, if you find that Neurontin is not effective for any indication, you may disregard all of the damages evidence so far presented to you and award Kaiser the total amount it paid for Neurontin prescriptions between 1994 and 2004, or $122 million. Such an award of damages is unsupported by the evidence and contradicts the testimony of Kaiser's experts on causation and damages. As such, the award would be baseless and speculative. You must disregard that statement and you may not base your damages calculation on Kaiser's figure of $122 million

## CONCLUSION

For the foregoing reasons, Pfizer respectfully asks this Court to read the requested curative instruction to the jury.

Dated: March 24, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:   /s/ Mark S. Cheffo
       Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Email:  Mark.Cheffo@skadden.com

2

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  /s/ Raoul D. Kennedy
    Raoul D. Kennedy

Four Embarcadero Center
San Francisco CA 94111
Tel:  (415) 984-6400
Email:  Raoul.Kennedy@skadden.com

WHEELER TRIGG O'DONNELL LLP

By:  /s/ James E. Hooper
    James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel:  (303) 244-1800
Email:  hooper@wtotrial.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 24, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo