UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL Docket No. 1629 ) ) Master File No. 04-10981 ) ) Judge Patti B. Saris |

STATE OF MARYLAND  )
                                         ) ss
COUNTY OF )

       I, BONNIE J. BEAVAN, ESQ., being duly sworn, deposes and says:

       That I am currently in good standing as an attorney to practice before the highest court of the State of Maryland.

                                           _____
                                           BONNIE J. BEAVAN

Sworn to before me this
22nd day of March, 2010

_Kimberly R. Carroll_
Notary Public,
Qualified in  BALTIMORE COUNTY, MD.
Registration #
Commission Expires  3/17/12



4814-1807-1301

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on March 24, 2010.

                                  /s/ Mark S. Cheffo
                                  Mark S. Cheffo