UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:   MDL Docket No. 1629
In re: NEURONTIN MARKETING,   :
SALES PRACTICES AND   :   Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION   :
:   Judge Patti B. Saris
---------------------------------------------------------------x
:   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:   :
:
ALL PRODUCTS LIABILITY CASES   :
:
---------------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS' NOTICE OF WITHDRAWAL OF THEIR MOTION FOR AN ORDER AWARDING SANCTIONS AGAINST DEFENDANTS AND COMPELLING DEFENDANTS TO COMPLY WITH THIS COURT'S OCTOBER 14, 2009 AND DECEMBER 8, 2009 ORDERS**

PLEASE TAKE NOTICE that Products Liability Plaintiffs hereby withdraw their Motion for an Order Awarding Sanctions Against Defendants and Compelling Defendants to Comply With This Court's October 14, 2009 and December 8, 2009 Orders. *See* ECF Doc. ## 2715, 2716, 2717 and 2718.

Dated: March 25, 2010                                          Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:   **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

By:   **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
& Associates
3701 Bee Cave Road, Suite 200
Austin, TX  78746

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on March 25, 2010.

Dated: March 25, 2010

/s/ Andrew G. Finkelstein
Andrew G. Finkelstein