✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

|  | DISTRICT OF | Massachusetts |
|---|---|---|

| Kaiser Foundation Health Plan, et als<br>V.<br>Pfizer, Inc., et al | EXHIBIT AND WITNESS LIST<br><br>Case Number:  04-10739-PBS |
|---|---|

| PRESIDING JUDGE<br>Patti B. Saris | PLAINTIFF'S ATTORNEY<br>various counsel | DEFENDANT'S ATTORNEY<br>various counsel |
|---|---|---|
| TRIAL DATE (S)<br>2/22/10 through 3/25/10 | COURT REPORTER<br>Lee Marzilli | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 2/22/10 | 2/23/10 |  | David Kessler |
| 2 |  | 2/23/10 | 2/24/10 |  | John Abramson |
| 3 |  | 2/25/10 |  |  | Kay Dickersin |
| 4 |  | 2/25/10 | 2/26/10 |  | Jeff Barkin |
| 5 |  | 2/26/10 | 3/2/10 | 3/3/10 | Ambrose Carrejo |
| 6 |  | 3/1/10 |  |  | Douglas McCrory |
| 7 |  | 3/1/10 |  |  | Nicholas Patrick Jewell |
| 8 |  | 3/1/10 | 3/2/10 |  | Thomas L. Perry |
| 9 |  | 3/3/10 | 3/4/10 |  | Joel Hyatt |
| 10 |  | 3/4/10 | 3/5/10 |  | Mirta Millares |
| 11 |  | 3/5/10 | 3/8/10 |  | Meredith Beavin Rosenthal |
| 12 |  | 3/8/10 | 3/9/10 |  | Raymond S. Hartman |
| 13 |  | 3/9/10 | 3/10/10 |  | Dale Daniel |
| 14 |  | 3/10/10 |  |  | Curt D. Furberg |
| 15 |  | 3/10/10 |  |  | John Boris (deposition - read) |
| 16 |  | 3/10/10 | 3/11/10 |  | John Knoop (2002 deposition - read) |
| 17 |  | 3/11/10 |  |  | Allen Crook (deposition - read) |
| 18 |  | 3/11/10 |  |  | John Knoop (2008 deposition - video) |
| 19 |  | 3/11/10 |  |  | John Marino (deposition - read) |
| 20 |  | 3/11/10 |  |  | Allison Fannon (deposition - video) |
| 21 |  | 3/11/10 |  |  | Claire Cheng (deposition - video) |
| 22 |  | 3/11/10 |  |  | Steven Valerio (deposition - video) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.