✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Kaiser Foundation Health Plan, et als vs. Pfizer, Inc., et al | | | | | CASE NO. 07-CV-10739-PBS |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 23 | | 3/11/10 | | | Leslie Tive (deposition - video) |
| 24 | | 3/11/10 | | | Jennifer Samuels (deposition - video) |
| 25 | | 3/12/10 | | | David Franklin |
| 26 | | 3/12/10 | | | David Cooper (deposition - video) |
| 27 | | 3/12/10 | 3/16/10 | | Robert Glanzman (deposition - video) |
| | 1 | 3/15/10 | | | Robert Gibbons |
| | 2 | 3/15/20 | | | Anthony Rothschild |
| | 3 | 3/16/10 | | | Gary Jay Brenner |
| | 4 | 3/16/10 | | | Morris Maizels (deposition - video) |
| | 5 | 3/16/10 | | | David Chandler (deposition - video) |
| | 6 | 3/16/10 | | | Robin Dea (deposition - video) |
| | 7 | 3/16/10 | | | William McCarberg (deposition - video) |
| | 8 | 3/19/10 | | | Shawn Bird |
| | 9 | 3/19/10 | | | Andrew Slaby |
| | 10 | 3/22/10 | | | Michael Keeley |
| | 11 | 3/22/10 | | | Albert Carver (deposition - video) |
| | 12 | 3/22/10 | | | Mitchell Danesh (deposition - video) |
| | 13 | 3/23/10 | | | John Arness (deposition - read) |