UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No.  1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>KAISER FOUNDATION HEALTH PLAN, ET AL V. PFIZER, INC., ET AL, 04 CV 10739 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**COURT'S EXHIBIT LIST**

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 2 | 3/3/10 | | X | 1998 Strategic Plan and A&P Allocation Grid Neurontin |
| 3 | 3/3/10 | | X | Emerging Treatments in Diabetic Neuropathy: Investigator CME Case Study Series |
| 4 | 2/24/10 | | X | Neurontin Marketing Assessment |
| 7 | 3/2/10 | | X | Neurontin Marketing Assessment |
| 9 | 2/23/10 | | X | FDA Approval Letter |
| 11 | 3/15/10 | | X | Revised Neurontin Pain Forecasts with handwritten note from Boris |
| 12 | 3/15/10 | | X | Memo re:  Gabapentin Approvals from John Boris replying to Atul Pande |
| 13 | 3/15/10 | | X | Memo re:  Gabapentin Psychiatric Studies from Atul Pande to John Boris and others |
| 15 | 3/3/10 | | X | "Anticonvulsants in the Treatment of Diabetic Neuropathy" |
| 17 | 3/3/10 | | X | 1998 Neurontin Tactics by Cline, Davis & Mann |
| 18 | 3/11/10 | | X | Medical Education Systems Grant Request |
| 19 | 2/23/10 | | X | Groson, Gabapentin in painful diabetic neuropathy manuscript |
| 23 | 3/4/10 | | X | Mellick Consultant Agreement |

[1] The parties reserved exhibit numbers 1-500 for the use of the plaintiffs, exhibit numbers 501-1000 for the use of the defendants, and the remaining numbers for a joint literature list.

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 24 | 3/4/10 | | X | Mellick Letter Agreement |
| 25 | 3/4/10 | | X | Mellick Compensation |
| 26 | 3/3/10 | | X | Second Quarter Face-to-Face Meeting |
| 27 | 3/4/10 | | X | Mellick Letter Agreement |
| 28 | 3/15/10 | | X | Neurontin Marketing Assessment |
| 29 | 3/15/10 | | X | Memo re $500 Million |
| 30 | 2/23/10 | | X | Memo Diabetic Neuropathy Study from St. Elizabeth's Hospital, Boston, MA |
| 31 | 3/11/10 | | X | Memo Gabapentin for Treatment of Pain Consultants Meeting Sept 28, 1995 |
| 32 | 3/11/10 | | X | Neurontin 1988 Situation Analysis |
| 33 | 3/3/10 | | X | 1998 Strategic Plan and A&P Allocation Grid |
| 37 | 3/3/10 | | X | Investigator CME Case Study Series |
| 38 | 3/3/10 | | X | Proworx Memo re Investigators CME Case Study Series |
| 40 | 3/2/10 | | X | IM Internal Medicine, Managing the pain of diabetic neuropathy |
| 41 | 3/3/10 | | X | Proworx Memo re Vera Bril's Abstract |
| 42 | 3/3/10 | | X | Proworx Memo re Dr. Bril's Slides |
| 43 | 3/3/10 | | X | Proworx Memo re Situation Analysis for the ADA Satellite Symposium |
| 44 | 3/3/10 | | X | Neurontin Gabapentin Capsules, Presentation for CNS ABMs |
| 48 | 3/3/10 | | X | 1997 National Strategies and Tactics |
| 49 | 3/3/10 | | X | Cline, Davis & Mann Contract Addendum |
| 50 | 3/3/10 | | X | CDM Tracking Reports |
| 53 | 3/3/10 | | X | CDM Memo re Field Ride |
| 54 | 3/3/10 | | X | CDM Memo re Ride With Denver |
| 58 | 3/15/10 | | X | Memo Revie/analysis on Neurontin |
| 62 | 3/15/10 | | X | Northeast CBU 2nd Trimester 1999 Neurontin |
| 63 | 2/26/10 | | X | CME Inc. New Frontiers in Anxiety, Substance Abuse and Bipolar Disorders |
| 64 | 3/11/10 | | X | Quarterly Brand Review Neurontin |
| 65 | 3/15/10 | | X | 2000 Marketing Plan Neurontin |
| 68 | 3/15/10 | | X | Proworx Memo APA Advisory Board Meeting Summary |
| 69 | 3/3/10 | | X | CME Supplement -- Psychiatric Times |
| 71 | 2/24/10 | | X | Neurontin Final Media Results Report |
| 72 | 3/15/10 | | X | 1999 Marketing Plan Neurontin |
| 73 | 3/3/10 | | X | CDM Minutes June 6, Strategy Meeting |
| 75 | 3/3/10 | | X | CDM Memo re Neurontin 1997 Tactical Plan |
| 79 | 3/3/10 | | X | 1999 Strategic Plan and A&P Allocation Grid |
| 80 | 3/2/10 | | X | Progress in Neurology, Pharmacology of Painful Peripheral Neuropathies |
| 81 | 3/22/10 | | X | 1998 Business Plan Managed Markets |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 82 | 3/2/10 | | X | Management of Neuropathic Pain Syndromes |
| 83 | 3/3/10 | | X | CDM Memo re Neurontin Strategy Meeting Minutes |
| 85 | 3/15/10 | | X | 1998 Marketing Plan Neurontin |
| 86 | 3/3/10 | | X | CDM Memo re CNS Strategy Meeting |
| 87 | 2/23/10 | | X | FDA Letter re off label promotion |
| 90 | 3/22/10 | | X | A Managed Health Care Introduction to Neurontin gabapentin capsules |
| 91 | 3/22/10 | | X | FDA Letter re not approvable monotherapy, increase in dose |
| 92 | 2/23/10 | | X | Neurontin Update |
| 93 | 3/15/10 | | X | Neurontin Tactical Meeting |
| 97 | 3/3/10 | | X | Proworx Programs for 2000, Migraine Program Highlights on Toll-Free "800" Number |
| 98 | 3/3/10 | | X | Advances in Migraine Management |
| 99 | 3/3/10 | | X | Proworx Status Report |
| 100 | 2/24/10 | | X | Memo re CME Psychiatry Dinners and Teleconferences |
| 102 | 3/12/10 | | X | Memo re JAMA Article Conference Call Minutes |
| 103 | 3/15/10 | | X | Memo Neurontin/Dilantin Weekly Update |
| 105 | 3/12/10 | | X | Transcript of Franklin Voice Mail Messages and Other Recordings |
| 107 | 3/15/10 | | X | Meeting minutes of phone conference on deliverables for 945-224 |
| 108 | 3/15/10 | | X | Additional analyses requested for 948-224 |
| 109 | 2/24/10 | | X | 945-224 Publication F.Y.I. |
| 110 | 2/26/10 | | X | Cleveland Clinic Journal of Medicine, New Treatment Strategies in Psychiatry:  Role of Anticonvulsants |
| 111 | 3/15/10 | | X | Neurontin 2004 Operating Plan |
| 120 | 3/15/10 | | X | Memo re Neurontin Media Budget 2003 |
| 122 | 3/1/10 | | X | E mail re Migraine Prophylaxis |
| 125 | 3/15/10 | | X | E mail re 15 Aug Neurontin PSC Action Report |
| 126 | 3/15/10 | | X | E mail re Key Messages |
| 129 | 3/12/10 | | X | Neurontin 2001 U.S. Operating Plan |
| 130 | 3/15/10 | | X | Neurontin Publications Subcommittee Current Status and 2002 Plans |
| 135 | 3/15/10 | | X | E mail re 15 Aug Neurontin PSC Action Report |
| 136 | 2/24/10 | | X | Medical Action Communications, Action Report, Neurontin PSC Meeting |
| 137 | 3/15/10 | | X | E mail re GBP Post amputation pain |
| 138 | 3/15/10 | | X | Neurontin 2002 Operating Plan |
| 139 | 2/26/10 | | X | Neurontin 2000 Situation Analysis, 1999-2000 Situation Analysis |
| 141 | 3/15/10 | | X | Key Messages – Serpell Mixed Symptoms Paper |
| 143 | 3/15/10 | | X | Neurontin Brand Review, Pfizer Integration Meeting |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 144 | 3/15/10 | | X | Neurontin 2000 Situation Analysis, 2000-2001 Situation Analysis |
| 159 | 2/23/10 | | X | E mail re Gabapentin to bipolar disorder: randomized controlled trials |
| 163 | 3/15/10 | | X | E mail re Publication Strategy 224, 225 and 226 |
| 164 | 3/15/10 | | X | E mail re Gabapentin Neuropathic Pain Indication |
| 165 | 2/24/10 | | X | E mail re Key Messages |
| 166 | 2/26/10 | | X | Neurontin Publications Plan Meeting 235/4/33 |
| 168 | 3/15/10 | | X | GDRC - Nerve Conduction Discussion |
| 169 | 3/15/10 | | X | Neurontin Publications Plan Meeting 219/3/12 |
| 170 | 3/15/10 | | X | GBP in Bipolar Disorder |
| 173 | 2/23/10 | | X | Pfizer Consultants Meeting |
| 175 | 2/25/10 | | X | E mail re My thoughts on the POPP Study Investigator meeting |
| 178 | 3/12/10 | | X | Neurontin Global Branding Guide |
| 183 | 2/24/10 | | X | E mail re 25 and 26 studies |
| 185 | 2/24/10 | | X | E mail re Revised draft of publication for 945-224 |
| 188 | 2/23/10 | | X | Pfizer Consultants Meeting |
| 189 | 3/11/10 | | X | Neurontin Manuscript Tracking Grid PSC Sponsored Manuscripts |
| 190 | 2/23/10 | | X | FDA letter |
| 192 | 2/24/10 | | X | Gabapentin v. Placebo in Patients with Neuropathic Pain:  A Randomized, Double Blind, Cross Over, Multi-Center Study in the Nordic Area, Final Report of Study 945-271 ("The POPP Study") |
| 194 | 2/25/10 | | X | Gabapentin v. Placebo in Patients with Neuropathic Pain:  A Randomized, Double Blind, Cross Over, Multi-Center Study in the Nordic Area, Final Report of A Sub-Study 945-271 ("The POPP Study") |
| 195 | 2/23/10 | | X | FDA Letter |
| 196 | 3/15/10 | | X | FDA Teleconference Neurontin |
| 199 | 3/23/10 | | X | Email From: Burch To: DL-K All Managers, DL-K All Reps Cc: several recipients |
| 200 | 2/23/10 | | X | Minutes of Meeting of Parke-Davis and FDA |
| 203 | 2/24/10 | | X | E mail re Publication of Key Studies |
| 206 | 3/15/10 | | X | Memo Neurontin |
| 207 | 2/23/10 | | X | FDA FOI Document for Neurontin NDA Approval |
| 208 | 3/15/10 | | X | E mail and Memo re Nuerontin Dosing Manuscript Published |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 209 | 2/24/10 | | X | E mail and Memo re Neurontin: Gabapentin NeP Dosing Paper available Electronically on Clinical Therapeutics Website |
| 210 | 3/15/10 | | X | E mail re Neurontin Publications Report |
| 211 | 2/25/10 | | X | New Research Program & Abstracts, American Psychiatric Association, 1999 Annual Meeting |
| 212 | 3/15/10 | | X | Quarterly Brand Review Neurontin |
| 213 | 2/23/10 | | X | Neurontin 2001 Situation Analysis, Situation Analysis 1999-2000 |
| 215 | 3/23/10 | | X | Memo re: Neurontin for Neuropathic Pain in Diabetic Neuropathy |
| 216 | 3/1/10 | | X | Neurontin Marketing Assessment |
| 217 | 3/15/10 | | X | E mail re POPP Study |
| 219 | 2/24/10 | | X | Neurontin Global Operating Plan |
| 227 | 2/23/10 | | X | Neurontin Leading at the Edge -- Global Operating Plan 2001 |
| 228 | 3/15/10 | | X | Expanding the Global Brand (est. late 2002) |
| 232 | 3/15/10 | | X | Fallon Medica, Neurontin Publication Planning and Execution |
| 236 | 2/23/10 | | X | E mail re Cochrane reviews on Lamotrigine, Gabapentin, Topiramate, Tiagebine and Oxcarbazepine in the treatment of Bipolar Disorder |
| 238 | 3/15/10 | | X | 2003 Operating Plan Neurontin |
| 239 | 2/24/10 | | X | Neurontin 2003 Operational & Tactical Plan |
| 241 | 3/15/10 | | X | Neurontin PSC SOPs: Roles and Responsibilities for Manuscript Teams |
| 243 | 3/23/10 | | X | ltr from Vervack to Aquino |
| 245 | 3/3/10 | | X | Dear Doctor letter regarding "Advances in the Preventive Treatment of Migraine" and outline for audiotape of the program |
| 248 | 3/3/10 | | X | Proworx Migraine Program invitation re "Advances in the Preventive Treatment of Migraine" |
| 250 | 2/26/10 | | X | Pfizer's 2004 Operating Plan for Kaiser Permanente |
| 251 | 3/15/10 | | X | Neurontin Publications Plan Meeting |
| 254 | 3/15/10 | | X | "Gabapentin in the Treatment of Epilepsy: A Dosing Review" Draft Manuscript |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 255 | 3/15/10 | | X | Backonja Manuscript Draft:  Neuropathic Pain Dosing Review |
| 258 | 3/15/10 | | X | Neurontin Publication Planning 2003 |
| 259 | 3/15/10 | | X | Neurontin 2003 Publications Plan: Review of Capabilities and Strategic Plan September 2002 |
| 260 | 3/15/10 | | X | Medical Action Communications, Agency Review |
| 261 | 3/15/10 | | X | Explanation of Additional Charges:  Publications Planning |
| 262 | 2/24/10 | | X | E mail re pain dosing paper |
| 263 | 2/25/10 | | X | E mail re Spinning Serpell |
| 265 | 3/12/10 | | X | E mail re PNH Review |
| 266 | 3/12/10 | | X | E mail re Backonja |
| 268 | 2/26/10 | | X | Kaiser Cost and Prescription Data for Neurontin and Alternative Drugs within Eight Regions on CD |
| 268 A | 2/26/10 | | X | Kaiser Cost and Prescription Data for Neurontin and Alternative Drugs within Eight Regions on CD |
| 268 B | 2/26/10 | | X | Kaiser DUAT and DRUG Videoconference on "Successful Practices:  Controversies in Pain Management:  Is There a Role for Neurontin?" |
| 271 | 3/10/10 | X | | Access Database with Neurontin Providers and Prescription data for all regions from 1994 through 2005 |
| 272 | 3/3/10 | | X | Kaiser "Regional Rounds" Newsletter |
| 273 | 2/26/10 | | X | Approved Minutes: TPMG Regional Pharmacy and Therapeutics Committee & Formulary Subcommittee Meeting |
| 275 | 3/3/10 | | X | "Antidepressants and Antiepileptic Drugs for Chronic Non-Cancer Pain," American Family Physician by Maizels and McCarberg |
| 276 | 3/3/10 | | X | Pfizer Pain Experts Mentor List |
| 278 | 3/3/10 | | X | E mail re NEU-0315394, Future Projects |
| 279 | 3/3/10 | | X | E mail re NEU-0012975, Neurontin Speaker |
| 286 | 2/26/10 | | X | Kaiser Memo re Increase utilization post CME |
| 290 | 3/4/10 | | X | Kaiser Regional Pharmacy & Therapeutics Committee Meeting Minutes |
| 291 | 3/4/10 | | X | Kaiser SCPMG Regional Pharmacy & Therapeutics Committee Meeting Minutes |
| 292 | 3/4/10 | | X | Kaiser Drug Information Services Request No. 2005-3055 |
| 294 | 3/4/10 | | X | Kaiser Drug Information Services Drug Inquiry 51725 |
| 296 | 3/4/10 | | X | Kaiser Drug Information Services Drug Inquiry 47632 |
| 301 | 3/4/10 | | X | Parke-Davis Wanda Martin letter to Kaiser Debbie Kubota |
| 309 | 3/4/10 | | X | Summary of Neurontin Package Insert, Dosage and Administration section |
| 311 | 3/4/10 | | X | Drug Monograph Gabapentin (Neurontin) Expanded Restrictions |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 319 | 2/26/10 | | X | Kaiser RX Update |
| 322 | 3/4/10 | | X | Kaiser Drug Information Services, Gabapentin (Neurontin), P&T Review Date September 1997 |
| 323 | 3/2/10 | | X | Kaiser Drug Use Management article |
| 324 | 3/3/10 | | X | Improving Appropriate Prescription Drug Use to Best Practice:  Supporting Evidence-Based Drug Use, by Joel D. Hyatt MD, The Permanente Journal, Spring 2003 |
| 327 | 3/4/10 | | X | Kaiser Drug Monograph, Gabapentin (Neurontin) Removal of restrictions, P&T Review Date September 1999 |
| 333 | 2/26/10 | | X | Kaiser Minutes Regional Drug Utilization Group |
| 338 | 3/3/10 | | X | Kaiser Drug Utilization Action Team (DUAT) Update Report, by Joel Hyatt, MD |
| 339 | 3/3/10 | | X | Neuropathic Pain Initiative Update:  Regional DUAT Meeting |
| 340 | 2/26/10 | | X | Kaiser DUAT Neurontin Update, Utilization by Specialty, Regional DUAT |
| 344 | 3/3/10 | | X | Kaiser Memo re Neurontin Pain Treatment Protocol |
| 348 | 3/3/10 | | X | Kaiser DUAT and DRUG Videoconference on "Successful Practices:  Controversies in Pain Management:  Is There a Role for Neurontin?" |
| 349 | 2/24/10 | | X | "Examination of the Evidence for Off-Label Use of Gabapentin," Journal of Managed Care Pharmacy |
| 352 | 2/26/10 | | X | Kaiser DRUG:  Gabapentin (Neurontin) |
| 353 | 2/26/10 | | X | Kaiser DRUG Sponsored Teleconference on Gabapentin (Neurontin)/ Pregabalin (Lyrica) Summary |
| 355 | 2/26/10 | | X | Kaiser TCA vs. Gabapentin Utilization |
| 357 | 2/26/10 | | X | Kaiser Approved - Combined Minutes, TPMG Regional Pharmacy and Therapeutics Committee & Formulary Subcommittee |
| 360 | 3/12/10 | | X | Outcome Report 1998, National Results, New Frontiers in Social Phobia and Bipolar Disorders, Summary of On-Site Seminar Evaluations, CME, Inc. |
| 361 | 3/15/10 | | X | Special Project Specifications, 1999 Social Phobia & Bipolar Disorders Meetings Series, National and Regional Meetings |
| 363 | 3/3/10 | | X | Advances in the Preventive Treatment of Migraine, Ninan T. Mathew |
| 365 | 3/4/10 | | X | Declaration of Mirta Millares |
| 366 | 2/26/10 | | X | Criminal Information against Warner-Lambert Company |
| 371 | 2/26/10 | | X | Plea Agreement, Warner Lambert and DOJ |
| 373 | 2/25/10 | | X | Research Report: 430-00125 |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 374 | 2/24/10 | | X | Research Report 4301_00066:  A Double Blind, Placebo-Controlled, Parallel-Group Multicenter Study of the Safety and Efficacy of Gabapentin (CI-945) as a Prophylactic Interval Therapy in Patients with Common Migraine (Protocols 879-201, -205, -206, -207, -209) |
| 381 | 2/25/10 | | X | Research Report 720-03908:  A Double-Blind, Placebo-Controlled Trial of Gabapentin for Treatment of Painful Diabetic Peripheral Neuropathy (Protocol 945-210) |
| 382 | 2/24/10 | | X | Research Report 720-04130:  A Double-Blind Placebo-Controlled Trial With 3 Doses of Gabapentin for Treatment of Painful Diabetic Neuropathy |
| 383 | 2/23/10 | | X | Research Report 720-04174: Gabapentin Adjunctive Treatment in Patients with Bipolar Disorder |
| 384 | 2/25/10 | | X | Research Report 720-04378 |
| 385 | 2/25/10 | | X | Research Report 720-04455 |
| 386 | 2/25/10 | | X | Research Report 720-04471 |
| 387 | 2/25/10 | | X | Research Report 720-04479 |
| 388 | 2/25/10 | | X | Research Report 720-04481 |
| 389 | 2/25/10 | | X | Research Report 720-04483 |
| 396 | 2/24/10 | | X | Research Report 995-00074:  Double-Blind, Randomized, Placebo-Controlled Multicenter Trial to Determine the Efficacy and Safety of Neurontin (Gabapentin) in Migraine Prophylaxis Administered in Doses Divided Three Times a Day (TID) (Protocol 945-220) |
| 397 | 2/24/10 | | X | Research Report 995-00085:  Double-Blind, Randomized, Placebo-Controlled Multicenter Trial to Determine the Efficacy and Safety of Neurontin (Gabapentin) in Migraine Prophylaxis (Protocol 945-217) |
| 398 | 2/25/10 | | X | Research Report: Clinical Study Synopsis, Protocol 945-421-291 |
| 401 | 3/10/10 | | X | Summary of Published Reports discussing use of gabapentin in patients experiencing different types of pain; Statistical Review and Evaluation: Antiepileptic Drugs and Suicidality |
| 405-A | 3/5/10 | | X | Attachment C.2 to the Declaration of Meredith Rosenthal |
| 405-B | 3/5/10 | | X | Attachment C.3 to the Declaration of Meredith Rosenthal |
| 405-C | 3/5/10 | | X | Attachment C.4 to the Declaration of Meredith Rosenthal |
| 405-D | 3/5/10 | | X | Attachment C.5 to the Declaration of Meredith Rosenthal |
| 405-E | 3/5/10 | | X | Attachment C.6 to the Declaration of Meredith Rosenthal |
| 405-F | 3/5/10 | | X | Attachment C.7 to the Declaration of Meredith Rosenthal |
| 405-G | 3/5/10 | | X | Attachment C.8 to the Declaration of Meredith Rosenthal |
| 405-H | 3/5/10 | | X | Attachment D.1 to the Declaration of Meredith Rosenthal |
| 405-I | 3/5/10 | | X | Attachment D.2 to the Declaration of Meredith Rosenthal |
| 405-J | 3/5/10 | | X | Attachment E.1 to the Declaration of Meredith Rosenthal |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 405-K | 3/8/10 | | X | Attachment E.2 to the Declaration of Meredith Rosenthal |
| 405-L | 3/5/10 | | X | Attachment to the Declaration of Meredith Rosenthal |
| 405-M | 3/8/10 | | X | Attachment to the Declaration of Meredith Rosenthal |
| 405-N | 3/22/10 | | X | Attachment to the Declaration of Meredith Rosenthal |
| 408-AA | 3/8/10 | | X | Attachment to the Declaration of Raymond S. Hartman |
| 408-C | 3/8/10 | | X | Table 5-A to the Declaration of Raymond S. Hartman (Revised) |
| 408-E | 3/8/10 | | X | Table 5-E to the Declaration of Raymond S. Hartman (Revised) |
| 408-F | 3/8/10 | | X | Attachment to the Declaration of Raymond S. Hartman |
| 408-H | 3/8/10 | | X | Attachment to the Declaration of Raymond S. Hartman |
| 408-HH | 3/8/10 | | X | Attachment to the Declaration of Raymond S. Hartman |
| 408-I | 3/9/10 | | X | Attachment to the Declaration of Raymond S. Hartman |
| 416-A | 3/1/10 | | X | Figure 1 to the Expert Report of Nicholas P. Jewell |
| 416-B | 3/1/10 | | X | Figure 2 to the Expert Report of Nicholas P. Jewell |
| 432 | 3/4/10 | | X | Summary of Published Reports discussing use of gabapentin in patients experiencing different types of pain; SRL 090000018000465E.doc; |
| 433 | 3/5/10 | | X | SRL 090000018002f0f9.doc as produced in the Merlin database |
| 433A | 3/5/10 | | X | Version 2.0 of TX 433 |
| 461 | 3/4/10 | | X | Database: MERLIN (Merlin Neurontin.mdb) |
| 461-A | 3/4/10 | | X | Summary Exhibit Pertaining to Merlin Database |
| 468 | 3/12/10 | | X | Franklin Voice Mail and Audio Recordings |
| 469 | 2/25/10 | | X | Final Study Report (Category 2) 945-291 |
| 479 | 3/15/10 | | X | E-mail from C. Wohlberg re: Social Phobia, dated July 21, 1999 |
| 505 | 3/10/10 | | X | Original FDA Approval Letter (NDA 20-235) (Dec. 30, 1993). |
| 506 | 3/3/10 | | X | "Warner-Lambert Neurontin Promotions Under Investigation By U.S. Attorney", The Pink Sheet, April 3, 2000 |
| 507 | 3/16/10 | | X | FDA Approved Labeling for Neurontin |
| 515 | 3/10/10 | | X | Regional Pharmacy & Therapeutics Committee Meeting Minutes, dated Sep. 13, 1994 |
| 516 | 3/23/10 | | X | Memorandum from R.W. Doyle to Distribution, re: Marketing Policies & Procedures, dated Dec. 6, 1994 |
| 519 | 3/8/10 | | X | Memo to E. Guerrero from C Ek re: Promotrak Analysis |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 521 | 3/23/10 | | X | Letter from Rober M. Sutherland M.D., Co-Director Center for Pain Medicine, Allegheny General Hospital to Carlos Gorrio, Territory Manager, Parke Davis, Northeast Customer Business Unit, re: June 4, 1995 letter from Sherwood Richardson to Anthony Wild, dated June 8, 1995 |
| 522 | 3/23/10 | | X | Document titled "Medical Education, Non-Speakers Bureau, Independent Programs, Grants and Promotional Programs, dated Jan. 1, 1996 |
| 523 | 2/26/10 | | X | Parke-Davis Investigator's Meeting Protocol 945-209, The Ritz Carlton, Chicago, IL., Meeting Minutes, dated Mar. 8-9, 1996 |
| 524 | 3/23/10 | | X | Draft Internal PD Memorandum from P. Reichenberger to all TMs and ABMs, re: Emerging Applications Programs, dated Aug. 26, 1996 |
| 526 | 3/23/10 | | X | Letter from Tracie L. Kelley (MES) to John Knoop (PD), dated Feb. 27, 1997 |
| 528 | 3/03/10 | | X | Document titled "Issue: Gabapentin (Neurontin)", Manufacturer: Parke Davis, P&T Review Date: September 1997 |
| 529 | 3/22/10 | | X | Document titled "1173. Gabapentin (Neurontin, Parke Davis) capsules", dated Sept. 1997, et seq. |
| 534 | 3/23/10 | | X | Email chain sent from Janney Carol to Atul Pande and Debra Gmerek, re: 945-209, dated Feb. 1998 |
| 536 | 3/22/10 | | X | Knoll, J., K. Stegman and T. Suppes, "Clinical Experience using Gabapentin Adjunctively in Patients with a History of Mania or Hypomania," Journal of Affective Disorders, 49(3), June 1998 |
| 540 | 3/22/10 | | X | Email from Dennis D. Cook to Debbie R. Kubota with the subject "Pipeline Table", dated Dec. 17, 1998, bearing the bates range KAIS-005530-531 |
| 543 | 3/3/10 | | X | Document titled "Drug Monograph", prepared by Debbie R. Kubota, Feb. 1999, bearing the bates range KAIS-004645-651. |
| 544 | 2/24/10 | | X | Document titled: "Drug Monograph", prepared by Debbie R. Kubota, Feb. 1999, bearing the bates range KAIS-004629-637 |
| 557 | 3/3/10 | | X | Document titled "Drug Monograph" - September 1999, bearing the bates range KAIS-003259-268. |
| 558 | 3/22/10 | | X | Synopsis of Chiefs of Neurology Meeting re: "Drug Information/Professional Services (DI/PS) items", dated June 1999, bearing the bates range KAIS-024028-030 |
| 559 | 3/5/10 | | X | Document titled "September 1999 Drug Monograph", prepared by Debbie R. Kubota, June 1999, bearing the bates range KAIS-024555- 563 |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 560 | 3/22/10 | | X | Email from Debbie R. Kubota with the subject "Gabapentin: removal of restrictions, Formulary recommendation", dated June 9, 1999, bearing the bates number KAIS-005550 |
| 561 | 3/3/10 | | X | E-Mail from Debbie R. Kubota to Rich Liebich, Mirta Millares, Susan L. Nakahiro, with the subject "Neurontin", dated June 10, 1999, bearing the bates number KAIS-005342 |
| 562 | 3/22/10 | | X | Document titled "Chiefs of Neurology Meeting June 17, 1999 - Drug Information/Professional Services items, Debbie R. Kubota", bearing the bates range KAIS-004615-618 |
| 565 | 3/22/10 | | X | SCPMG Chiefs of Psychiatry and Addiction Medicine, Meeting, July 28, 1999, Topic: Gabapentin (Neurontin), Removal of Restrictions: Formulary Recommendation, bearing the bates number KAIS-004638. |
| 569 | 3/23/10 | | X | Memorandum from the Editorial Office, Att: Donna Kocan of Bipolar Disorders to Atul Pande, M.D., re: "Gabapentin in Biploar Disorder: A Placebo-Controlled Trial of Adjunctive Therapy", dated Oct. 20, 1999, bearing the bates range Pfizer LLaMoreaux 0025272. |
| 571 | 3/23/10 | | X | Proceedings of the Third International Conference on Bipolar Disorder 1999 |
| 573 | 3/5/10 | | X | Levine, S., Campen, D., Millares, M., Barrueta, A., "Kaiser Permanente's Prescription Drug Benefit, A look at how the HMO giant responds to unregulated market pricing of pharmaceuticals",  Health Affairs, 2000, 19(2):185-190 |
| 581 | 3/5/10 | | X | Memorandum from Mike Chase, Karin Kempe, Jeff Cohen, and Rachana Patel to Adult Primary Care Providers Re: "Gabapentin in Pain Syndromes", dated May 9, 2000, bearing the bates range KAIS-044954-957 |
| 585 | 3/10/10 | | X | TPMG Chiefs of Neurology meeting,  June 15, 2000, bearing the bates range KAIS-036734-735 |
| 587 | 3/23/10 | | X | Nemeroff, CB. An Ever-Increasing Pharmacopoeia for the Management of Patients with Bipolar Disorder.  J Clin Psychiatry 2000;61(Suppl 13):19-25), bearing the bates range KAIS-041753-759 |
| 590 | 2/24/10 | | X | Pande AC, Pollack MH, Crockatt J, Ct al.: Placebo-controlled study of gabapentin treatment of panic disorder. J Clin Psychopharmacol 20(4):467-471, 2000, bearing the bates range KAIS-004254-258 |
| 593 | 3/22/10 | | X | Email from Debbie Kubota with the subject "Neurontin 600 mg and 800 mg tablets", dated Aug. 23, 2000, bearing the bates number KAIS-005456 |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 594 | 3/5/10 | | X | Kaiser Permanente Northwest Division Electronic Memorandum from James Norris, M.D., to NWPerm Clinicians re:"Gabapentin (Neurontin) in Neuropathic Pain", dated Aug. 24, 2000 |
| 599 | 3/5/10 | | X | Document titled "Drug Inquiry" requestor: Dale Daniel, dated Oct. 27, 2000, bearing the bates number KAIS-042568 |
| 600 | 3/10/10 | | X | Email from Hank McRorie to DL-All_Field_Force, dated Nov. 30, 2000, bearing the bates range Pfizer_MBrown_0000336-38 |
| 601 | 3/10/10 | | X | Memorandum from Joe Feczko to PPG - US Medical Personnel, dated Dec. 7, 2000, bearing the bates range Pfizer_LCastro_0000054-58 |
| 606 | 3/23/10 | | X | Memorandum from Pat Kelly to PPG - US Marketing Personnel, dated Mar. 2001, bearing the bates range Pfizer_DProbert_0019738-42 |
| 607 | 3/9/10 | | X | E mail from Mirta Millares to Debbie Kubota, Richard Wagner re Tainted Studies |
| 609 | 3/23/10 | | X | E-mail from Marino Garcia to Angela Crespo, et al., re: Please Read - Article: "Emerging Therapies in Chronic Pain", dated Apr. 27, 2001, bearing the bates range Pfizer_LCastro_0004053-054 |
| 612 | 2/25/10 | | X | Mathew, N.T., Rapoport, A., Saper, J., Magnus, L., Klapper, J., Ramadan, N., Stacey, B., Tepper, S., "Efficacy of Gabapentin in Migraine Prophylaxis," Headache, 41:119-128, 2001 |
| 618 | 3/23/10 | | X | Email from Marino Garcia to Timothy Hsu and Robert Glanzman, re: Neurontin For Ne Pain in Germany, dated July 18, 2001 bearing the bates range Pfizer_RGlanzman_0037380-381 |
| 629 | 3/03/10 | | X | Kaiser Permanente Document titled, "Drug Monograph Class Review: Antiepileptic agents for bipolar disorder", prepared by Debbie R. Kubota, dated Jan. 2002, bearing the bates number KAIS-036780-805 |
| 630 | 2/24/10 | | X | Document titled "Drug Monograph", prepared by Debbie R. Kubota, Jan. 2, 2002, bearing the bates range KAIS-044043–067 |
| 632 | 3/10/10 | | X | Email from Debbie R. Kubota to Dale D. Daniel, Barbara C. Bolinger, with the subject "RE: geriatric risk factor recommendations", dated Nov. 26, 2002, bearing the bates range 005912-914 |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 633 | 3/23/10 | | X | Response to Article Submission dated May 13, 2002, with attachments including cover letter from Beate Roder to the journal Diabetic Medicine, dated Feb. 14, 2002 |
| 635 | 3/10/10 | | X | SCPMG Chiefs of Psychiatry meeting: Mar. 20, 2002, bearing the bates range KAIS-036744-746 |
| 638 | 3/3/10 | | X | Apr. 2002, Issue 4,  excerpts titled "Claritin & Clarinext Update", "Lovastatin Therapeutic Interchange", "Serzone Warning", "Actos Warning", "Formulary Changes - Effective April 1, 2002", bearing the bates range KAIS-044090–091 |
| 642 | 3/15/10 | | X | Cynthia McCormick, M.D., Director, FDA Division of Anesthetic, Critical Care, and Addiction Drug Products, Division Director Review and Basis for Approval Action for NDAs 21-397, 21-423, and 21-424. (May 22, 2002). |
| 646 | 3/22/10 | | X | Email from Robin Dea to John Zweig, Debbie R. Kubota, David Campen, Henry Brodkin, with the subject "Re: gabapentin for bipolar disorder/anxiety disorders" |
| 647 | 3/23/10 | | X | Email from Allison Fannon to Howard Bockbrader, Brian Corrigan re: Gabapentin Pk/pd Abstract and manuscript, dated June 10, 2002, bearing the bates range Pfizer_RGlanzman_014062-063 |
| 648 | 3/23/10 | | X | Email from Steve Piron to John Marino, et al., re: NEU-0032591_DDMAC Materials, dated June 13, 2002, bearing the bates range Pfizer_CGrogan_0007124-169 |
| 653 | 3/16/10 | | X | Email from Mike Miller to David Chandler, Debbie R. Kubota, Dennis D. Cook, David R. Chandler, Robin Dea, with the subject "RE: one final (hopefully) forecast question: pregabalin" |
| 660 | 3/22/10 | | X | SCPMG Chiefs of Psychiatry and Addiction Medicine meeting document titled "Synopsis of Pharmacy issues", dated July 24, 2002, bearing the bates range KAIS-004449-450 |
| 668 | 3/23/10 | | X | Email from Leslie Tive to Allison Fannon, re: Key Messages, dated Oct. 17, 2002, bearing the bates range Pfizer_RGlanzman_0125037-039 |
| 669 | 3/23/10 | | X | Email from Robert Glanzman to Allison Fannon, Suzanne Doft and Angela Crespo, re: Key Messages, dated Oct. 17, 2002, bearing the bates range Pfizer_RGlanzman_0161613-614 |
| 671 | 3/23/10 | | X | Submission cover letter with attachments from Beate Roder to the journal DIABETOLOGIA, dated Oct. 21, 2002, bearing the bates range Pfizer_LeslieTive_0020840-0020879 |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 686 | 3/22/10 | | X | Email from Rich Lieblich to Richard A. Wagner, Dale Kramer, Al L. Carver, with the subject "Generics for 2004", dated Jan. 17, 2003, bearing the bates range KAIS-005962-963 |
| 687 | 3/23/10 | | X | Email from Bruce Parsons to Mariann Caprino and Jennifer Stampp, DL-Neurontin MM PM & PP, DL-PPG Neurology Group, AA DDEV 945 Neuro Team List, re: Neurontin: NeP Dosing Manuscript Printed Copy Available, dated Jan. 27, 2003, bearing the bates range Pfizer_BParsons_0181880-883 |
| 690 | 3/3/10 | | X | 4th Annual Region-Wide Drug Utilization Action Team [DUAT] Offsite, Minutes, Hilton Hotel - Pasadena, dated Feb. 6, 2003, bearing the bates range KAIS-001165-172 |
| 692 | 3/3/10 | | X | Kaiser Permanente DUAT's (Drug Utilization Action Team) Videoconference on "Successful Practices" - presentation titled "Gabapentin (Neurontin) Anticonvulsant or Pain Medication", dated Mar. 12, 2003, bearing the bates range KAIS-001095-134 |
| 696 | 3/22/10 | | X | Document titled, "Neurontin (Gabapentin), A drug utilization review", dated Apr. 24, 2003, bearing the bates range KAIS-044350-358 |
| 706 | 3/9/10 | | X | SCAL Regional Drug Utilization Action Team (DUAT) minutes, Conference Room 6B, Walnut Center, Pasadena, dated June 18, 2003, bearing the bates range KAIS-001212-216 |
| 711 | 3/10/10 | | X | Document titled "Neuropathic Pain Initiative - (8-28-03) Work plan," revised Dec. 8, 2003, bearing the bates range KAIS-001255-257 |
| 712 | 3/10/10 | | X | Email from Debbie R. Kubota to DWNY-Scal Drug-info-inquiry/IREmail, Mary E. White,  Rodney A. St-John, with the subject "DUAT Neurontin Initiative", dated Sept. 2, 2003, bearing the bates number KAIS-005935 |
| 716 | 3/10/10 | | X | Email from Christina Y. Maeda to Debbie R. Kubota with the subject "Re: Detailing for restricted drugs", dated Sept. 25, 2003, bearing the bates number KAIS-005890 |
| 721 | 3/3/10 | | X | Kaiser Permanente Northern California web page titled "Anticonvulsants for chronic low back pain", dated Nov. 19, 2003, accessed Oct. 12, 2005,  bearing the bates range KAIS-036841-843 |
| 729 | 3/2/10 | | X | Document titled, "Kaiser Permanente Criteria-Based Prescribing Phase 1 (Effective June 21, 2004)", bearing the bates range KAIS-044334-349 |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 731 | 3/3/10 | | X | Document titled "Gabapentin (neurontin); Kaiser Permanente TPMG and SCPMG Formulary History", bearing the bates number KAIS-006385 |
| 739 | 3/10/10 | | X | Kaiser Permanente Drug Information Services Request No: 2004-184, requestor: Rosie Priromprintr, dated Jan. 8, 2004, bearing the bates range KAIS-043498-499 |
| 741 | 3/3/10 | | X | Final draft version of a PharmaFAX message, dated Jan. 21, 2004 |
| 742 | 3/3/10 | | X | Kaiser Permanente News Center Colorado Press Release titled "Click to kaiserpermanente.org for physician-approved health information", dated Jan. 28, 2004, accessed at www.kp.org/newscenter |
| 743 | 3/22/10 | | X | Letter from Michelle Clausen to Robert Schoenhaus, re: "response to your request for information regarding Neurontin (gabapentin)", dated Mar. 2, 2004 (Standard Response Letter) |
| 747 | 3/4/10 | | X | Kaiser Permanente DUAT's (Drug Utilization Action Team) presentation titled "Kaiser Interregional Pharmacy Meeting", dated Apr. 2004, bearing the bates range KAIS-003813–844 |
| 757 | 3/2/10 | | X | Letter from Sean Jones, M.D. to Provider with the subject: "Kaiser Permanente Enhanced Criteria-Based Prescribing, effective: June 21, 2004", dated June 17, 2004, bearing the bates number KAIS-044328 |
| 758 | 3/22/10 | | X | Kaiser Permanente Medical Care Program, Drug Information Services, California Region document titled "Drug: Gabapentin 100 mg, 300 mg, and 400 mg Strength Tablets, Manufacturer: Zenith-Goldline/IVAX Pharmaceuticals, Executive Summary Multiscore Generic Selection", prepared by Cathlene Richmond (July 2004), bearing the bates range KAIS-044112-113 |
| 760 | 3/3/10 | | X | Chart titled "YTD Jul-2004 Diagnoses Associated with Gabapentin (Neurontin) New Rxs" bearing the bates number KAIS-004665 |
| 773 | 3/5/10 | | X | Oct. 2004, Issue 6, excerpts titled "Diabetes Care Initiatives", "Cholesterol Management Update", "Formulary Changes, Effective October 1, 2004", bearing the bates range KAIS-044083-084 |
| 774 | 3/22/10 | | X | Document titled "Formulary Search: Gabapentin/Off Label Uses", dated Oct. 4, 2004, bearing the bates range KAIS-002537-614 |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 781 | 3/3/10 | | X | Kaiser Permanente Northern  California web document titled "Cancer Pain", dated Nov. 5, 2004 (http://members.kaiserpermanente.org, accessed 10/12/2005) bearing the bates range KAIS-036855-869 |
| 782 | 3/3/10 | | X | Kaiser Permanente Northern California web article titled "Anticonvulsants for cancer pain", dated Nov. 5, 2004, bearing the bates range KAIS-036838-840. |
| 783 | 3/3/10 | | X | Kaiser Permanente  News Center National Press Release titled "Kaiser Permanente showcases online health programs during open enrollment period", dated Nov. 11, 2004, accessed at www.kp.org/newscenter |
| 788 | 3/16/10 | | X | Maizels, M., "The Patient with Daily Headaches," American Family Physician, 70(12):2299-2306, Dec. 15, 2004 |
| 791 | 3/3/10 | | X | Kaiser Permanente Northern California web page titled "Gabapentin Oral Capsule 100 mg", accessed Oct. 12, 2005 |
| 792 | 3/3/10 | | X | Kaiser Permanente Northern California web page titled "Gabapentin Oral Capsule 300 mg", accessed Oct. 12, 2005 |
| 794 | 3/3/10 | | X | Kaiser Permanente Northern California web page titled "Medications for depression and pain following a stroke", dated Jan. 20, 2005, accessed Oct. 12, 2005 |
| 795 | 3/16/10 | | X | Maizels, M., McCarberg B, "Antidepressants and Antiepeleptic Drugs for Chronic Non-Cancer Pain," American Family Physician, 71(3) :483-490, Feb. 1, 2005. |
| 798 | 2/26/10 | | X | Email from David Campen to Scott Waters, Anessa Hileman, Debbie R. Kubota, Ambrose Carrejo, with the subject "Re: Draft handout for Neuropathic Pain broadcast", dated Mar. 2, 2005, bearing the bates range KAIS-006049-050 |
| 803 | 3/3/10 | | X | Kaiser Permanente Northern California web page titled "Anticonvulsants for restless legs syndrome", dated Apr. 4, 2005, accessed Oct. 12, 2005, bearing the bates range KAIS-036833-834 |
| 804 | 3/3/10 | | X | Kaiser Permanente Northern California web page titled "Gabapentin for hot flashes", dated Apr. 7, 2005, accessed Oct. 12, 2005, bearing the bates range KAIS-036830-832 |
| 805 | 3/3/10 | | X | Kaiser Permanente Northern California web page titled "Anticonvulsants for chronic pain", dated Apr. 19, 2005, accessed Oct. 12, 2005, bearing the bates range KAIS-036847-850 |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 810 | 3/2/10 | | X | Kaiser Permanente Regional Formulary and Therapeutics Committee Minutes Document, dated Sept. 8, 2005, bearing the bates range KAIS-044577-044581 |
| 812 | 2/26/10 | | X | Regional Formulary and Therapeutics Committee Minutes, dated Oct. 13, 2005, bearing the bates range KAIS-045029-033 |
| 816 | 3/2/10 | | X | Kaiser Permanente Drug Information Services Request No: 2006-597, requestor: Carolyn Manson, dated Feb. 2, 2006, bearing the bates range KAIS-042692-694 |
| 819 | 3/2/10 | | X | Kaiser Permanente Drug Information Services Request No: 2006-2147, requestor Carolyn Manson, dated Apr. 25, 2006, bearing the bates range KAIS-042415-416 |
| 820 | 2/26/10 | | X | Kaiser Permanente Drug Information Services Request No: 2006-1261, requestor: Chris Conteas, dated Mar. 7, 2006, bearing the bates range KAIS-042460-461 |
| 824 | 3/2/10 | | X | Kaiser Permanente Drug Information Services Request No: 2006-6149, requestor: Marcy Wong, dated Dec. 6, 2006, bearing the bates range KAIS-042283-284 |
| 828 | 3/2/10 | | X | Kaiser Permanente Medical Care Program CMI Pain Management Advisory Group's National Practice Resource titled "Management of Fibromyalgia in Adults", dated Feb. 2007, (https://www.mapmgonline.com/portal/documents/fms_practice_resource.pdf accessed 12/12/09) |
| 829 | 3/2/10 | | X | Kaiser Permanente Drug Information Services Request No: 2007-885, requestor Sidney Gold, dated Feb. 20, 2007, bearing the bates range KAIS-042205-208 |
| 831 | 3/2/10 | | X | "Kaiser Permanente Medical Care Program CMI Pain Management Advisory Group's National Practice Resource titled ""Management of Neuropathic Pain in Adults"", dated May 2007, |
| 837 | 3/2/10 | | X | (https://www.mapmgonline.com/portal/documents/neuropain_practice_resource.pdf  accessed 12/12/09)" |
| 840 | 3/3/10 | | X | Kaiser Permanente Drug Information Services Request No: 2006-2122, requestor: Carolyn Manson, dated July 13, 2007, bearing the bates range KAIS-042420-421 |
| 841 | 3/23/10 | | X | Declaration of Elizabeth F. Villaluz, dated Nov. 16, 2007 |
| 863 | 3/22/10 | | X | Chart titled "Neurontin/Gabapentin Prescriptions and Promotional Expenditures" (Dec. 15, 2008, Michael C. Keeley Expert Report, p.28) |
| 902 | 3/2/10 | | X | Atul Pande presentation slides titled "Combination Treatment in Bipolar Disorder" (http://www.wpic.pitt.edu/stanley/3rdbipconf/pptslides/pande_files/slide0030.htm, accessed 10/24/2008) |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 902A | 3/2/10 | | X | Kaiser Permanente webpages publicly accessible as of February 9, 2010  (www.kaiserpermanente.org) (Defendants reserve right to use updated versions of these URL) |
| 902B | 3/2/10 | | X | Kaiser Permanente webpages |
| 902C | 3/2/10 | | X | Kaiser Permanente webpages |
| 902D | 3/3/10 | | X | Kaiser Permanente webpages |
| 902E | 3/5/10 | | X | Kaiser Permanente webpages |
| 902G | 3/3/10 | | X | Kaiser Permanente webpages - "The Permanente Medical Roundtable: Defining our Practice Principles," Permanente Medical Journal |
| 902H | 3/23/10 | | X | Kaiser Permanente webpages |
| 917 | 3/2/10 | | X | Kaiser Permanente Website - List of Reviewers |
| 918 | 3/2/10 | | X | Kaiser Permanente online- Drug Encyclopedia Entries for Neurontin/Gabapentin, accessed on Feb. 2, 2010, at www.kp.org (Defendants reserve right to use  updated versions of these URLs) |
| 918-A | 3/3/10 | | X | Kaiser Permanente online-Information and Resources - select Health Encyclopedia entries, accessed on Feb. 2, 2010, at www.kp.org (Defendants reserve right to use updated versions of these URLs) |
| 920 | 3/10/10 | | X | Slide summarizing Exhibit 918 |
| 923 | 3/25/10 | | X | Document titled "TCA Information Sheet for Neurosurgery", bearing the bates number KAIS-044234 |
| 952A | 3/4/10 | | X | Chart titled "Neurontin Prescribers", bearing the bates range KAIS-040152-658 |
| 952B | 3/4/10 | | X | Amitriptyline Package Insert |
| 952C | 3/4/10 | | X | Nortriptyline Package Insert |
| 952D | 3/4/10 | | X | Desipramine Package Insert |
| 952E | 3/4/10 | | X | Carbamazepine Package Insert |
| 961 | 3/5/10 | | X | Valproate Package Insert |
| 974 | 3/2/10 | | X | Pande, Crockatt, Janney, Werth; Gabapentin Adjunctive Treatment in Patients with Bipolar Disorder, Research Report 720-04174, Study Protocol 945-209. |
| 984 | 3/10/10 | | X | Memorandum from Dr. Roder to Leslie Tive re: Publication of 945-224 Results with attachments |
| 991-A | 3/2/10 | | X | Complete June 2006 Submission |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 992-A | 3/23/10 | | X | NDA 21-397 Item 6 Table of Contents - Human Pharmaockinetics and Bioavailability |
| 999A | 3/3/10 | | X | Abstract of T. Gordh, A Stubhaug et al., Gabapentin in Chronic Peripheral Postoperative and Posttraumatic Neuropathic Pain, included in "Abstracts of the 10th World Congress on Pain," IASP, San Diego, Aug 17-22, 2002 |
| 1056 | 2/25/10 | | X | Wessely, P. et al., Preliminary Results of a Double Blind Study with the New Migraine Prophylactic Drug Gabapentin, Cephalagia; 7:477 |
| 1113 | 3/10/10 | | X | WEBMD page - Anticonvulsants for Chronic Low Back Pain |
| 1158 | 3/10/10 | | X | Dimond KR, Pande AC, Lamoreaux L, et al.: Effect of gabapentin (Neurontin®) on mood and well-being in patients with epilepsy, Prog Neuro-Psychopharmaco1, 7 Biol Psychiat 20:407-417, 1996 |
| 1197 | 2/24/10 | | X | Young LT, Robb JC, Patelis-Siotis I, et al.: Acute treatment of bipolar depression with gabapentin. Biol Psychiatry 42:851-853, 1997 |
| 1250 | 2/25/10 | | X | Backonja, M. et al.: Gabapentin for the Symptomatic Treatment of Painful Neuropathy in Patients with Diabetes Mellitus, 280 JAMA 1831 (1998) |
| 1254 | 3/19/10 | | X | FDA Ctr. for Drug Eval. And Research, Div. of Neuropharmacological Drug Products, Review and Eval. Of Clinical Data, NDA Supp. 20-235 (Safety Update #4). Review of the World Literature, dated Dec. 15, 1993 |
| 1271 | 2/23/10 | | X | Gorson KC, Schott C, Rand WM, et al. Gabapentin in the Treatment of Painful Diabetic Neuropathy: A Placebo-Controlled, Double-Blind, Crossover Trial. Neurology. 1998; 50:A103, 1998 |
| 1275 | 3/19/10 | | X | Rowbotham, M. et al.: Gabapentin for the Treatment of Postherpetic Neuralgia: A Randomized Controlled Trial, 280 JAMA 1837 (1998). |
| 1282 | 2/24/10 | | X | Low PA, Dotson RM, Editorial: The Treatment of Painful Neuropathy, Journal of the American Medical Association; 280:1863-4 |
| 1305 | 2/24/10 | | X | Tamez-Perez HE, Rodrguez AM, Gomez DO. Use of Gabapentin on Neuropathc Pain. Med. Intern Mex. 1998; 14:251-253 |
| 1324 | 2/26/10 | | X | Pande AC, Davidson JRT, Jefferson JW, et al.: Treatment of social phobia with gabapentin: a placebo-controlled study. J Clin Psychopharmacol 19(4):34l-348, 1999 |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 1332 | 3/19/10 | | X | Janney C, Pande A, et al., Treatment of Social Phobia With Gabapentin: A Placebo-Controlled Study (Report No. 720-03850 945-203). Published in J Clin Psychopharmacol 1999; 19(4):341-348 1999 |
| 1335 | 2/23/10 | | X | Guille et al., Gabapentin Versus Placebo As Adjunctive Treatment for Acute Mania and Mixed States in Bipolar Disorder, in Am. Psych. Ass'n, New Research Abstracts (1999), available at http://archive.psych.org/edu/other_res/lib_archives/archives/meetings/ |
| 1339 | 2/24/10 | | X | Janney C, Pande A, et al., Treatment of Social Phobia With Gabapentin: A Placebo-Controlled Study (Report No. 720-03850 945-203). Published in J Clin Psychopharmacol 1999; 19(4):341-348 1999 |
| 1379 | 3/19/10 | | X | Morello, C. et al.: Randomized Double-Blind Study Comparing the Efficacy of Gabapentin with Amitriptyline on Diabetic Peripheral Neuropathy Pain, 159 Arch Intern. Med. 1931 (1999). |
| 1383 | 3/23/10 | | X | Gorson et al., Gabapentin in the Treatment of Painful Diabetic Neuropathy:  A Placebo-Controlled, Double-Blind, Crossover Trial, 66 J. Neurology, Neurosurgery & Psychiatry 251 (Feb. 1999) |
| 1393 | 2/23/10 | | X | Pande AC, Crockatt JG, Janney CA, et al.: Gabapentin in bipolar disorder a placebo controlled trial of adjunctive therapy. Bipolar Disord 2:249-255, 2000 |
| 1401 | 3/1/10 | | X | Transcript of A. Pande's Presentation, "Bipolar Disorder: Therapeutic Gaps." |
| 1477 | 2/23/10 | | X | Frye MA, Ketter TA, Kimbrell TA, et al.: A placebo-controlled study of lamotrigine and gabapentin monotherapy in refractory mood disorders. J Clin Psychopharmacol 20(6):607-614, 2000 |
| 1478 | 3/16/10 | | X | Di Trapani, G. et al.: Gabapentin in the Prophylaxis of Migraine: A Double-Blind Randomized Placebo-Controlled Study, 151 Clin. Ter. 145 (2000). |
| 1488 | 3/19/10 | | X | Mellegars, MA. et. al., "Gabapentin for neuropathic pain: systematic review of controlled and uncontrolled literature." Clin. J Pain 2001; 17(4): 284-295. |
| 1540 | 2/25/10 | | X | Wang PW, Santosa C, Schumacher M, et al: Gabapentin augmentation therapy in bipolar depression. Bipolar Disord 4:296-301, 2002 (est. date) |
| 1546 | 3/19/10 | | X | Rice, A.S.C. et al.: Gabapentin in Postherpetic Neuralgia: A Randomised, Double Blind, Placebo Controlled Study, 94 Pain 215 (2001). Nov 2001 |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 1552 | 2/24/10 | | X | Bone, M. et al.: Gabapentin Monotherapy in Postamputation Phantom Limb and Stump Pain: A Randomized, Double-Blind, Placebo-Controlled, Cross-Over Study, 27 Regional Anesthesia & Pain Med. 481 (2002). |
| 1553 | 3/19/10 | | X | Serpell, M.G. et al.: Gabapentin in Neuropathic Pain Syndromes: A Randomized, Double-Blind, Placebo-Controlled Trial, 99 Pain 557 (2002). |
| 1610 | 2/24/10 | | X | Tai, Q, et al.: Gabapentin in the Treatment of Neuropathic Pain After Spinal Cord Injury: A Prospective, Randomized, Double-Blind, Crossover Trial, 25 J. Spinal Cord Med. 100 (2002). |
| 1617 | 3/22/10 | | X | Carta MG, Hardoy MC, Hardoy MJ, et al.: The clinical use of gabapentin in bipolar spectrum disorders. J Affec Disord 75:83-91, 2003. |
| 1660 | 2/24/10 | | X | Backonja, M. and R.L. Glanzman, Gabapentin Dosing for Neuropathic Pain:  Evidence from Randomized, Placebo-Controlled Clinical Trials, Clin. Ther. 2003; 25:81-104 |
| 1683 | 3/19/10 | | X | Spira, P.J. et al.: Gabapentin in the Prophylaxis of Chronic Daily Headache: A Randomized, Placebo-Controlled Study, 61 Neurology 1753 (2003). |
| 1695 | 3/19/10 | | X | Levendoglu, F. et al.: Gabapentin Is a First Line Drug for the Treatment of Neuropathic Pain in Spinal Cord Injury, 29 Spine 743 (2004). |
| 1715 | 3/19/10 | | X | Bennett MI, Simpson KH. Gabapentin in the Treatment of Neuropathc Pain. Pallative Medicine. 2004; 18:5-11 |
| 1718 | 2/26/10 | | X | Namaka M, Gramlich CR, Ruben D, Melanson M, Sutton I, Major J. A Treatment Algorith for Neuropathic Pain. Clin. Therapeutics. 2004; 26(7):951 -979 |
| 1727 | 3/19/10 | | X | Schatzberg, AF and  Nemeroff, C. eds.  Textbook of Psychopharmacology, 3rd ed.  APA Press, Washington, 2004 |
| 1772 | 2/24/10 | | X | Wiffen, P.J., Gabapentin for Acute and Chronic Pain (Review), Cochrane Database Syst. Rev. 2005(3):CD005452 |
| 1845 | 2/23/10 | | X | Vieta, E. et al.: A Double-Blind, Randomized, Placebo-Controlled, Prophylaxis Study of Adjunctive Gabapentin for Bipolar Disorder, 67 J. Clin. Psychiatry 473 (2006) |
| 1858 | 3/16/10 | | X | van de Vusse AC, Stomp-van den Berg SG, Kessels AH, Weber WE. Randomized controlled trial of gabapentin in Complex Regional Pain Syndrome type 1. BMC Neurology; 4(1)(29 Sep):13 |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 1865 | 2/25/10 | | X | Vieta E, Goikolea JM, Marinez-Aran A et al. A double-blind, randomized, placebo-controlled, prophylaxis study of adjunctive Neurontin for bipolar disorder. J Clin Psychiatry 2006; 67:473-477 |
| 1868 | 3/19/10 | | X | Hurley, R. W., S. P. Cohen, et al. (2006). "The analgesic effects of perioperative Gabapentin on postoperative pain: a meta-analysis." Reg Anesth Pain Med 31(3): 237-47 |
| 1906 | 3/19/10 | | X | Goodman F, Glassman P, Maglione M. Drug Class Review on Antiepileptic Drugs in Bipolar Mood Disorder, Neuropathic Pain, and Fibromyalgia. http://www.ohsu.edu/drugeffeetiveness/reports/final.cfm |
| 1911 | 3/16/10 | | X | Dworkin, R. H., A. B. O'Connor, et a1. (2007). "Pharmacologic management of neuropathic pain: evidence-based recommendations." Pain 132(3): 237-51 |
| 1923 | 3/19/10 | | X | Gilron, L. (2007). "Gabapentin and pregabalin for chronic neuropathic and early post surgical pain: current evidence and future directions." Curr Opin Anaesthesiol 20(5): 456-72 |
| 1933 | 3/16/10 | | X | Moulin, D. E., A. J. Clark, et aI. (2007). "Pharmacological management of chronic neuropathic pain - consensus statement and guidelines from the Canadian Pain Society." Pain Res Manag 12(1): 13-21 |
| 1979 | 3/16/10 | | X | Tiippana, E. M., K. Hamunen, et al. (2007). "Do surgical patients benefit from perioperative Gabapentin/pregabalin? A systematic review of efficacy and safety." Anesth Analg 104(6): 1545-56, table of contents |
| 1986 | 2/25/10 | | X | Gordh TE, Stubhaug A, Jensen TS, et al. Gabapentin in traumatic nerve injury pain: a randomized double-blind, placebo-controlled, cross-over, multi-center study. Pain; 138:255-266 |
| 1995 | 2/23/10 | | X | Carey, T.S.; Williams, J.W., et al., "Gabapentin in the Treatment of Mental Illness: The Echo Chamber of the Case Series," Journal of Psychiatric Practice, 14 (Suppl 1):15-27 |
| 2004 | 3/15/10 | | X | McQuay, H. J., K. H. Poon, et al. (2008). "Acute pain: combination treatments and how we measure their efficacy." Br J Anaesth 101(1): 69-76 |
| 2046 | 2/24/10 | | X | Wiffen PJ,  McQuay HJ. Rees J, Moore RA. Gabapentin for acute and chronic pain.  Cochrane Database of Systematic Reviews 2005, Issue 3. Art. No.: CD005452 DOI: 10.1002/14651858.CD005452. Published in Issue 1, 2010 |
| 2069 | 3/19/10 | | X | Mokhber, N.; Lane, C.J.; et al., "Anticonvulsant Treatments of Dysphoric Mania: A Trial of Gabapentin, Lamotrigine and Carbamazepine in Iran," Neuropsychiatric Disease and Treatment, 4(1):227-234 |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 2079 | 2/26/10 | | X | Magnus L, Nonepileptic Uses of Gabapentin. Epilepsia 1999;40 Suppl 6.S66-72 |
| 2082 | 2/24/10 | | X | Mathew NT. Antiepileptic Drugs in Migraine Prevention. Headache 2001 Nov-Dec;41 Suppl 1:S18-24. Review |
| 2086 | 2/24/10 | | X | Chronicle E, Mulleners W. Anticonvulsant drugs for migraine prophylaxis.  The Cochrane Database of Systematic Reviews 2004, Issue 3. Art. No.: CD003226.pub2. D01: 10.1002/14651858.CD003226.pub2 |
| 2088 | 2/23/10 | | X | Macritchie K, Geddes J, Young AH. Gabapentin in the treatment of acute affective episodes in bipolar disorder: efficacy and acceptability. Cochrane Database of Systematic Reviews 2007, Issue 2. Art. No.: CD003379. DOl: 10.1002/14651858.CD003379.pub2 |
| 2091 | 2/25/10 | | X | Vedula SS, Bero L, Scherer RW, Dickersin K. Outcome Reporting in Industry-Sponsored Trials of Gabapentin for Off-Label Use. New England Journal of Medicine 2009 Nov 12;361(20):1963-71 |
| 2092 | 3/5/10 | | X | Agreed Stipulation re: Provider List |
| 2093 | 3/8/10 | | X | Demonstrative #6.1 |
| 2094 | 3/8/10 | | X | Demonstrative #6.2 |
| 2095 | 3/12/10 | | X | Memo re Neurontin Teleconferences |
| 2096 | 3/12/10 | | X | Multiple Fax cover sheets October 1995 to January 1996 |
| 2097 | 3/12/10 | | X | Key Message Review and Key Message Sign Off Sheet |
| A | 3/23/10 | X | | Defendants' Slides Shown in Court |
| B | 3/24/10 | X | | Revised Instructions # 28 RICO – Statute of Limitations |
| C | 3/24/2010 | X | | Defendants' Depositions Played in Court |

| Trial Exh.[1] | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| D | 3/24/2010 | X | | Plaintiffs' Depositions Played in Court |
| E | 3/25/10 | X | | Plaintiff's Slides Shown in Court |