UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kaiser Foundation HP Inc, Plaintiff(s)

Vs.

Pfizer. Inc., Defendant(s)

Civil No. 04-CV-10739-PBS

Criminal No. _____

Received 3/25/10 at 9:44 AM

NOTE FROM THE JURY

YOUR HONOR,

① Could we obtain a listing indicating:

- each trial referenced
- study/control #.      (ex 945-271)
- dates if available — completion. reported. published.

② Can we acquire a calculator?

3/25/2010 10 30  I am sending you the transcripts and no calculator _____

DATED at Boston on 3/25/10 9:35

TIME: 9:35

Signature of Foreperson