UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kaiser Foundation H.P Inc.          )
      Plaintiff(s)          )

     Vs.          )

Pfizer. Inc.          )
      Defendant(s)          )

                 )

Civil No. O4 - CV - 10739 - PBS

Criminal No. _____

Received
3/25/10
AT 1:00PM

NOTE FROM THE JURY

YOUR HONOR,

① If we find a RICO violation, do those damage instructions trump the California damage language?

② If we find a RICO violation and for california unfair competition, which damage criteria is primary?

③ Does California unfair competition calculation allow for mitigation?

DATED at Boston on ___3/25/10___

TIME: ___12:55 PM___

Signature of Foreperson

I instruct you that you should award the same measure of damages for the claims under RICO and the Unfair Competition Law if you find that both laws apply. Do not double the damages even if you find that the two laws are violated.

Patti B. Saris
3/25/2010