UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) KAISER FOUNDATION HEALTH ) PLAN, INC., et al. ) ) v. ) ) PFIZER, INC., et al. ) ) | CIVIL ACTION NO. 04-cv-10739-PBS |

*Received 3/25/10 at 4:05 PM*

**SPECIAL VERDICT FORM**

Saris, U.S.D.J.

I. **RICO CLAIMS**

Q1. Has Kaiser proven that Pfizer violated RICO with respect to its promotion of Neurontin for:

    (a) Bipolar                                    Yes _X_    No ___
    (b) Migraine                                  Yes _X_    No ___
    (c) Nociceptive pain                    Yes ___    No _X_
    (d) Neuropathic pain                   Yes _X_    No ___
    (e) Neurontin in dosages over 1800 mg   Yes _X_    No ___

(Answer Q2 if you answered Yes to any subpart of Q1.
However, if you answered No to all subparts go to Q4.)

Q2. Did the violation of RICO cause Kaiser injury with respect to:

    (a) Bipolar                                    Yes _X_    No ___    N/A ___
    (b) Migraine                                  Yes _X_    No ___    N/A ___
    (c) Nociceptive pain                    Yes ___    No ___    N/A _X_
    (d) Neuropathic pain                   Yes _X_    No ___    N/A ___
    (e) Neurontin in dosages over 1800 mg   Yes _X_    No ___    N/A ___

(If you answered Yes to any subpart of Q2, go to Q3.  If you answered No or N/A to all subparts, go to Q4.)

Q3. Was the claim barred by the statute of limitations with respect to:

    (a) Bipolar                                        Yes\_\_\_    No **X**    N/A\_\_\_
    (b) Migraine                                   Yes\_\_\_    No **X**    N/A\_\_\_
    (c) Nociceptive pain                        Yes\_\_\_    No\_\_\_    N/A **X**
    (d) Neuropathic pain                       Yes\_\_\_    No **X**    N/A\_\_\_
    (e) Neurontin in dosages over 1800 mg   Yes\_\_\_    No **X**    N/A\_\_\_

## II. CALIFORNIA UNFAIR COMPETITION LAW

Q4. Did Kaiser prove that Pfizer engaged in fraudulent business acts or practices with respect to:

    (a) Bipolar                                        Yes **X**    No\_\_\_
    (b) Migraine                                   Yes **X**    No\_\_\_
    (c) Nociceptive pain                        Yes\_\_\_    No **X**
    (d) Neuropathic pain                       Yes **X**    No\_\_\_
    (e) Neurontin in dosages over 1800 mg   Yes **X**    No\_\_\_

(If you answered Yes to any subpart of Q4, go to Q5. If you answered No to all subparts, go to Q6.)

Q5. Did those fraudulent business acts or practices cause Kaiser damages with respect to:

    (a) Bipolar                                        Yes **X**    No\_\_\_    N/A\_\_\_
    (b) Migraine                                   Yes **X**    No\_\_\_    N/A\_\_\_
    (c) Nociceptive pain                        Yes\_\_\_    No\_\_\_    N/A **X**
    (d) Neuropathic pain                       Yes **X**    No\_\_\_    N/A\_\_\_
    (e) Neurontin in dosages over 1800 mg   Yes **X**    No\_\_\_    N/A\_\_\_

## III. DAMAGES

(Answer this Question if you answered Yes to any subpart of Q2 and No to the applicable subpart of Q3; or Yes to any subpart of Q5.)

Q6. What amount of damages (without interest) do you award for:

(a) Bipolar      $ *14,962,055*

*Fourteen million nine hundred sixty two thousand fifty five dollars* words

(b) Migraine      $ *893,462*

*Eight hundred ninety three thousand four hundred sixty two dollars* words

2

(c) Nociceptive pain                $ _N/A_____
                                    _____
                                            words

(d) Neuropathic pain                $ _28,644,865_____
                                    _twenty eight million six hundred_
                                    _forty four thousand eight hundred_
                                            words
                                    _sixty five dollars_

(e) Neurontin in dosages            $ _2,862,710_____
    over 1800 mg                    _two million eight hundred sixty_
                                    _two thousand seven hundred ten dollars_
                                            words

I certify that the jurors unanimously concur in each of the answers with the above verdict.

_____
                    Foreperson

DATED: 3/25/10