UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | )<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br><br>KAISER FOUNDATION HEALTH PLAN, INC., et al.<br><br>v.<br><br>PFIZER, INC., et al. | )  CIVIL ACTION NO. 04-cv-10739-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Received 3/25/10 at 4:05 PM

## SPECIAL VERDICT FORM

Saris, U.S.D.J.

### I.  RICO CLAIMS

Q1.  Has Kaiser proven that Pfizer violated RICO with respect to its promotion of Neurontin for:

  (a) Bipolar                                    Yes X    No ___
  (b) Migraine                                   Yes X    No ___
  (c) Nociceptive pain                           Yes ___  No X
  (d) Neuropathic pain                           Yes X    No ___
  (e) Neurontin in dosages over 1800 mg          Yes X    No ___

  (Answer Q2 if you answered Yes to any subpart of Q1.
  However, if you answered No to all subparts go to Q4.)

Q2.  Did the violation of RICO cause Kaiser injury with respect to:

  (a) Bipolar                                    Yes X    No ___   N/A ___
  (b) Migraine                                   Yes X    No ___   N/A ___
  (c) Nociceptive pain                           Yes ___  No ___   N/A X
  (d) Neuropathic pain                           Yes X    No ___   N/A ___
  (e) Neurontin in dosages over 1800 mg          Yes X    No ___   N/A ___

  (If you answered Yes to any subpart of Q2, go to Q3.  If
  you answered No or N/A to all subparts, go to Q4.)

Q3. Was the claim barred by the statute of limitations with respect to:

    (a) Bipolar                                           Yes____    No_X_    N/A____
    (b) Migraine                                        Yes____    No_X_    N/A____
    (c) Nociceptive pain                       Yes____    No____    N/A_X_
    (d) Neuropathic pain                       Yes____    No_X_    N/A____
    (e) Neurontin in dosages over 1800 mg  Yes____    No_X_    N/A____

## II. CALIFORNIA UNFAIR COMPETITION LAW

Q4. Did Kaiser prove that Pfizer engaged in fraudulent business acts or practices with respect to:

    (a) Bipolar                                           Yes_X_    No____
    (b) Migraine                                          Yes_X_    No____
    (c) Nociceptive pain                       Yes____    No_X_
    (d) Neuropathic pain                       Yes_X_    No____
    (e) Neurontin in dosages over 1800 mg  Yes_X_    No____

(If you answered Yes to any subpart of Q4, go to Q5. If you answered No to all subparts, go to Q6.)

Q5. Did those fraudulent business acts or practices cause Kaiser damages with respect to:

    (a) Bipolar                                           Yes_X_    No____    N/A____
    (b) Migraine                                        Yes_X_    No____    N/A____
    (c) Nociceptive pain                       Yes____    No____    N/A_X_
    (d) Neuropathic pain                       Yes_X_    No____    N/A____
    (e) Neurontin in dosages over 1800 mg  Yes_X_    No____    N/A____

## III. DAMAGES

(Answer this Question if you answered Yes to any subpart of Q2 and No to the applicable subpart of Q3; or Yes to any subpart of Q5.)

Q6. What amount of damages (without interest) do you award for:

    (a) Bipolar    $ *14,962,055*

    *Fourteen million nine hundred sixty two thousand fifty five dollars* words

    (b) Migraine    $ *893,462*

    *Eight hundred ninety three thousand four hundred sixty two dollars* words

2

(c) Nociceptive pain      $ _N/A_____
                          _____
                                words

(d) Neuropathic pain      $ _28,644,865_____
                          _twenty eight million six hundred_
                          _forty four_words_thousand eight hundred_
                          _sixty five dollars_

(e) Neurontin in dosages
    over 1800 mg          $ _2,862,710_____
                          _two million eight hundred sixty_
                          _two thousand_words_seven hundred ten dollars_

   I certify that the jurors unanimously concur in each of the
answers with the above verdict.

                                        _____
                                                   Foreperson

DATED: 3/25/10