UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING AND ) SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## <u>NOTICE OF APPEARANCE</u>

Please enter my appearance as counsel for defendants, Pfizer Inc., Parke-Davis, Division

of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC.

Dated:  March 26, 2010

s/Ana M. Francisco
Ana M. Francisco
BBO #564346
Ropes & Gray LLP
One International Place
Boston, MA  02110
(617) 951-7000
ana.francisco@ropesgray.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent

electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and

paper copies will be sent to those indicated as non-registered participants on March 26, 2010.

/s/ Ana M. Francisco