```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| **IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION** | ) <br> ) <br> ) MDL NO. 1629 <br> ) |
| **THIS DOCUMENT RELATES TO:** <br><br> KAISER FOUNDATION HEALTH PLAN, INC. <br><br> v. <br><br> PFIZER, INC., et al. | ) <br> ) CIVIL ACTION NO. 04-cv-10739-PBS <br> )                    04-cv-10481-PBS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

                         PROCEDURAL ORDER
                          March 29, 2010

     Parties are to file proposed findings of fact with respect to the California Unfair Competition Law claim by April 29, 2010 not to exceed thirty pages, doubled spaced.  Any proposed conclusions of law shall be no longer than twenty pages.  Any replies shall be filed by May 14, 2010 and shall not exceed twenty pages.  All proposed findings shall be accompanied by citations to the transcript and exhibit.  No additional evidence shall be submitted.

     SO ORDERED.

                                         /s/ PATTI B. SARIS
                                        UNITED DISTRICT JUDGE