UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x
In re: NEURONTIN MARKETING, SALES PRACTICES,
AND PRODUCTS LIABILITY LITIGATION
------------------------------------------------ x
THIS DOCUMENT RELATES TO:

------------------------------------------------ x
ALL ACTIONS

------------------------------------------------ x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## ASSENTED-TO MOTION FOR LEAVE TO WITHDRAW

David B. Chaffin, co-counsel for Defendants, respectfully moves, pursuant to Local Rule 83.5.2, for leave to withdraw as co-counsel for Defendants. The grounds for this motion are:

1. I wish to withdraw as co-counsel for Defendants.

2. Other counsel have appeared and continue to appear for Defendants.

3. A motion for leave to withdraw is required because motions are pending.

4. Liaison counsel for Plaintiffs have assented to this motion.

WHEREFORE, I respectfully request leave to withdraw as co-counsel for Defendants.

Dated: March 29, 2010

/s/David B. Chaffin
David B. Chaffin
BBO # 549245
WHITE AND WILLIAMS LLP
100 Summer Street, Suite 2707
Boston, MA 02110
(617) 748-5215 (Direct)
chaffind@whiteandwilliams.com

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served pursuant to Case Management Order No. 3.

/s/David B. Chaffin
David B. Chaffin