Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY)
Steven Lim (NY)
George A. Kohl, II (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)
Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright, R.N. (NY)
Kenneth B. Fromson (NY, NJ & PA)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)

James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ) *
Julio E. Urrutia (NY)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)

Debra J. Reisenman (NY)
Michael T. McGarry (NY)
Steven P. Shultz (NY & MA)
Marshall P. Richer (NY)

Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Marie M. DuSault (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)
Keith L. Altman (CA)
Michael M. Emminger (NY)

Of Counsel
Michael Feldman (NY & NJ)
Michael Finkelstein (NY)
Cynthia M. Maurer (NY & NJ)
Raye D. Fuierfas (NJ)
Kenneth Cohen (NJ)
Linda Armatti-Epstein (NY)
John F. Dowd (NY & CT)
David Akerib (NY)
Mark B. Hudoba (NY)
Kenneth G. Bartlett (CT & NJ)
Gustavo W. Alzugaray (NY)

Frances M. Bova, R.N. (NY & NJ)
Sharon A. Scanlan (NY & CT)
Robert E. Borrero (NY)
Marc S. Becker (NY)
Ari Kresch (NY & MI)
Jeffrey A. Brown, MD, M.P.H. (NY & NJ)
Dennis G. Ellis (NY)
Gail Koff, P.C. (NY)
Joel Bossom (NY)
Michael O. Gittelsohn (NY)
Antonio S. Grillo (NY)
Glenn W. Kelleher (NY)

Stephanie O'Connor, R.N. (NY & NJ) *
Shareef Rabaa (NY & OH) *
Marie Kastner (NY) *
* The Neurolaw Trial Group

# Finkelstein & Partners LLP
## THE INJURY ATTORNEYS

REFER TO OUR FILE #:  200599

March 31, 2010

Hon. Leo T. Sorokin
United States District Court
John Moakley United States Courthouse
1 Courthouse Way
Suite 2300
Boston, MA 02210

    Re: In re: Neurontin Marketing, Sales Practices
       and Products Liability Litigation
       MDL-1629
       Master File No. 04-10981

Dear Magistrate Judge Sorokin:

    This letter is written pursuant to Your Honor's request at the March 22, 2010 conference, that the parties inform the Court of the docket entry of the Joint Proposal for Completion of Initial Fact Discovery. In that regard, we respectfully refer the Court to ECF Doc ## 2169 and 2169-2.

Thank you for your consideration in this matter.

                        Very truly yours,

                        FINKELSTEIN & PARTNERS. LLP

                        ELEANOR L. POLIMENI, ESQ.

Newburgh • Albany • Binghamton • Kingston • Middletown • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy

1279 ROUTE 300, P.O. BOX 1111
NEWBURGH, NY 12551
Phone: (845) 562-0203   Fax: (845) 562-3492   www.lawampm.com
101 WHITNEY AVENUE
NEW HAVEN, CT 06510

Please Send All Correspondence to the Address Indicated Above

