UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**MOTION PURSUANT TO LOCAL RULE 83.5.3(b)**
**FOR PERMISSION TO PRACTICE BEFORE THIS COURT**

Upon the annexed Certificate and Affidavit of Good Standing of Bonnie J. Beavan (Exhibit 1 hereto), I, Ana M. Francisco, a member of the Bar of this Court and one of the attorneys for defendant Pfizer Inc, hereby move this Court to admit Bonnie J. Beavan to practice before this Court for the purpose of this litigation pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts.

**Local Rule 7.1(A)(2) Certification**

I, Ana M. Francisco, counsel for defendant Pfizer Inc, hereby certify that counsel for plaintiffs and for the other defendants have conferred, and that all parties assent to the relief sought by this motion.

Dated: April 1, 2010                    /s/ Ana M. Francisco
                                         Ana M. Francisco

Dated: April 1, 2010            Respectfully submitted,
       Boston, Massachusetts

/s/ Ana M. Francisco
Ana M. Francisco (BBO #564346)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000
ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on April 1, 2010.

  /s/ Mark S. Cheffo
Mark S. Cheffo