UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981

---

: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
: Sorokin
:
ALL ACTIONS :
:

---

### DECLARATION OF BONNIE J. BEAVAN

STATE OF MASSACHUSETTS  )
                        )ss:
COUNTY OF SUFFOLK       )

BONNIE J. BEAVAN, being duly sworn, deposes and certifies that she is a member in good standing of the bar of every jurisdiction wherein she has been admitted, including the following:

1. Court of Appeals Maryland;

2. United States District Court for the District Maryland;

3. Court of Appeals for the District of Columbia;

4. United States Court of Appeals for the Fourth District;

5. United States District Court for the District of Columbia; and

6. United States Supreme Court.

Affiant further says and certifies that there are no disciplinary proceeding against her, and that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: April 1, 2010
       Boston, Massachusetts

Respectfully submitted,

_____
Bonnie J. Beavan
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
410-783-4000
bjb@gdldlaw.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

Sworn to before me this
1st day of April, 2010

_____
NOTARY PUBLIC

NORDO M NISSI IV
NOTARY PUBLIC, State of New York
No. 01NI6177013
Qualified in New York County
Commission Expires Nov. 5, 2011

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on April 1, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

4