UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL PRODUCT LIABILITY CASES | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**DECLARATION OF MARK CHEFFO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DR. GIBBONS' GABAPENTIN PAPER WITH ACCOMPANYING DISCLOSURES AND TRANSMITTALS**

I, Mark Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of excerpts from the February 17, 2010 *Daubert* Hearing regarding Dr. Robert Gibbons.

3. Attached as Exhibit B is a true and correct copy of March 17 emails between Keith Altman, counsel for Plaintiffs, and Steven Napolitano, counsel for Defendants.

4. Attached as Exhibit C is a true and correct copy of a March 18 email from Steven Napolitano to Keith Altman.

5. Attached as Exhibit D are true and correct copies of a February 27, 2010 email and attached data file descriptions sent from Steven Napolitano to Keith Altman and Kenneth Fromson.

6. Attached as Exhibit E is a true and correct copy of excerpts from the July 21, 2009 *Daubert* Hearing regarding Dr. Robert Gibbons.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 5th day of April, 2010.

1

/s/ Mark Cheffo\
Mark Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 5, 2010.  Unredacted copies have been served upon Plaintiffs' counsel by U.S. mail and e-mail.

/s/ Mark S. Cheffo\
Mark S. Cheffo