# EXHIBIT B

# YAHOO! SMALL BUSINESS

**RE: gibbons**  Wednesday, March 17, 2010 5:58 PM

**From:** "Keith Altman" <kaltman@lawampmmt.com>
**To:** Steven.Napolitano@skadden.com, kaltman@lawampmmt.com
**Bcc:** jack@jackwlondon.com, kfromson@lawampm.com

Steve,

Thanks. By the way, when do we get to see the paper as was submitted to these journals? To date, it has never been provided to us. Also, we would expect that we would be provided the disclosures and transmittals that went with the submission.

When can we expect to receive these.?

Keith

--- On **Wed, 3/17/10, Napolitano, Steven F <*Steven.Napolitano@skadden.com*>** wrote:

> From: Napolitano, Steven F <Steven.Napolitano@skadden.com>
> Subject: RE: gibbons
> To: "'Keith Altman'" <kaltman@lawampmmt.com>
> Date: Wednesday, March 17, 2010, 5:34 PM
>
> Keith - attached. As Rick indicated in Court, we don't consider any of these to be "criticisms," which is all that Judge Saris told us to provide. As you will see some of this is simply correspondence declining to publish his study w/o comment. Rather than get into some unnecessary quibbling about what a peer review comment, what's a criticism, etc., we provided all of this.
>
> Steve
>
> Steven F. Napolitano
> Skadden Arps Slate Meagher & Flom LLP
> Phone: (212) 735-2187
> Fax: (917) 777-2187
>
> ---
>
> **From:** Keith Altman [mailto:kaltman@lawampmmt.com]
> **Sent:** Wednesday, March 17, 2010 5:27 PM
> **To:** Napolitano, Steven F (NYC)
> **Subject:** gibbons
>
> can you send me the unredacted comments.
>
> Keith Altman, Esq.
> Finkelstein & Partners
> 516-456-5885(c)
> 516-795-6605(o)
> 516-795-7599(f)
> kaltman@lawampmmt.com
>
> ------------------------------------------------------------

*******************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
***************************************************** *******************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*******************************************************
===========================================================================