# EXHIBIT C

**Keith Altman**

**From:** Napolitano, Steven F [Steven.Napolitano@skadden.com]
**Sent:** Thursday, March 18, 2010 1:28 PM
**To:** 'kaltman@lawampmmt.com'
**Subject:** Gibbons

Keith,

I am out of the office but see you called.

As to your message of last evening, we produced the peer review correspondence that the court ordered us to produce. We consider this to be highly confidential material and trust that no one will take any steps to interfere with Dr. Gibbons' publication of his manuscript. In fact we produced more correspondence than what we were literally required to (we were only directed to produce any "criticisms") in the hope of avoiding any further bickering on this. And I will produce the additional Gibbons time records you requested yesterday. And I provided file descriptions you asked for last week regarding the data recently to produced. We do not intend to produce a draft article currently in the peer review process or additional correspondence that Dr. Gibbons may have sent transmitting his article. If the court addressed this at the last hearing, or previously, and I somehow missed it please let me know.
Steve

------------------------------------------------------------------------------
*****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*****************************************************
*****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*****************************************************
==========================================================================