# EXHIBIT D

---

**From:** Napolitano, Steven F (NYC)
**Sent:** Saturday, February 27, 2010 12:21 PM
**To:** Cheffo, Mark S (NYC); Stevens, Catherine B (NYC); GD - Barnes, Richard
**Cc:** Nissi, Nordo (NYC)
**Subject:** FW: Gibbons data


Steven F. Napolitano
Skadden Arps Slate Meagher & Flom LLP
Phone:  (212) 735-2187
Fax:  (917) 777-2187

---

**From:** Napolitano, Steven F (NYC)
**Sent:** Saturday, February 27, 2010 12:20 PM
**To:** 'Keith Altman'
**Cc:** 'Ken Fromson (KennethFromson@lawampm.com)'
**Subject:** Gibbons data


Keith - my legal assistant put a disk in fed ex last night (directed to Ken I believe) with the additional Gibbons data the Court instructed us to produce.  Not sure if there actually was fed ex last night due to the storm so you might get today or Monday.  The disk contains the data files, and computer programs used to construct those data files, as well as the analysis set up files, and result files, that underlay the additional sensitivity analysis for the gabapentin cohort set forth in Gibbons' Jan. 2010 supplemental report.  Gibbons did not include on the disk data files you already have.  (If it's not obvious to you in reviewing the disk what previously produced files we did not include I can clarify.)  We will produce the peer review comments separately.

Stev

Steven F. Napolitano, Esq.
Skadden Arps Slate Meagher & Flom LLP
Phone:  (212) 735-2187
Fax:  (917) 777-2187


3/31/2010

1. XGPMODEL1 XXX PSYCH – gabapentin analysis restricted to patients with psychiatric indications
2. TST PRSTIME 2 NEWYYY – creates a file with drug and suicide indicators
3. TST PRSTIME 3 – creates a file that contains drug indications
4. TST PRSTIME 4X – uses files from 2 and 3 and creates a person-time monthly data file
5. FORMAT6A (for, exe, out) - FORTRAN source code, executable and output file for suicide attempt rates before and on and off treatment for all Gabapentin treated patients.
6. FORMAT6B (for, exe, out) - FORTRAN source code, executable and output file for suicide attempt rates before and on and off treatment for Gabapentin treated patients with psychiatric indications.
7. FORMAT6C (for, exe, out) - FORTRAN source code, executable and output file for suicide attempt rates before and on and off treatment for Gabapentin treated patients with prior suicide attempts.
8. GABA1 (for, exe, ss3, mum, out) – FORTRAN source code, executable, SuperMix database, SuperMix control file, and SuperMix output file for person-time analysis of all gabapentin users.
9. GABA2 (for, exe, ss3, mum, out) – FORTRAN source code, executable, SuperMix database, SuperMix control file, and SuperMix output file for person-time analysis of gabapentin users with psychiatric indications.
10. GABA3 (for, exe, ss3, mum, out) – FORTRAN source code, executable, SuperMix database, SuperMix control file, and SuperMix output file for analysis of gabapentin users with prior suicide attempts.
11. GABA.DAT – input data file used in constructing SuperMix input files for person-time analyses (see Format6a.for, Format6b.for, Format6c.for).