UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
PRODUCTS LIABILITY ACTIONS :
:
---------------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS'
MOTION FOR AN ORDER TO ESTABLISH
<u>"MDL 1629 FEE AND COST TRUST ACCOUNT"</u>**

Products Liability Plaintiffs, by the undersigned counsel, respectfully move for an order to create a trust account to facilitate the collection of a percentage assessment from the gross recovery of each case in accordance with Magistrate Judge Leo T. Sorokin's Electronic Order of July 27, 2009, which granted Plaintiffs' motion to establish a Plaintiffs' Personal Injury Litigation Expense Fund, and for all other relief to which Plaintiffs are entitled.

This motion is supported by the memorandum of law.

Dated: April 8, 2010

Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:   /s/ Andrew G. Finkelstein
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

By:   **/s/ Jack W. London**
    Jack W. London, Esquire
    Law Offices of Jack W. London
      & Associates
    3701 Bee Cave Rd., Suite 200
    Austin, TX  78746

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated: April 8, 2010

    **/s/ Kenneth B. Fromson**
    Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on April 8, 2010.

    **/s/ Andrew G. Finkelstein**
    Andrew G. Finkelstein, Esquire