UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
       SALES PRACTICES AND : Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
PRODUCTS LIABILITY ACTIONS :
:
---------------------------------------------------------x

**MEMORANDUM IN SUPPORT OF PRODUCTS LIABILITY
PLAINTIFFS' MOTION FOR AN ORDER TO ESTABLISH
"MDL 1629 FEE AND COST TRUST ACCOUNT"**

      Products Liability Plaintiffs, by the undersigned counsel, respectfully move for an order to create a trust account to facilitate the collection of a percentage assessment from the gross recovery of each case in accordance with Magistrate Judge Leo T. Sorokin's Electronic Order of July 27, 2009, which granted Plaintiffs' motion to establish a Plaintiffs' Personal Injury Litigation Expense Fund.

**PRELIMINARY STATEMENT**

      On February 14, 2008, Plaintiffs filed a motion to establish a Plaintiffs' Personal Injury Litigation Expense Fund.  ECF Doc. ## 1129, 1130, 1131.  As is customary in Multidistrict Litigations, Magistrate Judge Sorokin granted Plaintiffs' motion by Electronic Order on July 27, 2009, and a method was established for collecting a percentage assessment from the gross recovery of each case.  Defendants were charged with setting aside that assessment from every applicable settlement or Plaintiff's recovery.  However, the proposed Case Management Orders did not specifically create a trust account, but rather left that matter for a subsequent order.

Individual Plaintiff Ruth Shearer has recently settled her case, which qualifies for an assessment. Plaintiffs request that this Court order that a trust account be established and that Defendants transfer the assessment for the *Shearer* case, along with any interest earned from the date of the settlement, into the trust account.

## RELIEF REQUESTED

Plaintiffs request that this Court order that Plaintiffs' Steering Committee establish an "MDL 1629 Fee and Cost Trust Account" at the Empire State Bank, 68 North Plank Road, Newburgh, NY 12550.  Plaintiffs propose that this Court appoint Products Liability Plaintiffs' Steering Committee Members Andrew G. Finkelstein and Jack London to be co-trustees for this account and to manage the account as detailed in the Proposed Case Management Order.  ECF Doc. # 1131-1.  Further, Plaintiffs request that this Court order that within seven (7) days of the establishment of this trust account, Pfizer Defendants shall transfer the assessment, as well as any earned interest, for the Ruth Smith settlement into said account.

Dated:  April 8, 2010

                                            Respectfully submitted,

                                            *Members of Products Liability*
                                            *Plaintiffs' Steering Committee*

By:     **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein, Esquire
        Finkelstein & Partners, LLP
        1279 Route 300, P.O. Box 1111
        Newburgh, NY  12551

By:     /s/ Jack W. London
       Jack W. London, Esquire
       Law Offices of Jack W. London
         & Associates
       3701 Bee Cave Road, Suite 200
       Austin, TX  78746

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on April 8, 2010.

       /s/ Andrew G. Finkelstein
       Andrew G. Finkelstein