UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                     :
In re:  NEURONTIN MARKETING,                                         :   MDL Docket No. 1629
        SALES PRACTICES AND                                          :
        PRODUCTS LIABILITY LITIGATION                                :   Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                     :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                                            :
                                                                     :   Magistrate Judge Leo T.
        ALL ACTIONS                                                  :   Sorokin
                                                                     :
                                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ASSENTED-TO MOTION FOR LEAVE TO PRACTICE PURSUANT TO LOCAL RULE 83.5.3(b)

Ana M. Francisco, a member of the bar of this Court and co-counsel of record for defendants, Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC, (collectively "Defendants") respectfully moves pursuant to Local Rule 83.5.3(b) for an order granting Michael J. Wasicko of Goodell, DeVries, Leech & Dann, LLC, One South Street, Baltimore, MD 21202, leave to appear and practice on behalf of Defendants.  As set forth in the attached declaration, Michael J. Wasicko is a member in good standing of the bar of each jurisdiction in which he has been admitted to practice, no disciplinary proceedings are pending against him, and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Counsel for Plaintiffs have assented to this motion.

WHEREFORE, I respectfully request that Michael J. Wasicko be granted leave to appear and represent defendants in this matter.

Dated:  April 12, 2010                                  Respectfully submitted,

ROPES & GRAY LLP

By:  /s/ Ana M. Francisco
     Ana M. Francisco (BBO #564346)

One International Place
Boston, Massachusetts  02110
(617) 951-7000
ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on April 12, 2010.

/s/ Ana M. Francisco
Ana M. Francisco

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:  NEURONTIN MARKETING,                          :   MDL Docket No. 1629
          SALES PRACTICES AND                              :
          PRODUCTS LIABILITY LITIGATION        :   Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                         :
                                                                            :   Magistrate Judge Leo T.
     ALL ACTIONS                                                 :   Sorokin
                                                                            :
                                                                            :
                                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>DECLARATION OF MICHAEL J. WASICKO</u>

I, Michael J. Wasicko, state, under the penalties of perjury, as follows:

1.      I am an associate with the firm of Goodell, DeVries, Leech & Dann, LLC, One

South Street, Baltimore, MD 21202.  My telephone number is 410-783-4036, and my email

address is mjw@gdldlaw.com.

2.      I make this declaration in support of the motion for an order granting me leave to

appear and practice on behalf of Pfizer Inc, Parke-Davis, a Division of Warner-Lambert

Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-

captioned matter.

3.      I am a member in good standing of the bar of the State of Maryland.  No

disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.  I am

familiar with the Local Rules of the United States District Court for the District of

Massachusetts.

4.      I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 9th day of April, 2010.


/s/ Michael J. Wasicko
Michael J. Wasicko


## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on April 12, 2010.


/s/ Ana M. Francisco
Ana M. Francisco