UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:  NEURONTIN MARKETING,
        SALES PRACTICES AND
        PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

        ALL ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**ASSENTED-TO MOTION FOR LEAVE TO
PRACTICE PURSUANT TO LOCAL RULE 83.5.3(b)**

Ana M. Francisco, a member of the bar of this Court and co-counsel of record for

defendants, Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert

Company, and Warner-Lambert Company, LLC, (collectively "Defendants") respectfully moves

pursuant to Local Rule 83.5.3(b) for an order granting Magda Jimenez Train of Boies, Schiller &

Flexner LLP, 575 Lexington Avenue, New York, NY 10022, leave to appear and practice on

behalf of Defendants.  As set forth in the attached declaration, Magda Jimenez Train is a member

in good standing of the bar of each jurisdiction in which she has been admitted to practice, no

disciplinary proceedings are pending against her, and she is familiar with the Local Rules of the

United States District Court for the District of Massachusetts.

Counsel for Plaintiffs have assented to this motion.

WHEREFORE, I respectfully request that Magda Jimenez Train be granted leave to appear and represent defendants in this matter.

Dated:  April 12, 2010                                    Respectfully submitted,

                                                          ROPES & GRAY LLP

                                                          By:  /s/ Ana M. Francisco
                                                                Ana M. Francisco (BBO #564346)

                                                          One International Place
                                                          Boston, Massachusetts  02110
                                                          (617) 951-7000
                                                          ana.francisco@ropesgray.com

                                                          *Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on April 12, 2010.

                                                          /s/ Ana M. Francisco
                                                          Ana M. Francisco

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
    :
In re:  NEURONTIN MARKETING,    :   MDL Docket No. 1629
       SALES PRACTICES AND    :
       PRODUCTS LIABILITY LITIGATION    :   Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
    :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:    :
    :   Magistrate Judge Leo T.
   ALL ACTIONS    :   Sorokin
    :
    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>DECLARATION OF MAGDA JIMENEZ TRAIN</u>

I, Magda Jimenez Train, state, under the penalties of perjury, as follows:

1.      I am a partner with the firm of Boies, Schiller & Flexner LLP, 575 Lexington

Avenue, New York, NY 10022.  My telephone number is (212) 446-2333, and my email address

is mjimenez@bsfllp.com.

2.      I make this declaration in support of the motion for an order granting me leave to

appear and practice on behalf of Pfizer Inc, Parke-Davis, a Division of Warner-Lambert

Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-

captioned matter.

3.      I am a member in good standing of the bar of the States of New Jersey and New

York.  No disciplinary proceedings are pending against me as a member of the bar in any

jurisdiction.  I am familiar with the Local Rules of the United States District Court for the

District of Massachusetts.

4.      I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 9th day of April, 2010.


/s/ Magda Jimenez Train
Magda Jimenez Train


**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on April 12, 2010.


/s/ Ana M. Francisco
Ana M. Francisco

2