UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:  NEURONTIN MARKETING,  : MDL Docket No. 1629
SALES PRACTICES AND :
PRODUCTS LIABILITY LITIGATION : Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
ALL ACTIONS : Sorokin
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ASSENTED-TO MOTION FOR LEAVE TO**
**PRACTICE PURSUANT TO LOCAL RULE 83.5.3(b)**

Ana M. Francisco, a member of the bar of this Court and co-counsel of record for defendants, Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC, (collectively "Defendants") respectfully moves pursuant to Local Rule 83.5.3(b) for an order granting Scott R. Wilson of Boies, Schiller & Flexner LLP, 575 Lexington Avenue, New York, NY 10022, leave to appear and practice on behalf of Defendants. As set forth in the attached declaration, Scott R. Wilson is a member in good standing of the bar of each jurisdiction in which he has been admitted to practice, no disciplinary proceedings are pending against him, and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Counsel for Plaintiffs have assented to this motion.

WHEREFORE, I respectfully request that Scott R. Wilson be granted leave to appear and represent defendants in this matter.

Dated:  April 12, 2010

Respectfully submitted,

ROPES & GRAY LLP

By:  /s/ Ana M. Francisco
      Ana M. Francisco (BBO #564346)

One International Place
Boston, Massachusetts  02110
(617) 951-7000
ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on April 12, 2010.

/s/ Ana M. Francisco
Ana M. Francisco

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------ x
                                                 :
In re:  NEURONTIN MARKETING,                     :   MDL Docket No. 1629
        SALES PRACTICES AND                      :
        PRODUCTS LIABILITY LITIGATION            :   Master File No. 04-10981
                                                 :
------------------------------------------------ x
                                                 :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                        :
                                                 :   Magistrate Judge Leo T.
    ALL ACTIONS                                  :   Sorokin
                                                 :
                                                 :
                                                 :
------------------------------------------------ x
```

## **DECLARATION OF [ATTORNEY]**

I, Scott R. Wilson, state, under the penalties of perjury, as follows:

1. I am an associate with the firm of Boies, Schiller & Flexner LLP, 575 Lexington Avenue, New York, NY 10022. My telephone number is (212) 446-2391, and my email address is swilson@bsfllp.com.

2. I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3. I am a member in good standing of the bar of the State of New York. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

      4.      I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 9th day of April, 2010.

/s/ Scott R. Wilson
Scott R. Wilson

**CERTIFICATE OF SERVICE**

    I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on April 12, 2010.

/s/ Ana M. Francisco
Ana M. Francisco

2