UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

---

**ASSENTED-TO MOTION FOR LEAVE TO
PRACTICE PURSUANT TO LOCAL RULE 83.5.3(b)**

Ana M. Francisco, a member of the bar of this Court and co-counsel of record for defendants, Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC, (collectively "Defendants") respectfully moves pursuant to Local Rule 83.5.3(b) for an order granting Matthew E. Johnson of Wheeler Trigg O'Donnell LLP, 1801 California Street, Suite 3600, Denver, Colorado 80202-2617, leave to appear and practice on behalf of Defendants.  As set forth in the attached declaration, Matthew E. Johnson is a member in good standing of the bar of each jurisdiction in which he has been admitted to practice, no disciplinary proceedings are pending against him, and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Counsel for Plaintiffs have assented to this motion.

WHEREFORE, I respectfully request that Matthew E. Johnson be granted leave to appear and represent defendants in this matter.

Dated:  April 12, 2010	Respectfully submitted,

ROPES & GRAY LLP

By:  /s/ Ana M. Francisco
     Ana M. Francisco (BBO #564346)

One International Place
Boston, Massachusetts  02110
(617) 951-7000
ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on April 12, 2010.

/s/ Ana M. Francisco
Ana M. Francisco

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:   NEURONTIN MARKETING,
         SALES PRACTICES AND
         PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

    ALL ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## DECLARATION OF MATTHEW E. JOHNSON

I, Matthew E. Johnson, state, under the penalties of perjury, as follows:

1.  I am an associate with the firm of Wheeler Trigg O'Donnell LLP, 1801 California Street, Suite 3600, Denver, Colorado 80202-2617. My telephone number is 303-244-1864, and my email address is johnson@wtotrial.com.

2.  I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3.  I am a member in good standing of the bar of the states of Colorado and Illinois. I am currently on "inactive" status in the state of Illinois. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

    4.    I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY<br>THIS 9th DAY OF APRIL, 2010.

/s/ Matthew E. Johnson
Matthew E. Johnson

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on April 12, 2010.

/s/ Ana M. Francisco
Ana M. Francisco