```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

                                          MDL Docket No. 1629
                                          Master File No. 04-10981

   * * * * * * * * * * * * * * * * * * * * *
                                             *
   IN RE: NEURONTIN MARKETING                *
          SALES PRACTICES AND                *
          PRODUCTS LIABILITY LITIGATION      *
   ------------------------------------------*
                                             *
   THIS DOCUMENT RELATES TO:                 *
                                             *
   Shearer v. Pfizer Inc,  1:07-cv-11428-WGY *
                                             *
   * * * * * * * * * * * * * * * * * * * * *


                            CONFERENCE


           BEFORE:   The Honorable William G. Young,
                             District Judge


   APPEARANCES:

              FINKELSTEIN & PARTNERS, LLP (By Ronald
      Rosenkranz, Esq., Kenneth B. Fromson, and Keith L.
      Altman, Esq.), 1279 Route 300, P.O. Box 1111,
      Newburgh, New York 12551
              - and -
              JACK W. LONDON and ASSOCIATES, P.C. (By
      Jack W. London, Esq.), 3701 Bee Cave Road, Suite
      200, Austin, Texas 78746
              - and -
              THE LANIER LAW FIRM PLLC (By Kenneth S.
      Soh, Esq.), 6810 FM1960 West, Houston, Texas
      77069, on behalf of the Plaintiffs



                                          1 Courthouse Way
                                          Boston, Massachusetts

                                          April 2, 2010
```

```
 1                A P P E A R A N C E S (Cont'd)

 2

 3            BOIES, SCHILLER & FLEXNER LLP (By William
       S. Ohlemeyer, Esq.), 333 Main Street, Armonk, New
 4     York 10504
              - and -
 5            GOODELL, DeVRIES, LEECH & DANN, LLP (By
       Bonnie J. Beavan, Esq.), One South Street, 20th
 6     Floor, Baltimore, Maryland 21202
              - and -
 7            `SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
       (By Catherine B. Stevens, Esq. and Mark S. Cheffo,
 8     Esq.), Four Times Square, New York, New York
       10036, on behalf of the Defendant
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | **THE CLERK:** All rise. Court is in session, please |
| 2 | be seated. |
| 3 | **THE COURT:** Well, good morning, counsel. |
| 4 | **COUNSEL:** Good morning, your Honor. |
| 5 | **THE COURT:** This is welcomed news. Ms. Smith told |
| 6 | me that you wanted to put some things on the record and I'm |
| 7 | happy to hear you. |
| 8 | **MR. ROSENKRANZ:** Thank you, your Honor. Do you |
| 9 | want me to start off or you should go first? |
| 10 | **MR. CHEFFO:** I'm Mark Cheffo again, your Honor. |
| 11 | You had told us early on, and we were mindful of it |
| 12 | in chambers, that we should not come to you unless we were |
| 13 | serious and we do have resolution of this case. You also |
| 14 | told us that we should, you know, proceed in good faith and |
| 15 | honor the rules of Court. And we were able to do that |
| 16 | yesterday in speaking with counsel, and we, about |
| 17 | five o'clock or so we resolved this matter, and we called |
| 18 | Ms. Smith and left a voice mail to try to give your Honor |
| 19 | and the Court the courtesy so you wouldn't have to spend one |
| 20 | more minute. We know how diligent the Court has been and we |
| 21 | thank you for that. |
| 22 | The concern I guess we had after that and, frankly, |
| 23 | you know, we were out eating dinner with our team and I |
| 24 | received a call from our client which was very troubling |
| 25 | because apparently a Bloomberg reporter had posted a story |

```
 1    not only about the fact that the case had been resolved,
 2    which we had agreed was going to be something that the Court
 3    should hear for the first time this morning, not from a
 4    Bloomberg news reporter, and in addition the reporter had
 5    posted the wrong number, a number that was substantially
 6    higher than we had agreed to, which was frankly very
 7    troubling for us.  You know, again, I've worked with the
 8    Finkelstein folks before.  So I contacted them and asked
 9    them to try and look into this to find out how this could
10    have happened, because it was obviously, you know, we
11    thought kind of a breach of our trust and our agreement
12    here.  And again, to their credit, we've spoken with them
13    this morning.  They have actually a statement.  I don't want
14    to speak for Mr. Rosenkranz.  He'll certainly be able to
15    speak for himself.  But we just wanted to put on that
16    background for the Court so you understand that this wasn't
17    something that we were dealing with in the press.  We think
18    your Honor had the first, had the right certainly to hear
19    this for the first time from us, and we were certainly very
20    disappointed.  Even after we went to the Bloomberg reporter,
21    he indicated that he believes his sources were accurate and
22    he refused to change the number, even though it's frankly
23    substantially wrong.
24          So, with that background, your Honor, let me give
25    Mr. Rosenkranz an opportunity to respond.
```

| | |
|---|---|
| 1 | **THE COURT:** Okay.  Mr. Rosenkranz. |
| 2 | **MR. ROSENKRANZ:** Your Honor, what Mr. Cheffo says |
| 3 | is correct.  I have personally spent 37 years of my life |
| 4 | building up my credibility and to see my name in two |
| 5 | articles about which I had nothing to do with, thankfully |
| 6 | the articles indicated that I had nothing to do with it, but |
| 7 | the fact that my name was in the article and I am the, if |
| 8 | nothing else, the titular head of the team, the buck stops |
| 9 | with me. |
| 10 | So with that in mind, I've talked to Mr. Cheffo and |
| 11 | I will put a statement on the record and the statement |
| 12 | states that we are pleased that our client settled the case. |
| 13 | We understood the risks of an adverse verdict.  The amount |
| 14 | we settled for was significantly less than the comment |
| 15 | previously reported, as far as the amount. |
| 16 | **THE COURT:** And I -- |
| 17 | **MR. ROSENKRANZ:** And I will be happy to, if I see |
| 18 | the reporter directly, tell him that his story was |
| 19 | incorrect. |
| 20 | **THE COURT:** I thank you.  I can understand why you |
| 21 | would want to put that on the record. |
| 22 | There's really nothing else that we need to put on |
| 23 | the record; is that right? |
| 24 | **MR. CHEFFO:** I think that's fair, your Honor.  The |
| 25 | only thing, this is, the way we understand it, and Mr. |

```
 1    Fromson can correct me if I'm wrong, the case will be
 2    dismissed with prejudice, we will have a separate agreement
 3    that will have the terms of the confidentiality and the
 4    terms of the resolution which we would like your Honor to,
 5    you know, to bless, if you will, and we would ask that the
 6    terms of the confidentiality apply to all the parties who
 7    are of record in this lawsuit, for both sides.
 8              THE COURT:  And is that the deal?
 9              MR. ROSENKRANZ:  Yes, your Honor.
10              THE COURT:  And of course that's fine.
11              Let me just say this.  You people got transferred
12    to me on what for you was very short notice, and it's fair
13    to say how truly pleased I've been to have attorneys of such
14    caliber, such courtesy, obviously staunch advocates for
15    their respective causes.  But this case has been a pleasure
16    start to finish.  And I think I speak for the people with
17    whom I work, too.  You people have been right up to the
18    mark.  I am a poor successor to Judge Saris, and I recognize
19    I do some things somewhat different, but you've accommodated
20    the Court.  You've been I think outstanding officers of the
21    Court, and I want to say that on the record, and I thank
22    you.
23              Now, a request has been made that you would like to
24    talk to the jury.  Is that right?
25              MR. CHEFFO:  If your Honor --
```

```
 1              THE COURT:  Here's -- no, I understand that.
 2              MR. ROSENKRANZ:  Obviously if they're willing.
 3              THE COURT:  Precisely.  Here's how we're going to
 4    do that practically.
 5              We're going to -- I'm going to go back and tell
 6    them now, taking the robe off.  I will tell them that it's
 7    completely voluntary and they don't have to.  But if they
 8    want to, we're not letting you go back there, they'll come
 9    out here, or however many of them will come out here as want
10    to.  They'll sit in the jury box, but I will not have the
11    robe on, but I'm coming back.  And I will allow it to go
12    forward.  It will not be on the record, but it will be in
13    open court.  And that's your only chance to talk to them.
14    You understand the rules of this circuit.  And I will tell
15    them they don't have to answer questions if they don't want
16    to.  But if they would like to, in a way it's sort of
17    cloture for them, and under my supervision I'm happy to do
18    it.
19              So, that said, we'll recess, and if any of them do
20    want to come back, we'll bring them in with Ms. Smith.  And
21    I thank you.
22              We'll stand in recess.
23              MR. ROSENKRANZ:  Thank you, your Honor.
24              THE CLERK:  All rise.  Court is in recess.
25              (Whereupon the matter concluded.)
```

|    |                                                          |
|----|----------------------------------------------------------|
| 1  | **C E R T I F I C A T E**                                |
| 2  |                                                          |
| 3  |                                                          |
| 4  | I, Donald E. Womack, Official Court Reporter for         |
| 5  | the United States District Court for the District of    |
| 6  | Massachusetts, do hereby certify that the foregoing pages |
| 7  | are a true and accurate transcription of my shorthand notes |
| 8  | taken in the aforementioned matter to the best of my skill |
| 9  | and ability.                                             |

```
              /S/ DONALD E. WOMACK  4-12-2010
              _____
                     DONALD E. WOMACK
                   Official Court Reporter
                      P.O. Box 51062
              Boston, Massachusetts 02205-1062
                   womack@megatran.com
```