UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:  MDL Docket No.: 1629
In re:  NEURONTIN MARKETING,  :
       SALES PRACTICES AND  :  Master File No.: 04-10981
       PRODUCTS LIABILITY LITIGATION  :
:  Judge Patti B. Saris
---------------------------------------------------------------x
:  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:  :
:
ALL PRODUCT LIABILITY CASES  :
:
---------------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS' MOTION FOR LEAVE
TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT OF
PRODUCTS LIABILITY PLAINTIFFS' MOTION TO COMPEL
DEFENDANTS TO PRODUCE DR. GIBBONS' GABAPENTIN PAPER
WITH ACCOMPANYING DISCLOSURES AND TRANSMITTALS**

Products Liability Plaintiffs respectfully requests that the Court grant Plaintiffs leave to file a Reply Memorandum in further support of Plaintiffs' Motion to Compel Defendants to Produce Dr. Gibbons' Gabapentin Paper With Accompanying Disclosures and Transmittals. ECF Doc. # 2730.

Defendants filed their redacted opposition to Plaintiffs' Motion on April 5, 2010. *See* ECF Doc. ## 2780, 2781. It was not until the middle of last week that Plaintiffs' counsel was provided with an unredacted copy of Defendants' opposition.

Attached hereto as Exhibit A is a copy of the proposed Reply Memorandum.

Dated:  April 12, 2010

Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:     /s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

By:     /s/ **Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
  & Associates
3701 Bee Cave Road, Suite 200
Austin, TX  78746

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:  April 12, 2010

     /s/ **Keith L. Altman**
Keith L. Altman, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on April 12, 2010.

     /s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein

2