UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
---------------------------------------------------------------x Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
AND ALL PRODUCTS LIABILITY ACTIONS : Sorokin
:
:
:
---------------------------------------------------------------x

### DEFENDANTS' REQUEST TO RESCHEDULE THIS COURT'S APRIL 30, 2010 CONFERENCE

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants") respectfully move to reschedule the Court's scheduling conference, currently set for April 30, 2010.

Pursuant to Magistrate Judge Sorokin's April 4, 2010, electronic order, a scheduling conference in these actions is currently set to occur on April 30, 2010, at 1:30 p.m. Defendants request the courtesy of a brief adjournment due to defense counsel's need to appear at the pretrial conference in the *Smith* case in Nashville, Tennessee, which is also scheduled to occur on April 30, 2010, at 1:30 p.m., and has been scheduled for that date since December 2009. Defendants do not request that the scheduling conference be substantially delayed, but rather respectfully seek a different date – either before or after – the currently scheduled conference date.

Defendants note that Plaintiffs have refused to consent to any rescheduling of the conference – despite the fact that Defendants do not intend to delay it in any material respect. Regardless, Defendants do not believe that a different conference date will cause any prejudice or inconvenience to the parties.

WHEREFORE, Defendants respectfully request that the Court grant this request for a new date for the scheduling conference currently scheduled for April 30, 2010.

Dated: April 19, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  /s/ Mark S. Cheffo
     Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

ROPES & GRAY LLP

By:  /s/ Ana M. Francisco
     Ana M. Francisco
     BBO #564346

One International Place
Boston, MA 02110
Tel: (617) 951-7000
ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 19, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo