UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------x
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
----------------------------------------------x
THIS DOCUMENT RELATES TO: : Judge Patti B. Saris
:
*Dorsey v. Pfizer Inc, et al.* : Magistrate Judge Leo T. Sorokin
Case No. 1:05-cv-10639-PBS :
----------------------------------------------x

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants"), by counsel, respectfully move for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on all counts of Plaintiff's Complaint. The grounds for this motion are set forth in the accompanying memorandum of law. Also submitted in support of this motion are: (1) Defendants' Local Rule 56.1 Statement of Material Facts, and (2) the supporting Declaration of Mark Cheffo.

WHEREFORE, Defendants respectfully request that this Court grant summary judgment in their favor on all counts of Plaintiff's Complaint.

## REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument will assist the Court, and they wish to be heard. Accordingly, Defendants respectfully request oral argument on this motion.

Dated:  April 23, 2010                                     Respectfully submitted,

                                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                              By: /s/ Mark S. Cheffo
                                                   Mark S. Cheffo

                                              Four Times Square
                                              New York, NY  10036
                                              Tel:  (212) 735-3000

                                              -and-

                                              ROPES & GRAY LLP

                                              By: /s/ Ana M. Francisco
                                                   Ana M. Francisco

                                              One International Place
                                              Boston, MA  02110
                                              Tel:  (617) 951-7000
                                              Email:  ana.francisco@ropesgray.com

                                              *Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 23, 2010.

                                              /s/ Ana M. Francisco
                                              Ana M. Francisco