UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
------------------------------------x
THIS DOCUMENT RELATES TO:

*Dorsey v. Pfizer Inc, et al.*
*Case No. 1:05-cv-10639-PBS*

------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

### DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Expert Disclosure.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from the May 23, 2008, deposition of Mary P. Dorsey.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the May 27, 2008, deposition of Mary P. Dorsey.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the March 28, 2008, deposition of Dr. Jonathan E. Alpert.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from the February 16, 2010, deposition of Dr. John F. Dmochowski.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from the March 2, 2010, deposition of Dr. Jeremy D. Schmahmann.

8.  Attached hereto as Exhibit G is a true and correct copy of excerpts from the medical records of Mary P. Dorsey.

9.  Attached hereto as Exhibit H is a true and correct copy of excerpts from Plaintiff's Responses to Defendants' Interrogatories.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 23rd day of April, 2010.

s/ Mark S. Cheffo<br>Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on April 23, 2010.

/s/ Ana M. Francisco<br>Ana M. Francisco