UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------

In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

------------------------------------------------

THIS DOCUMENT RELATES TO:

MARY P. DORSEY, Individually and as
Administrator of the Estate of James Dorsey

------------------------------------------------
MDL Docket No. 1629      Master File No. 04-10981

## PLAINTIFF'S EXPERT DISCLOSURE

Now comes the Plaintiff Mary P. Dorsey ("Mrs. Dorsey") and hereby submits her expert disclosure pursuant to Fed. R. Civ. P. 26 (a)(2)(B). Mrs. Dorsey shall only proffer expert testimony of treating physicians and, therefore, a disclosure in the form provided for in Fed. R. Civ. P. 26 (a)(2)(B) is not required. *Garcia v. City of Springfield Police Dep't*, 230 F.R.D. 247, 249-250 (D. Mass. 2005) ("The common rule ... is that so long as the expert care-provider's testimony about causation and prognosis is based on personal knowledge and on observations obtained during the course of care and treatment, and he or she was not specially retained in connection with the litigation or for trial, a Rule 26 expert report is not necessary.") (citations omitted). Nonetheless, this disclosure is made pursuant to the Court's Pre-Trial scheduling order and in order to allow Defendants to prepare for trial.

I. **Names and Addresses of Treating Physicians Who Are Expected To Provide Expert Testimony**

(1) Dr. Jonathan Alpert
Massachusetts General Hospital\
55 Fruit Street
Boston, MA 02113

(2) Dr. Randall Mark Zusman
Massachusetts General Hospital\
55 Fruit Street
Boston, MA 02113

(3) Dr. Jeremy Schmahmann
Massachusetts General Hospital\
55 Fruit Street
Boston, MA 02113

(4) Dr. Erika Hyde Riley
Massachusetts General Hospital\
55 Fruit Street
Boston, MA 02113

(5) Dr. Pierce
Massachusetts General Hospital\
55 Fruit Street
Boston, MA 02113

(6) Dr. David Sheehan
Massachusetts General Hospital\
55 Fruit Street
Boston, MA 02113

(7) Dr. Najmosama Nikrui
Massachusetts General Hospital\
55 Fruit Street
Boston, MA 02113

(8) Dr. Frank Haluska
Massachusetts General Hospital\
55 Fruit Street
Boston, MA 02113

(9) Dr. John Dmochowski
Falmouth Hospital
100 Ter Heun Drive

Falmouth, MA  02540

(10)   All other treatment providers listed on Defendant's supplemental Rule 26 disclosure.

## II.   General Causation

Mrs. Dorsey intends to submit at trial the testimony of her treating physicians with regards to general causation and expects this testimony to be consistent with the testimony that these treating physicians provided in the medical records and/or at their depositions. In Mrs. Dorsey's case, general causation is not in issue as the affects she experienced from the drug Neurontin (including somnolence, lethargy, confusion, involuntary passing out) are admitted side affects of Neurontin by Pfizer – including, in some instances, side affects that are contained on the drug's labeling. Mrs. Dorsey's case is not a suicide or suicidality case so there shall be no expert testimony offered on that issue.

## III.   Specific Causation

Mrs. Dorsey intends to submit at trial the testimony of her treating physicians with regards to specific causation and expects this testimony to be consistent with the testimony that these treating physicians provided in the medical record and/or at their depositions. In particular, Mrs. Dorsey shall rely on the testimony of Jeremy D. Schmahmann, M.D. and Jonathan Alpert, M.D. who are expected to testify to a reasonable degree of medical certainty that, consistent with the medical record and/or their deposition testimony, Neurontin was a substantial contributing cause of the side affects that affected Mrs. Dorsey and that once Mrs. Dorsey was taken off the drug, these side affects ceased.

MARY P. DORSEY,

Respectfully submitted,

/s/*Timothy J. Perry*
Timothy J. Perry (BBO#631397)
Perry, Krumsiek & Jack LLP
101 Arch Street, 19th Floor
Boston, MA 02110
(617) 720-4300
fax (617) 720-4310

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon counsel of record by the Court's ECF (Electronic Court Filing) System.

Dated: February 19, 2010          /s/*Timothy J. Perry*
                                  Timothy J. Perry