UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

MDL Docket No. 1629

Master File No. 04-10981

************************************

IN RE: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

************************************

THIS DOCUMENT RELATES TO:

MARY P. DORSEY, Individually and as Administrator of the Estate of James Dorsey

************************************

VIDEOTAPED DEPOSITION OF MARY P. DORSEY

Held At:
Hare & Chaffin
160 Federal Street
Boston, Massachusetts 02110

March 23rd, 2008
9:57 AM

Reported By: Maureen O'Connor Pollard, RPR, CLR

Videographer: William Slater

APPEARANCES:

FOR THE PLAINTIFF MARY P. DORSEY:

BY: TIMOTHY J. PERRY, ESQ.
PERRY, KRUMSIEK & JACK, LLP
One McKinley Square
Boston, Massachusetts 02109
617-720-4300
tperry@perrylegal.com

FOR THE DEFENDANTS:

BY: DAVID B. CHAFFIN, ESQ.
SARIANNA T. HONKOLA, ESQ.
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
617-330-5000
dchaffin@hare-chaffin.com

INDEX

| EXAMINATION | PAGE |
|---|---|
| MARY P. DORSEY BY MR. CHAFFIN | 6 |

EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Ex 1 | Plaintiff's response to Defendants' first set of Interrogatories | 130 |
| Ex 2 | Plaintiff's supplemental response to Defendants' first set of Interrogatories | 130 |
| Ex. 3 | Documents Bates stamped 000345-13MGH-00008 through 00011 | 138 |
| Ex. 4 | Documents Bates stamped 00345-5PPR-01259, 01258, 01251and 01252 | 158 |
| Ex. 5 | Medical records | 161 |
| Ex. 6 | Pharmacy record from Stop & Shop | 180 |
| Ex. 7 | Outpatient speech/language evaluation from RHCI | 182 |
| Ex. 8 | 4/29/02 outpatient note from RHCI | 184 |
| Ex. 9 | Falmouth Hospital radiology report | 189 |
| Ex. 10 | 8/14/02 outpatient note from RHCI | 190 |
| Ex. 11 | Falmouth Hospital occupational therapy inpatient evaluation | 194 |
| Ex. 12 | 9/20/02 VNA of Cape Cod progress note | 197 |
| Ex. 13 | 9/24/02 VNA of Cape Cod progress note | 201 |
| Ex. 14 | 9/27/02 VNA of Cape Cod progress note | 202 |
| Ex. 15 | 10/8/02 VNA of Cape Cod progress note | 205 |
| Ex. 16 | 10/15/02 VNA of Cape Cod progress note | 208 |
| Ex. 17 | 10/22/02 VNA of Cape Cod | |

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Ex. 18 | 10/29/02 VNA of Cape Cod progress note | 211 |
| Ex. 19 | 3/4/03 initial outpatient psychological evaluation | 217 |
| Ex. 20 | Falmouth Hospital progress notes | 227 |
| Ex. 21 | Falmouth Hospital discharge summary | 229 |

P R O C E E D I N G S

THE VIDEOGRAPHER: This is video operator speaking, Bill Slater of Veritext.

Today's date is March 24, 2008. The time on the video screen is 9:57 a.m..

We are here at the offices of Hare & Chaffin located at 160 Federal Street, Boston, Massachusetts to take the videotape deposition of Mary Dorsey in the matter of In Re: Neurontin Marketing, in the United States District Court, District of Massachusetts, MDL Docket Number 1629.

Would counsel please voice identify yourselves and state whom you represent?

MR. CHAFFIN: Good morning. My name is David Chaffin representing the Defendants, and along with me is Sarianna Honkola also representing the Defendants.

MR. PERRY: And my name is Timothy Perry, I represent the Plaintiff, Mary Dorsey, in the pending matter.

THE VIDEOGRAPHER: Will the court reporter please swear in the witness?

Page 46

I'm sure it was my primary care that I was seeing when I was at Mass General as my -- that was my hospital when I was living in Andover.
Q. Okay. Do you remember if --
A. Dr. Sisson was his name, and I believe he's the one that recommended me to Dr. Alpert. He's since passed away.
Q. Have you ever read any literature about Neurontin?
A. No.
Q. No doctor ever provided you with literature about Neurontin?
A. No, no.
Q. Did you ever read the package inserts or the --
A. No.
Q. -- CVS literature that came when you were given Neurontin?
A. No. I never read any -- the only thing I ever remember is "do you have any question for the pharmacist?"
Q. And did you ask questions?
A. No.
Q. So you never read the label insert

Page 47

that came with Neurontin?
A. Not that I remember.
Q. Or label insert for any of your other drugs?
A. No. It was always, you know, the doctor said "let's try this, see how this works."
Q. Did you have a lot of --
A. And I had so much faith in -- and if it wasn't working I'd say, you know, "I don't like, you know, how I'm feeling" or whatever.
Q. Did you --
A. It would be like "okay, let's --" I don't remember. It was like "let's take this away and let's try this."
And I'm not saying that didn't work, I mean that -- I'm not saying that that wasn't the case. When you're depressed, I don't know if you know anybody who's depressed or if anybody in your family is depressed --
Q. Go ahead. Sorry.
A. -- it's hard to understand, because you just want to get better.
Q. Did you have many discussions with

Page 48

doctors over the years like this where they would say "let's try this" or "substitute that," "we'll see if this works"?
A. I don't remember. All I know is I wanted to get better.
Q. Well, when a doctor would put you on a drug and it didn't work particularly well, did you say "this isn't working. Let's try something else?"
A. No, I never said it. Basically they said it, you know, "how do you feel" kind of thing.
Q. Right.
A. And I can't say to you they said "well, let's take you off this and put you on that." I'm sure they did, but I can't say to you I remember when they did that.
Q. Okay. Do you have any memory of when you first started taking Neurontin how it made you feel?
A. (Nodding in the negative).
Q. No.
Any memory of changes in the dosage of Neurontin other than when you came off it?

Page 49

A. I don't. I don't know.
Q. I think you said at one point Dr. Alpert mentioned to you that he had given you the Neurontin for the depression?
A. No.
Q. Did he tell you why he put you on it?
A. Yes. This was not when he put me on it, this is when I went to see him, I came up to see him from the Cape, and we had a regular discussion about my seeing him as my psychiatrist when I did come north, when I came back up to the north side of 495, and Neurontin was mentioned, because I had already heard about Neurontin being -- could be the cause, either could be the cause of seizure-type activity, I believe. And he said to me "I didn't put you on that for --" I believe what he said was "bipolar." I believe he said "I put you on that for mood swings."
Q. Okay. You're right, and as my notes show you corrected me.
When he put you on it for the mood swings, did you find that the mood swings lessened?

Page 70

one is the first one that came up in four years. You either have to live there or work there to be on the top of the list, and this is a privately owned company under HUD.

Q. Other than your counsel, Mr. Perry, and his co-counsel and your various physicians and the family members you've identified, can you think of anyone who might know anything about what you're claiming in this lawsuit, any witnesses?

A. Just Tina saw it happen.

Q. Tina, the --

A. The psychologist.

Q. The psychologist.

A. It happened in her office. Most of it happened at home, because I was kind of afraid to go out because I didn't know where it was going to happen or when it was going to happen.

Q. Have you ever -- is this the only lawsuit in which you've ever been involved?

A. Yes.

Q. And you've never --

A. Oh, no. I had an accident.

Q. Automobile accident?

Page 71

A. Yes.

Q. Did you sue someone, or did someone sue you?

A. Yes, I sued them.

Q. And when was that?

A. 1980.

Q. 1980?

A. Yes.

Q. And the case settled, I take it?

A. Yes.

Q. You were not deposed in connection with that lawsuit?

A. No.

Q. You've never been arrested?

A. No.

Q. Have you ever --

A. Never even got a ticket.

Q. No tickets?

A. No tickets.

Q. You're the one.

Ever had your license suspended?

A. Yes.

Q. When?

A. August 8th of 19 -- I mean 2007.

Page 72

Q. 2007?

A. Mm-hmm.

Q. Your license has been suspended?

A. 2006? It's been 18 months.

MR. PERRY: 2006.

A. 2006.

BY MR. CHAFFIN:

Q. It was suspended by the Registry?

A. Yes.

Q. They would not renew?

A. I have -- it's been renewed.

Q. It's been renewed?

A. Yes.

Q. Was it suspended because you hadn't renewed it?

A. No. The way the accident happened, they wanted my doctor to sign off on it, my primary care physician, they wanted her to check the medications and all that kind of stuff to make sure I was all right to drive.

Q. The Registry did?

A. Yes.

Q. And why did they know they needed to do that?

Page 73

A. Because my daughter came to the accident.

Q. Your daughter?

A. My daughter came to where the accident happened.

Q. You had an automobile accident in 2006?

A. Yes.

Q. Yes.

A. And the officer that was there -- my daughter came to the accident, and she wanted me to go to the hospital, and I said I didn't have to, I was fine. And then she said to the officer "my mother is on some medications." So he wanted my license, and they took it for medical reasons.

So they said "all you have to have is your primary care physician sign off on it." She was on maternal --

Q. Maternity leave?

A. Thank you.

Q. Yes.

A. -- maternity leave, and when she came back she wanted me to go to -- across the river.

Page 122

Q. No?
You've never tried to commit suicide?
A. No.
Q. And you don't allege that Neurontin caused you to want to commit suicide, do you?
A. No.
Q. Excuse me for one second.
Any current physical problems?
A. Just the hip.
Q. I'm sorry?
A. Just the hip.
Q. The hip. And --
A. Oh, my back, my back, too, I never brought that up. That accident I had in the 1980s, I have some problems with a disk in my back, but not as bad as my hip.
Q. Are you receiving, other than the drugs that you mentioned earlier that you're taking, are you receiving any kind of -- I'm sorry, let me rephrase all that.
Other than seeing your new psychiatrist, your PCP and the drugs you mentioned earlier, are you receiving any kind of therapy, physical or --

Page 123

A. What's PCP?
Q. Your primary care physician.
A. Oh, I'm sorry.
No, I just take Tylenol for the -- I have medication for the hip, but I don't take it.
Q. What's the medication? Not important.
A. No, it's not, it's not -- doesn't have any -- I purposely told them I didn't want anything with -- what do you call medications that --
Q. Narcotic?
A. Yes.
Q. Are you seeing your new psychiatrist on a regular basis?
A. Once a month.
Q. Once a month.
When is your next appointment?
A. Tomorrow.
Q. Tomorrow.
What pharmacy do you use now?
A. CVS.
Q. In?
A. Littleton.

Page 124

Q. Littleton.
How do you spend your free time now?
A. Walking my dog. I don't have a car.
Q. Don't have a --
A. Car.
Q. Right.
A. I'm very isolated from the town I live in, and they don't have any transportation except for vans that take you for shopping and that kind of thing.
Q. Will the van take you to Kimball's?
A. No. That's where I used to take my kids, though.
Q. Do you exercise regularly?
A. Yeah. I have to with the hip.
Q. And are you in touch regularly with your family and friends?
A. Yeah.
Q. Mrs. Dorsey, do you claim that Neurontin caused you any permanent physical injury?
A. I would have to say psychological.
Q. I'm sorry?
A. Psychological.

Page 125

Q. Psychological.
And can you describe that for me, please?
A. Jimmy. It never goes away.
Q. The -- and if I'm not phrasing it correctly, stop, please, rephrase it, is it the guilt or loss that you feel that you weren't able to care for him while he was dying?
A. Mm-hmm.
Q. Anything else?
A. That he had to take care of me.
Q. I'm sorry?
A. That he had to take care of me.
Q. But no physical from the Neurontin?
A. No.
Q. No.
Did Neurontin cause any inability to work on your part?
A. I have no idea.
Q. Well, I think we talked earlier, you tried to go back in 2004 to work, right?
A. Yes.
Q. And you couldn't do that because of the hip?