1  UNITED STATES DISTRICT COURT
2  FOR THE DISTRICT OF MASSACHUSETTS
3  MDL Docket No. 1629
4  Master File No. 04-10981
5  ******************************************
6  IN RE:  NEURONTIN MARKETING, SALES
7  PRACTICES AND PRODUCTS
8  LIABILITY LITIGATION
9  ******************************************
10 THIS DOCUMENT RELATES TO:
11 MARY P. DORSEY, Individually and as
12 Administrator of the Estate of James
13 Dorsey
14 ******************************************
15
16   VIDEOTAPED DEPOSITION OF MARY P. DORSEY
17              VOLUME 2
18
                 Held At:
19             Hare & Chaffin
              160 Federal Street
20        Boston, Massachusetts 02110
               March 27th, 2008
21                10:03 AM
22
    Reported By:  Maureen O'Connor Pollard, RPR, CLR
23
24  Videographer:  William Slater

Page 237

1  APPEARANCES:
2  FOR THE PLAINTIFF:
3    BY: TIMOTHY J. PERRY, ESQ.
4    PERRY, KRUMSIEK & JACK, LLP
5    One McKinley Square
6    Boston, Massachusetts 02109
7    617-720-4300
8    tperry@perrylegal.com
9
10 FOR THE DEFENDANTS:
11   BY: DAVID B. CHAFFIN, ESQ.
12   SARIANNA T. HONKOLA, ESQ.
13   HARE & CHAFFIN
14   160 Federal Street
15   Boston, Massachusetts 02110
16   617-330-5000
17   dchaffin@hare-chaffin.com

Page 238

                INDEX
EXAMINATION                          PAGE
MARY P. DORSEY
  BY MR. CHAFFIN                      239

               EXHIBITS
NO.      DESCRIPTION                  PAGE
Ex. 22   5/5/03 VNA clinical assessment.. 250
Ex. 23   5/7/03 VNA notes................ 256
Ex. 24   5/8/03 home health
         certification treatment plan.... 260
Ex. 25   5/9/03 VNA progress note........ 263
Ex. 26   5/13/03 VNA progress note....... 265
Ex. 27   5/16/03 VNA progress note....... 271
Ex. 28   Document Bates stamped
         000345-2PPR-00183............... 277
Ex. 29   Falmouth Hospital records....... 289
Ex. 30   Dr. Alpert's records............ 291

Page 239

1             PROCEEDINGS
2
3        THE VIDEOGRAPHER: This is day two in
4  the deposition of Mary Dorsey. The time is
5  10:03, and we are on the record.
6
7        MARY P. DORSEY,
8  having been previously satisfactorily identified
9  by photo identification, being previously duly
10 sworn, was examined and testified further as
11 follows:
12       DIRECT EXAMINATION
13       CONTINUED BY MR. CHAFFIN:
14   Q. Good morning, Mrs. Dorsey.
15   A. Good morning.
16   Q. You understand you're still under
17 oath?
18   A. Yes.
19   Q. Thank you. Welcome back. I'll try to
20 be pretty fast today and get you out of here.
21       Did you meet with Dr. Posternak on
22 Tuesday?
23   A. No.
24   Q. No.

Page 240

1        Have you discharged Dr. Posternak as
2  your psychiatrist?
3    A. No.
4    Q. Do you have another appointment
5  scheduled?
6    A. No, I just cancelled that one. I
7  cancelled a couple of them this week due to my
8  dog.
9    Q. I'm sorry?
10   A. My dog is dying.
11   Q. Your dog has died?
12   A. Yes.
13   Q. I'm sorry to hear that?
14   A. No, is dying.
15   Q. Is dying. I'm sorry to hear that.
16   A. And the day I was in here on Monday
17 she was very sick the whole day. She's been
18 dying for five months.
19   Q. Sorry to hear that.
20   A. And Tuesday she had to go to the vet.
21 It was either the dog or me, so I decided to
22 bring her to the vet.
23   Q. Mrs. Dorsey, when did you first go on
24 Neurontin?

Page 257

1  and given to your counsel a copy of Exhibit 23.
2  These are more notes from the Visiting Nurses
3  Association. And I'm going to ask you to turn,
4  flip through to -- do you see on the bottom the
5  black numbers? We're going to go to page
6  numbered 00130, please.
7       Did you find it?
8  A. Yes.
9  Q. Okay. On the right-hand column on
10 this page about four lines down under the
11 category "neuromuscular clin find," do you see
12 that? Do you see where I am? Right here, ma'am
13 (indicating).
14 A. Yes.
15 Q. Okay. Thanks. It reads "very poor
16 balance, cane. Walks holding on TP furniture.
17 APT," I take it that's apartment, "is cluttered.
18 Not able to sleep last night. UE tremors
19 withdrawing from Klonopin, stopped last week."
20      Did you have poor balance at this
21 time, ma'am, in May of 2003?
22 A. I have had poor balance since 1980.
23 Q. I'm sorry?
24 A. 1980.

Page 258

1  Q. Since 1980?
2  A. Mm-hmm.
3  Q. You had poor balance?
4  A. Mm-hmm.
5  Q. And did you walk holding onto
6  furniture in May of 2003?
7  A. Yes.
8  Q. And was the apartment cluttered on
9  May 5th of 2003, the date of this note?
10 A. Very cluttered. There were bandage
11 boxes, bins all over the apartment for Jim's --
12 Q. And were you having difficulty
13 sleeping in May of 2003?
14 A. Yes.
15 Q. Sleep difficulty is something you've
16 had for a long time?
17 A. Oh, I've had sleep difficulty on and
18 off, but especially, you know, when you're
19 taking care of somebody who is dying.
20 Q. And --
21 A. Especially when that somebody who is
22 dying wakes you up to take care of him.
23 Q. And were you having tremors on May 5h
24 of 2003 from the Klonopin withdrawal?

Page 259

1  A. No, I don't recall that at all.
2  Q. Do you remember having some
3  difficulties withdrawing from the Klonopin?
4  A. No.
5  Q. No, nothing at all?
6  A. No.
7  Q. Do you deny --
8  A. I don't even remember when I
9  discontinued the Klonopin.
10 Q. Okay. Do you remember anything about
11 the discontinuance of the Klonopin?
12 A. All I -- to my knowledge, all I
13 remember is that was one of the medications I
14 was told to discontinue.
15 Q. Okay.
16 A. When I was at, I believe, at the
17 hospital in Falmouth.
18 Q. You were asked to leave it at the
19 hospital?
20 A. No.
21 Q. I'm sorry, you were --
22 A. When I was at the hospital in
23 Falmouth --
24 Q. You were asked to discontinue it?

Page 260

1  A. -- I think I was told then to
2  discontinue the Klonopin.
3  Q. Okay. And that was by which doctor?
4  A. I don't know.
5  Q. You remember being told to discontinue
6  it, but do you remember anything about the
7  process of discontinuing it, what happened?
8  A. No, this is -- you're talking about a
9  period of time when I was in the hospital being
10 treated for seizures and not knowing what was
11 happening.
12 Q. Okay.
13    MR. CHAFFIN: Could we mark this as
14 Exhibit 24, please, Maureen?
15    (Whereupon, Dorsey Exhibit Number 24
16    was marked for identification.)
17    BY MR. CHAFFIN:
18 Q. Ma'am, this is a VNA of Cape Cod,
19 Falmouth record from -- dated May 8 of '03, and
20 I'll ask you to turn to the last page, 3. And
21 there's a section called "clinical summary."
22 Okay?
23 A. Mm-hmm.
24 Q. In the beginning there's some