```
                                              Page 1
 1                             VOLUME: I
                               PAGES: 1 to 114
 2                             EXHIBITS: 1 to 4
 3
          UNITED STATES DISTRICT COURT
 4          DISTRICT OF MASSACHUSETTS
 5
    MDL Docket No. 1629
 6  Master File No. 04-10981
 7
    IN RE: NEURONTIN MARKETING,
 8  SALES PRACTICES AND
    PRODUCTS LIABILITY
 9  LITIGATION
10  ----------------------------
11  THIS DOCUMENT RELATES TO:
    Dorsey vs. Pfizer, Inc., et
12  al
    Case No. 1:05-cv-10639-PBS
13
14       VIDEOTAPED DEPOSITION OF JOHN F.
15  DMOCHOWSKI, M.D., called as a witness on
16  behalf of the Defendants, pursuant to the
17  applicable provisions of the Federal Rules
18  of Civil Procedure, before Jeanette N.
19  Maracas, Registered Professional Reporter
20  and Notary Public in and for the Commonwealth
21  of Massachusetts, at the Holiday Inn, 291
22  Jones Road, Falmouth, Massachusetts, on
23  Tuesday, February 16, 2010, commencing at
24  12:59 p.m.
25     Job No.: CS241144
```

Page 2

```
 1  APPEARANCES
 2
 3
       (No one appeared on behalf of the
 4     Plaintiff)
 5
 6  FOSTER & ELDRIDGE, LLP
       By Stephen M Fiore, Esq
 7     One Canal Park
       Cambridge, Mass 02141
 8     For the Deponent
       E-mail Sfiore@fosteld.com
 9
10
    SKADDEN, ARPS, SLATE MEAGHER &
11  FLOM, LLP
       By Catherine B Stevens, Esq
12     By Katherine F Arthur, Esq
       Four Times Square
13     New York, New York 10036
       For the Defendants
14     E-mail Catherine stevens@skadden com
       E-mail Tattin.arthur@skadden.com
15
16
    George Dobrentey, Videographer
17
```

Page 3

```
INDEX

Testimony of        Direct  Cross
John F Dmochowksi, M D
   (by Ms Stevens)    5


     EXHIBITS

No    Description         Page

1  CV of Dr. Dmochowski.        8

2  Medical records           45

3  4/3/08 letter, with
   copy of Dr. Dmochowski's
   chart regarding Ms Dorsey    45

4  3/3/08 letter, with
   attachments               45
```

Page 4

PROCEEDINGS
VIDEOGRAPHER: Good afternoon. My name is George Dobrentey of Veritext New Jersey. Today's date is February 16, 2010, and the time is 12:59 p.m.
This deposition is being taken at the Holiday Inn in Falmouth, Massachusetts. The case caption is Neurontin Marketing, Sales Practices and Products Liability Litigation, in the U.S. District Court for the District of Massachusetts MDL No. 1629 and Master File No. 04-10981. The name of the witness is John Dmochowski.
At this time the attorneys will identify themselves and the parties they represent, after which our court reporter, Jeanette Maracas of Veritext New Jersey, will swear in the witness and we can proceed.
MS. STEVENS: Catherine Stevens from Skadden, Arps, for Pfizer.
MS. ARTHUR: Katherine Arthur from Skadden, Arps, for Pfizer.
MR. FIORE: Stephen Fiore from Foster & Eldridge, on behalf of the witness.
MS. STEVENS: And just a brief

Page 5

statement for the record before the witness is sworn in. Mr. Perry, counsel for plaintiff, Mrs. Dorsey, has been notified on several occasions about the date and the time of this deposition. He has chosen not to attend today. We've called him on several occasions this morning. I e-mailed him last week of the time change on the deposition and we've not heard a response from Mr. Perry, so we're proceeding with the doctor's testimony.
MR. FIORE: Just to add, this is Steve Fiore, I've also called his office both yesterday and this morning twice and confirmed with them the deposition, no one has gotten back to me either way if they're going to attend.
JOHN F. DMOCHOWSKI, M.D.
A witness called for examination by counsel for the Defendants, having been first duly sworn, was examined and testified as follows:
DIRECT EXAMINATION
BY MS. STEVENS:
Q. Dr. Dmochowski, I practiced all week to

Page 38

1  Q. Do you often have to try different
2     medications to keep them stable over the
3     years?
4  A. Yes, over the years, yes.
5  Q. What medications do you use to treat
6     bipolar?
7  A. Lithium, Depakote, Lamictal, oftentimes,
8     sometimes Topiramate, oftentimes in
9     combination with atypical antipsychotics
10    or typical antipsychotic drugs, use
11    anticonvulsants, Carbamezapine or Tegretol
12    and Trileptal, the atypicals, Respiridol
13    or Zyprexa or Clozaril. I can go on and
14    on, but usually it's a mix of, usually
15    arrive at a mix of an anti, of a mood
16    stabilizer, antipsychotic drugs and
17    oftentimes an antidepressant and sometimes
18    a couple of other things. It's rarely one
19    drug.
20 Q. Do most of the drugs that you've just
21    listed there have some pretty serious
22    side-effects?
23 A. Yes.
24 Q. Can you describe one or two of them?
25 A. Like Depakote, liver failure,

Page 39

1     thrombocytopenia. In Tegretol's case,
2     you're running a risk of aplastic anemia,
3     chemical hepatitis.
4  Q. What about Lithium, does Lithium have
5     side-effects?
6  A. Lithium has side-effects from head to toe,
7     hair to toenails, everything in between.
8     Then you have to go through the side-effects
9     and work with the patient with them, get
10    concordance with what group of side-effects
11    they're going to want to have.
12 Q. Are there a significant number of bipolar
13    patients that don't respond to drugs like
14    Lithium?
15 A. Yes.
16 Q. And what do you do then?
17 A. You try other agents either alone or in
18    combination with Lithium. I think the
19    first drug I oftentimes go to with the
20    bipolar manic person is Depakote, so
21    sometimes I'll add Lithium on to it,
22    depending on what they're agreeable to
23    taking and what seems appropriate.
24 Q. During the time period you were seeing
25    Mrs. Dorsey, did you use Neurontin for

Page 40

1     bipolar?
2  A. I don't remember ever relying on it as a
3     main-line medicine for bipolar. Maybe --
4     there's one person I remember trying, but
5     we had tried everything else and then that
6     person didn't do well on that drug, so --
7     but I don't think I've ever treated anybody
8     with Neurontin for bipolar illness other
9     than that.
10 Q. Mrs. Dorsey's Neurontin you wrote
11    prescriptions to treat for her epilepsy or
12    her seizure-like symptoms?
13 A. I continued her prescriptions for Neurontin
14    for the combination of things that she had.
15 Q. What do you mean by "the combination of
16    things she had"?
17 A. She had a history of bipolar illness and
18    a massive stroke she had in 1997 left her
19    with a very irritable brain, scars, so it
20    seemed appropriate to use it for the mood
21    disorder and for the epilepsy tendencies
22    that she had.
23 Q. What do you mean by "irritable brain"?
24 A. I think of a person having had a stroke
25    as having an injured area of the brain.

Page 41

1     electrically more active and irritable in
2     that way that oftentimes more likely to do
3     well with anticonvulsant drugs than another
4     person might.
5  Q. Did you believe Mrs. Dorsey had seizure
6     disorders?
7  A. I think she had -- I don't think she felt
8     she ever had epilepsy, but I think there was
9     some evidence that there were times when she
10    may have had seizures.
11 Q. Is that one of the reasons you felt
12    comfortable continuing her Neurontin
13    prescription?
14 A. Yes. I think of her as having had that
15    brain injury, as I said, brain being more
16    irritable than other persons relating to
17    the scarring in that area of the stroke.
18 Q. Did Mrs. Dorsey have anxiety disorder as
19    well?
20 A. Yes.
21 Q. Can you describe what anxiety disorder is?
22 A. Had a tendency to react with emotions of
23    terror, fright in a disproportionate way
24    and the situations not appropriate for those
25    kinds of reactions necessarily.

11 (Pages 38 to 41)

Page 46

1   or right after the sessions that I would have
2   with her.
3   Q. I may have to ask you a few questions
4   about your handwriting, Doctor. I apologize.
5   On May 2, 2000, I have something that's
6   called a preliminary treatment plan. Can
7   you describe what that is?
8        MR. FIORE: March 2.
9   Q. I'm sorry. March 2.
10  A. March 2, 2000.
11  Q. It's Page 55 at the bottom.
12  A. Preliminary treatment plan, contusions,
13  abrasions, lacerations secondary to syncope.
14  That was the problem that I encountered
15  during that evaluation.
16  Q. What's syncope?
17  A. Fainting. And then goals and objectives,
18  clearing and healing and treatment modality,
19  ice compresses and warm compresses, and
20  over here I've got bipolar disorder, goals
21  and objectives, alleviation, and over here
22  treatment modalities, medicines and
23  psychotherapy, and then I have panic
24  disorder. And goals, alleviation, in vivo
25  would be desensitization, in real life

Page 47

1   desensitization and medications, and then
2   neurological sequela from aphasia from the
3   stroke.
4   Q. Can you explain what "neurological sequela
5   from aphasia" means?
6   A. Neurological sequela from her cerebrovascular
7   accident. She had, Mrs. Dorsey had a left
8   brain infarction in about 1997 and it
9   resulted in right-sided weakness with
10  difficulty speaking clearly and sometimes
11  she was more able to than others, and the
12  stroke involved her left frontal lobe of
13  her brain as well. So she had some
14  difficulty with impulse control and planning
15  and forethought and organization.
16       So like neurological sequela,
17  sequela is the Latin word for follow-up
18  symptoms and problems, and the CVA,
19  cerebrovascular accident from the stroke,
20  I didn't know whether it was a bleed or
21  an infarction like related to ischemia or
22  related to -- so it's a general term,
23  cerebrovascular accident. And aphasia
24  was clear and my goal was to alleviate it,
25  and over here under the plans or treatment

Page 48

1   modalities I have medicines, supportive
2   therapies, physiotherapy, speech therapy
3   and foster family support.
4   Q. All these therapies, therapeutic goals, the
5   supportive therapy, psychotherapy, speech
6   therapy, foster family support, the first --
7   A. To foster family support, to encourage
8   family involvement with her.
9   Q. Was Cape Cod Human Services responsible
10  for the speech therapy, the psychotherapy?
11  A. They would be available through another
12  branch of Cape Cod Healthcare which would
13  be the Visiting Nurses Association. They
14  would send out the speech therapy and
15  physical therapy. The foster family support,
16  over the process of time we would just,
17  we'd try to get maybe the daughter involved
18  or the sons involved, things like that.
19  Q. You also list under "problem" FH.
20  A. Family history of alcoholism and psychiatric
21  problems. She had like a terrible family
22  history of alcohol-related problems and
23  suicides and bipolar problems.
24  Q. Doctor, does a family history of alcoholism
25  increase a patient's likelihood of becoming

Page 49

1   an alcoholic?
2   A. Yes.
3   Q. Does a family history of being bipolar
4   increase the likelihood of becoming bipolar?
5   A. Yes.
6        MS. STEVENS: Let's go off the
7   record.
8        VIDEOGRAPHER: The time is 2:14 p.m.
9   We are off the record.
10       (Break taken)
11       VIDEOGRAPHER: The time is 2:15 p.m.
12  and we are back on the record.
13  BY MS. STEVENS:
14  Q. Doctor, as part of that same record, if
15  you turn to Page 51, I see something titled
16  Psychopharmacology Evaluation.
17  A. Page 51, oh, yes.
18  Q. Could you read the presenting problem?
19  A. "She has a bruise and abrasion on her left
20  cheek, puffy upper lip, laceration on her
21  nose. Falmouth Hospital saw her yesterday
22  for speech therapy and waiting for the B bus,
23  she passed out. The emergency room evaluated
24  her there."
25  Q. And history of presenting problem?

Page 50

1  A. Quotes, "my right side is 58 and my left side
2     is 65," close quotes, real estate agent
3     for many years in Andover, Massachusetts,
4     very successful. I called over the emergency
5     room to try to get some records of
6     yesterday's evaluations and study reports.
7     CT, CAT scan reportedly clear done of her
8     head.
9  Q. If we turn to Page 52, you take a medical
10    history of Mrs. Dorsey?
11 A. Stroke three years ago in June 1997, bipolar
12    disorder and panic disorder, speech disorder
13    secondary to stroke, ovary removal at Mass.
14    General October '99, couldn't be wakened so
15    admitted to Mass. General for four, five
16    days and transferred to center for optimum
17    care. I put down here on the side, "trouble
18    finding vocabulary words, sustained by her
19    faith," like an aside. Sometimes I do that,
20    like my own reflections on what she's saying.
21 Q. And then you take a list of the current
22    medications she was on?
23 A. Yes.
24 Q. Can you read that list?
25 A. Depakote, 500 milligrams twice a day, per

Page 51

1     Dr. Alpert.
2  Q. And what's Depakote?
3  A. Depakote's the anticonvulsant drug,
4     divalproex sodium.
5  Q. Do you know why she was on Depakote?
6  A. She was on that for mood disorder, bipolar
7     disorder at Massachusetts General Hospital
8     psychopharmacology for seven years. His
9     name is Jonathan Alpert. And Neurontin,
10    300 milligrams every morning and
11    600 milligrams every night. Lithium, 450.
12 Q. That's to treat her bipolar?
13 A. Yes, and Klonopin, one milligram three
14    times a day.
15 Q. Do you know why she was on Klonopin?
16 A. Probably, I'm just, I had gotten the history
17    of an anxiety disorder and panic disorder
18    that I probably --
19       MR. FIORE: No guessing.
20 A. I'm guessing.
21 Q. Don't guess. If you don't recall, you
22    don't recall.
23 A. No, I don't recall. Celexa, 40 milligrams
24    every morning.
25 Q. What's Celexa used for?

Page 52

1  A. It's Citalopram. It's an SSRI. It's
2     40 milligrams every morning, and Levoxyl,
3     50 milligrams -- correction, 50 micrograms
4     every day.
5  Q. What's Levoxyl?
6  A. Levoxyl is levothyroxine. It's a thyroid
7     hormone. Aspirin, one a day, lorazepam.
8     .5 milligrams, 45 a month.
9  Q. And what's lorazepam?
10 A. It's an antianxiety drug. And Xanax,
11    that's another antianxiety drug, one
12    milligram for sleep at night and she got
13    50 tablets a month, and I put down here as
14    an aside she's got abrasions on both arms,
15    slow historian, misunderstands my questions,
16    answers off the point, but it is relevant.
17 Q. She's on two, three different antianxiety
18    drugs at this time, is that fair?
19 A. Yes.
20 Q. Is that a typical course of treatment?
21 A. Not typical, but sometimes one sees that.
22 Q. Okay. Alcohol and substance use?
23 A. One glass of wine a day, red wine, six
24    ounces a day, "under control" I put down.
25 Q. Do you know why you put down "under control"?

Page 53

1  A. I checked, that usually means that she feels
2     like she's under control of her alcohol
3     consumption, and she was smoking one pack
4     per day.
5  Q. Under social and family history, she notes
6     that she has an estranged husband?
7  A. Yes, estranged husband since 1965, alcohol,
8     no sex in 14 or 17 years. I can't make
9     that out.
10 Q. Do you recall during this time period when
11    you first started treating Mrs. Dorsey
12    what she told you about the relationship
13    with her husband?
14 A. I recall that he was living apart I think
15    in New Hampshire and they had some contact
16    with each other and he was a jazz musician
17    and that he hadn't been involved with her
18    that much at all.
19 Q. Do you recall whether he caused her stress
20    during the early times you were seeing her,
21    or their relationship caused stress?
22 A. I'd have to search the records. I don't
23    recall.
24 Q. Okay. Doctor, you mentioned earlier that
25    Mrs. Dorsey had complications from a stroke.

14 (Pages 50 to 53)

Page 54

1 What kind of complications can a person
2 have after having a stroke?
3 A. In her case she had difficulties with
4 speaking, difficulties with planning,
5 difficulties with organization, difficulties
6 with walking. She had to have her cane for
7 support for the right side, and difficulties
8 with calculations.
9 Q. Throughout the medical records there's a
10 number of instances of problems with her
11 falling or her balance.
12 A. Yes.
13 Q. Do you attribute that as related to her
14 stroke?
15 A. Yes.
16 Q. There's also a number of references to car
17 accidents that she had over the years, motor
18 vehicle problems. Is that also something
19 that could be attributed to her stroke?
20     MR. FIORE: Objection. Speculation.
21 You can answer if you can.
22 A. I don't know that I have an opinion of why
23 she had the accidents she did.
24 Q. Let's turn to Page 356, which I believe is
25 your March 30th record of seeing Mrs. Dorsey.

Page 55

1 A. Yes.
2 Q. Could you read her mental status?
3 A. "58 years old, gets very agitated when
4 she doesn't take middle-of-the-day doses,
5 so values taking it in midday. MAO
6 inhibitors in the 1980s."
7 Q. What's an MAO inhibitor?
8 A. Monoamine oxidase inhibitor, it's an
9 antidepressant for real severe depressions.
10 She took those in the 1980s. "Prozac put
11 her off the wall. Dr. Gonzalez saw her
12 yesterday, speech therapy and physical
13 therapy work with her. She can't do
14 numbers," I mean by that calculations,
15 "stroke has left her unable to comprehend
16 speech or do math, she's aware of her
17 losses of cognitive skills. Dr. Jonathan
18 Alpert saw her recently and changed doses.
19 This is the first time she's had to live
20 alone, recalls mania on several years ago
21 that drove people away, using her meds
22 regularly, daughter's polarity, using Xanax
23 sparingly."
24 Q. Do you know why you wrote "using Xanax
25 sparingly"?

Page 56

1 A. Because she had been on that combination
2 that you mentioned, Klonopin, lorazepam
3 and Xanax, so I recall that she was wanting
4 to take this, but I was trying to keep her,
5 it under control as well.
6 Q. And over the years of the course of your
7 records, there are a lot of references to
8 you cutting back her Xanax or she trying to
9 take more Xanax?
10 A. Right.
11 Q. Did you believe she was addicted to Xanax?
12 A. Depended on it.
13 Q. Okay. Can you tell me some of the
14 side-effects from taking Xanax?
15 A. In her case it was, we're worrying about
16 her getting unsteady on her feet and
17 functioning more poorly and falling I go
18 on to say, "going to mass regularly with
19 her daughter, solice for her, wants to let
20 go of all the negative things that she's
21 carried around since she's been a girl with
22 alcoholic parents, lab work was done this
23 past week."
24 Q. Let's turn to 355, which I believe is the
25 next time that you saw her, which is 4/27.

Page 57

1 next page over, and in the diagnosis field
2 it's written "alcohol abuse"?
3 A. Yes.
4 Q. Can you explain what Mrs. Dorsey's
5 relationship was with alcohol?
6 A. The relationship, as I gather here, my
7 recall is that it was a problem, could be a
8 problem for her, but we were encouraging
9 her to keep down the consumption and keep
10 it under control.
11 Q. Can alcohol affect some of the medications
12 that Mrs. Dorsey was taking during this
13 time period?
14 A. Yes.
15 Q. How can it affect it?
16 A. Increased sedation, unsteadiness, cause
17 her difficulty with safety and other ways.
18 Q. Specifically which medicines interact with
19 alcohol that she was taking?
20 A. Almost all of them, Depakote, Klonopin,
21 Xanax, lorazepam. Neurontin, not too much
22 Neurontin, but, yeah.
23 Q. Was that part of your concern with her
24 alcohol use, was the number of medications
25 that she was on as well?

Veritext Corporate Services
800-567-8658                                                                 973-410-4040

Page 94

1  date?
2  A. Yes. I think she stayed with Xanax instead.
3  Q. Do you have any recollection of Mrs. Dorsey
4     telling you how going off Klonopin made her
5     feel?
6  A. No, not at this time.
7  Q. Any reason to dispute that if Mr. Dorsey
8     reported that she had remarkable improvement
9     once the Klonopin was stopped, would that
10    surprise you?
11 A. Not if she was using it in combination with
12    the other things that she was taking.
13 Q. If we could turn to 124, if you don't mind
14    reading it.
15 A. "She was discharged last week from Falmouth
16    Hospital after being admitted for medicine
17    stabilization."
18 Q. What does "medicine stabilization" mean?
19 A. To try to figure what medicines she's on
20    and to make sure she's taking the doses
21    that she says she's taking and to see if
22    it has any effect on her adversely.
23 Q. Is that a compliance issue or is it an
24    interaction issue or is it a combination of
25    both?

Page 95

1  A. I don't know right at this time what it
2     might have been. It might have had to do
3     with her medical conditions as well. I
4     think what I meant, what I usually mean
5     when I put down medicine stabilization is
6     that to watch, to see whether or not she
7     really was on what she said she was on and
8     how she was doing with them.
9        "Meds at 10:00 a.m. today, yesterday
10    went to son's house north of Boston to see
11    their new baby, using .5 to 1.0 milligrams
12    of Xanax, Dr. Schmaman saw her this past week
13    and recommended decreasing Neurontin with
14    goal to discontinue it. Taking Neurontin
15    300 milligrams in the morning and
16    600 milligrams at night, last thing in the
17    world" --
18 Q. The "last thing" or the "best thing"?
19 A. Neurontin the best -- I don't know what,
20    either the last or the best thing in the
21    world. That's not helpful. "We write out a
22    tapering schedule, six weeks of inability
23    to care of self and she wants to go and not
24    have DNR, do not resuscitate, would want no
25    further, would want no sustenance after six

Page 96

1  weeks, would want pain medicines but no
2  surgery for relief. PCA analgesic she'll
3  like. Jim's okay with his melanoma, but
4  wants all done so long as his brain is
5  working, speech is much clearer today."
6  Q. Did you know that she's off the Klonopin
7     during this time that her speech is much
8     clearer?
9  A. No, not that I remember right now. I
10    don't see that in the notes. So the plan
11    is to taper Neurontin gradually starting
12    next week.
13 Q. Why did you taper Neurontin?
14 A. I think Dr. Schmaman had recommended, I
15    think, Dr. Schmaman saw her this past week
16    and recommended decreasing Neurontin with
17    a goal to discontinue it.
18 Q. Why would you not just discontinue? Were
19    you worried about seizures?
20 A. Yeah, a couple of things when you stop --
21    you just can't stop an antiepilepsy drug
22    quickly, and the second thing is that if
23    she has any worsening like happened when
24    she was on it before and we dropped it away,
25    we'd want to be able to reinstitute it

Page 97

1  without too much trouble.
2  Q. So you came up with a tapering schedule for
3     her?
4  A. Yes, yes.
5  Q. It looks like during this time period you're
6     tapering her Lithium as well, if you turn to
7     120.
8  A. Yes, slow taper off her medicines.
9  Q. I think you note she's still on a small
10    amount of Lithium and she's been tapering
11    off Neurontin successfully?
12 A. Yes.
13 Q. Okay. So you're tapering both at the same
14    time?
15 A. Looks like it, yes.
16 Q. If you turn to 119, this is the first
17    record that I've seen where she mentions
18    this litigation to you. Do you recall that
19    visit?
20 A. Yes.
21 Q. Do you recall what she told you?
22 A. No, just that she was going to join the suit
23    against the Neurontin manufacturer.
24 Q. And did you encourage her or discourage her
25    or have any conversation with her about the