UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

MARY P. DORSEY, Individually and as
Administrator of the Estate of James Dorsey

Magistrate Judge Leo T Sorokin

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Set forth below is Defendants' Template First Interrogatories, Products Liability Plaintiffs' corresponding objections, Magistrate Leo T. Sorokin's directives set forth in Discovery Order No. 2 dated June 19, 2006, pertaining thereto, and Individual Plaintiff's responses.

### OBJECTIONS PERTAINING TO ALL INTERROGATORIES

### (GENERAL OBJECTIONS)

1.  Plaintiff, by her Attorney, Timothy J. Perry, hereby responds and objects to Defendants' First Set of Interrogatories dated May 8, 2006. These responses and objections are made without in any way waiving or intending to waive, but on the contrary reserving and intending to reserve, the right to object on any additional ground at any time to a demand for further response, and the right at anytime to revise, supplement, correct, or add to these responses and objections

regarding the marketing of the drug Neurontin for uses not approved by the United States Food and Drug Administration, and records and deposition testimony obtained from the Defendant in the course of discovery, and, pursuant to Discovery Order No 2 dated 6/19/06, Plaintiff will also respond regarding information other than that set forth in the records obtained from the litigation referred to in their objection.

The Plaintiff has no further information responsive to Interrogatory No. 16.

**INTERROGATORY NO. 17:**

Please state whether Plaintiff ever had: (1) any communications with any individual at the Food and Drug Administration ("FDA") or (2) any communications with any individual at Pfizer Inc. or Warner-Lambert Company LLC or their affiliates or agents regarding Neurontin, including but limited to online, phone, mailed or faxed communications, and if so, please state the names and addresses of individuals who would have knowledge of the communication and state the substance of the communication.

**RESPONSE TO INTERROGATORY NO. 17:**

In addition to the General Objections, the Plaintiff objects to Interrogatory No. 18 on the ground that to the extent Defendants would have been notified by the FDA of any such communications, such information is within the purview of the Defendants.

Subject to and without waiving the General Objections and the foregoing specific objections, Plaintiff will respond to this Interrogatory.

The Plaintiff has no further information responsive to Interrogatory No. 17.