UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2010 APR 28  A 10: 30

U.S. DIST... COURT
DISTRICT OF MASS.

In re:  NEURONTIN MARKETING AND
SALES PRACTICES LITIGATION
--------------------------------------------------------/

THIS DOCUMENT RELATES TO:

--------------------------------------------------------/

ANA MEDERO and SHIRLEY LEVIN,
On behalf of themselves and all
persons similarly situated,

        Plaintiffs,

v.

PFIZER, INC., WARNER LAMBERT
COMPANY, L.L.C., and PARKE-
DAVIS, a Division of Warner-Lambert
Company,

        Defendants
--------------------------------------------------------/

MDL Docket No. 1629
Master file No. 04-10981
Judge Patti B. Saris
Magistrate Judge Leo T. Sorokin

**MOTION TO WITHDRAW**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

The law firm of Freidin & Dobrinsky, P.A. f/k/a Freidin & Brown, P.A., hereby files this

Motion to Withdraw as Counsel of Record in the above-captioned matter, and in support thereof

states:

1.     The law firm of Freidin & Dobrinsky, P.A. f/k/a Freidin & Brown, P.A., originally filed the

       instant class action in Florida State court.

2.     Though this case was originally filed in State court, Defendants removed the action to the

       United States District Court for the Southern District of Florida.

3.     On or about December 13, 2004, the federal case was transferred by the Judicial Panel on

       Multi-District Litigation to the United States Court for the District of Massachusetts.

4.      Subsequent to the transfer, the United States Court for the District of Massachusetts denied class certification.

5.      Plaintiffs, Ana Medero and Shirley Levin, are aware and have received written notice that Freidin Dobrinsky, P.A. f/k/a Freidin & Brown, P.A., is not going to prosecute individual claims against Defendants.

6.      This case is not set for trial.

7.      Neither Plaintiffs nor Defendants will suffer any prejudice by the Court's approval of Freidin & Dobrinsky, P.A.'s f/k/a Freidin & Brown, P.A.'s withdrawal as counsel of record in this case.

WHEREFORE, counsel respectfully requests that this Court grant its Motion to Withdraw and enter an Order permitting Freidin & Dobrinsky, P.A. f/k/a Freidin & Brown, P.A. to withdraw as counsel of record and to allow Plaintiffs sixty (60) days from the date of the Order in which to secure substitute counsel.

2

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this $\partial$ $6$

day of April, 2010 to Kenneth Reilly, Esquire, Shook, Hardy & Bacon, L.L.P, 201 South Biscayne

Blvd., Suite 3200, Miami, Florida 33131, James P. Rouhandeh, Esquire, Davis Polk & Wardwell,

450 Lexington Avenue, New York, NY 10017, David B. Chaffin, Esquire, Hare & Chaffin, 160

Federal Street, 23rd Floor, Boston, MA 02110; and mailed certified mail return receipt requested to

Ana Medero, 3210 S.W. 142nd Avenue, Miami, Florida 33175-6727and Shirley S. Levin, 4784

Navigator Lane, Boynton Beach, Florida 33436.

Respectfully submitted,

FREIDIN•DOBRINSKY
One Biscayne Tower Bldg.
2 South Biscayne Blvd.
Suite 3100
Miami, FL 33131
Tel: 305-371-3666

By:

ERIC BLUESTEIN, ESQ.
Florida Bar No. 0058240

U.S. DISTRICT
DISTRICT OF MASS.
2010 APR 28 A 10: 30
FILED
IN CLERKS OFFICE

3