UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| *Dees v. Pfizer Inc, et al., C. A. No. 05-11027-PBS* | |

**NOTICE OF DEATH OF A PARTY PURSUANT TO FED.R.CIV.P. 25**

PFIZER, INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY and WARNER-LAMBERT COMPANY LLC ("Defendants") note upon the record, pursuant to Rule 25 of the Federal Rules of Civil Procedure, the death of JOHN DEES during the pendency of this action.

Dated: April 29, 2010
New York, New York

    Respectfully submitted,

    SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP

    By: __/s/ Mark S. Cheffo__
    Mark S. Cheffo
    Four Times Square
    New York, New York 10036
    Tel: (212) 735-3000

BOIES SCHILLER & FLEXNER, LLP

By: /s/ Harlan A. Levy
Harlan A. Levy
575 Lexington Avenue
New York, NY 10022
Tel: (212) 446-2360

 and

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
Ana M. Francisco (BBO # 564346)
One International Place
Boston, MA  02110
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on April 29, 2010.

 /s/ Ana M. Francisco
Ana M. Francisco