UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

Pursuant to the April 8, 2010 Electronic Order directing the parties to submit a joint report stating, for each law firm representing plaintiff(s), the number of individual actions the firm has pending before this court and the number of separate plaintiffs on whose behalf the firm has brought these actions, the Joint Report is annexed hereto as Exhibit "A".

Dated: April 29, 2010

Respectfully submitted,

Members of Products Liability
Plaintiffs' Steering Committee

By: /s/ Andrew G. Finkelstein_____
    Andrew G. Finkelstein, Esquire
    Finkelstein & Partners, LLP
    436 Robinson Avenue
    Newburgh, N.Y. 12550

By: /s/ Jack W. London_____
    Jack W. London, Esquire
    Law Offices of Jack W. London
      & Associates
    106 E. 6th Street, Suite 700
    Austin, TX 78701