EXHIBIT A

| **Finkelstein & Partners, LLP** | **Docket #** |
|---|---|
| 1  Acton, Albert | 05-12129 |
| 2  Adkins, Donno Joyce | 06-10539 |
| 3  Alsberge, Debra Johnson | 05-11699 & 06-1095 |
| 4  Beckworth, Dorothy | 06-12213 |
| 5  BelBruno, Steven | 05-11153 |
| 6  Belongie, Jr., Gerald W. | 06-10109 |
| 7  Bennett, Marilyn | 08-10678 |
| 8  Bentley, Joanna | 05-11997 |
| 9  Brida, Janeen | 07-12129 |
| 10  Briggs, Robin Stern | 05-11700 & 07-10327 |
| 11  Brown, Sidney | 05-11037 |
| 12  Cailor, Lore J. | 06-10537 |
| 13  Campbell, Nicole Y. | 06-11483 |
| 14  Cascio, Joseph | 06-10536 |
| 15  Colton, Peggy Ann | 05-11996 |
| 16  Cook, Earl Richard | 06-10777 |
| 17  Dane, Krystie | 05-12384 |
| 18  Dees, John | 05-11028 |
| 19  Digiacomo, Jay | 05-11023 |
| 20  Dixon, Andre Lashall | 05-11998 |
| 21  Drinkwine, Teresa | 09-10836 |
| 22  Durden, Curtis, Jr. | 08-11705 |
| 23  Farris, Jeffrey | 06-12063 |
| 24  Feyer, Shanan | 05-11035 |
| 25  French, Sandra | 05-12595 |
| 26  George, Lanny | 06-10112 |
| 27  Haddock, Larry | 06-10254 |
| 28  Hargrove, Jonnie | 05-11034 |
| 29  Henry, Nancy | 05-11995 |
| 30  Huffman, Dan | 05-10829 |
| 31  Isaacs, Debra L. | 07-10630 |
| 32  James, Nicole Justine | 05-11022 |
| 33  Jarosz, John | 05-11263 |
| 34  Keegan, Kevin | 06-10538 |
| 35  Leu, Michael | 09-10422 |
| 36  Libby, Dawn M. | 06-11482 |
| 37  Long, Patti | 06-11582 |
| 38  Lutz, Dallas Mae | 06-10255 |
| 39  Lyman, Gary L. | 05-11020 |
| 40  Marzolo, Paul | 05-12387 |
| 41  McGee, Oscar | 05-12593 |
| 42  McLendon, Denise | 08-12034 |
| 43  Messer, Sandra Lynn | 08-11041 |
| 44  Minisquero, Mark | 05-11021 |
| 45  Monsue, Ann | 08-11533 |

| | | |
|---|---|---|
| 46 | Montgomery, Maralyn | 06-10110 |
| 47 | Montogomery, William | 05-11032 |
| 48 | Morrow, James, Jr. | 08-11706 |
| 49 | Mosely, Thelma Juanita | 05-12388 |
| 50 | Mowdy, Shirley | 08-12388 |
| 51 | Mustafa, Fazile | 06-11394 |
| 52 | O'Bryan, Jr., Arnold | 05-12594 |
| 53 | O'Sullivan, Joanna | 08-11256 |
| 54 | Owens, Darlene | 05-11017 |
| 55 | Paulsen, Patti | 05-10830 |
| 56 | Pursey, Mitzi | 07-10106 |
| 57 | Ramsey, Lena | 06-12212 |
| 58 | Reilly, Arthur | 07-12236 |
| 59 | Richey, Linda | 05-12000 |
| 60 | Roberson, Edna | 05-13001 |
| 61 | Samuels, Jacqueline J. | 08-10958 |
| 62 | Scott, Kim E. | 06-10253 |
| 63 | Shaw, Joy M. | 06-11584 |
| 64 | Shelley, Larry A. | 06-11935 |
| 60 | Sizemore, Algina | 06-10111 |
| 65 | Sloan Doris | 07-11253 |
| 66 | Smith, Monica | 05-10833 |
| 67 | Smith, Rosemary | 06-10535 |
| 68 | Spencer-Acker, Debbie L. | 08-12088 |
| 69 | Stadler, Jason | 08-11330 |
| 70 | Sumait, Rosalia | 05-10832[1] |
| 71 | Tilley, Kelly A. | 06-11773 |
| 72 | Valentine, Deborah | 07-11067 |
| 73 | Vercillo, Frank | 05-11019 |
| 74 | Vinyard, Janice | 07-12233 |
| 75 | Vorholt, Carol A. | 08-10740 |
| 76 | Wampole, Bryan | 07-11072 |
| 77 | Werner, Carole | 05-11994 |
| 78 | Wolosonowich, Dennis | 06-11395 |
| 79 | Woolum, Pamela | 07-10853 |
| 80 | Young, Brent D. | 06-11446 |

**Garcia & Karam, LLP**

| | | |
|---|---|---|
| 81 | Aranda | Aranda vs. Pfizer 06-CV-10310 |
| 82 | Burleson | Burleson vs. Pfizer 06-CV-11583 |
| 83 | Felici | Felici vs. Pfizer 06-CV-10689 |
| 84 | Fonesca | Fonesca vs. Pfizer 06-CV-10311 |
| 85 | Garcia | Garcia vs. Pfizer 06-CV-11775 |
| 86 | Salinas | Salinas vs. Pfizer 06-CV-10687 |

---

[1] The parties have agreed to dismiss this case.

**Jack London /
Carl Pierce, Esq., Wright & Greenhill, P.C.**

87   Barlow, Irene                      Barlow v. Pfizer 05-CV-11501

**Stephen N. Leuchtman, Esq.**
88 Bundoff, Robin                       Bundoff v. Pfizer 06-CV-10955

**Henninger Garrison Davis, LLC**
89 Agee, Sheila                         Agee v. Pfizer 06-CV-11381
90 Baker, Meicki                        Meicki v. Pfizer 06-CV-11382
91 Blackwell, Andria                    Blackwell v. Pfizer 06-CV-10420
92 Brown, Charles                       Brown v Pfizer 06-CV-11383
93 Chappell, Troy                       Chappell v. Pfizer 06-CV-11384
94 Eaddy, Leisa                         Leisa v. Pfizer 06-CV-11385
95 Grisson, Odessa                      Odessa v. Pfizer 06-CV-11386
96 Holloway, Marsha                     Holloway v. Pfizer 06-CV-11387
97 Huff, Pauline                        Huff v. Pfizer 06-CV-11388
98 Poole, Jacqueline                    Poole v. Pfizer 06-CV-11389
99 Reach, Joyce                         Reach v. Pfizer 06-CV-11390
100 Southern, Jessica                   Southern v. Pfizer 07-CV-10428
101 Whitten, Jessica                    Whitten v. Pfizer 06-CV-11391

**Pogust Braslow & Millrood, LLC**
103 Bonner, Hilda                       Bonner v. Pfizer 07-CV-10324
104 Cox, Sharon                         Cox v. Pfizer 06-CV-12048
105 Hairfield, Alice                    Hairfield v. Pfizer
106 Newbury, Erick                      Newbury v. Pfizer 07-CV11499
107 Smolucha, Marianne                  Smolucha v. Pfizer  05-CV-11261
108 Henderson, Dale Wayne               Henderson v. Pfizer 06-CV-10956

**Alan M. Slater, Esq.
Mazie Slater & Freeman, LLC**
109 Sandra Gaudio & Gerard Gaudio       Gaudio v. Pfizer 06-CV-11580

**Edgar Law Firm**
110 Mecija, Jennifer                    Mecija v. Pfizer 06-CV-11445

**Brooks Law Firm**
111 Strickland, Kelly                   Strickland v. Pfizer 05-CV-11993

**Manyard & Mayeaux**
112 Johnson, Elmenia                    Johnson v. Pfizer 06-CV-10309

**Kathryn Snapka and Susan Barclay**
113 De La Garza, Jennifer               De La Garza v. Pfizer 07-CV-15069

**Christopher Neyland, Neyland & Brewer, LLP**
114 Fish, Deborah                Fish v. Pfizer 05-CV-11505
115 Coleman, Keith               Coleman v. Pfizer 05-CV-11504

**Law Office of Michael D. Liberty**
116 Leidendecker, Sandra         Leidendecker v. Pfizer 05-CV-12074

**Mark Edwards, Edwards Law Firm**
117 Holloway, Jerry and Carolyn  Holloway v. Pfizer 04-CV-12624

**Anderson, Hemmat & Levine, LLC**
118 McMinn, Sean                 McMinn v. Pfizer 05-10390

**Cross, Poole, Goldasich & Fischer**
119 Burroughs, Frieda            Burroughs v. Pfizer 05-CV-11260

**Cristalli & Saggese, Ltd. by Marc A. Saggese**
120 Almeida, Monica              Almeida v. Pfizer 05-CV- 11264

**Law Office of J. Christopher Kervick by J. Christopher Kervick**
121 Wilson, Louise C. and Robert F.   Wilson v. Pfizer 05-CV11502

**Gene E. Schroer**
122 Cunningham, Brenda           Cunningham v. Pfizer 05-CV-11503

**Westermann, Hamilton, Sheehy, Aydelott & Keenan, L.L.P. by Christopher P. Keenan**
123 Minervino, Mary Ann          Minervino v. Pfizer 05-CV-11513

**Egan & Jamiolkowski by Margaret M. Egan**
124 Reott, Edward                Reott v. Pfizer 05-CV-11514

**Manuel H. Miller**
125 Johnson, Melissa             Johnson v. Pfizer 05-CV-12073

**Becnel Law Firm, L.L.C. by Daniel E. Becnel, Jr.**
126 McPherson, Harold J.         McPherson v. Pfizer 05-CV-12076

**Michael A.K. Dan**
127 Marilyn Lewis and Harry Lewis v. John Barrett 06-CV-11392

**Peter J. Stubbs**
128 Putnam, Deanna               Putnam v. Pfizer 06-CV-11393

**Walter Boyaki**
129 Telles, Gloria                                    Telles v. Pfizer 07-CV-11156

**Paul S. Hughes, Esq. by Paul S. Hughes**
130 Huberman, Allan M.                      Huberman v. Pfizer 07-CV-11336[2]

**Pro Se**
131 Lynch, Cynthia Ulett                    Lynch v. Pfizer 07-CV-11280
132 Treater, Teresa                             Treater v. Pfizer 05-CV-12123
133 Edwards, Keith P.                         Edwards v. Pfizer 05-11701
134 Watson, Scott Alan                       Watson v. Pfizer 05-CV-12002
135 Ballard, Dellapino                         Ballard v. McKinnell, Jr. 06-CV-11154[3]
136 Morrow, James                             Morrow v. Pfizer 06-CV-11579

**Boone Law Firm, P.A.**
* see attached listing of 307 cases *

**Law Offices of Newton B. Schwartz, Sr. by Newton B. Schwartz, Sr.**
137  Accettullo, Martha                      Accettullo v. Pfizer 06-CV-10912
     Dametria Igbonagwam, Individually and as Admin. of the Estate of Alesha Brown
     Kristina Wilson
     Lovell L. Jones- Coleman
     Kenneth Gross
     Charles Northcutt
     Kathy Young
     Carla Jones
     Robert Colley
     Elroy Johnson
     Mehmet Kilic
     Jacqueline Manning
     David Pettit
     Robert St. Hilaire
     Stephen Jana
     Caryl Taylor
     Leotis Williams

138  Brewster, Kamaliha Y.              Brewster v. Pfizer  06-CV-11022
     Timothy Jackson
     Sandra Logan

139  Charles D. Girard, Sr.                Girard v. Pfizer 06-CV-11023
     Felisha Carpenter
     Lesa Carpenter
     Mary Kestner

---

[2] The parties filed a joint stipulation of dismissal with prejudice; see 3/4/10 Docket no. 2605.
[3] This case has not bee certified.

    Barbara Knowlton
    Jennifer Napoli-Branson, Individually and as Admin. of the Estate of Sherry Groves
    Sherry Pastine, Individually and as Administratrix of the Estate of Samuel Pastine

140  Virgil L. Anderson                    Anderson v. Pfizer 06-CV-11024
    Tosha Best
    Zina McCue