# BOONE LAW FIRM, P. A.

### 401 WEST SUNFLOWER AVENUE
### POST OFFICE BOX 1772
### CLEVELAND, MISSISSIPPI 38732

TELEPHONE (662) 843-7946
LBOONE@BOONELAWFIRM.COM

FACSIMILE (662) 843-7950
WWW. BOONELAWFIRM.COM

## LISTING OF ACTIVE NEURONTIN CLIENTS

*Jessie Allen, et al vs. Pfizer, Inc., Case No.  4:07cv74*

---Total Clients in the Initial Lawsuit (Allen, et al.) = **351**
(353 Clients listed in Complaint, but Two Clients - Doris Johnson & Larry Eddie Vail were listed twice in Complaint)
--Total Clients Dismissed/Closed (Allen, et al.) = **81**
----- Total Active Clients (Allen, et al.) = **270**

1. Adams, Mary
2. Adams, Nathan
3. Aldridge, Linda
4. Allen, Jessie
5. Allen, Vivian
6. Applewhite, Mary
7. Ashford, Mary
8. Banks, Terry
9. Barbee, Jimmie
10. Barnes, Robert
11. Bass, Teresser
12. Beckum, Martha
13. Bennett, Vannila
14. Benson, Casssandra
15. Benton, Ledora
16. Berry, Audrey
17. Bland, Elizabeth
18. Blaylock, Joe
19. Booker-Meeks, Helen
20. Bouie, Frances
21. Bowyer, Carol
22. Bratcher, John
23. Brinkley, Carl
24. Brooks, Darrell

25. Broome, Betty
26. Brown, Jessie
27. Brown, Thomas Jefferson
28. Bryson, Bobbie
29. Campbell, Minnie C.
30. Cannon, Lillie
31. Carson, Corine
32. Castellane, Mary
33. Christman, Kathy
34. Clark, Emma
35. Clarke, George
36. Collier, Sr., Claiborne Leon
37. Collins, Everlernn
38. Conn, Donald
39. Craig, Katie
40. Crapps, Ruby
41. Creswell, Memye
42. Criss, Lynette
43. Crumble, Cora L.
44. Crystian, Jr., Theodore
45. Cunningham, Linda
46. Darby, Alford
47. Darling, Jimmy
48. Davis, Carolyn
49. Davis, Levi
50. Delotta, Serboya
51. Dillon, Alton
52. Dillon, Marshall
53. Duvall, Catherine
54. Edmonds, Mary Jane
55. Edwards, Annie
56. Edwards, Parlee
57. Ellis, Pamela
58. Ellis, Samuel W.
59. Epps, Clara
60. Evans, Lillie
61. Everett, Gregory Linn
62. Fields, Texcellar
63. Fincher, Inez
64. Fisher, Michael
65. Fleming, Ethel
66. Forbes, Glen
67. Ford-Patterson, Essie
68. Garrett, Aleice
69. Gibson, Andrew Frederick
70. Gildon, Beneal

BOONE LAW FIRM, P.A. • 401 WEST SUNFLOWER AVENUE • CLEVELAND • MISSISSIPPI • 38732-1772 • TEL (662) 843-7946 FAX • (662) 843-7950
WWW.BOONELAWFIRM.COM

71. Gilmer, Walter
72. Givens, Jamie
73. Givens, Narie
74. Glass, Shannon
75. Glenn, Frances
76. Green, Estate of L.G.
77. Greer, Claudette
78. Gregory, Emma Eiland
79. Grinston, Fannie
80. Hales, Linda
81. Hamilton, Cora
82. Hammarstrom, Eric
83. Haney, Margaret
84. Hannah, Robert
85. Hardy, Tommy
86. Harkins, Billie
87. Harris, Christine
88. Harris, Clarence
89. Harris, Freddie
90. Harrison, Doyle
91. Harveston, Linda
92. Haslet, Gregory
93. Hasselbach, Lavurne
94. Havard, Belinda
95. Hayes, Estate of Florence
96. Head, Mark
97. Hendon, Rufus
98. Henry, Carl
99. Hernandez, Ernest
100. Hester, Mae Catherine
101. Hicks, Shawand
102. Hollingsworth, Karen
103. Holmes, Evia
104. Holt, Evelyn
105. Hony, William
106. Hoover, Frank
107. Hoover, Ruby
108. Howard, Emma
109. Howard, Ethel Mae
110. Hunter, Lillie
111. Ingram, Charles
112. Jackson, Bettye
113. Jackson, Josephine
114. Jackson, Mattie D.
115. James, Cassandra
116. Jeffcoat, James

BOONE LAW FIRM, P.A. • 401 WEST SUNFLOWER AVENUE • CLEVELAND • MISSISSIPPI • 38732-1772 • TEL (662) 843-7946 FAX • (662) 843-7950
WWW.BOONELAWFIRM.COM

117. Jefferson, Macatherine
118. Johnson, Cheryl
119. Johnson, Debra
120. Johnson, Doris
121. Johnson, Lena
122. Johnson, Margaret
123. Johnson, Nikisha
124. Johnson, Ollie
125. Johnson, Robert
126. Johnson, Velma
127. Jones, Rose M.
128. Jordon, Edward
129. Kendrick, Jacqueline
130. Keys, Johnny
131. Knight, Falisha
132. Kyle, Christopher
133. Lacy, Ellaweise
134. Lacy, Shanetta
135. Landrum, Henry
136. Langdon, Birdie
137. Latham-Harrison, Gloria
138. Lawson, Mary
139. Lawson, Robert
140. Lee, Diane
141. Lepard, Dawn
142. Lesure, Frank
143. Lewis, Estate of Cornelius
144. Lewis, Jackie
145. Lindley, Betsy Miller
146. Livingston, Mickey
147. Logan, Chris A.
148. Longino, Sylvia
149. Lott, Lula
150. Lucas, Jannie
151. Maggett, Bobbie
152. Martinson, Dorothea
153. Mason, Elton
154. McAdory, Joyce
155. McBeath, Patricia
156. McCardle, Casey
157. McClendon, Charlie
158. McConnell, Franklin
159. McCoy, Marquitia
160. McCullar, Grady
161. McDonald, Sherman
162. McGowan, Lorraine

163. McIntee-Nelson, Martha
164. Meeks, Virgine
165. Melvin, Laperial
166. Mills, Tommie
167. Mitchell, Ava
168. Mitchell, Prince
169. Moore, Mattie
170. Morgan, Helen
171. Morrison, Sara
172. Murphy, Brandy
173. Murray, Linda
174. Neal, Debra
175. Newsome, Maybelle
176. Norman, Martha
177. Norwood, Mary
178. Odom, Tommie
179. Parks, Helen
180. Patton, Curtis
181. Perez, Sharon
182. Phillips, Kathy
183. Poindexter, Annie
184. Posey, Jacquelyn
185. Potts, Larry
186. Powell, Delories
187. Price, Hershel Jack
188. Price, Jerry
189. Primer, Janice
190. Quimby, Cynthia
191. Ray, Vera
192. Readus, Barbara
193. Rippy, Sallie E.
194. Roberts, Kathy
195. Robinson, R.C.
196. Robinson, Tara
197. Rochelle, Wayne
198. Rose, Mary
199. Sanders, Cherry
200. Sashfras, Shirley
201. Sayles, Jimmy
202. Scott, Estate of Clarissa
203. Scott, Grace
204. Scott, Vanessa
205. Self, Sean
206. Shepherd, Debra
207. Shields, Bridgette
208. Shields, Pamela

209. Shields, Sara
210. Shoemaker, Jr. Jack
211. Sims, Aaron
212. Singletary, Fletcher
213. Skinner, Lashonda
214. Smiley, Tony B.
215. Smith, Eugene
216. Smith, Lillie
217. Smith, Ronnie
218. Smith, Rosa W.
219. Smith, Ruby Maxine
220. Spencer, Bennie
221. Stagg, Jerry
222. Stampley, Darlene
223. Staten, John
224. Steele, Bobby Jean
225. Steverson, Carl
226. Sullivan, Debbie
227. Taylor, Cecil
228. Taylor, Dorian
229. Theodore, Jennifer
230. Thomas, Chester
231. Thomas, Dixie
232. Thomas, Erestia
233. Thomas, Estate of Bertha
234. Thomas, Magnolia
235. Thompson, Martha
236. Thornton, Bernice
237. Toler, Ella Mae
238. Tollison, Lanelle
239. Tolliver, Dorothy
240. Townsend, Dan
241. Townsend, Morris Edwin
242. Toy, Doris
243. Trim, Mike
244. Turner, Monnie
245. Tutor, Benjamin
246. Vail, Larry Eddie
247. Walls, Joann
248. Walters, Shirley Ann
249. Warfield, Connie
250. Warfield, Estate of Katherine
251. Washington, Della
252. Washington, Rosa
253. Watson, Debra
254. Watson, Joyce

255. Weathersby, minor, Michaelon
256. White, Clifton
257. White, Edneatha
258. Wildee, Walterine
259. Williams, Carole
260. Williams, Daisy
261. Williams, Eloise
262. Williams, Helen
263. Williams, Jr., Sanders
264. Williams, Nolan
265. Williams, Sr., O.C.
266. Williams, Taylor
267. Wilson, Lakeisha
268. Womack, Francis
269. Woods, Bobby
270. Young, Barbara

 # BOONE LAW FIRM, P. A.

401 WEST SUNFLOWER AVENUE
POST OFFICE BOX 1772
CLEVELAND, MISSISSIPPI 38732

TELEPHONE (662) 843-7946
LBOONE@BOONELAWFIRM.COM

FACSIMILE (662) 843-7950
WWW. BOONELAWFIRM.COM

## LISTING OF ACTIVE NEURONTIN CLIENTS

### *Leroy Anderson, et al. vs. Pfizer, Inc., Case No. 4:04cv275*

---Total Clients in the Initial Lawsuit (Anderson, et al.) = **29**
--Total Clients Dismissed/Closed (Anderson, et al.) = **3**
----- Total Active Clients (Anderson, et al.) = **26**

1. Adams, Loise
2. Anderson, Leroy
3. Barber, Marie
4. Bearden, Jerrell
5. Beckum, Sue
6. Carroll, Roy
7. Drennan, Shirley
8. Ford, Faith
9. Gatewood, Annie
10. Green, Kenneth
11. Haley, Lee
12. Harris, Melvin
13. Hunter, James
14. Jenkins, Charlotte
15. Knight, Elizabeth
16. Lowe, Jerry
17. Nance, Warren
18. Pierce, Donna
19. Plant, Rodney
20. Prince, Mark
21. Rhodes, Patricia
22. Smith, Frank
23. Smith, Louisia
24. Suber, Gregory
25. Thomas, Carlene
26. Young, minor, Re'Shedia

 **BOONE LAW FIRM, P. A.**
401 WEST SUNFLOWER AVENUE
POST OFFICE BOX 1772
CLEVELAND, MISSISSIPPI 38732

TELEPHONE (662) 843-7946
LBOONE@BOONELAWFIRM.COM

FACSIMILE (662) 843-7950
WWW. BOONELAWFIRM.COM

## LISTING OF ACTIVE NEURONTIN CLIENTS

### *Mary Cooper, et al vs. Pfizer, Inc., Case No. 2:04cv255*

---Total Clients in the Initial Lawsuit (Anderson, et al.) = **12**
--Total Clients Dismissed/Closed (Anderson, et al.) = **1**
----- Total Active Clients (Anderson, et al.) = **11**

1) Cooper, Mary
2) Ford, Glinda
3) Haynes, Charles B.
4) Maddox, Pearlie
5) Myers, Lolita
6) Newson, Betty
7) Pearson, Ethel
8) Rice, Rodger
9) Smith, Andrew
10) Smith, Jannie
11) Webb, et al., William

 **BOONE LAW FIRM, P. A.**
401 WEST SUNFLOWER AVENUE
POST OFFICE BOX 1772
CLEVELAND, MISSISSIPPI 38732

TELEPHONE (662) 843-7946
LBOONE@BOONELAWFIRM.COM

FACSIMILE (662) 843-7950
WWW. BOONELAWFIRM.COM

## LISTING OF ACTIVE NEURONTIN CLIENTS

*Jessie Allen, et al vs. Pfizer, Inc., Case No.  4:07cv74* -------   **270** Active Clients

*Leroy Anderson, et al. vs. Pfizer, Inc., Case No. 4:04cv275*--- **26** Active Clients

*Mary Cooper, et al vs. Pfizer, Inc., Case No. 2:04cv255* ----- **11**  Active Clients

**Total Number of Neurontin Clients = 307**