UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## STATUS REPORT May 3, 2010

Pursuant to the Court's May 16, 2005, Procedural Order, the undersigned counsel for Plaintiffs and Defendants hereby submit the attached Status Report to the Court listing the status of all pending motions to date as well as all cases transferred to MDL No. 1629.

Dated: May 3, 2010

Respectfully Submitted,

By: /s/ Mark S. Cheffo
Mark S. Cheffo
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Mark.Cheffo@skadden.com

By: /s/ Thomas M. Sobol
Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
tom@hbsslaw.com

*Plaintiffs' Liaison Counsel*

By: /s/ Ana M. Francisco
Ana M. Francisco  BBO# 564346
ROPES & GRAY LLP
One International Place
Boston, MA  02110
Tel:  (617) 951-7000

By: /s/ Barry Himmelstein
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

*Counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC*

By: /s/ Don Barrett
<br>Don Barrett, Esquire
<br>Barrett Law Office
<br>404 Court Square North
<br>P.O. Box 987
<br>Lexington, MS 39095

By: /s/ Daniel Becnel
<br>Daniel Becnel, Jr., Esquire
<br>Law Offices of Daniel Becnel, Jr.
<br>106 W. Seventh Street
<br>P.O. Drawer H
<br>Reserve, LA 70084

By: /s/ James Dugan
<br>James Dugan, Esquire
<br>Dugan & Browne
<br>650 Poydras St., Suite 2150
<br>New Orleans, LA 70130

By: /s/ Thomas Greene
<br>Thomas Greene Esquire
<br>Greene LLP
<br>33 Broad Street, 5th Floor
<br>Boston, MA 02109

*Members of the Class Plaintiffs' Steering Committee*

By: /s/ Richard Cohen
<br>Richard Cohen, Esquire
<br>Lowey Dannenberg Bemporad
<br>& Selinger, P.C.
<br>The Gateway
<br>One North Lexington Avenue
<br>White Plains, NY 10601

By:    /s/ **Linda P. Nussbaum**

Linda P. Nussbaum, Esquire
Kaplan Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022

*Members of the Non-Class Plaintiffs' Steering Committee*

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 3, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

---