UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | |

## ASSENTED-TO MOTION FOR LEAVE TO PRACTICE PURSUANT TO LOCAL RULE 83.5.3(b)

Ana M. Francisco, a member of the bar of this Court and co-counsel of record for defendants, Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC, (collectively "Defendants") respectfully moves pursuant to Local Rule 83.5.3(b) for an order granting the below-named counsel leave to appear and practice on behalf of Defendants.

1. Sean G. Saxon of Wheeler Trigg O'Donnell, LLP, 1801 California Street, Denver, Colorado 80202-2617;

2. Stephanie A. Reedy of Wheeler Trigg O'Donnell LLP, 1801 California Street, Suite 3600, Denver, CO 80202;

3. Michele R. Kendus of Goodell, DeVries, Leech and Dann, LLP, One South Street, Baltimore, Maryland 21202;

4. James A. Frederick of Goodell, DeVries, Leech & Dann, LLP, One South Street, 20th Floor, Baltimore, Maryland 21202;

5. Megan A. Jones of Wheeler Trigg O'Donnell, LLP, 1801 California Street, Suite 3600, Denver, Colorado 80202;

6.	Lisa Nousek of Boies, Schiller & Flexner LLP, 333 Main St, Armonk, NY 10504.

As set forth in the attached declarations, all are in good standing of the bar of each jurisdiction in which they have been admitted to practice, no disciplinary proceedings are pending against them, and they are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Counsel for Plaintiffs have assented to this motion.

WHEREFORE, I respectfully request that Sean G. Saxon, Stephanie A. Reedy, Michele R. Kendus, James A. Frederick, Megan A. Jones, and Lisa Nousek be granted leave to appear and represent defendants in this matter.

Dated:  May 3, 2010                               Respectfully submitted,

                                                  ROPES & GRAY LLP

                                                  By:  /s/ Ana M. Francisco
                                                       Ana M. Francisco (BBO #564346)

                                                  One International Place
                                                  Boston, Massachusetts  02110
                                                  (617) 951-7000
                                                  ana.francisco@ropesgray.com

                                                  *Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on May 3, 2010.

                                                  /s/ Ana M. Francisco
                                                  Ana M. Francisco

- 2 -

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: NEURONTIN MARKETING, : MDL Docket No. 1629
SALES PRACTICES AND :
PRODUCTS LIABILITY LITIGATION : Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
ALL ACTIONS. : Sorokin
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF SEAN G. SAXON

I, Sean G. Saxon, state, under the penalties of perjury, as follows:

1.  I am of counsel with the firm of Wheeler Trigg O'Donnell, LLP, 1801 California Street, Denver, Colorado 80202-2617. My telephone number is (303) 244-1842, and my email address is saxon@wtotrial.com.

2.  I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3.  I am a member in good standing of the bar of the States of California, Colorado, District of Columbia and Tennessee. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS THIRD day of MAY, 2010.

/s/ Sean G. Saxon]
Sean G. Saxon

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on May 3, 2010.

/s/ Ana M. Francisco
Ana M. Francisco

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x
:
In re:  NEURONTIN MARKETING,                     :   MDL Docket No. 1629
        SALES PRACTICES AND                      :
        PRODUCTS LIABILITY LITIGATION            :   Master File No. 04-10981
------------------------------------------------ x
                                                 :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                        :
                                                 :   Magistrate Judge Leo T.
    ALL ACTIONS                                  :   Sorokin
                                                 :
                                                 :
                                                 :
------------------------------------------------ x

## DECLARATION OF STEPHANIE A. REEDY

I, Stephanie A. Reedy, state, under the penalties of perjury, as follows:

1.  I am a staff attorney with the firm of Wheeler Trigg O'Donnell LLP, 1801 California Street, Suite 3600, Denver, CO  80202.  My telephone number is 303-244-1982, and my email address is reedy@wtotrial.com.

2.  I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3.  I am a member in good standing of the bar of the State of Colorado.  No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS THIRD day of MAY, 2010.

/s/ Stephanie Reedy
Stephanie A. Reedy

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on May 3, 2010.

/s/ Ana M. Francisco
Ana M. Francisco

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re: NEURONTIN MARKETING,            : MDL Docket No. 1629
       SALES PRACTICES AND              :
       PRODUCTS LIABILITY LITIGATION    : Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:               :
                                        : Magistrate Judge Leo T.
    ALL ACTIONS                         : Sorokin
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### DECLARATION OF MICHELE R. KENEDUS

I, Michele R. Kenedus, state, under the penalties of perjury, as follows:

1.  I am a partner with the firm of Goodell, DeVries, Leech and Dann, LLP, One South Street, Baltimore, Maryland 21202.  My telephone number is 410-783-4982, and my email address is mrk@gdldlaw.com.

2.  I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3.  I am a member in good standing of the bar of the State of Maryland.  No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

4. I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS THIRD day of MAY, 2010.

/s/ Michele R. Kendus
Michele R. Kendus

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on May 3, 2010.

/s/ Ana M. Francisco
Ana M. Francisco

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------x
                                                 :
In re:  NEURONTIN MARKETING,                     :   MDL Docket No. 1629
        SALES PRACTICES AND                      :
        PRODUCTS LIABILITY LITIGATION            :   Master File No. 04-10981
-------------------------------------------------x
                                                 :   Judge Patti B. Saris
                                                 :
THIS DOCUMENT RELATES TO:                        :
                                                 :   Magistrate Judge Leo T.
        ALL ACTIONS                              :   Sorokin
                                                 :
                                                 :
                                                 :
-------------------------------------------------x
```

## DECLARATION OF JAMES A. FREDERICK

I, James A. Frederick, state, under the penalties of perjury, as follows:

1. I am a partner with the firm of Goodell, DeVries, Leech & Dann, LLP, One South Street, 20th Floor, Baltimore, Maryland 21202. My telephone number is 410-783-4999, and my email address is jaf@gdldlaw.com.

2. I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3. I am a member in good standing of the bar of the State of Maryland. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS THIRD day of MAY, 2010.

/s/ James A. Frederick
James A. Frederick

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on May 3, 2010.

/s/ Ana M. Francisco
Ana M. Francisco

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## DECLARATION OF MEGAN A. JONES

I, Megan A. Jones, state, under the penalties of perjury, as follows:

1. I am an associate with the firm of Wheeler Trigg O'Donnell, LLP, 1801 California Street, Suite 3600, Denver, Colorado 80202. My telephone number is (303) 244-1800, and my email address is mjones@wtotrial.com.

2. I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3. I am a member in good standing of the bar of the States of New York and Colorado. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS THIRD day of MAY, 2010.

/s/ *Megan A. Jones*
Megan A. Jones

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on May 3, 2010.

/s/ Ana M. Francisco
Ana M. Francisco

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING,
      SALES PRACTICES AND
      PRODUCTS LIABILITY LITIGATION : Master File No. 04-10981
------------------------------------------------- x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO:
: Magistrate Judge Leo T.
   ALL ACTIONS : Sorokin

------------------------------------------------- x

## DECLARATION OF LISA NOUSEK

I, Lisa Nousek, state, under the penalties of perjury, as follows:

1. I am an associate with the firm of Boies, Schiller & Flexner LLP, 333 Main St, Armonk, NY 10504. My telephone number is 914-749-8200 and my email address is LNousek@bsfllp.com.

2. I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3. I am a member in good standing of the bar of the State of New York. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS THIRD day of MAY, 2010.

/s/ Lisa Nousek
Lisa Nousek

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on May 3, 2010.

/s/ Ana M. Francisco
Ana M. Francisco