UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> *Guard Insurance Co., et al. v. Warner Lambert Co., et al.,* <br> Case No. 1:10-cv-10277-PBS | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

**JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT**

This Stipulation is entered into by and among the parties hereto, Plaintiffs GUARD Insurance Company, AmGUARD Insurance Company, NorGUARD Insurance Company, EastGUARD Insurance Company and WestGUARD Insurance Company ("Plaintiffs"), and Defendants Pfizer Inc and Warner-Lambert Company LLC ("Defendants") through their respective undersigned attorneys, with reference to the following facts:

WHEREAS, Defendants' deadline to answer, move or otherwise respond to Plaintiffs' Complaint in this matter ("the Complaint") is currently May 14, 2010;

WHEREAS, the parties have jointly agreed, and propose to this Court, that Defendants' deadline to answer, move or otherwise respond to the Complaint should be extended to and including July 14, 2010;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED TO, by and between the undersigned counsel, that Defendants' time to answer, move or otherwise respond to the Complaint herein shall be extended to and including July 14, 2010.

Dated: May 14, 2010

Respectfully submitted,

| BARRY, MCTIERNAN & WEDINGER | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| By: /s/ Richard W. Wedinger<br>     Richard W. Wedinger | By: /s/ Mark S. Cheffo<br>     Mark S. Cheffo |
| 1024 Amboy Avenue<br>Edison, NJ 08837<br>Tel: (732) 225-3510<br>rwedinger@bmctwlaw.com | Four Times Square<br>New York, New York 10036<br>Tel: (212) 735-3000<br>Mark.Cheffo@skadden.com |
| *Attorneys for Plaintiffs* | ROPES & GRAY LLP |
| | By: /s/ Ana M. Francisco<br>     Ana M. Francisco (BBO #564346) |
| | One International Place<br>Boston, Massachusetts 02110<br>(617) 951-7000<br>ana.francisco@ropesgray.com |
| | *Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC* |

APPROVED AND SO ORDERED:

Dated:_____         _____
                                 The Honorable Patti B. Saris
                                 United States District Judge