UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>KAISER FOUNDATION HEALTH PLAN, ET AL V. PFIZER, INC., ET AL, 04 CV 10739 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**STIPULATION AND JOINT MOTION FOR ENTRY OF PRE- AND POST-JUDGMENT SCHEDULING ORDER**

Plaintiffs, Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals ("Kaiser") and Defendants Pfizer Inc and Warner-Lambert Company LLC ("Pfizer") (collectively, with Kaiser, "the Parties"), hereby stipulate to and jointly move this Court for a pre- and post-judgment scheduling order to establish a time line for addressing various outstanding issues.

On March 25, 2010, the jury returned a special verdict in favor of Kaiser and against Pfizer on Plaintiffs' claim under the Racketeer Influenced and Corrupt Organizations Act ("RICO"). (Docket No. 2760). On March 29, 2010, the Court entered a scheduling order to address the parties' submissions for factual findings and legal conclusions on Kaiser's California claim under the California Unfair Competition Law ("UCL") (Procedural Order, Dkt. No. 2763).

The Parties identify the following pre-judgment issues concerning Kaiser's claims against Pfizer in Civil Action No. 04-10739.

1. Findings of fact, conclusions of law and an Order by the Court on the trial of all prongs of the California UCL claim (the "UCL Order"), currently *sub judice*;

2. Pre-judgment motions by Kaiser to establish the total liability of Pfizer to Kaiser on the RICO claim, *e.g.*, the determination of interest or the time value of money, appropriate trebling of the applicable award, and an appropriate award of attorneys' fees and expenses on the RICO and, if applicable, the California UCL claim (the "pre-judgment motions"); and

3. Following rulings on these proceedings, submission of an agreed upon form of motion based upon the verdict and the Court's rulings or, if agreement cannot be reached, motions or cross-motions, for final judgment of all claims on behalf of Kaiser against Pfizer.

In addition, post-judgment, either or both of the Parties may decide to file motions pursuant to one or more of Federal Rules of Civil Procedure 50, 52, and 59 for judgment as a matter of law, to alter or amend the judgment, or for a new trial.

## PROPOSAL

According, the Parties now stipulate and jointly move that this Court enter a Scheduling Order as follows:

| EVENT | DATE |
|---|---|
| Kaiser's pre-judgment motion for (i) determination of interest or time value of money, (ii) trebling of the applicable award, and (iii) award of attorneys' fees and expenses on the RICO and, if applicable, the California UCL claim. | 14 days after the UCL Order |
| Pfizer's opposition to the pre-judgment motion (on grounds other than those provided for in Rule 50, 52 and 59). | 14 days after filing of the pre-judgment motion |

| | |
|---|---|
| Kaiser's reply in support of the pre-judgment motion | 7 days after filing of the opposition to the pre-judgment motion |
| Submission of either an agreed form of judgment based upon the verdict, the Court's findings and conclusions regarding the UCL claim and the Court's rulings on the pre-judgment motion or motion/cross-motions for judgment if agreement cannot be reached | 7 days following ruling on the pre-judgment motion |
| Motion for Stay pending Rule 50, 52, and 59 motion. The parties will attempt to reach agreement on whether a bond is required and, if so, in what amount. | 3 days after entry of judgment |
| Response to motion for stay, if necessary | 3 days after filing of the motion for stay |
| Motions pursuant to Fed. R. Civ. P. 50, 52, and 59 | 28 days after entry of judgment |
| Oppositions to motion(s) pursuant to Fed. R. Civ. P. 50, 52, and 59 | 28 days after filing of motion(s) |
| Replies in support of motions pursuant to Fed. R. Civ. P. 50, 52, and 59 | 14 days after filing of oppositions to the motions |

Dated: May 20, 2010

Respectfully submitted,

By:   */s/ Linda P. Nussbaum*
       Linda P. Nussbaum

Linda P. Nussbaum
John D. Radice
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, New York 10022

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

*Of Counsel*

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

*Attorneys for Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals*

By:   */s/ Mark S. Cheffo*
　　　Mark S. Cheffo

Mark S. Cheffo
SKADDEN, ARPS, SLATE, MEAGHER
　& FLOM LLP
Four Times Square
New York, NY 10036

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

Raoul D. Kennedy
SKADDEN, ARPS, SLATE, MEAGHER
　& FLOM LLP
Four Embarcadero Center
San Francisco, CA 94111

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 20, 2010.

*/s/  Linda P. Nussbaum*
Linda P. Nussbaum