UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY P. DORSEY, Individually and as Administrator of the Estate of James Dorsey<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., WARNER LAMBERT COMPANY, and PARKE-DAVIS, a division of Warner-Lambert Company,<br><br>Defendants. | Master File No. 04-10981<br><br>MDL DOCKET NO. 1629 |

### MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANTS' SUMMARY JUDGMENT MOTION BY ONE WEEK

Plaintiff Mary Dorsey hereby moves for a one week extension (until June 4, 2010) to respond to the motion for summary judgment filed on April 23, 2010. In support of this request, Plaintiff states as follows:

1. Plaintiff's counsel has had to respond to and argue a motion for preliminary injunction in Suffolk Superior Court before Justice Lauriat today – the due date for summary judgment. This interrupted the completion of summary judgment papers.

2. It is expected that a one week extension shall afford the opportunity to finalize the response and timely file it.

3. No party is prejudiced by this extension and the extension should not affect the other deadlines in this case.

**WHEREFORE**, Plaintiff requests a one week extension.

PLAINTIFF MARY DORSEY,

By her attorney,

/s/ Timothy J. Perry
Timothy J. Perry (BBO # 631397)
tperry@pkjlaw.com
Perry, Krumsiek & Jack, LLP
101 Arch Street, 19th Floor
Boston, MA 02110
(617) 720-4300
Fax (617) 720-4310

**CERTIFICATE OF SERVICE**

I hereby certify that this document was served by the Court's ECF electronic filing system on this date.

Dated: May 21, 2010              /s/ Timothy J. Perry
                                 Timothy J. Perry (BBO # 631397)

**Local Rule 7.1 Certification**

Plaintiff's counsel certifies that he has attempted to confer in good faith to narrow the issues in dispute set forth in this motion. Earlier this month I asked counsel for an extension, which was agreed to by counsel. I did not anticipate needing today's extension until today and, therefore, have contacted counsel but have not heard back from her regarding June 4, 2010 as an extension date.

**Dated: May 21, 2010**             */s/ Timothy J. Perry*
                                    Timothy J. Perry