UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | |
| | Judge Patti B. Saris |
| KAISER FOUNDATION HEALTH PLAN, ET AL, v. PFIZER INC., ET Al, 04 CV 10739 (PBS) | |
| | Magistrate Judge Leo T. Sorokin |

## JOINT MOTION TO AMEND THE COURT'S TRIAL EXHIBIT LIST

Plaintiffs Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (hereinafter "Kaiser") and Defendants hereby make this joint motion for the entry of this Amended Trial Exhibit List (see Exhibit A).   The parties have conferred and agreed that the Court's Exhibit List (Docket # 2757), submitted to the Court on March 25, 2010, incorrectly described a significant number of exhibits.   The parties agree that the exhibits list should be amended in order to correct these errors.   Neither party opposes the entry of the Amended Court Exhibit List, attached hereto as Exhibit A.

Kaiser has advised Defendants that it may separately move the Court to admit certain Exhibits not appearing on this jointly submitted Amended Exhibit List.   Defendants acknowledge that the joint submission of the attached Amended Exhibit List shall not prevent Kaiser from making such a motion and Defendants presently intend to oppose any such motion.

WHEREFORE, Plaintiffs and Defendants jointly request that this Court allow the entry of the accompanying Amended Trial Exhibit List.

Dated: May 21, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:    /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Email: Mark.Cheffo@skadden.com

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:    /s/ Raoul D. Kennedy
        Raoul D. Kennedy

Four Embarcadero Center
San Francisco, CA 94111
Tel: (415) 984-6400
Email: Raoul.Kennedy@skadden.com

WHEELER TRIGG O'DONNELL LLP

By:    /s/ James E. Hooper
        James E. Hooper

1801 California Street
Suite 3600
Denver, CO 80202-2617
Tel: (303) 244-1800
Email: hooper@wtotrial.com

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

---

### CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 21, 2010.

        /s/ Mark S. Cheffo
        Mark S. Cheffo

By:     */s/ Linda P. Nussbaum*
        Linda P. Nussbaum

KAPLAN FOX & KILSHEIMER LLP
Linda P. Nussbaum, Esq.
850 Third Avenue, 14th Floor
New York, New York 10022

*Attorneys for Plaintiffs Kaiser Foundation
Health Plan, Inc. and Kaiser Foundation
Hospitals*

*Of Counsel*

Thomas Greene
GREENE, LLP
33 Broad Street, 5th Floor
Boston, MA 02109

Barry Himmelstein
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Thomas M. Sobol
HAGENS BERMAN SOBOL
  SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

Don Barrett
DON BARRETT, P.A.
P.O. Box 987
404 Court Square North
Lexington, MS 39095