UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re:  NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:

ALL ACTIONS

---

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## ASSENTED-TO MOTION FOR LEAVE TO PRACTICE PURSUANT TO LOCAL RULE 83.5.3(b)

Ana M. Francisco, a member of the bar of this Court and co-counsel of record for defendants, Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC, (collectively "Defendants") respectfully moves pursuant to Local Rule 83.5.3(b) for an order granting the below named counsel leave to appear and practice on behalf of Defendants:

1. Edwin J. Kilpela, Jr. of Wheeler Trigg O'Donnell LLP, 1801 California St., Suite 3600; Denver, CO 80202;

2. Mauricio A. Gonzalez of Boies Schiller & Flexner, LLP, 333 Main Street, Armonk, New York 10504;

3. Daniel E. Holloway of Boies Schiller & Flexner, LLP, 333 Main Street, Armonk, New York 10504;

4. Jack Wilson of Boies Schiller & Flexner, LLP, 333 Main Street, Armonk, New York 10504;

5. Cheryl Zak Lardieri of Goodell, DeVries, Leech & Dann, LLP, One South Street, 20th Floor, Baltimore, Maryland 21202;

6. Lark A. Campbell of Clark, Thomas & Winters, PC, 300 West 6th Street, 15th Floor, Austin, Texas 78701.

As set forth in the attached declarations, all are in good standing of the bar of each jurisdiction in which they have been admitted to practice, no disciplinary proceedings are pending against them, and they are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Counsel for Plaintiffs have assented to this motion.

WHEREFORE, I respectfully request that Edwin J. Kilpela, Jr., Mauricio A. Gonzalez, Daniel E. Holloway, Jack Wilson, Cheryl Zak Lardieri and Lark A. Campbell be granted leave to appear and represent Defendants in this matter.

Dated: May 26, 2010

Respectfully submitted,

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
Ana M. Francisco (BBO #564346)

One International Place
Boston, Massachusetts  02110
(617) 951-7000
ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on May 26, 2010.

                                      /s/ Ana M. Francisco
                                      Ana M. Francisco

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x
:
In re:  NEURONTIN MARKETING,      : MDL Docket No. 1629
        SALES PRACTICES AND     :
        PRODUCTS LIABILITY LITIGATION : Master File No. 04-10981
------------------------------------------------ x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO:    :
: Magistrate Judge Leo T.
  ALL ACTIONS    : Sorokin
:
:
:
------------------------------------------------ x

## DECLARATION OF EDWIN J. KILPELA, JR.

I, Edwin J. Kilpela, Jr., state, under the penalties of perjury, as follows:

1. I am an associate with the firm of Wheeler Trigg O'Donnell LLP, 1801 California St., Suite 3600; Denver, CO 80202. My telephone number is 303-244-1961, and my email address is kilpela@wtotrial.com.

2. I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3. I am a member in good standing of the bar of the State of Pennsylvania and the bar of the District of Columbia. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4

4.      I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY<br>THIS 26th day of May, 2010.

/s/ Edwin J. Kilpela, Jr.
Edwin J. Kilpela, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on May 26, 2010.

/s/ Ana M. Francisco
Ana M. Francisco

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------- x
:
In re:  NEURONTIN MARKETING,           :   MDL Docket No. 1629
       SALES PRACTICES AND            :
       PRODUCTS LIABILITY LITIGATION  :   Master File No. 04-10981
------------------------------------------- x
:   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:              :
                                       :   Magistrate Judge Leo T.
   ALL ACTIONS                         :   Sorokin
:
:
:
------------------------------------------- x

## DECLARATION OF MAURICIO A. GONZALEZ

I, Mauricio A. Gonzalez, state, under the penalties of perjury, as follows:

      1.     I am an associate with the firm of Boies Schiller & Flexner, LLP, 333 Main Street, Armonk, New York 10504.  My telephone number is 914-749-8200, and my email address is magonzalez@bsfllp.com.

      2.     I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

      3.     I am a member in good standing of the bar of the State of California.  No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6

4. I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 26th DAY OF MAY, 2010.

/s/ Mauricio A. Gonzalez
MAURICIO A. GONZALEZ

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on May 26, 2010.

/s/ Ana M. Francisco
Ana M. Francisco

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

## **DECLARATION OF DANIEL E. HOLLOWAY**

I, Daniel Everett Holloway, state, under the penalties of perjury, as follows:

1. I am an associate with the firm of Boies Schiller & Flexner, LLP, 333 Main Street, Armonk, New York 10504. My telephone number is 914-749-8200, and my email address is dholloway@bsfllp.com.

2. I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3. I am a member in good standing of the bar of the State of New York. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 26th DAY OF MAY, 2010.

/s/ Daniel E. Holloway
Daniel E. Holloway

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on May 26, 2010.

/s/ Ana M. Francisco
Ana M. Francisco

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                                   :
In re:  NEURONTIN MARKETING,                                                       :   MDL Docket No. 1629
        SALES PRACTICES AND                                                        :
        PRODUCTS LIABILITY LITIGATION                                              :   Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                                   :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                                                          :
                                                                                   :   Magistrate Judge Leo T.
        ALL ACTIONS                                                                :   Sorokin
                                                                                   :
                                                                                   :
                                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## DECLARATION OF JACK WILSON

I, Jack Wilson, state, under the penalties of perjury, as follows:

1.      I am an associate with the firm of Boies Schiller & Flexner, LLP, 333 Main Street, Armonk, New York 10504.  My telephone number is 914-749-8238, and my email address is jwilson@bsfllp.com.

2.      I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3.      I am a member in good standing of the bar of the State of New York.  No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    4.     I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 26th DAY OF MAY, 2010.

/s/ Jack Wilson
JACK WILSON

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on May 26, 2010.

/s/ Ana M. Francisco
Ana M. Francisco

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------ x
:
In re:  NEURONTIN MARKETING,          : MDL Docket No. 1629
        SALES PRACTICES AND           :
        PRODUCTS LIABILITY LITIGATION : Master File No. 04-10981
------------------------------------------------ x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:             :
                                      : Magistrate Judge Leo T.
    ALL ACTIONS                       : Sorokin
                                      :
                                      :
                                      :
------------------------------------------------ x

## DECLARATION OF CHERYL ZAK LARDIERI

I, Cheryl Zak Lardieri, state, under the penalties of perjury, as follows:

1.     I am a partner with the firm of Goodell, DeVries, Leech & Dann, LLP, One South Street, 20th Floor, Baltimore, Maryland 21202.  My telephone number is (410) 783-4033, and my email address is clardieri@gdldlaw.com.

2.     I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3.     I am a member in good standing of the bar of the States of Maryland and District of Columbia.  No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 26th day of MAY, 2010.


/s/ Cheryl Zak Lardieri
Cheryl Zak Lardieri


**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on May 26, 2010.

/s/ Ana M. Francisco
Ana M. Francisco

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

   ALL ACTIONS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## **DECLARATION OF LARK A. CAMPBELL**

I, Lark A. Campbell, state, under the penalties of perjury, as follows:

1. I am an associate with the firm of Clark, Thomas & Winters, PC, 300 West 6th Street, 15th Floor, Austin, Texas 78701. My telephone number is (512) 472-8800, and my email address is lc1@ctw.com.

2. I make this declaration in support of the motion for an order granting me leave to appear and practice on behalf of Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-captioned matter.

3. I am a member in good standing of the bar of the State of Texas. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

14

4. I respectfully request that the Court permit me to appear and practice in this matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 26th day of May, 2010.

/s/ Lark A. Campbell
Lark A. Campbell

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on May 26, 2010.

/s/ Ana M. Francisco
Ana M. Francisco