UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION  _____  THIS DOCUMENT RELATES TO:  KAISER FOUNDATION HEALTH PLAN, ET AL v. PFIZER INC., ET AL 04 CV 10739 (PBS) | MDL DOCKET NO. 1629  Master File No. 04-10981  Judge Patti B. Saris  Mag. Judge Leo T. Sorokin |

**NOTICE OF CHANGE OF FIRM AFFILIATION
AND APPEARANCE**

PLEASE TAKE NOTICE that Linda P. Nussbaum, counsel of record for Plaintiffs Kaiser Foundation Hospitals and Kaiser Foundation Health Plan is now affiliated with Nussbaum LLP at the following address:

>Linda P. Nussbaum
>Nussbaum LLP
>26 Murray Hill Road
>Scarsdale, NY 10583
>Telephone:  (914) 874-7152
>E mail:  lnussbaum@nussbaumllp.com

Date:   New York, New York
        May 26, 2010

Respectfully submitted:

          /s/ Linda P. Nussbaum
Linda P. Nussbaum
NUSSBAUM LLP
26 Murray Hill Road
Scarsdale, NY 10583
Telephone:  (914) 874-7152
E mail:  lnussbaum@nussbaumllp.com

## CERTIFICATE OF SERVICE

I, Linda P. Nussbaum, certify that a true and correct copy of the foregoing Notice of Change of Firm Affiliation and Appearance on behalf of Plaintiffs Kaiser Foundation Hospitals and Kaiser Foundation Health Plan was electronically filed with the Clerk of Court via ECF on the 26th day of May, 2010, which will send notification of such filing to all counsel of record on this the 26th day of May, 2010.

                 /s/   Linda P. Nussbaum