UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>KAISER FOUNDATION HEALTH PLAN, ET AL v. PFIZER INC., ET AL 04 CV 10739 (PBS) | MDL DOCKET NO. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**NOTICE OF CHANGE OF FIRM AFFILIATION
AND APPEARANCE**

PLEASE TAKE NOTICE that John D. Radice, counsel of record for Plaintiffs Kaiser Foundation Hospitals and Kaiser Foundation Health Plan is now affiliated with Nussbaum LLP at the following address:

>John D. Radice
>Nussbaum LLP
>26 Murray Hill Road
>Scarsdale, NY 10583
>Telephone: (914) 874-7152
>E mail: jradice@nussbaumllp.com

Date:  New York, New York
       May 28, 2010

>Respectfully submitted:
>
>       /s/ John D. Radice
>John D. Radice
>NUSSBAUM LLP
>26 Murray Hill Road
>Scarsdale, NY 10583
>Telephone: (914) 874-7152
>E mail: jradice@nussbaumllp.com

## CERTIFICATE OF SERVICE

I, Linda P. Nussbaum, certify that a true and correct copy of the foregoing Notice of Change of Firm Affiliation and Appearance on behalf of Plaintiffs Kaiser Foundation Hospitals and Kaiser Foundation Health Plan was electronically filed with the Clerk of Court via ECF on the 28th day of May, 2010, which will send notification of such filing to all counsel of record on this the 28th day of May, 2010.

      /s/   Linda P. Nussbaum