UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                                            :   MDL Docket No. 1629
In re:   NEURONTIN MARKETING,                               :
         SALES PRACTICES AND                                :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION                      :
                                                            :   Judge Patti B. Saris
------------------------------------------------------------x
                                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
         PRODUCTS LIABILITY CASES                           :
                                                            :
------------------------------------------------------------x
```

**SUPPLEMENTAL PROPOSAL FOR COMPLETION
OF INITIAL FACT DISCOVERY**

Pursuant to Magistrate Judge Leo T. Sorokin's directions at the Court's status conference on April 30, 2010, the Products Liability Plaintiffs' Steering Committee (PLPSC) and Defendants submit the following joint proposal for completion of initial fact discovery in the remaining Products Liability cases.

On April 30, 2010, the Court confirmed its intention to complete initial fact discovery of certain products liability cases by the previously imposed time period of September 14, 2010. In this regard, a pool of approximately 130 cases had previously been submitted to the Court on November 6, 2009 (ECF # 2169 and 2169-2) as part of a joint submission by the parties. After consideration of said submission, the Court, on April 30, 2010, directed the parties to complete initial discovery of the cases proposed in the parties aforementioned joint submission (ECF # 2169 and 2169-2). Further, the Court directed that cases from the firms of Levi Boone, Esq. and Newton B. Schwartz, Esq. be subject to a discovery schedule to be submitted by May 28, 2010. This proposed

discovery schedule is submitted as a separate document. The Court also directed the parties to submit a further schedule that would account for other remaining cases not included in the parties aforementioned joint submission.

The parties will continue the process of collecting records and responding to outstanding discovery. In the case of medical and pharmacy records, because the records are in the possession of entities not parties to this litigation, and can vary in complexity, it is not possible to establish firm deadlines for the completion of the records collection process. For the Non-Boone and Non-Schwartz cases transferred[1] to MDL 1629, depositions will begin in November 2010 and be completed one year later in November 2011. All additional cases transferred to MDL 1629 after May 28, 2010 shall be completed within 9 months of the transfer.

May 28, 2010                                         Respectfully Submitted,

*Members of Product Liability Plaintiff Steering Committee*

By: s/ Andrew G. Finkelstein
Andrew G. Finkelstein
Finkelstein & Partners, LLP
1279 Route 300, Box 1111
Newburgh, NY 12551

By: s/Jack W. London
Jack W. London
Law Offices of Jack W. London
3701 Bee Cave Rd, Suite 200
Austin, TX 78746

---

[1] The parties' reference to a transfer is meant to convey a "final" transfer and not a "conditional" transfer.

*Attorneys for Defendants Pfizer Inc., and Warner-Lambert Company, LLC*

By: s/ Mark S. Cheffo
Mark S. Cheffo
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

By: s/ Ana M. Francisco
Ana M. Francisco
ROPES & GRAY LLP
One International Place
Boston, Massachusetts  02110

### CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on May 28, 2010.

/s/ Ana M. Francisco
Ana M. Francisco