UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------x
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
---------------------------------------------------x Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: : Magistrate Judge Leo T.
: Sorokin
PRODUCTS LIABILITY ACTIONS :
:
:
:
---------------------------------------------------x

**DEFENDANTS' PROPOSAL FOR COMPLETION OF INITIAL FACT
DISCOVERY IN THE BOONE AND SCHWARTZ CASES**

Pursuant to the hearing before Magistrate Judge Sorokin on April 30, 2010, Defendants' counsel submit the following proposal for completion of initial fact discovery in the Boone and Schwartz cases.

There are approximately 414 remaining Plaintiffs in this MDL who are represented by Levi Boone ("Boone") and Newton Schwartz ("Schwartz") – 292 Boone Plaintiffs and 122 Schwartz Plaintiffs.[1]  This Court has ordered that the parties submit a proposal for the completion of the following discovery in each of these cases: depositions of Plaintiffs, depositions of the prescribing physicians, and depositions of the appropriate sales representatives.

Following the Court's order, Defendants' counsel attempted to confer with Plaintiffs' counsel to reach a joint agreement for completion of fact discovery.  As of the time of this filing, the parties have been unable to reach an agreement.  The parties are willing to continue to discuss a joint proposal during the course of the next week, but fundamentally disagree about the number of cases that should move forward each month.

---
[1] These case numbers exclude those Boone and Schwarz cases separately included within the cases moving forward with initial discovery by September 2010.

Defendants' proposed schedule for completion of fact discovery is as follows:

Defendants propose that Plaintiffs will provide to Defendants: (1) authorizations; (2) a list of all healthcare providers, as required by Discovery Order No. 2 [372], page 3; (3) the date of alleged injury; and (4) the death certificate and letters testamentary (if applicable), in all cases by no later than June 30, 2010.  Defendants also propose that the parties provide responses to template discovery, to the extent not already provided, on a rolling basis with responses for 30 Plaintiffs (15 each for Boone and Schwartz) served every two weeks, starting July 30, 2010, until complete.

The parties will continue the process of collecting records and responding to outstanding discovery.  In the case of medical and pharmacy records, because the records are in the possession of entities not parties to this litigation, and can vary in complexity, it is not possible to establish firm deadlines for the completion of the records collection process.

Beginning on November 1, 2010, Defendants propose that the parties will begin to take depositions regarding the claims of 30 Plaintiffs per month, with 15 of those being Boone Plaintiffs and 15 of those being Schwartz Plaintiffs.  This shall include each Plaintiff, any prescribing physician(s), and appropriate sales representatives.  Counsel for Defendants and Plaintiffs will confer at the beginning of August 2010, and each month thereafter, to review the status of records collection and identify those witnesses that are ready for depositions to be completed.  Consistent with Discovery Order No. 2 [372], the parties will confer on the scheduling of such depositions.  If agreement cannot be reached regarding which depositions to take, the parties will apply to the Court for resolution of any disputes.

## CONCLUSION

Defendants' counsel respectfully ask that the Court adopt this Proposal for Completion of Initial Fact Discovery in the Boone and Schwartz Cases.

Dated: May 28, 2010　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE,
　　　　　　　　　　　　　　　　　　　　　MEAGHER & FLOM LLP

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Mark S. Cheffo
　　　　　　　　　　　　　　　　　　　　　　　Mark S. Cheffo

　　　　　　　　　　　　　　　　　　　　Four Times Square
　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　Tel: (212) 735-3000

　　　　　　　　　　　　　　　　　　　　ROPES & GRAY LLP

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Ana M. Francisco
　　　　　　　　　　　　　　　　　　　　　　　Ana M. Francisco

　　　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　　　Tel: (617) 951-7000

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Pfizer Inc and*
　　　　　　　　　　　　　　　　　　　　*Warner-Lambert Company LLC*


**CERTIFICATE OF SERVICE**

　　　I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on May 28, 2010.

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Ana M. Francisco
　　　　　　　　　　　　　　　　　　　　　　　Ana M. Francisco