UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br>NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Dorsey v. Pfizer, Inc. et al.<br>Case No.: 1: 05-cv-10639-PBS | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

## OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiffs Mary P. Dorsey ("Mrs. Dorsey ") and hereby opposes the motion for summary judgment. Summary judgment cannot enter for the reasons set forth in the accompanying memorandum of law, as summarized as follows:

(1) Plaintiff has submitted sufficient evidence to prove cause in fact and proximate cause.

(2) On the record before the Court, the failure to warn, implied and express warranty, strict liability, Chapter 93A and fraud claims must be determined by a jury.

(3) There are genuine issues of material fact in dispute and summary judgment is not warranted as a matter of law.

(4) Pursuant to Local Rules 5.2 (a) and 7.2, the memorandum of law in support of this opposition, affidavits in support of this opposition, and documents attached thereto are being filed with a motion for impoundment due to the fact that those pleadings and documents are replete with personal data identifiers and/or confidential

medical information of the Plaintiff. A copy of all such pleadings have been served upon Defendants' counsel by electronic mail.

**WHEREFORE**, Mrs. Dorsey requests that the motion for summary judgment be DENIED.

Respectfully submitted,

MARY P. DORSEY,
By her Attorney,

/s/ *Timothy J. Perry*
Timothy J. Perry (BBO#631397)
*tperry@pkjlaw.com*
Perry, Krumsiek & Jack LLP
101 Arch Street, 19th Floor
Boston, MA 02110
(617) 720-4300
fax (617) 720-4310

### CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon counsel of record by the Court's ECF (Electronic Court Filing) System.

Dated: June 4, 2010             /s/ *Timothy J. Perry*
                                Timothy J. Perry