UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------x
:  MDL Docket No. 1629
In re: NEURONTIN MARKETING,   :
      SALES PRACTICES AND   :  Master File No. 04-10981
      PRODUCTS LIABILITY LITIGATION   :
:  Judge Patti B. Saris
----------------------------------------------------------------x
:  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:   :
:
LYMAN v. PFIZER INC., *et al.*   :
:
----------------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS' MEMORANDUM
IN OPPOSITION TO DR. CASPIAN'S REQUEST TO QUASH SUBPOENA**

Products Liability Plaintiffs ("Plaintiffs") hereby oppose Elizabeth Caspian, M.D.'s request to quash the May 21, 2010 subpoena to appear for a deposition on June 8, 2010.

As this Court is well aware, these products liability cases concern alleged adverse mood and behavioral changes and the risk for increased suicidal behavior from the ingestion of Defendants' drug Neurontin. Dr. Caspian last treated Plaintiff's decedent in this case on March 15, 2001, at a mental health care facility in Flagstaff, Arizona. ECF Doc. # 2831 at 1. Dr. Caspian's testimony is therefore relevant to Plaintiff's decedent's prior mental health history.

Plaintiffs served Dr. Caspian with a corrected subpoena on June 3, 2010, five days prior to the date of the scheduled deposition date of June 8, 2010. A copy of the subpoena is attached hereto as Exhibit A. Plaintiffs submit that the timing of the service of the second subpoena was sufficient and reasonable since Dr. Caspian had notice of the date of the deposition from the original subpoena served on May 21, 2010, 17 days prior to the June 8, 2010 deposition date. Moreover, Plaintiffs and Defendants had agreed to meet Dr. Caspian's demand for compensation

for attending the deposition and advised her accordingly.  Dr. Caspian has advised Plaintiffs' counsel that she will not attend a deposition without an order of this Court.  Plaintiffs request that this Court deny Dr. Caspian's request and order Dr. Caspian to appear for the deposition scheduled for June 8, 2010.  In the alternative, Plaintiffs request that this Court order that Dr. Caspian appear for a deposition on or around August 12, 2010, which is the tentative next date when Plaintiffs' New York counsel is scheduled to appear in Arizona, and that Plaintiffs and Defendants meet Dr. Caspian's demands for compensation as previously discussed.

## CONCLUSION

Plaintiffs therefore respectfully request that this Court deny Dr. Caspian's request and order Dr. Caspian to appear for the deposition scheduled for June 8, 2010.  In the alternative, Plaintiffs request that this Court order that Dr. Caspian appear for a deposition on or around August 12, 2010, which is tentative next date when Plaintiffs' New York counsel is scheduled to appear in Arizona, and that Plaintiffs and Defendants meet Dr. Caspian's demands for compensation as previously discussed.

Dated:  June 7, 2010                                                Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:     **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

By:     **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
   & Associates
106 E. 6th Street, Suite 700
Austin, TX  78701

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 7, 2010.

                                               **/s/ Andrew G. Finkelstein**
                                                 Andrew G. Finkelstein, Esquire