UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION : | MDL Docket NO. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br><br> *Newberry v. Pfizer, Inc.* <br> 1:07CV11499 PBS | Magistrate Judge Leo T. Sorokin |

STATE OF PENNYSLVANIA    )
                         ) ss
COUNTY OF MONTGOMERY     )

I, BHARATI O. SHARMA, ESQUIRE, being duly sworn, deposes and says:

That I am currently in good standing as an attorney to practice before the highest Court of the State of Pennsylvania.

*/s/ Bharati O. Sharma*
Bharati O. Sharma, Esquire

Sworn to before me this
10TH day of June, 2010.

*/s/ Kristen L. Varallo*
Notary Public

NOTARIAL SEAL
KRISTEN L VARALLO
Notary Public
PHILADELPHIA CITY, PHILADELPHIA CNTY
My Commission Expires Jun 12, 2013

## CERTIFICATE OF SERVICE

I, Sharon Tolton, Paralegal, hereby certify that on June 10, 2010, caused a true and correct copy of the foregoing *Notice of Appearance* on behalf of the Plaintiffs upon attorneys who have completed ECF registration as required by the Court.

Dated: June 10, 2010        By:    /s/ Sharon Tolton
                                   Sharon Tolton
                                   POGUST BRASLOW & MILLROOD, LLC
                                   161 Washington Street, Suite 1520
                                   Conshohocken, PA  19428