6-3-2010, 9pm (AZ Time)

Judge Patti B. Savis
US District Court
One Courthouse Way
Suite 2300
Boston, MA 02210



Honorable Judge Savis:

Your name was spelled to me by phone as Savis, written in a subpoena as Saris- I am unclear which is correct, please accept my apology is Savis is incorrect.

### Re: Repeat request subpoena be quashed-(1st Request 5/25/10)

I, Elizabeth J. Caspian, MD, received a subpoena on May 21, 2010 at 7am commanding me to appear on June 8, 2010 at 9am in the case of

### Joshua James Lyman
### MDL Docket No. 1629, Master File No. 04-10981.

The subpoena states I received a copy of FED. R. Civ. P. 45 (c) - relating my protection as a person subject to a subpoena- for the record: this was not provided/attached. I received only two pages- the Subpoena to Testify and a Document titled Exhibit A- requesting documents/objects. Furthermore, the subpoena is not signed by anyone. Copies of the documents I received are attached for your review. (This subpoena was from Attorney Michael Feldman with Finkelstein & Partners, Newburgh, NY).

On June 3, 2010 at 8:30pm, I received a second subpoena from the same firm as the first unsigned subpoena- but from a different lawyer- Kenneth Fromson- commanding me to appear on June 8, 2010.

As of this date/time, I have not had any response regarding the first request to quash and certainly do not want to be held in contempt of court; thus, I am copying this letter to both attorneys listed above.

My reasons for requesting these subpoenas be quashed are as follows:

### 1. I am being asked to disclose information that is not specific to the occurrences in this dispute- Following are the facts as I know them to be:

On 4/20/10 I advised Attorney Michael Feldman by phone that I do not see my relevance in this case due to the following reasons:

From Lesli Conti at The Guidance Center, Flagstaff, AZ (928) 527-1899- the custodian of the record at the treating facility for this client- I was told the following:

> Re: Joshua Lyman, DOB 4-6-82
>
> His date of death: 7/24/02. The date I last treated this client: 3/15/01- 1 year and 4 months prior to his death.
>
> I was no longer employed at the Guidance Center- the clinic this client was being treated by- as of 4/01/01.
>
> The client was treated by 3 providers after me and I was not the treating provider just prior to, nor at the time of, his death.
>
> In fact, I resigned from my job at the treating facility 1 year and 3 months prior to this event.

The above information was relayed to Mr. Feldman's office on 4-20-10 and they were given Lesli Conti's contact number to confirm this information.

### 2. I was not served with a reasonable time to comply

The first unsigned subpoena was not served until 5/21/10; the second subpoena, signed only by the attorney was not served until 6/4/10.

I am a solo private provider with clients on my schedule that must be seen every 3 – 4 weeks for their mental stability. I need a minimum of 4 weeks to re-book my clients (unless the deposition is on a Saturday or Sunday).

### 3. As an expert witness I am entitled to a prepaid expert witness fee:

I advised Mr. Feldman on 5-19-10: if a judge orders me to appear I will need to be paid for a minimum of 3 hours of my time at my expert witness fee of $500/hr. - <u>a minimum of $1500 prepaid</u>. They will be billed a rate of $250 for each portion of 30 minutes for any additional time deposed as an expert witness in this case.

**<u>Judge Savis, I plead with the court to quash this subpoena and allow me to return my attention to my demanding solo practice.</u>** I have spent many hours now attending to this very sad matter that I was not involved in. I have had numerous phone calls from Mr. Feldman reminding me I can be held in contempt, my request is not valid, and that you will not likely quash this (how does he know this?). It has been upsetting to me and a serious distraction from my work caring for clients in need. I eagerly await your reply.

Respectfully,

*[signature]*

Dr. Elizabeth Caspian
8720 N. Crystal View Lane
Flagstaff, AZ, 86004

P: (928) 774-7793   F: (928) 774-7795

CC: Mr. Michael Feldman, Esq.

CC: Mr. Kenneth Fromson, Esq