AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of Massachusetts

(614)7-12-915~

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 Master File No. 04-10981 |
| | Civil Action No. |
| THIS DOCUMENT RELATES TO: Gary L. Lyman, as Personal Representative of the Estate of Joshua James Lyman, deceased | (If the action is pending in another district, state where: \_\_District of |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Elizabeth Jenkins-Caspian, M.D.
2708 North 4th Street, Suite C1-A
Flagstaff, AZ 86004
(928) 774-7793

XX *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Hampton Inn & Suites 2400 S. Beulah Blvd. Flagstaff, AZ 86001 (928) 913-0900 | Date and Time: June 8, 2010 9:00 a.m. |
|---|---|

The deposition will be recorded by this method: _____

received
Fam
5/21/10

XX *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

All documents as described in Exhibit "A" attached

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

not included 5/21/10       No signature

Date: May 19, 2010
*CLERK OF COURT*
                                        OR

_____     _____
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*
                                        Kenneth B. Fromson, Esq.

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Estate of Joshua James Lyman _____ , who issues or requests this subpoena, are:

Michael Feldman, Esq.                  Tel: (845) 562-0203 ext. 5138
Finkelstein & Partners, LLP            Email: MFeldman@jmlawyer.com
1279 Route 300, PO Box 1111
Newburgh, NY 12551

Received 6/3/10
8:30 pm

**Issued by the**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

------------------------------------------------------------x
:
In re:  NEURONTIN MARKETING,          :  MDL Docket No. 1629
SALES PRACTICES AND           :  Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :  United States District Court
:  District of Massachusetts
------------------------------------------------------------x  Judge Patti B. Saris
:  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:             :
:
*Lyman v. Pfizer Inc., et al.*        :
------------------------------------------------------------x

TO: DR. ELIZABETH JENKINS-CASPIAN, 8720 North Crystal View, Flagstaff, AZ 86004

---

☒ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

Hampton Inn & Suites
2400 S Beulah Blvd
Flagstaff, AZ 86001                                    June 8, 2010 at 9:00 am
PLACE OF DEPOSITION                                    DATE AND TIME

---

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
All documents described in Exhibit A, attached

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) DATE

*Kenneth Fromson/mhs*   Attorney for Plaintiff   6/3/10

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Kenneth Fromson, Esq., Finkelstein & Partners, LLP, 1279 Route 300, PO Box 1111, Newburgh, NY 12551  845-562-0203

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)