UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
In re:   NEURONTIN MARKETING, SALES                          :    MDL Docket No. 1629
         PRACTICES AND PRODUCTS                              :
         LIABILITY LITIGATION                                :    Master File No. 04-10981
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :    Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                                    :
                                                              :    Magistrate Judge Leo T.
*Dorsey v. Pfizer Inc, et al.*                               :    Sorokin
*Case No. 1:05-cv-10639-PBS*                                 :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SUPPLEMENTAL DECLARATION OF MARK S. CHEFFO IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Mark S. Cheffo, declare and state as follows:

1.      I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP,

attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC.  I make this declaration

based on my own personal knowledge and information.

2.      Attached hereto as Exhibit I is a true and correct copy of excerpts from the April 8,

2008, deposition of Dr. Jeremy D. Schmahmann.

3.      Attached hereto as Exhibit J is a true and correct copy of excerpts from the

February 16, 2010, deposition of Dr. John F. Dmochowski.

4.      Attached hereto as Exhibit K is a true and correct copy of excerpts from the

March 28, 2008, deposition of Dr. Jonathan E. Alpert.

8.      Attached hereto as Exhibit L is a true and correct copy of excerpts from the

medical records of Mary P. Dorsey.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 11th day of June, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 11, 2010.

/s/ Ana M. Francisco
Ana M. Francisco