# EXHIBIT J

```
                                                              Page 1
 1                                    VOLUME: I
                                      PAGES:   1 to 114
 2                                    EXHIBITS: 1 to 4
 3
             UNITED STATES DISTRICT COURT
 4             DISTRICT OF MASSACHUSETTS
 5
       MDL Docket No. 1629
 6     Master File No. 04-10981
 7
       IN RE: NEURONTIN MARKETING,
 8     SALES PRACTICES AND
       PRODUCTS LIABILITY
 9     LITIGATION
10     -----------------------------
11     THIS DOCUMENT RELATES TO:
       Dorsey vs. Pfizer, Inc., et
12     al
       Case No. 1:05-cv-10639-PBS
13
14         VIDEOTAPED DEPOSITION OF JOHN F.
15     DMOCHOWSKI, M.D., called as a witness on
16     behalf of the Defendants, pursuant to the
17     applicable provisions of the Federal Rules
18     of Civil Procedure, before Jeanette N.
19     Maracas, Registered Professional Reporter
20     and Notary Public in and for the Commonwealth
21     of Massachusetts, at the Holiday Inn, 291
22     Jones Road, Falmouth, Massachusetts, on
23     Tuesday, February 16, 2010, commencing at
24     12:59 p.m.
25        Job No.: CS241144
```

Page 2

1  APPEARANCES:
2
3
      (No one appeared on behalf of the
4     Plaintiff.)
5
6   FOSTER & ELDRIDGE, LLP
      By: Stephen M. Fiore, Esq.
7     One Canal Park
      Cambridge, Mass. 02141
8     For the Deponent.
      E-mail: Sfiore@fosteld.com
9
10
    SKADDEN, ARPS, SLATE, MEAGHER &
11  FLOM, LLP
      By: Catherine B. Stevens, Esq.
12    By: Katherine F. Arthur, Esq.
      Four Times Square
13    New York, New York 10036
      For the Defendants.
14    E-mail: Catherine.stevens@skadden.com
      E-mail: Tattin.arthur@skadden.com
15
16
      George Dobrentey, Videographer
17
18
19
20
21
22
23
24
25

Page 3

1        INDEX
2
3   Testimony of:          Direct   Cross
4   John F. Dmochowksi, M.D.
5      (by Ms. Stevens)    5
6
7
8        EXHIBITS
9   No.    Description       Page
10
     1  CV of Dr. Dmochowski.       8
11
     2  Medical records.          45
12
     3  4/3/08 letter, with
13      copy of Dr. Dmochowski's
        chart regarding Ms. Dorsey.   45
14
     4  3/3/08 letter, with
15      attachments.              45
16
17
18
19
20
21
22
23
24
25

Page 4

1         PROCEEDINGS
2         VIDEOGRAPHER: Good afternoon. My
3   name is George Dobrentey of Veritext New
4   Jersey. Today's date is February 16, 2010,
5   and the time is 12:59 p.m.
6         This deposition is being taken at
7   the Holiday Inn in Falmouth, Massachusetts.
8   The case caption is Neurontin Marketing,
9   Sales Practices and Products Liability
10  Litigation, in the U.S. District Court for
11  the District of Massachusetts MDL No. 1629
12  and Master File No. 04-10981. The name of
13  the witness is John Dmochowski.
14        At this time the attorneys will
15  identify themselves and the parties they
16  represent, after which our court reporter,
17  Jeanette Maracas of Veritext New Jersey, will
18  swear in the witness and we can proceed.
19        MS. STEVENS: Catherine Stevens from
20  Skadden, Arps, for Pfizer.
21        MS. ARTHUR: Katherine Arthur from
22  Skadden, Arps, for Pfizer.
23        MR. FIORE: Stephen Fiore from
24  Foster & Eldridge, on behalf of the witness.
25        MS. STEVENS: And just a brief

Page 5

1   statement for the record before the witness
2   is sworn in. Mr. Perry, counsel for
3   plaintiff, Mrs. Dorsey, has been notified
4   on several occasions about the date and the
5   time of this deposition. He has chosen not
6   to attend today. We've called him on several
7   occasions this morning. I e-mailed him last
8   week of the time change on the deposition
9   and we've not heard a response from Mr.
10  Perry, so we're proceeding with the doctor's
11  testimony.
12        MR. FIORE: Just to add, this is
13  Steve Fiore, I've also called his office
14  both yesterday and this morning twice and
15  confirmed with them the deposition, no one
16  has gotten back to me either way if they're
17  going to attend.
18        JOHN F. DMOCHOWSKI, M.D.
19        A witness called for examination
20  by counsel for the Defendants, having been
21  first duly sworn, was examined and testified
22  as follows:
23        DIRECT EXAMINATION
24  BY MS. STEVENS:
25  Q. Dr. Dmochowski, I practiced all week to

Page 26

1  prescribing" before?
2  A. Yes.
3  Q. And can you explain what that phrase means
4     to you?
5  A. The drug has been approved for other uses
6     than the one that I'm prescribing the drug
7     for for you, that's just when I'm speaking
8     to a patient, but that I think there's enough
9     reason to think that this would be a helpful
10    drug for you so that it's safe to try it in
11    your case.
12 Q. Is it fair to say that doctors commonly
13    prescribe some drugs off-label?
14 A. Yes.
15 Q. Is it fair to say that in the psychiatric
16    field, that doctors prescribe a fair amount
17    of drugs off-label?
18 A. Yes.
19 Q. Are you aware that the FDA has stated that
20    the off-label prescribing can be appropriate
21    in many cases?
22 A. Yes.
23 Q. Do you believe that off-label prescribing
24    can be appropriate in many cases?
25 A. Yes.

Page 27

1  Q. Can you explain that?
2  A. For instance, if like Prazosin for use in
3     veterans, we commonly prescribe it to
4     suppress nightmares and it's an off-label
5     use. It's a blood pressure lowering drug,
6     it's a prostate drug, but there's a body
7     of knowledge in connection with its utility
8     in veterans of war to suppress dreams.
9     It's very helpful, but we have to explain
10    to the patient that it's an off-label use
11    of this drug, there's a lot of proof that
12    it's helpful in this case, but the government
13    doesn't approve its use. So that's a good
14    example. Klonopin is another one, seizure
15    drug, we use it for anxiety all the time
16    off-label.
17 Q. Do you still use Klonopin for anxiety
18    off-label?
19 A. Yes.
20 Q. I just lost my train of thought. Can
21    you think of any other examples in the
22    psychiatric field of drugs that you typically
23    use off-label?
24 A. Benadryl.
25 Q. What do you use Benadryl for?

Page 28

1  A. Sometimes we'll prescribe that for sleep
2     even though it's an antihistamine. Another
3     really common one is trazodone. Trazadone
4     is an antidepressant and I think it's -- I
5     think we most commonly prescribe it as a
6     sleep agent in recovering alcoholics
7     and people with terrible sleep problems,
8     but it's an off-label use of an
9     antidepressant because of sedation
10    properties. Those are a couple that I
11    can think of right off the bat.
12 Q. When you prescribe a drug to a patient
13    that is off-label, do you typically tell
14    the patient that the drug is being
15    prescribed off-label?
16 A. Yes.
17 Q. Can you tell me how you have that kind
18    of a conversation?
19 A. I got into that a little bit earlier, but
20    I will inform the person that we're using
21    this as, for instance, trazodone, that I'll
22    say that this is -- we don't want to
23    prescribe this and this and this with you
24    because of various things going on with you,
25    but we have this medicine, it's not approved

Page 29

1     for use, it's a sleeper, it's actually an
2     antidepressant, but we're allowed to
3     prescribe things off-label like this when
4     we think that it's appropriate in this case
5     and the benefits outweigh the risks in the
6     patient's case like yours and we inform you
7     that this is something we're doing with the
8     medicine.
9  Q. And that's your current custom and practice
10    today?
11 A. Yes.
12 Q. And was that your custom and practice during
13    the time period you were seeing Mrs. Dorsey
14    as well?
15 A. Yes.
16 Q. Doctor, you know that you're here today
17    because this is a lawsuit involving the drug
18    Neurontin?
19 A. Yes.
20 Q. And you prescribed Neurontin to Mrs. Dorsey
21    on some occasions?
22 A. Yes.
23 Q. Do you know the FDA-approved indications
24    for Neurontin?
25 A. Yes, some of them. I know it's an

Veritext Corporate Services
800-567-8658                                                       973-410-4040

Page 102

1    Razadyne ER 16."
2  Q. What's Razadyne?
3  A. That's an eceio-cholinesterase inhibitor.
4     That's a memory drug, and she's taking
5     Lamictal 75 milligrams twice a day, that's
6     an anticonvulsive drug as well.
7  Q. So you're still worried about her adjusting
8     her medications appropriately in '05?
9  A. Yes.
10 Q. Did her depression worsen in '05?
11 A. I'd have to go through my notes to see.
12    My impression from memory is that, yeah,
13    that I was increasing the Lamictal to try
14    to help her depression, I guess.
15 Q. Do you recall a time period in '05 when
16    she discussed going to the hospital to have,
17    to adjust her meds again?
18 A. No. Can you point me to a note?
19 Q. Sure. It's Exhibit 1, the big stack again,
20    that stack, Page 77.
21 A. 77?
22 Q. That's right. I believe this is Eva?
23 A. Eva Marie Macaluso.
24 Q. Can you read her handwriting?
25 A. "Mary reports continued depression symptom,

Page 103

1     sleeping and avoidant. Also increased
2     anxiety and panic attacks. Fears being
3     alone, hurt and angry at the children and
4     discussed possibility of hospitalization
5     to adjust medicines and to, depressed,
6     encouraged her to discuss possibility with
7     Dr. D. She was depressed, sad, unhappy,"
8     and all these mental status lines, helpless,
9     hopeless, describes depression.
10 Q. If you turn to 142, is that your note?
11 A. Yes.
12 Q. Can you read it, please?
13 A. "Very sedated, Seroquel, decreased
14    nightmares, depressed, question mark,
15    in-patient, question mark, Mass. General
16    admission pending."
17 Q. Do you know what that refers to?
18 A. Pending, I think when I had tried to get
19    people in Mass. General, I put in the
20    application and then we check every day so
21    it's probably, I had probably initiated
22    contact with them, but you call every day
23    to see if there's an admission.
24 Q. This was to get her medication back
25    stabilized?

Page 104

1  A. Yes.
2  Q. This is while she's off of Neurontin?
3  A. Yes.
4  Q. If you turn to the big stack again,
5     Exhibit 28, she asked you at one point for
6     a narrative about her use with Neurontin.
7     Do you recall that?
8  A. Which page is that?
9  Q. Page 28. It's in '05, I believe. It's under
10    your treatment plan.
11 A. "Follow-up, continue meds the same way,
12    continue psychotherapy, change over to
13    Razadyne ER, wants a narrative about her
14    use of Neurontin," yes.
15 Q. Do you recall that conversation?
16 A. No, I don't recall that.
17 Q. Did you prepare a narrative?
18 A. Not that I recall.
19 Q. Do you recall Mrs. Dorsey having significant
20    issues with falls in 2006, if you turn to 23?
21 A. Yes, dizzy, ataxic, that means unsteady,
22    "doing physical therapy at Falmouth Hospital,
23    and hitting the walls unsteadily, feels
24    drugged, we went over her meds schedule,
25    Jimmy is felt to be really still there,

Page 105

1     wants to have a healthcare proxy. Current
2     medications, see long list. Problems, grief,
3     neurorehabilitation, nightmares, delirium."
4  Q. The next page, the assessment and treatment
5     plan?
6  A. "Neurologically-impaired bipolar woman with
7     signs of excessive medicine dosage after
8     stroke."
9  Q. What medications were you concerned that
10    she was using after, on this 2006 date?
11 A. I think from the looks of what I planned
12    here, I stopped the Razadyne, the memory
13    drug, and to see how she would do and
14    changed the time of Lamictal to the morning
15    and decreased the dose of the Lamictal,
16    and so I was thinking about decreasing
17    her Seroquel dose, so she was on several
18    things that I was wondering about the
19    effects of.
20 Q. And there are several records that follow
21    that where you're concerned that she's
22    over-medicated. Do you remember that time
23    period in '06?
24 A. Yes.
25 Q. Do you recall a time period in April of '06

Veritext Corporate Services
800-567-8658                                          973-410-4040