# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>IRENE BARLOW<br>1:05CV175SS Western District of Texas | Civil Action No. 04-10981 |

## PLAINTIFF IRENE BARLOW'S MOTION FOR SANCTIONS FOR DEFENDANTS' WILLFUL CONTEMPT OF THIS COURT'S ORDER (ECF DOCKET ORDER 2751) COMPELLING DEFENDANTS TO ANSWER INTERROGATORIES

**TO THE HONORABLE COURT:**

I.

Plaintiff Irene Barlow moves the Court to determine that Pfizer and Warner-Lambert are in contempt of its order, ECF Docket Number 2751, and to order appropriate relief under Rule 37 (b) and 37 (d).

II.

After entry of this Court's order, ECF Docket Numbers 2045 and 2125, to complete core discovery, including the depositions of the sales representatives by September 15, 2010, Plaintiff Irene Barlow served interrogatories on Defendants. Defendants failed to answer any of the interrogatories.

III.

Plaintiff Barlow moved, ECF Docket Number 2480, for an order to compel Defendants to answer the interrogatories, as well as to produce documents, in order to enable her to prepare for and take the sales representatives' depositions.

IV.

This Court, on March 24, 2010, granted Plaintiffs' motion. It did not sustain any of Defendants' objections to the interrogatories. It ordered Defendants to comply with its order as to Mrs. Barlow within 14 days, i.e., April 5, 2010. See ECF Docket Order 2751.

V.

Defendant has not answered the interrogatories.

VI.

The failure of Defendant to answer the interrogatories has obstructed the Plaintiff's ability to prepare for the depositions of the sales representatives and has also obstructed the ability of the Plaintiffs to locate the sales representatives to subpoena them for depositions or otherwise arrange for schedules for the depositions.

VII.

Plaintiff's counsel has spoken with defense counsel in an attempt to resolve this dispute and, further, has provided copies of the interrogatories with highlighted identification of the essential information necessary for her to proceed. No resolution has been reached.

VIII.

Accordingly, Plaintiff Irene Barlow prays the Court enter its order finding that Pfizer and Warner-Lambert are in contempt of its order, ECF Docket Number 2751, that the Court order appropriate relief under Federal Rules of Civil Procedure 37 (b) and (d), including an order that defendants' answer to Mrs. Barlow's complaint be stricken and that they be denied the right to oppose her liability claims for relief, that Defendants produce for deposition in Austin, Texas the sales representatives on dates convenient to Plaintiff and her counsel without further delay, that her case be remanded from MDL 1629 to the originating court, the Western District of Texas for

further proceedings, and that defendants pay the costs and attorney fees associated with Mrs. Barlow's counsel preparing and presenting her Motion to Compel, ECF Docket Number 2480, and this motion, together with other relief deemed appropriate by this Court to assure compliance by defendants with this Court's orders.

Respectfully submitted,

LAW OFFICES OF JACK W LONDON
3701 Bee Cave Rd., Suite 200
Austin, TX 78746
512-478-5858 (telephone)
512-479-5934 (facsimile)

By: _____
Jack W. London
State Bar No. 12512500

WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, TX 78701
512-476-4600 (telephone)
512-476-5382 (facisimile)

ATTORNEYS FOR PLAINTIFF
IRENE BARLOW

## CERTIFICATE OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in this motion and the parties have been unable to resolve the issues without the intervention of this Court.

Dated: June 15, 2010

By: _____
     Jack W. London

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on the 15th day of June, 2010.

By: _____
     Jack W. London