Exhibit 1

Declaration of Jack W. London

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>IRENE BARLOW<br>1:05CV175SS Western District of Texas | Civil Action No. 04-10981 |

## DECLARATION OF JACK W. LONDON IN SUPPORT OF PLAINTIFF IRENE BARLOWS' MOTIONS FOR SANCTIONS

I, Jack W. London, declare and state as follows:

1. I am counsel for Irene Barlow. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit 2 is a true and correct copy of Order, ECF Docket Number 2751.

3. Attached as Exhibit 3 is a true and correct copy of Letter, Stevens to Pierce, May 13, 2010.

4. Attached as Exhibit 4 is a true and correct copy of Email letter, London to Stevens, June 10, regarding interrogatories.

5. Attached as Exhibit 5 is a true and correct copy of the Plaintiffs' interrogatories, color-highlighted to demonstrate the un-answered portions, per the e-mail of June 10 to Catherine Stevens.

6. Attached as Exhibit 6 is a true and correct copy of the E-mail letter, London to Stevens, June 10, 2010, regarding requests for discovery.

7. Attached as Exhibit 7 is a true and correct copy of the Plaintiffs' Requests for Discovery, color-highlighted to demonstrate the numbers and categories for which no or incomplete discovery was made, per the e-mail of June 10 to Catherine Stevens. Signed under the penalties of perjury this 15th day of June 2010.

By: _____
Jack W. London

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on the June 15, 2010.

By: _____
Jack W. London