Exhibit 6

E-mail letter, London to Stevens, June 10, 2010, regarding requests for discovery

# Jack W. London
Attorney
jlondon@texas.net

3701 Bee Cave Rd., Suite 200 | Austin, TX 78746
(512) 478-5858 | (512) 479-5934 Fax



**JACK W. LONDON AND ASSOCIATES, P.C.**
Aviation and Product Liability Law

Dear Catherine:

This and the preceding email refer to the attempt by Mrs. Barlow to obtain discovery from your client, Pfizer / Warner-Lambert, that was the subject of our telephone call last Monday and the call you requested that we have this coming Monday.

This email addresses the Requests for Production that were served last October and regarding which in March Judge Sorokin ordered Pfizer to comply within fourteen days, i.e., by April 5.

The Court did not sustain any of Pfizer's objections to Mrs. Barlow's Requests for Production, not a single one. They were not granted, they were denied.

Despite Judge Sorokin's order, Pfizer has not served the vast majority of the items that were sought by the Requests and has served no pleading of any kind on Mrs. Barlow in regard to the Requests for Production.

There is no document that itemizes the requests for production and states that a copy of each document by number and category to correspond with the request is (a) attached or (b) disclosed or that no such document exists. Mrs. Barlow does not believe that Pfizer's failure to produce a document means that there is no such document and, in the absence of a pleading categorically stating that documents corresponding to numbered and categorized requests do not exist within Pfizer's custody, access, or control, Mrs. Barlow believes that such documents do exist and have not been produced.

Second, while Pfizer produced some records in a non-sorted document dump by sending CD roms withTIFF images of certain records, it is clear that in most respects those records were not disclosed as kept in the usual course of business. For example, a number of documents were produced that appear to be printed Excel spread sheets of items referred to as CMMS and CMMS – Notes. The electronic documents themselves, the Excel workbooks, were not disclosed. No record was disclosed to show how in the usual course of business such spread sheets were located, maintained, sorted, compiled, and turned into the documents that purport to be spreadsheets of contacts or notes regarding Mrs. Barlow's prescribing doctors. I do point out that among the Requests is Request 5, calling for disclosure of such items in their electronic form.

Finally, for this email, I attach (3) the Barlow Requests themselves. ==I have highlighted for you in yellow the information that was sought and called for and that has not been provided.== Documents, electronic documents, and a pleading that identifies each document by category to correspond with the Requests or to state that no document corresponds to the Request should have been provided by April 5. I request them immediately.

To the extent an item is not highlighted, it is because we specifically agreed that we would defer it until after core discovery within Judge Sorokin's order had been complied with; the non-highlighted items are deferred, not withdrawn.

While I do look forward to our telephone call Monday to have a conference regarding this, I am providing this to you in advance to remove any doubt about what Pfizer has not done. The failure to properly and fully disclose records and documents, both paper and electronic, as required by the rules and by Judge Sorokin's order, has obstructed and continues to obstruct Mrs. Barlow's attempts to prepare for and take the sales representatives depositions and otherwise conduct discovery pursuant to Judge Sorokin's order.

Accordingly, I want and request immediate disclosure of all requested documents, along with a pleading that identifies them by category to correspond with the Request. In the case of any Requested item that does not exist and is not within Pfizer's custody, access, or control I want a pleading that states affirmatively that each such item, corresponding to the Request number and category, does not exist within counsel's or Pfizer's custody, access, or control..

We are now sixty-plus days since these items were due and almost two months since I wrote to Mr. Cheffo to request deposition dates of the sales representatives for June 16-18. Please comply with the Requests and Order now.

Thank you very much,

Jack W. London