Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY)
Steven Lim (NY)
George A. Kohl, II (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)
Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright, R.N. (NY)
Kenneth B. Fromson (NY, NJ & PA)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)

James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ) *
Julio E. Urrutia (NY)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)

Debra J. Reisenman (NY)
John F. Dowd (NY & CT)
Michael T. McGarry (NY)

Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Marie M. DuSault (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)
Keith L. Altman (CA)
Michael M. Emminger (NY)

Of Counsel

Michael Feldman (NY & NJ)
Michael Finkelstein (NY)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Kenneth Cohen (NJ)
Linda Armatti-Epstein (NY)
David Akerib (NY)
Mark B. Hudoba (NY)
Kenneth G. Bartlett (CT & NJ)
Gustavo W. Alzugaray (NY)

Frances M. Bova, R.N. (NY & NJ)
Sharon A. Scanlan (NY & CT)
Robert E. Borrero (NY)
Marc S. Becker (NY)
Ari Kresch (NY & MI)
Jeffrey A. Brown, MD,MPH (NY,NJ&FL)
Dennis G. Ellis (NY)
Gail Koff, P.C. (NY)
Joel Bossom (NY)
Michael O. Gittelsohn (NY)
Antonio S. Grillo (NY & NJ)
Glenn W. Kelleher (NY)
Cristina L. Dulay (NY)

Stephanie O'Connor, R.N. (NY&NJ)*
Shareef Rabaa (NY & OH) *

* The Neurolaw Trial Group

**Finkelstein & Partners LLP**
**THE INJURY ATTORNEYS**

REFER TO OUR FILE #: 204805

June 16, 2010

Hon. Leo T. Sorokin, U.S.M.J.
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

   In re: Neurontin Marketing, Sales Practices
     and Products Liability Litigation
     MDL-1629
   Individual Action: Lyman vs. Pfizer, et al

Dear Magistrate Judge Sorokin:

  This letter is written in response to Your Honor's June 15, 2010 Order, that the parties file a brief report regarding the status of the deposition of Dr. Caspian, in light of her letter (docket entry 2841). In that regard, please be advised that the parties did proceed with and complete the deposition of Dr. Caspian as scheduled on June 8, 2010.

  Thank you for your consideration in this matter.

             Very truly yours,

             FINKELSTEIN & PARTNERS, LLP

             ELEANOR L. POLIMENI, ESQ.

cc: Skadden, Arps, et al.

Newburgh • Albany • Binghamton • Kingston • Middletown • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy

1279 ROUTE 300, P.O. BOX 1111
NEWBURGH, NY 12551
Phone: (845) 562-0203 Fax: (845) 562-3492 www.lawampm.com
101 WHITNEY AVENUE
NEW HAVEN, CT 06510

*Please Send All Correspondence to the Address Indicated Above*

