# ATTACHMENT 1

**Table B.7A: Calculation of Damages to Kaiser Reflecting Revised Timing**
3/23/2010

| | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | National Kaiser TRx | Allegedly Unlawful Bipolar TRx | Allegedly Unlawful Migraine TRx | Allegedly Unlawful Neuropathic Pain TRx | Allegedly Unlawful Nociceptive Pain TRx | Allegedly Unlawful Doses > than 1800mg/day TRx | Total Allegedly Unlawful TRx | Kaiser Price ($/TRx) | Bipolar Damages ($) | Migraine Damages ($) | Neuropathic Pain Damages ($) | Nociceptive Pain Damages ($) | Dose Damages ($) | Total Kaiser Damages ($) |
| 1995Q1 | 939 | 0 | 0 | 0 | 0 | 0 | 0 | 119.08 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1995Q2 | 995 | 0 | 0 | 0 | 0 | 0 | 0 | 119.43 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1995Q3 | 1,030 | 0 | 0 | 0 | 0 | 0 | 0 | 116.81 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1995Q4 | 1,114 | 0 | 0 | 0 | 0 | 0 | 0 | 118.82 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1996Q1 | 1,287 | 115 | 0 | 0 | 0 | 0 | 115 | 123.62 | 14,205 | 0 | 0 | 0 | 0 | 14,205 |
| 1996Q2 | 1,715 | 97 | 0 | 0 | 0 | 0 | 97 | 122.15 | 11,825 | 0 | 0 | 0 | 0 | 11,825 |
| 1996Q3 | 2,184 | 192 | 0 | 0 | 0 | 0 | 192 | 117.96 | 22,659 | 0 | 0 | 0 | 0 | 22,659 |
| 1996Q4 | 2,830 | 217 | 0 | 0 | 0 | 0 | 217 | 114.68 | 24,834 | 0 | 0 | 0 | 0 | 24,834 |
| 1997Q1 | 3,703 | 297 | 0 | 0 | 0 | 0 | 297 | 114.84 | 34,153 | 0 | 0 | 0 | 0 | 34,153 |
| 1997Q2 | 4,653 | 246 | 0 | 0 | 0 | 0 | 246 | 115.96 | 28,565 | 0 | 0 | 0 | 0 | 28,565 |
| 1997Q3 | 5,955 | 296 | 0 | 753 | 0 | 211 | 1,260 | 116.21 | 34,433 | 0 | 87,528 | 0 | 24,477 | 146,439 |
| 1997Q4 | 7,126 | 499 | 0 | 725 | 0 | 272 | 1,496 | 111.49 | 55,636 | 0 | 80,834 | 0 | 30,300 | 166,770 |
| 1998Q1 | 10,174 | 735 | 0 | 1,150 | 0 | 380 | 2,265 | 109.95 | 80,771 | 0 | 126,465 | 0 | 41,738 | 248,974 |
| 1998Q2 | 12,363 | 1,096 | 0 | 1,285 | 0 | 352 | 2,733 | 109.67 | 120,178 | 0 | 140,936 | 0 | 38,629 | 299,743 |
| 1998Q3 | 14,616 | 1,372 | 0 | 1,682 | 0 | 472 | 3,525 | 108.81 | 149,285 | 0 | 183,007 | 0 | 51,321 | 383,613 |
| 1998Q4 | 17,832 | 1,793 | 110 | 2,107 | 0 | 602 | 4,612 | 105.88 | 189,818 | 11,681 | 223,081 | 0 | 63,755 | 488,334 |
| 1999Q1 | 22,154 | 2,678 | 149 | 3,837 | 1,772 | 552 | 8,989 | 107.35 | 287,509 | 15,986 | 411,932 | 190,216 | 59,280 | 964,922 |
| 1999Q2 | 26,569 | 4,356 | 159 | 4,267 | 2,062 | 678 | 11,522 | 108.79 | 473,880 | 17,327 | 464,223 | 224,308 | 73,717 | 1,253,455 |
| 1999Q3 | 30,636 | 4,953 | 163 | 4,629 | 1,940 | 837 | 12,522 | 109.55 | 542,588 | 17,806 | 507,181 | 212,570 | 91,738 | 1,371,883 |
| 1999Q4 | 35,141 | 6,500 | 195 | 5,487 | 1,757 | 869 | 14,817 | 112.52 | 732,398 | 21,978 | 617,364 | 197,688 | 97,826 | 1,667,254 |
| 2000Q1 | 38,326 | 7,371 | 237 | 7,698 | 2,417 | 964 | 18,689 | 116.76 | 860,657 | 27,726 | 898,805 | 282,252 | 112,611 | 2,182,051 |
| 2000Q2 | 42,210 | 6,644 | 265 | 8,858 | 2,480 | 1,083 | 19,331 | 126.70 | 841,794 | 33,626 | 1,122,342 | 314,248 | 137,186 | 2,449,196 |
| 2000Q3 | 44,222 | 7,828 | 267 | 10,018 | 2,493 | 985 | 21,591 | 131.80 | 1,031,759 | 35,167 | 1,320,442 | 328,526 | 129,849 | 2,845,743 |
| 2000Q4 | 45,751 | 8,211 | 291 | 10,728 | 2,829 | 947 | 23,006 | 135.59 | 1,113,325 | 39,436 | 1,454,558 | 383,629 | 128,434 | 3,119,381 |
| 2001Q1 | 48,607 | 7,529 | 325 | 12,213 | 4,084 | 993 | 25,145 | 139.75 | 1,052,166 | 45,464 | 1,706,815 | 570,765 | 138,800 | 3,514,011 |
| 2001Q2 | 51,023 | 6,896 | 360 | 12,218 | 4,804 | 1,031 | 25,310 | 142.12 | 980,089 | 51,194 | 1,736,357 | 682,732 | 146,564 | 3,596,935 |
| 2001Q3 | 53,008 | 6,870 | 447 | 13,820 | 4,475 | 1,034 | 26,646 | 144.07 | 989,790 | 64,360 | 1,991,109 | 644,741 | 148,947 | 3,838,947 |
| 2001Q4 | 55,396 | 6,291 | 488 | 18,712 | 4,377 | 1,065 | 30,934 | 148.99 | 937,375 | 72,767 | 2,788,017 | 652,187 | 158,626 | 4,608,972 |
| 2002Q1 | 54,354 | 8,104 | 488 | 14,959 | 4,215 | 968 | 28,734 | 161.98 | 1,312,766 | 79,113 | 2,423,060 | 682,708 | 156,791 | 4,654,439 |
| 2002Q2 | 56,141 | 7,769 | 406 | 13,454 | 4,941 | 1,017 | 27,588 | 166.78 | 1,295,781 | 67,764 | 2,243,861 | 824,110 | 169,672 | 4,601,188 |
| 2002Q3 | 57,223 | 8,007 | 504 | 12,970 | 6,831 | 1,248 | 29,560 | 171.79 | 1,375,605 | 86,604 | 2,228,222 | 1,173,463 | 214,394 | 5,078,288 |
| 2002Q4 | 58,881 | 6,507 | 487 | 14,915 | 7,173 | 1,223 | 30,305 | 176.07 | 1,145,643 | 85,799 | 2,626,018 | 1,262,920 | 215,322 | 5,335,703 |
| 2003Q1 | 58,546 | 9,228 | 501 | 12,515 | 6,899 | 1,131 | 30,274 | 190.27 | 1,755,755 | 95,288 | 2,381,344 | 1,312,663 | 215,253 | 5,760,302 |
| 2003Q2 | 58,035 | 7,013 | 367 | 11,937 | 5,564 | 1,338 | 26,219 | 194.51 | 1,364,068 | 71,401 | 2,321,916 | 1,082,334 | 260,306 | 5,100,024 |
| 2003Q3 | 54,116 | 6,561 | 485 | 14,637 | 5,721 | 973 | 28,377 | 203.97 | 1,338,230 | 99,008 | 2,985,551 | 1,166,977 | 198,476 | 5,788,243 |
| 2003Q4 | 51,293 | 5,124 | 454 | 13,609 | 6,548 | 957 | 26,690 | 208.37 | 1,067,672 | 94,517 | 2,835,677 | 1,364,346 | 199,339 | 5,561,550 |
| 2004Q1 | 48,274 | 5,472 | 372 | 12,765 | 6,662 | 903 | 26,174 | 224.10 | 1,226,358 | 83,372 | 2,860,728 | 1,492,943 | 202,329 | 5,865,730 |
| 2004Q2 | 46,795 | 3,949 | 441 | 13,197 | 6,542 | 842 | 24,970 | 232.15 | 916,693 | 102,328 | 3,063,580 | 1,518,765 | 195,373 | 5,796,740 |
| 2004Q3 | 45,144 | 1,758 | 142 | 6,161 | 2,185 | 1,231 | 11,477 | 236.75 | 416,119 | 33,595 | 1,458,556 | 517,233 | 291,546 | 2,717,049 |
| 2004Q4 | 9,799 | 859 | 65 | 2,398 | 662 | 211 | 4,195 | 242.00 | 207,984 | 15,656 | 580,259 | 160,212 | 51,125 | 1,015,236 |
| Total | 1,180,160 | 153,442 | 8,170 | 263,705 | 99,433 | 25,370 | 550,120 | | 24,032,366 | 1,368,963 | 43,869,767 | 17,242,536 | 4,043,722 | 90,557,356 |

Plaintiff's Exhibit 408-F

**Table B.7C: Calculation of Damages to Kaiser - Accounting for Price of But-for Treatment* Reflecting Revised Timing**
3/23/2010

| | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] | [13] | [14] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarter | National Kaiser TRx | Allegedly Unlawful Bipolar TRx | Allegedly Unlawful Migraine TRx | Allegedly Unlawful Neuropathic Pain TRx | Allegedly Unlawful Nociceptive Pain TRx | Allegedly Unlawful Doses > than 1800mg/day TRx | Total Allegedly Unlawful TRx | Intentionally Left Blank | Bipolar Damages ($) | Migraine Damages ($) | Neuropathic Pain Damages ($) | Nociceptive Pain Damages ($) | Dose Damages ($) | Total Kaiser Damages ($) |
| 1995Q1 | 939 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 1995Q2 | 995 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 1995Q3 | 1,030 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 1995Q4 | 1,114 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| 1996Q1 | 1,287 | 115 | 0 | 0 | 0 | 0 | 115 | | 12,178 | 0 | 0 | 0 | 0 | 12,178 |
| 1996Q2 | 1,715 | 97 | 0 | 0 | 0 | 0 | 97 | | 10,119 | 0 | 0 | 0 | 0 | 10,119 |
| 1996Q3 | 2,184 | 192 | 0 | 0 | 0 | 0 | 192 | | 19,243 | 0 | 0 | 0 | 0 | 19,243 |
| 1996Q4 | 2,830 | 217 | 0 | 0 | 0 | 0 | 217 | | 20,892 | 0 | 0 | 0 | 0 | 20,892 |
| 1997Q1 | 3,703 | 297 | 0 | 0 | 0 | 0 | 297 | | 28,647 | 0 | 0 | 0 | 0 | 28,647 |
| 1997Q2 | 4,653 | 246 | 0 | 0 | 0 | 0 | 246 | | 23,953 | 0 | 0 | 0 | 0 | 23,953 |
| 1997Q3 | 5,955 | 296 | 0 | 753 | 0 | 211 | 1,260 | | 28,806 | 0 | 82,739 | 0 | 24,477 | 136,023 |
| 1997Q4 | 7,126 | 499 | 0 | 725 | 0 | 272 | 1,496 | | 45,856 | 0 | 76,135 | 0 | 30,300 | 152,291 |
| 1998Q1 | 10,174 | 735 | 0 | 1,150 | 0 | 380 | 2,265 | | 64,279 | 0 | 118,625 | 0 | 41,738 | 224,641 |
| 1998Q2 | 12,363 | 1,096 | 0 | 1,285 | 0 | 352 | 2,733 | | 94,221 | 0 | 131,724 | 0 | 38,629 | 264,574 |
| 1998Q3 | 14,616 | 1,372 | 0 | 1,682 | 0 | 472 | 3,525 | | 115,932 | 0 | 169,924 | 0 | 51,321 | 337,177 |
| 1998Q4 | 17,832 | 1,793 | 110 | 2,107 | 0 | 602 | 4,612 | | 145,204 | 11,067 | 207,360 | 0 | 63,755 | 427,386 |
| 1999Q1 | 22,154 | 2,678 | 149 | 3,837 | 1,772 | 552 | 8,989 | | 219,691 | 15,146 | 382,968 | 186,471 | 59,280 | 863,556 |
| 1999Q2 | 26,569 | 4,356 | 159 | 4,267 | 2,062 | 678 | 11,522 | | 357,078 | 16,429 | 430,460 | 219,318 | 73,717 | 1,097,001 |
| 1999Q3 | 30,636 | 4,953 | 163 | 4,629 | 1,940 | 837 | 12,522 | | 400,913 | 16,871 | 469,746 | 207,642 | 91,738 | 1,186,909 |
| 1999Q4 | 35,141 | 6,509 | 195 | 5,487 | 1,757 | 869 | 14,817 | | 533,374 | 20,771 | 571,963 | 193,541 | 97,826 | 1,417,475 |
| 2000Q1 | 38,326 | 7,371 | 237 | 7,698 | 2,417 | 964 | 18,689 | | 633,703 | 26,252 | 836,356 | 276,404 | 112,611 | 1,885,326 |
| 2000Q2 | 42,210 | 6,644 | 265 | 8,858 | 2,480 | 1,083 | 19,331 | | 630,641 | 31,880 | 1,048,430 | 307,557 | 137,186 | 2,155,693 |
| 2000Q3 | 44,222 | 7,828 | 267 | 10,018 | 2,493 | 985 | 21,591 | | 777,064 | 33,359 | 1,233,728 | 321,526 | 129,849 | 2,495,526 |
| 2000Q4 | 45,751 | 8,211 | 291 | 10,728 | 2,829 | 947 | 23,006 | | 845,270 | 37,509 | 1,362,987 | 376,175 | 128,434 | 2,750,374 |
| 2001Q1 | 48,607 | 7,529 | 325 | 12,213 | 4,084 | 993 | 25,145 | | 813,438 | 43,341 | 1,605,771 | 560,792 | 138,800 | 3,162,143 |
| 2001Q2 | 51,023 | 6,896 | 360 | 12,218 | 4,804 | 1,031 | 25,310 | | 767,556 | 48,803 | 1,636,389 | 669,806 | 146,564 | 3,269,118 |
| 2001Q3 | 53,008 | 6,870 | 447 | 13,820 | 4,475 | 1,034 | 26,646 | | 771,574 | 61,485 | 1,879,026 | 631,923 | 148,947 | 3,492,955 |
| 2001Q4 | 55,396 | 6,291 | 488 | 18,712 | 4,377 | 1,065 | 30,934 | | 736,133 | 69,586 | 2,642,699 | 639,873 | 158,626 | 4,246,916 |
| 2002Q1 | 54,354 | 8,104 | 488 | 14,959 | 4,215 | 968 | 28,734 | | 1,032,585 | 75,921 | 2,306,019 | 671,105 | 156,791 | 4,242,422 |
| 2002Q2 | 56,141 | 7,769 | 406 | 13,454 | 4,941 | 1,017 | 27,588 | | 1,032,851 | 65,092 | 2,135,831 | 809,451 | 169,672 | 4,212,898 |
| 2002Q3 | 57,223 | 8,007 | 504 | 12,970 | 6,831 | 1,248 | 29,560 | | 1,096,995 | 83,287 | 2,125,438 | 1,151,931 | 214,394 | 4,672,046 |
| 2002Q4 | 58,881 | 6,507 | 487 | 14,915 | 7,173 | 1,223 | 30,305 | | 914,470 | 82,679 | 2,507,778 | 1,240,808 | 215,322 | 4,961,057 |
| 2003Q1 | 58,546 | 9,228 | 501 | 12,515 | 6,899 | 1,131 | 30,274 | | 1,410,114 | 92,023 | 2,279,974 | 1,291,676 | 215,253 | 5,289,039 |
| 2003Q2 | 58,035 | 7,013 | 367 | 11,937 | 5,564 | 1,338 | 26,219 | | 1,096,661 | 68,960 | 2,224,222 | 1,063,446 | 260,306 | 4,713,594 |
| 2003Q3 | 54,116 | 6,561 | 485 | 14,637 | 5,721 | 973 | 28,377 | | 1,077,417 | 95,667 | 2,860,730 | 1,146,424 | 198,476 | 5,378,714 |
| 2003Q4 | 51,293 | 5,124 | 454 | 13,609 | 6,548 | 957 | 26,690 | | 856,304 | 91,389 | 2,715,584 | 1,342,352 | 199,339 | 5,204,968 |
| 2004Q1 | 48,274 | 5,472 | 372 | 12,765 | 6,662 | 903 | 26,174 | | 998,148 | 80,625 | 2,745,577 | 1,469,324 | 202,329 | 5,496,002 |
| 2004Q2 | 46,795 | 3,949 | 441 | 13,197 | 6,542 | 842 | 24,970 | | 759,404 | 98,734 | 2,941,974 | 1,493,692 | 195,373 | 5,489,177 |
| 2004Q3 | 45,144 | 1,758 | 142 | 6,161 | 2,185 | 1,231 | 11,477 | | 346,296 | 32,385 | 1,400,588 | 508,346 | 291,546 | 2,579,161 |
| 2004Q4 | 9,799 | 859 | 65 | 2,398 | 662 | 211 | 4,195 | | 172,710 | 15,092 | 556,977 | 157,630 | 51,125 | 953,534 |
| Total | 1,180,160 | 153,442 | 8,170 | 263,705 | 99,433 | 25,370 | 550,120 | | 18,889,722 | 1,314,354 | 41,687,724 | 16,937,210 | 4,043,722 | 82,872,732 |

* But-for treatment identified in Plaintiff's Exhibit 365, the December 5, 2008 Declaration of Mirta Millares. Dose damages are calculated using a zero but-for price as in Table B.7A.

Plaintiff's Exhibit 408-I