# ATTACHMENT 2

**Table 1A: Nominal Damages to Kaiser Reflecting Revised Timing**
Source: Plaintiff Table B.7A (Exhibit 408-F)

| Plaintiff's Exhibit 408-K |
| --- |

| Year | Bipolar / Mood Disorders (Nominal $) | Migraine / Headache (Nominal $) | Neuropathic Pain (Nominal $) | Nociceptive Pain (Nominal $) | Doses Over 1800mg/day (Nominal $) | Total Nominal Damages ($) |
|---|---|---|---|---|---|---|
| 1995 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1996 | 73,523 | 0 | 0 | 0 | 0 | 73,523 |
| 1997 | 152,788 | 0 | 168,362 | 0 | 54,777 | 375,927 |
| 1998 | 540,052 | 11,681 | 673,489 | 0 | 195,442 | 1,420,664 |
| 1999 | 2,036,374 | 73,096 | 2,000,701 | 824,782 | 322,560 | 5,257,514 |
| 2000 | 3,847,535 | 135,955 | 4,796,146 | 1,308,655 | 508,079 | 10,596,370 |
| 2001 | 3,959,421 | 233,785 | 8,222,298 | 2,550,425 | 592,937 | 15,558,865 |
| 2002 | 5,129,795 | 319,280 | 9,521,162 | 3,943,201 | 756,180 | 19,669,618 |
| 2003 | 5,525,724 | 360,215 | 10,524,488 | 4,926,319 | 873,373 | 22,210,119 |
| 2004 | 2,767,154 | 234,952 | 7,963,123 | 3,689,154 | 740,373 | 15,394,755 |
| Total | 24,032,366 | 1,368,963 | 43,869,767 | 17,242,536 | 4,043,722 | **90,557,356** |

**Table 1B: Damages to Kaiser Reflecting Revised Timing with Interest (Prime Rate)**
Compounded interest calculated through December 2009. If appropriate, additional interest can be calculated through the present. See Table 3.

| Year | Bipolar / Mood Disorders ($ with Interest) | Migraine / Headache ($ with Interest) | Neuropathic Pain ($ with Interest) | Nociceptive Pain ($ with Interest) | Doses Over 1800mg/day ($ with Interest) | Total ($ with Interest) |
|---|---|---|---|---|---|---|
| 1995 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1996 | 180,286 | 0 | 0 | 0 | 0 | 180,286 |
| 1997 | 346,036 | 0 | 381,309 | 0 | 124,060 | 851,405 |
| 1998 | 1,127,919 | 24,397 | 1,406,609 | 0 | 408,189 | 2,967,114 |
| 1999 | 3,925,289 | 140,900 | 3,856,525 | 1,589,839 | 621,763 | 10,134,315 |
| 2000 | 6,867,091 | 242,653 | 8,560,173 | 2,335,691 | 906,821 | 18,912,430 |
| 2001 | 6,469,637 | 382,001 | 13,435,117 | 4,167,358 | 968,851 | 25,422,964 |
| 2002 | 7,840,251 | 487,979 | 14,551,906 | 6,026,690 | 1,155,727 | 30,062,554 |
| 2003 | 8,068,577 | 525,980 | 15,367,693 | 7,193,334 | 1,275,285 | 32,430,870 |
| 2004 | 3,880,672 | 329,497 | 11,167,525 | 5,173,689 | 1,038,302 | 21,589,686 |
| Total | 38,705,757 | 2,133,406 | 68,726,858 | 26,486,602 | 6,499,000 | **142,551,623** |

**Table 1C: Damages to Kaiser Reflecting Revised Timing with Interest (7% Rate)**
Simple interest calculated through December 2009. If appropriate, additional interest can be calculated through the present. See Table 3.

| Year | Bipolar / Mood Disorders ($ with Interest) | Migraine / Headache ($ with Interest) | Neuropathic Pain ($ with Interest) | Nociceptive Pain ($ with Interest) | Doses Over 1800mg/day ($ with Interest) | Total ($ with Interest) |
|---|---|---|---|---|---|---|
| 1995 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1996 | 145,575 | 0 | 0 | 0 | 0 | 145,575 |
| 1997 | 291,825 | 0 | 321,572 | 0 | 104,624 | 718,021 |
| 1998 | 993,695 | 21,493 | 1,239,220 | 0 | 359,614 | 2,614,022 |
| 1999 | 3,604,383 | 129,381 | 3,541,240 | 1,459,865 | 570,932 | 9,305,800 |
| 2000 | 6,540,810 | 231,123 | 8,153,447 | 2,224,714 | 863,735 | 18,013,829 |
| 2001 | 6,453,856 | 381,069 | 13,402,345 | 4,157,192 | 966,488 | 25,360,950 |
| 2002 | 8,002,481 | 498,076 | 14,853,012 | 6,151,394 | 1,179,641 | 30,684,605 |
| 2003 | 8,233,329 | 536,720 | 15,681,487 | 7,340,215 | 1,301,326 | 33,093,078 |
| 2004 | 3,929,359 | 333,631 | 11,307,634 | 5,238,599 | 1,051,329 | 21,860,551 |
| Total | 38,195,311 | 2,131,494 | 68,499,958 | 26,571,979 | 6,397,689 | **141,796,431** |

**Table 3: Interest Rates**

| Year | Prime Rate | | 7% Rate | |
| | Rate | Multiplier | Number of Years | Multiplier |
|------|------|------------|----------|------------|
| 1995 | 8.83 | 2.7 | 15 | 2.05 |
| 1996 | 8.27 | 2.5 | 14 | 1.98 |
| 1997 | 8.44 | 2.3 | 13 | 1.91 |
| 1998 | 8.35 | 2.1 | 12 | 1.84 |
| 1999 | 8.00 | 1.9 | 11 | 1.77 |
| 2000 | 9.23 | 1.8 | 10 | 1.7 |
| 2001 | 6.91 | 1.6 | 9 | 1.63 |
| 2002 | 4.67 | 1.5 | 8 | 1.56 |
| 2003 | 4.12 | 1.5 | 7 | 1.49 |
| 2004 | 4.34 | 1.4 | 6 | 1.42 |
| 2005 | 6.19 | 1.3 | 5 | 1.35 |
| 2006 | 7.96 | 1.3 | 4 | 1.28 |
| 2007 | 8.05 | 1.2 | 3 | 1.21 |
| 2008 | 5.09 | 1.1 | 2 | 1.14 |
| 2009 | 3.25 | 1.0 | 1 | 1.07 |

Source for 1995-2009 Prime Rate, as accessed April 29, 2010:
http://www.federalreserve.gov/Releases/H15/data/Annual/H15_PRIME_NA.txt

CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO COURT ORDER

**Table 2A: Nominal Damages to Kaiser - Accounting for Price of But-for Treatment***
**Reflecting Revised Timing**
Source: Plaintiff Table B.7C (Exhibit 408-I)

| Year | Bipolar / Mood Disorders (Nominal $) | Migraine / Headache (Nominal $) | Neuropathic Pain (Nominal $) | Nociceptive Pain (Nominal $) | Doses Over 1800mg/day (Nominal $) | Total Nominal Damages ($) |
|---|---|---|---|---|---|---|
| 1995 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1996 | 62,432 | 0 | 0 | 0 | 0 | 62,432 |
| 1997 | 127,263 | 0 | 158,874 | 0 | 54,777 | 340,914 |
| 1998 | 419,636 | 11,067 | 627,633 | 0 | 195,442 | 1,253,779 |
| 1999 | 1,511,057 | 69,217 | 1,855,137 | 806,971 | 322,560 | 4,564,942 |
| 2000 | 2,886,678 | 128,999 | 4,481,502 | 1,281,662 | 508,079 | 9,286,920 |
| 2001 | 3,088,701 | 223,215 | 7,763,885 | 2,502,393 | 592,937 | 14,171,132 |
| 2002 | 4,076,902 | 306,979 | 9,075,066 | 3,873,294 | 756,180 | 18,088,423 |
| 2003 | 4,440,495 | 348,040 | 10,080,510 | 4,843,898 | 873,373 | 20,586,316 |
| 2004 | 2,276,557 | 226,836 | 7,645,116 | 3,628,992 | 740,373 | 14,517,874 |
| | | | | | | |
| Total | 18,889,722 | 1,314,354 | 41,687,724 | 16,937,210 | 4,043,722 | **82,872,732** |

**Table 2B: Damages to Kaiser - Accounting for Price of But-for Treatment***
**Reflecting Revised Timing with Interest (Prime Rate)**
Compounded interest calculated through December 2009. If appropriate, additional interest can be calculated through the present. See Table 3.

| Year | Bipolar / Mood Disorders ($ with Interest) | Migraine / Headache ($ with Interest) | Neuropathic Pain ($ with Interest) | Nociceptive Pain ($ with Interest) | Doses Over 1800mg/day ($ with Interest) | Total ($ with Interest) |
|---|---|---|---|---|---|---|
| 1995 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1996 | 153,091 | 0 | 0 | 0 | 0 | 153,091 |
| 1997 | 288,227 | 0 | 359,820 | 0 | 124,060 | 772,108 |
| 1998 | 876,427 | 23,114 | 1,310,837 | 0 | 408,189 | 2,618,568 |
| 1999 | 2,912,693 | 133,421 | 3,575,938 | 1,555,506 | 621,763 | 8,799,321 |
| 2000 | 5,152,150 | 230,239 | 7,998,596 | 2,287,513 | 906,821 | 16,575,319 |
| 2001 | 5,046,893 | 364,731 | 12,686,078 | 4,088,875 | 968,851 | 23,155,428 |
| 2002 | 6,231,036 | 469,180 | 13,870,105 | 5,919,846 | 1,155,727 | 27,645,894 |
| 2003 | 6,483,942 | 508,203 | 14,719,404 | 7,072,984 | 1,275,285 | 30,059,818 |
| 2004 | 3,192,656 | 318,116 | 10,721,551 | 5,089,318 | 1,038,302 | 20,359,944 |
| | | | | | | |
| Total | 30,337,116 | 2,047,004 | 65,242,329 | 26,014,042 | 6,499,000 | **130,139,491** |

**Table 2C: Damages to Kaiser - Accounting for Price of But-for Treatment***
**Reflecting Revised Timing with Interest (7% Rate)**
Simple interest calculated through December 2009. If appropriate, additional interest can be calculated through the present. See Table 3.

| Year | Bipolar / Mood Disorders ($ with Interest) | Migraine / Headache ($ with Interest) | Neuropathic Pain ($ with Interest) | Nociceptive Pain ($ with Interest) | Doses Over 1800mg/day ($ with Interest) | Total ($ with Interest) |
|---|---|---|---|---|---|---|
| 1995 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1996 | 123,616 | 0 | 0 | 0 | 0 | 123,616 |
| 1997 | 243,073 | 0 | 303,450 | 0 | 104,624 | 651,147 |
| 1998 | 772,131 | 20,364 | 1,154,845 | 0 | 359,614 | 2,306,953 |
| 1999 | 2,674,571 | 122,514 | 3,283,593 | 1,428,338 | 570,932 | 8,079,947 |
| 2000 | 4,907,352 | 219,299 | 7,618,553 | 2,178,825 | 863,735 | 15,787,764 |
| 2001 | 5,034,583 | 363,841 | 12,655,133 | 4,078,901 | 966,488 | 23,098,946 |
| 2002 | 6,359,968 | 478,888 | 14,157,103 | 6,042,339 | 1,179,641 | 28,217,939 |
| 2003 | 6,616,338 | 518,580 | 15,019,960 | 7,217,408 | 1,301,326 | 30,673,610 |
| 2004 | 3,232,711 | 322,107 | 10,856,065 | 5,153,169 | 1,051,329 | 20,615,381 |
| | | | | | | |
| Total | 29,964,342 | 2,045,592 | 65,048,701 | 26,098,979 | 6,397,689 | **129,555,303** |

* But-for treatment identified in Plaintiff's Exhibit 365, the December 5, 2008 Declaration of Mirta Millares. Dose damages are calculated using a zero but-for price.

Plaintiff's Exhibit 408-L

**Table 3: Interest Rates**

| Year | Prime Rate | | 7% Rate | |
| | Rate | Multiplier | Number of Years | Multiplier |
|---|---|---|---|---|
| 1995 | 8.83 | 2.7 | 15 | 2.05 |
| 1996 | 8.27 | 2.5 | 14 | 1.98 |
| 1997 | 8.44 | 2.3 | 13 | 1.91 |
| 1998 | 8.35 | 2.1 | 12 | 1.84 |
| 1999 | 8.00 | 1.9 | 11 | 1.77 |
| 2000 | 9.23 | 1.8 | 10 | 1.7 |
| 2001 | 6.91 | 1.6 | 9 | 1.63 |
| 2002 | 4.67 | 1.5 | 8 | 1.56 |
| 2003 | 4.12 | 1.5 | 7 | 1.49 |
| 2004 | 4.34 | 1.4 | 6 | 1.42 |
| 2005 | 6.19 | 1.3 | 5 | 1.35 |
| 2006 | 7.96 | 1.3 | 4 | 1.28 |
| 2007 | 8.05 | 1.2 | 3 | 1.21 |
| 2008 | 5.09 | 1.1 | 2 | 1.14 |
| 2009 | 3.25 | 1.0 | 1 | 1.07 |

Source for 1995-2009 Prime Rate, as accessed April 29, 2010:
http://www.federalreserve.gov/Releases/H15/data/Annual/H15_PRIME_NA.txt