# ATTACHMENT 4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No.  1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA v. PFIZER INC., 04 CV 10739 (PBS) and<br><br>AETNA, INC. V. PFIZER INC., 04 CV 10958 (PBS) | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**[PROPSED] ORDER REGARDING PLAINTIFF KAISER'S MOTION TO ADMIT
TABLES SHOWING DAMAGES WITH INTEREST INTO EVIDENCE**

The Court, having considered Plaintiff Kaiser's Motion to Admit Tables Showing Damages

with Interest into Evidence, hereby orders the following:

1.      The Exhibits marked as 408-K and 408-L are admitted into evidence.

Dated: _____          _____
                                        Patti B. Saris
                                        United States District Judge