UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>PRODUCTS LIABILITY ACTIONS | |

**JOINT PROPOSAL FOR AN ORDER
REGARDING DEPOSITIONS OF PRESCRIBING PHYSICIANS**

Pursuant to the hearing before Magistrate Judge Sorokin on June 8, 2010, Defendants' counsel and Products Liability Plaintiffs' Steering Committee ("PLPSC") submit the attached proposed order regarding depositions of prescribing physicians.

Dated: June 22, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
 Ana M. Francisco
 BBO # 564346

One International Place
Boston, MA  02110
Tel:  (617) 951-7000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*


FINKELSTEIN & PARTNERS, LLP
By: /s/ Andrew G. Finkelstein
 Andrew G. Finkelstein

1279 Route 300, Box 1111
Newburgh, NY 12551
Tel:  (845) 562-0203

LAW OFFICES OF JACK W. LONDON
By: /s/Jack W. London
 Jack W. London

3701 Bee Cave Rd, Suite 200
Austin, TX 78746
Tel:  (512) 478-5858

*Members of Product Liability Plaintiff Steering Committee*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 22, 2010.

By: /s/ Ana M. Francisco
 Ana M. Francisco

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: <br><br> PRODUCTS LIABILITY ACTIONS | |

## [PROPOSED] ORDER REGARDING DEPOSITIONS OF PRESCRIBING PHYSICIANS

This case is pending before the United States District Court for the District of Massachusetts as part of a Multi-District Litigation ("MDL") for coordinated or consolidated pre-trial proceedings, and involves products liability allegations against Pfizer Inc regarding the drug Neurontin. The parties are in the midst of discovery, and in the course of that discovery, the parties are taking depositions of Plaintiff, the prescribing physician(s) (i.e. those doctors who prescribed Neurontin to Plaintiff), and relevant sales representatives. As a general matter, the Court has found that these depositions are relevant and material to the litigation. Subpoenas issued under this Court in this case are enforceable throughout the United States, and counsel are authorized to issue subpoenas to the doctors who are the prescribing physicians in this case. These subpoenas are enforceable without further order of the Court.

IT IS SO ORDERED.
Dated: _____                    _____
                                         Hon. Leo T. Sorokin
                                         Magistrate Judge, U. S. District Court