UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629  Master File No. 04-10981  Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:  *Dorsey v. Pfizer Inc, et al.*  Case No. 1:05-cv-10639-PBS | Magistrate Judge Leo T. Sorokin |

### DEFENDANTS' MOTION TO CONTINUE THE HEARING ON JULY 9, 2010

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants") respectfully move to reschedule the Court's hearing on Defendants' motion for summary judgment, currently scheduled for July 9, 2010.

Pursuant to this Court's electronic order, the hearing on Defendants' motion for summary judgment in the above-captioned action is currently set to occur on July 9, 2010, at 3:30 p.m. Defendants request the courtesy of a brief adjournment due to defense counsel's scheduling conflicts during that week. On June 18, 2010, Defendants reached out to the Court through Mr. Robert Alba, who provided the Court's available dates as August 9, 10, and 12, 2010, and requested that Defendants file a motion for a continuance. Defense counsel is available on each of those dates. Defendants note that while Plaintiff has indicated that she does not oppose a continuance, Defendants have been unable to confirm Plaintiff's counsel's availability on August 9, 10, or 12, 2010, despite efforts to do so.

WHEREFORE, Defendants respectfully request that the Court grant this request for a new date for the hearing currently scheduled for July 9, 2010.

Dated: June 23, 2010	Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:	/s/ Mark S. Cheffo
	Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000
Mark.Cheffo@skadden.com


ROPES & GRAY LLP

By:	/s/ Ana M. Francisco
	Ana M. Francisco
	BBO# 564346

One International Place
Boston, MA  02110
Tel:  (617) 951-7000
ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 23, 2010.

By:	/s/ Ana M. Francisco
	Ana M. Francisco