**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                    :
In re: NEURONTIN MARKETING                          :   MDL Docket No. 1629
SALES PRACTICES AND PRODUCTS                        :
LIABILITY LITIGATION                                :   Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
THIS DOCUMENT RELATES TO:                           :
                                                    :
TERESA DRINKWINE, Individually and as Trustee       :
for The Next of Kin of MICHAEL DRINKWINE,           :   Judge Patti B. Saris
Decedent,                                           :
                                                    :
                                                    :
                      Plaintiff,                    :   Magistrate Judge Leo T. Sorokin
                                                    :
              -against-                             :
                                                    :
PFIZER INC., PARKE-DAVIS, a division of Warner-     :
Lambert Company and Warner-Lambert Company          :
LLC, WARNER-LAMBERT COMPANY, WARNER-                :
LAMBERT COMPANY LLC, and TEVA                       :
PHARMACEUTICALS USA, INC.,                          :
                                                    :
                      Defendants.                   :
                                                    x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                    :
AND RELATED CASES (SEE EXHIBIT A)                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -:
                                                    x
```

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2 (a), please enter the appearance of Chad W. Higgins of Goodwin Procter LLP, Exchange Place, 53 State Street, Boston, MA 02109, as counsel on behalf of Defendant Teva Pharmaceuticals USA, Inc. in the above-captioned matter.

Dated: June 23, 2010                                              Respectfully submitted,

                                                                  TEVA PHARMACEUTICALS USA, INC.

                                                                  By its attorneys,

                                                                  /s/ Chad W. Higgins_____
                                                                  Chad W. Higgins (BBO # 668924)
                                                                  GOODWIN PROCTER LLP
                                                                  Exchange Place
                                                                  53 State Street
                                                                  Boston, MA 02109-2881
                                                                  T: 617.570.1000
                                                                  F: 617-523-1231
                                                                  chiggins@goodwinprocter.com


## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 23, 2010.

                                                       By:/s/ Chad W. Higgins_____

**EXHIBIT A**

**CASES PENDING IN THE NEURONTIN MDL NO. 1629
NAMING TEVA PHARMACEUTICALS USA, INC. AS A DEFENDANT**

*Blackwell v. Pfizer Inc., et al.*, No. 1:06-cv-11397-PBS

*Briggs v. Pfizer Inc, et al.*,  No. 1:07-cv-10327-PBS

*Farris v. Pfizer Inc., et al.*, No. 1:06-vc-12063-PBS

*Hairfield v. Pfizer Inc.*, et al., No. 1:08-cv-10930-PBS

*McLendon v. Pfizer Inc.*, et al. No. 1:08-cv-12034-PBS

*Morrow v. Pfizer Inc., et al.*, No. 1:08-cv-11706-PBS

*Newberry v. Pfizer Inc., et al.*, No. 1:07-cv-11499-PBS

*Ramsey v. Pfizer Inc., et al.*, No. 1:06-cv-12212-PBS

*Samuels v. Pfizer Inc., et al.*, No. 1:08-cv-10958-PBS