UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY ACTIONS

------------------------------------------------------------x

: MDL Docket No. 1629
:
: Master File No. 04-10981
:
: Judge Patti B. Saris
:
: Magistrate Judge Leo T.
: Sorokin

## [PROPOSED] ORDER REGARDING DEPOSITIONS OF PRESCRIBING PHYSICIANS

This case is pending before the United States District Court for the District of Massachusetts as part of a Multi-District Litigation ("MDL") for coordinated or consolidated pre-trial proceedings, and involves products liability allegations against Pfizer Inc regarding the drug Neurontin. The parties are in the midst of discovery, and in the course of that discovery, the parties are taking depositions of Plaintiff, the prescribing physician(s) (i.e. those doctors who prescribed Neurontin to Plaintiff), and relevant sales representatives. As a general matter, the Court has found that these depositions are relevant and material to the litigation. Subpoenas issued under this Court in this case are enforceable throughout the United States, and counsel are authorized to issue subpoenas to the doctors who are the prescribing physicians in this case. These subpoenas are enforceable without further order of the Court.

IT IS SO ORDERED.
Dated: June 24, 2010

_____
Hon. Leo T. Sorokin
Magistrate Judge, U. S. District Court

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

