UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | Magistrate Judge Leo T. Sorokin |
| PRODUCTS LIABILITY ACTIONS | |

**PRODUCT LIABILITY PLAINTIFFS' MOTION
FOR AN ORDER SCHEDULING BEFORE THIS COURT,
TRIAL PRESERVATION DEPOSITIONS OF PLAINTIFFS' GENERIC
EXPERTS AND PLAINTIFFS' GENERAL WITNESS DAVID FRANKLIN**

Products Liability Plaintiffs, (hereinafter "Plaintiffs"), by their attorneys, Finkelstein & Partners, LLP, hereby move this Court to for an order scheduling before this Court in open court, trial preservation depositions of Plaintiffs' generic experts and Plaintiffs' general witness David Franklin.

This Motion is supported by the Declaration of Kenneth B. Fromson, Esq., and the Memorandum in Support with exhibits annexed, submitted herewith.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs' counsel believes that oral argument may assist the Court and wish to be heard. Therefore, Plaintiffs' counsel respectfully requests a hearing on this motion.

Dated:  June 29, 2010                                         Respectfully submitted,

                                                      *Members of Products Liability*
                                                     *Plaintiffs' Steering Committee*

By:     **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein, Esquire
        Finkelstein & Partners, LLP
        1279 Route 300, P.O. Box 1111
        Newburgh, NY  12551

By:     **/s/ Jack W. London**
        Jack W. London, Esquire
        Law Offices of Jack W. London
          & Associates
        3701 Bee Cave Rd., Suite 200
        Austin, TX  78746

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated:   June 29, 2010

                                                        **/s/ Kenneth B. Fromson**
                                                        Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 29, 2010.

                                                        **/s/ Kenneth B. Fromson**
                                                        Kenneth B. Fromson, Esquire