UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:  MDL Docket No. 1629
In re: NEURONTIN MARKETING,         :
SALES PRACTICES AND                 :  Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION       :
:  Judge Patti B. Saris
---------------------------------------------------------------x
:  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:           :
:
PRODUCTS LIABILITY ACTIONS          :
:
---------------------------------------------------------------x

**DECLARATION OF KENNETH B. FROMSON IN SUPPORT OF
PRODUCTS LIABILITY PLAINTIFFS' MOTION FOR AN ORDER
SCHEDULING BEFORE THIS COURT TRIAL PRESERVATION
DEPOSITIONS OF PLAINTIFFS' GENERIC EXPERTS
AND PLAINTIFFS' GENERAL WITNESS DAVID FRANKLIN**

I, Kenneth B. Fromson, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, counsel for most of the Products Liability Plaintiffs in this matter, and I have full knowledge of the matters stated herein.

2. This declaration is submitted in support of the motion by Products Liability Plaintiffs for an order scheduling before this Court trial preservation depositions of Plaintiffs' generic experts and Plaintiffs' general witness David Franklin.

3. The following documents are attached hereto in support of this motion:

Exhibit A - Judicial Panel on Multi-district Litigation order establishing *In re Neurontin Sales, Marketing Practices and Products Liability Litigation,* MDL 1629

Exhibit B - *In re Phenypropanolamine (PPA) Products Liability Litigation,* MDL No. 1407 (W.D. Wash.)

Exhibit C - *In re Prempro Products Liability Litigation,* MDL No. 1507 (E.D. Ark.)

Exhibit D - *In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation,* MDL No. 1203 (E.D. Pa.)

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 29, 2010

                                          **/s/ Kenneth B. Fromson**
                                          Kenneth B. Fromson

                                          Finkelstein & Partners, LLP
                                          1279 Route 300, P.O. Box 1111
                                          Newburgh, NY  12551
                                          (800) 634-1212

                                          *Attorneys for Products Liability Plaintiffs*

## CERTIFICATE OF SERVICE

     I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on June 29, 2010.

Dated: June 29, 2010

                                          **/s/ Kenneth B. Fromson**
                                          Kenneth B. Fromson