EXHIBIT  B

1
2
3
4                                    The Honorable Barbara J. Rothstein
5
6              UNITED STATES DISTRICT COURT
7             WESTERN DISTRICT OF WASHINGTON
                       AT SEATTLE
8    IN RE: PHENYLPROPANOLAMINE
     (PPA) PRODUCTS LIABILITY
9    LITIGATION,                            MDL NO. 1407
10   _____            CASE MANAGEMENT ORDER
                                            NO. 14A REGARDING
11                                          PROTOCOL FOR EXPERT
                                            WITNESS TRIAL
12                                          PRESERVATION
                                            DEPOSITIONS LIMITED TO
13                                          THE KOREAN STUDY
14   This document relates to all
     actions.
15
16
17        The following order shall serve as an adjunct to Case
18   Management Order No. 14 Regarding Conducting of Expert Witness
     Trial Preservation Depositions ("CMO 14").
19
20        A party noticing an expert witness for a preservation
21   deposition that is limited to the Korean Study shall reserve one
22   day for completion of the preservation deposition, with one and a
     half (1.5) hours for direct examination and four (4) hours for
23   cross examination.
24
25
26
     ORDER

DATED this 3rd day of February, 2005.

_____

HONORABLE BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER