UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Barlow v. Pfizer Inc, et al.*<br>Case No. 1:05-cv-11501-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

------------------------------------------------------------x

**DECLARATION OF MARK S. CHEFFO IN OPPOSITION TO
PLAINTIFF BARLOW'S MOTION FOR SANCTIONS**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the March 22, 2010, hearing before Hon. Leo Sorokin.

3. Attached hereto as Exhibit B is a true and correct copy of the letter from Archie Carl Pierce to Catherine Stevens dated May 3, 2010.

4. Attached hereto as Exhibit C is a true and correct copy of the letter from Catherine Stevens to Archie Carl Pierce dated May 13, 2010.

5. Attached hereto as Exhibit D is a true and correct copy of the email from Jack London to Catherine Stevens and Mark Cheffo dated June 3, 2010.

6. Attached hereto as Exhibit E is a true and correct copy of the email from Catherine Stevens to Jack London dated June 4, 2010.

7.  Attached hereto as Exhibit F is a true and correct copy of the email from Jack London to Catherine Stevens dated June 4, 2010.

8.  Attached hereto as Exhibit G is a true and correct copy of the email from Jack London to Catherine Stevens dated June 10, 2010.

9.  Attached hereto as Exhibit H is a true and correct copy of the email from Jack London to Catherine Stevens dated June 10, 2010.

10. Attached hereto as Exhibit I is a true and correct copy of the email from Catherine Stevens to Jack London dated June 14, 2010.

11. Attached hereto as Exhibit J is a true and correct copy of the Declaration of Jeffery R. Lilly dated June 30, 2005.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 29th day of June, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on June 29, 2010.

/s/ Ana M. Francisco
Ana M. Francisco

2