UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEURONTIN     §
                    §
                    §   CIVIL ACTION NO. 04-10981-PBS
                    §   MDL NO. 1629

### DEFENDANT, GLENMARK GENERICS INC., USA'S
### MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

COMES NOW **GLENMARK GENERICS INC., USA,** a Defendant in the above-styled and numbered cause, who moves this Court to substitute Earnest W. Wotring of the law firm of Connelly Baker Wotring, LLP as counsel of record for this Defendant in the place of J. Gregory Myers and Melanie Rubinsky of the law firm of Myers Doyle, and in support thereof would show unto the Court as follows:

I.

This substitution has the approval of the Defendant and is not sought for purposes of delay. Defendant requests and approves the substitution of Earnest W. Wotring as its attorney of record in lieu of J. Gregory Myers and Melanie Rubinsky. The substituting attorney's pertinent information is as follows:

Earnest W. Wotring
Connelly · Baker · Wotring LLP
700 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
State Bar No. 22012400
Telephone: 713-980-1700
Telecopier: 713-980-1701

II.

Defendant represents to the Court that the proposed substitution is approved by Defendant and their present attorney, will not prejudice the Plaintiff, and will not delay the processing of this cause.

WHEREFORE PREMISES CONSIDERED, Defendant, **GLENMARK GENERICS INC., USA,** prays that this Court grant this motion, substituting Earnest W. Wotring as attorney of record and grant all other just relief to which Defendant is entitled.

Respectfully submitted,

**CONNELLY · BAKER · WOTRING, LLP**

By: _/s/ Earnest W. Wotring (by permission)_
Earnest W. Wotring
SBN: 22012400
700 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
Telephone: 713-980-1700
Telecopier: 713-980-1701

**SUBSTITUTING ATTORNEY FOR DEFENDANT,
GLENMARK GENERICS INC., USA**

**MYERS DOYLE**

By: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
J. Gregory Myers
SBN: 00791329
Melanie Rubinsky
SBN: 50511615
7676 Woodway Drive, Suite 350
Houston, Texas 77063
Telephone: 713-278-9215
Telecopier: 713-278-9163

**WITHDRAWING ATTORNEYS FOR DEFENDANT, GLENMARK GENERICS INC., USA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant, Glenmark Generics, Inc., USA's Motion to Substitute Counsel has been forwarded to Jack W. London, counsel for Paulette Hamilton via certified mail, return receipt requested and to all other counsel noted below via regular mail, on this the 28 day of June, 2010:

Jack W. London  *Via Certified Mail, Return Receipt*
Law Offices of Jack W. London  *Requested*
  & Associates
3701 Bee Cave Road, Suite 200
Austin, Texas 78746

Andrew G. Finkelstein  *Via Regular Mail*
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY 12551

Mary Lou Strange  *Via Regular Mail*
Skadden, Arps, Slate, Meagher & Flom, LLP
1000 Louisiana, Suite 6800
Houston, Texas 77002

Mark S. Cheffo  *Via Regular Mail*
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Stephen E. Scheve  *Via Regular Mail*
Baker Botts, LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002

Earnest W. Wotring