UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE NEURONTIN § 
§ 
§ CIVIL ACTION NO. 04-10981-PBS
§ MDL NO. 1629

## ORDER GRANTING SUBSTITUTION OF COUNSEL

ON THIS DAY, the Court considered the motion of Defendant **GLENMARK GENERICS INC., USA** to substitute counsel. After considering same, the Court is of the opinion that the relief requested is proper and that Defendant's Motion to Substitute Counsel should be granted.

It is therefore ORDERED that Defendant's Motion to Substitute Counsel is granted and J. Gregory Myers and Melanie Rubinsky of the law firm of Myers Doyle are granted leave to withdraw as counsel of record for the Defendant and are relieved from all responsibility as counsel of record for this Defendant in this cause.

It is further ORDERED that Earnest W. Wotring of the law firm of Connelly · Baker · Wotring, LLP is now substituted as counsel of record for **GLENMARK GENERICS INC., USA.**

SIGNED _____ day of _____, 2010.

_____
UNITED STATES MAGISTRATE JUDGE