UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
-------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
PRODUCTS LIABILITY ACTIONS :
:
-------------------------------------------------------------x

### PRODUCTS LIABILITY PLAINTIFFS' MOTION FOR AN ORDER AWARDING SANCTIONS AGAINST PFIZER DEFENDANTS AND COMPELLING DEFENDANTS TO COMPLY WITH THIS COURT'S OCTOBER 14, 2009 AND DECEMBER 8, 2009 ORDERS

Products Liability Plaintiffs hereby move pursuant to Rule 37 of the Federal Rules of Civil Procedure, for an order awarding sanctions against Pfizer Defendants and compelling Defendants to comply with this Court's October 14, 2009 and December 8, 2009 Orders that mandate Defendants to produce documents up to the date of the Bextra settlement regarding the efficacy or side effects of Neurontin within forty-five days; documents and information regarding the process and events that led to the FDA label change for Neurontin in April 2009; and discovery of the in-house work, analyses, files and documents upon which Dr. Christopher Wohlberg relied or considered in his presentations to the FDA on January 31, 2009, June 2, 2008, and July 10, 2008.  ECF Doc. # 2125.

This motion is supported by the Memorandum, the Declaration of Andrew G. Finkelstein and attached exhibits, and the Declaration of Keith L. Altman submitted herewith.

## REQUEST FOR ORAL ARGUMENT

Plaintiffs' counsel believes that oral argument may assist the Court and wish to be heard. Therefore, Plaintiffs' counsel respectfully requests a hearing on this motion.

Dated: July 2, 2010

Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:  **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

By:  **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
   & Associates
3701 Bee Cave Rd., Suit 200
Austin, TX  78746

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants on numerous occasions concerning the issues presented in the foregoing motion, and the parties have been unable to resolve the issues without the intervention of this Court.

Dated: July 2, 2010

**/s/ Kenneth B. Fromson**
Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 2, 2010.

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire