UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
-----------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
ALL PRODUCTS LIABILITY CASES :
:
-----------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.,
IN SUPPORT OF PRODUCTS LIABILITY PLAINTIFFS' MOTION
FOR AN ORDER AWARDING SANCTIONS AGAINST PFIZER
DEFENDANTS AND COMPELLING DEFENDANTS TO COMPLY WITH
THIS COURT'S OCTOBER 14, 2009 AND DECEMBER 8, 2009 ORDERS**

I, Andrew G. Finkelstein, declare and state as follows:

1.      I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2.      This declaration is submitted in support of Products Liability Plaintiffs' motion pursuant to Rule 37 of the Federal Rules of Civil Procedure, for an order awarding sanctions against the Pfizer Defendants and compelling Defendants to comply with this Court's October 14, 2009 and December 8, 2009 Orders that mandate Defendants to produce documents up to the date of the Bextra settlement regarding the efficacy or side effects of Neurontin within forty-five days; documents and information regarding the process and events that led to the FDA label change for Neurontin in April 2009; and discovery of the in-house work, analyses, files and

documents upon which Dr. Christopher Wohlberg relied or considered in his presentations to the FDA on January 31, 2009, June 2, 2008, and July 10, 2008.  ECF Doc. # 2125.

3. The following documents are attached hereto in support of this motion:

Exhibit A  -  February 17, 2010 e-mail from Catherine Stevens to Keith Altman

Exhibit B  -  Excerpts from the deposition transcripts of Laura Kibbe

Exhibit C  -  March 28, 2008 e-mails between Ed Whalen and Christopher Wohlberg

Exhibit D  -  October 31, 2008 e-mail from Guy Cohen

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 2, 2010

    **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Member of Products Liability*
*Plaintiffs' Steering Committee*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 2, 2010

Dated:  July 2, 2010

    **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein