UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               : 

In re:   NEURONTIN MARKETING,      :   MDL Docket No. 1629
        SALES PRACTICES AND       :
        PRODUCTS LIABILITY LITIGATION   :   Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :   Judge Patti B. Saris

THIS DOCUMENT RELATES TO:        :
                                               :   Magistrate Judge Leo T.
     ALL ACTIONS              :   Sorokin
                                               :

                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ASSENTED-TO MOTION FOR LEAVE TO
PRACTICE PURSUANT TO LOCAL RULE 83.5.3(b)**

Ana M. Francisco, a member of the bar of this Court and co-counsel of record for defendants, Pfizer Inc, Parke-Davis, a Division of Warner-Lambert Company, Warner-Lambert Company, and Warner-Lambert Company, LLC, (collectively "Defendants") respectfully moves pursuant to Local Rule 83.5.3(b) for an order granting Michael A. Pichini of Goodell, DeVries, Leech and Dann, LLP, One South Street, Baltimore, Maryland 21202, leave to appear and practice on behalf of Defendants.  As set forth in the attached declaration, Mr. Pichini is a member in good standing of the bar of each jurisdiction in which he has been admitted to practice, no disciplinary proceedings are pending against him, and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Counsel for Plaintiffs have assented to this motion.

WHEREFORE, I respectfully request that Michael A. Pichini be granted leave to appear and represent defendants in this matter.


Dated:  July 9, 2010                              Respectfully submitted,

                                                  ROPES & GRAY LLP

                                                  By:  /s/ Ana M. Francisco
                                                       Ana M. Francisco (BBO #564346)

                                                  One International Place
                                                  Boston, Massachusetts  02110
                                                  (617) 951-7000
                                                  ana.francisco@ropesgray.com

                                                  *Attorneys for Defendants Pfizer Inc and Warner-*
                                                  *Lambert Company LLC*


## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on July 9, 2010.


                                                  /s/ Ana M. Francisco
                                                  Ana M. Francisco

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
In re:  NEURONTIN MARKETING,                                  :     MDL Docket No. 1629
        SALES PRACTICES AND                                   :
        PRODUCTS LIABILITY LITIGATION                         :     Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :     Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                                     :
                                                              :     Magistrate Judge Leo T.
     ALL ACTIONS                                              :     Sorokin
                                                              :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>DECLARATION OF MICHAEL A. PICHINI</u>

I, Michael A. Pichini, state, under the penalties of perjury, as follows:

1.      I am a partner with the firm of Goodell, DeVries, Leech and Dann, LLP, One

South Street, Baltimore, Maryland 21202.  My telephone number is 410-783-4015, and my email

address is map@gdldlaw.com.

2.      I make this declaration in support of the motion for an order granting me leave to

appear and practice on behalf of Pfizer Inc, Parke-Davis, a Division of Warner-Lambert

Company, Warner-Lambert Company, and Warner-Lambert Company, LLC in the above-

captioned matter.

3.      I am a member in good standing of the bar of the State of Maryland and the bar of

the State of California.  No disciplinary proceedings are pending against me as a member of the

bar in any jurisdiction.  I am familiar with the Local Rules of the United States District Court for

the District of Massachusetts.

4.      I respectfully request that the Court permit me to appear and practice in this

matter.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 9th day of July, 2010.


/s/ Michael A. Pichini
Michael A. Pichini


## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on July 9, 2010.


/s/ Ana M. Francisco
Ana M. Francisco