| ContactFirstName | ContactLastName |
|---|---|
| Lois | Adams |
| Mary | Adams |
| Nathan | Adams |
| Linda | Aldridge |
| Jessie | Allen |
| Vivian | Allen |
| Estate of Leroy | Anderson |
| Mary | Applewhite |
| Mary | Ashford |
| Terry | Banks |
| Jimmie | Barbee |
| Marie | Barber |
| Robert | Barnes |
| Teresser | Bass |
| Jerrell | Bearden |
| Martha | Beckum |
| Sue | Beckum |
| Vannila | Bennett |
| Cassandra | Benson |
| Ledora | Benton |
| Audrey | Berry |
| Elizabeth | Bland |
| Estate of Joe | Blaylock |
| Frances | Bouie |
| Carol | Bowyer |
| John | Bratcher |
| Carl | Brinkley |
| Darrell | Brooks |
| Betty | Broome |
| Jessie | Brown |
| Thomas | Brown |
| Bobbie | Bryson |
| Minnie | Campbell |
| Lillie | Cannon |
| Roy | Carroll |
| Corine | Carson |
| Mary Ann | Castellane |
| Kathy | Christman |
| Emma | Clark |
| George | Clarke |
| Claiborne | Collier, Sr. |
| Everlernn | Collins |
| Donald | Conn |

| | |
|---|---|
| Mary | Cooper |
| Katie | Craig |
| Ruby | Crapps |
| Memye | Creswell |
| Lynnette | Criss |
| Cora L. | Crumble |
| Theodore | Crystian |
| Linda | Cunningham |
| Alford | Darby |
| Jimmy | Darling |
| Carolyn | Davis |
| Levi | Davis |
| Serboya | Delotta |
| Alton | Dillon |
| Marshall | Dillon |
| Shirley | Drennan |
| Catherine | Duvall |
| Mary | Edmonds |
| Annie | Edwards |
| Parlee | Edwards |
| Pamela | Ellis |
| Samuel | Ellis |
| Clara | Epps |
| Lillie | Evans |
| Gregory | Everett |
| Estate of Texcellar | Fields |
| Inez | Fincher |
| Michael | Fisher |
| Estate of Ethel | Fleming |
| Glen | Forbes |
| Faith | Ford |
| Glinda | Ford |
| Essie | Ford Patterson |
| Estate Aliece | Garrett |
| Annie | Gatewood |
| Andrew Frederick | Gibson |
| Beneal | Gildon |
| Walter | Gilmer |
| Jamie | Givens |
| Narie | Givens |
| Shannon | Glass |
| Frances | Glenn |
| Estate of L. G. | Green |
| Kenneth | Green |

| | |
|---|---|
| Claudette | Greer |
| Emma | Gregory |
| Fannie | Grinston |
| Linda | Hales |
| Lee | Haley |
| Estate of Cora | Hamilton |
| Eric | Hammarstrom |
| Margaret | Haney |
| Estate of Robert | Hannah |
| Tommy | Hardy |
| Billie | Harkins |
| Christine | Harris |
| Clarence | Harris |
| Freddie | Harris |
| Melvin | Harris |
| Doyle | Harrison |
| Gloria | Harrison |
| Linda | Harveston |
| Gregory | Haslett |
| Lavurne | Hasselbach |
| Belinda | Havard |
| Estate of Florence | Hayes |
| Charles | Haynes |
| Mark | Head |
| Rufus | Hendon |
| Carl | Henry |
| Ernest | Hernandez |
| Mae | Hester |
| Shawand | Hicks |
| Karen | Hollingsworth |
| Evia | Holmes |
| Evelyn | Holt |
| William | Hony |
| Frank | Hoover |
| Ruby | Hoover |
| Emma | Howard |
| Ethel | Howard |
| Estate of Lillie | Hunter |
| James | Hunter |
| Estate of Charles | Ingram |
| Estate of Bettye | Jackson |
| Josephine | Jackson |
| Mattie D. | Jackson |
| Cassandra | James |

| James | Jeffcoat |
|---|---|
| Macatherine | Jefferson |
| Charlotte | Jenkins |
| Cheryl | Johnson |
| Deborah Ann | Johnson |
| Doris | Johnson |
| Estate of Nikisha | Johnson |
| Lena | Johnson |
| Lula | Johnson |
| Margaret Pat | Johnson |
| Ollie | Johnson |
| Robert | Johnson |
| Velma | Johnson |
| Rose | Jones |
| Edward | Jordan |
| Jacqueline | Kendrick |
| Johnny | Keyes |
| Estate of Elizabeth | Knight |
| Falisha | Knight |
| Christopher | Kyle |
| Ellaweise | Lacy |
| Shanetta | Lacy |
| Henry | Landrum |
| Birdie | Langdon |
| Mary | Lawson |
| Robert | Lawson |
| Diann | Lee |
| Dawn | Lepard |
| Estate of Frank | Lesure |
| Estate of Cornelius | Lewis |
| Jackie | Lewis |
| Mickey | Livingston |
| Chris | Logan |
| Sylvia | Longino |
| Jerry | Lowe |
| Jannie | Lucas |
| Pearlie | Maddox |
| Bobbie | Maggett |
| Dorothea | Martinson |
| Estate of Elton | Mason |
| Joyce | McAdory |
| Patricia | McBeath |
| Casey | McCardle |
| Charlie | McClendon |

| | |
|---|---|
| Franklin | McConnell |
| Marquitia | McCoy |
| Grady | McCullar |
| Sherman | McDonald Jr. |
| Lorraine | McGowan |
| Martha | McIntee- Nelson |
| Helen | Meeks |
| Virgine | Meeks |
| Laperial | Melvin |
| Betsy | Miller |
| Tommy | Mills |
| Ava | Mitchell |
| Prince | Mitchell |
| Mattie | Moore |
| Helen | Morgan |
| Sara | Morrison |
| Brandy | Murphy |
| Linda | Murray |
| Lolita | Myers |
| Warren | Nance |
| Debra | Neal |
| Maybelle | Newsome |
| Betty | Newson |
| Martha | Norman |
| Mary | Norwood |
| Tommie | Odom |
| Helen | Parks |
| Curtis | Patton |
| Estate of Ethel | Pearson |
| Sharon | Perez |
| Kathy | Phillips |
| Donna | Pierce |
| Estate of Rodney | Plant |
| Annie | Poindexter |
| Jacquelyn | Posey |
| Larry | Potts |
| Delories | Powell |
| Hershel Jack | Price |
| Jerry | Price |
| Janice | Primer |
| Mark | Prince |
| Cynthia | Quimby |
| Vera | Ray |
| Barbara | Readus |

| Patricia | Rhodes |
|---|---|
| Rodger | Rice |
| Sallie | Rippy |
| Kathy | Roberts |
| R. C. | Robinson |
| Tara | Robinson |
| Wayne | Rochelle |
| Mary | Rose |
| Cherry | Sanders |
| Shirley | Sashfras |
| Jimmy | Sayles |
| Estate of Clarissa | Scott |
| Grace | Scott |
| Vanessa | Scott |
| Sean | Self |
| Debra | Shepherd |
| Bridgette | Shields |
| Pam | Shields |
| Sara | Shields |
| Jack | Shoemaker, Jr. |
| Aaron | Sims |
| Fletcher | Singletary |
| Lashonda | Skinner |
| Tony B. | Smiley |
| Andrew | Smith |
| Eugene | Smith |
| Frank | Smith |
| Jannie | Smith |
| Lillie | Smith |
| Louisia | Smith |
| Ronnie | Smith |
| Rosa | Smith |
| Ruby | Smith |
| Bennie | Spencer |
| Jerry | Stagg |
| Darlene | Stampley |
| John | Staten |
| Bobby | Steele |
| Carl | Steverson |
| Gregory | Suber, Sr. |
| Debbie | Sullivan |
| Dorian | Taylor |
| Estate of Cecil | Taylor |
| Jennifer | Theodore |

| | |
|---|---|
| Chester | Thomas |
| Dixie | Thomas |
| Erestia | Thomas |
| Estate of Bertha | Thomas |
| Estate of Carlene | Thomas |
| Magnolia | Thomas |
| Martha | Thompson |
| Bernice | Thornton |
| Ella | Toler |
| Lanelle | Tollison |
| Dorothy | Tolliver |
| Dan | Townsend |
| Morris | Townsend |
| Doris | Toy |
| Michael | Trim |
| Monnie | Turner |
| Benjamin | Tutor |
| Larry | Vail |
| Joann | Walls |
| Shirley | Walters |
| Connie | Warfield |
| Estate of Katherine | Warfield |
| Della | Washington |
| Rosa | Washington |
| Deborah | Watson |
| Joyce | Watson |
| Michaelon | Weathersby |
| Estate of William | Webb |
| Clifton | White |
| Edneatha | White |
| Walterine | Wildee |
| Carole | Williams |
| Daisy | Williams |
| Eloise | Williams |
| Helen | Williams |
| Nolan | Williams |
| Taylor | Williams |
| Sanders | Williams, Jr. |
| O. C. | Williams, Sr. |
| Lakeisha | Wilson |
| Francis | Womack |
| Bobby | Woods |
| Barbara | Young |
| Re'Shedia | Young |

| CaseNo | Medical Auth. |
|---|---|
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 4:07CV275 | |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 4:07CV275 | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |

| | |
|---|---|
| MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | Yes |

| | |
|---|---|
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |

| | |
|---|---|
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |

| | |
|---|---|
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |

| | |
|---|---|
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 2:04CV275 | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |

| | |
|---|---|
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | to be dismissed |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | |
| MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | no |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS | Yes |
| MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS | |

| Med. Provider List | Pfs' Template Disc Date | Df's Template Disc Rsp |
|---|---|---|
| yes | ~7/2/2007 | |
| yes | ~4/4/2008 | Betsy Miller Lidley--5/18/2010 |
| yes | ~3/25/2008 | Mike Trim --5/17/2010 |
| yes | ~3/25/2008 | Debra Neal---5/18/2010 |
| yes | `3/25/2008 | Deloris Powell--5/18/2010 |
| yes | ~3/25/2008 | Lakeisha Wilson--5/18/2010 |
| yes | ~4/12/2007 | Dan Townsend--5/21/2010 |
| yes | ~3/25/2008 | Shannon Glass--5/25/2010 |
| yes | ~3/25/2008 | Sue Beckum--7/9/2010 |
| yes | ~3/25/2008 | Shirley Drennan--7/9/2010 |
| yes | ~4/10/2008 | Faith Ford--7/9/2010 |
| yes | ~10/26/2007 | Glinda Ford--7/9/2010 |
| yes | ~3/25/2008 | Jerry Lowe--7/9/2010 |
| yes | ~3/25/2008 | Jerry Price--7/9/2010 |
| yes | ~4/12/2007 | Vanessa Scott 7/9/2010 |
| yes | ~3/25/2008 | Jack Shoemaker, Jr.--7/9/2010 |
| yes | ~4/12/2007 | Louisa Smith --7/9/2010 |
| yes | ~3/25/2008 | Bernice Thornton--7/9/2010 |
| yes | ~4/11/2008 | Joyce Watson--7/9/2010 |
| yes | ~3/26/2008 | |
| yes | ~3/26/2008 | |
| yes | ~3/26/2008 | |
| yes | ~3/26/2008 | |
| yes | ~5/12/2008 | |
| yes | ~4/8/2008 | |
| yes | ~4/3/2008 | |
| yes | ~4/2/2008 | |
| yes | ~4/9/2008 | |
| yes | ~4/21/2008 | |
| yes | ~4/21/2008 | |
| yes | ~4/21/2008 | |
| yes | ~4/21/2008 | |
| yes | ~4/1/2008 | |
| yes | ~4/1/2008 | |
| yes | ~4/12/2007 | |
| yes | ~5/15/2008 | |
| yes | ~3/25/2008 | |
| yes | ~5/6/2008 | |
| yes | ~4/8/2008 | |
| yes | ~4/21/2008 | |
| yes | ~4/9/2008 | |
| yes | ~4/3/2008 | |
| yes | ~4/22/2008 | |

| yes | ~4/12/2007 |
|-----|-----------|
| yes | ~4/8/2008 |
| yes | ~4/22/2008 |
| yes | Incomplete |
| yes | ~4/22/2008 |
| yes | ~4/22/2008 |
| yes | ~4/22/2008 |
| yes | ~4/8/2008 |
| yes | ~4/8/2008 |
| yes | ~5/5/2008 |
| yes | ~4/23/2008 |
| yes | ~4/23/2008 |
| yes | ~4/23/2008 |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~4/27/2007 |
| yes | ~4/24/2008 |
| yes | Incomplete |
| yes | ~4/24/2008 |
| yes | ~5/5/2008 |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | to be dismissed |
| yes | ~4/12/2007 & 5/9/2007 |
| yes | ~5/9/2007 |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~4/23/2007 |
| yes | ~5/7/2008 |
| yes | ~5/5/2008 |
| yes | Incomplete |
| yes | to be dismissed |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | to be dismissed |
| yes | ~4/12/2007 |

| | |
|---|---|
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~4/12/2007 |
| yes | |
| yes | ~5/5/2008 |
| yes | to be dismissed |
| yes | to be dismissed |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~4/23/2007  &  5/9/2007 |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~5/5/2008 |
| yes | Incomplete |
| yes | to be dismissed |
| yes | ~4/13/2007 |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~5/27/2008 |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | to be dismissed |
| yes | Incomplete |
| yes | to be dismissed |
| yes | to be dismissed |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |

| | |
|---|---|
| yes | Incomplete |
| yes | ~5/5/2008 |
| yes | ~7/05/2007 & 10/24/2007 |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~7/5/2007  & 10/24/2007 |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~5/5/2008 |
| yes | Incomplete |
| yes | Incomplete |
| yes | to be dismissed |
| yes | to be dismissed |
| yes | to be dismissed |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~7/5/2007 & 8/1/2007 |
| yes | Incomplete |
| yes | ~ 4/17/07  & 10/264/07 |
| yes | ~4/4/2008 |
| yes | ~5/5/2008 |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~5/2/2008 |
| yes | ~5/15/2008 |

| | |
|---|---|
| yes | Incomplete |
| yes | Incomplete |
| yes | ~5/15/2008 |
| yes | Incomplete |
| yes | ~5/16/2008 |
| yes | Incomplete |
| yes | ~4/21/2008 |
| yes | Incomplete |
| yes | ~5/16/2008 |
| yes | ~5/7/2008 |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~5/23/2008 |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~4/27/2007 |
| yes | ~4/27/2007 |
| yes | Incomplete |
| yes | ~10/26/2007 |
| yes | ~4/12/2007 |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~5/7/2008 |
| yes | ~5/16/2008 |
| yes | |
| yes | ~4/19/2007 |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~4/27/2007 & 10/26/2007 |
| yes | ~4/16/2007 |
| yes | ~5/5/2008 |
| yes | Incomplete |
| yes | ~5/16/2008 |
| yes | Incomplete |
| yes | ~4/16/2008 |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~5/15/2007 |
| yes | ~5/7/2008 |
| yes | Incomplete |
| yes | Incomplete |

| | |
|---|---|
| yes | ~4/13/2007 |
| yes | ~4/27/2007 |
| yes | ~10/26/2007 |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~5/21/2008 |
| yes | Incomplete |
| yes | ~5/21/2008 |
| yes | Incomplete |
| yes | ~5/21/2008 |
| yes | Incomplete |
| yes | |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~5/5/2008 |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~5/6/2008 |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~4/19/2007 & 10/26/2007 |
| yes | Incomplete |
| yes | ~4/18/2007 |
| yes | ~4/25/2007 |
| yes | ~5/6/2008 |
| yes | ~4/19/2007 |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~5/2/2007 |
| yes | Incomplete |
| yes | ~5/5/2008 |
| yes | |
| yes | Incomplete |

| | |
|---|---|
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | |
| yes | |
| yes | Incomplete |
| yes | |
| yes | Incomplete |
| yes | |
| yes | Incomplete |
| yes | Incomplete |
| yes | |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~4/25/2007 |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~5/5/2008 |
| yes | ~5/12/2008 |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~5/6/2008 |
| yes | Incomplete |
| yes | Incomplete |
| yes | ~10/26/2007 |

| Anticipated Depos of Prescriber & Sales Reps | Depos Completed | Depo date of Pf |
|---|---|---|
| Pfs estimate 2 depos | None | not scheduled |