UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>)<br>) MDL Docket No. 1629<br>) Master File No. 04-10981<br>)<br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| *Leroy Anderson, et al v. Pfizer, Inc.* | Individual Case No.: 1:05CV-10835-PBS |
| *Mary Cooper, et al v. Pfizer, Inc.* | Individual Case No.: 1:05-CV-10834-PBS |
| *Jessie Allen, et al v. Pfizer, Inc.* | Individual Case No.: 1:07-CV-11795-PBS |

## CERTIFICATE OF SERVICE

I hereby certify that the attempts to file this document on 7/10/2010 through the ECF system was unsuccessful, but this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on 7/11/2010 if successful.

*/s/ Levi Boone, III*_____
Levi Boone, III, Esq., MSB# 3686