UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE NEURONTIN MARKETING, SALES            )
PRACTICES, AND PRODUCTS LIABILITY           )
LITIGATION                                  )    MDL Docket No. 1629
_____)    Master File No. 04-10981
                                            )
THIS ORDER RELATES TO:                      )    Judge Patti B. Saris
                                            )    Mag. Judge Leo T. Sorokin
ALL BOONE PRODUCTS LIABILITY ACTIONS        )
_____)

FURTHER DISCOVERY ORDER REGARDING ALL BOONE PRODUCTS CASES

July 12, 2010

SOROKIN, M.J.

The Court has reviewed the chart filed by Attorney Boone (Docket #2885) pursuant to this Court's June Scheduling Order (Docket #2839). Attorney Boone shall refile this chart so that all of the columns of information regarding each plaintiff appear on one page and each line of information is numbered sequentially beginning at one. In addition, counsel shall email the clerk (with copies to defense counsel) an electronic spreadsheet file of the same information. The chart as presently filed is incomplete. Specifically, seven of the listed cases contain no notation at all regarding whether or not Attorney Boone has provided to the defendants the medical authorizations and related medical disclosures required by Docket #372 at page 3. In the revised filing Attorney Boone shall complete the chart. The corrected and complete version must be filed by July 23, 2010.

Next, Attorney Boone lists thirty-three cases "to be dismissed." Attorney Boone shall file dismissals of these cases by July 23, 2010.

Finally, Attorney Boone has listed approximately seventy-five cases in which the medical authorizations and other medical disclosures required by Docket #372 at page 3 have not yet been provided to the defendants. The time for such disclosures is long past. The Court issued the disclosure requirement on June 19, 2006, and the matter has been repeatedly raised by the Court at discovery hearings throughout the course of this litigation. In addition, at the discovery hearings in April and June of 2010 – at which Attorney Boone was present – the Court reminded counsel of the importance of completing the medical authorizations. Counsel was given until July 7, 2010 to complete the medical disclosures. Nonetheless, in violation of the Court's Orders and despite repeated opportunities to complete this discovery, it has not been done.

Each of the medical authorizations and disclosures in the seventy-five cases must be provided to defendants no later than July 23, 2010, or those cases will face DISMISSAL. Attorney Boone shall provide each of his clients who are party to the seventy-five cases with a copy of this Order warning them of DISMISSAL if the required documents are not provided to defendants by July 23, 2010.

SO ORDERED.

/s/ Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE

.