| Last | First | M.I. | Civil Action Number | Medical Authorization | Plaintiff Discovery | Defendant Discovery | # anticipated depos (Prescribers/ Sales Rep) | # depositions completed | Plaintiff depo date |
|---|---|---|---|---|---|---|---|---|---|
| Accettullo | Martha | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Anderson | Mary | J. | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Barkley | Melissa | W. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Bellino | Beth | A. | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Best | Tosha | | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Blake | Kay | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Brazell | Susan | L. | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Brewster | Kamaliha | Y. | 06-11022-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Brockman | Patricia | L. | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Brown | Alesha | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Brown | Catherine | L. | 06-11023-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Bruce | Anne | D. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Bunch | Carson | | 06-10912-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Byrum-Hill | Gwenna | J. | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Campbell-Dean | Kimberly | A. | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Carpenter | Lesa | | 06-11023-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Carr | Lester | C. | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Carter | Damon | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Clemons | Garry | P. | 06-11023-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Colley | Robert | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Conyers | Wilbur | C. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Cook | Connie | B. | 06-10912-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Craig | Coleen | M. | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Crosby | Richard | A. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Dauernheim | Larry | W. | 06-10912-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Davis | Kimm | J. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Day | David | A. | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Deleon | Kelly | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Devore | Robert | G. | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Douglas | Stacey | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Dozier | Christine | M. | 06-11023-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Dreher | Loretta | V. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Dukes | Allison | D. | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Emmons | Sharon | K. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Ericsson-Harkness | Shanna | G. | 06-11023-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Espey | Debra | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Falk | Corrine | M. | 06-11022-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Floyd | Sharon | Y. | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Gann | Monica | S. | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Gilbow | Sherrial | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Girard | Charles | D. | 06-11023-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Gonzalez | Nikko | | 06-11023-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Gordon | Drew | | 06-11022-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Greer | Karen | J. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Gross | Kenneth | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |

| Last | First | M.I. | Civil Action Number | Medical Authorization | Plaintiff Discovery | Defendant Discovery | # anticipated depos (Prescribers/ Sales Rep) | # depositions completed | Plaintiff depo date |
|---|---|---|---|---|---|---|---|---|---|
| Groves | Sherry | | 06-11023-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Hall | Christopher | L. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Hiers | Debbie | R. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Hildebrand | Donald | A. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Jackson | Timothy | | 06-11022-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Jeffers | Latonya | A. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Johnson | Elroy | L. | 06-10912-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Jones | Carla | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Jones-Coleman | Lovell | L. | 06-10912-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Kestner | Mary | | 06-11023-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Kilic | Mehmet | | 06-11022-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Knauff | Kenneth | M. | 06-11023-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Knowlton | Barbara | | 06-11023-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Larkin | Ann | E. | 06-11022-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Laspina | Mario | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Lee | Dexter | K. | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Lee | Janice | W. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Leger | Debra | F. | 06-11023-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Lewis | Tracy | | 06-10912-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Logan | Sandra | | 06-11022-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Lowe | Stephanie | A. | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Luttrell | Leslie | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Lytle | Freddie | B. | 06-11023-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Manning | Jacqueline | K. | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Marlow | Darren | P. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| May | Bryan | A. | 06-11023-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| McCue | Zina | | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| McIntyre | Marlene | K. | 06-11023-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| McMahon-Lough | Sandra | D. | 06-11023-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Middleton | Autherine | | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Mitchell | Isiah | E. | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Mitchell | Jason | M. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Mocci | Lori | L. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Moses | Robert | J. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Nichols | Wanda | F. | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Northcutt | Charles | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Parker | Earnestine | | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Pastine | Samuel | | 06-11023-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Payne | Barbara | T. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Payne | Lonnie | J. | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Perdue | Richardson | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Pettit | David | W. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Phipps | Linda | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Pickett | Mary | J. | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Pina | Dena | D. | 06-11022-PBS | Incomplete | Incomplete | Incomplete | 2 | | |

| Last | First | M.I. | Civil Action Number | Medical Authorization | Plaintiff Discovery | Defendant Discovery | # anticipated depos (Prescribers/ Sales Rep) | # depositions completed | Plaintiff depo date |
|---|---|---|---|---|---|---|---|---|---|
| Reaves | Craig | G. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Saenz | Monica | L. | 06-11022-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Scheidt | Donald | H. | 06-11023-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Seagraves | Florence | Y. | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Segle | Herman | C. | 06-11023-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Shakoor | Tuwanda | V. | 06-11023-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Smalls | Kathaleen | B. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Smith | Doris | J. | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Smith | Dorothy | E. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Sprinkle | Harold | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| St. Hilaire | Robert | N. | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Stephens | Jana | | 06-10912-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Taggart | Jeffrey | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Taylor | Caryl | A. | 06-11023-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Thurmond | Betty | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Valentino | Diane | M. | 06-11022-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Vice | Melissa | L. | 06-11023-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Watson | Edgar | J. | 06-11024-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Weatherford | David | D. | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Weger | Louis | M. | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| White | Annette | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| White | Charles | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Wigfall | Dexter | P. | 06-11024-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Wilhelm | John | W. | 06-11022-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Wilkin | Jeffrey | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Williams | Brady | L. | 06-10912-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Williams | Dexter | | 06-10912-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Williams | Leotis | C. | 06-10912-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Williams | Theresa | A. | 06-11023-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Wilson | Kristina | | 06-10912-PBS | Incomplete | Incomplete | Incomplete | 2 | | |
| Wine | Helen | S. | 06-11023-PBS | Yes | Incomplete | Incomplete | 2 | | |
| Young | Kathy | | 06-10912-PBS | Yes | Incomplete | Incomplete | 2 | | |