UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

----------------------------------------------------x

THIS DOCUMENT RELATES TO:

AND ALL PRODUCTS LIABILITY ACTIONS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

----------------------------------------------------x

**DECLARATION OF KATHERINE ARMSTRONG IN OPPOSITION TO
PLAINTIFFS' MOTION FOR AN ORDER SCHEDULING
BEFORE THIS COURT TRIAL PRESERVATION DEPOSITIONS
OF PLAINTIFFS' GENERIC EXPERTS AND DAVID FRANKLIN**

I, Katherine Armstrong, declare and state as follows:

1.  I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2.  Attached hereto as Exhibit A is a true and correct copy of Dr. Cheryl Blume's list of Deposition, Affidavits, Expert Reports and Trial Testimonies, as appended to her expert report.

3.  Attached hereto as Exhibit B is a true and correct copy of Dr. Charles King's Curriculum Vitae, as appended to his expert report.

4.  Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' Notice of Preservation Deposition of Dr. David Franklin dated November 16, 2009.

5.  Attached hereto as Exhibit D is a true and correct copy of excerpts from the December 18, 2009, deposition of David P. Franklin, Ph.D.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 13th day of July, 2010.

/s/ Katherine Armstrong
Katherine Armstrong

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 13, 2010.

/s/ Ana M. Francisco
Ana M. Francisco