# EXHIBIT A


# Dr. Cheryl D. Blume

## Depositions, Affidavits, Expert Reports and Trial Testimonies
### (2003-2007)

Diego Ceferino Venturini and his wife, Valeria Mariana Panetta, vs. Bayer A.G; Bayer Corp.; and Baxter Healthcare Corp., Case No.:03-61925-CIV-MARRA. (**Expert Report**) (December 2003)

Julia Bishop and Karen Johnson, As Co-Personal Representatives of the Estate of Charles Bishop, deceased vs. Hoffman-La Roche, Inc., Roche Laboratories, Inc., F. Hoffman-La Roche, LTD., Roche Holding AG, F. Hoffman-La Roche AG, and Roche Holding, LTD., Case No. 8:02-cv-1533-T-30TBM. (**Expert Report**) (January 2004)

Kos Pharmaceuticals, Inc. vs. Barr Laboratories, Inc., Case No. 02-CV-1683 (VM). (**Expert Report**) (January 2004)

State of Florida; Duval County vs. David Shaw Case No.: 02-045901-1. (**Deposition**) (February 2004)

Alisa Moore vs. Nancy Fan, M.D. State of Delaware Kent County Superior Court Case No.: 02C-09-027 (WLW). (**Expert Report and Deposition**) (February 2004)

James Clyde McAlister and Opal McAlister vs. Bayer A.G., Bayer Corp Case No. 02-CP-04-3710. . (**Expert Report**) (February 2004)

Poole vs. Elan Pharmaceuticals, et al., Case No.(s): 188106 & 190186. (March, 2004)

Portia Jones vs. American Home Products, et al., Case No.: 000562, Ronald Haley vs. American Home Products, et al., Case No.: 003040. (**Expert Report**) (March 23, 2004)

State of Florida; Duval County vs. David Shaw Case No.: 02-045901-1. (**Deposition**) (May, 2004)

Diego Ceferino Venturini and his wife, Valeria Mariana Panette, vs. Bayer A.G; Bayer Corp.; and Baxter Healthcare Corp., Case No.:03-61925-CIV- MARRA. (**Second Expert Report**) (May 7, 2004)

Mary Ayres, Donald Ayres, Sandy Hernandez, and Patti Smith vs. Wyeth, et al., Court of Common Pleas, Philadelphia County, Pennsylvania. Case No.(s): 000424,000889, & 001113. (**Expert Report**) (May 11, 2004)

Audrey Arnett, Linda Bertson, Janice Connell & Retta Elliott vs. Wyeth, et al, Court of Common Pleas, For Philadelphia County, Civil Division. Case No.(s): 002468,002304,002454 & 002427. (**Expert Report**) (May 14, 2004)

Alisa Moore vs. Nancy Fan, M.D. and Women To Women OB/GYN Assoc., In The Superior Court of Delaware in and for Kent County. Case No.: 02C-09-027 (WLW). (**Trial Testimony**) (May 25, 2004)

1

Sherry Thompson vs. Wyeth, et al. Court of Common Pleas, For Philadelphia County, Civil Division. Case No.: 11953-015651-001. (**Expert Report**) (June 2, 2004)

Annicola H. Bornstein, ET VIR & Werner Bornstein, Diana D. Chilson, ET VIR & Billy Joe Chilson, Hester M. Cook, Florence D. Cox vs. Wyeth, et al. Court of Common Pleas, For Philadelphia County, Civil Division. Case No.(s): 002294, 002460, 002452, & 002442. (**Expert Report**) (June 8, 2004)

Kerry Langstaff & Bradshaw Langstaff, Individually and as representatives of the estate and successors in interest of Kaitlyn Sierra Langstaff, deceased, vs. McNeil Consumer & Specialty Pharmaceuticals, a Division of McNeil-PPC, Inc. and Johnson & Johnson. U. S. District Court Of California, San Jose Division. Civil Action No.: C-03-0116-JF (HRL). (**Expert Report**) (June 18, 2004)

Alberto N. Garcia, Alicia G. Garcia, Sylvia G. Harrington, Reynaldo Garcia, and Yolando Ochoa vs. Bayer Corp.; Bayer Corp. Pharmaceutical Division- North American; Bayer A.G.; GlaxoSmithKline PLC; SmithKlineBeecham Corp.; and Kent E. Tompkins, M.D., ) Case No.: 02-62301-2. (**Expert Report**) (July 1, 2004)

Dorothy A. Castille, ET VIR & David Castille, Joanne L. Cook, Dorothy J. Denton, ET VIR & William H. Denton, IDA D. Dupree, Julia M. Feagins, ET VIR & Mack Feagins, Jr. vs. Wyeth, et al. Court of Common Pleas for Philadelphia County, Civil Division. Case No. (s):002464, 002447,002434,002429 & 002424 (**Expert Report**) (July 12, 2004)

Natalie A. Miller, et al. vs. CVS Pharmacy, Inc. AND Morton Grove Pharmaceuticals, Inc. In The Jefferson Circuit Court; State of Indiana. Civil Action No.: 39 Col-0304-PL-182. (**Affidavit**) (July 22, 2004)

Susan Zehel-Miller and Rebajean Simmons vs. AstraZenaca Pharmaceuticals, LP. U.S. District Court; Middle District of Florida; Orlando Division. (**Affidavit**). (July 28, 2004)

Randall Block vs. Purepac Pharmaceuticals Co. Case No.: 3-02CV 1077N. (**Expert Report**) (July 30, 2004)

Cynthia Nixon, Florence Ford, Robin Steward & Lynette Hargrove vs. Wyeth; formally known as American Home Products Corp., In the Court of Common Pleas, First Judicial District Of Philadelphia Civil Trial Division. Pennsylvania; Case No(s): 000684, 002340, 4036 & 1759. (**Trial Testimony**) (August 2-3-8/2004)

Gary R. Humes Sr. vs. Eckerd Corp., et al. In the Superior Court Of New Jersey; Camden County. Case No.: 86148. (**Expert Report**) (August 6, 2004)

Suzanne Corliss Baccus, Et Vir, & Daniel L. Baccus, Carrie S. Cowen, William J. Childers, Et Ux & Sue J. Childers, Brenda L. Boyd vs. Wyeth American Home Products Corp. Court of Common Pleas For Philadelphia County, Civil Division; Case No.(s): 002289, 002445 & 002462. (**Expert Report**) (August 12, 2004)

State of Florida; Duval County vs. David Shaw Case No.:03-460CF, Docket No.: 02-045902-1; (**Trial Testimony**) (August 19, 2004)

Diane Bice et al., Pamela Davis, and Estella Cooks vs. Wyeth-Ayerst Laboratories Company et. al., In the District Court Of Harrison County, Texas. Case No.: 02-0390. (**Deposition**) (August 23, 2004)

Russell Gaskins, Georgia McCuan, Selena McElvain, Gloria Smith, Larue Sumner & Connie Mescher vs. American Home Products Corp., et al., In The Circuit Of The City Of St. Louis, State Of Missouri. Cause #: 022-00268. (**Deposition**) (August 24, 2004)

Catherine St. Martin, Darlene Colombe, Lorna Anderson, Sharon Kay Longenbaugh, Teresa Walsh, Brenda Davis & Billie McDowell vs. Wyeth Inc., Formally known as American Home Products Corp. State of New Mexico County Of Rio Arriba, First Judicial District. Case No.: Do117-CV-200300131. (**Deposition**) (August 31, 2004)

Kerry Langstaff & Bradshaw Langstaff, Individually and as representatives of the estate and successors in interest of Kaitlyn Sierra Langstaff, deceased, vs. McNeil Consumer & Specialty Pharmaceuticals, a Division of McNeil-PPC, Inc. and Johnson & Johnson Civil Action No.: 03CV01116-HLR & A-03-CA201SS. (**Deposition**) (September 2, 2004)

Robin Steele, as Administratrix for the Estate of Elaine Steele, Deceased vs. Robert E. Gaylor, MD., et al. In the Court of Common Pleas, Montgomery County; Dayton, Ohio. Case No.: 03-5275. (**Expert Report & Deposition**) (September 3, 2004)

Russell Gaskins, Georgia McCuan, Selena McElvain, Gloria Smith, Larue Sumner & Connie Mescher vs. American Home Products Corp., et al., In The Circuit Of The City Of St. Louis, State Of Missouri. Case No.: Cause # 022-00268. (**Trial Testimony**) (September 17, 2004)

Cosner, Ulibarri, Jolin-Wanty, Torrence, Greer, Napier, Rose, Robinson, Pence, Flynn, Curry, and Nault. vs. Wyeth, et al. (**Expert Report**). (September 22, 2004)

Anna Fontenot vs. Wyeth, et al. Court of Common Pleas, for Philadelphia. (**Expert Report**). (September 29, 2004)

Wendy Ames and John P. Welch vs. Bristol-Myers Squibb/Apothecon. Case No.: L-04-CV-267 U.S. District Court; District of Baltimore, Maryland Northern Division. (**Expert Report**) (October 4, 2004)

Catherine St. Martin, Darlene Colombe, Lorna Anderson, Sharon Kay Longenbaugh, Teresa Walsh, Brenda Davis & Billie McDowell vs. Wyeth Inc., Formerly known as American Home Products Corp. State of New Mexico County Of Rio Arriba, First Judicial District. Case No.: Do117-CV-200300131. (**Trial Testimony**) (October 5, 2004)

Paul G. Aitken, Colletta B. Dary, Agnes G. Douglas, Et Vir and H.D. Douglas, Jr. vs. Wyeth American Home Products Corp. Court of Common Pleas For Philadelphia County, Civil Division; Case No.(s): 002466, 002437 & 002432. (**Expert Report**) (October 12, 2004)

Linda Graham vs. Wyeth, Inc., Christine Evester vs. Wyeth, Inc., Court of Common Pleas, Philadelphia County. (**Expert Report**) (October 22, 2004)

Elkington, Harris & Morrison vs. Wyeth, Inc. Superior Court of NJ, Bergen County Law Division. Elkington/Morrison Docket Ber-L-708103 Case Code 240, Harris Docket 708403 Case Code 244. (**Expert Report**) (November 18, 2004)

Peggy Reed vs. Wyeth American Home Products Corp. (**Expert Report**) (November 22, 2004)

Amy Curry, et al. vs. Wyeth, Inc., et al. Commonwealth of Kentucky, Hardin Circuit Court, Division Three Case No: 04-CI-00214. (**Expert Report**) (November 22, 2004)

Rhinesmith vs. Laboratory Corp. of America, et al., Morris County Law Division, Docket No. MRSL 2772-03. (**Expert Report**) November 24, 2004)

Sherry Price vs. Wyeth, et. al. Pennsylvania Court of Common Pleas 1958; November 2003 Term. (**Expert Report**) (December 2004)

Vesta J. Williams vs. Wyeth, et. Al. Pennsylvania Court of Common Pleas #000574; December 2003 Term. (**Expert Report**) (December 2004)

Matthew Gerber vs. Hoffman-LaRoche Inc. Civil Action No. H-03-1886. (**Expert Report**) (December 7, 2004)

Lori Sobkowski vs. Wyeth, Inc. et al., U.S. District Court Eastern District of Pennsylvania MDL Docket No. 1203, Civil Action No. 99-20593 (**Expert Report**) (December 14, 2004)

Lorraine Gordon, Sonia Jones and Susan Rives vs. Wyeth American Home Products Corp. Court of Common Pleas For Philadelphia County, Civil Division; Case No.(s): 00864,002575 & 001503. (**Trial Testimony**) (December 28, 2004)

Paxil Products Liability Litigation. MDL: 1574, Master File: CV01-7937MRP. U.S. District for the Central District of California. (**Expert Report**) (December 30, 2004)

LaSandra Madden and Levell Madden, Individually, and on Behalf of LaBrea Williams, a minor child v. Wyeth et al. (**Expert Report**) (January 3, 2005)

Wendy Ames and John P. Welch vs. Bristol-Myers Squibb/Apothecon. Case No.: L-04-CV-267 U.S. District Court; District of Baltimore, Maryland Northern Division. (**Rebuttal**) (January 6, 2005)

Accutane Litigation (**Affidavit**) (January 12, 2005)

Randall Block vs. Wyeth, Inc. et al. Civil Action No. 3-02. Northern District of Texas. Dallas Division. (**Deposition**) (January 20, 2005)

Paxil Products Liability Litigation. MDL: 1574, Master File: CV01-7937MRP. U.S. District for the Central District of California. (**Deposition**). (January 26-27, 2005)

Marcie Bircumshaw, Peggy Boozer, William Crescenti, Danielle Matta, Carol Pfeiffer and Judith Stalcup vs. Wyeth American Home Products. Court of Common Pleas For Philadelphia County, Civil Division; Case No.(s): 004469, 004500, 004475, 004465, 004416 & 004519 (**Expert Report**) (February 23, 2005)

Amy Curry, et al. vs. Wyeth, Inc., et al. Commonwealth of Kentucky, Hardin Circuit Court, Division Three. (**Deposition**) Case No: 04-CI-00214 (March 9, 2005)

Ruth Hughes vs Centocor Inc., Johnson & Johnson, Ortho McNeil Inc, et al. Superior Court of NJ. (**Expert Report**) (March 23, 2005)

William Irwin vs Centocor.Inc., Johnson & Johnson, Ortho McNeil Inc, et al Middlesex County, Case No. MID-L-1790-03. (**Expert Report**) (March 30, 2005)

AstraZeneca (**Expert Report**) (April 1, 2005) (Seroquel/Diabetes)

Camille Olsen/Isabel Vega vs Wyeth Inc et al. Court of Common Pleas. First Judicial District of Pennsylvania. Civil Trial Division. (**Trial Testimony**) (April 6, 2005)

Diet Drug Litigation, Superior Court of New Jersey, Law Division, Bergen County. Eligibility Challenges for Group 6. (**Expert Report**) (April 8, 2005)

Diet Drug Litigation, Superior Court of New Jersey, Law Division, Bergen County. Case Code 240. Eligibility Challenges for Group 6. (**Deposition**) (April 12, 2005)

LaSandra Madden and Levell Madden, Individually, and on Behalf of LaBrea Williams, a minor child v. Wyeth et al. Cause No. 3-0CV-0167R. (**Deposition**) (April 13, 2005)

LaSandra Madden and Levell Madden, Individually, and on Behalf of LaBrea Williams, a minor child v. Wyeth et al. Civil Action No. 3-03-CV-0167BD. (**Affidavit**) (April 18, 2005)

Wendy Ames and John P. Welch vs. Bristol-Myers Squibb/Apothecon. Case No.:CL-04-CV-267 U.S. District Court; District of Baltimore, Maryland Northern Division. (**Deposition**) (April 21, 2005)

Darrel Lee Hackleman vs. Wyeth, Inc. MDL Docket No. 1203 (**Expert Report**) (5/26/05)

Ruth Hughes, Docket No. MID-L-1685-03, William Irwin and Virginia Irwin, Docket No. Mid-L-1790-03 vs. Centocor, Inc., et als. Superior Court of New Jersey. Law Division, Middlesex County, (**Deposition**) (June 8, 2005)

Theordora Beltson et al v. Wyeth, Inc, et al, Superior Court of New Jersey, Law Division, Bergen County (**Expert Report**) (July 12, 2005)

Sheila Brown et al vs American Home Products Corp.. U. S. District Court, Eastern District of Pennsylvania. (**Expert Report**) (July 13, 2005)

Alice Balser, Legal Tutor and on Behalf of the Minor Child, Nicole Richards vs. AstraZeneca Pharmaceuticals, LP. Civil Action No. 04-2070. Section "T", Magistrate (4). U.S. District Court, Eastern District of Louisiana, New Orleans Division. (**Deposition**) (July 22, 2005).

Elizabeth Brigham and Barry Brigham v. American Home Products Corp., Wyeth Laboratories. US District Court. Western District of Wisconsin. Case No. 05-C-0116-S. (**Expert Report**) (8/15/05).

Palazzollo v. Hoffman-LaRoche, Inc. et al. Docket No.: FSX-L-5498-99 State of New Jersey. Accutane (**Expert Report**) (8/31/05).

Lynn Rhinesmith and David Rhinesmith, wife and husband, vs. LabCorp. Superior court of New Jersey Morris County: Law Division Docket No.: MRS-L-2772-03 (**Deposition**) (10/12/05).

Palazzollo v. Hoffman-LaRoche Inc. et al. Docket No.: FSX-L-5498-99 State of New Jersey. Accutane (**Deposition**) (10/20/05).

Alberto N. Garcia, et al. v. Bayer Corp., et al; In the County Court at Law No. 2. In the District Court of Hidalgo County, TX 370th Judicial District, Nueces County, TX. (**Deposition**) (11/9/05).

Geneva Pharmaceutical Technology Corp. vs. Barr Laboratories, Inc., Case No.: 98-CIV 861 (DLC) Index No. 99 CIV 3687 (DLC) Consolidated. (**Second Supplemental Report**) ( 1/17/06)

Bonnie Weston v. Wyeth, et al. Cause No. 03cv679878. 29th Judicial district Court Jasper County, Missouri. (**Trial Testimony**) (1/18/06)

Danielle Leclair and Brian Leclair v Wyeth Pharmaceuticals. State of NY. Supreme Court: County of Orange. Index No. 6630/03 (**Affidavit**) (January 25, 2006)

Geneva Pharmaceutical Technology Corp. vs. Barr Laboratories, Inc., Case No.: 98-CIV 861 (DLC) Index No. 99 CIV 3687 (DLC) Consolidated. (**Third Supplemental Report**) ( 1/26/06)

In re Hormone Therapy Philadelphia, Nov. 2003, No. 00001; and In re Prempro Products Liability - MDL 1507. (**Expert Report**) (2/16/06)

Geneva Pharmaceutical Technology Corp. vs. Barr Laboratories, Inc. U.S. District Court Southern District of NY. Case No.: 98-CIV 861 (DLC) Index No. 99 CIV 3687 (DLC) Consolidated. (**Deposition**) (March 1, 2006)

Jodi Weir and Donald Weir vs Wyeth. Court of Common Pleas Philadelphia County. No. 001646 (**Expert Report**) (March 3, 2006)

Jennifer Althiser vs Wyeth et al. ET AL. Court of Common Pleas Philadelphia County. April Term 2004 Case # 008649. (**Expert Report**) (March 3, 2006)

Geneva Pharmaceutical Technology Corp. vs. Barr Laboratories, Inc. U.S. District Court Southern District of NY. Case No.: 98-CIV 861 (DLC) Index No. 99 CIV 3687 (DLC) Consolidated. (**Affidavit**) (March 24, 2006)

Michelle Kachurak vs. Karen Cooper M.D., Karen Cooper, M.D. P.C., Gazi Abdulhay, M.D., Lehigh Valley Women's Cancer Center, Gynecologic Oncology Associates of Lehigh Valley, Inc. (Defendants) & Abbott Laboratories, Inc. and Abbott Laboratories (Additional Defendants) (**Expert Report**) (March 30, 2006)

Judith Mingus v. Wyeth. U.S. District Court for the Eastern District of PA. Case No. 04-23744. MDL. No. 1203. (**Expert Report**) (April 7, 2006)

Nelson, et al. v. Wyeth, et al. Daniel, et al. v. Wyeth. In re Prempro Products Liability Litigation Case No 4:05-cv-00497-WRW. In the Court of Common Pleas Philadelphia County (**Deposition**) (April 7, 2006)

Wendy Ames and John P. Welch vs. Bristol-Myers Squibb/Apothecon. Case No.:L-04-CV-267 U.S. District Court; District of Maryland (Northern Division). (**Affidavit**) (April 14, 2006)

Jodie R. Burgholzer v Wyeth. Superior Court of NJ Law Division Bergen County. Docket No. L-7598-05. Case Code: 240. Civil Action. Diet Drug Litigation (**Expert Report**) (April 24, 2006)

Sharri Katona and Barry Katona v Wyeth. Superior Court of NJ Law Division Bergen County. Docket No. L-11147-04. Case Code: 240. Civil Action. Diet Drug Litigation (**Expert Report**) (April 24, 2006)

Kathleen Mahar v Wyeth. U.S. District Court Eastern District of PA. MDL Docket No. 1203. Case No. 2:05-CV-25647 (HB). Diet Drug Litigation. (**Expert Report**) (April 24, 2006)

Lynn Rhinesmith and David Rhinesmith, wife and husband, vs. LabCorp. Superior court of New Jersey Morris County: Law Division Dociet No.: MRS-L-2772-03 (**Trial Testimony**) (4/26/06)

Tanya Mefford vs. Ortho-McNeil Pharmaceutical, Inc., Johnson & Johnson, Inc. U.S. District Court for the Northern District of Alabama Northeastern Division. CV-05-C-1701-NE. (**Expert Report**) (April 28, 2006)

In Re: '318 Patent Infringement Litigation. U.S. District Court for the District of Delaware. Civil Action No. 05-356-KAJ (consolidated). (**Deposition**) (May 10, 2006)

Ontario Superior Court of Justice between Rhonda Gayle Goodridge, Susan Dudley, and Mark Dudley and Pfizer Canada Inc. and Pfizer Inc. Court File No. 06-CV-307728CP. Proceeding under the Class Proceedings Act, 1992. (**Affidavit**) (May 16, 2006)

Tanya Mefford vs. Ortho-McNeil Pharmaceutical, Inc., Johnson & Johnson, Inc. U.S. District Court for the Northern District of Alabama Northeastern Division. CV-05-C-1701-NE. (**Deposition**) (June 6, 2006)

Rochelle Powers v Wyeth. U.S. District Court Eastern District of PA. MDL Docket No. 1203. Case No. 2:05-CV-25751 (HB). Diet Drug Litigation. (**Expert Report**) (June 7, 2006)

Judith A. Vodden and Jon F. Vodden v Wyeth. U.S. District Court Eastern District of PA. MDL Docket No. 1203. Diet Drug Litigation. (**Expert Report**) (June 7, 2006)

Peggy Wilson and Kenneth Boone v Wyeth. U.S. District Court Eastern District of PA. MDL Docket No. 1203. Case No. 3:05-CV-00116. Diet Drug Litigation. (**Expert Report**) (June 7, 2006)

Marilyn Montag v Wyeth. U.S. District Court Eastern District of PA. MDL Docket No. 1203. Case No. 2:05-CV-00164. Diet Drug Litigation. (**Expert Report**) (June 7, 2006)

Regina Martin and Bret Martin v Wyeth. U.S. District Court Eastern District of PA. MDL Docket No. 1203. Case No. 2:05-CV-25747 (HB). Diet Drug Litigation. (**Expert Report**) (June 7, 2006)

Jennifer and Ramon Paredes v Wyeth. U.S. District Court Eastern District of PA. MDL Docket No. 1203. Case No. 2:05-CV-22001-HB. Diet Drug Litigation. (**Expert Report**) (June 15, 2006)

Annette Markin and Rodney Markin, w/h, v Wyeth, and John, Jane and Joe Does 1-20. Superior Court of NJ Law Division Bergen County. Docket No. L-5708-05-MT. Case Code: 240 Civil Action. Diet Drug Litigation. (**Expert Report**) (August 1, 2006)

Edith Morris v. Wyeth, and John, Jane and Joe Does 1-20. Superior Court of NJ Law Division Bergen County. Docket No. L-5868-05-MT. Case Code: 240. Civil Action. Diet Drug Litigation. (**Expert Report**) (August 1, 2006)

Frances Smith and Kenneth Smith v. Wyeth, and Does 1-20. Superior Court of California. Los Angeles County – Southeast District – Norwalk. JCCP 4032 – CA Coordinated Diet Drug Litigation. Case No. DD 004278. (**Expert Report**) (August 1, 2006)

Cathy Margerum and Keith Margerum v. Wyeth and Does 1-20. Superior Court of NJ Law Division Bergen County. Docket No. L-000814-06-MT. Case Code: 240, Civil Action. Diet Drug Litigation. (**Expert Report**) (August 1, 2006)

Gerald R. McDonald v. Wyeth, U.S. District Court for the Eastern District of PA. MDL Docket No. 1203. MDL Civil Action No.: 3:04-cv-00402. (**Expert Report**) (August 17, 2006)

Angela Montgomery v. Wyeth. Case Pending in the U.S. District Court for the Eastern District of PA. Civil Action No. 2:06-cv-20008, MDL Docket No. 1203. (**Expert Report**) (September 21, 2006)

Julia Bishop and Karen Johnson, As Co-Personal Representatives of the Estate of Charles Bishop, deceased vs. Hoffman-La Roche, Inc., Roche Laboratories, Inc., F. Hoffman-La Roche, LTD., Roche Holding AG, F. Hoffman-La Roche AG, and Roche Holding, LTD., Case No. 8:02-cv-1533-T-30TBM. (**Expert Report**) (September 28, 2006)

Darrel Lee Hackleman vs. Wyeth, Inc. MDL Docket No. 1203 (**Expert Report**) (10/16/06)

Accutane Expert Report for Systemic Events (October 20, 2006)

Carol Youssefi, K. Joe Youssefi, Sarah Youssefi, and David Youssefi v. Wyeth. U.S. District Court Eastern District of PA. MDL Docket No. 1203. MDL Civil Action No. 05cv21999. Case No. 2:06-CV-361. Diet Drug Litigation. (**Expert Report**) (October 23, 2006)

Beverly McCluskey and George McCluskey v. Wyeth. U.S. District Court Eastern District of PA. MDL Docket No. 1203. Case No. 2:06-cv-20011-HB. Diet Drug Litigation. (**Expert Report**) (October 23, 2006)

Angela Montgomery v. Wyeth. Case Pending in the U.S. District Court for the Eastern District of PA. Civil Action No. 2:06-cv-20008, MDL Docket No. 1203. (**Deposition**) (October 26, 2006)

Accutane Expert Report for Systemic Events (**Expert Report**) (October 30, 2006)

In Re: Accutane Products Liability Litigation. MDL Docket No. 1626 All Cases 8:04-MD-2523-30TBM. U.S. District Court Middle District of Florida Tampa Division. (**Deposition**) (November 17, 2006)

In Re: Diet Drug (Phentermine/Fenfluramine/dexfenfluramine Products Liability Litigation. Lillian Gomez vs. Wyeth, et al., U.S. District Court of Pennsylvania. MDL No. 1203. Civil Action No. 2:04-cv-227321 (**Expert Report**) (December 1, 2006)

In Re: Accutane Products Liability Litigation. MDL Docket No. 1626 IBD Track Cases 8:04-MD-2523-T-30TBM. U.S. District Court Middle District of Florida Tampa Division. (**Deposition**) (December 19, 2006)

Nelson, et al. v. Wyeth, et al. In Re: Prempro Products Liability Litigation. Case No. 4:05-cv-00497-WRW. In the Court of Common Pleas Philadelphia County (**Trial Testimony**) (Jan 10-11, 2007)

Daniel, et al. v. Wyeth, et al. In Re: Prempro Products Liability Litigation. Case No. 4:05-cv-00497-WRW. In the Court of Common Pleas Philadelphia County (**Trial Testimony**) (Jan 11-12, 2007)

McCarrell v Hoffman-La Roche Inc.; Beard v Hoffman-La Roche Inc.; Reynolds v. Hoffman-La Roche Inc. Superior Court of New Jersey Law Division: Atlantic County. Docket No.: ATL-L-1951-03; Docket No.: ATL-L-2643-03; Docket No.: ATL-L-2644-03 (**Deposition**) (January 23, 2007)

In Re: Accutane Products Liability Litigation. MDL Docket No. 1626 All Cases 8:04-MD-2523-30TBM. U.S. District Court Middle District of Florida Tampa Division. Continuation of November 17, 2006 (**Deposition**) (January 30, 2007)

Cameron Allen vs Hoffman La Roche, Inc. Superior Court of New Jersey Law Division: Essex County (**Expert Report**) (April 11, 2007)

Casey Balsham vs. Hoffman La Roche, Inc. Superior Court of New Jersey Law Division: Essex County Docket No:ESX-L-005808-01. (**Expert Report**) (April 11, 2007)

Amanda Callais vs. Hoffman La Roche, Inc. Superior Court of New Jersey Law Division:Essex County Docket No: ESX-L-05498-99. (**Expert Report**) (April 11, 2007)

Donna Cheek vs. Hoffman La Roche, Inc. Superior Court of New Jersey Law Division: Essex County. (**Expert Report**) (April 11, 2007)

Nicholas L. Pampell vs. Hoffman La Roche, Inc. Superior Court of New Jersey Law Division: Essex County. (**Expert Report**) (April 11, 2007)

Randi Kunnemann, as Independent Administrator of the Estate of Karin K. Kunnemann vs. Janssen Pharmaceutica Products, L.P. a New Jersey Corporation; and Alza Corporation, A Delaware Corporation. United States District Court Northern District of Illinois Eastern Division. No.: 05-C03211. (**Expert Report**) (April 27, 2007)

Martain Stanley and Mickey Stanley vs. Wyeth, et al., In Re: Diet Drugs Products Liability Litigation. In the U.S. District Court for the Eastern District of Pennsylvania. MDL 1203. Civil Action File No.: 06-cv-20124. Home Court No.: USDC, Northern District of Georgia. 1-06-01049 BBM (**Expert Report**) (April 26, 2007)

Becky Wright vs. Wyeth, et al., In Re: Diet Drugs Products Liability Litigation. In the U.S. District Court for the Western District of Missouri. Civil Action No.: 06-4183-CV-C-NKL. (**Expert Report**) (April 30, 2007)

Merle Simon, et al vs. Wyeth Pharmaceuticals, et al. Court of Common Pleas. Philadelphia County, June Term, 2004. No. 4229 (**Trial Testimony**) (May 1-2, 2007)

Jason Rosensweig vs. Hoffman La-Roche et. al. In the Superior Court for the District of Columbia Civil Division C.A. No. 03-002184. (**Expert Report**) (May 7, 2007)

McCarrell v Hoffman-La Roche Inc.; Beard v Hoffman-La Roche Inc.; Reynolds v. Hoffman-La Roche Inc. Superior Court of New Jersey Law Division: Atlantic County. Docket No.: ATL-L-1951-03; Docket No.: ATL-L-2643-03; Docket No.: ATL-L-2644-03 (**Trial Testimony**) (May 15, 2007)

In re K-DUR Antitrust Litigation. Civil Case No. 01-CV-1652 (JAG) (Consolidated Cases) MDL Docket No. 1419. (**Expert Report**) (July 30, 2007)

Gary Selinsky, et al., and Related Cases, v. Boehringer Ingelheim Pharmaceuticals, Inc., Pfizer Inc., Pharmacia Corporation and Pharmacia & Upjohn Co. U.S. District Court. District of Minnesota. Civil No. 06-873 JMR/FLN (**Expert Report**) (July 30, 2007)

Adam W. Mason, vs. Dr. Kenneth Councilman, West Florida Medical Center Clinic, P.A., Hoffman-La Roche Inc. and Roche Laboratories Inc. In the Circuit Court of the 1st Judicial Circuit, In and For Escambia County, Florida. Case No.: 2001-CA-002416. Division: "D". (**Deposition**) (August 22, 2007)

Sabrina Brierton Johnson vs. Johnson & Johnson. Superior Court of the State of California for the County of Los Angeles-West District. Case No. TC018540 (**Expert Report**) (September 14, 2007)

In Re: Biddiscombe International, LLC vs. Stephen Gayheart and Biddiscombe Laboratories, Inc. United States Bankruptcy Court. Middle District of Florida Tampa Division. Case No.:06-BK-03853-MGW. Chapter 11. Adv. Proc.No. 06-ap-508-mgw. (**Expert Report**) (September 14, 2007)

Arlene Rowatt, Pamela Forrester and Jeraldine Scofield vs. Wyeth and Pharmacia & Upjohn

Company, LLC. In the Second Judicial District court of the State of Nevada in and for the county of Washoe. Case No. CV04-01699. Depart. No. 9. (**Trial Testimony**) (September 17-19, 2007)

In Re: Biddiscombe International, LLC vs. Stephen Gayheart and Biddiscombe Laboratories, Inc. United States Bankruptcy Court. Middle District of Florida Tampa Division. Case No.:06-BK-03853-MGW. Chapter 11. Adv. Proc. No. 06-ap-508-mgw. (**Deposition**) (September 27, 2007)

Adam W. Mason, vs. Dr. Kenneth Councilman, West Florida Medical Center Clinic, P.A., Hoffman-La Roche Inc. and Roche Laboratories Inc. In the Circuit Court of the 1st Judicial Circuit, In and For Escambia County, Florida. Case No.: 2001-CA-002416. Division: "D". (**Deposition**) (September 28, 2007)

Adam W. Mason, vs. Dr. Kenneth Councilman, West Florida Medical Center Clinic, P.A., Hoffman-La Roche Inc. and Roche Laboratories Inc. In the Circuit Court of the 1st Judicial Circuit, In and For Escambia County, Florida. Case No.: 2001-CA-002416. Division: "D". (**Trial Testimony**) (October 1, 2007, 2007)

In Re: Biddiscombe International, LLC vs. Stephen Gayheart and Biddiscombe Laboratories, Inc. United States Bankruptcy Court. Middle District of Florida Tampa Division. Case No.:06-BK-03853-MGW. Chapter 11. Adv. Proc. No. 06-ap-508-mgw. (**Trial Testimony**) (October 2, 2007)

Randi Kunnemann, as Independent Administrator of the Estate of Karin K. Kunnemann vs. Janssen Pharmaceutica Products, L.P. a New Jersey Corporation; and Alza Corporation, a Delaware Corporation. United States District Court Northern District of Illinois Eastern Division. No.: 05-C03211. (**Deposition**) (October 17, 2007)