# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY     MDL Docket No. 1629
LITIGATION                            Master File No. 04-10981
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:             Judge Patti B. Saris
PRODUCTS LIABILITY LITIGATION         Magistrate Judge Leo T. Sorokin
------------------------------------------------------------x
IN RE: NEWYORK NEURONTIN              Case Management
PRODUCTS LIABILITY LITIGATION         Index No. 765000/2006
                                      Hon. Marcy S. Friedman
------------------------------------------------------------x

## PLAINTIFFS' NOTICE OF PRESERVATION
## DEPOSITION OF DR. DAVID FRANKLIN

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure and the New York Civil Practice Law and Rules, Products Liability Plaintiffs, by and through their counsel, will take the preservation deposition upon oral examination, before a person authorized to administer oaths, of DR. DAVID FRANKLIN. The testimony shall be recorded by sound-and-visual and by stenographic means by Veritext, LLC, 1 Penn Plaza, Suite 1706, New York, NY 10119.

The deposition shall take place on December 18th day of December 2009, beginning at 9:00 a.m. and ending at 6:00 p.m. The deposition shall take place at the law offices of Greene & Hoffman, 33 Broad Street, 5th Floor, Boston, MA 02109, (617) 261-0040. Plaintiffs provide notice to Defendants that such deposition may be used at the time of trial.

You are invited to attend and to participate in the manner provided for in the Federal Rules of Civil Procedure and New York Civil Practice Law and Rules.

2533316v1

1

Dated: November 16, 2009
      Newburgh, NY

                                            Kenneth B. Fromson
                                            FINKELSTEIN & PARTNERS
                                            *Attorneys for Products Liability Plaintiffs*
                                            1279 Route 300, P.O. Box 1111
                                            Newburgh, NY  12551
                                            (845) 562-0203

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November 2009, I caused to be served a true and correct copy of the foregoing Notice of Deposition by First Class U.S. Mail, postage prepaid, to:

Mark S. Cheffo, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
T: 212-735-3000
F. 212-735-2000

Beth L. Kaufman, Esq.
Schoeman Updike & Kaufman, LLP
60 E. 42nd Street
New York, NY 10165
T: 212-661-5030
F: 212-687-2123

*Attorneys for Defendants Pfizer Inc., et uno*

Greene & Hoffman
33 Broad Street, 5th Floor
Boston, MA 02109
Attn: Thomas Greene, Esq.

*Attorneys for Dr. David Franklin*

Ronald J. Aranoff, Esq.
Bernstein, Liebhard & Lifshitz, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
T: 212-779-1414
F: 212-779-3218

*Attorneys for the Sales and Marketing Plaintiffs*

Christopher P. Keenan, Esq.
Westermann Hamilton Sheehy
  Aydelott & Keenan
222 Bloomingdale Road, Suite 305
White Plains, NY 10605
T: 914-946-7770
F: 914-946-4587

2533316v1

3

Harris L. Pogust, Esq.
Pogust Braslow & Millrood LLC
8 Tower Bridge, Sutie 1520
161 Washington Street
Conshohocken, PA 19428
T: 610-941-4204
F: 610-941-4245

*Attorneys for Plaintiffs*

Michael Armienti, Esq.
Robert A. Fitch, Esq.
Armienti, DeBellis, Guglielmo & Rhoden, LLP
44 Wall Street, 18th Floor
New York, NY 10005
T: 212-809-7074
F: 212-809-7713

*Attorneys for Defendants Rite Aid and Wegmans*

Paul F. Corcoran, Esq.
Neal H. Klausner, Esq.
Cheryl Plambeck, Esq.
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019
T: 212-468-4800
F: 212-468-4888

*Attorneys for Cline, Davis & Mann, Inc.*

Asa Groves, III, Esq.
Groves and Verona PA
7385 SW 87th Avenue, Suite 400
Miami, FL 33173
T: 305-273-7133
F: 305-273-7763

*Attorneys for Defendant Eckerd Corporation*

Scott A. Edelman, Esq.
Carolyn C. Wu, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

T: 212-530-5000
F: 212-530-5219

Daniel J. Dwyer, Esq.
Hanify & King
One Beacon Street
Boston, MA 02108-3107
T: 617-423-0400
F: 617-423-0498

*Attorneys for Lodewijk J.R. DeVink and Anthony Wild*

Alice S. Johnston, Esq.
Obermayer, Rebmann, Maxwell & Hippel LLC
1617 John F. Kennedy Blvd.
One Pennsylvania Center, 19th Floor
Philadelphia, PA 19103-1895
T: 215-665-3000
F: 215-665-3165

U. Gwyn Williams, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
T: 617-570-1000
F: 617-523-1231

Jonathan I. Price, Esq.
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022
T: 212-813-8800
F: 212-355-3333

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

Ryan M. Burns, Esq.
Rawle & Henderson LLP
14 Wall St., 27th Floor
New York, NY 10005
T: 212-323-7070
F: 212-323-7099

*Attorneys for Apotex Defendants*

2533316v1

Benjamin M. Welch, Esq.
Paul W. Shaw, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center, 18th Floor
Boston, MA 02111
T: 617-856-8200
F: 617-856-8201

Bruce F. Rogers, Esq.
Charles K. Hamilton, Esq.
Bainbridge, Mims, Rogers & Smith
P.O. Box 530886
Birmingham, AL 35253
T: 205-879-1100
F: 205-879-430Robert A. Griffith, Esq.

Gargiulo/Rudnick, LLP
66 Long Wharf
Boston, MA 02110
T: 617-742-3833
F: 617-523-7834

*Attorneys for David Reynolds Longmire*

Steven A. Stadtmauer, Esq.
Harris Beach PLLC
One Gateway Center, Suite 2500
Newark, NJ 07102
T: 973-848-1244
F: 212-687-0659

*Attorneys for Actavis Inc., Actavis Elizabeth LLC,
and Purepac Pharmaceutical Co.*

Debra V. Urbanowicz-Pandos, Esq.
Duran & Pandos
1044 Route 22 West, Suite 3
Mountainside, NJ 07092
T: 908-518-5000
F: 908-518-0030

*Attorneys for Philip J. Obiedzinski, DPM*

2533316v1

6

Jan R. McLean Bernier, Esq.
Halleland, Lewis, Nilan & Johnson
220 South 6th Street, Suite 600
Minneapolis, MN 55402
T: 612-338-1838
F: 612-338-7858

*Attorneys for Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc.*

Douglas L. Brown, Esq.
Brady Radcliff & Brown LLP
P.O. Box 1668
Mobile, AL 36633
T: 251-405-0077
F: 251-405-0076

*Attorneys for Rite Aid Headquarters Corporation, Rite Aid of Alabama, Inc., and Rite Aid 7028*

Robert K. Dowd, Esq.
Dowd & Blount
3141 Hood Street
Suite 650
Dallas, TX 75219
T: 214-922-8884
F: 214-922-9372

*Attorneys for Jay Seastrunk, M.D.*

William E. Johnson, III, Esq.
The Law Office of William E. Johnson III, PC
3141 Hood Street
Suite 650
Dallas, TX 75219
T: 214-922-8884
F: 214-922-8894

*Attorneys for Rehabilitation Staffing Services, LTD*

Kenneth B. Fromson

2533316v1

7