# EXHIBIT D

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3
 4   - - - - - - - - - - - - - - - - - X
 5   IN RE:  NEURONTIN MARKETING, SALES      MDL DOCKET
 6   PRACTICES, AND PRODUCTS LIABILITY       NO. 1629
 7   LITIGATION                              MASTER FILE
 8                                           NO. 04-10981
 9   _____        JUDGE PATTI B.
10   THIS DOCUMENT RELATES TO:               SARIS
11   SHEARER V. PFIZER, ET AL.;              MAGISTRATE
12   1:07-CV-11428-PBS                       JUDGE LEO T.
13   - - - - - - - - - - - - - - - - - X    SOROKIN
14   VOLUME I                                Pages 1-212
15
16       VIDEOTAPED DEPOSITION OF DAVID P. FRANKLIN, Ph.D.,
17   a witness called by counsel for the defendant,
18   Pfizer, Inc., taken before Kimberly A. Smith,
19   Certified Realtime Reporter, Registered Diplomate
20   Reporter, and Notary Public in and for the
21   Commonwealth of Massachusetts, at the Law Offices of
22   Greene, LLP, 33 Broad Street, Boston, Massachusetts
23   02109, on Friday, December 18, 2009, commencing at
24   9:16 a.m.
```

Page 2

```
1  APPEARANCES:
2
3     Finkelstein & Partners, LLP
4     By:  Keith L. Altman, Esq.
5     1279 Route 300
6     Post Office Box 1111
7     Newburgh, NY  12551
8     (800) 634-1212
9        and
10    The Lanier Law Firm, P.C.
11    By:  Kenneth S. Soh, Esq.
12    6810 FM 1960 West
13    Houston, TX  77069
14    (713) 659-5200
15           for the Plaintiffs;
16
17    Boies, Schiller & Flexner, LLP
18    By:  William S. Ohlemeyer, Esq.
19    and Daniel E. Holloway, Esq.
20    333 Main Street
21    Armonk, NY  10504
22    (914) 749-8200
23       and
24
```

Page 3

```
1  APPEARANCES: (continued)
2
3     Skadden, Arps, Slate, Meagher & Flom, LLP
4     By:  Mark S. Cheffo, Esq.
5     Four Times Square
6     New York, NY  10036
7     (212) 735-2183
8        and
9     Pfizer, Inc.
10    By:  Danielle Gentin Stock, Esq.
11    235 East 42nd Street
12    New York, NY  10017
13    (212) 733-0303
14           for the Defendant, Pfizer, Inc.;
15
16    Duran & Pandos, P.C.
17    By:  Sue-Ann Rowley, Esq. (via telephone)
18    1044 Route 22 West, Suite 5
19    Mountainside, NJ  07092
20    (908) 518-5000
21           for the Defendant, Philip J.
22           Obiedzinski;
23
24
```

Page 4

```
1  APPEARANCES: (continued)
2
3     Rawle & Henderson, LLP
4     By:  Arthur B. Keppel, Esq.
5     The Widener Building
6     One South Penn Square
7     Philadelphia, PA  19107
8     (215) 575-4200
9           for Apotex Corp.;
10
11    Greene, LLP
12    By:  Thomas M. Greene, Esq.
13    33 Broad Street, 5th Floor
14    Boston, MA  02109
15    (617) 261-0040
16           for the Witness.
17
18  Also Present:  George Dobrentey, Videographer
19
20
21
22
23
24
```

Page 5

```
1              I N D E X
2
3  WITNESS:  David P. Franklin, Ph.D.
4
5  EXAMINATION                        Page
6    By Mr. Ohlemeyer                    7
7        AFTERNOON SESSION
8    By Mr. Ohlemeyer                  127
9
10 EXHIBITS FOR IDENTIFICATION:
11 Franklin    Description            Page
12 Exhibit 1   3/96 to 7/96 calendar with    17
13             witness's handwritten notations
14 Exhibit 2   2/20/96 letter to Warner-Lambert  21
15             from Franklin with attached CV
16 Exhibit 3   3/13/96 employment application   29
17 Exhibit 4   U.S. map with witness's        122
18             handwritten notations
19 Exhibit 5   9/13/96, 8/22/96, 8/26/96, and  154
20             9/9/96 letters to Franklin from
21             Johnson
22
23
24 Original exhibits enclosed with the deposition
```

Page 6

1  THE VIDEOGRAPHER: Good morning. My name
2  is George Dobrentey of Veritext New Jersey. Today's
3  date is December 18, 2009, and the time is 9:16 a.m.
4  This deposition is being held in the offices of
5  Greene & Hoffman in Boston, Massachusetts.
6  The case caption is "In Re: Neurontin
7  Marketing, Sales Practices, and Products Liability
8  Litigation," in the U.S. District Court for the
9  District of Massachusetts, MDL Docket No. 1629,
10  Master File No. 04-10981.
11  The name of the witness is David
12  Franklin. At this time the attorneys will identify
13  themselves and the parties they represent, at which
14  point our court reporter, Kim Smith, of Veritext New
15  Jersey, will swear in the witness and we can proceed.
16  MR. GREENE: Why don't I kick it off. Just
17  make a correction. The deposition is being held in
18  the offices of Greene LLP, no longer -- formerly
19  Greene & Hoffman. My name is Tom Greene, and I'm
20  personal counsel to David Franklin.
21  MR. OHLEMEYER: My name is William
22  Ohlemeyer of the firm of Boies, Schiller & Flexner,
23  representing Pfizer.
24  MR. HOLLOWAY: Dan Holloway with Boies,

Page 7

1  Schiller & Flexner, representing Pfizer.
2  MR. CHEFFO: Mark Cheffo, Skadden Arps, for
3  Pfizer.
4  MS. STOCK: Danielle Stock, Pfizer.
5  MR. ALTMAN: Keith Altman on behalf of the
6  plaintiffs.
7  MR. SOH: Ken Soh for the plaintiffs.
8  MR. KEPPEL: Arthur Keppel from Rawle &
9  Henderson on behalf of the Apotex defendants in the
10  Shade matter.
11  THE COURT REPORTER: On the phone?
12  MS. ROWLEY: This is Sue-Ann Rowley from
13  Duran & Pandos on behalf of Defendant Philip J.
14  Obiedzinski.
15  DAVID P. FRANKLIN, Ph.D.,
16  having been satisfactorily identified by the
17  production of his driver's license, and
18  duly sworn by the court reporter, was deposed
19  and testified as follows:
20  EXAMINATION
21  BY MR. OHLEMEYER:
22  Q. Good morning, Mr. Franklin. My name is
23  Bill Ohlemeyer. I represent Pfizer. I'm going to
24  ask some questions this morning.

Page 8

1  A couple of questions for you right
2  off the bat. Is it Mr. Franklin? Dr. Franklin?
3  David Franklin?
4  A. David Franklin.
5  Q. David. I'll probably refer to you as
6  "Mr. Franklin" or "Dr. Franklin," but I'll try to
7  remember that.
8  A. It's . . .
9  Q. If you don't understand a question I ask,
10  will you let me know?
11  A. Sure. Of course.
12  Q. And if you want to take a break at any
13  time, will you let me know?
14  A. Of course.
15  Q. And is there any reason, you know --
16  demands on your time, medication, preoccupation --
17  where you couldn't spend a few hours today answering
18  some questions for us about the topics we're here to
19  discuss?
20  A. Is there any reason why I can't be here
21  today? Is that . . .
22  Q. Well, is there any reason why you're either
23  unable or unwilling or perhaps -- unable or unwilling?
24  A. No. I think I understand. No, there is

Page 9

1  not. It's -- it's like going to the dentist. You
2  know, you just -- you don't want to do it, but you
3  need that toothache to go away, right?
4  Q. Correct. Correct. Let me ask you. Can
5  you describe for us briefly and generally what you've
6  done professionally since you left Parke-Davis?
7  A. Since I left Parke-Davis, I went to Idexx
8  Laboratories, where I worked in business development.
9  From Idexx -- which is up in Westbrook, Maine. From
10  Idexx Laboratories, I went to the Equinox Group,
11  which is a small consulting group based over here in
12  Lexington, Mass. And then from there I went to
13  Boston Scientific.
14  Q. How long were you at Boston Scientific?
15  A. About six years.
16  Q. And when did you leave Boston Scientific?
17  A. I believe it was June of 2006.
18  Q. And what have you done since 2006?
19  A. My wife and I run our own business.
20  Q. What sort of business is that?
21  A. It's a grades -- pre-K through kindergarten.
22  Q. Like a daycare, or school?
23  A. It's not a daycare; it's a school.
24  Q. Sorry.