UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
IN RE NEURONTIN MARKETING, SALES     )
PRACTICES, AND PRODUCTS LIABILITY     )
LITIGATION                                     )   MDL Docket No. 1629
_____)   Master File No. 04-10981
                                                    )
THIS ORDER RELATES TO:                  )   Judge Patti B. Saris
                                                    )   Mag. Judge Leo T. Sorokin
ALL SCHWARTZ PRODUCTS LIABILITY     )
ACTIONS                                       )
_____)


FURTHER DISCOVERY ORDER REGARDING ALL SCHWARTZ PRODUCTS CASES

July 14, 2010

SOROKIN, M.J.

The Court has reviewed the chart filed by Attorney Schwartz (Docket #2887-1) pursuant to this Court's June Scheduling Order (Docket #2839). Attorney Schwartz listed approximately sixty-two cases in which the medical authorizations and other medical disclosures required by Docket #372 at page 3 have not yet been provided to the defendants. The time for such disclosures is long past. The Court issued the disclosure requirement on June 19, 2006, and the matter has been repeatedly raised by the Court at discovery hearings throughout the course of this litigation.

In addition, at the discovery hearings in April and June of 2010, the Court reminded counsel of the importance of completing the medical authorizations. Counsel was given until July 7, 2010 to complete the medical disclosures. Nonetheless, in violation of the Court's Orders and despite repeated opportunities to complete this discovery, it has not been done.

Each of the medical authorizations and disclosures in the sixty-two cases must be provided

to defendants no later than July 26, 2010, or those cases will face DISMISSAL. Attorney Schwartz shall provide each of his clients who are party to the sixty-two cases with a copy of this Order warning them of DISMISSAL if the required documents are not provided to defendants by July 26, 2010.

        SO ORDERED.

        /s/ Leo T. Sorokin
        LEO T. SOROKIN
        UNITED STATES MAGISTRATE JUDGE

.