UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| | Magistrate Judge Leo T. Sorokin |
| *Guard Insurance Co., et al. v. Warner Lambert Co., et al.*, Case No. 1:10-cv-10277 | |

### DEFENDANTS' MOTION TO DISMISS

Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully move for dismissal of Plaintiff's Complaint pursuant to Rules 8(a), 9(b), 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court dismiss Plaintiff's Complaint with prejudice in its entirety.

### REQUEST FOR ORAL ARGUMENT

Defendants believe that oral argument will assist the Court, and they wish to be heard. Accordingly, Defendants respectfully request oral argument on this motion.

Dated: July 14, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:   /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

ROPES & GRAY LLP

By:   /s/ Ana M. Francisco
        Ana M. Francisco (BBO #564346)

One International Place
Boston, MA  02110
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

   I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 14, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco