UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN | §<br>§<br>§   CIVIL ACTION NO. 04-10981-PBS<br>§   MDL NO. 1629 |

### DEENDANT, GLENMARK GENERICS INC., USA'S
### MOTION TO SUBSTITUTE ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, GLENMARK GENERICS INC., USA, a Defendant in above-styled and numbered cause, who moves this Court to substitute Amy Nilsen of the law firm of Connelly Baker Wotring, LLP as additional counsel for this Defendant. Mr. Earnest Wotring has already substituted in as lead counsel in this case...

This substitution has the approval of the Defendant and is not sought for purposes of delay. Defendant requests and approves the substitution of Amy Nilsen as additional counsel. Ms. Nilsen's pertinent information is as follows:

> Amy Nilsen
> Connelly • Baker • Baker, LLP
> 700 JPMorgan Chase Tower
> 600 Travis
> Houston, Texas 77002
> State Bar No. 24027574
> Telephone: 713-980-1700
> Telecopier: 713-980-1701

Defendant represents to the Court that the proposed additional substitution is approved by Defendant, will not prejudice the Plaintiff, and will not delay the processing of this cause.

WHEREFORE, PREMISES CONSIDERED, Defendant GLENMARK GENERICS, INC., USA, prays that this Court grant this Motion substituting Amy Nilsen as additional counsel of record, and grant all other just relief to which Defendant is entitled.

Respectfully submitted,

CONNELLY • BAKER • WOTRING LLP


/s/ EARNEST W. WOTRING
Earnest W. Wotring
State Bar No. 22012400
Amy Nilsen
State Bar No. 24027574
700 JPMorgan Chase Tower
600 Travis Street
Houston, Texas  77002
Telephone:	(713) 980-1700
Facsimile:	(713) 980-6925


**ATTORNEYS FOR DEFENDANT
GLENMARK GENERICS, INC., USA**

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served on all parties of record through the Court's ECF system on July 15, 2010.

Jack W. London
Law Offices of Jack W. London
 & Associates
3701 Bee Cave Road, Suite 200
Austin, Texas 78746

Andrew G. Finkelstein
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY 12551

Mary Lou Strange
Skadden, Arps, Slate, Meagher & Flom, LLP
1000 Louisiana, Suite 6800
Houston, Texas 77002

Mark S. Cheffo
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Stephen E. Scheve
Baker Botts
One Shell Plaza
910 Louisiana
Houston, Texas 77002

/s/ Earnest W. Wotring
Earnest W. Wotring