UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN | § § § § § | CIVIL ACTION NO. 04-10981-PBS<br>MDL NO. 1629 |

**ORDER GRANTING DEENDANT, GLENMARK GENERICS INC., USA'S
MOTION TO SUBSTITUTE ADDITIONAL COUNSEL**

On this day came on for consideration the Defendant's Motion to Substitute Additional Counsel. The Court, having reviewed the matter, is of the opinion that said Motion should be granted. Accordingly, it is

ORDERED, ADJUDGED that Amy Nilsen is substituted in as additional counsel on behalf of Defendant Glenmark Genetics, Inc., USA...

SIGNED this _____ day of _____, 2010.

_____
JUDGE PRESIDING

::ODMA\PCDOCS\CBWJHOU\1009123\2                              4