UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                                            :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                :
        SALES PRACTICES AND                                 :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                       :
                                                            :   Judge Patti B. Saris
------------------------------------------------------------x
                                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
        PRODUCTS LIABILITY CASES                            :
                                                            :
------------------------------------------------------------x
```

## JOINT LIST OF REMAINING PRODUCT LIABILITY CASES

Pursuant to Magistrate Judge Leo T. Sorokin's June 9, 2010, Order, [2839], the Products Liability Plaintiffs' Steering Committee (PLPSC) and Defendants submit a joint list of the remaining Products Liability cases, attached hereto as Exhibit A. This list excludes any Track One cases, any cases falling within the Court's September 14, 2010, deadline, Plaintiffs represented by the Boone and Schwartz law firms, and *pro se* cases.[1]

Date: July 15, 2010                     Respectfully Submitted,

                                        By: /s/ Andrew G. Finkelstein
                                        Andrew G. Finkelstein
                                        Finkelstein & Partners, LLP
                                        1279 Route 300, Box 1111
                                        Newburgh, NY 12551

                                        By: /s/Jack W. London
                                        Jack W. London
                                        Law Offices of Jack W. London
                                        3701 Bee Cave Rd, Suite 200
                                        Austin, TX 78746

---

[1] The remaining *pro se* cases will be submitted on August 7, 2010, pursuant to this Court's June 9, 2010, Order. [2839]

*Members of Product Liability Plaintiff Steering Committee*

By: /s/ Mark S. Cheffo
Mark S. Cheffo
SKADDEN, ARPS, SLATE
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

By: /s/ Ana M. Francisco
Ana M. Francisco (BBO #564346)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110

*Attorneys for Defendants Pfizer Inc., and Warner-Lambert Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on July 15, 2010.

/s/ Ana M. Francisco
Ana M. Francisco