# EXHIBIT A

*In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*
**Joint List of Remaining Product Liability Cases, By Firm**[1]

**Henninger Garrison Davis, LLC**
1. Agee, Sheila                          Agee v. Pfizer 06-CV-11381
2. Baker, Meicki                         Meicki v. Pfizer 06-CV-11382
3. Blackwell, Andria                     Blackwell v. Pfizer 06-CV-10420
4. Brown, Charles                        Brown v Pfizer 06-CV-11383
5. Eaddy, Leisa                          Leisa v. Pfizer 06-CV-11385
6. Grisson, Odessa                       Odessa v. Pfizer 06-CV-11386
7. Holloway, Marsha                      Holloway v. Pfizer 06-CV-11387
8. Huff, Pauline                         Huff v. Pfizer 06-CV-11388
9. Poole, Jacqueline                     Poole v. Pfizer 06-CV-11389
10. Reach, Joyce                         Reach v. Pfizer 06-CV-11390
11. Whitten, Jessica                     Whitten v. Pfizer 06-CV-11391

**Pogust Braslow & Millrood, LLC**
12. Bonner, Hilda                        Bonner v. Pfizer 07-CV-10324
13. Cox, Sharon                          Cox v. Pfizer 06-CV-12048
14. Hairfield, Alice                     Hairfield v. Pfizer 08-CV-10930
15. Smolucha, Marianne                   Smolucha v. Pfizer  05-CV-11261
16. Henderson, Dale Wayne                Henderson v. Pfizer 06-CV-10956

**Alan M. Slater, Esq.**
**Mazie Slater & Freeman, LLC**
17. Sandra Gaudio & Gerard Gaudio        Gaudio v. Pfizer 06-CV-11580

**Edgar Law Firm**
18. Mecija, Jennifer                     Mecija v. Pfizer 06-CV-11445

**Brooks Law Firm**
19. Strickland, Kelly                    Strickland v. Pfizer 05-CV-11993

**Manyard & Mayeaux**
20. Johnson, Elmenia                     Johnson v. Pfizer 06-CV-10309

**Kathryn Snapka and Susan Barclay**
21. De La Garza, Jennifer                De La Garza v. Pfizer 07-CV-15069

**Christopher Neyland, Neyland & Brewer, LLP**
22. Fish, Deborah                        Fish v. Pfizer 05-CV-11505
23. Coleman, Keith                       Coleman v. Pfizer 05-CV-11504

---

[1] This list excludes the remaining *pro se* cases, which will be submitted on August 7, 2010, pursuant to this Court's June 9, 2010, Order. [2839]

**Law Office of Michael D. Liberty**
24. Leidendecker, Sandra                Leidendecker v. Pfizer 05-CV-12074

**Mark Edwards, Edwards Law Firm**
25. Holloway, Jerry and Carolyn          Holloway v. Pfizer 04-CV-12624

**Anderson, Hemmat & Levine, LLC**
26. McMinn, Sean                         McMinn v. Pfizer 05-10390

**Cross, Poole, Goldasich & Fischer**
27. Burroughs, Frieda                    Burroughs v. Pfizer 05-CV-11260

**Cristalli & Saggese, Ltd. by Marc A. Saggese**
28. Almeida, Monica                      Almeida v. Pfizer 05-CV- 11264

**Law Office of J. Christopher Kervick by J. Christopher Kervick**
29 Wilson, Louise C. and Robert F.       Wilson v. Pfizer 05-CV11502

**Gene E. Schroer**
30. Cunningham, Brenda                   Cunningham v. Pfizer 05-CV-11503

**Westermann, Hamilton, Sheehy, Aydelott & Keenan, L.L.P. by Christopher P. Keenan**
31. Minervino, Mary Ann                  Minervino v. Pfizer 05-CV-11513

**Egan & Jamiolkowski by Margaret M. Egan**
32. Reott, Edward                        Reott v. Pfizer 05-CV-11514

**Manuel H. Miller**
33. Johnson, Melissa                     Johnson v. Pfizer 05-CV-12073

**Becnel Law Firm, L.L.C. by Daniel E. Becnel, Jr.**
34 McPherson, Harold J.                  McPherson v. Pfizer 05-CV-12076

**Michael A.K. Dan**
35. Lewis, Marilyn and Harry             Lewis v. Barrett 06-CV-11392

**Peter J. Stubbs**
36. Putnam, Deanna                       Putnam v. Pfizer 06-CV-11393

**Walter Boyaki**
37. Telles, Gloria                       Telles v. Pfizer 07-CV-11156

**Finkelstein & Partners, LLP**
**Law Offices of Jack W. London**
38. Hamilton, Paulette                   Hamilton v. Pfizer 10-CV-11023

3

**Finkelstein & Partners, LLP**
**Rush, Hannula, Harkins & Kyler, LLP**
39. Peterson, Robert                                   Peterson v. Pfizer 10-CV-10933