**EXHIBIT B**

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212 735-3000
DIRECT FAX
212-735-2000
EMAIL ADDRESS
NORDO.NISSI@SKADDEN.COM

FIRM/AFFILIATE OFFICES
-----
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
-----
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 27, 2010

BY FEDEX
Kenneth Fromson, Esq.
Finkelstein & Partners, LLP
1279 Route 300, PO Box 1111
Newburgh, NY 12551

RE: In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation MDL No. 1629

Dear Mr. Fromson:

Enclosed please find Pfizer's production of documents responsive to Plaintiff's requests. The documents have been labeled Pfizer_Wohlberg_018470 - 109028, and are provided pursuant to the terms of the protective order, as per the agreement of the parties.

Please let me know if you have any questions.

Sincerely,

*Nordo Nissi*

Nordo Nissi
Legal Assistant

Enclosure

1