# EXHIBIT C

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212 735-3000
DIRECT FAX
212-735-2000
EMAIL ADDRESS
NORDO.NISSI@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

February 8, 2010

BY FEDEX
Kenneth Fromson, Esq.
Finkelstein & Partners, LLP
1279 Route 300, PO Box 1111
Newburgh, NY 12551

RE: In re: Neurontin Marketing, Sales Practices, and Products Liability Litigation MDL No. 1629

Dear Mr. Fromson:

Enclosed please find Pfizer's production of documents responsive to Plaintiff's requests. The documents have been labeled Pfizer_Wohlberg_109029 - 166720, and are provided pursuant to the terms of the protective order, as per the agreement of the parties.

Please let me know if you have any questions.

Sincerely,

*Nordo Nissi*

Nordo Nissi
Legal Assistant

Enclosure

1