# EXHIBIT D

**From:** Stevens, Catherine B (NYC)
**To:** 'Kenneth Fromson'
**Subject:** Discovery Issues
**Date:** 7/13/2010 6:06:38 PM
**CC:** Cheffo, Mark S (NYC)
**BCC:**

**Message:**
Ken - As we discussed several weeks ago and as you requested, we are currently in the process of reviewing materials from additional Pfizer employees involved in Chris Wohlberg's FDA Advisory Committee preparation. In addition to the Wohlberg files previously produced to you, we volunteered to review and produce responsive materials from the following custodians: Ed Whalen, Guy Cohen, Lloyd Knapp, and Lisa Malandro. As you know, at the same time, we are also reviewing and producing responsive materials for numerous sales representatives in the cases with the September discovery cut-off. We anticipate completing the review of the Whalen and Cohen materials by August 16 and anticipate completing Malandro and Knapp by September 30.

It is my understanding from conversations with Keith that you would prefer to have the Cohen/Whalen materials before reviewing the remaining Wohlberg materials. We suggested that you come up with search terms for the remaining Wohlberg materials and we would be happy to run them across the remaining Wohlberg files.

In response to the safety and efficacy portion of Judge Sorokin's order, we have discussed running search terms across additional custodial files that were previously collected but not produced. We believe that we have located this raw data and are prepared to let you select 10 additional custodians to run mutually agreeable search terms across this population. We believe that this complies with Judge Sorokin's Order and hope that you will consider withdrawing your pending motion. Of course, if there are issues that aren't addressed above, we are happy to discuss with you at your convenience. Catherine

**Catherine B. Stevens**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square | New York | 10036-6522
T: 212.735.3353 | F: 212.735.2000
catherine.stevens@skadden.com

Skadden

Please consider the environment before printing this email.

1