# EXHIBIT E

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212 735-3000
DIRECT FAX
212-735-2000
EMAIL ADDRESS
NORDO.NISSI@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

December 1, 2009

BY EMAIL AND FEDEX
Kenneth Fromson, Esq.
Finkelstein & Partners, LLP
1279 Route 300, PO Box 1111
Newburgh, NY 12551

RE:   In re: Neurontin

Dear Mr. Fromson:

Enclosed please find Pfizer's production of documents responsive to Magistrate Judge Sorokin's October 14, 2009, Order. The documents have been labeled Pfizer_MDL_0008534 - 0008689, and are provided pursuant to the terms of the protective order, as per the agreement of the parties.

Please let me know if you have any questions.

Sincerely,

*[signature]*

Nordo Nissi
Legal Assistant

1