# EXHIBIT G

**Stevens, Catherine B (NYC)**

**From:** Kenneth Fromson [KFromson@lawampm.com]
**Sent:** Friday, July 16, 2010 2:03 PM
**To:** Stevens, Catherine B (NYC)
**Subject:** RE: Neurontin: discovery issues

Catherine –

As to #3, we do not have an agreement and so I wanted to make clear your reference to "we have agreed" does not mean the parties have an agreement; rather Pltfs interpret this reference to "we agreed" as being what Defendants are willing to do at this juncture. Also as to the list of search terms in #3, I suggest you send me the list of terms you believe "will not work", as we are of course open to participating in the process.

**From:** Stevens, Catherine B [mailto:Catherine.Stevens@skadden.com]
**Sent:** Friday, July 16, 2010 1:44 PM
**To:** Kenneth Fromson
**Cc:** Armstrong, Katherine
**Subject:** RE: Neurontin: discovery issues

Ken, just to confirm:

1. It seems that we have reached agreement regarding the additional custodial files to be reviewed for documents related to the Wohlberg FDA presentations. Those are Ed Whalen, Guy Cohen, Lloyd Knapp and Lisa Malandro. We have now given you firm dates for those productions.

2. As to the other Wohlberg documents, given the volume, you want to first review the additional custodial files described above to see if search terms can be developed to narrow the review.

3. As to safety and efficacy documents, we have agreed that you can identify 10 custodians whose files were previously collected for additional searches. As to search terms, the scope of the original document production was much broader, so simply using those search terms will not work. We are prepared to work with you on a list of search terms. But if you don't want to participate in that process, we will develop a list that we believe will reasonably identify responsive documents. In addition to the custodians that you select, such search terms will also be applied to the Knapp and Malandro custodial files searched in connection with No. 1 above.

Thanks.

**From:** Kenneth Fromson [mailto:KFromson@lawampm.com]
**Sent:** Thursday, July 15, 2010 11:43 AM
**To:** Stevens, Catherine B (NYC)
**Subject:** Neurontin: discovery issues

Catherine – In furtherance of our call this morning regarding the motion to compel discovery/sanctions, we have been down this road before, for months, without resolution. Our position is that defendants have made commitments, time and again, and did not abide by their commitments. We have conferred numerous times, in great detail, and to no avail. We even took this motion off the calendar once before, with the hope of resolution, based upon defendants' representations that certain things would be provided. As I said on the call, your recent email proffer as to discovery is rife with ambiguities.

7/16/2010

As to the list of approximately 100 employee/custodians from which you now offer to pull (10) ten for disclosure, you indicated on the call today that you actually thought we had the list of people, when in fact this is something I recall defendants refused to give us: you have not given us the list; you have not disclosed who they are, their job/department description, the size of their custodial file; or when you will produce such files.

As to 'search' terms about which the parties were going to collaborate on, Defendants were to complete disclosure of the other custodians (e.g.,Cohen/Whalen) from which Pltfs would determine whether a search of the undisclosed, additional Wohlberg documents would be necessary, and if so, which 'search' terms to use. As you recall, the remaining Wohlberg production has been described as immense and this was why we had offered to use search terms.

With respect to discovery of safety/efficacy, Pltfs presumed that Defendants would use the same 'search' terms that Defendants utilized in the past when providing us discovery.

We anticipate you will file your opposition, and of course if you need additional days to complete your papers, let me know.

---

**Confidentiality Notice**
**This email and the information contained herein and attachments hereto are legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, you are hereby notified that any forwarding, dissemination, distribution or copying of this email and/or its attachments, or the taking of any action in reliance on the contents thereof is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply email, delete the email and any attachments and destroy all copies of the original message.
Thank you.**

---------------------------------------------------------------------------
*****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*****************************************************
*****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

7/16/2010

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

========================================================================

This Email has been scanned for all viruses by PAETEC Email Scanning Services, utilizing MessageLabs proprietary SkyScan infrastructure. For more information on a proactive anti-virus service working around the clock, around the globe, visit http://www.paetec.com.

**Confidentiality Notice**
**This email and the information contained herein and attachments hereto are legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, you are hereby notified that any forwarding, dissemination, distribution or copying of this email and/or its attachments, or the taking of any action in reliance on the contents thereof is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply email, delete the email and any attachments and destroy all copies of the original message.**
**Thank you.**