UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

---

THIS DOCUMENT RELATES TO:

ROBERT ANGEL, CARMEN L. BOLTIN, PAMELA S. CALVERT, FELISHA CARPENTER, JANET HARGETT, TOMMY D. JAMES, GEORGE B. LEMACKS, JOSHUA A. MARTINEZ, CYNTHIA K. MYERS, ROBERT L. SMALL
*Accettullo v. Pfizer Inc, et al.*
Case No. 1:06-cv-10912

SUE BECKUM, SHIRLEY DRENNAN, FAITH FORD, JERRY LOWE, LOUISIA SMITH,
*Leroy Anderson, et al. v. Pfizer, Inc.,*
Case No. 05-cv-10835

CATHERINE DUVALL, BETSY LINDLEY MILLER, JERRY PRICE, ESTATE OF CLARISSA SCOTT, BERNICE THORTON, DAN TOWNSEND, MIKE TRIM, JOYCE WATSON
*Jesse Allen, et al. v. Pfizer, Inc.,*
Case No. 07-cv-11795

GLINDA FORD
*Mary Cooper, et al. v. Pfizer, Inc.,*
Case No. 05-cv-10834

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

---

## DEFENDANTS' MOTION TO COMPEL RESPONSES TO DISCOVERY

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants"), by counsel, respectfully move this Court for an order directing several of the Plaintiffs represented by Newton Schwartz (the "Schwartz Plaintiffs") and several of the Plaintiffs represented by Levi Boone (the "Boone Plaintiffs") to respond to Pfizer's template interrogatories and requests for production, and to provide valid medical authorizations and

provider lists. The grounds for this motion are set forth in more detail in the accompanying memorandum of law and declaration of Catherine B. Stevens.

Defendants have repeatedly requested, and this Court has ordered, that the Boone and Schwartz Plaintiffs serve their overdue responses to Defendants' discovery requests, and provide valid medical authorizations and provider lists, but the Schwartz Plaintiffs, and many of the Boone Plaintiffs, have failed to respond to date, despite having filed their cases many years ago. Given the approaching close of initial fact discovery for these Boone and Schwartz Plaintiffs on September 14, 2010, their failure to respond to discovery has prejudiced Defendants' ability to plan and prepare for initial fact discovery before its close.

WHEREFORE, Defendants respectfully request that this Court order the Boone and Schwartz Plaintiffs at issue in this motion to respond to Pfizer's template interrogatories and requests for production, and to provide valid medical authorizations and provider lists.

Dated: July 16, 2010                    Respectfully submitted,

                                              SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP

By:     /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

ROPES & GRAY LLP

By:     /s/ Ana M. Francisco
        Ana M. Francisco
        BBO #564346

One International Place
Boston, MA 02110
Tel: (617) 951-7000

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

2

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 16, 2010.

/s/ Ana M. Francisco
Ana M. Francisco