UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------------------x
THIS DOCUMENT RELATES TO:

Judge Patti B. Saris

ROBERT ANGEL, CARMEN L. BOLTIN, PAMELA S.
CALVERT, FELISHA CARPENTER, JANET HARGETT,
TOMMY D. JAMES, GEORGE B. LEMACKS, JOSHUA A.
MARTINEZ, CYNTHIA K. MYERS, ROBERT L. SMALL
*Accettullo v. Pfizer Inc, et al.*
Case No. 1:06-cv-10912

Magistrate Judge Leo T. Sorokin

SUE BECKUM, SHIRLEY DRENNAN, FAITH FORD,
JERRY LOWE, LOUISIA SMITH,
*Leroy Anderson, et al. v. Pfizer, Inc.,*
Case No. 05-cv-10835

CATHERINE DUVALL, BETSY LINDLEY MILLER,
JERRY PRICE, ESTATE OF CLARISSA SCOTT, BERNICE
THORTON, DAN TOWNSEND, MIKE TRIM, JOYCE
WATSON
*Jesse Allen, et al. v. Pfizer, Inc.,*
Case No. 07-cv-11795

GLINDA FORD
*Mary Cooper, et al. v. Pfizer, Inc.,*
Case No. 05-cv-10834
------------------------------------------------------------x

### DECLARATION OF CATHERINE B. STEVENS IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL RESPONSES TO DISCOVERY

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of deficiency letters sent to Newton Schwartz dated December 22, 2006 – June 17, 2010.

3. Attached hereto as Exhibit B is a true and correct copy of deficiency letters sent to Levi Boone dated May 5, 2010 – July 13, 2010.

4. Attached hereto as Exhibit C is a true and correct copy of an authorization to release protected healthcare information provided by the Law Offices of Newton B. Schwartz, Jr.

5. Attached hereto as Exhibit D is a true and correct copy of a chart of the status of discovery in the Boone and Schwartz cases selected for initial discovery by September 2010.

6. Attached hereto as Exhibit E is a true and correct copy of provider lists provided by the Law Offices of Newton B. Schwartz, Jr.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 16 day of July, 2010.

/s/ Catherine B. Stevens
Catherine B. Stevens

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 16, 2010.

/s/ Ana M. Francisco
Ana M. Francisco