# EXHIBIT A

**Shook,
Hardy&
Bacon** L.L.P.

www.shb.com

December 22, 2006

**_VIA FACSIMILE, E-MAIL, U.S. MAIL_**

Angela M. Seaton
Of Counsel
2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.421.5547 Fax
aseaton@shb.com

Newton B. Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

Re:  *Neurontin – Discovery Responses*

Dear Counsel:

As you are aware, the parties agreed and proposed to the MDL Court a January 15, 2007 deadline for plaintiffs to provide responses to Pfizer's written discovery.  To date, we have not received discovery responses for the following 224 plaintiffs represented by your firm:

Accettullo, Martha
Anderson, Mary J.
Anderson, Virgil
Angel, Robert D.
Armour, Tony
Ashley, Alysia
Baker, Aaron P.
Baker, Georgia L.
Barkely, Melissa W.
Beavers, Merrie E.
Bellino, Beth A.
Best Tosha R.
Blake, Joe
Blake, Kay
Bolton, Carmen
Boyd, Denise D.
Boyer, Joy N.
Bramlett, Kenneth L.
Brazell, Susan L.
Brewster, Kamaliha
Brewster, Willie G.
Brockman, Patricia L.
Brooks, Ernie
Brooks, Rita
Broomfield, Haywood
Brown, Catherine L.

Funderburg, Jennifer
Galloway, Sonya M.
Gangi, Robert D.
Gann, Monica S.
Gilbow, Sherrial
Gilmore, James E.
Girard, Charles D., Sr.
Golden, Paul H.
Gordon, Drew
Graham, Joseph P.
Grayson, Michele C.
Greer, Karen J.
Gross, Kenneth
Hall, Christopher L.
Hall, Clennon C.
Hall, Ethel M.
Hall, Linda
Hargett, Janet
Harper, Lisa
Hartsell, David
Harvey, Thomas
Hash, Rachel A.
Hatfield, Zola
Haynes, Romana
Henson, Thomas C.
Hiers, Debbie R.

McAnally, Barbara
McCue, Zina R.
McIntyre, Marlene K.
McKenzie, Kimberly
McMahon-Lough,
Sandra D.
Meeks, Vivian S.
Middleton, Autherine
Mitchell, Isiah E., Sr.
Mitchell, Jason
Moats, Michelle L.
Mocci, Lori L.
Moore, William S.
Moscato, Michael J.
Moses, Robret J.
Myers, Cynthia K.
Nakamura, Daryl
Nichols, Wanda F.
Northcutt, Charles
Parker, Earnestine
Pastine, Sherry
Payne, Barbara T.
Payne, Lonnie J.
Perdue, Richardson
Perry, Mary K.
Pettit, David W.

Thibodeau, Edward
Thompson, Brenda
Thurmond, Betty
Turner, Mark
Valentino, Diane M.
Vice, Melissa L.
Volek, Bonnie A.
Wagoner,
Christopher
Washington, Joseph
O., III
Watson, Edgar J.
Weatherford, David
D.
Weger, Louis M.
White Charles
White, Annette
Wigfall, Dexter P.
Wilhelm, John W.
Wilkin, Jeffrey
Williams, Brady L.
Williams, Dexter
Williams, Jimmie K.
Williams, Leotis C.
Williams, Ramal
Williams, Sydney L.

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.



www.shb.com

Newton B. Schwarz, Sr.
December 22, 2006
Page 2

Bruce, Anne D.
Bunch, Carson
Burnett, Bryan
Byrum-Hill, Gwenna J.
Calvert, Pamela
Campbell-Dean, Kimberly A.
Carpenter, Felisha
Carpenter, Lesa
Carr, Lester C.
Carter, Damon
Cephas, Russell T.
Chancellor, Karen M.
Chhiv, Vathana S.
Clark, Nicholas
Clark. Kevin W.
Clemons, Garry P.
Coburn, Sharon L.
Colley, Vera
Conyers, Wilbur C.
Cook, Connie B.
Craig, Coleen M.
Crosby, Richard A, Jr.
Dauernheim, Larry W.
Davenport, James G.
Davis, Kimm J.
Day David A.
Deleon, Kelly
Devore, Robert G.
Dodd, Richard W.
Douglas, Stacey
Dozier, Christine M.
Drain, Jeffrey B.
Dreher, Loretta V.
Dukes, Allison D.
Duzan, Foster A.
Emmons, Sharon K.
Ericsson-Harkness, Shanna G.
Espey, Debra
Falk, Corrine M.
Faught, David W.

Fay, Eugene J.
Floyd, Sharon Y.
Fludd, GeorgiaHildebrand, Donald A., Jr.
Howard, Beth A.
Hunter, Patricia L.
Igbonagwam, Dametria
Jackson, Timothy L.
James, Amy
James, Tommy D.
Jeffers, Latoya
Jernigan-Wilson, Tatika
Johnson, Elroy L.
Jones, Carla
Jones-Coleman, Lovell L.
Kestner, Mary J.
Kilic, Mehmet
Kirby, Cheryl W.
Knauff, Kenneth M.
Knowlton, Barbara A.
Knox, Cassandra
Larkin, Ann E.
Laspina, Mario
Lee, Dexter K.
Lee, Janice W.
Leger, Debra F.
Lemacks, George B.
Lewis, Tracy
Ligon, Sherry K.
Lockhart, Donald L.
Logan, Sandra M.
Lowe, Stephanie A.
Ludacka, Vincent W.
Luttrell, Leslie
Lytle, Freddie B.
Manning, Jacqueline K
Marlow, Darrin P.
May, Bryan A.

Pfaff-Melani, Barbara F., as Next Fiend of Nikko A. Gonzalez
Phipps, Linda
Pickett, Mary J.
Pina, Dena D.
Pittman, Mary
Pitzer, Donna M.
Prince, Rebecca A.
Ratz, Melissa S.
Reaves, Craig G.
Reed, William J.
Richberg, Jarvis L.
Riddle, Tonya R.
Ridgeway, Monica
Robinson, Sherman D.
Saenz, Monica
Sanders, Jacqueline
Scheidt, Donald H.
Scurlock, John W.
Seagraves, Florence Y.
Segle, Herman C.
Shaffer, Teina M.
Shakoor, Tuwanda V.
Siltman, Betty L.
Small, Robert L.
Smalls, Kathleen B.
Smith, Debra R.
Smith, Doris J.
Smith, Dorthy E.
Smith, Earvin N.
Sprinkle, Harold
St. Hilaire, Robert N.
Statom, Donnie L.
Stephens, Jana
Summers, Ezell
Taggart, Jeffrey
Tarvan, Shelly M.
Taylor, Bular D.
Taylor, Carolyn C.
Taylor, Caryl A.
Thames, Willer R.

Williams, Theresa
Wilson, Kristina
Wine, Helen S.
Young, Kathy

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.



www.shb.com

Newton B. Schwarz, Sr.
December 22, 2006
Page 3

To the extent you have responses you have not forwarded to us, we would appreciate receiving these now, in advance of the December 31 deadline. On an ongoing basis, we would also appreciate you forwarding the responses to us as they are received by your office to help alleviate the overwhelming burden of reviewing hundreds of responses at once.

In addition, as you know, plaintiffs and defendants are working jointly with Medical Research Consultants ("MRC") to collect medical and other relevant records for all plaintiffs. As is not uncommon in these cases, MRC is running in to various obstacles in the records collection process. If you would be willing to facilitate the signing of blanket authorizations[1] by your clients, as many other plaintiffs' counsel have done, it will greatly expedite the records collection process, which benefits all of us. I have attached the following proposed blanket releases which were provided by MRC: (1) medical and pharmacy records; (2) tax records; (3) social security disability records; (4) employer/educational records; and (5) military records (if applicable). Of course, MRC has been directed to request records only for time periods consistent with the MDL Court's Discovery Order No. 2.

I have also attached a form authorization for Walgreens. Walgreens insists that its particular authorization be executed before it will release pharmacy records. Accordingly, if you have plaintiffs who received their medication from Walgreens, please have them execute the Walgreen-specific release.

Thank you for your time and attention to these matters. We look forward to receiving your discovery responses. Of course, please do not hesitate to contact me to discuss any questions or concerns.

Sincerely,

Angela M. Seaton

AMS:ljc
Enclosure

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

---

[1]    With regard to medical and pharmacy records, a "blanket" authorization is one where the first three lines are left blank.

2266128v1

# BOIES,    SCHILLER   &   FLEXNER  LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

April 29, 2010

**<u>Via Facsimile and Regular Mail</u>**

Newton B. Schwartz, Sr., Esq. (713) 630-0789
Law Offices of Newton B. Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

Julie C. Parker, Esq.  (215) 925-0508
Sacks & Weston
114 Old York Road
Jenkintown, PA 19046

> Re: ***Accettullo, et al. v. Pfizer***, No. 04-10981 (D. Mass.) (Plaintiff Janet Hargett)

Dear Counsel:

We are co-counsel for defendant Pfizer in the above-referenced case.  On June 6, 2006, Pfizer served template discovery consisting of: (1) Defendant's First Set of Interrogatories Directed to Products Plaintiffs; and (2) Defendant's First Request for Production of Documents and Things Directed to Products Liability Plaintiffs.  (Docket Nos. 333, 334.)  On June 19, 2006, Magistrate Judge Sorokin issued an order directing all plaintiffs to provide responses to Pfizer's written discovery requests, as modified by the order.  (Discovery Order No. 2, dated July 19, 2006, Docket No. 372 ("Discovery Order") at 3-6.)

To date, Pfizer has not yet received discovery responses for plaintiff Janet Hargett, represented by your firms.  Plaintiff has also failed to provide any initial disclosures pursuant to Fed.R.Civ. P. 26.

In addition, plaintiff has failed to provide Pfizer with medical provider lists, medical records, or necessary authorizations as required by Magistrate Judge Sorokin's June 19, 2006 order.  (Discovery Order No. 2 at 3-5.)  We request authorizations releasing: (1) medical and pharmacy records; (2) tax records; (3) Social Security disability records; (4) employer/education records; and (5) military records (if applicable).

BOIES,  SCHILLER  &  FLEXNER  LLP

Newton B. Schwartz, Sr.
Julie C. Parker
Page 2
April 28, 2010


Plaintiff's discovery responses are long overdue.  Plaintiff has failed to comply with its discovery obligations and the specific instructions in Magistrate Judge Sorokin's order.  This is particularly problematic given the approaching September 15, 2010 discovery deadline.  Please provide the initial disclosures, the written discovery responses and the authorizations immediately.


Very truly yours,

Magda Jimenez Train

# BOIES,   SCHILLER   &   FLEXNER   LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

April 29, 2010

**Via Facsimile and Regular Mail**

Newton B. Schwartz, Sr., Esq. (713) 630-0789
Law Offices of Newton B. Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

Julie C. Parker, Esq.  (215) 925-0508
Sacks & Weston
114 Old York Road
Jenkintown, PA 19046

> Re:   *Accettullo, et al. v. Pfizer*, No. 04-10981 (D. Mass.) (Plaintiff
>       Joshua A. Martinez)

Dear Counsel:

We are co-counsel for defendant Pfizer in the above-referenced case.  On June 6, 2006, Pfizer served template discovery consisting of: (1) Defendant's First Set of Interrogatories Directed to Products Plaintiffs; and (2) Defendant's First Request for Production of Documents and Things Directed to Products Liability Plaintiffs.  (Docket Nos. 333, 334.)  On June 19, 2006, Magistrate Judge Sorokin issued an order directing all plaintiffs to provide responses to Pfizer's written discovery requests, as modified by the order.  (Discovery Order No. 2, dated July 19, 2006, Docket No. 372 ("Discovery Order") at 3-6.)

To date, Pfizer has not yet received discovery responses for plaintiff Joshua Martinez, represented by your firms.  Plaintiff has also failed to provide any initial disclosures pursuant to Fed.R.Civ. P. 26.

In addition, plaintiff has failed to provide Pfizer with medical provider lists, medical records, or necessary authorizations as required by Magistrate Judge Sorokin's June 19, 2006 order.  (Discovery Order No. 2 at 3-5.)  We request authorizations releasing: (1) medical and pharmacy records; (2) tax records; (3) Social Security disability records; (4) employer/education records; and (5) military records (if applicable).

BOIES, SCHILLER & FLEXNER LLP

Newton B. Schwartz, Sr.
Julie C. Parker
Page 2
April 28, 2010


      Plaintiff's discovery responses are long overdue.  Plaintiff has failed to comply with its discovery obligations and the specific instructions in Magistrate Judge Sorokin's order.  This is particularly problematic given the approaching September 15, 2010 discovery deadline.  Please provide the initial disclosures, the written discovery responses and the authorizations immediately.


      Very truly yours,

Magda Jimenez Train

# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

May 26, 2010

<u>**Via Facsimile (713) 630-0789 and Regular Mail**</u>

Newton B. Schwartz, Sr., Esq.
Law Offices of Newton B. Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

> Re:   *Accettullo, et al. v. Pfizer*, No. 04-10981 (D. Mass.) (Plaintiff
>        **Janet Hargett)**

Dear Counsel:

     We are co-counsel for defendant Pfizer in the above-referenced case. On April 29, 2010, we sent you a letter regarding plaintiff's discovery deficiencies. A copy of that letter is attached hereto. On April 3, 2010, I received an email communication from Mabel Lee-Lo of your firm with five authorizations for Janet Hargett including authorizations for: Social Security records, tax records, employment records, Walgreens pharmacy records and one blank medical provider authorization with no medical provider information. The email stated that you would be sending updated authorizations as soon as possible and requested copies of Pfizer's discovery requests and the Court's discovery order. On May 3, 2010, I forwarded the requested documents to your office by email. On May 3, 2010, I spoke with Trey Stegall, Esq. of your office and he said that discovery responses would be prepared and sent to us in approximately one week.

     To date, Pfizer has not yet received any further communications from your office, updated authorizations, authorizations for medical records or the name of any medical providers, or any discovery responses for plaintiff Janet Hargett. Plaintiff's discovery responses are long overdue and Pfizer cannot notice or conduct depositions without discovery responses and disclosures from plaintiff.

     In light of the Court's September 2010 discovery deadline, and plaintiff's failure to provide necessary discovery, Pfizer will pursue available remedies, including a motion to compel or a motion to dismiss, if plaintiff does not provide the discovery responses and disclosures immediately. Please provide the requested discovery by June 4, 2010, or Pfizer will seek the Court's intervention.

Very truly yours,

Magda Jimenez Train

# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7TH FLOOR • NEW YORK, NY 10022 • PH. 212.446.2300 • FAX 212.446.2350

May 26, 2010

**Via Facsimile (713) 630-0789 and Regular Mail**

Newton B. Schwartz, Sr., Esq.
Law Offices of Newton B. Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

Re:     ***Accettullo, et al. v. Pfizer**, No. 04-10981 (D. Mass.) (Plaintiff
Joshua A. Martinez)*

Dear Counsel:

We are co-counsel for defendant Pfizer in the above-referenced case. On April 29, 2010, we sent you a letter regarding plaintiff's discovery deficiencies. A copy of that letter is attached hereto. On April 3, 2010, I received an email communication from Mabel Lee-Lo of your firm stating that you did not "have Joshua A. Martinez's authorizations" but would send them when they were available and requesting copies of Pfizer's discovery requests and the Court's discovery order. On May 3, 2010, I forwarded the requested documents to your office by email. On May 3, 2010, I spoke with Trey Stegall, Esq. of your office and he said that discovery responses would be prepared and sent to us in approximately one week.

To date, Pfizer has not yet received any further communications from your office, authorizations for medical records, or any discovery responses for plaintiff Joshua Martinez. Plaintiff's discovery responses are long overdue and Pfizer cannot notice or conduct depositions without discovery responses and disclosures from plaintiff.

In light of the Court's September 2010 discovery deadline, and plaintiff's failure to provide any discovery, Pfizer will pursue any available remedies, including a motion to compel or a motion to dismiss, if plaintiff does not provide the discovery responses and disclosures immediately. Please provide the requested discovery by June 4, 2010, or Pfizer will seek the Court's intervention.

Very truly yours,

Magda Jimenez Train

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

May 27, 2010

BY US POSTAL SERVICE
Newton B. Schwartz, Sr., Esq.
Law Offices of Newton B. Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

Julie C. Parker, Esq.
Sacks & Weston
114 Old York Road
Jenkintown, PA 19046

RE:   Anderson, et al. v. Pfizer, No. 04-10981 (D. Mass.)
      (Plaintiff Carmen L. Bolton)

Dear Counsel:

We are counsel for defendant Pfizer in the above-referenced case. On June 6, 2006, Pfizer served template discovery consisting of: (1) Defendants' First Set of Interrogatories Directed to Products Plaintiffs; and (2) Defendants' First Request for Production of Documents and Things Directed to Products Liability Plaintiffs. (Docket Nos. 333, 334.) On June 19, 2006, Magistrate Judge Sorokin issued an order directing all Plaintiffs to provide responses to Pfizer's written discovery requests, as modified by the order. (Discovery Order No. 2, dated July 19, 2006, Docket No. 372 ("Discovery Order") at 3-6.)

To date, Pfizer has not yet received discovery responses for Plaintiff Carmen Bolton, represented by your firms. Plaintiff has also failed to provide any initial disclosures pursuant to Fed. R. Civ. P. 26.

1

Newton B. Schwartz, Sr., Esq.
May 27, 2010
Page 2

In addition, Plaintiff has failed to provide Pfizer with medical provider lists, medical records, or necessary authorizations as required by Magistrate Judge Sorokin's June 19, 2006 order. (Discovery Order No. 2 at 3-5.) We request authorizations releasing: (1) medical and pharmacy records; (2) tax records; (3) Social Security disability records; (4) employer/education records; (5) insurance records; and (6) military records (if applicable).

Plaintiffs' discovery responses are long overdue. Plaintiff has failed to comply with its discovery obligations and the specific instructions in Magistrate Judge Sorokin's order. This is particularly problematic given the approaching September 15, 2010 discovery deadline. Please provide the initial disclosures, the written discovery responses and the authorizations immediately.

Very truly yours,

Catherine B. Stevens

2

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL

212-735-3353

EMAIL ADDRESS

CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES

BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

May 27, 2010

BY US POSTAL SERVICE

Newton B. Schwartz, Sr., Esq.
Law Offices of Newton B. Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

Julie C. Parker, Esq.
Sacks & Weston
114 Old York Road
Jenkintown, PA 19046

RE:    Anderson, et al. v. Pfizer, No. 04-10981 (D. Mass.)
       (Plaintiff Robert L. Small)

Dear Counsel:

We are counsel for defendant Pfizer in the above-referenced case.  On June 6, 2006, Pfizer served template discovery consisting of: (1) Defendants' First Set of Interrogatories Directed to Products Plaintiffs; and (2) Defendants' First Request for Production of Documents and Things Directed to Products Liability Plaintiffs.  (Docket Nos. 333, 334.)  On June 19, 2006, Magistrate Judge Sorokin issued an order directing all Plaintiffs to provide responses to Pfizer's written discovery requests, as modified by the order.  (Discovery Order No. 2, dated July 19, 2006, Docket No. 372 ("Discovery Order") at 3-6.)

To date, Pfizer has not yet received discovery responses for Plaintiff Robert Small, represented by your firms.  Plaintiff has also failed to provide any initial disclosures pursuant to Fed. R. Civ. P. 26.

1

Newton B. Schwartz, Sr., Esq.
May 27, 2010
Page 2

In addition, Plaintiff has failed to provide Pfizer with medical provider lists, medical records, or necessary authorizations as required by Magistrate Judge Sorokin's June 19, 2006 order. (Discovery Order No. 2 at 3-5.) We request authorizations releasing: (1) medical and pharmacy records; (2) tax records; (3) Social Security disability records; (4) employer/education records; (5) insurance records; and (6) military records (if applicable).

Plaintiffs' discovery responses are long overdue. Plaintiff has failed to comply with its discovery obligations and the specific instructions in Magistrate Judge Sorokin's order. This is particularly problematic given the approaching September 15, 2010 discovery deadline. Please provide the initial disclosures, the written discovery responses and the authorizations immediately.

Very truly yours,

Catherine B. Stevens

2

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

May 27, 2010

BY US POSTAL SERVICE
Newton B. Schwartz, Sr., Esq.
Law Offices of Newton B. Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

Julie C. Parker, Esq.
Sacks & Weston
114 Old York Road
Jenkintown, PA 19046

RE:   Accettullo, et al. v. Pfizer, No. 04-10981 (D. Mass.)
      (Plaintiff Tommy D. James)

Dear Counsel:

        We are counsel for defendant Pfizer in the above-referenced case. On
June 6, 2006, Pfizer served template discovery consisting of: (1) Defendants' First
Set of Interrogatories Directed to Products Plaintiffs; and (2) Defendants' First
Request for Production of Documents and Things Directed to Products Liability
Plaintiffs. (Docket Nos. 333, 334.) On June 19, 2006, Magistrate Judge Sorokin
issued an order directing all Plaintiffs to provide responses to Pfizer's written
discovery requests, as modified by the order. (Discovery Order No. 2, dated July 19,
2006, Docket No. 372 ("Discovery Order") at 3-6.)

        To date, Pfizer has not yet received discovery responses for Plaintiff
Tommy James, represented by your firms. Plaintiff has also failed to provide any
initial disclosures pursuant to Fed. R. Civ. P. 26.

1

Newton B. Schwartz, Sr., Esq.
May 26, 2010
Page 2


   In addition, Plaintiff has failed to provide Pfizer with medical
provider lists, additional medical records, or necessary authorizations as required by
Magistrate Judge Sorokin's June 19, 2006 order.  (Discovery Order No. 2 at 3-5.)
We request authorizations releasing: (1) medical and pharmacy records; (2) tax
records; (3) Social Security disability records; (4) employer/education records; (5)
insurance records; and (6) military records (if applicable).


   Plaintiffs' discovery responses are long overdue.  Plaintiff has failed
to comply with its discovery obligations and the specific instructions in Magistrate
Judge Sorokin's order.  This is particularly problematic given the approaching
September 15, 2010 discovery deadline.  Please provide the initial disclosures, the
written discovery responses and the authorizations immediately.



       Very truly yours,

       Catherine B. Stevens

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

May 27, 2010

<u>BY US POSTAL SERVICE</u>
Newton B. Schwartz, Sr., Esq.
Law Offices of Newton B. Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

Julie C. Parker, Esq.
Sacks & Weston
114 Old York Road
Jenkintown, PA 19046

RE:     Anderson, et al. v. Pfizer, No. 04-10981 (D. Mass.)
         (Plaintiff George B. Lemacks)

Dear Counsel:

   We are counsel for defendant Pfizer in the above-referenced case.  On June 6, 2006, Pfizer served template discovery consisting of: (1) Defendants' First Set of Interrogatories Directed to Products Plaintiffs; and (2) Defendants' First Request for Production of Documents and Things Directed to Products Liability Plaintiffs.  (Docket Nos. 333, 334.)  On June 19, 2006, Magistrate Judge Sorokin issued an order directing all Plaintiffs to provide responses to Pfizer's written discovery requests, as modified by the order.  (Discovery Order No. 2, dated July 19, 2006, Docket No. 372 ("Discovery Order") at 3-6.)

   To date, Pfizer has not yet received discovery responses for Plaintiff George Lemacks, represented by your firms.  Plaintiff has also failed to provide any initial disclosures pursuant to Fed. R. Civ. P. 26.

Newton B. Schwartz, Sr., Esq.
May 27, 2010
Page 2


        In addition, Plaintiff has failed to provide Pfizer with medical
provider lists, medical records, or necessary authorizations as required by Magistrate
Judge Sorokin's June 19, 2006 order. (Discovery Order No. 2 at 3-5.) We request
authorizations releasing: (1) medical and pharmacy records; (2) tax records; (3)
Social Security disability records; (4) employer/education records; (5) insurance
records; and (6) military records (if applicable).


        Plaintiffs' discovery responses are long overdue. Plaintiff has failed
to comply with its discovery obligations and the specific instructions in Magistrate
Judge Sorokin's order. This is particularly problematic given the approaching
September 15, 2010 discovery deadline. Please provide the initial disclosures, the
written discovery responses and the authorizations immediately.




                        Very truly yours,



                        Catherine B. Stevens

# GOODELL, DeVRIES, LEECH & DANN, LLP

ATTORNEYS AT LAW

ONE SOUTH STREET, 20TH FLOOR

BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

ASHLEY P. BRAUN
APB@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-7690

May 27, 2010

*Via First Class Mail*
Newton B. Schwartz, Sr.
*Law Offices of Newton B. Schwartz, Sr.*
1911 Southwest Freeway
Houston, TX 77098
713-630-0708

Re:     Neurontin – Authorization for Release of Records Re: Felisha Carpenter
        Case No.: 2:06-cv-01742-RB

Dear Counsel:

As you know, plaintiffs and defendants are working jointly with Medical Research Consultants ("MRC") to collect medical and other relevant records for all plaintiffs. As it is not uncommon in these cases, MRC is running in to various obstacles in the records collection process. If you would be willing to facilitate the signing of a blanket authorization by your client, as many other plaintiffs' counsel have done, it will greatly expedite the records collection process, which will benefit us all. I have attached the following proposed blanket authorizations: (1) medical and pharmacy, employer, education and billing records; (2) Medicare records; and (3) Social Security Administration records. Of course, MRC has been directed to only request records for time periods consistent with the MDL Court's Discovery Order No. 2.

Please return the executed authorizations to me within two weeks from the date of this letter. I thank you for your time and attention to this matter.

Sincerely,

Ashley P. Braun
Paralegal to Michael J. Wasicko, Esquire

Enclosure
4816-9480-3206

# GOODELL, DeVRIES, LEECH & DANN, LLP

ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

MARGARET S. SCALLY
MSS@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-4027

May 28, 2010

*Via First Class Mail*
Newton B. Schwartz, Sr.
*Law Offices of Newton B. Schwartz, Sr.*
1911 Southwest Freeway
Houston, TX 77098

**Re:    Neurontin – Authorization for Release of Records Re: Robert D. Angel
Case No.: 2:06-cv-01742-RB**

Dear Counsel:

As you know, plaintiffs and defendants are working jointly with Medical Research Consultants ("MRC") to collect medical and other relevant records for all plaintiffs. As it is not uncommon in these cases, MRC is running in to various obstacles in the records collection process. If you would be willing to facilitate the signing of a blanket authorization by your client, as many other plaintiffs' counsel have done, it will greatly expedite the records collection process, which will benefit us all. I have attached the following proposed blanket authorizations: (1) medical and pharmacy, employer, education and billing records; (2) Medicare records; and (3) Social Security Administration records. Of course, MRC has been directed to only request records for time periods consistent with the MDL Court's Discovery Order No. 2.

Please return the executed authorizations to me within two weeks from the date of this letter. I thank you for your time and attention to this matter.

Sincerely,

*Maggie S. Scally*
Margaret S. Scally
Paralegal to Michael J. Wasicko, Esquire

MSS/bjs
Enclosure
4816-1032-7814

# GOODELL, DeVRIES, LEECH & DANN, LLP

ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

ASHLEY P. BRAUN
APB@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-7690

June 10, 2010

*__Via First Class Mail__*
Newton B. Schwartz, Sr.
*Law Offices of Newton B. Schwartz, Sr.*
1911 Southwest Freeway
Houston, TX 77098
713-630-0708

Re:   __Neurontin – Authorization for Release of Records Re: Felisha Carpenter__
__Case No.:  2:06-cv-01742-RB__

Dear Counsel:

Please be advised I have not received a response to my May 27, 2010 letter requesting your client to sign "blanket" authorizations.  I had requested that the materials be returned to me no later than June 10, 2010.  In addition to the authorizations mailed on May 27th, I am also enclosing an authorization for tax returns.  In addition to signing, please have you client file out the top part of the Request for Copy of Tax Return, sections 1a through 5.

Kindly return the executed authorizations to me within one week from the date of this letter.  If we do not receive a response from you within 7 days of the date of this letter, we will be forced to file motions to compel.

I thank you for your time and attention to this matter.

Sincerely,

Ashley P. Braun
Paralegal to Michael J. Wasicko, Esquire

Enclosure

# GOODELL, DeVRIES, LEECH & DANN, LLP

### ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

ASHLEY P. BRAUN
APB@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-7690

June 10, 2010

*Via First Class Mail*
Newton B. Schwartz, Sr.
*Law Offices of Newton B. Schwartz, Sr.*
1911 Southwest Freeway
Houston, TX 77098
713-630-0708

Re:   Neurontin – Authorization for Release of Records Re: Aldina Sweitzer
*Cynthia Myers, Executor of the Estate of Aldina Sweitzer, et al. v. Pfizer, Inc. and*
*Warner-Lambert Company, LLC*
Case No.: 2:06-cv-01742-RB

Dear Counsel:

As you know, plaintiffs and defendants are working jointly with Medical Research Consultants ("MRC") to collect medical and other relevant records for all plaintiffs. As it is not uncommon in these cases, MRC is running in to various obstacles in the records collection process. If you would be willing to facilitate the signing of a blanket authorization by your client, as many other plaintiffs' counsel have done, it will greatly expedite the records collection process, which will benefit us all. I have attached the following proposed blanket authorizations: (1) medical and pharmacy, employer, education and billing records; (2) Medicare records; (3) Social Security Administration records; and (4) Copy of Tax Return. Of course, MRC has been directed to only request records for time periods consistent with the MDL Court's Discovery Order No. 2.

Please return the executed authorizations to me within two weeks from the date of this letter. I thank you for your time and attention to this matter.

Sincerely,

Ashley P. Braun
Paralegal to Michele R. Kendus, Esquire

Enclosure
4850-0457-6262

# GOODELL, DeVRIES, LEECH & DANN, LLP
### ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

MARGARET S. SCALLY
MSS@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-4027

June 14, 2010

***Via First Class Mail***
Newton B. Schwartz, Sr.
*Law Offices of Newton B. Schwartz, Sr.*
1911 Southwest Freeway
Houston, TX 77098

> **Re:**   **Neurontin – Authorization for Release of Records Re: Robert D. Angel**
> **Case No.: 2:06-cv-01742-RB**

Dear Counsel:

Please be advised I have not received a response to my May 28, 2010 letter requesting your client to sign "blanket" authorizations. I had requested that the materials be returned to me no later than June 11, 2010. In addition to the authorizations mailed on May 28th, I am also enclosing an authorization for tax returns. In addition to signing, please have you client file out the top part of the Request for Copy of Tax Return, sections 1a through 5.

Kindly return the executed authorizations to me within one week from the date of this letter. If we do not receive a response from you within 7 days of the date of this letter, we will be forced to file motions to compel.

I thank you for your time and attention to this matter.

Sincerely,

Margaret S. Scally
Paralegal to Michael J. Wasicko, Esquire

MSS/bjs
Enclosure
4848-0705-5622

# GOODELL, DeVRIES, LEECH & DANN, LLP
### ATTORNEYS AT LAW
### ONE SOUTH STREET, 20TH FLOOR
### BALTIMORE, MARYLAND 21202

#### TELEPHONE (410) 783-4000

#### FACSIMILE (410) 783-4040

ASHLEY P. BRAUN
APB@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-7690

June 17, 2010

*Via First Class Mail*
Newton B. Schwartz, Sr.
*Law Offices of Newton B. Schwartz, Sr.*
1911 Southwest Freeway
Houston, TX 77098
713-630-0708

> **Re:**   *Neurontin – Authorization for Release of Records Re: Aldina Sweitzer Cynthia Myers, Executor of the Estate of Aldina Sweitzer, et al. v. Pfizer, Inc. and Warner-Lambert Company, LLC*
> **Case No.: 2:06-cv-01742-RB**

Dear Counsel:

Please be advised I have not received a response to my June 10, 2010 letter requesting your client to sign "blanket" authorizations. I had requested that the materials be returned to me no later than June 24, 2010. Also, please note the date of birth where necessary on all the authorizations and have you client fill out the top part of the Request for Copy of Tax Return, sections 1a through 5.

Kindly return the executed authorizations to me within **one week** from the date of this letter. If we do not receive a response from you within 7 days of the date of this letter, we will be forced to file motions to compel.

I thank you for your time and attention to this matter.

Sincerely,

Ashley P. Braun
Paralegal to Michael J. Wasicko, Esquire

APB/vld
Enclosure(s)

4829-1798-1190 (21-685)