# EXHIBIT B

# GOODELL, DEVRIES, LEECH & DANN, LLP

ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202
http://www.gdldlaw.com

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

JAMES A. FREDERICK
JAF@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-4999

May 5, 2010

**VIA FACSIMILE AND FIRST CLASS MAIL**

Levi Boone, III, Esquire          (662) 843-7950
The Boone Law Firm, P.A.
P.O. Box 1772
Cleveland, Mississippi 38732

    Re:    *Jessie Allen, et al. v. Pfizer Inc, et al*
            **Plaintiff: Shannon Glass**

Dear Mr. Boone:

This firm represents the Defendants in connection with the above-referenced matter.

Your client has apparently not provided any medical authorizations. Thus, we are not able to collect the medical records that would allow us to advance this case as required. I have enclosed a blank authorization to be executed by your client as soon as possible. We need a separate authorization for each health care provider identified in Ms. Glass's Answers to Interrogatories, Initial Disclosures, Response to Request for Production of Documents, medical records, or otherwise known by you to have relevant documents/information related to Ms. Glass's claims in this suit.

Please let me hear from you as soon as possible so that I can avoid troubling the Court about this deficiency.

I would also ask that you forward dates when you and Ms. Glass are available for deposition.

Levi Boone, III, Esquire
May 5, 2010
Page 2

Thank you.

Very truly yours,

*James A. Frederick*

James A. Frederick

JAF/bb

Enclosure

4847-3906-7398

# GOODELL, DeVRIES, LEECH & DANN, LLP
ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202
http://www.gdldlaw.com

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

JAMES A. FREDERICK
JAF@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-4999

May 5, 2010

**VIA FACSIMILE AND FIRST CLASS MAIL**

Levi Boone, III, Esquire            (662) 843-7950
The Boone Law Firm, P.A.
P.O. Box 1772
Cleveland, Mississippi 38732

    Re:   *Jessie Allen, et al. v. Pfizer Inc, et al*
           **Plaintiff: Prince Mitchell**

Dear Mr. Boone:

    This firm represents the Defendants in connection with the above-referenced matter.

    Your client has apparently not provided any medical authorizations. Thus, we are not able to collect the medical records that would allow us to advance this case as required. I have enclosed a blank authorization to be executed by your client as soon as possible. We need a separate authorization for each health care provider identified in Mr. Mitchell's Answers to Interrogatories, Initial Disclosures, Response to Request for Production of Documents, medical records, or otherwise known by you to have relevant documents/information related to Mr. Mitchell's claims in this suit.

    Please let me hear from you as soon as possible so that I can avoid troubling the Court about this deficiency.

    I would also ask that you forward dates when you and Mr. Mitchell are available for deposition.

Levi Boone, III, Esquire
May 5, 2010
Page 2

    Thank you.

                                        Very truly yours,

                                        James A. Frederick

JAF/bb

Enclosure

4815-7479-2454

# GOODELL, DEVRIES, LEECH & DANN, LLP

ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

MARGARET S. SCALLY
MSS@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-4027

June 17, 2010

*Via Facsimile (662) 843-7950 &*
*First Class Mail*
Levi Boone, III, Esquire
The Boone Law Firm, PA
401 West Sunflower Road
P.O. Box 1772
Cleveland, Mississippi 38732

Re: **Neurontin – Authorization for Release of Records Re: Michael Trim**
    **Case No.: 4:07-cv-74-PBS**

Dear Counsel:

As you know, plaintiffs and defendants are working jointly with Medical Research Consultants ("MRC") to collect medical and other relevant records for all plaintiffs. As it is not uncommon in these cases, MRC is running in to various obstacles in the records collection process. If you would be willing to facilitate the signing of a blanket authorization by your client, as many other plaintiffs' counsel have done, it will greatly expedite the records collection process, which will benefit us all. I have attached the following proposed blanket authorizations: (1) medical and pharmacy, employer, education and billing records; (2) Medicare records; and (3) Social Security Administration records. Of course, MRC has been directed to only request records for time periods consistent with the MDL Court's Discovery Order No. 2.

Please return the executed authorizations to me within **two weeks** of the date of this letter. Please also fill in the Plaintiff's date of birth where appropriate and have the Plaintiff fill out the first five sections, 1a through 5, of the Request for Copy of Tax Returns.

Thank you for your time and prompt attention to this matter.

Sincerely,

Margaret S. Scally
Paralegal to Jeffrey H. Hines, Esquire

MSS/bjs
Enclosure
4851-3290-1382

# GOODELL, DEVRIES, LEECH & DANN, LLP
### ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

ASHLEY P. BRAUN
APB@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-7690

June 17, 2010

*Via First Class Mail*
Levi Boone, III
*Boone Law Firm*
401 West Sunflower Road
P.O. Box 1772
Cleveland, MS  38732-2641

Re:   **Neurontin – Authorization for Release of Records Re: Faith Ford**
      ***Leroy Anderson, et al. v. Pfizer, Inc. and Warner-Lambert Company, LLC***
      **Case No.: 4:04cv275-PB**

Dear Counsel:

As you know, plaintiffs and defendants are working jointly with Medical Research Consultants ("MRC") to collect medical and other relevant records for all plaintiffs. As it is not uncommon in these cases, MRC is running in to various obstacles in the records collection process. If you would be willing to facilitate the signing of a blanket authorization by your client, as many other plaintiffs' counsel have done, it will greatly expedite the records collection process, which will benefit us all. I have attached the following proposed blanket authorizations: (1) medical and pharmacy, employer, education and billing records; (2) Medicare records; (3) Social Security Administration records; and (4) Copy of Tax Return. Of course, MRC has been directed to only request records for time periods consistent with the MDL Court's Discovery Order No. 2.

Please return the executed authorizations to me within **two weeks** of the date of this letter. Please also fill in the Plaintiff's date of birth where appropriate and have the Plaintiff fill out the first five sections, 1a through 5, of the Request for Copy of Tax Returns.

Thank you for your time and prompt attention to this matter.

Sincerely,

Ashley P. Braun
Paralegal to Cheryl Z. Lardieri, Esquire and
Deborah C. Parraz, Esquire

Enclosures

4815-2534-1190 (21-715)

# GOODELL, DEVRIES, LEECH & DANN, LLP
ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

MARGARET S. SCALLY
MSS@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-4027

June 17, 2010

*Via Facsimile (662) 843-7950 &*
*First Class Mail*
Levi Boone, III, Esquire
The Boone Law Firm, PA
401 West Sunflower Road
P.O. Box 1772
Cleveland, Mississippi 38732

Re: **Neurontin – Authorization for Release of Records Re: Sue Anderson Beckum**
**Case No.: 4:07-cv-74-PBS**

Dear Counsel:

As you know, plaintiffs and defendants are working jointly with Medical Research Consultants ("MRC") to collect medical and other relevant records for all plaintiffs. As it is not uncommon in these cases, MRC is running in to various obstacles in the records collection process. If you would be willing to facilitate the signing of a blanket authorization by your client, as many other plaintiffs' counsel have done, it will greatly expedite the records collection process, which will benefit us all. I have attached the following proposed blanket authorizations: (1) medical and pharmacy, employer, education and billing records; (2) Medicare records; and (3) Social Security Administration records. Of course, MRC has been directed to only request records for time periods consistent with the MDL Court's Discovery Order No. 2.

Please return the executed authorizations to me within **two weeks** of the date of this letter. Please also fill in the Plaintiff's date of birth where appropriate and have the Plaintiff fill out the first five sections, 1a through 5, of the Request for Copy of Tax Returns.

Thank you for your time and prompt attention to this matter.

Sincerely,

*Maggie S. Scally*
Margaret S. Scally
Paralegal to Deborah Parraz, Esquire

MSS/bjs
Enclosure
4828-0099-9430

# GOODELL, DeVRIES, LEECH & DANN, LLP

ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

MARGARET S. SCALLY
MSS@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-4027

June 28, 2010

*Via Facsimile (662) 843-7950 &*
*First Class Mail*
Levi Boone, III, Esquire
The Boone Law Firm, PA
401 West Sunflower Road
P.O. Box 1772
Cleveland, Mississippi 38732

Re:  Neurontin – Authorization for Release of Records Re: Sue Beckum
     Case No.: 4:07-cv-74-PBS

Dear Counsel:

As you know, plaintiffs and defendants are working jointly with Medical Research Consultants ("MRC") to collect medical and other relevant records for all plaintiffs. As it is not uncommon in these cases, MRC is running in to various obstacles in the records collection process. If you would be willing to facilitate the signing of a blanket authorization by your client, as many other plaintiffs' counsel have done, it will greatly expedite the records collection process, which will benefit us all. I have attached the following proposed blanket authorizations: (1) medical and pharmacy, employer, education and billing records; (2) Medicare records; and (3) Social Security Administration records. Of course, MRC has been directed to only request records for time periods consistent with the MDL Court's Discovery Order No. 2.

Please return the executed authorizations to me within **two weeks** of the date of this letter. Please also fill in the Plaintiff's date of birth where appropriate and have the Plaintiff fill out the first five sections, 1a through 5, of the Request for Copy of Tax Returns.

Thank you for your time and prompt attention to this matter.

Sincerely,

*Maggie S. Scally*
Margaret S. Scally
Paralegal to Deborah Parraz, Esquire

MSS/bjs
Enclosure
4822-1347-5846

## GOODELL, DEVRIES, LEECH & DANN, LLP
ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

ASHLEY P. BRAUN
APB@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-7690

July 8, 2010

*Via First Class Mail*
Levi Boone, III
*Boone Law Firm*
401 West Sunflower Road
P.O. Box 1772
Cleveland, MS 38732-2641

Re: **Neurontin – Authorization for Release of Records Re: Faith Ford**
*Leroy Anderson, et al. v. Pfizer, Inc. and Warner-Lambert Company, LLC*
**Case No.: 4:04cv275-PB**

Dear Counsel:

Please be advised I have not received a response to my June 17, 2010 letter requesting your client to sign "blanket" authorizations. I had requested that the materials be returned to me no later than July 1, 2010.

Kindly return the executed authorizations to me within one week from the date of this letter. If we do not receive a response from you within 7 days of the date of this letter, we will be forced to file motions to compel.

I thank you for your time and attention to this matter.

Sincerely,

Ashley P. Braun
Paralegal to Cheryl Z. Lardieri, Esquire and
Deborah c. Parraz, Esquire

cc: Catherine Stevens (via electronic mail)
Nordo Nissi (via electronic mail)

Enclosure

4819-8082-7142 (21-715)

# GOODELL, DEVRIES, LEECH & DANN, LLP

ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

MARGARET S. SCALLY
MSS@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-4027

July 13, 2010

*Via Facsimile (662) 843-7950 &*
*First Class Mail*
Levi Boone, III, Esquire
The Boone Law Firm, PA
401 West Sunflower Road
P.O. Box 1772
Cleveland, Mississippi 38732

Re: **Neurontin – Authorization for Release of Records Re: Sue Beckum**
    **Case No.: 4:07-cv-74-PBS**

Dear Counsel:

To date, we have not received signed blanket authorizations requested in my June 28, 2010 letter for the following plaintiff:

- Sue Beckum

As you know, the deadline for deposing plaintiffs, prescribers and sales representatives in this case is September 15, 2010. Under the quickly-approaching deadline, it is imperative that we receive these authorizations, as well as written discovery responses **immediately**.

Please provide the authorizations and discovery responses within **one week** so that we can identify witnesses and collect the information necessary to conduct the depositions within the scheduled deadline. If we do not receive the requested written discovery responses in the aforementioned MDL case by July 20, 2010, we will consider any and all appropriate actions available through the Court.

Thank you for your time and immediate attention to this matter.

Sincerely,

Margaret S. Scally
Margaret S. Scally
Paralegal to Deborah Parraz, Esquire

MSS/bjs
4834-7872-5382