# EXHIBIT C

## AUTHORIZATION TO RELEASE PROTECTED
## HEALTHCARE INFORMATION (PHI)

**Patient Information:**

Redacted

I hereby authorize _____ (NAME OF HOSPITAL AND/OR PROVIDER) to disclose records obtained in the course of my evaluation and/or treatment to:

Newton B. Schwartz, Sr.                And/Or            Mediconnect Global
1911 Southwest Freeway                                   10897 South Riverfront Pkwy, Suite 500
Houston, TX 77098                                        South Jordan, UT 84095
Telephone: 713-630-0708                                  Telephone: 801-545-3700
Fax: 713-630-0789                                        Fax: 801-303-3123

**Type of Access Requested:**

✓ Copies of record      ___ Inspection of record

**Medical Records:**

X Entire Record   Selected Portions of PHI as marked:
                  ___Discharge Summary        ___Lab                    ___Progress Notes
                  ___Emergency Room Record    ___Imaging/Radiology      ___Physician Orders
                  ___History and Physical     ___Cardiac Studies        ___Pathology Report
                  ___Consult Report(s)        ___Face Sheet             ___Operative Report(s)
                  ___Nursing Notes            ___Rehab Service          ___Medication Record
                  ___Psychiatric Record(s)    ___Psychological Record(s)
                  ___Other_____

**Billing Records**      X Detailed Bill

**Protected Records:**

[Redacted] (Initials) I ___DO (or)___DO NOT consent to release of information relating to psychiatric or psychological testing or treatment, biofeedback training, alcohol and/or drug abuse diagnosis, prognosis and treatment and/or HIV (AIDS) testing and/or results, or such disclosure shall be limited to the following specific types of information:_____

_____

**Purpose for which disclosure is being made:**

X Attorney/Legal     ___Insurance   ___Doctor     ___Personal    ___Other:_____

Page 1 of 3

**Authorization to Release Protected Health Information (PHI)**

This consent is subject to written revocation of the undersigned at any time except to the extent that action has been taken and if not earlier revoked. To revoke this authorization, contact the hospital's Health Information Management Medical Records Department or your physician's office for assistance.

**This consent shall become invalid and expire 180 days from the date of signature.**

Expiration date:_____ or Expiration Event:✓ none, or _____ define:_____

I understand that information disclosed by this authorization may be re-disclosed by the recipient of your PHI. Such re-disclosure will no longer be protected by this Authorization.

I hereby release_____(NAME OF HOSPITAL AND/OR PROVIDER) from any and all legal liability and injuries that may arise from the release of this information to the party named above. The information that I am requesting may be sent by U.S. mail service and/or electronic facsimile in accordance with Hospital's facsimile policy.

I understand that I have the right to receive a copy of this authorization.
____Copy of authorization received

**A copy or facsimile of this authorization is as valid as the original.**

I understand that my healthcare and the payment of my healthcare will not be affected if I refuse to sign this authorization.

I have read the above or have had it read to me and authorize the disclosure of the Protected Health Information as stated.

SIGNED: [Redacted] DATE: 6-14-10
*Signature of Patient/Legal Guardian or Representative

If signed by other than patient, indicate relationship:_____

*** Authorized representative must submit copies of legal document supporting his or her authority to act on the patient's behalf.**

WITNESS:_____ DATE:_____
            If not Signed by Patient

**To the Party Receiving this Information:** This information has been disclosed to you from records whose confidentiality may be protected by state and/or federal law. Certain regulations prohibit you from further disclosure of it without the specific written consent of the person to whom it pertains, or otherwise as permitted by such law and is not sufficient for this purpose. Fees will be charged for the release of information in accordance with the law.