# EXHIBIT D

**Status of Discovery in the Boone Cases**

| Plaintiff | Medical Authorizations[1] | Provider list | Response to Interrogatories | Response to Request for Production of Documents | Initial Disclosures |
|---|---|---|---|---|---|
| Beckum, Sue | No | No | Yes | Yes | Yes |
| Drennan, Shirley | No | No | Yes | Yes | Yes |
| Duvall, Catherine | Yes | Yes | Yes | Yes | Yes |
| Ford, Faith | No | No | Yes | Yes | Yes |
| Ford, Galinda | Yes | No | Yes | Yes | Yes |
| Lowe, Jerry | Yes | No | Yes | Yes | Yes |
| Miller, Betsy Lindley | Yes | No | Yes | Yes | Yes |
| Price, Jerry | Yes | Yes | No | No | No |
| Scott, Estate of Clarissa | No | Yes | Yes | No | Yes |
| Smith, Louisia | Yes | Yes | Yes | Yes | Yes |
| Thornton, Bernice | Yes | Yes | Yes | Yes | Yes |
| Townsend, Dan | No | Yes | Yes | Yes | Yes |
| Trim, Michael | Yes | Yes | No | No | No |
| Watson, Joyce | Yes | Yes | Yes | Yes | No |

---

[1] In addition to medical authorizations, Defendants have also requested, but have not received, authorizations releasing tax records, Social Security disability records, employer/education records, insurance records and military records.

## Status of Discovery in the Schwartz Cases

| Plaintiff | Medical Authorizations[2] | Provider list | Response to Interrogatories | Response to Request for Production of Documents | Initial Disclosures |
|---|---|---|---|---|---|
| Carpenter, Felisha | No | No | No | No | No |
| Myers, Cynthia K. Est. Aldina Sweitzer | No | No | No | No | No |
| Angel, Robert D. | Yes | Yes | No | No | No |
| Boltin, Carmen L. | Yes | Yes | No | No | No |
| Calvert, Pamela S. | Yes | Yes | No | No | No |
| Hargett, Janet | Yes | Yes | No | No | No |
| James, Tommy D. | Yes | Yes | No | No | No |
| Joshua A. Martinez, Est. Teresa Huff | Yes | Yes | No | No | No |
| Small, Robert L. | Yes | No | No | No | No |
| Lemacks, George B. | Yes | No | No | No | No |

---

[2] In addition to medical authorizations, Defendants have also requested, but have not received, authorizations releasing tax records, Social Security disability records, employer/education records, insurance records and military records. Further, the medical authorizations that have been provided for the Schwartz Plaintiffs referenced in this chart release medical records only to the Schwartz law firm and to an unknown medical record collection agency, not previously involved in this litigation – thus Defendants are not authorized by these documents to collect medical records using them.