# EXHIBIT E

## DOCTORS/HOSPITALS LIST

Redacted

**PRINT NAME OF PATIENT**

Many more DR's

Morton Plant
DOCTOR/HOSPITAL NAME

Dr Thomes Austin
MAILING ADDRESS OF DOCTOR/HOSPITAL

CLeARwateR    FL    ☒ ?
CITY              STATE      ZIP CODE

Decades
ESTIMATED DATES OF SERVICE

PHONE NUMBER

---

Dr Luis Herrerro
DOCTOR/HOSPITAL NAME

Deceased
MAILING ADDRESS OF DOCTOR/HOSPITAL

Belleaire    FL    33770
CITY              STATE      ZIP CODE

Decades
ESTIMATED DATES OF SERVICE

587 9009
PHONE NUMBER

---

DOCTOR/HOSPITAL NAME

MAILING ADDRESS OF DOCTOR/HOSPITAL

CITY              STATE      ZIP CODE

ESTIMATED DATES OF SERVICE

PHONE NUMBER

---

DOCTOR/HOSPITAL NAME

MAILING ADDRESS OF DOCTOR/HOSPITAL

CITY              STATE      ZIP CODE

ESTIMATED DATES OF SERVICE

PHONE NUMBER

---

DOCTOR/HOSPITAL NAME

MAILING ADDRESS OF DOCTOR/HOSPITAL

CITY              STATE      ZIP CODE

ESTIMATED DATES OF SERVICE

PHONE NUMBER

*Information on file @ your Office / There are other Doctors Listed In my file. in which you have copies.*

## DOCTORS/HOSPITALS LIST

Redacted

**PRINT NAME OF PATIENT**

Pitt Memorial Hosp
**DOCTOR/HOSPITAL NAME**

Greenville, NC
**MAILING ADDRESS OF DOCTOR/HOSPITAL**

**CITY    STATE    ZIP CODE**

4-2004
**ESTIMATED DATES OF SERVICE**

252-847-4100
**PHONE NUMBER**

---

Orthopedics East
**DOCTOR/HOSPITAL NAME**

Greenville, NC
**MAILING ADDRESS OF DOCTOR/HOSPITAL**

**CITY    STATE    ZIP CODE**

252-757-2663
**ESTIMATED DATES OF SERVICE**

**PHONE NUMBER**

---

~~[redacted]~~
**DOCTOR/HOSPITAL NAME**

**MAILING ADDRESS OF DOCTOR/HOSPITAL**

**CITY    STATE    ZIP CODE**

**ESTIMATED DATES OF SERVICE**

**PHONE NUMBER**

---

**DOCTOR/HOSPITAL NAME**

**MAILING ADDRESS OF DOCTOR/HOSPITAL**

**CITY    STATE    ZIP CODE**

**ESTIMATED DATES OF SERVICE**

**PHONE NUMBER**

---

**DOCTOR/HOSPITAL NAME**

**MAILING ADDRESS OF DOCTOR/HOSPITAL**

**CITY    STATE    ZIP CODE**

**ESTIMATED DATES OF SERVICE**

**PHONE NUMBER**

## DOCTORS/HOSPITALS LIST

Redacted

**PRINT NAME OF PATIENT**

DOCTOR/HOSPITAL NAME: VA Doctors

MAILING ADDRESS OF DOCTOR/HOSPITAL: 2200 Fort Roots Drive

CITY / STATE / ZIP CODE: North Little Rock AR 72114 DW

ESTIMATED DATES OF SERVICE:

PHONE NUMBER: 501 257 1000

DOCTOR/HOSPITAL NAME:

MAILING ADDRESS OF DOCTOR/HOSPITAL:

CITY   STATE   ZIP CODE

ESTIMATED DATES OF SERVICE

PHONE NUMBER

DOCTOR/HOSPITAL NAME:

MAILING ADDRESS OF DOCTOR/HOSPITAL:

CITY   STATE   ZIP CODE

ESTIMATED DATES OF SERVICE

PHONE NUMBER

DOCTOR/HOSPITAL NAME:

MAILING ADDRESS OF DOCTOR/HOSPITAL:

CITY   STATE   ZIP CODE

ESTIMATED DATES OF SERVICE

PHONE NUMBER

DOCTOR/HOSPITAL NAME:

MAILING ADDRESS OF DOCTOR/HOSPITAL:

CITY   STATE   ZIP CODE

ESTIMATED DATES OF SERVICE

PHONE NUMBER