Exhibit 1



**BOONE LAW FIRM, P.A.**
401 W. SUNFLOWER RD. - P.O. BOX 1772
CLEVELAND, MISSISSIPPI 38732-1772

$ 000.61⁰
02 1P
0002655258  JUN 14 2010
MAILED FROM ZIP CODE 38732

6/23

Monday,

Kathy Christman
115 Belvedere Dr.
Vicksburg, MS 39180

NIXIE    392   5E 1    00 06/21/10
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 38732177272   *1666-04550-14-44

---



**BOONE LAW FIRM, P.A.**
401 W. SUNFLOWER RD. - P.O. BOX 1772
CLEVELAND, MISSISSIPPI 38732-1772

$ 000.61⁰
02 1P
0002655258  JUN 14 2010
MAILED FROM ZIP CODE 38732

6/23

Monday, June

Donald Conn
563 Oak Ridge Road
Brandon, MS 39042

FoE

NIXIE    392   5E 1    00 06/21/10
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 38732177272   *1666-10073-15-42

---



**BOONE LAW FIRM, P.A.**
401 W. SUNFLOWER RD. - P.O. BOX 1772
CLEVELAND, MISSISSIPPI 38732-1772

JACKSON MS 390
03 JUN 2010

$ 000.61⁰
02 1P
0002655258  MAY 28 2010
MAILED FROM ZIP CODE 38732

6/10/10

No Longer at this address

Walter Gilmer
849 Harbor Bend Drive
Brandon, MS 39047

NIXIE    392   5E 1    00 06/00/10
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

**BOONE LAW FIRM, P.A.**
401 W. SUNFLOWER RD. - P.O. BOX 1772
CLEVELAND, MISSISSIPPI 38732-1772



7/1

Monday

Eric Hammarstrom
441 Longwood Trail
Madison, MS 39110

NIXIE        392   5E  1        00 06/28/10
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 38732177272      *1666-09511-15-42

---

**BOONE LAW FIRM, P.A.**
401 W. SUNFLOWER RD. - P.O. BOX 1772
CLEVELAND, MISSISSIPPI 38732-1772



"Not AT THIS ADDRESS"

6/28

Lavurne Hasselbach
830 Bibury Place
Brandon, MS 39047

392 06/23/2010
RETURN TO SENDER BY PARS
UNABLE TO FORWARD OR DELIVER

---

**BOONE LAW FIRM, P.A.**
401 W. SUNFLOWER RD. - P.O. BOX 1772
CLEVELAND, MISSISSIPPI 38732-1772



6/23   ANK

Monday, Ju

Robert Lawson
1900 Strong Avenue, Rm 201
Greenwood, MS 38930

NIXIE        392   5E  1        00 06/21/10
RETURN TO SENDER
ATTEMPTED - NOT KNOWN



02 1P  $ 000.61⁰
0002655258 MAY 27 2010
MAILED FROM ZIP CODE 38732

6/14/2010

Thursda

NIXIE 392 5E 1 00 06/09/10
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Laperial Melvin
601 W. Jasper St., Apt. C19
Pearl, MS 39208

BC: 38732177272  *1666-00315-27-42

39208359853201772

---

'IRM, P.A.
. - P.O. BOX 1772
IPPI 38732-1772



2010

ANK

6/24

TELEPHONE (662) 843-79
LBOONE@BOONELAW

Friday. May 0.

Sara Morrison
1580 N. Bayou, Lot 3
Cleveland, MS 38732

NIXIE 392 4E 1 70 06/21/10
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 38732177272  *1766-00925-11-45

38732201772

---

BOONE LAW FIRM, P.A.
401 W. SUNFLOWER RD. - P.O. BOX 1772
CLEVELAND, MISSISSIPPI 38732-1772

02 1P  $ 000.61⁰
0002655258 JUN 14 2010
MAILED FROM ZIP CODE 38732

6/28

Monday, J

Tony B. Smiley
3535 Hwy 80 East Lot #119

NIXIE 392 5E 1 00 06/24/10
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED

**BOONE LAW FIRM, P.A.**
401 W. SUNFLOWER RD. - P.O. BOX 1772
CLEVELAND, MISSISSIPPI 38732-1772

$ 000.61⁰
0002655258  JUN 14 2010
MAILED FROM ZIP CODE 38732

6/23

LBOONE@BOONELAWFIRM.COM

Monday, J

Lanelle Tollison
805 West Park Avenue #B5
Greenwood, MS 38930

NIXIE    392  DE 1      00  06/21/10
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 38792177272    *1766-00675-15-45

---

[envelope shown upside-down]

NIXIE  392 DE 1  70 06/21/10
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 38732177272  *1966-00496-21-40

$ 000.61⁰
0002655258  JUN 14 2010
MAILED FROM ZIP CODE 38732

6/23

Monday, June 14, 2

Clifton White
425 West Martin Luther King
Greenwood, MS 38930