UNITED STATES OF AMERICA
JUDICAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE:  NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL Docket No. 1629<br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| *Leroy Anderson, et al v. Pfizer, Inc*. | Individual Case No.: 1:05CV-10835-PBS |
| *Mary Cooper, et al v. Pfizer, Inc*. | Individual Case No.: 1:05-CV-10834-PBS |
| *Jessie Allen, et al v. Pfizer, Inc*. | Individual Case No.: 1:07-CV-11795-PBS |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO COMPLY WITH U. S. MAGISTRATE JUDGE'S ORDER OF JULY 12, 2010**

COMES NOW, Plaintiffs, by and through, Attorney, Levi Boone, III, of **Boone Law Firm, P.A.**, and submit their *MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO COMPLY WITH U. S. MAGISTRATE JUDGE'S ORDER OF JULY 12, 2010*, and in support thereof show unto the Court, the following:

1. The Plaintiffs incorporate and rely upon the substance of their *MOTION FOR EXTENSION OF TIME TO COMPLY WITH U. S. MAGISTRATE JUDGE'S ORDER OF JULY 12, 2010* filed simultaneously herewith.

WHEREFORE PREMISES CONSIDERED, the 75 Plaintiffs who have not provided medical authorizations request that they be allowed until August 23, 2010 to submit the medical authorizations.

Respectfully Submitted,
Jessie Allen, et al

**BY:   /s/ Levi Boone, III**
Levi Boone, III, MSB #3686

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 17, 2010.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686