UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ------------------------------------------------------------x : <br> In re:  NEURONTIN MARKETING, : <br>         SALES PRACTICES AND : <br>         PRODUCTS LIABILITY LITIGATION : <br> : <br> ------------------------------------------------------------x <br> : <br> THIS DOCUMENT RELATES TO: : <br> : <br> ALL PRODUCT LIABILITY CASES : <br> : <br> ------------------------------------------------------------x | MDL Docket No.: 1629 <br><br> Master File No.: 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

**PRODUCTS LIABILITY PLAINTIFFS' MOTION FOR LEAVE
TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT OF
PLAINTIFFS' MOTION FOR AN ORDER AWARDING SANCTIONS AGAINST
PFIZER DEFENDANTS AND COMPELLING DEFENDANTS TO COMPLY
WITH THIS COURT'S OCTOBER 14, 2009 AND DECEMBER 9, 2009 ORDERS**

Products Liability Plaintiffs respectfully request that the Court grant Plaintiffs leave to file a Reply Memorandum in further support of Plaintiffs' Motion for an Order Awarding Sanctions Against Pfizer Defendants and Compelling Defendants to Comply With This Court's October 14, 2009 and December 9, 2009 Orders.

Counsel for Pfizer Defendants have consented to Plaintiffs' request for leave to file a reply memorandum, subject to a maximum limit of five (5) pages, and Plaintiffs' counsel have consented to allow Pfizer Defendants an opportunity to file a sur-reply memorandum, subject to a maximum limit of five (5) pages.

Attached hereto as Exhibit A is a copy of Plaintiffs' proposed Reply Memorandum.

Dated: July 20, 2010                              Respectfully submitted,

                                        *Members of Products Liability*
                                        *Plaintiffs' Steering Committee*

By:   **/s/ Andrew G. Finkelstein**
       Andrew G. Finkelstein, Esquire
       Finkelstein & Partners, LLP
       1279 Route 300, P.O. Box 1111
       Newburgh, NY  12551

By:   **/s/ Jack W. London**
       Jack W. London, Esquire
       Law Offices of Jack W. London
        & Associates
       3701 Bee Cave Road, Suite 200
       Austin, TX  78746

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Pfizer Defendants concerning the issues presented in the foregoing motion, that counsel for Pfizer Defendants have consented to Plaintiffs' request for leave to file a reply memorandum, subject to a maximum limit of five (5) pages, and Plaintiffs' counsel have consented to allow Pfizer Defendants an opportunity to file a sur-reply memorandum, subject to a maximum limit of five (5) pages.

Dated: July 20, 2010

                                                **/s/ Kenneth B. Fromson**
                                                Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 20, 2010.

                                                **/s/ Andrew G. Finkelstein**
                                               Andrew G. Finkelstein