UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,  :
SALES PRACTICES AND  :  Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION  :
:  Judge Patti B. Saris
------------------------------------------------------------x
:  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:  :
:
ADKINS v. PFIZER INC.  :
Individual Case No. 06-10539  :
:
------------------------------------------------------------x

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE
TO WITHDRAW AS COUNSEL FOR PLAINTIFF DONNA JOYCE ADKINS**

Pursuant to Local Rule 83.5.2(c) of the United States District Court for the District of Massachusetts, the law firm of Finkelstein & Partners, LLP, hereby moves for leave to withdraw as attorneys for Plaintiff Donna Joyce Adkins in the above-entitled cause.

On or about January 11, 2006, the complaint herein was filed by Plaintiff against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company and Warner-Lambert Company LLC, in the United States for the Southern District of West Virginia under S.D. W. Va. Case No. 06-0028. ECF Doc. # 5.

On March 6, 2006, a Conditional Transfer Order was entered by the Judicial Panel on Multidistrict Litigation, which transferred this case to MDL 1629 *In Re Neurontin Marketing, Sales Practices and Product Liability Litigation,* in the U.S. District Court for the District of Massachusetts in order to coordinate and consolidate pretrial proceedings pursuant to 28 U.S.C. § 1407. ECF Doc # 15.

On March 28, 2006, the case was transferred from the U.S. District Court for the Southern District of West Virginia to the U.S. District Court for the District of Massachusetts and assigned D. Mass. Case No. 1:06-cv-10539-PBS. ECF Doc. # 13.

Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981. ECF Doc. # 14.

Plaintiff's counsel has written concerning this case to Plaintiff Donna Joyce Adkins, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude counsel from further representation of Plaintiff in this case. *See* Declaration of Kenneth B. Fromson ¶ 7, filed herewith.

Finkelstein & Partners, LLP, therefore requests that this Court grant the law firm leave to withdraw as attorneys for Plaintiff Donna Joyce Adkins and allow Plaintiff 60 days either to seek new counsel or to advise the Court that she will proceed with the prosecution of this action *pro se*.

The granting of the Motion for Leave to Withdraw will not delay the trial of this case since no final trial date has been set or agreed upon between the parties, and thus the granting of this motion would not be inequitable.

Contemporaneous with this Motion, a Notice by Certified Mail of this Motion has been forwarded to Plaintiff.

In view of the above, Finkelstein & Partners, LLP, respectfully requests that the law firm be granted leave to withdraw as attorneys for Donna Joyce Adkins.

Dated: July 23, 2010                                        Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:   **/s/ Andrew G. Finkelstein**
    Andrew G. Finkelstein, Esquire
    Finkelstein & Partners, LLP
    1279 Route 300, P.O. Box 1111
    Newburgh, NY  12551

By:   **/s/ Jack W. London**
    Jack W. London, Esquire
    Law Offices of Jack W. London
        & Associates
    3701 Bee Cave Road, Suite 200
    Austin, TX  78746

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 23, 2010; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

   **/s/ Andrew G. Finkelstein**
   Andrew G. Finkelstein, Esquire