UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                                            :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                :
        SALES PRACTICES AND                                 :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                       :
                                                            :   Judge Patti B. Saris
------------------------------------------------------------x
                                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
BECKWORTH v. PFIZER INC.                                    :
Individual Case No. 06-12213                                :
                                                            :
------------------------------------------------------------x
```

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFFS DOROTHY AND ROBERT BECKWORTH**

Finkelstein & Partners, LLP, counsel for Plaintiffs Dorothy and Robert Beckworth, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2(c) granting Plaintiffs' counsel and their local counsel of record leave to withdraw as counsel for Plaintiffs in this action.

Plaintiffs' counsel has recently discussed this case with Plaintiff Dorothy Beckworth, and irreconcilable differences have developed between Plaintiffs and counsel regarding the direction of legal services that may be provided to Plaintiffs that preclude Plaintiffs' counsel from further representation of Plaintiffs in this case.

This Motion is supported by the Memorandum and the Declaration of Kenneth B. Fromson, filed herewith.

2

Dated:  July 23, 2010                                    Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:     **/s/ Andrew G. Finkelstein**
       Andrew G. Finkelstein, Esquire
       Finkelstein & Partners, LLP
       1279 Route 300, P.O. Box 1111
       Newburgh, NY  12551

By:     **/s/ Jack W. London**
       Jack W. London, Esquire
       Law Offices of Jack W. London
         & Associates
       3701 Bee Cave Road, Suite 200
       Austin, TX  78746

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 23, 2010; and that this document has also been served on Plaintiffs by sending a copy of the document to Plaintiffs by certified mail return receipt requested at Plaintiffs' last known mailing address.

       **/s/ Andrew G. Finkelstein**
       Andrew G. Finkelstein