UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
        SALES PRACTICES AND : Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
-----------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
BECKWORTH v. PFIZER INC. :
Individual Case No. 06-12213 :
:
-----------------------------------------------------------x

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL FOR PLAINTIFFS DOROTHY AND ROBERT BECKWORTH**

    Pursuant to Local Rule 83.5.2(c) of the United States District Court for the District of Massachusetts, the law firm of Finkelstein & Partners, LLP, on their own behalf and on behalf of their local counsel of record, hereby moves for leave to withdraw as attorneys for Plaintiffs Dorothy Beckworth and Robert Beckworth in the above-entitled cause.

    On or about October 10, 2006, the complaint herein was filed by Plaintiffs against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company and Warner-Lambert Company LLC in the United States District Court for the Middle District of Florida under M.D. Fla. Case No. 06-cv-536-ftm-29 SPC.  *See* D. Mass. Case No. 06-12213, ECF Doc. # 17.

    On November 17, 2006, a Conditional Transfer Order was entered by the Judicial Panel on Multidistrict Litigation, which transferred this case to MDL 1629 *In Re Neurontin Marketing, Sales Practices and Product Liability Litigation,* in the U.S. District Court for the District of Massachusetts in order to coordinate and consolidate pretrial proceedings pursuant to 28 U.S.C.

§ 1407.  ECF Doc. # 17.

On December 11, 2006, the case was transferred from the U.S. District Court for the Middle District of Florida to the U.S. District Court for the District of Massachusetts and assigned D. Mass. Case No. 06-12213.  ECF Doc. # 14.

Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.  ECF Doc. # 15.

Plaintiffs' counsel has recently discussed this case with Plaintiff Dorothy Beckworth, and irreconcilable differences have developed between Plaintiffs and counsel regarding the direction of legal services that may be provided to Plaintiffs that preclude counsel from further representation of Plaintiffs in this case.  *See* Declaration of Kenneth B. Fromson, ¶ 6, filed herewith.

Finkelstein & Partners, LLP, therefore requests that this Court grant the law firm and their local counsel of record leave to withdraw as attorneys for Plaintiffs Dorothy Beckworth and Robert Beckworth, and that the Court allow Plaintiffs 60 days either to seek new counsel or to advise the Court that they will proceed with the prosecution of this action *pro se*.

The granting of this motion will not delay the trial of this case since no final trial date has been set or agreed upon between the parties, and thus the granting of this motion would not be inequitable.

Contemporaneous with the filing of this Motion, a copy of this document has also been forwarded to Plaintiffs.

In view of the above, Finkelstein & Partners, LLP, respectfully requests that the law firm and their local counsel of record be granted leave to withdraw as attorneys for Plaintiffs Dorothy Beckworth and Michael Beckworth.

Dated:  July 23, 2010	Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:     **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

By:     **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
   & Associates
3701 Bee Cave Road, Suite 200
Austin, TX  78746

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 23, 2010; and that this document has also been served on Plaintiffs by sending a copy of the document to Plaintiffs by certified mail return receipt requested at Plaintiffs' last known mailing address.

 **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire