UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
----------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
MONTGOMERY v. PFIZER INC. :
Individual Case No. 05-11032 :
:
----------------------------------------------------------x

**DECLARATION OF KENNETH B. FROMSON IN SUPPORT
OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
<u>FOR PLAINTIFF WILLIAM MONTGOMERY</u>**

I, Kenneth B. Fromson, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff William Montgomery in the above-entitled action.

2. This declaration is submitted in support of Plaintiff's counsel's motion pursuant to Local Rules 7.1 and 83.5.2(c), for an order granting Plaintiff's counsel leave to withdraw as counsel of record for Plaintiff in this action.

3. On or about November 16, 2004, the complaint herein was filed by Plaintiff against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company, and Warner-Lambert Company LLC, in the Supreme Court, State of New York, County of New York, Index No. 116148/04. On or about January 5, 2005, Defendants filed a Notice of Removal to the United States District

Court for the Southern District New York, which was assigned S.D.N.Y. Case No. 1:05-cv-00073. D. Mass. Case No. 06-11032, ECF Doc. # 5.

4. On May 17, 2005, the case was transferred from the U.S. District Court for the Southern District of New York to the U.S. District Court for the District of Massachusetts and assigned D. Mass. Case No. 1:05-cv-11032-PBS. ECF Doc. # 5.

5. Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981. ECF Doc. # 6.

6. I have sent letters to Plaintiff William Montgomery concerning this case at his last known address on several occasions and have not received a response. Accurint and other searches were performed to attempt to locate a new address for Plaintiff but to no avail. Due to Plaintiff's failure to keep counsel informed of his wherabouts, irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude counsel from further representation of Plaintiff in this case

7. A copy of the motion papers is also being been mailed this date, by certified mail, to Plaintiff at his last known address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2010

                                      **/s/ Kenneth B. Fromson**
                                      Kenneth B. Fromson

                                      Finkelstein & Partners, LLP
                                      1279 Route 300, P.O. Box 1111
                                      Newburgh, NY  12551
                                      (800) 634-1212

                                      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 23, 2010; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

                                                                      **/s/ Kenneth B. Fromson**
                                                                        Kenneth B. Fromson