UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
       SALES PRACTICES AND : Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
RICHEY v. PFIZER INC. :
Individual Case No. 05-12000 :
:
---------------------------------------------------------------x

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
## FOR PLAINTIFF LINDA RICHEY

    Finkelstein & Partners, LLP, counsel for Plaintiff Linda Richey, respectfully moves for an order pursuant to Local Rules 7.1 and 83.5.2(c) granting Plaintiff's counsel leave to withdraw as counsel for Plaintiff in this action.

    Plaintiff's counsel has recently written to Plaintiff Linda Richey concerning this case, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in this case.

    This Motion is supported by the Memorandum and the Declaration of Kenneth B. Fromson, filed herewith.

Dated:  July 23, 2010                                         Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By:     **/s/ Andrew G. Finkelstein**
          Andrew G. Finkelstein, Esquire
          Finkelstein & Partners, LLP
          1279 Route 300, P.O. Box 1111
          Newburgh, NY  12551


By:     **/s/ Jack W. London**
          Jack W. London, Esquire
          Law Offices of Jack W. London
             & Associates
          3701 Bee Cave Road, Suite 200
          Austin, TX  78746


## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith concerning the issues presented in the foregoing motion, with counsel for Defendants, who have advised that they do not oppose this motion.

Dated:  July 23, 2010

              **/s/ Kenneth B. Fromson**
              Kenneth B. Fromson, Esquire


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 23, 2010; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

              **/s/ Andrew G. Finkelstein**
              Andrew G. Finkelstein