UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
       SALES PRACTICES AND : Master File No. 04-10981
       PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
SMITH v. PFIZER INC. :
Individual Case Nos. 05-12386 and 06-10535 :
:
---------------------------------------------------------------x

**DECLARATION OF KENNETH B. FROMSON IN SUPPORT
OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFF ROSEMARY SMITH**

I, Kenneth B. Fromson, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiff Rosemary Smith in the above-entitled actions.

2. This declaration is submitted in support of Plaintiff's counsel's motion pursuant to Local Rules 7.1 and 83.5.2(c), for an order granting Plaintiff's counsel and their local counsel of record leave to withdraw as counsel of record for Plaintiff in these actions.

3. On or about September 7, 2005, the complaint in Case No. 05-12386 was filed by Plaintiff against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company and Warner-Lambert Company LLC, in the United States District Court for the Southern District of New York, S.D.N.Y. Case No. 05-cv-07827-JSR.  *See* D. Mass. Case No. 05-12386, ECF Doc. # 5.

4. On November 28, 2005, Case No. 05-12386 was transferred from the U.S.

District Court for the Southern District of New York to the U.S. District Court for the District of Massachusetts and assigned D. Mass. Case No. 1:05-cv-12386-PBS.  ECF Doc. # 5.

5.  Pursuant to the Order of Consolidation dated July 20, 2005, Case No. 05-12386 has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.  ECF Doc. # 6.

6.  On or about December 12, 2005, the complaint in Case No. 06-10535 was filed by Plaintiff against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company and Warner-Lambert Company LLC, in the United States District Court for the Eastern District of California, E.D. Cal. Case No. 05-cv-01594REC.  *See* D. Mass. Case No. 06-10535, ECF Doc. # 14.

7.  On March 28, 2006, Case No. 06-10535 was transferred from the U.S. District Court for the Eastern District of California to the U.S. District Court for the District of Massachusetts and assigned D. Mass. Case No. 1:06-cv-10535-PBS.  ECF Doc. # 12.

8.  Pursuant to the Order of Consolidation dated July 20, 2005, Case No. 06-10535 was consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981.  ECF Doc. # 13.

9.  I have written to Plaintiff Rosemary Smith concerning this case, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude counsel from further representation of Plaintiff in these cases.

10.  A copy of the motion papers is also being been mailed this date, by certified mail, to Plaintiff at her last known address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2010

        /s/ **Kenneth B. Fromson**
        Kenneth B. Fromson

        Finkelstein & Partners, LLP
        1279 Route 300, P.O. Box 1111
        Newburgh, NY  12551
        (800) 634-1212

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 23, 2010; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiff's last known mailing address.

        /s/ **Kenneth B. Fromson**
        Kenneth B. Fromson