UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
SUMAIT v. PFIZER INC. :
Individual Case No. 05-10832 :
:
---------------------------------------------------------------x

### DECLARATION OF KENNETH B. FROMSON IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ROSALIE SUMAIT, ET AL.

I, Kenneth B. Fromson, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiffs Rosalie Sumait, Eva Potts, Adam Sumait, Ramona Sumait, Matthew Sumait, Manuel Sumait, Jr., Mercelino Sumait and Eliza Summait in the above-entitled action.

2. This declaration is submitted in support of Plaintiffs' counsel's motion pursuant to Local Rules 7.1 and 83.5.2(c), for an order granting Plaintiffs' counsel leave to withdraw as counsel of record for Plaintiffs in this action.

3. On or about September 29, 2004, the complaint herein was filed by Plaintiffs against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company and Warner-Lambert Company LLC, (hereinafter collectively referred to as "Pfizer Defendants"), in the Supreme Court, State of New York, County of New York. *See* D. Mass. Case No. 05-10832, ECF Doc. # 6.

4. On or about November 4, 2004, Pfizer Defendants filed a Notice of Removal of this case to the U.S. District Court for the Southern District of New York. On April 25, 2005, the case was transferred from the U.S. District Court for the Southern District of New York to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:05-cv-10832-PBS. ECF Doc. # 6.

5. Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981. ECF Doc. # 11.

6. I have written to Plaintiffs Rosalie Sumait, Eva Potts, Adam Sumait, Ramona Sumait, Matthew Sumait, Manuel Sumait, Jr., Mercelino Sumait and Eliza Summait concerning this case, and irreconcilable differences have developed between Plaintiffs and counsel regarding the direction of legal services that may be provided to Plaintiffs that preclude counsel from further representation of Plaintiffs in this case.

7. A copy of the motion papers is also being been mailed this date, by certified mail, to Plaintiffs at their last known address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2010

        **/s/ Kenneth B. Fromson**
        Kenneth B. Fromson

        Finkelstein & Partners, LLP
        1279 Route 300, P.O. Box 1111
        Newburgh, NY  12551
        (800) 634-1212

        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 23, 2010; and that this document has also been served on Plaintiffs by sending a copy of the document to Plaintiffs by certified mail return receipt requested at Plaintiffs' last known mailing address.

                                                      **/s/ Kenneth B. Fromson**
                                                        Kenneth B. Fromson