UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
VORHOLT v. PFIZER INC. :
Individual Case No. 08-10740 :
:
---------------------------------------------------------------x

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS CAROL A. VORHOLT AND THOMAS VORHOLT**

Pursuant to Local Rule 83.5.2(c) of the United States District Court for the District of Massachusetts, the law firm of Finkelstein & Partners, LLP, on their own behalf and on behalf of their local counsel of record, hereby moves for leave to withdraw as attorneys for Plaintiffs Carol A. Vorholt and Thomas Vorholt in the above-entitled cause.

On or about March 20, 2008, the complaint herein was filed by Plaintiffs against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company and Warner-Lambert Company LLC, (hereinafter collectively referred to as "Pfizer Defendants") in the U.S. District Court for the District of Minnesota, Case No. 08-00807. *See* D. Mass. Case No. 08-10740, ECF Doc. # 1.

On May 5, 2008, the case was transferred from the U.S. District Court for District of Minnesota to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:08-cv-10740-PBS. ECF Doc. # 8.

Pursuant to the Order of Consolidation dated July 20, 2005, this case has been

consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981. ECF Doc. # 10.

Plaintiffs' counsel has written and spoken to Plaintiffs Carol A. Vorholt and Thomas Vorholt concerning this case, and irreconcilable differences have developed between Plaintiffs and counsel regarding the direction of legal services that may be provided to Plaintiffs that preclude counsel from further representation of Plaintiffs in this case. *See* Declaration of Kenneth B. Fromson ¶ 6, filed herewith.

Finkelstein & Partners, LLP, therefore requests that this Court grant the law firm and their local counsel of record leave to withdraw as attorneys for Plaintiffs Carol A. Vorholt and Thomas Vorholt and allow Plaintiffs 60 days either to seek new counsel or to advise the Court that they will proceed with the prosecution of this action *pro se*.

The granting of the Motion for Leave to Withdraw will not delay the trial of this case since no final trial date has been set or agreed upon between the parties, and thus the granting of this motion would not be inequitable.

Contemporaneous with this Motion, a Notice by Certified Mail of this Motion has been forwarded to Plaintiffs.

In view of the above, Finkelstein & Partners, LLP, respectfully requests that the law firm and their local counsel of record be granted leave to withdraw as attorneys for Carol Vorholt and Thomas Vorholt.

Dated:  July 23, 2010 Respectfully submitted,

*Members of Products Liability
Plaintiffs' Steering Committee*

By: **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551

By: **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
 & Associates
3701 Bee Cave Road, Suite 200
Austin, TX  78746

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 23, 2010; and that this document has also been served on Plaintiffs by sending a copy of the document to Plaintiffs by certified mail return receipt requested at Plaintiffs' last known mailing address.

**/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire