UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                            :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                :
        SALES PRACTICES AND                 :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION       :
                                            :   Judge Patti B. Saris
------------------------------------------------------------x
                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                   :
                                            :
YOUNG v. PFIZER INC.                        :
Individual Case No. 06-11446                :
                                            :
------------------------------------------------------------x
```

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS
COUNSEL FOR PLAINTIFFS BRENT D. YOUNG AND JODIE YOUNG**

Pursuant to Local Rule 83.5.2(c) of the United States District Court for the District of

Massachusetts, the law firm of Finkelstein & Partners, LLP, on their own behalf and on behalf of

their local counsel of record, hereby moves for leave to withdraw as attorneys for Plaintiffs Brent

D. Young and Jodie Young in the above-entitled cause.

On or about February 1, 2006, the complaint herein was filed by Plaintiffs against

Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-

Lambert Company LLC, Warner-Lambert Company and Warner-Lambert Company LLC,

(hereinafter collectively referred to as "Pfizer Defendants"), and Teva Pharmaceuticals USA Inc.

(hereinafter referred to as "Teva Defendant") in the Court of Common Pleas, Philadelphia

County, Commonwealth of Pennsylvania.  *See* D. Mass. Case No. 06-1146, ECF Doc. # 18.

On or about March 27, 2006, Pfizer Defendants filed a Notice of Removal of this case to

the U.S. District Court for the Eastern District of Pennsylvania.  On August 16, 2006, the case

was transferred from the U.S. District Court for the Eastern District of Pennsylvania to the U.S.

District Court for the District of Massachusetts and assigned Case No. 1:06-cv-11446-PBS. ECF Doc. # 18.

Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981. ECF Doc. # 19.

Plaintiffs' counsel has written to Plaintiffs Brent D. Young and Jodie Young concerning this case, and irreconcilable differences have developed between Plaintiffs and counsel regarding the direction of legal services that may be provided to Plaintiffs that preclude counsel from further representation of Plaintiffs in this case. *See* Declaration of Kenneth B. Fromson ¶ 6, filed herewith.

Finkelstein & Partners, LLP, therefore requests that this Court grant the law firm and their local counsel of record leave to withdraw as attorneys for Plaintiffs Brent D. Young and Jodie Young and allow Plaintiffs 60 days either to seek new counsel or to advise the Court that they will proceed with the prosecution of this action *pro se*.

The granting of the Motion for Leave to Withdraw will not delay the trial of this case since no final trial date has been set or agreed upon between the parties, and thus the granting of this motion would not be inequitable.

Contemporaneous with this Motion, a Notice by Certified Mail of this Motion has been forwarded to Plaintiffs.

In view of the above, Finkelstein & Partners, LLP, respectfully requests that the law firm and their local counsel of record be granted leave to withdraw as attorneys for Brent D. Young and Jodie Young.

Dated:  July 23, 2010           Respectfully submitted,

                ***Members of Products Liability***
                ***Plaintiffs' Steering Committee***

By:    **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein, Esquire
        Finkelstein & Partners, LLP
        1279 Route 300, P.O. Box 1111
        Newburgh, NY  12551

By:    **/s/ Jack W. London**
        Jack W. London, Esquire
        Law Offices of Jack W. London
          & Associates
        3701 Bee Cave Road, Suite 200
        Austin, TX  78746

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 23, 2010; and that this document has also been served on Plaintiffs by sending a copy of the document to Plaintiffs by certified mail return receipt requested at Plaintiffs' last known mailing address.

        **/s/ Andrew G. Finkelstein**
        Andrew G. Finkelstein, Esquire