UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
In re:  NEURONTIN MARKETING,
         SALES PRACTICES AND
         PRODUCTS LIABILITY LITIGATION
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:

YOUNG v. PFIZER INC.
Individual Case No. 06-11446
---------------------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**DECLARATION OF KENNETH B. FROMSON IN SUPPORT
OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFFS BRENT D. YOUNG AND JODIE YOUNG**

I, Kenneth B. Fromson, deposes and states as follows:

1.    I am a partner with the law firm of Finkelstein & Partners, LLP, counsel for Plaintiffs Brent D. Young and Jodie Young in the above-entitled action.

2.    This declaration is submitted in support of Plaintiffs' counsel's motion pursuant to Local Rules 7.1 and 83.5.2(c), for an order granting Plaintiffs' counsel and their local counsel of record leave to withdraw as counsel of record for Plaintiffs in this action.

3.    On or about February 1, 2006, the complaint herein was filed by Plaintiffs against Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company and Warner-Lambert Company LLC, (hereinafter collectively referred to as "Pfizer Defendants"), and Teva Pharmaceuticals USA Inc. (hereinafter referred to as "Teva Defendant") in the Court of Common Pleas, Philadelphia County, Commonwealth of Pennsylvania.  *See* D. Mass. Case No. 06-1146, ECF Doc. # 18.

4. On or about March 27, 2006, Pfizer Defendants filed a Notice of Removal of this case to the U.S. District Court for the Eastern District of Pennsylvania. On August 16, 2006, the case was transferred from the U.S. District Court for the Eastern District of Pennsylvania to the U.S. District Court for the District of Massachusetts and assigned Case No. 1:06-cv-11446-PBS. ECF Doc. # 18.

5. Pursuant to the Order of Consolidation dated July 20, 2005, this case has been consolidated with the Neurontin MDL Litigation under MDL Docket No. 1629, D. Mass. Case No. 04-10981. ECF Doc. # 19.

6. I have written to Plaintiffs Brent D. Young and Jodie Young concerning this case, and irreconcilable differences have developed between Plaintiffs and counsel regarding the direction of legal services that may be provided to Plaintiffs that preclude counsel from further representation of Plaintiffs in this case.

7. A copy of the motion papers is also being been mailed this date, by certified mail, to Plaintiffs at their last known address.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2010

                                                **/s/ Kenneth B. Fromson**
                                                Kenneth B. Fromson

                                                Finkelstein & Partners, LLP
                                                1279 Route 300, P.O. Box 1111
                                                Newburgh, NY  12551
                                                (800) 634-1212

                                                *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 23, 2010; and that this document has also been served on Plaintiffs by sending a copy of the document to Plaintiffs by certified mail return receipt requested at Plaintiffs' last known mailing address.

                                                      **/s/ Kenneth B. Fromson**
                                                        Kenneth B. Fromson