UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
                                                                 :  MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                     :
        SALES PRACTICES AND                                      :  Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                            :
                                                                 :  Judge Patti B. Saris
-----------------------------------------------------------------x
                                                                 :  Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                        :
                                                                 :
DURDEN v. PFIZER INC.                                            :
Individual Case No. 08-11705                                     :
                                                                 :
-----------------------------------------------------------------x
```

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without coasts or fees to any party.

Dated:  July 23, 2010

/s/ Kenneth B. Fromson                    /s/ Mark S. Cheffo
Kenneth B. Fromson                        Mark S. Cheffo
FINKELSTEIN & PARTNERS, LLP               SKADDEN, ARPS, SLATE,
1279 Route 300, P.O. Box 1111                MEAGHER & FLOM LLP
Newburgh, NY  12551                       Four Times Square
(800) 634-1212                            New York, NY  10036
kfromson@lawampm.com                      (212) 735-10036
                                          Mark.Cheffo@skadden.com
*Attorneys for Plaintiff*
                                          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 23, 2010.

Dated:  July 23, 2010

/s/ Kenneth B. Fromson
Kenneth B. Fromson