UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                                    :
In re:  NEURONTIN MARKETING,                        :
        SALES PRACTICES AND                         :
        PRODUCTS LIABILITY LITIGATION               :
                                                    :
------------------------------------------------------------x
                                                    :
THIS DOCUMENT RELATES TO:                           :
                                                    :
HUFFMAN v. PFIZER INC.                              :
Individual Case No. 05-10829                         :
                                                    :
------------------------------------------------------------x
```

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure for the United States District Courts, that the action be dismissed, with prejudice and

without coasts or fees to any party.

Dated: July 23, 2010

/s/ Kenneth B. Fromson
Kenneth B. Fromson
FINKELSTEIN & PARTNERS, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212
kfromson@lawampm.com

*Attorneys for Plaintiff*

/s/ Mark S. Cheffo
Mark S. Cheffo
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036
(212) 735-10036
Mark.Cheffo@skadden.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to
Case Management Order No. 3 on July 23, 2010.

Dated: July 23, 2010

/s/ Kenneth B. Fromson
Kenneth B. Fromson