UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                                            :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                :
        SALES PRACTICES AND                                 :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                       :
                                                            :   Judge Patti B. Saris
------------------------------------------------------------x
                                                            :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                   :
                                                            :
ALL PRODUCTS LIABILITY CASES                                :
                                                            :
------------------------------------------------------------x
```

**PRODUCTS LIABILITY PLAINTIFFS' NOTICE CONCERNING THE
JUNE 9, 2010 SCHEDULING ORDER REGARDING THE WITHDRAWAL
OR DISMISSAL OF A NUMBER OF THE LEAD 130 PRODUCTS LIABILITY CASES**

This Notice is submitted in connection with the June 9, 2010 Scheduling Order regarding the withdrawal or dismissal of a number of the lead 130 products liability cases.

1.  Plaintiffs and Defendants have executed and filed Stipulations of Dismissal in the following cases:

| Case No. | Case Name |
| --- | --- |
| 06-10537 | *Cailor v. Pfizer Inc.* |
| 05-11023 | *DiGiacomo v. Pfizer Inc* |
| 08-11705 | *Durden v. Pfizer Inc.* |
| 05-12595 | *French v. Pfizer Inc.* |
| 06-10254 | *Haddock v. Pfizer Inc* |
| 05-10829 | *Huffman v. Pfizer Inc.* |
| 06-10255 | *Lutz v. Pfizer Inc.* |
| 05-12388 | *Mosley v. Pfizer Inc.* |
| 08-11697 | *Mowdy v. Pfizer Inc.* |
| 05-12594 | *O'Bryan v. Pfizer Inc.* |
| 06-12212 | *Ramsey v. Pfizer Inc.* |
| 08-10958 | *Samuels v. Pfizer Inc.* |
| 07-11253 | *Sloan v. Pfizer Inc.* |

2. Plaintiffs' counsel has filed motions for leave to withdraw as attorneys due to the fact that irreconcilable differences have developed between Plaintiffs and counsel regarding the direction of legal services that may be provided to Plaintiffs, which preclude Plaintiffs' counsel from further representation of Plaintiffs in the following cases:

| Case No. | Case Name |
| --- | --- |
| 06-10539 | *Adkins v. Pfizer Inc.* |
| 06-12213 | *Beckworth v. Pfizer Inc.* |
| 05-11037 | *Brown v. Pfizer Inc.* |
| 06-10536 | *Cascio v. Pfizer Inc.* |
| 06-10777 | *Cook v. Pfizer Inc.* |
| 05-12384 | *Dane v. Pfizer Inc.* |
| 05-11028 | *Dees v. Pfizer Inc.* |
| 05-12387 | *Marzolo v. Pfizer Inc.* |
| 08-12034 | *McLendon v. Pfizer Inc.* |
| 08-11533 | *Monsue v. Pfizer Inc.* |
| 05-11032 | *Montgomery v. Pfizer Inc.* |
| 06-11394 | *Mustafa v. Pfizer Inc.* |
| 05-10830 | *Paulsen v. Pfizer Inc.* |
| 05-12000 | *Richey v. Pfizer Inc.* |
| 05-12386 and 06-10535 | *Smith v. Pfizer Inc.* |
| 08-11330 | *Stadler v. Pfizer Inc.* |
| 05-10832 | *Sumait v. Pfizer Inc.* |
| 07-12233 | *Vinyard v. Pfizer Inc.* |
| 08-10740 | *Vorholt v. Pfizer Inc.* |
| 05-11994 | *Werner v. Pfizer Inc.* |
| 06-11446 | *Young v. Pfizer Inc.* |

3. In the following cases, additional time is requested because although Plaintiffs' counsel has received authorizations from Plaintiffs to discontinue the case, Plaintiffs' counsel is awaiting the receipt of documentation from the respective bankruptcy trustees confirming that they are willing to abandon the assets in question:

| Case No. | Case Name |
| --- | --- |
| 06-10109 | *Belongie v. Pfizer Inc.* |
| 08-11041 | *Messer v. Pfizer Inc.* |
| 05-11021 | *Minisquero v. Pfizer Inc.* |

4.  In regard to Case No. 05-11153, *Bel Bruno v. Pfizer Inc.,* Plaintiff has advised Plaintiff's counsel that he is the process of obtaining new counsel.  Therefore, Plaintiff's counsel requests additional time to accommodate either the substitution of new counsel or the filing of a motion to withdraw.

5.  In the following cases, Plaintiffs' counsel has been unsuccessful to date in their attempts to contact Plaintiffs, and therefore require additional time to try to locate Plaintiffs.

| Case No. | Case Name |
|---|---|
| 07-10630 | *Isaacs v. Pfizer Inc.* |
| 06-10538 | *Keegan v. Pfizer Inc.* |
| 06-11395 | *Wolosonowich v. Pfizer Inc.* |

## CONCLUSION

Plaintiffs therefore respectfully request additional time in connection with those cases where Plaintiffs have filed for bankruptcy, where substitution of new counsel appears imminent, and where Plaintiffs' counsel has been unsuccessful to date in attempting to contact Plaintiffs.

Dated:  July 23, 2010                                           Respectfully submitted,

*Members of Products Liability Plaintiffs' Steering Committee*

By:   **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12550

By:   **/s/ Jack W. London**
Jack W. London, Esquire
Law Offices of Jack W. London
 & Associates
3701 Bee Cave Road, Suite 200
Austin, TX  78746

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on July 23, 2010.

                                                    **/s/ Andrew G. Finkelstein**
                                                    Andrew G. Finkelstein, Esquire