UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES        : MDL Docket No. 1629
        PRACTICES AND PRODUCTS            :
        LIABILITY LITIGATION              : Master File No. 04-10981
---------------------------------------------x
                                          : Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                 :
                                          : Magistrate Judge Leo T.
*Leroy Anderson, et al. v. Pfizer, Inc.*, : Sorokin
Case No. 05-cv-10835                      :
                                          :
*Mary Cooper, et al. v. Pfizer, Inc.*,    :
Case No. 05-cv-10834                      :
                                          :
*Jesse Allen, et al. v. Pfizer, Inc.*,    :
Case No. 07-cv-11795                      :
---------------------------------------------x

## STIPULATION OF DISMISSAL OF LISTED PLAINTIFFS

IT IS STIPULATED, by all parties to this action, through their counsel of record, that this action is dismissed with prejudice as to the Plaintiffs:

1. Linda Aldridge
2. Sue Beckum
3. Carol Bowyer
4. John Bratcher
5. Carl Brinkley
6. Betty Broome
7. Corine Carson
8. George Clarke
9. Everlernn Collins
10. Glenn Forbes

11. Jamie Givens
12. Estate of L.G. Green
13. Estate of Cora Hamilton
14. Margaret Haney
15. Estate of Robert Hannah
16. Estate of Florence Hayes
17. Ernest Hernandez
18. Estate of Lillie Hunter
19. Estate of Charles Ingram
20. Estate of Bettye Jackson
21. Estate of Frank Lesure
22. Estate of Cornelius Lewis
23. Jackie Lewis
24. Estate of Elton Mason
25. Estate of Ethel Pearson
26. Estate of Rodney Plant
27. Dan Townsend
28. Barbara Young
29. Kathy Roberts
30. R.C. Robinson
31. Cherry Sanders
32. Estate of Clarissa Scott
33. Debra Shepard

Dated: July 23, 2010					Respectfully submitted,

						SKADDEN, ARPS, SLATE,
						  MEAGHER & FLOM LLP

						By:	/s/ Mark S. Cheffo
							Mark S. Cheffo

						Four Times Square
						New York, NY 10036
						Tel: (212) 735-3000

						ROPES & GRAY LLP

						By:	/s/ Ana M. Francisco
							Ana M. Francisco
							BBO #564346

						One International Place
						Boston, MA  02110
						Tel: (617) 951-7000
						Email: ana.francisco@ropesgray.com

						*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

						BOONE LAW FIRM, P.A.

						By:	/s/ Levi Boone, III
							Levi Boone, III

						401 West Sunflower Avenue
						P.O. Box 1772
						Cleveland, MS  38732
						Tel: (662) 843-7946
						Email: LBoone@boonelawfirm.com

						*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 23, 2010.

/s/ Ana. M. Francisco  
Ana M. Francisco