# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THIS DOCUMENT RELATES TO:

ALL BOONE PRODUCT LIABILITY ACTIONS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH JULY 12, 2010 ORDER

Pursuant to this Court's Order of July 12, 2010 [2900], Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") hereby move to dismiss the cases listed below for failure to comply with this Court's July 12, 2010 Order [2900].

This Court ordered Mr. Boone to refile his chart of cases, by July 23, 2010 "so that all of the columns of information regarding each plaintiff appear on one page and each line of information is numbered sequentially beginning at one."  (Further Discovery Order Regarding All Boone Products Cases [2886] at 1.)  Mr. Boone was also required to provide an electronic spreadsheet of the same information to counsel for Defendants.  As to the 75 cases where Mr. Boone had indicated in his original chart that medical authorizations had not been provided, he was ordered to provide authorizations to Defendants no later than July 23, 2010.  (*Id.* at 2.)

At 6:35 p.m. on July 23, 2010, Mr. Boone filed his revised chart of cases.  (2981.)  An electronic spreadsheet was provided to Defendants' counsel at approximately 8:45 p.m.  (Cheffo Decl. ¶ 4.)  An amended chart was filed and provided electronically to Defendants counsel shortly after 10:00 p.m.[1]  (2983, Cheffo Decl. ¶ 4.)

---

[1] Neither chart filed on July 23, 2010 complied with the technical parameters established by the Court's order.  The chart was also inaccurate as to which cases Defendants have provided discovery responses.

On the amended chart, Mr. Boone states that medical authorizations have not been provided for the following plaintiffs:[2]

| Plaintiff | Case No. | Plaintiff | Case No. |
|-----------|----------|-----------|----------|
| Adams, Nathan | 07-cv-11795 | Morrison, Sara | 07-cv-11795 |
| Castellane, Mary | 07-cv-11795 | Norwood, Mary | 07-cv-11795 |
| Christman, Kathy | 07-cv-11795 | Parks, Helen | 07-cv-11795 |
| Edmonds, Mary Jane | 07-cv-11795 | Patton, Curtis | 07-cv-11795 |
| Edwards, Parlee | 07-cv-11795 | Pierce, Donna | 05-cv-10835 |
| Ellis, Samuel W. | 07-cv-11795 | Poindexter, Annie | 07-cv-11795 |
| Gibson, Andrew Frederick | 07-cv-11795 | Rice, Rodger | 05-cv-10834 |
|  |  | Robinson, Tara | 07-cv-11795 |
| Gilmer, Walter | 07-cv-11795 | Rose, Mary | 07-cv-11795 |
| Hammarstrom, Eric | 07-cv-11795 | Sashfras, Shirley | 07-cv-11795 |
| Hasselbach, Lavurne | 07-cv-11795 | Shields, Pam | 07-cv-11795 |
| Hernandez, Ernest[3] | 07-cv-11795 | Singletary, Fletcher | 07-cv-11795 |
| Hollingsworth, Karen | 07-cv-11795 | Smiley, Tony B. | 07-cv-11795 |
| Jackson, Mattie D. | 07-cv-11795 | Smith, Lillie | 07-cv-11795 |
| Johnson, Cheryl | 07-cv-11795 | Theodore, Jennifer | 07-cv-11795 |
| Johnson, Margaret | 07-cv-11795 | Thomas, Chester | 07-cv-11795 |
| Lawson, Robert | 07-cv-11795 | Thomas, Dixie | 05-cv-10835 |
| Martinson, Dorothea | 07-cv-11795 | Tollison, Lanelle | 07-cv-11795 |
| McCardle, Casey | 07-cv-11795 | Tutor, Benjamin | 07-cv-11795 |
| McClendon, Charlie | 07-cv-11795 | Warfield, Connie | 07-cv-11795 |
| McCullar, Grady | 07-cv-11795 | Washington, Rosa | 07-cv-11795 |
| McGowan, Lorraine | 07-cv-11795 | White, Clifton | 07-cv-11795 |
| Meeks, Virgine | 07-cv-11795 | Wildee, Walterine | 07-cv-11795 |
| Mitchell, Prince | 07-cv-11795 | Wilson, Lakeisha | 07-cv-11795 |

---

[2] Mr. Boone's chart incorrectly notes that medical authorizations have not been provided for Gloria Harrison and Helen Meeks. They are not included in this motion.

[3] The chart filed by Mr. Boone indicates that the claim of Plaintiff Ernest Hernandez will be dismissed.

The chart indicates that medical authorizations have been provided for the following Plaintiffs; however they had not been received by counsel for Defendants as of July 23, 2010.  In correspondence, Mr. Boone indicated that additional authorizations had been sent by overnight delivery.  (Cheffo Decl ¶ 5.)

| Plaintiff | Case No. | Plaintiff | Case No. |
|---|---|---|---|
| Conn, Donald | 07-cv-11795 | Garrett, Aleice | 07-cv-11795 |
| Crystian, Jr., Theodore | 07-cv-11795 | Lacy, Ellaweise | 07-cv-11795 |
| Drennan, Shirley | 05-cv-10835 | McBeath, Patricia | 07-cv-11795 |
| Ford, Faith[4] | 05-cv-10835 | Melvin, Laperial | 07-cv-11795 |

The grounds for this motion are set forth in greater detail in the accompanying memorandum of law and Declaration of Mark S. Cheffo.

WHEREFORE, Defendants respectfully request that the above-listed cases be dismissed with prejudice.

Dated: July 24, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:     /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

---

[4] The chart filed by Mr. Boone indicates that a medical authorization has been provided for Faith Ford, but also that Mr. Boone intends to move to withdraw.  Defendants are not sure how to interpret this entry.

3

ROPES & GRAY LLP

By:    /s/ Ana M. Francisco
        Ana M. Francisco
        BBO #564346

One International Place
Boston, MA  02110
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 24, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco