UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL BOONE PRODUCTS LIABILITY ACTIONS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH JULY 12, 2010 ORDER**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of a excerpt from the Transcript of Motions Hearing on June 8, 2010.

3. Attached hereto as Exhibit B is a true and correct copy of a sample providers' list provided by a plaintiff represented by Mr. Boone.

4. I received an electronic spreadsheet of cases from Mr. Boone at approximately 8:45 p.m. on July 23, 2010, and an amended spreadsheet shortly after 10:00 p.m.

5. As of July 23, 2010, Defendants had not yet received medical authorizations for the following plaintiffs:  Donald Conn, Aleice Garrett, Theodore Crystian, Jr., Faith Ford, Ellaweise Lacy, Shirley Drennan, Patricia McBeath, and Laperial Melvin.  In correspondence, Mr. Boone indicated to me that additional authorizations would be coming by overnight delivery.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 24th day of July, 2010.

                /s/ Mark S. Cheffo
                Mark S. Cheffo

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 24, 2010.

                                                  /s/ Ana M. Francisco
                                                  Ana M. Francisco