# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

HARDEN MANUFACTURING CORPORATION . CIVIL ACTION NO. 04-10981-PBS
    Plaintiff              .
                           . BOSTON, MASSACHUSETTS
        v.           . JUNE 8, 2010
                           .
PFIZER, INC., et al          .
    Defendants            .
. . . . . . . . . . . . . . . . . .

TRANSCRIPT OF MOTIONS HEARING
BEFORE THE HONORABLE LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

Kenneth B. Fromson, Esquire
Andrew Finklestein, Esquire
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550
800-634-1212

Mark S. Cheffo, Esquire
Catherine Stevens, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
212-735-3000
mark.cheffo@skadden.com

Levi Boone, III, Esquire
Boone Law Firm PA
401 West Sunflower Avenue
Cleveland, MS 38732-1772
662-843-7946
LBoone@BooneLawFirm.com

Court Reporter:

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

*MARYANN V. YOUNG*
Certified Court Transcriber
Wrentham, MA 02093
(508) 384-2003

2

1                                    **I N D E X**

2    Proceedings                                              3

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*MARYANN V. YOUNG*
Certified Court Transcriber
(508) 384-2003

26

1          THE COURT:  I'm not going to make you go through

2   another certification process, okay, expressly.  I'm just

3   telling you that this is an issue and you should be sensible to

4   think about, you've got to be aware of this, this is a big

5   undertaking and you ought to be prepared for it, okay.

6          MR. BOONE:  I'm asking the Court to understand that

7   these 300 people ought to be able to present their cases and

8   the attorney ought to be able to do it within a reasonable

9   period of time.  I mean not slow, I mean really working at it

10  but I don't, I would ask the Court that it not be to the point,

11  you know, that if the--

12         THE COURT:  I'm not trying to break you and I'm not

13  trying to break the cases by the schedule that I impose and I'm

14  not going to do that.  That's not going to be my goal and I'm

15  going to try to avoid that result.  But you have to understand

16  we're five years into my involvement in this case and as I

17  understand it, and you're not the only one who suffers from

18  this problem so I'm not singling you out but we're five years

19  into it and the template discovery is not done in every case.

20  And the medical authorizations aren't done in every case and it

21  was my order I believe that when I put it in place that every

22  new case that came here was going to have the template

23  discovery and the basic things done within 60 days of arrival

24  here and that the ones that were already here would be done in,

25  I don't remember how long I said now, but some reasonable

1   period of time after that date.  And now that – and you're not

2   the only one who hasn't done all that and I'm not singling you

3   out.  It is what it is, but you've known this day was coming

4   for a while and we're still in the position of that.  So I'm

5   just – it doesn't give me a lot of comfort that you're all

6   geared up and ready for a period of time when, however what the

7   schedule is there's 900 depositions to be done.

8          MR. BOONE:  Your Honor, we have, we did respond to

9   the template discovery on all 307.

10          THE COURT:  So all are done from your perspective?

11          MR. BOONE:  We've responded to defendant, yes,

12  discovery.  We did it through Choke Hardinen (ph), the other

13  law firm before them.  And we have supplied them with just

14  recently approximately 200 authorizations since we were last

15  here.

16          THE COURT:  Good.

17          MR. BOONE:  So--

18          THE COURT:  Okay.

19          MR. BOONE:  And we're continually working on that.

20  We have people to, some people have moved, some people have

21  passed so we have to go open some estates on some of these

22  cases.

23          THE COURT:  Right.  That's why it's a big job--

24          MR. BOONE:  Yes.

25          THE COURT:  --because you've got just 292 people to