# EXHIBIT B

Medical Provider List for Redacted

Wal-Mart Pharmacy-Greenville
1831 S. Dr. Martin Luther King Drive
Greenville, MS  38701