UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: <br><br> PRODUCTS LIABILITY ACTIONS | Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

------------------------------------------------x

## DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PRODUCTS LIABILITY PLAINTIFFS' MOTION FOR AN ORDER AWARDING SANCTIONS AGAINST PFIZER DEFENDANTS AND COMPELLING DEFENDANTS TO COMPLY WITH THIS COURT'S OCTOBER 14, 2009 AND DECEMBER 9, 2009 ORDERS

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants") respectfully move for leave to submit a Sur-Reply in Opposition to Products Liability Plaintiffs' Motion for an Order Awarding Sanctions Against Pfizer Defendants and Compelling Defendants to Comply With this Court's October 14, 2009 and December 9, 2009 Orders. [2878]. Defendants submit that their proposed sur-reply is necessary to clarify issues raised in Plaintiffs' recent reply. [2903]. Further, Defendants consented to Plaintiffs' filing of a reply in exchange for Plaintiffs' consent to Defendants' filing of a sur-reply.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed sur-reply, attached hereto as Exhibit A.

### CONCLUSION

For all the foregoing reasons, Defendants respectfully request that the Court grant this motion for leave to file the proposed sur-reply.

Dated: July 26, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:  /s/ Mark S. Cheffo
     Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

ROPES & GRAY LLP

By:  /s/ Ana M. Francisco
     Ana M. Francisco
     BBO #564346

One International Place
Boston, MA 02110
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

### CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith and Plaintiffs do not object to the filing of this motion for leave to file a sur-reply.

/s/ Catherine B. Stevens
Catherine B. Stevens

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 26, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco

2