UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES<br>PRACTICES AND PRODUCTS<br>LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| ------------------------------------------------x | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>ALL SCHWARTZ PRODUCT LIABILITY ACTIONS | Magistrate Judge Leo T. Sorokin |

------------------------------------------------x

### DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH JULY 14, 2010 ORDER

Pursuant to this Court's Order of July 14, 2010 [2890], Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") hereby move to dismiss the cases listed below for failure to comply with this Court's July 14, 2010 Order.  (Further Discovery Order Regarding All Schwartz Products Cases [2890].)

On June 9, 2010, this Court ordered the Law Offices of Newton B. Schwartz to provide authorizations and provider lists as required by Docket No. 372 for each of his Plaintiffs, by July 7, 2010.  (Further Scheduling Order Regarding All Products Cases [2839] at 4.)  By July 7, 2010, Mr. Schwartz had not yet provided authorizations for approximately 60 of his Plaintiffs, a fact reflected in the chart of cases he submitted to the Court on July 13, 2010.  [2887-1].  On July 14, 2010, Magistrate Judge Sorokin issued an Order directing Mr. Schwartz to provide overdue disclosures and authorizations to Defendants by no later than July 26, 2010, or face dismissal.  ([2890] at 1-2.)

At approximately 8:00 p.m. on July 26, 2010, the Law Offices of Newton B. Schwartz emailed additional authorizations to Defendants, however medical authorizations have still not been provided for the following Plaintiffs:

| Plaintiff | Case No. | Plaintiff | Case No. |
|---|---|---|---|
| Accettullo, Mary | 06-10912-PBS | Jones, Carla | 06-10912-PBS |
| Brown, Alesha | 06-10912-PBS | Laspina, Mario | 06-10912-PBS |
| Bruce, Anne | 06-11024-PBS | Lee, Janice | 06-11024-PBS |
| Byrum-Hill, Gwenna | 06-10912-PBS | Luttrell, Leslie | 06-10912-PBS |
| Clemons, Garry | 06-11023-PBS | Manning, Jacqueline | 06-10912-PBS |
| Conyers, Wilbur | 06-11024-PBS | Marlow, Darren | 06-11024-PBS |
| Craig, Coleen | 06-10912-PBS | McIntyre, Marlene | 06-11023-PBS |
| Deleon, Kelly | 06-10912-PBS | Nichols, Wanda | 06-10912-PBS |
| Emmons, Sharon | 06-11024-PBS | Payne, Lonnie | 06-10912-PBS |
| Gonzalez, Nikko | 06-11023-PBS | Perdue, Richardson | 06-10912-PBS |
| Greer, Karen | 06-11024-PBS | Smith, Doris | 06-10912-PBS |
| Gross, Kenneth | 06-10912-PBS | Smith, Dorothy | 06-11024-PBS |
| Hildebrand, Donald | 06-11024-PBS | White, Annette | 06-10912-PBS |

The grounds for this motion are set forth in greater detail in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the above-listed cases be dismissed with prejudice.

Dated: July 27, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

2

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
Ana M. Francisco
BBO #564346

One International Place
Boston, MA 02110
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on July 27, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco