UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>ALL PRODUCTS LIABILITY ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

FURTHER DISCOVERY ORDER REGARDING ALL PRODUCTS CASES

July 28, 2010

SOROKIN, M.J.

In this Order, the Court sets out deadlines governing the products liability cases.

1. Plaintiffs' counsel has filed motions to withdrawn in twenty one actions. These motions are ALLOWED. They motions are Docket #s: 2904, 2907, 2910, 2913, 2916, 2919, 2922, 2925, 2928, 2931, 2934, 2937, 2940, 2943, 2946, 2949, 2952, 2955, 2958, 2961, 2964. These motions pertain to the plaintiffs listed in Docket #2980 at page 2 paragraph 2.

2. The plaintiffs listed in Docket #2980 at page 1 paragraph 1 have filed stipulations of dismissal. The Clerk shall close these cases.

3. Regarding the plaintiffs in 06cv10109, 08cv11041 and 05cv11021, counsel seeks additional time to file stipulation of dismissals. That request is ALLOWED. Counsel shall file the stipulations of dismissal by August 31, 2010 or file a revised status report on that date.

4. Regarding Bel Bruno v. Pfizer, 05cv11153, counsel reports that the Plaintiff is in the process of obtaining new counsel. If successor counsel has not appeared by August 13, 2010

then, if present counsel wishes to withdraw they shall file such a motion by that date and counsel or the plaintiff, by that same date, shall inform the Court of the status of obtaining successor counsel.

     5. Regarding 07cv10630, 06cv10538 and 06cv11395, counsel's request for additional time to contact the plaintiffs is ALLOWED as follows: by August 13, 2010 counsel shall file a motion to withdraw, a stipulation of dismissal or an indication that the plaintiff intends to proceed with counsel's representation.

     6. Thirty three plaintiffs represented by the Boone Law Firm have stipulated to the dismissal of their cases. These plaintiffs are listed in Docket #2982. Attorney Boone shall file this document in each of his three civil actions in this district.

     7. The Defendants have moved to dismiss approximately fifty plaintiffs represented by Attorney Boone. Docket #2984. Attorney Boone shall respond to that motion by August 9, 2010.

     8. The Defendants have moved to dismiss approximately 26 plaintiffs represented by Attorney Schwartz. Docket #2994. Attorney Schwartz shall respond to that motion by August 9, 2010.

     9. Docket #2894-1 lists all of the remaining pending products liability cases, of which there are 39, that (1) are not in Track One; (2) are not within the 130 cases; (3) are not Boone or Schwartz cases and (4) are not pro se cases. Counsel shall file a proposed schedule for these case by September 9, 2010. An attachment to that schedule shall list each case, whether the required medical authorizations and related information have been provided and the status of the plaintiff and defendant template discovery. The Court will consider the schedule of these cases at the September 17th hearing.

10. The Motion for Leave to File a Sur-reply (Docket #2987) is ALLOWED.

                                                SO ORDERED.

                                                /s/ Leo T. Sorokin
                                                LEO T. SOROKIN
                                                UNITED STATES MAGISTRATE JUDGE

.