UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>LILIA FELICI<br>M-05386 Southern District of Texas, McAllen Division | Civil Action No. 04-10981 |

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS PFIZER, INC., WARNER LAMBERT COMPANY LLC, PARKE-DAVIS, A Division of Warner Lambert Company, and WARNER LAMBERT COMPANY**

Plaintiff **LILIA FELICI** moves the Court by this Motion to Compel for an order compelling Defendant Parke-Davis / Warner-Lambert and its parent Pfizer, Inc. to produce discovery and to respond to interrogatories.

**I.**

On November 10, 2009, Plaintiff Lilia Felici submitted Interrogatories and Requests for Production to the Defendants.

**II.**

The object of such discovery is to enable Plaintiff to depose the sales representatives and to prepare for the deposition of prescribing doctors and of Plaintiff Lilia Felici as ordered by Magistrate Judge Sorokin (Document Number 2125).

### III.

Defendants served their Response and Objections to Plaintiff's Interrogatories on December 28, 2009. Defendants were served with Requests for Production on November 10, 2009. Defendants served their Response and Objections to Plaintiff's Request for Production of Documents and Things on December 28, 2009. Defendants failed to provide a single substantive answer in response to Plaintiff's Interrogatories and failed to produce a single document in response to Plaintiff's Requests for Production. With the exception of a CD containing documents bates numbered Pfizer_MDL_FeliciL_0000001 through Pfizer_MDL_FeliciL_0000032 recently produced by Defendants on June 21, 2010, Defendants have produced no documents, information or factual answers to Plaintiff's Interrogatories or to those Requests for Production, despite multiple follow-up letters, phone calls and attempts to confer.

### IV.

Plaintiff seeks only core discovery from Defendants consistent with what has been produced in other Neurontin product liability litigation in this Court and in the state court cases in New York. To the extent that Defendant refuses to produce discovery unless Plaintiff pays for such discovery, Plaintiff refers the Court to its Discovery Order Regarding Cost Shifting entered on March 25, 2010 (Document 2751).

### V.

Plaintiff does not seek at this time or by this motion, and for the purposes of this motion specifically abates, discovery that would otherwise call for production of discovery from Defendants' marketing personnel at a level higher than employees and

agents who had contact with her prescribing doctors or discovery of expert witnesses and reports.

## VI.

Plaintiff Lilia Felici incorporates herein her Memorandum and the exhibits attached to her Declaration.

## VII.

### Request for Oral Argument

Plaintiff respectfully requests oral argument on this Motion To Compel.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff Lilia Felici moves the Court to order Defendants to produce documents and information in response to her Requests for Production and to answer Interrogatories.

Respectfully submitted,

**GARCIA & KARAM, L.L.P.**
820 South Main
McAllen, Texas 78501
956-630-2882 (telephone)
956-630-5393 (facsimile)

By: /s/ Ricardo A. Garcia
RICARDO A. GARCIA
State Bar No. 07643200
Federal ID No. 1095
AIZAR J. KARAM, JR.
State Bar No. 00796860
LINO H. OCHOA
State Bar No. 00797168
Federal Bar No. 272425
CHAD W. TOLAR
State Bar No. 24033394

**ATTORNEYS FOR PLAINTIFF
LILIA FELICI**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on the 29th day of July, 2010.

To:

Mark Cheffo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Counsel for Defendants

/s/ Ricardo A. Garcia
Ricardo A. Garcia