# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>JAMES MICHAEL BURLESON<br>M-06-220 Southern District of Texas,<br>McAllen Division | Civil Action No. 04-10981 |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS PFIZER, INC., WARNER LAMBERT COMPANY LLC, PARKE-DAVIS, A Division of Warner Lambert Company, and WARNER LAMBERT COMPANY

Plaintiff **JAMES MICHAEL BURLESON** ("Plaintiff") moves the Court by this Motion to Compel for an order compelling Defendant Parke-Davis / Warner-Lambert and its parent Pfizer, Inc. ("Defendants") to produce discovery and to respond to interrogatories.

**I.**

On November 10, 2009, Plaintiff James Michael Burleson propounded his (1) Interrogatories; and (2) Request for Production of Documents and Other Things on Defendants.

**II.**

The object of such discovery is to enable Plaintiff to prepare for the depositions of Defendants' sales representatives and the Plaintiff's prescribing doctors and to conduct meaningful depositions of these witnesses as ordered by Magistrate Judge Sorokin (Document Number 2125).

**III.**

On December 28, 2009, Defendants served their Response and Objections to Plaintiff's Interrogatories and Request for Production of Documents and Things. Defendants failed to provide a single substantive answer in response to Plaintiff's Interrogatories and failed to produce a single document in response to Plaintiff's Requests for Production. Defendants have produced no documents, information or factual answers to Plaintiff's Interrogatories or Requests for Production, despite multiple follow-up letters, phone calls and attempts to confer.

**IV.**

Plaintiff James Michael Burleson seeks only core discovery from Defendants consistent with what has been produced in other Neurontin product liability litigation in this Court and in the state court cases in New York. To the extent that Defendants refuse to produce discovery unless Plaintiff pays for such discovery, Plaintiff refers the Court to its Discovery Order Regarding Cost Shifting entered on March 25, 2010 (Document 2751).

**V.**

Plaintiff James Michael Burleson does not seek at this time or by this motion, and for the purposes of this motion specifically abates, discovery that would otherwise call for production of discovery from Defendants' marketing personnel at a level higher than employees and agents who had contact with his prescribing doctors or discovery of expert witnesses and reports.

## VI.

Plaintiff James Michael Burleson incorporates herein his Memorandum and the exhibits attached to the Declaration of his counsel, Ricardo A. Garcia

## VII.

### Request for Oral Argument

Plaintiff James Michael Burleson respectfully requests oral argument on his Motion To Compel.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff James Michael Burleson moves the Court to order Defendants to produce documents and information in response to his Requests for Production and to answer Interrogatories.

Respectfully submitted,

**GARCIA & KARAM, L.L.P.**
820 South Main
McAllen, Texas 78501
956-630-2882 (telephone)
956-630-5393 (facsimile)

By:   /s/ Ricardo A. Garcia
RICARDO A. GARCIA
State Bar No. 07643200
Federal ID No. 1095
AIZAR J. KARAM, JR.
State Bar No. 00796860
LINO H. OCHOA
State Bar No. 00797168
Federal Bar No. 272425
CHAD W. TOLAR
State Bar No. 24033394

**ATTORNEYS FOR PLAINTIFF
JAMES MICHAEL BURLESON**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on the 30th day of July, 2010.

To:

Mark Cheffo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Counsel for Defendants

/s/ Ricardo A. Garcia
Ricardo A. Garcia