# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>JAMES MICHAEL BURLESON<br>M-06-220 Southern District of Texas, McAllen Division | Civil Action No. 04-10981 |

## DECLARATION OF RICARDO A. GARCIA IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS PFIZER, INC., WARNER LAMBERT COMPANY LLC, PARKE-DAVIS, A Division of Warner Lambert Company, and WARNER LAMBERT COMPANY

I, Ricardo A. Garcia, declare and state as follows:

1. I am counsel of record for Plaintiff James Michael Burleson. I make this declaration based on my own personal knowledge and information.

2. Attached as "Exhibit 1" is a true and correct copy of "Defendants' Response and Objections to Plaintiff's Interrogatories."

3. Attached as "Exhibit 2" is a true and correct copy of "Defendants' Response and Objections to Plaintiffs' Request For Production of Documents and Things."

4. Attached as "Exhibit 3" is a true and correct copy of a correspondence dated June 17, 2010 from Chad W. Tolar to Mark Cheffo wherein Plaintiff attempts to confer with Defendants pursuant to Federal Rules of Civil Procedure 37(a)(2)(A) & (B).

5. Attached as "Exhibit 4" is a true and correct copy of a correspondence dated June 15, 2010 from Chad W. Tolar to Mark Cheffo wherein Plaintiff requests the opportunity to inspect and copy documents responsive to Plaintiff's Interrogatories and Requests for Production.

6. Attached as "Exhibit 5" is a true and correct copy of the "Discovery Order Regarding Cost Shifting" entered by United States Magistrate Judge Leo T. Sorokin on March 24, 2010.

Signed under penalties of perjury this 30th day of July, 2010

/s/ Ricardo A. Garcia
Ricardo A. Garcia

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on the 30th day of July, 2010.

To:

Mark Cheffo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Counsel for Defendants

/s/ Ricardo A. Garcia
Ricardo A. Garcia