# EXHIBIT 4



THE LAW OFFICE OF
# GARCIA & KARAM
A LIMITED LIABILITY PARTNERSHIP

June 15, 2010

**RICARDO A. GARCIA**

AIZAR J. KARAM, JR.

LINO H. OCHOA

**_via_ Telecopier No. 212/735-2000**

Mr. Mark Cheffo, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036-6522

RE:   MDL Docket No. 1629; Civil Action No. 04-10981;
      _In Re: Neurontin Marketing, Sales Practices and
      Products Liability Litigation_; (M-06-220; **_James Michael
      Burleson_**; So. Dist. of Texas, McAllen Division)

Dear Mr. Cheffo:

   We are writing to follow up on Defendants' Responses and Objections to Plaintiffs' Request for Production of Documents and Things.  In response to several of the requests for production, Defendants state that they will make responsive documents available for inspection and/or copying.  We hereby request the opportunity to inspect and copy the documents on **June 22, 2010 at 9:00 a.m**.  Please have the following documents ready for our inspection:

1.   All documents containing contacts between sales representatives and Medical Liaison and Plaintiff's Prescribing Physicians relating to Neurontin during the time period that the sales representatives/Medical Liaisons contacted the prescribing physicians  (_See_ Defendants' Response to Plaintiff's Request for Production No. 3);

2.   The entire custodial file for each sales representative and Medical Liaison calling upon Plaintiff's Prescribing Physicians, including but not limited to all personal notes, memoranda, calendar entries, computer entries, background documents and marketing information (_See_ Defendants' Response to Plaintiff's Request for Production No. 4);

3.   All sales calls notes and sample data for each sales representative and Medical Liaison calling upon Plaintiff's Prescribing Physicians that contain information about

820 South Main
McAllen, Texas 78501
Phone 956-630-2882
Fax 956-630-5393
GarciaKaram.com

Ricardo A. Garcia is Board Certified
in Personal Injury Trial Law

Mr. Cheffo
June 15, 2010
Page 2

    Neurontin (See Defendants' Response to Plaintiff's Request for Production No. 5);

4. All documents that each sales representative and Medical Liaison calling on Plaintiff's Prescribing Physicians distributed to or discussed with said physicians, including but not limited to journal articles, information material and promotional information (See Defendants' Response to Plaintiff's Request for Production No. 6);

5. All documents relating to Neurontin samples provided by Defendants' sales representatives and Medical Liaison to Plaintiff's Prescribing Physicians or anyone in their practice, including but not limited to the (1) number of sample packets provided at the dosages provided; (2) dates that they were shipped and/or provided; (3) lot numbers for the samples provided on each date identified; and (4) identity of the persons or persons who provided the samples (See Defendants' Response to Plaintiff's Request for Production No. 8);

6. All documents indicating whether or not Defendants retained any of Plaintiff's Prescribing Physicians as an opinion leader, speaker or consultant and if so, all consulting agreements and contracts and all documents identifying (1) the health care provider; (2) the dates they were affiliated with Defendants; and (3) the amount of money Defendants paid in expenses, honoraria and fees per calendar year to Plaintiff's prescribing health care provider (See Defendants' Response to Plaintiff's Request for Production No. 9);

7. All documents relating to whether or not Plaintiff's prescribing health care providers were ever invited to attend and/or did in fact attend any conferences or events sponsored by Defendants and if so, all documents relating to the (1) title, location and date of the conferences or events attended; (2) topic of the conferences or events; (3) speakers at the conferences or events; and (4) agenda/brochure for the conferences or events (See Defendants' Response to Plaintiff's Request for Production No. 10);

8. All documents relating to whether or not Plaintiff's prescribing health care providers ever contacted Defendants to request

Mr. Cheffo
June 15, 2010
Page 3

        information concerning Neurontin, its indications, its effects and/or risks (*See* Defendants' Response to Plaintiff's Request for Production No. 11);

9. All prescription data for Plaintiff's prescribing health care providers concerning Neurontin, including but not limited to the (1) products prescribed; (2) number of prescriptions; (3) number of refills; and (4) time frame when the products were prescribed or filled (*See* Defendants' Response to Plaintiff's Request for Production No. 12);

10. A copy of each MedWatch form that refers or relates to Plaintiff, including back-up documentation concerning Plaintiff and any evaluation Defendants did concerning Plaintiff (*See* Defendants' Response to Plaintiff's Request for Production No. 14);

11. A copy of every document Defendants sent to, or received from, Plaintiff's prescribing health care providers. (*See* Defendants' Response to Plaintiff's Request for Production No. 21);

12. A copy of every document reflecting any actual communication between Defendants and Plaintiff's prescribing health care providers concerning the risks and benefits associated with Neurontin (*See* Defendants' Response to Plaintiff's Request for Production No. 22);

13. All documents requested in Plaintiff's Request for Production No. 30, including a copy of Plaintiff's Neurontin related MedWatch Report and any underlying records that Defendants have in their possession (*See* Defendants' Response to Plaintiff's Request for Production No. 30);

14. All training manuals and materials for each of Defendants' sales representatives and/or Territory Managers who called on Plaintiff's prescribing health care providers to discuss Neurontin. (*See* Defendants' Response to Plaintiff's Request for Production No. 39);

15. All comparison sheets used in comparing Defendants' Neurontin to other pharmaceutical products provided to each of Defendants' sales representatives and/or Territory

Mr. Cheffo
June 15, 2010
Page 4

>
> managers who called on Plaintiff's prescribing health care providers to discuss Neurontin. (See Defendants' Response to Plaintiff's Request for Production No. 42);

16. All "Q&A" responses to published studies provided to each of Defendants' sales representatives and/or Territory Managers who called on Plaintiff's prescribing health care providers to discuss Neurontin. (See Defendants' Response to Plaintiff's Request for Production No. 43);

17. All documents sufficient to identify Defendant's gross and net sales of Neurontin in the United States for 2000, 2001 and 2002 (See Defendants' Response to Plaintiff's Request for Production No. 45);

18. The entire custodial file for each District Manager who supervised the Defendants' sales representatives and/or Territory managers who called on Plaintiff's prescribing health care providers (See Defendants' Response to Plaintiff's Request for Production No. 46); and

19. All data that purports to track the prescribing practices of Plaintiff's prescribing health care providers with respect to Neurontin, including but not limited to the (1) number of prescriptions; (2) number of refills; and (3) timeframe when these products were prescribed or refilled. (See Defendants' Response to Plaintiff's Request for Production No. 48);

Please advise if you will have the aforementioned documents available for inspection and copying on **June 22, 2010 at 9:00 a.m.** Thanking you for your prompt attention with regard to the above, I remain

Sincerely,

THE LAW OFFICES OF GARCIA & KARAM, LLP

Chad W. Tolar

CWT:mld
cc:   Kenneth J. Ferguson (via Telecopier No. 512/474-1129)

THE LAW OFFICE OF

# GARCIA & KARAM

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO:

| To | : | Mark Cheffo | 917/777-2183 |
| | | Kenneth J. Ferguson | 512/474-1129 |
| Of | : | | |
| From | : | Mary Lou Doeppenschmidt | |
| Client/Matter | : | James Michael Burleson vs. Phizer; 04-6235 | |
| Date | : | June 15, 2010 | |

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Ltr to Mr. Cheffo | 5 |
| | |
| | |
| | |

COMMENTS:
If you need any additional information, please call our office.

Thank You,

RICARDO A. GARCIA*
AIZAR J. KARAM, JR.
LINO H. OCHOA

820 SOUTH MAIN
MCALLEN, TEXAS 78501

956 630 2882

FAX 956 630 5393

www.garciakaram.com

**CONFIDENTIALITY NOTICE**

This transmission and all documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege. The information is intended only for the use of the persons(s) to whom it is sent (as noted above). IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, PLEASE BE ADVISED THAT ANY DISCLOSURE OF THE CONTENTS OF THIS TRANSMISSION OF THE TAKING OF ANY ACTION IN RELIEANCE OF THE CONTENTS OF THE TRANSMISSION IS STRICTLY PROHIBITED. Please call us to arrange for the return of any documents accompanying this transmission. Thank you.

*Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (956) 630-2882.

```
*************** -COMM. JOURNAL- ******************** DATE JUN-15-2010 ***** TIME 16:04 ********

        MODE = MEMORY TRANSMISSION              START=JUN-15 15:58    END=JUN-15 16:04

           FILE NO.=332

   STN   COMM.         STATION NAME/EMAIL ADDRESS/TELEPHONE NO.    PAGES      DURATION
   NO.

   001   B-OK          ≞19177772183                                005/005    BATCH
   002     OK          ≞15124741129                                005/005    00:01:32


                                                          -GARCIA & KARAM        -

***** KM-F1060 ********************* -         - ***** -                      - *********
```

THE LAW OFFICE OF
**GARCIA & KARAM**

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO:

| | | |
|---|---|---|
| To | : Mark Cheffo | 917/777-2183 |
|    | Kenneth J. Ferguson | 512/474-1129 |
| Of | : | |
| From | : Mary Lou Doeppenschmidt | |
| Client/Matter | : James Michael Burleson vs. Phizer; 04-6235 | |
| Date | : June 15, 2010 | |

| DOCUMENTS | NUMBER OF PAGES |
|---|---|
| Ltr to Mr. Cheffo | 5 |
|  |  |
|  |  |

COMMENTS:
If you need any additional information, please call our office.

Thank You,

RICARDO A. GARCIA*
AIZAR J. KARAM, JR.
LINO H. OCHOA

820 SOUTH MAIN
McALLEN, TEXAS 78501

956 630 2882
FAX 956 630 5393
www.garciakaram.com

*Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

**CONFIDENTIALITY NOTICE**

This transmission and all documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege. The information is intended only for the use of the persons(s) to whom it is sent (as noted above). IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, PLEASE BE ADVISED THAT ANY DISCLOSURE OF THE CONTENTS OF THIS TRANSMISSION OF THE TAKING OF ANY ACTION IN RELIEANCE OF THE CONTENTS OF THE TRANSMISSION IS STRICTLY PROHIBITED. Please call us to arrange for the return of any documents accompanying this transmission. Thank you.

* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES,
PLEASE TELEPHONE US IMMEDIATELY AT (856) 630-2882.