# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Judge Patti B. Saris <br> Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: <br><br> JOSE MAGDALENO ARTURO FONSECA, AS REPRESENTATIVE OF THE ESTATE OF MARIA DEL SOCORRO FONSECA, DECEASED, AND JOSE MAGDALENO ARTURO FONSECA, JOSE ARTEMIO FONSECA, MARIA GUADALUPE FONSECA, MARTIN FONSECA, AND CARLOS FONSECA, INDIVIDUALLY <br> M-05-312 Southern District of Texas, McAllen Division | Civil Action No. 04-10981 |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS PFIZER, INC., WARNER LAMBERT COMPANY LLC, PARKE-DAVIS, A Division of Warner Lambert Company, and WARNER LAMBERT COMPANY

Plaintiffs Jose Magdalleno Arturo Fonseca, Individually and as Representative of the Estate of Maria Del Socorro Fonseca, Deceased, Jose Artemio Fonseca, Maria Guadalupe Fonseca, Martin Fonseca and Carlos Fonseca (hereinafter collectively referred to as the "Fonseca Plaintiffs") move the Court by this Motion to Compel for an order compelling Defendant Parke-Davis / Warner-Lambert and its parent Pfizer, Inc. ("Defendants") to produce discovery and to respond to interrogatories.

**I.**

On November 10, 2009, the Fonseca Plaintiffs propounded their (1) Interrogatories; and (2) Request for Production of Documents and Other Things on Defendants.

**II.**

The object of such discovery is to enable the Fonseca Plaintiffs to prepare for the depositions of (1) Defendants' sales representatives; and (2) decedent Maria Fonseca's prescribing doctors and to conduct meaningful depositions of these witnesses as ordered by Magistrate Judge Sorokin (Document Number 2125).

**III.**

On December 28, 2009, Defendants served their Response and Objections to Plaintiff's Interrogatories and Request for Production of Documents and Things. Defendants failed to provide a single substantive answer in response to Plaintiffs' Interrogatories and failed to produce a single document in response to Plaintiff's Requests for Production. Defendants' first production to Plaintiffs in this case occurred on June 21, 2010 when Defendants produced a CD containing documents bates numbered Pfizer_MDL_FonsecaJ_0000001 through Pfizer_MDL_FonsecaJ_0000017. This sparse document production is grossly inadequate and does not come close to responding to Plaintiffs' discovery requests. Defendants have produced no further documents, information or factual answers to Plaintiffs' Interrogatories or Requests for Production, despite multiple follow-up letters, phone calls and attempts to confer.

### IV.

The Fonseca Plaintiffs seek only core discovery from Defendants consistent with what has been produced in other Neurontin product liability litigation in this Court and in the state court cases in New York. To the extent that Defendants refuse to produce discovery unless the Fonseca Plaintiffs pay for such discovery, Plaintiff refers the Court to its Discovery Order Regarding Cost Shifting entered on March 25, 2010 (Document 2751).

### V.

The Fonseca Plaintiffs do not seek at this time or by this motion, and for the purposes of this motion, specifically abate discovery that would otherwise call for production of discovery from Defendants' marketing personnel at a level higher than employees and agents who had contact with his prescribing doctors or discovery of expert witnesses and reports.

### VI.

The Fonseca Plaintiffs incorporate herein their Memorandum and the exhibits attached to the Declaration of their counsel, Ricardo A. Garcia

### VII.

#### Request for Oral Argument

The Fonseca Plaintiffs respectfully request oral argument on their Motion To Compel.

**WHEREFORE, PREMISES CONSIDERED**, the Fonseca Plaintiffs move the Court to order Defendants to produce documents and information in response to their Requests for Production and to answer Interrogatories.

Respectfully submitted,

**GARCIA & KARAM, L.L.P.**
820 South Main
McAllen, Texas 78501
956-630-2882 (telephone)
956-630-5393 (facsimile)

By:  /s/ Ricardo A. Garcia
RICARDO A. GARCIA
State Bar No. 07643200
Federal ID No. 1095
AIZAR J. KARAM, JR.
State Bar No. 00796860
LINO H. OCHOA
State Bar No. 00797168
Federal Bar No. 272425

**ATTORNEYS FOR THE
FONSECA PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on the 30th day of July, 2010.

To:

Mark Cheffo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Counsel for Defendants

/s/ Ricardo A. Garcia
Ricardo A. Garcia