# EXHIBIT 4



**THE LAW OFFICE OF**
# GARCIA & KARAM
A LIMITED LIABILITY PARTNERSHIP

July 13, 2010

**ATTEMPT TO CONFER PURSUANT TO FRCP 37(a)(2)(A) & (B):**
**DEFENDANTS' RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION**

***via* Telecopier No. 917/777-2183**

Mr. Mark Cheffo, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036-6522

RE: MDL Docket No. 1629; Civil Action No. 04-10981;
*In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*; (M-05-312; *Jose Magdaleno Arturo Fonseca, as Representative of the Estate of Maria del Socorro Fonseca, et al.*; So. Dist. of Texas, McAllen Division)

We are in receipt of correspondence from your office dated June 21, 2010 enclosing a disc with a data file and an image file in the *Fonseca* case. This is the first production Defendants have sent to Plaintiffs in the above-styled and numbered cause. After reviewing the production on the disc, the following relevant documents and information were not included:

1. Plaintiff's medical records indicate that Dr. Manuel Mercado initially prescribed Neurontin to Plaintiff on September 13, 2002. Plaintiff's pharmacy records indicate that Plaintiff filled her prescription on October 22, 2002. Defendants produced data regarding Neurontin samples provided to Dr. Mercado from the time period of October 31, 2002 through May 18, 2004. Defendants did not provide any information regarding Neurontin samples provided to Dr. Mercado in September of 2002, the month Dr. Mercado first prescribed Nuerontin to Plaintiff, or for the months leadings up to September of 2002. **Plaintiffs request that Defendants produce all documents and information regarding Neurontin samples provided to Dr. Manuel Mercado, Individually or to his practice,**

RICARDO A. GARCIA

AIZAR J. KARAM, JR.

LINO H. OCHOA

[address block partially illegible]
South Main
McAllen, Texas 78501
Phone 956-630-2882
Fax 956-630-5393
GarciaKaram.com

Mr. Cheffo
July 13, 2010
Page 2

>   **Adult Senior Healthcare, during the months of January 2002 through September of 2002.**

2. Plaintiff's medical records indicate that Dr. Manuel Mercado initially prescribed Neurontin to Plaintiff on September 13, 2002. Plaintiff's pharmacy records indicate that Plaintiff filled her prescription on October 22, 2002. Defendants produced the call notes for sales representative Ruben Delgado for the time period beginning on August 26, 2002 through May 18, 2004. Defendants did not provide any information regarding sales calls its representatives made to Dr. Mercado in the months leading up to Dr. Mercado's initial prescription of Neurontin to Plaintiff, including January of 2002 through August 26, 2002. **Plaintiffs request that Defendants produce all documents and information regarding sales calls their representatives made to Dr. Manuel Mercado, Individually or to his practice, Adult Senior Healthcare, during the months of January 2002 through August 26, 2002.**

3. Plaintiff's medical records indicate that Dr. Manuel Mercado initially prescribed Neurontin to Plaintiff on September 13, 2002. Plaintiff's pharmacy records indicate that Plaintiff filled her prescription on October 22, 2002. Defendants produced data regarding Neurontin prescriptions written by Dr. Mercado during the time period of August 31, 2000 through December 31, 2004. The data indicates that the only prescriptions written by Dr. Mercado that were filled in 2002 were filled during the month of February. As verified by Plaintiff's pharmacy records, Plaintiff's Neurontin prescription written by Dr. Mercado was filled on October 22, 2002. The data produced by Defendants is either incorrect and incomplete. **Plaintiffs request that Defendants produce all documents and information regarding Neurontin prescriptions written by Dr. Mercado and filled in 2000, 2001, 2002, 2003 and 2004.**

4. Defendants did not produce any documents or other information regarding sales calls and sales presentations its representatives made to Dr. Manuel Mercado, including identification of whether or not Neurontin samples were provided to Dr. Mercado during the sales call and/or presentation. **Plaintiffs request that Defendants produce all documents and information regarding sales calls and**

Mr. Cheffo
July 13, 2010
Page 3

> sales presentations their representatives made to Dr.
> **Manuel Mercado, including identification of whether or
> not Neurontin samples were provided to Dr. Mercado
> during the sales call and/or presentation, for the years
> 2000, 2001, 2002, 2003 and 2004.**
>
> 5. Defendants did not produce any documents regarding Dr.
>    Max Hernandez and Dr. Manuel Mercado's requests to
>    Defendants for information concerning the drug Neurontin.
>    Likewise, Defendants did not produce any correspondence,
>    call logs, or other documents concerning responsive
>    communications from Defendants to Dr. Hernandez and Dr.
>    Mercado. **Plaintiffs request that Defendants produce all
>    documents and information regarding requests for
>    information concerning Neurontin they received from Dr.
>    Max Hernandez and Dr. Manuel Mercado and any
>    correspondence, call logs, and other documents
>    regarding Defendants' responsive communications to Dr.
>    Hernandez and Dr. Mercado.**

The production of the above-requested documents was initially requested on November 10, 2009, when Plaintiffs' forwarded their Request for Production to Defendants. Additionally, on June 17, 2010, we forwarded a letter to you addressing the fact that Defendants failed to produce a single document in response to Plaintiffs' request for production. In an attempt to confer with you on the lack of production, we identified specific requests for production and again requested that Defendant produce the documents requested. Defendants have not supplemented their production with the requested documents and as a result, Plaintiffs will be forced to file a motion to compel.

This letter in no way amends or supersedes Plaintiffs' prior requests for documents, nor does it limit Plaintiffs' requests to the specific documents requested in this letter. This letter is only intended to (1) identify the missing information that was not included in the documents Defendants produced on June 21, 2010; and (2) confer on the matter by requesting the missing documents.

Mr. Cheffo
July 13, 2010
Page 4

Should you have any questions or comments, please do not hesitate to contact our office. Thanking you for your prompt attention with regard to the above, I remain

Sincerely,

THE LAW OFFICES OF GARCIA & KARAM, LLP

Chad W. Tolar

CWT:mld

cc:  Kenneth J. Ferguson (*via* Telecopier No. 512/474-1129)
     Jeffrey R. Lilly (*via* Telecopier No. 713/621-0204)

THE LAW OFFICE OF
## GARCIA & KARAM

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO:

| To | : | Mark Cheffo | 917/777-2183 |
| | | Kenneth J. Ferguson | 512/474-1129 |
| | | Jeffrey R. Miler | 713/621-0204 |
| Of | : | Apex Document Management, Inc. | |
| From | : | Mary Lou Doeppenschmidt | |
| Client/Matter | : | Maria, Jose M.A., Jose A., Carlos Fonseca Ind. Behalf Maria Fonseca (deceased); 04-6237 | |
| Date | : | July 13, 2010 | |

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Correspondence to Mr. Cheffo | 5 |
| | |
| | |
| | |

COMMENTS:
If you need any additional information, please call our office.

RICARDO A. GARCIA*
AIZAR J. KARAM, JR.
LINO H. OCHOA

Thank You,

820 SOUTH MAIN
MCALLEN, TEXAS 78501

956 630 2882

FAX 956 630 5393

www.garciakaram.com

## CONFIDENTIALITY NOTICE

*Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

This transmission and all documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege. The information is intended only for the use of the persons(s) to whom it is sent (as noted above). IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, PLEASE BE ADVISED THAT ANY DISCLOSURE OF THE CONTENTS OF THIS TRANSMISSION OF THE TAKING OF ANY ACTION IN RELIEANCE OF THE CONTENTS OF THE TRANSMISSION IS STRICTLY PROHIBITED. Please call us to arrange for the return of any documents accompanying this transmission. Thank you.

* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (956) 630-2882.

```
*************** -COMM. JOURNAL- ******************* DATE JUL-13-2010 ***** TIME 16:09 ********

       MODE = MEMORY TRANSMISSION              START=JUL-13 16:00      END=JUL-13 16:09

         FILE NO.=768

STN    COMM.        STATION NAME/EMAIL ADDRESS/TELEPHONE NO.       PAGES        DURATION
NO.

001    OK           ♯68319177772183                                005/005      00:01:35
002    634          ♯15124741129                                   000/005      00:00:00
003    634          ♯17136210204                                   000/005      00:00:00


                                                          -GARCIA & KARAM            -

***** KM-F1060 ********************* -              - ***** -                - *********
```

THE LAW OFFICE OF
GARCIA & KARAM

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO:

| | | |
|---|---|---|
| To | : Mark Cheffo | 917/777-2183 |
| | Kenneth J. Ferguson | 512/474-1129 |
| | Jeffrey R. Miler | 713/621-0204 |
| Of | : Apex Document Management, Inc. | |
| From | : Mary Lou Doeppenschmidt | |
| Client/Matter | : Maria, Jose M.A., Jose A., Carlos Fonseca Ind. Behalf Maria Fonseca (deceased); 04-6237 | |
| Date | : July 13, 2010 | |

| DOCUMENTS | NUMBER OF PAGES |
|---|---|
| Correspondence to Mr. Cheffo | 5 |
| | |
| | |
| | |

COMMENTS:
If you need any additional information, please call our office.

RICARDO A. GARCIA*
AIZAR J. KARAM, JR.
LINO H. OCHOA

Thank You,

820 SOUTH MAIN
MCALLEN, TEXAS 78501

956 630 2882

FAX 956 630 5393

www.garciakaram.com

*Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

### CONFIDENTIALITY NOTICE

This transmission and all documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege. The information is intended only for the use of the persons(s) to whom it is sent (as noted above). IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, PLEASE BE ADVISED THAT ANY DISCLOSURE OF THE CONTENTS OF THIS TRANSMISSION OF THE TAKING OF ANY ACTION IN RELIEANCE OF THE CONTENTS OF THE TRANSMISSION IS STRICTLY PROHIBITED. Please call us to arrange for the return of any documents accompanying this transmission. Thank you.

* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (956) 630-2882.

```
*************** -COMM. JOURNAL- ******************* DATE JUL-13-2010 ***** TIME 16:15 ********

        MODE = MEMORY TRANSMISSION            START=JUL-13 16:10    END=JUL-13 16:15

          FILE NO.=769

STN    COMM.       STATION NAME/EMAIL ADDRESS/TELEPHONE NO.      PAGES      DURATION
NO.

001    OK          ā#16915124741129                              005/005    00:01:22
002    OK          ā#16917136210204                              005/005    00:02:08


                                                              -GARCIA & KARAM           -

***** KM-F1060 ********************* -          - ***** -                     - *********
```

THE LAW OFFICE OF
GARCIA & KARAM

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO:

To        :  Mark Cheffo               917/777-2183
             Kenneth J. Ferguson       512/474-1129
             Jeffrey R. Miler          713/621-0204
Of        :  Apex Document Management, Inc.
From      :  Mary Lou Doeppenschmidt
Client/Matter :  Maria, Jose M.A., Jose A., Carlos Fonseca Ind. Behalf
              Maria Fonseca (deceased); 04-6237
Date      :  July 13, 2010

| DOCUMENTS | NUMBER OF PAGES |
|---|---|
| Correspondence to Mr. Cheffo | 5 |
| | |
| | |

COMMENTS:
If you need any additional information, please call our office.

RICARDO A. GARCIA*
AIZAR J KARAM, JR.                           Thank You,
LINO H. OCHOA

820 SOUTH MAIN
MCALLEN, TEXAS 78501

956 630 2882
FAX 956 630 5393
www.garciakaram.com

*Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

### CONFIDENTIALITY NOTICE

This transmission and all documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege. The information is intended only for the use of the persons(s) to whom it is sent (as noted above). IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, PLEASE BE ADVISED THAT ANY DISCLOSURE OF THE CONTENTS OF THIS TRANSMISSION OF THE TAKING OF ANY ACTION IN RELIEANCE OF THE CONTENTS OF THE TRANSMISSION IS STRICTLY PROHIBITED. Please call us to arrange for the return of any documents accompanying this transmission. Thank you.

* NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES,
PLEASE TELEPHONE US IMMEDIATELY AT (956) 630-2882.