## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| IN RE NEURONTIN MARKETING,   ) | MDL Docket No. 1629 |
| SALES PRACTICES AND PRODUCTS ) | |
| LIABILITY LITIGATION         ) | Judge Patti B. Saris |
| _____ ) | Magistrate Judge Leo T. Sorokin |
| )                              | |
| THIS DOCUMENT RELATES TO:    ) | |
| )                              | Civil Action No. 04-10981 |
| JOSE GARCIA                  ) | |
| C-06-348 Southern District of Texas, ) | |
| Corpus Christi Division      ) | |
| _____ ) | |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS PFIZER, INC., WARNER LAMBERT COMPANY LLC,  PARKE-DAVIS, A Division of Warner Lambert Company, and WARNER LAMBERT COMPANY

Plaintiff **JOSE GARCIA** moves the Court by this Motion to Compel for an order compelling Defendant Parke-Davis / Warner-Lambert and its parent Pfizer, Inc. to produce discovery and to respond to interrogatories.

### I.

On November 10, 2009, Plaintiff Jose Garcia submitted Interrogatories and Requests for Production to the Defendants.

### II.

The object of such discovery is to enable Plaintiff to depose the sales representatives and to prepare for the deposition of prescribing doctors and of Plaintiff Jose Garcia as ordered by Magistrate Judge Sorokin (Document Number 2125).

## III.

Defendants served their Response and Objections to Plaintiff's Interrogatories on December 28, 2009.  Defendants were served with Requests for Production on November 10, 2009.  Defendants served their Response and Objections to Plaintiff's Request for Production of Documents and Things on December 28, 2009.  Defendants failed to provide a single substantive answer in response to Plaintiff's Interrogatories and failed to produce a single document in response to Plaintiff's Requests for Production.  On June 30, 2010, Defendants produced a CD to Plaintiff containing documents bates numbered Pfizer_MDL_GarciaJ_0000001 through Pfizer_MDL_GarciaJ_0000020.  This sparse production of documents did not respond to Plaintiff's most basic discovery requests, including (1) the names of Defendants' sales representatives who called on Plaintiff's prescribing doctors; (2) the custodial files for Defendants' sales representatives who called on Plaintiff's prescribing doctors; (3) all sales calls notes for Defendants' sales representatives' calls to Plaintiff's prescribing doctors; (4) all samples provided by Defendants and their sales representatives to Plaintiff's prescribing doctors; (5) all communications to and from Defendants and Plaintiff's prescribing doctors concerning the drug Neurontin, including inquiries from the doctors to Defendants and Defendants' responses to the doctors; etc.  Defendants have produced little to no documentation and factual answers to Plaintiff's Interrogatories and Requests for Production, despite multiple follow-up letters, phone calls and attempts to confer.

**IV.**

Plaintiff seeks only core discovery from Defendants consistent with what has been produced in other Neurontin product liability litigation in this Court and in the state court cases in New York.  To the extent that Defendant refuses to produce discovery unless Plaintiff pays for such discovery, Plaintiff refers the Court to its Discovery Order Regarding Cost Shifting entered on March 25, 2010 (Document 2751).

**V.**

Plaintiff does not seek at this time or by this motion, and for the purposes of this motion specifically abates, discovery that would otherwise call for production of discovery from Defendants' marketing personnel at a level higher than employees and agents who had contact with her prescribing doctors or discovery of expert witnesses and reports.

**VI.**

Plaintiff Jose Garcia incorporates herein his Memorandum in Support of this Motion to Compel and the exhibits attached to the Declaration of his attorney, Ricardo A. Garcia.

**VII.**

**Request for Oral Argument**

Plaintiff respectfully requests oral argument on this Motion To Compel.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff Jose Garcia moves the Court to order Defendants to produce documents and information in response to his Requests for Production and to answer Interrogatories.

Respectfully submitted,

**GARCIA & KARAM, L.L.P.**
820 South Main
McAllen, Texas 78501
956-630-2882 (telephone)
956-630-5393 (facsimile)

By:   /s/ Ricardo A. Garcia
        RICARDO A. GARCIA
        State Bar No. 07643200
        Federal ID No. 1095
        AIZAR J. KARAM, JR.
        State Bar No. 00796860
        LINO H. OCHOA
        State Bar No. 00797168
        Federal Bar No. 272425

        **ATTORNEYS FOR PLAINTIFF**
        **JOSE GARCIA**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on the 3rd day of August, 2010.

To:

Mark Cheffo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Counsel for Defendants

        /s/ Ricardo A. Garcia
        Ricardo A. Garcia