UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) MDL Docket No. 1629 ) ) Judge Patti B. Saris ) Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: IRENE BARLOW 1:05CV175SS Western District of Texas | ) ) ) Civil Action No. 04-10981 ) ) ) |

**Plaintiff Irene Barlow's Request for Ruling on Motion to Compel (Document 2480)**

**Or, alternatively,**

**Request for Hearing and Argument on Motion to Compel (Document 2480)**

To the Honorable Court:

On February 9, 2010, Plaintiff Irene Barlow filed her Motion to Compel Defendants Warner-Lambert LLC et al to provide factual answers to interrogatories and to produce a pleading and documents responsive to requests for production. See Docket Number 2480. Defendant responded only by filing a motion to shift the costs of producing documents to Mrs. Barlow[1]. Document Numbers 2577, 2578, and 2580. The Court entered its order, Document Number 2751, on March 24, 2010, stating that "Mrs. Barlow's Motion is ALLOWED."

When Defendants neither filed factual responses to interrogatories nor a pleading and documents responsive to requests for production, Mrs. Barlow submitted her motion

---

[1] Plaintiff Barlow objects to Defendants filing a further response to her Motion to Compel, they having elected to stand on their Motion for Cost Shifting, as set out above, and the time for filing a response on the merits having passed, D. Mass Local Rule 7.1 (b)(2).

for contempt, Document Numbers 2847, 2848, which on August 4, 2010, the Court denied, reciting that its earlier order did not resolve disputes about any particular discovery requests in the earlier ruling on cost sharing.[2]

Accordingly, Plaintiff Irene Barlow respectfully requests that the Court Rule on the pending Motion, Document Number 2480, deny Defendants' Objections to the Interrogatories and Requests for Production and grant Plaintiffs Motion to Compel (Document 2480), and order Defendants to provide factual responses to her interrogatories and produce all documents responsive to her requests for production, together with a pleading identifying by category the documents produced.

Alternatively, Plaintiff Irene Barlow respectfully requests hearing and argument on her Amended Motion to Compel (Document 2480).

Respectfully submitted,

LAW OFFICES OF JACK W LONDON
3701 Bee Cave Rd., Suite 200
Austin, TX 78746
512-478-5858 (telephone)
512-479-5934 (facsimile)

By: _____
Jack W. London
State Bar No. 12512500

---

[2] While Defendant did 'respond' to Barlow's interrogatories and discovery requests, it did so by objecting to all of them, not by providing factual information or documents, except as detailed in the Exhibits in support of the Motion for Contempt.

WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, TX 78701
512-476-4600 (telephone)
512-476-5382 (facsimile)

ATTORNEYS FOR PLAINTIFF
IRENE BARLOW

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on August 5, 2010.

Dated: August 5, 2010

By: _____
Jack W. London, Esq.