# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>LILIA FELICI<br>M-05386 Southern District of Texas, McAllen Division | Civil Action No. 04-10981 |

### PLAINTIFF LILIA FELICI'S REQUEST FOR HEARING AND ARGUMENT ON MOTION TO COMPEL (DOCKET #2992)

**TO THE HONORABLE COURT:**

Plaintiff LILIA FELICI ("Plaintiff") respectfully requests hearing and argument on her Motion to Compel (Docket #2992) and Memorandum in Support of Motion to Compel (Docket #2993). Plaintiff filed her Motion to Compel and supporting pleadings with the Court on July 29, 2010.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff Lilia Felici prays that this honorable Court set her Motion to Compel for hearing at the Court's earliest convenience.

Respectfully submitted,

**GARCIA & KARAM, L.L.P.**
820 South Main
McAllen, Texas 78501
956-630-2882 (telephone)
956-630-5393 (facsimile)

By:  /s/ Ricardo A. Garcia
RICARDO A. GARCIA
State Bar No. 07643200
Federal ID No. 1095
AIZAR J. KARAM, JR.
State Bar No. 00796860
LINO H. OCHOA
State Bar No. 00797168
Federal Bar No. 272425
CHAD W. TOLAR
State Bar No. 24033394

**ATTORNEYS FOR PLAINTIFF LILIA FELICI**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on the 5th day of August, 2010.

To:

Mark Cheffo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Counsel for Defendants

/s/ Ricardo A. Garcia
Ricardo A. Garcia