UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1629<br><br>Judge Patti B. Saris<br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>JOSE MAGDALENO ARTURO FONSECA, AS REPRESENTATIVE OF THE ESTATE OF MARIA DEL SOCORRO FONSECA, DECEASED, AND JOSE MAGDALENO ARTURO FONSECA, JOSE ARTEMIO FONSECA, MARIA GUADALUPE FONSECA, MARTIN FONSECA, AND CARLOS FONSECA, INDIVIDUALLY<br>M-05-312 Southern District of Texas, McAllen Division | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-10981 |

## PLAINTIFFS' REQUEST FOR HEARING AND ARGUMENT ON MOTION TO COMPEL (DOCKET #2996)

TO THE HONORABLE COURT:

Plaintiffs JOSE MAGDALLENO ARTURO FONSECA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MARIA DEL SOCORRO FONSECA, DECEASED, JOSE ARTEMIO FONSECA, MARIA GUADALUPE FONSECA, MARTIN FONSECA AND CARLOS FONSECA ("Plaintiffs") respectfully requests hearing and argument on their (1) Motion to Compel (Docket #2996); (2) Memorandum in Support of Motion to Compel (Docket #3003); and (3) Declaration of Ricardo A. Garcia (Docket #2997). Plaintiffs filed their Motion to Compel and supporting pleadings with the Court on July 30, 2010.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray that this honorable Court set their Motion to Compel for hearing at the Court's earliest convenience.

Respectfully submitted,

**GARCIA & KARAM, L.L.P.**
820 South Main
McAllen, Texas 78501
956-630-2882 (telephone)
956-630-5393 (facsimile)

By:  /s/ Ricardo A. Garcia
RICARDO A. GARCIA
State Bar No. 07643200
Federal ID No. 1095
AIZAR J. KARAM, JR.
State Bar No. 00796860
LINO H. OCHOA
State Bar No. 00797168
Federal Bar No. 272425
CHAD W. TOLAR
State Bar No. 24033394

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on the 5th day of August, 2010.

To:

Mark Cheffo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Counsel for Defendants

/s/ Ricardo A. Garcia
Ricardo A. Garcia