UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| JAMES MICHAEL BURLESON<br>M-06-220 Southern District of Texas, McAllen Division | ) ) ) ) |

MDL Docket No. 1629

Judge Patti B. Saris
Magistrate Judge Leo T. Sorokin

Civil Action No. 04-10981

## PLAINTIFF JAMES MICHAEL BURLESON'S REQUEST FOR HEARING AND ARGUMENT ON MOTION TO COMPEL (DOCKET #2994)

**TO THE HONORABLE COURT:**

Plaintiff JAMES MICHAEL BURLESON ("Plaintiff") respectfully requests hearing and argument on his (1) Motion to Compel (Docket #2994), (2) Memorandum in Support (Docket #3002) and (3) Declaration of Ricardo A. Garcia (Docket #2995). Plaintiff filed his Motion to Compel and supporting pleadings with the Court on July 30, 2010.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff James Michael Burleson prays that this honorable Court set his Motion to Compel for hearing at the Court's earliest convenience.

Respectfully submitted,

**GARCIA & KARAM, L.L.P.**
820 South Main
McAllen, Texas 78501
956-630-2882 (telephone)
956-630-5393 (facsimile)

By:   /s/ Ricardo A. Garcia
RICARDO A. GARCIA
State Bar No. 07643200
Federal ID No. 1095
AIZAR J. KARAM, JR.
State Bar No. 00796860
LINO H. OCHOA
State Bar No. 00797168
Federal Bar No. 272425
CHAD W. TOLAR
State Bar No. 24033394

**ATTORNEYS FOR PLAINTIFF
JAMES MICHAEL BURLESON**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on the 5th day of August, 2010.

To:

Mark Cheffo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Counsel for Defendants

/s/ Ricardo A. Garcia
Ricardo A. Garcia