**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Judge Patti B. Saris <br> Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: <br><br> JOSE GARCIA <br> C-06-348 Southern District of Texas, Corpus Christi Division | Civil Action No. 04-10981 |

### PLAINTIFF JOSE GARCIA'S REQUEST FOR HEARING AND ARGUMENT ON MOTION TO COMPEL (DOCKET #3000)

**TO THE HONORABLE COURT:**

Plaintiff Jose Garcia ("Plaintiff") respectfully requests hearing and argument on his Motion to Compel (Docket #3000) and Memorandum in Support of Motion to Compel (Docket #3001). Plaintiff filed his Motion to Compel and supporting pleadings with the Court on August 3, 2010.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that this honorable Court set his Motion to Compel for hearing at the Court's earliest convenience.

Respectfully submitted,

**GARCIA & KARAM, L.L.P.**
820 South Main
McAllen, Texas 78501
956-630-2882 (telephone)
956-630-5393 (facsimile)

By: /s/ Ricardo A. Garcia
RICARDO A. GARCIA
State Bar No. 07643200
Federal ID No. 1095
AIZAR J. KARAM, JR.
State Bar No. 00796860
LINO H. OCHOA
State Bar No. 00797168
Federal Bar No. 272425

**ATTORNEYS FOR PLAINTIFF
JOSE GARCIA**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on the 5th day of August, 2010.

To:

Mark Cheffo, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Counsel for Defendants

/s/ Ricardo A. Garcia
Ricardo A. Garcia