# UNITED STATE DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| VIRGIL L. ANDERSON, ET AL vs. PFIZER INC., ET AL Case No. 06-11024-PBS | Magistrate Judge Leo Sorokin |
| MARTHA ACCETULLO, ET AL vs. PFIZER, INC., ET AL Case No. 06-10912-PBS | |
| KAMALIHA Y. BREWSTER, ET AL vs. PFIZER, INC, ET AL Case No. 06-11022-PBS | |
| CHARLES D. GIRARD, ET AL, vs. PFIZER, INC., ET AL Case No. 06-11023-PBS | |

### MOTION FOR LEAVE TO FILE PLAINTIFF, JOSHUA MARTINEZ' MOTION[1] TO REINSTATE HIS CLAIMS AND CAUSES OF ACTION AB INITIO

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JOSHUA MARTINEZ, Plaintiff and move for leave to file his Motion to Reinstate His Claims and Causes of Action ab initio.

---

[1] Ms. Kathryn Arthur of Skadden, Arps, Slate, Meagher & Flom, LLP called NBS on August 6, 2010 at 9:51 a.m. CST and said they take no position in this Motion.

WHEREFORE, Plaintiff request leave to file his Motion to Reinstate His Claims and Causes of Action ab initio.

                                  Respectfully submitted,

/s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway
Houston, Texas 77098
Telephone:   (713) 630-0708
Facsimile:    (713) 630-0789

## **CERTIFICATE OF CONFERENCE**

On August 2, 2010 at noon, CST, Jack W. Harang and I called (212) 735-3000 and when Catherine Stevens was not in we left her a voicemail message that we were calling her in regards to her letter of July 29, 2010 (Exhibit "F") and received Monday morning or Saturday (July 30th) and we "would like to discuss the issue further" with her as invited in her letter of July 29, 2010.  She did not return the call to either of us or send any further communications.

On Thursday, August 5, 2010 at 7:48 a.m. CST (8:48 a.m. EST) I called separately Mark Cheffo and left him a detailed voicemail message about our Motion to Reinstate Joshua Martinez' claim.  I called again and asked for Catherine Stevens.  Her secretary Barbara said she was not in but took a personal message for both Mr. Cheffo and Ms. Stevens to call me or Jack Harang or James Stegall, III in my absence.  I told both her that and Mr. Cheffo in my voicemail messages it concerned the letter to us of July 29, 2010 that if we did not hear from them we would show they are opposed to our motion and Order of Reinstatement ab initio of Mr. Joshua Martinez per his June 2008 dismissal, etc.

On Friday, August 6, 2010, at 9:51 a.m. CST, Ms. Kathryn Arthur returned my call and Defendants take no position to this Motion.

s/Newton B. Schwartz, Sr.  
NEWTON B. SCHWARTZ, SR.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served to all known parties on this 6th day of August, 2010.

s/Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.
