UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| VIRGIL L. ANDERSON, ET AL vs. PFIZER INC., ET AL Case No. 06-11024-PBS | Magistrate Judge Leo Sorokin |
| MARTHA ACCETULLO, ET AL vs. PFIZER, INC., ET AL Case No. 06-10912-PBS | |
| KAMALIHA Y. BREWSTER, ET AL vs. PFIZER, INC, ET AL Case No. 06-11022-PBS | |
| CHARLES D. GIRARD, ET AL, vs. PFIZER, INC., ET AL Case No. 06-11023-PBS | |

## ORDER

Came to be presented and heard Plaintiff Joshua Martinez' Motion to Reinstate his Claims and Cause of Action ab initio, and to rescind the Court's Order of Dismissal with Prejudice signed on June 19, 2008 (Exhibit "C") and the Plaintiff having shown good cause for such Reinstatement including in his attached Exhibits "A"-"F", to his Motion, it is

ORDERED that such claims and causes of action of Joshua Martinez is ORDERED reinstate nunc pro tunc ab initio from its filing herein.

Any taxable costs are assessed versus Plaintiff.

SIGNED AT BOSTON, MASSACHUSETTS THIS _____ DAY OF AUGUST/SEPTEMBER, 2010.

_____
U. S. DISTRICT JUDGE