# UNITED STATE DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| VIRGIL L. ANDERSON, ET AL vs. PFIZER INC., ET AL Case No. 06-11024-PBS | Magistrate Judge Leo Sorokin |
| MARTHA ACCETULLO, ET AL vs. PFIZER, INC., ET AL Case No. 06-10912-PBS | |
| KAMALIHA Y. BREWSTER, ET AL vs. PFIZER, INC, ET AL Case No. 06-11022-PBS | |
| CHARLES D. GIRARD, ET AL, vs. PFIZER, INC., ET AL Case No. 06-11023-PBS | |

## ORDER

Came to be presented and heard Plaintiff Joshua Martinez' Motion to Reinstate his Claims and Cause of Action ab initio, and to rescind the Court's Order of Dismissal with Prejudice signed on June 19, 2008 (Exhibit "C") and the Plaintiff having shown good cause for such including in his attached Exhibits "A"-"F", it is

ORDERED that such dismissal with prejudice is rescinded and it is ORDERED dismissed without prejudice nunc pro tunc per F.R.C.P. 41(a)(2).

SIGNED AT BOSTON, MASSACHUSETTS, THIS _____ DAY OF AUGUST/SEPTEMBER, 2010.

_____
U. S. DISTRICT JUDGE