UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1629 Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ) ) ) | Judge Patti B. Saris Mag. Judge Leo T. Sorokin |
| MARTHA ACCETTULLO et al. v. PFIZER INC. et al., 06-10912-PBS ) ) ) | |
| VIRGIL L. ANDERSON et al. v. PFIZER INC et al., 06-11024-PBS ) ) ) | |
| KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al., 06-11022-PBS ) ) ) | |
| CHARLES D. GIRARD, Sr. et al v. PFIZER, INC. et al., 06-11023-PBS ) ) ) | |

Amended Motion for Voluntary Dismissal

COMES NOW certain Plaintiffs in the above-referenced causes of action (as listed in Exhibit "A") and asks the court to dismiss their claims against all Defendants as authorized by Federal Rule of Civil Procedure 41(a)(2). Plaintiffs ask the court to dismiss these claims as they no longer intend to proceed with prosecution of the claims for which dismissal is sought herein.

The court may grant a motion for voluntary dismissal if the dismissal will not unfairly prejudice the nonmovant. Fed. R. Civ. P. 41(a)(2). Defendants will not be prejudiced by the dismissal of these claims, and Plaintiffs therefore ask this Honorable Court to grant their Motion for Voluntary Dismissal of all claims for each plaintiff and the correlating cause(s) of action listed in the attached Exhibit "A."

<u>Prayer</u>

For the foregoing reasons, Plaintiffs prays that the Court will grant their Motion for Voluntary Dismissal, dismissing all claims, with prejudice, for the individual Plaintiffs listed in Exhibit "A"; and for such other further relief, at law or in equity, to which they may show themselves to be justly entitled to receive.

Dated: June 4, 2008

                            Respectfully submitted,

                            /s/ Newton B. Schwartz, Sr.
                            NEWTON B. SCHWARTZ, SR.
                            *Law Offices of Newton B. Schwartz, Sr.*
                            Texas State Bar No.17869000
                            1911 Southwest Freeway
                            Houston, Texas 77098
                            Telephone:   (713) 630-0708
                            Facsimile:    (713) 630-0789

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served on June 4, 2008.

                            /s/ Newton B. Schwartz, Sr.
                            NEWTON B. SCHWARTZ, SR.

Case 1:04-cv-10981-PBS   Document 3010-2   Filed 08/06/10   Page 3 of 3
Case 1:04-cv-10981-PBS   Document 1311-2   Filed 06/04/2008   Page 1 of 1

FRCP 41 Dismissal                                                   Page 1 of 1

## Exhibit "A"

| NAME | CAUSE |
|---|---|
| Dametria Igbonawam, Individually and as Administratrix of the Estate of Alesha Brown | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Annette White | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Kristina Wilson | Martha Accettullo, et al.; 06-CV-10912-PBS |
| Joshua M. Martinez, Individually and as Personal Representative of the Estate of Teresa Huff | Martha Accettullo, et al.; 06-CV-10912-PBS; Charles D. Girard, Sr. et al.; 06-CV-11023-PBS |