FILINGFEEDUE

# U.S. District Court
## District of New Mexico – Version 4.0.3 (Albuquerque)
## CIVIL DOCKET FOR CASE #: 1:10−mc−00020−RB−ACT
### *Internal Use Only*

| | |
|---|---|
| Lyman v. Pfizer Inc. | Date Filed: 08/04/2010 |
| Assigned to: District Judge Robert C. Brack | Jury Demand: None |
| Referred to: Magistrate Judge Alan C. Torgerson | Nature of Suit: 890 Other Statutory Actions |
| Case in other court: Massachusetts, 04−64704 | Jurisdiction: Federal Question |
| Cause: 28:1331 Fed. Question | |

**Plaintiff**

**Gary Lyman**     represented by  **Michael S Feldman**
Jacoby &Meyers, LLP
1279 Route 300
Newburgh, NY 12551
1−800−890−3090 x5138
Fax: 845−352−9529
Email: mfeldman@jmlawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**     represented by  **Stephen E Oertle**
Wheeler Trigg O'Donnell LLP
1801 California St
Suite 3600
Denver, CO 80202
303−244−1959
Email: oertle@wtotrial.com
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**Darren Mancuso**     represented by  **Candace J Cavanaugh**
*Non−party Witness*     Butt Thornton &Baehr PC
4101 Indian School Rd. NE
Suite 300S
Albuquerque, NM 87110
(505) 884−0777
Fax: 505−889−8870
Email: cjcavanaugh@btblaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|

1

| 08/04/2010 | 1 | 3 | *** FILED IN ERROR *** NOTICE to Take Foreign Deposition from Darren Mancuso., filed by Darren Mancuso. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhhibit 2, # 3 Exhibit Exhibit 3)(Cavanaugh, Candace) Modified text on 8/5/2010 (gr). (Entered: 08/04/2010) |
|---|---|---|---|
| 08/04/2010 | 2 | 14 | NOTICE to Take Foreign Deposition from Darren Mancuso., filed by Darren Mancuso.(Cavanaugh, Candace) (Entered: 08/04/2010) |
| 08/05/2010 | 3 | 15 | MOTION to Quash *Subpoena Duces Tecum* by Darren Mancuso. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3)(Cavanaugh, Candace) (Entered: 08/05/2010) |
| 08/05/2010 | | | U.S. District Judge Robert C. Brack is assigned. (jm) (Entered: 08/05/2010) |
| 08/05/2010 | | | [COURT ONLY] (Court only) ***Staff notes: $39 Filing Fee; VM/LM to Janice with Butt Thornton &Baehr PC regarding fee due and judge assignment (jm) (Entered: 08/05/2010) |
| 08/05/2010 | | | [COURT ONLY] (Court only) ***Staff notes Per the request of Judge Brack, Darren Mancuso, D.O.'s Motion to Quash Subpoena Duces Tecum (Doc. 3), filed on August 5, 2010, to be referred to a magistrate judge. J. Montoya informed chambers that matter had been randomly assigned to Judge Torgerson. Per J. Roberts, an order of reference is not needed for Judge Torgerson to address this discovery motion. (aml) (Entered: 08/05/2010) |
| 08/05/2010 | 4 | 26 | MINUTE ORDER reassigning Magistrate Judge Alan C. Torgerson. District Judge Robert C. Brack no longer assigned to case. (ah) (Entered: 08/05/2010) |
| 08/05/2010 | 5 | 27 | PFIZER'S RESPONSE Requesting Motion to Quash subpoena be transferred to MDL Court in District of Massachusetts 3 (mlg) (Entered: 08/05/2010) |
| 08/05/2010 | 6 | 43 | ORAL ORDER transferring motion to quash the subpoena duces tecum to the District of Masschusettes for ruling pursuant to 28 U.S.C. §1407(b) by Magistrate Judge Alan C. Torgerson; Re 5 Response and 3 MOTION to Quash (mlg) [THIS IS A TEXT–ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 08/05/2010) |