AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| Gary Lyman | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 04-CV-6704-PBS |
| Pfizer, Inc., et al. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | District of Massachusetts ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Dr. Darren Mancuso

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: University of New Mexico Children's Psychiatric Hospital—Conference Room in Main Building 1001 Yale Blvd., Albuquerque, NM 87106 | Date and Time: 08/09/2010 9:00 am |
|---|---|

The deposition will be recorded by this method: Certified Court Reporter and Videographer

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

All items listed in Exhibit A to this Subpoena.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 07/28/2010

*CLERK OF COURT*

OR  /s/ [signature]

Signature of Clerk or Deputy Clerk      *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Pfizer, Inc. , who issues or requests this subpoena, are:
Stephen E. Oertle, Esq., Wheeler Trigg O'Donnell LLP, 1801 California Street, Suite 3600, Denver, CO 80202
(303) 244-1959; oertle@wtotrial.com



## EXHIBIT A

The deponent shall make the following documents and things available for the purposes of inspection and copying:

1. The deponent's curriculum vitae.

2. All documents, records, correspondence, and other materials reviewed by the deponent in preparation for this deposition.

3. All documents, records, correspondence, and other materials in the deponent's possession relating to the care and treatment of Plaintiff.

4. All documents, records, correspondence, or other materials which the deponent received from or sent to Plaintiff's counsel, or any of Plaintiff's experts, agents and representatives in connection with the above-captioned matter or any litigation involving Neurontin.

5. All documents, including any notes, memoranda, recordings, or other materials related to any conversation (whether in person, telephonic, or otherwise) with Plaintiff's counsel, or any of Plaintiff's experts, agents and representatives in connection with the above-captioned matter or any litigation involving Neurontin.

Page 1 of 3
Case 1:04-cv-10981-PBS Document 2911-2 Filed 08/06/10 Page 3 of 8
Case 1:10-mc-00020-RBACT Document 1-2 Filed 08/04/10 Page 3 of 3

## Candace Cavanaugh

**From:** Candace Cavanaugh
**Sent:** Wednesday, August 04, 2010 1:20 PM
**To:** 'Saxon, Sean'; Michael Feldman; Oertle, Stephen
**Cc:** Kelly Casey; Kenneth Fromson; Michele Fay
**Subject:** RE: Lyman - Amended Subpoena to Dr. Mancuso

Mr. Feldman,

We are requesting the vacation and rescheduling of the deposition of Dr. Mancuso. We only received notice yesterday, August 3, 2010 of this deposition for August 9, 2010. I am unavailable to attend with my client, Dr. Mancuso. I am in depositions in California for 3 days over the 9th of August. I did ask the other two attorneys in the firm, who could have covered, but they are both in different parts of the country taking their own depositions. I apologize for the inconvenience, but Dr. Mancuso requests representation and he is entitled to that. We are happy to work with you and other counsel to reschedule.

If you cannot or will not agree, I will have to file a Motion to Quash. Again, I would rather work something else out to just reschedule the matter. Please advise.

Thank you.
Sincerely,
Candace J. Cavanaugh



**Candace J. Cavanaugh**
Attorney
Butt Thornton & Baehr PC, 4101 Indian School Rd. N.E., Suite 300S, Albuquerque, New Mexico 87110
v: (505) 884-0777 f: (505) 889-8870

CONFIDENTIALITY NOTICE: This message is confidential and intended only for the use of the individual or entity to whom it is addressed. It may contain confidential attorney/privileged information which is legally protected by law from disclosure. You are notified that if you are not the intended recipient, then reading or disclosing this communication is prohibited. If you have received this communication in error, please immediately notify us by return e-mail

ALFA INTERNATIONAL
THE GLOBAL LEGAL NETWORK

---

**From:** Saxon, Sean [mailto:saxon@wtotrial.com]
**Sent:** Wednesday, August 04, 2010 12:36 PM
**To:** Michael Feldman; Oertle, Stephen; Candace Cavanaugh
**Cc:** Kelly Casey; Kenneth Fromson; Michele Fay
**Subject:** RE: Lyman - Amended Subpoena to Dr. Mancuso

Mr. Feldman - I have not asked you to consent to the adjournment of the deposition, nor have I told Dr. Mancuso's attorney, Ms. Cavanaugh (who is copied here), that we would consent to an adjournment. I am simply letting you know that Ms. Cavanaugh has requested an adjournment. I suggest you speak with her (505-884-0777) if you need any further information. - Sean Saxon

---

**From:** Michael Feldman [mailto:MFeldman@jmlawyer.com]
**Sent:** Wednesday, August 04, 2010 12:31 PM
**To:** Saxon, Sean
**Cc:** 'Kelly Casey'; Kenneth Fromson; Michael Feldman; Michele Fay
**Subject:** RE: Lyman - Amended Subpoena to Dr. Mancuso

8/4/2010

Case 1:04-cv-10981-PBS Document 2911-2 Filed 08/06/10 Page 4 of 8
Case 1:10-mc-00020-RB-ACT Document 1-2 Filed 08/04/10 Page 2 of 3
Page 2 of 3

Mr. Saxon
Attachment is not opening.
I booked a flight from New York to Albuquerque and cannot consent to the adjournment of Dr. Mancuso's deposition scheduled for Monday.

Michael Feldman


**Michael S. Feldman, Esq.**
Partner
**Jacoby & Meyers, LLP**
(Mailing address)
1279 Route 300
Newburgh, New York 12551
1-877-JMLAWYER
1-800-890-3090 x 5138
mfeldman@jmlawyer.com
fax 845-352-9529

---

**From:** Saxon, Sean [mailto:saxon@wtotrial.com]
**Sent:** Wednesday, August 04, 2010 2:08 PM
**To:** Michael Feldman
**Cc:** Oertle, Stephen
**Subject:** RE: Lyman - Amended Subpoena to Dr. Mancuso

Is the attachment not opening? Or, is it that you can't open it because you are on your mobile device?

Anyway, the doctor's new lawyer has asked to continue the date because she has a conflict.

---

**From:** Michael Feldman [mailto:MFeldman@jmlawyer.com]
**Sent:** Wednesday, August 04, 2010 12:00 PM
**To:** Saxon, Sean
**Subject:** RE: Lyman - Amended Subpoena to Dr. Mancuso

Mr. Saxon:
I am unable to open your attachment  Is Doctor Mancuso's Deposition scheduled for  August 9th  being adjourned?

Michael Feldman


**Michael S. Feldman, Esq.**
Partner
**Jacoby & Meyers, LLP**
(Mailing address)
1279 Route 300
Newburgh, New York 12551
1-877-JMLAWYER
1-800-890-3090 x 5138
mfeldman@jmlawyer.com
fax 845-352-9529

---

**From:** Saxon, Sean [mailto:saxon@wtotrial.com]
**Sent:** Wednesday, August 04, 2010 1:54 PM
**To:** cjcavanaugh@btblaw.com
**Cc:** Oertle, Stephen; Michael Feldman
**Subject:** Lyman - Amended Subpoena to Dr. Mancuso

Ms. Cavanaugh-

Page 3 of 3
Case 1:04-cv-10981-RBS Document 3011-2 Filed 08/06/10 Page 5 of 8
Case 1:10-mc-00020-RB-ACT Document 1-2 Filed 08/04/10 Page 3 of 3

Attached please find an amended subpoena for Dr. Mancuso's August 9th deposition, as well as a cover letter confirming Dr. Mancuso's consent to accept service of the subpoena by mail.

I have copied Michael Feldman, counsel for Plaintiff, on this email so you can communicate with him directly about re-scheduling Dr. Mancuso's deposition. Mr. Feldman's office number is 800-890-3090 x 5138.

Please let me know that you received this message.

Thanks,

Sean

Sean G. Saxon
Of Counsel
303.244.1842

This Email has been scanned for all viruses by PAETEC Email Scanning Services, utilizing MessageLabs proprietary SkyScan infrastructure. For more information on a proactive anti-virus service working around the clock, around the globe, visit http://www.paetec.com.

Confidentiality Notice
This email and the information contained herein and attachments hereto are legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, you are hereby notified that any forwarding, dissemination, distribution or copying of this email and/or its attachments, or the taking of any action in reliance on the contents thereof is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply email, delete the email and any attachments and destroy all copies of the original message. Thank you.

This Email has been scanned for all viruses by PAETEC Email Scanning Services, utilizing MessageLabs proprietary SkyScan infrastructure. For more information on a proactive anti-virus service working around the clock, around the globe, visit http://www.paetec.com.

Confidentiality Notice
This email and the information contained herein and attachments hereto are legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, you are hereby notified that any forwarding, dissemination, distribution or copying of this email and/or its attachments, or the taking of any action in reliance on the contents thereof is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply email, delete the email and any attachments and destroy all copies of the original message. Thank you.

8/4/2010

Case 1:04-cv-10981-PBS   Document 3011-3   Filed 08/06/10   Page 6 of 8
Case 1:10-mc-00020-RB-ACT   Document 1-3   Filed 08/04/10   Page 1 of 2
Page 1 of 2

## Candace Cavanaugh

| | |
|---|---|
| **From:** | Michael Feldman [MFeldman@jmlawyer.com] |
| **Sent:** | Wednesday, August 04, 2010 1:35 PM |
| **To:** | Candace Cavanaugh; Kenneth Fromson; Michele Fay; Kelly Casey; Michael Feldman |
| **Subject:** | Re: Lyman - Amended Subpoena to Dr. Mancuso |
| **Attachments:** | image001.jpg; image002.jpg; BTBLogo; ATT00001.htm; ALFALogo; ATT00002.htm |

Candice:
I am not in a position to consent to adjourn deposition of Dr Mancuso.
Defense counsel advised me of this deposition quite some time ago.
I have non refundable tickets
For flight to Albuquerque
From New York
My understanding is that Dr
Mancuso knew of this deposition a while ago.
I am booked solid thru September
12th which is the courts deadline for depositions.
Unfortunately I cannot consent

Michael Feldman


Michael S. Feldman, Esq.
Partner
Jacoby & Meyers, LLP
1279 Route 300
P.O. Box 1111
Newburgh, New York 12551
800-890-3090 x5138

Sent from my iPhone
(please excuze typos)

CONFIDENTIAL NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain confidential information that is privileged, confidential and exempt from disclosure. Any dissemination, distribution or copying of this communication, with any and all attachments, is strictly prohibited.
If you have received this communication in error, please immediately notify me by telephone at (800) 890 3090 x 5138 or by reply email and delete this message. Do not copy or distribute it to anyone other than the intended recipient. Thank you.

On Aug 4, 2010, at 3:19 PM, "Candace Cavanaugh" <cjcavanaugh@btblaw.com> wrote:

> Mr. Feldman,
>
> We are requesting the vacation and rescheduling of the deposition of Dr. Mancuso. We only received notice yesterday, August 3, 2010 of this deposition for August 9, 2010. I am unavailable to attend with my client, Dr. Mancuso. I am in depositions in California for 3 days over the 9th of August. I did ask the other two attorneys in the firm, who could have covered, but they are both in

8/4/2010

Page 2 of 2

Case 1:04-cv-10981-RBS Document 2011-3 Filed 08/06/10 Page 7 of 8
Case 1:10-mc-00020-RB-ACT Document 1-3 Filed 08/04/10 Page 2 of 2

different parts of the country taking their own depositions. I apologize for the inconvenience, but Dr. Mancuso requests representation and he is entitled to that. We are happy to work with you and other counsel to reschedule.

If you cannot or will not agree, I will have to file a Motion to Quash. Again, I would rather work something else out to just reschedule the matter. Please advise.

Thank you.
Sincerely,
Candace J. Cavanaugh

---

**Confidentiality Notice**
**This email and the information contained herein and attachments hereto are legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this email is not the intended recipient, you are hereby notified that any forwarding, dissemination, distribution or copying of this email and/or its attachments, or the taking of any action in reliance on the contents thereof is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply email, delete the email and any attachments and destroy all copies of the original message.**
**Thank you.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY LYMAN,

       Plaintiff,

vs.                                                                                                         No. 04-CV-6704-PBS
                                                                                                 District of Massachusetts

PFIZER, INC., *et. al.*,

       Defendants.

### DARREN MANCUSO, D.O.'S NOTICE OF NONAPPEARANCE

COMES NOW non-party witness Darren Mancuso, D.O., through his attorneys, Butt Thornton & Baehr PC, and serves notice on Defendant Pfizer, Inc., that he will not appear at his deposition scheduled for August 9, 2010. The reason for his nonappearance is that Dr. Mancuso wishes to be represented by the counsel of his choosing. Counsel is unavailable on August 9, 2010.

                                                                         BUTT THORNTON & BAEHR PC

                                                                         Candace J. Cavanaugh
                                                                         Attorneys for Darren Mancuso, D.O.
                                                                         P.O. Box 3170
                                                                         Albuquerque, NM 87190-3170
                                                                         Telephone: (505) 884-0777