## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )MDL Docket No. 1629 )  )Judge Patti B. Saris )Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO: | ) )Civil Action No. 04-10981 |

*Jessie Allen, et al.* **v.** *Pfizer, Inc., Case No. 1:07cv11795 PBS* )
*Est. of Leroy Andereson, et al v. Pfizer, Case No. 1:0835-PBS*
*Mary Cooper, et al v. Pfizer, Inc. Case No. 1:05cv10834-PBS*)

)

---

### PLAINTIFFS' RESPONSE TO MOTION TO DISMISS FOR FAILURE TO COMPLY WITH JULY 12, 2010 ORDER

---

Plaintiffs herein, through the undersigned attorney, submit their PLAINTIFFS' RESPONSE TO MOTION TO DISMISS FOR FAILURE TO COMPLY WITH JULY 12, 2010 ORDER, as follows:

1. Plaintiffs, Donald Conn, Aleice Garrett, Theodore Crystian, Faith Ford, Ellaweise Lacy, Shirley Drennan, Patricia McBeath, and Laperial Melvin have not failed to participate in discovery, but in fact have propounded and responded to discovery in addition to supplying medical providers lists and medical records to Defendant.

2. The Defendant is not prejudiced by Plaintiff's delivery of the medical authorizations via overnight mail on July 23, 2010, particularly when the Defendant received the authorizations the next business day.

3. The Defendant admittedly was informed that the medical authorizations were being delivered via overnight mail on July 23, 2010 and voiced no objection thereto.

4.  Plaintiffs' incorporate herein their Memorandum In Support of Plaintiffs'

Response to Defendant's Motion to Dismiss.

WHEREFORE, Plaintiffs requests that the Defendant's Motion to Dismiss be

denied.

Respectfully Submitted,

BY:   **/s/ Levi Boone, III**
          Levi Boone, III, MSB #3686
          **BOONE LAW FIRM, P.A**.
          401 West Sunflower Avenue
          Post Office Box 1772
          Cleveland, MS 38732
          TEL: 662-843-7946
          FAX: 662-843-7950

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 7, 2010.

/s/ Levi Boone, III
Levi Boone, III, Esq., MSB# 3686