UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING,  :
        SALES PRACTICES AND  : Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION  :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:  :
:
VORHOLT v. PFIZER INC.  :
Individual Case No. 08-10740  :
:
------------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS' NOTICE OF WITHDRAWAL
OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR
<u>PLAINTIFFS CAROL A. VORHOLT AND THOMAS VORHOLT</u>**

    PLEASE TAKE NOTICE that Finkelstein & Partners, LLP, hereby withdraw their Motion for Leave to Withdraw as Counsel for Plaintiffs Carol A. Vorholt and Thomas Vorholt.

*See* ECF Doc. ## 2958, 2959 and 2960.

Dated:  August 9, 2010                          Respectfully submitted,

                                              *Members of Products Liability*
                                              *Plaintiffs' Steering Committee*

                              By:    <u>/s/ **Andrew G. Finkelstein**</u>
                                    Andrew G. Finkelstein, Esquire
                                    Finkelstein & Partners, LLP
                                    1279 Route 300, P.O. Box 1111
                                    Newburgh, NY  12551

                              By:    <u>/s/ **Jack W. London**</u>
                                    Jack W. London, Esquire
                                    Law Offices of Jack W. London
                                      & Associates
                                    3701 Bee Cave Road, Suite 200
                                    Austin, TX  78746

## **CERTIFICATE OF SERVICE**

      I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on August 9, 2010.

Dated:  August 9, 2010

                                        /s/ Kenneth B. Fromson
                                        Kenneth B. Fromson