UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

PRODUCTS LIABILITY CASES

Magistrate Judge Leo T. Sorokin

------------------------------------------------------------x

**DEFENDANTS' LIST OF REMAINING *PRO SE* PRODUCT LIABILITY CASES AND PROPOSAL FOR COMPLETION OF INITIAL FACT DISCOVERY**

Pursuant to Magistrate Judge Leo T. Sorokin's June 9, 2010, Order, [2839], Defendants submit a list of the remaining *pro se* products liability cases, attached hereto as Exhibit A. Magistrate Judge Sorokin also ordered on June 9, 2010, that Defendants submit a proposal for the completion of the following discovery in each of these cases: depositions of Plaintiffs, depositions of the prescribing physicians, and depositions of the appropriate sales representatives.

There are approximately 31 remaining *pro se* Plaintiffs in this MDL.[1] Defendants propose that Plaintiffs will provide to Defendants: (1) responses to template discovery (to the extent not already provided); (2) authorizations; (3) a list of all healthcare providers, as required by Discovery Order No. 2 [372]; (4) the date of alleged injury; and (5) the death certificate and letters testamentary (if applicable), in all *pro se* cases by no later than November 30, 2010. Defendants will also provide responses to template discovery, to the extent not already provided, by no later than November 30, 2010.

The parties will continue the process of collecting records and responding to outstanding discovery. In the case of medical and pharmacy records, because the records

---

[1] These case numbers exclude those *pro se* cases separately included within the cases moving forward with initial discovery by September 2010.

are in the possession of entities not parties to this litigation, and can vary in complexity, it is not possible to establish firm deadlines for the completion of the records collection process.

Beginning on January 3, 2011, Defendants propose that the parties will begin to take depositions regarding the claims of 5 *pro se* Plaintiffs per month. This shall include Plaintiff, any prescribing physician(s), and appropriate sales representatives. At the beginning of January 2011, and each month thereafter, counsel for Defendants will review the status of records collection and identify those cases that are ready for depositions to be completed. Defendants will notify Plaintiffs in those cases ready for depositions, suggest a schedule for the depositions, and give Plaintiffs an opportunity to object in writing, consistent with Discovery Order No. 2 [372]. If agreement cannot be reached regarding which depositions to take, the parties will apply to the Court for resolution of any disputes.

## CONCLUSION

Defendants' respectfully request that the Court adopt this Proposal for Completion of Initial Fact Discovery in the *Pro Se* Cases.

Dated: August 9, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

2

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
Ana M. Francisco
BBO #564346

One International Place
Boston, MA 02110
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on August 9, 2010.

/s/ Ana M. Francisco
Ana M. Francisco

3