# EXHIBIT A

*In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*
**List of Remaining *Pro Se* Product Liability Cases**

| Plaintiff | Docket # |
|---|---|
| Adkins, Donna Joyce | 06-10539 |
| Ballard, Dellapino | 06-11154 |
| Beckworth, Dorothy | 06-12213 |
| Brown, Sidney | 05-11037 |
| Cascio, Joseph | 06-10536 |
| Cook, Earl Richard | 06-10777 |
| Dane, Krystie | 05-12384 |
| Dees, John | 05-11028 |
| Edwards, Keith P. | 05-11701 |
| Fenelon, James[2] | 06-11581 |
| Lynch, Cynthia Ulett | 07-11280 |
| Marzolo, Paul | 05-12387 |

---

[2] Magistrate Judge Sorokin recommended this case for dismissal in Discovery Order 25. Judge Saris did not adopt that recommendation due to Plaintiff's untimely objection.

| | |
|---|---|
| McLendon, Denise | 08-12034 |
| Monsue, Ann | 08-11533 |
| Montgomery, William | 05-11032 |
| Morrow, Jason[3] | 06-11579 |
| Mustafa, Fazila | 06-11394 |
| Paulsen, Patti | 05-10830 |
| Populis, Theodore | 05-11030 |
| Richey, Linda | 05-12000 |
| Sanutti, Grace | 05-11702 & 05-11750 |
| Smith, Rosemary | 06-10535 |
| Stadler, Jason | 08-11330 |
| Sumait, Rosalia | 05-10832 |
| Treater, Teresa | 05-12123 |

---

[3] Defendants note that previous correspondence with this Plaintiff has been returned as undeliverable. (*See* Products Liability Plaintiffs' Liaison Counsel's Report to the Court Concerning Certification of Products Liability Cases dated February 6, 2008 [1117], Line No. 134 of Exhibit A, stating that "correspondence to plaintiff returned as undeliverable".)

| | |
|---|---|
| Tumblin, Louis E.[4] | 10-11310 |
| Vinyard, Janice | 07-12233 |
| Vorholt, Carol A. | 08-10740 |
| Watson, Scott Alan | 05-12002 |
| Werner, Carole | 05-11994 |
| Young, Brent D. | 06-11446 |

---

[4] Judge Stephen P. Friot of the District Court for the Western District of Oklahoma granted Pfizer's Motion to Dismiss on July 22, 2010. Plaintiff has until August 12, 2010, to file an Amended Complaint.