UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| MARTHA ACCETULLO et al. v. PFIZER INC. et al., 06-10912-PBS | |
| VIRGIL L. ANDERSON et al. v. PFIZER INC et al., 06-11024-PBS | |
| KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al., 06-11022-PBS | |
| CHARLES D. GIRARD, Sr. et al v. PFIZER, INC. et al., 06-11023-PBS | |

**RESPONSE TO DEFENDANTS' MOTION TO DISMISS
FOR FAILURE TO COMPLY WITH JULY 14, 2010 ORDER**

COMES NOW Mary Accetullo, Alesha Brown, Anne Bruce, Gwenna Byrum-Hill, Garry Clemons, Wilbur Conyers, Coleen Craig, Kelly Deleon, Sharon Emmons, Nikko Gonzalez, Karen Greer, Kenneth Gross, Donald Hildebrand, Carla Jones, Mario Laspina, Janice Lee, Jacqueline Manning, Darren Marlow, Marlene McIntyre, Wanda Nichols, Lonnie Payne, Richardson Perdue, Doris Smith, Dorothy Smith, and Annette White, Plaintiffs herein, and files this response to Defendants' motion seeking dismissal of their claims, and in support thereof would show the Court as follows:

On July 14, 2010 Magistrate Judge Sorokin issued an order directing attorney Schwartz to provide deficient authorizations to Defendants by no later than July 26, 2010. (Further Discovery Order Regarding All Schwartz Products Cases [2890].) In compliance with the

Court's order, attorney Schwartz did in fact provide on or before the July 26, 2010 deadline all medical authorizations for all Plaintiffs except the following: Alesha Brown, Anne Bruce, Garry Clemons, Coleen Craig, Nikko Gonzalez, Mario Laspina, Darren Marlow, and Lonnie Payne. As to the eight plaintiffs for whom no authorizations were provided, attorney Schwartz intends file a motion for voluntary dismissal or withdrawal as counsel with regard to the claims of these individuals.

The grounds upon which Plaintiffs request that Defendants motion be denied is set forth in greater detail in the accompanying memorandum of law.

WHEREFORE, Plaintiffs ask the court to deny Defendants motion [2988] seeking dismissal of Plaintiffs claims.

Dated: August 9, 2010

Respectfully submitted,

 /s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway
Houston, Texas 77098
Telephone:    (713) 630-0708
Facsimile:    (713) 630-0789

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served on August 9, 2010.

 /s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.