UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LIABILITY LITIGATION ) | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |
| MARTHA ACCETTULLO et al. v. PFIZER INC. et al., 06-10912-PBS | |
| VIRGIL L. ANDERSON et al. v. PFIZER INC et al., 06-11024-PBS | |
| KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al., 06-11022-PBS | |
| CHARLES D. GIRARD, Sr. et al v. PFIZER, INC. et al., 06-11023-PBS | |

**MEMORANDUM IN SUPPORT OF
RESPONSE TO DEFENDANTS' MOTION TO DISMISS
FOR FAILURE TO COMPLY WITH JULY 14, 2010 ORDER**

COMES NOW Mary Accetullo, Alesha Brown, Anne Bruce, Gwenna Byrum-Hill, Garry Clemons, Wilbur Conyers, Coleen Craig, Kelly Deleon, Sharon Emmons, Nikko Gonzalez, Karen Greer, Kenneth Gross, Donald Hildebrand, Carla Jones, Mario Laspina, Janice Lee, Jacqueline Manning, Darren Marlow, Marlene McIntyre, Wanda Nichols, Lonnie Payne, Richardson Perdue, Doris Smith, Dorothy Smith, and Annette White, Plaintiffs herein, and files this Memorandum in Support of their Response to Defendants' Motion to Dismiss for Failure to Comply with July 14, 2010 Order, and would show as follows:

Defendants seek the dismissal of the claims of twenty-six (26) above-listed Plaintiffs represented by attorney Schwartz on the basis that updated disclosures and medical

authorizations were not provided to Defendants by these Plaintiffs on or before July 26, 2010 in compliance with the Court's order of July 14, 2010. (Further Discovery Order Regarding All Schwartz Products Cases [2890].)  However, the medical authorizations for all but eight of the Plaintiffs listed in Defendants motion were in fact produced in compliance with the Court's order.

On July 16, 2010, updated authorizations were sent to Defendants by Federal Express Overnight Delivery for, among others, Plaintiffs Gwenna Byrum-Hill and Karen Greer.  (See Exhibit "A", confirmation of Federal Express delivery on July 17, 2010.)  On July 20, 2010, attorney Schwartz again submitted by Federal Express Overnight Delivery updated authorizations for the following Plaintiffs: Mary Accetullo, Wilbur Conyers, Kelly Deleon, Sharon Emmons, Kenneth Gross, Donald Hildebrand, Carla Jones, Janice Lee, Jacqueline Manning, Marlene McIntyre, Wanda Nichols, Richardson Perdue, Doris Smith, Dorothy Smith, and Annette White. (See Exhibit "B", confirmation of Federal Express delivery on July 21, 2010.)

Further, Plaintiff intends to seek voluntary dismissal or withdrawal as counsel for the eightt plaintiffs for whom no authorizations were provide.  These plaintiffs include: Alesha Brown, Anne Bruce, Garry Clemons, Coleen Craig, Nikko Gonzalez, Mario Laspina, Darren Marlow, and Lonnie Payne.

As Plaintiffs herein have provided the authorizations required by the Court's order of July 14, 2010, and/or seek additional time only so as to facilitate voluntary dismissal or withdrawal of counsel, Plaintiffs ask the Court to deny in all things Defendants Motion to Dismiss for Failure to Comply with July 14, 2010 Order [2988].

WHEREFORE, Plaintiffs ask the court to deny Defendants motion [2988] seeking dismissal of Plaintiffs claims.

Dated: August 9, 2010

Respectfully submitted,

 /s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.
*Law Offices of Newton B. Schwartz, Sr.*
Texas State Bar No.17869000
1911 Southwest Freeway
Houston, Texas 77098
Telephone:     (713) 630-0708
Facsimile:     (713) 630-0789

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served on August 9, 2010.

 /s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.