UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL BOONE PRODUCT LIABILITY ACTIONS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

------------------------------------------------------------x

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS FOR FAILURE TO COMPLY WITH JULY 12, 2010 ORDER**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully move for leave to submit a reply memorandum in support of their Motion to Dismiss for Failure to Comply with July 12, 2010 Order [2984]. In their Memorandum in Support of Plaintiffs' Response to Defendants' Motion to Dismiss for Failure to Comply with July 12, 2010 Order, [3014], Plaintiffs' counsel argues that 47 Plaintiffs should not be dismissed, in accordance with this Court's June 9, 2010, and July 12, 2010, Orders, but instead that Plaintiffs' counsel should be granted leave to withdraw. Defendants request leave to file a reply in order to address this proposal by Plaintiffs' counsel.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed reply memorandum, attached hereto as Exhibit 1.

Dated: August 10, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
    Ana M. Francisco
    BBO # 564346

One International Place
Boston, MA 02110
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Katherine Armstrong
Katherine Armstrong

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 10, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco