# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------- x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
:
---------------------------------------------- x Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
ALL BOONE PRODUCT LIABILITY ACTIONS : Sorokin
:
: PROPOSED
---------------------------------------------- x DOCUMENT

### DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS FOR FAILURE TO COMPLY WITH JULY 12, 2010 ORDER

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") submit this reply memorandum in further support of their Motion to Dismiss for Failure to Comply with July 12, 2010 Order [2984].

### ARGUMENT

In their Memorandum in Support of Plaintiffs' Response to Defendants' Motion to Dismiss for Failure to Comply with July 12, 2010 Order, [3014], Plaintiffs admit that authorizations remain outstanding for 47 Plaintiffs represented by the Boone Law Firm. However, instead of dismissing these claims, that have been pending for years, and have been the subject of multiple hearings, warnings, Court Orders, and missed deadlines, Plaintiffs' counsel proposes that he will move to withdraw as counsel in each of these cases – creating an unreasonable burden on this Court's docket with 47 unrepresented and non-responsive Plaintiffs. These Plaintiffs have failed to comply with their basic discovery obligations and, as a result, their claims should instead be dismissed.

As noted in Defendants' moving brief, Plaintiffs' counsel has been aware for several years of his obligation to provide authorizations and discovery regarding his Plaintiffs, and was put on notice of the consequences of his failure to comply with Magistrate Judge Sorokin's June

9, 2010 Order, which noted:

> [T]he failure to comply . . . may result in dismissal of the claims of a plaintiff or of cases brought by counsel. In light of the circumstances noted herein as well as Attorney Boone's previous failure to comply with governing rules and orders, the Court directs him to pay particular attention to this warning.

[2839 at 6.] Plaintiffs' counsel was again warned by this Court on July 12, 2010, that a failure to provide the required medical authorizations and disclosures by July 23, 2010, would result in dismissal. [2886 at 2.]

Counsel's sole excuse for the failure to provide these authorizations is that he has been unable to contact, or has not received responses, from these 47 Plaintiffs. [3014 at 4-7.] As to 30 of these Plaintiffs, Plaintiffs' counsel states that he has not received any notice from the U.S. Postal Service indicating that his correspondence to them was not delivered. [3014 at 4.] There is, therefore, no excuse for their failure to comply with their threshold discovery obligations or to prosecute their claims. After multiple warnings from this Court, the appropriate result is for such cases to be dismissed, not kept in limbo on the Court's docket while their attorney is relieved of further responsibility for them. Similarly, the failure of the other 13 Plaintiffs to keep in touch with their attorney, monitor the progress of their litigation or advise their counsel of their current contact information is indicative of their lack of diligence in prosecuting their claims. Again, there is no reason for the Court to be burdened with such cases on its docket, which will only require additional motion practice before they can be finally dismissed and closed. These Plaintiffs have been given every opportunity to comply with their threshold discovery obligations and the orders of this Court. Their claims should be dismissed with prejudice.

## CONCLUSION

For all the foregoing reasons, Defendants respectfully request that the claims of the 47 Plaintiffs listed in the Boone Law Firm's Response be dismissed with prejudice.

Dated: August 10, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

ROPES & GRAY LLP

By:   /s/ Ana M. Francisco
      Ana M. Francisco
      BBO #564346

One International Place
Boston, MA 02110
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 10, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco

3