UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL SCHWARTZ PRODUCT LIABILITY ACTIONS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

------------------------------------------------------------x

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO
FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS
FOR FAILURE TO COMPLY WITH JULY 14, 2010 ORDER**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully move for leave to submit a reply memorandum in support of their Motion to Dismiss for Failure to Comply with July 14, 2010 Order [2988]. In their Memorandum in Support of Plaintiffs' Response to Defendants' Motion to Dismiss for Failure to Comply with July 14, 2010 Order, [3019], Plaintiffs' counsel argues that 8 Plaintiffs should not be dismissed, in accordance with this Court's June 9, 2010, and July 14, 2010, Orders, but instead that Plaintiffs' counsel should be granted more time to voluntarily dismiss the cases or move to withdraw. Defendants request leave to file a reply in order to address this proposal by Plaintiffs' counsel. Defendants have conferred with Plaintiffs' counsel and this motion is unopposed.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed reply memorandum, attached hereto as Exhibit 1.

Dated: August 10, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

-and-

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
    Ana M. Francisco
    BBO #564346

One International Place
Boston, MA 02110
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

On August 10, 2010, I conferred with James A. Stegall III, one of the attorneys for Plaintiffs, regarding this motion. He advised that Plaintiffs do not oppose this motion.

/s/ Katherine Armstrong
Katherine Armstrong

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 10, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco