# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

ALL SCHWARTZ PRODUCT LIABILITY ACTIONS

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

**PROPOSED DOCUMENT**

---

### DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS FOR FAILURE TO COMPLY WITH JULY 14, 2010 ORDER

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") submit this reply memorandum in further support of their Motion to Dismiss for Failure to Comply with July 14, 2010 Order [2988].

### ARGUMENT

In their Memorandum in Support of Plaintiffs' Response to Defendants' Motion to Dismiss for Failure to Comply with July 14, 2010 Order, [3019], Plaintiffs admit that authorizations remain outstanding for 8 Plaintiffs represented by the Law Offices of Newton B. Schwartz.[1]  However, instead of dismissing these claims, that have been pending for years, and have been the subject of multiple hearings, warnings, Court Orders, and missed deadlines, Plaintiffs' counsel proposes that they be given additional time to voluntarily dismiss the cases or move to withdraw as counsel in each of these 8 cases.  However, these Plaintiffs have already been given an adequate opportunity to comply with their basic discovery obligations and should be dismissed at this time.

---

[1] Defendants do not seek dismissal of any Plaintiffs other than the 8 referenced in Plaintiffs' Response in light of Plaintiffs' counsel's representation that authorizations for the remaining Plaintiffs have been provided.

As noted in Defendants' moving brief, Plaintiffs' counsel has been aware for several years of Plaintiffs' obligation to provide authorizations and discovery, and was put on notice of the consequences of failure to comply with Magistrate Judge Sorokin's June 9, 2010 Order, which noted that "the failure to comply . . . may result in dismissal of the claims of a plaintiff or of cases brought by counsel." [2839 at 6.] Plaintiffs' were again warned by this Court on July 14, 2010, that a failure to provide the required medical authorizations and disclosures by July 26, 2010, would result in dismissal. [2890 at 1-2.]

Plaintiffs provide no excuse for the failure to provide authorizations for these 8 Plaintiffs. Presumably, Plaintiffs' counsel has been unable to contact, or has not received responses, from these 8 Plaintiffs. This is no excuse for Plaintiffs' failure to comply with their threshold discovery obligations or to prosecute their claims. To the extent Plaintiffs are no longer reachable, the failure of those Plaintiffs to keep in touch with their attorney, monitor the progress of their litigation or advise their counsel of their current contact information is indicative of their lack of diligence in prosecuting their claims. After multiple warnings from this Court, the appropriate result is for such cases to be dismissed at this time. There is no reason for the Court to be burdened with such cases on its docket, which will only require additional motion practice before they can be finally dismissed and closed. These Plaintiffs have been given every opportunity to comply with their threshold discovery obligations and the orders of this Court. Their claims should be dismissed with prejudice.

## CONCLUSION

For all the foregoing reasons, Defendants respectfully request that the claims of the 8 Plaintiffs listed in the Law Offices of Newton B. Schwartz's Response be dismissed with prejudice.

Dated: August 10, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
    Ana M. Francisco
    BBO #564346

One International Place
Boston, MA 02110
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 10, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco