UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : : | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br><br>PRODUCTS LIABILITY ACTIONS | : : : : : : : : | Magistrate Judge Leo T. Sorokin |

## **NOTICE**

Pursuant to the Court's Scheduling Order of June 9, 2010 (Docket 2839) counsel files the attached Plaintiff chart as called for in the order.

          Respectfully submitted,

          LAW OFFICES OF NEWTON B. SCHWARTZ, SR.

          By:     /s/ Newton B. Schwartz
                      Newton B. Schwartz

          1911 Southwest Freeway
          Houston, Texas 77098

          *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed and served through the ECF system on August 10, 2010.

 /s/ Newton B. Schwartz, Sr.
NEWTON B. SCHWARTZ, SR.