UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br>Master File No. 04-10981 |
| THIS ORDER RELATES TO:<br><br>PRO SE<br>PRODUCTS LIABILITY ACTIONS | Judge Patti B. Saris<br>Mag. Judge Leo T. Sorokin |

PRO SE PRODUCTS CASES DISCOVERY ORDER

August 11, 2010

SOROKIN, M.J.

There are thirty-one pro se products liability cases pending within this MDL, Docket #3017-1, not including any pro se cases included within the 130 cases with the September 2010 discovery deadline. In order to promote the fair, just, and orderly resolution of these cases, the Court adopts the following schedule.

1. Individual case discovery will now begin in these pro se cases according to the phased discovery established by the Court in this Order.

2. By **September 30, 2010,** Defendants shall serve upon each of the pro se Plaintiffs (a) a copy of the template discovery to complete; (b) blank medical authorizations to be filled in by the pro se Plaintiff; (c) a blank form on which the pro se Plaintiff must list the name, address and contact information for each healthcare provider during the relevant period; (d) a document for listing the date of the alleged injury; and (e), if applicable, the death certificate and letters testamentary. Defendants shall inform the Plaintiff of the information Defendants have already

received in discovery, if any, so that there is no duplication of discovery (e.g. if template discovery has been completed the pro se plaintiff is not required to produce it again).

    3. By **November 30, 2010,** each pro se Plaintiff must produce to counsel for the Defendants the information sought in paragraph 2. The failure to comply with this (or other) deadlines may result in the dismissal of a Plaintiff's case.

    4. By **November 30, 2010**, Defendants must produce to each pro se Plaintiff, Defendants' template discovery responses.

    5. Depositions will commence in these pro se cases on **January 3, 2010**. Each month the parties will complete the depositions related to five pro se cases. The depositions are those of the Plaintiffs, the prescribing physicians, and applicable sales representatives. Defense counsel shall arrange with the pro se plaintiffs both the order of cases in which depositions are to occur and the scheduling of individual depositions each month. If agreement cannot be reached, the Court will resolve the dispute.

    6. The Clerk shall mail a copy of this Order to each of the pro se Plaintiffs listed in Docket # 3017-1. By **August 20, 2010,** the former counsel, if any, for each of these pro se Plaintiffs must provide to the Products Liability Steering Committee the last known address (mail and email) for each pro se Plaintiff such counsel represented. By **September 3, 2010,** the Products Liability Steering Committee shall mail (and email if applicable) this Order to each pro

se Plaintiff.  The Steering Committee shall also provide a copy of the contact information for the pro se Plaintiffs to defense counsel by September 3, 2010.

                                                SO ORDERED.

                                                /s/ Leo T. Sorokin
                                                LEO T. SOROKIN
                                                United States Magistrate Judge