UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION
:
------------------------------------------------x

| THIS DOCUMENT RELATES TO: | MDL Docket No. 1629 |
|---|---|
| *Lilia Felici v. Pfizer Inc, et al.*<br>Case No. 06-cv-10689-PBS | Master File No. 04-10981<br><br>Judge Patti B. Saris |
| *James Michael Burleson v. Pfizer Inc, et al.*<br>Case No. 06-cv-11583-PBS | Magistrate Judge Leo T. Sorokin |
| *Maria Guadalupe Fonseca v. Pfizer Inc, et al.*<br>Case No. 06-cv-10311-PBS | |
| *Jose Garcia v. Pfizer Inc, et al.*<br>Case No. 06-cv-11775-PBS | |

## **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTIONS TO COMPEL**

Defendants Pfizer Inc and Warner-Lambert Company LLC ("Defendants") respectfully submit this Response to Plaintiffs' Motions to Compel, [2992, 2994, 2996 & 3000], and notify the Court that the parties have reached an agreement in principal resolving the Motions to Compel filed by Plaintiffs Lilia Felici, James Michael Burleson, Jose Magdalleno Arturo Fonseca, individually and as Representative of the Estate of Maria Del Socorro Fonseca, Deceased, Jose Artemio Fonseca, Maria Guadalupe Fonseca, Martin Fonseca and Carlos Fonseca, and Jose Garcia (collectively, "Plaintiffs"). Defendants have agreed to provide certain information and documents within a timeframe acceptable to both parties, and in exchange, Plaintiffs have agreed to withdraw their respective motions, without prejudice to their re-filing in the future.

Dated:  August 12, 2010 		Respectfully submitted,

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

By: /s/ Mark S. Cheffo
     Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

-and-

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
     Ana M. Francisco
     BBO #564346

One International Place
Boston, MA  02110
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 12, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco