UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------x
                                             :   MDL Docket No. 1629

In re:   NEURONTIN MARKETING,      :
        SALES PRACTICES AND       :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION  :
                                            :   Judge Patti B. Saris
----------------------------------------------------------x
                                             :   Magistrate Judge Leo T. Sorokin

THIS DOCUMENT RELATES TO:      :
                                             :
        PRODUCTS LIABILITY ACTIONS    :
                                             :
----------------------------------------------------------x

**PRODUCTS LIABILITY PLAINTIFFS' MOTION ON CONSENT FOR
<u>EXTENSION OF SEPTEMBER 14, 2010 DISCOVERY SCHEDULE DEADLINE</u>**

      Products Liability Plaintiffs, with the consent of Defense counsel, hereby move for a sixty (60) day extension of the September 14, 2010 discovery schedule deadline in all products liability actions. This motion is supported by the Memorandum and Exhibit A, annexed thereto.

<u>**REQUEST FOR ORAL ARGUMENT**</u>

      Plaintiffs' counsel believes that oral argument may assist the Court and wish to be heard. Therefore, Plaintiffs' counsel respectfully requests a hearing on this motion.

Dated: August 13, 2010               Respectfully submitted,

                                      ***Members of Products Liability
Plaintiffs' Steering Committee***

                         By:    <u>**/s/ Andrew G. Finkelstein**</u>
                                    Andrew G. Finkelstein, Esquire
                                    Finkelstein & Partners, LLP
                                    1279 Route 300, P.O. Box 1111
                                    Newburgh, NY  12551

By:   **/s/ Jack W. London**

Jack W. London, Esquire
Law Offices of Jack W. London
  &amp; Associates
3701 Bee Cave Rd., Suite 200
Austin, TX  78746

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants on numerous occasions concerning the issues presented in the foregoing motion, and this motion is being filed on the consent of defense counsel.

Dated:  August 13, 2010

**/s/ Kenneth B. Fromson**

Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on August 13, 2010.

**/s/ Andrew G. Finkelstein**

Andrew G. Finkelstein, Esquire