EXHIBIT A

| F&P File # | D. Mass. Case No. | Plaintiff | P EBT Date | Prescriber(s) | Prescriber(s) EBT Date | Sales Rep | Sales Rep EBT Date | Custodial File Received | Post-EBT Requests Received | Response to Post-EBT Request |
|---|---|---|---|---|---|---|---|---|---|---|
| 224522-06 | 05-12129 | John Acton | 7/29/2010 | Michael Acuff, MD | 7/28/2010 | D Walton | | 8/4/2010 | | |
| 224522-06 | | | | Nora Frohberg, MD | | | | | | |
| 224522-06 | | | | John Aucar, MD | | | | | | |
| 224522-06 | | | | James R. Slaughter, MD | | | | | | |
| 224522-06 | | | | Jon-Ben D. Svoboda, MD | | | | | | |
| 224522-06 | | | | Andrew G. Resnik, MD | | | | | | |
| 224522-06 | | | | Thomas R. Highland, MD | | | | | | |
| 232166-06 | 05-11699 & | Debra Alsberge | 7/22/2010 | Janet Vondron, MD | 7/21/2010 | R Lambert | | 7/20/2010 | yes | |
| 231666-06 | 06-10957 | | | | | | | | | |
| 213329-06 | 08-10678 | Marilyn Bennett | 8/26/2010 | Dr McBeth | 8/23/2010 | | | | | |
| 213329-06 | | | | Dr Devor | 8/25/2010 | | | | | |
| 224871-06 | 05-11997 | JoAnna Bentley | 4/11/2007 | Dr Rashia | 5/7/2007 | | | | | |
| 231943-06 | 05-11700 & | Robin Stern Briggs | 7/27/2010 | Chris Wolff, MD | 9/14/2010 | Irene Koufaliotis | 7/28/2010 | 6/30/2010 | 7/29/2010 | |
| 231943-06 | 07-10327 | | | Joseph Zuhosky, MD | 7/27/2010 | Michael Mason | 7/28/2010 | | | |
| 231943-06 | | | | | | Dennis Tripp | 7/28/2010 | | | |
| 231943-06 | | | | | | Stacy Little Groom | | | | |
| 231943-06 | | | | | | Leslie Swift | | | | |
| 231943-06 | | | | | | Sandra Spencer | | | | |
| 231943-06 | | | | | | Amy Fine | | | | |
| 201542-06 | 06-11483 | Nicole Campbell | 8/26/2010 | Jon Gardner, MD | 8/27/2010 | | | | | |
| 201542-06 | | | | MarjorieSmith, MD | 8/31/2010 | | | | | |
| 201542-06 | | | | Robert Waring, MD | 6/30/2010 | | | | | |
| 201542-06 | | | | Sean Duffy, MD | 7/1/2010 | | | | | |
| 201542-06 | | | | Ken Moore, PA | 6/30/2010 | | | | | |
| 201542-06 | | | | Jerome Yokiel, MD | 9/7/2010 | | | | | |
| 220605-06 | 05-11996 | Peggy Ann Colton | 8/17/2010 | Paul Mihaly Retfalvi, MD | | Sheila Roby | 8/18/2010 | 6/4/2010 | | |
| 220605-06 | | | | R S Panjikaran, MD | 8/16/2010 | | | | | |
| 213785-06 | 09-11694 | Nicolette Crone | held 2004 | various doctors | held 2006 | | | | | |
| 225595-06 | 05-11998 | Andre Lashall Dixon | 3/13/2008 | various doctors | held 2008 | | | | | |
| 240555-06 | 09-10836 | Teresa Drinkwine | 7/14/2010 | John Dryer, MD | 7/15/2010 | A Choi-Roloff | | 7/6/2010 | yes | |
| 240555-06 | | | | Dr Bowar | 7/16/2010 | | | | | |
| 231822-06 | 06-12063 | Jeffrey Farris | 8/30/2010 | Ira Ellis, MD | 8/31/2010 | Jennifer Seals | 9/3/2010 | 8/4/2010 | | |
| 231822-06 | | | | Dr Laura Melaro | 9/2/2010 | | | | | |
| 213043-06 | 05-11035 | Shanan Feyer | 8/20/2010 | Andrew Wright, MD | 8/19/2010 | Dennis Keathley | 8/19/2010 | | | |
| 213043-06 | | | | Thomas Hardy, MD | 8/18/2010 | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 212586-06 | 06-10112 | Lanny George | | Dr Nour | 9/9/2010 | | | | | |
| 219103-06 | 05-11034 | Johnnie Hargrove | 8/3/2010 | Dr Scott | 8/2/2010 | | | | | |
| 219103-06 | | | | Dr Capehardt | 8/5/2010 | | | | | |
| 219103-06 | | | | Dr Edwards | 8/5/2010 | | | | | |
| 219103-06 | | | | Dr Boone | 8/4/2010 | | | | | |
| 250341-06 | 10-11023 | Paulette Hamilton | | | | | | | | |
| 234949-06 | 07-12129 | Janeen Brida | 8/26/2010 | Robert Morrow, MD | 8/27/2010 | | | | | |
| 201604-06 | 05-11995 | Nancy Henry | 7/22/2010 | Charles Sternberg, MD | 7/21/2010 | Jim Ray | 7/23/2010 | 8/4/2010 | yes | |
| 211109-06 | 05-11022 | Nicole Justine James | | | | | | | | |
| 220966-06 | 05-11263 | John Jarosz | 8/12/2010 | | | | | | | |
| 213353-06 | 06-11882 | Daniel Johnson | | | | | | | | |
| 239465-06 | 09-10422 | Michael Leu | 8/31/2010 | Dr Korapati | 9/1/2010 | John Umbles | 8/31/2010 | 7/20/2010 | | |
| 239465-06 | | | | | | Charles Patterson | 9/3/2010 | | | |
| 239465-06 | | | | | | Kristine Creps | 9/3/2010 | 7/20/2010 | | |
| 239465-06 | | | | | | John Jarrett | 9/3/2010 | | | |
| 239465-06 | | | | | | Mary Mischler | | 7/20/2010 | | |
| 200880-06 | 06-11482 | Dawn Libby | 7/20/2010 | Scott Murray, MD | 7/21/2010 | D Crowell | 9/14/2010 | 8/4/2010 | | |
| 200880-06 | | | | Benjamin Brody, MD | 9/13/2010 | Tina Thompson | 9/14/2010 | | | |
| 219906-06 | 06-11582 | Patti Long | 9/10/2010 | Dr Jon Lee | | J Sidney | | 7/13/2010 | | |
| 219906-06 | | | | | | J LeMasters | | 7/13/2010 | | |
| 219906-06 | | | | | | M Bonsmann | | 8/3/2010 | | |
| 204805-06 | 05-11020 | Gary Lyman | 6/19/2010 | John Garofalo, M.D. | 8/13/2010 | John Snarr | 8/12/2010 | 8/5/2010 | | |
| 204805-06 | | | | Elizabeth Caspian, MD | 6/8/2010 | Todd Delano | | 8/5/2010 | | |
| 204805-06 | | | | Teresa Bertch, MD | 6/8/2010 | | | | | |
| 204805-06 | | | | Dr Mancuso | 6/9/2010 | | | | | |
| 204805-06 | | | | Dr Biggs | 8/10/2010 | | | | | |
| 204805-06 | | | | Dr Linsky | 8/11/2010 | | | | | |
| 204805-06 | | | | Dr Garofalo | 8/13/2010 | | | | | |
| 201320-06 | 05-12593 | Oscar McGee | 4/10/2007 | H Johnson, MD | 6/6/2010 | | | | | |
| 201320-06 | | | | C Saadeh, MD | | | | | | |
| 210680-06 | 06-10110 | Maralyn Montgomery | 7/15/2010 | Lee Cowen, MD | 7/14/2010 | Joseph Ciccarone | 8/20/2010 | 8/4/2010 | | |
| 232691-06 | 08-11706 | James Morrow | | | | | | | | |
| 207147-06 | 08-11256 | Joanna O'Sullivan | 9/1/2010 | Allen Fonseca, MD | 9/2/2010 | | | | yes | |
| 207147-06 | | | | John Duffy, MD | 8/31/2010 | | | | | |
| 231123-06 | 05-11017 | Darlene Owens | 4/19/2007 | Dr Crotwell | 5/1/2007 | | | | | |
| 247563-06 | 10-10933 | Patricia Peterson | | | | | | | | |
| 247563-06 | 10-10933 | Elizabeth Peterson | | | | | | | | |
| 247563-06 | 10-10933 | Robert Peterson | | | | | | | | |
| 208173-06 | 06-10106 | Mitzi Pursey | 5/23/2007 | Steffan R. Tolles, MD | 8/31/2010 | Michale Hotchkin | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 208266-06 | 07-12236 | Arthur Reilley | 9/11/2010 | David Rousseau, MD | 8/19/2010 | | | | |
| 208266-06 | | | | Dale Leonard, MD | 8/16/2010 | | | | |
| 208266-06 | | | | Randolf Dipp, DO | 8/18/2010 | | | | |
| 208266-06 | | | | Capt Michael Ellis Hoffer | 8/19/2010 | | | | |
| 214021-06 | 05-12001 | Edna Roberson | 4/26/2007 | Richard Burris, MD | 7/18/2007 | | | | |
| 214021-06 | | | | Robert Smith, MD | 6/6/2007 | | | | |
| 225320-06 | 06-10253 | Kim Scott | 5/26/2010 | Sivaram Sudhakar, MD | 8/20/2010 | James Hatcher | 8/19/2010 | 7/20/2010 | |
| 225320-06 | | | | Carlos Plata, M.D. | 6/14/2010 | J Wright | | 7/20/2010 | |
| 225320-06 | | | | David Brister, M.D. | 8/18/2010 | | | | |
| 213412-06 | 06-11584 | Joy Knarr-Shaw | 8/25/2010 | Amanda Friese, PA | 8/24/2010 | | | | |
| 225610-06 | 06-11935 | Larry Shelley | 5/27/2010 | Dr McCance | 8/9/2010 | | | | yes |
| 225610-06 | | Larry Shelley - cont'd | 8/12/2010 | Karen Schaffer, MD | 8/10/2010 | | | | |
| 225610-06 | | | | Linda Orr, MD | 5/26/2010 | | | | |
| 225610-06 | | | | Linda Orr, MD-continued | 7/15/2010 | | | | |
| 225610-06 | | | | Dr Ndekwe | 8/13/2010 | | | | |
| 207982-06 | 06-10111 | Algina Sizemore | 7/7/2010 | Steven Spady, MD | 7/20/2010 | D Oliverio | | 7/20/2010 | |
| 220835-06 | 05-10833 | Monica Smith | 7/21/2010 | Scott Akers, MD | 7/20/2010 | D Oliverio | | 7/13/2010 | 8/9/2010 |
| 220835-06 | | | | | | S Williams | | 7/27/2010 | |
| 201299-06 | 08-13505 | Debbie Spencer-Acker | 9/8/2010 | Sam Lingnurkar, MD | 9/21/2010 | | | | |
| 220036-06 | 06-11773 | Kelly Tilley | 8/17/2010 | Craig Sternberg, MD | 7/14/2010 | F Walther | | 7/20/2010 | |
| 220036-06 | | | | Frank Falco, MD | 6/24/2010 | L Thompson | | 7/27/2010 | |
| 220577-06 | 07-11067 | Deborah Valentine | 2/4/2008 | various doctors | held 2008 | April Westmoreland | 3/25/2008 | | |
| 207354-06 | 05-11019 | Frank Vercillo, Jr. | 4/18/2007 | Thomas Maltese, MD | 5/22/2007 | | | | |
| 207354-06 | | | | Peter Barley, MD | 7/9/2007 | | | | |
| 218413-06 | 07-11072 | Bryan Wampole | | Bruce C. Rhoades, MD | | J Schmidt | | 7/20/2010 | |
| 218413-06 | | | | | | A McKenzie | | 7/29/2010 | |
| 210020-06 | 07-10853 | Pamela Woolum | 2/4/2008 | Pete Ramirez, MD | 3/28/2008 | | | | |