| ContactFirstName | ContactLastName | CaseNo |
|---|---|---|
| Lois | Adams | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Mary | Adams | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Nathan | Adams | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Linda | Aldridge | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Jessie | Allen | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Vivian | Allen | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate of Leroy | Anderson | MDL-1629 Master File No. 04-10981 Case No. 4:07CV275 |
| Mary | Applewhite | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Mary | Ashford | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Terry | Banks | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Jimmie | Barbee | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Marie | Barber | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Robert | Barnes | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Teresser | Bass | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Jerrell | Bearden | MDL-1629 Master File No. 04-10981 Case No. 4:07CV275 |
| Martha | Beckum | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Sue | Beckum | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Vannila | Bennett | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Cassandra | Benson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Ledora | Benton | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Audrey | Berry | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Elizabeth | Bland | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate of Joe | Blaylock | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Frances | Bouie | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Carol | Bowyer | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| John | Bratcher | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Carl | Brinkley | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Darrell | Brooks | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Betty | Broome | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Jessie | Brown | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Thomas | Brown | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |

| Bobbie | Bryson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
|--------|--------|-------------------------------------------------------------|
| Minnie | Campbell | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Lillie | Cannon | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Roy | Carroll | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Corine | Carson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Mary Ann | Castellane | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Kathy | Christman | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Emma | Clark | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| George | Clarke | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Claiborne | Collier, Sr. | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Everlernn | Collins | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Donald | Conn | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Mary | Cooper | MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS |
| Katie | Craig | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Ruby | Crapps | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Memye | Creswell | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Lynnette | Criss | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Cora L. | Crumble | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Theodore | Crystian | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Linda | Cunningham | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Alford | Darby | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Jimmy | Darling | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Carolyn | Davis | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Levi | Davis | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Serboya | Delotta | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Alton | Dillon | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Marshall | Dillon | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Shirley | Drennan | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Catherine | Duvall | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Mary | Edmonds | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Annie | Edwards | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Parlee | Edwards | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |

| Pamela | Ellis | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
|---|---|---|
| Samuel | Ellis | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Clara | Epps | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Lillie | Evans | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Gregory | Everett | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate of Texcellar | Fields | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Inez | Fincher | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Michael | Fisher | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate of Ethel | Fleming | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Glen | Forbes | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Faith | Ford | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Glinda | Ford | MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS |
| Essie | Ford Patterson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate Aliece | Garrett | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Annie | Gatewood | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Andrew Frederick | Gibson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Beneal | Gildon | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Walter | Gilmer | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Jamie | Givens | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Narie | Givens | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Shannon | Glass | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Frances | Glenn | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate of L. G. | Green | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Kenneth | Green | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Claudette | Greer | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Emma | Gregory | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Fannie | Grinston | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Linda | Hales | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Lee | Haley | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Estate of Cora | Hamilton | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Eric | Hammarstrom | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Margaret | Haney | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |

| Estate of Robert | Hannah | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Tommy | Hardy | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Billie | Harkins | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Christine | Harris | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Clarence | Harris | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Freddie | Harris | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Melvin | Harris | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Doyle | Harrison | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Gloria | Harrison | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Linda | Harveston | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Gregory | Haslett | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Lavurne | Hasselbach | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Belinda | Havard | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate of Florence | Hayes | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Charles | Haynes | MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS |
| Mark | Head | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Rufus | Hendon | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Carl | Henry | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Ernest | Hernandez | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Mae | Hester | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Shawand | Hicks | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Karen | Hollingsworth | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Evia | Holmes | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Evelyn | Holt | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| William | Hony | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Frank | Hoover | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Ruby | Hoover | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Emma | Howard | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Ethel | Howard | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate of Lillie | Hunter | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| James | Hunter | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Estate of Charles | Ingram | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |

| Estate of Bettye | Jackson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
|---|---|---|
| Josephine | Jackson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Mattie D. | Jackson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Cassandra | James | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| James | Jeffcoat | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Macatherine | Jefferson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Charlotte | Jenkins | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Cheryl | Johnson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Deborah Ann | Johnson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Doris | Johnson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate of Nikisha | Johnson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Lena | Johnson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Lula | Lott | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Margaret Pat | Johnson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Ollie | Johnson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Robert | Johnson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Velma | Johnson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Rose | Jones | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Edward | Jordan | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Jacqueline | Kendrick | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Johnny | Keyes | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate of Elizabeth | Knight | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Falisha | Knight | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Christopher | Kyle | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Ellaweise | Lacy | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Shanetta | Lacy | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Henry | Landrum | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Birdie | Langdon | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Mary | Lawson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Robert | Lawson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Diann | Lee | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Dawn | Lepard | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |

| Estate of Frank | Lesure | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
|---|---|---|
| Estate of Cornelius | Lewis | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Jackie | Lewis | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Mickey | Livingston | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Chris | Logan | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Sylvia | Longino | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Jerry | Lowe | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Jannie | Lucas | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Pearlie | Maddox | MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS |
| Bobbie | Maggett | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Dorothea | Martinson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate of Elton | Mason | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Joyce | McAdory | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Patricia | McBeath | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Casey | McCardle | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Charlie | McClendon | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Franklin | McConnell | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Marquitia | McCoy | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Grady | McCullar | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Sherman | McDonald Jr. | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Lorraine | McGowan | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Martha | McIntee- Nelson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Helen | Meeks | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Virgine | Meeks | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Laperial | Melvin | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Betsy | Miller | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Tommy | Mills | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Ava | Mitchell | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Prince | Mitchell | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Mattie | Moore | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Helen | Morgan | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Sara | Morrison | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |

| | | |
|---|---|---|
| Brandy | Murphy | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Linda | Murray | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Lolita | Myers | MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS |
| Warren | Nance | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Debra | Neal | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Maybelle | Newsome | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Betty | Newson | MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS |
| Martha | Norman | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Mary | Norwood | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Tommie | Odom | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Helen | Parks | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Curtis | Patton | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate of Ethel | Pearson | MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS |
| Sharon | Perez | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Kathy | Phillips | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Donna | Pierce | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Estate of Rodney | Plant | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Annie | Poindexter | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Jacquelyn | Posey | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Larry | Potts | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Delories | Powell | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Hershel Jack | Price | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Jerry | Price | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Janice | Primer | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Mark | Prince | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Cynthia | Quimby | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Vera | Ray | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Barbara | Readus | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Patricia | Rhodes | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Rodger | Rice | MDL-1629 Master File No. 04-10981 Case No. 2:04CV275 |
| Sallie | Rippy | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Kathy | Roberts | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |

| R. C. | Robinson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
|---|---|---|
| Tara | Robinson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Wayne | Rochelle | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Mary | Rose | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Cherry | Sanders | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Shirley | Sashfras | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Jimmy | Sayles | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate of Clarissa | Scott | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Grace | Scott | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Vanessa | Scott | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Sean | Self | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Debra | Shepherd | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Bridgette | Shields | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Pam | Shields | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Sara | Shields | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Jack | Shoemaker, Jr. | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Aaron | Sims | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Fletcher | Singletary | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Lashonda | Skinner | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Tony B. | Smiley | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Andrew | Smith | MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS |
| Eugene | Smith | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Frank | Smith | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Jannie | Smith | MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS |
| Lillie | Smith | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Louisia | Smith | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Ronnie | Smith | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Rosa | Smith | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Ruby | Smith | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Bennie | Spencer | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Jerry | Stagg | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Darlene | Stampley | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |

| John | Staten | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
|------|--------|-------------------------------------------------------------|
| Bobby | Steele | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Carl | Steverson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Gregory | Suber, Sr. | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Debbie | Sullivan | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Dorian | Taylor | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate of Cecil | Taylor | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Jennifer | Theodore | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Chester | Thomas | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Dixie | Thomas | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Erestia | Thomas | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate of Bertha | Thomas | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate of Carlene | Thomas | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |
| Magnolia | Thomas | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Martha | Thompson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Bernice | Thornton | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Ella | Toler | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Lanelle | Tollison | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Dorothy | Tolliver | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Dan | Townsend | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Morris | Townsend | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Doris | Toy | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Michael | Trim | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Monnie | Turner | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Benjamin | Tutor | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Larry | Vail | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Joann | Walls | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Shirley | Walters | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Connie | Warfield | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate of Katherine | Warfield | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Della | Washington | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Rosa | Washington | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |

| | | |
|---|---|---|
| Deborah | Watson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Joyce | Watson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Michaelon | Weathersby | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Estate of William | Webb | MDL-1629 Master File No. 04-10981 Case No. 1:05-CV-10834-PBS |
| Clifton | White | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Edneatha | White | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Walterine | Wildee | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Carole | Williams | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Daisy | Williams | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Eloise | Williams | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Helen | Williams | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Nolan | Williams | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Taylor | Williams | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Sanders | Williams, Jr. | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| O. C. | Williams, Sr. | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Lakeisha | Wilson | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Francis | Womack | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Bobby | Woods | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Barbara | Young | MDL-1629 Master File No. 04-10981 Case No. 1:07-CV-11795-PBS |
| Re'Shedia | Young | MDL-1629 Master File No. 04-10981 Case No. 1:05CV-10835-PBS |

| Medical Auth. | Med. Provider List | Pfs' Template Disc Date | Df's Template Disc Rsp |
|---|---|---|---|
| Yes | yes | ~7/2/2007 | |
| Yes | yes | ~4/4/2008 | Betsy Miller Lidley--5/18/2010 |
| no (move to withdraw) | yes | ~3/25/2008 | Mike Trim --5/17/2010 |
| DISMISSED | yes | ~3/25/2008 | Debra Neal---5/18/2010 |
| Yes | yes | `3/25/2008 | Deloris Powell--5/18/2010 |
| Yes | yes | ~3/25/2008 | Lakeisha Wilson--5/18/2010 |
| Yes | yes | ~4/12/2007 | Dan Townsend--5/21/2010 |
| Yes | yes | ~3/25/2008 | Shannon Glass--5/25/2010 |
| Yes | yes | ~3/25/2008 | Sue Beckum--7/9/2010 |
| Yes | yes | ~3/25/2008 | Shirley Drennan--7/9/2010 |
| Yes | yes | ~4/10/2008 | Faith Ford--7/9/2010 |
| Yes | yes | ~10/26/2007 | Glinda Ford--7/9/2010 |
| Yes | yes | ~3/25/2008 | Jerry Lowe--7/9/2010 |
| Yes | yes | ~3/25/2008 | Jerry Price--7/9/2010 |
| Yes | yes | ~4/12/2007 | Vanessa Scott 7/9/2010 |
| Yes | yes | ~3/25/2008 | Jack Shoemaker, Jr.--7/9/2010 |
| DISMISSED | yes | ~4/12/2007 | Louisa Smith --7/9/2010 |
| Yes | yes | ~3/25/2008 | Bernice Thornton--7/9/2010 |
| Yes | yes | ~4/11/2008 | Joyce Watson--7/9/2010 |
| Yes | yes | ~3/26/2008 | Teresser Bass--5/17/2010 |
| Yes | yes | ~3/26/2008 | Catherine Duvall--5/17/2010 |
| Yes | yes | ~3/26/2008 | Glenn Forbes--5/17/2010 |
| Yes | yes | ~3/26/2008 | Prince Mitchell--5/17/2010 |
| Yes | yes | ~5/12/2008 | Rodger Rice--5/17/2010 |
| DISMISSED | yes | ~4/8/2008 | Cecil Taylor--5/17/2010 |
| DISMISSED | yes | ~4/3/2008 | Grace Scott--5/17/2010 |
| DISMISSED | yes | ~4/2/2008 | Cherry Sanders--7/15/2010 |
| Yes | yes | ~4/9/2008 | Sean Self--7/15/2010 |
| DISMISSED | yes | ~4/21/2008 | Debra Shepherd--7/15/2010 |
| Yes | yes | ~4/21/2008 | Bridgette Shields--7/15/2010 |
| Yes | yes | ~4/21/2008 | Sara Shields--7/15/2010 |

| | | | |
|---|---|---|---|
| Yes | yes | ~4/21/2008 | Aaron Sims--7/15/2010 |
| Yes | yes | ~4/1/2008 | Lashonda Skinner--7/15/2010 |
| Yes | yes | ~4/1/2008 | Andrew Smith--7/15/2010 |
| Yes | yes | ~4/12/2007 | Eugene Smith--7/15/2010 |
| DISMISSED | yes | ~5/15/2008 | Frank Smith--7/15/2010 |
| no (move to withdraw) | yes | ~3/25/2008 | Ronnie Smith--7/15/2010 |
| no (move to withdraw) | yes | ~5/6/2008 | Rosa Smith--7/15/2010 |
| Yes | yes | ~4/8/2008 | Ruby Smith--7/15/2010 |
| DISMISSED | yes | ~4/21/2008 | Bennie Spencer--7/15/2010 |
| Yes | yes | ~4/9/2008 | Jerry Stagg--7/15/2010 |
| DISMISSED | yes | ~4/3/2008 | Bobby Steele--7/15/2010 |
| Yes | yes | ~4/22/2008 | Carl Steverson--7/15/2010 |
| Yes | yes | ~4/12/2007 | Gregory Suber, Sr.--7/15/2010 |
| Yes | yes | ~4/8/2008 | Debbie Sullivan--7/15/2010 |
| Yes | yes | ~4/22/2008 | Lois Adams--8/2/2010 |
| Yes | yes | ~8/11/10 and ~8/13/10 | Dorian Taylor--8/2/2010 |
| Yes | yes | ~4/22/2008 | Erestia Thomas--8/2/2010 |
| Yes | yes | ~4/22/2008 | Magnolia Thomas--8/2/2010 |
| Yes | yes | ~4/22/2008 | Martha Thompson--8/2/2010 |
| Yes | yes | ~4/8/2008 | Dorothy Tolliver--8/2/2010 |
| Yes | yes | ~4/8/2008 | Morris Townsend--8/2/2010 |
| Yes | yes | ~5/5/2008 | Doris Toy--8/2/2010 |
| Yes | yes | ~4/23/2008 | Larry Vail--8/2/2010 |
| Yes | yes | ~4/23/2008 | Joann Walls--8/2/2010 |
| Yes | yes | ~4/23/2008 | Estate of Katherine Warfield--8/2/2010 |
| Yes | yes | ~7/28/10 | Della Washington--8/2/2010 |
| Yes | yes | ~7/28/10 | Carole Williams--8/2/2010 |
| Yes | yes | ~4/27/2007 | Daisy Williams--8/2/2010 |
| Yes | yes | ~4/24/2008 | Eloise Williams--8/2/2010 |
| no (move to withdraw) | yes | Incomplete | Helen Williams--8/2/2010 |
| Yes | yes | ~4/24/2008 | Nolan Williams--8/2/2010 |
| no (move to withdraw) | yes | ~5/5/2008 | Sanders Williams, Jr.--8/2/2010 |

| | | | |
|---|---|---|---|
| Yes | yes | ~7/28/10 | Jessie Allen--8/3/2010 |
| no (move to withdraw) | yes | Incomplete | Vivian Allen--8/3/2010 |
| Yes | yes | ~7/28/10 | Emma Clark--8/13/2010 |
| Yes | yes | ~7/28/10 | Bobby Bryson--8/13/2010 |
| Yes | yes | Incomplete | Jessie Brown--8/13/2010 |
| Yes | yes | Incomplete | Francie Bouie--8/13/2010 |
| Yes | yes | ~7/28/10 | Cassandra Benson--8/13/2010 |
| Yes | yes | ~7/28/10 | Martha Beckum--8/13/2010 |
| Yes | yes | ~7/28/10 | Jimmie Barbee--8/13/2010 |
| DISMISSED | yes | to be dismissed | Mary Ashford--8/13/2010 |
| Yes--to withdraw | yes | ~4/12/2007 & 5/9/2007 | Mary Applewhite--8/13/2010 |
| Yes (to be Dismissed) | yes | ~5/9/2007 | Mary Adams--8/13/2010 |
| Yes | yes | ~7/28/10 | Donald Conn--8/13/2010 |
| Yes | yes | Incomplete | Lynette Criss--8/13/2010 |
| Yes | yes | ~4/23/2007 | Linda Cunningham--8/13/2010 |
| no (move to withdraw) | yes | ~5/7/2008 | Alford Darby--8/13/2010 |
| Yes | yes | ~5/5/2008 | Carolyn Davis 8/13/2010 |
| no (move to withdraw) | yes | Incomplete | Levi Davis--8/13/2010 |
| DISMISSED | yes | to be dismissed | Marshall Dillon--8/13/2010 |
| Yes | yes | ~7/28/10 | Annie Edwards--8/13/2010 |
| Yes | yes | ~7/28/10 | McCatherine Jefferson--8/13/2010 |
| Yes | yes | ~7/28/10 | Hershel Jack Price--8/13/2010 |
| DISMISSED | yes | to be dismissed | |
| Yes | yes | ~4/12/2007 | |
| Yes | yes | ~7/28/10 | |
| Yes | yes | ~7/28/2010 | |
| Yes | yes | ~7/28/10 | |
| Yes | yes | ~7/28/10 | |
| Yes | yes | ~4/12/2007 | |
| DISMISSED | yes | | |
| no (move to withdraw) | yes | ~5/5/2008 | |
| DISMISSED | yes | to be dismissed | |

| | | |
|---|---|---|
| DISMISSED | yes | to be dismissed |
| Yes | yes | ~7/29/10 |
| Yes | yes | ~8/11/10 and ~8/13/10 |
| Yes (to be Dismissed) | yes | ~8/11/10 and ~8/13/10 |
| Yes | yes | ~8/11/10 and ~8/13/10 |
| Yes | yes | ~8/11/10 and ~8/13/10 |
| Yes | yes | ~4/23/2007  &  5/9/2007 |
| Yes | yes | Incomplete |
| no | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| no (move to withdraw) | yes | ~5/5/2008 |
| Yes | yes | ~8/11/10 and ~8/13/10 |
| DISMISSED | yes | to be dismissed |
| Yes | yes | ~4/13/2007 |
| Yes | yes | ~8/11/10 and ~8/13/10 |
| Yes | yes | ~8/11/10 and ~8/13/10 |
| Yes | yes | ~8/11/10 and ~8/13/10 |
| DISMISSED | yes | ~5/27/2008 |
| Yes | yes | ~8/11/10 and ~8/13/10 |
| Yes | yes | ~8/11/10 and ~8/13/10 |
| no (move to withdraw) | yes | Incomplete |
| Yes | yes | ~8/11/10 and ~8/13/10 |
| Yes | yes | ~8/11/10 and ~8/13/10 |
| Yes | yes | ~8/11/10 and ~8/13/10 |
| Yes | yes | ~8/11/10 and ~8/13/10 |
| Yes | yes | ~8/11/10 and ~8/13/10 |
| Yes | yes | ~8/11/10 and ~8/13/10 |
| Yes | yes | ~8/11/10 and ~8/13/10 |
| DISMISSED | yes | to be dismissed |
| Yes | yes | ~8/11/10 and ~8/13/10 |
| DISMISSED | yes | to be dismissed |

| DISMISSED | yes | to be dismissed |
|---|---|---|
| Yes | yes | Incomplete |
| no (move to withdraw) | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | ~5/5/2008 |
| Yes | yes | ~7/05/2007 & 10/24/2007 |
| no (move to withdraw) | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| no (move to withdraw) | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | ~7/5/2007  & 10/24/2007 |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| no | yes | ~5/5/2008 |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |

| | | |
|---|---|---|
| DISMISSED | yes | to be dismissed |
| DISMISSED | yes | to be dismissed |
| DISMISSED | yes | to be dismissed |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | ~7/5/2007 & 8/1/2007 |
| Yes | yes | Incomplete |
| Yes | yes | ~ 4/17/07  & 10/264/07 |
| Yes | yes | ~4/4/2008 |
| no (move to withdraw) | yes | ~5/5/2008 |
| DISMISSED | yes | Incomplete |
| Yes | yes | Incomplete |
| yes | yes | Incomplete |
| no (move to withdraw) | yes | ~5/2/2008 |
| no | yes | ~5/15/2008 |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| no | yes | ~5/15/2008 |
| Yes | yes | Incomplete |
| no (move to withdraw) | yes | ~5/16/2008 |
| Yes | yes | Incomplete |
| no | yes | ~4/21/2008 |
| no (move to withdraw) | yes | Incomplete |
| Yes | yes | ~5/16/2008 and ~7/30/10 |
| to withdraw | yes | ~5/7/2008 |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| no (move to withdraw) | yes | ~5/23/2008 |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| no (move to withdraw) | yes | Incomplete |

| | | |
|---|---|---|
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | ~4/27/2007 |
| Yes | yes | ~4/27/2007 |
| Yes | yes | Incomplete |
| Yes | yes | ~10/26/2007 |
| Yes | yes | ~4/12/2007 |
| Yes | yes | Incomplete |
| no (move to withdraw) | yes | Incomplete |
| Yes | yes | ~5/7/2008 |
| no (move to withdraw) | yes | ~5/16/2008 |
| no (move to withdraw) | yes | |
| DISMISSED | yes | ~4/19/2007 |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| no (move to withdraw) | yes | ~4/27/2007 & 10/26/2007 |
| DISMISSED | yes | ~4/16/2007 |
| no (move to withdraw) | yes | ~5/5/2008 |
| Yes | yes | Incomplete |
| Yes | yes | ~5/16/2008 |
| Yes | yes | Incomplete |
| Yes | yes | ~4/16/2008 |
| Yes | yes | `7/23/10 |
| Yes | yes | Incomplete |
| Yes | yes | ~5/15/2007 |
| Yes | yes | ~5/7/2008 |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | ~4/13/2007 |
| no (move to withdraw) | yes | ~4/27/2007 |
| Yes | yes | ~10/26/2007 |
| Yes, DISMISSED | yes | Incomplete |

| | | |
|---|---|---|
| Yes, DISMISSED | yes | Incomplete |
| no (move to withdraw) | yes | ~5/21/2008 |
| Yes | yes | Incomplete |
| no (move to withdraw) | yes | ~5/21/2008 |
| Yes, DISMISSED | yes | Incomplete |
| no (move to withdraw) | yes | ~5/21/2008 |
| Yes | yes | Incomplete |
| DISMISSED | yes | |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes, DISMISSED | yes | Incomplete |
| Yes | yes | Incomplete |
| no (move to withdraw) | yes | ~5/5/2008 |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| no (move to withdraw) | yes | ~5/6/2008 |
| Yes | yes | Incomplete |
| no (move to withdraw) | yes | Incomplete |
| Yes | yes | ~4/19/2007 & 10/26/2007 |
| Yes | yes | Incomplete |
| Yes | yes | ~4/18/2007 |
| Yes | yes | ~4/25/2007 |
| no (move to withdraw) | yes | ~5/6/2008 |
| Yes | yes | ~4/19/2007 |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |

| | | |
|---|---|---|
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | ~5/2/2007 |
| Yes | yes | Incomplete |
| Yes | yes | ~5/5/2008 |
| to be dismissed | yes | |
| no (move to withdraw) | yes | Incomplete |
| no (move to withdraw) | yes | Incomplete |
| no (move to withdraw) | yes | Incomplete |
| Yes | yes | Incomplete |
| to be dismissed | yes | to be dismissed |
| to be dismissed | yes | to be dismissed |
| Yes | yes | Incomplete |
| Yes | yes | to be dismissed |
| Yes | yes | Incomplete |
| to be dismissed | yes | to be dismissed |
| no (move to withdraw) | yes | Incomplete |
| Yes | yes | Incomplete |
| DISMISSED | yes | |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | ~7/23/10 |
| to be dismissed | yes | to be dismissed |
| no (move to withdraw) | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| no (move to withdraw) | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| no (move to withdraw) | yes | Incomplete |

| | | |
|---|---|---|
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | ~4/25/2007 |
| no (move to withdraw) | yes | Incomplete |
| Yes | yes | Incomplete |
| no | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | ~5/5/2008 |
| Yes | yes | ~5/12/2008 |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| Yes | yes | Incomplete |
| no (move to withdraw) | yes | Incomplete |
| Yes | yes | ~5/6/2008 |
| Yes | yes | Incomplete |
| Yes, DISMISSED | yes | Incomplete |
| Yes | yes | ~10/26/2007 |

| Anticipated Depos of Prescriber & Sales Reps | Depos Completed | Depo date of Pf |
|---|---|---|

8/31/2010                    8/24/10 @ 10:00 am

8/25/2010 and 9/01/2010                    8/23/2010

9/9/2010

8/27/2010                    8/24/10 @ 4:00 pm