UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

Magistrate Judge Leo T. Sorokin

*Briggs v. Pfizer Inc., et al.*,
1:07-cv-10327-PBS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DEFENDANTS' UNOPPOSED MOTION TO AMEND ANSWER

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") hereby move to amend their Answer pursuant to Federal Rule of Civil Procedure 15(a)(2). Specifically, Defendants seek to include explicitly the defense of contributory negligence pursuant to North Carolina General Statute section 99B-4 and North Carolina common law. This is Defendant's first motion to amend in this case. The proposed Amended Answer is attached hereto as Exhibit A. Counsel for Defendants has consulted with Plaintiff's attorney and this motion is unopposed.

WHEREFORE, Defendants respectfully request that this Court grant their motion to amend their Answer.

Dated: August 17, 2010               Respectfully submitted,

                                     SKADDEN, ARPS, SLATE,
                                       MEAGHER & FLOM LLP

                                     By:   /s/ Mark S. Cheffo
                                           Mark S. Cheffo

                                     Four Times Square
                                     New York, NY 10036
                                     Tel: (212) 735-3000

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
     Ana M. Francisco
     BBO #564346

One International Place
Boston, MA  02110
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that I have consulted with counsel for Plaintiffs.  This motion is unopposed.

/s/ Katherine Armstrong
Katherine Armstrong

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 17, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco