# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                        :
In re:   NEURONTIN MARKETING, SALES          :   MDL Docket No. 1629
         PRACTICES AND PRODUCTS              :
         LIABILITY LITIGATION                :   Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                        :   Judge Patti B. Saris
THIS DOCUMENT RELATES TO:                    :
                                             :   Magistrate Judge Leo T.
*Leroy Anderson, et al. v. Pfizer, Inc.,*    :   Sorokin
*Case No. 05-cv-10835*                       :
                                             :
*Mary Cooper, et al. v. Pfizer, Inc.,*       :
*Case No. 05-cv-10834*                       :
                                             :
*Jesse Allen, et al. v. Pfizer, Inc.,*       :
*Case No. 07-cv-11795*                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF FAITH FORD

Pursuant to Local Rule 83.5.2(c) of the United States District Court for the District of Massachusetts, BOONE LAW FIRM, P.A., hereby moves for leave to withdraw as attorney for Plaintiff Faith Ford in the above-entitled cause.

Plaintiffs counsel has written to Plaintiff concerning this case, including the requirement to timely produce certain authorizations and other information in this litigation, and irreconcilable differences have developed between Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude counsel from further representation of Plaintiff in this case. The Plaintiff has not kept Boone Law Firm informed of her new address nor has she timely returned and/or

completed adequate medical provider list or accurate medical authorizations. *See* Declaration of Levi Boone, III, filed herewith.

Boone Law Firm, P.A. therefore requests that this Court grant the law firm leave to withdraw as attorney for Plaintiff Carole Werner and allow Plaintiff 60 days either to seek new counsel or to advise the Court that she will proceed with the prosecution of this action *pro se.*

The granting of the Motion for Leave to Withdraw will not delay the trial of this case since no final trial date has been set or agreed upon between the parties, and thus the granting of this motion would not be inequitable.

A Notice by Certified Mail of this Motion is being forwarded to Plaintiff.

In view of the above, Boone Law Firm, respectfully requests that the law firm be granted leave to withdraw as attorneys for Carole Werner.

Dated: August 18, 2010.                                 Respectfully submitted,

                                                          ***Boone Law Firm, P.A.***

                                        **By:   /s/ Levi Boone, III**
                                        Levi Boone, III, Esq,
                                        MSB# 3686
                                        Boone Law Firm, P.A.
                                        401 West Sunflower Road
                                        P. O. Box 1772
                                        Cleveland, MS 38732


## CERTIFICATE OF SERVICE

**I** hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on August 18, 2010; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiffs last known mailing address.


                                        /s/ Levi Boone, III
                                        Levi Boone, III, Esquire

## <u>CERTIFICATE OF SERVICE</u>

**I** hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 18, 2010.

<u>/s/ Levi Boone, III</u>

_Levi Boone, III