UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>*Leroy Anderson, et al. v. Pfizer, Inc.,*<br>*Case No. 05-cv-10835*<br><br>*Mary Cooper, et al. v. Pfizer, Inc.,*<br>*Case No. 05-cv-10834*<br><br>*Jesse Allen, et al. v. Pfizer, Inc.,*<br>*Case No. 07-cv-11795* | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF BETSY LINDLEY MILLER

**Boone Law Firm, P.A.**, counsel for Plaintiff Faith Ford, respectfully moves for an order pursuant to Local Rules 7. 1 and 83.5.2(c) granting Plaintiff's counsel leave to withdraw as counsel for Plaintiff in this action.

Irreconcilable differences have developed between the Plaintiff and counsel regarding the direction of legal services that may be provided to Plaintiff that preclude Plaintiff's counsel from further representation of Plaintiff in this case.

This Motion is supported by the Memorandum and the Declaration of Levi Boone, III, filed herewith.

Respectfully Submitted,

**BY:** /s/ Levi Boone, III
Levi Boone, III, MSB #3686
**BOONE LAW FIRM, P.A**.

Post Office Box 1772
Cleveland, MS 38732

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3; and that this document has been served on Plaintiff by sending a copy of the document to Plaintiff at Plaintiff's last known mailing address.

/s/ Levi Boone, III
Levi Boone, III