UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
------------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Leroy Anderson, et al. v. Pfizer, Inc.,* : Sorokin
*Case No. 05-cv-10835* :
:
*Mary Cooper, et al. v. Pfizer, Inc.,* :
*Case No. 05-cv-10834* :
:
*Jesse Allen, et al. v. Pfizer, Inc.,* :
*Case No. 07-cv-11795* :
:
------------------------------------------------x

**DECLARATION OF LEVI BOONE, III IN SUPPORT
OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFF BETSY LINDLEY MILLER**

**I, Levi Boone, III**, deposes and states as follows:

1. That Boone Law Firm, P.A. through the undersigned attorney, is counsel for Plaintiff Faith Ford in the above-entitled action.

2. This declaration is submitted in support of Plaintiffs counsel's motion pursuant to Local Rules 7.1 and 83.5.2(c), for an order granting Plaintiffs counsel leave to withdraw as counsel of record for Plaintiff in this action.

3. Plaintiffs counsel has written to Plaintiff concerning this case, including the requirement to timely produce certain authorizations and other information in this litigation, and irreconcilable differences have developed between Plaintiff and counsel

regarding the direction of legal services that may be provided to Plaintiff that preclude counsel from further representation of Plaintiff in this case.  The Plaintiff has not kept Boone Law Firm informed of her change of address and has not timely provided Boone Law Firm her medical provider list and other documents.  The timely submission of these documents to Boone Law Firm is crucial to adequate representation of Plaintiff.  *See* Declaration of Levi Boone, III, filed herewith.

      4.      A copy of the motion papers is also being been mailed, by certified mail, to Plaintiff at her last known address.

I declare under penalty of perjury that the foregoing is true and correct.

*Boone Law Firm, P.A.*

By:  **/s/ Levi Boone, III**
Levi Boone, III, Esq,
MSB# 3686
Boone Law Firm, P.A.
401 West Sunflower Road
P. O. Box 1772
Cleveland, MS 38732

## CERTIFICATE OF SERVICE

**I** hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on August 18, 2010; and that this document has also been served on Plaintiff by sending a copy of the document to Plaintiff by certified mail return receipt requested at Plaintiffs last known mailing address.

/s/ Levi Boone, III
Levi Boone, III, Esquire

## CERTIFICATE OF SERVICE

**I** hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 18, 2010.

/s/ Levi Boone, III