UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                              :       MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                  :
        SALES PRACTICES AND                   :       Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION         :
                                              :       Judge Patti B. Saris
-----------------------------------------------------------x
                                              :       Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                     :
                                              :
        PRODUCTS LIABILITY ACTIONS            :
                                              :
-----------------------------------------------------------x
```

**PRODUCTS LIABILITY PLAINTIFFS' MOTION ON CONSENT FOR
A CASE MANAGEMENT ORDER ESTABLISHING A DISCOVERY
SCHEDULE REGARDING THE GENERIC GABAPENTIN DEFENDANTS**

Products Liability Plaintiffs, with the consent of defense counsel, hereby move for a Case Management Order establishing a discovery schedule regarding the generic gabapentin defendants in this litigation. This motion is supported by the Memorandum and Exhibit A, attached thereto.

**REQUEST FOR ORAL ARGUMENT**

Plaintiffs' counsel believes that oral argument may assist the Court and wish to be heard. Therefore, Plaintiffs' counsel respectfully requests a hearing on this motion.

Dated: August 24, 2010                        Respectfully submitted,

                                              *Members of Products Liability
                                              Plaintiffs' Steering Committee*

                                    By:       **/s/ Andrew G. Finkelstein**
                                              Andrew G. Finkelstein, Esquire
                                              Finkelstein & Partners, LLP
                                              1279 Route 300, P.O. Box 1111
                                              Newburgh, NY  12551

2

By:   **/s/ Jack W. London**
    Jack W. London, Esquire
    Law Offices of Jack W. London
      & Associates
    3701 Bee Cave Rd., Suite 200
    Austin, TX  78746

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants concerning the issues presented in the foregoing motion, and Defendants consent to this motion.

Dated:  August 24, 2010

    **/s/ Kenneth B. Fromson**
    Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on August 24, 2010.

    **/s/ Andrew G. Finkelstein**
    Andrew G. Finkelstein, Esquire