EXHIBIT A

CMO #1 — GENERIC

RECEIVED JUL 2 0 2010 NYS SUPREME COURT - CIVIL

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------x
*In re* Neurontin Product Liability Litigation                Index 765000/06  PART 57
-------------------------------------------------------x      Hon. Marcy S. Friedman
THIS DOCUMENT APPLIES TO ALL CASES
-------------------------------------------------------x

### JOINT [PROPOSED] ORDER ON DISCOVERY SCHEDULE WITH RESPECT TO GENERIC DEFENDANTS

At the conference on July 7, 2010, the Court considered the parties request to enter a scheduling order related to discovery with "generic" defendants Eon Lab, Inc.; Ivax Pharmaceuticals, Inc.; and Teva Pharmaceuticals, USA, Inc.; Apotex as it relates to gabapentin (the generic, bioequivalent of Neurontin). Specifically, the Court considered the parties' request for fact discovery to be completed by December 14, 2010, and the parties respectfully submit the following proposed discovery schedule for consideration of the Court[1]:

| EVENT | DEADLINE |
|---|---|
| Fact discovery closes | 12/14/10 |
| Plaintiffs' general liability expert reports (Excludes case-specific expert reports) | 1/28/11 |
| Deposition of Plaintiffs' general liability experts | 2/28/11 |
| Defendants' general liability expert reports (Excludes case-specific expert reports) | 3/28/11 |
| Deposition of Defendants' general liability experts | 4/28/11 |
| Dispositive motions | 5/27/11 |
| Oppositions to dispositive motions | 6/17/11 |
| Replies to dispositive motions | 6/24/11 |
| Sur-replies to dispositive motions | 7/1/11 |

---

[1] It is the parties' intention to submit this Order for consideration by the United States District Court, District of Massachusetts, MDL 1629, so as to coordinate this discovery schedule with the MDL.

Dated: July 19, 2010

Kenneth Fromson
Finkelstein & Partners, LLP
*Plaintiffs' Liaison Counsel*
1279 Route 300, Box 1111
Newburgh, NY 12551

S. Jane Moffat
Mckenna Long & Aldridge, LLP
230 Park Avenue, Suite 1700
New York, NY 10169
*Attorneys for Eon Labs, Inc.*

7/20/10

Ryan M. Burns
Rawle & Henderson, LLP
*Attorneys for Apotex*
14 Wall Street, 27th Floor
New York, NY 10005

Jonathan I. Price
Goodwin Procter, LLP
*Attorneys for Teva Pharmaceuticals USA, Inc. and Ivax Pharmaceuticals, Inc.*
The New York Times Building
620 Eighth Avenue
New York, NY 10018

SO ORDERED

HON. MARCY S. FRIEDMAN

8/18/10
DATE

2