UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 <br><br> Master File No. 04-10981 |
| ------------------------------------------------------------x | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br><br> ALL SCHWARTZ PRODUCT LIABILITY ACTIONS | Magistrate Judge Leo T. Sorokin |

------------------------------------------------------------x

### DEFENDANTS' MOTION TO DISMISS FOR
### FAILURE TO COMPLY WITH AUGUST 4, 2010 ORDER

Pursuant to this Court's Electronic Order of August 4, 2010, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") hereby move to dismiss the cases listed below for failure to comply with this Court's August 4, 2010 Order allowing [2897] Defendants' Motion to Compel Responses to Discovery.

On July 16, 2010, Defendants moved to compel certain outstanding and overdue discovery from Plaintiffs represented by the Law Offices of Newton B. Schwartz subject to the Court's September 2010 initial discovery deadline.[1] (*See* Defendants' Motion to Compel Responses to Discovery [2897].) Plaintiffs did not oppose Defendants' motion, and the Court thereafter issued its August 4, 2010 Order allowing Defendants' motion, and ordering "that the responsive discovery shall be provided by August 13, 2010, or the plaintiffs failing to do so shall face dismissal of their cases." (August 4, 2010 Order.)

Despite the Court's order, template discovery responses and other required discovery materials have still not been provided for the following Plaintiffs represented by the Law Offices of Newton B. Schwartz:

---

[1] This deadline has since been extended to November 15, 2010, (*see* August 19, 2010 Electronic Order allowing [3029] Motion for Extension of Time to Complete Discovery), and Defendants will hereafter refer to this deadline as the November 2010 deadline.

| Plaintiff | Case No. | Plaintiff | Case No. |
|---|---|---|---|
| Robert Angel | 06-cv-10912 | Tommy James | 06-cv-10912 |
| Pamela Calvert | 06-cv-10912 | Cynthia Myers | 06-cv-10912 |
| Felisha Carpenter | 06-cv-10912 | | |

The grounds for this motion are set forth in greater detail in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the above-listed cases be dismissed with prejudice.

Dated: August 25, 2010                          Respectfully submitted,

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP

By:     /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

ROPES & GRAY LLP

By:     /s/ Ana M. Francisco
        Ana M. Francisco
        BBO #564346

One International Place
Boston, MA 02110
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

2

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Catherine B. Stevens
Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 25, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco