UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:   NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

:
:   MDL Docket No. 1629
:
:   Master File No. 04-10981

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:   Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO:                              :
:   Magistrate Judge Leo T.
ALL SCHWARTZ PRODUCT LIABILITY ACTIONS           :   Sorokin

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH AUGUST 4, 2010 ORDER

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") submit this memorandum in support of their Motion to Dismiss for Failure to Comply with August 4, 2010 Order.  (*See* August 4, 2010 Electronic Order allowing [2897] Defendants' Motion to Compel Responses to Discovery ("August 4, 2010 Order").)  The claims that are the subject of this motion are listed in Defendants' Motion to Dismiss.

## ARGUMENT

Pursuant to Discovery Order Nos. 2 and 6, Plaintiffs Felisha Carpenter, Cynthia Myers, Robert Angel, Pamela Calvert, and Tommy James, represented by the Law Offices of Newton B. Schwartz (the "Schwartz Plaintiffs"), were required to serve responses to Pfizer's template discovery and other discovery materials long ago.  [372; 550].  Despite initially filing suit many years ago, Defendants' requests for the Schwartz Plaintiffs' responses,[2] the designation of these Schwartz Plaintiffs as those subject to the Court's November 2010 deadline for completion of initial core discovery, and this Court's August 4, 2010 Electronic Order allowing Defendants' motion to compel discovery, Defendants still have yet to receive certain discovery from the Schwartz Plaintiffs.  Due to these failures, the claims of these Schwartz Plaintiffs should be

_____

[2] Defendants' discovery deficiency letters to the Schwartz Plaintiffs are attached as Exhibit A. All exhibits are attached to the accompanying Declaration of Catherine B. Stevens.

dismissed.

On July 16, 2010, Defendants moved to compel certain outstanding and overdue discovery from the Schwartz Plaintiffs subject to the Court's November 2010 initial discovery deadline. (*See* Defendants' Motion to Compel Responses to Discovery [2897].)  Plaintiffs did not oppose Defendants' motion, and the Court thereafter issued its August 4, 2010 Order allowing Defendants' motion, and ordering "that the responsive discovery shall be provided by August 13, 2010, or the plaintiffs failing to do so shall face dismissal of their cases." (August 4, 2010 Order.)

While the Law Offices of Newton B. Schwartz did provide some outstanding discovery for certain Plaintiffs prior to the Court's August 13, 2010, deadline, certain discovery remains incomplete.  Specifically, Plaintiffs Felisha Carpenter and Cynthia Myers have failed to provide any responses to template interrogatories or requests for production, initial disclosures pursuant to Rule 26, or provider lists.  Additionally, while Plaintiffs Robert Angel, Pamela Calvert, and Tommy James have produced provider lists (despite being inadequate), they have failed to provide any responses to template interrogatories or requests for production, or any initial disclosures pursuant to Rule 26.  As a consequence, Defendants lack the fundamental discovery necessary to take the depositions of any of these 5 Schwartz Plaintiffs or of their prescribing physicians.

For the Court's convenience, Defendants have included a chart that summarizes the lack of discovery for the Schwartz Plaintiffs selected for initial discovery by November 2010. *See*, Ex. B, Chart of Discovery in Schwartz Cases.  As noted above, for several Plaintiffs where the Law Offices of Newton B. Schwartz has provided some information to Defendants, some of the information provided is too inadequate to use in discovery.  For example, with respect to Plaintiffs Robert Angel, Pamela Calvert, and Tommy James, their medical provider lists only identify two or three providers total – well below what would be expected based on materials provided in similar cases by other Plaintiffs. (*See, e.g.,* Ex. C, Schwartz Provider Lists.)

The Schwartz Plaintiffs were put on notice of the consequences of their failure to comply

with Magistrate Judge Sorokin's Order August 4, 2010 Order, which noted that Plaintiffs failing to produce the required discovery "shall face dismissal of their cases." (August 4, 2010 Order.) None of these Schwartz Plaintiffs made a motion for extension of the August 13, 2010, deadline established by this Court's August 4, 2010 Order or have even attempted to demonstrate good cause for their failure to comply. Such discovery deficiencies at this point are unacceptable.

At this late date, the lawsuits at issue remain at the very inception of the discovery process, and these Schwartz Plaintiffs have failed to provide to Defendants the most basic disclosures required to initiate discovery. These Schwartz Plaintiffs have been given every opportunity to comply with their threshold discovery obligations and the orders of this Court. Their claims should be dismissed with prejudice.

## CONCLUSION

For all the foregoing reasons, Defendants respectfully request that the claims of the Schwartz Plaintiffs identified in Defendants' motion to dismiss be dismissed with prejudice.

Dated: August 25, 2010                    Respectfully submitted,

                                          SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP

                                          By:    /s/ Mark S. Cheffo
                                                 Mark S. Cheffo

                                          Four Times Square
                                          New York, NY 10036
                                          Tel: (212) 735-3000

ROPES & GRAY LLP

By:     /s/ Ana M. Francisco
        Ana M. Francisco
        BBO #564346

One International Place
Boston, MA  02110
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 25, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco