UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------x

In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981

----------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
ALL SCHWARTZ PRODUCT LIABILITY ACTIONS : Sorokin

----------------------------------------------x

## DECLARATION OF CATHERINE B. STEVENS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH AUGUST 4, 2010 ORDER

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of deficiency letters sent to the Law Offices of Newton B. Schwartz dated December 22, 2006 – August 4, 2010.

3. Attached hereto as Exhibit B is a true and correct copy of a chart of the status of discovery in the Schwartz cases selected for initial discovery by November 2010.

4. Attached hereto as Exhibit C is a true and correct copy of the provider lists produced by Schwartz Plaintiffs Robert Angel, Pamela Calvert, and Tommy James.

Signed under the penalties of perjury this 25th day of August 2010.

/s/ Catherine B. Stevens
Catherine B. Stevens

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 25, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco