# EXHIBIT B

Status of Discovery in the Schwartz Cases Subject to the November 2010 Deadline

| Plaintiff | Medical Authorizations | Provider list | Response to Interrogatories | Response to Request for Production of Documents | Initial Disclosures |
|---|---|---|---|---|---|
| Angel, Robert D. | 7/26/2010 | 2 providers | Not Provided | Not Provided | Not Provided |
| Boltin, Carmen L. | 7/16/2010 | 3 providers | 7/19/10 | 7/19/10 | 7/19/10 |
| Calvert, Pamela S. | 7/16/2010 | 3 providers | Not Provided | Not Provided | Not Provided |
| Carpenter, Felisha | 7/26/2010 | Not Provided | Not Provided | Not Provided | Not Provided |
| Hargett, Janet | 7/7/2010 | 2 providers | 7/19/10 | 7/19/10 | 7/19/10 |
| James, Tommy D. | 7/16/2010 | 2 providers | Not Provided | Not Provided | Not Provided |
| Joshua A. Martinez, Est. Teresa Huff | 7/7/2010 | 3 providers | 7/19/10 | 7/19/10 | 7/19/10 |
| Lemacks, George B. | 7/7/2010 | Not Provided | 7/19/10 | 7/19/10 | 7/19/10 |
| Myers, Cynthia K. Est. Aldina Sweitzer | 7/26/2010 | Not Provided | Not Provided | Not Provided | Not Provided |
| Small, Robert L. | 7/7/2010 | 0 providers | 7/19/10 | 7/19/10 | 7/19/10 |