# EXHIBIT C


# DOCTORS/HOSPITALS LIST

**PRINT NAME OF PATIENT:** Robert Angel

**DOCTOR/HOSPITAL NAME:** Dr. Pazolia at Prastra Mental
**MAILING ADDRESS OF DOCTOR/HOSPITAL:** Health at Charleston WV
**CITY / STATE / ZIP CODE:** CAMC
**ESTIMATED DATES OF SERVICE:** Present
**PHONE NUMBER:** 304-388-6432

**DOCTOR/HOSPITAL NAME:** Dr. Bauscha
**MAILING ADDRESS OF DOCTOR/HOSPITAL:** Charleston WV
**CITY / STATE / ZIP CODE:** CAMC Mormbrol WV
**ESTIMATED DATES OF SERVICE:** CAMC PAT Info.
**PHONE NUMBER:** 304-388-6432

**DOCTOR/HOSPITAL NAME:**
**MAILING ADDRESS OF DOCTOR/HOSPITAL:**
**CITY / STATE / ZIP CODE:**
**ESTIMATED DATES OF SERVICE:**
**PHONE NUMBER:**

**DOCTOR/HOSPITAL NAME:**
**MAILING ADDRESS OF DOCTOR/HOSPITAL:**
**CITY / STATE / ZIP CODE:**
**ESTIMATED DATES OF SERVICE:**
**PHONE NUMBER:**

**DOCTOR/HOSPITAL NAME:**
**MAILING ADDRESS OF DOCTOR/HOSPITAL:**
**CITY / STATE / ZIP CODE:**
**ESTIMATED DATES OF SERVICE:**
**PHONE NUMBER:**

## DOCTORS/HOSPITALS LIST

Pamela Calvert
PRINT NAME OF PATIENT

Summerville Medical Center
DOCTOR/HOSPITAL NAME

295 Medical Parkway
MAILING ADDRESS OF DOCTOR/HOSPITAL

Summerville, SC 29485
CITY  STATE  ZIP CODE

ESTIMATED DATES OF SERVICE

843 832·5000
PHONE NUMBER

---

Palmetto LowCountry Behavior Health
DOCTOR/HOSPITAL NAME

2277 Speissegger Lane
MAILING ADDRESS OF DOCTOR/HOSPITAL

N. Charleston, SC 29405
CITY  STATE  ZIP CODE

ESTIMATED DATES OF SERVICE

843-747-5830
PHONE NUMBER

---

Charleston Psychiatry LLC
DOCTOR/HOSPITAL NAME

9229-F University Blvd
MAILING ADDRESS OF DOCTOR/HOSPITAL

N. Charleston SC 29406
CITY  STATE  ZIP CODE

ESTIMATED DATES OF SERVICE

843-572-9600
PHONE NUMBER

---

DOCTOR/HOSPITAL NAME

MAILING ADDRESS OF DOCTOR/HOSPITAL

CITY  STATE  ZIP CODE

ESTIMATED DATES OF SERVICE

PHONE NUMBER

---

DOCTOR/HOSPITAL NAME

MAILING ADDRESS OF DOCTOR/HOSPITAL

CITY  STATE  ZIP CODE

ESTIMATED DATES OF SERVICE

PHONE NUMBER

## DOCTORS/HOSPITALS LIST

**PRINT NAME OF PATIENT:** Tommy James

**DOCTOR/HOSPITAL NAME:** Living Hope
**MAILING ADDRESS OF DOCTOR/HOSPITAL:** 2003 University
**CITY, STATE, ZIP CODE:** Little Rock, AR 7235
**ESTIMATED DATES OF SERVICE:** Several times
**PHONE NUMBER:** 501-666-0404 / 501-663-5473

**DOCTOR/HOSPITAL NAME:** St. Vincent Doctors Hospital Rehabilitation Hospital
**MAILING ADDRESS OF DOCTOR/HOSPITAL:** 6101 St. Vicent Circle
**CITY, STATE, ZIP CODE:** Little Rock, AR 7235
**ESTIMATED DATES OF SERVICE:** 2010
**PHONE NUMBER:** 501-552-834-6100