UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------x
                                                 :
In re: NEURONTIN MARKETING, SALES                :  MDL Docket No. 1629
       PRACTICES AND PRODUCTS                    :
       LIABILITY LITIGATION                      :  Master File No. 04-10981
------------------------------------------------x
                                                 :  Judge Patti B. Saris
                                                 :
THIS DOCUMENT RELATES TO:                        :
                                                 :  Magistrate Judge Leo T.
ALL SCHWARTZ PRODUCT LIABILITY ACTIONS           :  Sorokin
                                                 :
                                                 :
------------------------------------------------ :
                                                 x
```

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO DISMISS FOR FAILURE TO COMPLY WITH AUGUST 4, 2010 ORDER

PLEASE TAKE NOTICE that Defendants Pfizer Inc and Warner-Lambert Company LLC, hereby withdraw their Motion to Dismiss for Failure to Comply with this Court's August 2, 2010 Order, as well as the accompanying memorandum and declaration. *See* ECF Doc. ## 3048, 3049, and 3050. The withdrawn motion and related documents were filed on August 25, 2010.

Dated: August 30, 2010     Respectfully submitted,

                                            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                            By:/s/ Mark S. Cheffo
                                            Mark S. Cheffo

                                            Four Times Square
                                            New York, NY 10036
                                            Tel: (212) 735-3000

                                            -and-

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
    Ana M. Francisco
    BBO #564346

One International Place
Boston, MA  02110
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray .com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

### CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 30, 2010.

                                        /s/ Ana. M. Francisco
                                        Ana M. Francisco