**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

------------------------------------------------x

| | |
|---|---|
| In re:  NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>ALL SCHWARTZ PRODUCT LIABILITY ACTIONS | |

------------------------------------------------x

## DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH AUGUST 4, 2010 ORDER

Pursuant to this Court's Electronic Order of August 4, 2010, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") hereby move to dismiss the cases listed below for failure to comply with this Court's August 4, 2010 Order allowing [2897] Defendants' Motion to Compel Responses to Discovery.[1]

On July 16, 2010, Defendants moved to compel certain outstanding and overdue discovery from Plaintiffs represented by the Law Offices of Newton B. Schwartz subject to the Court's September 2010 initial discovery deadline.[2] (*See* Defendants' Motion to Compel Responses to Discovery [2897].) Plaintiffs did not oppose Defendants' motion, and the Court thereafter issued its August 4, 2010 Order allowing Defendants' motion, and ordering "that the

---

[1] Defendants previously filed, and today withdrew, an identical Motion to Dismiss for Failure to Comply with August 4, 2010 Order, which requested dismissal of five Plaintiffs represented by the Law Offices of Newton B. Schwartz. [3048]. After its filing, counsel for Plaintiffs and Defendants conferred and realized that there was a dispute as to whether discovery was received as to Plaintiffs Felisha Carpenter, Pamela Calvert, and Tommy James. Plaintiffs contend that discovery was sent via electronic mail prior to the August 13, 2010, deadline. Defendants contend that the electronic mail was not received. Defendants agreed to withdraw the motion as to these three Plaintiffs and, for the convenience of the Court, Defendants now file this motion seeking dismissal of only Plaintiffs Robert Angel and Cynthia Myers.

[2] This deadline has since been extended to November 15, 2010, (*see* August 19, 2010 Electronic Order allowing [3029] Motion for Extension of Time to Complete Discovery), and Defendants will hereafter refer to this deadline as the November 2010 deadline.

responsive discovery shall be provided by August 13, 2010, or the plaintiffs failing to do so shall face dismissal of their cases." (August 4, 2010 Order.)

Despite the Court's order, template discovery responses and other required discovery materials have still not been provided for the following Plaintiffs represented by the Law Offices of Newton B. Schwartz:

| Plaintiff | Case No. |
|---|---|
| Robert Angel | 06-cv-10912 |
| Cynthia Myers | 06-cv-10912 |

The grounds for this motion are set forth in greater detail in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the above-listed cases be dismissed with prejudice.

Dated: August 30, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

ROPES & GRAY LLP

By:   /s/ Ana M. Francisco
      Ana M. Francisco
      BBO #564346

One International Place
Boston, MA 02110
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Catherine B. Stevens
Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 30, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco

3