UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL SCHWARTZ PRODUCT LIABILITY ACTIONS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

------------------------------------------------------------x

**DECLARATION OF CATHERINE B. STEVENS IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS FOR FAILURE TO COMPLY WITH AUGUST 4, 2010 ORDER**

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of deficiency letters sent to the Law Offices of Newton B. Schwartz dated December 22, 2006 – August 4, 2010.

4. Attached hereto as Exhibit B is a true and correct copy of the provider lists produced by Schwartz Plaintiff Robert Angel.

Signed under the penalties of perjury this 30th day of August 2010.

/s/ Catherine B. Stevens
Catherine B. Stevens

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on August 30, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco