# EXHIBIT A

**Shook, Hardy & Bacon** L.L.P.

December 22, 2006

www.shb.com

Angela M. Seaton
Of Counsel
2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.421.5547 Fax
aseaton@shb.com

**VIA FACSIMILE, E-MAIL, U.S. MAIL**

Newton B. Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

Re: *Neurontin – Discovery Responses*

Dear Counsel:

As you are aware, the parties agreed and proposed to the MDL Court a January 15, 2007 deadline for plaintiffs to provide responses to Pfizer's written discovery. To date, we have not received discovery responses for the following 224 plaintiffs represented by your firm:

| | | | |
|---|---|---|---|
| Accettullo, Martha | Funderburg, Jennifer | McAnally, Barbara | Thibodeau, Edward |
| Anderson, Mary J. | Galloway, Sonya M. | McCue, Zina R. | Thompson, Brenda |
| Anderson, Virgil | Gangi, Robert D. | McIntyre, Marlene K. | Thurmond, Betty |
| Angel, Robert D. | Gann, Monica S. | McKenzie, Kimberly | Turner, Mark |
| Armour, Tony | Gilbow, Sherrial | McMahon-Lough, Sandra D. | Valentino, Diane M. |
| Ashley, Alysia | Gilmore, James E. | | Vice, Melissa L. |
| Baker, Aaron P. | Girard, Charles D., Sr. | Meeks, Vivian S. | Volek, Bonnie A. |
| Baker, Georgia L. | Golden, Paul H. | Middleton, Autherine | Wagoner, Christopher |
| Barkely, Melissa W. | Gordon, Drew | Mitchell, Isiah E., Sr. | Washington, Joseph O., III |
| Beavers, Merrie E. | Graham, Joseph P. | Mitchell, Jason | |
| Bellino, Beth A. | Grayson, Michele C. | Moats, Michelle L. | |
| Best Tosha R. | Greer, Karen J. | Mocci, Lori L. | Watson, Edgar J. |
| Blake, Joe | Gross, Kenneth | Moore, William S. | Weatherford, David D. |
| Blake, Kay | Hall, Christopher L. | Moscato, Michael J. | |
| Bolton, Carmen | Hall, Clennon C. | Moses, Robret J. | Weger, Louis M. |
| Boyd, Denise D. | Hall, Ethel M. | Myers, Cynthia K. | White Charles |
| Boyer, Joy N. | Hall, Linda | Nakamura, Daryl | White, Annette |
| Bramlett, Kenneth L. | Hargett, Janet | Nichols, Wanda F. | Wigfall, Dexter P. |
| Brazell, Susan L. | Harper, Lisa | Northcutt, Charles | Wilhelm, John W. |
| Brewster, Kamaliha | Hartsell, David | Parker, Earnestine | Wilkin, Jeffrey |
| Brewster, Willie G. | Harvey, Thomas | Pastine, Sherry | Williams, Brady L. |
| Brockman, Patricia L. | Hash, Rachel A. | Payne, Barbara T. | Williams, Dexter |
| Brooks, Ernie | Hatfield, Zola | Payne, Lonnie J. | Williams, Jimmie K. |
| Brooks, Rita | Haynes, Romana | Perdue, Richardson | Williams, Leotis C. |
| Broomfield, Haywood | Henson, Thomas C. | Perry, Mary K. | Williams, Ramal |
| Brown, Catherine L. | Hiers, Debbie R. | Pettit, David W. | Williams, Sydney L. |

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2266128v1



www.shb.com

Newton B. Schwarz, Sr.
December 22, 2006
Page 2

Bruce, Anne D.
Bunch, Carson
Burnett, Bryan
Byrum-Hill, Gwenna J.
Calvert, Pamela
Campbell-Dean, Kimberly A.
Carpenter, Felisha
Carpenter, Lesa
Carr, Lester C.
Carter, Damon
Cephas, Russell T.
Chancellor, Karen M.
Chhiv, Vathana S.
Clark, Nicholas
Clark, Kevin W.
Clemons, Garry P.
Coburn, Sharon L.
Colley, Vera
Conyers, Wilbur C.
Cook, Connie B.
Craig, Coleen M.
Crosby, Richard A, Jr.
Dauernheim, Larry W.
Davenport, James G.
Davis, Kimm J.
Day David A.
Deleon, Kelly
Devore, Robert G.
Dodd, Richard W.
Douglas, Stacey
Dozier, Christine M.
Drain, Jeffrey B.
Dreher, Loretta V.
Dukes, Allison D.
Duzan, Foster A.
Emmons, Sharon K.
Ericsson-Harkness, Shanna G.
Espey, Debra
Falk, Corrine M.
Faught, David W.

Fay, Eugene J.
Floyd, Sharon Y.
Fludd, GeorgiaHildebrand, Donald A., Jr.
Howard, Beth A.
Hunter, Patricia L.
Igbonagwam, Dametria
Jackson, Timothy L.
James, Amy
James, Tommy D.
Jeffers, Latoya
Jernigan-Wilson, Tatika
Johnson, Elroy L.
Jones, Carla
Jones-Coleman, Lovell L.
Kestner, Mary J.
Kilic, Mehmet
Kirby, Cheryl W.
Knauff, Kenneth M.
Knowlton, Barbara A.
Knox, Cassandra
Larkin, Ann E.
Laspina, Mario
Lee, Dexter K.
Lee, Janice W.
Leger, Debra F.
Lemacks, George B.
Lewis, Tracy
Ligon, Sherry K.
Lockhart, Donald L.
Logan, Sandra M.
Lowe, Stephanie A.
Ludacka, Vincent W.
Luttrell, Leslie
Lytle, Freddie B.
Manning, Jacqueline K
Marlow, Darrin P.
May, Bryan A.

Pfaff-Melani, Barbara F., as Next Fiend of Nikko A. Gonzalez
Phipps, Linda
Pickett, Mary J.
Pina, Dena D.
Pittman, Mary
Pitzer, Donna M.
Prince, Rebecca A.
Ratz, Melissa S.
Reaves, Craig G.
Reed, William J.
Richberg, Jarvis L.
Riddle, Tonya R.
Ridgeway, Monica
Robinson, Sherman D.
Saenz, Monica
Sanders, Jacqueline
Scheidt, Donald H.
Scurlock, John W.
Seagraves, Florence Y.
Segle, Herman C.
Shaffer, Teina M.
Shakoor, Tuwanda V.
Siltman, Betty L.
Small, Robert L.
Smalls, Kathleen B.
Smith, Debra R.
Smith, Doris J.
Smith, Dorthy E.
Smith, Earvin N.
Sprinkle, Harold
St. Hilaire, Robert N.
Statom, Donnie L.
Stephens, Jana
Summers, Ezell
Taggart, Jeffrey
Tarvan, Shelly M.
Taylor, Bular D.
Taylor, Carolyn C.
Taylor, Caryl A.
Thames, Willer R.

Williams, Theresa
Wilson, Kristina
Wine, Helen S.
Young, Kathy

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2266128v1



www.shb.com

Newton B. Schwarz, Sr.
December 22, 2006
Page 3

To the extent you have responses you have not forwarded to us, we would appreciate receiving these now, in advance of the December 31 deadline. On an ongoing basis, we would also appreciate you forwarding the responses to us as they are received by your office to help alleviate the overwhelming burden of reviewing hundreds of responses at once.

In addition, as you know, plaintiffs and defendants are working jointly with Medical Research Consultants ("MRC") to collect medical and other relevant records for all plaintiffs. As is not uncommon in these cases, MRC is running in to various obstacles in the records collection process. If you would be willing to facilitate the signing of blanket authorizations[1] by your clients, as many other plaintiffs' counsel have done, it will greatly expedite the records collection process, which benefits all of us. I have attached the following proposed blanket releases which were provided by MRC: (1) medical and pharmacy records; (2) tax records; (3) social security disability records; (4) employer/educational records; and (5) military records (if applicable). Of course, MRC has been directed to request records only for time periods consistent with the MDL Court's Discovery Order No. 2.

I have also attached a form authorization for Walgreens. Walgreens insists that its particular authorization be executed before it will release pharmacy records. Accordingly, if you have plaintiffs who received their medication from Walgreens, please have them execute the Walgreen-specific release.

Thank you for your time and attention to these matters. We look forward to receiving your discovery responses. Of course, please do not hesitate to contact me to discuss any questions or concerns.

Sincerely,

Angela M. Seaton

AMS:ljc
Enclosure

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

---

[1] With regard to medical and pharmacy records, a "blanket" authorization is one where the first three lines are left blank.

2266128v1

# GOODELL, DEVRIES, LEECH & DANN, LLP

ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

MARGARET S. SCALLY
MSS@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-4027

May 28, 2010

*Via First Class Mail*
Newton B. Schwartz, Sr.
*Law Offices of Newton B. Schwartz, Sr.*
1911 Southwest Freeway
Houston, TX 77098

Re:   **Neurontin – Authorization for Release of Records Re: Robert D. Angel
      Case No.: 2:06-cv-01742-RB**

Dear Counsel:

As you know, plaintiffs and defendants are working jointly with Medical Research Consultants ("MRC") to collect medical and other relevant records for all plaintiffs. As it is not uncommon in these cases, MRC is running in to various obstacles in the records collection process. If you would be willing to facilitate the signing of a blanket authorization by your client, as many other plaintiffs' counsel have done, it will greatly expedite the records collection process, which will benefit us all. I have attached the following proposed blanket authorizations: (1) medical and pharmacy, employer, education and billing records; (2) Medicare records; and (3) Social Security Administration records. Of course, MRC has been directed to only request records for time periods consistent with the MDL Court's Discovery Order No. 2.

Please return the executed authorizations to me within two weeks from the date of this letter. I thank you for your time and attention to this matter.

Sincerely,

*Maggie S. Scally*
Margaret S. Scally
Paralegal to Michael J. Wasicko, Esquire

MSS/bjs
Enclosure
4816-1032-7814

# GOODELL, DEVRIES, LEECH & DANN, LLP
### ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

ASHLEY P. BRAUN
APB@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-7690

June 10, 2010

*Via First Class Mail*
Newton B. Schwartz, Sr.
*Law Offices of Newton B. Schwartz, Sr.*
1911 Southwest Freeway
Houston, TX 77098
713-630-0708

Re:   **Neurontin – Authorization for Release of Records Re: Aldina Sweitzer**
      ***Cynthia Myers, Executor of the Estate of Aldina Sweitzer, et al. v. Pfizer, Inc. and Warner-Lambert Company, LLC***
      **Case No.: 2:06-cv-01742-RB**

Dear Counsel:

As you know, plaintiffs and defendants are working jointly with Medical Research Consultants ("MRC") to collect medical and other relevant records for all plaintiffs. As it is not uncommon in these cases, MRC is running in to various obstacles in the records collection process. If you would be willing to facilitate the signing of a blanket authorization by your client, as many other plaintiffs' counsel have done, it will greatly expedite the records collection process, which will benefit us all. I have attached the following proposed blanket authorizations: (1) medical and pharmacy, employer, education and billing records; (2) Medicare records; (3) Social Security Administration records; and (4) Copy of Tax Return. Of course, MRC has been directed to only request records for time periods consistent with the MDL Court's Discovery Order No. 2.

Please return the executed authorizations to me within two weeks from the date of this letter. I thank you for your time and attention to this matter.

Sincerely,

Ashley P. Braun
Paralegal to Michele R. Kendus, Esquire

Enclosure
4850-0457-6262

## GOODELL, DEVRIES, LEECH & DANN, LLP
ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

MARGARET S. SCALLY
MSS@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-4027

June 14, 2010

*Via First Class Mail*
Newton B. Schwartz, Sr.
*Law Offices of Newton B. Schwartz, Sr.*
1911 Southwest Freeway
Houston, TX 77098

Re: **Neurontin – Authorization for Release of Records Re: Robert D. Angel
Case No.: 2:06-cv-01742-RB**

Dear Counsel:

Please be advised I have not received a response to my May 28, 2010 letter requesting your client to sign "blanket" authorizations. I had requested that the materials be returned to me no later than June 11, 2010. In addition to the authorizations mailed on May 28th, I am also enclosing an authorization for tax returns. In addition to signing, please have you client file out the top part of the Request for Copy of Tax Return, sections 1a through 5.

Kindly return the executed authorizations to me within one week from the date of this letter. If we do not receive a response from you within 7 days of the date of this letter, we will be forced to file motions to compel.

I thank you for your time and attention to this matter.

Sincerely,

*Maggie S. Scally*
Margaret S. Scally
Paralegal to Michael J. Wasicko, Esquire

MSS/bjs
Enclosure
4848-0705-5622

## GOODELL, DeVRIES, LEECH & DANN, LLP
### ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

ASHLEY P. BRAUN
APB@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-7690

June 17, 2010

*Via First Class Mail*
Newton B. Schwartz, Sr.
*Law Offices of Newton B. Schwartz, Sr.*
1911 Southwest Freeway
Houston, TX 77098
713-630-0708

Re: *Neurontin – Authorization for Release of Records Re: Aldina Sweitzer Cynthia Myers, Executor of the Estate of Aldina Sweitzer, et al. v. Pfizer, Inc. and Warner-Lambert Company, LLC*
**Case No.: 2:06-cv-01742-RB**

Dear Counsel:

Please be advised I have not received a response to my June 10, 2010 letter requesting your client to sign "blanket" authorizations. I had requested that the materials be returned to me no later than June 24, 2010. Also, please note the date of birth where necessary on all the authorizations and have you client fill out the top part of the Request for Copy of Tax Return, sections 1a through 5.

Kindly return the executed authorizations to me within **one week** from the date of this letter. If we do not receive a response from you within 7 days of the date of this letter, we will be forced to file motions to compel.

I thank you for your time and attention to this matter.

Sincerely,

Ashley P. Braun
Paralegal to Michael J. Wasicko, Esquire

APB/vld
Enclosure(s)

4829-1798-1190 (21-685)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

August 4, 2010

BY E-MAIL & OVERNIGHT MAIL
Trey Stegall
Law Offices of Newton Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

RE: *Accettullo v. Pfizer Inc*, et al. Case No. 06-cv-10912
*Anderson v. Pfizer Inc*, et al. Case No. 06-cv-11024
*Brewster v. Pfizer Inc*, et al. Case No. 06-cv-11022
*Girard v. Pfizer Inc*, et al. Case No. 06-cv-11023

Dear Mr. Stegall:

      I am writing to address deficiencies concerning the following Plaintiffs subject to the Court's September 14, 2010, initial discovery deadline: Plaintiffs Felisha Carpenter, Cynthia Myers, Robert Angel, Carmen Boltin, Pamela Calvert, Janet Hargett, Tommy James, Robert Small, and George Lemacks.

      On June 6, 2006, Pfizer served template discovery consisting of: (1) Defendants' First Set of Interrogatories Directed to Products Plaintiffs; and (2) Defendants' First Request for Production of Documents and Things Directed to Products Liability Plaintiffs. (Docket Nos. 333, 334.) On June 19, 2006, Magistrate Judge Sorokin issued an Order directing all Plaintiffs to provide responses to Pfizer's written discovery requests, as modified by the order. (Discovery Order No. 2, dated July 19, 2006, Docket No. 372 at 3-6.) Pursuant to Discovery Order Nos. 2 and 6, the Plaintiffs represented by your firm were required to serve responses to Pfizer's template discovery long ago, including providing valid authorizations and lists of medical providers. (Discovery Order No. 2; Discovery Order No. 6, Docket No.

Trey Stegall
August 4, 2010
Page 2

550.) On June 9, 2010, Magistrate Judge Sorokin issued a further Order setting forth the timeframe for completion of initial discovery for these Plaintiffs, and providing until July 7, 2010, to provide the authorizations and provider lists as required by Docket No. 372. (Docket No. 2839.) Lastly, today, August 4, 2010, Magistrate Judge Sorokin granted Defendants' motion to compel the production of certain materials for these Plaintiffs by August 13, 2010.

Defendants have not yet received discovery responses, and provider lists for many of the above-referenced Plaintiffs represented by your firm. The provision of these outstanding materials is addressed by Judge Sorokin's Order today, and we ask that you provide them immediately, but no later than August 13, 2010.

Moreover, in those materials that have been provided, certain deficiencies remain. For example, the medical provider lists that have been provided by the above-referenced Plaintiffs are woefully inadequate in that each provider list only identifies two or three medical providers. Based on Defendants' long history in this litigation, and our review of similar materials provided by other firms, we find it hard to believe that your Plaintiffs have only seen two or three medical providers in the last 10-20 years. Additionally, the number of Plaintiff-produced records provided by certain Plaintiffs remains insufficient. Based on what Defendants have received from other firms for similar cases over the course of this litigation, and by other Plaintiffs represented by your firm, these Plaintiffs are likely in the possession of additional records, both medical and otherwise, relevant to Plaintiffs' cases and covered by Discovery Order No. 2.

In addition to being long overdue, these missing discovery materials, and limited and deficient provider lists and records provided by Plaintiffs make it difficult for Defendants to collect the relevant records necessary to complete Plaintiffs' depositions, and those of their prescribers, before the September 2010 deadline. They also make it difficult for Defendants to comply with their own discovery obligations in these cases. This is particularly problematic given the approaching September deadline.

Please correct these deficiencies and provide any missing materials by August 13, 2010, as directed by Magistrate Judge Sorokin. Also, please provide deposition dates for each of these 9 plaintiffs so that they can take place prior to the September 14 discovery deadline. If you will be unable to do so for any reason,

Trey Stegall
August 4, 2010
Page 3

please contact me immediately. Defendants reserve the right to reschedule any deposition to the extent that we have received the materials necessary to proceed.

Sincerely,

Catherine B. Stevens