# EXHIBIT B

## DOCTORS/HOSPITALS LIST

Robert Angel
PRINT NAME OF PATIENT

Dr. PAZOLIA AT PRASTRA MENTAL
DOCTOR/HOSPITAL NAME

Health AT Charleston WV
MAILING ADDRESS OF DOCTOR/HOSPITAL

CAMC
CITY    STATE    ZIP CODE

PRESENT
ESTIMATED DATES OF SERVICE

304-388-6432
PHONE NUMBER

DR. BAUSCHA
DOCTOR/HOSPITAL NAME

Charleston WV
MAILING ADDRESS OF DOCTOR/HOSPITAL

CAMC MORMBRAL WV
CITY    STATE    ZIP CODE

ESTIMATED DATES OF SERVICE
CAMC PAT Info.

304-388-6432
PHONE NUMBER

DOCTOR/HOSPITAL NAME

MAILING ADDRESS OF DOCTOR/HOSPITAL

CITY    STATE    ZIP CODE

ESTIMATED DATES OF SERVICE

PHONE NUMBER

DOCTOR/HOSPITAL NAME

MAILING ADDRESS OF DOCTOR/HOSPITAL

CITY    STATE    ZIP CODE

ESTIMATED DATES OF SERVICE

PHONE NUMBER

DOCTOR/HOSPITAL NAME

MAILING ADDRESS OF DOCTOR/HOSPITAL

CITY    STATE    ZIP CODE

ESTIMATED DATES OF SERVICE

PHONE NUMBER

389253-2LMP-00001