UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1629<br><br>Master File No. 04-10981<br><br>Judge Patti B. Sarris<br>Mag. Judge Leo T. Sorokin |
| THIS DOCUMENT RELATES TO:<br><br>KAISER FOUNDATION HEALTH PLAN, et. al. v. PFIZER INC., et al. 04 CV 10739 (PBS) | |

**NOTICE OF CHANGE
OF FIRM AFFILIATION AND APPEARANCE**

PLEASE TAKE NOTICE that Linda P. Nussbaum, counsel of record for Plaintiffs Kaiser Foundation Hospitals and Kaiser Foundation Health Plan is now affiliated with Grant & Eisenhofer P.A. at the following address:

Linda P. Nussbaum
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017
(646) 722-8500
(646) 722-8501 (Fax)
lnussbaum@gelaw.com

Dated: September 1, 2010                    Respectfully submitted,

/s/ Linda P. Nussbaum
Linda P. Nussbaum
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017
(646) 722-8500
(646) 722-8501 (Fax)
lnussbaum@gelaw.com

## **CERTIFICATE OF SERVICE**

     I, Linda P. Nussbaum, certify that a true and correct copy of the foregoing Notice of Change of Firm Affiliation and Appearance on behalf of Plaintiff Kaiser Foundation Hospitals and Kaiser Foundation Health Plan was electronically filed with the Clerk of the Court via ECF on the 1st day of September, 2010, which will send notification of such filing to all counsel of record on this the 1st day of September, 2010.

                                                  /s/ Linda P. Nussbaum
                                                  Linda P. Nussbaum