UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL Docket No. 1629 |
| | | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | Judge Patti B. Saris |

## STATUS REPORT September 1, 2010

Pursuant to the Court's May 16, 2005, Procedural Order, the undersigned counsel for Plaintiffs and Defendants hereby submit the attached Status Report to the Court listing the status of all pending motions to date as well as all cases transferred to MDL No. 1629.

Dated: September 1, 2010

By:  **/s/ Mark S. Cheffo**
Mark S. Cheffo
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Mark.Cheffo@skadden.com

By:  **/s/ Ana M. Francisco**
Ana M. Francisco
ROPES & GRAY LLP
BBO # 564346
One International Place
Boston, MA  02110
Tel:  (617) 951-7000
Ana.Francisco@ropesgray.com

*Counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC*

Respectfully Submitted,

By:  **/s/ Thomas M. Sobol**
Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
tom@hbsslaw.com

*Plaintiffs' Liaison Counsel*

By:  **/s/ Barry Himmelstein**
Barry Himmelstein, Esquire
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

By: **/s/ Don Barrett**
Don Barrett, Esquire
Barrett Law Office
404 Court Square North
P.O. Box 987
Lexington, MS 39095

By: **/s/ Daniel Becnel**
Daniel Becnel, Jr., Esquire
Law Offices of Daniel Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

By: **/s/ James Dugan**
James Dugan, Esquire
Dugan & Browne
650 Poydras St., Suite 2150
New Orleans, LA 70130

By: **/s/ Thomas Greene**
Thomas Greene Esquire
Greene LLP
33 Broad Street, 5th Floor
Boston, MA 02109

*Members of the Class Plaintiffs'*
*Steering Committee*

By: **/s/ Richard Cohen**
Richard Cohen, Esquire
Lowey Dannenberg Bemporad
& Selinger, P.C.
The Gateway
One North Lexington Avenue
White Plains, NY  10601

3

By:    /s/ **Linda P. Nussbaum**

Linda P. Nussbaum
Grant & Eisenhofer, P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017

*Members of the Non-Class
Plaintiffs' Steering Committee*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 1, 2010.

/s/ Ana M. Francisco
Ana M. Francisco