UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
:
: Magistrate Judge Leo T. Sorokin
------------------------------------------------------------x

TO THE CLERK OF THE COURT

Pursuant to Magistrate Judge Sorokin's Electronic Order entered on August 12, 2010, the Products Liability Steering Committee hereby provides the mailing address for the pro se plaintiffs referenced in paragraph 6 of the Scheduling Order docket entry #3026 and listed in Docket entry #3017-1; [3026] Scheduling Order, [3017] Status Report filed by Warner-Lambert Company, Pfizer, Inc.

*Adkins, Donna Joyce 06-CV-10539*
Ms. Donna Adkins
10 Sayer Circle
Logan, WV 25601

*Ballard, Dellapino 06-CV-11154*
Mr. Dellapino Ballard
Albany County Correctional Facility
840 Albany Shaker Road
Albany NY 12211

Downstate Correctional Facility
Box F
Red School House Road
Fishkill, NY 12524-0445

*Beckworth, Dorothy 06-CV-12213*
Ms. Dorothy Beckworth
P.O. Box 241
Clewiston, FL 33440

*Brown, Sidney 05-CV-11037*
Mr. Sidney Brown
120 East 123rd Street
Apt. 2F
New York, N.Y. 10035

*Cascio, Joseph 06-CV-10536*
Mr. Joseph Cascio
11 Harbour Place
Barnegat, N.J. 08005

*Cook, Earl Richard 06-CV-10777*
Mr. Earl Cook
612 Washington Avenue
Valdese, NC 28690

*Dane, Krystie 05-CV-12384*
Mr. Donald Dane
806 Mary Lou
Bonne Terre, MO 63628

*Dees, John 05-CV-11028*
Ms. Betty Dees
Busby Road
Mobile, AL 36695

*Edwards, Keith P. 05-CV-11701*
Mr. Keith Edwards
211-800
RICI
H 1 A-29
PO Box 8107
Mansfield, OH 44901

*Fenelon, James 06-CV-11581*
Ms. Jamie Meyers-Fenelon
3064 E. Street
Philadelphia, PA 19134

*Lynch, Cynthia Ulett 07-CV-11280*
Ms. Cynthia Ulett Lynch
1817 Dusk Drive
Killeen, TX 76543

*Marzolo, Paul 05-CV-12387*
Mr. Paul Marzolo
5665 Shore Blvd.
Gulfport, FL 33707

*McLendon, Denise 08-CV-12034*
Ms. Denise Halacy-McLendon
847 West Harrisville Road – C4
Ogden, UT 84404

*Monsue, Ann 08-CV-11533*
Ms. Ann Monsue
245 Pate Lane
Dickson, TN 37055

*Montgomery, William 05-CV-11032*
Mr. William Montgomery
221 Wallace Circle
Wilmington, NC 28403

*Morrow, Jason 06-CV-11579*
Mr. Jason Morrow
2286 39th Street
Number 6
San Diego, CA 92116

*Mustafa, Fazila 06-CV-11394*
Mr. Fazila Mustafa
3241 S. Yampa Way
Unit A
Aurora, CO 80013

*Paulsen, Patti 05-CV-10830*
Ms. Patti Paulsen
608 Marathon Street
Marshfield, WI 54449

*Populis, Theodore 05-CV-11030*
Mr. Theodore Populis
16080 N. Populis Road
Amite, LA 70422

*Richey, Linda 05-CV-12000*
Ms. Linda Richey
14272 NE 148th Avenue
Waldo, FL 32694

*Sanutti, Grace 05-CV-11702 & 05-CV-11750*
Ms. Grace Sanutti
703 Picnic Lane
Selinsgrove, PA 17870

*Smith Rosemary 06-CV-10535*
Ms. Rosemary Smith
24879 Lomitas Drive
Woodlake, CA 93286

*Stadler, Mason 08-CV-11330*
Mr. Jason Stadler
1237 South 7th Street
Philadelphia, PA 19147

*Sumait Rosalia 05-CV-10832*
Ms. Eva Potts
1068 Grand Avenue – Apt. A
Olivehurst, CA 95961

*Teater, Teresa 05-CV-12123*
Ms. Theresa E.A. Teater
815 Harrison Street #4
Oregon City, Oregon 97045

*Tumblin, Louis E. 10-CV-11310*
Mr. Louis E. Tumblin
P.O. Box 701
San Luis Rey St.
Oceanside, CA 92057

*Vinyard, Janice 07-CV-12233*
Ms. Janice Vinyard
5550 Sandview Drive
Pensacola, FL 32507

*Vorholt, Carol A. 08-CV-10740*
Ms. Carol Vorholt
1487 Old Highway 21
Arnold, MO 63010

*Watson, Scott Alan 05-CV-12002*
Mr. Scott Alan Watson
#22334
Wyoming State Penitentiary
PO Box 400
Rawlins, WY 82301

*Werner, Carole 05-CV-11994*
Ms. Carole Werner
117 8th Avenue
Sutterville, PA 15083

*Young, Brett D. 06-CV-11446*
Mr. Brett Young
120 Acadian Drive
Lafayette, LA 70503

Dated:  September 2, 2010

                                                            **/s/ Andrew G. Finkelstein**
                                                            Andrew G. Finkelstein, Esquire
                                                            Finkelstein & Partners, LLP
                                                            1279 Route 300, P.O. Box 1111
                                                           Newburgh, NY  12551
                                                           (800) 634-1212
                                                           (845) 562-3492 (fax)
                                                           email:  afinkelstein@lawampm.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 2, 2010.