## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of September, 2010, I caused to be served a true and correct copy of Magistrate Judge Sorokin's August 11, 2010 Order (Doc. # 3026) by First Class U.S. Mail, postage prepaid, to:

Ms. Donna Adkins
10 Sayer Circle
Logan, WV 25601

Mr. Dellapino Ballard
Albany County Correctional Facility
840 Albany Shaker Road
Albany NY 12211

Mr. Dellapino Ballard
Downstate Correctional Facility
Box F
Red School House Road
Fishkill, NY 12524-0445

Ms. Dorothy Beckworth
P.O. Box 241
Clewiston, FL 33440

Mr. Sidney Brown
120 East 123rd Street
Apt. 2F
New York, N.Y. 10035

Mr. Joseph Cascio
11 Harbour Place
Barnegat, N.J. 08005

Mr. Earl Cook
612 Washington Avenue
Valdese, NC 28690

Mr. Donald Dane
806 Mary Lou
Bonne Terre, MO 63628

Ms. Betty Dees
Busby Road
Mobile, AL 36695

Mr. Keith Edwards
211-800
RICI
H 1 A-29
PO Box 8107
Mansfield, OH 44901

Ms. Jamie Meyers-Fenelon
3064 E. Street
Philadelphia, PA 19134

Ms. Cynthia Ulett Lynch
1817 Dusk Drive
Killeen, TX 76543

Mr. Paul Marzolo
5665 Shore Blvd.
Gulfport, FL 33707

Ms. Denise Halacy-McLendon
847 West Harrisville Road – C4
Ogden, UT 84404

Ms. Ann Monsue
245 Pate Lane
Dickson, TN 37055

Mr. William Montgomery
221 Wallace Circle
Wilmington, NC 28403

Mr. Jason Morrow
2286 39th Street
Number 6
San Diego, CA 92116

Mr. Fazila Mustafa
3241 S. Yampa Way
Unit A
Aurora, CO 80013

Ms. Patti Paulsen
608 Marathon Street
Marshfield, WI 54449

Mr. Theodore Populis
16080 N. Populis Road
Amite, LA 70422

Ms. Linda Richey
14272 NE 148th Avenue
Waldo, FL 32694

Ms. Grace Sanutti
703 Picnic Lane
Selinsgrove, PA 17870

Ms. Rosemary Smith
24879 Lomitas Drive
Woodlake, CA 93286

Mr. Jason Stadler
1237 South 7th Street
Philadelphia, PA 19147

Ms. Eva Potts
1068 Grand Avenue – Apt. A
Olivehurst, CA 95961

Ms. Theresa E.A. Teater
815 Harrison Street #4
Oregon City, Oregon 97045

Mr. Louis E. Tumblin
P.O. Box 701
San Luis Rey St.
Oceanside, CA 92057

Ms. Janice Vinyard
5550 Sandview Drive
Pensacola, FL 32507

Ms. Carol Vorholt
1487 Old Highway 21
Arnold, MO 63010

Mr. Scott Alan Watson
#22334
Wyoming State Penitentiary
PO Box 400
Rawlins, WY 82301

Ms. Carole Werner
117 8th Avenue
Sutterville, PA 15083

Mr. Brett Young
120 Acadian Drive
Lafayette, LA 70503