UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING,<br>SALES PRACTICES AND PRODUCTS<br>LIABILITY LITIGATION | CIVIL ACTION NO.<br>04-10981-PBS<br>MDL NO. 1629 |

THIS DOCUMENT RELATES TO:

MARY DORSEY
     v.
PFIZER, INC., ET AL
Case No. 05-cv-10639-PBS

## JUDGMENT

**SARIS, U.S.D.J.**                                                              September 8, 2010

Pursuant to this Court's Memorandum and Order dated August 10, 2010 (Doc. #3021), it is ORDERED and ADJUDGED that judgment is hereby entered in favor of the defendants Pfizer, Inc. and Warner-Lambert Company, LLC.

                                                              By the Court,

                                                              /s/ Robert C. Alba
                                                              Deputy Clerk

Copies to: Counsel via ECF