# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

------------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
------------------------------------------------x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
PRODUCTS LIABILITY CASES : Sorokin
:
------------------------------------------------x

## JOINT LIST OF REMAINING PRODUCT LIABILITY CASES
## AND PROPOSAL FOR COMPLETION OF INITIAL FACT DISCOVERY

Pursuant to Magistrate Judge Leo T. Sorokin's July 28, 2010, Order, [2990], Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer") and the Products Liability Plaintiffs Steering Committee ("PLPSC"), (collectively "the parties"), hereby submit a proposal for the completion of initial discovery in the remaining products liability cases that are: (1) not in Track One; (2) not within the cases subject to the Court's November 2010 initial discovery deadline; (3) not Boone or Schwartz cases; and (4) not *pro se* cases.[1] For the Court's convenience, the parties additionally provide the Court with an updated list of these remaining products liability cases, attached hereto as Exhibit A.[2]

The parties will continue the process of collecting records. In the case of medical and pharmacy records, because the records are in the possession of entities not parties to this litigation, and can vary in complexity, it is not possible to establish firm deadlines for the completion of the records collection process. There are approximately 40 remaining cases in this MDL. The parties propose that, for cases transferred to MDL 1629 as of the date of this filing,

---

[1] Initial discovery includes depositions of Plaintiffs, depositions of the prescribing physicians, and depositions of the appropriate sales representatives.

[2] To the extent any of the cases listed in Exhibit A include defendants other than Pfizer, the parties note that those cases may require generic discovery as to any non-Pfizer defendants, in addition to initial discovery. This filing does not encompass a proposal for the completion of such generic discovery.

and listed in Exhibit A, initial discovery will begin in February 2011, and will be completed one year later in February 2012.  For those cases transferred to MDL 1629 after September 9, 2010, initial discovery shall be completed within 9 months of the case's transfer.

## CONCLUSION

The parties respectfully request that the Court adopt this Proposal for Completion of Initial Fact Discovery in the remaining cases.


Dated: September 9, 2010                    Respectfully submitted,

*Members of Product Liability Plaintiff Steering Committee*

By: s/ Andrew G. Finkelstein
Andrew G. Finkelstein
Finkelstein & Partners, LLP
1279 Route 300, Box 1111
Newburgh, NY 12551

By: s/Jack W. London
Jack W. London
Law Offices of Jack W. London
3701 Bee Cave Rd, Suite 200
Austin, TX 78746

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

By: s/ Mark Cheffo
Mark Cheffo
SKADDEN, ARPS, SLATE
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

By: /s/ Ana M. Francisco
Ana M. Francisco
BBO #564346
ROPES & GRAY LLP
One International Place
Boston, MA  02110

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document was filed through the ECF system and has been served pursuant to Case Management Order #3 on September 9, 2010.

                                    /s/ Ana M. Francisco
                                    Ana M. Francisco