# EXHIBIT A

*In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*
**List of Remaining Product Liability Cases**

**Henninger Garrison Davis, LLC**
| | |
|---|---|
| 1. Agee, Sheila | Agee v. Pfizer 06-CV-11381 |
| 2. Baker, Meicki | Meicki v. Pfizer 06-CV-11382 |
| 3. Blackwell, Andria | Blackwell v. Pfizer 06-CV-10420 |
| 4. Brown, Charles | Brown v Pfizer 06-CV-11383 |
| 5. Eaddy, Leisa | Leisa v. Pfizer 06-CV-11385 |
| 6. Grisson, Odessa | Odessa v. Pfizer 06-CV-11386 |
| 7. Holloway, Marsha | Holloway v. Pfizer 06-CV-11387 |
| 8. Huff, Pauline | Huff v. Pfizer 06-CV-11388 |
| 9. Poole, Jacqueline | Poole v. Pfizer 06-CV-11389 |
| 10. Reach, Joyce | Reach v. Pfizer 06-CV-11390 |
| 11. Whitten, Jessica | Whitten v. Pfizer 06-CV-11391 |

**Pogust Braslow & Millrood, LLC**
| | |
|---|---|
| 12. Bonner, Hilda | Bonner v. Pfizer 07-CV-10324 |
| 13. Cox, Sharon | Cox v. Pfizer 06-CV-12048 |
| 14. Hairfield, Alice | Hairfield v. Pfizer 08-CV-10930 |
| 15. Smolucha, Marianne | Smolucha v. Pfizer 05-CV-11261 |
| 16. Henderson, Dale Wayne | Henderson v. Pfizer 06-CV-10956 |

**Alan M. Slater, Esq.**
**Mazie Slater & Freeman, LLC**
17. Sandra Gaudio & Gerard Gaudio     Gaudio v. Pfizer 06-CV-11580

**Edgar Law Firm**
18. Mecija, Jennifer     Mecija v. Pfizer 06-CV-11445

**Brooks Law Firm**
19. Strickland, Kelly     Strickland v. Pfizer 05-CV-11993

**Manyard & Mayeaux**
20. Johnson, Elmenia     Johnson v. Pfizer 06-CV-10309

**Kathryn Snapka and Susan Barclay**
21. De La Garza, Jennifer     De La Garza v. Pfizer 07-CV-15069

**Christopher Neyland, Neyland & Brewer, LLP**
| | |
|---|---|
| 22. Fish, Deborah | Fish v. Pfizer 05-CV-11505 |
| 23. Coleman, Keith | Coleman v. Pfizer 05-CV-11504 |

**Law Office of Michael D. Liberty**
24. Leidendecker, Sandra     Leidendecker v. Pfizer 05-CV-12074

**Mark Edwards, Edwards Law Firm**
25. Holloway, Jerry and Carolyn        Holloway v. Pfizer 04-CV-12624

**Anderson, Hemmat & Levine, LLC**
26. McMinn, Sean                       McMinn v. Pfizer 05-10390

**Cross, Poole, Goldasich & Fischer**
27. Burroughs, Frieda                  Burroughs v. Pfizer 05-CV-11260

**Cristalli & Saggese, Ltd. by Marc A. Saggese**
28. Almeida, Monica                    Almeida v. Pfizer 05-CV- 11264

**Law Office of J. Christopher Kervick by J. Christopher Kervick**
29 Wilson, Louise C. and Robert F.     Wilson v. Pfizer 05-CV11502

**Gene E. Schroer**
30. Cunningham, Brenda                 Cunningham v. Pfizer 05-CV-11503

**Westermann, Hamilton, Sheehy, Aydelott & Keenan, L.L.P. by Christopher P. Keenan**
31. Minervino, Mary Ann                Minervino v. Pfizer 05-CV-11513

**Egan & Jamiolkowski by Margaret M. Egan**
32. Reott, Edward                      Reott v. Pfizer 05-CV-11514

**Manuel H. Miller**
33. Johnson, Melissa                   Johnson v. Pfizer 05-CV-12073

**Becnel Law Firm, L.L.C. by Daniel E. Becnel, Jr.**
34 McPherson, Harold J.                McPherson v. Pfizer 05-CV-12076

**Michael A.K. Dan**
35. Lewis, Marilyn and Harry           Lewis v. Barrett 06-CV-11392

**Peter J. Stubbs**
36. Putnam, Deanna                     Putnam v. Pfizer 06-CV-11393

**Walter Boyaki**
37. Telles, Gloria                     Telles v. Pfizer 07-CV-11156

**Finkelstein & Partners, LLP**
**Law Offices of Jack W. London**
38. Hamilton, Paulette                 Hamilton v. Pfizer 10-CV-11023

**Finkelstein & Partners, LLP**
**Rush, Hannula, Harkins & Kyler, LLP**
39. Peterson, Robert				Peterson v. Pfizer 10-CV-10933

**Napoli Bern Ripka & Associates, LLP**
**Robert L. Solim Law Office**
40. Santos, Ann				Santos v. Pfizer 10-CV-11205

3