UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------x
:
In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981
---------------------------------------------x
: Judge Patti B. Saris
:
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
*Leroy Anderson, et al. v. Pfizer, Inc.,* : Sorokin
*Case No. 05-cv-10835* :
:
*Mary Cooper, et al. v. Pfizer, Inc.,* :
*Case No. 05-cv-10834* :
:
*Jesse Allen, et al. v. Pfizer, Inc.,* :
*Case No. 07-cv-11795* :
:
---------------------------------------------x

**STIPULATION OF DISMISSAL OF LISTED PLAINTIFFS**

IT IS STIPULATED, by all parties to this action, through their counsel of record, that this action is dismissed with prejudice as to the Plaintiffs:

1. Glinda Ford

2. Christine Harris

Dated: August 17, 2010                Respectfully submitted,

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

ROPES & GRAY LLP

By:   /s/ Ana M. Francisco
      Ana M. Francisco
      BBO #564346

One International Place
Boston, MA 02110
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

BOONE LAW FIRM, P.A.

By:   /s/ Levi Boone, III
      Levi Boone, III

401 West Sunflower Avenue
P.O. Box 1772
Cleveland, MS 38732
Tel: (662) 843-7946
Email: LBoone@boonelawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 9, 2010.

                        /s/ Levi Boone, III
                           Levi Boone, III