UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |
| | : | MDL Docket No. 1629 |
| In re:  NEURONTIN MARKETING, | : | |
| SALES PRACTICES AND PRODUCTS | : | Master File No. 04-10981 |
| LIABILITY LITIGATION | : | |
| | : | Judge Patti B. Saris |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |
| | : | Magistrate Judge Leo T. |
| THIS DOCUMENT RELATES TO | : |  Sorokin |
| | : | |
| PRODUCTS LIABILITY ACTIONS | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

**NOTICE**

Pursuant to the Court's Scheduling Order of June 9, 2010 (Docket 2839) counsel files the attached Plaintiff chart as called for in the order.

Respectfully submitted,

LAW OFFICES OF NEWTON B. SCHWARTZ, SR.

By:      /s/ Newton B. Schwartz
            Newton B. Schwartz

1911 Southwest Freeway
Houston, Texas 77098

*Attorneys for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed and served through the ECF system on September 10, 2010.

                                            /s/ Newton B. Schwartz, Sr.
                                           NEWTON B. SCHWARTZ, SR.