UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                              :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                  :
        SALES PRACTICES AND                   :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION         :
                                              :   Judge Patti B. Saris
------------------------------------------------------------x
                                              :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                     :
                                              :
        PRODUCTS LIABILITY ACTIONS            :
                                              :
------------------------------------------------------------x
```

**PRODUCTS LIABILITY PLAINTIFFS' ASSENTED TO
MOTION FOR AN EXTENSION OF TIME TO COMPLY
WITH THE COURT'S JULY 28, 2010 ORDER, ECF DOC. # 2990**

        Products Liability Plaintiffs, with the assent of defense counsel, hereby move for an

extension of time to comply with the Court's July 28, 2010 Order, ECF Doc. # 2990.  This

motion is supported by the Memorandum and exhibits annexed thereto.

Dated:  September 16, 2010                    Respectfully submitted,

                                              *Members of Products Liability
                                              Plaintiffs' Steering Committee*


                                    By:    **/s/ Andrew G. Finkelstein**
                                           Andrew G. Finkelstein, Esquire
                                           Finkelstein & Partners, LLP
                                           1279 Route 300, P.O. Box 1111
                                           Newburgh, NY  12551


                                    By:    **/s/ Jack W. London**
                                           Jack W. London, Esquire
                                           Law Offices of Jack W. London
                                              & Associates
                                           3701 Bee Cave Rd., Suite 200
                                           Austin, TX  78746

## CERTIFICATION OF GOOD FAITH

I hereby certify that I have conferred in good faith with counsel for Defendants on numerous occasions concerning the issues presented in the foregoing motion, and this motion is being filed with the assent of defense counsel.

Dated:  September 16, 2010

/s/ **Kenneth B. Fromson**
Kenneth B. Fromson, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 16, 2010.

/s/ **Andrew G. Finkelstein**
Andrew G. Finkelstein, Esquire