UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------x
                                                          :   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                              :
        SALES PRACTICES AND                               :   Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                     :
                                                          :   Judge Patti B. Saris
----------------------------------------------------------x
                                                          :   Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                                 :
                                                          :
        PRODUCTS LIABILITY ACTIONS                        :
                                                          :
----------------------------------------------------------x

**MEMORANDUM IN SUPPORT OF PRODUCTS LIABILITY
PLAINTIFFS' ASSENTED TO MOTION FOR AN EXTENSION OF TIME
TO COMPLY WITH THE COURT'S JULY 28, 2010 ORDER, ECF DOC. # 2990)**

Products Liability Plaintiffs submit this Memorandum in support of Plaintiffs' motion for an extension of time to comply with the Court's July 28, 2010 Order, ECF Doc. # 2990, regarding stipulations of dismissals, motions to withdraw and additional time for the plaintiff in *Bel Bruno v. Pfizer Inc.*, D. Mass. No. 05cv11153, to obtain new counsel.

**BACKGROUND**

On July 28, 2010, a Notice of Electronic Filing was electronically mailed to all counsel in this matter, which included the Docket Text: "Magistrate Judge Leo T. Sorokin: FURTHER ORDER REGARDING ALL PRODUCTS CASES entered," but further noting "Document Number: 2990(No document attached)." *See* copy of page 1 of July 28, 2010 Notice, annexed hereto as Exhibit A. Plaintiffs' counsel assumed that a written order would be forthcoming and posted and electronically mailed to counsel via the CM/ECF system. Unfortunately, to our knowledge, the CM/ECF system never electronically mailed us a copy of the written Order. Earlier this month, Defendants' counsel contacted Plaintiffs' counsel and asked when we would

be complying with the July 28, 2010 Order.  Plaintiffs' counsel then realized that they had never received a copy of the written Order, ECF Doc. # 2990, copy attached hereto as Exhibit B, via the CM/ECF system and that the extended deadlines had passed, thus necessitating the instant motion.  Defendants' counsel has assented to this motion for an extension of the deadlines.

Plaintiffs' non-compliance with the Court's Order was clearly unintentional.  Therefore Plaintiffs, with the assent of defense counsel, request an extension of the deadlines in the July 28, 2010 Order, ECF Doc. # 2990, for filing stipulations of dismissal and motions to withdraw, and for the plaintiff in *Bel Bruno v. Pfizer Inc.*, D. Mass. No. 05cv11153, to obtain new counsel.

Dated: September 16, 2010　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*Members of Products Liability*
　　　　　　　　　　　　　　　　　　　　　*Plaintiffs' Steering Committee*


By:　**/s/ Andrew G. Finkelstein**
　　　Andrew G. Finkelstein, Esquire
　　　Finkelstein & Partners, LLP
　　　1279 Route 300, P.O. Box 1111
　　　Newburgh, NY  12551


By:　**/s/ Jack W. London**
　　　Jack W. London, Esquire
　　　Law Offices of Jack W. London
　　　　& Associates
　　　3701 Bee Cave Rd., Suite 200
　　　Austin, TX  78746

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 16, 2010.

　　　　　　　　　　　　　　　　　　　　　**/s/ Andrew G. Finkelstein**
　　　　　　　　　　　　　　　　　　　　　Andrew G. Finkelstein, Esquire