# EXHIBIT A

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## United States District Court

### District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 7/28/2010 at 4:19 PM EDT and filed on 7/28/2010
**Case Name:** Harden Manufacturing Corporation v. Pfizer, Inc. et al
**Case Number:** 1:04-cv-10981-PBS
**Filer:**
**Document Number:** 2990(No document attached)

**Docket Text:**
**Magistrate Judge Leo T. Sorokin: FURTHER DISCOVERY ORDER REGARDING ALL PRODUCTS CASES entered**


**1:04-cv-10981-PBS Notice has been electronically mailed to:**

Joel Z. Eigerman   joel@eigerman.com

Peter A. Pease   ppease@bermanesq.com, GLawrence@lowey.com, aromeo@bermandevalerio.com, bdentremont@bermanesq.com, ecf@bermandevalerio.com

Thomas G. Shapiro   tshapiro@shulaw.com

Max D. Stern   mdstern@sswg.com

J. Christopher Kervick   chriskervick@cox.net

Kenneth G. Gilman   kgilman@gilmanpastor.com, lbernard@gilmanpastor.com, rpotkay@gilmanpastor.com

Lisa M. Ropple   lropple@ropesgray.com, SamplePlead@ropesgray.com, courtalert@ropesgray.com

Paul W. Shaw   paul.shaw@klgates.com, joanne.healy@klgates.com

Paul F. Corcoran   pcorcoran@dglaw.com, cplambeck@dglaw.com, nficorelli@dglaw.com

Daniel J. Lyne   dlyne@bowditch.com, mlaptewicz@bowditch.com