UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629<br><br>Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO:<br><br>*Feyer v. Pfizer Inc, et al.*<br>Case No. 1:05-cv-11035-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

---

### DEFENDANTS' MOTION TO DISMISS CLAIMS OF PLAINTIFF SHANAN FEYER AND FOR OTHER APPROPRIATE RELIEF

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants"), by counsel, respectfully move for this Court, pursuant to its inherent authority, to dismiss the claims of Plaintiff Shanan Feyer as a sanction for fraud on the court by falsification of a key document. Alternatively or additionally, this Court should impose any other sanctions, including costs and fees, or take any other actions found appropriate in its sound discretion.

WHEREFORE, Defendants respectfully request that this Court dismiss the claims of Plaintiff and award any other relief deemed appropriate.

Dated: September 16, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  /s/ Mark S. Cheffo
     Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

---

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 16, 2010.

/s/ Ana M. Francisco
Ana M. Francisco

ROPES & GRAY LLP

By:  /s/ Ana M. Francisco
     Ana M. Francisco
     BBO # 564346

One International Place
Boston, MA  02110
Tel:  (617) 951-7000
Ana.Francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo