UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------------------x

THIS DOCUMENT RELATES TO:

Judge Patti B. Saris

*Feyer v. Pfizer Inc, et al.*
Case No. 1:05-cv-11035-PBS

Magistrate Judge Leo T. Sorokin

------------------------------------------------------------x

### DECLARATION OF CATHERINE B. STEVENS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CLAIMS OF PLAINTIFF SHANAN FEYER AND FOR OTHER APPROPRIATE RELIEF

I, Catherine B. Stevens, declare and state as follows:

1. I am counsel with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of the unaltered suicide note produced by the Coffee County Sheriff's Department.

3. Attached hereto as Exhibit B is a true and correct copy of the altered document produced by Plaintiff Shanan Feyer.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the August 20, 2010, deposition of Shanan Feyer.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from Plaintiff's Response to Defendants' Requests For Production of Documents dated October 30, 2006.

6. Attached hereto as Exhibit E is a true and correct copy of Plaintiff's Rule 26(a)(1) Disclosures (including attachments) dated April 11, 2005.

2

Signed under the penalties of perjury this 16th day of September 2010.

/s/ Catherine B. Stevens
Catherine B. Stevens

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 16, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco