# EXHIBIT B

Shanan –

I'm sorry I hurt you. I never meant to hurt you. I've died inside every day. Your name is on the deed to the house in Tullahoma so because I'm dead it becomes yours. You are still the beneficiary of my settlement so you will get the money ($1160.–) every month until 2008. Use it wisely. Take care of yourself. And I wish you the very best of luck in life. I hope you find happiness some day.

With all of my
Eternal love

P.S. I love you. Please tell everyone else I love them too. And tell them I'm sorry if I caused them pain.