# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x
:   MDL Docket No. 1629
In re:  NEURONTIN MARKETING,
SALES PRACTICES AND PRODUCTS        :   Master File No. 04-10981
LIABILITY LITIGATION
:   Judge Patti B. Saris

------------------------------------------------- x
:
:   Magistrate Judge Leo T.
THIS DOCUMENT RELATES TO:           :   Sorokin
:
SHANAN FEYER, individually and as Widow   :
For the use and Benefit of Herself and the Next
Of Kin of CAYCE FEYER, Deceased     :
:
:
:
------------------------------------------------- x

## PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST

## REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

Set forth below is Defendants' First Request for Production of Documents and Things, as well as Product Plaintiffs' corresponding objections and the above referenced individual Plaintiff's responses that incorporate Magistrate Leo T. Sorokin's directives set forth in Discovery Order No. 2 dated June 19, 2006.

## DEFENDANTS' INSTRUCTIONS

1.  These requests are intended to cover all documents in your possession or subject to your custody or control, including documents in the possession, custody or

troubled behavior, anger, fear, hyperactivity, agitation, violent act, threat, restlessness, need for help, or helplessness by or on the part of Plaintiff.

### RESPONSE TO REQUEST NO. 34

In addition to the General Objections, the Plaintiff objects to Request No. 34 on the ground that it is overly broad, unduly burdensome, oppressive, vague, ambiguous, irrelevant and not limited in time. Subject to and without waiving the General Objections and the foregoing specific objection, pursuant to Discovery Order No. 2, Plaintiff will exercise reasonable diligence to provide any such documents as are in the custody, control or possession of the Plaintiff. Responsive documents shall be produced in the manner as set forth in response to Request No. 1.

Subject to and without waiving the General Objections, the Defendants are referred to records previously served on April 11, 2005.

### REQUEST NO 35:

All documents written or prepared by Plaintiff that mention, discuss, or refer to any thought, expression, or act of suicide, including, but not limited to, any suicide note connected with the subject incidents.

### RESPONSE TO REQUEST NO. 35

In addition to the General Objections, the Plaintiff objects to Request No. 35 on the ground that it is overly broad, unduly burdensome, oppressive, vague, ambiguous, irrelevant and not limited in time. The Plaintiff further objects to Request No. 35 in that it is duplicative in part to Request No. 6.

Subject to and without waiving the General Objections and the foregoing specific

46

objections, pursuant to Discovery Order No. 2, Plaintiff will exercise reasonable diligence to provide any such documents as are in the custody, control or possession of the Plaintiff.  Responsive documents shall be produced in the manner as set forth in response to Request No. 1.

Subject to and without waiving the General Objections, the Defendants are referred to records previously served on April 11, 2005.

**REQUEST NO. 36:**

All documents that refer or pertain to any investigation of any incident or matter referred to in the Complaint, including any investigation of any aspect of the subject incident by any law enforcement organization, governmental agency, or insurance company.

**RESPONSE TO REQUEST NO. 36**

In addition to the General Objections, the Plaintiff objects to Request No. 36, to the extent that Defendants are seeking any investigation by Plaintiff's counsel and/or agents thereof on the grounds that such investigation constitutes attorney work product.  Plaintiff further objects to this Request on the ground that Plaintiff would not have knowledge of the existence of all such documents, nor is he/she capable of locating and amassing same.  The Plaintiff further objects to this Request to the extent that it seeks records and materials that are not in the possession of the Plaintiff.

Subject to and without waiving the General Objections and the foregoing specific objections, pursuant to Discovery Order No. 2, Plaintiff will exercise reasonable diligence to provide any such documents as are in the custody, control or possession of

47