# EXHIBIT E



| | | | |
|---|---|---|---|
| Howard S. Finkelstein, P.C. | Andrew J. Genna (NY & PA) | Robert F. Moson | Silvia Fermanian |
| Andrew G. Finkelstein, P.C. (NY & NJ) | Thomas C. Yatto | Debra J. Reisenman | Karen M. Queenan (NY & CT) |
| George M. Levy | Elyssa M. Fried-DeRosa | Michael T. McGarry | Marie M. DuSault |
| Kenneth L. Oliver, P.C. | Mary Ellen Wright | Steven P. Shultz (NY & MA) | Andrew I. Falk |
| Joel S. Finkelstein, P.C. (NY, NJ, MA & FL) | Kenneth B. Fromson (NY & NJ) | Julio E. Urrutia | |
| Duncan W. Clark | Joel Bossom | Victoria Lieb Lightcap (NY & MA) | *Of Counsel* |
| Ronald Rosenkranz | Nancy Y. Morgan (NY & PA) | Ann R. Johnson (NY & CT) | Jules P. Levine, P.C. (NY & FL) |
| Robert J. Camera (NY & NJ) | Andrew L. Spitz | Marshall P. Richer | Michael O. Gittelsohn, P.C. |
| Joseph P. Rones (NY & FL) | James W. Shuttleworth, III | Thomas J. Pronti | Joel A. Reback (NY & Israel) |
| Steven Lim | Lawrence D. Lissauer | Kristine M. Cahill (NY & CT) | Sheila Rosenrauch |
| George A. Kohl, 2nd (NY & MA) | | Kara L. Campbell (NY & CT) | Kenneth G. Bartlett (CT) |
| Eleanor L. Polimeni | David E. Gross (NY & NJ) | Arieh Mezoff | Ari Kresch (NY & MI) |
| Steven H. Cohen | Bonna L. Horovitz (NY, NJ & MA) | Christopher T. Milliman | |
| Francis Navarra | Terry D. Horner | | |

A Limited Liability Partnership

(800) 634-1212

REFER TO OUR FILE #     213043

April 11, 2005

Mr. James Rouhandeh
Davis Polk & Wardwell
450 Lexington Avenue
New York, N.Y. 10017

    Re: In Re Neurontin
        Re: Feyer vs. Pfizer, Inc., et al.
        05-CV-76

Dear Mr. Rouhandeh:

    Enclosed please find Plaintiff's Rule 26(a)(1) Disclosures in the above-referenced matter.

                Very truly yours,

                FINKELSTEIN & PARTNERS, LLP

                ELEANOR L. POLIMENI, ESQ.

Encl.

NEWBURGH • ALBANY • SYRACUSE • POUGHKEEPSIE • UTICA • TROY • BINGHAMTON • MIDDLETOWN • NYACK
NEWARK • NEW WINDSOR • GOSHEN • NEW HAVEN • CINCINNATI
*Accredited CLE Provider*      www.lawampm.com      www.stocklitigationlaw.com
send ALL correspondence to our operations center: 436 Robinson Avenue, Newburgh, NY 12550 • (800)634-1212 • Fax (845)562-3492
17
000007-11PRD-00002

HIGHLY CONFIDENTIAL                                                                 FEYER_C_0000327

**FINKELSTEIN & PARTNERS, LLP**
*Counselors At Law*
436 Robinson Avenue
Newburgh, NY 12550
1-800-634-1212
Fax: (845) 562-3492

000007-11PRD-00003

HIGHLY CONFIDENTIAL

FEYER_C_0000328

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SHANAN FEYER, Individually and as Widow
For the Use and Benefit of Herself and the Next
of Kin of CAYCE FEYER, Deceased,

                               Plaintiffs,                     PLAINTIFF'S
                                                          RULE 26(a)(1)
           -vs-                                             DISCLOSURES

PFIZER, INC., PARKE-DAVIS, a division of           05 CIV 76 (JSR)
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY
and WARNER-LAMBERT COMPANY LLC,

                               Defendants.
-----------------------------------------------------------------------X

SIRS:

        PLEASE TAKE NOTICE, that pursuant to FRCP Rule 26(a)(1):

(A) The following witnesses may be used to support the claims of the plaintiff, herein:

1. Police personnel who responded to/ investigated the incident;
2. Friends and family of the deceased.

(B) The following documents may be used to support the claims of the plaintiff herein:

1. Suicide note, annexed;
2. Police report dated 11/27/03, annexed;
3. Police report dated 11/28/03, annexed;
4. Death Certificate, annexed;
5. Delayed Report of Diagnosis – Death – report, annexed;
6. Records obtained from the <u>Franklin vs. Parke-Davis</u> litigation;
7. Records obtained from the <u>United States of America vs. Warner-Lambert Company LLC</u> litigation, including but not limited to, the global criminal and civil settlement agreement resolving Warner-Lambert's crimnal and civil liability regarding the marketing of the drug Neurontin for uses not approved by the United States Food and Drug Administration;
8. Records obtained from the defendant in the course of discovery.

HIGHLY CONFIDENTIAL         FEYER_C_0000329

(C) Computation of Damages:

Plaintiff claims damages for wrongful death.

(D) Insurance Agreements:

Not applicable to the plaintiff.

Dated: April 11, 2005

FINKELSTEIN & PARTNERS, LLP

*Eleanor R. Polimeni*
ELEANOR L. POLIMENI, ESQ.
Attorneys for Plaintiff
436 Robinson Avenue
Newburgh, N.Y. 12550

TO: DAVIS POLK & WARDWELL
Attorneys for Defendants
450 Lexington Avenue
New York, NY. 10017

Shanan —

I'm sorry I hurt you. I never meant to hurt you. I've died inside every day. Your name is on the deed to the house in Tullahoma so because I'm dead it becomes yours. You are still the beneficiary of my settlement so you will get their monthly ($1100.→) every month until 2008. Use it wisely. Take care of yourself. And I wish you the very best of luck in life. I hope you find happiness some day.

With all of my
Eternal love

[signature]

P.S. I love you. Please tell everyone else I love them too. And tell them I'm sorry if I caused them pain.

000007-11PRD-00006

HIGHLY CONFIDENTIAL                                    FEYER_C_0000331

## Offense Report
### COFFEE COUNTY SHERIFFS DEPT

DATE: 03/28/2005
TIME: 09:56

Case: 0311270110

Page 1 of 2

Classification: REPORTABLE     Report Date: 12/02/2003     Report Time: 15:15

Occured From Date: 11/27/2003
Occured Thru Date: 12/02/2003
Occured From Time: 01:10
Occured Thru Time: 15:15

UCR: OTHER - OTHER
Location: M'BORO HWY 2647
Victim: FEYER, SHANNON M
Address: 2647 M'BORO HWY

Offense: OTHER
Race: W   Sex: F   Zone:
D.O.B.: 07/06/1975
Phone: (931) 723-4303
Department: CCSO

Work Address: CANNON CO SD
Person Arrested:,

Race:   Sex:   Phone: (615) 563-4322
D.O.B.:

Complainant: FEYER, CAYCE P
Address:

Race: W   Sex: M   D.O.B.: 10/19/1968
Phone:

Witness:,
Address:

Race:   Sex:   D.O.B.:
Phone:

Witness:,
Address:

Race:   Sex:   D.O.B.:
Phone:

Vehicle License #:
V.I.N.:
Model:
Description:
State:
Style:
Year: 0
Year: 0
Type:
Make:
Color:

Weapon: SMITH & WESSON
Caliber: 9MM
Serial No:
Type:
Make:

PROPERTY:

TOTAL VALUE: $0.00

Reporting Officer: Id   425 - KENNEDY, JASON
Approving Officer ID:   RICHARDSON, LARRY
Investigator Assigned:   FERRELL, DANNY

Badge: 425   Unit #: 2203

Case Status: C

### Narrative

ON 11-27-03

MS FEYER STATED THAT HER HUSBAND CALLED HER FROM HOME AND STATED THAT HE WAS GOING TO KILL HIMSELF. MS FEYER THEN STATED THAT SHE HEARD A GUN SHOT AND MR FEYER WAS NOT TALKING ON THE PHONE ANYMORE.. UPON MY ARRIVAL I TALKED WITH MR FEYER HE STATED HE DID NOT WANT TO KILL HIMSELF AND HE DID SHOOT THE GUN OUT THE WINDOW BUT HE WAS NOT SHOOTING THE GUN AT HIMSELF. THERE WAS TWO HANDGUNS AT THE HOME AND THEY WERE TAKEN AND MR FEYER WAS GIVEN A PROPERTY RECEIPT AND WAS TOLD HE COULD PICK THEM UP AFTER 12-01-03

CAD # 200346202

### Offenses Reported

| Charge | Description | Date | Bond | Officer ID |
|---|---|---|---|---|
| OTHER CH | OTHER | 12/02/2003 | $0.00 | 425 |

Officer Signature     Date     Form_OfReport

000007-11PRD-00007

HIGHLY CONFIDENTIAL     FEYER_C_0000332

Offense Report

## COFFEE COUNTY SHERIFFS DEPT

DATE: 03/28/2005
TIME: 09:55

Page 1 of 2

### Case: 0311281120

Classification: DOA     Report Date: 12/02/2003     Report Time: 19:25

Occured From Date: [illegible]
Occured Thru Date: 12/02/2003
Occured From Time: 11:20
Occured Thru Time: 19:25

UCR: 73 - D.O.A.     Offense: DEATH/NATURAL
Location: MURFREESBORO HWY 2647
Victim: FEYER, CAUCE P     Race: W    Sex: M    Zone:    Department: CCSO
Address: 2647 MURFREESBORO HWY     D.O.B.: 10/09/1968
Phone: (931) 723-4303

Work Address:
Person Arrested: ,     Race:    Sex:    Phone:
D.O.B.:

Complainant: RANDOLPH, PATSY     Race: W    Sex: F    D.O.B.: 04/14/1950
Address: 480 SKINNER FLAT RD APT G-5     Phone:

Witness: ,
Address:     Race:    Sex:    D.O.B.:
Phone:

Witness: ,
Address:     Race:    Sex:    D.O.B.:
Phone:

Vehicle License #:     State:     Year: 0     Type:
V.I.N.:     Year: 0     Make:
Model:     Style:     Color:
Description:

Weapon:     Serial No:     Make:
Caliber:     Type:

PROPERTY:     TOTAL VALUE: $0.00

Reporting Officer: Id 417 - SMITH, KELLY     Badge: 417     Unit #: 2004
Approving Officer ID: JONES, CHARLES
Investigator Assigned: FERRELL, DANNY     Case Status: C

### Narrative

ON 11-28-03

I RESPONDED TO A DOA CALL AT 2647 MURFREESBORO HWY. UPON ARRIVAL I SPOKE WITH MS PATSY RANDOLPH. SHE STATED SHE CAME TOT HE RESIDENCE AND FOUND THE BACK DOOR OPEN, WHEN SHE CHECKED THE RESIDENCE FOR HER SON IN LAW MR CAYCE FEYER SHE FOUND HIM IN THE REAR BACK BEDROOM. THERE WAS NO SIGN OF LIFE SO SHE CALLED 911 ON HER CELL PHONE. COFFEE CO EMS ARRIVED ON SCENE AND FOUND NO SIGNS OF LIFE. UPON EXAMINATION MR FEYER APPEARED TO BE DECEASED FOR SEVERAL HOURS. SHANNON FEYER, MR FEYERS WIFE ARRIVED ON SCENE A SHORT TIME LATER. UPON SPEAKING WITH HER SHE STATED HER AND A FRIEND MS BRANDI FOSTER HAD BEEN AT THE RESIDENCE.

CAD # 200346344

### Offenses Reported

| Charge | Description | Date | Bond | Officer ID |
|---|---|---|---|---|
| 92-04-001 | DEATH/NATURAL | 12/02/2003 | $0.00 | 417 |

Officer Signature     Date     Form_O/Report

000007-11PRD-00008

HIGHLY CONFIDENTIAL     FEYER_C_0000333