**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                        :
In re:   NEURONTIN MARKETING, SALES                     :   MDL Docket No. 1629
         PRACTICES AND PRODUCTS                         :
         LIABILITY LITIGATION                           :   Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                        :   Judge Patti B. Saris
                                                        :
THIS DOCUMENT RELATES TO:                               :
                                                        :   Magistrate Judge Leo T.
ALL SCHWARTZ PRODUCT LIABILITY ACTIONS                  :   Sorokin
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

**NOTICE OF DOCUMENTS RELATED TO DEFENDANTS'**
**MOTION TO DISMISS FOR FAILURE TO COMPLY WITH AUGUST 4, 2010 ORDER**

Pursuant to Magistrate Judge Sorokin's request at the September 17, 2010, hearing, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") submit the following list of documents related to Defendants' Motion to Dismiss for Failure to Comply with the August 4, 2010, Order.  Pfizer does not believe that any opposition to this motion has been filed.[1]

| 08/25/2010 | 3048 | MOTION to Dismiss *for Failure to Comply with Court Order 2897 re All Schwartz Product Liability Actions* by Pfizer, Inc., Warner-Lambert Company.(Francisco, Ana) (Entered: 08/25/2010) |
|---|---|---|
| 08/25/2010 | 3049 | MEMORANDUM in Support re 3048 MOTION to Dismiss *for Failure to Comply with Court Order 2897 re All Schwartz Product Liability Actions* filed by Pfizer, Inc., Warner-Lambert Company. (Francisco, Ana) (Entered: 08/25/2010) |
| 08/25/2010 | 3050 | DECLARATION re 3048 MOTION to Dismiss *for Failure to Comply with Court Order 2897 re All Schwartz Product Liability Actions (Catherine B. Stevens)* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Francisco, Ana) (Entered: 08/25/2010) |

---

[1] Defendants contacted the Law Offices of Newton B. Schwartz on September 22, 2010, and September 24, 2010, in an effort to confirm that no opposition had been filed, but Defendants did not receive any response.

| 08/30/2010 | 3051 | Withdrawal of motion: 3050 Declaration, filed by Warner-Lambert Company, Pfizer, Inc., 3048 MOTION to Dismiss *for Failure to Comply with Court Order 2897 re All Schwartz Product Liability Actions* filed by Warner-Lambert Company, Pfizer, Inc., 3049 Memorandum in Support of Motion filed by Warner-Lambert Company, Pfizer, Inc... (Francisco, Ana) (Entered: 08/30/2010) |
| --- | --- | --- |
| 08/30/2010 | 3052 | MOTION to Dismiss *For Failure to Comply with August 4, 2010 Order [Dkt 2897] re: Schwartz Product Liability Actions* by Pfizer, Inc., Warner-Lambert Company.(Francisco, Ana) (Entered: 08/30/2010) |
| 08/30/2010 | 3053 | MEMORANDUM in Support re 3052 MOTION to Dismiss *For Failure to Comply with August 4, 2010 Order [Dkt 2897] re: Schwartz Product Liability Actions* filed by Pfizer, Inc., Warner-Lambert Company. (Francisco, Ana) (Entered: 08/30/2010) |
| 08/30/2010 | 3054 | DECLARATION re 3052 MOTION to Dismiss *For Failure to Comply with August 4, 2010 Order [Dkt 2897] re: Schwartz Product Liability Actions (Catherine B. Stevens)* by Pfizer, Inc., Warner-Lambert Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Francisco, Ana) (Entered: 08/30/2010) |

Dated: September 24, 2010            Respectfully submitted,

                                      SKADDEN, ARPS, SLATE,
                                        MEAGHER & FLOM LLP

                                    By:     /s/ Mark S. Cheffo
                                             Mark S. Cheffo

                                    Four Times Square
                                    New York, NY 10036
                                    Tel:  (212) 735-3000

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
    Ana M. Francisco
    BBO #564346

One International Place
Boston, MA  02110
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 24, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco