UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------------------x
                                                           :
In re:  NEURONTIN MARKETING, SALES                         :
        PRACTICES AND PRODUCTS                             :
        LIABILITY LITIGATION                               :   MDL Docket No. 1629
------------------------------------------------------------------------x
                                                           :   Master File No. 04-10981
                                                           :
THIS DOCUMENT RELATES TO:                                  :
                                                           :   Judge Patti B. Saris
                                                           :
MARTHA ACCETTULLO et al. v. PFIZER INC. et al.,            :
06-10912-PBS                                               :   Magistrate Judge Leo T. Sorokin
                                                           :
VIRGIL L. ANDERSON et al. v. PFIZER INC et al.,            :
06-11024-PBS                                               :
                                                           :
KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al.,         :
06-11022-PBS                                               :
                                                           :
CHARLES D. GIRARD, Sr. et al v. PFIZER, INC. et al.,       :
06-11023-PBS                                               :
------------------------------------------------------------------------x
```

**NOTICE OF APPEARANCE**

Please take notice that Vincent Lo of Law Offices of Newton B. Schwartz, Sr. hereby enters his appearance in above referenced proceedings.

Dated: September 24, 2010

          Respectfully submitted,

          s/Mabel Lee Lo
          Mabel Lee Lo
          TX. Bar 24010185
          LAW OFFICES OF NEWTON B. SCHWARTZ, SR.
          1911 Southwest Freeway
          Houston, TX 77098
          Telephone: 713-630-0708
          Facsimile: 713-630-0789
          Email: mabelleelo@yahoo.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 24, 2010.

                                        _s/Mabel Lee Lo_____
                                        Mabel Lee Lo