UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------------x
                                                            :
In re:  NEURONTIN MARKETING, SALES                          :
        PRACTICES AND PRODUCTS                              :
        LIABILITY LITIGATION                                :   MDL Docket No. 1629
-----------------------------------------------------------------------x
                                                            :   Master File No. 04-10981
                                                            :
THIS DOCUMENT RELATES TO:                                   :
                                                            :   Judge Patti B. Saris
MARTHA ACCETTULLO et al. v. PFIZER INC. et al.,             :
06-10912-PBS                                                :   Magistrate Judge Leo T. Sorokin
                                                            :
VIRGIL L. ANDERSON et al. v. PFIZER INC et al.,             :
06-11024-PBS                                                :
                                                            :
KAMALIHA Y. BREWSTER et al. v. PFIZER INC. et al.,          :
06-11022-PBS                                                :
                                                            :
CHARLES D. GIRARD, Sr. et al v. PFIZER, INC. et al.,        :
06-11023-PBS                                                :
-----------------------------------------------------------------------x
```

## NOTICE OF APPEARANCE

Please take notice that Vincent Lo of Law Offices of Newton B. Schwartz, Sr. hereby enters his appearance in above referenced proceedings.


Dated: September 24, 2010

        Respectfully submitted,

         _s/Vincent Lo_____
        Vincent Lo
        TX. Bar 00798332
        LAW OFFICES OF NEWTON B. SCHWARTZ, SR.
        1911 Southwest Freeway
        Houston, TX 77098
        Telephone: 713-630-0708
        Facsimile: 713-630-0789
        Email: vlo@nbslawyers.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 24, 2010.

          _s/Vincent Lo_____
          Vincent Lo