UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
: MDL Docket No. 1629
In re: NEURONTIN MARKETING, :
SALES PRACTICES AND : Master File No. 04-10981
PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
---------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Feyer v. Pfizer Inc., et al.* :
Case No. 1:05-cv-11035-PBS :
---------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
CLAIMS OF PLAINTIFF SHANAN FEYER AND FOR OTHER RELIEF**

I, Andrew G. Finkelstein, declare and state as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

2. This declaration is submitted in opposition to Defendants' motion to dismiss the claims of Shanan Feyer and for other relief. (ECF Doc. # 3070.)

3. Plaintiff Shanan Feyer first contacted Plaintiff's counsel on December 16, 2003, and Plaintiff's counsel agreed to accept the case and a retainer was signed by Ms. Feyer on October 20, 2004.

4. The following documents are attached hereto in opposition to Defendants' motion:

Exhibit A - Plaintiff's authorization produced to defense counsel to obtain records pertaining to the suicide of Cayce Feyer from the Coffee County Sheriff's Department

Exhibit B - Excerpts from the transcript of deposition of Shanan Feyer, held on August 20, 2010

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 30, 2010

    **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein
FINKELSTEIN & PARTNERS, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212
(845) 562-3492 (fax)
email:  afinkelstein@lawampm.com

*Attorneys for Plaintiff Shanan Feyer*

### CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on September 30, 2010.

Dated:  September 30, 2010

   **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein