EXHIBIT A



**Finkelstein & PARTNERS**
*Counselors At Law*

A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)

Thomas C. Yatto (NY)
Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY & NJ)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)

Terry D. Horner (NY)
Robert F. Moson (NY)
Debra J. Reisenman (NY)
Michael T. McGarry (NY)

Steven P. Shultz (NY & MA)
Julio E. Urrutia (NY & NJ)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Arieh Mezoff (NY)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Karen M. Queenan (NY & CT)
Marie Dusault (NY)
Andrew I. Falk (NY)

Glenn W. Kelleher (NY)
*Of Counsel*
Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Sheila Rosenrauch (NY)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)

*Accredited CLE Provider*

REFER TO OUR FILE #:213043-06

October 30, 2006

Davis, Polk, & Wardwell
450 Lexington Avenue
New York, NY 10017

Attn: Christopher Roche

Re:   Feyer
       In re: Neurontin MDL 1629

Dear Mr. Roche,

Enclosed please find Plaintiff's Rule 26(a)(1) Supplemental Disclosures, Plaintiff's Response to Defendants' First Set of Interrogatories and Plaintiff's Response to Defendants' First Request For Production of Documents And Things, as well as corresponding authorizations for the following:

Erich R. Sperker, Medical Center of Manchester, Midstate Neurosurgery, Murfreesboro Anesthesia Group, PA, Murfreesboro Medical Clinic, Health South Rehab Center of Tullahoma, Middle Tennessee Medical Center, Harton Regional Medical Center, Dr. Mittur Ramprasad, Dr. Brahm D. Sethi, Dr. Arthur Cushman, Middle Tennessee Neurosurgery, Dr. Paul Honeycutt, United Regional Medical Center, Ted Miller, MD, Dr. Talbot, Dr. Bischon, Centra Care, Shamrock Highschool, Ohio College of Podiatric Medicine, Rent-A-Center, Terminex Incorporated, Rite Aid Pharmacy, PMSI Pharmacy, Walgeen's Pharmacy, CVS Pharmay, Coffee County Sheriff, Feng Li, MD, PhD, Travelers Property Casualty Insurance, State of Tennessee Dept of Human Services, Disability Determination Sect., Tennessee Department of Labor, Manchester Blue Cross/Blue Shield, Manchester Blue Cross/Blue Shield, Xantus.

Very truly yours,

Finkelstein & Partners, LLP
By: KENNETH B. FROMSON, ESQ.

KBF/skm

HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508

TO:   Coffee County Sheriff
      300 Hillsboro Boulevard
      Manchester, TN  37349

Patient Name: Cayce Feyer         AKA: _____
Date of Birth: 10/9/68    Social Security Number: 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
Address: 2647 Murfreesboro Highway, Manchester, TN  37365

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present; including the following:

☒ All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.

☒ All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.

☒ All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/histology/autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.

☒ All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.

☒ All billing records including all statements, itemized bills, and insurance records.

Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)

____SF____ Yes, disclose HIV/AIDS information. OR ____ No, do NOT disclose HIV/AIDS information.

____SF____ Yes, disclose alcohol/substance abuse information OR ____No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:
MRC of Houston
6330 West Loop South
Suite 105
Bellaire, TX  77401

**This authorization applies to psychotherapy notes, psychiatric or psychological records.** I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature: Shanan Feyer         Date: 9/19/06
Relationship to the person who is the subject of the records:
Self: _____   Other: Wife

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.) Individually and as Widow of Cayce Feyer, Deceased

* If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.