EXHIBIT B

Page 1

```
 1   SUPREME COURT
     STATE OF NEW YORK
 2   COUNTY OF NEW YORK
 3     SHANAN FEYER,            )   INDEX # 04/116616
       Individually and as      )   Plaintiff
 4     Widow for the Use        )   designates New
       and Benefit of           )   York County as
 5     Herself and the          )   the place of
       Next of Kin of           )   trial.
 6     CAYCE FEYER,             )
       deceased,                )
 7                              )
          Plaintiffs,           )
 8                              )
                                )
 9                              )
       VS.                      )
10                              )
                                )
11                              )
       PFIZER INC.              )
12     PARKE-DAVIS, a           )
       division of              )
13     Warner-Lambert           )
       Company and              )
14     WARNER-LAMBERT           )
       COMPANY and              )
15     WARNER-LAMBERT           )
       COMPANY, LLC,            )
16                              )
          Defendants.           )
17                              )
                                )
18
19
20              DEPOSITION OF
21              SHANAN FEYER
22     Taken on behalf of the Defendants
23            August 20, 2010
24
25     Job No. CS268246
```

```
 1    A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFFS:
 4    Mr. Antonio Grillo
      Of Counsel
 5    Finkelstein & Partners LLP
      1279 Route 300
 6    P.O. Box 1111
      Newburgh, New York 12551
 7
 8    FOR THE DEFENDANTS:
 9    Mr. Sean G. Saxon
      Mr. Matthew E. Johnson
10    Wheeler Trigg O'Donnell LLP
      1801 California Street, Suite 3600
11    Denver, Colorado 80202-2617
      303-244-1800
12    saxon@wtotrial.com
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 225

1    A.    What do you mean that's missing?
2          MR. SAXON:  If you could mark this
3    as Exhibit 7.
4          (Whereupon Exhibit No. 7, a
5    Handwritten Note, was marked as an exhibit
6    and attached hereto.)
7    BY MR. SAXON:
8    Q.    Why did you take those lines out?
9    A.    I don't know.  My mom could have
10   done it.  I honestly don't know.
11   Q.    Your mother did it?
12   A.    Possibly.  I don't know who did
13   it.  This was what I was given (indicating).
14   That's what I saw.  Okay.
15   Q.    So it's your testimony that your
16   mother cut these three lines out --
17   A.    I don't know who did.
18   Q.    -- of the note?
19   A.    I don't -- I don't know.
20   Q.    Is this how you sent it to your
21   attorneys?
22   A.    Probably.
23   Q.    Which one?
24   A.    Probably this one (indicating).  I
25   don't know.

Page 234

1  I don't want you to assume.
2          THE WITNESS:  Well, like I said,
3  this is the copy that I got from my
4  mother-in-law.  And I had to get a copy of it
5  from her to send to you guys.
6          MR. GRILLO:  Referring to Exhibit
7  6.
8          THE WITNESS:  Because I had to
9  call my mother-in-law to get a copy of it.
10 BY MR. SAXON:
11    Q.    And the copy that she has and the
12 copy that she sent you is the copy with the
13 lines missing?
14    A.    Whatever I sent to them was what
15 she had because that's where I got it from,
16 was from her.
17         MR. SAXON:  Okay.  Let's take a --
18 just a second.
19         THE WITNESS:  I honestly didn't
20 know it said that.  Oh, God.
21 BY MR. SAXON:
22    Q.    Well, you can understand why we
23 need an explanation for this?
24    A.    I can't explain it honestly.  So
25 he -- he -- oh, God.

1    MR. GRILLO:  Let's take a break.
2    VIDEOGRAPHER:  We're now off the
3  record.
4    (Whereupon a lunch break was
5  observed.)
6    VIDEOGRAPHER:  This is the
7  beginning of tape number 4 in the videotaped
8  deposition of Shanan Feyer.  We are now back
9  on the record.
10  BY MR. SAXON:
11    Q.    Good afternoon, Ms. Feyer.  When
12  we took a break, we were trying to
13  reconstruct what had happened to the -- to
14  the note that your husband left.  And you
15  said that the police had taken it.
16    Do you know when you got it -- a
17  new -- and it was returned to you in a manila
18  envelope.  When was that?
19    A.    I'm not sure when they gave it
20  back to me.  It was probably a week or so
21  later.  I'm not sure of the date.
22    Q.    A week or so.  But not months and
23  months.  A week or so?
24    A.    I -- I don't know when they gave
25  me the stuff back.  I really don't.

```
 1      Q.      Well, was it a year later or --
 2      A.      I don't know.  I'm sure it wasn't
 3   a full year.  But I -- I don't know.
 4      Q.      So it could have been anywhere
 5   from a day to a year?
 6      A.      I'm not sure when they gave it
 7   back.
 8      Q.      What happened -- and who gave it
 9   back to you?
10      A.      Somebody at the -- the Sheriff's
11   Department.  One of the detectives.
12      Q.      Did he come to your house and
13   bring it to you?
14      A.      No.  My mother and I went up there
15   and they handed us the envelope.
16      Q.      Did they call you before and ask
17   you to come up?
18      A.      Probably.  I want to say yes
19   that's how I knew to go up there.
20      Q.      Do you remember who called you?
21      A.      No, sir.
22      Q.      How long before they called you
23   until you made it up there?
24      A.      I don't know.
25      Q.      Your mother was with you?
```

1    A.    Yes, sir.
2    Q.    Can you recall the -- what the
3  officer looked like?
4    A.    No, sir.
5    Q.    And what did he say to you when he
6  handed it to you?
7    A.    I don't remember.
8    Q.    Did you look through it then?
9    A.    No, sir.
10   Q.    When did you first look through
11 it?
12   A.    I want to say it was back at mom's
13 house, and she looked through everything
14 first.
15   Q.    Okay.  And then she gave it to you
16 to look through or what happened?
17   A.    No.  She put it up.  I mean I was
18 very upset.
19   Q.    Okay.
20   A.    I didn't want to look at any of
21 it.
22   Q.    And so -- at what time -- at what
23 point did you look at it?
24   A.    I don't know.
25   Q.    Where -- do you remember looking

```
 1    at it?
 2        A.      She read it out loud first.
 3        Q.      Okay.
 4        A.      And that part that was in this one
 5    was not read out loud.
 6        Q.      It wasn't in the note or it just
 7    wasn't read out loud?
 8        A.      I didn't see it.  I mean she read
 9    it.  And that was not verbalized out loud.
10    It was not -- that part was not read out
11    loud.  That's why it was a shock to see that.
12        Q.      So you had never seen the note
13    until -- when was the first time you actually
14    saw the note?
15        A.      I don't know.
16        Q.      And where did the note stay from
17    the time you picked it up from the police
18    officer until you got a copy of it to send to
19    your attorney?
20        A.      In the envelope at my mom's house.
21        Q.      So it stayed at your mother's
22    house?
23        A.      Yes, sir.
24        Q.      Where was it?
25        A.      I don't know where she had it.
```

Page 239

1    Q.    And when did you ask for a copy of
2    it?  Where did you actually pick it up again?
3    A.    At her house.  But I don't know
4    when it was.
5    Q.    When did you start collecting
6    documents to send to your attorney?
7    A.    I don't know.  I've not written
8    down all these times and dates.  I don't
9    know.
10   Q.    Was it years later or months?
11   A.    I don't know.
12   Q.    Okay.  And how did -- you said
13   that you actually may have gotten a copy --
14   this copy from your mother-in-law?
15   A.    Yes, sir.
16   Q.    How did that happen?  How did she
17   get a copy of it?
18   A.    When we went and picked the stuff
19   up, we went to her house.
20   Q.    Your mother-in-law's house?
21   A.    No.  My mother's house.
22   Q.    Okay.
23   A.    I sent a copy -- the copy that I
24   had to my mother-in-law.
25   Q.    You sent -- you made a copy of the

Page 240

1  note that you got from the police --
2      A.    Yes.  Because she wanted to read
3  it.
4      Q.    Okay.  And then this is the copy
5  that she got -- that you got from her?
6      A.    I assume so.
7      Q.    So when did you make the copy to
8  send to her?
9      A.    I don't know.  Whenever she asked
10 for it.
11     Q.    Was it soon after you picked it
12 up?
13     A.    I don't know.  I -- I don't know.
14     Q.    Was it -- were these lines removed
15 to protect her?
16     A.    I don't know.  I don't know why
17 somebody would do that.
18     Q.    When your mother mailed -- your
19 mother-in-law mailed you back a copy of it?
20     A.    I think she sent it to them or --
21 and, see, there again, I don't know if she
22 sent it to me and I sent it to them or how --
23 but I know that I had to call her for it.
24 She may have sent it.  I'm not sure.
25            MR. GRILLO:  I'm sorry.  Was that