UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
-----------------------------------------------------------x

THIS DOCUMENT RELATES TO:

*FEYER V. PFIZER, et al.*
Case No. 1:05-cv-11035-PBS
-----------------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## AFFIDAVIT OF DIANNE SCHREAD

STATE OF GEORGIA    )
                    ) ss:
COUNTY OF GWINNETT  )

DIANNE SCHREAD, duly sworn, deposes and says:

1. I am over the age of eighteen and reside at 4917 Justice Ct, Stone Mountain, Georgia 30087.

2. I worked as a professional typesetter in my own business, Dianne's Desktop, from 1986 to 2004.

3. I presently work as a part time secretary for my church.

4. To the best of my recollection, I first received a copy of the suicide note of my son, Cayce Feyer, from Shanan Feyer in late December 2003 or early January 2004. I later forwarded the note on October 8, 2004, at Shanan Feyer's request, to the law firm of Finkelstein & Partners, LLP (Exhibit A)

_Dianne Schread_
Dianne Schread

Sworn before me this
21st day of September 2010

_Dolanda Nelson_
Notary Public

DOLANDA NELSON
NOTARY PUBLIC
Gwinnett County, Georgia
My Commission Expires March 18, 2013

# EXHIBIT A

**Dianne Schread**
**4917 Justice Court**
**Stone Mountain, GA 30087**
**770-879-0422 H  770-855-5859 C**
**dianne.schread@earthlink.net**

10/8/04

Marshall Richer
Finkelstein & Partners
80 Wolf Road
Suite 503
Albany, NY 12205

RE: Cayce Paul Feyer
    Manchester, Tennessee
    Date of death: November 28, 2003

Dear Mr. Richer:

Enclosed is a copy of Cayce's suicide note as requested by his widow, Shanan Feyer.

If I can be of further assistance in this matter, please feel free to contact me at the above address and phone numbers.

Yours truly,

*Dianne Schread*

Dianne L. Schread
(Cayce's mother)

Enclosure: 1

Shanan -

I'm sorry I hurt you. I never meant to hurt you. I've died inside every day. Your name is on the deed to the house in Tullahoma so because I'm dead it becomes yours. You are still the beneficiary of my settlement so you will get the money ($1100 →) every month until 2008. Use it wisely. Take care of yourself. And I wish you the very best of luck in life. I hope you find happiness some day.

With all of my Eternal love

P.S. I love you. Please tell everyone else I love them too. And tell them I'm sorry if I caused them pain.