UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
In re: NEURONTIN MARKETING,
SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
---------------------------------------------------------x

THIS DOCUMENT RELATES TO:

*FEYER V. PFIZER, et al.*
Case No. 1:05-cv-11035-PBS
---------------------------------------------------------x

MDL Docket No. 1629

Master File No. 04-10981

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

## AFFIDAVIT OF KRISTIN HILL

STATE OF TENNESSEE  )
                    ) ss:
COUNTY OF COFFEE    )

KRISTIN HILL, duly sworn, deposes and says:

1. I am over the age of eighteen and reside at 321 Grandview Drive, Manchester, Tennessee 37355.

2. I have known Plaintiff Shanan Feyer and her mother Patsy Randolph for approximately the past nine years, and consider myself a close friend of the family and specifically of Patsy Randolph, who is now deceased.

3. I am informed that Shanan Feyer has been accused of altering her deceased husband, Cayce Feyer's suicide note.

4. Within weeks of Cayce's suicide, I spoke with Patsy Randolph and she advised me that she had removed information from Cayce Feyer's suicide note to protect her daughter from some of the comments that Cayce had made in the note. Although I do not specifically recall all of the comments she removed, I recall that one comment was "now Shanan had her wish come true that he was dead". The comments would have been hurtful to Shanan. I had promised Patsy Randolph that I would not let her daughter know that she had altered the note.

5. Sometime in August 2010, Shanan Feyer telephoned me and asked me whether I had any private conversations with her mother Patsy Randolph concerning Cayce's

suicide note, and whether I knew if the suicide note had been altered. I told Shanan that Patsy Randolph had changed the suicide note.

*Kristin Hill*
Kristin Hill

Sworn before me this
28th day of September 2010

*Patricia N. Langford*
Notary Public

[Notary Seal: PATRICIA N. LANGFORD, STATE OF TENNESSEE NOTARY PUBLIC, COFFEE COUNTY]

2