UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL BOONE PRODUCT LIABILITY ACTIONS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

------------------------------------------------x

## DEFENDANTS' MOTION TO COMPEL BOONE PLAINTIFFS TO COMPLY WITH THE COURT'S JUNE 9, 2010 ORDER

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully submit this Motion to Compel discovery responses due under Magistrate Judge Sorokin's June 9, 2010 Order. The Court ordered that on July 15, 2010, and on the first and fifteenth of every month following that date, the Boone Law Firm produce template discovery responses for 20 Plaintiffs. In violation of this Order, the Boone Law Firm failed to provide Defendants a single response as of the September 15, 2010, deadline. Defendants now move to compel production of template discovery responses for 20 Plaintiffs.

WHEREFORE, Defendants respectfully request that this Court grant their motion to compel the Boone Law Firm to produce 20 discovery responses in accordance with this Court's June 9, 2010 Order.

Dated: September 30, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

ROPES & GRAY LLP

By:   /s/ Ana M. Francisco
      Ana M. Francisco
      BBO #564346

One International Place
Boston, MA 02110
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and
Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Catherine B. Stevens
Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 30, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco