UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981

------------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
ALL BOONE PRODUCT LIABILITY ACTIONS : Sorokin

------------------------------------------------x

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION
TO COMPEL BOONE PLAINTIFFS TO COMPLY
WITH THE COURT'S JUNE 9, 2010 ORDER**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully submit this memorandum in support of their Motion to Compel discovery responses pursuant to this Court's June 9, 2010 Order. (Further Scheduling Order Regarding All Products Cases [2839].) Contrary to the Court's order, the Boone Law Firm failed to produce any of the 20 template discovery responses due on September 15, 2010. Defendants move to compel production the 20 overdue template discovery responses.

**ARGUMENT**

On June 9, 2010, Magistrate Judge Sorokin issued an order setting forth the time frame for completion of initial discovery for Plaintiffs represented by the Boone Law Firm ("Boone Plaintiffs"). (Further Scheduling Order Regarding All Products Cases [2839].) With regard to future template discovery responses, this Order directed, *inter alia*, that on July 15, 2010, and on the first and fifteenth of every month following that date, the Boone Law Firm shall produce such discovery responses for 20 Plaintiffs. (*Id.* at 5.) Despite this clear directive, the Boone Law Firm has failed to produce any discovery responses by the most recent deadline. Moreover, counsel has failed to request from Defendants or the Court an extension of the applicable deadline.

On September 15, 2010, despite this Court's Order, the Boone Law Firm failed to produce template discovery responses for any of its 20 Boone Plaintiffs due that day. Defendants' counsel sent a letter to Plaintiffs' counsel on September 17, 2010, requesting that he produce template discovery responses for the 20 Plaintiffs by September 20, 2010, and informing counsel that Defendants would file a motion to compel and seek appropriate relief from the Court unless he corrected his discovery deficiencies. (*See* Ex. A, September 17, 2010, Correspondence with the Boone Law Firm.)[1] As of this filing, Defendants have not received any template discovery responses due on September 15, 2010.

As this Court recognized in June 2008:

> The orderly management of this litigation requires the parties to heed the Court's orders and to pursue their claims in a diligent and timely fashion. . . . The Court is "free to enforce its discovery rules by ordering compliance, sanctions, or any other appropriate remedy." *Samos Imex Corp. v. Nextel Communications, Inc.*, 194 F.3d 301, 305 (1st Cir. 1999).

(Discovery Order No. 25 [1335] at 5.) Due to the Boone Plaintiffs' clear non-compliance with its June 9, 2010 Order, Defendants respectfully request that this Court compel the Boone Plaintiffs to produce the discovery in accordance with the June 9, 2010 Order.

## CONCLUSION

For all the foregoing reasons, Defendants respectfully request that this Court grant Defendants' motion to compel the Boone Law Firm to produce template discovery responses from 20 Boone Plaintiffs.

---

[1] All exhibits are attached to the accompanying declaration of Mark S. Cheffo.

Dated: September 30, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

ROPES & GRAY LLP

By:   /s/ Ana M. Francisco
      Ana M. Francisco
      BBO #564346

One International Place
Boston, MA 02110
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 30, 2010.

      /s/ Ana. M. Francisco
      Ana M. Francisco

3