# EXHIBIT A

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
---
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
---
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

September 17, 2010

BY E-MAIL AND US MAIL
Levi Boone, III
Boone Law Firm, P.A.
401 West Sunflower Avenue
P.O. Box 1772
Cleveland, MS 38732

RE: *Jesse Allen, et al. v. Pfizer, Inc.*, Case No. 07-cv-11795
*Leroy Anderson, et al. v. Pfizer, Inc.*, Case No. 05-cv-10835
*Mary Cooper, et al. v. Pfizer, Inc.*, Case No. 05-cv-10834

Dear Mr. Boone:

Magistrate Judge Sorokin's June 9, 2010, Further Scheduling Order Regarding All Products Cases [2839] ("the Order") required your firm to produce responses to Defendants' template discovery requests for 20 Plaintiffs by August 15, 2010. Your firm, however, failed to provide the required number of responses by this deadline. On August 23, 2010, you sent Defendants 22 responses to template Request for Production of Documents and 20 responses to template Interrogatories. You supplied only the first page for 21 of the responses to template Request for Production of Documents. On August 24, 2010, I informed you of this deficiency. On August 25, 2010, you sent 18 corrected responses to template Request for Production of Documents. These responses, however, were not complete sets of responses to discovery for 21 Plaintiffs, but rather were complete sets for 17 Plaintiffs, and mismatched discovery responses for 4 Plaintiffs. The Court's Order requires you to provide Defendants with responses to both template Interrogatories and template Request for Production of Documents. Your firm, therefore, still needs

Levi Boone
September 17, 2010
Page 2


to produce responses to template Request for Production of Documents
for Plaintiffs Gloria Harrison, the Estate of Texcellar Fields, and Cheryl Johnson..

       I first wrote to you regarding this deficiency on August 23, 2010, and requested that you provide any outstanding discovery responses by Wednesday, August 25, 2010. I wrote to you again on August 27, 2010, and September 10, 2010. Defendants have yet to receive these overdue responses.

       The Order also required that your firm produce responses to Defendants' template discovery requests for 20 additional Plaintiffs by September 15, 2010. Your firm, however, failed to provide any responses by this deadline.

       Please provide the responses outlined above by no later than noon on Monday, September 20, 2010, or we will be forced to file a motion to compel.


Sincerely,

Catherine B. Stevens