UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

In re: NEURONTIN MARKETING, SALES : MDL Docket No. 1629
PRACTICES AND PRODUCTS :
LIABILITY LITIGATION : Master File No. 04-10981

------------------------------------------------x
: Judge Patti B. Saris
THIS DOCUMENT RELATES TO: :
: Magistrate Judge Leo T.
ALL SCHWARTZ PRODUCT LIABILITY ACTIONS : Sorokin

------------------------------------------------x

**DEFENDANTS' MOTION TO COMPEL SCHWARTZ
PLAINTIFFS TO COMPLY WITH THE COURT'S JUNE 9, 2010 ORDER**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully submit this Motion to Compel discovery responses due under Magistrate Judge Sorokin's June 9, 2010 Order. The Court ordered that on July 15, 2010, and on the first and fifteenth of every month following that date, the Law Offices of Newton B. Schwartz produce template discovery responses for 15 Plaintiffs. In violation of this Order, the Law Offices of Newton B. Schwartz has only produced 2 responses as of the September 15, 2010, deadline. Defendants now move to compel production of template discovery responses for 13 additional Plaintiffs.

WHEREFORE, Defendants respectfully request that this Court grant their motion to compel the Law Offices of Newton B. Schwartz to produce 13 discovery responses in accordance with this Court's June 9, 2010 Order.

Dated: September 30, 2010          Respectfully submitted,

                                            SKADDEN, ARPS, SLATE,
                                              MEAGHER & FLOM LLP

                                        By:   /s/ Mark S. Cheffo
                                                  Mark S. Cheffo

                                          Four Times Square
                                          New York, NY 10036
                                          Tel: (212) 735-3000

                                          ROPES & GRAY LLP

                                        By:   /s/ Ana M. Francisco
                                                  Ana M. Francisco
                                                  BBO #564346

                                          One International Place
                                          Boston, MA  02110
                                          Tel: (617) 951-7000
                                          Email: ana.francisco@ropesgray.com

                                          *Attorneys for Defendants Pfizer Inc and*
                                          *Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

     I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

                                          /s/ Catherine B. Stevens
                                          Catherine B. Stevens

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 30, 2010.

                                          /s/ Ana. M. Francisco
                                          Ana M. Francisco