UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------x

THIS DOCUMENT RELATES TO:

ALL SCHWARTZ PRODUCT LIABILITY ACTIONS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

------------------------------------------------x

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION
TO COMPEL SCHWARTZ PLAINTIFFS TO COMPLY
WITH THE COURT'S JUNE 9, 2010 ORDER**

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully submit this memorandum in support of their Motion to Compel discovery responses pursuant to this Court's June 9, 2010 Order. (Further Scheduling Order Regarding All Products Cases [2839].) Contrary to the Court's order, the Law Offices of Newton B. Schwartz failed to produce 13 of the 15 template discovery responses due on September 15, 2010. Defendants move to compel production of 13 overdue template discovery responses.

**ARGUMENT**

On June 9, 2010, Magistrate Judge Sorokin issued an order setting forth the time frame for completion of initial discovery for Plaintiffs represented by the Law Offices of Newton B. Schwartz ("Schwartz Plaintiffs"). (Further Scheduling Order Regarding All Products Cases [2839].) With regard to future template discovery responses, this Order directed, *inter alia*, that on July 15, 2010, and on the first and fifteenth of every month following that date, the Law Offices of Newton B. Schwartz shall produce such discovery responses for 15 Plaintiffs. (*Id.* at 5.) Despite this clear directive, the Law Offices of Newton B. Schwartz have failed to produce template discovery responses for 13 Schwartz Plaintiffs by the most recent deadline. Moreover, counsel has failed to request from Defendants or the Court an extension of the applicable

deadline.

On September 1, 2010, despite this Court's Order, the Law Offices of Newton B. Schwartz failed to produce template discovery responses for 15 Schwartz Plaintiffs. Defendants instead, received template discovery responses for 9 Schwartz Plaintiffs on a rolling basis from September 9, 2010 through September 11, 2010. Defendants' counsel sent a letter to Plaintiffs' counsel on September 10, 2010, requesting that he produce template discovery responses for the remainder of his 15 Plaintiffs by September 13, 2010, and informing him that Defendants would file a motion to compel and seek appropriate relief from the Court unless he corrected his discovery deficiencies. (*See* Ex. A, September 10, 2010, Correspondence with the Law Offices of Newton B. Schwartz.)[1]

Again, on September 15, 2010, despite this Court's Order, the Law Offices of Newton B. Schwartz failed to produce template discovery responses for 15 Schwartz Plaintiffs. Defendants instead, received template discovery responses for 8 Schwartz Plaintiffs on September 15, 2010. However, as noted above, the Schwartz Plaintiffs had not provided Defendants with the required number of responses by the September 1, 2010, deadline. Therefore, Defendants credited 6 of the 8 responses to the September 1, 2010, obligation. (*See* Ex. B, September 17, 2010, Correspondence with the Law Offices of Newton B. Schwartz.) Defendants' counsel sent a letter to Plaintiffs' counsel on September 17, 2010, requesting that he produce template discovery responses for the 13 remaining Plaintiffs by September 20, 2010, and informing him that Defendants would file a motion to compel and seek appropriate relief from the Court unless he corrected his discovery deficiencies. (*See id.*) As of this filing, Defendants have not received 13 of the 15 template discovery responses due on September 15, 2010.

As this Court recognized in June 2008:

> The orderly management of this litigation requires the parties to heed the Court's orders and to pursue their claims in a diligent and timely fashion. . . . The Court is "free to enforce its discovery rules by ordering compliance, sanctions, or any

---

[1] All exhibits are attached to the accompanying declaration of Mark S. Cheffo.

2

other appropriate remedy." *Samos Imex Corp. v. Nextel Communications, Inc.*, 194 F.3d 301, 305 (1st Cir. 1999).

(Discovery Order No. 25 [1335] at 5.)  Due to the Schwartz Plaintiffs' clear non-compliance with its June 9, 2010 Order, Defendants respectfully request that this Court compel the Schwartz Plaintiffs to produce the discovery in accordance with the June 9, 2010 Order.

## CONCLUSION

For all the foregoing reasons, Defendants respectfully request that this Court grant Defendants' motion to compel template discovery responses from 13 Schwartz Plaintiffs.

Dated: September 30, 2010                    Respectfully submitted,

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
         Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

ROPES & GRAY LLP

By:   /s/ Ana M. Francisco
         Ana M. Francisco
         BBO #564346

One International Place
Boston, MA  02110
Tel:  (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 30, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco