UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------x
:
In re:  NEURONTIN MARKETING, SALES          :  MDL Docket No. 1629
        PRACTICES AND PRODUCTS              :
        LIABILITY LITIGATION                :  Master File No. 04-10981
                                            :
---------------------------------------------x
                                            :  Judge Patti B. Saris
                                            :
THIS DOCUMENT RELATES TO:                   :
                                            :  Magistrate Judge Leo T.
ALL SCHWARTZ PRODUCT LIABILITY ACTIONS      :  Sorokin
                                            :
---------------------------------------------x

### DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL SCHWARTZ PLAINTIFFS TO COMPLY WITH THE COURT'S JUNE 9, 2010 ORDER

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of correspondence with the Law Offices of Newton B. Schwartz dated September 10, 2010.

3. Attached hereto as Exhibit B is a true and correct copy of correspondence with the Law Offices of Newton B. Schwartz dated September 17, 2010.

Signed under the penalties of perjury this 30th day of September 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on September 30, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco