# EXHIBIT A

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
-----
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
-----
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

September 10, 2010

BY ELECTRONIC AND US MAIL

Trey Stegall
Law Offices of Newton Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

RE: *Accettullo v. Pfizer Inc*, et al. Case No. 06-cv-10912
*Anderson v. Pfizer Inc*, et al. Case No. 06-cv-11024
*Brewster v. Pfizer Inc*, et al. Case No. 06-cv-11022
*Girard v. Pfizer Inc*, et al. Case No. 06-cv-11023

Dear Mr. Stegall:

      Magistrate Judge Sorokin's June 9, 2010, Further Scheduling Order Regarding All Products Cases [2839] ("the Order") required your firm to produce responses to Defendants' template discovery requests for fifteen Plaintiffs by September 1, 2010. Your firm, however, failed to provide the required number of responses by this deadline. On September 1, 2010, we received discovery responses for Plaintiffs Damon Carter, Richard Crosby, Wilbur Conyers, Janice Lee, Marlene McIntyre, Doris Smith, Corrine Falk, David Pettit, and Leotis Williams. These responses cured your firm's deficiencies addressed in my letters dates August 4, 9, 23, 2010. On September 9, 2010, we received discovery responses for Plaintiffs Kelly Deleon, Sandra McMahon-Lough, Tuwanda Shakoor, Betty Thurmond and Theresa Williams. Your firm, however, still owes Defendants template discovery responses for ten Plaintiffs, which are now over one week late. Please provide the

Trey Stegall
September 10, 2010
Page 2

ten responses outlined above by no later than noon on Monday, September 13, 2010, or we will be forced to file a motion to compel.

Sincerely,

*Catherine Stevens*

Catherine B. Stevens