**EXHIBIT B**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-3353
EMAIL ADDRESS
CATHERINE.STEVENS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
―――
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
―――
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

September 17, 2010

BY ELECTRONIC AND US MAIL
Trey Stegall
Law Offices of Newton Schwartz, Sr.
1911 Southwest Freeway
Houston, TX 77098

RE: *Accettullo v. Pfizer Inc*, et al. Case No. 06-cv-10912
*Anderson v. Pfizer Inc*, et al. Case No. 06-cv-11024
*Brewster v. Pfizer Inc*, et al. Case No. 06-cv-11022
*Girard v. Pfizer Inc*, et al. Case No. 06-cv-11023

Dear Mr. Stegall:

   Magistrate Judge Sorokin's June 9, 2010, Further Scheduling Order Regarding All Products Cases [2839] ("the Order") required your firm to produce responses to Defendants' template discovery requests for fifteen Plaintiffs by September 1, 2010. On September 9, 2010, we received discovery responses for Plaintiffs Kelly Deleon, Sandra McMahon-Lough, Tuwanda Shakoor, Betty Thurmond and Theresa Williams. On September 11, 2010, we received discovery responses for Plaintiffs Stephanie Lowe, Earnestine Parker, Robert Colley, and Allison Dukes. On September 15, 2010, we received discovery responses for Plaintiffs David Day, Dexter Lee, Jason Mitchell, Annette White, Leslie Luttrell, Kimberly Campbell-Dean, Debra Leger, and Carla Jones. Your firm has now complied with the requirement to produce fifteen responses to template discovery by September 1, 2010, deadline.

   The Order also required that your firm produce responses to Defendants' template discovery requests for fifteen additional Plaintiffs by September 15, 2010. Your firm, however, failed to provide the required number of responses by this deadline. Two of the eight sets of discovery responses served on

Trey Stegall
September 17, 2010
Page 2


September 15, 2010, have been credited towards your September 15, 2010, obligation. Your firm, however, still owes Defendants template discovery responses for thirteen Plaintiffs.

      Please provide the thirteen responses outlined above by no later than noon on Monday, September 20, 2010, or we will be forced to file a motion to compel.

                                Sincerely,

                                Catherine B. Stevens