**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2010, I caused a true and correct copy of **Plaintiffs' Response to Defendants' Notice of Supplemental Authority** to be served upon all known counsel of record by electronic filing using the CM/ECF system.

                                              /s/ Linda P. Nussbaum
                                                Linda P. Nussbaum