**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                                        :
In re:  NEURONTIN MARKETING, SALES              :  MDL Docket No. 1629
        PRACTICES AND PRODUCTS                  :
        LIABILITY LITIGATION                    :  Master File No. 04-10981
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                                        :  Judge Patti B. Saris
                                                                        :
THIS DOCUMENT RELATES TO:                       :
                                                                        :  Magistrate Judge Leo T.
ALL BOONE PRODUCT LIABILITY ACTIONS             :  Sorokin
                                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL BOONE PLAINTIFFS TO COMPLY WITH THE COURT'S JUNE 9, 2010 ORDER

PLEASE TAKE NOTICE that Defendants Pfizer Inc and Warner-Lambert Company

LLC, hereby withdraw their Motion to Compel Boone Plaintiffs to Comply with the Court's June

9, 2010 Order, as well as the accompanying Memorandum and Declaration.  *See* ECF Document

Numbers 3080, 3081 and 3082.  The withdrawn motion and related documents were filed on

September 30, 2010.


Dated: October 5, 2010                      Respectfully submitted,


                                            SKADDEN, ARPS, SLATE,
                                              MEAGHER & FLOM LLP

                                            By:    /s/ Mark S. Cheffo
                                                   Mark S. Cheffo

                                            Four Times Square
                                            New York, NY 10036
                                            Tel:  (212) 735-3000

ROPES & GRAY LLP

By:    /s/ Ana M. Francisco
       Ana M. Francisco
       BBO #564346

One International Place
Boston, MA  02110
Tel:  (617) 951-7000
Email:  ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and*
*Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 5, 2010.

                         /s/ Ana. M. Francisco
                         Ana M. Francisco

2