UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

In re:  NEURONTIN MARKETING, SALES
        PRACTICES AND PRODUCTS
        LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------x

THIS DOCUMENT RELATES TO:

Judge Patti B. Saris

*Feyer v. Pfizer Inc, et al.*
Case No. 1:05-cv-11035-PBS

Magistrate Judge Leo T. Sorokin

------------------------------------------------x

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CLAIMS OF PLAINTIFF SHANAN FEYER AND FOR OTHER APPROPRIATE RELIEF

Defendants Pfizer Inc and Warner-Lambert Company LLC respectfully move for leave to submit a reply memorandum in support of their Motion to Dismiss Claims of Plaintiff Shanan Feyer and for Other Appropriate Relief.  Defendants submit that their proposed reply is necessary to clarify the issues raised by Plaintiff's Opposition.  Defendants have conferred with Plaintiff's counsel and this motion is unopposed.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed reply memorandum, attached hereto as Exhibit A.

Dated:  October 6, 2010
                                Respectfully submitted,

                                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                By: /s/ Mark S. Cheffo
                                     Mark S. Cheffo

                                Four Times Square
                                New York, NY 10036
                                Tel:  (212) 735-3000

                                -and-

>ROPES & GRAY LLP
>
>By: /s/ Ana M. Francisco
>    Ana M. Francisco
>
>One International Place
>Boston, MA  02110
>Tel:  (617) 951-7000
>Email:  ana.francisco@ropesgray.com
>
>*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred and Plaintiff's counsel does not oppose the filing of this motion.

>/s/ Catherine B. Stevens
>Catherine B. Stevens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 6, 2010.

>/s/ Ana. M. Francisco
>Ana M. Francisco