UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
                                                                 :    MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                                     :
        SALES PRACTICES AND                                      :    Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION                            :
                                                                 :    Judge Patti B. Saris
-----------------------------------------------------------------x
                                                                 :    Magistrate Judge Leo T. Sorokin
                                                                 :
THIS DOCUMENT RELATES TO:                                        :
                                                                 :
JAROSZ v. PFIZER INC.                                            :
Individual Case No. 05-11263                                     :
                                                                 :
-----------------------------------------------------------------x
```

## STIPULATION OF DISMISSAL

The parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure for the United States District Courts, that the action be dismissed, with prejudice and without costs or fees to any party.

Dated:  October 13, 2010

/s/ Kenneth B. Fromson
Kenneth B. Fromson
FINKELSTEIN & PARTNERS, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212
kfromson@lawampm.com

*Attorneys for Plaintiff*

/s/ Mark S. Cheffo
Mark S. Cheffo
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036
(212) 735-10036
Mark.Cheffo@skadden.com

*Attorneys for Pfizer Defendants*

/s/ Debra V. Urbanowicz-Pandos
Debra V. Urbanowicz-Pandos
DURAN & PANDOS, P.C.
1044 Route 22 West, Suite 3
Mountainside, NJ  07092
(908) 518-5000
dpandos@duranandpandos.com

*Attorneys for Defendant Obiedzinski*

## **CERTIFICATE OF SERVICE**

    I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on October 13, 2010.

Dated:  October 13, 2010

                                                  /s/ Kenneth B. Fromson
                                                Kenneth B. Fromson