UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| In re: NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1629 |
| | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *Barlow v. Pfizer Inc, et al.* Case No. 1:05-cv-11501-PBS | Magistrate Judge Leo T. Sorokin |

---

### DEFENDANTS' EMERGENCY MOTION FOR AN ORDER PROHIBITING IMPROPER TACTICS DURING FACT WITNESS DEPOSITIONS AND IMPOSING SANCTIONS

Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Pfizer"), by counsel, respectfully move, on an emergency basis, for an order precluding Plaintiff's counsel from engaging in improper discovery tactics and for sanctions, pursuant to this Court's inherent power and Federal Rule of Civil Procedure 30(d)(2). Pfizer submits that judicial intervention will be necessary to prevent Plaintiff's counsel from improperly biasing prescribing physicians' testimony in this case and other pending cases involving the same counsel. Currently, depositions of prescribing physicians are scheduled on October 16[1] and October 29, 2010 in *Barlow* and November 3, 2010 in *Fonseca*. Because discovery in these cases is ongoing and not all prescribing physicians have been deposed, this motion has been filed on an emergency basis and Pfizer requests expedited consideration.

---

[1] During the "meet and confer" call on this motion, Plaintiffs' Counsel indicated that he might engage in the tactics that are the subject of the motion at the deposition on October 16. While a ruling on this motion prior to the October 16 deposition is not expected, Pfizer seeks emergency treatment so that the conduct is not repeated at other upcoming depositions.

WHEREFORE, Defendants respectfully request that this Court issue an order prohibiting Plaintiff's counsel's improper discovery tactics, imposing sanctions, and awarding any other relief deemed appropriate.

Dated: October 15, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By: /s/ Mark S. Cheffo
   Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

-and-

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
   Ana M. Francisco
   BBO # 564346

One International Place
Boston, MA 02110
Tel: (617) 951-7000
Ana.Francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 15, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco

## CERTIFICATE OF CONSULTATION

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Mark S. Cheffo
Mark S. Cheffo