UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re:  NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

---

THIS DOCUMENT RELATES TO:

*Barlow v. Pfizer Inc, et al.*
*Case No. 1:05-cv-11501-PBS*

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

---

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS'
EMERGENCY MOTION FOR AN ORDER PROHIBITING IMPROPER
TACTICS DURING FACT WITNESS DEPOSITIONS AND IMPOSING SANCTIONS**

I, Mark S. Cheffo, declare and state as follows:

1.  I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2.  Attached hereto as Exhibit A is a true and correct copy of excerpts from the August 28, 2010, deposition of Larry Flowers, M.D.

3.  Attached hereto as Exhibit B is a true and correct copy of a letter from Carl Pierce to Larry Flowers, M.D., dated August 31, 2004.

4.  Attached hereto as Exhibit C is a true and correct copy of Exhibit 15 presented during the August 28, 2010, deposition of Larry Flowers, M.D.

5.  Attached hereto as Exhibit D is a true and correct copy of Exhibit 8 presented during the August 28, 2010, deposition of Larry Flowers, M.D.

6.  Attached hereto as Exhibit E is a true and correct copy of Exhibit 9 presented during the August 28, 2010, deposition of Larry Flowers, M.D.

7.  Attached hereto as Exhibit F is a true and correct copy of Exhibit 10 presented during the August 28, 2010, deposition of Larry Flowers, M.D.

8.      Attached hereto as Exhibit G is a true and correct copy of Exhibit 11 presented during the August 28, 2010, deposition of Larry Flowers, M.D.

9.      Attached hereto as Exhibit H is a true and correct copy of excerpts from the August 2, 2007, deposition of Robert Glanzman, M.D.

10.     Attached hereto as Exhibit I is a true and correct copy of the draft affidavit sent to the attorney for Penny Lawin, M.D.

Signed under the penalties of perjury this 15th day of October 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 15, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco