# EXHIBIT B

WRIGHT & GREENHILL, P.C.
ATTORNEYS AT LAW

221 WEST 6TH STREET, SUITE 1800
AUSTIN, TEXAS 78701-3495
P.O. BOX 2166 • 78768

TELEPHONE 512/476-4600
FACSIMILE 512/476-5382
DIRECT DIAL 512/708-5227

CARL PIERCE
BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW

INTERNET CPIERCE@W-G.COM

August 31, 2004

VIA FAX 713/586-5061

Dr. Larry Flowers
110 Cypress Station, Suite 113
Houston, Texas 77090

Re:    PATIENT: Irene Barlow
       DOB: 8/28/49
       SSN: 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

Dear Dr. Flowers:

I represent Irene Barlow with regards to claims she has against the drug manufacturer of Neurontin. The drug manufacturer promoted Neurontin for off-label uses, including for bipolar disorder, without appropriate scientific support for its efficacy. They have now judicially admitted that their scheme was in fact criminal. In that regard, I enclose a copy of the lawsuit filed on Mrs. Barlow's behalf which includes a copy of the plea agreement and a copy of the charges the drug manufacturer plead guilty to.

It is clear that the scheme the drug manufacturers created made the prescribing physicians victims as much as their patients.

As a treating physician for Ms. Barlow, it is important that we discuss these matters with you personally.

Both Ms. Barlow and I would appreciate very much if you would give me a call to schedule a face-to-face meeting. I would anticipate the meeting would take approximately 45 minutes to one hour. I will, of course, reimburse you for your time at your regular office rates.

I enclose a medical authorization from Mrs. Barlow.

I am scheduled to be in Houston on Friday, September 17th. I have an appointment with Dr. Alan Lloyd, M.D., another of Mrs. Barlow's treating physicians. Would it be possible to meet with you on that same day?



**WRIGHT & GREENHILL, P.C.**
Page 2


Thank you for your cooperation.  I look forward to meeting with you.

Yours very truly,

WRIGHT & GREENHILL, P.C.

By: _____
Carl Pierce

cc:  Irene Barlow