# EXHIBIT C

WRIGHT & GREENHILL, P.C.
ATTORNEYS AT LAW

221 WEST 6TH STREET, SUITE 1800
AUSTIN, TEXAS 78701-3495
P.O. BOX 2166 • 78768

TELEPHONE 512/476-4600
FACSIMILE 512/476-5382
DIRECT DIAL 512/708-5227

CARL PIERCE
BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW

INTERNET CPIERCE@W-G.COM

July 18, 2005

Medical Records Custodian for
Dr. Larry Flowers, M.D.
110 Cypress Station, Suite 113
Houston, Texas 77090

Re: Civil Action No. 1:05CV175-SS; *Irene Barlow vs. Pfizer, Warner-Lambert Company, L.L.C., formerly known as Warner-Lambert Company, including its division Parke-Davis and Dr. Jay Seastrunk, M.D., Rehabilitation Staffing Services, Ltd. and Gero-Psychiatric Service Opportunity*; United States District Court, Western District, Austin Division

Dear Sir/Madam:

Please be advised that I am one of the attorneys who represent Irene Barlow with regards to the lawsuit noted above.

The Defendants, Pfizer, Inc., Warner-Lambert Company, L.L.C., Warner-Lambert Company, and Parke-Davis, are represented by the law firm of Clark, Thomas & Winters, 300 W. 6th Street, 15th Floor, Austin, Texas, 78701. The Defendants have utilized a records service by the name of Discovery Resource, 718 East 29th Street, Houston, Texas, 77009 to collect the medical records of Mrs. Barlow in the past.

The purpose of this letter is to advise you that Mrs. Barlow has revoked any and all medical authorizations that would allow the law firm of Clark, Thomas & Winters, Discovery Resource, or any other entity or individual acting on behalf of the Defendants to obtain her medical records. Furthermore, Mrs. Barlow objects to the production of any of her medical records either by authorization or subpoena.

If you should receive any request for Mrs. Barlow's medical records that are related in any fashion to this lawsuit, I request that you notify me immediately. I will then promptly coordinate with you what medical records, if any, should be produced, to whom they should be produced, and I will provide you the necessary authorization.

If you have any questions, please do not hesitate to contact me.

Yours very truly,
WRIGHT & GREENHILL, P.C.

By: _____
Carl Pierce

ACP/ycc
cc: Irene Barlow
    Jack London

Flowers
EXHIBIT 15
8-28-10
MARY DOPICO, CSR