# EXHIBIT H

**CONFIDENTIAL**

434

CONFIDENTIAL

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

------------------------------X

In re NEURONTIN MARKETING,        MDL Docket No. 1629

SALES PRACTICES, AND PRODUCTS     Master File No.

LIABILITY LITIGATION              04-10981

------------------------------X

VIDEOTAPED DEPOSITION OF ROBERT GLANZMAN, M.D.

New York, New York

August 2, 2007

Reported by:
Bonnie Pruszynski, RMR

**CONFIDENTIAL**

Page 435

```
1              CONFIDENTIAL
2  STATE OF NEW YORK
3  COUNTY OF NEW YORK
4  -----------------x
5  IN RE NEURONTIN PRODUCTS
6  LIABILITY LITIGATION    Index Number 765000
7  -----------------x
8
9
10
11  VIDEOTAPED DEPOSITION OF ROBERT GLANZMAN, M.D.
12       New York, New York
13       August 2, 2007
```

Page 436

```
              CONFIDENTIAL


          August 2, 2007
          9:00 a.m.


     Continued videotaped deposition of
ROBERT GLANZMAN, M.D., held at DAVIS, POLK &
WARDWELL, LLP, 450 Lexington Avenue, New
York, New York, before Bonnie Pruszynski, a
Notary Public of the State of New York.
```

Page 437

```
              CONFIDENTIAL
APPEARANCES:
GREENE & HOFFMAN
  Attorneys for Plaintiffs
       125 Summer Street, Suite 1410
       Boston, MA 02110
  BY:  THOMAS M. GREENE, ESQ.
       ILYAS RONA, ESQ.

FINKELSTEIN & PARTNERS
  Attorneys for Product Liability Plaintiffs
       785 Broadway, Third Floor
       Kingston, New York 12401
  BY:  ANDREW FINKELSTEIN, ESQ.

ROBINS, KAPLAN, MILLER & CIRESI, LLP
  Attorneys for Coordinated Non-classs Plaintiffs
       Suite 300
       1875 Eye Street, N.W.
       Washington, D.C. 20006-5409
  BY:  W. SCOTT SIMMER, ESQ.

GOODELL DEVRIES EECH & DANN, LLP
  Attorneys for Defendant Pfizer, Inc. and the
  witness
       One South Street, 20th Floor
       Baltimore, MD 21202
  BY:  CHARLES P. GOODELL, JR., ESQ.

SHOOK, HARDY & BACON, LLP
  Attorneys for Defendant Pfizer
       2555 Grand Boulevard
       Kansas City, Missouri 64108
  BY:  VINCENT E. GUNTER, ESQ.
Also Present: Brandon Bewitt, Davis Polk &
              Wardwell, Summer Associate
```

Page 438

```
              CONFIDENTIAL
     THE VIDEOGRAPHER:  The date today is
August 2nd, 2007 and the time is
approximately 9:14.
     This begins day two in the deposition
of Dr. Robert Glanzman.
     We are now on the record.
     (Glanzman Exhibit Number 40 marked
for identification as of this date.)
ROBERT GLANZMAN, M.D.
     called as a witness, having been
     previously sworn, was examined and
     testified as follows:
EXAMINATION
BY MR. GREENE:
  Q    Good morning, Doctor.
  A    Good morning.
  Q    Let me show you what we have marked
as Exhibit 40.
     I just have a couple quick questions
about it. Can you identify it for us?
  A    It looks like a slide set reviewing
paper that I was co-author on entitled, "Lessons,
gabapentin dosing for neuropathic pain, lesson
from large randomized control clinical trials."
```

2 (Pages 435 to 438)

Doerner & Goldberg New York * A Veritext Co.
1350 Broadway * New York, NY 10018 * 212-564-8808

\*\*CONFIDENTIAL\*\*

715

1      CONFIDENTIAL
2   A   So that clinicians who had patients
3 with epilepsy would have a brain model, to show
4 them the brain structures that are involved with
5 partial epilepsy, in order for them to be able to
6 explain to the patients their condition.
7   Q   Thank you.
8      There was a lot of discussion during
9 this deposition about key messages. Do you
10 remember that?
11   A   Yes.
12   Q   Is there a difference between a
13 marketing message and a key publication message?
14   A   Yes.
15   Q   Would you tell us what that
16 difference is?
17   A   A marketing message is a message that
18 the marketing team would like to use in
19 promotional materials, if possible; a publication
20 key message is a message that, if possible, should
21 be -- could be incorporated into a publication
22 when appropriate, when the publication and the
23 data from that publication support it.
24   Q   That's what I would like to go to.
25      Can you find Exhibits 23 and 24?

716

1      CONFIDENTIAL
2   A   I have 23 and 25. 24?
3   Q   I will tell you what, I can give you
4 my 24 for you, so that if you can't find it maybe
5 Vince can help you find those.
6   A   Wait, 29.
7   Q   Maybe we can try and get them in
8 order.
9      Let me give you, for purposes of
10 saving some time, because we have limited time,
11 let me give you my 24.
12   A   Sure. Sorry about that.
13   Q   That's all right.
14      Can you identify what that is,
15 Doctor? Go ahead and use mine.
16   A   That is a list of key messages for
17 Neurontin publications.
18   Q   And when you say that they are
19 approved -- well, strike that.
20      Are those messages over time approved
21 by the publications subcommittee?
22   A   Yes.
23   Q   And what is the criteria which will
24 determine whether or not one or more of those
25 messages actually finds its way into a Pfizer

717

1      CONFIDENTIAL
2 sponsored study?
3   A   You mean into a manuscript for a
4 publication?
5   Q   Yes, into a manuscript.
6   A   Well, first of all, the medical team
7 would have to agree that the data supports it.
8      Second of all, the authors of the
9 study, who are not Pfizer employees, would have to
10 agree that the data supports it because they are
11 the author; and, third of all, the reviewers would
12 have to agree that the data supports it or else
13 they would not allow the manuscript to be
14 published.
15   Q   The reviewers of the journal?
16   A   The peer reviewers, that's correct.
17   Q   When you say data supported it, are
18 you referring to data within the actual manuscript
19 in which this message might appear?
20   A   That's correct.
21   Q   And if the data doesn't support it,
22 what happens?
23   A   Well, if the data doesn't support it,
24 first of all, the medical team would not allow it
25 to be put in. If they did, authors are not going

718

1      CONFIDENTIAL
2 to allow their academic reputation to be smeared
3 by a journal article that includes false
4 information, so they would take it out; and even
5 if it made it past that level, peer reviewers are
6 certainly not going to allow a misleading article
7 to be published, so, the article would never be
8 accepted for publication.
9   Q   I would like to refer you to Exhibit
10 23, please.
11      Do you have that in front of you?
12   A   Yes.
13   Q   This is captioned, "A Neurontin
14 Manuscript Tracking Grid," correct?
15   A   That's correct.
16   Q   You were asked a series of questions
17 about this, do you recall?
18   A   Yes.
19   Q   Looking at the information within
20 number five, do you see that?
21   A   Yes.
22   Q   Just so we get this, the title of the
23 manuscript is "Gabapentin and the Treatment of
24 Epilepsy," correct?
25   A   That is correct.

Doerner & Goldberg New York * A Veritext Co.
1350 Broadway * New York, NY 10018 * 212-564-8808