# EXHIBIT I

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------x
                                            :MDL Docket No. 1629
In re:  NEURONTIN MARKETING,                :
        SALES PRACTICES AND                 :Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION       :
                                            :Judge Patti B. Saris
------------------------------------------------------------x
                                            :Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:                   :
                                            :
Insert Your Case Here                       :
                                            :
                                            :
------------------------------------------------------------x
```

## DECLARATION OF [*insert doctor* name]

1) I am over 18 years old, and I reside in the State of _____. I am competent to provide the testimony set forth herein. I am giving this information based on my personal knowledge, and I affirm the following under the penalties of perjury.

2) My name is_____, M.D., and I am a licensed Medical Doctor in the State of _____ with offices at _____.

3) I provided care and treatment to _____ before his death. Beginning in _____, I prescribed Neurontin to _____ to treat his symptoms associated with __(*insert indication for which Neurontin was prescribed*)_____.

4) As part of my custom and practice, I learn about the uses of pharmaceutical products from clinical experience, the *Physicians Desk Reference*, continuing medical education, written correspondence from drug companies (e.g., "Dear Healthcare Provider Letters"), and from drug company representatives who present information about their company's drugs. I rely, in part, upon these sources of information in making my prescribing decisions for patients.

5) Before prescribing Neurontin to _____ , I was familiar with the Neurontin labeling, either from the actual package insert, its publication in the *Physicians Desk Reference*, or from other available resources such as Drug Facts or Up-To-Date.

1



6) As of the timeframe that I provided care and treatment to _____, the Neurontin labeling did not convey to me evidence of an increased risk of suicidality.

7) Defendants' sales representative(s) never told me of an increased suicide risk with Neurontin, and I did not receive any correspondence from Defendants that disclosed an increased suicide risk with Neurontin (e.g., a "Dear Healthcare Provider Letter").

8) Consequently, when I consulted with _____ and I prescribed Neurontin, I was not informed by the Defendants of any evidence of an increased risk of suicidality with Neurontin. Defendants did not inform me of the FDA's combined medical-statistical review from approximately 1992 where FDA clinical reviewer expressed concerns about Neurontin's widespread usefulness and adverse events of depression and suicide attempts; and Defendants did not inform me of the potential serotonin effects with Neurontin.

9) I am also informed of the FDA's 2008 analysis that reviewed 11 anticonvulsants and their association with suicidality. In this regard, Defendants never disclosed to me Neurontin's individual analysis reflecting a 1.57 odds ratio. Even if the 1.57 odds ratio was not statistically significant on its own, it reflects evidence of suicidality that I find important in making a decision to prescribe a drug.

10) Had Defendants informed me with evidence of an increased risk of suicidality with Neurontin, then I would have recommended _____ stop taking Neurontin, and I would have considered alternative treatment; I would have recommended he come off Neurontin slowly. Alternatively, I would have monitored him more closely, and I would have informed his family and caregivers to monitor and report to me or his physicians signs of suicidality. In any event, I would have discussed with _____ such evidence regarding a suicide risk so as to allow _____ to make an informed decision about Neurontin.

_____
(Insert Name), M.D.

Date: \_\_\_\_\_, 2010

2