UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: NEURONTIN MARKETING AND SALES PRACTICES LITIGATION | ) ) ) ) | MDL Docket No. 1629 |
| | ) | Master File No. 04-10981 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | Judge Patti B. Saris |

### NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that effective October 12, 2010, the mailing address for the firm of ROPES & GRAY LLP has changed. All pleadings, notices, correspondence and other documents should be directed to the new address identified below.

Dated: October 20, 2010

/s/Ana M. Francisco
Ana M. Francisco BBO #564346
Lisa M. Ropple BBO # 555401
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone (617) 951-7000
Fax (617) 951-7050
ana.francisco@ropesgray.com
lisa.ropple@ropesgray.com

25588190_1

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 20, 2010.

                                         /s/ Ana M. Francisco_____

25588190\_1