UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING AND ) <br> SALES PRACTICES LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> THE GUARDIAN LIFE INSURANCE ) <br> COMPANY OF AMERICA ) <br> v. PFIZER INC., ) <br> 04 CV 10739 (PBS) ) <br> _____ ) | MDL Docket No. 1629 <br><br> Master File No. 04-10981 <br><br> Judge Patti B. Saris <br><br> Magistrate Judge Leo T. Sorokin |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), The Guardian Life Insurance Co. of America ("The Guardian") and Pfizer Inc and Parke-Davis, a division of Warner-Lambert Company, ("Defendants") hereby stipulate and agree that this case be dismissed with prejudice, with each party bearing their respective costs, including attorneys' fees and other expenses of this litigation. The Guardian further stipulates and agrees that it will not appeal this Court's entry of final judgment.

Dated: October 21, 2010

                                                Respectfully submitted,

                                                RAWLINGS AND ASSOCIATES, PLLC

                                                By:   /s/ Mark D Fischer
                                                           Mark D. Fischer

                                                One Eden Parkway
                                                LaGrange, Kentucky 40031
                                                Telephone: (502) 587-1279
                                                Facsimile: (502) 584-8580
                                                mdf@rawlingsandassociates.com

                                                *Attorneys For Plaintiff The Guardian Life*
                                                *Insurance Co. of America*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (917) 777-2183
Mark.Cheffo@skadden.com

-and-

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
    Ana M. Francisco
    BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Ana.Francisco@ropesgray.com

*Attorneys For Defendants Pfizer Inc and and Parke-Davis, a division of Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 21, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco