UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ) *Barlow v. Pfizer Inc, et al.* ) *Case No. 1:05-cv-11501-PBS* ) ) | MDL Docket No. 1629<br><br>Mast File No. 04-10981<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Leo T. Sorokin |

**DECLARATION OF JACK W. LONDON IN SUPPORT OF PLAINTIFF IRENE BARLOW'S REPLY MEMORANDUM IN OPPOSITION TO DEFENDANT'S EMERGENCY MOTION FOR AN ORDER PROHIBITING IMPROPER TACTICS DURING FACT WITNESS DEPOSITIONS AND IMPOSING SANCTIONS (DOCUMENT 3095 – 3096)**

I, Jack W. London, declare and state as follows:

1. I am Jack W. London, with the law firm of Jack W. London and Associates P.C., counsel for Plaintiff Irene Barlow. I make this declaration based on my own personal knowledge and information.

2. Attached hereto as Exhibit A is a true and correct copy of Orders and Transcripts admitting criminal plea and Dr. Glanzman's testimony in evidence in the Track One cases. Counsel has placed arrows on certain pages for the convenience of the Court and opposing counsel.

3. Attached hereto as Exhibit B is a true and correct copy of an Order by Judge Saris dated November 18, 2009 (Document 2175).

4. Attached hereto as Exhibit C is a true and correct copy of [FILED UNDER SEAL PER DEFENSE CLAIM THAT THE DOCUMENT IS CONFIDENTIAL].

5. Attached hereto as Exhibit D is a true and correct copy of [FILED UNDER SEAL PURSUANT TO DISTRICT OF MASSACHUSETTS RULE 5.3] Counsel has placed arrows on certain pages for the convenience of the court and opposing counsel.

6. Attached hereto do as Exhibit E is a true and correct copy of an email written by Pande, et al. Counsel has placed arrows on certain pages for the convenience of the court and opposing counsel.

7. Attached hereto as Exhibit F is a true and correct copy of a letter written by Pande to Donner. Counsel has placed arrows on certain pages for the convenience of the court and opposing counsel.

8. Attached hereto as Exhibit G is a true and correct copy of promotions and sales representative contacts made by defendants to Dr. Flowers. Counsel has placed arrows on certain pages for the convenience of the court and opposing counsel.

9. Attached hereto as Exhibit H is a true and correct copy of a Texas Medical Association internet publication regarding medical malpractice and trial lawyers in Texas.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts, "Transcript: Final Pretrial Conference, *Bulger v. Pfizer*", pp's. 15, 41.

11. Attached hereto as Exhibit J is a true and correct copy of a letter written by Carl Pierce to Ken Ferguson.

12. Attached here to as Exhibit K is a true and correct copy of excerpts from the deposition given by Dr. Flowers.

Respectfully submitted,

LAW OFFICES OF JACK W LONDON
3701 Bee Cave Rd., Suite 200
Austin, TX 78746
512-478-5858 (telephone)
512-479-5934 (facsimile)

By: _____
Jack W. London
State Bar No. 12512500

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served as required by Case Management Order Number 3 on October 22, 2010.
Dated: October 22, 2010

LAW OFFICES OF JACK W LONDON
3701 Bee Cave Rd., Suite 20
Austin, TX 78746
512-478-5858 (telephone)
512-479-5934 (facsimile)

By: _____
Jack W. London, Esq.