# Exhibit C

**FILED UNDER SEAL PER DEFENSE CLAIM THAT THE DOCUMENT IS CONFIDENTIAL**