# Exhibit D

FILED UNDER SEAL PURSUANT TO DISTRICT
OF MASSACHUSETTS RULE 5.3