# Exhibit E

| From: | Pande, Atul [atul_pande@groton.pfizer.com] |
|---|---|
| Sent: | Thursday, September 13, 2001 1:33 PM |
| To: | Knapp, Lloyd |
| Subject: | RE: GBP IN BIPOLAR DISORDER |



I think we are whistling in the wind to think that we can easily get an indication in bipolar disorder. The disease is complicated, the studies are difficult and prolonged, and gabapentin has a weak, if any, anti-manic effect. All approved drugs have used short-term treatment of acute mania to gain registration because that is the design with the greatest power to discriminate drug from placebo. Unfortunately, gabapentin (and pregabalin) have shown negligible evidence of anti-manic effect. There is pretty good consensus among experts in the area that gabapentin is not a good anti-manic treatment. Almost all the published reports of "good" effect concern adjunctive use in patients receiving multiple medications. That is exactly the situation in which it is very difficult to separate the effect of active drug from placebo.

I would love to be proven wrong, but I am not optimistic in this area.



acp

-----Original Message-----
| From: | Knapp, Lloyd [mailto:Lloyd.Knapp@pfizer.com] |
|---|---|
| Sent: | Thursday, September 13, 2001 9:04 AM |
| To: | Pande, Atul |
| Subject: | FW: GBP IN BIPOLAR DISORDER |

Thoughts on the bipolar results?
Lloyd

-----Original Message-----
| From: | Crespo, Angela |
|---|---|
| Sent: | Wednesday, September 12, 2001 6:01 PM |
| To: | Garcia, Marino |
| Cc: | Tiva, Leslie; Knapp, Lloyd; Fannon, Alison; Glanzman, Robert; Mutisya, Elizabeth; Pomerantz, Steve |
| Subject: | GBP IN BIPOLAR DISORDER |

All,

Following some e-mails Marino sent about gabapentin in bipolar disorder, I was reviewing all literature MAC sent us regarding the use of our product on that condition.

A part from case reports and small references, we can find more than 20 good papers (pilot trials, open label studies with more than 25 patients included) showing the benefit to use the product for this disease.

There is also an open-label trial (Erfurth) in acute mania and a couple more on the same disease comparing GBP with VPA.

I know the best clinical trial we have is negative (A.Pande) but I wonder if we can do something more. I am aware that it is difficult to have good results on that kind of studies and if I am not wrong there were some concerns about design,etc on the Pande one.

I also know the duration of those clinical trials is long.

There is a clinical trial conducted in Major Markets (921-291, double-blind, randomized, placebo controlled) that was being performed in Italy and Spain (both are the countries with the most experience with NTN in psychiatry). After the merger, Italy decided to cancel the recruitment so

1



Pfizer_LKnapp_0022176

Spain is doing it alone. They have now 35 patients but they must achieved 80. There are two options: extend it to other Major Markets (Germany was interested) or/and and try to help Spain with money to push the recruitment (about 67.500 Euros).

Let me know what do you think about it. If the study is positive perhaps we can explore a plan to have the indication in next future.

Angela Crespo
Senior Marketing Manager
Neurontin, Major Markets
Pfizer Pharmaceutical Group
Tel. 34 93 4799602
Cell 34 670921205

2

Pfizer_LKnapp_0022177