# Exhibit F









**PARKE-DAVIS**

July 28, 1998

David L. Dunner, M.D.
Outpatient Psychiatry
University of Washington
Medical Center
4225 Roosevelt Way NE
Suite 306
Seattle, WA 98105

Dear Dr. Dunner: David

I am writing to inform you of the results of the study of gabapentin in Bipolar Disorder (Protocol 945-209) in which your site participated.

The intent-to-treat population for this study consisted of 117 patients randomized, of whom 114 had a post-randomization observation on either placebo (n = 59) or gabapentin (n = 55). The efficacy measures included the Young Mania Rating Scale, the Hamilton Depression Rating Scale and the Internal States Scale. Table 1 shows the baseline to endpoint changes by treatment in the YMRS and HAM-D. Neither scale favored gabapentin. To the contrary, placebo patients showed a greater decrease in the total YMRS score than the gabapentin patients.

Table 1:

| YMRS | Gabapentin | Placebo |
|---|---|---|
| Baseline | 13.8 | 18.4 |
| Endpoint | 13.0 | 9.4 |
| Change | -.8 | -8.9* |

| HAM-D | | |
|---|---|---|
| Baseline | 13.7 | 13.5 |
| Endpoint | 13.9 | 12.0 |
| Change | -0.1 | -1.5 |

*p < .05

-2-

Since this was an add-on study, we examined the changes made to the background treatments (lithium, valproate or the combination). During the placebo lead-in period, more patients in the placebo group (20%) than the gabapentin group (7%) had their lithium dose adjusted (p<.01). Of the 12 placebo patients whose lithium dose changed, 9 had an increase in dose and 3 had decreases. Eleven of the 12 patients had a YMRS decrease (mean 9.5 points). Only one patient worsened on the YMRS.

When all patients who had a change in lithium doses (n = 16) are removed from the efficacy analysis, the YMRS treatment difference still favors placebo but is no longer statistically significant. This suggests that the patients whose lithium dose was adjusted during the baseline period have a disproportionately large influence on the overall results.

Another potential confound may have been treatment non-compliance. Several patients in the gabapentin group had plasma drug levels below the limit of detection, suggesting some of them may not have taken the drug as prescribed.

Given that gabapentin is being used by many clinicians with apparent success, it seems likely the results of study 945-209 are not entirely reliable. While it cannot be asserted that gabapentin is effective in bipolar disorder, the results of this study also do not permit the conclusion that it is not. There was no evidence of patients on gabapentin showing a worsening of symptoms either.

If you wish to see additional data from this study, please send me your request. In the coming weeks we will be giving thought to the possibility of publishing these data in the context of a paper on the methodology of add-on trials for Bipolar Disorders. Clearly there are lessons to be learned from this study and these may be worth sharing with the research community.

Sincerely,

Atul C. Pande, M.D.
Sr. Director
CNS Clinical Research

ACP/dma