# Exhibit G

**Call Date:** 1/6/2000  **Call ID:** 99699287G

| Name: | Larry | | Flowers | | | |
|---|---|---|---|---|---|---|
| | 110 Cypress Stallion Dr., Suite 113 | | | | | |
| | Houston | | | | TX | 77090 |

| | | | | |
|---|---|---|---|---|
| AMA Specialty: | | Major Specialty: | PSY | |
| PFIZER ID: | 2193187 | PRESCRIBER ID: | 32427071 | |

**REP NAME:** N/A
**REP TYPE CODE:**
**TERRITORY:** PD              **REGION CODE**
**TERRITORY CODE (5** PD        **REGION:**
**TERRITORY CODE (8)**          **DISTRICT CODE**
**CLUSTER CODE:**               **DISTRICT:**
**CLUSTER:**                    **DIVISION CODE:**
**CALL_TYPE:** Detail Only      **DIVISION:**

**CALL NOTES**

Gave Crested Butte Ski Information.

**AE NOTES:**

**MI NOTES:**

| Call Date: 9/3/1999 | | Call ID: | 919574151 |

| Name: | Larry | Flowers | | |
| --- | --- | --- | --- | --- |
| | 110 Cypress Station Dr., Suite 113 | | | |
| | Houston | | TX | 77090 |

| AMA Specialty: | | Major Specialty: | PSY |
| --- | --- | --- | --- |
| PFIZER ID: | 2193187 | PRESCRIBER ID: | 32427071 |

| REP NAME: | N/A | | |
| --- | --- | --- | --- |
| REP TYPE CODE: | | REGION CODE | |
| TERRITORY: | PD | REGION: | |
| TERRITORY CODE (5 | PD | DISTRICT CODE | |
| TERRITORY CODE (8) | | DISTRICT: | |
| CLUSTER CODE: | | DIVISION CODE: | |
| CLUSTER: | | DIVISION: | |
| CALL_TYPE: | Detail and Starter | | |

Starter Details:

| Code: 7709 | Formulation: Neurontin 100mg x 10 x 5 x 60(Uni-Dose) | Quantity: 8 |
| --- | --- | --- |
| Code: 7710 | Formulation: Neurontin 300mg x 3 x 6 x 12 | Quantity: 10 |

**CALL NOTES**

Set up Dinner for Sept 17th. Gave SP Art to Linda.

AE NOTES:

MI NOTES:

CONFIDENTIAL

Pfizer_MDL_Barlow_0000113

| Call Date: | 01/10/2000 | | Call ID: | | 94747359 |
|---|---|---|---|---|---|

| Name: | Larry | Flowers | | |
|---|---|---|---|---|
| | 110 Cypress Station Dr., Suite 119 | | | |
| | Houston | | TX | 77090 |

| AMA Specialty: | | Major Specialty: | PSY |
|---|---|---|---|
| PFIZER ID: | 2193187 | PRESCRIBER ID: | 32427071 |

| REP NAME: | N/A | | |
|---|---|---|---|
| REP TYPE CODE: | | REGION CODE | |
| TERRITORY: | PD | REGION: | |
| TERRITORY CODE (5 | PD | DISTRICT CODE | |
| TERRITORY CODE (8) | | DISTRICT: | |
| CLUSTER CODE: | | DIVISION CODE: | |
| CLUSTER: | | DIVISION: | |
| CALL_TYPE: | Detail Only | | |

**CALL NOTES**

Will commit to doing Preceptorship.

AE NOTES:

MI NOTES:

CONFIDENTIAL

Pfizer_MDL_Barlow_0000130

Flowers, Larry -- CMMS

| # | A<br>ICC_KEY | B<br>ICC_INT_KEY | C<br>CST_SHIPTOKEY | D<br>CST_DSO_RECORDSOURCE | E<br>CST_CUSTOMERXREFNO | F<br>CST_CNT_TITLE | G<br>CST_CNP_PREFIX | H<br>CST_CUSTNAME1 | I<br>CST_CUSTNAME2 | J<br>CAD_STATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 243601178 | 21202577 | 1000471875 | 25 | 1000471875 | | 0 | FLOWERS | LARRY | TX |
| 3 | 243601014 | 19920326 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 4 | 243601230 | 21485469 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 5 | 243601178 | 21202577 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 6 | 243601328 | 22269876 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 7 | 243602396 | 28156569 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 8 | 243602150 | 27308591 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 9 | 243602122 | 26969557 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 10 | 243602030 | 26351825 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 11 | 243602030 | 26351825 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 12 | 243601934 | 25572882 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 13 | 243601934 | 25572882 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 14 | 243600355 | 15768896 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 15 | 243601501 | 24194024 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 16 | 243601465 | 23963453 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 17 | 243601328 | 22269876 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 18 | 243600489 | 16221191 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 19 | 243600476 | 16048542 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 20 | 243602414 | 28351152 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 21 | 243600476 | 16048542 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 22 | 243600489 | 16221191 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 23 | 243600355 | 15768896 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 24 | 243600355 | 15768896 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 25 | 243600476 | 16048542 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 26 | 243603426 | 35719735 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 27 | 243602522 | 29196058 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 28 | 243603680 | 36750031 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 29 | 243603680 | 36750031 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 30 | 243603680 | 36750031 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 31 | 243603591 | 36342421 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 32 | 243603577 | 36342367 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 33 | 243600489 | 16221191 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 34 | 243603560 | 36342351 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 35 | 243603426 | 35719785 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 36 | 243603426 | 35719785 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 37 | 1002481352 | 301863957 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 38 | 243602675 | 301863957 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 39 | 243602522 | 29196058 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 40 | 243602614 | 30185708 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 41 | 243602614 | 30185708 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 42 | 243603426 | 35719735 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 43 | 243602614 | 30185708 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 44 | 243603027 | 32431612 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 45 | 243602789 | 30837556 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 46 | 243602836 | 31073589 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 47 | 243602836 | 31073589 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 48 | 243602836 | 31073589 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 49 | 243603027 | 32431612 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |
| 50 | 243602614 | 30185708 | 1000471875 | 25 | 1000471875 | 1 | 0 | FLOWERS | LARRY | TX |

CONFIDENTIAL

Pfizer_MDL_Barlow_0000091

Flowers, Larry - CIAMS

| | BN INT_DESCRIPTION | BO INT_TOTALSTAFFSEEN | BP INT_COST | BQ INT_INTERVENTIONDATE | BR INT_STARTDATE | BS INT_CHANGEDATE | BT INT_ENDDATE | BU INT_TYPE | BV INT_DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | 0 | 0 | 08/03/1999 | 08/03/1999 | 08/09/1999 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 3 | | 0 | 0 | 07/07/1999 | 07/16/1999 | 07/16/1999 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 4 | | 0 | 0 | 08/13/1999 | 08/17/1999 | 08/17/1999 | 01/01/2999 | 2 | CALL & PRESENTATION |
| 5 | | 0 | 0 | 08/03/1999 | 08/09/1999 | 08/09/1999 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 6 | | 0 | 0 | 09/03/1999 | 09/05/1999 | 09/05/1999 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 7 | | 0 | 0 | 01/28/2000 | 02/08/2000 | 02/08/2000 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 8 | | 0 | 0 | 01/06/2000 | 01/14/2000 | 01/14/2000 | 01/01/2999 | 2 | CALL & PRESENTATION |
| 9 | | 0 | 0 | 12/21/1999 | 01/03/2000 | 01/03/2000 | 01/01/2999 | 2 | CALL & PRESENTATION |
| 10 | | 0 | 0 | 12/10/1999 | 12/15/1999 | 12/15/1999 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 11 | | 0 | 0 | 12/10/1999 | 12/15/1999 | 12/15/1999 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 12 | | 0 | 0 | 11/19/1999 | 11/28/1999 | 11/28/1999 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 13 | | 0 | 0 | 11/19/1999 | 11/28/1999 | 11/28/1999 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 14 | | 0 | 0 | 03/11/1999 | 03/29/1999 | 03/29/1999 | 01/01/2999 | 3 | CALL & SAMPLE |
| 15 | | 0 | 0 | 10/20/1999 | 10/26/1999 | 10/26/1999 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 16 | | 0 | 0 | 09/24/1999 | 10/22/1999 | 10/21/1999 | 01/01/2999 | 2 | CALL & PRESENTATION |
| 17 | | 0 | 0 | 09/03/1999 | 09/05/1999 | 09/05/1999 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 18 | | 0 | 0 | 04/06/1999 | 04/12/1999 | 04/12/1999 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 19 | | 0 | 0 | 03/19/1999 | 04/06/1999 | 04/06/1999 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 20 | | 0 | 0 | 02/10/2000 | 02/16/2000 | 02/16/2000 | 01/01/2999 | 2 | CALL & PRESENTATION |
| 21 | | 0 | 0 | 03/19/1999 | 04/06/1999 | 04/06/1999 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 22 | | 0 | 0 | 04/05/1999 | 04/12/1999 | 04/12/1999 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 23 | | 0 | 0 | 03/11/1999 | 03/29/1999 | 03/29/1999 | 01/01/2999 | 3 | CALL & SAMPLE |
| 24 | | 0 | 0 | 03/11/1999 | 03/29/1999 | 03/29/1999 | 01/01/2999 | 3 | CALL & SAMPLE |
| 25 | | 0 | 0 | 03/19/1999 | 04/06/1999 | 04/06/1999 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 26 | | 0 | 0 | 08/02/2000 | 08/18/2000 | 08/18/2000 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 27 | | 0 | 0 | 02/29/2000 | 03/08/2000 | 03/08/2000 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 28 | | 0 | 0 | 09/06/2000 | 09/13/2000 | 09/13/2000 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 29 | | 0 | 0 | 09/06/2000 | 09/13/2000 | 09/13/2000 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 30 | | 0 | 0 | 09/06/2000 | 09/13/2000 | 09/13/2000 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 31 | | 0 | 0 | 08/28/2000 | 09/05/2000 | 09/05/2000 | 01/01/2999 | 2 | CALL & PRESENTATION |
| 32 | | 0 | 0 | 08/11/2000 | 09/05/2000 | 09/05/2000 | 01/01/2999 | 2 | CALL & PRESENTATION |
| 33 | | 0 | 0 | 04/05/1999 | 04/12/1999 | 04/12/1999 | 01/01/2999 | 2 | CALL & PRESENTATION |
| 34 | | 0 | 0 | 08/18/2000 | 09/05/2000 | 09/05/2000 | 01/01/2999 | 2 | CALL & PRESENTATION |
| 35 | | 0 | 0 | 08/02/2000 | 08/18/2000 | 08/18/2000 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 36 | | 0 | 0 | 08/02/2000 | 08/18/2000 | 08/18/2000 | 01/01/2999 | 2 | CALL & PRESENTATION |
| 37 | | 0 | 0 | 05/28/1998 | 07/10/1998 | 07/10/1998 | 01/01/2999 | 2 | CALL & PRESENTATION |
| 38 | | 0 | 0 | 03/20/2000 | 03/25/2000 | 03/25/2000 | 01/01/2999 | 2 | CALL & PRESENTATION |
| 39 | | 0 | 0 | 02/28/2000 | 03/08/2000 | 03/08/2000 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 40 | | 0 | 0 | 03/15/2000 | 03/25/2000 | 03/25/2000 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 41 | | 0 | 0 | 03/15/2000 | 03/25/2000 | 03/25/2000 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 42 | | 0 | 0 | 08/02/2000 | 08/18/2000 | 08/18/2000 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 43 | | 0 | 0 | 03/15/2000 | 03/25/2000 | 03/25/2000 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 44 | | 0 | 0 | 05/05/2000 | 05/24/2000 | 05/24/2000 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 45 | | 0 | 0 | 04/04/2000 | 04/13/2000 | 04/13/2000 | 01/01/2999 | 2 | CALL & PRESENTATION |
| 46 | | 0 | 0 | 04/07/2000 | 04/15/2000 | 04/15/2000 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 47 | | 0 | 0 | 04/07/2000 | 04/15/2000 | 04/15/2000 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 48 | | 0 | 0 | 04/07/2000 | 04/15/2000 | 04/15/2000 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 49 | | 0 | 0 | 05/05/2000 | 05/24/2000 | 05/24/2000 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |
| 50 | | 0 | 0 | 03/15/2000 | 03/25/2000 | 03/25/2000 | 01/01/2999 | 4 | CALL, PRESENTATION & SAMPLE |

CONFIDENTIAL

Pfizer_MDL_Barlow_0000098




# New Program!

## Update Your Skills With This COMPLIMENTARY Educational Symposium

**Your Informative Topics**
- New Options in Bipolar Disorders
- Treatment Advances in Social Phobia

*Earn 4 Hours Category 1 Credit at No Charge*

You will become familiar with the neurobiology, prevalence and treatment of social phobia and related conditions and new developments in recognizing and managing bipolar disorders.

*Psychiatric Times cordially invites YOU to attend*

### New Frontiers in Social Phobia and Bipolar Disorders

*Sponsored by CME, Inc.*

**Your Distinguished Faculty* Includes:**

Andrew Cutler, M.D.
Vice President, Psychiatric Institute of Florida
John H. Greist, M.D.
Distinguished Senior Scientist, Dean Foundation for Health, Research and Education
David Katzelnick, M.D.
Distinguished Senior Scientist, Dean Foundation for Health, Research and Education
Philip T. Ninan, M.D.
Associate Professor of Psychiatry, Emory
Mark H. Pollack, M.D.
Associate Professor of Psychiatry, Harvard
Patricia Suppes, M.D., Ph.D.
Assistant Professor of Psychiatry, University of Texas
Alan Swann, M.D.
Professor of Psychiatry, University of Texas Medical School at Houston

*Five faculty members will speak at each meeting. Not all speakers will appear at each meeting.*

**Who Should Attend:** Psychiatrists, primary care physicians, neurologists and clinicians will benefit greatly from these seminars.

## You'll Benefit from These Important and Informative Meetings

- Learn from the leading experts on social phobia and bipolar disorders.
- Convenient weekend schedule enables you to attend this important program without taking time away from your practice.
- Choose your city from meeting sites throughout the country.
- Receive a detailed syllabus complete with key slide reprints.
- Network with colleagues.
- Enjoy a Continental breakfast and coffee/tea break.

*All programs run from 8:30 a.m. to 12:30 p.m.*

### Reserve Your Place Today!
Register early. Reservations will be taken on a first-come, first-served basis only.

### 4 Easy Ways to Register

 **By FAX (24 Hours a Day)**
Complete the coupon at right, then FAX it to: (949) 250-0445.

 **By Mail**
Complete the coupon at right and mail it to: CME, Inc. • Social Phobia, PO Box 51012 • Irvine, CA 92619-7012

 **By Phone**
With your "Priority Code" ready, call (800) 447-4474 or (949) 250-1008 (M-F 7:00 a.m. - 4:00 p.m. Pacific Time). Please ask for Social Phobia.

 **By e-mail**
ap.service@cmeinc.com
Please provide the program title, your name, degree, mailing address, phone number and the city and date you wish to attend. Be sure to include the "Priority Code" located on the registration form.

### Select Your Convenient Location

Cincinnati ............... Saturday, July 11
Hyatt Regency Cincinnati
Dallas ...................... Saturday, July 11
Dallas/Fort Worth Airport Marriott
Houston ................... Saturday, July 18
Houston Marriott West Loop
Los Angeles ............. Saturday, July 18
Sheraton Gateway Hotel
Washington, D.C. ..... Sunday, July 19
Crystal Gateway Marriott
New Orleans ............ Saturday, July 25
New Orleans Marriott
Atlanta ..................... Sunday, July 26
JW Marriott at Lenox
San Francisco .......... Saturday, August 8
San Francisco Airport Marriott
Denver ..................... Saturday, August 15
Denver Marriott City Center
Kansas City, Mo. ...... Saturday, August 16
Kansas City Airport Marriott
Indianapolis ............. Sunday, August 16
Indianapolis Marriott
Baltimore ................. Saturday, August 29
Baltimore Marriott Inner Harbor
New York ................. Sunday, August 30
Crowne Plaza Manhattan
Chicago ................... Saturday, September 12
Schaumburg Marriott
Pittsburgh ................ Saturday, September 12
Westin William Penn
Tampa, Fla. .............. Saturday, September 12
Hyatt Regency Tampa
Miami ...................... Sunday, September 13
Biscayne Bay Marriott Hotel and Marina
Seattle ..................... Sunday, September 13
Renaissance Madison Hotel
St. Louis .................. Saturday, September 26
The Ritz-Carlton, St. Louis
Cleveland ................ Sunday, September 27
Downtown Marriott Key Center
Universal City, Ca. ... Sunday, September 27
Universal City Hilton And Towers

**PARKE-DAVIS** Supported by an *unrestricted* educational grant from Parke-Davis.

---

✈ **Yes! Please register me for "New Frontiers in Social Phobia and Bipolar Disorders".**
I want to attend this complimentary meeting in the city checked below:

☐ Cincinnati ........ Saturday, July 11
☐ Dallas ............. Saturday, July 11
☐ Houston .......... Saturday, July 18
☐ Los Angeles .... Saturday, July 18
☐ Washington, D.C. ... Sunday, July 19
☐ New Orleans ... Saturday, July 25
☐ Atlanta ............ Sunday, July 26
☐ San Francisco .. Saturday, August 8
☐ Denver ............ Saturday, August 15
☐ Kansas City, Mo. ... Saturday, August 16
☐ Indianapolis .... Sunday, August 16
☐ Baltimore ........ Saturday, August 29
☐ New York ........ Sunday, August 30
☐ Chicago .......... Saturday, September 12
☐ Pittsburgh ....... Saturday, September 12
☐ Miami .............. Sunday, September 13
☐ Seattle ............ Sunday, September 13
☐ St. Louis ......... Saturday, September 26
☐ Cleveland ....... Sunday, September 27
☐ Universal City, Ca. ... Sunday, September 27

Specialty: ☐ M.D. ☐ Psychiatry ☐ Nurse ☐ Child Psychiatry ☐ Nurse Practitioner ☐ Other _____

Primary Activity: ☐ Educator ☐ Hospital-Based ☐ Private Practice ☐ Other _____

Name _____ Degree(s) _____
Street Address _____
City _____ State _____ Zip _____
Phone (___) _____ FAX (___) _____ e-mail _____

Please describe a clinical concern you would like to see addressed at this program.

Priority Code: **P098JUN**

CME, Inc. strives to provide events in a place and manner accessible to persons with disabilities. If you require special accommodations due to a disability, please call us at (800) 447-4174 or (949) 250-1008.

Psychiatric Times  **CME**

CME/NEU 01416



Case 1:04-cv-10981-PBS Document 3104-7 Filed 10/22/10 Page 7 of 7
CME 0664