# Exhibit J




**WRIGHT & GREENHILL, P.C.**
ATTORNEYS AT LAW

221 WEST 6TH STREET, SUITE 1800
AUSTIN, TEXAS 78701-3495
P.O. BOX 2166 • 78768

CARL PIERCE
BOARD CERTIFIED
PERSONAL INJURY TRIAL LAW

TELEPHONE 512/476-4600
FACSIMILE 512/476-5382
DIRECT DIAL 512/708-5227

INTERNET CPIERCE@W-G.COM

April 27, 2005

*VIA FACSIMILE*
Mr. Ken Ferguson
Clark, Thomas & Winters
300 W. 6th Street, 15th Floor
Austin, TX 78701

Re: Civil Action No. A-05-175-SS
*Irene Barlow vs. Pfizer, Inc., et al*

Dear Mr. Ferguson

Please find enclosed the medical authorization.

Per our agreement, you will provide this authorization to a records service to obtain the records you seek on Irene Barlow. However, the original and all copies of the records will first be delivered to me and I will review them for irrelevant and privileged material. I will attempt to conduct the review within ten (10) business days of receipt. If I should remove or redact any records, I will provide you a privilege log alerting you to that fact with a general description of what was deleted and why.

To confirm I have accurately stated our agreement, please sign a copy of this letter where indicated below and return it to me.

If you have any questions, please do not hesitate to contact me.

Yours very truly,

WRIGHT & GREENHILL, P.C.

By: _____
Carl Pierce

ACP/jcj
Enclosure

AGREED:

_____
Ken Ferguson

Mr. Ken Ferguson 
April 27, 2005
Page 2



cc: Jack London