UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
: MDL Docket No. 1629
In re:  NEURONTIN MARKETING, :
        SALES PRACTICES AND : Master File No. 04-10981
        PRODUCTS LIABILITY LITIGATION :
: Judge Patti B. Saris
------------------------------------------------------------x
: Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO: :
:
*Barlow v. Pfizer Inc., et al.* :
*Case No. 1:05-cv-11501-PBS* :
:
------------------------------------------------------------x

**DECLARATION OF ANDREW G. FINKELSTEIN, ESQ.,
IN OPPOSITION TO DEFENDANTS' EMERGENCY MOTION
FOR AN ORDER PROHIBITING IMPROPER TACTICS DURING
<u>FACT WITNESS DEPOSITIONS AND IMPOSING SANCTIONS</u>**

    I, Andrew G. Finkelstein, declare and state as follows:

    1.    I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the majority of the Products Liability Plaintiffs in this matter, and a member of the Products Liability Plaintiffs' Steering Committee.

    2.    This declaration is submitted in opposition to the emergency motion by Defendants Pfizer Inc. and Warner-Lambert Company LLC for an order prohibiting improper tactics during fact witness depositions and imposing sanctions in the *Barlow* case. D. Mass. Case No. 05-11501.

    3.    The following documents are attached hereto in opposition to Defendants' motion:

Exhibit A - *In re Vioxx*, Memorandum of Decision on Motion, dated Nov. 17, 2004

Exhibit B - Excerpts from deposition transcript of Penny Lawin, M.D.

Exhibit C  -  Excerpts from deposition transcript of Mark Mengel, M.D.

Exhibit D  -  Excerpts from transcript of hearing on Dec. 11, 2006

Exhibit E  -  Pfizer webpage
http://www.pfizer.com/products/hcp/healthcare.jsp

Exhibit F  -  Pfizer webpage
www.pfizer.com/responsibility/working_with_hcp/working_with_hcp_benefits_patients.jsp

Exhibit G  -  Pfizer webpage
www.pfizer.com/research/research_clinical_trials/registration_disclosure_authorship.jsp

Exhibit H  -  Sales representative document

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 22, 2010

    **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Member of Products Liability*
*Plaintiffs' Steering Committee*

### CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system has been served pursuant to Case Management Order No. 3 on October 22, 2010

Dated:  October 22, 2010

    **/s/ Andrew G. Finkelstein**
Andrew G. Finkelstein