EXHIBIT C

**Neurontin Track One (Plaintiff / Prescriber / Expert Depos)**
**Mengel, Mark (Bulger)**
6/5/2008

Printed : 6/11/2008

---

Page 1

```
 1       UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
 2
       In re: Neurontin Marketing,
 3            Sales Practices and Products
              Liability Litigation,
 4
       This Document Relates to:
 5         Products Liability Actions,
 6     BULGER
 7         Plaintiff,
 8     vs.                No. 1:07-CV-11426-PBS
 9     PFIZER, INC.,
10         Defendant.
11     _____
12         VIDEO DEPOSITION OF MARK MENGEL
           TAKEN ON BEHALF OF THE DEFENDANT
13         ON JUNE 5, 2008, BEGINNING AT 1:06 P.M.
           IN LITTLE ROCK, ARKANSAS
14
15
              APPEARANCES:
16
17     By telephone on behalf of the PLAINTIFF
18         Marshall Richer, Attorney at Law
           FINKELSTEIN & PARTNERS
19         80 Wolf Road, Suite 503
           Albany, NY 12205
20         kcasey@lawampmmt.com
21
22
23
24     Videographer: Joey Pianalto
25     REPORTED BY: KERRI PIANALTO, CCR
```

Page 2

```
 1     APPEARANCES CONTINUED
 2
 3     On behalf of the DEFENDANT
 4
 5         Vincent E. Gunter, Attorney at Law
 6         SHOOK, HARDY & BACON
 7         2555 Grand Blvd.
 8         Kansas City, Missouri 64108
 9         vgunter@shb.com
```

Page 3

```
 1                   INDEX
 2     Direct Examination by Mr. Gunter      4
 3     Cross Examination by Mr. Richer      97
 4     Redirect Examination by Mr. Gunter  102
 5     Recross Examination by Mr. Richer   104
 6
 7
 8                  EXHIBITS
 9     1  Susan Bulger Medical Records      52
10     2  Susan Bulger Medical Records   Not Introduced
11     3  Dr. Mark Mengel's CV              6
12
13
14              STIPULATIONS
15         It is stipulated that the deposition of MARK MENGEL
16     may be taken pursuant to agreement and in accordance with the
17     Federal Rules of Civil Procedure on June 5, 2008, before Kerri
18     Pianalto, CCR.
```

Page 4

     THE VIDEOGRAPHER: This is the videotaped deposition
of Dr. Mark Mengel taken on behalf of the defendant in the
matter of Neurontin Marketing & Sales Practices versus Pfizer.
We're on the record at 1:06 p.m.
     Will counsel please state their appearances for the
record.
     MR. GUNTER: Vincent Gunter, Shook, Hardy & Bacon
for Pfizer, Defendants.
     MR. RICHER: Marshall Richer, Finkelstein & Partners
for Ron Bulger and Ron Bulger's daughter.
     THE VIDEOGRAPHER: The court reporter will now swear
the witness.
     WHEREUPON,
          MARK MENGEL,
after having been first duly sworn, deposes and says in reply to
the questions propounded as follows, to-wit:
          DIRECT EXAMINATION
BY MR. GUNTER:
     Q   Hello, Doctor.
     A   Hello.
     Q   I am Vince Gunter. I represent Pfizer, Defendants,
and we're here in the matter of Ron Bulger versus Pfizer. First
of all, have we ever met before today?
     A   No.
     Q   Okay. And just the record, if you could state your

**Page 33**

1  A  Yes.
2  Q  In fact, water if it's taken in the wrong form or
3  wrong dosage can also have some risk?
4  A  It can.
5  Q  And those risks of prescription medications can be
6  quite serious; is that correct?
7  A  Yes.
8  Q  And it can be up to and including death?
9  A  It can be.
10 Q  And would this also be true for some of the
11 medications you prescribed to Ms. Bulger?
12 A  Yes.
13 Q  Is it fair to say that not every symptom or
14 complaint that a patient experiences while taking the drug is
15 necessarily caused by that drug?
16 A  That's a fair statement.
17 Q  For instance, if a patient takes -- we'll use the
18 drug you mentioned, aspirin, and that patient hours later
19 commits suicide, we would not necessarily attribute causation to
20 the aspirin?
21 A  That's correct.
22 Q  And the same thing as if a patient committed suicide
23 shortly after taking a prescription drug, you would not
24 necessarily attribute causation to the prescription drug?
25 A  That's correct.

**Page 34**

1  Q  If you wanted to know whether a drug did cause a
2  particular event, what type of data or evidence would you want
3  to look at?
4  A  Well, you'd like to look at the clinical trial data
5  and see what the rate of side effects was in the group that got
6  the medicine versus the group that got a placebo or maybe a
7  standard treatment.
8  Q  So you would want to look at what's called placebo
9  trial data?
10 A  Yes, that would be ideal.
11 Q  Are you familiar with what's called case reports,
12 anecdotal case reports?
13 A  Yes.
14 Q  What is an anecdotal case report?
15 A  It's usually where a physician or a provider
16 discovers some effect, new effect of a drug or a side effect of
17 a drug or a procedure and they think that they're temporally
18 related in some way so they produce a report sort of alerting
19 the rest of us about this potential new effect or side effect.
20 Q  Are you aware of any limitations with relying on
21 anecdotal case reports?
22 A  Yeah. It's oftentimes very difficult to ascribe
23 causality to, you know, a new drug or a drug or an effect or a
24 side effect because it's just one person. There are a lot of
25 other things that can cause those effects or side effects.

**Page 35**

1  Q  Doctor, have you during your years of experience had
2  the opportunity to prescribe medications for off-label uses?
3  A  Yes.
4  Q  And when I say off-label uses, I'm talking about
5  uses for approved drugs by the FDA but for uses that have not
6  been approved by the FDA?
7  A  That's correct.
8  Q  Okay. So that was a bad question I asked. Let me
9  ask it this way. When I say off-label use, we're also talking
10 about an unapproved use?
11 A  That's correct.
12 Q  Okay. Would you agree that it can be a proper
13 exercise of a doctor's professional judgment to prescribe a drug
14 off-label to a particular patient?
15 A  Yes.
16 Q  Now, is it fair to say that the prescribing of
17 medications for off-label uses is quite common in the United
18 States?
19 A  Yes.
20 Q  And are you aware the FDA has stated that off-label
21 prescribing can be appropriate in some cases?
22    MR. RICHER: Objection.
23 A  Yes.
24 Q  (BY MR. GUNTER) Do you agree with that statement?
25 A  I do.

**Page 36**

1  Q  Would you say that off-label prescription drugs is a
2  necessary aspect of medical practice?
3  A  Yes.
4  Q  And why is that?
5  A  Well, when a drug comes out under an approved
6  indication, oftentimes other positive effects are found. As I
7  understand it, although I haven't been involved in it, it's a
8  pretty tough process to get a drug approved by the FDA and
9  oftentimes companies don't have the money to study every
10 condition or indication for that particular drug so other people
11 tend to study it and do the randomized control trials. For
12 whatever reason, the drug company doesn't submit those to the
13 FDA, probably because they're not done according to whatever
14 protocols the FDA has, but to the rest of us that provides good
15 information. For a lot of these difficult to treat conditions,
16 we need those options.
17 Q  And, Doctor, you made a point that it's a tough
18 process to get drugs approved by the FDA. What is your
19 understanding of the years it will take to study a drug and to
20 obtain sufficient efficacy of safety data to obtain approval
21 from the FDA?
22    MR. RICHER: Objection.
23 A  Well, it can take many, many years because there's a
24 sort of a set process where you have to study the drug sort of
25 in animals first and then in humans to make sure it's safe and

**Page 41**

1  some of the other treatments for manic depression, like lithium.
2      MR. GUNTER: Marshall, I'm going to try to re-ask
3  this one more time.
4      A   Right.
5      Q   (BY MR. GUNTER) Let me see if I can get it -- not
6  get an objection.
7      Doctor, do you believe that there are some benefits
8  of Neurontin?
9      A   Yes.
10     Q   What are some of the benefits of Neurontin?
11     A   Well, treatment of chronic pain, obviously, mood
12 stabilizing if a patient has bipolar illness. It's an
13 antiepileptic so it controls certain seizure disorders.
14     Q   What about with respect to Neurontin's interactions
15 or non-interactions with other medications?
16     A   Well, again, this is my experience is that it seems
17 to have less in the way of interactions with other medications.
18     Q   What about with respect to how the body metabolizes
19 or doesn't metabolize Neurontin?
20     MR. RICHER: Objection.
21     A   I am not really aware of that to tell you the truth,
22 so I shouldn't probably answer that one.
23     Q   (BY MR. GUNTER) So the fact is that when
24 prescribing Neurontin for a particular condition, you believe
25 that in the exercise of your medical judgment Neurontin was the

**Page 42**

1  appropriate treatment?
2      A   Yes.
3      Q   Doctor, now, earlier we talked about some of the
4  patients you treated and that included patients with bipolar
5  disorder. Is this also called manic depressive disorder?
6      A   Yes.
7      Q   Can you briefly describe this illness for us?
8      A   Well, it's a mental illness in which the patients
9  have alternating cycles of being very depressed and then get
10 either what's called hypomanic or manic. Depression is sort of
11 manifested by low energy levels, sadness, a lot of pleasurable
12 activities the patient engaged in aren't pleasurable any more to
13 them and there's a higher risk of suicide. Manic is patients
14 tend to get very grandiose ideas about what they should do or
15 can do. Their energy level is extremely high so they take on
16 really too much work, more than they can really do. They don't
17 really finish anything well. They make people very angry and
18 upset. They tend to be very irritable. They tend to get into
19 financial trouble because they buy a lot of things and spend too
20 much money. And there is a risk of psychosis with that. They
21 can go crazy.
22     Q   Now, you said there's an increased risk for suicide
23 in patients with bipolar disorder. Is this also the case when
24 the patients are in the manic state and not just the depressive
25 state?

**Page 43**

1      A   It can be.
2      Q   Can bipolar disorder have a serious impact on their
3  enjoyment of life?
4      A   Oh, yes.
5      Q   Would you agree that it can be debilitating?
6      A   Yes.
7      Q   And it can affect their relationships with others?
8      A   Yes.
9      Q   How have you typically treated patients who had
10 bipolar disorder?
11     A   Well, the first thing you try and do is verify the
12 diagnosis and I do often rely on psychiatric help for that. If
13 the patient won't go to see a psychiatrist, I'll often make the
14 diagnosis myself. And the first key step is to stabilize their
15 mood, this cycling between depression and mania, and for that
16 you would put them on a mood-stabilizing agent.
17     Q   And you testified to this earlier, but some of those
18 would include lithium?
19     A   Yes.
20     Q   And Depakote?
21     A   Yes.
22     Q   Tegretol?
23     A   Yes.
24     Q   Neurontin?
25     A   Neurontin, too.

**Page 44**

1      MR. RICHER: Objection.
2      Q   (BY MR. GUNTER) Any others?
3      A   Yeah, there are. Lamictal is another one that's an
4  anti-seizure medicine that's used sometimes.
5      Q   Are there significant potential adverse reactions
6  that patients may have to lithium?
7      A   Yes.
8      Q   What are some of those?
9      A   Well, it can cause kidney failure is the most
10 serious one that none of us really want to see happen, so we
11 really have to be very careful in monitoring for that.
12     Q   What about Depakote?
13     A   Depakote can cause problems with production of blood
14 cells and, you know, just like any medicines, people can be
15 intolerant to it. It can make you feel drowsy or dizzy or ill.
16     Q   Doctor, were you aware that lithium has a boxed
17 warning for something known as lithium toxicity?
18     A   Yes.
19     Q   What is that?
20     A   That's where people take too much, or I won't say
21 take too much, but their level goes too high. Again, this sort
22 of therapeutic window you have with lithium is very narrow so
23 that if you just increase the dose a little you can drive the
24 blood level of lithium very high and then people get toxic with
25 it.

**Page 45**

1  Q   Now, with respect to Depakote, you're aware that
2  Depakote has a box warning for, forgive me if I mispronounce
3  this, hepatotoxicity?
4  A   Yes. It's kidney — liver problems, excuse me.
5  Q   Does Neurontin carry the same risk as Depakote with
6  respect to liver problems?
7  A   No, I don't believe so.
8  Q   And does Neurontin carry the same problems with
9  lithium with respect to toxicity?
10  A   No, it doesn't.
11      MR. RICHER: Objection.
12  Q   (BY MR. GUNTER) Okay. Does Neurontin have the sa
13  effects as lithium on toxicity levels?
14  A   No, no.
15  Q   Are there a significant number of bipolar patients
16  who do not respond to lithium?
17  A   Yes.
18  Q   Do you — strike that.
19      Now, let's talk about anxiety disorders. Have you
20  occasionally or during your practice treated patients who had
21  anxiety disorders?
22  A   Yes.
23  Q   And roughly what is an anxiety disorder?
24  A   It's a mental illness where people get extremely
25  anxious about certain circumstances in their life or, for

**Page 46**

1  example, some people have phobias against certain things or the
2  can just be anxious, it's generalized anxiety disorder and not
3  exactly have a clear reason for it. But anxiety is a sort of a
4  physiologic state in a person's body where their heart beats
5  fast, they sweat, they feel nervous and fearful, so this is a
6  kind of a condition that is a constant in these people's lives.
7  Q   And can this affect their enjoyment of life?
8  A   Yes.
9  Q   And can this be debilitating?
10  A   Yes.
11  Q   Can anxiety disorders affect a person's work life?
12  A   Surely.
13  Q   And can it affect their family life?
14  A   Yes.
15  Q   In treating anxiety disorders, do you also use talk
16  therapy as well?
17  A   Yes.
18  Q   And do you also sometimes use medications?
19  A   Yes.
20  Q   What are some of the medications that you have found
21  beneficial in treating anxiety disorders?
22  A   BuSpar is one and the benzodiazepines, the Ativans
23  and the Xanaxes, the shorter acting ones seem to be very
24  effective.
25  Q   And I apologize, I think we covered this earlier.

**Page 47**

1  A   That's okay.
2  Q   Now, let's talk about the treating of patients who
3  just have depression.
4  A   Uh-huh.
5  Q   What type of medications have you found successful
6  or beneficial in treating depression?
7  A   Well, there's a lot of different classes of
8  antidepressants out there. Most of us use the selective
9  serotonin reuptake inhibitors as first line agents, which are
10  the Prozacs and the Zolofts, so that tends to what I — that
11  tends to be what I do first.
12  Q   In patients with depression?
13  A   Yes.
14  Q   Are they at an increased risk for suicide?
15  A   Yes.
16  Q   And, Doctor, earlier we talked about neuropathic
17  pain and chronic pain and I believe some of the medications you
18  have found beneficial were antiepileptic medications?
19  A   Correct.
20  Q   And would that include Neurontin?
21  A   Yes.
22  Q   And have you found Neurontin to be effective in the
23  treatment of neuropathic pain?
24  A   I have.
25      MR. RICHER: Objection.

**Page 48**

1  Q   (BY MR. GUNTER) What has been your experience in
2  using Neurontin to treat patients with neuropathic pain?
3  A   Well, I have used it for diabetic neuropathic pain,
4  postherpetic neuropathic pain and just general chronic pain in
5  general. And I've had a fairly good experience with it. I
6  think it's helped. It doesn't totally alleviate the pain,
7  obviously, but it does work.
8  Q   Doctor, patients with anxiety, would they be at an
9  increased risk for suicide?
10  A   Not to my knowledge. There may be, I don't know,
11  but I don't think with anxiety, per se, that there is.
12  Q   Doctor, how do you assess whether or not a patient
13  is potentially a suicide risk?
14  A   Well, you ask them if they plan to kill themselves.
15  Generally, the more specific the person's plan, the greater at
16  risk they are for suicide. Generally, if a patient comes in and
17  has a fairly clear plan, you tend to hospitalize them.
18  Q   Would you agree that addressing whether a patient is
19  potentially at risk for suicide is a complicated medical issue?
20  A   Yes.
21  Q   Are there in your experience any psychiatric
22  illnesses or conditions that put patients most at risk for
23  suicide?
24      MR. RICHER: Objection.
25  A   Depression and manic depression.

**97**

1  MR. GUNTER: Okay. Doctor, that's all I have for
2  now. So what I'll do is cede my time to Mr. Richer. He'll have
3  an opportunity to ask you some questions.
4  THE WITNESS: Okay.
5  CROSS EXAMINATION
6  BY MR. RICHER:
7  Q  Thank you, Doctor. Doctor, my name is Marshall
8  Richer. I am one of the attorneys here at Finkelstein &
9  Partners and I represent Ron Bulger and his daughter related to
10  the death of his wife, your former patient --
11  A  Okay.
12  Q  -- Susan Bulger. And I would ask because I am
13  participating in this deposition by telephone that you please
14  let us know if you can't hear my question; is that okay?
15  A  That's fine with me.
16  Q  Doctor, can you clarify for me what your current job
17  is?
18  A  Sure. I manage an area health education center
19  network for the University of Arkansas for Medical Sciences.
20  That's a network where we train healthcare professionals in the
21  community outside of the medical center campus, so we would
22  train family medicine residents, nurses, pharmacists and certain
23  allied healthcare professionals in these eight centers
24  throughout the state.
25  Q  I believe you testified that back when you worked at

**98**

1  the Danvers practice part of your job was medical precepting?
2  A  That's correct.
3  Q  And would that be -- is medical precepting something
4  that's included within the general area of medical education?
5  A  Yes, it is.
6  Q  And as you're describing the job that you have now,
7  that sounds like a job that is also within the field of medical
8  education?
9  A  That's correct.
10  Q  As part of the job that you presently hold, do you
11  treat patients yourself?
12  A  Not at this time.
13  Q  How long have you had the position that you're in
14  now?
15  A  Since January 1, 2008.
16  Q  And when -- can you clarify for me when it was you
17  last did treat patients?
18  A  The last time I treated patients was in November of
19  2007 before I left my last job.
20  Q  Doctor, there is -- based upon your testimony, it
21  appears that there is a period of time in between April --
22  approximately April 3rd of 1995 and August 2nd of 1999 when
23  Susan Bulger was no longer under your care; is that correct?
24  A  That is correct.
25  Q  During that period of time -- strike that.

**99**

1  Do you have any direct personal knowledge as to
2  Susan Bulger's medical condition during that period of time, the
3  period of time between April 3rd of 1995 and August 2nd of 1999
4  A  I do not.
5  Q  Also based upon your testimony, it appears that the
6  last time you treated Susan Bulger was approximately June 26th
7  of the year 2000; is that correct?
8  A  Yes, that's correct.
9  Q  And when I say treated, there is a note located on
10  Exhibit 1, the page ending 00149 that's co-signed by you. It
11  appears to be a note that is primarily or actually solely a
12  recitation of pain medications that Susan Bulger had been
13  receiving at that time, but you did co-sign it and that -- when
14  I say treated, that's what I'm referring to.
15  A  Yes, you are correct.
16  Q  To your knowledge, did you ever render any medical
17  care or treatment to Susan Bulger at any point after June 26th
18  of 2000?
19  A  Not to my knowledge, no.
20  Q  Do you have any personal direct knowledge of Susan
21  Bulger's medical condition at any point after June 26th of 2000?
22  A  No, I don't.
23  Q  You left the state of Massachusetts fairly shortly
24  after that June 26th of 2000 treatment date, correct?
25  A  Yes.

**100**

1  Q  To your knowledge, did you ever have any
2  communications or contact of any kind with Susan Bulger at any
3  point after June 26th of 2000?
4  A  No.
5  Q  Did you ever prescribe the medication Neurontin or
6  it's generic form gabapentin to Susan Bulger?
7  A  I did not.
8  Q  Doctor, you were asked some questions about various
9  risk factors for some medications. Are you aware of an
10  information alert letter issued to healthcare professionals by
11  the U.S. Food and Drug Administration on January 31st of 2008
12  regarding suicidality and antiepileptic drugs?
13  A  I am.
14  Q  And how was it you became aware of that alert?
15  A  It was -- I think I discovered it in the newspaper,
16  one of these like the AMA news. I don't have a specific
17  recollection, but I think that's how I learned about it.
18  Q  Did you ever obtain or in some way review the actual
19  alert letter by the Food and Drug Administration as opposed to
20  simply perhaps reading an article about the alert in some other
21  news source?
22  A  No, I didn't.
23  Q  At any point prior to today's date, have you ever
24  had occasion to obtain information from the Food and Drug
25  Administration?