EXHIBIT E

Health Care Professionals      Careers      Contact Us      Search Pfizer.com





Home > Products > Health Care Professionals

**Products**

Product Finder

Counterfeit & Importation

**Health Care Professionals**

Pfizer Authorized Distributors

Wyeth Authorized Distributors

Greenstone Authorized Distributors

Pantroprazole Authorized Distributors

Resource Center

Animal Health

### Information for
### Health Care Professionals

This product information is intended only for residents of the United States.

As your partner in ensuring quality health care for patients, Pfizer works to provide you with the information and resources you need to help optimize your patient care. We offer detailed information about Pfizer prescription medicines and the conditions they treat as well access to patient support programs, materials, and other resources.

**Professional Updates**



Pfizer has announced a new collaboration with Sermo, the nation's largest online physician community, to redefine the way physicians in the U.S. and the health care industry work together to improve patient care. We will explore new ways for physicians to interact with Pfizer to access comprehensive and up-to-date information on Pfizer medicines and clinical data.

Visit Sermo.com

Visit PfizerPro.com for Healthcare Professionals

Text Size A A 

Pfizer Response to FDA Alert

Read the Pfizer response to FDA Alert issued on January 31, 2008 on Suicidality and Antiepileptic Drugs.

Read the response

Medical Education Grants

In order to support the health care quality improvement and the continuing professional development (CME/CE) needs of health care professionals, Pfizer offers independent education grants to accredited organizations.

Learn more about Medical Education Grants >



Contact Us
Careers
Global Network

Investors
Business to Business
Health Care Professionals

Sitemap
Terms of Use
Privacy Policy

Copyright © 2002–2010 Pfizer Inc. All rights reserved. This information is intended only for residents of the United States. The product information provided in this site is intended only for residents of the United States. The products discussed herein may have different product labeling in different countries. Pfizer Inc is a pharmaceutical company committed to helping people improve their health by discovering and developing medicines.

