Case 1:04-cv-10981-PBS   Document 3106-6   Filed 10/22/10   Page 1 of 3

Case 1:04-cv-10981-PBS   Document 3106-6   Filed 10/22/10   Page 1 of 3

# EXHIBIT F

Case 1:04-cv-10981-PBS Document 3106-6 Filed 10/22/10 Page 2 of 3

Health Care Professionals    Careers    Contact Us    Search Pfizer.com    



Doing business responsibly.

Home > Responsibility > Working With Health Care Professionals > Policies and Practices > Working with Health Care Professionals Benefits Patients

**Responsibility**
Global Health Programs
Community Programs
Grants & Contributions

**Working With Health Care Professionals**
  Research and Development
  Professional Advising
  Expert-Led Forums
  In-Office Information Sessions
  Policies and Practices
    Working with Health Care Professionals Benefits Patients
    How We Select Our Health Care Professional Partners
    Ensuring the Integrity of Our Relationships with Health Care Professionals
    Why We Disclose Payments to Health Care Professionals
    Payments to Health Care Professionals
    Frequently Asked Questions

## Working With Health Care Professionals **Benefits Patients**

**Doctors need to stay informed about medicines to provide patients with the best care:** Health care professionals like your doctor must keep up with a constant stream of new information in order to provide you with the best care possible. Pfizer alone makes over 125 products in 11 therapeutic areas, with more than 100 more in the research pipeline.

**Pfizer provides doctors with the latest information on our medicines:** To help ensure that they can make the best recommendations to their patients, Pfizer provides doctors with the latest information about our medicines. We also help set up discussions, meetings and conferences about diseases and treatments for health care professionals so they can share their knowledge and experience.

**Doctors provide Pfizer with information on how to improve our medicines:** The information exchange works two ways. Your doctor helps us do a better job and improve our medicines by providing Pfizer with feedback about how our medicines work in real-world patient settings. It also benefits you and other patients when Pfizer, your doctor, and other members of the health care system work together to share information.

Text Size A A A    Print    Share

**View the Payment Report**


Continue to the Payment Report

**Frequently Asked Questions**

What health care professionals does Pfizer work with?

Why does Pfizer work with health care professionals?

Why does Pfizer pay health care providers and clinical investigators for these collaborations?

Does Pfizer's payment to physicians influence their prescribing habits?

View all FAQs

**Have a Question?**

 We want to hear from you.
Give us your feedback

Case 1:04-cv-10981-PBS   Document 3106-6   Filed 10/22/10   Page 3 of 3

Protecting the Environment
Workplace Responsibility



Contact Us           Investors                    Sitemap
Careers              Business to Business         Terms of Use
Global Network       Health Care Professionals    Privacy Policy

Copyright © 2002–2010 Pfizer Inc. All rights reserved. This information is intended only for residents of the United States. The product information provided in this site is intended only for residents of the United States. The products discussed herein may have different product labeling in different countries. Pfizer Inc is a pharmaceutical company committed to helping people improve their health by discovering and developing medicines.

