EXHIBIT 1

**Sharon Scanlan**

| | |
|---|---|
| From: | Sharon Scanlan |
| Sent: | Wednesday, August 18, 2010 10:08 AM |
| To: | 'Stephen Kruger' |
| Subject: | RE: Dr. Penny Lawin deposition today |

Stephen ~

I faxed over to Susan of your office yesterday, the "Declaration". Dr. Lawin does not have to sign this document. I merely wanted you and the doctor to know specifically the issues/items I will be covering at today's deposition. This will help save time so that I can focus Dr. Lawin on the relevant issues and not spend a lot of time on irrelevant material.

Please review this with the doctor before today's deposition. Also, please know that Mr. Morrow may attend this deposition, which he is entitled to do.

Please make sure that Dr. Lawin has her file of Billie Gail Morrow with her for the deposition.

Lastly, again, this is NOT a lawsuit or ANY claim against Dr. Lawin or her treatment of Plaintiff. This is re: Neurontin /Gabapenten only.

Thank you for your time.

Sharon Scanlan, Esq.
Attorneys for James Morrow