UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

In re: NEURONTIN MARKETING, SALES
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1629

Master File No. 04-10981

------------------------------------------------x

THIS DOCUMENT RELATES TO:

*Barlow v. Pfizer Inc, et al.*
Case No. 1:05-cv-11501-PBS

Judge Patti B. Saris

Magistrate Judge Leo T. Sorokin

------------------------------------------------x

### DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF EMERGENCY MOTION FOR AN ORDER PROHIBITING IMPROPER TACTICS DURING FACT WITNESS DEPOSITIONS AND IMPOSING SANCTIONS

Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants") respectfully move for leave to file a reply memorandum in further support of their Emergency Motion for an Order Prohibiting Improper Tactics During Fact Witness Depositions and Imposing Sanctions [3095].

Defendants submit that their proposed reply is necessary to address the issues raised by both Plaintiff Barlow's Opposition [3103] and Products Liability Plaintiffs' Opposition [3105].

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave to file the proposed reply memorandum, attached hereto as Exhibit A.

Dated: October 25, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:  /s/ Mark S. Cheffo
     Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

ROPES & GRAY LLP

By: /s/ Ana M. Francisco
Ana M. Francisco
BBO #564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Email: ana.francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATE OF CONSULTATION**

I certify that counsel have conferred in a good faith attempt to narrow or resolve the issue presented by this motion but have been unable to do so.

/s/ Katherine F. Arthur
Katherine F. Arthur

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 25, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco