UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
:        MDL Docket No. 1629
In re:   NEURONTIN MARKETING,      :
         SALES PRACTICES AND       :   Master File No. 04-10981
         PRODUCTS LIABILITY LITIGATION :
                                   :   Judge Patti B. Saris
---------------------------------------------------------------x
:        Magistrate Judge Leo T. Sorokin
THIS DOCUMENT RELATES TO:          :
                                   :
*Feyer v. Pfizer Inc, et al.*      :
Case No. 1:05-cv-11035-PBS         :
                                   :
---------------------------------------------------------------x

### JOINT SUPPLEMENTAL SUBMISSION
### REGARDING DEFENDANTS' MOTION TO DISMISS CLAIMS
### OF PLAINTIFF SHANAN FEYER AND FOR OTHER APPROPRIATE RELIEF

Pursuant to Magistrate Judge Leo T. Sorokin's October 19, 2010, Order, Defendants Pfizer Inc and Warner-Lambert Company LLC (together, "Pfizer" or "Defendants") and Plaintiff Shanan Feyer hereby submit the requested supplemental information regarding Defendants' Motion to Dismiss Claims of Plaintiff Shanan Feyer and for Other Appropriate Relief.

A condensed copy of the complete transcript of the August 20, 2010, deposition of Plaintiff Shanan Feyer is attached hereto as Exhibit A.

Ms. Feyer's mother died on June 20, 2007. *See* U.S. Social Security Death Index, attached hereto as Exhibit B.

Testimony concerning the possession of the suicide note can be found in Ms. Feyer's deposition at 170:25-172:14 and 220:22-242:24.

Defendants intend to take the depositions of Ms. Hill and Ms. Schread, and have requested deposition dates from Plaintiff.

Dated: October 25, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:   <u>/s/ Mark S. Cheffo</u>
      Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Mark.Cheffo@skadden.com

-and-

ROPES & GRAY LLP

By:   <u>/s/ Ana M. Francisco</u>
      Ana M. Francisco
      BBO # 564346

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000
Ana.Francisco@ropesgray.com

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

FINKELSTEIN & PARTNERS, LLP

By:   <u>/s/ Kenneth B. Fromson</u>
      Kenneth B. Fromson

1279 Route 300, P.O. Box 111
Newburgh, NY 12551
Tel: (800) 529-2676
kfromson@lawampm.com

*Attorneys for Plaintiff Shanan Feyer*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system has been served pursuant to Case Management Order #3 on October 25, 2010.

/s/ Ana. M. Francisco
Ana M. Francisco